UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "X" T |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: (4) |
| L.L.C. AND GULF COAST , INC. | * | |
| | * | |
| | * | |

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   SEP 2 2 2005
LORETTA G. WHYTE
CLERK

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO DISMISS
## BOH BROTHERS CONSTRUCTION CO., L.LC. AND
## MOTION TO AMEND COMPLAINT TO CHANGE DEFENDANT
## GULF COAST, INC. TO GULF GROUP, INC. OF FLORIDA

NOW INTO COURT, through the undersigned counsel, come the Plaintiffs, Colleen

Berthelot, *et al* and says as follows:

I.

Plaintiffs wish to dismiss all allegations against Boh Brothers Construction, Co., L.L.C.

and to dismiss Boh Brothers Construction Co., L.L.C. as a defendant, without prejudice .

II.

Plaintiffs further wish to amend the name of defendant Gulf Coast, Inc. to Gulf Group,

Inc. of Florida and to amend their complaint so that in each place the name Gulf Coast, Inc.

appears it is replaced with Gulf Group, Inc. of Florida.

```
____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No _____
```

III.

No defendants have been served with the lawsuit and no defendants have filed responsive pleadings. Therefore, this Motion is filed *ex parte*.

**WHEREFORE,** Plaintiffs, pray this Ex Parte Motion to Dismiss Boh Brothers Construction Co., L.L.C.. And Motion to Amend Complaint to Change Defendant Gulf Coast, Inc. to Gulf Group, Inc. of Florida be granted.

Respectfully submitted,

DANIEL E. BECNEL, JR. (LSBA #2926)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:     (985) 536-1186
Facsimile:      (985) 536-6445