UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND<br>JACKIE BEERTHELOT, HEBER<br>DUNAWAY, ERIC ANDERSON &<br>AMY JANUSA WIFE OF/AND<br>MICHAEL JANUSA | * * * * * * | CIVIL ACTION<br><br>NUMBER: 05-4182 |
| VERSUS | * * | SECTION: "C" |
| BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C. AND GULF COAST, INC. | * * * * | MAGISTRATE: (4) |

## ORDER

Considering the foregoing Ex Parte Motion to Dismiss Boh Brothers Construction Co., L.L.C.. And Motion to Amend Complaint to Change Defendant Gulf Coast, Inc. to Gulf Group, Inc. of Florida:

IT IS ORDERED, that Plaintiffs' Ex Parte Motion to Dismiss Boh Brothers Construction Co., L.L.C. is granted and that all allegations against Boh Brothers Construction, Co, L.L.C. are hereby dismissed and Boh Brothers Construction Co., L.L.C. is hereby dismissed as a defendant, without prejudice.

IT IS FURTHER ORDERED, that Plaintiffs' Motion to Amend Complaint to Change Defendant Gulf Coast, Inc. of Florida is granted and Plaintiffs' Complaint is amended so that in each place the name Gulf Coast, Inc. appears it is replaced with Gulf Group, Inc. of Florida.

_____, LOUISIANA this 3rd day of October, 2005.

_____
JUDGE, U.S. DISTRICT COURT

Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____