UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV -3 PM 12: 44

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER:  05-4182 |
| | * | |
| VERSUS | * | SECTION:  "T" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE:  (4) |
| L.L.C. AND GULF COAST, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through the undersigned counsel, come the Plaintiffs, Colleen Berthelot, *et al* and says as follows:

I.

Plaintiffs wish to amend their complaint to add additional information and to add additional parties in light of information that they have obtained.

II.

No parties have been served with the initial lawsuit or the first amendment thereto. Additionally, no parties have filed answers or responsive pleadings. Therefore, this Motion is filed *ex parte*. Under both F.R.C.P. 15 and F.R.C.P. 21, leave to amend shall be freely given when justice so requires.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No___

III.

Plaintiffs respectfully request that they be allowed to amend their lawsuit to read as specified in the attached supplemental and amended complaint.

**WHEREFORE,** Plaintiffs, pray this Ex Parte Motion to File Supplemental and Amending Complaint be granted.

Respectfully submitted,

_____
DANIEL E. BECNEL, JR. (LSBA # 2926)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:     (985) 536-1186
Facsimile:       (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that I have on this __3__ day of __NOV.__, 2005, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

_____