UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 NOV 25 PM 1:27
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "C" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: (4) |
| L.L.C. AND GULF COAST, INC. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Ex Parte Motion to File Supplemental and Amending Complaint:

IT IS ORDERED, that Plaintiffs are hereby given leave to filed their Supplemental and Amending Complaint, and that the Supplemental and Amended Complaint be filed into the record.

_Houma_____, LOUISIANA this 22nd day of November, 2005.

_____
JUDGE, U.S. DISTRICT COURT

___ Fee_____
___ Process____
X   Dktd____
✓   CtRmDep___
___ Doc. No___