UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 NOV 22 A 10: 48

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "T" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: (4) |
| L.L.C. AND GULF COAST , INC. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through the undersigned counsel, come the Plaintiffs, Colleen Berthelot, *et al* and says as follows:

I.

Plaintiffs wish to amend their complaint to add additional information and to add additional parties, particularly the Board of Commissioners for the Orleans Levee District, St. Paul Fire and Marine Insurance Company, The City of New Orleans and the Sewerage and Water Board of New Orleans, in light of information that they have obtained .

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____
```

II.

No parties have been served with the initial lawsuit or the amending complaints thereto. Additionally, no parties have filed answers or responsive pleadings. Therefore, this Motion is filed *ex parte*. Under both F.R.C.P. 15 and F.R.C.P. 21, leave to amend shall be freely given when justice so requires.

III.

Plaintiffs respectfully request that they be allowed to amend their lawsuit to read as specified in the attached second supplemental and amended complaint.

**WHEREFORE,** Plaintiffs, pray this Ex Parte Motion to File Supplemental and Amending Complaint be granted.

Respectfully submitted,

_____
DANIEL E. BECNEL, JR. (LSBA # 2926)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:   (985) 536-1186
Facsimile:    (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that I have on this 22 day of November, 2005, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

_____