UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND<br>JACKIE BEERTHELOT, HEBER<br>DUNAWAY, ERIC ANDERSON &<br>AMY JANUSA WIFE OF/AND<br>MICHAEL JANUSA<br><br>VERSUS<br><br>BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C. AND GULF COAST , INC. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br><br>NUMBER:  05-4182<br><br>SECTION:  "C"<br><br>MAGISTRATE:  (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Ex Parte Motion to File Second Supplemental and Amending Complaint:

IT IS ORDERED, that Plaintiffs are hereby given leave to filed their Second Supplemental and Amending Complaint, and that the Supplemental and Amended Complaint be filed into the record.

_____, LOUISIANA this 23rd day of November, 2005.

_____
JUDGE, U.S. DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____