AO 440 (Rev. 10/93) Summons in a Civil Action

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT FILED EASTERN DISTRICT OF LA*
*2005 DEC -1 PM 3: 50*
*LORETTA G. WHYTE CLERK*

| | |
|---|---|
| Colleen Berthelot, et al | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 05-4182 |
| Boh Brothers Construction Co., L.L.C., et al | SECTION: "T"   MAGISTRATE: (4) |

TO: (Name and address of defendant)

Virginia Wrecking Company, Inc.
Through its agent for service of process
C.T. Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

NOV 2 8 2005
DATE

(BY) DEPUTY CLERK

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____

AO 440 (Rev. 10/93) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 11-29-05 |
| Name of SERVER (PRINT) Darryl J Becnel | | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served through Agent for Service of Process, C.T. Corporation System, 8550 United Plaza Blvd, Baton Rouge, LA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-29-05
        Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.