# United States District Court
## EASTERN DISTRICT OF LOUISIANA



Colleen Berthelot, et al

v.

Boh Brothers Construction Co., L.L.C., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4182

SECTION: "T"      MAGISTRATE: (4)

TO: (Name and address of defendant)

Washington Group International, Inc.

Through its agent for service of process

Corporation Service Company

320 Somerulos Street

Baton Rouge, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

NOV 2 8 2005

DATE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11-29-05 |
| Name of SERVER (PRINT)  Daryl Becnel | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on Agent for Service of Process, Corporation Service Company, 320 Somerlos Street, Baton Rouge, LA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11-29-05
               Date

Signature of Server

Address of Server
106 W. 7th St.
P.O. Drawer H
Reserve, LA 70084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.