AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*RETURN*

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2005 DEC ~1  PM 3: 50*
*LORETTA G. WHYTE*
*CLERK*

| | |
|---|---|
| Colleen Berthelot, et al | **SUMMONS IN A CIVIL CASE** |
| **V.** | CASE NUMBER: 05-4182 |
| Boh Brothers Construction Co., L.L.C., et al | SECTION: "T"    MAGISTRATE: (4) |

TO: (Name and address of defendant)

JAMES CONSTRUCTION GROUP, LLC

Through its agent for service of process

Jill Warren

11200 Industriplex Boulevard. Suite 150

Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL E. BECNEL, JR
106 West 7th street
P.O. Drawer H
Reserve, LA 70084
Phone:( 985) 536-1186
FAX: (985) 536-6445

an answer to the complaint which is herewith served upon you, within _____ *20* _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE    NOV 2 8 2005

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  11-29-05 |
| Name of SERVER (PRINT)   Darryl Becnel | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☑ Other (specify): Served on Agent for service of Process, Jill Warren, 11200 Industriplex Blvd, Suite 150, Baton Rouge, LA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| | | |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____11-29-05____
　　　　　　　　　　　Date

Signature of Server

P.O. Drawer H
106 W 7th St

Address of Server
Reserve, LA 70084

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.