RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2005 DEC -1  PM 3: 50
LORETTA G. WHYTE
CLERK

Colleen Berthelot, et al

V.

Boh Brothers Construction Co., L.L.C., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4182

SECTION: "T"    MAGISTRATE: (4)

TO: (Name and address of defendant)

Boh Brothers Construction Co., L.L.C.
Through its agent for service of process
Michael G. Cullen
12203 Airline Highway
Baton Rouge, LA 70817

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Becnel, Jr.
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE: NOV 2 8 2005

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 11-29-05 |
| Name of SERVER (PRINT) DARRYL Becnel | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served on agent for service of process Michael C Cullen, 12203 Airline Highway, Baton Rouge, LA

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-29-05
           Date

Signature of Server
1006 W. 7th St
P. O. Drawer H
Address of Server
Reserve, LA 70084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.