OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -1  PM 3: 51

LORETTA G. WHYTE
CLERK

Date: 12-1-05

Colleen Berthelot, et Al

vs.

Boh Brothers Constuction Co. LLC, Et Al

Case No. 05-4182   Section I

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended)
(complaint) (_____ amended complaint) (third party complaint)
(other: _____) to the following:

1.  (name) Pitman Construction Company of LA Inc
    Through its Agent For Service of process Charles R. Pitman
    (address) 3021 Franklin Ave, New Orleans, LA 70130

2.  (name) Board of Commissioners for the Orleans Levee District
    Through its president: James P. Huey
    (address) 7300 Lakeshore Drive, New Orleans, LA 70124

3.  (name) City of New Orleans
    Through The Mayor, Ray Nagin
    (address) 1300 Perdido Street, New Orleans, LA 70112

4.  (name) Sewerage & Water Board
    Through its Director
    (address) 625 St. Joseph Street
    New Orleans, LA 70130

Very truly yours,

"Signature"

Attorney for plaintiffs Colleen Berthelot, et al

Address 106 W. 7th Street
P. O. Drawer H
Reserve, LA 70084

Fee _____
Process 40 (4) SMS
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____