OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -1  PM 3: 51

LORETTA G. WHYTE
CLERK

Date: December 1, 2005

Colleen Berthelot, et al

vs.

Boh Brothers Construction Co. LLC, et al

Case No. 05-4182    Section I

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) St. Paul Fire & Marine Insurance Co.
   (address) Through the Secretary of State
   8549 United Plaza Blvd. Baton Rouge, LA 70899

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for plaintiffs Colleen Berthelot, et al
Address   106 West 7th Street
          P.O. Drawer H
          Reserve, LA 70084

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.