UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -1 PM 3: 52

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "T" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: (4) |
| L.L.C. AND GULF COAST, INC. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO SET STATUS CONFERENCE
### and TO APPOINT INTERIM PLAINTIFFS' STEERING COMMITTEE
### <u>AND MOTION FOR EXPEDITED HEARING</u>

NOW INTO COURT, through the undersigned counsel, come the Plaintiffs, Colleen Berthelot, *et al* and says as follows:

I.

Plaintiffs have filed this Class Action Complaint and the amendments thereto as a result of levee breaches which caused flooding during and/or shortly after Hurricane Katrina and which ruined the homes of plaintiffs and other members of the proposed class.

II.

Summons have been issued. Many of the defendants have now been served and the remaining defendants are expected to be served shortly.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

III.

Plaintiffs respectfully suggest that the interest of justice and judicial expediency would be served by holding an early status conference at which the organization of this litigation can occur. Plaintiffs request that the court set this status conference as soon as it is proper and convenient to do so.

IV.

Plaintiffs further respectfully suggest that it is proper and correct to name an interim Plaintiffs' Steering Committee. Plaintiffs feel that the following attorneys should be appointed to that committee:'

Joseph Bruno - Liaison Counsel

Daniel E. Becnel, Jr. And Ronnie G. Penton - Co Lead Counsel

Gerald Meunier and Richard Arsenault - Committee members.

Undersigned counsel is counsel of record in the instant suit. It is the belief of undersigned counsel that the remaining counsel listed above are counsel of record on cases in the State court system that will be removed to this Court or are counsel of record on related lawsuits that either have or will soon be filed.

**WHEREFORE**, Plaintiffs pray that the Court hold a status conference and/or a hearing at the earliest point at which it is proper and convenient to do so.

Respectfully submitted,

*[signature]*

DANIEL E. BECNEL, JR. (LSBA #2926)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:   (985) 536-1186
Facsimile:    (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___1___ day of ___Dec___, 2005, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

*[signature]*