FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12 A 8:23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BEERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA | * * * * * * | CIVIL ACTION<br><br>NUMBER: 05-4182 |
| VERSUS | * * | SECTION: "T" |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. AND GULF COAST, INC. | * * * * | MAGISTRATE: (4) |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Foregoing Motion to Set Status Conference and to Appoint Interim Plaintiffs' Steering Committee and Motion for Expedited Hearing:

IT IS ORDERED, that the court will hold a status conference ~~and a hearing~~ on Plaintiffs' Motion to Appoint Interim Plaintiffs' Steering Committee in this matter on the _12th_ day of _January_, 200_6_ at _11_ ~~p.m.~~ a.m.

NEW ORLEANS, LOUISIANA this _12th_ day of _December_, 2005.

_____
JUDGE, U.S. DISTRICT COURT

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No.___