FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 12  PM 4: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| | NO. 05-4182 |
| Plaintiffs, | |
| | SECTION "T" |
| VERSUS | |
| | JUDGE PORTEOUS |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | |
| | MAGISTRATE 4 |
| Defendant, | |

## EX PARTE MOTION OF WASHINGTON GROUP INTERNATIONAL, INC. FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

Washington Group International Inc. ("Washington Group") moves *ex parte* pursuant to LR 7.9E for an extension of time until January 9, 2006 to respond to the Complaint filed by Colleen Berthelot, Wife of/And Jackie Berthelot, Heber Dunaway, Eric Anderson, Amy Janusa, Wife of/and Michael Janusa ("Plaintiffs") Supplemental and Amending Complaint, which is the date on which Washington Group is to respond to the Complaint, representing as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

793263v.1

**1.**

The Complaint was filed on September 19, 2005, and amended on November 25, 2005, naming Washington Group as a defendant. On November 29, 2005, Plaintiffs served Washington Group via the Louisiana Long-Arm Statute, La. R.S. 13:3201 *et seq.* Plaintiffs filed a return of service into the record on December 1, 2005.

**2.**

This is Washington Group's first request for an extension of time. Plaintiffs have not filed into the record an objection to the extension of time.

**WHEREFORE**, Washington Group respectfully moves for an extension of time through and including January 9, 2006 within which to file a response to the Complaint filed by Plaintiffs.

Dated: December 12, 2005

_____
Wayne J. Lee, 7916
William D. Treeby, 12901
John M. Landis, 7958
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200

Attorneys for Washington Group International

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing *Ex* Parte Motion of Washington Group for Extension of Time Within Which to Plead has been served upon all counsel of record by hand delivery this 12 day of December, 2005.

_____