

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 16  PM 12: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| Plaintiffs, | NO. 05-4182 |
| | SECTION "T" |
| VERSUS | |
| | JUDGE PORTEOUS |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | MAGISTRATE 4 |
| Defendant, | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing *Ex Parte* Motion by Washington Group for Extension of Time Within Which to Plead (the "Motion"); **IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that Washington Group is granted an extension of time through and including January 9, 2006 within which to file a response to the Complaint filed by Plaintiffs.

New Orleans, Louisiana, this _14th_ day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
_X_ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No _____

793263v.1