

```
           FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

    2005 DEC 20  P 3: 52
      LORETTA G. WHYTE
             CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | |
| JACKIE BERTHELOT, HEBER | * | CIVIL ACTION |
| DUNAWAY, ERIC ANDERSON, AND | * | |
| AMY JANUSA, WIFE OF/AND | * | NO. 05-4182 |
| MICHAEL JANUSA | * | |
| | * | SECTION "T" |
| VERSUS | * | JUDGE PORTEOUS |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | MAGISTRATE: (4) |
| CO., L.L.C., ET AL | * | MAG. JUDGE ROBEY |
| | * | |

### CONSENT MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes defendant, James Construction Group, LLC ("JCG"), and reserving all rights and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time under ULR 7.9E, and respectfully represents that:

1. JCG was made a party to this proceeding by virtue of Plaintiffs' Supplemental And Amending Complaint filed on November 25, 2005.

2. JCG was served with the Supplemental And Amending Complaint on November 29, 2005, making JCG's responsive pleadings due December 19, 2005.

{N1434983.2}                                1

3.      JCG desires and requests additional time within which to investigate Plaintiffs' claims and prepare responsive pleadings.

4.      ULR 7.9E provides that an extension of time for a period of 20 days may be granted on an ex parte motion and order.

5.      Because the 20 day extension period includes both the Christmas and New Year holidays, JCG moves for an extension of thirty (30) days, or until January 18, 2006, within which to answer or otherwise respond to plaintiff's Complaint.  JCG respectfully suggests that the additional time will not retard the progress of these proceedings as certain named defendants have yet to be served.

6.      JCG certifies that it has not sought or been granted a previous extension of time to file responsive pleadings.

7.      JCG certifies that Plaintiffs have not filed in the record an objection to an extension of time.  Further, undersigned counsel for JCG represents that he has contacted counsel for Plaintiffs, and that Plaintiffs have no objection to the requested extension of thirty (30) days

WHEREFORE, defendant, James Construction Group, LLC, prays that an order be entered granting it an additional thirty (30) days, or until January 18, 2006, within which to respond to Plaintiff's Complaint.

Respectfully submitted,

_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

{N1434983.2}                              2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 20th day of December, 2005.

_____