

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON, AND AMY JANUSA, WIFE OF/AND MICHAEL JANUSA | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "T" |
| VERSUS | JUDGE PORTEOUS |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | MAGISTRATE: (4)<br>MAG. JUDGE ROBEY |

### O R D E R

Considering the foregoing Motion for Extension of Time;

IT IS ORDERED that defendant, James Construction Group, LLC, be and it is hereby granted an additional thirty (30) days, or until January 18, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint in the captioned action, with full reservation of all rights of said defendant.

New Orleans, Louisiana, this 28th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

{N1434983.2}