UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA, WIFE OF/AND MICHAEL JANUSA | * | CIVIL ACTION NO. 05-4182 |
| VERSUS | * | SECTION: T |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. AND GULF COAST, INC. | * | MAGISTRATE: 4 |

*************************************************************

### REQUEST FOR NOTICE

TO: Clerk of Court
United States District Court
Eastern District of Louisiana

Pursuant to the Federal Rules of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial or hearing of any pleadings or motions herein, at least ten (10) days before any trial or hearing date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Federal Rules of Civil Procedure.

Respectfully Submitted,

THE CALUDA LAW FIRM

_____
ROBERT J. CALUDA (LSBA # 3804)
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361

___ Fee _____
___ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No _____