FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -4  AM 11: 08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, WIFE OF /AND** | * | **CIVIL ACTION NO. 05-4182** |
| **JACKIE BERTHELOT, HEBER DUNAWAY,** | * | |
| **ERIC ANDERSON & AMY JANUSA,** | * | **SECTION "T"** |
| **WIFE OF / AND MICHAEL JANUSA** | * | |
| | * | **MAGISTRATE (4)** |
| **VERSUS** | * | |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | |
| **L.L.C. AND GULF COAST, INC.** | * | |
| | * | |

* * * * * * * * * * * * *

## EX PARTE MOTION FOR EXTENSION
## OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through respective undersigned counsel, comes Boh Bros. Construction Co., L.L.C., who, upon suggesting to this Honorable Court that service on it has been attempted in this matter, and although not properly completed, and further although there are apparently other pleadings that have been filed in this matter on which service may have been attempted but not yet completed, nonetheless moves for an extension of time to file responsive pleadings in this matter of twenty (20) days until the responsive pleadings would otherwise be due, in accordance with Rule 7.9 of the Uniform Rules, on further suggesting to this Honorable Court that there has been no objection to any such extension filed, that no such extension has been previously sought, and because of the incomplete services attempted no pertinent pleading periods have expired.

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this day been served upon all counsel of record by facsimile transmission, by hand, and/or by depositing same in the United States mail, postage prepaid and properly addressed this ____ day of January, 2006.

_____