FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 JAN 10 PM 12: 13

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, WIFE OF /AND** * | **CIVIL ACTION NO. 05-4182** |
| **JACKIE BERTHELOT, HEBER DUNAWAY,** * | |
| **ERIC ANDERSON & AMY JANUSA,** * | **SECTION "T"** |
| **WIFE OF / AND MICHAEL JANUSA** * | |
| * | **MAGISTRATE (4)** |
| **VERSUS** * | |
| * | |
| **BOH BROTHERS CONSTRUCTION CO.,** * | |
| **L.L.C. AND GULF COAST, INC.** * | |

* * * * * * * * * * * * *

## O R D E R

The foregoing motion considered;

IT IS ORDERED that Boh Bros. Construction Co., L.L.C., be granted an extension of time to file responsive pleadings in this matter of twenty (20) days from the time such pleadings would otherwise be due.

New Orleans, Louisiana, this 9th day of January, 2006.

_____
U.S. District Judge

Bertholot ExParte Motion to File Responsive Pleadings

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____