FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 13  AM 10: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | **SECTION T(4)** |

### ORDER

**IT IS ORDERED** that the status conference in the above-captioned matter, previously set for Friday, January 13, 2006 is continued, to be rescheduled by the Court.

New Orleans, Louisiana, this 11th day of January, 2006.

G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE

___ Fee _____
___ Process _____
_✓_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____