

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | |
| JACKIE BERTHELOT, HEBER | * | CIVIL ACTION |
| DUNAWAY, ERIC ANDERSON, AND | * | |
| AMY JANUSA, WIFE OF/AND | * | NO. 05-4182 |
| MICHAEL JANUSA | * | |
| | * | SECTION "T" |
| VERSUS | * | JUDGE PORTEOUS |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | MAGISTRATE: (4) |
| CO., L.L.C., ET AL | * | MAG. JUDGE ROBEY |
| | * | |

### MOTION TO DISMISS FOR FAILURE TO STATE
### A CLAIM UPON WHICH RELIEF CAN BE GRANTED

NOW INTO COURT, through undersigned counsel, comes Defendant, James Construction Group, L.L.C., who moves the court to dismiss the Class Action Petition for Damages of the Petitioners, Colleen Berthelot, wife of/and Jackie Berthelot, Heber Dunaway, Eric Anderson, and Amy Janusa wife of/and Michael Janusa, pursuant to Federal Rules of Civil Procedure 12(b)(6) on the grounds that the petition fails to state a claim upon which relief can be

{N1444412.1}

1

granted and for the reasons more fully set forth in the Memorandum filed in support of this motion.

Respectfully submitted,

_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this ____ day of January, 2006.

_____

{N1444412.1}

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON, AND AMY JANUSA, WIFE OF/AND MICHAEL JANUSA | * CIVIL ACTION * * NO. 05-4182 * * SECTION "T" |
| VERSUS | * JUDGE PORTEOUS * |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * MAGISTRATE: (4) * MAG. JUDGE ROBEY * |

MEMORANDUM IN SUPPORT OF
MOTION TO DISMISS FOR FAILURE TO STATE
A CLAIM UPON WHICH RELIEF CAN BE GRANTED

The name plaintiffs in this matter seek to establish a class action related to damage allegedly suffered as a result of the "breach and failure of the hurricane protection levees and flood walls which occurred in the Parish of Orleans, State of Louisiana, in the wake of Hurricane Katrina." It is further alleged that these breaches and failures of the levees and flood walls were caused by the negligence of the defendants. The plaintiffs allege five (5) sub-classes based upon geographic zones. The plaintiffs allege only that they are residents of the Parish of Orleans and make no further allegations to identify themselves.

{N1444412.1}

1

The prerequisites to proceed to establish a class action are contained in Federal Rule of Civil Procedure 23(a). The rule states:

> One or more members of a class may sue or be sued as representative parties on behalf of all only if (1) the class is so numerous that joinder of all members is impractical; (2) there are questions of law or fact common to the class; (3) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and (4) the representative parties will fairly and adequately protect the interests of the class.

The named plaintiffs in this case make no allegations whatsoever about how their claims are typical of the claims of the members of the five (5) sub-classes, or how they will fairly and adequately protect the interest of these five (5) sub-classes, except to suggest that they have hired competent counsel. The plaintiffs do not allege where in the Parishes of Orleans or Jefferson they lived[a], nor do they allege what types of damages they may have suffered. Are the plaintiffs landowners, homeowners or business owners? Did the plaintiffs suffer property damage to immovable or movable property? Are the plaintiffs lessors or lessees? Will a plaintiff who lives in Lakeview and suffered damages as a result of the 17th Street Canal levee breach be able to adequately represent a plaintiff in the 9th Ward? The plaintiffs have made no allegations in this regard.

When a party seeks to certify sub-classes, each sub-class must meet the requirements for the maintenance of a class action. *Bates v. United Parcel Service,* 204 F.R.D. 440 (N.D. Cal. 2001); *Jones v. Roy,* 202 F.R.D. 658 (M.D. Ala. 2001). Federal Rule of Civil Procedure 8(a)(2) requires "a short and plain statement of the claim showing that the pleader is entitled to relief." In this case, the plaintiffs have made no allegations in their petition to establish that their claims

---

[a] Indeed, Plaintiffs Amy and Michael Janusa do not even allege that they are residents of Orleans or Jefferson Parishes.

{N1444412.1}

2

are typical of the alleged five (5) sub-classes, or that they can adequately represent the interests of the members of the five (5) sub-classes. As a result, the claim should be dismissed.

Alternatively, plaintiffs should be ordered to amend the petition to make a more definite statement regarding the typicality of their claims and the adequacy of their representation of the alleged class members.

Respectfully submitted,

_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 18 day of January, 2006.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | |
| JACKIE BERTHELOT, HEBER | * | CIVIL ACTION |
| DUNAWAY, ERIC ANDERSON, AND | * | |
| AMY JANUSA, WIFE OF/AND | * | NO. 05-4182 |
| MICHAEL JANUSA | * | |
| | * | SECTION "T" |
| VERSUS | * | JUDGE PORTEOUS |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | MAGISTRATE: (4) |
| CO., L.L.C., ET AL | * | MAG. JUDGE ROBEY |
| | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing James Construction Group, L.L.C.'s Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted before the Honorable G. Thomas Porteous, Jr. at 10:00 A.M. on February 8, 2006, at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

{N1444412.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 18 day of January, 2006.

_____

{N1444412.1}