UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL**                                CIVIL ACTION

**VERSUS**                                                  NO. 05-4182

**BOH BROTHERS CONSTRUCTION CO., LLC, ET AL**               SECTION T(4)

## ORDER

**IT IS HEREBY ORDERED** that the Court will hold a status conference, IN CHAMBERS of Honorable G. Thomas Porteous, Jr., on **Wednesday, February 15, 2006 at 11:00 a.m.**

New Orleans, Louisiana, 20th day of January, 2006.

_____
G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE