

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA | * * * * * * | CIVIL ACTION<br><br>NO. ~~05-5237~~  05-4182<br><br>SECTION "T" |
| PLAINTIFFS, | * * | JUDGE PORTEOUS |
| v. | * * | MAGISTRATE 4 |
| BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, | * * * * * * * * * * * | |
| DEFENDANTS. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WASHINGTON GROUP INTERNATIONAL, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No _____

798098v.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Uniform Local Civil Rule 5.6, defendant Washington Group International, Inc. files this corporate disclosure statement: Washington Group International, Inc., an Ohio corporation, formerly known as Morrison Knudsen Corporation, an Ohio corporation, is not a publicly-traded company. Washington Group International, Inc., a Delaware corporation, owns 100% of Washington Group International, Inc., an Ohio corporation. Washington Group International, Inc., a Delaware corporation, is a publicly-traded company.

Dated: February 1, 2006

Respectfully submitted,

William D. Treeby, State Bar No. 12901
Wayne J. Lee, State Bar No. 7916
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

- 3 -

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Corporate Disclosure Statement has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this __1__ day of February, 2006.

_____
John M. Landis

798098v.1