UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL**                               **CIVIL ACTION**

**VERSUS**                                                 **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO., LLC, ET AL**              **SECTION T(4)**

### ORDER

A status conference is being held in the above-captioned matter on February 15, 2006. The Motion for Consolidation and Transfer of Venue, filed on behalf of Washington Group International, Inc. (Doc. 36), is CONTINUED, to be re-set following the status conference.

In addition, the Motion for Intra-District Transfer, Consolidation and Transfer of Venue, filed on behalf of the Board of Commissioners of the Orleans Levee District, may be procedurally defective and will be addressed at the conference.

Accordingly,

**IT IS ORDERED** that the Motion for Consolidation and Transfer of Venue, filed on behalf of Washington Group International, Inc,. is **CONTINUED.**

**IT IS FURTHER ORDERED** that the Motion for Intra-District Transfer, Consolidation and Transfer of Venue, filed on behalf of the Board of Commissioners of the Orleans Levee District, may be procedurally defective and will be addressed at the conference.

New Orleans, Louisiana, this 13th day of February, 2006.

                                          **G. THOMAS PORTEOUS, JR.**
                                          **UNITED STATES DISTRICT JUDGE**