

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13 PM 3: 57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | CIVIL ACTION |
| | NUMBER 05-4182 |
| VERSUS | |
| | SECTION "T" |
| | JUDGE PORTEOUS |
| BOH BROTHERS CONSTRUCTION CO., et al. | |
| | MAG. NO. 4 |
| | MAGISTRATE ROBY |

**MEMORANDUM IN OPPOSITION TO INTRA-DISTRICT
TRANSFER, CONSOLIDATION, AND TRANSFER OF VENUE**

MAY IT PLEASE THE COURT:

This memorandum is submitted by the Parish of Jefferson ("the Parish") and Aaron Broussard ("Broussard"), defendants in the matter entitled *Maureen O'Dwyer, et al versus the United States of America, et al*, United States District Court, Eastern District of Louisiana, Number 05-4181, Section K, in opposition to the Motion for Intra-District Transfer, Consolidation, and Transfer of Venue filed by the Board of Commissioners of the Orleans Levee District ("OLD"), defendant in the above-captioned matter. For the reasons hereafter set forth, the Parish and Broussard, at least for the moment, conditionally oppose OLD's attempted intra-district transfer, consolidation, and change of venue.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

As noted, the Parish and Broussard are defendants in the *O'Dwyer* litigation, which was originally allotted to, and presently resides in, Section K, before Judge Duval. In connection with said case, and well in advance of OLD's instant efforts at transfer and consolidation, the Parish and Broussard, on or about February 1, 2006, filed a motion to dismiss pursuant to FRCP 12(b)(1) and 12(b)(6) for lack of jurisdiction and failure to state a claim.[1] The hearing on said motion was set for February 22, 2006 at 9:30 a.m. before Judge Duval.[2] As of the filing of this opposition, the Parish/Broussard 12(b) motion in the *O'Dwyer* matter remains pending before Judge Duval, and is not expected to be ruled upon prior to, at the earliest, the noticed hearing of 9:30 a.m. on February 22, 2006.

The Parish and Broussard respectfully submit that, until such time as Judge Duval has ruled on the Parish/Broussard 12(b) motion in *O'Dwyer*, it would be premature for this Court to order an intra-district transfer of *O'Dwyer* to Section "T", much less to order a consolidation with sixteen other class action proceedings, and much less still to order a transfer of all said consolidated litigation to the Middle District. While they are in essential agreement with OLD's recitation of the procedural law and local rules governing transfers, consolidations, and venue changes, the Parish and Broussard respectfully submit that, even if warranted, the *O'Dwyer* case cannot be removed from Section "K" until Judge Duval has ruled on all motions presently on the table before him, including the Parish/Broussard 12(b) motion.

---

[1] See Exhibit A, face sheet of 12(b) motion filed by the Parish and Broussard.

[2] See Exhibit B, Notice of Hearing on Parish/Broussard 12(b) motion.

Accordingly, the Parish and Broussard urge this Court to deny, or to at least withhold ruling on, OLD's transfer/consolidation motion, at least vis a vis the *O'Dwyer* matter, until such time as Judge Duval has ruled on all pending motions.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

_____
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendants, Aaron Broussard and the Parish of Jefferson

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all known counsel for all parties by placing same in the U.S. Mail, properly addressed and postage pre-paid, on this 9 day of FEB., 2006.

_____