FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 13  PM 3: 58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | CIVIL ACTION |
| | NUMBER 05-4182 |
| VERSUS | |
| | SECTION "T" |
| | JUDGE PORTEOUS |
| BOH BROTHERS CONSTRUCTION CO., et al. | |
| | MAG. NO. 4 |
| | MAGISTRATE ROBY |

**REQUEST FOR ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, come the Parish of Jefferson and Aaron Broussard, defendants in the matter entitled *Maureen O'Dwyer, et al versus the United States of America, et al*, United States District Court, Eastern District of Louisiana, Number 05-4181, Section K, who, with respect to the noticed hearing date of February 22, 2006 on the Motion for Intra-District Transfer, Consolidation, and Transfer of Venue filed by the Board of Commissioners of the Orleans Levee District, respectfully request oral argument pursuant to Local Rule 78.1.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

_____
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendants, the Parish of Jefferson
and Aaron Broussard

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all known counsel for all parties by placing same in the U.S. Mail, properly addressed and postage pre-paid, on this 9th day of FEB., 2006.