UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND | * | CIVIL ACTION |
| JACKIE BEERTHELOT, HEBER | * | |
| DUNAWAY, ERIC ANDERSON & | * | |
| AMY JANUSA WIFE OF/AND | * | |
| MICHAEL JANUSA | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "T" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: (4) |
| L.L.C. AND GULF COAST, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Colleen Berthelot, et al. and state as follows: If Defendants' request for oral argument is granted pursuant to Local Rule 78.1, Plaintiffs request that they also be granted oral argument.

WHEREFORE, Plaintiffs, Colleen Berthelot, et al, pray that, if Defendants' request for oral argument is granted, that Plaintiffs also be granted oral argument.

Respectfully submitted,

DANIEL E. BECNEL, JR. (LSBA # 2926)
DARRYL J. BECNEL (LSBA #: 22,943)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:   (985) 536-1186
Facsimile:   (985) 536-6445

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __14__ day of __February__, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

_____