**MINUTE ENTRY**
**JUDGE PORTEOUS**
**FEBRUARY 15, 2006**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | **SECTION T(4)** |

**ORDER**

After due notice to all parties, a status conference was held on this date at 11:00 a.m. in the courtroom of Judge G. Thomas Porteous, Jr. Representatives of all parties were present.

At the conference, the Court, after conferring with counsel, ordered that no pleading, other than an amendment to a complaint or an answer, can be filed without leave of court. In addition, the Court suspended the ninety day class certification deadline, pending further order of this Court.

Accordingly,

**IT IS ORDERED** that no pleading, other than an amendment to a complaint or an answer, can be filed without leave of court.

**IT IS FURTHER ORDERED** that the ninety day class certification deadline is suspended, pending further order of this Court.

New Orleans, Louisiana, this 15th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE
G. THOMAS PORTEOUS, JR.

JS10(1:00)