UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | **SECTION T(4)** |

### ORDER

Plaintiffs' claims related to Hurricane Katrina and its aftermath, particularly water damage caused by the breaches of the 17th Street Canal, London Canal and/or the Industrial Canal levees that occurred during or immediately after the hurricane.

The undersigned's son's home was flooded on or about August 29, 2005, as a result of the levee breaches that occurred during or immediately after Hurricane Katrina.  Accordingly, pursuant to 28 U.S.C. §455, and Canons 2 and 3-C of the Code of Conduct for United States Judges, the undersigned excuses himself from adjudication of this dispute to avoid any appearance of bias or impropriety.

Accordingly,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to a section of this Court other that Section "T."

New Orleans, Louisiana, this 23rd day of February, 2006.

_____
**G. THOMAS PORTEOUS, JR.
UNITED STATES DISTRICT JUDGE**