UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

The following order pertains to these cases:

| | |
|---|---|
| 05-4181 "K"(3) | O'Dwyer, et al. v. USA, et al. |
| 05-4182 "K"(4) | Berthelot, et al. v. Boh Bros. Construction, et al. |
| 05-4191 "K"(4) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-4568 "K"(4) | Harvey v. Board of Commissioners for the Orleans Levee Board |
| 05-5237 "K"(4) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-5709 "S"(2) | Greer, et al. v. U.S. Army Corp. of Engineers |
| 05-6069 "K"(4) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-6073 "K"(4) | Kirsch, et al. v. Boh Bros. Construction Co., et al. |
| 05-6314 "K"(3) | Ezell, et al. v. Boh Bros. Construction Co., et al. |
| 05-6323 "F"(5) | Vanderbrook, et al. v. State Farm Fire & Casualty |
| 05-6324"K"(4) | Brown, et al. v. Boh Brothers Construction, et al. |
| 05-6327 "K"(4) | LeBlanc, et al. v. Boh Bros. Construction Co., et al. |
| 05-6359 "K"(4) | Bradley, et al. v. Modjeski and Master, Inc. |
| 06-0004 "K"(1) | Sullivan, et al. v. State Farm Fire & Cas. Ins. |
| 06-0020 "K"(4) | Tauzin, et al. v. Board of Comm. for the Orleans Levee Board |
| 06-0151 "R"(4) | Conlay v. Encompass Ins. Co., et al. |
| 06-0152 "K"(4) | Rogers v. Encompass Ins. Co., et al |
| 06-0153 "K"(2) | Baird, et al. v. Encompass Ins. Co., et al. |
| 06-0169 "C"(5) | Humphreys v. Encompass Ins. Co., et al. |
| 06-0225 "K"(4) | Bradley, et al. v. Pittman Const. Co., et al. |
| 06-0886 "K"(2) | Finney, et al. v. Boh Brothers, et al. |

## ORDER

**IT IS ORDERED** that a status conference shall be held in the above-numbered cases on **Friday, March 24, 2006 at 9:30 a.m. IN OPEN COURT** to discuss issues relating to the further prosecution of these matters.

The Courtroom Deputy is directed to provide a court reporter with real time capability for said status conference.

**TRIAL COUNSEL FOR ALL SERVED PARTIES TO THESE SUITS ARE REQUIRED TO ATTEND *IN PERSON*. COUNSEL FOR EACH PARTY SHALL RESOLVE ANY SCHEDULING CONFLICT TO ENSURE THEIR APPEARANCE.**

**THERE WILL BE NO EXCEPTIONS WITHOUT GOOD CAUSE SHOWN. APPEARANCE IS MANDATORY.**

IN THE EVENT OF A CONFLICT, *DO NO CONTACT THE COURT BY PHONE.* ANY REQUEST FOR ALTERNATIVE COUNSEL TO ATTEND MUST BE MADE IN WRITING DELIVERED TO THESE CHAMBERS NO LATER THAN MARCH 17, 2006 BY NOON. SUCH ALTERNATIVE COUNSEL MUST HAVE FULL AUTHORITY TO ACT ON BEHALF OF THE PARTY HE OR SHE REPRESENTS.

FAILURE TO ATTEND THIS STATUS CONFERENCE MAY RESULT IN SANCTIONS PURSUANT TO L.R. 83.2.9E.

New Orleans, Louisiana, this ___9th___ day of March, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

2