FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 14  AM 3: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IT IS ORDERED that the following cases be realloted to Magistrate Division 2, Magistrate Judge Joseph C. Wilkinson, Jr.:

| Case No. | Section | Case Name |
|---|---|---|
| 05-4182 | K (4) | Berthelot, et al. vs. Boh Bros. Construction, et al. |
| 05-4191 | K (4) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-4568 | K (4) | Harvey v. Board of Commissioners for the Orleans Levee Board |
| 05-5237 | K (4) | Vodanovich v. Boh Bros. Construction et al. |
| 05-5709 | K (4) | Greer, et al. v. U.S. Army Corp. Of Engineers |
| 05-6069 | T (4) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-6073 | K (4) | Kirsch, et al. v. Boh Bros. Construction Co., et al. |
| 05-6314 | K (4) | Ezell, et al. v. Boh Bros. Construction Co., et al. |
| 05-6323 | K (4) | Vanderbrook, et al. v. State Farm Fire & Casualty |
| 05-6324 | K (4) | Brown, et al. v. Boh Bros. Construction, et al. |
| 05-6327 | K (4) | LeBlanc, et al. v. Boh Bros. Construction, et al. |
| 05-6359 | K (4) | Bradley, et al. v. Modjeski and Master, Inc. |
| 06-0004 | K (1) | Sullivan, et al. v. State Farm Fire & Cas. Ins. |
| 06-0020 | K (4) | Tauzin, et al. v. Board of Comm. for the Orleans Levee Board |
| 06-0151 | R (4) | Conlay v. Encompass Ins. Co., et al. |
| 06-0152 | K (4) | Rogers v. Encompass Ins. Co., et al. |
| 06-0169 | C (5) | Humphreys v. Encompass Ins. Co., et al. |
| 06-0225 | K (4) | Bradley, et al. v. Pittman Const. Co., et al |
| 06-0886 | K (4) | Finney, et al. v. Boh Brothers, et al. |

New Orleans, Louisiana, this 14 day of March, 2006.

HELEN G. BERRIGAN, CHIEF JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.