FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 14  P 4:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA | CIVIL ACTION <br><br> NO. ~~05-5237~~ 05-4182 <br><br> SECTION ~~"T"~~ K |
| PLAINTIFFS, | JUDGE ~~PORTEOUS~~ Duval |
| v. | MAGISTRATE 4 |
| BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, | |
| DEFENDANTS. | |

**WASHINGTON GROUP INTERNATIONAL, INC.'S**
**EX PARTE MOTION TO ENROLL COUNSEL *PRO HAC VICE***

Fee $5.00
Process 7234
X Dktd
✓ CtRmDep
Doc. No.

799170v.1

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGI") hereby moves for an entry of an Order enrolling Julia E. McEvoy as co-counsel for WGI in the above-captioned matter.

Ms. McEvoy is ineligible to become a member of the Bar of this Court because she is not a member of the Bar of the State of Louisiana. Ms. McEvoy is a member of good standing of Bar of the State of Virginia and a District of Columbia Court of Appeals. A certificate of good standing from the District of Columbia Court of Appeals is attached hereto as is required by Local Rule 83.2.6E.

**WHEREFORE,** undersigned counsel for Defendant WGI prays that Julia E. McEvoy be admitted *pro hac vice* as co-counsel of record for WGI in this proceeding.

Dated: February 14, 2006

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, State Bar No. 12901
Wayne J. Lee, State Bar No. 7916
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

799170v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Enroll Counsel *Pro Hac Vice* has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 14th day of February, 2006.

_____
William D. Treeby