UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 1 0

LORETTA G. WHYTE
CLERK

COLLEEN BERTHELOT, et al.          )
                                   )
          Plaintiffs               )
                                   )
     vs.                           )     CIVIL ACTION NO. 05-4182
                                   )     JUDGE PORTEOUS   Duval  "K"
BOH BROTHERS CONSTRUCTION CO., et al.  )
                                   )
          Defendants               )
                                   )

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF
JULIA E. MCEVOY TO PRACTICE AS A VISITING ATTORNEY
PURSUANT TO LOCAL RULE 83.2.6E**

Comes now Julia E. McEvoy and states as follows:

1.     I am an attorney and a member of the law firm of Jones Day, at 51 Louisiana

Avenue, N.W., Washington, District of Columbia, 20001, Telephone:  (202) 879-3939,

Facsimile:  (202) 626-1700.

2.     I have been retained by Washington Group International Inc. to provide legal

representation in connection with the above-captioned cases now pending before the United

States District Court for the Eastern District of Louisiana.

3.     I have been been, and presently am, a member in good standing of the bar of the

highest court of Virginia and the District of Columbia.  A certificate of good standing from the

District of Columbia Court of Appeals is attached hereto.

4.     I have been admitted to practice before the following courts:  United States

Supreme Court (2004); United States Court of Appeals for the Third Circuit (2000); United

States Court of Appeals for the Fourth Circuit (1995); United States District Court for the

Eastern District of Virginia (1997); District of Columbia Court of Appeals (1997); Supreme

Court of Virginia (1995).  I am presently a member in good standing of the bars of those courts listed above.

5.      I have not been subject to any contempt, suspension, or disbarment proceedings, and have not been the subject of any other disciplinary proceedings.  I have never had any application for admission *pro hac vice* in this or any other jurisdiction denied or any *pro hac vice* admission revoked.  Nor have I ever had any certificate or privilege to appear before any administrative body suspended or revoked.

6.      I have never been subject to any criminal charges.

Sworn under penalty of perjury this 13th day of February 2006.

Julia E. McEvoy
JONES DAY
51 Louisiana Avenue N.W.
Washington, D.C.  20001
(202) 879 4645 (phone)
(202) 626 1700 (fax)

Subscribed and sworn to before me this 13th day of February, 2006.

Brenda S. Vaccaro
my Commission expires 7/31/09



**District of Columbia Court of Appeals**
Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia
Court of Appeals, do hereby certify that

JULIA E. MCEVOY

was on the ___28TH___ day of ___JULY, 1997___
duly qualified and admitted as an attorney and counselor and
entitled to practice before this Court and is, on the date
indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have
hereunto subscribed my name
and affixed the seal of this
Court at the City of
Washington, D.C., on
February 2, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
           Deputy Clerk