

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND <br> JACKIE BERTHELOT, HEBER <br> DUNAWAY, ERIC ANDERSON & <br> AMY JANUSA WIFE OF/AND <br> MICHAEL JANUSA <br><br> PLAINTIFFS, <br><br> v. <br><br> BOH BROS. CONSTRUCTION CO., LLC, <br> WASHINGTON GROUP INTERNATIONAL, <br> INC., VIRGINIA WRECKING COMPANY, INC., <br> GULF GROUP, INC. OF FLORIDA, MODJESKI <br> AND MASTER, INC., C.R. PITTMAN <br> CONSTRUCTION COMPANY, INC., BURK- <br> KLEINPETER, INC., BURK-KLEINPETER, LLC, <br> B & K CONSTRUCTION COMPANY, INC., <br> MILLER EXCAVATING SERVICES, INC., <br> JAMES CONSTRUCTION GROUP, LLC, <br><br> DEFENDANTS. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. ~~05-5237~~ 05-4182 <br><br> SECTION "T"/K <br><br> JUDGE ~~PORTEOUS~~ DUVAL <br><br> MAGISTRATE 4 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Washington Group International, Inc.'s Ex Parte Motion to Enroll

Counsel *Pro Hac Vice*;

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
    Doc. No.____
```
799170v.1

- 2 -

IT IS ORDERED that Julia E. McEvoy hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this _____ day of February, 2006.

_____
United States District Judge