FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23  PM 12: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND<br>JACKIE BERTHELOT, HEBER<br>DUNAWAY, ERIC ANDERSON &<br>AMY JANUSA WIFE OF/AND<br>MICHAEL JANUSA | * * * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "T"<br><br>MAGISTRATE 4 |
| VERSUS | * * | |
| BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C. AND GULF COAST, INC. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### VIRGINIA WRECKING COMPANY, INC.'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and 5.6 of the Uniform Local Civil Rules for the Eastern District of Louisiana, Virginia Wrecking Company, Inc., files this Corporate Disclosure Statement. Virginia Wrecking Company, Inc., does not have any parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No ___

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.**

_____
THOMAS L. GAUDRY, JR., T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
Counsel for Defendant, Virginia Wrecking Company, Inc.

## CERTIFICATE OF SERVICE

I, Wade A. Langlois, III, certify that I have this day mailed, via U.S. mail, postage prepaid, a true and correct copy of the foregoing to:

Mr. Daniel E. Becnel, Jr.
Law Office of Daniel E. Becnel, Jr.
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084

Mr. Herman C. Hoffmann, Jr.
Ms. Betty F. Mullin
Simon, Peragine, smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000

Mr. Michael R.C. Riess
Mr. Charles B. Colvin
Kingsmill Riess, LLC
201 St. Charles Ave., Ste. 3300
New Orleans, LA 70170-3300

Mr. Terrence L. Brennan
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Str.
New Orleans, LA 70130

Mr. Richard J. Tyler
Ms. Emily E. Eagan
Jones, Walker, Waechter, Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave., 50th Floor
New Orleans, LA 70170-5100

Mr. John M. Landis
Mr. William D. Treeby
Mr. Wayne J. Lee
Ms. Julia E. McEvoy
Stone, Pigman, Walther, Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588

Mr. Thomas P. Anzelmo
Andre Jude Lagarde
Mr. Kyle P. Kirsch
Mr. Mark E. Hanna
McCranie, Sistrunk, Anzelmo, Hardy,
Maxwell & McDaniel
3445 N. Causeway Blvd, Suite 800
Metairie, LA 70002

Mr. Ben L. Mayeaux
Mr. James L. Pate
Laborde & Neuner
One Petroleum Center
P.O. Drawer 52828
1001 W. Pinhook Rd., Suite 200
Lafayette, LA 70505

Mr. Ralph S. Hubbard, III
Mr. Joseph P. Guichet
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, LA 70130

Mr. Christopher K. Tankersley
Mr. Dennis J. Phayer
Mr. Scott O. Gaspard
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001

This __23__ day of _____March_____, 2006.

_____
WADE A. LANGLOIS, III


G:\0262\1692\Pleadings\Berthelot\VWC Corporate Disclosure.wpd