FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 23  PM 2: 57

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-4182<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| ANN VODANOVICH, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-5237<br><br>JUDGE DUVAL |

and

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

797118v.1

| | |
|---|---|
| DAVID J. KIRSCH, et al. )<br>)<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>BOH BROTHERS CONSTRUCTION CO., et al. )<br>)<br>    Defendants )<br>) | CIVIL ACTION NO. 05-6073<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| JIM EZELL, et al. )<br>)<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>BOH BROTHERS CONSTRUCTION CO., et al. )<br>)<br>    Defendants )<br>) | CIVIL ACTION NO. 05-6314<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| DAVID M. BROWN, SR., et al. )<br>)<br>    Plaintiffs )<br>)<br>vs. )<br>)<br>BOH BROTHERS CONSTRUCTION CO., et al. )<br>)<br>    Defendants )<br>) | CIVIL ACTION NO. 05-6324<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| BETH A. LEBLANC, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-6327<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| JULIE TAUZIN, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, et al.<br><br>    Defendants | CIVIL ACTION NO. 06-0020<br><br>JUDGE DUVAL |

and

| | |
|---|---|
| MARY BETH FINNEY, et al.<br><br>    Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO, et al.<br><br>    Defendants | CIVIL ACTION NO. 06-0886<br><br>JUDGE DUVAL |

## REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGI"), which, pursuant to Local Rule 78.1E, respectfully requests permission to argue orally its Amended Motion for Consolidation and Transfer of Venue to the Middle District of Louisiana. Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

WHEREFORE, counsel for WGI respectfully moves this Court to grant oral argument for said motion on the scheduled motion date, April 19, 2006 at 9:30 a.m.

Dated: March 23, 2006

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, Bar No. 12901
Wayne J. Lee, Bar No. 7916
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julie E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant Washington Group International, Inc.*

- 5 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Request for Oral Argument has been served on all counsel of record by United States Mail, and by hand this 23rd day of March, 2006.

*William D. Treeby*
William D. Treeby