FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 28  PM 2:59

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA<br><br>PLAINTIFFS,<br><br>v.<br><br>BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC,<br><br>DEFENDANTS. | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE 2 |

**WASHINGTON GROUP INTERNATIONAL, INC.'S**
**<u>EX PARTE MOTION TO ENROLL COUNSEL *PRO HAC VICE*</u>**

802521v.1

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGI") hereby moves for an entry of an Order enrolling George T. Manning as co-counsel for WGI in the above-captioned matter.

Mr. Manning is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Mr. Manning is a member of good standing of Bar of the State of Georgia. A certificate of good standing from the Georgia Supreme Court is attached hereto as is required by Local Rule 83.2.6E.

**WHEREFORE**, undersigned counsel for Defendant WGI prays that George T. Manning be admitted *pro hac vice* as co-counsel of record for WGI in this proceeding.

Dated: March 28, 2006

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, State Bar No. 12901
Wayne J. Lee, State Bar No. 7916
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

802521v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Enroll Counsel *Pro Hac Vice* has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 28th day of March, 2006.

*William D. Treeby*
William D. Treeby

# STATE BAR OF GEORGIA



*Lawyers Serving the Public and the Justice System*

Mr. George Taylor Manning
Jones Day
1420 Peachtree St., N.E. Suite 800
Atlanta, GA 30309-3053

**CURRENT STATUS:** Active Member-Good Standing

**DATE OF ADMISSION TO PRACTICE:** 06/13/2001

**Attorney Bar Number:** 469369

**Today's Date:** March 24, 2006

Listed below are the disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition |
|---|---|---|
| NA | NA | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Must be certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, which is the highest court needed for individuals to practice law in the State of Georgia.
- Enrolled with the State Bar of Georgia, which is an arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose membership is current are eligible to practice law in Superior Court. The Attorney may upon application, if they so choose apply for admission to the Supreme, District and the Georgia Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in "**good standing**" as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

This document hereby certifies that the above-mentioned individual is a registered member of the State Bar of Georgia and is currently in good standing.

**STATE BAR OF GEORGIA**

*Toni Peterson*
Toni Peterson
Official Representative of State Bar of Georgia

**HEADQUARTERS**
104 Marietta Street, Suite 100
Atlanta, Georgia 30303
(404) 527-8700 ■ (800) 334-6865
FAX (404) 527-8717
www.gabar.org

**SOUTH GEORGIA**
244 E. Second Street (Zip 31794)
P.O. Box 1390
Tifton, Georgia 31793-1390
(229) 387-0446 ■ (800) 330-0446
FAX (229) 382-7435

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA<br><br>PLAINTIFFS,<br><br>v.<br><br>BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC,<br><br>DEFENDANTS. | CIVIL ACTION<br><br>NO. 05-04182<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF GEORGE T. MANNING**

802522v.1

STATE OF GEORGIA

COUNTY OF FULTON

BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the County of Fulton, State of Georgia, personally came and appeared:

**GEORGE T. MANNING**

who, after being duly sworn, does depose and state

1. My name is George T. Manning and I am an attorney at the law firm of Jones Day, 1420 Peachtree Street, N.E., Suite 800 Atlanta, GA 30309-3053.

2. Pursuant to the Uniform Local Rules of the United States District Courts for the State of Louisiana, Rule 83.2.6., I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

3. I am a member of good standing in the Bar of the State of Georgia, as evidenced by the attached certificate.

4. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

5. No disciplinary proceedings or criminal charges have been initiated against me.

_____
GEORGE T. MANNING

_____
Notary Public
Print Name: William D. Treeby
Notary I.D./Bar No. (As Applicable): 12961
~~Fulton County, Georgia~~ Orleans Parish, Louisiana
My commission expires: at death

- 2 -

802522v.1