FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 30  PM 4:38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" |
| PLAINTIFFS, | JUDGE DUVAL |
| v. | MAGISTRATE 2 |
| BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, | |
| DEFENDANTS. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Washington Group International, Inc.'s Ex Parte Motion to Enroll Counsel *Pro Hac Vice*;

802521v.1

- 2 -

IT IS ORDERED that George T. Manning hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this **30** day of March, 2006.

_____
United States District Judge

802521v.1