FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4  PM 1: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.                    *    CIVIL ACTION NO. 05-4182
                                             *
                          Plaintiffs         *    SECTION "K"
                                             *
VERSUS                                       *    JUDGE DUVAL
                                             *
BOH BROTHERS CONSTRUCTION CO.,               *    MAGISTRATE NO. 2
L.L.C., ET AL.                               *
                                             *    MAGISTRATE WILKINSON
                          Defendants         *
                                             *    A JURY IS DEMANDED
* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR DISQUALIFICATION AND
## INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes defendant, the Board of

Commissioners of the Orleans Levee District, which, pursuant to 28 U.S.C. § 455, for the reasons

delineated in the incorporated memorandum in support, and for the reasons more fully set forth in

the previously filed motion and memorandum,[1] which is adopted and incorporated as if copied herein

*in extenso,* moves for the disqualification of the Honorable Stanwood R. Duval, Jr. as trial judge in

---

[1]*See* Rec. Doc. No. 53 (Motion for Disqualification of the District and Magistrate Judges
of the United States District Court for the Eastern District of Louisiana *En Banc*).  It is
respectfully submitted that the law and analysis as set forth in the motion which sought *en banc*
recusal is applicable to each individual judge and magistrate judge which is what precipitated the
filing of said motion.

_____ Fee_____
_____ Process_____
__X_ Dktd_____
__/__ CtRmDep_____
_____ Doc. No_____

the captioned matter.[2]

### 1.

At the March 24, 2006 status conference which was held in the seventeen (17) levee breach cases assigned to Section "K," as had previously been referenced, the Honorable Stanwood R. Duval, Jr. disclosed to all present that his (major) daughter,[3] and his courtroom deputy[4] all suffered flood damage to their homes in connection with the levee breaches which are the subject of the instant matter and the sixteen (16) other breach cases.

### 2.

Following Hurricane Katrina, the Honorable Stanwood R. Duval, Jr. was displaced from his New Orleans residence.  Additionally, he and his staff conducted their affairs from the Houma Courthouse of the United States District Court for the Eastern District of Louisiana.[5]

---

[2]Defendant further notes that it intends to pursue relief, via a petition for writ of mandamus, from the United States Court of Appeals for the Fifth Circuit.

[3]*See Transcript of (3/24/06) Status Conference Held before the Honorable Stanwood R. Duval United States District Judge*, excerpts of which are attached hereto as Exhibit "1," at p. 25 (noting: "My daughter lives in Metairie near Causeway, she had six inches of water.  She was very fortunate in her insurance coverage and has absolutely zero economic damages.  Being the good negotiator that she is, she will opt out of any class.  She has no economic damages at all. So that's my situation.")

[4]*Id.*, at pp. 73-74 (noting: "I think we've had a lot of disclosure.  The only one that I didn't make is my wonderful courtroom deputy Sheena Demas lived in New Orleans East, she's now in the paradise of the western world Houma, Louisiana, with her family but she commutes here.  But she has flooded, she obviously she (sic) is my courtroom deputy, but I just thought I should divulge it.")

[5]George Arceneaux, Jr. United States District Courthouse, 8046 Main Street, Houma, Louisiana 70360.

3.

Judge Duval, his spouse, other members of his staff, and his (major) daughter are all members of one or more of the purported levee breach class actions.[6]

4.

The presence of numerous "limited fund" defendants, combined with the amount of damages at issue, presents the substantial likelihood that one or more limited fund classes will be certified pursuant to FRCP 23(b)(I)(B).   Therefore, there exists a strong probability that, their wishes notwithstanding, neither Judge Duval, nor his staff, nor his family would be able to "opt out" of the class(es) over which they preside.

5.

Moreover, as to Judge Duval himself, The United States Court of Appeals for the Fifth Circuit has observed that opting out of the class is not an option available in circumstances such as the present one wherein recusal is mandatory.[7]

---

[6]For the reasons more fully set forth in the motion for disqualification *en banc*, which is incorporated herein by reference, it is respectfully submitted that the definitions of several of the proposed classes are so broad as to include residents who did not even suffer flood damage.

[7]*See* Tramonte, 136 F.3d at 1031(providing "Consequently, if Judge Lemmon's spouse or a minor child residing in her household had a financial interest in the outcome of the case, she was automatically required to recuse herself; she did not have the option under § 455(f) to divest herself of that interest.").

**WHEREFORE**, defendant, the Board of Commissioners of the Orleans Levee District, prays that this Honorable Court grant its Motion for Disqualification.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 4th day of April, 2006.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **Plaintiffs** | * | **SECTION "K"** |
| | * | |
| **VERSUS** | * | **JUDGE DUVAL** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | **MAGISTRATE NO. 2** |
| **L.L.C. ET AL.** | * | |
| | * | **MAGISTRATE WILKINSON** |
| **Defendants** | * | |
| | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing *Motion for Disqualification* before the Honorable Stanwood R. Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 19th day of April, 2006, 9:30 a.m.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 4th day of April, 2006.

1

1           UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
2

3    ***************************************************************
     O'DWYER, ET AL
4                                      Docket No. 05-CV-4181
     V.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
5    UNITED STATES OF AMERICA, ET AL
     ***************************************************************
6    BERTHELOT, ET AL

7                                      Docket No. 05-CV-4182
     V.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
8
     BOH BROTHERS CONSTRUCTION, INC., ET AL
9    ***************************************************************
     JARED VODANOVICH
10
                                       Docket No. 05-CV-4191
11   V.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
12   BOH BROTHERS CONSTRUCTION, INC., ET AL
     ***************************************************************
13   ROBERT HARVEY

14                                     Docket No. 05-CV-4568
     V.                                New Orleans, Louisiana
15                                     Friday, March 24, 2006

16   THE BOARD OF COMMISSIONERS FOR
     THE ORLEANS PARISH LEVEE DISTRICT
17   ***************************************************************
     ANN VODANOVICH
18
                                       Docket No. 05-CV-5237
19   V.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
20
     BOH BROTHERS CONSTRUCTION, INC., ET AL
21   ***************************************************************
     GREER, ET AL
22                                     Docket No. 05-CV-5709
     V.                                New Orleans, Louisiana
23                                     Friday, March 24, 2006
     U. S. ARMY CORPS OF ENGINEERS
24   ***************************************************************

25

EXHIBIT

2

```
 1   ANN VODANOVICH
                                      Docket No. 05-CV-6069
 2   V.                               New Orleans, Louisiana
                                      Friday, March 24, 2006
 3   BOH BROTHERS CONSTRUCTION, ET AL
     *********************************************************
 4   DAVID KIRSCH

 5
                                      Docket No. 05-CV-6073
     V.                               New Orleans, Louisiana
 6                                    Friday, March 24, 2006

 7   BOH BROTHERS CONSTRUCTION, INC., ET AL
     *********************************************************
 8   JIM EZELL

 9
                                      Docket No. 05-CV-6314
     V.                               New Orleans, Louisiana
10                                    Friday, March 24, 2006

11   BOH BROTHERS CONSTRUCTION, INC., ET AL
     *********************************************************
12   RICHARD VANDERBROOK, ET AL
                                      Docket No. 05-CV-6323
13   V.                               New Orleans, Louisiana
                                      Friday, March 24, 2006
14   STATE FARM FIRE & CASUALTY
     *********************************************************
15   DAVID M. BROWN, SR.
                                      Docket No. 05-CV-6324
16   V.                               New Orleans, Louisiana
                                      Friday, March 24, 2006
17
     BOH BROTHERS CONSTRUCTION, INC., ET AL
18   *********************************************************
     BETH A. LeBLANC
19
                                      Docket No. 05-CV-6327
     V.                               New Orleans, Louisiana
20                                    Friday, March 24, 2006

21   BOH BROTHERS CONSTRUCTION, INC., ET AL
     *********************************************************
22   FREDERICK BRADLEY, ET AL
                                      Docket No. 05-CV-6359
23   V.                               New Orleans, Louisiana
                                      Friday, March 24, 2006
24   MODJESKI AND MASTER, INC.
     *********************************************************
25
```

3

```
 1 │ SULLIVAN, ET AL
   │                                        Docket No. 05-CV-0004
 2 │ V.                                     New Orleans, Louisiana
   │                                        Friday, March 24, 2006
 3 │ STATE FARM FIRE & CASUALTY
   │ INSURANCE
 4 │ ********************************************************************
   │ JULIE E. TAUZIN, ET AL
 5 │
   │                                        Docket No. 06-CV-0020
 6 │ V.                                     New Orleans, Louisiana
   │                                        Friday, March 24, 2006
 7 │ THE BOARD OF COMMISSIONERS FOR
   │ THE ORLEANS PARISH LEVEE DISTRICT
 8 │ ********************************************************************
   │ BRUCE CONLAY
 9 │
   │                                        Docket No. 06-CV-0151
10 │ V.                                     New Orleans, Louisiana
   │                                        Friday, March 24, 2006
11 │ ENCOMPASS INSURANCE COMPANY, ET AL
   │
12 │ ********************************************************************
   │ DIANE W. ROGERS
13 │                                        Docket No. 06-CV-0152
   │ V.                                     New Orleans, Louisiana
14 │                                        Friday, March 24, 2006
   │ ENCOMPASS INSURANCE COMPANY, ET AL
15 │ ********************************************************************
   │ WILLIAM R. BAIRD
16 │                                        Docket No. 06-CV-153
   │ V.                                     New Orleans, Louisiana
17 │                                        Friday, March 24, 2006
   │ ENCOMPASS INSURANCE COMPANY, ET AL
18 │ ********************************************************************
   │ KELLY A. HUMPHREYS
19 │                                        Docket No. 06-CV-0169
   │ V.                                     New Orleans, Louisiana
20 │                                        Friday, March 24, 2006
   │ ENCOMPASS INSURANCE COMPANY, ET AL
21 │ ********************************************************************
   │ FREDERICK BRADLEY, ET AL
22 │                                        Docket No. 06-CV-0225
   │ V.                                     New Orleans, Louisiana
23 │                                        Friday, March 24, 2006
   │ PITTMAN CONSTRUCTION COMPANY, ET AL
24 │ ********************************************************************
   │
25 │
```

4

```
 1    MARY BETH FINNEY, ET AL

 2    V.                                    Docket No. 06-CV-0886
                                            New Orleans, Louisiana
 3    BOH BROTHERS, ET AL                   Friday, March 24, 2006
      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

 4    MARY BETH GILLASPIE

 5    V.                                    Docket No. 05-CV-1301
                                            New Orleans, Louisiana
 6    ST. PAUL FIRE AND MARINE              Friday, March 24, 2006
      INSURANCE COMPANY

 7                      (MIDDLE DISTRICT CASE)
      * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

 8    GLADYS CHEHARDY

 9    V.                                    Docket No. 05-CV-1140
                                            New Orleans, Louisiana
10    J.P. ROBERT WOLLEY, ET AL             Friday, March 24, 2006

                      (MIDDLE DISTRICT CASE)
11    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

12

13                      TRANSCRIPT OF STATUS CONFERENCE
             HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL
14                      UNITED STATES DISTRICT JUDGE

15

      APPEARANCES:
16

      FOR THE PLAINTIFFS:              BRUNO & BRUNO
17                                     BY:   JOSEPH M. BRUNO, ESQ.
                                             DAVID S. SCALIA, ESQ.
18                                     855 Baronne Street
                                       New Orleans, LA 70113
19

                                       LAMBERT & NELSON
20                                     BY:   LINDA J. NELSON, ESQ.
                                       701 Magazine Street
21                                     New Orleans, LA 70130

22                                     GAINSBURGH, BENJAMIN, DAVID,
                                       MEUNIER & WARSHAUER
23                                     BY:   GERALD E. MEUNIER, ESQ.
                                             TODD R. SLACK, ESQ.
24                                           KARA M. HADICAN, ESQ.
                                       1100 Poydras Street, Suite 2800
25                                     Energy Centre
                                       New Orleans, LA 70163-2800
```

25

1        But let me tell you my situation so you can think about

2   whether you want to file a motion to recuse.  I had no real damage

3   from Hurricane Katrina, Hurricanes Katrina or Rita, fortunately,

4   either at Grand Isle where I have a place or in New Orleans.  My

5   daughter lives in Metairie near Causeway, she had six inches of

6   water.  She was very fortunate in her insurance coverage and has

7   absolutely zero economic damage.  Being the good negotiator that she

8   is, she will opt out of any class.  She has no economic damage at

9   all.  So that's my situation.

10        I might point out one other thing.  I have a brilliant

11  young law clerk, who is not in this courtroom, named Caroline

12  Fayard.  She happens to be related to one of the lawyers who just

13  spoke, Mr. Calvin Fayard, who is also a good friend of mine.  I want

14  to point out that Ms. Fayard is not my law clerk because of her

15  father, she is a graduate of Dartmouth Michigan Law School with

16  honors and is magnificent.

17        I am friendly with Mr. Fayard, however.  I can tell you

18  that will have nothing to do with my -- I am friendly with a lot of

19  you actually, but Mr. Fayard I have known for a long time.  Let me

20  put it that way.  So I will let you know that it won't have any

21  bearing on what I do, but if it makes you uncomfortable let me know.

22        We haven't decided, I might point out, where Mr. Fayard's

23  cases fit under this umbrella or if they do.  We will talk about

24  that later.  That's about as much disclosure, I think that's about

25  it.  Now.  Go ahead.

1       MR. O'DWYER:  Your Honor, can Judge Wilkinson address my

2   motion whether or not the motion to leave to amend that is set for

3   hearing before Judge Knowles next Wednesday for the 29th will be

4   transferred to your Honor?

5       MAGISTRATE WILKINSON:  I think what we're going to do is

6   sever out your Jefferson Parish pump operator claim out from that

7   case and assign it a separate number, it's going to be allotted to,

8   it's already allotted to Judge Duval.  That is going to be allotted

9   to Judge Knowles, and the remainder of 4181 is going to be

10   reallotted to me where it was originally.

11      MR. O'DWYER:  There is that motion to be heard next

12   Wednesday that you should be aware of.

13      MAGISTRATE WILKINSON:  I'm sure the ruling that would

14   result would be the same whether it was me or Knowles.

15      MR. BECNEL:  The other thing I wanted to disclose, my

16   daughter-in-law formerly was with the U.S. Attorney's Office

17   resigned this past month.  My other daughter-in-law was with the

18   City Attorney's Office and has resigned this past month.  So I don't

19   think I have any conflicts, neither one of them work on either one

20   of these cases on either side.

21      THE COURT:  Okay.  I think we've had a lot of disclosure.

22   The only one that I didn't make is my wonderful courtroom deputy

23   Sheena Demas lived in New Orleans East, she's now in the paradise of

24   the western world Houma, Louisiana, with her family but she commutes

25   here.  But she was flooded, she obviously she is my courtroom



74

1    deputy, but I just thought I should divulge it.

2              All right.  We really appreciate all of you coming and we

3    will continue to meet.

4              THE DEPUTY CLERK:  All rise.

5         (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

6

7                          *   *   *   *   *   *

8

9

10                        REPORTER'S CERTIFICATE

11

12       I, Karen A. Ibos, CCR, Official Court Reporter, United States

13   District Court, Eastern District of Louisiana, do hereby certify

14   that the foregoing is a true and correct transcript, to the best of

15   my ability and understanding, from the record of the proceedings in

16   the above-entitled and numbered matter.

17

18

19                    _____

20                        Karen A. Ibos, CCR, RPR

21                        Official Court Reporter

22

23

24

25