FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4 PM 1:25

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| **Plaintiffs** | * | **SECTION "K"** |
| **VERSUS** | * | **JUDGE DUVAL** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE NO. 2** |
| | * | **MAGISTRATE WILKINSON** |
| **Defendants** | * | **A JURY IS DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR DISQUALIFICATION AND INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, the Board of Commissioners of the Orleans Levee District, which pursuant to 28 U.S.C. § 455, for the reasons delineated in the incorporated memorandum in support, and for the reasons more fully set forth in the previously filed motion and memorandum,[1] which is adopted and incorporated as if copied herein *in extenso*, moves for the disqualification of the Honorable Joseph C. Wilkinson, Jr. as magistrate

[1]*See* Rec. Doc. No. 53 (Motion for Disqualification of the District and Magistrate Judges of the United States District Court for the Eastern District of Louisiana *En Banc*). It is respectfully submitted that the law and analysis as set forth in the motion which sought *en banc* recusal is applicable to each individual judge and magistrate judge, which is what precipitated the filing of said motion.

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No.___

judge in the captioned matter.[2]

1.

Following Hurricane Katrina, the Honorable Joseph C. Wilkinson, Jr. was displaced from his residence. Additionally, his uncle and law clerk suffered flooding following the storm.[3]

2.

Magistrate Wilkinson, his family members, and members of his staff are all members of one or more of the purported levee breach class actions.[4]

3.

The presence of numerous "limited fund" defendants, combined with the amount of damages at issue, presents the substantial likelihood that one or more limited fund classes will be certified pursuant to FRCP 23(b)(1)(B). Therefore, there exists a strong probability that, their wishes notwithstanding, neither Magistrate Wilkinson, nor his staff, nor his family would be able to "opt out" of the class(es) over which they preside.

4.

---

[2]Defendant further notes that it intends to pursue relief, via a petition for writ of mandamus, from the United States Court of Appeals for the Fifth Circuit.

[3]*See Transcript of (3/24/06) Status Conference Held before the Honorable Stanwood R. Duval United States District Judge*, excerpts of which are attached hereto as Exhibit "1," at p. 26. It is further noted that Magistrate Wilkinson advised those present at the Status Conference, the transcript of which will be made part of the record, that his law clerk will not be assigned to any of the subject cases.

[4]For the reasons more fully set forth in the motion for disqualification *en banc*, which is incorporated herein by reference, it is respectfully submitted that the definitions of several of the proposed classes are so broad as to include residents who did not even suffer flood damage.

Moreover, as to Magistrate Wilkinson himself, The United States Court of Appeals for the Fifth Circuit has observed that opting out of the class is not an option available in circumstances such as the present one wherein recusal is mandatory.[5]

**WHEREFORE**, defendant, the Board of Commissioners of the Orleans Levee District, prays that this Honorable Court grant its Motion for Disqualification.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

---

[5] *See* Tramonte, 136 F.3d at 1031(providing "Consequently, if Judge Lemmon's spouse or a minor child residing in her household had a financial interest in the outcome of the case, she was automatically required to recuse herself; she did not have the option under § 455(f) to divest herself of that interest.").

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 4th day of April, 2006.

______________________

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **Plaintiffs** | * | **SECTION "K"** |
| | * | |
| **VERSUS** | * | **JUDGE DUVAL** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE NO. 2** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |
| **Defendants** | * | |
| | * | **A JURY IS DEMANDED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing *Motion for Disqualification* before the Honorable Joseph C. Wilkinson, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 19th day of April, 2006, 11:00 a.m.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 4th day of April, 2006.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*******************************************************************

O'DWYER, ET AL

v.

UNITED STATES OF AMERICA, ET AL

Docket No. 05-CV-4181
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

BERTHELOT, ET AL

v.

BOH BROTHERS CONSTRUCTION, INC., ET AL

Docket No. 05-CV-4182
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

JARED VODANOVICH

v.

BOH BROTHERS CONSTRUCTION, INC., ET AL

Docket No. 05-CV-4191
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

ROBERT HARVEY

v.

THE BOARD OF COMMISSIONERS FOR
THE ORLEANS PARISH LEVEE DISTRICT

Docket No. 05-CV-4568
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

ANN VODANOVICH

v.

BOH BROTHERS CONSTRUCTION, INC., ET AL

Docket No. 05-CV-5237
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

GREER, ET AL

v.

U. S. ARMY CORPS OF ENGINEERS

Docket No. 05-CV-5709
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

EXHIBIT 1

ANN VODANOVICH

Docket No. 05-CV-6069
New Orleans, Louisiana
Friday, March 24, 2006

V.

BOH BROTHERS CONSTRUCTION, ET AL

*****************************************************************

DAVID KIRSCH

Docket No. 05-CV-6073
New Orleans, Louisiana
Friday, March 24, 2006

V.

BOH BROTHERS CONSTRUCTION, INC., ET AL

*****************************************************************

JIM EZELL

Docket No. 05-CV-6314
New Orleans, Louisiana
Friday, March 24, 2006

V.

BOH BROTHERS CONSTRUCTION, INC., ET AL

*****************************************************************

RICHARD VANDERBROOK, ET AL

Docket No. 05-CV-6323
New Orleans, Louisiana
Friday, March 24, 2006

V.

STATE FARM FIRE & CASUALTY

*****************************************************************

DAVID M. BROWN, SR.

Docket No. 05-CV-6324
New Orleans, Louisiana
Friday, March 24, 2006

V.

BOH BROTHERS CONSTRUCTION, INC., ET AL

*****************************************************************

BETH A. LeBLANC

Docket No. 05-CV-6327
New Orleans, Louisiana
Friday, March 24, 2006

V.

BOH BROTHERS CONSTRUCTION, INC., ET AL

*****************************************************************

FREDERICK BRADLEY, ET AL

Docket No. 05-CV-6359
New Orleans, Louisiana
Friday, March 24, 2006

V.

MODJESKI AND MASTER, INC.

*****************************************************************

SULLIVAN, ET AL

V.

STATE FARM FIRE & CASUALTY INSURANCE

Docket No. 05-CV-0004
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

JULIE E. TAUZIN, ET AL

V.

THE BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT

Docket No. 06-CV-0020
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

BRUCE CONLAY

V.

ENCOMPASS INSURANCE COMPANY, ET AL

Docket No. 06-CV-0151
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

DIANE W. ROGERS

V.

ENCOMPASS INSURANCE COMPANY, ET AL

Docket No. 06-CV-0152
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

WILLIAM R. BAIRD

V.

ENCOMPASS INSURANCE COMPANY, ET AL

Docket No. 06-CV-153
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

KELLY A. HUMPHREYS

V.

ENCOMPASS INSURANCE COMPANY, ET AL

Docket No. 06-CV-0169
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

FREDERICK BRADLEY, ET AL

V.

PITTMAN CONSTRUCTION COMPANY, ET AL

Docket No. 06-CV-0225
New Orleans, Louisiana
Friday, March 24, 2006

**************************************************************************

MARY BETH FINNEY, ET AL

V.

BOH BROTHERS, ET AL

Docket No. 06-CV-0886
New Orleans, Louisiana
Friday, March 24, 2006

*******************************************************************

MARY BETH GILLASPIE

V.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Docket No. 05-CV-1301
New Orleans, Louisiana
Friday, March 24, 2006

(MIDDLE DISTRICT CASE)

*******************************************************************

GLADYS CHEHARDY

V.

J.P. ROBERT WOLLEY, ET AL

Docket No. 05-CV-1140
New Orleans, Louisiana
Friday, March 24, 2006

(MIDDLE DISTRICT CASE)

*******************************************************************

TRANSCRIPT OF STATUS CONFERENCE
HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFFS:

BRUNO & BRUNO
BY: JOSEPH M. BRUNO, ESQ.
DAVID S. SCALIA, ESQ.
855 Baronne Street
New Orleans, LA 70113

LAMBERT & NELSON
BY: LINDA J. NELSON, ESQ.
701 Magazine Street
New Orleans, LA 70130

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER
BY: GERALD E. MEUNIER, ESQ.
TODD R. SLACK, ESQ.
KARA M. HADICAN, ESQ.
1100 Poydras Street, Suite 2800
Energy Centre
New Orleans, LA 70163-2800

MAGISTRATE WILKINSON: I need to make one disclosure.

THE COURT: More disclosures from Judge Wilkinson.

MAGISTRATE WILKINSON: Luckily I am not as friendly as Judge Duval, so I am not friends with any of you.

THE COURT: We have to have one of those here in this case.

MAGISTRATE WILKINSON: Neither myself nor any member of my immediate family had any flooding damage as a result of the hurricane. The damage we did have in my house or my immediate family was minor wind damage.

I have an uncle who resides in the old part of Old Metairie who had about 18 inches of water in his house. He had some sort of insurance coverage, which he seems to be satisfied with. I haven't talked to him in any great detail about his troubles, but I am not sure at this point if he is a member of the class or if he would be an opt out; but I think his economic situation is that he may not have any economic damage.

I have another uncle who lived in Violet whose house was lost, Violet's in St. Bernard Parish. As far as I can understand claims made in this case, he would not be a member of any putative class.

My law clerk, I have one law clerk, she lived in Broadmoor and had a lot of water in her house. I don't think she is a member of the class either because she also had adequate coverage which is already paid off and probably doesn't have any damage. In any