

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA<br><br>PLAINTIFFS,<br><br>v.<br><br>BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC,<br><br>DEFENDANTS. | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

- 1 -

803688v.1

**NOW INTO COURT**, through undersigned counsel, comes Defendant Washington Group International, Inc. ("WGI"), which pursuant to Local Rule 78.1E, respectfully requests permission to argue orally its Motion to Recuse Judge Stanwood K. Duval, Jr. Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, counsel for WGI respectfully moves this Court to grant oral argument for said motion on the scheduled motion date, April 19, 2006 at 9:30 a.m.

Dated: April 4, 2006

        Respectfully submitted,

*[signature]*

William D. Treeby, State Bar No. 12901
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

- 3 -

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by facsimile, this 4th day of April, 2006.

*/s/ William Tuley*