FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -4 PM 2:19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA<br><br>PLAINTIFFS,<br><br>v.<br><br>BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC,<br><br>DEFENDANTS. | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br><br>JUDGE DUVAL<br><br>MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## WASHINGTON GROUP INTERNATIONAL, INC.'S
## EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE LEAD ATTORNEY

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

- 1 -

803664v.1

Defendant Washington Group International, Inc. ("WGI") respectfully moves for an entry of an Order withdrawing Wayne J. Lee of the law firm Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, Louisiana, 70130, as lead attorney and counsel of record and substituting William D. Treeby of the law firm Stone Pigman Walther Wittmann L.L.C. as lead attorney in the above-captioned matter.

**WHEREFORE,** undersigned counsel for Washington Group International, Inc. prays that Wayne J. Lee be withdrawn as counsel of record and lead attorney and that William D. Treeby be substituted as lead attorney for WGI in this proceeding.

Dated: April 4, 2006

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, State Bar No. 12901
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Withdraw and Substitute Lead Attorney has been served on all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of April, 2006.

William D. Treeby

803664v.1