```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                              2006 APR -6  PM 4:24

                                                LORETTA G. WHYTE
                                                     CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" <br> * |
| PLAINTIFFS, | * JUDGE DUVAL <br> * |
| v. | * MAGISTRATE 2 <br> * |
| BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |
| DEFENDANTS. | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Washington Group International, Inc.'s Ex Parte Motion to Withdraw and Substitute Lead Attorney;

```
__ Fee_____
__ Process_____
X  Dktd_____
✓  CtRmDep_____
__ Doc. No_____  803664v.1
```

- 1 -

IT IS ORDERED that Wayne J. Lee is withdrawn as counsel of record and lead attorney and that William D. Treeby is substituted as lead attorney in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this 6th day of April, 2006.

_____
United States District Judge