UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                         **CIVIL ACTION**

**VERSUS**                                                                              **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                    **SECTION "K"(2)**
**L.L.C., ET AL.**

### ORDER

Pursuant to the Court's Order of April 6, 2006,

**IT IS ORDERED** that the following cases are **CONSOLIDATED** for pretrial purposes:

| | |
|---|---|
| 05-4181 "K"(2) | O'Dwyer, et al. v. USA, et al. |
| 05-4182 "K"(2) | Berthelot, et al. v. Boh Bros. Construction, et al. |
| 05-4191 "K"(2) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-4568 "K"(2) | Harvey v. Board of Commissioners for the Orleans Levee Board |
| 05-5237 "K"(2) | Vodanovich v. Boh Bros. Construction, et al. |
| 05-6073 "K"(2) | Kirsch, et al. v. Boh Bros. Construction Co., et al. |
| 05-6314 "K"(2) | Ezell, et al. v. Boh Bros. Construction Co., et al. |
| 05-6323 "K"(2) | Vanderbrook, et al. v. State Farm Fire & Casualty |
| 05-6324 "K"(2) | Brown, et al. v. Boh Brothers Construction, et al. |
| 05-6327 "K"(2) | LeBlanc, et al. v. Boh Bros. Construction Co., et al. |
| 05-6359 "K"(2) | Bradley, et al. v. Modjeski and Master, Inc. |
| 06-0020 "K"(2) | Tauzin, et al. v. Board of Comm. for the Orleans Levee Board |
| 06-0151 "K"(2) | Conlay v. Encompass Ins. Co., et al. |
| 06-0152 "K"(2) | Rogers v. Encompass Ins. Co., et al |
| 06-0153 "K"(2) | Baird, et al. v. Encompass Ins. Co., et al. |
| 06-0169 "K"(2) | Humphreys v. Encompass Ins. Co., et al. |
| 06-0225 "K"(4) | Bradley, et al. v. Pittman Const. Co., et al. |
| 06-0886 "K"(2) | Finney, et al. v. Boh Brothers, et al. |
| 06-1672 "K" (2) | Chehardy et al v. State Farm Fire & Casualty Company et al |
| 06-1673 "K" (2) | Chehardy et al v. State Farm Fire & Casualty Company et al |
| 06-1674 "K" (2) | Chehardy et al v. State Farm Fire & Casualty Company et al |

**IT IS FURTHER ORDERED**:

**Practice and Procedure Order**

Prior to the determination of how the above-listed matters shall be grouped for purposes of trial and other matters, the provisions of this Order shall govern the practice and procedure in these cases.

**Filing Papers with Court**

The purpose of the following instructions is to reduce the time and expense of duplicate filings of documents through the use of a master file. It is not intended that a party would lose any rights based on a failure to follow these instructions.

**Master Docket and Style**

The Clerk will maintain a master docket and master case file under the style, *Colleen Berthelot, et al. v. Boh Bros. Construction Co., L.L.C., et al.,* C.A. No. 05-4182 "K"(2).

Every pleading in these proceedings shall bear the following caption:

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**[ALL ACTIONS or the cases numbers to which the pleading applies]**

Thus, all pleadings hereafter filed in this consolidated proceeding shall bear this caption indicating the **lead case** together with **only the docket number** (**not the case name**) of all cases within the consolidated matter to which the document applies **or** the notation **"All Cases"** if it applies to all cases placed in the appropriate bottom left-hand corner of the caption as demonstrated above.

**Docketing**

All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

**In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate documents necessary to the continued litigation of the case and to file such designation and copies of the documents in the separated case or cases.**

**Remand**

In the event that a case is remanded, the parties shall furnish to the Clerk a stipulation or designation of the contents of the record and furnish all necessary copies of any pleadings filed so as to enable the transferee clerk to comply with the order of remand.

New Orleans, Louisiana, this __11th__ day of April, 2006.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**