MINUTE ENTRY
WILKINSON, M.J.
APRIL 13, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

   In response to the letter received today by the court from counsel for the United States (a copy of which will be separately filed in the record), I conducted a telephone conference on this date. Counsel for the United States are commended for their responsible and professional action in bringing this matter to the attention of the court and counsel for the parties.

MJSTAR:    : **30**

Participating in the telephone conference were Robin Smith and Tess Finnegan, representing the United States;  Gerald Meunier, Joseph Bruno and Daniel Becnel Jr., representing various plaintiffs; Ralph Hubbard, Thomas Anzelmo and John Martinez, representing various defendants. The participants were selected by the court in light of the necessity for expedited attention to this matter and the logistical impossibility of including all counsel.  Messrs. Meunier and Hubbard were asked by the court to forward copies of the letter from counsel for the United States to all counsel on the respective contact lists for the two sides.

It appears from the letter of counsel for the United States that the Army Corps of Engineers has reached a critical juncture in its ongoing work concerning the repair/investigation of a breach in the levee/floodwall at the London Avenue Canal.  The court has no desire to impede the timely completion of this critical repair work in any way, yet the interest of the parties to this litigation in preserving potential evidence must also be taken into consideration.  Accordingly, as an interim measure pending completion of the proceedings concerning evidence preservation already scheduled by the court, the proposal of counsel for the United States contained in his letter of this date concerning observation of the current work will be made an interim protective order of the court, pursuant to Fed. R. Civ. P. 34 and 26(c), as follows:

**IT IS ORDERED** that the United States shall permit no more than six persons designated by plaintiffs and no more than six persons designated by defendants, together with one photographer or videographer to be jointly designated by plaintiffs and defendants together, to observe, photograph and otherwise participate in whatever limited periodic inspection might be deemed appropriate in the discretion of the United States, as provided in counsel's letter, concerning the current work being conducted near the Robert E. Lee Blvd. bridge over the London Avenue Canal in New Orleans. These activities are currently expected to commence at 8:00 a.m. on April 14, 2006. Of the six persons designated by each side, no more than three per side may be experts and all others must be counsel of record. Of the no more than three experts who may be designated by defendants, one such designation must be reserved for an expert named by Mr. Anzelmo for defendant Orleans Parish Levee District.

**IT IS FURTHER ORDERED** that the United States must preserve all still photographs, video film and reports concerning the work which the United States makes for itself, together with whatever samples of the removed materials the United States (in its discretion) determines should be preserved for later study by counsel for the parties and their experts as may be agreed upon by the parties or ordered by the court.

The parties are reminded that the observation area provided for in this order is a construction site. Accordingly, **IT IS FURTHER ORDERED** that all participants in this observation effort must wear hard hats and safety boots and remain confined to the observation area designated by the United States. No interviews or questioning of Army Corps personnel or their contractors by any representative of the parties will be permitted at this time.

This protective order is limited to the current work described in the letter of counsel for the United States and does not apply to future discovery or evidence preservation efforts, unless otherwise subsequently ordered by the court.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.