

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Robin D. Smith
Trial Attorney

PJP:PFF:RSmith
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

P.O. Box 888, Benjamin Franklin Station   Tel.: (202) 616-4289
Washington, DC 20044                      Fax: (202) 616-5200

March 13, 2006

VIA FEDEX AND FAX (504-589-7633)

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

*File in the record*

RE: *Berthelot v. Boh Bros. Constr.* (05-4182) (all cases)

Dear Judge Wilkinson:

   I was informed yesterday that some of the monoliths within the area of the breach of the London Avenue canal levee near the Robert E. Lee Bridge are now being uncovered, in preparation for construction of a T-wall at the site. There are about 16 monoliths. Each monolith comprises 16 sheet piles encased in a concrete slab that is about 30 feet long, 12 feet wide, and 2 feet thick. Not all of the monoliths have been uncovered, but some appear to be at a low point — possibly the point where the failure first occurred. The project engineer anticipates that these monoliths should be uncovered by late Thursday or Friday.

   These monoliths must be removed in order for construction to proceed. Because of their size and weight, they cannot be removed intact. Photographs have been taken of the scene by the Corps Quality Control employees, and current plans are for IPET to map the uncovered site to note the relative positions of the monoliths (still and motion photographs are normally made). IPET also plans to recover two pairs of sheet piles and part of one of the concrete monoliths, and samples of the various types of the rebar for materials testing.

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

Letter to Judge Wilkinson
April 13, 2006
Page 2

A materials handling expert will be present to mark, identify, and prepare chain-of-custody paperwork for each item recovered for IPET's investigation. Larger samples will be removed from the site and taken to another location for storage by the New Orleans District of the Army Corps of Engineers in accordance with Army chain-of-custody protocols. The remaining material will be demolished and removed, so that reconstruction of the levee can proceed.

Because the materials now being excavated may have been involved in the initial breach at this site, I wanted to inform the Court that their removal and destruction are imminent. The removal of a 16-square-foot section of these monoliths is presently scheduled to begin tomorrow, April 14, at 8:00 a.m. The Corps has offered to allow representatives of the plaintiffs and the defendants to be present as this work occurs, provided that access does not appreciably impede the repair. Accordingly, the Corps proposes to provide access to the representatives by cordoning off an area for viewing and then allowing closer periodic inspection at various intervals. If the Court sees fit, it could order the plaintiffs and the defendants to designate a limited number of representatives for each group. As this is a construction zone, protective clothing must be worn by everyone on site. A limited number of hardhats and safety vests will be available; steel-toed shoes should also be worn.

Persons who wish to arrange for access to the site should contact Denise Frederick, District Counsel, at 862-2052. A copy of this letter is being provided to the "scribes" who facilitated the production of the joint report last week, with a request that they forward it electronically to counsel for all of the parties to these consolidated actions.

Respectfully submitted,

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

cc:  Hon. Stanwood R. Duval, Jr. (via fax only)
     Joseph Guichet, Esq. (jguichet@lawla.com)
     Gerald E. Meunier, Esq. (gmeunier@gainsben.com)
     Denise Frederick, Esq. (via email)



U.S. Department of Justice
FTCA Staff, Torts Branch
Civil Division
P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044

## Fax Cover Page

Date: 4/13/06
No. of Pages (including fax cover page): 3

| TO | Fax No. | Phone No. |
|---|---|---|
| Hon. Stanwood Duval | 504 589 2393 | 589-7540 |
| Hon. Joseph Wilkinson | 504 589 7633 | -7630 |
| | | |
| | | |
| From: Robin Smith | 202/616-5200 | 202/616-4289 |

Message:

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or which should not be disclosed under applicable law. If the reader of this message is not the intended recipient, your are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.