

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11 PM 5: 17

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM

**COME NOW**, Plaintiffs, appearing through undersigned counsel, and respectfully move This Honorable Court for leave to file a supplemental memorandum in support of their motion for leave to supplement and amend their Complaint, of record herein

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via U.S. Mail, postage prepaid, this 11th day of April 2006.