

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE 2 |

### ORDER

Considering Plaintiffs' Motion for Leave to File Supplemental Memorandum, which the Court has duly noted,

**IT IS ORDERED THAT** Plaintiffs be and they are hereby granted leave to file a supplemental memorandum in support of their motion for leave to supplement and amend their Complaint of record herein

New Orleans, Louisiana, this 12th day of April 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____