UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**                      **CIVIL ACTION**

**VERSUS**                                                **NO. 05-4181**

**UNITED STATES OF AMERICA, ET AL**                **SECTION "K"**

## ORDER AND REASONS

Before the Court is an Objection to and Motion to Review Magistrate Judge's Order (Doc. No. 74) in which the plaintiffs seek review of Magistrate Judge Daniel E. Knowles' denial of a Motion for Protective Order concerning the alleged destruction of evidence and "cover up" by the United States of America and "its agency and instrumentality, the United States Army Corps of Engineers." Plaintiffs object as clearly erroneous the Magistrate Judge's finding that there was insufficient evidence to indicate destruction of evidence, that the Magistrate Judge cannot do anything to impede the important task–that is the timely rebuilding of the levees and flood walls and his denial of their motion.

Pursuant to L.R. 74.1, and 28 U.S.C. § 636(b)(1)(A) , a district court reviews a magistrate judge's order upon motion by a party. When reviewing a nondispositive order, such as this, the Court may modify or set aside any portion of the order found to be clearly erroneous or contrary to law. Fed.R.Civ.P. 72(a); *Jacobs v. Northern King Shipping Co., Ltd.,* 1998 WL 19638 (E.D.La. Jan. 16, 1998) *citing Philips Medical Sys. v. Bruetman,* 982 F.2d 211, 214 (7th Cir.1992). The Court finds no such error in this decision. At the time this motion was filed, the necessities of reconstruction were paramount, and the "evidence" of destruction presented was not compelling.

Furthermore, a full-blown hearing on precisely what measures are being taken to preserve evidence in the context of the now consolidated levee breach cases is to be held before Magistrate Judge Wilkinson on April 26, 2006 at 2:00 p.m. Any "error" will be rendered moot thereby. Accordingly,

**IT IS ORDERED** that Objection to and Motion to Review Magistrate Judge's Order (Doc. No. 74) is **DENIED**.

New Orleans, Louisiana, this  13th  day of April, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**