UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID J. KIRSCH and ALI HAGHIGHI, on behalf of themselves and all others similarly situated<br><br>VERSUS<br><br>BOH BROTHERS CONSTRUCTION CO., WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LA, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B&K CONSTRUCTION CO., INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE CITY OF NEW ORLEANS, AND SEWERAGE AND WATER BOARD OF NEW ORLEANS | CIVIL ACTION NO. 05-6073<br><br>DIVISION "K(2)"<br><br>JURY DEMAND |

FILED: _____        _____
                                       DEPUTY CLERK

Refile in Master Case 05-4182

## MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56

Pittman Construction Co. of LA, Inc., through undersigned counsel, moves the Court to grant a Summary Judgment in the above entitled and numbered cause, dismissing it from this litigation, with prejudice, and in support of the Motion, shows to the Court that there is no genuine issue as to any material fact, and that mover is entitled to a judgment as a manner of law under FRCP 56, as shown, beyond a doubt, by the Affidavit of Charles R. Pittman, president of Pittman Construction Co. of LA, Inc., attached hereto, incorporated herein, and marked Exhibit "A" for identification.

Respectfully submitted,

**WIEDEMANN & WIEDEMANN**

*[signature]*

LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

### CERTIFICATE

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 23rd day of March, 2006.

*[signature]*

LAWRENCE D. WIEDEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID J. KIRSCH and ALI HAGHIGHI, on behalf of themselves and all others similarly situated<br><br>VERSUS<br><br>BOH BROTHERS CONSTRUCTION CO., WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LA, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B&K CONSTRUCTION CO., INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE CITY OF NEW ORLEANS, AND SEWERAGE AND WATER BOARD OF NEW ORLEANS | * * * * * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO.<br>05-6073<br><br>DIVISION "C"<br><br>JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED:_____                    _____
                                                             DEPUTY CLERK

**MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Pittman Construction Co. of LA, Inc. is sued in the above entitled and numbered class action as a party defendant alleging to have some part in the alleged deficiencies in the design and construction, of the flood walls on the 17th Street, London Avenue, and Industrial canals, allegedly resulting in flooding of large portions of the City of New Orleans.

The Affidavit of Charles R. Pittman, president of Pittman Construction Co. of LA, Inc., proves as a matter of fact, that the corporation never performed contractual, or sub-

contractual, work on said canals, or their appurtenances, which could have played any role, whatsoever, in the alleged failures, and the alleged consequent flooding.

Mover is entitled to a Summary Judgment as a matter of law under FRCP 56 since there is no genuine issue as to any material fact in this case as to the within mover.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

## CERTIFICATE

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 23rd day of March, 2006.

LAWRENCE D. WIEDEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID J. KIRSCH and ALI HAGHIGHI, on behalf of themselves and all others similarly situated<br><br>VERSUS<br><br>BOH BROTHERS CONSTRUCTION CO., WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LA, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B&K CONSTRUCTION CO., INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE CITY OF NEW ORLEANS, AND SEWERAGE AND WATER BOARD OF NEW ORLEANS | CIVIL ACTION NO.<br>05-6073<br><br>DIVISION "C"<br><br>JURY DEMAND |

FILED:_____           _____
                                                    DEPUTY CLERK

### STATEMENT OF UNCONTESTED MATERIAL FACTS

Plaintiff attaches the Affidavit of Charles R. Pittman, president and sole shareholder of Pittman Construction Co. of LA, Inc., and represents to the Court that the sworn statements contained in the Affidavit are uncontested issues of material fact.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

## CERTIFICATE

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 23rd day of March, 2006.

LAWRENCE D. WIEDEMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID J. KIRSCH and ALI HAGHIGHI, on behalf of themselves and all others similarly situated | * * * * | CIVIL ACTION NO. |
| | | DIVISION |
| VERSUS | * * | |
| | | JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LA, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B&K CONSTRUCTION CO., INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE CITY OF NEW ORLEANS, AND SEWERAGE AND WATER BOARD OF NEW ORLEANS | * * * * * * * * * * * * * * * * | |

****************************************************************

FILED:_____                               _____
                                                                                                DEPUTY CLERK

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, personally came and appeared Charles R. Pittman, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who after being duly deposed, and stated that:

EXHIBIT "A"

I.

He is the president and sole shareholder of Pittman Construction Co. of LA, Inc., a Louisiana corporation domiciled in the Parish of Orleans, State of Louisiana;

II.

Pittman Co. of LA, Inc. has never performed a contract as a contractor or subcontractor for the United Stated Corp of Engineers, any Louisiana Levee District, any Louisiana drainage district; the City of New Orleans; the New Orleans Sewage and Water Board, or any of the other named defendants.

III.

Pittman Co. Of LA, Inc. has never performed any drainage canal, pumping station, flood wall, or other work related to drainage of Orleans, Plaquemines, St. Bernard, Jefferson, St. Charles or any other parish, in the State of Louisiana as a contractor, or subcontractor;

IV.

Pittman Co. of LA, Inc., since its' incorporation to date, has performed only two contracts as a contractor, or subcontractor, namely the building of a library at Southeastern Louisiana University in Hammond, Louisiana in joint venture with Red Stick Construction Company, and the building of the Pennington Biomedical Research Facility in Baton Rouge, Louisiana for the Facility, Planning and Control Department of the State of Louisiana.

Thus done and executed New Orleans, Louisiana, this 16th day of March, 2006.

PITTMAN CO. OF LA, INC.

BY: _____
CHARLES R. PITTMAN, PRESIDENT
1747 Oriole Street
New Orleans, Louisiana 70122

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16TH DAY
OF MARCH, 2006

_____
NOTARY PUBLIC, (#13457)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID J. KIRSCH and ALI HAGHIGHI, on behalf of themselves and all others similarly situated | * * * * | CIVIL ACTION NO. 05-6073 |
| VERSUS | * * * | DIVISION "C" JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LA, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC., B&K CONSTRUCTION CO., INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, THE CITY OF NEW ORLEANS, AND SEWERAGE AND WATER BOARD OF NEW ORLEANS | * * * * * * * * * * * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FILED:_____        _____
                                    DEPUTY CLERK

**NOTICE**

TO:   Hugh P. Lambert, Esq. (7933)
      Lambert & Nelson, PLC
      701 Magazine Street
      New Orleans, Louisiana 70130
      Attorney for Plaintiffs

Please take notice that mover, Pittman Construction Co. of LA, Inc., will bring the attached Motion for Summary Judgment herein for hearing on the 24th [~~3rd~~] day of May, 2006, at 9:30 a.m., and you are invited to appear and take such part as you deem fit and proper.

New Orleans, Louisiana, this ____ day of March, 2006.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

_____
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

**CERTIFICATE**

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 23rd day of March, 2006.

_____
LAWRENCE D. WIEDEMANN