*Refile in Master Case 05-4182*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND BONNIE EZELL | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-6314 |
| VERSUS | * | |
| | * | SECTION "T" |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | JUDGE ~~AFRICK~~ Porteous |
| | * | |
| | * | MAGISTRATE: ~~(3)~~ 4 |
| | * | MAG. JUDGE ~~KNOWLES~~ Roby |

### MOTION TO CORRECT DEADLINE FOR RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant, James Construction Group, LLC ("JCG"), and reserving all rights and defenses and without waiver thereof, respectfully moves this Honorable Court to correct deadline for responsive pleadings under FRCP 4(d)(3), and respectfully represents that:

1. JCG was made a party to this proceeding by virtue of Plaintiffs' Complaint filed on December 1, 2005.

2. JCG was served with the Complaint on January 16, 2006, pursuant to FRCP 4(d).

3. Plaintiffs' self-prepared Notice and Acknowledgement of Receipt of Summons and Complaint purports to make JCG's answer due on February 5, 2006, by incorrectly stating that "you . . . must answer the complaint within twenty (20) days." *See* Exhibit A, attached.

{N1448320.1}                                      1

4. FRCP 4(d)(3) provides that a U.S. defendant who waives service of process "is not required to serve an answer to the complaint until 60 days after the date on which the request for waiver of service was sent . . .." Plaintiffs' Notice and Acknowledgement was sent on January 4, 2006, making JCG's responsive pleadings due on March 5, 2006.

5. JCG desires and requests that this court enter an order correcting the misstatement of the due date for JCG's responsive pleadings in Plaintiffs' Notice and Acknowledgement, and granting JCG the time allotted under the Federal Rules to file such pleadings.

WHEREFORE, defendant, James Construction Group, LLC, prays that an order be entered granting it until March 5, 2006., within which to respond to Plaintiffs' Complaint.

Respectfully submitted,

RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 2 day of February, 2006.

{N1448320.1}                                   2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND<br>BONNIE EZELL | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-6314 |
| VERSUS | * <br> * | <br> SECTION "I" |
| BOH BROTHERS CONSTRUCTION<br>CO., ET AL | * <br> * <br> * <br> * | JUDGE AFRICK <br><br> MAGISTRATE: (3) <br> MAG. JUDGE KNOWLES |

### MEMORANDUM IN SUPPORT OF MOTION TO CORRECT

The reasons for James Construction Group, LLC's Motion to Correct Deadline for Responsive Pleadings ("Motion") are set forth in the Motion itself.

Respectfully submitted,

*/s/ Richard J. Tyler*

RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

{N1448320.1}

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 7 day of February, 2006

{N1448320.1}

2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND BONNIE EZELL | * * | CIVIL ACTION |
| | * | NO. 05-6314 |
| VERSUS | * * | |
| | * | SECTION "I" |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * * | JUDGE AFRICK |
| | * * | MAGISTRATE: (3) MAG. JUDGE KNOWLES |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring on for hearing Shinn Enterprises, Inc.'s Motion for Summary Judgment before the Honorable G. Thomas Porteous, Jr. at 10:00 A.M. on February 22, 2006, at the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

{N1448320.1}

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this ___2___ day of February, 2006

_____

{N1448320.1}

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND BONNIE EZELL | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-6314 |
| VERSUS | * | |
| | * | SECTION "I" |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | JUDGE AFRICK |
| | * | |
| | * | MAGISTRATE: (3) |
| | * | MAG. JUDGE KNOWLES |

## O R D E R

Considering the foregoing Motion To Correct Deadline For Responsive Pleadings;

IT IS ORDERED that defendant, James Construction Group, LLC, be and it is hereby granted until March 5, 2006, within which to answer or otherwise respond to Plaintiffs' Complaint in the captioned action, with full reservation of all rights of said defendant.

New Orleans, Louisiana, this _____ day of February, 2006

_____
UNITED STATES DISTRICT JUDGE

{N1448320.1}