

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | **CIVIL ACTION** |
| **MAUREEN O'DWYER, ET AL.** | * | |
| | * | **NO. 05-4181 "K" (3)** |
| **VS.** | * | |
| | * | **JUDGE STANWOOD R. DUVAL** |
| **UNITED STATES, ET AL.** | * | |
| | * | **MAG. JUDGE DANIEL KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA</u>

**NOW INTO COURT,** through undersigned counsel, comes defendant State of Louisiana, who respectfully requests that the plaintiffs' complaint against it be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure as follows:

1.

The State of Louisiana is immune from suit in this Honorable Court.

**WHEREFORE**, defendant State of Louisiana respectfully prays that it be dismissed from the suit at plaintiffs' cost.

Respectfully submitted,

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

BY: _____

**MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
STEPHEN F. BABIN (#2634)
ASSISTANT ATTORNEYS GENERAL**

**DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Telephone No.      504-599-1200
Facsimile No.      504-599-1212
Email:      KellerM@ag.state.la.us
              GlazerP@ag.state.la.us
              BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by depositing copies in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this _13th_ day of February, 2006.

_____
**MICHAEL C. KELLER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **MAUREEN O'DWYER, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| | * | **NO. 05-4181 "K" (3)** |
| **VS.** | * | |
| | * | |
| | * | **JUDGE STANWOOD R. DUVAL** |
| **UNITED STATES, ET AL.** | * | |
| | * | **MAG. JUDGE DANIEL KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA

**MAY IT PLEASE THE COURT,**

The plaintiffs have filed their original and eleven supplemental and amended complaints pursuant to federal and state law alleging that various unconstitutional and negligent acts were committed by the defendants. One of the named defendants is the State of Louisiana.

The sole and simple issue before the Court in this motion is the 11th Amendment immunity of the State of Louisiana.

## I.    THE STATE OF LOUISIANA IS IMMUNE FROM SUIT IN THIS COURT.

The State of Louisiana is immune from this suit under the Eleventh Amendment to the United States Constitution. For the reasons discussed below, all claims against the State of Louisiana should be dismissed. The Eleventh Amendment bars all persons from suing a state for money damages in federal court.[1] The Eleventh Amendment to the United States Constitution provides:

> The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

The Eleventh Amendment bars suit against a state entity, as opposed to a state official, regardless of whether money damages or injunctive relief is sought.[2] This immunity applies regardless of whether jurisdiction is asserted under this Court's original or supplemental jurisdiction.[3]

The Eleventh Amendment is not an absolute bar because states may consent to suit or Congress may abrogate the states' immunity.[4] The State of

---

[1] *Ussrey v. State of Louisiana*, 150 F.3d 431, 434 (5th Cir. 1998) (*citing* U.S. Const. amend. XI; *Seminole Tribe v. Fla.*, 517 U.S. 44, 116 S.Ct. 1114 (1996)).

[2] Cory v. White, 457 U.S. 85, 91 (1982); Voisin's Oyster House, Inc. v. Guidry, 799 F.2d 183, 185 (5th Cir. 1986).

[3] Pennhurst State School and Hospital v. Haldermann, 104 S.Ct. 900, 917-19 (1984).

[4] *Id* (*citing Port Auth. Trans-Hudson Corp. v. Feeney*, 495 U.S. 299, 304 (1990)).

2

Louisiana has not waived its sovereign immunity for suits brought in federal court.[5]  The Louisiana Legislature clearly expresses that "No suit against the state or a state agency or political subdivision shall be instituted in any court other than a Louisiana state court."[6]

Congress may abrogate sovereign immunity of the states by enacting legislation pursuant to Section Five of the Fourteenth Amendment to the U.S. Constitution.[7]  Congress used this authority and chose to abrogate sovereign immunity of the states regarding Title VII claims.[8]   Congress must unequivocally express its intent to abrogate the states' Eleventh Amendment immunity.[9] The intent to abrogate must be expressed "in unmistakable language in the statute itself."[10]   Congress has not abrogated sovereign immunity of the states as to claims for the deprivation of civil rights claimed in this matter.  As such, since Congress has not abrogated nor the State waived sovereign immunity, the State is immune from this suit.  Therefore, the State of Louisiana should be dismissed from this suit at plaintiffs' cost.

---

[5] See e.g. *Richardson v. Southern University*, 118 F.3d 450, 453 (5th Cir. 1997).
[6] La. R.S. 13:5106(A).
[7] *Ussrey*, 150 F.3d at 434 (*citing Seminole* Tribe, 517 U.S. at 55).
[8] Fitzpatrick *v. Bitzer*, 427 U.S. 445, 96 S.Ct. 2666, 2670 (1976).
[9] *Ussery*, 150 F.3d at 434 (*citing Seminole Tribe*, 517 U.S. at 55).
[10] *Id* (*quoting Atascadero State Hosp. v. Scanlon*, 473 U.S. 234, 243 (1985)).

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

**BY**: _____

**MICHAEL C. KELLER (#20895) (T.A.)**
**PHYLLIS E. GLAZER (# 29878)**
**STEPHEN F. BABIN (#2634)**
**ASSISTANT ATTORNEYS GENERAL**

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
Pan American Life Center
New Orleans, Louisiana 70130
Telephone No.      504-599-1200
Facsimile No.      504-599-1212
Email:      KellerM@ag.state.la.us
                 GlazerP@ag.state.la.us
                 BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by depositing copies in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this _13th_ day of February, 2006.

_____
**PHYLLIS E. GLASER**

4

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | CIVIL ACTION |
| MAUREEN O'DWYER, ET AL. | * | |
| | * | NO. 05-4181 "K" (3) |
| VS. | * | |
| | * | JUDGE STANWOOD R. DUVAL |
| UNITED STATES, ET AL. | * | |
| | * | MAG. JUDGE DANIEL KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

**TO: Ashton O'Dwyer, Jr.**
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130

**Joseph W. Hecker**
618 Europe Street
2nd Floor
Baton Rouge, LA 70806

**Thomas F. Gardner**
Gardner & Kewely
1615 Metairie Road, Suite 200
Metairie, LA 70005

**Catherine J. Finnegan**
Torts Branch – Civil Division
U. S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044

**Victor Elbert Stilwell, Jr.**
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

**James Bryan Mullaly**
City Attorney's Office – City Hall
1300 Perdido Street, Room 5E01
New Orleans, LA 70112

**Dennis Phayer**
Burglass & Tankersley, L.L.C.
5213 Airline Drive
Metairie, LA 70001

**Thomas P. Anzelmo**
McCranie, Sistrunck, Anzelmo, Hardy,
Maxwell & McDaniel, P.C.
3445 N. Causeway Blvd, Suite 800
Metairie, LA 70002

**PLEASE TAKE NOTICE,** that the undersigned will bring the foregoing

motion for hearing before the Honorable Stanwood Duval, United States District

Judge for the Eastern District of Louisiana at the United States District Court, 500

Poydras Street, New Orleans, Louisiana, on the 22nd day of March, 2006, at ~~11:00~~ 9:30

A.M.

                                Respectfully submitted,

                                **CHARLES C. FOTI, JR.**
                                **ATTORNEY GENERAL**

        **BY:**    _____
                                **MICHAEL C. KELLER (#20895) (T.A.)**
                                **PHYLLIS E. GLAZER (# 29878)**
                                **STEPHEN F. BABIN (#2634)**
                                **ASSISTANT ATTORNEYS GENERAL**

                                **DEPARTMENT OF JUSTICE**
                                **LITIGATION DIVISION**
                                601 Poydras Street, Suite 1725
                                New Orleans, Louisiana 70130
                                Telephone No.    504-599-1200
                                Facsimile No.    504-599-1212
                                Email:    KellerM@ag.state.la.us
                                              GlazerP@ag.state.la.us
                                              BabinS@ag.state.la.us

2

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by depositing copies in the U.S. Mail, properly addressed and with proper postage prepaid, at New Orleans, Louisiana, on this 13th day of February, 2006.

**PHYLLIS E. GLAZER**