UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "3" |

## OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE JUDGE'S ORDER

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 72(a), Federal Rules of Civil Procedure, and 28 USC §636(b)(1)(A), and Rule 74.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and object to the Order of Magistrate Judge Daniel E. Knowles of January 25, 2006, a copy of which is appended hereto and marked for identification as Exhibit No. 1, denying Plaintiffs' Motion for a Protective Order, and object to the following factual and legal findings by the Magistrate, made from the bench in Open Court, and move this Honorable Court to review the same:

**(1) FINDING:** "At this time, unfortunately I just don't think that I have enough evidence before me to indicate that the destruction of evidence first exists."

**OBJECTION; REASONS FOR OBJECTION:** Clearly erroneous.

(2) **FINDING:** "Second, even if it does exist, that I could do anything about it that would not impede the very, very important task that's being done." **OBJECTION; REASONS FOR OBJECTION:** Clearly erroneous and contrary to law.

(3) **FINDING:** "Your Motions are denied". **OBJECTION; REASONS FOR OBJECTION:** Clearly erroneous and contrary to law.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion, Memorandum in Support, attachments, and Notice of Hearing have been served upon all counsel of record via U.S. Mail, postage prepaid, this 1st day of February 2006.

The undersigned also certifies that a copy of the above and foregoing Motion, Memorandum in Support, attachments, and Notice of Hearing have been served upon the

District Judge and the Magistrate Judge via Hand Delivery at the time of filing, this 1st day of February 2006.

Case 2:05-cv-04182-SRD-JCW   Document 111   Filed 04/11/06   Page 4 of 10
Case 2:05-cv-04181-SRD-JCW   Document 74   Filed 02/01/2006   Page 4 of 10
Case 2:05-cv-04181-SRD-DEK   Document 68   Filed 01/25/2006   Page 1 of 3

**MINUTE ENTRY**
**KNOWLES, M.J.**
**JANUARY 25, 2006**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MAUREEN O'DWYER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4181** |
| **THE UNITED STATES OF AMERICA, ET AL** | **SECTION "K" (3)** |

On this date, the matter of plaintiffs' Motion for Protective Order came on for hearing before the undersigned Magistrate Judge.

Present were:

    Ashton R. O'Dwyer, Jr. on behalf of plaintiffs
    AUSA Catherine Finnegan on behalf of the United States of America
    Francis Barry/Victor Stilwell on behalf of Modjeski and Masters, Inc.
    Michael Keller on behalf of the State defendants
    Thomas Gardner on behalf of Eustis Engineering
    Jim Mullaly on behalf of the City of New Orleans
    Dennis Phayer on behalf of Jefferson Parish
    Thomas Anzelmo on behalf of the Orleans Levee District

Pursuant to the hearing and for reasons dictated on the record, the Court issued the following orders, to wit:

    **IT IS ORDERED** that plaintiffs' Motion for Protective Order is DENIED.

```
MJSTAR 0:30
```



EXHIBIT 1

Case 2:05-cv-04182-SRD-JCW   Document 111   Filed 04/11/06   Page 5 of 10
Case 2:05-cv-04181-SRD-JCW   Document 74   Filed 02/01/2006   Page 5 of 10
Case 2:05-cv-04181-SRD-DEK   Document 68   Filed 01/25/2006   Page 2 of 3

**IT IS FURTHER ORDERED** that, insofar as plaintiffs seek relief in the form of a Court-appointed expert pursuant to Fed.R.Evid. 706, the matter is more appropriately addressed to the trial judge.

The Clerk of Court is directed to file the attached letter briefs and photographs into the record in this matter.

DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

### NOTICE OF HEARING

To:

Victor Elbert Stilwell, Jr., Esq.
Francis J. Barry, Esq.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Thomas F. Gardner, Esq.
Gardner & Kewley
1515 Metairie Road
Suite 200
Metairie, LA 70005

Ms. Tess Finnegan
Ms. Robin D. Smith
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington,, DC 20044

Chris Tankersley, Esq.
Burglass & Tankersley, L.L.C.
3850 N. Causeway
Suite 1325
Metairie, LA 70002

Randall C. Merchant, Esq.
U.S. Army Corps of Engineers
Assistant District Counsel
P.O. Box 60267
New Orleans, LA 70160-0267

Thomas P. Anzelmo, Esq.
McCranie Sistrunk Anzelmo
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

James B. Mullaly, Esq.
City of New Orleans
Law Department
1300 Perdido Street
5th Floor East
New Orleans, LA 70112

Dennis J. Phayer, Esq.
Two Lakeway Center
3850 N. Causeway Blvd.
Suite 1070
Metairie, LA 70002

James L. Pate, Esq.
Ben L. Mayeaux, Esq.
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503

Sirs:

**PLEASE TAKE NOTICE** that Claimants will bring the attached Objections to and Motion to Review Magistrate Judge's Order for hearing before the Honorable Stanwood R. Duval, Jr., at 9:30 A.M., on February 22, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
6034 St. Charles Avenue
New Orleans, LA 70118
Tel. (504) 884-6727

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via U.S. Mail, postage prepaid, this 1st day of February 2006.

_____

-2-

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "3" |

### MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REVIEW MAGISTRATE'S ORDER

**MAY IT PLEASE THE COURT:**

Plaintiffs object to and move for review of Magistrate Knowles' denial of plaintiffs' Motion for a Protective Order, which alleged destruction of evidence and "cover up" by the United States of America and its agency and instrumentality, the United States Army Corps of Engineers. The matter has been exhaustively briefed. A hearing was held before Magistrate Knowles on January 25, 2006, which resulted in the order which is objected to and which this Court is asked to review.

Appended to this Memorandum in Support, which is filed primarily to comply with the local rule that requires that a memorandum accompany all motions, are the following:

1) Plaintiffs Motion for Protective Order and oral argument;

2) Memorandum in Support of Plaintiffs' Motion for Protective Order, with attachments;

3)     Letter brief to Magistrate Chasez of January 4th;

4)     Letter brief to Magistrate Chasez of January 11th;

5)     Letter brief to Magistrate Knowles of January 18th;

6)     Letter brief to Magistrate Knowles of January 20th;

7)     Letter brief to Magistrate Knowles of January 24th; and

8)     Transcript of proceedings in Open Court on January 25th.

For the reasons stated in the above identified documents, plaintiffs respectfully submit that the Magistrate's denial of plaintiffs' Motion for a Protective Order should be set aside as clearly erroneous and contrary to law, and that the very specific relief which was sought by plaintiffs should be ordered by this Honorable Court.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via U.S. Mail, postage prepaid, this 1st day of February 2006.

_____

-2-

# SEE RECORD FOR

# EXHIBITS

# OR

# ATTACHMENTS

# NOT SCANNED