FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11  PM 3: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

05-4182

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL., | * | CIVIL NO. 05-4181 |
| VERSUS | * | DIV. "K" (5) |
| THE UNITED STATES OF AMERICA, ET AL. | * | JUDGE DUVAL |
| *   *   *   *   *   *   * | * | MAG. J. WILKINSON |
| | | |
| JULIE E. TAUZIN, ET AL., | * | CIVIL NO. 06-20 |
| | * | DIV. "K" (5) |
| VERSUS | * | JUDGE DUVAL |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, | * | MAG. J. WILKINSON |
| | * | |
| *   *   *   *   *   *   *   * | | |

### DEFENDANT UNITED STATES' MEMORANDUM IN RESPONSE TO MOTIONS TO RECUSE FILED BY DEFENDANTS ORLEANS LEVEE DISTRICT AND WASHINGTON GROUP INTERNATIONAL

This memorandum responds to motions by the Board of Commissioners for the Orleans

Levee District ("OLD") and Washington Group International, Inc. ("WGI") for the recusal of

1

___ Fee_____
___ Process_____
 X  Dktd_____
_/_ CtRmDep____
___ Doc. No.____

Judge Duval and Magistrate Judge Wilkinson in the Katrina flood-related tort cases that have been consolidated before them, including the above-captioned *O'Dwyer* and *Tauzin* cases in which the United States is a defendant.

While the United States takes no position on OLD's and WGI's motions, the United States wishes to bring to the Court's attention a matter that might become relevant should the Court conclude that recusal is required or prudent. Defendants WGI and OLD previously moved the Court, in *Berthelot v. Boh Brothers Construction*, No. 05-4182, for the inter-district transfer of the flood cases now consolidated before Judge Duval and Magistrate Judge Wilkinson. These motions were premised, in part, on 28 U.S.C. § 1404(a), which empowers the Court to transfer a case "to any other district or division where it might have been brought" if transfer would inure to "the convenience of parties and witnesses, in the interest of justice."

In requesting that these cases be transferred to the Middle District of Louisiana, WGI and OLD argued that these cases could have been brought in the Middle District, and they cited 28 U.S.C. § 1391(b) in support of their assertion that venue is proper in the Middle District. Neither their briefs nor the brief filed by the plaintiffs in opposition in *Berthelot*, however, cited 28 U.S.C. § 1402(b), which is the provision that applies to the United States in the tort cases in which the United States is a defendant. Section 1402(b) provides that "[a]ny civil action on a tort claim against the United States under subsection (b) of section 1346 of this title may be prosecuted only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."

According to the Complaint, the plaintiffs in *O'Dwyer* and *Tauzin* reside in the Eastern District, and the acts and omissions of which they complain allegedly occurred there as well. If

so, then *O'Dwyer* and *Tauzin* could not have been brought in the Middle District as of right. This fact would complicate the prospect of inter-district transfer of the flood-related tort cases currently before Judge Duval and Magistrate Judge Wilkinson. *See Hoffman v. Blaski*, 363 U.S. 335, 343-44 (1960) (holding that court may not transfer action on defendant's motion under § 1404(a) to district where plaintiff could not have brought it as of right). Construing *Blaski*, the Court of Appeals has held that transfer to a district in which an action could not have been brought as of right may nonetheless be proper in some circumstances—for example, with the consent of the parties. *See Liaw Su Teng v. Skaarup Shipping Corp.*, 743 F.2d 1140, 1149-50 (5th Cir. 1984).

Whatever the precise contours of *Blaski* and *Liaw Su Teng*, the United States submits that the complications relating to transfer would militate strongly in favor of appointment of a visiting judge, as opposed to transfer to another district, should the Court see fit to recuse itself.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PAUL F. FIGLEY
Deputy Director, Torts Branch

_____
ROBIN D. SMITH
CATHERINE J. FINNEGAN
Trial Attorneys, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4916 / (202) 616-5200 (Fax)
Attorneys for the Defendant United States

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2006, I served a true copy of the Defendant United States' Memorandum in Response upon the following parties by first class and/or electronic mail:

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
arod@odwyerlaw.com

Joseph W. Hecker
619 Europe Street
2nd Floor
Baton Rouge, LA 70806

Thomas P. Anzelmo
McCranie, Sistrunk, Anzelmo, Hardy,
Maxwell, & McDaniel, P.C.
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
tanzelmo@mcsalaw.com

Thomas Francis Gardner
Gardner & Kewley, APLC
1615 Metairie Rd., Suite 200
Metairie, LA 70005
gardner@bayoulaw.com

Michael Courtney Keller
Louisiana Department of Justice
Litigation Division
601 Poydras St., Suite 1725
New Orleans, LA 70130
kellerm@ag.state.la.us

Dennis Phayer
Burglass & Tankersley, L.L.C.
5213 Airline Drive
Metairie, LA 70001-5602
dphayer@burglass.com

Victor Elbert Stilwell, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine St.
New Orleans, LA 70130
vstilwell@dkslaw.com

James Bryan Mullaly
City Attorney's Office
City Hall
1300 Perdido St.
Room 5E01
New Orleans, LA 70112
jamesmullaly1@hotmail.com

James L. Pate
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road
Post Office Drawer 52828
Lafayette, LA 70505-2828
jpate@ln-law.com

Randal A. Smith, Esq.
Smith & Fawler
201 St. Charles Ave.
New Orleans, LA 70170
(504) 525-2200
rasmith3@bellsouth.net

<div style="display: flex;">

<div>

Thomas P. Anzelmo, Esq.
McCranie, Sitrunk, Anzelmo, Hardy
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
(504) 831-0946
tanzelmo@mcsalaw.com

Herman C. Hoffmann, Jr., Esq.
Simon, Peragin, Smith & Redfearn
Energy Centre
1100 Poydras Street, 30th floor
New Orleans, LA 70163-3000
(504) 569-2030
hhoffmann@spsr-law.com

</div>

<div>

Betty Finley Mullin, Esq.
Simon, Peragin, Smith & Redfearn
Energy Centre
1100 Poydras Street, 30th floor
New Orleans, LA 70163-3000
(504) 569-2992
bettym@spsr-law.com

</div>

</div>

 

_____
ROBIN D. SMITH