FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 11  PM 2:59

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL., | * | CASE NO. 05-4181 |
| VERSUS | * | DIV. "K"(3) |
| THE UNITED STATES OF AMERICA, ET AL. | * | JUDGE DUVAL |
| *   *   *   *   *   *   *   * | * | MAG. J. WILKINSON |

### UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO UNITED STATES' MOTION TO DISMISS

MAY IT PLEASE THE COURT: On March 31, 2006, plaintiffs moved for leave to file a third Supplemental Memorandum in opposition to the United States' Motion to Dismiss for lack of subject matter jurisdiction, which was set for hearing on March 22, 2006. Plaintiffs' motion for leave should be denied because it is untimely. Plaintiffs' motion should be denied for the additional reason that the substance of plaintiffs' proposed Third Supplemental Memorandum fails to establish that the Court has subject matter jurisdiction over plaintiffs' claims against the United States.

Plaintiffs attempt to salvage their Federal Tort Claims Act claims by asserting that a letter dated March 28, 2006, received by counsel for plaintiffs from Randall C. Merchant, Esq.,

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Assistant District Counsel of the Army Corps of Engineers, New Orleans Division, is "a denial in writing by certified mail of plaintiffs' claims against the USA through its agency the COE" in accordance with 28 U.S.C. § 2675. Pl. Proposed Mem. at 5 and Ex. 2. Plaintiffs' assertion is incorrect. As plaintiffs note in their Proposed Memorandum, the letter does not constitute a final denial of their claims because they have not yet submitted valid tort claims. Id. at 3 and Ex. 2. Rather, the letter notifies counsel of the deficiencies of the purported claims, namely that they lack "proof that [counsel] legally represent[s] each individual listed as a claimant," and "adequate information that would allow the [Corps] to thoroughly investigate their alleged claims." Id. Indeed, as the return correspondence from Mr. Merchant to Mr. O'Dwyer, dated April 5, 2006, and attached hereto as Exhibit A describes, "[the New Orleans] office does not have the authority to deny [plaintiffs'] potential claims [as] [t]hat authority resides with the United States Army Claims Service, Fort George G. Meade, Maryland." Thus, plaintiffs' claims have not yet been formally denied, nor have they been pending with the agency for six months, such that suit would be permitted in accordance 28 U.S.C. § 2675(a).

As stated previously in the United States' memoranda, the only remedy available to plaintiffs is to voluntarily dismiss their action and re-file a new action after valid tort claims have been finally denied or have been pending with the appropriate agencies for six months. Plaintiffs' attempt to avoid dismissal is contrary to Supreme Court and Fifth Circuit precedent and should not be countenanced. McNeil v. United States, 508 U.S. 106 (1993); Gregory v. Mitchell, 634 F.2d 199, 203-04 (5th Cir. 1981); Reynolds v. United States, 748 F.2d 291, 292 (5th Cir. 1984); Price v. United States, 69 F.3d 46, 54 (5th Cir. 1995) rehr'g denied 81 F.3d 520 (1996), cert. denied 519 U.S. 927 (1996).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PAUL F. FIGLEY
Deputy Director, Torts Branch

*Catherine Finnegan*
CATHERINE J. FINNEGAN
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4916 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated: April 11, 2006

## CERTIFICATE OF SERVICE

I, Catherine J. Finnegan, hereby certify that on April 11, 2006, I served a true copy of the United States' Opposition upon the following parties by first class and/or electronic mail:

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Joseph W. Hecker
619 Europe Street
2nd Floor
Baton Rouge, LA 70806

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

Thomas Francis Gardner
gardner@bayoulaw.com

Michael Courtney Keller
kellerm@ag.state.la.us

Dennis Phayer
dphayer@burglass.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

James L. Pate
jpate@ln-law.com

Deborah L. Wilson, Attorney at Law
1443 Cloudland Street
Memphis, TN 38118

_Catherine Finnegan_
Catherine J. Finnegan

# EXHIBIT A



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

April 5, 2006

<u>CERTIFIED MAIL -- RETURN RECEIPT REQUESTED</u>

CEMVN-OC

Mr. Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130-1193

Dear Mr. O'Dwyer:

This letter responds to your March 28, 2006, letter wherein you state that you are treating the Army Corps of Engineers' March 22, 2006, letter as a denial of your clients' claims. Please be advised that the Army's letter is a request for additional information regarding your clients' potential claims. Your clients' potential claims have not been denied because they have not been validly presented to the Army. Further, this office does not have the authority to deny your clients' potential claims. That authority resides with the United States Army Claims Service, Fort George G. Meade, Maryland.

Sincerely,

Randall C. Merchant
Assistant District Counsel

Certified Mail Receipt No. 7004 1350 0005 5696 3167