

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 12 PM 3: 34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAUREEN O'DWYER, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>UNITED STATES, et al.<br><br>    Defendants | CIVIL ACTION NO. 05-4181<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| ANN VODANOVICH, et al.<br><br>　　　Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>　　　Defendants | CIVIL ACTION NO. 05-5237<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| DAVID J. KIRSCH, et al.<br><br>　　　Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>　　　Defendants | CIVIL ACTION NO. 05-6073<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| JIM EZELL, et al.<br><br>　　　Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>　　　Defendants | CIVIL ACTION NO. 05-6314<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| DAVID M. BROWN, SR., et al )<br>)<br>  Plaintiffs )<br>)<br>VS. )<br>)<br>BOH BROTHERS CONSTRUCTION CO., et al. )<br>)<br>  Defendants ) | CIVIL ACTION NO. 05-6324<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| BETH A. LEBLANC, et al. )<br>)<br>  Plaintiffs )<br>)<br>VS. )<br>)<br>BOH BROTHERS CONSTRUCTION CO., et al. )<br>)<br>  Defendants ) | CIVIL ACTION NO. 05-6327<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| FREDERICK BRADLEY, et al. )<br>)<br>  Plaintiffs )<br>)<br>VS. )<br>)<br>MODJESKI And MASTERS, INC. )<br>)<br>  Defendants ) | CIVIL ACTION NO. 05-6359<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

- 4 -

| | |
|---|---|
| JULIE TAUZIN, et al. | ) |
| Plaintiffs | ) CIVIL ACTION NO. 06-0020 |
| VS. | ) SECTION "K" |
| BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, et al. | ) MAGISTRATE "2" |
| Defendants | ) |

and

| | |
|---|---|
| MARY BETH FINNEY, et al. | ) |
| Plaintiffs | ) CIVIL ACTION NO. 06-0886 |
| VS. | ) SECTION "K" |
| BOH BROTHERS CONSTRUCTION CO., et al. | ) MAGISTRATE "2" |
| Defendants | ) |

**This pleading applies to the above-captioned cases which are among twenty-one cases that were consolidated for certain pretrial purposes by Minute Entry signed by Judge Stanwood R. Duval, Jr. in Case No. 05-4182, bearing Document No. 69, which was filed on 04/11/2006.**

### RESPONSE OF MODJESKI AND MASTERS, INC. TO COURT-ORDERED DISCLOSURE OF INVOLVEMENT WITH CANALS AND WATERWAYS

Modjeski and Masters, Inc. (sometimes hereinafter "Modjeski"), discloses herewith its involvement with canals and waterways in response to the order of this Court.

Modjeski provided no professional engineering services for and had no involvement with levees or floodwalls for the London Avenue Canal or Mississippi River Gulf Outlet.[1]

Modjeski performed engineering services for only two projects for the east levee and floodwall of the 17th Street Canal for that reach where the breach occurred during or after Hurricane Katrina.

The first project, pursuant to separate engagements by the Board of Commissioners of the Orleans Levee District ("OLD") and Sewage and Water Board of New Orleans ("Water Board"), involved the preparation of drawings and specifications, and construction inspection, for dredging of the east side of the Canal, levee work and initial sheet pile driving from the Hammond Highway Bridge to the Southern Railway track bridge just north of Pumping Station No. 6.[2]

The second project, pursuant to an engagement by OLD, involved the preparation of drawings and specifications for redriving the sheet piles and adding a concrete cap to the east floodwall of the 17th Street Canal from the Hammond Highway Bridge to the Southern Railway track bridge just north of Pumping Station

---

[1] Modjeski was engaged by the Louisiana Department of Transportation and Development to undertake a study of the need for protection of the two waterway piers of the I-510 Bridge which spans the Gulf Intracoastal Waterway at Paris Road. This study had nothing to do with levees or floodwalls and was related solely to protection of bridge piers from possible allision damage.

[2] The contract for this project was entered into by Modjeski and Masters, a partnership, and the professional services were completed after Modjeski incorporated in late 1991.

No. 6. Modjeski's services for this project did not include construction inspection, which was undertaken by the U.S. Army Corps of Engineers ("Corps").

All claims against Modjeski involving these projects are perempted.

Modjeski performed engineering services for other projects involving the 17th Street Canal which did not involve and which were totally unrelated to that reach of the east levee and floodwall which was breached. A project done for the Water Board included flood protection and dredging between the Hammond Highway Bridge and Lake Pontchartrain. Projects done for OLD included West End drainage improvements, design of a "toe wall" at Pump Station No. 6, and raising and floodproofing the Veterans Highway Bridges which cross the 17th Street Canal. This project included approximately 45 linear feet of new floodwall and gates, between the Bridges and adjacent to and abutting the Bridges on the north and south sides, at the east side of the Canal. Another project, done for the Board of Levee Commissioners of the East Jefferson Levee District and the Water Board, involved the west levee and floodwall, and dredging of the west side of the 17th Street Canal.

Any claims in connection with these other projects are also perempted.

Modjeski also prepared drawings and specifications for and undertook construction inspection of the Florida Avenue Bridge Replacement (over the Inner Harbor Navigation Canal) for the Board of Commissioners of the Port of New Orleans ("Dock Board"), which included modifications to the existing concrete floodwall and

gates on the east and west sides of the Bridge. Modifications to the existing floodwall and gates were necessary for realignment of the vehicular roadway and railroad track, and involved new openings in the floodwall and closure of existing openings with concrete floodwall sections to match the existing. The existing floodwalls, including the modifications, were of the "T-Wall" type and were constructed of reinforced concrete with both plumb and batter piles and with top elevations of approximately +14.0 MSL.

The modifications for which Modjeski prepared drawings and specifications were not breached, overturned or damaged during or after Hurricane Katrina.

Modjeski had no involvement with post-construction operation or maintenance of any of the abovementioned projects.

Respectfully submitted,

*[signature]*

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Keith J. Bergeron (#25574)
John Wayne Martinez (#28442)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
vstilwell@dkslaw.com

Attorneys for MODJESKI AND MASTERS, INC., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of the above and foregoing Disclosure have been served on lead counsel indicated on Court Docket Sheets, this 12th day of April, 2006 via email and telefax.

*[signature]*

Victor E. Stilwell, Jr.

33280-011/#165469v1<DKS> -Response of Modjeski 4-7-06