UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K" (2)** <br> **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

[This pleading relates to Docket Number 05-6314 "I" (3)]

### MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR DISQUALIFICATION OF THE HONORABLE JOSEPH C. WILKINSON, JR.

Plaintiffs, JIM EZELL, husband of/and BONNIE EZELL, hereby adopt, in toto, the "MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR DISQUALIFICATION OF THE HONORABLE JOSEPH C. WILKINSON, JR." filed herein on behalf of Plaintiffs, Frederick Bradley, Lawrence Rabin, and Mark H. Samuels, individually and on behalf of all persons similarly situated, Docket Number 06-225 "K"(2), and the "MEMORANDUM IN OPPOSITION TO DEFEDANT, WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION FOR DISQUALIFICATION OF THE HONORABLE JOSEPH C. WILKINSON", filed hereon on behalf of Plaintiffs, David J. Kirsch and Ali Haghighi, on behalf of themselves and all others similarly situated, Docket Number 05-6073 "C"(1).



LAW OFFICES OF
RONNIE G. PENTON

209 Hoppen Place
Bogalusa, LA 70427
Tel: 985.732.5651
Toll Free: 800.419.3445
Fax: 985.735.5579

1

Accordingly, Plaintiffs, JIM EZELL, husband of/and BONNIE EZELL, submit that for the reasons as more fully specified in the adopted memoranda, the Motion for Disqualification of the Honorable Joseph C. Wilkinson, Jr., filed herein by the Defendant, Washington Group International, Inc., should be denied in its entirety.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE       :   (985) 732-5651
TELECOPIER      :   (985) 735-5579

_____
Ronnie G. Penton
Trial Counsel for Plaintiff
Bar Roll Number 10462



LAW OFFICES OF
RONNIE G. PENTON

209 Hoppen Place
Bogalusa, LA 70427
Tel: 985.732.5651
Toll Free: 800.419.3445
Fax: 985.735.5579

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, on April 12, 2006.

_____
Ronnie G. Penton



LAW OFFICES OF
RONNIE G. PENTON

209 Hoppen Place
Bogalusa, LA 70427
Tel: 985.732.5651
Toll Free: 800.419.3445
Fax: 985.735.5579

3