UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHOLET, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                      **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL**               **SECTION "K"(2)**
**CONS. KATRINA CANAL**

**THIS DOCUMENT RELATES TO:**
| | |
|---|---|
| 05-4182 | 05-5237 |
| 05-6073 | 05-6314 |
| 05-6324 | 05-6327 |
| 06-20 | 06-886 |

## ORDER

IT IS ORDERED that the following motions set for hearing on April 19, 2006 at 9:30 a.m. are hereby RESET for April 19, 2006 at 3:00 p.m.:

AMENDED MOTION for Consolidation and Transfer of Venue to the Middle District. of Louisiana by Washington Group International, Inc., Record Documents 54, 46, 42, 31, 17 37, 17, 10.

MOTION to Disqualify District Judge by Board of Commissioners for the Orleans Levee District, Record Document 15.  (06-886)

New Orleans, Louisiana, this   18th   day of April, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE