UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 13  PM 2: 33

LORETTA G. WHYTE

| | | |
|---|---|---|
| ROBERT HARVEY, DARLEEN JACOBS | * | CASE NO. 05-4568 |
| LEVY, AND SUSAN AND WILLIAM | * | |
| LAURENDINE, | * | SECTION: "K" (2) |
|       PLAINTIFFS | * | JUDGE DUVAL |
| VERSUS | * | MAG. WILKINSON |
| | | |
| THE BOARD OF COMMISSIONERS FOR | * | |
| THE ORLEANS LEVEE DISTRICT, | * | |
| PARISH OF ORLEANS | * | |

DEFENDANTS

FILED: _____     _____
                                                               DEPUTY CLERK

## MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY JUDGE STANWOOD DUVAL, JR. AND MAGISTRATE JOSEPH WILKINSON, JR.

NOW INTO COURT, come ROBERT HARVEY, ET AL., complainants and their

attorneys herein, who respectfully seek leave of this court to file the attached motion for leave to

file an opposition to defendant's motion to disqualify Judge Duval and Magistrate Judge

Wilkinson in the above referenced matter;  and upon suggesting to the Court that, counsel has

just received said motion via U.S. regular mail, and that, in the interests of justice, this opposition

should be considered by this Honorable Court in ruling upon the pending motion to disqualify.

_____ Fee_____
_____ Process_____
_X_/Dktd_____
_✓_ CtRmDep_____
_____ Doc. No_____

Mover has contacted counsel in accordance with Rule 7.6(E), whose client has given him authority to consent to this motion for leave.

Respectfully submitted,

DARLEEN M. JACOBS, ESQ. (7208)
AL A. SARRAT, BAR # 19776
JACOBS & SARRAT
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 & (504) 522-3287

Attorneys for Complainants
ROBERT HARVEY, ET AL.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this 13th day of _____, 2006.

JACOBS & SARRAT

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT HARVEY, DARLEEN JACOBS LEVY, AND SUSAN AND WILLIAM LAURENDINE, | * * * | CASE NO. 05-4568 |
| PLAINTIFFS | * * | SECTION: "K" (2) JUDGE DUVAL |
| VERSUS | * | MAG. WILKINSON |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, PARISH OF ORLEANS | * * * | |
| DEFENDANTS | | |

FILED: _____                                _____
                                                                                       DEPUTY CLERK

**RULE 7.6 CERTIFICATE**

The undersigned hereby certifies to the Court that Mover has contacted counsel in

accordance with Rule 7.6(E). There is no objection to this motion.

JACOBS & SARRAT

3