UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT HARVEY, DARLEEN JACOBS LEVY, AND SUSAN AND WILLIAM LAURENDINE, | * * * | CASE NO. 05-4568 |
| | * | SECTION: "R" (2) |
| PLAINTIFFS | * | JUDGE DUVAL |
| VERSUS | * | MAG. WILKINSON |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, PARISH OF ORLEANS | * * * | |
| DEFENDANTS | | |

FILED: _____

_____
DEPUTY CLERK

## ORDER

IT IS ORDERED, ADJUDGED, AND DECREED that movers, ROBERT HARVEY, ET AL., be, and are hereby allowed to file the attached Memorandum in Opposition to Defendant's Motion to Disqualify the Honorable Stanwood Duval, Jr., and the Honorable Magistrate Joseph Wilkinson, Jr., into the record of the above captioned and numbered case.

New Orleans, Louisiana, this __17th__ day of __April__, 2006.

_____
JUDGE

4