FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 1:33

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| **Plaintiffs** | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| **Defendants** | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 05-4181, 05-4182, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 06-0020, 06-0151, 06-0152, 06-0153, 06-0169, 06-0225, 06-0886 | * | A JURY IS DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE
### REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISQUALIFY

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Commissioners of the Orleans Levee District (hereinafter "OLD"), who moves for leave to file the attached Reply Memorandum in Support of OLD's Motions to Disqualify. OLD respectfully submits that leave is merited to address the arguments made by plaintiffs in the opposition memoranda.

___ Fee _____
___ Process _____
_X_ Dktd _____
_√_ CtRmDep _____
___ Doc. No _____

WHEREFORE, defendant, OLD, pray that this Honorable Court grant them leave to file the attached *Reply Memorandum in Support of Motions to Disqualify.*

Respectfully submitted,

_____
THOMAS P. ANZELMO (#2533)
MARK E. HANNA (19336)
KYLE P. KIRSCH (26363)
ANDRE' J. LAGARDE (28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by e-mail this 17th day of April, 2006.

_____