UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| Plaintiffs | * | SECTION "K" |
| | * | |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 05-4181, 05-4182, 05-4568, | * | |
| 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, | * | |
| 05-6327, 06-0020, 06-0151, 06-0152, | * | A JURY IS DEMANDED |
| 06-0153, 06-0169, 06-0225, 06-0886 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that defendant's, the Board of Commissioners of the Orleans Levee District, Motion for Leave to file the attached *Reply Memorandum in Support of Motions to Disqualify* is GRANTED and that the attached *Reply Memorandum in Support of Motions to Disqualify* be filed into the record of the captioned matter.

New Orleans, Louisiana, this _____ day of April, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE