FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18 P 5:00

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL.** | * | **SECTION "K" (2)** |
| | * | |

**THIS DOCUMENT RELATES TO: ALL ACTIONS**

### REQUEST FOR ORAL ARGUMENT
### ON THE GOVERNMENT'S EX PARTE MOTION

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on the Government's Ex Parte Motion related to discovery.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

_____
ASHTON R. O'DWYER, JR. (#10166)

__ Fee_____
__ Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No_____

-1-

One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
Attorney for Claimants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 18th day of April 2006.

*[signature]*