FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18 PM 1:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | * | **SECTION "K"** |
| **BOH BROS. CONSTTRUCTION CO., L.L.C., ET AL** | * | **MAGISTRATE (2)** |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | * | |

* * * * * * * * * * * * *

## PARTIAL DISCLOSURE ORDERED BY THIS HONORABLE COURT

**MAY IT PLEASE THE COURT:**

Pursuant to Judge Duval's order at the status conference on April 6, 2006, we are submitting this "disclosure" information on behalf of Boh Bros. Construction Co., LLC ("Boh Bros."). Specifically, we are disclosing information relating to the two separate projects performed by Boh Bros. at the "17th Street Outfall Canal" (commonly referred to as the "17th Street Canal") and the "Inner Harbor Navigation Canal" (commonly referred to as the "Industrial Canal") that have been identified and sued upon in the lawsuits that are now pending before Judge Duval. These two projects discussed below involve locations where the levees were breached and/or overtopped during Hurricane Katrina (collectively the "disclosure information").

___ Fee____
___ Process____
X  Dktd____
√  CtRmDep____
___ Doc. No____

I.  **17th Street Outfall Canal Project**

Boh Bros. signed a contract with the Board of Commissioners of the Orleans Levee District ("OLD"), who in turn had been authorized to contract out the job by the U.S. Army Corps of Engineers. This contract no. 2043-0489 was signed by and between Boh Bros. and the OLD on or about May 9, 1990. Boh Bros. drove sheet piles on the New Orleans side of the 17th Street Canal and dredged the canal in various locations to specified depths, all in accordance with the drawings and specifications prepared by other parties. Boh Bros. performed its work in accordance with the drawings and specifications prepared on behalf of the OLD, and as directed and inspected by the OLD's consulting engineer, Modjeski and Masters, Inc.

Boh Bros.' work was accepted by the OLD as substantially complete as of March 11, 1992, and the OLD filed a formal "notice of acceptance" of Boh Bros.' work as a public record filed with the Orleans Parish Mortgage and Conveyance Office on August 24, 1992. We emphasize that Boh Bros. was not involved in any subsequent construction work, beyond what is described herein at the 17th Street Canal, which has been loosely referred to as the "Pittman job," during which time the same sheet piling was allegedly driven to deeper depths by that particular Pittman entity, as set forth in the separate drawings and specifications for this subsequent job performed after Boh Bros.' work was accepted and Boh Bros. left the site. Boh Bros. will show that its work was performed, as evidenced by the "as-built" drawings that were prepared after Boh Bros. completed its work, in conformity with the Army Corps of Engineers' design drawings on the 17th Street Canal project.

We also point out that sheet pilings immediately adjacent to the north and south sides of the 17th Street Canal breach were pulled under the supervision of the U.S. Army Corps of Engineers and other representatives, including numerous plaintiffs' counsel, approximately four

months ago. The pulling of the sheet piles by the U.S. Army Corps of Engineers confirmed that Boh Bros. did, in fact, procure and install sheet piling at lengths slightly in excess of 23'3", in the immediate area of the breach, in accordance with the drawings and specifications of the OLD/Boh Bros. project.

## II. "Industrial Canal"

Boh Bros. contracted directly with the U.S. Army Corps of Engineers ("Corps") to perform a "test pile" project in the batture of the Industrial Canal in October, 1999, pursuant to contract no. DACW29-99-C-0064. Specifically, Boh Bros. was to drive test piles in an area roughly 200 feet from the existing levee structure, all as shown on the drawings and specifications prepared by the Corps. Boh Bros. work was constantly monitored for both noise and vibration levels by Eustis Engineering, and the reports issued by Eustis Engineering confirmed that there were no noise or vibration anomalies or problems relating to this test pile project.

Boh Bros.' work on this particular test pile project was completed on or before May 31, 2000. Boh Bros.' work complied with all drawings and specifications and was performed under the direction and control of the Corps. Upon completion of the test pile project, Boh Bros. left the batture area of the Industrial Canal in the same condition as Boh Bros. found it.

## III. Conclusion

We intend to provide all plaintiffs' counsel in the cases in which Boh Bros. has been named a party defendant with all applicable documentation and information which will establish that (i) Boh Bros. is immune from any liability in these actions based on Louisiana's peremption statute, La. R.S. 9:2772; (ii) Boh Bros. is immune in these cases based on the "government contractor" defense; and (iii) Boh Bros. is immune from liability in these cases based on its

compliance with all drawings and specifications prepared by the owner and/or the owner's consulting engineer under La. R.S. 9:2771. That information and documentation will be sent to all plaintiffs' counsel under separate cover letter, together with the relevant motions to dismiss in all cases relating to both the 17th Street Canal and Industrial Canal projects, in accordance with the scheduling order in these cases.

                    Respectfully submitted,

                    **KINGSMILL RIESS, L.L.C.**

                    By: _____
                    Michael R. C. Riess (#2073)
                    Charles B. Colvin (#4352)
                    201 St. Charles Avenue, Suite 3300
                    New Orleans, Louisiana 70170-3300
                    Telephone: (504) 581-3300
                    Facsimile: (504) 581-3310
                    ***Attorneys for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Partial Disclosure Ordered by this Honorable Court has this day been served upon all counsel of record by hand, by fax, and/or by depositing same in the United States mail, postage prepaid and properly addressed this 18 day of April, 2006.

                    _____