OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19  PM 1:03

LORETTA G. WHYTE
CLERK*

Date: _APRIL 19, 2006_

_JIM EZELL, ET AL_

vs.

_Boh Brothers Construction Co._

Case No. _05-6314_ Section _I_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( _____ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. (name) _Gulf Group Inc / Matt Hobbs_
   (address) _7028 Belaire Drive_
2. (name) _Miller Evacuating Services / Annie Mae Miller_
   (address) _421 Almedia Road, St. Rose, LA._
3. (name) _Burk-Kleinpeter, LLC_
   (address) _4176 Canal Street, NOLA._
4. (name) _CR Pittman Construction / Gloria Pittman_
   (address) _6251 Paris Ave., NOLA_

#5.  _City of New Orleans_
     _Charles Rice - Agent_
     _New Orleans, LA._

Very truly yours,

_Thomas R. Woodall_
"Signature"

Attorney for _____

Address _____

Fee _____
Process _____ SMS
Dktd _____
CtRmDep _____
Doc. No _____