UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  AM 10: 58

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL, | * | SECTION "K" (2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### ORDER

Considering the United States' Motion to Continue The April 26, 2006, Evidentiary Hearing;

IT IS ORDERED that the United States' Motion to Continue The April 26, 2006, Evidentiary Hearing, is GRANTED and the hearing set for April 26, 2006 be and is hereby re-set for May 3, 2006 at _____ o'clock a.m.

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
JUDGE JOSEPH C. WILKINSON, JR.

*See separate order dated 4-19-06*

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____