UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## ORDER

The United States has filed a motion to continue the evidentiary hearing set before me in this matter on April 26, 2006. A written opposition and a request for oral argument as to the motion to continue have also been filed. Considering the written submissions of counsel, the record and the applicable law,

**IT IS ORDERED** that the request for oral argument is DENIED, and the motion to continue is GRANTED, except that the suggested new date for the hearing is not available on my calendar. Accordingly, the subject evidentiary hearing will be conducted, if necessary after consideration of the contemplated motion to vacate to be filed by the United States, on **Thursday, May 4, 2006 at 2:00 p.m.** in my courtroom.

**IT IS FURTHER ORDERED** that additional proceedings in connection with the evidentiary hearing will be conducted as follows: (1) The United States must file and

serve electronically or by fax on all other parties (with a copy to me) its motion to vacate the evidentiary hearing in this matter no later than **Friday, April 21, 2006**. (2) Any party may file a written response to the motion of the United States, either supporting or opposing the motion, by filing and serving electronically or by fax on all other parties (with a copy to me) a memorandum no later than **Thursday, April 27, 2006.** (3) Oral argument concerning the motion to vacate will be conducted in my courtroom on **Monday, May 1, 2006 at 10:30 a.m.**  In addition to counsel for the United States, only counsel who have filed a written memorandum will be permitted to argue orally.

In the event that the motion of the United States to vacate the evidentiary hearing is denied, **IT IS FURTHER ORDERED** pursuant to Judge Duval's order of April 11, 2006, Record Doc. No. 69, that **Joseph M. Bruno** is appointed examiner for the plaintiffs and **Thomas P. Anzelmo** is appointed examiner for defendants (each limited to no more than 45 minutes of questioning) in connection with the evidentiary hearing.  Of course, in the event the motion of the United States to vacate is granted, no examination will occur.

New Orleans, Louisiana, this __19th__ day of April, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.