FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19 PM 2:41

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| RICHARD VANDERBROOK, et al. | § | | |
| Plaintiffs, | § | CIVIL ACTION NO. | 05-6323 |
| | § | | |
| VERSUS | § | SECTION | F |
| | § | | |
| STATE FARM FIRE AND CASUALTY | § | MAGISTRATE NO. | 5 |
| COMPANY, et al. | § | | |
| Defendants. | § | | |

### AMENDED CORPORATE DISCLOSURE STATEMENT OF
### THE HANOVER INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Defendant The Hanover Insurance Company, which, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits this amended corporate disclosure statement.

The Hanover Insurance Company is a wholly owned subsidiary of Opus Investment Management, Inc., a wholly owned subsidiary of The Hanover Insurance Group, Inc., a publicly traded company of which Hotchkiss & Wiley owns more than 10% of the stock.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully Submitted:

*[signature]*

**Ralph S. Hubbard III, T.A., La. Bar. No. 7040**
**Joseph P. Guichet, La. Bar No. 24441**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
**Kevin P. Kamraczewski**
**Paul E.B. Glad**
**Andrew R. Greene**
**David R. Simonton**
**Sonnenschein Nath & Rosenthal LLP**
7800 Sears Tower
Chicago, IL 60606
Telephone:   (312) 876-8000
Facsimile:   (312) 876-7934

**Attorneys for The Hanover Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 17th day of April, 2006.

*[signature]*