FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  AM 11: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | JUDGE DUVAL |
| L.L.C., ET AL. | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| NO. 05-6323 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

### THE HANOVER INSURANCE COMPANY'S
### DISCLOSURE PURSUANT TO THE COURT'S MINUTE ENTRY OF APRIL 11, 2006

NOW INTO COURT, comes The Hanover Insurance Company, which, pursuant to that section of the April 11, 2006, Minute Entry, page 6, entitled "Disclosures," avers that neither The Hanover Insurance Company nor any of its affiliates or subsidiaries was involved in the design, construction, or maintenance of the 17th Street, London, or Industrial Canal levees.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*[signature]*

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
KEVIN P. KAMRACZEWSKI
PAUL E B. GLAD
DAVID R. SIMONTON
GEOFFREY J. REPO
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone:   (312) 876-8000
Facsimile:   (312) 876-7934

Attorneys for The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that, on April 20th, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

*[signature]*