

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, *ET AL.*, | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., *ET AL.* | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| NO. 05-6323 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

## HARTFORD INSURANCE COMPANY OF THE MIDWEST'S DISCLOSURE PURSUANT TO THE COURT'S MINUTE ENTRY OF APRIL 11, 2006

NOW INTO COURT, comes Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company, which pursuant to that section of the April 11, 2006, Minute Entry, page 6, entitled "Disclosures," avers that neither Hartford Insurance Company of the Midwest nor any of its affiliates or subsidiaries was involved in the design, construction, or maintenance of the 17th Street, London, or Industrial Canal levees.

Respectfully submitted,

*[signature]*

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
Christopher W. Martin
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON & WISDOM,
   L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Attorneys for Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 20th, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

*[signature]*