FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 17 PM 4: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. <br><br> Plaintiffs <br><br> vs. <br><br> BOH BROTHERS CONSTRUCTION CO., et al. <br><br> Defendants | CIVIL ACTION NO. 05-4182 <br> SECTION "K"(2) <br> CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: <br><br> ANN VODANOVICH, et al. <br><br> vs. <br><br> BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-5237 <br><br> SECTION "K" (2) |
| BETH A. LEBLANC, et al. <br><br> vs. <br><br> BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-6327 <br><br> SECTION "K"(2) |
| DAVID J. KIRSCH, et al. <br><br> vs. <br><br> BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-6073 <br><br> SECTION "K"(2) |

___ Fee _____
___ Process _____
X  Dktd _____
✓  CtRmDep _____
___ Doc. No 151v.1

### EX PARTE MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION TO RECUSE THE HONORABLE JUDGE STANWOOD R. DUVAL, JR. PURSUANT TO 28 U.S.C. § 455(A)

Washington Group International, Inc. ("Washington Group") through undersigned counsel, pursuant to L.R. 7.5E, respectfully requests leave to file the attached reply brief in support of its Motion to Recuse the Honorable Judge Stanwood R. Duval, Jr. In support of this motion, Washington Group states as follows:

1.

On April 4, 2006, Washington Group filed its Motion to Recuse the Honorable Stanwood R. Duval, Jr. Pursuant to 28 U.S.C. § 455(a) in the above-captioned cases.

2.

On April 11, 2006, Plaintiffs in the above-captioned cases filed their opposition memoranda to Washington Group's motion.

3.

The Plaintiffs have raised a number of issues in their opposition memoranda, and Washington Group requests the opportunity to respond to those arguments by way of reply.

4.

The reply will assist the Court to fully consider the Motion to Recuse the Honorable Stanwood R. Duval, Jr. Pursuant to 28 U.S.C. § 455(a), and resolution of the Motion to Recuse the Honorable Stanwood R. Duval, Jr. Pursuant to 28 U.S.C. § 455(a) will not be delayed by the submission of the attached reply brief.

**WHEREFORE,** Washington Group International, Inc. respectfully requests that the Court grant it leave to file a Reply Brief in support of its Motion to Recuse the Honorable Stanwood R. Duval, Jr. Pursuant to 28 U.S.C. § 455(a).

Dated: April 17, 2006

Respectfully submitted,

*[signature]*

William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julie E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Leave to File Reply Brief in Support of Washington Group International, Inc.'s Motion to Recuse the Honorable Judge Stanwood R. Duval, Jr. Pursuant to 28 U.S.C. § 455(a) has been served upon all counsel of record via e-mail, this 17th day of April, 2006.

*William O. Feely*