FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1:07

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>Defendants | CIVIL ACTION NO. 05-4182<br>SECTION "K"(2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO:<br><br>ANN VODANOVICH, et al.<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-5237<br><br>SECTION "K" (2) |
| BETH A. LEBLANC, et al.<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-6327<br><br>SECTION "K"(2) |
| DAVID J. KIRSCH, et al.<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al. | CIVIL ACTION NO. 05-6073<br><br>SECTION "K"(2) |

___ Fee _____
___ Process ____
_X_ Dktd _____
_✓_ CtRmDep ___
___ Doc. No ___
806151v.1

## ORDER

Considering the foregoing Motion for Leave to File Reply Brief,

**IT IS ORDERED** that such motion is **GRANTED** and that the attached Reply Brief be and is hereby filed into the record.

New Orleans, Louisiana, this 17th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

806151v.1