FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 19  PM 12: 01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | CIVIL ACTION NO. 05-4182 |
| **Plaintiffs** | * | SECTION "K" |
| **VERSUS** | * | |
| | * | JUDGE DUVAL |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | |
| | * | MAGISTRATE NO. 2 |
| **Defendants** | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 05-4181, 05-4182, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6438, 06-0020, 06-0151, 06-0152, 06-0153, 06-0169, 06-0225, 06-0886 | * | A JURY IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, The Board of Commissioners for the Orleans Levee District, and respectfully prays for an Order granting its Motion for Leave to file the attached First Supplemental and Amending Answer. As discussed more fully in the accompanying Memorandum in Support, developments occurring since the original Answers were filed necessitate supplementing and amending the original Answers in each of the referenced Docket Numbers. Moreover, defendant certifies that granting this Motion will neither delay nor hinder the fair and expeditious disposition of this matter. The Court has granted parties until April 26, 2006 to file



___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

amended pleadings.

WHEREFORE, defendant, The Board of Commissioners for the Orleans Levee District, respectfully prays for an Order granting its Motion for Leave to file the attached First Supplemental and Amending Answer.

                      Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via email this /5th day of April, 2006.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| **Plaintiffs** | * | **SECTION "K"** |
| **VERSUS** | * | **JUDGE DUVAL** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | |
| | * | **MAGISTRATE NO. 2** |
| **Defendants** | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE WILKINSON** |
| Docket Nos. 05-4181, 05-4182, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6438, 06-0020, 06-0151, 06-0152, 06-0153, 06-0169, 06-0225, 06-0886 | * | **A JURY IS DEMANDED** |

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE FIRST
SUPPLEMENTAL AND AMENDING ANSWER**

**MAY IT PLEASE THE COURT:**

Defendant, The Board of Commissioners for the Orleans Levee District, respectfully seeks leave to supplement and amend its original Answers filed in the captioned litigation. Since filing the Answers, the United States Congress has passed legislation entitling certain Louisiana residents to substantial grants, loans, and other financial relief for property damage arising out of the flooding following Hurricane Katrina. In light of this recent legislation, defendant must supplement and amend its affirmative defense requesting a credit and offset for the amounts of said payments, if any, to plaintiffs herein.

Defendant also seeks leave to supplement its Answers, adding the affirmative

defenses of immunity by operation of La. R.S. 29:735 and La. R.S. 9:2793.1.

Defendant hereby certifies that, by granting the relief requested herein, the Court will neither delay nor hinder the fair and expeditious disposition of this matter.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via email this 19th day of April, 2006.

_____