FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1:12

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 05-4181, 05-4182, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6438, 06-0020, 06-0151, 06-0152, 06-0153, 06-0169, 06-0225, 06-0886 | * | A JURY IS DEMANDED |

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED THAT defendants be and are hereby granted leave to file the attached First Supplemental and Amending Answer, supplementing and amending each Answer filed in the captioned Docket Numbers..

THUS DONE AND SIGNED this 19th day of _____, 2006 in New Orleans, Louisiana.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____