FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 1:12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 05-4181, 05-4182, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6438, 06-0020, 06-0151, 06-0152, 06-0153, 06-0169, 06-0225, 06-0886 | * | A JURY IS DEMANDED |

## FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant, The Board of Commissioners for the Orleans Levee District, and respectfully submits its First Supplemental and Amending Answer as follows:

I.

Defendant supplements its original Answers in the referenced Docket Numbers to add the following Affirmative Defense:

Defendant affirmatively alleges that to the extent plaintiffs (and members of the putative class, where applicable) have or should hereafter settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, or should plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

receive any funds from federal or state agencies or programs, defendant is entitled to a credit and/or offset in the amount of said settlement(s) and/or payment(s), which are not subject to the collateral source doctrine, and/or for the amount of the settling and/or paying parties' allocated percentage of fault.

II.

Defendant supplements its original Answers in the referenced Docket Numbers to add the following Affirmative Defense:

Defendant is immune from liability by operation of La. R.S. 29:735 and La. R.S. 9:2793.1.

III.

Defendant reasserts and reavers each and every answer and affirmative defense of its original Answers as if plead *in extenso* herein.

IV.

Defendant requests and is entitled to a trial by jury on all issues herein.

WHEREFORE, defendant, The Board of Commissioners for the Orleans Levee District, prays that this First Supplemental and Amending Answer be deemed good and sufficient, that it be granted a trial by jury and that, after due proceedings are had, there be judgment herein in favor of said defendant and against plaintiffs (and members of the putative class), dismissing all of the claims of the plaintiffs (and members of the putative class) against them, with prejudice, and at plaintiffs' (and members of the putative class') cost.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this ____ day of April, 2006.

_____