FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20  PM 3:01

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAUREEN O'DWYER, ET AL<br>Plaintiffs | CIVIL ACTION NO. 05-4181 |
| vs. | SECTION "K" MAG. 2 |
| UNITED STATES OF AMERICA,<br>ET AL<br>Defendants | |

and

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL<br>Plaintiffs | CIVIL ACTION NO. 05-4182 |
| vs. | SECTION "K" MAG. 2 |
| BOH BROS. CONSTRUCTION,<br>ET AL<br>Defendants | |

and

| | |
|---|---|
| JARED VODANOVICH<br>Plaintiffs | CIVIL ACTION NO. 05-4191 |
| vs. | SECTION "K" MAG. 2 |
| BOH BROTHERS CONSTRUCTION<br>ET AL<br>Defendants | |

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

1

and

| | |
|---|---|
| ROBERT HARVEY )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>BOARD OF COMMISSIONERS FOR )<br>THE ORLEANS LEVEE BOARD, )<br>ET AL )<br>Defendants )<br>) | CIVIL ACTION NO. 05-4568<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| ANN VODANOVICH )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>BOH BROS. CONSTRUCTION, )<br>ET AL )<br>Defendants )<br>) | CIVIL ACTION NO. 05-5237<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| )<br>DAVID KIRSCH, ET AL )<br>Plaintiffs )<br>)<br>vs. )<br>)<br>BOH BROTHERS CONSTRUCTION, )<br>ET AL )<br>Defendants )<br>) | CIVIL ACTION NO. 05-6073<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| JIM EZELL, ET AL )<br>Plaintiffs ) | CIVIL ACTION NO. 05-6314 |
| ) | |
| vs. ) | SECTION "K" MAG. 2 |
| ) | |
| BOH BROS. CONSTRUCTION, )<br>ET AL )<br>Defendants ) | |

and

| | |
|---|---|
| RICHARD VANDERBROOK, ET AL)<br>Plaintiffs ) | CIVIL ACTION NO. 05-6323 |
| ) | |
| vs. ) | SECTION "K" MAG. 2 |
| ) | |
| STATE FARM FIRE & CASUALTY ) | |

and

| | |
|---|---|
| DAVID BROWN, ET AL )<br>Plaintiffs ) | CIVIL ACTION NO. 05-6324 |
| ) | |
| vs. ) | SECTION "K" MAG. 2 |
| ) | |
| BOH BROS. CONSTRUCTION, )<br>ET AL )<br>Defendants ) | |

and

| | |
|---|---|
| BETH LEBLANC, ET AL )<br>Plaintiffs ) | CIVIL ACTION NO. 05-6327 |
| ) | |
| vs. ) | SECTION "K" MAG. 2 |
| ) | |
| BOH BROTHERS CONSTRUCTION,)<br>ET AL )<br>Defendants ) | |

and

| FREDERICK BRADLEY, ET AL<br>Plaintiffs | ) )<br>) | CIVIL ACTION NO. 05-6359 |
| --- | --- | --- |
| vs. | ) )<br>) | SECTION "K" MAG. 2 |
| MODJESKI AND MASTER, INC.<br>Defendants | ) )<br>) ) | |

and

| MILTON ARMSTEAD, ET AL<br>Plaintiffs | ) )<br>) | CIVIL ACTION NO. 05-6438 |
| --- | --- | --- |
| vs. | ) )<br>) | SECTION "K" MAG. 2 |
| C. RAY NAGIN, ET AL<br>Defendants | ) )<br>) ) | |

and

| DR. SCOTT SULLIVAN, ET AL<br>Plaintiffs | ) )<br>) | CIVIL ACTION NO. 06-0004 |
| --- | --- | --- |
| vs. | ) )<br>) | SECTION "K" MAG. 2 |
| STATE FARM FIRE & CAS. INS.<br>Defendants | ) )<br>) ) | |

and

| JULIE TAUZIN, ET AL<br>Plaintiffs | ) )<br>) | CIVIL ACTION NO. 06-0020 |
| --- | --- | --- |
| vs. | ) )<br>) | SECTION "K" MAG. 2 |
| BOARD OF COMM. FOR THE<br>ORLEANS LEVEE BOARD<br>Defendants | ) )<br>) )<br>) | |

and

| | |
|---|---|
| BRUCE CONLAY<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ENCOMPASS INS. CO., ET AL )<br>Defendants ) | CIVIL ACTION NO. 06-0151<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| DIANNE ROGERS<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ENCOMPASS INS. CO., ET AL )<br>Defendants ) | CIVIL ACTION NO. 06-0152<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| WILLIAM BAIRD, ET AL<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ENCOMPASS INS. CO., ET AL )<br>Defendants ) | CIVIL ACTION NO. 0600153<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| KELLY HUMPHREYS<br>Plaintiffs )<br>)<br>vs. )<br>)<br>ENCOMPASS INS. CO., ET AL )<br>Defendants ) | CIVIL ACTION NO. 06-0169<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| FREDERICK BRADLEY, ET AL )<br>Plaintiffs                              )<br>                                         )<br>         vs.                             )<br>                                         )<br>PITTMAN CONST. CO., ET AL )<br>Defendants                          )<br>                                         ) | CIVIL ACTION NO. 06-0225<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| MARY BETH FINNEY, ET AL )<br>Plaintiffs                                   )<br>                                              )<br>         vs.                                  )<br>                                              )<br>BOH BROTHERS CONSTRUCTION,)<br>ET AL                                      )<br>Defendants                               )<br>                                              ) | CIVIL ACTION NO. 06-0886<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| ARTHUR ABEL , ET AL         )<br>Plaintiffs                            )<br>                                       )<br>         vs.                           )<br>                                       )<br>BROUSSARD, ET AL          )<br>Defendants                       )<br>                                       ) | CIVIL ACTION NO. 06-1640<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| GLADYS CHEHARDY, ET AL )<br>Plaintiffs                                )<br>                                              )<br>         vs.                              )<br>                                              )<br>STATE FARM FIRE & CASUALTY )<br>COMPANY, ET AL                  )<br>Defendants                            )<br>_____ ) | CIVIL ACTION NO. 06-1672<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| GLADYS CHEHARDY, ET AL )<br>Plaintiffs                                )<br>                                              )<br>         vs.                              )<br>                                              )<br>STATE FARM FIRE & CASUALTY )<br>COMPANY, ET AL                  )<br>Defendants                            )<br>_____ ) | CIVIL ACTION NO. 06-1673<br><br>SECTION "K" MAG. 2 |

and

| | |
|---|---|
| GLADYS CHEHARDY, ET AL )<br>Plaintiffs                                )<br>                                              )<br>         vs.                              )<br>                                              )<br>STATE FARM FIRE & CASUALTY )<br>COMPANY, ET AL                  )<br>_____ ) | CIVIL ACTION NO. 06-1674<br><br>SECTION "K" MAG. 2 |

* * * * * * * * * *

## DISCLOSURE BY THE SEWERAGE AND WATER BOARD OF NEW ORLEANS PURSUANT TO COURT ORDER APRIL 6, 2006

Now comes the defendant, the Sewerage & Water Board of New Orleans, pursuant to the order issued by the court on April 6, 2006, in response to the order

**"…to disclose any connection they may have relative to the design, construction, or maintenance of the 17th Street, London Avenue, or Industrial Canal Levees with specificity**

7

**and shall include in these disclosures whether any related or subsidiary companies were involved"**

states:

After making a due and diligent search commensurate with the environment that the Sewerage & Water Board finds itself in, particularly the flooding of its various buildings, offices and/or warehouses and the records contained therein, the following information is submitted:

### INDUSTRIAL CANAL LEVEES

The Sewerage & Water Board of New Orleans has no known connection relative to the design, construction or maintenance of the Industrial Canal Levees and has no known related or subsidiary companies.

### LONDON AVENUE CANAL

The Sewerage & Water Board of New Orleans has no known connection relative to the design, construction or maintenance of the London Avenue Canal Levees and has no known related or subsidiary companies.

### 17th STREET CANAL

The Sewerage & Water Board of New Orleans has no known connection relative to the design, construction or maintenance of the 17th Street Canal Levees and has no known related or subsidiary companies.

The Sewerage & Water Board of New Orleans reiterates its denial and other averments previously made and set forth in its Answer and Affirmative Defenses.

Respectfully Submitted:

_____
GEORGE R. SIMNO III (12271) T.A.
Sewerage & Water Board of New Orleans
625 St. Joseph Street, Room 201
New Orleans, LA 70165
Telephone Direct Dial (504) 585-2242
Fax (504) 585-2426
Email: Gsimno@swbno.org

GERARD M. VICTOR (9815), Special Counsel
Sewerage & Water Board of New Orleans
625 St. Joseph Street, Room 201
New Orleans, LA 70165
Telephone Direct Dial (504) 585-2236
Fax (504) 585-2426
Email: Gvictor@swbno.org

## CERTIFICATE OF SERVICE

The undersigned certifies that he has served a copy of this pleading on all counsel of record on this the 20th day of April, 2006, be depositing a copy in the U.S. Mail, postage prepaid, by email and/or by fax as deemed appropriate.

_____
GEORGE R. SIMNO III.

n:\lit\def\o'dwyer, maureen (hurricane katrina)\ple\060420odwyer.resptodisclosureorder.doc