

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20 PM 4:34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: CASE NOS. 05-5237; 05-6073; 05-6314; 05-6324; 05-6327; 06-0020; 06-0886 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DISCLOSURE PURSUANT TO COURT'S MINUTE ENTRY OF APRIL 11, 2006

NOW INTO COURT, through undersigned counsel, comes defendant B & K Construction Co., Inc.("B & K") and in accordance with the Court's Minute Entry of April 11, 2006 requiring the defendants to disclose any connection they or their related or subsidiary companies, may have relative to the design, construction, or maintenance of the 17th Street, London Avenue or Industrial Canal levees, makes the following disclosure:



1.

B&K Construction, Inc. was the general contractor under Contract No. DACW29-94-C-0079 (94-B-0047) with the United States Army Corps of Engineers ("Corps"). Under that contract B&K Construction Company, Inc. constructed the flood walls for the London Avenue outfall canal. The flood walls were constructed from Mirabeau Avenue to Robert E. Lee Boulevard on the west bank of the canal and from Mirabeau Avenue to Leon C. Simon Boulevard on the east bank of the canal.

2.

After Hurricane Katrina, B&K also performed work for the Corps on an emergency basis in connection with the closing of the breach on the 17th Street Canal. This work consisted of loading lime stone into large bags that were used to close the breach.

3.

B&K has performed no further work on the 17th Street, London Avenue or Industrial Canal levees.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030
Attorneys for B & K Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter via e-mail, on this 19th day of April, 2006.

_____
Betty E. Mullin

N:\DATA\K\03409023\Consolidated Pleadings\Disclosure.wpd