**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

COLLEEN BERTHELOT ET AL                          CIVIL ACTION

VERSUS                                           NO. 05-4182

BOH BROTHERS CONSTRUCTION                        SECTION "K" (2)
CO., L.L.C. ET AL                                CONS. KATRINA CANAL

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| 05-4182 "K" (2) | (Berthelot, et al) |
| 05-5237 "K" (2) | (Vodanovich, et al) |
| 05-6073 "K" (2) | (Kirsch, et al) |
| 05-6314 "K" (2) | (Ezell, et al) |
| 05-6324 "K" (2) | (Brown, et al) |
| 05-6327 "K" (2) | (LeBlanc, et al) |
| 06-0020 "K" (2) | (Tauzin, et al) |
| 06-0886 "K" (2) | (Finney, et al) |

---

**COURT ORDERED DISCLOSURE BY DEFENDANTS,**
**BURK-KLEINPETER, INC. AND BURK KLEINPETER, L.L.C.**

---

In accordance with the Court's order at the April 6th conference, as supplemented by the written Order entered on April 11, 2006, Burk Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C., make the following disclosure of their respective involvements with work on the Industrial, London Avenue and 17th Street Canals.

I.      **Burk-Kleinpeter, L.C.C. –** Burk-Kleinpeter, L.C.C. is not an engineering or architecture firm, and has never engaged in the practice of either profession. Burk-

Kleinpeter, L.C.C. had no involvement of any kind on any of the canals or the flood protection structures thereon, including the structures which failed after Katrina.

II.     **Burk-Kleinpeter, Inc.** – Burk-Kleinpeter, Inc. (BKI) makes the following disclosure of its professional involvement with projects on the London Avenue, Industrial and 17th Street Canals:

A.     **London Avenue Canal** – In December 1984 the Orleans Levee District (OLD) gave a contract to Burk & Associates (B&A) (corporate predecessor of BKI) for B&A to "perform all necessary professional services in connection with the project defined as follows  London Avenue Canal Floodwalls and Levees."  (See Exhibit A)

Under that contract, B&A produced in 1986 a General Design Memorandum, revised in 1988, for the London Avenue Canal, which give specific recommendations for "parallel protection."[1]  But that Memorandum was never used by OLD or the U.S. Army Corps of Engineers (the Corps) as a basis for designing the London Avenue Floodwalls and Levees.

---

[1]     In the 1980s, there was a conceptual disagreement among various local bodies and Officials of the U.S. Army Corps of Engineers (the Corps) as flood protection The Corps proposed 'floodgates' connected to the hurricane protection levees along the lake front, thus making a continuous barrier at the Lakefront.  Local officials did not approve this, primarily because of concerns about rainwater during hurricanes, which could not be pumped out of the drainage canals without expensive new pump stations at the Lakefront; without such pumping capacity there was perceived a risk that heavy rain accompanying a hurricane could flood at least substantial parts of the City.  Local officials advocated "parallel protection" which was to construct and/or raise flood protection along each side of each drainage canal, so that storm surge from the Lake would be contained in the canals.  In the early 1990s, The Corps acceded to local opinion and agreed to permit federal participation in a parallel protection plan.

At all times pertinent, the federal government provided most of the funds for flood protection, through the Corps. Thus the Corps had to review and approve design and plans for any flood protection project intended by OLD.

In January 1989, the Corps published its own General Design Memorandum 19A as to how the Corps intended to protect the London Avenue Canal.

In 1990, BKI was formed, and as part of an asset sale, most of B&A's assets, including rights and duties under the 1984 OLD/B&A contract, were assigned to BKI.

By 1990 or 1991, BKI prepared the OLD plans for "interim protection" of the London Avenue levees/floodwalls, which was only to raise existing levees to a consistent height, and to strengthen weak spots, pending final improvements. Only a few hundred feet of "interim improvements" were ever constructed; and long before Katrina, all of the interim improvements were removed during construction of the permanent improvements described below.

By late 1991, BKI was beginning to work on permanent improvements under the 1984 B&A contract, which had been assigned to BKI.. But in October 1991, the Corps of Engineers (the Corps) informed the OLD that the Corps intended to do all further design and contract administration of all levee and floodwall protection for the London Avenue Canal (and other canals). Thus in November, 1991 OLD wrote BKI and directed that BKI "discontinue any further studies, design and/or engineering activities with respect to the London Avenue outfall canals, except as related to the ongoing interim protection construction contracts." See Exhibit B. This letter effectively terminated OLD's December 1984 contract with B&A/BKI .

-3-

The Corps thereafter did all design, inspection and contract administration for levees/floodwalls for the London Avenue Canal, south of Mirabeau Avenue.

But by April, 1992, the Corps changed its mind, and notified OLD that it would consider using local engineers under contract with OLD, to provide design services only (i.e. no contract administration or inspection), on the London Avenue Canal. (See Exhibit C.)   However, the Corps made it clear that the Corps would do all construction management and inspection.

Thereafter, the Corps authorized OLD to use BKI for design only (i.e. no inspection) on the London Avenue Project; and on October 22, 1992, the OLD notified BKI that BKI could do plans and specifications for London Avenue Canal flood protection north of Mirabeau Avenue; but the letter made plain that BKI would be completely under the control of the Corps, and that the Corps would do all construction management and administration, including inspection. (See Exhibit D.)  In early January 1993,  OLD "re-hired" BKI and negotiated a supplemental agreement restructuring and amending the December 1984 B&A/BKI contract for preparation of plans and specifications for levees and floodwalls north of Mirabeau, according to "General design criteria . . . Stipulated in **Design Memorandum 19A**.".  (See Exhibit E.)

With the full knowledge and consent of the Corps and OLD, BKI subcontracted to GoTech Incorporated, a minority-owned engineering firm, the preparation of plans and specifications of the levee/floodwall on the west side of the London Avenue Canal, from Mirabeau to Robert E. Lee.   Thus GoTech, and not BKI, prepared the plans and specifications for that west wall, in which a breach occurred.

The Corps particularly and specifically rejected a later request by BKI that BKI "be allowed to continue from the completion of the plans through construction administration and resident inspection" during construction of the London Avenue structures. (See Exhibit F and G.)  GoTech and BKI prepared the necessary plans and specifications, which the Crops approved and advertised for bid in the spring of 1994.  Bids were opened on June 13, 1994 based on drawings and specifications by BKI.  See Exhibit H.

By Resolution of August 15, 1994, the OLD declared that BKI "acting in good faith with the provisions of their contract have completed 100% plans and publications for Contact No. 3 for Mirabeau Avenue and Robert E. Lee Boulevard." (Exhibit I.)

B.     **Industrial Canal** – BKI did no work at all on the Industrial Canal.

C.     **17th Street Canal** – BKI did no work on the 17th Street Canal in connection with the structures that failed during or after Katrina.

Out of an abundance of caution, BKI notes that in the last 15 years, BKI has completed four projects on the 17th Street Canal.  However, none of the projects was any where near the levee breaches during Katrina.  In the interest of full disclosure, a list of those projects and their locations are as follows.  (See Exhibit J.)

1.     Expansion of S&WB Drainage Pump Station No. 6 located at the south end of 17th Street Canal in 1985.  Added 2 new horizontal pumps to west end of pump station, modified floodwalls at tie-in to pump station, constructed new frontal protection floodwall at four vertical pumps, added new swing gates to floodwall at NSRR east and west of canal at discharge side of DPS No. 6.

-5-

2.    Construction of new Canal Street Canal Pump Station discharge piping across 17th Street Canal floodwall including new stilling basin in canal in 1992 in the Canal Street right-of-way on the west side of the 17th Street Canal.

3.    Construction of new T-Wall Floodwall, discharge piping and stilling basin for the NSRR/I-10 Drainage Pump Station in 2004 on east side of 17th Street Canal in the south right-of-way of I-10.

4.    Construction in 2000 of a new sheet pile bulkhead to protect the Bruning House at the Lake, on the north end of the west side of the 17th Street Canal, which is the other side of the canal from the breach at the north end of the canal.

Respectfully submitted:

CHARLES F. SEEMANN, JR., ESQ. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, LLC

-6-

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been

forwarded by email, or via first class U.S. Mail, on all lead and notice counsel as follows:

William Aaron
*waaron@goinsaron.com*


Neil C. Abramson
*abramson@phelps.com*
Phelps Dunbar, LLP
Canal Place
365 Canal St., Ste. 2000
New Orleans, Louisiana 70130-6534

Owen B. Amant
*ostamant@bellsouth.net*
Smith & Fawer, LLP
201 St. Charles Avenue, Ste. 3702
New Orleans, Louisiana 70170

Thomas P. Anzelmo
*tanzelmo@mcsalaw.com*
McCraine, Sistrunk, Anelmo, Hardy, Maxwell &
McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002

Sarah House Barcellona
*sbarcellona@stonepigman.com*
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

Judy Y, Barrasso
*jbarrasso@barrassousdin.com*
Barrasso Usdin Kupperman Freeman & Sarver,
LLC
LL&E Tower
909 Poydras St., Ste. 1800
New Orleans, Louisiana 70112

Daniel E. Becnel Jr.
*dbecnel@becnellaw.com*
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, Louisiana 70084

Robert M. Becnel
*robbecnel@aol.com*
Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, Louisiana 70068

Terrence L. Brennan
*tbrennan@dkslaw.com*
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

David Lyman Browne
*dbrowne@brownelaw.com*
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

Joseph M. Bruno
*jbruno@brunobrunolaw.com*
Bruno & Bruno
855 Baronne St.
New Orleans, Louisiana 70113

Traci L. Colquette
*traci.colquette@usdoj.gov*
U.S. Department of Justice (Box 888)/Torts
Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**Robert G.  Creely**
*rcreely@aol.com*
Amato & Creely
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054

**Thomas W. Darling**
*tdarling@grhg.net*
Gaudry, Ranson, Higgins & Gremillion, LLC
150 Staring Lane, Ste. B
Baton Rouge, Louisiana 70810

**Kevin R. Derham**
*kderham@duplass.com*
Duplass Zwain Bourgeois & Morton
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, Louisiana 70002

**Joseph Vincent DiRosa Jr.**
*jvdirosa@cityofno.com*
City Attorny's Office
City Hall
1300 Perdido St., Room 5E01
New Orleans, Louisiana 70112

**James R. Dugan II**
*jdugan@duganbrowne.com*
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

**Lawrence  J. Duplass**
*lduplass@duplass.com*
Duplass Zwain Bourgeois & Morton
11814 Market Place Avenue. Ste. C
Baton Rouge, Louisiana 70816

**Calvin C. Fayard Jr.**
*cfayard@fayardlaw.com*
Fayard & Honeycutt
519 Florida Blvd.
Denham Springs, Louisiana 70726

**Thomas F. Gardner**
*gardner@bayoulaw.com*
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

**Thomas L.  Gaudry Jr.**
*tgaudry@grhg.net*
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue, Ste. 500
P.O. Box 1910
Gretna, Louisiana 70054-1910

**Joseph P. Guichet**
*jguichet@lawla.com*
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

**Robert G.  Harvey**
*rgharvey@bellsouth.net*
Law Office of Robert G. Harvey, Sr., APLC
3431 Pyrtania Street
New Orleans, Louisiana 70115

**Joseph W. Hecker**


619 Europe Street, 2nd Floor
Baton Rouge, Louisiana 70806

**Herman C. Hoffmann Jr.**
*hhoffmann@spsr-law.com*
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000

**Ralph S. Hubbard III**
*rhubbard@lawla.com*
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

**Darlene M. Jacobs**
*dollyno@aol.com*
Jacobs & Sarrat
823 St. Louis St.
New Orleans, Louisiana 70112

**Tamara Kluger Jacobson**


Law Offices of Tamara Kluger Jacobson, LLC
2609 Canal St.
Fifth Floor
New Orleans, Louisiana 70119

**Michael C. Keller**
*kellerm@ag.state.la.us*

**Hugh P. Lambert**
*hlambert@lambertandnelson.com*
Lambert & Nelson
701 Magazine St.
New Orleans, Louisiana 70130

**Mickey P. Landry**
*mlandry@landryswarr.com*
Landry & Swarr, LLC
1010 Common St., Suite 2050
New Orleans, Louisiana 70112

**George T. Manning**
*gtmanning@jonesday.com*
Jones Day (Atlanta)
1420 Peachtree Street, NE
Ste. 800
Atlanta, GA 30309-3053

**Belhia Martin**
*belhiamartin@bellsouth.net*

**Christopher W. Martin**
*martin4@mdjwlaw.com*
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis St., St. 1800
Houston, TX 77002

**Julia E. McEvoy**
*jmcevoy@JonesDay.com*
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

**J. J. (Jerry) McKernan**
*jmckernan@mckernanlawfirm.com*
McKernan Law Firm
8710 Jefferson Hwy
Baton Rouge, Louisiana 70809

**Gerald E. Meunier**
*dmartin@gainsben.com*
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 28--
New Orleans, Louisiana 70163-2800

**Penya M. Moses-Fields**
*pmfields@cityofno.com*
City Attorny's Office
2950 Falmouth Dr.
New Orleans, Louisiana 70131

**James Bryan Mullaly**
*jamesmullaly1@hotmail.com*

**Betty F. Mullin**
*bettym@spsr-law.com*
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000

**Ashton R. O'Dwyer Jr.**
*arod@odwyerlaw.com*

**James L. Pate**
*jpate@ln-law.com*
Laborde & Neuner
1001 W. Pinhood Rd., Ste. 200
P.O. Drawer 52828
Lafayette, Louisiana 70505

**Ronnie G. Penton**
*rgp@rgplaw.com*
Law Offices of Ronnie G. Penton
209 Hoppen Pl
Bogalusa, Louisiana 70427

**Douglas R. Plymale**
*doug@duganbrowne.com*
Dugan & Browne, PLC
1181 W. Tunnel Blvd., Ste. A
Houma, Louisiana 70360

**Michael R.C. Riess**
*mriess@kingsmillriess.com*
Kingsmille Riess, LLC
201 St. Charles Avenue, Ste. 3300
New Orleans, Louisiana 70170-3300

**George R. Simno III**
*gsimno@swbno.org*
Sewerage & Water Board Legal Department
625 St. Jospeh St., Room 201
New Orleans, Louisiana 70165

**David  R. Simonton**
*dsimonton@sonneschein.com*
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, Illinois 60606

**Randall A. Smith**
*rasmith3@bellsouth.net*
Smith & Fawer, LLP
201 St. Charles Avenue, Ste. 3702
New Orleans, Louisiana 70170

**Robin D. Smith**
*robin.doyle.smith@usdoj.gov*
U.S. Department of Justice (Box 888)/Torts
Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**Victor E. Stilwell Jr.**
*ves@dkslaw.com*
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

**Christopher K. Tankersley**
*ctankersley@burglass.com*
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, Louisiana 70001

**Vernon P. Thomas**

Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Avenue
New Orleans, Louisiana 70116

**Sidney D. Torres III**
*storres@torres-law.com*
Law Offices of Sidney D. Torres, III
1290 7th Street
Slidell, Louisiana 70458

**William D. Treeby**
*wtreeby@stonepigman.com*
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

**Richard J. Tyler**
*rtyler@joneswalker.com*
Jones, Walker, Waechter, Poitevent, Carrere &
Denegre
Place St. Charles
201 St. Charles Ave., 500th Floor
New Orleans, Louisiana 70170-5100

**Gregory P. Varga**
*gvarga@rc.com*
Robinson & Cole, LLP
280 Turnbull Street
Hartford, CT 06103-3597

**Lawrence  D. Wiedemann**

Wiedemann & Wiedemann
821 Barronne St.
New Orleans, Louisiana 70113

**Deborah Louise Wilson**

317 Magazine Street
New Orleans, Louisiana 70130

**Jesse Lee Wimberly III**
*wimberly@internet.com*
Jesse L. Wimberly, III, Attorney at Law
120 Lisa Lane
Mandeville, LA 70448

on this 20th day of April, 2006.

_____
CHARLES F. SEEMANN, JR.

#174349v1<DKS> -Rule 26 Disclosure (041906)