FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 20 PM 4: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | |
| Plaintiffs | CIVIL ACTION NO. 05-4182 |
| vs. | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. | CONS. KATRINA CANAL |
| Defendants | |
| THIS DOCUMENT ALSO RELATES TO: | |
| ANN VODANOVICH, et al. | |
| Plaintiffs | |
| vs. | CIVIL ACTION NO. 05-5237 |
| BOH BROTHERS CONSTRUCTION CO., et al. | SECTION "K"(2) |
| Defendants | |
| DAVID J. KIRSCH, et al. | |
| Plaintiffs | |
| vs. | CIVIL ACTION NO. 05-6073 |
| BOH BROTHERS CONSTRUCTION CO., et al. | SECTION "K"(2) |
| Defendants | |

- 1 -

\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_✓\_ CtRmDep_____
\_\_\_ Doc. No_____ 806264v.1

| | |
|---|---|
| JIM EZELL, et al.<br><br>        Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>        Defendants | CIVIL ACTION NO. 05-6314<br><br>SECTION "K"(2) |
| DAVID M. BROWN, SR., et al.<br><br>        Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>        Defendants | CIVIL ACTION NO. 05-6324<br><br>SECTION "K"(2) |
| BETH A. LEBLANC, et al.<br><br>        Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>        Defendants | CIVIL ACTION NO. 05-6327<br><br>SECTION "K"(2) |
| JULIE TAUZIN, et al.<br><br>        Plaintiffs<br><br>vs.<br><br>BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, et al.<br><br>        Defendants | CIVIL ACTION NO. 06-0020<br><br>SECTION "K"(2) |

806764v.1

|  |  |
|---|---|
| MARY BETH FINNEY, et al. ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> BOH BROTHERS CONSTRUCTION CO., et al. ) <br> ) <br> Defendants ) <br> ) | CIVIL ACTION NO. 06-0886 <br><br> SECTION "K"(2) |

## COURT-ORDERED DISCLOSURE OF DEFENDANT
## WASHINGTON GROUP INTERNATIONAL

By order docketed April 11, 2006, this Court directed all defendants to disclose "any connection they may have relative to the design, construction, or maintenance of the 17th Street, London Avenue or Industrial Canal Levees with specificity and shall include in the[] disclosure whether any related or subsidiary companies were also involved." Defendant Washington Group International ("Washington Group") respectfully responds that neither it nor any related or subsidiary companies were responsible for the design, construction, or maintenance of the 17th Street, London Avenue or Industrial Canal Levees.

In 1999 Washington Group's predecessor, Morrison Knudsen Corporation, contracted with the United States Army Corps of Engineers ("USACE") to demolish property improvements and perform site preparation services in the East Bank Industrial Area, bounded by the Florida Avenue Bridge to the north; the Industrial Canal to the west; the Claiborne Avenue Bridge to the south; and the floodwall to the east (the "Job Site"). Washington Group began working at the Job Site in January 2001, and completed its work, removed its equipment,

and demobilized from the Job Site in May 2005. At all times Washington Group acted at the direction and under the supervision of the USACE.

Dated: April 20, 2006

Respectfully submitted,

_____
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
Julie E. McEvoy
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

806764v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Court-Ordered Disclosure of Defendant Washington Group International has been served upon all counsel of record via e-mail, this 20th day of April, 2006.

_____