

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  AM 10: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| 05-6323 "K" (2) | * | |
| 06-1672 "K" (2) | * | |
| 06-1673 "K" (2) | * | |
| 06-1674 "K" (2) | * | |

### STATE FARM FIRE AND CASUALTY COMPANY'S
### DISCLOSURE PURSUANT TO THE APRIL 11, 2006 MINUTE ENTRY

**NOW INTO COURT**, through undersigned counsel of record, comes State Farm Fire and Casualty Company ("State Farm") and asserts that neither State Farm nor its affiliates or subsidiaries were involved in the design, construction or maintenance of the 17th Street, London

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

806926v.1

or Industrial Canal levees.

Respectfully submitted,

*[signature]*

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company

## CERTIFICATE

I hereby certify that a copy of the foregoing State Farm Fire and Casualty Company's Disclosure Pursuant to the April 11, 2006 Minute Entry has been served upon each counsel of record via email on April 20, 2006.

*[signature]*