```
                                            FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                       2006 APR 21  AM 11: 37

                                         LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL. | * | SECTION "K" |
| | * | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | |

\* \* \* \* \* \* \* \*

## COURT ORDERED DISCLOSURES

NOW INTO COURT comes defendant, the City of New Orleans, and pursuant to the orders of this Honorable Court, discloses that the City of New Orleans has no connection to the design, construction, or maintenance of the levees at either the 17th Street Canal, the London Avenue, or the Industrial Canal although such levees are located within the boundaries of the City of New Orleans.

Respectfully submitted,

Joseph V. DiRosa, Jr., La. Bar # 4959
*Chief Deputy City Attorney*
Victor L. Papai, La. Bar # 9860
Heather M. Valliant, La. Bar # 24680
*Assistant City Attorneys*
1300 Perdido Street, Room 5 E 03
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)
Penya Moses-Fields, La. Bar. # 24850
*City Attorney*

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been sent to counsel of record via facsimile or by depositing same in the United States Mail, postage prepaid and properly addressed, this 21st day of April, 2006.

_____
Joseph W. DiRosa, Jr.