

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | *  CIVIL ACTION NO.: 05-4182 |
| VERSUS | *  CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | *  JUDGE: STANWOOD R. DUVAL, JR. |
| THIS PLEADING PERTAINS TO: | *  MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| 05-1140 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ALLSTATE INDEMNITY COMPANY'S DISCLOSURE
PURSUANT TO APRIL 11, 2006 MINUTE ENTRY**

Defendant Allstate Indemnity Company ("Allstate") hereby submits its disclosure in accordance with this Court's Minute Entry dated April 11, 2006, and asserts that neither Allstate Indemnity Company nor any of its affiliates or subsidiaries had any involvement in the design, construction or maintenance of the 17th Street, London Avenue, or Industrial Canal levees.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr. 27138
Of BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity Co.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

60300

## **CERTIFICATE**

I hereby certify that a copy of the foregoing Disclosures has been served upon all counsel of record by email, this 21st day of April, 2006.

*/s/ Joseph Bruno*