

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  PM 3: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | * CIVIL ACTION NO.: 05-4182 |
| | * |
| VERSUS | * |
| | * CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., | * |
| L.L.C., ET AL. | * |
| | * JUDGE: STANWOOD R. DUVAL, JR. |
| THIS PLEADING PERTAINS TO: | * |
|   06-153    06-152 | * |
|   06-151    06-169 | * MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * *

## ENCOMPASS INSURANCE COMPANY'S DISCLOSURE
## PURSUANT TO APRIL 11, 2006 MINUTE ENTRY

Defendant Encompass Insurance Company ("Encompass") hereby submits its

disclosure in accordance with this Court's Minute Entry dated April 11, 2006, and asserts that

neither Encompass Insurance Company nor any of its affiliates or subsidiaries had any

involvement in the design, construction or maintenance of the 17th Street, London Avenue, or

Industrial Canal levees.

Respectfully submitted,

Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
Of BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Attorneys for Encompass Insurance Co.

60299

# C E R T I F I C A T E

I hereby certify that a copy of the foregoing Disclosures has been served upon all counsel of record by email, this 21st day of April, 2006.

60299