

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, *ET AL.*, | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., *ET AL.* | * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendants. | * | |
| THIS DOCUMENT RELATES TO: NO. 05-6323 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE STANDARD FIRE INSURANCE COMPANY,
IMPROPERLY NAMED AS TRAVELERS INSURANCE COMPANY
AND ST. PAUL TRAVELERS INSURANCE COMPANY
<u>DISCLOSURE PURSUANT TO THE COURT'S MINUTE ENTRY OF APRIL 11, 2006</u>**

NOW INTO COURT, comes The Standard Fire Insurance Company and Travelers Insurance Company (collectively "Standard Fire")[1], which pursuant to that section of the April

---

[1] Travelers Insurance Company is an existing entity, but did not issue insurance coverage to any of the Plaintiffs. The insurance policies allegedly issued by Travelers Insurance Company and St. Paul Travelers Insurance Company to certain plaintiffs were in fact issued by The Standard Fire Insurance Company, which is a subsidiary of The St. Paul Travelers Companies, Inc. This disclosure is filed on behalf of both Travelers Insurance Company and The

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

11, 2006, Minute Entry, page 6, entitled "Disclosures," avers that neither Standard Fire nor any of its affiliates or subsidiaries was involved in the design, construction, or maintenance of the 17th Street, London, or Industrial Canal levees.

Respectfully submitted,

_____
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

OF COUNSEL:
Stephen E. Goldman
Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8255
Facsimile:    (860) 275-8299

Attorneys for Travelers Insurance Company and The Standard Fire Insurance Company (improperly identified as Travelers Insurance Company and as St. Paul Travelers Insurance Company, a non-existent company)

---

Standard Fire Insurance Company, although Travelers Insurance Company is not a proper defendant. One of the defendants named in the Petition is "St. Paul Travelers Insurance Company," but there is no legal entity by that name.

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21st, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_____