FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  PM 2: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) |
| | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

05-6325 "K"(2)

### UNITRIN PREFERRED INSURANCE COMPANY'S DISCLOSURE PURSUANT TO THE APRIL 11, 2006 MINUTE ENTRY

NOW INTO COURT, through undersigned counsel of record, comes Unitrin Preferred Insurance Company ("Unitrin") and asserts that neither Unitrin nor its affiliates or subsidiaries were involved in the design, construction or maintenance of the 17th Street, London or Industrial Canal levees.

Respectfully submitted,

PHELPS DUNBAR LLP

BY: /s/ Nora Bilbro
Neil C. Abramson, (Bar #21436)
Nora B. Bilbro, (Bar #22955)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
COUNSEL FOR UNITRIN PREFERRED
INSURANCE COMPANY

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic transmission and/or United States mail, properly addressed and first class postage prepaid on this 21st day of April, 2006.

_____