

**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

Robin D. Smith
Trial Attorney

P.O. Box 888, Benjamin Franklin Station   Tel.: (202) 616-4289
Washington, DC 20044                        Fax: (202) 616-5200

PJP:PFF:RSmith
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

April 20, 2006

VIA FEDEX AND FAX (504-589-7633)

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: *Berthelot v. Boh Bros. Constr.*, Civ. No. 05-4182 (all cases)

Dear Judge Wilkinson:

I am writing to alert you to a conflict that exists concerning the evidentiary hearing that you recently reset tentatively for May 4. The persons most knowledgeable about the physical evidence recovered and retained as part of the Corps's investigation of the breaches and overtopping of the levees and floodwalls are members of the Interagency Performance Evaluation Task Force. IPET will be meeting with the American Society of Civil Engineers External Review Panel on May 4 and 5. The ASCE panel was formed to provide independent review and assessment of IPET's factual findings.

As will be explained more fully in the documents submitted tomorrow in support of the United States' motion to vacate, pulling IPET members away from their work is difficult now, as they are in the final stages of their investigation and are attempting to articulate their findings for publication in a final report that is due to be released on June 1. Requiring them to testify at a hearing on May 4 would be a particularly grave imposition, however, for this is the occasion on which they will be formally presenting and explaining their findings to one of the

Letter to Hon. Joseph C. Wilkinson, Jr.
April 20, 2006
Page 2

independent panels that is going to critique IPET's factual findings and to provide comments to IPET, so that IPET can improve the quality of its final report.

Respectfully submitted,

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

cc: Hon. Stanwood H. Duval, Jr. (via fax only)
    Counsel of record (via email)



U.S. Department of Justice
FTCA Staff, Torts Branch
Civil Division
P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044

## Fax Cover Page

Date: 4/20/06

No. of Pages (including fax cover page): 3

| TO | Fax No. | Phone No. |
|---|---|---|
| Hon. Stanwood Duval | 504 589 2393 | |
| Hon. Joseph Wilkinson | 504 589 7633 | |
| | | |
| | | |
| | | |
| From: Robin Smith | 202/616-5200 | 202/616-4289 |

Message:

---

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or which should not be disclosed under applicable law. If the reader of this message is not the intended recipient, your are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.