

**U.S. Department of Justice**

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR 2 1 2006

LORETTA G. WHYTE
CLERK

Robin D. Smith
Trial Attorney

PJP:PFF:RSmith
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

*P.O. Box 888, Benjamin Franklin Station*    *Tel.: (202) 616-4289*
*Washington, DC 20044*    *Fax: (202) 616-5200*

April 20, 2006

VIA FEDEX AND FAX (504-589-7633)

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: *Berthelot v. Boh Bros. Constr., Civ. No. 05-4182 (all cases)*

Dear Judge Wilkinson:

In accordance with Judge Duval's order, I am writing to inform you that
Dr. Paul F. Mlakar and George L. Sills are the witnesses who will testify at the
evidentiary hearing tentatively set for the week of May 1. Dr. Mlakar is Senior
Research Scientist for Weapons Effects and Structural Dynamics at the U.S. Army
Engineer Research and Development Center in Vicksburg, Mississippi. Mr. Sills
is a Civil Research Engineer in the Geotechnical and Structures Laboratory at the
U.S. Army Engineer Research and Development Center.

Attached to this letter are the protocols that have been used and that are
proposed for future recoveries of materials.

Respectfully submitted,

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

cc:    Joe Bruno, Esq.
       Tommy Anzelmo, Esq.

# Floodwall Material Recovery Operation
## Material Recovery Plan
### from the
### 17th Street Canal Breach
### New Orleans, Louisiana
### December 12 and 13, 2005

## I.     Introduction

The Floodwall Material Recovery Operations' purpose is to obtain samples for measurement and analysis from the intact wall sections adjacent to the floodwall breach at the 17th Street Canal. The primary purpose is to measure the floodwall dimensions relative to the construction contract drawings. Secondary purposes are to collect samples for analysis to determine the wall's material properties relative to requirements in the construction specifications. Exactly following the material collection and custody protocols as described in this plan is imperative.

The technical objectives of removing sections at either end of the breached 17th Street Canal floodwall sections are to establish the following floodwall characteristics:

- Sheetpile tip elevation using the NGVD 29 datum.
- Sheetpile lengths
- Sheetpile embedment depth in the concrete floodwall
- Reinforcing bars details in the connection between the sheetpile and the floodwall
- Reinforcing bars placement in the floodwall
- Concrete cross-sectional dimensions
- Concrete material properties
- Reinforcing bars material properties
- Steel sheetpile material properties

### Roles and Responsibilities

The Floodwall Material Recovery Operation is a portion of two larger tasks (1) to obtain material for further analysis to determine the 17th Street Canal failure mechanism and (2) to obtain evidence for potential litigation. These two entities will prepare requirement documents for the Operation to fulfill. After turning the material over to the Storage Custodian (Ms. Rosalie Washington), the operation's mission is complete. IPET and MVN OC will continue their activities with the material collected.

4/14/2006 6:51:52 AM

**17ᵗʰ Street Canal Existing Floodwall Investigation**



- **IPET** will determine the material type and amount to be taken, the material recovery technique, and the location from where is to be taken. They are responsible for all on-site measurements. The IPET Team will include a Team leader (Dr. Mlakar), and a Technical Assistant (Dr. Padula). IPET's requirements will provide to the Floodwall Material Recovery Operation Commander for inclusion in the Material Recovery Plan.
- **Office of Counsel** will develop the material chain of custody protocols and assist the Site Custodian and his deputies. Material Management Group and its president Dr. Paul Lo, will provide expert assistance in the custodial operations. The lead person for the Office of Counsel is Randy Merchant. For the inclusion in the Material Recovery plan, the Offices of Counsel will provide requirements to the Floodwall Material Recovery Operation Commander.
- **TF Guardian and MVN Commanders** will provide the operation's command and control functions as well as coordinate with the contractor performing the work to obtain the samples. The operation will be under the control of TFG and will be lead by LTC Starkel, who will also be the Site Custodian.
- **Boh Brothers** will perform the work necessary to obtain the samples and deliver them to the MVN Secure location. Boh Brothers will have one subcontractor A&A. A&A will perform the required concrete saw cutting services. Boh Brothers operations will be lead by Mr. Fuchs.
- **The MVN Safety and Security Offices** will develop and enforce a Floodwall Material Recovery Operation Health and Safety/ Security Plan. The MVN Security Office will be responsible for developing and issuing credentials for access to the Exclusion Zone, the Observation Area and for the Support Area based on the direction of the MVN Executive Office. Safety and Security activities will be lead by MAJ Hibner.
- **TFG and MVN Public Affairs Office** will develop a communication plan for the Operation. The PAO will prepare a list of approved media attendees, coordinate with Safety and Security to provide media access for photo opportunities, and develop necessary materials for press conferences. PAO activities will be lead by Mr. Jim Taylor.

4/14/2006 6:51:52 AM

- **MVN Executive Assistant** (Ms. Jackie Purrington) will be responsible for developing the consolidated list of attendees.
- **SITE CUSTODIAN:** LTC Starkel has been appointed Site Custodian and is responsible for the maintenance of the chain of custody, as set forth below, during the material recovery operation and during transport of the recovered materials from the recovery site to the MVN Secure Location. MAJ Hibner has been appointed Deputy Site Custodian. LTC Starkel has designated Dr. Paul Lo and members of his staff to assist him in the performance of marking and identification of the recovered materials.
- **STORAGE CUSTODIAN:** Rosie Washington has been appointed Storage Custodian and is responsible for the safe-keeping of the recovered materials at the MVN Secure Location and the maintenance of the chain of custody after the recovered materials are delivered into her hands by the Site Custodian. Shelton Kennedy has been appointed Deputy Storage Custodian.



## II. Sampling Procedures

### *Field Operation and Measurement Procedures*

The contract survey party will run a level loop from TBM 14, located on the west side of the canal, within the road way, approximately perpendicularly across the canal from the breach site, and then back to TBM 14, for each of the 2 days scheduled for the material recovery. On day one the survey crew will take and record the elevations at the locations designated for material removal, including:

- The tops of the monoliths
- The ground surface elevations on both sides of both the monoliths
- The base of the concrete on both sides of the monoliths (after sole excavation)

4/14/2006 6:51:52 AM

- The tops of the sheet pile (after demolition of the concrete monoliths)

Prior to cutting any concrete cores or sections, the IPET Team will mark locations of the cores and sections. Locations of the core and section cuts relative to the reinforcing rebar are illustrated in Figure1 Concrete Section & Core Areas. The contractor will set up all necessary alignment and cutting equipment and cut a 6-inch handling hole through the designated section of concrete on monolith 38, at the designated point, as determined and marked so as not to core through any rebar reinforcement. The core will then become a concrete sample (for compression testing) and will be handled by the Designated Site Custodian or sampling personnel.

MVN Survey shall measure cross-sectional dimensions of the exposed face of concrete monoliths at locations specified by IPET On-Site Team. The IPET Survey team will record in the appropriate blanks on the attached figure. Monolith 22 is located at the north end of the breach, and monolith 38 is located at the south end of the breach. The cross-sectional dimensions will be recorded in feet and inches.

Boh Brothers will cut a minimum of 4 feet by 4 feet bulk sample from the top of the concrete monoliths 22 and 38, slightly greater than 4 feet from the exposed face. For safe handling of the bulk sample, one 6-inch diameter holes will be cored through each monolith prior to cutting, and a lifting sling will be attached to support the bulk sample during extraction. These two cores will be collected as samples for compressive strength testing.

The IPET On-Site Team Leader will pre-mark the bulk sample to guide the saw cut. Dr. Lo will label the sample in the field and the TFG Guardian PAO team will photograph the sample. Exact dimensions of the saw cuts are not critical, and the guide markings will be hand drawn using a steel tape to assure minimum dimension of bulk sample is 4 feet by 4 feet. Photographs of the extracted and labeled bulk samples will document the condition of the bulk samples prior to transport to custodial storage location. A photograph of each of the monoliths after extraction of the bulk sample will document the location from the wall from which each came.

Boh Brothers will demolish a 10 foot portion of wall using a hoe ram to expose the reinforcing bar cage and the reinforcing bar to be removed. MVN Surveyor is measure and the reinforcement as directed by the IPET team. Dr. Lo will record the measurements. The IPET team will examine the connections condition between the rebar and steel sheets and Dr. Lo will document the observations the field logbook. TFG Photographers will photograph the connection condition. The IPET On-Site Team Leader will select four specific segments of rebar from this section of the two monoliths for collection. The IPET Team will inspect the rebar samples for general conditions, measure for diameters and lengths, and note the measurements and general condition on the Sample Analysis Form prior to the material being lableled by Dr. Lo for Identification.

4/14/2006 6:51:52 AM





FLOOD SIDE      PROTECTED SIDE

#5V

#4H

#4 E.F.

#6V    #6

#5 BAR EACH SHEET (PASS
THRU SHEET PILE HANGING HOLE)

#6 @ 12" SPACED TO MISS
SHEET PILE INTERLOCKS (TYP.)

#6 @ 12"

5/8" DIA. X 0'-6" STUDS @ 12"
CTRS. MAX. (TYP.) SEE DETAIL "A"

12"/FT.

#4 @ 24"
#5 @ 12"

SEE NOTCH DETAIL

@ 3'-0" O.C.
BURN HOLE TO
PASS BOTH
REINF. BARS

EXIST. SHEET PILE (H12)

$\mathcal{C}$ SHEET PILE

TYPICAL TYPE I CAP
SCALE: 1/2"= 1'-0"
FIGURE 2

IPET will examine the sheetpiles after Boh Brothers cleans the tops of the exposed
sheetpiles. Dr. Lo in consultation with the IPET Team will note the general
conditions of the exposed sheets. PAO will photograph the exposed sheets. A
particular purpose of the observation is to determine if there is visual evidence of
whether the tops were cut off or driven. Following completion of the above tasks at
both monoliths, stakeholders and the media may view and photograph recovered
and exposed materials in a manner and for a time determined by the Site Custodian.
After the passage of a suitable period for public access, as determined by the Site
Custodian, the recovered materials (the concrete and rebar samples) will be loaded

on to Boh Brothers provided vehicles and transported, in the presence of the Site Custodian and/or his deputies, to the secure location at the New Orleans District. At the secure location, the recovered materials will be delivered into the custody of the Storage Custodian, or her Deputy, in accordance with the procedures established below. Once the recovered materials leave the recovery site, the site will be secured and guarded until the sheet pile removal commences the following morning

The next day, Bob Brothers will position a crane or excavator to pull the sheets vertically from the ground at monolith 38. Boh Brothers will lay the pile in the designated area. Boh Brothers will use a vibrator hammer to extract the sheets. Boh Brothers will attempt to pull the sheets in pairs, and each pair will be layed down horizontally in the cleared laydown area.

Once all four sheets are removed from one monolith location, the MNV Surveyors will measure the dimensions of the sheets and Dr. Lo will record the measurements. This will include length, width, and depth and interlock dimensions. The identification label will be checked to assure it is clearly visible, and the sheets will be photographed from various angles to document conditions.

Upon completion of the pull at monolith 38, Boh Brothers will move the crane/excavator to monolith 22 while the IPET On-Site Team, Dr. Lo and the MVN Survey team is measuring and documenting the sheet dimensions. Once all exclusion area parties are ready to begin, the same procedure of pulling, measuring and documenting will be conducted for the sheets removed from monolith 22.

Once the IPET On-Site Team has completed its on-site work, and prior to transport of the sheets, stakeholders and the media may view and photograph the sheets in accordance with the Safety and Security protocol. After a period of approximately 30 minutes from completion of the Sample Teams work, a press conference will be conducted to communicate the preliminary results.

At a later date, IPET representatives will come to the secure storage location where they will obtain and label coupons of the steel sheets and samples of the other recovered materials as they deem necessary. Thereafter, the coupons and other samples will be submitted for laboratory analyses in accord with the chain of custody protocol specified below.



## Equipment List

### Equipment List

#### Concrete Demolition Operations

| Type | Use |
|------|-----|
| CAT 320 Hydraulic Excavator | Excavation & Sample Handling |
| CAT 320 Hydraulic Excavator with Hammer | Wall Demolition |
| Komatsu 300 Hydraulic Excavator with Jaws | Wall Demolition Back-Up |
| CAT 420D Rubber Tire Excavator/Loader with 4X Hammer | for "delicate" demolition |
| CASE 580M Rubber Tire Excavator/Loader with 4X Hammer | for "delicate" demolition |
| A&A Wall Saw with Track and Power Pack (Truck) | Concrete Wall Sample Cut |
| A&A Wall Saw with Track and Power Pack (Truck) | Concrete Wall Sample Cut Back Up |
| A&A Wall Saw with Track and Power Pack (Truck) | Concrete Wall Sample Cut Back Up |
| A&A Core Drill | Concrete Handle Hole Core |
| A&A Core Drill | Concrete Handle Hole Core Back Up |
| A&A Hand Saw | Concrete Wall Cut Back Up |

#### Sheeting Removal Operations

| Type | Use |
|------|-----|
| 5299 American Crawler | Sheeting Extraction |
| Komatsu 300 Hyrdaulic Excavator | Sheeting Extraction Back Up |
| Vibratory Hammer | Sheeting Extraction |

Etching tool
25' steel tape measure
Miscellaneous chains, materials and support equipment

## III.     Material Handling, Transport, Storage and Custody

4/14/2006 6:51:52 AM

### Sample Identification and Labeling

Items recovered for inspection and analysis are considered as evidence and require strict procedures for identification and labeling. Each item will have a unique identification number based on the location of the item in the levee (in-situ). Following recovery, Dr. Lo will label each item according to the methods outlined below. There will be two concrete sections, four pieces of rebar from each section, and eight sheet piles removed for recovery.

It is critical and crucial, that Dr. Lo label each item with the appropriate identification number in a manner so that the numbers cannot easily be removed. The Dr. Lo will complete the labeling for each item. Dr. Lo will label the different items using the methods described below.

Concrete
Each section of concrete will be stenciled with spray paint and placed in its own crate. These crates will be constructed by _____. _____ will construct the crates in a manner that the crate can be sealed. Dr. Lo will labeled the outside of the crate using a stencil.

Rebar
Each piece of rebar will be labeled by Dr. Lo using a laminated handwritten label attached to the rebar with a zip tie or similar. Labels should be clear and legible and written with indelible ink. All four pieces of rebar will then be placed in a box or crate that can be sealed and labeled with contents identified (indicating the number of pieces of rebar, location, and the date collected).

Sheet Piles
Using a scribing machine each sheet pile will be stenciled by Dr. Lo with spray paint and labeled using a scribing machine. The sheet piles will not require a crate or large container. The sheet piles will be labeled in place prior to removal.

### Material Handling and Custody

It is important to ensure proper custody procedures are followed in handling the items from the time of recovery until arrival at the final storage facility. Site access will be strictly controlled, with inspection of credentials of all USACE representatives, contractors, government officials, and visitors (including media). Visitors and individuals not required to be in the work zone will be restricted to the viewing platform. Identification of the various zones is defined further in the Site Safety and Security Plan.

During the recovery effort, as items are removed (with the exception of the sheet piles, which will be labeled in place), they will be given to Dr. Lo for immediate labeling with an identification number. It is anticipated that the items should be available for viewing by the media and investigating authorities, as well as for photographing for evidence purposes. . It is anticipated that the concrete sections and rebar will be removed the first day (December 12th). These items will be

placed in the crates prior to transport to a secure storage area at the end of the day. The site will be secured and security will patrol the site. The sheet piles will be removed the second day (December 13th); these items will be staged on a trailer near the viewing platform until transport at the end of the day. There will be restricted access to the truck/trailer where the materials are staged.

### Field Operations Documentation

Field documentation is important in any project; however it is especially critical in this project as the findings may result in legal action. Field documentation is necessary for future reconstruction of the site conditions as well as the field activities and for documentation of any changes to or deviations from the work plans. The types of documentation to be completed are described below.

### Daily Quality Control Reports

Daily Chemical Quality Control Report forms will be completed each day of the project. These forms will be signed by the Site Custodian or designee. This form documents all quality control activities for each day. Other information completed on this form includes weather, subcontractor(s) onsite, equipment onsite, work performed, health and safety levels and activities, and problems encountered.

### Field Logbook

A field logbook will also be maintained at the site. Dr. Lo will make all entries in the field book. All entries into the logbook will be written in an objective, factual manner to provide the reader with a clear description of the sequence of events as they happened in the field. All entries will be signed and dated by Dr. Lo. The logbook will contain information such as descriptions of field activities, sketches, persons on site, names and phone numbers of field contacts, exceptions and deviations from the work plans, and weather and field conditions.

Errors and/or mistakes in original field data, will be crossed out with a single line and initialed by the person making the corrections. No data will be permanently nor temporarily erased. Some original documents will be transcribed, allowing for corrections of errors. In these cases, the original documents will be kept in the project file. The field logbook will be kept onsite during field activities, and moved to the project files upon completion of the project.

### Photographic Records

Due to the potential outcomes of this investigation, photographic records will vital. Both still and video photography will be used to document field activities, and to record images of the items recovered. These records will be maintained in the project file(s) upon completion of the investigation.

4/14/2006  6:51:52 AM

*Recovered Item Documentation*

Identification Numbers

Each item (concrete, reinforcing bars, and sheet pile) will be labeled based on its exact location prior to removal and recovery. This will allow for identification of the exact location during later reconstruction. The locations will be identified concerning each concrete monolith as identified on contract drawings (these locations should be verified with actual locations at the site). Sheet piles will be numbered sequentially (with number 1 closest to the Hammond Highway Bridge) within each monolith. Therefore, concrete sections, rebar, and sheet piles will be labeled in the following manner:

Concrete

Monolith (M) number Concrete section (C) number = M__ C__ (The actual number of the item will be determined during the recovery effort. For example, M10 C1 would be concrete removed from Monolith 10.)

Rebar

Monolith (M) number Rebar (R) number = M__ R__ (The actual number of the item will be determined during the recovery effort. For example, M10 R2 would be the second piece of rebar removed from under the concrete section in Monolith 10.)

Sheet Pile

Monolith (M) number Sheet pile (SP) number = M__ SP__ (The actual number of the item will be determined during the recovery effort. For example, M10 SP2 would be the second sheet pile counting sequentially from the Hammond Highway Bridge in Monolith 10.)

Labels

Section 4.2 describes the types of labels that will be affixed to each item. The labels and manner of attachment should be permanent or not easily removed (in the case of the rebar).

Custody Records

The Site Custodian or their designee will complete the "Evidence/Property Custody Document," DA Form 4137. This is necessary to meet litigation requirements, as the items are considered evidence in any potential legal action regarding the canal. A separate custody form will be completed for each item based on the manner in which they will be shipped. For example, each crate will require its own form, and each sheet pile will require its own form. This will result in 11 total custody forms (three crates and eight sheet piles).

4/14/2006 6:51:52 AM

## Data Management and Retention
Field logs, photographic records, and other documentation will be maintained at the
New Orleans District offices. Access to these records will be restricted. The
records will be maintained in accordance with applicable laws and regulations.

## Transportation Requirements
The items will be transported to the USACE New Orleans District warehouse at the
end of the day in which they are removed. The items will be stored in a secure
location within the warehouse. The Site Custodian and or his deputies and
designees will accompany the items with the corresponding custody form(s) in their
possession. Upon arrival at the storage area, the Site Custodian will relinquish
custody to the Storage Custodian. This will be documented on the custody form
(DA 4137). All changes in custody will be documented on the custody forms.

## Storage Requirements
Secure storage of the recovered items is necessary. The items will be permanently
stored in a secure area within the New Orleans District warehouse. Only items
from the 17th Street Canal site and those designated and authorized by the Office of
Counsel will be stored at this location. The storage area will secured from
unauthorized entry as necessary (this will include fencing, signs indicating
authorized entry only, locked gates with a high security lock, 24-hour guards seven
days a week, etc.). The Storage Custodian and Deputy Storage Custodian will be
authorized to enter the area at all times; any request for other entry to the area or
inspection or removal of the items will require District Counsel approval.
Authorized removal of the items will be conducted only under the Office of
Counsel; the Office of Counsel will also prepare the appropriate documents for this
process.

## Subsampling
Subsamples from the concrete, sheet pile and/or rebar stored at the secured area will
be retrieved for further analysis. The analysis required will be for compressive and
tensile strength to determine if the materials meet previous USACE specifications.
ASTM methods will be used; these method numbers will be identified in the
Sampling and Analysis plan prepared for the subsampling. These subsamples can
only be retrieved with the approval from District Counsel and with the monitoring
of the Storage Custodian. A separate Chain of Custody form for laboratory analysis
will be completed.

## Contractor Quality Control
The three phases of control under the USACE Construction Quality Management
guidelines will be implemented: preparatory, initial, and follow-up. These phases
will be implemented by preparing and reviewing all documents prior to the start up
of the project, checking preliminary work and ensuring compliance with the
contract at the beginning of the site activities, and performing daily checks to
ensure the continuing compliance as the project progresses.

## Summary Report

Upon completion of the field activities and the subsampling activities, a **Summary Report** will be prepared. The report will document all activities and the findings of the investigation. Dr. Lo will prepare the report for submission to LTC Starkel by 14 December.

## IV.     Site Safety and Security Plan

*Site Description*
Date: 12-13 December 2005
Location: New Orleans, La.
Hazards: Crowd Control, Physical Hazards
Area Impacted: 17th Street Canal Breach, Lakeview Neighborhood
Surrounding Population: Displaced, Potentially Hostile.
Topography: Floodwater Devastated Residential

Weather Conditions:

| National Weather Service Hourly Forecast for Tuesday, December 13th | | | |
| --- | --- | --- | --- |
| **12 AM** | **6 AM** | **12 PM** | **6 PM** |
| Temperature / Dew Point (°F) | | | |
| 52 / 43 | 48 / 45 | 51 / 48 | 57 / 51 |
| Humidity (%) | | | |
| 63% | 85% | 52% | 74% |
| Wind (mph) | | | |
| 3 168° SSE | 5 124° SE | 9 184° SSE | 9 176° South. |
| Conditions | | | |
| Rain Showers | Rain Showers | Thunderstorm | Thunderstorm |
| Probability of Precipitation (%) | | | |
| 10% | 10% | 30% | 30% |
| Cloud Cover (%) | | | |
| 51% | 82% | 85% | 85% |

*Entry Objectives* – The objective of the initial entry to the Floodwall Material Recovery Site is to: Provide material required to conduct a comprehensive engineering investigation of the floodwall breach area along the 17th Street Canal. Tasks to be accomplished include but are not limited to excavation, sampling, analysis, storage, and documentation activities associated with selected sections of floodwall. To accomplish this objective in a controlled manner, visitors will be instructed to initially assemble at the U.S. Coast Guard Station where they will be escorted to the primary access control point.

The primary access point is located at the southern portion of the support zone. Visitors will be required to produce photo identification and sign for a badge. Only those visitors on an approved access roster will be admitted. All personnel are provided safety glasses and earplugs as they enter the access control point. Safety glasses are collected by access control point personnel along with badges as personnel exit the access control point.

4/14/2006 6:51:52 AM

*On site Organization and Coordination* – The following personnel are designated to carry out the stated job functions on site. (Note: One person may carry out more than one job function.)

|  |  | Phone/Cell |
|---|---|---|
| Project Team Leader: | LTC Starkel | 504-937-5969 |
| Deputy Site TL: | MAJ Hibner | 337-316-4796 |
| Deputy Site TL: | Jackie Purrington | 504-214-7839 |
| Site Safety Officer: | Edward A. Bernard III | 504-812-0889 |
| Site Security Officer: | Eddie Mayers | 504-952-9515 |
| Public Affairs | Officer Jim Taylor | 337-316-4812 |
| Public Affairs Officer: | Jim Taylor |  |
| Record-keeper: | Maurice Ducarpe | 504-628-5127 |
| Medical Officer | James Sturke | 504-952-9382 |
| Financial Officer: |  |  |
| Field Team Leader: | Fred Young | 337-316-4828 |
| OPS Officer | MAJ Odell | Bberry: 337-316-4698 |
|  |  | Cell: 318-816-0394 |
| MVD OPS Officer | COL Lawrence | Bberry: 337-316-4686 |
|  |  | Cell: 318-816-0404 |

| Field Team Members: |  |
|---|---|
| Federal Agency Rep(s): | To be determined |
| State Agency Rep(s): | To be determined |
| Local Agency Rep(s): | To be determined |
| Contractor Rep(s): | Boh Bros. |

All personnel arriving or departing the site should log in and out with the record-keeper. All activities on site must be cleared through the **Project Team Leader.**

*General Site and Security Controls*

**General Site and Security Concept:  (See Security and Safety Site Map)**
All personnel designated as authorized to enter the work area will park vehicles at the Coast Guard station.  A USACE employee will be on site to assist in directing parking and directing personnel along the designated walking route to access the work site.  Another USACE employee will be stationed at the south turn on Bellaire Street to direct personnel south to the main site gate where the access control point is located.  Once at the main gate, all personnel will process through the access control point where their names are verified on the list of authorized personnel. Once the name is checked on the list and identification is verified, personnel will be issued an access badge.  Two colors of badges will be issued.  Green for access to the Exclusion Zone and Red for access to the Support zone.  The authorized personnel roster will indicate who from IPET will examine and labeled the sheets as

4/14/2006 6:51:52 AM

specified below ranted authorized access to respective zones. The zones are marked and described below. Media satellite vans are authorized to park east of the work area as long as sampling operations and regular traffic are not impeded.

MVN security guards will be present at the access control point and at the exclusion zone gate to control access. Security personnel will assist in escorting Green Badge personnel into and out of the Exclusion Zone after the first sets of piles are pulled for inspection. No more than 10 Green Badge personnel will be escorted to the Exclusion Zone at a time. All personnel accessing the exclusion zone are required to have a hard hat, safety glasses and steel toe boots.

Upon completion of floodwall sample acquisition (concrete or sheet piles) personnel will be directed to planned activities as indicated in base plan. Once all operations are complete, security personnel will ensure all personnel vacate the work area. Prior to leaving the work site personnel will out-process the access control point and turn in their badges. As badges are turned in names will be checked off of the authorized personnel access roster. Security personnel will then ensure the unimpeded route back to MVN along the primary or alternate routes. Route determination to happen prior to completion of sample acquisition.

NOPD will patrol east of the worksite and monitor for security breaches and security situations. NOPD contact numbers have been disseminated to all security personnel and security personnel will request additional support if and when a situation develops. Jefferson Parish Police will patrol the west side to keep the west flood wall clear and monitor the area for security breaches and security situations. New Orleans Levee District police will provide two patrol cars and personnel to maintain security within the confines of the worksite.

Security personnel will carefully monitor any protest/demonstration that develops. It should be known by all that citizens have a right to protest anywhere on public property as long as they do not impede traffic and have the right to protest on private property if the owner of the property allows. Jurisdiction for breaking up a protest falls under the Police Department for the applicable parish and may or may not happen dependent on the conduct of the protest and whether or not the protest jeopardizes the protestor's or the public's safety or if the protest is impeding traffic. Security will be in close communication with applicable police departments if and/when a protest develops.

*Name of Individual or Agency*: The U.S. Army Corps of Engineers will coordinate access control and security at the Construction Material Recovery, 17th St. Canal Floodwall site. (Refer to Appendix A – Map of Controlled Area)
*Distance or description of controlled area*: The total area of operations encompasses approximately three (3) city blocks of floodwater devastated residential area in general, with specific construction material recovery operations located on the 17th Ave canal in particular.

4/14/2006 6:51:52 AM

***Control boundaries are established***: Consisting of (1) Exclusion Zones, and (2) Support Zones. These zones are clearly identified and are located as follows: (Refer to Appendix A – Map of Controlled Area)

***Exclusion Zones are established***: Areas where contractor personnel conduct heavy equipment operations.

***Support Zones are established***: Areas designated for authorized personnel participating or observing the investigation from a controlled location and under direct supervision.

***Parking Areas are established***: At the Coast Guard Station parking area for the purpose of controlled access to the Support Zone.

***Emergency Exit Routes are established***: Refer to Site Map.

***A Command Post is established***: At the primary access control point.

All Zones are clearly identified through the use of highly visible and labeled boundary fencing (Exclusion Zones) and boundary tape (Support Zones).

An Exclusion Zone (Safe Perimeter) of approximately 60' (sixty) feet is maintained through the use of fencing from the heavy equipment to be used in sheet pile recovery operations.

➤ **NOTE**: Only authorized personnel equipped with specified PPE are allowed in the Exclusion Zone.

A Support Zone (Observation Area) of approximately 2000 sq.ft. is established through the use of fencing within direct line of sight of sheet pile recovery operations and outside of the 60 ft Exclusion Zone of active operations.

Zones graphically depicted below:

4/14/2006 6:51:52 AM



### *Hazard Identification and Evaluation*

The following hazards have been identified as primary threats:
1. Unauthorized Entry by the Public.
2. Potential Violent Protestors.

The following additional hazards are expected on site:
1. General disorderly physical environment associated with hurricane related debris.
2. Heavy equipment operations associated with sheet pile removal.
3. Area movement restrictions.
4. Uneven terrain.
5. Slip, trip, fall hazards with associated potential for puncture or laceration wounds resulting from debris related sharp objects.
6. Potential Eye Irritation from Airborne Dust.
7. Potential High Noise Levels.
8. Potential Inclement Weather Conditions.
9. Holes and ditches from uneven terrain.
10. Sharp objects such as nails, metal shards, and broken glass.
11. Potential electrical hazards associated with contractor and/or participant operations.
12. Biological hazards such as insects or stray animals resulting from a general disorderly physical environment.

### Hazard Controls and Personal Protective Equipment

Based on evaluation of potential hazards, the following levels of PPE have been designated for the applicable work areas or tasks:

| Location | Function | Level of Protection |
|---|---|---|
| Exclusion Zone | Sheet Pile Removal | Specified in Accident Prevention Plan for Contractor Hard Hats, Safety Glasses, Steel Toe Shoes, Gloves (where applicable) for Investigative Participants |
| Support Zone | Observation | Safety Glasses |

➢ No changes to the specified levels of protection shall be made without the approval of the **Site Safety Officer** and the **Project Team Leader or Deputy Site Team Leaders.**

### Onsite Work Plans

Reference the work plan contained in the base plan.

Visitors will be briefed on the contents of this plan at: VISITOR ACCESS POINT.

### Communication Procedures

Emergency, command and Safety and Security personnel will communicate via hand held radios as a primary means of communication with cell phones used as a secondary means of communication.

Coordination has been established with local emergency response agencies and a communication plan has been established.

### Transport of Construction Material Samples

A primary and alternate route for the transport of material samples has been established. USACE security personnel will be notified when the transport vehicle is ready to move and will notify the storage facility that the samples are en route. USACE security personnel will escort the transport vehicles to the designated storage facility. Security personnel will react to situations along route using emergency contact numbers and chain of command points of contact. The storage

4/14/2006 6:51:52 AM

facility will be prepared to receive materials and will have the necessary equipment required to off-load the material samples.





4/14/2006 6:51:52 AM



### *Site Safety & Health Plan*

**Ed Bernard CIH** is the designated **Site Safety Officer** and is directly responsible to the **Project Team Leader** for safety recommendations on site.

**Emergency Medical Care is established:** James Sturcke is the qualified nurse on site and can be reached by handheld radio or cell phone.

**East Jefferson General Hospital**, at 4200 Houma Blvd., 504 454-4000, is located at 5 (five) minutes from the site location. **Dr. Terry Creel** has been contacted at 454-4000 and briefed on the situation, the potential hazards, and potential circumstances involved. A map of alternative routes to this facility is available at the COMMAND POST.

**Local ambulance service is established:** New Orleans Health Dept. at 911. Their response time is ON SITE - Tuesday 13 Dec 05 0800-1500 hrs..

**First aid equipment is available:** On site at the following location(s):  SUPPORT ZONE.

4/14/2006 6:51:52 AM

**Emergency phone numbers are established:**

**SECURITY PHONE BOOK**

NOPD
SGT Danny Mack              416-4402      Cell
SGT Joe Valiente           234-2616      Cell


Jefferson Parish PD
MAJ Mark Dupuies           883-7280      Office
                           616-8592      Cell


New Orleans Levee District Police Chief
Chief Richard Lewis        782-0458      Cell
MAJ Don Booth              782-2159      Cell


Coast Guard                589-6261      OPS CTR


Bell Chaise Air Control    392-6032      Air CTRL


South LA FAA               337-462-6111  Contact for all towers
For TFR (Temporary Flight Restriction- Give time & date to get no fly zone)


MVN Security               862-1183
National Guard OPS CTR:    415-659-4482



**Environmental Monitoring:** The necessity for environmental monitoring will be determined by Project Team Leader and the Site Safety Officer on a case by case basis but is currently limited to noise levels.


**Emergency Procedures are established:**


The **Project Team Leader** and **Site Safety Officer** and shall be notified of any onsite emergencies and will ensure that the appropriate procedures are followed.

**Personnel Injury in the Exclusion Zone:** Upon notification of an injury in the **Exclusion Zone** involving non-contractor personnel, the designated emergency signal (horn) shall be sounded (if required). **Exclusion Zone** personnel shall assemble in the **Support Zone** (if required). The ONSITE NURSE will be notified and will enter the **Exclusion Zone** (if required) to remove the injured person to the **Support Zone**. The ONSITE NURSE shall initiate the appropriate first aid, and will contact the onsite ambulance for transport to **East Jefferson General Hospital** (if required). The ONSITE NURSE will brief the Site Safety Officer and Project

**Team Leader** regarding the nature and extent of the injury. After this is completed and the cause of the injury is determined and rectified, **Exclusion Zone** personnel will than be allowed to resume operations.

**Personnel Injury in the Support Zone:** Upon discovery or notification of an injury in the **Support Zone**, the ONSITE NURSE will assess the nature of the injury and the **Project Team Leader** and **Site Safety Officer** will be notified. If the cause of the injury or absence of the injured person does not affect the performance of the project, operations may continue, with the ONSITE NURSE initiating the appropriate first aid and necessary follow-up as stated above. If the injury increases the risks to others, the designated emergency signal (horn) shall be sounded and all **Support Zone** personnel shall move to a designated location to be determined by the site safety officer. (if necessary) for further instructions. Activities on site will stop (if necessary) until the added risk is removed or minimized.

**Fire/Explosion:** Upon notification of a fire or explosion on site, the designated emergency signal (horn) shall be sounded and all site personnel will assemble at the staging area. The fire department shall be alerted and all personnel moved to a safe distance from the involved area.

**Equipment Failure:** If any major equipment on site fails to operate properly, the **Project Team Leader** and **Site Safety Officer** shall be notified and will determine the effect of this failure on continuing operations on site. If the failure affects the safety of personnel or prevents completion of the Work Plan tasks, all personnel shall leave the **Exclusion Zone** and the **Support Zone** and shall assemble at the staging area until the situation is evaluated and appropriate actions taken.

The following emergency escape routes are designated for use: (describe alternate routes to leave area in emergencies).

In all situations, when an onsite emergency results in evacuation of the **Exclusion Zone** and/or **Support Zone** personnel shall not reenter until:

1. The conditions resulting in the emergency have been corrected.
2. The hazards have been reassessed.
3. The site plan has been reviewed and amended (if appropriate).
4. Site personnel have been briefed on any changes in the Site Safety Plan.

## V.      Schedule

**See following two pages**

4/14/2006 6:51:52 AM

| Time | Saw Cut Operations | | Excavation Activities | | Demolition Operations | |
|---|---|---|---|---|---|---|
| | Contractor Activities | Sample or Survey Activities | Contractor Activities | Sample or Survey Activities | Contractor Activities | Sample or Survey Activities |
| 6:00 | A & A Mobilization | | Crew Arrives | | Crew Arrives | |
| 6:30 | | | | | | |
| 7:00 | Set Up Core/Saw - South Location | | Assist Saw Cut Set-Up | | | |
| 7:30 | | | | | | |
| 8:00 | Core Handling Hole in South Sample | Label Core Sample South | | | | |
| 8:30 | | Label Core Sample North | Stand-By | | | |
| 9:00 | Saw Cut Sample 4' x 4' at South Location/Core Handling Hole at North Location Concurrent | | | | Stand-By | |
| 9:30 | | | | | | |
| 10:00 | | Label 4x4 Sample South | Load Out South Sample | | | |
| 10:30 | Move Saw to North Location & Set Up | | Assist Saw Cut Set-Up | | | |
| 11:00 | | | Excavation at South Location | | | |
| 11:30 | | | | Survey South Wall for sheetpile penetration depth | | |
| 12:00 | Saw Cut Sample 4' x 4' at North Location | | Lunch | | Lunch | |
| 12:30 | | | Stand-By | | | |
| 13:00 | | Label 4x4 Sample North | Load Out North Sample | | Demolish Wall al South Location | Sample Resteel South |
| 13:30 | | | Excavation at North Location | | | |
| 14:00 | | | | Survey North Wall for sheetpile penetration depth | | |
| 14:30 | Stand-by to Work as Directed/Demobilize | | | | | Label Sheeting South & Survey exposed sheetpile |
| 15:00 | | | Stand-by to Work as Directed | | Demolish Wall at North Location | Sample Resteel North |
| 15:30 | | | | | | |
| 16:00 | | | | | | |
| 16:30 | | | | | | Label Sheeting North & Survey exposed sheetpile |

4/14/2006 6:51:52 AM

# FORENSIC STUDY AT 17 TH STREET CANAL BREACH
## SHEETPILE REMOVAL TIMELINE

| Time | Sheet Pile Pulling Operations | Sample or Survey Activities | Time |
|---|---|---|---|
| 6:00 | FUEL EQUIPMENT | | 6:00 |
| 6:30 | MOVE VIBRO HAMMER TO SITE FROM BRIDGE | SHEETING SURVEY AND LABELING | 6:30 |
| 7:00 | | | 7:00 |
| 7:30 | RIG BACKHOE/CRANE TO PULL SHEETPILE | | 7:30 |
| 8:00 | | MORNING COMMENTS | 8:00 |
| 8:30 | PULL FIRST  SOUTH END SHEETPILE DOUBLE | | 8:30 |
| 9:00 | SECURE EQUIPMENT FOR INSPECTION OF SHEETPILE | INSPECTION AND MEASURING SOUTH 1 | 9:00 |
| 9:30 | PULL SECOND  SOUTH END SHEETPILE DOUBLE | | 9:30 |
| 10:00 | RELOCATE EQUIPMENT TO NORTH END | INSPECTION AND MEASURING SOUTH 2 | 10:00 |
| 10:30 | | | 10:30 |
| 11:00 | PULL FIRST  NORTH END SHEETPILE DOUBLE | | 11:00 |
| 11:30 | PULL SECOND  NORTH END SHEETPILE DOUBLE | | 11:30 |
| 12:00 | SECURE EQUIPMENT FOR INSPECTION OF SHEETPILE | INSPECTION AND MEASURING NORTH 1 & 2 | 12:00 |
| 12:30 | | | 12:30 |
| 13:00 | | | 13:00 |
| 13:30 | STAND BY OR WORK AS DIRECTED | PUBLIC VIEWING AND COMMENTS | 13:30 |
| 14:00 | | | 14:00 |
| 14:30 | | | 14:30 |
| 15:00 | LOAD OUT SHEETING | | 15:00 |
| 15:30 | | | 15:30 |
| 16:00 | | | 16:00 |
| 16:30 | | | 16:30 |
| 17:00 | | | 17:00 |
| 17:30 | | | 17:30 |
| 18:00 | | | 18:00 |

WE WILL HAVE 2 VIBROS  A BACKHOE AND THE 50 TON
CRAWLER CRANE AVAILABLE  FOR PULLING THE SHEETS

4/14/2006 6:51:52 AM

## VI.    Attendees

**USACE**
Bernard, Edward MVN (E)
Barnett, Lary MVD M
Baumy, Walter O MVN
Brooks, Robert MVN
Crear, Robert S. BG MVD (E) T
Cruppi, Janet MVN
Ducarpe, Duke MVN
Garcia, Barbara MVN
Hawke, Jeff MVD
Hibner, Daniel MAJ MVN
Keen, Steve E MVN
Kinsey, Mary MVN (E)
Lawrence, Jimmy Col MVN
Lefort, Lane MVN (E)
Mayers, Eddie MVN
Merchant, Randy MVN (E)
Nuccio, Leslie MVN
Odell, Stephen MAJ
Persica, Randy, MVN
Price, Cassandra MVD (E) M
Purdum, Ward MVN
Purrington, Jackie MVN
Riecke, Scott MVN (E)
Rogers, Michael SES MVD T
Roth, Tim MVN
Saffran, Mike MVD
Schad, David MVD
Setliff, Lewis Col MVS (E)
Starkel, Murray P LTC MVN
Stroupe, Wayne MVD
Upson, Toby MVN
Young, Frederick MVN
Wagenaar, Richard P Col MVN (E) T
Waits, Stuart MVN

**Photos**
Loup, Ricky (E)
Perkins, Randy (E)
Perkins, Lynn (E)
Burke, Kevin (E)
Cotter, Tim (E)
Rotschaster, Drew

**Security**
Ray, Johnny
Baker, Joe
Soileau, Jonathan

**Engineers/Contractors**
Approx 10 to 16 people - Boh Bros
Gwyn, Bill - Eustis
Junius, Ralph - LH&J
Conway, Bill - Modjeski
Dr. Lo - MMG

**Investigative Teams**
IPET
Mlakar, Paul F IPET (E)
Padula, Joseph A IPET (E)
Jaegar, John J IPET
ASCE
Boutwell, Gordon (E)
Roth, Larry (E)
T&I
S&I
HSGAC
NSF

LSU:
Kemp, Paul (E)
Shrum, Wes (E)

**Public Agencies**
Levee Districts
Pat Bossetta (EJLD)
Baker, Jim  (EJLD)
McCrossen, Mike (OLD)
Spencer, Stevan (OLD)
Salins, Monica (PLD)
Wilson, Steve (PLD)

SWB
St. Martin, Marcia
Sullivan, Joe
St. Germain, Rudy (E)
Taranto, Jacob

4/14/2006  6:51:52 AM

<u>Parish of Jefferson</u>
Gonzalez, Jose Director of Public works          Alikhani, Khazim Director of Drainage

### Invited Public Officials

Governor Blanco
Senator David Vitter
Senator Mary Landrieu
Congressman Bobby Jindal
Congressman Bill Jefferson
DOTD Secretary Bradbury
Aaron Broussard, Jefferson Parish President
Councilman Jay Batt
Senator Julie Quinn
Steve Scalise
John Labruzzo
Peppi Bruneau (Jeb Bruneau will represent)
Cheryl Gray
Alex Heaton
Jalila Jefferson-Bullock
City District Attorney's Office
Weber, Nicole for Councilman Jay Batt

Office of Counsel List
31 (purposely unnamed)

4/14/2006 6:51:52 AM

## Appendix A – Map of Controlled Area

## SECURITY AND SAFETY SITE MAP



4/14/2006 6:51:52 AM

**Appendix B**
**Communication Plan**

**17th Street Canal**
**Sheet Pile and Floodwall Sampling**
**12-13 December 2005**

4/14/2006  6:51:52 AM

# Table of Contents

Communication Plan

Talking Points

Questions and Answers

Media Advisory

Fact Sheet

4/14/2006 6:51:52 AM

Communication Plan
17th Street Canal
Sheet pile and floodwall sampling
12-13 December 2005

**Purpose**

This plan is designed to guide the Task Force Guardian PAO in its efforts to effectively and efficiently communicate with the people of New Orleans and others interested in the floodwall and sheet pile removal activities at the 17th Street Outfall Canal 12 and 13 December 2005.

**Background**
- The 17th Street Outfall Canal is part of the Lake Pontchartrain and Vicinity Hurricane Protection Project. The project includes a series of control structures, concrete floodwalls, and levees to provide hurricane protection to areas around Lake Pontchartrain.
- Investigations are ongoing to determine why the levee failed.
- It is generally believed that the soil at the floodwall was undermined, resulting in significant scour and the eventual failure of a 455-foot section of the floodwall.

**Issues:**
- Parallel seismic testing along the floodwall from two independent teams indicates that the sheet piling at 17th Street was driven to a tip elevation of -10 feet instead of the -17 feet called for in design documents.
- There is a negative public perception regarding the Corps' competence in designing and maintaining the hurricane protection system.
- There is a general misunderstanding of the Corps' relationship with local levee and sewerage and water boards
- There seems to be a lack of knowledge about the chronology and history of work performed at the outfall canals.
- There is a fear of unaccountability for repairs/reconstruction and the future integrity of the system
- There seem to be concerns about the materials used to construct the hurricane protection system

**Goals**
1) Provide transparency to the Corps' investigation into why the floodwall failed, and counteract any misconception that the Corps has something to hide.
2) Provide stakeholders with appropriate information about the role of the Corps in the construction of the levee and floodwall at 17th Street Canal.
3) Provide stakeholders with information about the collection of data and materials at the site, and the Corps' determination to maintain the integrity of the materials for future analysis.

Stakeholders are the residents of the affected community who are still here and those who want to come back, public officials at all levels, elected officials at all levels, agency

4/14/2006 6:51:52 AM

staff at all levels, the news media, Corps employees, Corps leadership, and local, state, and federal agencies investigating the levee failure.

**Communication Tools:**

Communication actions need to be timed to coincide with event.

| Action | Status | Deadline | Responsible Office | Reviewer |
|---|---|---|---|---|
| Talking points, Qs&As | Done | 7 Dec 05 | PAO with support from project manager | PM |
| Fact sheet | Done | 7 Dec 05 | PAO with support from project managers, Stanley | PM |
| Posters | Under construction | 8 Dec 05 | TFG PAO, Stanley Group | Ex Ofc, PM |
| Opening, closing, news conf. remarks 12 Dec | Done | 7 Dec 05 | TFG, MVD PAO | Col. S |
| Opening, closing, news conf. remarks 13 Des | Done | 7 Dec 05 | TFG, MVD PAO | BG C |
| Media Advisory for event | Done | 8 Dec 05 | TFG PAO | PM |
| Photographers: 3 video, 3 still | Arranged | 7 Dec 05 | TFG PAO, MVN IMO | PM |
| DVIDS satellite feed and webcasting | Arranged | 8 Dec 05 | TFG PAO | Colonel Setliff |
|  |  |  |  |  |

4/14/2006 6:51:52 AM

**Talking Points**
**17th Street Canal**
**Sheet pile and floodwall sampling**
**12-13 December 2005**

**These are the messages we want people to remember:**

- The U.S. Army Corps of Engineers and teams of independent investigators are working to determine why a section of levee on the 17th Street Canal failed.
- We plan to share our findings with other investigators, the public, interested agencies and organizations, and the news media.
- While investigations are ongoing to determine what actually occurred at the canal, it is believed that the soil was undermined, resulting in significant scour and the eventual failure of a 455-foot section of the floodwall.
- One part of our investigation involves determining the depth of the sheet pile driven into the levee when it was upgraded in 1993.
- To do that we are removing four sections of sheet pile on both the north and south ends of the breach.
- We are also testing the strength of the concrete used in the floodwall near the breach site.
- We are removing 4-foot by 4-foot sections of concrete from both the north and south ends of the breach.
- The samples taken will be analyzed by scientists and engineers from the Corps-assigned Interagency Performance Evaluation Task Force, or IPET.
- The analysis will take approximately two weeks to complete.
- The task force will be looking for the strength of the concrete and the reinforcing steel in the wall, as well as the detailed arrangement of the wall's reinforcing steel.
- Other qualified interests will also be able to analyze the concrete wall and sheet pile.
- The sheet piles and concrete removed from the levee will be stored at the New Orleans District warehouse.
- Our engineers, scientists, and support staff take this work personally. Most of the 130 people working directly to restore your hurricane protection levees and floodwalls – and 300 more people supporting them in this endeavor – live in New Orleans, and many of them lost their homes. It's their hurricane protection, too.
- Just as you and your elected representatives want to know why parts of the system failed and parts withstood the storm, we in the Corps of Engineers want that information so that we can ensure optimum designs for reconstruction and for future projects.
- We hold ourselves accountable for our work, and we want to make sure we have all the facts when we report to you on why the hurricane and flood protection system performed the way it did.
- You're going to hear a lot of speculation, and some may or may not prove to be accurate; only time will tell. Today, we plan to remove some speculation about how deep the sheet pile was driven in this stretch of the canal.

4/14/2006 6:51:52 AM

- Over the next several weeks, we'll remove the emergency fill we placed in the break during the flood, and we'll be able to determine how deep the sheet pile at the actual break was driven into the levee.


- The ability of a levee to withstand storms depends on a number of things.
    - One is the strength of the material used to build the levee.
    - Another is the size of the levee.

- If there is enough room to build a large levee, it may be all that is needed for storm protection.
- If homes or other buildings are close to the levee, the levee may be smaller and require a floodwall on top of it to provide storm protection.
    - Sheet piles or other types of support are used to stabilize the floodwall.
    - The sheet pile or other support may or may not also provide support or seepage control to the levee.
- For some levees, sheet pile is needed to add strength and prevent water from seeping through or under the levee.

**When delivering key messages, remember:**
- Regardless of how long the sheet pile turns out to be, this is a solemn operation, and we must remain even tempered.
- Stick to your key messages
- Go back to your key messages if your audience gets off the subject or they speculate.
- Don't speculate.
- Correct misinformation.
- Give a short answer and stop.
- You've got 30 seconds to establish trust and credibility.
- Empathy is critical. Try to understand why people feel the way they do.
- Address their concerns; don't push back.
    - If someone says, "I don't believe your numbers." It's human nature to say: "Why don't you believe me?"
    - A more empathetic and positive response is to say: "My numbers are accurate. Perhaps I'm not doing a good enough job explaining them. Could you help me understand a little more about your concern?"
- There are lots of traps that are easy to fall into. Here are some things to avoid:
    - Comparisons
    - Negative allegations or comments
    - Negative words or phrases
    - Promises
    - Speculation
    - Guarantees
    - Humor
    - Jargon
    - Personal opinions


4/14/2006 6:51:52 AM

- o   Avoid appreciative, evaluative statements such as:
    - ▪   Thank you for that question.
    - ▪   That's a good question.
    - ▪   They're condescending.
- ▪   Stay positive.
- ▪   Don't repeat negative comments, even to refute them.
    - o   "I am not a crook."

4/14/2006 6:51:52 AM

# Questions and Answers
# 17th Street Canal
## Sheet pile and floodwall sampling
## 12-13 December 2005

**Why did the levee and floodwall at the 17th Street Canal fail?**
- The U.S. Army Corps of Engineers and teams of independent investigators are working to determine why a section of levee on the 17th Street Canal failed.
- One part of our investigation involves determining the length of the sheet piles and the depth to which they were driven into the levee when it was upgraded in 1993.
- To do that, we're removing sections of sheet pile on both the north and south ends of the breach.
- We are also testing the strength of the concrete used in the floodwall near the breach site.
- We are removing 4-foot by 4-foot sections of the concrete from both the north and south ends of the breach.
- The samples taken will be analyzed by scientists and engineers from the Corps-assigned Interagency Performance Evaluation Task Force.
- The analysis will take approximately two weeks to complete.
- The task force will be looking for the strength of the concrete and the reinforcing steel in the wall, as well as the detailed arrangement of the wall's reinforcing steel.
- All of us want to know why parts of the system failed and parts withstood the hurricane.
- We're engaged with others in diligently examining why this happened, and we're committed to building a more effective system.
- Findings from the investigation will help ensure that we succeed in this endeavor.
- We in the Corps of Engineers want that information so that we can ensure optimum designs for reconstruction and for future projects.

**Are you also going to take soil samples?**
- Yes. The Interagency Performance Evaluation Task Force has taken soil samples at the breach site to analyze as part of the investigation.
- IPET was formed by the Chief of Engineers to determine why the hurricane protection system performed the way it did during Hurricane Katrina.

**Was the sheet pile at the 17th Street Canal driven as deep as it was supposed to be?**
- We will remove several sections of the sheet pile at the breach December 13 to determine exactly how deep it was driven into the levee.
- This is just one part of our effort to determine why this section of levee failed.

**Is it true that the 17th Street Canal levee was inadequately designed and built?**
- Engineers from the Corps of Engineers, Sewerage and Water Board, Orleans Levee District, and the East Jefferson Levee District worked together to design

4/14/2006 6:51:52 AM

and build the levee system to provide what the engineering and science analysis showed to be a safe level of protection.

**Who is responsible for these levees?**
- The canal is part of the Corps of Engineers Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by the Orleans Levee District and the East Jefferson Levee District.
- These agencies worked together to design and build the canal, and they also work together to maintain it.

**Can you guarantee the levees won't fail again?**
- We can guarantee you that we'll do everything possible using modern engineering and science to make the system safe.
- Most of the 130 people on our team live in New Orleans, and many of them are also victims of Katrina. They have a personal, as well as a professional, interest in the safety of the system.

**The Corps has already admitted that its own seismic investigations show that the sheet pile is too short. Another LSU investigation verified it. Why waste time and taxpayer money pulling sheet pile?**
- The Corps sees value in field validating the seismic data with on-the-spot measurements of the sheet pile and the analysis of the floodwall material.
- We are committed to taking any sensible actions that may help reveal why the levee failed.
- We also seek to coordinate and cooperate with the residents, officials, scholars, scientists and others engaged in finding answers to this very difficult and complex problem.

**Why aren't you looking at the portion of the wall that failed? Where is that part of the wall?**
- We have preserved floodwall material recovered from the site and have handed it over to IPET for further analysis.
- We also plan to recover other portions of the wall buried under the temporary material placed during the flood fight.

**Is the Corps going to tear out the whole levee system?**
- We are awaiting the conclusion of this investigation and our analysis of the entire levee system before determining what our course of action will be.
- We will use information gathered and validated during the course of this investigation to adjust and improve our repair and reconstruction of the area's levee system.

**Has the Corps explored other alternatives to providing flood protection or will it just rebuild another sheet pile wall?**
- We are actively seeking a better solution to the flood protection problem.

4/14/2006 6:51:52 AM

- We are dedicated to exploring and considering all options that may help us meet that objective.


**Who has access to the information collected here today?**
- We will share the information we have available with anyone who wants it.
- We have and will listen to others who put forth ideas about how we might solve this problem. We live here, too.

**How much private property are you going to take to rebuild the levees?**
- By late December we'll know how much additional land we'll need to repair the levees along the 17th Street Canal.
- We know now that we'll need at least an additional 15 feet out from the toe of the levee.
- We may need as much as 150 feet if we have to build a much larger levee than we have now.

**How much are you going to pay property owners for the property you take?**
- Before we acquire private property we have it appraised by an independent, licensed real estate appraiser.
- We use that appraisal as the basis for our offer of just compensation to the property owner.

**What if we don't want to sell our property?**
- We will only take property if it is necessary in order to increase the level of hurricane and flood protection for the people in your area.
- We prefer to use land already part of the protection system.

**Why are you refusing to release information on the design and construction of the hurricane protection system?  What are you hiding?**

- Information on the hurricane protection system is being scanned and posted to the IPET Web site at https://ipet.wes.army.mil.
- Information posted on the Web site includes design memorandums and reports, plans and specifications, and other information on the hurricane protection system.
- We hold ourselves accountable for our work, and we want to make sure we have all the facts when we report to you on why the hurricane and flood protection system performed the way it did.
- You're hearing a lot of speculation, and some may or may not prove to be accurate; only time will tell.  Remember, at this point it's speculation.  When the investigations are completed, we, and most importantly you, will have the facts needed to build a better, stronger, and smarter system.


4/14/2006  6:51:52 AM

4/14/2006 6:51:52 AM

# News Advisory
# U.S. Army Corps of Engineers

## Investigators to remove material from failed floodwall site

**Where:** East side of 17th Street Canal between Robert E. Lee Blvd and Bellaire Street
**When:** Monday and Tuesday, Dec. 12 & 13
Contacts:
Jim Taylor: 504-862-2076
Jeff Hawk: 504-862-2184
Debbie Quimby:  504-862-2159
Due to limited space, media are required to RSVP either by reply email or by contacting
one of the above public affairs officers.  Media attendees will be required to wear press
credentials.

    The U.S. Army Corps of Engineers and the Interagency Performance Evaluation Task
Force will remove samples of floodwall material near the 17th Street Canal levee break
Monday and Tuesday as part of an investigation.
    A contractor will remove concrete and sheet pile materials from both ends of the
floodwall breach. This action will allow investigators to obtain on-the-spot measurements
of the sheet pile and to gather samples for further analysis in an effort to determine why
the floodwall failed.
    Local, state, and federal officials and investigative team members will witness the
removal of the concrete and sheet pile.
    Media may watch and photograph the activities from designated viewing areas.
Attendees are advised to wear sturdy shoes that cover the entire foot while at the
floodwall site.
    Corps and IPET representatives will be available for interviews.

## Schedule
8 a.m., Monday, Dec. 12:  Day One begins with opening remarks by Corps officials.
Contractor will then cut and remove 4-ft by 4-ft sections of concrete from the floodwall,
demolish and remove the remaining concrete, and prepare the sheet pile for extraction.
This process will be performed on both ends of the breach site. Construction will
continue throughout the day.  Corps officials will report on the day's activities at 4 p.m.

8 a.m., Tuesday, Dec. 13:  Day Two begins with opening remarks by Corps officials.
Contractor will then remove eight sections of sheet pile from the floodwall breach site.
Workers will begin removing four sections from the breach's north end and then move to
the south end to extract four segments from that area. After measuring the extracted
sheet pile, Corps officials will address the media. The removed material will then be
transported to a secure location.

Portions of the removal process will be broadcast online during the following times at
www.dvidshub.com/floodwall

4/14/2006  6:51:52 AM

or go to www.dvidshub.net and click on the tab that reads "17th Street Floodwall, New Orleans."

7:30 a.m. - 5:30 p.m., Monday, Dec. 12
7:30 a.m. - 5:30 p.m., Tuesday, Dec. 13

KU-analog satellite will also be available during the same time frame. For satellite coordinates, call 678-421-6612 or go to "General Information" at www.dvidshub.net.

A news release with photos will also be available following the Dec. 13 event.



4/14/2006 6:51:52 AM

# Fact Sheet
# 17th Street Canal
# Sheet pile and flood wall sampling
## 12-13 December 2005

**Sheet pile and concrete wall investigation**
A 455-foot section of the 17th Street Canal failed during Hurricane Katrina. The US Army Corps of Engineers and the Corps-assigned Interagency Performance Evaluation Taskforce as well as independent investigation teams are working to determine the cause of this and other failures in the area's flood protection system. In part, these investigations include determining the existing sheet pile depth and the strength of the concrete I-walls along and near the 17th Street Canal breach site.

The Corps of Engineers will remove eight sheet piles and two 4-ft by 4-ft sections of the concrete floodwall from the north and south sides of the breach. This action will allow investigators to make on-the-spot measurements of the sheet pile and to further evaluate floodwall materials removed from the breach site.

Task Force Guardian plans to recover other portions of the floodwall that are buried under materials placed at the breach during the flood fight. This material will be recovered during a second phase of construction.

4/14/2006 6:51:52 AM



Procedure

1. Saw cut and remove 4'x 4' sections of concrete floodwall for testing (each side of breach).
2. Demolish and remove 6' of remaining concrete floodwall to expose top of sheetpile (each side of breach).
3. Survey elevations of top of sheetpile wall (each side of breach).
4. Remove sections of sheetpile wall for testing and measurement (each side of breach).

## 17th Street Canal

As one of New Orleans' major storm water drainage canals, the 17th Street Canal drains about 18 square miles from Orleans and Jefferson Parishes. The canal is part of the Corps of Engineers' Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by two local sponsors: the Orleans Levee District, and the East Jefferson Levee District.

The 2.4-mile-long, 220-ft-wide canal starts at Pump Station No. 6 at Highway 610 and empties into Lake Pontchartrain. The canal's sides are formed by an earthen levee with a top elevation that varies from 5.5 feet to 11 feet above sea level. The top of the flood wall on the canal embankment varies from elevation 11 to 15 feet above sea level.

4/14/2006 6:51:52 AM



U.S. Department of Justice
FTCA Staff, Torts Branch
Civil Division
P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044

## Fax Cover Page

Date: __4/20/06__

No. of Pages (including fax cover page): _____

| TO | Fax No. | Phone No. |
|---|---|---|
| Hon Joseph Wilkinson | 504  589  7633 | |
| Joseph  Bruno | 504  568  6775 | |
| Thomas  Anzelmo | 831  2492 | |
| | | |
| | | |
| From: Robin Smith | 202/616-5200 | 202/616-4289 |

Message:



---

*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or which should not be disclosed under applicable law. If the reader of this message is not the intended recipient, your are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.*