UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |
| * * * * * * * * | | |

THIS DOCUMENT RELATES TO:  CASE NOS. 05-4181 "K" (2) & 06-0020 "K" (2)

MOTION TO ENROLL

Trial Attorney Traci L. Colquette hereby moves to enroll her appearance on behalf of Defendant United States of America in above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

For overnight delivery:

TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8058N
Washington, DC 20004



ECF Filing:

Traci.Colquette@usdoj.gov

                           Respectfully submitted,

                           PETER D. KEISLER
                           Assistant Attorney General

                           PHYLLIS J. PYLES
                           Director, Torts Branch

                           PAUL F. FIGLEY
                           Deputy Director, Torts Branch

                           _/s/ Traci L. Colquette_____
                           Traci L. Colquette
                           Trial Attorney, Torts Branch, Civil Division
                           U.S. Department of Justice
                           Benjamin Franklin Station, P.O. Box 888
                           Washington, D.C. 20044
                           (202) 305-7536 / (202) 616-5200 (Fax)
                           Attorneys for the United States

Dated: April 18, 2006.

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on April 18, 2006, I served a true copy of the Motion to Enroll upon the following parties by first class and/or electronic mail:

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Douglas Plymale
doug@duganbrowne.com

David Browne
dbrowne@brownelaw.com

James Dugan
jdugan@duganbrowne.com

Darlene Marie Jacobs
dollyno@aol.com

Robert Harvey
rgharvey@bellsouth.net

Hugh Lambert
hlambert@lambertandnelson.com

Ronnie Penton
rgp@rgplaw.com

Jesse L. Wimberly
wimberly@nternet.com

Sidney Torres
storres@torres-law.com

Joseph Bruno
jbruno@brunobrunolaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

Gerald Edward Meunier
dmartin@gainsben.com

Randall A. Smith
rasmith3@bellsouth.net

Robert Creely
rcreely@aol.com

Mickey Landry
mlandry@landryswarr.com

Robert Becnel
ROBBECNEL@aol.com

Calvin Fayard
calvinfayard@fayardlaw.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

Betty Finley Mullin
bettym@spsr-law.com

Michael R.C. Riess
mriess@kingsmillriess.com

Terrence L. Brennan
tbrennan@dkslaw.com

Richard John Tyler
rtyler@joneswalker.com

Thomas Darling
tdarling@grhg.net

Thomas Gaudry
tgaudry@grhg.net

William Treeby
wtreeby@stonepigman.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

James L. Pate
jpate@ln-law.com

Ralph Hubbard
rhubbard@lawla.com

Joseph Guichet
jguichet@lawla.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

George Simno
gsimno@swbno.org

Wade Langlois
wlanglois@grhg.net

John M. Landis
jlandis@stonepigman.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Thomas Francis Gardner
gardner@bayoulaw.com

Gregory Varga
gvarga@rc.com

Wayne J. Lee
wlee@stonepigman.com

Neil Abramson
abramson@phelps.com

Joseph Vincent DiRosa Jr.
jvdirosa@cityofno.com

Penya Moses-Fields
pmfields@cityofno.com

Judy Barrasso
jbarrasso@barrassousdin.com

Lawrence Duplass
lduplass@duplass.com

Kevin Derham
kderham@duplass.com

Michael Courtney Keller
kellerm@ag.state.la.us

Belhia Martin
belhiamartin@bellsouth.net

James Bryan Mullaly
jamesmullaly1@hotmail.com

William Aaron
waaron@goinsaaron.com

Christopher Kent Tankersley
ctankersley@burglass.com

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

J. J. McKernan
jemckernan@mckernanlawfirm.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Tamara Kluger Jacobson
2609 Canal St., Fifth Floor
New Orleans, LA 70119

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

_____
Traci L. Colquette