

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: CASE NOS. 05-4181 "K" (2) & 06-0020 "K" (2)

## ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Traci L. Colquette, Esq. as counsel of record for defendant, the United States of America.

New Orleans, LA, this 21 day of April, 2006.

_____
United States District Judge

___ Fee_____
___ Process____
_X_ Dktd_____
_√_ CtRmDep__
___ Doc. No___