FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 4: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL | SECTION "K" (2)<br>CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

05-6327 "K" (2)    LeBlanc, et al v. Boh Bros. Construction Co., et al

---

## ANSWER BY BURK-KLEINPETER, INC. AND BURK-KLEINPETER, LLC TO COMPLAINT OF BETH LEBLANC, ET AL

---

Burk-Kleinpeter, Inc. ("BKI") and Burk-Kleinpeter, LLC ("BKLLC") make the following answer to the class action complaint filed in the captioned matter.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

## FIRST DEFENSE

Plaintiffs fail to state a right of action or a cause of action herein.

## SECOND DEFENSE

BKI pleads that any claim against it set out in the complaint is prescribed or perempted by various Louisiana statutes of prescription and peremption, including particularly La. R.S. 9:5607 and 9:2772.

## THIRD DEFENSE

Plaintiffs have failed to join a party or parties needed for adjudication under Federal Rule 19 of Civil Procedure.

## FOURTH DEFENSE

BKI is immune from liability in accordance with the Government Contractor Defense, in that in the material particulars, BKI's contract required BKI's work to be governed in the material particulars by stringent design specifications of the federal government, and BKI's work product complied with those specifications.

## FIFTH DEFENSE

To the extent BKI undertook any professional obligations with respect to any levee herein, it fulfilled those obligations in accordance with the standards of care of other engineers in this area, acting in similar circumstances.

## SIXTH DEFENSE

To the extent plaintiffs and those they purport to represent sustained any damages, those damages were due to the faults, acts or omissions of others, and not to the fault of BKI.

## SEVENTH DEFENSE

To the extent BKI might be found guilty of any negligence, the claims against it are barred or reduced by the comparative fault of other parties or entities for whom BKI is not responsible.

## EIGHTH DEFENSE

Plaintiffs' complaint represents an improper cumulation of action, and they have failed to adequately allege or establish the action should proceed as a class action; indeed, the affirmative allegations of the complaint show the improper cumulation of action.

## NINTH DEFENSE

In preparation of plans and specifications for London Avenue flood prevention structures under BKI's contract with the Orleans Levee District (OLD), BKI acted at the explicit direction of the OLD, to place itself under control, supervision and direction of the U.S. Army Corps of Engineers (Corps), and all of the key design decisions were made and directed by the Corps.

## TENTH DEFENSE

Now responding to the allegations of the Complaint, BKI and BKLLC aver:

(1) BKI and BKLLC are without knowledge or information sufficient to justify a belief as to the truth of the allegations of Paragraphs I, II, III, IV and V, except admit their own domiciles and capacities, as alleged in Paragraph III.

(2) BKI and BKLLC are without knowledge or information sufficient to justify the truth of allegations of fact of Paragraphs IV and V, except that Hurricane Katrina struck New Orleans on August 29, 2005; and that the city thereafter suffered extensive flooding.

(3) BKI and BKLLC are without knowledge or information sufficient to justify a belief as to the truth of the allegations of paragraph VII, except that BKI and BKLLC specifically deny the allegations of negligence attributed to them by Paragraph VII 2 a, and BKLLC denies that it had anything to do with the engineering of the London Avenue floodwall; and BKI admits only (a) that it had a contract with the Orleans Levee District to prepare plans and specification of the levees/floodwalls on the London Avenue Canal from Mirabeau north, and (b) that BKI did prepare plans and specifications for the improvements on the east side of that Canal; but (c) BKI denies it prepared the plans and specifications for the levees/floodwalls on the west side of the London Avenue Canal, and avers that GoTech Engineering, Inc. prepared the west side plans and specifications under subcontract with BKI.

(4)   BKI and BKLLC are without knowledge or information sufficient to justify a belief as to the truth of the allegations of VIII and IX.

**WHEREFORE**, Burk-Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C. pray:

A.   For judgment in its favor, dismissing plaintiffs' complaint at their cost;

B.   For all costs of these proceedings;

C.   For all general and equitable relief.

_____
Charles F. Seemann, Jr. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Telefax: (504) 566-1212
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served by e-mail and U.S. Mail, postage prepared on this 25th day of April, 2006 to:

| First | Middle | Last | Suffix | Email | Type |
|---|---|---|---|---|---|
| William | | Aaron | | waaron@goinsaron.com | Notice |
| Neil | C. | Abramson | | abramson@phelps.com | Lead Atty |
| Thomas | P. | Anzelmo | | tanzelmo@mcsalaw.com | Lead Atty |
| Sarah | House | Barcellona | | sbarcellona@stonepigman.com | Lead Atty |
| Judy | Y, | Barrasso | | jbarrasso@barrassousdin.com | Lead Atty |
| Daniel | E. | Becnel | Jr. | dbecnel@becnellaw.com | Lead Atty |
| Robert | M. | Becnel | | robbecnel@aol.com | Lead Atty |
| Terrence | L. | Brennan | | tbrennan@dkslaw.com | Notice |
| David | Lyman | Browne | | dbrowne@brownelaw.com | Notice |
| Joseph | M. | Bruno | | jbruno@brunobrunolaw.com | Lead Atty |
| Traci | L. | Colquette | | traci.colquette@usdoj.gov | Lead Atty |
| Robert | G. | Creely | | rcreely@aol.com | Lead Atty |
| Thomas | W. | Darling | | tdarling@grhg.net | Notice |
| Erin | E. | Dearie | | dearie@bayoulaw.com | Notice |
| Kevin | R. | Derham | | kderham@duplass.com | Notice |
| Joseph | Vincent | DiRosa | Jr. | jvdirosa@cityofno.com | Lead Atty |
| James | R. | Dugan | II | jdugan@duganbrowne.com | Lead Atty |
| Lawrence | J. | Duplass | | lduplass@duplass.com | Lead Atty |
| Calvin | C. | Fayard | Jr. | calvinfayard@fayardlaw.com | Notice |
| Thomas | F. | Gardner | | gardner@bayoulaw.com | Lead Atty |
| Thomas | L. | Gaudry | Jr. | tgaudry@grhg.net | Lead Atty |
| Joseph | P. | Guichet | | jguichet@lawla.com | Notice |
| Robert | G. | Harvey | | rgharvey@bellsouth.net | Notice |
| Joseph | W. | Hecker | | US Mail | Notice |
| Ralph | S. | Hubbard | III | rhubbard@lawla.com | Lead Atty |
| Darlene | M. | Jacobs | | dollyno@aol.com | Lead Atty |
| Tamara | Kluger | Jacobson | | US Mail | Notice |
| Michael | C. | Keller | | kellerm@ag.state.la.us | Lead Atty |
| Hugh | P. | Lambert | | hlambert@lambertandnelson.com | Lead Atty |
| Mickey | P. | Landry | | mlandry@landryswarr.com | Notice |
| George | T. | Manning | | gtmanning@jonesday.com | Notice |
| Belhia | | Martin | | belhiamartin@bellsouth.net | Notice |
| Christopher | W. | Martin | | martin4@mdjwlaw.com | Notice |
| Julia | E. | McEvoy | | jmcevoy@jonesday.com | Notice |
| J. | J. (Jerry) | McKernan | | jmckernan@mckernanlawfirm.com | Lead Atty |
| Gerald | E. | Meunier | | dmartin@gainsben.com | Lead Atty |
| Penya | M. | Moses-Fields | | pmfields@cityofno.com | Notice |
| James | Bryan | Mullaly | | jamesmullaly1@hotmail.com | Notice |

| First | Middle | Last | Suffix | Email/Method | Role |
|---|---|---|---|---|---|
| Betty | F. | Mullin | | bettym@spsr-law.com | Notice |
| Ashton | R. | O'Dwyer | Jr. | arod@odwyerlaw.com | Lead Atty |
| James | L. | Pate | | jpate@LN-LAW.com | Notice |
| Ronnie | G. | Penton | | rgp@rgplaw.com | Lead Atty |
| Douglas | R. | Plymale | | doug@duganbrowne.com | Lead Atty |
| Michael | R.C. | Riess | | mriess@kingsmillriess.com | Lead Atty |
| George | R. | Simno | III | gsimno@swbno.org | Lead Atty |
| David | R. | Simonton | | dsimonton@sonneschein.com | Notice |
| Randall | A. | Smith | | rasmith3@bellsouth.net | Lead Atty |
| Robin | D. | Smith | | robin.doyle.smith@usdoj.gov | Lead Atty |
| Victor | E. | Stilwell | Jr. | ves@dkslaw.com | Lead Atty |
| Christopher | K. | Tankersley | | ctankersley@burglass.com | Lead Atty |
| Vernon | P. | Thomas | | US Mail | Notice |
| Sidney | D. | Torres | III | storres@torres-law.com | Notice |
| William | D. | Treeby | | wtreeby@stonepigman.com | Lead Atty |
| Richard | John | Tyler | | rtyler@joneswalker.com | Lead Atty |
| Richard | J. | Tyler | | rtyler@joneswalker.com | Lead Atty |
| Gregory | P. | Varga | | gvarga@rc.com | Notice |
| Lawrence | D. | Wiedemann | | US Mail | Lead Atty |
| Deborah | Louise | Wilson | | US Mail | Notice |
| Jesse | Lee | Wimberly | III | wimberly@nternet.com | Notice |

_____

CHARLES F. SEEMANN, JR.

#167944v1<DKS> -answer-LeBlanc