# EXHIBIT 2



W & P Subcommittee Meeting
USP Headquarters
February 1, 1996
Highlights

Attendees:

W & P Subcommittee Members

James C. Boylan, Ph.D. Chairman
Henry L. Avallone
Joseph F. Gallelli, Ph.D.
John W. Levchuk, Ph.D.
Marie Linda Workman, Ph.D.
Herbert Carlin, D.Sc., Chairman NC

USP Staff

Frank Barletta
Charles Barnstein, Ph.D.
Roger Dabbah, Ph.D.
L. T. Grady, Ph.D.
Ilze Mohseni

1.   Introductory Remarks

The Chairman called the meeting to order at 8:30 am and made several announcements about the plan for the day.  He asked if there were any suggested changes in the record of the July 13, 1995 meeting.  There were none.

2.   Water Monograph Revisions and New General Chapters

Dr. Boylan reviewed the history of the project and then briefed the attendees on the status as follows:

• Conductivity - There was some controversy because of our efforts to harmonize with the EP.  In the US, water is disinfected with chlorine while in Europe, nitrates are used.  This make's a difference in the conductivity test results.  In the current proposal PhRMA has attempted to merge both into a manageable method.  There is a reasonable chance that the USP method will harmonize with the EP over the next 2 years.

TOC

The system suitability material, octoxynol-9 was found to have problems and 1-4 benzoquinone is now being proposed.  A great deal of laboratory work was performed by PhRMA to determine an acceptable system suitability standard that can be used with most equipment.  At the recent Open Conference (Sanibel) a representative from a Canadian firm requested that the current *Oxidizable Substances Test* remain as an option because TOC could involve a large equipment expenditure (about $25,000).  This test is subjective and technically flawed therefore this request needs to be further investigated.

- 2 -

A committee member mentioned that carbon tubing is being used in the production of static free water and suggested that it could interfere with TOC. There was discussion but no decision.

### pH

PhRMA proposes that the pH requirement be deleted because it is included in the *Conductivity test* i.e. conductivity is a function of pH. There was much discussion concerning this proposal. The main point made was that pH is a good indicator for "bad" water. It is the first change identifiable when water becomes contaminated, and as such retaining it should be considered. The subcommittee decided to retain the pH requirement.

### Monographs

The method of preparation of WFI is still unresolved. PhRMA proposed to allow any method, provided a validated process is established. The Subcommittee is hesitant to accept this since there might be small companies that use this liberal definition as an excuse to choose an unacceptable process. This also ignores the problem with pesticides which are not removed by all water processing methods. The source water as defined as meeting EPA standards is another problem which was brought to USP attention. The Europeans and others would like to have USP use more general language e.g. public water fit for human consumption or potable water. A point was made that companies often use well water which does not have to meet EPA standards e.g. Puerto Rico.

### Summary

At this time, the Subcommittee is waiting for public comments on the proposals published in the Jan.-Feb. 1996 *PF*. The members should recognize that, although PhRMA collaborated with USP, it does not represent all pharmaceutical manufacturers. After the members are satisfied that sufficient comment time has elapsed, a vote will be made. (Probably during the summer). This represents a major change in water monographs and it is vital that we be assured that we have touched all bases before they become official in the USP.

3.  ### <7887> Particulate Matter in Injections

Dr. Boylan stated that for all intents and purposes the revision has been completed. There is still some clean-up work to be done but nothing substantive. A contract is about to be let to Baxter to develop a videotape and CD ROM which will describe the <788> procedures. It will be compatible with the electronic USP. The attendees thought it would be a good bridge between PDA (training courses) and USP. It was suggested that Mike Groves and Terry Munson be involved in its review [Action Needed]. The subcommittee also required to review the video before it is released.

- 3 -

4.   <789> Particulate Matter in Ophthalmics

     The development of this chapter was assigned to this subcommittee because another subcommittee could not bring it to closure. FDA has reported some significant particle contamination in ophthalmic solutions recently and has encouraged USP to proceed on this topic.

     There was discussion regarding the inclusion of eye irrigations, flushes and contact lens solutions but no decision was made. It was agreed, however, that limits are needed because ophthalmic solutions are usually packaged in opaque or white plastic bottles and the consumer can not view the contents. After some discussion, it was decided that the general chapter proposal that was published in *PF 16*(1), Jan-Feb 1990 needs to be reworked so as to include the limits currently recommended by FDA and an updating of the method as necessary. The package must be sent to the Subcommittee for a vote. A pre-publication letter should be sent to PhRMA and interested companies providing them with notice. [Action Needed].

5.   Isolators & Barrier Technology

     The use of barrier technology in industry is a "hot" issue and PDA is deeply involved in it. The Microbiology Subcommittee is also working on this area and considered it at the recent Open Conference. The W & P Subcommittee is however, interested in the application of isolators in pharmacy practice i.e., home health care pharmacies, and hospital pharmacies. Dr. Gallelli briefed the attendees on the genesis of his interest in isolators and described his efforts to get the subject before the pharmacy profession. He has co-authored a paper which was submitted for publication as a Stimuli Article in *PF*, which is meant to elicit interest in developing use guidelines for isolators.

     The subsequent discussion focused on the need to coordinate W & P Subcommittee work with the Microbiology Subcommittee and PDA. Dr. Grady stated that we are obligated to move forward on it because we are responsible to the public and not the industry or government. He also said that the Subcommittee should develop a stand alone chapter on isolator use in pharmacy practice, even if it is an adaptation of the UK standards. His suggestion was to send a editors copy of Dr. Gallellli's Stimuli Article to ASHP, APHA and PDA with a letter stating that the USP is moving in this direction and solicit their comments [Action Needed]. Dr. Grady stated that every effort will be made to get the article in the Mar.-April *PF* and also Dr. Dabbah should include a piece in his PDA column [Action Needed].

6.   <1206> Sterile Drug Products for Home Use

     Dr. Levchuk informed the group that the revision proposal was published in the Nov.-Dec. 1995 *PF* and only one letter of comment was received to date. ASHP recommended 2

- 4 -

small changes which he described. Dr. Levchuk once again indicated his concern with the lack of promotional efforts to get <1206> known to the professions. He feels that reprints should be distributed at all meetings in which USP exhibits. He suggested that NABP could publish it in their newsletter, (prepared for the state boards of pharmacy) and it should be included in the USP newsletter that goes to the boards of pharmacy (D. Cousins) [Action Needed].

It was noted that a Stimuli Article on this subject matter is currently being written by Dr. Laura Thomas (UT) and when published reprints can be distributed widely. She promised completion this month.

The curriculum resources project was discussed at length and Nancy Carothers, the USP liaison with the University of Tennessee (contractor) was asked to provide a progress report. Dr. Levchuk reminded the group that the project originally began as an effort to develop a training video on <1206> and it has been expanded into a sterile products preparation course. The Subcommittee was concerned about the inordinate amount of time it has taken to complete this project. "It seems like we have lost sight of its purpose and we need to focus back on the original objective." It was suggested that the contractor be advised in writing of the Subcommittee's concern and to ask for a progress report with delivery dates. [Action needed]

There followed an active discussion on the re-establishment of the Advisory Panel on Home Health Care. At the previous meeting Dr. Levchuk was asked to write a new charge and provide a proposed membership. He did do so and when it was submitted to Mr. Halperin, the new name, the membership and the need for the Advisory Panel was questioned. There was also concern on the part of some Subcommittee members as to the need for continuing the panel "since <1206> has been completed". Some, however, felt that since Home Health Care is a growing industry there should be a continued link with it through a group of specialist advisors. The Chairman asked Drs. Gallelli and Levchuk to "write something more specific because the current proposal includes too many people and their mission is not clear." [Action needed]

7.   Aluminum in Parenterals

The Subcommittee was advised that <206> Aluminum was published in the Nov.-Dec. 1995 *PF* which establishes limits in drug substances intended for use in hemodialysis. This was prepared by the Chemistry 1 and General Chapter Subcommittees. Dr. Boylan would like to be briefed on this project and asked that a meeting be arranged with the appropriate parties in the near future. The W & P Subcommittee has been concerned about Aluminum content in parenteral used to treat neonates, uremic patients and burn patients and communications among the Subcommittees should be established in areas of mutual interest. [Action Needed].

- 5 -

8.  Label Simplification and Improvement of Injections

Dr. Carlin briefed the attendees on the history of this project dating back to the State of Washington's interest in drug labeling and the subsequent PhRMA involvement. The goal is to remove unnecessary information from the label of injections so as to minimize dispensing and administration errors. The Advisory Panel on Simplification and Improvement of Injection Labeling, consisting of FDA and USP representatives, published their report as a "Stimuli Article". It took over one year for the FDA, HIMA, and ASHP to respond. Dr. Carlin stated that he believes we should now proceed to implement changes that are within the purview of the USP. He proposed the following plan of action:

a)  He will distill the comments from the letters received and present them in one document. [Action needed]

b)  Each change proposed must be evaluated to determine if it requires a law change, a CFR change or a USP monograph change. This needs to be done by the USP legal office. [Action needed]

c)  The Subcommittee needs to include the appropriate changes in <1> Injections under Labels and Labeling. There may be monograph exceptions and this must be so stated in the chapter.

There was much discussion on the comments described by Dr. Carlin. Two points were of particular importance. The Subcommittee believes that this issue must to be discussed at the FDA Commissioners Office level (not CDER). Any changes proposed for <1> must be directed to the Commissioner with a copy to Compendial Operations. Also, the Subcommittee believes that the same label change should apply to both multi dose and single use injections i.e. a multi dose vial label would include total volume as added information.

The Subcommittee agreed that this was an important task and considered the climate right for change.

9.  <1> Injections - Overfill

There follows a description of the problems and resolutions.

a)  Solutions Overfill

There is much confusion about the Table on Page 1652 "Recommended Excess Volume". It is "recommended" but it is included in a mandatory general chapter, which leads to different interpretations. The Subcommittee voted to delete the table and revise the first paragraph to state "with sufficient excess". Alternatively, the table could be

- 6 -

included in <1151> Pharmaceutical Dosage Forms if the PSD Subcommittee chooses to do so. (an informational chapter)

The Subcommittee believes that with the advent of new technology we should go to more user friendly standards. This means, however, that the manufacturer will need to have data to prove stability etc.

b) Content uniformity of Suspensions in Multi dose Vials

There is no content uniformity testing requirement in USP for sterile suspensions e.g. Sterile Ampicillin Suspension, Sterile Cortisone Acetate Suspension, etc. The appropriate Subcommittee needs to be advised and W & P needs to know why this is not so. [Action needed]

c) Content Uniformity of Solutions

d) Content Uniformity of Reconstituted Powders

e) Multiple dose vs. single dose

The last three issues were not discussed, however, the Chairman stated that they would be addressed at the next meeting. Also, the last agenda item <381> Elastomeric Closures was not discussed.

The Chairman stated that the next meeting would be held during the summer. He thanked the members for their participation and adjourned the meeting at about 3:00 pm.

FPB

Approved:   _____           _____
            James C. Boylan, Ph.D.                    Date
            Chairman