# EXHIBIT 3



DEPARTMENT OF HEALTH & HUMAN SERVICES

S/F
Public Health Service

Food and Drug Administration
Rockville MD 20857

NOV 7 1997

Joseph G. Valentino, J.D.
Senior Vice President and General Counsel
The United States Pharmacopeial
Convention, Inc.
12601 Twinbrook Parkway
Rockville, MD 20852

REF: 10-97-014-M

Dear Dr. Valentino:

This letter is in regard to the *Volume in Container* subsection of the *Packaging* section of General Chapter <1> Injections and the *Injections* section of the Chapter <1151> Pharmaceutical Dosage Forms which appear on pages 3952 and 4067 of the Seventh Supplement to *USP 23*.

We note that the initial proposal to relocate the *Volume in Container* subsection [Pharmacopeial Forum, Vol. 22, No. 4] was based on the concept that the Recommended Excess Volume was not mandatory and should not appear in <1> Injections, a legally enforceable chapter. We understand and do not object to this concept. However, the current wording which requires that the container be filled with "sufficient excess" does not convey the sense of an upper limit on the excess volume. We have reviewed applications which have proposed adding excess volumes well above (up to 22%) those which appear in the Recommended Excess Volume table and have concerns about the clinical impact of the overage. In the past, we have been able to restrict the excess amount added to a "slight" excess based upon the requirement in *USP 23* <1> Injections, page 1652.

After careful considerations of the safety issues as well as your desire to relocate the non-mandatory table to an informational chapter, we believe the text which appears in *Volume in Container* in the Seventh Supplement to *USP 23* <1> should be revised to read:

> Each container of an Injection is filled with a volume in slight excess of the labeled "size" or that volume which is to be withdrawn. The excess volumes recommended in the table found in *Injections* under <1151> *Pharmaceutical Dosage Forms* are usually sufficient to permit withdrawal and administration of the labeled volumes.

FDACDER 00006

Page 2 - REF: 10-97-014-M

Failure to incorporate the revised change will impede our ability to restrict the amount of excess volume added and might subject the patient to an unacceptable and unsafe dose of the active ingredient.

We also request that the subsection heading *"Volume in Container"* appear in the same size print and location as the other subsection headings: *"Containers for Injections"* and *"Containers for Sterile Solids."* As it currently appears, the requirement for an excess volume in the container pertains only to *"Containers for Sterile Solids."*

We hope these comments will be helpful to the Water and Parenterals Subcommittee. The Compendial Operations Staff contact for this issue is Yana Mille. Please use the reference number provided above on any ensuing correspondence.

Sincerely,

*Yana Ruth Mille*

Yana Ruth Mille
Chief
Compendial Operations Staff, HFD-354
Office of Pharmaceutical Science
Center for Drug Evaluation & Research

cc: Lee T. Grady, Ph.D., USP

FDACDER 00007

cc:
HFD-354 S/F
HFD-354 C/F
HFD-354 Mille
HFD-620 Patel
HFD-640 Holcombe
HFD-800 Sheinin
HFD-810 Hoiberg
HFD-820 Gibbs
HFD-830 Chen
YMILLE:ym:10/27/97
o:\sandra\wpfiles\1097014M.USP

**FILE COPY**

| OFFICE | SURNAME | DATE | OFFICE | SURNAME | DATE |
|---|---|---|---|---|---|
| HFD-354 | Mille | 4/6/97 | | | |
| | | | | | |
| | | | | | |

FDACDER 00008