# EXHIBIT 4

The United States
Pharmacopeial Convention, Inc.

JAN 21 1998

January 15, 1998

Yana Ruth Mille
Chief
Compendial Operations Staff
HFD-354
Food and Drug Administration
Woodmont Bldg., Room 3078
1461 Rockville Pike
Rockville, MD 20852

Dear Ms. Mille:

This is in reply to your letter of November 7, 1997 (Ref: 10-97-014-M) concerning the Volume in Container sections in <1> Injection and <1151> Pharmaceutical Dosage Forms.

First let me provide a bit of history. At the Water and Parenteral Subcommittee meeting on February 1, 1996 the "overfill" section was discussed at length. The meeting highlights indicate the following:

"There is much confusion about the table on page 1652, *Recommended Excess Volume*. It is recommended but it is included in a mandatory chapter, which leads to different interpretations. The Subcommittee voted to delete the table and revise the first paragraph to state "with sufficient excess." Alternatively, the table could be included in <1151> Pharmaceutical Dosage Forms if the PSD Subcommittee chooses to do so. (an informational chapter). The Subcommittee believes that with the advent of new technology we should go to more user friendly standards. This means, however, that the manufacturer will need to have data to prove stability etc."

As you can see, the PSD Subcommittee did indeed add the table to <1115> and the language in <1> was subsequently changed.

The United States
Pharmacopeial Convention, Inc.

-2-

    The W&P Subcommittee reviewed your recent letter at its January 8, 1998 meeting and after some discussion decided that the current language in <1> provides the necessary compendial clarity and no change is warranted. It was noted in your letter that "safety issues" were considered in developing your recommendation. The Subcommittee would like the details on these safety issues and upon receipt of this information, your request can be reconsidered.

Sincerely,

Francis P. Barletta, R.Ph., M.S.
Division of Standards Development

FPB:clm

cc:  Dr. James Boylan, Chairman W&P SC
     Dr. Joseph Valentino, Senior Vice President and General Counsel

DSD FAX (301) 816-8373

FDACDER 000010