# EXHIBIT 6



U.S. Pharmacopeia
The Standard of Quality™



RECEIVED
FEB 24 1999

February 22, 1999

Yana Ruth Mille
Chief, Compendial Operations Staff
Office of Pharmaceutical Sciences
Food and Drug Administrative (HFD-354)
7520 Standish Place, Room 130
Rockville, MD 20855

Dear Ms. Mille:

Your letter of November 7, 1997 regarding *Volume in Container, <1> Injections* (10-97-014-M) was considered at the recent meeting of the W&P Subcommittee.

The establishment of an upper limit for an "overfill" has been the subject of much USP discussion in the past. It has been recognized that in some of the more sophisticated administrative systems, the medication container contents including the overfill may be flushed, sucked or dissolved completely into the fluid in the I.V. container, thereby providing a dose in excess of that indicated on the label. The Subcommittee, however, felt that, in general, there are few drugs with a low therapeutic index and this potential dosage increase would not be problematic. The Subcommittee recognizes that the Compendia are used by regulatory agencies for compliance purposes and so it is reconsidering its previous position.

The Subcommittee does not agree with the use of the words "slight excess" in describing the overfill. This language does not adequately define the need and would become a standard requiring individual interpretations. The Subcommittee considered establishing a limit of 110% of the labeled volume for single administration containers of 30ml or less. This limit seemed reasonable to the Subcommittee; we would be interested in knowing FDA's position. The Subcommittee decided to publish a Stimuli Article in the next available PF, which would cover both excess volume and uniformity of liquid dosage form issues. We look forward to your comments after publication. Also, the Subcommittee noted your comment on the size print and location of the subsection titled and it has been referred to the editors for corrective action. This editorial change will be made in *USP 24*.

12601 Twinbrook Parkway
Rockville, MD 20852

301-881-0666
www.usp.org

FDACDER 000012

Yana Ruth Mille
February 22, 1999
Page 2

    I regret the delay in addressing your letter. It was included on a previous meeting agenda but was not discussed, because of more pressing issues. We recognize the importance of this matter and rest assured, we will move on it as expeditiously as possible.

Sincerely,

Joseph G. Valentino, J.D.
Sr. Vice President and General Counsel

JGV:FPB:cc

cc:    Dr. L. T. Grady
       Dr. James Boylan, Chairman W&P Subcommittee