# EXHIBIT 7



4th Draft
3/8/99

Excess Volume—Dose Uniformity of Liquid Dosage Forms

Water and Parenterals (W&P) Subcommittee

1. Excess Volume

A table of recommended excess volumes for injections was first included under *Injections*

in *USP XIV* (1950). Numbered general chapters were established in *USP XX* (1980) and this

table was incorporated into chapter <1> *Injections*. General chapters numbered <1> to <999>

contain requirements, whereas chapters numbered <1000> to <1999> are informational only.

Thus, USP has had <u>recommended</u> excess injection volumes in a <u>mandatory</u> chapter, which has

created constant problems in interpretation by both industry and regulatory agencies. The USP

Water and Parenterals Subcommittee, therefore, decided to delete the table from <1> *Injections*

and relocate it in <1151> *Pharmaceutical Dosage Forms* (see the Sixth and Seventh

Supplements). General Chapter <1> now provides the following: "Each container of an

Injection is filled with sufficient excess of the labeled size or that volume which is to be

withdrawn. See *Injections* under *Pharmaceutical Dosage Forms* <1151>." Correspondents have

advised the Subcommittee that "sufficient excess" does not convey the sense of an upper limit on

the excess volume and concerns have been expressed about the clinical impact of an excessive

overfill in unit dose products. A recommendation has been made to provide language to

establish an upper overfill limit.

The Subcommittee has in the past discussed the matter of overfill as it relates to the use of

the more advanced intravenous (I.V.) administration systems. In some cases the entire container

contents, including the overfill, may be delivered into the I.V. container from which the

2

medication or nutrient will be administered, thereby providing a dose in excess of that indicated on the label. The Subcommittee, however, felt that there are few injection articles with so low a therapeutic index that this potential dosage increase would not be clinically significant. In clinical practice, the dose of most intravenous drugs is adjusted based upon response, therefore, the vial (container) content is not normally critical (June 11, 1996 meeting discussion). One must recognize, however, that the USP is the official compendium used by regulatory agencies for compliance purposes, and specific standards may be necessary for the public good. The Subcommittee considered establishing a limit of 110% of the labeled volume for single administration containers of 30 mL or less; however, it was decided that further information was necessary before proposing a "cap" percent limit. Volume overfill can exceed 20% in some containers of articles, including 5% dextrose in water and 0.9% sodium chloride injections, which are commonly used to prepare I.V. admixtures of potent drugs (1). The sequential results of such less than labeled drug concentrations are erroneously low dosage rate, and incorrect calculation of pharmacokinetic parameters, including total body clearance and elimination half-life. Rarely, it may be necessary to aseptically determine and adjust the true fill volume in some injections used as drug diluents, i.e., when it is clinically necessary to know the exact drug dosage rate and total volume to administer a dose. Another option is to adopt the language proposed by the European Pharmacopoeia as follows: "The single dose container does not hold a quantity relative to the nominal volume that would present a risk should the whole contents be administered."(2)

1.  Anderson DA and Marquardt ED. Commercial IV Fluid Overfill Effects on Continuous-Infusion Drug Administration and Assessment. *Drug Intell Clin Pharm.* 1983; *17* (Nov):847-8 (Letter).
2.  EP Committee Document PA/PH/Exp. 12T(97)4 15, IR June 1997 (not published).

3

2.  Test for Extractable Mass or Volume in Unit Dose Containers

The European Pharmacopoeia (2) has proposed the following test for liquid and semi-solid preparations supplied in containers intended for use on one occasion (unit dose).  Public comment will assist the Subcommittee in its harmonization efforts.

*Liquid preparations (solutions):*
Select one container and empty as completely as possible its contents and determine the mass or volume of the contents as appropriate.  The mass or volume is not less than the nominal mass or volume.

*Liquid preparations (emulsion and suspensions):*
Select one container.  After shaking, empty as completely as possible its contents and determine the content of active substance using an appropriate method of analysis.  The content of the active substance is not less than 90 per cent of the nominal content of the container.

*Semi-solid preparations:*
Empty as completely as possible the content of the container.  The mass of the content is not less than the nominal content of the container.

3.  Dose Uniformity of Liquid Dosage Forms

There continues to be discussion regarding the dose uniformity requirements for products that are delivered to the patient as a liquid dosage form.  This pertains to oral powders and sterile powders for which reconstitution is required, for sterile liquids that are packaged in a unit dose system, such as an ampul, syringe and unit dose vial, and fluid (solution and suspension) oral products that are manufactured and administered as a unit dose.

4

The USP has attempted to provide some clarification, and has established a dose uniformity requirement for sterile powders, as well as a fill volume requirement for Injections.  There are, however, only a few monograph requirements, e.g., Ampicillin for Oral Suspension, and minimal, if any, regulatory specifications containing the requirement for fill volume for a unit dose oral liquid or suspension product.

Historically, the USP has recognized the need to establish the uniformity of dosage units and has considered the variability and limitations of manufacturing processes for some products.  Examples include the different weight variation (dose uniformity) requirements for capsules as compared to tablets, and for select products such as Nitroglycerin tablets and Bishydroxycoumarin tablets.

The requirements for dose uniformity of oral liquid products, for sterile parenteral solutions and even for non-sterile and sterile powders for reconstitution have been addressed during regulatory inspections.  Such issues have been identified during the validation of filling processes for both the liquid filling of unit dose products and the powder filling of unit dose products that require reconstitution prior to dispensing.  Therefore, it may be that some uniform direction is necessary to clarify requirements.

- Sterile Solutions and Suspensions

Sterile solutions and suspensions monographs include the provision that these products must comply with the requirements for Injections (if the dosage form is an injection).  The USP chapter <1> *Injections* provides for minimum fill volume.  Does this apply to every unit in a

5

batch, or to a discrete number of units tested or to in-process testing conducted during manufacturing (filling)?

At the time of filling it is a current good manufacturing practice for manufacturers to control fill volume and/or weights throughout the process. However, there is no USP requirement for the amount of drug actually dispensed and/or injected into the patient.

While it would be easy to utilize the oral solid dose uniformity criteria as a compendial limit, one must consider the absolute bioavailability of products administered via the intravenous route. The content uniformity limits for oral tablets permit one in 30 to contain as little as 76% of labeled drug content. However, intravenous bioavailability is 100% by definition, and intramuscular and subcutaneous bioavailability are generally not as variable as oral. Therefore, more restrictive lower and upper limits of content uniformity seem appropriate for injections.

It is recognized that if the USP does establish dose uniformity specifications for unit dose liquid and suspension products, it may create some increased level of testing. There are some in industry who believe that every test filed in new drug application or according to USP standards has to be performed on every batch. The USP provides clarification and direction on this issue and states under *Procedure* in the *General Notices* that it is not a requirement for a manufacturer to perform every test on every batch in its specification, but it is a requirement that every article comply with the compendial specifications.

- Unit Dose Powders for Reconstruction

Powders for reconstitution, including orally administered unit powders for reconstitution, sterile lyophilized powders and particularly the sterile unit dose powders present the greatest challenge. The classification of these, whether they are unit dose or not, can be confusing. For example, a 500 mg vial of Ampicillin Sodium for Injection can be reconstituted and drawn into 4 syringes of 125 mg/dose or reconstituted and administered as a single 500 mg dose. One might conclude that the vial, and every vial tested, comply with the 90-115% label claim requirements.

The USP has attempted to clarify dose uniformity requirements for sterile powders. However, since the use of the vials can vary, dose uniformity and assay requirements conflict.

Consideration should be given to the fact that the filling of powders into unit dose containers is more variable than the filling of liquids into unit dose containers. Additional considerations include the overages that are necessary to assure the stability of these dosage forms and even the overage necessary to withdraw or deliver the contents of the container to the patient. Also, one must recognize that the test procedures for sterile powders vary among products. In some cases the monographs provide for performing the assay on a composite sample while in others it provides for reconstitution of only one container.

Questions for Consideration:

- Dosage uniformity requirements exist for solid dosage forms. Should there be dose uniformity requirements for liquids and fluids, i.e., solution or suspension dosage forms?

- Should there be an upper percent limit for injection overfill?

7

*Test A2*

- Should there be a liquid and semi-solid preparations supplied in containers intended for use on one occasion?

    We urge interested parties to submit comments and suggestions regarding these issues.

Please submit your comments to:

Frank Barletta
Division of Standards Development
United States Pharmacopeia
12601 Twinbrook Parkway
Rockville, MD  20852
Fax: 301-826-8373