# EXHIBIT 8



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the General Counsel

Office of the Chief Counsel
Food and Drug Administration
5600 Fishers Lane, GCF-1
Rockville, MD 20857

March 2, 2010

VIA ELECTRONIC MAIL

Mr. Douglas E. Whitney, Esq.
McDermott Will & Emery LLP
227 West Monroe Street, Ste. 4400
Chicago, Illinois 60606-5096

    Re:    Subpoena issued in *United States ex rel. Kassie Westmoreland v. Amgen, et al.*, Civil Action No. 06-10972-WGY (pending in the United States District Court for the District of Massachusetts)

Dear Mr. Whitney:

    Pursuant to our conference call on February 16, 2010, and as a supplement to the documents and information provided by FDA on January 26, 2010, this letter provides additional information and documents that you asked FDA to search for in response to the referenced subpoena:

    First, in response to your request for blinded overfill information, we have obtained overfill data for the 15 approved products listed on FDACDER 0001. As Mr. Philips and I mentioned to you during our previous discussions, the overfill information that you seek is not maintained as segregable data on agency databases. Accordingly, determining overfill data for the 15 approved applications at issue required a significant effort by numerous scientific reviewers and supervisors in two divisions within CDER's Office of Biotechnology Products. Personnel involved in obtaining the information spent numerous hours locating and reviewing applicable product-specific files. In order to protect the identity of the products involved, the overfill information for each product is being provided as a percentage value. We are also listing the information in an order that does not correspond to the order that products are listed on FDACDER 00001. Furthermore, please note that there are more than 15 listings below because some of the products were approved for multiple container sizes.

| Product | % Overfill |
|---------|------------|
| 1 | 0 |
| 2 | 0 |
| 3 | 4.8% |
| 4 | 4-9% |
| 5 | 5% |
| 6 | 5.7% |
| 7 | 6% |

| | |
|---|---|
| 8 | 10% |
| 9 | 20% |
| 10 | 20% |
| 11 | 1.75 |
| 12 | 7.5% |
| 13 | 4% |
| 14 | 4% |
| 15 | 1.94% |
| 16 | 2.5% |
| 17 | 3.8% |
| 18 | 6%-20%, |
| 19 | 13%-40% |
| 20 | 15%-25% |
| 21 | 500%[1] |

Second, in response to your request for communications between FDA and the United States Pharmacopiea regarding overfill, we are providing documents stamped FDACDER00006-00019.

Third, in accordance with your request for non-manufacturer-specific FDA guidance regarding overfill, we are providing documents stamped FDACDER00020-00157

Fourth, we have not been able to identify any closed FDA civil or criminal enforcement cases since 2001 that concerned overfill.

Fifth, with respect to your request for documents pertaining to "pending" civil or criminal enforcement cases concerning overfill, we are unable to confirm or deny the existence of any such pending cases. For this category of documents, it is our understanding that you are seeking FDA criminal or civil cases that are being pursued on behalf of FDA, but have not been publically filed. If this is not what you expected us to search for, please let me know.

Sixth, other than the subpoenas recently served on FDA by Amgen and AmerisourceBergen in the subject case, we have been unable to locate any subpoenas served on FDA between January 1, 2001 and the present that concern Aranesp or overfill.

Seventh, we have confirmed that FDA has no non-publicly available document retention and preservation policies. Although FDA expects to have these policies available on-line in the future, they are not yet posted. For your convenience, I am providing FDA's current policies (FDAOIM 000001-000317).

---

[1] The overfill percentage for this product is due to unique characteristics of the product. The overfill is required to deliver the appropriate dose and it was justified by studies.

Mr. Douglas Whitney, Esq.
March 2, 2010
Page 3

    We look forward to discussing this matter further during our next conference call on Wednesday, March 3, 2010 at 11:00.

                                      Sincerely,

                                      Michael Shane
                                      Associate Chief Counsel

cc:    John Henebery (DOJ/Civ Div) (via email)
        Renee Orleans (DOJ/Civ Div) (via email)
        Howard Philips (FDA/CDER DIDP) (via email)
        Ms. Holland Tahvonen (via email)
        Mr. Thomas Sullivan (via email)