# EXHIBIT 11

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

(202) 326-7900
FACSIMILE:
(202) 326-7999

February 19, 2010

*VIA E-MAIL*

Douglas Whitney, Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, IL 60606-5096

      Re:    *United States of America ex rel. Westmoreland, et al. v. Amgen, Inc., et al.*, Civil Action No. 06-10972 – WGY (D. Mass.)

Dear Doug:

     I write with respect to the issues that we discussed on our meet and confer call of February 17. In response to our discussion, we advise you that the Relator will be submitting amended responses to Amgen Inc.'s ("Amgen") Request for Production No. 30 and Requests for Admission Nos. 2 and 5. Relator's amended responses will be served next week.

     Amgen requested an itemization of the documents that Relator has produced relating to the issue of damages. The documents produced by Relator now are equally available to Amgen. Relator declines to itemize each and every document that relates to the issue, and we do not concede that Relator has any obligation to do so. Nonetheless, in the spirit of cooperation, we advise you that Relator has produced documents that relate to damages in the following non-exhaustive categories:

- Documents concerning the membership of INN;
- Documents concerning INN's administration fee;
- Documents concerning other fees charged to Amgen by INN;
- Documents concerning changes in purchasing trends for Aranesp and Procrit;
- Documents concerning analyses of the cost of Aranesp versus Procrit;
- Documents concerning marketing budgets;
- Documents concerning honoraria, speaking fees and entertainment; and

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.
Douglas E. Whitney
February 19, 2010
Page 2

- Documents concerning the profit to be made on Aranesp overfill.

Please contact me if you wish to discuss any of the foregoing.

                        Sincerely,

                        /s/ Silvija A. Strikis

cc: All counsel of record (via e-mail)