

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 3: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | : | CIVIL ACTION NO. 05-4182 |
| | : | |
| VERSUS | : | SECTION "K" (2) |
| | : | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| | : | |
| DAVID M. BROWN, SR., ET AL. | : | CIVIL ACTION NO. 05-6324 |
| | : | |
| VERSUS | : | SECTION "K" (2) |
| | : | |
| BOH BROS. CONSTRUCTION CO., ET AL. | : | |
| | : | |

---

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6 DISCLOSURE
STATEMENT ON BEHALF OF MODJESKI AND MASTERS, INC.**

---

**NOW INTO COURT**, through undersigned counsel, comes Modjeski and

Masters, Inc. ("Modjeski") for the sole purpose of complying with the compulsory

disclosures required by Federal in Rule 7.1 and Local Rule 5.6.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

**1.**

Modjeski is a corporate entity, and there is no parent corporation.

**2.**

No publicly traded company owns 10% or more of the stock of Modjeski.

_____

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John Wayne Martinez  (#28442)
                of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201

Attorneys for MODJESKI AND MASTERS, INC.,
Defendant

#166365v1<DKS> -BROWN Federal Rule 4-10-06

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Disclosure

has been served this _25th_ day of April, 2006, by telefax and e-mail, upon the

following counsel of record:


Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
Fax: (985) 536-6445
E-mail: dbecnel@becnellaw.com

Thomas P. Anzelmo
McCranie Sistrunk Anzelmo Hardy
Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
E-mail: tanzelmo@mcslaw.com

Michael R.C. Riess
Kingsmill Riess, LLC
201 St. Charles Ave.
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
E-mail: mriess@kingsmillriess.com

Ralph Shelton Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
E-mail: rhubbard@lawla.com

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70170
Fax: 569-2999
E-mail: hhoffmann@spsr-law.com

_____
                              Victor E. Stilwell, Jr.

#166365v1<DKS> -BROWN Federal Rule 4-10-06