

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25  PM 3:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | |
| JULIE T. TAUZIN, ET AL. | CIVIL ACTION NO. 06-0020 |
| VERSUS | SECTION "K" (2) |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE BOARD, ET AL. | |

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6 DISCLOSURE STATEMENT ON BEHALF OF MODJESKI AND MASTERS, INC.**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**NOW INTO COURT**, through undersigned counsel, comes Modjeski and Masters, Inc. ("Modjeski") for the sole purpose of complying with the compulsory disclosures required by Federal in Rule 7.1 and Local Rule 5.6.

**1.**

Modjeski is a corporate entity, and there is no parent corporation.

**2.**

No publicly traded company owns 10% or more of the stock of Modjeski.

*[signature]*
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Disclosure has been served this 25th day of April, 2006, by telefax and e-mail, upon the following counsel of record:


Randall A. Smith, Esq.
Smith & Fawer L.L.C.
201 St. Charles Avenue
Suite 3702
New Orleans, LA 70170
Fax: 522-2205
E-mail: rasmith@bellsouth.net

Thomas P. Anzelmo
McCranie Sistrunk Anzelmo Hardy
Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
E-mail: tanzelmo@mcslaw.com

Robin D. Smith
U.S. Department of Justice (Box 888)
Benjamin Franklin Station
PO Box 888
Washington DC 20044
Fax: 202-616-5200
E-mail: robin.doyle.smith@usdoj.gov

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70170
Fax: 569-2999
E-mail: hhoffmann@spsr-law.com

Michael R.C. Riess
Kingsmill Riess, LLC
201 St. Charles Ave.
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
E-mail: mriess@kingsmillriess.com

_____
Victor E. Stilwell, Jr.

#166350v1<DKS> -TAUZIN Federal Rule 4-10-06