

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, WIFE OF/AND JACKIE BERTHELOT, HEBER DUNAWAY, ERIC ANDERSON & AMY JANUSA WIFE OF/AND MICHAEL JANUSA<br><br>VERSUS<br><br>BOH BROTHERS CONSTRUCTION CO., ET AL. | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2)<br><br>CONS. KATRINA CANAL |

---

### FEDERAL RULE 7.1 AND LOCAL RULE 5.6 DISCLOSURE STATEMENT ON BEHALF OF MODJESKI AND MASTERS, INC.

---

**NOW INTO COURT**, through undersigned counsel, comes Modjeski and Masters, Inc. ("Modjeski") for the sole purpose of complying with the compulsory disclosures required by Federal in Rule 7.1 and Local Rule 5.6.

1.

Modjeski is a corporate entity, and there is no parent corporation.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

**2.**

No publicly traded company owns 10% or more of the stock of Modjeski.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
   of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Disclosure has been served this _24th_ day of April, 2006, by telefax and e-mail, upon the following counsel of record:

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, LA 70084
Fax: (985) 536-6445
E-mail: dbecnel@becnellaw.com

Michael R.C. Riess
Kingsmill Riess, LLC
201 St. Charles Ave.
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
E-mail: mriess@kingsmillriess.com

Richard John Tyler
Jones, Walker, Waechter,
Poitevent, Carrere & Denegre
Place St. Charles
201 St. Charles Ave.
50th Floor
New Orleans, LA 70170-5100
Fax: 582-8010
E-mail: rtyler@joneswalker.com

Thomas Livingston Gaudry, Jr.
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue
P.O. Box 1910
Suite 500
Gretna, LA 70054-1910
Fax: 362-5938
E-mail: tgaudry@grhg.net

Wayne J. Lee
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, LA 70130-3588
Fax: 581-3361
E-mail: wlee@stonepigman.com

Ralph Shelton Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
E-mail: rhubbard@lawla.com

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70170
Fax: 569-2999
E-mail: hhoffmann@spsr-law.com

Christopher Kent Tankersley
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Fax: 836-2221
E-mail: ctankersley@burglass.com

Thomas P. Anzelmo
McCranie Sistrunk Anzelmo Hardy
Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
E-mail: tanzelmo@mcslaw.com

_____
Victor E. Stilwell, Jr.

#166317v1<DKS> -Berthelot Federal Rule 4-10-06