

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | : |
| MARY BETH FINNEY, WIFE OF/AND KEVIN PATRICK FINNEY, ET AL. | : CIVIL ACTION NO. 06-0886 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | : |

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6 DISCLOSURE STATEMENT ON BEHALF OF MODJESKI AND MASTERS, INC.**

**NOW INTO COURT**, through undersigned counsel, comes Modjeski and Masters, Inc. ("Modjeski") for the sole purpose of complying with the compulsory disclosures required by Federal in Rule 7.1 and Local Rule 5.6.



**1.**

Modjeski is a corporate entity, and there is no parent corporation.

**2.**

No publicly traded company owns 10% or more of the stock of Modjeski.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Disclosure has been served this 24th day of April, 2006, by e-mail and fax on the following counsel of record:

Robert M. Becnel
Law Offices of Robert M. Becnel
425 W. Airline Highway, Suite B
Laplace, LA 70068
Fax: (985) 651-6104
Email: robbecnel@aol.com

Thomas P. Anzelmo
McCranie Sistrunk Anzelmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

_____
Victor E. Stilwell, Jr.

#184084v1<DKS> -Finney Rule 7.1 4-24-06