MINUTE ENTRY
DUVAL, J.
APRIL 19, 2006

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
05-4182
05-4181
05-4568
05-5237
05-6073
05-6314
05-6323
05-6324
05-6327
06-20
06-151
06-152
06-153
06-169
06-225
06-886

### ORAL ARGUMENT

AMENDED MOTION for Consolidation and Transfer of Venue by Washington Group International, Inc., doc #54. (Reference: 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-886)

MOTION to Disqualify District Judge by Board of Commissioners for the Orleans Levee District, doc #61 (Reference: 05-4182, 05-4181, 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 06-20, 06-151, 06-152, 06-153, 06-169, 06-225, 06-886)

MOTION to Recuse Judge Stanwood R. Duval, Jr. pursuant to 28:455(A) by Washington Group International, Inc., doc #63 (Reference: 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-20, 06-886)

COURTROOM DEPUTY:  SHEENA DEMAS
COURT RECORDER; CINDY USNER

APPEARANCES:
Thomas Anzelmo, Sarah Barcellona, Susan Rogge, Robert Becnel, Nora Bilbro, Joseph Bruno,  Charles Colvin, Calvin Fayard, Jr., Marston Fowler, April Roberts, Darleen Jacobs, Kyle Kirsch, Hugh Lambert,  Wade Langlois, III, Ben Mayeaux, Gerald Meunier, Betty Mullin, Ashton O'Dwyer, Jr., Victor Papi, Jr., Charles Seemann, Jr., Traci Colquette, William Treeby, Heather Lonian, Christopher Farrell & Stephen Wiles

Case called.  All present and ready.
Judge states his disclosures on the record.  Oral argument by parties.
These matters are SUBMITTED.  Court adjourns at 5:00 p.m.

JS-10 (2:00