

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 2:02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) |
| | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | |
| 05-6325 "K"(2) | |

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel of record, comes defendant, Unitrin Preferred Insurance Company, who files this statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6.

Unitrin Preferred Insurance Company is a wholly owned subsidiary of Trinity Universal Insurance Company. Trinity Universal Insurance Company is a wholly owned subsidiary of Unitrin, Inc., which is a publicly traded company.

NO.99599293.1

Fee
Process
X  Dktd
   CtRmDep
   Doc. No

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Neil C. Abramson, (Bar #21436)
Nora B. Bilbro, (Bar #22955)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
COUNSEL FOR UNITRIN PREFERRED
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic transmission and/or United States mail, properly addressed and first class postage prepaid on this 25th day of April, 2006.

_____

NO.99599293.1