UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 APR 26 PM 5: 01
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |
| * * * * * * * * * * * * * * * * *' | | |

## OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE'S ORDER

**COME NOW** plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to Rule 72(a), Federal Rules of Civil Procedure, 28 U.S.C. §636(b)(1)(A) and Rule 74.1 of the Uniform Rules for United States District Courts in the State of Louisiana, and object to and move This Honorable Court to review Record Document No. 71, being Magistrate Wilkinson's "Order on Motion" of April 12, 2006, copy attached and marked for identification as Exhibit No. 1. More particularly, plaintiffs object to and move for review of the following rulings upon the grounds that they are clearly erroneous or contrary to law, or clearly erroneous and contrary to law:

1) DENIED IN PART

2) In all other respects the motion is denied.

3) Balancing these factors in this instance militates in favor of denying the motion, especially where numerous previous amendments have already been permitted.

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc. No_____

4) In this instance, no persuasive explanation for plaintiffs' need to amend their complaint for a twelfth time, particularly after Judge Knowles' Order concerning the last amendment, has been offered.

5) The amendment does not appear important.

6) This is an alleged class action in which more than a sufficient number of putative class representatives have already been named, so that adding more is unnecessarily redundant.

7) This case is significantly <u>un</u>like the separate Ingram Barge case in this case, upon which plaintiff relies so heavily in his supplemental memorandum, in that this case does not involve an admiralty limitation proceeding.

8) The additional jurisdictional allegations appear to have no bearing on the pending motions in this case.

9) The prejudice to resolution of the pending motions and moving this case forward in permitting the seemingly endless amendments proffered by these plaintiffs is patent.

10) I have no doubt that if Judge Duval finds yet another amendment may cure the alleged defects in plaintiffs case that are the subject of the pending motions, he will grant time to do so.

These Objections to and Motion to Review Magistrate's Order is also filed upon further grounds which appear more fully in the memorandum filed simultaneously herewith.

Respectfully submitted,

LAW OFFICES OF<br>
ASHTON R. O'DWYER, JR.<br>
Counsel for Plaintiffs<br>
<br>
By: _____<br>
Ashton R. O'Dwyer, Jr.<br>
In Proper Person<br>
Bar No. 10166<br>
One Canal Place<br>
365 Canal Street<br>
Suite 2670<br>
New Orleans, LA 70130<br>
Telephone: (504) 561-6561<br>
Facsimile: (504) 561-6560<br>

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 26th day of April, 2006.

_____