## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * * *'

### MEMORANDU IN SUPPORT OF OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE'S ORDER

**MAY IT PLEASE THE COURT:**

Coupled with Plaintiffs' Objections to and Motion to Review Magistrate's Order, and this Memorandum in Support of same, is a Request for Oral Argument. The Magistrate's Order which is being appealed from is Magistrate Wilkinson's Order of April 12, 2006, denying plaintiffs leave to amend their Complaint for the twelfth time. Some, but not all, of deficiencies in plaintiffs' prior pleadings have been cured by the filing of a separate lawsuit,[1] but not every technical "defect" has been cured by the new filing. It is obvious to undersigned counsel for plaintiffs that Magistrate Wilkinson did not have a good understanding why the twelfth amendment was being sought, and why plaintiffs had not pleaded what they sought to plead by the twelfth amendment to their Complaint previously. This is understandable in so massive a case involving so many parties and issues, and also considering the fact that Magistrate Wilkinson was new to the

---

[1] C.A. No. 06-1885.

case when he ruled on Plaintiffs' Motion for Leave to Amend without oral argument. Indeed, it is not at all apparent to the undersigned that Magistrate Wilkinson even read, much less understood, plaintiffs' proposed amendments.

The amendment which Magistrate Wilkinson denied plaintiffs leave to file is not being filed by a lawyer who is in bad faith, with a dilatory motive. No one wants this case to move forward more than the undersigned. Contrary to what Magistrate Wilkinson's inherently conflicting "Order on Motion" states, an explanation for plaintiffs' need to amend for the twelfth time was presented to the Court, and the Amendment is very important to the undersigned and to his clients.

It is respectfully submitted that the Court will better understand why the sought amendment(s) should be allowed if the Court were to grant oral argument.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By:_____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of

record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr.,

via hand delivery, this 26th day of April, 2006.