UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### MOTION FOR LEAVE TO EXTEND TIME FOR AMENDMENTS TO PLEADINGS

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 05-4182, 05-5237, 05-6324, 05-6327, 06-0020, 06-1672, 06-1673, and 06-1674, appearing through undersigned counsel, or with authority to the undersigned from counsel, and move This Honorable Court to modify the Court's Minute Entry which issued following the Status Conference of April 6, 2006 (Record Document 69), and to extend the time for amendments to pleadings to a more reasonable time in the future. This motion is filed in accordance with statements made on the record, in Open Court, before United States Magistrate Judge Joseph C. Wilkinson, Jr. on Wednesday, April 26, 2006, upon the grounds that plaintiffs' counsel have not yet had the opportunity to fully investigate the universe of potential defendants who contributed to the damages sustained by plaintiffs, and that the current deadline of 5:00 p.m. on April 26, 2006, simply does not provide sufficient time for counsel to make reasoned, intelligent decisions and satisfy the requirements of Rule 11, Federal Rules of Civil Procedure.

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 26th day of April, 2006.

_____