## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |
| * * * * * * * * * * * * * * * * *' | | |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXTEND TIME FOR AMENDMENTS TO PLEADINGS

**MAY IT PLEASE THE COURT:**

During the Call Docket in these consolidated cases earlier today, April 26, 2006, counsel suggested that the date for the amendment of pleadings, viz., 5:00 p.m. today, April 26, 2006, was, perhaps, an overly optimistic one established by the Court, following the Status Conference of April 6, 2006. Counsel related on the record in Open Court that he had simply not had the opportunity to complete proper due diligence for identifying the reasonable universe of defendants potentially liable to plaintiffs in this litigation, and that more time was needed in order to do justice to the litigants and in order to comply with the provisions of Rule 11, Federal Rules of Civil Procedure. Counsel took the comments of U.S. Magistrate Judge Joseph C. Wilkinson, Jr. as indicating at least conditional agreement that an extension of time was warranted under

the circumstances, subject to the desires of the presiding Judge, the Honorable Stanwood R. Duval. The Motion being the subject of this Memorandum in Support and Motion for Expedited Hearing, followed. All that is needed is more reasonable deadline. For the above-stated reasons plaintiffs/movers respectfully submit that the Motion for Leave to Extend Time for Amendments to Pleadings should be granted.

Respectfully submitted,

**LAW OFFICES OF ASHTON R. O'DWYER, JR.**

By: _/s/ Ashton R. O'Dwyer, Jr._
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 26th day of April 2006.

-2-