

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  PM 5: 03

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXPEDITED HEARING

**COME NOW** Plaintiffs in Civil Action Nos. 05-4181, 05-4182, 05-5237, 05-6324, 05-6327 and 06-0020, appearing through undersigned counsel, or with authority to the undersigned from counsel, and move This Honorable Court for expedited hearing of their Motion for Leave to Extend Time for Amendments to Pleadings. This Motion for Expedited Hearing is filed at the suggestion of United States Magistrate Judge Joseph C. Wilkinson, Jr. in proceedings in Open Court at the Call Docket of April 26, 2006, and upon grounds which appear more fully in the Memorandum filed simultaneously herewith.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-5560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 26th day of April, 2006.

_____

-2-