UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

During the Call Docket in these consolidated cases earlier today, April 26, 2006, counsel suggested that the date for the amendment of pleadings, viz., 5:00 p.m. today, April 26, 2006, was, perhaps an overly optimistic one established by the Court, following the Status Conference of April 6, 2006. Counsel related on the record in Open Court that he had simply not had the opportunity to complete proper due diligence for identifying the reasonable universe of defendants potentially liable to plaintiffs in this litigation, and that more time was needed in order to do justice to the litigants and in order to comply with the provisions of Rule 11, Federal Rules of Civil Procedure. Counsel took the comments of U.S. Magistrate Judge Joseph C. Wilkinson, Jr. as indicating at least conditional agreement that an extension of time was warranted, subject to the desires of

the presiding Judge, the Honorable Stanwood R. Duval, and the Motion for Leave to Extend Time for Amendments to Pleadings followed. The Motion for Expedited Hearing was filed in compliance with Magistrate Wilkinson's suggestion and it is respectfully submitted that expedited hearing should be granted.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 26th day of April, 2006.

_____