UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### ORDER

Considering the Motion for Expedited Hearing of the Plaintiffs' Motion for Leave to Extend Time for Amendments to Pleadings,

**IT IS ORDERED, ADJUGED AND DECREED** that the hearing on Plaintiffs' Motion for Leave to Extend Time for Amendments to Pleadings be and it is hereby set for expedited hearing at 11:00 o'clock A. M., on the 3rd day of May, 2006, at the United States District Court for the Eastern District of Louisiana. *written*

*Opposition, if any, must be filed by May 2, 2006 at noon.*

New Orleans, Louisiana, this 27th day of April, 2006.

_____
MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

-1-