

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

* * * * * * * * * * * * * * * * *'

## REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules for United States District Courts of the State of Louisiana, and request oral argument on their Motion for Leave to Extend Time for Amendments to Pleadings.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.**
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6593
Fax. (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 26th day of April, 2006.