UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                          CIVIL ACTION

VERSUS                                            NO. 05-4182 and
                                                  consolidated cases

BOH BROTHERS CONSTRUCTION                         SECTION "K" (2)
CO., L.L.C. ET AL.

## ORDER

    At the request of counsel for plaintiffs, and pursuant to Local Rule 78.1E, oral

argument on the plaintiffs' Motion for Leave to Extend Time for Amendments to Pleadings

is hereby set on **MAY 3, 2006 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson,

Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

    New Orleans, Louisiana, this __27th__ day of April, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE