UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                CIVIL ACTION

VERSUS                                  NO. 05-4182 and
                                        consolidated cases

BOH BROTHERS CONSTRUCTION               SECTION "K" (2)
CO., L.L.C. ET AL.

## ORDER

Counsel for plaintiff in Civil Action No. 05-4191, "Jared Vodanovich v. Boh Bros. Construction Co., L.L.C. et al," failed to appear as ordered for the call docket set in this matter on April 26, 2006. Record Doc. No. 69. Defendant Gulf Group Inc. of Florida has not made an appearance and the record reflects no return of service. Accordingly,

**IT IS ORDERED** that Douglas R. Plymale or any other counsel of record for plaintiff of the Dugan & Browne firm must appear **in person** before the undersigned on **MAY 3, 2006 at 11:00 a.m.** to show cause why counsel failed to appear as ordered and to advise the court concerning any attempts to serve or otherwise prompt an appearance by any defendant who has not yet made an appearance in C.A. No. 05-4191.

Failure to appear may result in dismissal of the above-named defendant for failure to prosecute and/or exclusion of the Dugan & Browne firm from consideration for appointment as class counsel in any of these consolidated cases.

New Orleans, Louisiana, this __27th__ day of April, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.