FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27 PM 5: 27

LORETTA G. WHYTE
CLERK

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
**TELEPHONE: (504) 561-6561**
**FACSIMILE: (504) 561-6560**

April 27, 2006
Dictated but not read

**VIA FACSIMILE**

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
Division "5"
500 Poydras Street
New Orleans, LA 70130

Re: Maureen O'Dwyer, et al.
vs. The United States of America, et al.
No. 05-4181 "K"(3) (2)

Dear Magistrate Wilkinson:

The time is 1400 hours on Thursday, April 27th. Mr. Pazos and I were just ordered off public property, namely the Robert E. Lee London Avenue Bridge by the United States Department of Justice, acting by and through the Corps of Engineers' Project Engineer, who was communicating through a Corps of Engineer Safety Man at the site. We were on public property and observing nothing that "the man on the street" could not observe. Mr. Pazos was in full safety regalia.

This is also to advise Your Honor that some of the evidence in which we are interested will be gone by this time tomorrow. Mr. Pazos and I are available all day tomorrow to accompany Your Honor and/or Judge Duval to the site so you can see for yourself who is telling the truth and who is not. Alternatively, I am prepared to call Mr. Pazos as a witness under oath for a full-blown evidentiary hearing on what is happening at the London Avenue North breach site.

___ Fee_____
___ Process_____
X Dktd_____
✓ CtRmDep_____
___ Doc. No_____

April 27, 2006
Page 2

      This afternoon I am reachable by cell phone 884-6727. We are inspecting the Ingram Barge components.

                                Respectfully,


                                  Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:    Honorable Judge Stanwood R. Duval, Jr. (via Hand Delivery)
        All counsel of record (via E-mail)

## LAW OFFICES OF
## ASHTON R. O'DWYER, JR.
### ONE CANAL PLACE
### 365 CANAL STREET
### SUITE 2670
### NEW ORLEANS, LA 70130
### TEL: 504-561-6561
### FAX: 504-561-6560

# FACSIMILE TRANSMISSION

**TO:** HON. JUDGE STANWOOD R. DUVAL, JR.

**FAX:** 504-589-2393

**TO:** MAG. JUDGE JOSEPH C. WILKINSON, JR.

**FAX:** 504-589-7633

**FROM:** ASHTON R. O'DWYER, JR.

**DATE:** APRIL 27, 2006

**FILE NAME:** MAUREEN O'DWYER, ETAL. VS. U.S. OF AMERICA, ET AL.

**FILE NO.** 001-2005