UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                          CIVIL ACTION

VERSUS                                            NO. 05-4182 and
                                                  consolidated cases

BOH BROTHERS CONSTRUCTION                         SECTION "K" (2)
CO., L.L.C. ET AL.

## ORDER

At the request of counsel for plaintiffs in "Maureen O'Dwyer v. United States of America," Civil Action No. 05-4181, and pursuant to Local Rule 78.1E, oral argument on the plaintiffs' Motion to Compel Production of Evidence in Connection With the London Avenue North Breach Site is hereby set on **MAY 10, 2006 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

The motion appears to be supported by the opinions of plaintiffs' expert witness, Hector Pazos, Exhibit 6 to the motion.  The court is only somewhat familiar with Mr. Pazos's expertise in the fields of naval architecture and marine engineering and not with

any expertise that might be relevant to this case or the issues raised in plaintiffs' motion. Accordingly,

**IT IS ORDERED** that, no later than **May 2, 2006**, plaintiffs' counsel must file and serve Mr. Pazos's affidavit and/or curriculum vitae in support of the motion, setting out his education, experience, credentials and qualifications, if any, on which he might render expert testimony concerning floodwall/levee construction, maintenance and/or repair, including citation to any cases in which Mr. Pazos has been qualified by a court as an expert in the foregoing field.

**IT IS FURTHER ORDERED** that any party to any of the consolidated cases who wishes to file a memorandum, either in support of the motion or opposed to it, must do so no later than **May 5, 2006**.

New Orleans, Louisiana, this __27th__ day of April, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.