UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                       **CIVIL ACTION**

**VERSUS**                                                                      **NO.  05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                **SECTION "K"(2)**
**L.L.C., ET AL.**                                                          **CONS. KATRINA CANAL**

**THIS DOCUMENT RELATES TO:**
**06-0020  Tauzin v. Board of Commissioners**

## ORDER

Before the Court is Defendant United States' Motion to Dismiss (Doc. No. 101) based on the Court's lack of subject matter jurisdiction as this suit is against the United States of America, and plaintiffs have not exhausted their administrative remedies as required under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2675(a).  No opposition was filed thereto, and the Court finds the motion to have merit.  Accordingly,

**IT IS ORDERED** that the Motion to Dismiss for lack of subject-matter jurisdiction is **GRANTED** as to the United States.

New Orleans, Louisiana, this  30th  day of April, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE