UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## **ORDER**

Unless otherwise ordered by the court, all counsel are hereby prohibited from writing me letters or sending me e-mails or facsimiles or telephoning my chambers regarding these cases. If you seek action from the court, you must file a motion.

New Orleans, Louisiana, this __28th__ day of April, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.