FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27  PM 1:22

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### DEFENDANT UNITED STATES' MOTION FOR LEAVE TO AMEND ITS MOTION TO VACATE THE MAY 2, 2006, EVIDENTIARY HEARING (DOCKET NO. 166) BY FILING ADDITIONAL ATTACHMENTS

The United States moves for an order allowing it to amend its Motion to Vacate the May 2, 2006, Evidentiary Hearing (Docket No. 166) by filing additional attachments. In support of this motion, the Court is respectfully referred to the attached Memorandum in Support. A proposed Order granting the motion is also attached.

Respectfully submitted,

PETER D. KEISLER

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

_____
TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 305-7536
(202) 616-5200 (fax)
Attorneys for the United States

Dated: April 26, 2006.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 26th day of April 2006.

_____
Traci L. Colquette