UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### MEMORANDUM IN SUPPORT OF DEFENDANT UNITED STATES' MOTION FOR LEAVE TO AMEND ITS MOTION TO VACATE THE MAY 2, 2006, EVIDENTIARY HEARING (DOCKET NO. 166) BY FILING ADDITIONAL ATTACHMENTS

The United States has moved the Court for leave to amend its Motion to Vacate the May 2, 2006, Evidentiary Hearing ("Docket No. 166") by filing additional attachments. Specifically, the United States wishes to file as additional attachments to Docket No. 166 two (2) protocols established by the Army Corps of Engineers for the retention and preservation of materials collected at the various construction sites.

The two protocols, which have been attached to this memorandum, are: (1) Floodwall Material Recovery Operation Material Recovery Plan from the 17th Street Canal Breach, New Orleans, Louisiana, December 12 and 13, 2005; and (2) Floodwall Material Recovery And Testing Plan, Inner Harbor Navigation Canal, Westside Breach, New Orleans, Louisiana, January 6, 2006. The United States intended to file these two protocols as attachments to the Declaration of John J. Jaeger, which is contained in Docket No. 166, but inadvertently neglected to do so. Mr. Jaeger references the protocols in his declaration.

These protocols have already been provided to the Court and to attorneys for the plaintiffs

1

and other defendants. The first protocol referenced above, Material Recovery Plan from the 17th Street Canal Breach, New Orleans, Louisiana, December 12 and 13, 2005, was attached to an April 20, 2006 letter from attorney Robin D. Smith to Judge Wilkinson (Docket No. 170), which was also served on all counsel of record. The second protocol referenced above, Floodwall Material Recovery And Testing Plan, Inner Harbor Navigation Canal, Westside Breach, New Orleans, Louisiana, January 6, 2006, was attached to an April 20, 2006 letter from attorney Robin D. Smith to Judge Wilkinson (Docket No. 171), which was also served on all counsel of record. Since the Court and all counsel of record already have copies of the two omitted protocols, the United States respectfully submits that no party has been prejudiced by the United States' inadvertent mistake.

For these reasons, the United States' motion for leave to amend should be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 305-7536

(202) 616-5200 (fax)
Attorneys for the United States

Dated: April 26, 2006.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 26th day of April 2006.

_____
Traci L. Colquette