**Appendix B**
**Communication Plan**

**17th Street Canal**
**Sheet Pile and Floodwall Sampling**
**12-13 December 2005**

# Table of Contents

Communication Plan

Talking Points

Questions and Answers

Media Advisory

Fact Sheet

Communication Plan
17th Street Canal
Sheet pile and floodwall sampling
12-13 December 2005

**Purpose**

This plan is designed to guide the Task Force Guardian PAO in its efforts to effectively and efficiently communicate with the people of New Orleans and others interested in the floodwall and sheet pile removal activities at the 17th Street Outfall Canal 12 and 13 December 2005.

**Background**

- The 17th Street Outfall Canal is part of the Lake Pontchartrain and Vicinity Hurricane Protection Project. The project includes a series of control structures, concrete floodwalls, and levees to provide hurricane protection to areas around Lake Pontchartrain.
- Investigations are ongoing to determine why the levee failed.
- It is generally believed that the soil at the floodwall was undermined, resulting in significant scour and the eventual failure of a 455-foot section of the floodwall.

**Issues:**

- Parallel seismic testing along the floodwall from two independent teams indicates that the sheet piling at 17th Street was driven to a tip elevation of -10 feet instead of the -17 feet called for in design documents.
- There is a negative public perception regarding the Corps' competence in designing and maintaining the hurricane protection system.
- There is a general misunderstanding of the Corps' relationship with local levee and sewerage and water boards
- There seems to be a lack of knowledge about the chronology and history of work performed at the outfall canals.
- There is a fear of unaccountability for repairs/reconstruction and the future integrity of the system
- There seem to be concerns about the materials used to construct the hurricane protection system

**Goals**

1) Provide transparency to the Corps' investigation into why the floodwall failed, and counteract any misconception that the Corps has something to hide.
2) Provide stakeholders with appropriate information about the role of the Corps in the construction of the levee and floodwall at 17th Street Canal.
3) Provide stakeholders with information about the collection of data and materials at the site, and the Corps' determination to maintain the integrity of the materials for future analysis.

Stakeholders are the residents of the affected community who are still here and those who want to come back, public officials at all levels, elected officials at all levels, agency

staff at all levels, the news media, Corps employees, Corps leadership, and local, state, and federal agencies investigating the levee failure.

**Communication Tools:**

Communication actions need to be timed to coincide with event.

| Action | Status | Deadline | Responsible Office | Reviewer |
|---|---|---|---|---|
| Talking points, Qs&As | Done | 7 Dec 05 | PAO with support from project manager | PM |
| Fact sheet | Done | 7 Dec 05 | PAO with support from project managers, Stanley | PM |
| Posters | Under construction | 8 Dec 05 | TFG PAO, Stanley Group | Ex Ofc, PM |
| Opening, closing, news conf. remarks 12 Dec | Done | 7 Dec 05 | TFG, MVD PAO | Col. S |
| Opening, closing, news conf. remarks 13 Des | Done | 7 Dec 05 | TFG, MVD PAO | BG C |
| Media Advisory for event | Done | 8 Dec 05 | TFG PAO | PM |
| Photographers: 3 video, 3 still | Arranged | 7 Dec 05 | TFG PAO, MVN IMO | PM |
| DVIDS satellite feed and webcasting | Arranged | 8 Dec 05 | TFG PAO | Colonel Setliff |
|  |  |  |  |  |

4/14/2006  6:51:52 AM

**Talking Points**
**17th Street Canal**
**Sheet pile and floodwall sampling**
**12-13 December 2005**

**These are the messages we want people to remember:**

- The U.S. Army Corps of Engineers and teams of independent investigators are working to determine why a section of levee on the 17th Street Canal failed.
- We plan to share our findings with other investigators, the public, interested agencies and organizations, and the news media.
- While investigations are ongoing to determine what actually occurred at the canal, it is believed that the soil was undermined, resulting in significant scour and the eventual failure of a 455-foot section of the floodwall.
- One part of our investigation involves determining the depth of the sheet pile driven into the levee when it was upgraded in 1993.
- To do that we are removing four sections of sheet pile on both the north and south ends of the breach.
- We are also testing the strength of the concrete used in the floodwall near the breach site.
- We are removing 4-foot by 4-foot sections of concrete from both the north and south ends of the breach.
- The samples taken will be analyzed by scientists and engineers from the Corps-assigned Interagency Performance Evaluation Task Force, or IPET.
- The analysis will take approximately two weeks to complete.
- The task force will be looking for the strength of the concrete and the reinforcing steel in the wall, as well as the detailed arrangement of the wall's reinforcing steel.
- Other qualified interests will also be able to analyze the concrete wall and sheet pile.
- The sheet piles and concrete removed from the levee will be stored at the New Orleans District warehouse.
- Our engineers, scientists, and support staff take this work personally. Most of the 130 people working directly to restore your hurricane protection levees and floodwalls – and 300 more people supporting them in this endeavor – live in New Orleans, and many of them lost their homes. It's their hurricane protection, too.
- Just as you and your elected representatives want to know why parts of the system failed and parts withstood the storm, we in the Corps of Engineers want that information so that we can ensure optimum designs for reconstruction and for future projects.
- We hold ourselves accountable for our work, and we want to make sure we have all the facts when we report to you on why the hurricane and flood protection system performed the way it did.
- You're going to hear a lot of speculation, and some may or may not prove to be accurate; only time will tell. Today, we plan to remove some speculation about how deep the sheet pile was driven in this stretch of the canal.

- Over the next several weeks, we'll remove the emergency fill we placed in the break during the flood, and we'll be able to determine how deep the sheet pile at the actual break was driven into the levee.

- The ability of a levee to withstand storms depends on a number of things.
  - One is the strength of the material used to build the levee.
  - Another is the size of the levee.

- If there is enough room to build a large levee, it may be all that is needed for storm protection.
- If homes or other buildings are close to the levee, the levee may be smaller and require a floodwall on top of it to provide storm protection.
  - Sheet piles or other types of support are used to stabilize the floodwall.
  - The sheet pile or other support may or may not also provide support or seepage control to the levee.
- For some levees, sheet pile is needed to add strength and prevent water from seeping through or under the levee.

**When delivering key messages, remember:**
- Regardless of how long the sheet pile turns out to be, this is a solemn operation, and we must remain even tempered.
- Stick to your key messages
- Go back to your key messages if your audience gets off the subject or they speculate.
- Don't speculate.
- Correct misinformation.
- Give a short answer and stop.
- You've got 30 seconds to establish trust and credibility.
- Empathy is critical.  Try to understand why people feel the way they do.
- Address their concerns; don't push back.
  - If someone says, "I don't believe your numbers." It's human nature to say: "Why don't you believe me?"
  - A more empathetic and positive response is to say: "My numbers are accurate.  Perhaps I'm not doing a good enough job explaining them. Could you help me understand a little more about your concern?"
- There are lots of traps that are easy to fall into.  Here are some things to avoid:
  - Comparisons
  - Negative allegations or comments
  - Negative words or phrases
  - Promises
  - Speculation
  - Guarantees
  - Humor
  - Jargon
  - Personal opinions

- o Avoid appreciative, evaluative statements such as:
    - ▪ Thank you for that question.
    - ▪ That's a good question.
    - ▪ They're condescending.
- ▪ Stay positive.
- ▪ Don't repeat negative comments, even to refute them.
    - o "I am not a crook."

**Questions and Answers**
**17th Street Canal**
**Sheet pile and floodwall sampling**
**12-13 December 2005**

**Why did the levee and floodwall at the 17th Street Canal fail?**
- The U.S. Army Corps of Engineers and teams of independent investigators are working to determine why a section of levee on the 17th Street Canal failed.
- One part of our investigation involves determining the length of the sheet piles and the depth to which they were driven into the levee when it was upgraded in 1993.
- To do that, we're removing sections of sheet pile on both the north and south ends of the breach.
- We are also testing the strength of the concrete used in the floodwall near the breach site.
- We are removing 4-foot by 4-foot sections of the concrete from both the north and south ends of the breach.
- The samples taken will be analyzed by scientists and engineers from the Corps-assigned Interagency Performance Evaluation Task Force.
- The analysis will take approximately two weeks to complete.
- The task force will be looking for the strength of the concrete and the reinforcing steel in the wall, as well as the detailed arrangement of the wall's reinforcing steel.
- All of us want to know why parts of the system failed and parts withstood the hurricane.
- We're engaged with others in diligently examining why this happened, and we're committed to building a more effective system.
- Findings from the investigation will help ensure that we succeed in this endeavor.
- We in the Corps of Engineers want that information so that we can ensure optimum designs for reconstruction and for future projects.

**Are you also going to take soil samples?**
- Yes. The Interagency Performance Evaluation Task Force has taken soil samples at the breach site to analyze as part of the investigation.
- IPET was formed by the Chief of Engineers to determine why the hurricane protection system performed the way it did during Hurricane Katrina.

**Was the sheet pile at the 17th Street Canal driven as deep as it was supposed to be?**
- We will remove several sections of the sheet pile at the breach December 13 to determine exactly how deep it was driven into the levee.
- This is just one part of our effort to determine why this section of levee failed.

**Is it true that the 17th Street Canal levee was inadequately designed and built?**
- Engineers from the Corps of Engineers, Sewerage and Water Board, Orleans Levee District, and the East Jefferson Levee District worked together to design

and build the levee system to provide what the engineering and science analysis showed to be a safe level of protection.

**Who is responsible for these levees?**
- The canal is part of the Corps of Engineers Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by the Orleans Levee District and the East Jefferson Levee District.
- These agencies worked together to design and build the canal, and they also work together to maintain it.

**Can you guarantee the levees won't fail again?**
- We can guarantee you that we'll do everything possible using modern engineering and science to make the system safe.
- Most of the 130 people on our team live in New Orleans, and many of them are also victims of Katrina. They have a personal, as well as a professional, interest in the safety of the system.

**The Corps has already admitted that its own seismic investigations show that the sheet pile is too short. Another LSU investigation verified it. Why waste time and taxpayer money pulling sheet pile?**
- The Corps sees value in field validating the seismic data with on-the-spot measurements of the sheet pile and the analysis of the floodwall material.
- We are committed to taking any sensible actions that may help reveal why the levee failed.
- We also seek to coordinate and cooperate with the residents, officials, scholars, scientists and others engaged in finding answers to this very difficult and complex problem.

**Why aren't you looking at the portion of the wall that failed? Where is that part of the wall?**
- We have preserved floodwall material recovered from the site and have handed it over to IPET for further analysis.
- We also plan to recover other portions of the wall buried under the temporary material placed during the flood fight.

**Is the Corps going to tear out the whole levee system?**
- We are awaiting the conclusion of this investigation and our analysis of the entire levee system before determining what our course of action will be.
- We will use information gathered and validated during the course of this investigation to adjust and improve our repair and reconstruction of the area's levee system.

**Has the Corps explored other alternatives to providing flood protection or will it just rebuild another sheet pile wall?**
- We are actively seeking a better solution to the flood protection problem.

- We are dedicated to exploring and considering all options that may help us meet that objective.

**Who has access to the information collected here today?**
- We will share the information we have available with anyone who wants it.
- We have and will listen to others who put forth ideas about how we might solve this problem. We live here, too.

**How much private property are you going to take to rebuild the levees?**
- By late December we'll know how much additional land we'll need to repair the levees along the 17th Street Canal.
- We know now that we'll need at least an additional 15 feet out from the toe of the levee.
- We may need as much as 150 feet if we have to build a much larger levee than we have now.

**How much are you going to pay property owners for the property you take?**
- Before we acquire private property we have it appraised by an independent, licensed real estate appraiser.
- We use that appraisal as the basis for our offer of just compensation to the property owner.

**What if we don't want to sell our property?**
- We will only take property if it is necessary in order to increase the level of hurricane and flood protection for the people in your area.
- We prefer to use land already part of the protection system.

**Why are you refusing to release information on the design and construction of the hurricane protection system?  What are you hiding?**

- Information on the hurricane protection system is being scanned and posted to the IPET Web site at https://ipet.wes.army.mil.
- Information posted on the Web site includes design memorandums and reports, plans and specifications, and other information on the hurricane protection system.
- We hold ourselves accountable for our work, and we want to make sure we have all the facts when we report to you on why the hurricane and flood protection system performed the way it did.
- You're hearing a lot of speculation, and some may or may not prove to be accurate; only time will tell.  Remember, at this point it's speculation.  When the investigations are completed, we, and most importantly you, will have the facts needed to build a better, stronger, and smarter system.

4/14/2006  6:51:52 AM

4/14/2006  6:51:52 AM

**News Advisory**
**U.S. Army Corps of Engineers**

### Investigators to remove material from failed floodwall site

**Where:** East side of 17th Street Canal between Robert E. Lee Blvd and Bellaire Street
**When:** Monday and Tuesday, Dec. 12 & 13
Contacts:
Jim Taylor: 504-862-2076
Jeff Hawk: 504-862-2184
Debbie Quimby: 504-862-2159
Due to limited space, media are required to RSVP either by reply email or by contacting
one of the above public affairs officers. Media attendees will be required to wear press
credentials.

The U.S. Army Corps of Engineers and the Interagency Performance Evaluation Task
Force will remove samples of floodwall material near the 17th Street Canal levee break
Monday and Tuesday as part of an investigation.
A contractor will remove concrete and sheet pile materials from both ends of the
floodwall breach. This action will allow investigators to obtain on-the-spot measurements
of the sheet pile and to gather samples for further analysis in an effort to determine why
the floodwall failed.
Local, state, and federal officials and investigative team members will witness the
removal of the concrete and sheet pile.
Media may watch and photograph the activities from designated viewing areas.
Attendees are advised to wear sturdy shoes that cover the entire foot while at the
floodwall site.
Corps and IPET representatives will be available for interviews.

### Schedule

8 a.m., Monday, Dec. 12:  Day One begins with opening remarks by Corps officials.
Contractor will then cut and remove 4-ft by 4-ft sections of concrete from the floodwall,
demolish and remove the remaining concrete, and prepare the sheet pile for extraction.
This process will be performed on both ends of the breach site. Construction will
continue throughout the day.  Corps officials will report on the day's activities at 4 p.m.

8 a.m., Tuesday, Dec. 13:  Day Two begins with opening remarks by Corps officials.
Contractor will then remove eight sections of sheet pile from the floodwall breach site.
Workers will begin removing four sections from the breach's north end and then move to
the south end to extract four segments from that area.  After measuring the extracted
sheet pile, Corps officials will address the media. The removed material will then be
transported to a secure location.

Portions of the removal process will be broadcast online during the following times at
www.dvidshub.com/floodwall

4/14/2006 6:51:52 AM

or go to www.dvidshub.net and click on the tab that reads "17th Street Floodwall, New Orleans."

7:30 a.m. - 5:30 p.m., Monday, Dec. 12
7:30 a.m. - 5:30 p.m., Tuesday, Dec. 13

KU-analog satellite will also be available during the same time frame. For satellite coordinates, call 678-421-6612 or go to "General Information" at www.dvidshub.net.

A news release with photos will also be available following the Dec. 13 event.



**Fact Sheet**
**17th Street Canal**
**Sheet pile and flood wall sampling**
**12-13 December 2005**

**Sheet pile and concrete wall investigation**
A 455-foot section of the 17th Street Canal failed during Hurricane Katrina. The US Army Corps of Engineers and the Corps-assigned Interagency Performance Evaluation Taskforce as well as independent investigation teams are working to determine the cause of this and other failures in the area's flood protection system. In part, these investigations include determining the existing sheet pile depth and the strength of the concrete I-walls along and near the 17th Street Canal breach site.

The Corps of Engineers will remove eight sheet piles and two 4-ft by 4-ft sections of the concrete floodwall from the north and south sides of the breach. This action will allow investigators to make on-the-spot measurements of the sheet pile and to further evaluate floodwall materials removed from the breach site.

Task Force Guardian plans to recover other portions of the floodwall that are buried under materials placed at the breach during the flood fight. This material will be recovered during a second phase of construction.

4/14/2006  6:51:52 AM

**TASK FORCE GUARDIAN - 17th Street Canal**



STEP 1



STEP 4

Procedure

1. Saw cut and remove 4'x 4' sections of concrete floodwall for testing (each side of breach).
2. Demolish and remove 6' of remaining concrete floodwall to expose top of sheetpile (each side of breach).
3. Survey elevations of top of sheetpile wall (each side of breach).
4. Remove sections of sheetpile wall for testing and measurement (each side of breach).

## 17th Street Canal

As one of New Orleans' major storm water drainage canals, the 17th Street Canal drains about 18 square miles from Orleans and Jefferson Parishes. The canal is part of the Corps of Engineers' Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by two local sponsors: the Orleans Levee District, and the East Jefferson Levee District.

The 2.4-mile-long, 220-ft-wide canal starts at Pump Station No. 6 at Highway 610 and empties into Lake Pontchartrain. The canal's sides are formed by an earthen levee with a top elevation that varies from 5.5 feet to 11 feet above sea level. The top of the flood wall on the canal embankment varies from elevation 11 to 15 feet above sea level.

# Floodwall Material Recovery And Testing Plan
## Inner Harbor Navigation Canal
## Westside Breach
## New Orleans, Louisiana
## January 6, 2006

## I.  Introduction

The purpose of this recovery and testing activity is to determine the strength of the concrete and steel components of the floodwall, in the area of the breach on the west side of the Inner Harbor Navigation Canal (IHNC).  The material properties of the samples will verified by testing the samples at an independent testing laboratory and comparing the results with the construction specifications.

The investigation objectives of these activities are to determine:

- Concrete material properties
- Reinforcing bars material properties
- Steel sheet pile material properties

### Roles and Responsibilities

The Floodwall Material Recovery Operation is a portion of two larger tasks (1) to obtain material for further analysis to determine the floodwall failure mechanism and (2) to obtain evidence for any potential litigation.  Materials removed and not destroyed in the physical testing will be turned over to the Material Storage Custodian at MVN.



IHNC Floodwall Investigation West Side

- **IPET.** IPET will determine the material type and amount to be taken, the material recovery technique, and the location from where is to be taken.  IPET will be responsible for all on-site measurements. The lead person for IPET will be Joe Padula.
- **Office of Counsel.** The Office of Counsel will provide oversight of the material recovery and custody activities.  The lead person for the Office of Counsel will be Randy Merchant.
- **Task Force Guardian and MVN.**  TFG/MVN will provide the operation's command and control functions as well as coordinate with the contractor performing the work to obtain the samples.  LTC Murray Starkel will be the lead person for MVN and Task Force Guardian.

4/14/2006  6:52:13 AM

- **Pitman Construction.** The Contractor will perform the work necessary to cut, core, burn, or otherwise obtain the material samples, and deliver them to the BETA Laboratory personnel onsite.  The Contractor will also provide safety materials and a safety observer.
- **BETA Laboratory.** BETA Lab will take custody of all samples collected on site. BETA will number, label, and document the samples and maintain control of the samples throughout all transport and testing activities.
- **Task Force Guardian Public Affairs Office.** The PAO will develop a communication plan for the Operation, and develop necessary materials for press advisories.  PAO activities will be lead by Mr. Jim Taylor.
- **Storage Custodian:**  The Storage Custodian will be responsible for the safekeeping of the recovered materials at the MVN Secure Location and the maintenance of the chain of custody after the recovered materials are delivered to MVN. Rosie Washington has been appointed as the Site Custodian.


## II.  Sampling Procedures

### *Field Operation and Measurement Procedures*

Survey services will not be required as a part of this material recovery activity.

Field operations will include all necessary activities to remove and collect samples of concrete, sheet pile, and reinforcement steel from the floodwall.

Prior to cutting any concrete, sheet pile, or reinforcement steel, IPET will mark locations from which the material samples will be taken.

Photographic documentation will be made of all material recovery activities.

CONCRETE
The contractor will set up all necessary alignment and cutting equipments, and cut an approximate 4 ft by 8 ft section of concrete, as marked on the concrete floodwall monolith, located at approximate station 0+44. The Contractor will cut two handling holes in the cut section and lower it to the ground with chains, straps, cables or other similar equipment. The Contractor will cut three 6" diameter by 12" length concrete samples from the monolith section in accordance with ASTM C42. The Contractor will immediately deliver the samples to the BETA Laboratory onsite representative.

SHEET PILE
This material recovery activity will not include the pulling of any sheet pile. The sheet pile from which samples will be collected where previously recovered from within the area of the breach as attested to by the TFG Project Manager. The sheet pile has been marked, numbered and photographed by IPET and the MVN Office of Council. IPET and TFG representatives will measure and document the sheet pile dimensions.  The Contractor will cut two approximately 6" by 12" coupons from the sheet pile, where previously marked, and immediately deliver the material samples to the BETA Laboratory onsite representative.

REINFORCEMENT STEEL (REBAR)
Four rebar material samples were previously collected from the area of the floodwall breach by IPET, the TFG Project Manager, and the MVN Office of Counsel. See photo-documentation of these activities in the Photographic Log appendice. The rebar samples are currently stored within the MVN Construction Division Onsite Office. The MVN representative will deliver these samples to the BETA Laboratory onsite representative during the material removal activities.

MATERIAL TRANSPORTATION
The Contractor will load all recovered materials (remaining after the collection of samples) onto, or into, Contractor provided vehicles and transport the materials to the designated secure location at the USACE New Orleans District Offices. TFG and/or MVN representatives will accompany the materials to the District Offices. At the secure location, the recovered materials will be delivered into the custody of the Storage Custodian.

## III.   Material Handling, Transport, Storage and Custody

### Sample Identification and Labeling

Items recovered for inspection and analysis may at some point be considered as evidence in court, and therefore require strict procedures for identification and labeling. Each item will have a unique identification number based on the location of the item. Following recovery, BETA will label each sample item. IPET and/or TFG representatives will label, number, and document the remaining concrete and sheet pile materials before they are transported to the New Orleans District. The materials have already been labeled but may require additional numbering to provide more details of the location and time of collection. Samples and material to be documented should be as follows:

- 3 concrete cores, 6"dia x 12", marked by BETA Laboratory
- 2 sheet pile coupons, 6" x 12", marked by BETA Laboratory
- 4 reinforcement metal rods, approximately 24" long, marked by BETA Laboratory
- Remaining concrete section, approx 4' x 8', marked with marker and/or spray paint
- Remaining sheet pile, 2 pile pairs, marked with marker and/or spray paint

### Material Handling and Custody

It is important to ensure proper custody procedures are followed in handling the items from the time of recovery until arrival at the final storage facility or testing laboratory. Site access will be strictly controlled. Visitors will not be allowed in the work zone or on the construction site during these material recovery activities.

### Field Operations Documentation

Field documentation is important in any project; however, it is especially critical in this project as the findings may result in legal action. The types of documentation to be completed are described below.

### Daily Quality Control Reports

The TFG Construction Division representative will complete daily Quality Assurance Report forms (QAR). This form documents all quality control activities for each day.

4/14/2006  6:52:13 AM

Other information completed on this form includes weather, contractor(s) onsite, equipment onsite, work performed, health and safety levels and activities, and problems encountered. The Contractor is also required to prepare a daily quality control report. Both reports will become part of the official record of these material recovery activities.

### Field Notes

Field notes will bet taken onsite during all material recovery activities by TFG and/or MVN representatives. All field notes will be signed and dated by the note taker. The notes will contain information such as descriptions of field activities, sketches, persons on site, names and phone numbers of field contacts, exceptions and deviations from the work plans, and weather and field conditions.

### Photographic Records

Due to the potential outcomes of this investigation, photographic records will vital. Both still and video photography will be used to document field activities, and to record images of the items recovered. These records will be maintained in the project file(s) upon completion of the investigation.

### Custody Records

BETA Laboratory will be responsible for documenting the control and custody of the material samples. MVN Office of Council will be responsible for documenting the control and custody of the remaining material, which will be transported to the USACE New Orleans District Offices.

### Data Management and Retention

Field logs, photographic records, and other documentation will be maintained at the New Orleans District Offices. Access to these records will be restricted. The records will be maintained in accordance with applicable laws and regulations.

### Transportation Requirements

The items will be transported to the USACE New Orleans District warehouse at the on the day in which they are removed. The items will be stored in a secure location within the warehouse. The Site Custodian and or his deputies and designees will accompany the items with the corresponding custody form(s) in their possession. Upon arrival at the storage area, the TFG and/or MVN representative will relinquish custody to the Storage Custodian.

### Storage Requirements

Secure storage of the recovered items is necessary. The storage area will secured from unauthorized entry as necessary (this will include fencing, signs indicating authorized entry only, locked gates with a high security lock, 24-hour guards seven days a week, etc.). The Storage Custodian and Deputy Storage Custodian will be authorized to enter the area at all times; any request for other entry to the area or inspection or removal of the items will require the USACE New Orleans District Office of Counsel approval. Authorized removal of the items will be conducted only under the Office of Counsel.

### Contractor Quality Control

The three phases of control under the USACE Construction Quality Management guidelines will be implemented: preparatory, initial, and follow-up. These phases will be implemented by preparing and reviewing all documents prior to the start up of the project, checking preliminary work and ensuring compliance with the contract at the beginning of the site activities, and performing checks to ensure the continuing compliance as the project progresses, and follow-up documentation of all activities

## IV.  Materials Testing Plan – BETA Laboratory

Determine the material properties of the concrete, reinforcing steel, and sheet pile recovered from the floodwall as detailed in the Material Recovery Plan. Document the chain of custody for these specimens in accordance with the specific instructions given by the USACE New Orleans District, Office of Counsel. Report the results in accordance with the cited standards of the American Society of Testing and Materials (ASTM) within two weeks of the collection of the specimens.

**Concrete.**
Three 6"x12" inch cylinders at the identified collected from the floodwall in accordance with ASTM C42. Test these cylinders in accordance with ASTM C39.

**Reinforcing Steel.**
Test the four reinforcing bars available from the onsite project office in accordance with ASTM A370 and A615.

**Sheet Pile.**
Two specimens collected from marked locations on the extracted sheet piles. Machine and test these specimens in accordance with the provisions of ASTM A370.

**Test Results.**
Report the results of the testing to Joe Padula, IPET, at 1-601-831-0647

## V.  Site Safety and Security Plan

*Date*: January 6, 2006
*Location*: New Orleans, La.
*Hazards: Physical Hazards*
*Area Impacted*: Inner Harbor Navigation Canal, west side near France Road
*Surrounding Area*: Industrial businesses

*Entry Objectives* – The objective of the initial entry to the Floodwall Material Recovery Site is to: Collect material required as part of a comprehensive investigation of the floodwall breach area along the west side of the IHNC. Tasks to be accomplished include but are not limited to cutting concrete and steel, labeling, transporting, and documentation of the collection activities. To accomplish this objective in a controlled manner, visitors will not be allowed access to the site during these activities.

4/14/2006  6:52:13 AM

All personnel within the construction site will be required to wear hard hats and steel-toed shoes. All personnel involved in the concrete and steel cutting activities will be required to wear safety glasses.

***On site Organization and Coordination*** – The following personnel are designated to carry out the stated job functions on site. (Note: One person may carry out more than one job function.)

|  |  | Phone/Cell |
|---|---|---|
| Project Team Leader: |  |  |
| Site Safety Officer: | Contractor Provided |  |
| Public Affairs Officer | Jim Taylor (or other rep.) | 337-316-4812 |
| TFG Project Manager | Stuart Waits | 504-628-5056 |
| MVN Resident Engineer | Chris Wagner |  |
| MVN Project Engineer | Anthony Bertucci |  |
| MVN Office of Councel | Alan Sculz |  |
| TFG Representative | Bob Brooks | 504-952-5365 |
| Contract QA Inspector | Bob Tate |  |
| Contract QA Inspector | Bob Hall |  |
| Contractor Rep(s): | Pitman Construction |  |

All personnel arriving or departing the site should log in and out with the TFG QA Representative and or Contractor Safety Representative.

***General Site and Security Controls***

No security needs are anticipated. If security needs develop during accomplishment of material removal activities, assistance with be requested from the USACE MVN Security Office and/or New Orleans Police Department. Phone numbers are provided below.

***Hazard Identification and Evaluation***

The following hazards are expected on site:
1. General disorderly physical environment associated with hurricane related debris.
2. Heavy equipment operations associated with sheet pile removal.
3. Area movement restrictions.
4. Uneven terrain.
5. Slip, trip, fall hazards with associated potential for puncture or laceration wounds resulting from debris related sharp objects.
6. Potential Eye Irritation from Airborne Dust.
7. Potential High Noise Levels.
8. Potential Inclement Weather Conditions.
9. Holes and ditches from uneven terrain.
10. Sharp objects such as nails, metal shards, and broken glass.
11. Potential electrical hazards associated with contractor and/or participant operations.
12. Biological hazards such as insects or stray animals resulting from a general disorderly physical environment.

***Hazard Controls and Personal Protective Equipment***

Based on evaluation of potential hazards, the following levels of PPE have been designated for the applicable work areas or tasks:

4/14/2006  6:52:13 AM

| Location | Function | Protection |
|----------|----------|------------|
| Cutting Zone | Concrete & Steel Removal | Hard Hats, Safety Glasses, Steel Toe Shoes, Gloves (where applicable) and as specified in the Contractor's Accident |
| Construction Site | Material Handling & Observation | Hard Hats, Steel Toe Shoes |

### Brief Personnel

Onsite personnel will be briefed on this plan and the site hazards prior to commencement of material removal operations.

### Communication Procedures

Emergency, command and Safety and Security personnel will communicate via voice and hand signals as primary means of communication with cell phones used as a secondary means of communication.

### Transport of Construction Material Samples

USACE MVN security personnel will be notified when the transport vehicles are ready to move and will notify the storage facility that the materials are en route. USACE MVN and/or TFG personnel will escort the transport vehicles to the designated storage facility. The storage facility will be prepared to receive materials and will have the necessary equipment required to off-load the material samples.

### Site Safety

The Contractor is responsible for site safety.

**Local Emergency Room** - East Jefferson General Hospital, at 4200 Houma Blvd., 504 454-4000, is located a few minutes from the site location. Dr. Terry Creel can be contacted at 454-4000.

**Local Ambulance Service** - New Orleans Health Dept. at 911.

### SECURITY PHONE BOOK

NOPD
SGT Danny Mack           416-4402      Cell
SGT Joe Valiente          234-2616      Cell

New Orleans Levee District Police Chief
Chief Richard Lewis       782-0458      Cell
MAJ Don Booth             782-2159      Cell

4/14/2006  6:52:13 AM

Coast Guard              589-6261      OPS CTR

Bell Chaise Air Control  392-6032      Air CTRL

South LA FAA             337-462-6111  Contact for all towers
For TFR (Temporary Flight Restriction- Give time & date to get no fly zone)

MVN Security             504-862-1183
National Guard OPS CTR:  415-659-4482

**Emergency Procedures are established:**

The MVN and TFG Team Leader and the Contractor's Safety representative will be
notified of any onsite emergencies and will ensure that the appropriate procedures are
followed.

**Injury in Construction Zone:** Upon discovery or notification of an injury, the
Contractor's Safety Representative and the MVN and TFG Team Leader will assess the
nature of the injury. If the cause of the injury or condition of the injured person does not
affect the performance of the project, operations may continue, with the Contractor's
Safety Representative initiating the appropriate first aid and necessary follow-up as stated
above. If necessary, the Contractor's Safety Representative and/or the MVN and TFG
Team Leader will direct the transportation of the injured person to an emergency facility
or direct that an ambulance service be summoned.

## VI.  Schedule

| TIMELINE JANUARY 6, 2006 | |
|---|---|
| **MATERIAL RECOVERY AT IHNC WESTSIDE BREACH** | |
| **Time** | **Activity** |
| 0800 | Begin sawcut of concrete section |
| 1000 | Complete sawcut of concrete, lower section to ground and begin coring operations |
| 1130 | Complete coring operations and load concrete onto vehicle; measure sheet pile, & begin cutting of sheet pile coupons |
| 1200 | Complete cutting of sheet pile and label, document, and load all samples and remaining material. |
| 1230 | Transport remaining recovered material to USACE New Orleans District (MVN) Offices |
| 1300 | Secure construction site; receive and secure material at USACE New Orleans Offices |
| | Testing Results are anticipated to be available within 3 weeks |

## VII.  Attendees

4/14/2006  6:52:13 AM

**USACE**
Hawke, Jeff TFG
Bob Brooks TFG
Lefort, Lane TFG
Alan Schulz MVN
Roth, Tim TFG
Waits, Stuart TFG
Anthony Bertucci
Chris Wagner
Tim Roth,

**Contractors**
Pitman Construction, Approx 5 to 6 persons
BETA Laboratory, Approx 1 to 2 persons
Bob Tate,  Contract QA Inspector
Bob Hall, Contract QA Inspector

**IPET Representative**
Joe Padula

| | | |
|---|---|---|
| Project Team Leader: | ~~LTC Starkel~~ | ~~504-937-5969~~ |
| Site Safety Officer: | Contractor Provided | |
| Public Affairs Officer | ~~Jim Taylor (or other rep.)~~ | ~~337-316-4812~~ |
| TFG Project Manager | Stuart Waits | 504-628-5056 |
| TFG Material Recovery | Bob Brooks | 504-952-5365 |
| TFG QA Representative | | |
| Contractor Rep(s): | Pitman Construction | |

4/14/2006  6:52:13 AM

# Appendices

Communication Plan

Questions and Answers

Media Advisory

Fact Sheet

Photographic Log

Communication Plan
IHNC Floodwall sampling
January 6, 2006

**Purpose**

This plan is designed to guide the Task Force Guardian PAO in its efforts to effectively and efficiently communicate with the people of New Orleans and others interested in the floodwall material removal activities at the IHNC on January 6, 2006

**Background**
- The Inner Harbor Navigation Canal is part of the Lake Pontchartrain and Vicinity Hurricane Protection Project. The project includes a series of control structures, concrete floodwalls, and levees to provide hurricane protection to areas around Lake Pontchartrain.
- Investigations are ongoing to determine why the levee failed.
- It is generally believed that the floodwall was overtopped, resulting in significant scour behind the wall and the eventual failure of the floodwall.

**Issues**
- There is a negative public perception regarding the Corps' diligence in protecting this area of New Orleans relative to other areas.
- There is a general misunderstanding of the Corps' relationship with local levee and sewerage and water boards
- There is a fear of unaccountability for repairs/reconstruction and the future integrity of the system
- There seem to be concerns about the materials used to construct the hurricane protection system

**Goals**
1) Provide transparency to the Corps' investigation into why the floodwall failed, and counteract any misconception that the Corps has something to hide.
2) Provide stakeholders with appropriate information about the role of the Corps in the construction of the levee and floodwall.
3) Provide stakeholders with information about the collection of data and materials at the site, and the Corps' determination to maintain the integrity of the materials for future analysis.

**Stakeholders**

Stakeholders are the residents of the affected community who are still here and those who want to come back, public officials at all levels, elected officials at all levels, agency staff at all levels, the news media, Corps employees, Corps leadership, and local, state, and federal agencies investigating the levee failure.

**Communication Tools:**

Communication actions need to be timed to coincide with event.

4/14/2006  6:52:13 AM

A news advisory will be issued to the local press shortly before initiation of the material removal activities. No press will be invited to attend, and no visitors will be allowed onsite during the removal activities.

A news advisory will be issued to report completion of the removal activities shortly after the activities are completed.

### Questions and Answers
### Inner Harbor Navigation Canal (IHNC)
### Sheet pile and floodwall sampling
### January 6, 2006

**Why did the levee and floodwall fail?**
- The U.S. Army Corps of Engineers and teams of independent investigators are working to determine why a section of floodwall on the west side of the IHNC failed.
- As part of the investigation, we are collecting samples of concrete, sheet pile, and reinforcement steel in the area of the breach for testing of the material properties.
- We are removing a 4-foot by 8-foot section of the concrete wall, from which concrete sample cylinders will be cut.
- The samples taken will be analyzed by scientists and engineers from the Corps-assigned Interagency Performance Evaluation Task Force.
- The analysis will take approximately two weeks to complete.
- The task force will be looking for the strength of the concrete and the reinforcing steel in the wall, as well as the detailed arrangement of the wall's reinforcing steel.
- All of us want to know why parts of the system failed and parts withstood the hurricane.
- We're engaged with others in diligently examining why this happened, and we're committed to building a more effective system.
- Findings from the investigation will help ensure that we succeed in this endeavor.
- We in the Corps of Engineers want that information so that we can ensure optimum designs for reconstruction and for future projects.

**Are you also going to take soil samples?**
- Yes. The Interagency Performance Evaluation Task Force has taken soil samples at the breach site to analyze as part of the investigation.
- IPET was formed by the Chief of Engineers to determine why the hurricane protection system performed the way it did during Hurricanes Katrina and Rita.

**Was the sheet pile at the driven as deep as it was supposed to be?**
- Several sections of the sheet pile removed from the breach will be measured to determine exactly how deep it was driven into the levee.
- This is just one part of our effort to determine why this section of levee failed.

**Who is responsible for these levees?**
- The canal is part of the Corps of Engineers Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by the Orleans Levee District.
- These agencies worked together to design and build the canal, and they also work together to maintain it.

**Can you guarantee the levees won't fail again?**
- We can guarantee you that we'll do everything possible using modern engineering and science to make the system safe.

4/14/2006  6:52:13 AM

- Most of the 130 people on our team live in New Orleans, and many of them are also victims of Katrina. They have a personal, as well as a professional, interest in the safety of the system.

**Is the Corps going to tear out the whole levee system?**
- We are awaiting the conclusion of this investigation and our analysis of the entire levee system before determining what our course of action will be.
- We will use information gathered and validated during the course of this investigation to adjust and improve our repair and reconstruction of the area's levee system.

**Has the Corps explored other alternatives to providing flood protection or will it just rebuild another sheet pile wall?**
- We are actively seeking a better solution to the flood protection problem.
- We are dedicated to exploring and considering all options that may help us meet that objective.

**Who has access to the information collected here today?**
- We will share the information we have available with anyone who wants it.
- We have and will listen to others who put forth ideas about how we might solve this problem. We live here, too.

**How much are you going to pay property owners for the property you take?**
- Before we acquire private property we have it appraised by an independent, licensed real estate appraiser.
- We use that appraisal as the basis for our offer of just compensation to the property owner.

**What if we don't want to sell our property?**
- We will only take property if it is necessary in order to increase the level of hurricane and flood protection for the people in your area.
- We prefer to use land already part of the protection system.

**Why are you refusing to release information on the design and construction of the hurricane protection system? What are you hiding?**
- Information on the hurricane protection system is being scanned and posted to the IPET Web site at https://ipet.wes.army.mil.
- Information posted on the Web site includes design memorandums and reports, plans and specifications, and other information on the hurricane protection system.
- We hold ourselves accountable for our work, and we want to make sure we have all the facts when we report to you on why the hurricane and flood protection system performed the way it did.
- You're hearing a lot of speculation, and some may or may not prove to be accurate; only time will tell. Remember, at this point it's speculation. When the investigations are completed, we, and most importantly you, will have the facts needed to build a better, stronger, and smarter system.

## News Advisory
## U.S. Army Corps of Engineers

### Investigators to remove material from failed floodwall, IHNC Westside

**Where:** West side of Inner Harbor Navigation Canal
**When:** Friday, January 6th, 2006

**Contacts:**
Jim Taylor: 504-862-2076
Jeff Hawk: 504-862-2184
Debbie Quimby: 504-862-2159

This is a notification of the sampling activities to be conducted. No visitors will be granted access to the site during these activities. Another news advisory will be issued to provide results of the sampling activities.

The U.S. Army Corps of Engineers and a representative of the Interagency Performance Evaluation Task Force will remove samples of floodwall material near the IHNC Westside floodwall breach as part of an investigation into the wall failure.

**Schedule**
January 5th, 2006: Contractor will install guide rails for sawcut operations.

January 6th 2006: Contractor will sawcut section of designated monolith, take concrete core samples from the monolith, and cut sheet pile samples from the designated sheet pile pairs. Beta laboratory will take custody of the samples and immediately initiate custody documentation. The Contractor will deliver all remaining materials from which the samples were taken to a designated safe storage area on the New Orleans District reservation.

4/14/2006 6:52:13 AM

**Fact Sheet**
**IHNC Floodwall Investigation**
**January 6, 2006**

A section of floodwall on the west side of the IHNC failed during Hurricanes. The US Army Corps of Engineers and an Interagency Performance Evaluation Taskforce (IPET), as well as independent investigation teams, are working to determine the cause of this and other flood protection system failures in the New Orleans area.

The Corps of Engineers will remove two 6" x 12' samples of sheet pile, four 2' sections of reinforcement steel, and three 6" diameter x 12" long concrete cylinders from the floodwall in the area of the breach. Testing of the samples will allow investigators to evaluate materials used in the construction of the floodwall.

4/14/2006  6:52:13 AM

## PHOTOGRAPHIC LOG
### 1/03/06





IHNC West Marking Concrete 1-3-06a



IHNC West Marking Concrete 1-3-06b

4/14/2006  6:52:13 AM



IHNC West Marking Sheet Pile 1-3-06b



IHNC West Marking Sheet Pile 1-3-06c

4/14/2006  6:52:13 AM



IHNC West Collecting Rebar 1-3-06a



IHNC West Collecting Rebar 1-3-06b



IHNC West Marking Rebar 1-3-06



IHNC West Marking Concrete 1-3-06c



IHNC West Marking Sheet Pile 1-3-06a

4/14/2006  6:52:13 AM