UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL., | * | SECTION "K" (2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

Considering the foregoing Motion for Leave to Amend filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion for Leave to Amend is hereby **GRANTED** and the United States shall be permitted to amend its Motion to Vacate the May 2, 2006, Evidentiary Hearing (Docket No. 166) by filing additional attachments.

New Orleans, LA, this **27** day of **April**, 2006.

_____
United States Magistrate Judge

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____