

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |
| * * * * * * * * * * * * * * * * *' | | |

## MOTION FOR EXPEDITED HEARING

**COME NOW** Plaintiffs in Civil Action Nos. 05-4181, appearing through undersigned counsel, and move This Honorable Court for expedited hearing of their Motion to Compel Production of Evidence. This Motion for Expedited Hearing is filed upon grounds that vital evidence at the London Avenue North breach site is about to be destroyed, and upon grounds which appear more fully in the Memorandum in Support filed simultaneously herewith.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

By_____
Ashton R. O'Dwyer, Jr.
In Proper Person

-1-

Bar No. 10166  
One Canal Place  
365 Canal Street  
Suite 2670  
New Orleans, LA 70130  
Telephone: (504) 561-6561  
Facsimile: (504) 561-5560  

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 27th day of April, 2006.

_____