## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

As is explained in Plaintiffs' Memorandum in Support of their Motion to Compel Production of Evidence, filed simultaneously herewith, vital evidence at the London Avenue North breach site already has been, and more soon will be, destroyed. For those reasons it is respectfully submitted that expedited hearing on the Motion to Compel Production of Evidence should be ordered by the Court in this instance.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

By_____
Ashton R. O'Dwyer, Jr.
In Proper Person

-1-

Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 27th day of April, 2006.

_[signature]_