

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

## ORDER

Considering the Motion for Expedited Hearing filed on behalf of Plaintiffs,

**IT IS ORDERED, ADJUGED AND DECREED** that the hearing on Plaintiffs' Motion to Compel Production of Evidence be and it is hereby set for hearing at 11:00 o'clock A M., on the 10th day of MAY, 2006, at the United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 27 day of April, 2006.

**MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.**

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____