FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  AM 11: 01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### MOTION TO COMPEL PRODUCTION OF EVIDENCE IN CONNECTION WITH THE LONDON AVENUE NORTH BREACH SITE

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for an Order to compel defendant, the United States of America, through its agency and instrumentality, the U.S. Army Corps of Engineers, to produce the following evidence for inspection by plaintiffs' counsel and his expert(s):

1) The in-place sheet piles which are currently under water and buried by mud and rip rap at the bottom of the trench at the London Avenue North breach site, previously identified to counsel for the United States of



-1-

America in multiple written communications since Monday, April 24, 2006.[1]

2) The concrete monolith panels which were removed from the London Avenue North breach site some time between Good Friday and Monday, April 24, 2006, and particularly the left and right edges of those concrete panels and the bottoms of the panels, where they contacted the sheet piles; and

3) The polyvinyl chloride water stops which were installed between concrete monolith panels at the London Avenue North breach site, only two of which could be located at the site on Monday and Tuesday, April 24 and 25, 2006, with both of the said water stops being in damaged and distressed condition.

This motion is filed upon the grounds that the requested evidence is vital to plaintiffs' case against the United States of America and other defendants and has not been produced notwithstanding repeated verbal and written demands during the past several days.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166

---

[1] Should the Court order the Government to produce this vital evidence, after dewatering the trench and "gentle excavation", plaintiffs' expert, Mr. Pazos, should be allowed the same access to the trench as was enjoyed by IPET's Dr. Lowe on April 24 and 25, 2006.

One Canal Place<br>
365 Canal Street<br>
Suite 2670<br>
New Orleans, LA 70130<br>
Telephone: (504) 561-6561<br>
Facsimile: (504) 561-5560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 27th day of April, 2006.