## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, <u>et al.</u>** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., <u>et al.</u>** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion to Compel Production of Evidence for hearing before Magistrate Judge Joseph C. Wilkinson, Jr., at _____ A.M., on the _____ day of _____, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of

record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr.,

via hand delivery, this 27th day of April, 2006.