UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

COLLEEN BERTHELOT, et al.            *        CASE NO.

VERSUS                               *        NO. 05-4182

BOH BROTHERS CONSTRUCTION            *        SECTION " K "
CO., et al.
                                     *        MAG. NO. "2"

RELATES TO ALL CASES
* * * * * * * * * * * * * * * * *'

## UNIFORM  LOCAL RULE 37.1 CERTIFICATE

The undersigned hereby certifies that he has complied with the provisions of

Uniform Local Rule 37.1, by communicating in writing with the lawyers for the United

States of America on numerous occasions since Friday, April 21, 2006, but that counsel

for the Government have been completely non-responsive.

New Orleans, Louisiana, this 27th day of April 2006.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By:_____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street

-1-

Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of

record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr.,

via hand delivery, this 27th day of April, 2006.

-2-