LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
Telephone (504) 561-6561
Facsimile (504) 561-6560

April 21, 2006

**VIA FACSIMILE**
Ms. Tess Finnegan
Robin D. Smith, Esq.
Peter Myer, Esq.
Ms. Traci Colquette
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044

Randall C. Merchant, Esq.
Assistant District Counsel
The United States Army Corps of Engineers
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

      Re:   Colleen Berthelot, et al. vs.
              Boh Brothers Construction Co., LLC, et al.
              No. 05-4182 "K" (2)
              Relates to All Actions

Ladies and Gentlemen:

     As you may know, yesterday Magistrate Wilkinson ordered that my expert, Hector Pazos, and I be granted access to one of the London Avenue sites on Monday, April 24th, to witness the "collection of evidence" by the Contractor for the U.S. Army Corps of Engineers, who presumably will be "working as directed" by the Corps.

     Let me take this opportunity to remind you that the U.S. Army Corps of Engineers is in default of my Freedom of Information Act request of October 12, 2005, as supplemented on November 3, 2005. The outstanding FOIA request is the subject of proceedings in Federal Court in the matter entitled: "Ashton R. O'Dwyer, Jr. versus The United States Army Corps of Engineers", being Civil Action No. 06-1850.


EXHIBIT NO. 2

April 21, 2006
Page 2

I am treating what may happen at London Avenue on Monday as a partial response to my outstanding FOIA request. However, I will not be trifled with. If the anticipated "evidence gathering" to take place is part of a "stunt" by the Corps of Engineers and/or IPET to allow counsel for the parties and their experts to observe retrieval of meaningless evidence, I intend to take the matter up with the Court and will reserve rights for fees and costs, both mine and Mr. Pazos'.

In order to make proper use of my and Mr. Pazos' time, please transmit to me the written instructions of the Corps of Engineers for the work which the Corps is instructing its Contractor to perform at the London Avenue site on Monday, to include any work orders, descriptions of activities to be performed by the Contractor, what evidence is to be gathered, how the evidence is to be preserved or safe-guarded, and the estimated time for completion of each task assigned to the Contractor by the Corps of Engineers.

So that you and the Corps of Engineers will have a clear understanding about what Mr. Pazos and I are interested in seeing, let me be specific. We are interested in the following:

1. The actual sheet piles which were in the breach sites at the London Avenue Canal or in the related "distressed" area. Where are these sheet piles? Have they been buried? Have they been removed from the site? If so, where are they? We want to see the sheet piles in order to observe at their condition, to measure them, and to determine whether they contain any remnants of connectivity with the concrete monolith panels which were previously installed on top of the sheet piles. We are not interested in seeing sheet piles from areas along the London Avenue Canal that were not in breach locations or which were not located in the distressed area.

2. The concrete monolith panels which actually topped the sheet piles in the breach sites and distressed area in the London Avenue Canal. Where are these concrete monolith panels? Have they been buried? Have they been removed from the site? If so, where are they? We are not interested in seeing material from the "low stress" areas of these concrete monolith panels, i.e., concrete pieces removed from the center or tops of the panels; Mr. Pazos and I want to see the edges, i.e., the left hand and right hand "ends" of each concrete panel, and we want to see the bottoms of each concrete panel, together with the method of attachment of the sheet piles to the concrete panels or visa versa. It would help greatly if you could ask the Corps of Engineers to furnish us, on Monday, both the design specifications for the attachment of the panels to the sheet piles, as well as the as-built drawings and related construction documents, which we have not been able to locate, either on the Corps of Engineers or the IPET websites.

April 21, 2006
Page 3

    3.    Any remnants of the polyvinyl chloride "water stops" between concrete panels in the breach locations or in the distressed area.

I do not intend to be used as a "foil" for a meaningless jaunt to London Avenue which will permit the Corps of Engineers and/or IPET to say that they granted their opponents access to evidence. If the inspection on Monday doesn't reveal what I have specifically identified to you and your clients, then it will probably be a waste of time.

I will be home over the weekend at 6034 St. Charles Avenue. I am reachable by E-mail at (AROD@odwyerlaw.com) or by telephone, landline (504-891-8790), cellular (504-884-6727).

Yours very truly,

Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:    All counsel of record (via E-mail)