## Ashton O'Dwyer

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Tuesday, April 25, 2006 10:31 AM
**To:** 'Hectorpazos75597@aol.com'
**Subject:** FW:

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com

-----Original Message-----
**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Monday, April 24, 2006 8:27 PM
**To:** AROD@odwyerlaw.com
**Subject:**

Email

April 24, 2006

To:  Robin Smith
     Peter Myer
     Tess Finnegan
     Traci Colquette
     Randy Merchant

Re:   Colleen Berthelot, et al. vs.
      Boh Brothers Construction Co., LLC, et al.
      C.A. No. 05-4182 "K"(2)
      Relates to All Actions

Ladies and Gentlemen:

I want to go "on the record" regarding observations at the North breach at the London Avenue Canal, West side, at the Robert E. Lee Bridge today.

Preliminarily, none of what happened t6odaqy was necessary. There is no "urgent" repair work underway at this breach site. The cofferdam, which I understand includes 65 foot sheet pile

EXHIBIT No. 3

properly withstand a Category 5 plus hurricane. There is no reason why a T-wall need be installed in the breach area now. None of the non-distressed eye wall areas between Robert E. Lee Blvd. and the Filmore Blvd. Bridge is being replaced with T-wall. The obviously distressed area on the East side of the Robert E. Lee Bridge is not being replaced with T-wall.

What is going on here? Let me address specifically what I have already addressed with Mr. Merchant orally:[1]

1. The United States Army Corps of Engineers has already destroyed and removed from the site extremely valuable evidence, namely the concrete monolith panels in the breach area. This removal was totally unnecessary. Where are these concrete monolith panels? When can my experts and I be given the opportunity to inspect them, since we were not available on less than 24-hours notice on Good Friday, the most Holy day of the year?

2. Where are the polyvinyl chloride water stops between concrete monolith panels in the breach area? We were able to observe only one rubberized water stop today. Where are the rest of them, and when will we be given the opportunity to inspect them?

3. There is about a 100' section of steel sheet piles that has not been properly excavated for adequate inspection and observation. This particular area is currently under water and buried by mud and rip rap. We want this area properly dewatered and excavated to permit reasonable inspection before the removal of any steel sheet pile. Please accommodate us.

4. We want the one-piece of polyvinyl chloride material and the U-shaped rebar marked for identification as evidence.

5. We want reasonable notice of the destruction or excavation of other evidence at the Seventeenth Street Canal breach site and the London Avenue Canal South breach site, and distressed area, before any further destruction of evidence. 24-yhours or less is not reasonable notice, given the situation existing between and among the Corps of Engineers and its contractors.

4/27/2006

6. The Corps of Engineers has hidden from the parties litigant the fact that there are a line of sheet pile on the Canal site of the London Avenue North breach, West side of the canal. This was only discovered and observed today. Additional evidentiary issues may flow from this revelation.

7. Either counsel for the United States of America has been misrepresenting facts to the Court in this case or the U.S. Army Corps of Engineers has been misrepresenting facts to the Department of Justice or the COE and the DOJ have been misrepresenting facts to the Court in unison.

Further deponent sayeth not.

Ashton R. O'Dwyer, Jr.

---

[1]

Parenthecally, why don't you send someone to the site who has authority to bind the United States of America rather than someone who has no authority for anything?

4/27/2006