## Ashton O'Dwyer

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, April 26, 2006 10:19 AM
**To:** 'torres@torres-law.com'; 'rasmith3@bellsouth.net'; 'rcreely@aol.com'; 'ROBBECNEL@aol.com'; 'hhoffmann@spsr-law.com'; 'mriess@kingsmillriess.com'; 'tbrennan@dkslaw.com'; 'rtyler@joneswalker.com'; 'tdarling@grhg.net'; 'tgaudry@grhg.net'; 'wtreeby@stonepigman.com'; 'tanzelmo@mcsalaw.com'; 'jpate@in-law.com'; 'rhubbard@lawla.com'; 'iguichet@lawla.com'; 'vstilwell@dkslaw.com'; 'gsimno@swbno.org'; 'wlanglois@grhg.net'; 'jlandis@stonepigman.com'; 'bmayeaux@in-law.com'; 'gardner@bayoulaw.com'; 'gvarga@rc.com'; 'wlee@stonepigman.com'; 'Abramson@phelps.com'; 'jvdirosa@cityofno.com'; 'pmfields@cityofno.com'; 'jbarrasso@barrassousdin.com'; 'iduplass@duplass.com'; 'kderham@duplass.com'; 'kellerm@ag.state.la.us'; 'belhiamartin@bellsouth.net'; 'jamesmullaly1@hotmail.com'; 'waaron@goinsaaron.com'; 'ctankersley@burglass.com'; 'dphayer@burglass.com'; 'jmcevoy@jonesday.com'; 'dsimonton@sonnenschein.com'; 'martin4@mdjwlaw.com'; 'cseemann@dkslaw.com'; 'gtmanning@jonesday.com'; 'traci.colquette@usdoj.gov'; 'tess.finnegan@usdoj.gov'; 'robin.doyle.smith@usdoj.gov'; 'peter.myer@usdoj.gov'
**Subject:** FW:

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com

-----Original Message-----
**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Tuesday, April 25, 2006 2:12 PM
**To:** AROD@odwyerlaw.com
**Subject:**

Email to:

April 25, 2006

To:   Robin Smith
        Peter Myer
        Tess Finnegan
        Traci Colquette
        Randy Merchant

Re:    Colleen Berthelot, et al. vs.
        Boh Brothers Construction Co., LLC, et al.
        C.A. No. 05-4182 "K"(2)
        Relates to All Actions

Ladies and Gentlemen:

EXHIBIT NO. 5

4/27/2006

When we left the London Avenue North breach today, the Corps' contractor was still in the process of removing steel sheet piles from the "far" side of the breach area, away from Robert E. Lee Blvd. I have made several oral requests to the Corps of Engineers' personnel, including Mr. Merchant, and a request to you in writing, for the dewatering of the central area of the breach and the excavation of what is currently buried by water and rip rap. This is most important evidence, and should not be disturbed without my experts and I having the opportunity to see it.

You have 24-hours to reply, at the expiry of which I will approach Judge Duval and/or Magistrate Wilkinson.

Yours very truly,

Ashton R. O'Dwyer, Jr.

P.S. My secretary left early today. You will have another "laundry list" of deficiencies form me tomorrow morning.

AROD

4/27/2006