FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27 P 12: 47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

* * * * * * * * * * * * * * * * *'

### REQUEST FOR ORAL ARGUMENT

    **COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the

provisions of Rule 78.1 of the Uniform Local Rules for the United States District Courts

in the State of Louisiana, and request oral argument on their Motion to Compel

Production of Evidence in Connection with the London Avenue North Breach Site.

                    Respectfully submitted,

                    **LAW OFFICES OF
                    ASHTON R. O'DWYER, JR., L.L.C.**
                    Counsel for Plaintiffs

                    By: _____
                    Ashton R. O'Dwyer, Jr.
                    **In Proper Person
                    Bar No. 10166
                    One Canal Place
                    Suite 2670
                    New Orleans, LA  70130
                    Tel. (504) 561-6593
                    Fax. (504) 561-6560**

___ Fee_____
___ Process_____
_X_ Dktd_____
__√ CtRmDep_____
___ Doc. No_____

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 27th day of April, 2006.