

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  AM 9:18

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT ALSO RELATES TO:<br>CASE NOS. 05-5237; 05-6314; 05-6324; 05-6327 AND 05-4182 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE FIRST
### SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, comes Defendant B&K Construction Co., Inc. ("B&K"), and respectfully prays for an Order granting its Motion for Leave to file the attached First Supplemental and Amending Answer. As discussed more fully in the accompanying Memorandum in Support, developments occurring since the original Answers were filed necessitates supplementing and amending the original Answers in each of the referenced Docket Numbers. Moreover, B&K certifies that granting this

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Motion will neither delay nor hinder the fair and expeditious disposition of this matter. The Court has granted parties until April 26, 2006 to file amended pleadings.

WHEREFORE, defendant, B&K Construction Co., Inc., respectfully prays for an Order granting this Motion for Leave to file the attached First Supplemental and Amending Answer.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter via e-mail, on this 25th day of April, 2006.

_____
Betty F. Mullin

Motion will neither delay nor hinder the fair and expeditious disposition of this matter. The Court has granted parties until April 26, 2006 to file amended pleadings.

WHEREFORE, defendant, B&K Construction Co., Inc., respectfully prays for an Order granting this Motion for Leave to file the attached First Supplemental and Amending Answer.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter via e-mail, on this 25th day of April, 2006.

_____
Betty F. Mullin