UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL       *     CIVIL ACTION
                                   *
VERSUS                           *     NO: 05-4182
                                   *
BOH BROTHERS CONSTRUCTION CO.,    *     SECTION "K"(2)
L.L.C., ET AL                     *
                                   *     CONS. KATRINA CANAL
THIS DOCUMENT ALSO RELATES TO:     *
**CASE NOS. 05-5237; 05-6314; 05-6324; 05-6327**   *
**AND 05-4182**                  *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE FIRST
### SUPPLEMENTAL AND AMENDING ANSWER

MAY IT PLEASE THE COURT:

      Defendant B&K Construction Co., Inc. ("B&K"), respectfully seeks leave to

supplement and amend its original Answers filed in the captioned litigation. Since filing the

Answers, the United States Congress has passed legislation entitling certain Louisiana

residents to substantial grants, loans, and other financial relief for property damage arising

out of the flooding following Hurricane Katrina. In light of this recent legislation, B&K must

supplement and amend its affirmative defenses requesting a credit and offset for the amounts of said payments, if any, to plaintiffs herein.

B&K hereby certifies that, by granting the relief requested herein, the Court will neither dely nor hinder the fair and expeditious disposition of this matter.

Respectfully submitted,

Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor – Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter via e-mail, on this 25th day of April, 2006.

Betty F. Mullin

N:\DATA\K\03409023\Consolidated Pleadings\Leave-Memo.wpd

2