FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28 PM 1:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT ALSO RELATES TO: CASE NOS. 05-5237; 05-6314; 05-6324; 05-6327 AND 05-4182 | * | |

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED THAT, B&K Construction Co., Inc., be and is hereby granted leave to file the attached First Supplemental and Amending Answer, supplementing and amending each Answer filed in the captioned Docket Numbers.

THUS DONE AND SIGNED, this 28th day of April, 2006, at New Orleans, Louisiana.

_____
JUDGE

N:\DATA\K\03409023\Consolidated Pleadings\Leave-Motion.wpd

3

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____