

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 21  PM 2: 38

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | : | CIVIL ACTION NO. 05-4182 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| <u>THIS DOCUMENT RELATES TO:</u> | : | |
| FREDERICK BRADLEY, ET AL. | : | CIVIL ACTION NO. 05-6359 |
| VERSUS | : | SECTION "K" (2) |
| MODJESKI AND MASTERS, INC. | : | |

---

**EX-PARTE MOTION, INCORPORATED MEMORANDUM
IN SUPPORT, AND ORDER FOR LEAVE TO AMEND ANSWER**

---

Modjeski and Masters, Inc. ("Modjeski"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1.

Modjeski has need to amend its answer, based on allegations being made by plaintiffs in the flood cases.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested and obtained the consent of plaintiffs' counsel to this amendment.

4.

Such amendment will not delay these proceedings.

**WHEREFORE,** Modjeski prays for an Order by the Court granting leave to amend its answer in this matter.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
        of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Gerald E. Meunier, Esq.
Gainsburgh Benjamin David
Meunier & Warshauer
Energy Centre, Suite 2800
1100 Poydras Street
New Orleans, LA 70163-2800
Fax: 528-9973
Email: gmeuner@gainsben.com

_____
Victor E. Stilwell, Jr.

#174819v1<DKS> -Bradley-Ex Parte Motion 4-19-06

-3-