

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | |
| JIM EZELL, husband of/ and BONNIE EZELL | : CIVIL ACTION NO. 05-6314 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | : |

**EX-PARTE MOTION, INCORPORATED MEMORANDUM IN SUPPORT, AND ORDER FOR LEAVE TO AMEND ANSWER**

Modjeski and Masters, Inc. ("Modjeski"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:



1.

Modjeski has need to amend its answer, based on allegations being made by plaintiffs in the flood cases.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested and obtained the consent of plaintiffs' counsel to this amendment.

4.

Such amendment will not delay these proceedings.

**WHEREFORE,** Modjeski prays for an Order by the Court granting leave to amend its answer in this matter.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant


---


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Motion has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
Attorney for Jim Ezell and Bonnie Ezell
Fax (985) 735-5579
Email: rgp@rgplaw.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

William D. Treeby
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Thomas L. Gaudry, Jr.
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue
P.O. Box 1910
Suite 500
Gretna, LA 70054-1910
Attorney for Virginia Wrecking Company, Inc.
Fax: 362-5938
Email: tgaudry@grhg.net

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfeard LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Attorney for Board of Commissioners for the Orleans Levee District
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: Gardner@bayoulaw.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

_____
Victor E. Stilwell, Jr.

#174325v1<DKS> -Ezell Ex Parte Motion 4-19-06