

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | : | CIVIL ACTION NO. 05-4182 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | : | |
| MAUREEN O'DWYER, ET AL. | : | CIVIL ACTION NO. 05-4181 |
| VERSUS | : | SECTION "K" (2) |
| UNITED STATES, ET AL. | : | |

### EX-PARTE MOTION, INCORPORATED MEMORANDUM IN SUPPORT, AND ORDER FOR LEAVE TO AMEND ANSWER

Modjeski and Masters, Inc. ("Modjeski"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No____
```

1.

Modjeski has need to amend its answer, based on allegations being made by plaintiffs in the flood cases.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested and obtained the consent of plaintiffs' counsel to this amendment.

4.

Such amendment will not delay these proceedings.

**WHEREFORE,** Modjeski prays for an Order by the Court granting leave to amend its answer in this matter.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
  of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Motion has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Ashton Robert O'Dwyer, Jr.
One Canal Place
Suite 2670
New Orleans, LA 70130
Fax: 561-6560
Email: arod@odwyerlaw.com

Michael Courtney Keller
Louisiana Department of Justice
Litigation Division
601 Poydras Street
Suite 1725
New Orleans, LA 70130
Fax: 599-1212
Email: kellerm@ag.state.la.us

William David Aaron, Jr.
Goins Aaron, APLC
Siegen Lane Office Center
9270 Siegen Lane
Suite 404
Baton Rouge, LA 70810
Fax: (225) 757-3882
Email: waaron@goinsaaron.com

Christopher Kent Tankersley
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Fax: 836-2221
Email: ctankersley@burglass.com

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130
Fax: 962-5537
Email: Unknown

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: gardner@bayoulaw.com

James Bryan Mullaly
City Attorney's Office
City Hall
1300 Perdido Street
Room 5E01
New Orleans, LA 70112
Fax: 658-9868
Email: jamesmullaly1@hotmail.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell
& McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 700002
Fax: 831-2482
Email: tanzelmo@mcsalaw.com

_____
Victor E. Stilwell, Jr.

#174778v1<DKS> -ODwyer Ex Parte Motion 4-19-06