FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 24  AM 9: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| <u>THIS DOCUMENT RELATES TO:</u> | : |
| ANN VODANOVICH, wife of/and CHARLIE VODANOVICH, ET AL. | : CIVIL ACTION NO. 05-5237 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | : |

---

**EX-PARTE MOTION, INCORPORATED MEMORANDUM
IN SUPPORT, AND ORDER FOR LEAVE TO AMEND ANSWER**

---

Modjeski and Masters, Inc. ("Modjeski"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

1.

Modjeski has need to amend its answer, based on allegations being made by plaintiffs in the flood cases.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested and obtained the consent of plaintiffs' counsel to this amendment.

4.

Such amendment will not delay these proceedings.

**WHEREFORE,** Modjeski prays for an Order by the Court granting leave to amend its answer in this matter.

*[signature]*

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Motion has been served this _26th_ day of _April_, 2006, by telefax and e-mail upon the following counsel of record:

James R. Dugan, II
Dugan & Browne, PLC
Poydras Center
650 Poydras Street
Suite 2150
New Orleans, LA 70130
Fax: 504-648-0181
Email:jdugan@duganbrowne.com

Michael R. C. Riess
Kingsmill Riess LLC
201 ST. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 504-581-3310
Email:mriess@kingsmillriess.com

John M. Landis
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans LA 70130-3588
Fax: 504-581-3361
Email:jlandis@stonepigman.com

Thomas Livingston Gaudry, Jr.
Gaudry Ranson Higgins & Gremillion LLC
401 Whitney Ave.
Po Box 1910
Suite 500
Gretna LA 70054-1910
Fax: 504-362-5938
Email:tgaudry@grhg.net

Charles E. Seemann, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Fax: 504-566-1201
Email:cseemann@dkslaw.com

Betty Finley Mullin
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 504-569-2999
Email:bettym@spsr-law.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 504-831-2492
Email:tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans LA 70130
Fax: 504-310-9195
Email:rhubbard@lawla.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 504-585-2426
Email:gsimno@swbno.org

_____
Victor E. Stilwell, Jr.

#174147v1<DKS> -Vodanovich Ex Parte Motion 4-19-06