

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26 PM 4: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### STATE OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | **SECTION "K"(2)** |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | | |
| **CIVIL ACTION NO. 05-6314** | | |

\*   \*   \*   \*   \*   \*   \*   \*

### EX-PARTE MOTION AND INCORPORATED MEMORANDUM
### IN SUPPORT FOR LEAVE TO AMEND ANSWER

Eustis Engineering Company, Inc. ("Eustis"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:

1.

Eustis has need to amend Eustis' answer, based on allegations being made by plaintiffs in the levee breach action.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

expmotion and order_727409_Ezell_042606_eedasa#1F.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested the consent of plaintiffs' counsel to this amendment, but has been unable to reach counsel.

4.

Such amendment will not delay these proceedings.

WHEREFORE, Eustis prays for an Order by the Court granting leave to amend its answer in this matter.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation

THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone:  (504) 832-7222
Facsimile:   (504) 832-7223

**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY, INC.,
DEFENDANT**