## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### STATE OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) <br> CONS. KATRINA CANAL |
| | * | |

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO. 05-6314

\* \* \* \* \* \* \* \*

### NOTICE OF MOTION

To: **ALL COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Eustis Engineering Company, Inc. ("Eustis") will bring a motion for leave to file amended answer for hearing before this Court on the 17th day of May, 2006 at 9:30 a.m. or as soon thereafter as counsel may be heard before Honorable Stanwood R. Duval, Jr., U.S. District Judge for the Eastern District of Louisiana, Section "K", 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation

_____
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone:  (504) 832-7222
Facsimile:   (504) 832-7223
**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.**
**THIRD PARTY DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 26th day of April, 2006, served a copy of the foregoing "Ex-parte Motion and Incorporated Memorandum In Support for Leave to Amend Answer and Notice of Motion" on counsel for all parties to this proceeding, by faxing, emailing or mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
ERIN E. DEARIE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of April, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by faxing, emailing or mailing the same by United States mail, properly addressed, and first class postage prepaid.

ERIN E. DEARIE