FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 26  PM 4:33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
CIVIL ACTION NO. 05-6327

\* \* \* \* \* \* \* \*

## UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR LEAVE TO AMEND ANSWER

Eustis Engineering Company, Inc. ("Eustis"), through its undersigned counsel, moves to amend its answer in the above captioned matter, for the following reasons:

1.

Eustis has need to amend Eustis' answer, based on allegations being made by plaintiffs in the levee breach action.

2.

This Court has ordered that all pleadings be amended by April 26, 2006.

expmotion and order_727409_Leblanc_042606_eedasa#1F.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

3.

Pursuant to Local Rule 7.6E, undersigned counsel has requested the consent of plaintiffs' counsel to this amendment, and plaintiffs' counsel does not object.

4.

Such amendment will not delay these proceedings.

WHEREFORE, Eustis prays for an Order by the Court granting leave to amend its answer in this matter.

        Respectfully Submitted,

        GARDNER & KEWLEY
        A Professional Law Corporation

        _____
        THOMAS F. GARDNER, T.A. (#1373)
        ERIN E. DEARIE (#29052)

        1615 Metairie Road, Suite 200
        Metairie, Louisiana  70005
        Telephone:   (504) 832-7222
        Facsimile:   (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of April, 2006, served a copy of the foregoing "Unopposed Motion and Incorporated Memorandum In Support for Leave to Amend Answer" on counsel for all parties to this proceeding, by faxing, emailing or mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
ERIN E. DEARIE