

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| <u>THIS DOCUMENT RELATES TO:</u> | |
| FREDERICK BRADLEY, ET AL. | : CIVIL ACTION NO. 05-6359 |
| VERSUS | : SECTION "K" (2) |
| MODJESKI AND MASTERS, INC. | |

**ORDER**

Considering the foregoing Motion,

**IT IS ORDERED,** that Modjeski and Masters, Inc.'s Motion for Leave to Amend its Answer in the captioned matter be and is hereby **GRANTED.**

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this ___ day of _____, 2006, by telefax and e-mail upon the following counsel of record:

Gerald E. Meunier, Esq.
Gainsburgh Benjamin David
Meunier & Warshauer
Energy Centre, Suite 2800
1100 Poydras Street
New Orleans, LA 70163-2800
Fax: 528-9973
Email: gmeuner@gainsben.com

_____
Victor E. Stilwell, Jr.

#174820v1<DKS> -Bradley-Order 4-19-06