

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28 PM 1:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| COLLEEN BERTHELOT, ET AL. | : | CIVIL ACTION NO. 05-4182 |
|---|---|---|
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | : | |
| FREDERICK BRADLEY, ET AL. | : | CIVIL ACTION NO. 05-6359 |
| VERSUS | : | SECTION "K" (2) |
| MODJESKI AND MASTERS, INC. | : | |

## FIRST AMENDED ANSWER ON BEHALF OF MODJESKI AND MASTERS, INC. TO PURPORTED CLASS ACTION COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and amends its original answer pursuant to Rule 15(a), FRCP, as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

## MODJESKI'S AMENDED ANSWER TO THE ORIGINAL COMPLAINT

I.

Modjeski amends its answer to plaintiffs' original complaint by adding the following:

### SEVENTH AFFIRMATIVE DEFENSE

Modjeski was not engaged by the Corps or any other federal governmental body to provide engineering services. However and to the extent that plaintiffs allege federal question jurisdiction based upon government contractor status, which Modjeski has denied, Modjeski pleads, in the alternative, all defenses available to government contractors.

II.

Modjeski reavers, realleges, reiterates and incorporates all of the defenses and answers set forth in its original Answer, except as specifically amended above, as if copied *in extenso* herein.

**WHEREFORE,** Modjeski and Masters, Inc. prays that its Answer be amended as set forth above, and that its Answer, as amended, be deemed good and sufficient, and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorney's fees and all costs of these proceedings, and for all further relief which justice and equity require.

_[signature]_
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Gerald E. Meunier, Esq.
Gainsburgh Benjamin David
Meunier & Warshauer
Energy Centre, Suite 2800
1100 Poydras Street
New Orleans, LA 70163-2800
Fax: 528-9973
Email: gmeuner@gainsben.com

_[signature]_
Victor E. Stilwell, Jr.

#174816v1<DKS> -Bradley-1st amended answer