

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  PM 1:55

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | CONS. KATRINA CANAL |
| <u>THIS DOCUMENT RELATES TO:</u> | |
| JIM EZELL, husband of/ and BONNIE EZELL | CIVIL ACTION NO. 05-6314 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED,** that Modjeski and Masters, Inc.'s Motion for Leave to Amend its Answer in the captioned matter be and is hereby **GRANTED.**

___ Fee_____
___ Process_____
_X_/ Dktd_____
_✓_/ CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this ____ day of __April__, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Order has been served this ____ day of __April__, 2006, by telefax and e-mail upon the following counsel of record:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
Attorney for Jim Ezell and Bonnie Ezell
Fax (985) 735-5579
Email: rgp@rgplaw.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

William D. Treeby
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Thomas L. Gaudry, Jr.
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue
P.O. Box 1910
Suite 500
Gretna, LA 70054-1910
Attorney for Virginia Wrecking Company, Inc.
Fax: 362-5938
Email: tgaudry@grhg.net

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfeard LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Attorney for Board of Commissioners for the Orleans Levee District
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: Gardner@bayoulaw.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

_____
Victor E. Stilwell, Jr.

#174321v1<DKS> -Ezell Order 4-19-06