FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28 PM 1:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | |
| JIM EZELL, husband of/and BONNIE EZELL | : CIVIL ACTION NO. 05-6314 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

**SECOND AMENDED ANSWER ON BEHALF OF
MODJESKI AND MASTERS, INC.
TO PURPORTED CLASS ACTION COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and amends its answer pursuant to Rule 15(a), FRCP, as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## MODJESKI'S SECOND AMENDED ANSWER TO THE ORIGINAL COMPLAINT

1.

Modjeski further amends its answer to plaintiffs' original complaint by adding the following:

### EIGHTH AFFIRMATIVE DEFENSE

Modjeski was not engaged by the Corps or any other federal governmental body to provide engineering services. However and to the extent that plaintiffs allege federal question jurisdiction based upon government contractor status, which Modjeski has denied, Modjeski pleads, in the alternative, all defenses available to government contractors.

2.

Modjeski reavers, realleges, reiterates and incorporates all of the other defenses and answers set forth in its Original and First Amended Answer, except as specifically amended above, as if copied *in extenso* herein.

**WHEREFORE,** Modjeski and Masters, inc. prays that its Answer be amended as set forth above, and that its Answer, as amended, be deemed good and sufficient, and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorney's fees and all costs of these proceedings, and for all further relief which justice and equity require.

*[signature]*

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez  (#28442)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Ronnie G. Penton
Law Offices of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
Attorney for Jim Ezell and Bonnie Ezell
Fax (985) 735-5579
Email: rgp@rgplaw.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax:581-3310
Email: mriess@kingsmillriess.com

William D. Treeby
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Thomas L. Gaudry, Jr.
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue
P.O. Box 1910
Suite 500
Gretna, LA 70054-1910
Attorney for Virginia Wrecking Company, Inc.
Fax: 362-5938
Email: tgaudry@grhg.net

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfeard LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Attorney for Board of Commissioners for the Orleans Levee District
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: Gardner@bayoulaw.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

_____
Victor E. Stilwell, Jr.

#174326v1<DKS> -Ezell 2nd Amended Answer 4-19-06 2nd