

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  PM 1:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | : | CIVIL ACTION NO. 05-4182 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | : | |
| MAUREEN O'DWYER, ET AL. | : | CIVIL ACTION NO. 05-4181 |
| VERSUS | : | SECTION "K" (2) |
| UNITED STATES, ET AL. | : | |

**ORDER**

Considering the foregoing Motion,

**IT IS ORDERED,** that Modjeski and Masters, Inc.'s Motion for Leave to Amend

its Answer in the captioned matter be and is hereby **GRANTED**.

Fee_____
Process_____
X  Dkto_____
CtRmDep_____
Doc. No._____

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Order has been served this _____ day of _____, 2006, by telefax and e-mail upon the following counsel of record:

Ashton Robert O'Dwyer, Jr.
One Canal Place
Suite 2670
New Orleans, LA 70130
Fax: 561-6560
Email: arod@odwyerlaw.com

Michael Courtney Keller
Louisiana Department of Justice
Litigation Division
601 Poydras Street
Suite 1725
New Orleans, LA 70130
Fax: 599-1212
Email: kellerm@ag.state.la.us

William David Aaron, Jr.
Goins Aaron, APLC
Siegen Lane Office Center
9270 Siegen Lane
Suite 404
Baton Rouge, LA 70810
Fax: (225) 757-3882
Email: waaron@goinsaaron.com

-2-

Christopher Kent Tankersley
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Fax: 836-2221
Email: ctankersley@burglass.com

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130
Fax: 962-5537
Email: Unknown

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: gardner@bayoulaw.com

James Bryan Mullaly
City Attorney's Office
City Hall
1300 Perdido Street
Room 5E01
New Orleans, LA 70112
Fax: 658-9868
Email: jamesmullaly1@hotmail.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell
& McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 700002
Fax: 831-2482
Email: tanzelmo@mcsalaw.com

_____
Victor E. Stilwell, Jr.

#172629v1<DKS> -Berthelot Order 4-19-06