FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 28 PM 1:55
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | : | CIVIL ACTION NO. 05-4182 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | : | |
| MAUREEN O'DWYER, ET AL. | : | CIVIL ACTION NO. 05-4181 |
| VERSUS | : | SECTION "K" (2) |
| UNITED STATES, ET AL. | : | |

**AMENDED ANSWER ON BEHALF OF MODJESKI AND MASTERS, INC. TO PURPORTED CLASS ACTION COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and amends its answer pursuant to Rule 15(a), FRCP, as follows:

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No.___

## MODJESKI'S AMENDED ANSWER TO THE COMPLAINT, AS AMENDED

1.

Modjeski amends its answer to plaintiffs' complaint, as amended, by adding the following:

### NINTH AFFIRMATIVE DEFENSE

Modjeski was not engaged by the Corps or any other federal governmental body to provide engineering services. However and to the extent that plaintiffs allege federal question jurisdiction based upon government contractor status, which Modjeski has denied, Modjeski pleads, in the alternative, all defenses available to government contractors.

2.

Modjeski reavers, realleges, reiterates and incorporates all of the other defenses and answers set forth in its Original Answer, except as specifically amended above, as if copied *in extenso* herein.

**WHEREFORE,** Modjeski and Masters, inc. prays that its Answer be amended as set forth above, and that its Answer, as amended, be deemed good and sufficient, and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorney's fees and all costs of these proceedings, and for all further relief which justice and equity require.

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this 21st day of April, 2006, by telefax and e-mail upon the following counsel of record:

Ashton Robert O'Dwyer, Jr.
One Canal Place
Suite 2670
New Orleans, LA 70130
Fax: 561-6560
Email: arod@odwyerlaw.com

Michael Courtney Keller
Louisiana Department of Justice
Litigation Division
601 Poydras Street
Suite 1725
New Orleans, LA 70130
Fax: 599-1212
Email: kellerm@ag.state.la.us

William David Aaron, Jr.
Goins Aaron, APLC
Siegen Lane Office Center
9270 Siegen Lane
Suite 404
Baton Rouge, LA 70810
Fax: (225) 757-3882
Email: waaron@goinsaaron.com

Christopher Kent Tankersley
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, LA 70001
Fax: 836-2221
Email: ctankersley@burglass.com

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130
Fax: 962-5537
Email: Unknown

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: gardner@bayoulaw.com

James Bryan Mullaly
City Attorney's Office
City Hall
1300 Perdido Street
Room 5E01
New Orleans, LA 70112
Fax: 658-9868
Email: jamesmullaly1@hotmail.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell
& McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 700002
Fax: 831-2482
Email: tanzelmo@mcsalaw.com

Victor E. Stilwell, Jr.

#174765v1<DKS> -ODywer Amended Answer 4-19-06 2nd