

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 APR 28  PM 1:56
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | CONS. KATRINA CANAL |
| <u>THIS DOCUMENT RELATES TO:</u> | |
| BETH A. LeBLANC, ET AL. | CIVIL ACTION NO. 05-6327 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

---

**AMENDED ANSWER ON BEHALF OF
MODJESKI AND MASTERS, INC.
TO PURPORTED CLASS ACTION COMPLAINT**

---

**NOW INTO COURT,** through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and amends its answer pursuant to Rule 15(a), FRCP, as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## MODJESKI'S AMENDED ANSWER TO THE ORIGINAL COMPLAINT

1.

Modjeski amends its answer to plaintiffs' original complaint by adding the following:

### NINTH AFFIRMATIVE DEFENSE

Modjeski was not engaged by the Corps or any other federal governmental body to provide engineering services. However and to the extent that plaintiffs allege federal question jurisdiction based upon government contractor status, which Modjeski has denied, Modjeski pleads, in the alternative, all defenses available to government contractors.

2.

Modjeski reavers, realleges, reiterates and incorporates all of the other defenses and answers set forth in its Original Answer, except as specifically amended above, as if copied *in extenso* herein.

**WHEREFORE,** Modjeski and Masters, inc. prays that its Answer be amended as set forth above, and that its Answer, as amended, be deemed good and sufficient, and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorney's fees and all costs of these proceedings, and for all further relief which justice and equity require.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John W. Martinez (#28442)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc.,
Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has bene served this 24th day of April, 2006, by telefax and e-mail upon the following counsel of record:

Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Fax: 581-1493
Email: jbruno@brunobrunolaw.com

William D. Treeby
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Joseph Vincent Dirosa, Jr.
City Attorney's Office
City Hall
1300 Perdido Street
Room 5E01
New Orleans, LA 7011
Fax: 658-9868
Email: jvdirosa@cityofno.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

Richard John Tyler
Jones Walker Weachter Poitevent Carrere & Denegre
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170-5100
Fax: 582-8010
Email: rtyler@joneswalker.com

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: gardner@bayoulaw.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

_____
Victor E. Stilwell, Jr.

#174331v1<DKS> -LeBlanc Amended Answer 4-19-06