FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28 PM 1:56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | : CIVIL ACTION NO. 05-4182 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : CONS. KATRINA CANAL |
| **THIS DOCUMENT RELATES TO:** | |
| BETH A. LeBLANC, ET AL. | : CIVIL ACTION NO. 05-6327 |
| VERSUS | : SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED**, that Modjeski and Masters, Inc.'s Motion for Leave to Amend its Answer in the captioned matter be and is hereby **GRANTED**.

___ Fee_____
___ Process_____
X Dktd_____
V CtRmDep_____
___ Doc. No_____

New Orleans, Louisiana, this 28th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Order has been served this 28th day of April, 2006, by telefax and e-mail upon the following counsel of record:

Joseph M. Bruno
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Fax: 581-1493
Email: jbruno@brunobrunolaw.com

William D. Treeby
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Joseph Vincent Dirosa, Jr.
City Attorney's Office
City Hall
1300 Perdido Street
Room 5E01
New Orleans, LA 7011
Fax: 658-9868
Email: jvdirosa@cityofno.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

Herman C. Hoffmann, Jr.
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

Richard John Tyler
Jones Walker Weachter Poitevent Carrere & Denegre
201 St. Charles Avenue
50th Floor
New Orleans, LA 70170-5100
Fax: 582-8010
Email: rtyler@joneswalker.com

Thomas Francis Gardner
Gardner & Kewley APLC
1615 Metairie Road
Suite 200
Metairie, LA 70005
Fax: 832-7222
Email: gardner@bayoulaw.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 831-2492
Email: tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans, LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

_____
Victor E. Stilwell, Jr.

#174366v1<DKS> -LeBlanc Order 4-19-06