<2>
Case 2:05-cv-04182-SRD-JCW   Document 242   Filed 04/28/06   Page 1 of 4
</2>



```
      FILED
  U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  PM 1:56

  LORETTA G. WHYTE
        CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | CONS. KATRINA CANAL |

<u>THIS DOCUMENT RELATES TO:</u>

| | |
|---|---|
| ANN VODANOVICH, wife of/and CHARLIE VODANOVICH, ET AL. | CIVIL ACTION NO. 05-5237 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED,** that Modjeski and Masters, Inc.'s Motion for Leave to Amend its Answer in the captioned matter be and is hereby **GRANTED**.

```
___ Fee_____
___ Process_____
 X  Dktd_____
 V  CtRmDep_____
___ Doc. No_____
```

New Orleans, Louisiana, this 28th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this Order has been served this 26th day of April, 2006, by telefax and e-mail upon the following counsel of record:

James R. Dugan, II
Dugan & Browne, PLC
Poydras Center
650 Poydras Street
Suite 2150
New Orleans, LA 70130
Fax: 504-648-0181
Email:jdugan@duganbrowne.com

Michael R. C. Riess
Kingsmill Riess LLC
201 ST. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 504-581-3310
Email:mriess@kingsmillriess.com

John M. Landis
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans LA 70130-3588
Fax: 504-581-3361
Email:jlandis@stonepigman.com

Thomas Livingston Gaudry, JR.
Gaudry Ranson Higgins & Gremillion LLC
401 Whitney Ave.
Po Box 1910
Suite 500
Gretna LA 70054-1910
Fax: 504-362-5938
Email:tgaudry@grhg.net

Charles E. Seemann, Jr.
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130
Fax: 504-566-1201
Email:cseemann@dkslaw.com

Betty Finley Mullin
Simon Peragine Smith & Redfearn LLP
Energy Center
1100 Poydras Street
30th Floor
New Orleans, LA 70163-3000
Fax: 504-569-2999
Email:bettym@spsr-law.com

Thomas P. Anzelmo
McCraine Sistrunk Anselmo Hardy Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Fax: 504-831-2492
Email:tanzelmo@mcsalaw.com

Ralph Shelton Hubbard, III
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street
Suite 2775
New Orleans LA 70130
Fax: 504-310-9195
Email:rhubbard@lawla.com

George R. Simno, III
Sewerage & Water Board Legal Department
625 St. Joseph Street
Room 201
New Orleans, LA 70165
Fax: 504-585-2426
Email:gsimno@swbno.org

_____
Victor E. Stilwell, Jr.

#174140v1<DKS> -Vodanovich Order 4-19-06