

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  PM 1:56

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### STATE OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2)<br>CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO:<br>CIVIL ACTION NO. 05-6314 | | |
| * * * * * * * * | | |

### ORDER

Considering the foregoing Motion,

**IT IS ORDERED**, that Eustis Engineering Company, Inc.'s Ex-Parte Motion for Leave to file the attached Answer in the above captioned matter be and is hereby **GRANTED**.

New Orleans, Louisiana, this 25th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

expmotion and order_727409_Ezell_042606_eedasa#1F.wpd

\_\_\_ Fee_____
\_\_\_ Process\_\_\_\_
X\_ Dktd_____
\_\_\_ CtRmDep\_\_\_
\_\_\_ Doc. No\_\_\_\_