

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: CIVIL ACTION NO. ~~05-6314~~ 05-6327 | | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED**, that Eustis Engineering Company, Inc.'s Unopposed Motion for Leave to file the attached Answer in the above captioned matter be and is hereby **GRANTED**.

New Orleans, Louisiana, this 27th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

expmotion and order_727409_Leblanc_042606_eedasa#1F.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____