

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
FILED
2006 APR 28  PM 1:57
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### STATE OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |
| | * | |

**THIS DOCUMENT RELATES TO:**
**CIVIL ACTION NO. 05-6327**

\* \* \* \* \* \* \* \*

### AMENDED AFFIRMATIVE DEFENSES
### ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.

NOW INTO COURT, through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis") who amends Eustis' previously filed answer to add the following affirmative defenses.

### Ninth Affirmative Defense

Any damage as a result of the failure of the levees was due to geologic faulting and is not Eustis' responsibility. On information and belief, a geologic fault exists beneath the levee systems; movement along the fault beneath the levees damaged the foundation and was a superceding cause of the failure of the levees.

aans_727409_leblanc_042606_eedase#1F.wpd



### Tenth Affirmative Defense

The design criteria for the levees was exceeded during Hurricane Katrina.

### Eleventh Affirmative Defense

Eustis is not responsible for alterations of Eustis' geotechnical advice and for designs based on other subsequently developed criteria.

### Twelfth Affirmative Defense

Eustis was engaged by the United States Army Corps of Engineers from time to time to provide engineering services. However, to the extent that plaintiffs allege federal question jurisdiction based on government contractor status, which Eustis denies, Eustis pleads, in the alternative, all defenses available to government contractors.

WHEREFORE, Eustis Engineering Company, Inc. prays that, after due proceedings are held, there be judgment dismissing with prejudice the Complaint filed by the plaintiffs, taxing the plaintiffs with all costs of this proceeding, and granting to Eustis Engineering Company, Inc. all other general and equitable relief.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation

THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile: (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of April, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

*[signature]*

ERIN E. DEARIE