# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 26   AM 11:22
LORETTA G. WHYTE
CLERK

Colleen Berthelot, et al

V.

Boh Brothers Construction Co., L.L.C., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4182

SECTION: "T" K   MAGISTRATE: (4)

TO: (Name and address of defendant)

MILLER EXCAVATING SERVICES, INC.

Through its agent for service of process

Annie Mae Miller

421 Almedia Road

St. Rose, LA 70087

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL E. BECNEL, JR
P.O. DRAWER H
106 West 7th Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE   NOV 2 8 2005

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 12-1-05 |
| Name of SERVER (PRINT): DARRYL BECNEL | TITLE: |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: 420/421 Almedia Road, St. Rose, LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-1-05
                Date

Signature of Server

Address of Server:
106 W. 7th St.
P.O. Drawer H
Reserve, LA 70084

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.