FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28  AM 11: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | **CIVIL ACTION NO. 05-4182 AND** |
| | * | **CONSOLIDATED CASES** |
| **VERSUS** | * | |
| | * | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTIONS** | * | |
| **CO., L.L.C., ET AL** | * | |
| | * | |
| **THIS APPLIES TO ALL CASES** | * | |

*********************************************************************

### RICHARD J. ARSENAULT'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Richard J. Arsenault who files the attached application for appointment to the Plaintiffs' Steering Committee.

Respectfully submitted,

NEBLETT, BEARD & ARSENAULT
Attorneys at Law
Post Office Box 1190
Alexandria, LA  71309-1190
Telephone:  (318) 487-9874

BY: _____
RICHARD J. ARSENAULT (#02563)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____



RICHARD J. ARSENAULT *
C. MICHAEL BOLLINGER
DAVID O. WALKER **
PAUL J. TELLARICO
WILLIAM S. NEBLETT ***
MICHAEL S. KOCH
WESLEY J. GRALAPP
GARY J. ARSENAULT
EDWARD L. ROBERTS, III
STEVEN M. RACHAL
JOHN R. WHALEY
JEAN PAUL OVERTON

A REGISTERED LIMITED LIABILITY PARTNERSHIP, INCLUDING LAW CORPORATIONS

ROBERT B. NEBLETT (1991)
RICHARD W. BEARD (1988)

* LAW CORPORATION
ALSO ADMITTED IN
COLORADO, TEXAS
AND WASHINGTON, D.C.
** LAW CORPORATION
ALSO ADMITTED IN TEXAS
*** ALSO ADMITTED IN TEXAS

J. PHILLIP TERRELL, JR.
OF COUNSEL

April 28, 2006

Judge Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C368
New Orleans, LA 70130

      RE:    Colleen Berthelot, et al v. Boh Brothers Constructions Co., LLP
             Civil Action No. 05-4182

Dear Judge Duval:

      I respectfully submit this application for an appointment to the Plaintiffs' Steering Committee.

      The litigation which our firm has filed in association with Mr. Joseph W. Cotchett[1] involves the MRGO. In addition to the traditional challenges associated with complex litigation, the instant civil action will necessarily involve many complicated admiralty and maritime law issues. These will be central to the litigation. My law firm's practice has included a concentration in admiralty and maritime law for over 25 years. My listing in the *The Best Lawyers of America* publication is under the maritime law section. Additionally, I have chaired the Louisiana Bar Association's Admiralty Symposium since its inception. I am also the past Chair for the ATLA Admiralty Section. Currently, I serve as Chair of the Louisiana Bar Association Section for Insurance, Negligence, Worker's Compensation and Admiralty. I have litigated maritime cases in numerous federal district courts, appellate courts, as well as the U.S. Supreme Court and I have authored law review articles and other publications on a variety of maritime topics. Some of our most distinguished maritime scholars (Professor Frank Maraist

---

[1]  Senior Partner in the law firm of Cotchett, Pitre, Simon & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, CA 94010.

and Professor Tom Galligan) have on numerous occasions invited me to speak at their law school classes and seminar presentations. In addition to myself, many of the attorneys in our firm have extensive maritime experience. Two of the attorneys with our firm come from defense backgrounds with law firms whose practices concentrated on maritime litigation. Additionally, Jean Paul Overton, with our firm, who has been practicing since 1992 and was a partner at Burke & Mayer in New Orleans, has an LL.M. in Admiralty. This background, in addition to our experience with class actions and complex litigation, provides an excellent foundation for our participation in the litigation pending before Your Honor.

Highlights of my qualifications appear below:

- Listed in the *Bar Register of Preeminent Lawyers*;

- Listed in *The Best Lawyers in America* publication;

- AV Martindale-Hubbell rating;

- Served on LSU Law Center's Trial Advocacy Faculty;

- Recognized by the National Law Journal as having one of the nation's largest personal injury verdicts;

- Appointed to numerous editorial boards;

- Presentations throughout the U.S. and Canada on a variety of mass tort, class action and complex litigation related topics (over 200 articles and presentations);

- Most recently, co-authored a Law Review article which has been accepted for publication in the Federal Courts Law Review (*Knowledge is Power: A Practical Proposal to Protect Putative Class Members From Improper Pre-Certification Communication*). I have also co-authored a Law Review article accepted for publication by the Tulane Law Review in conjunction with its 2006 Class Actions in the Gulf South Symposium (*Precertification Discovery: A User's Guide*). Other recent publications include:

    - *Gathering Digital Data* published in the October 2005 issue of Trial, Journal of the Association of Trial Lawyers of America;
    - *Class Action Settlement of "Future Claims"* which appeared in the December 2004 edition of the Louisiana Trial Lawyers Association publication; and
    - *Daubert in Class Certification* published in the March 2005 issue of the Louisiana Bar Journal.

- Served on Tulane Law School's Continuing Legal Education Committee and made presentations at their programs as well as LSU Law School's programs;

- Guest lecturer for Professor Edward Sherman at Tulane Law School (addressed complex

litigation issues);

- Past President of the Alexandria Bar Association;

- Past President of the Alexandria Chapter of the American Inns of Court. (U.S. District Judge F.A. Little and I worked together to create the Alexandria Chapter.)

- Invited to address the Louisiana Judicial College;

- Invited guest and lecturer at U.S. Fifth Circuit Judicial conferences;

- Appointed by the current President of the Louisiana Bar Association to serve as a member of the Professional Assessment Committee composed of a distinguished panel including state and federal judges along with members of the Bar;

- Licensed in Louisiana, Texas, Colorado, and Washington, D.C. and have extensive Multi District Litigation experience;

- Appointed by federal judges throughout the country to serve on numerous MDL Plaintiffs' Steering Committees[2];

- Appointed by numerous federal and state court judges to serve as Lead, Liaison and/or as a Committee Member on Plaintiffs' Steering Committees in complex litigation;

- Recently appointed by Judge Donovan Frank to serve as Co-Lead Counsel in the Guidant MDL pending in Minneapolis, Minnesota;

- Chair of the Louisiana State Bar Association's Annual Mass Torts/Class Action Symposium since inception;
- Chair of the Louisiana State Bar Association's Annual Admiralty Symposium since

---

[2] Appointed by U.S. District Judge Eldon E. Fallon, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the Vioxx litigation;
Appointed by U.S. District Judge Charles R. Breyer, Northern District of California, to serve on the Plaintiffs' Steering Committee in the Bextra/Celebrex litigation;
Appointed by U.S. District Judge Donovan W. Frank, District of Minnesota, to serve as Co-Lead Plaintiffs' Counsel in the Guidant litigation;
Appointed by U.S. District Judge James M. Rosenbaum, District of Minnesota, to serve on the Plaintiffs' Steering Committee in the Medtronic litigation;
Appointed by U.S. District Judge Sarah S. Vance, Eastern District of Louisiana, to serve as Liaison Counsel in the Educational Testing Service Praxis litigation;
Appointed by U.S. District Judge Ivan L.R. Lemelle, Eastern District of Louisiana, to serve on the Plaintiffs' Steering Committee in the High Sulfur Content Gasoline Products Liability litigation (Shell); and
Appointed by U.S. District Judge David A. Katz, Northern District of Ohio, to serve on the Plaintiffs' Discovery Committee in the Ortho Evra litigation.

inception;

- Coordinate an annual panel presentation by United States District Judges Haik, Porteous, and Zainey along with the Dean of the University of Tennessee College of Law, Thomas C. Galligan, Jr., where a review of tort law is conducted at the Louisiana Bar Convention; and

- Moderate a national mass tort program conducted twice per year. Featured guests have included Robert F. Kennedy, Jr., Eliot Spitzer, Alan Dershowitz, Arianna Huffington, Al Franken and Paul Begala.

During my legal career, I am most proud of recognition by those whom I respect. At a recent fairness hearing, during my direct examination of Harvard Law School Professor Arthur Miller, he testified that he considers me one of the leaders in the area of complex litigation. Likewise, at the conclusion of my presentation at Professor Sherman's Tulane Law School class, he favored me with a copy of his *Complex Litigation* treatise and autographed it, noting he considered me one of the experts in class actions.

Regarding my law firm, I am the founding and senior partner of Neblett, Beard & Arsenault. The firm is composed of twelve lawyers, nine paralegals, nine secretaries, seven full-time class action personnel, investigators, full-time Information Technology staff, and full-time accounting staff. We have consistently demonstrated not only the legal ability but the requisite infrastructure to handle complex litigation.

I have participated in and organized numerous counsel meetings and conferences in a variety of mass torts, comprising hundreds of law firms in venues across the country. These have been designed to facilitate consensus for leadership roles, consider organizational structure and promote coordinated litigation efforts. Consequently, I understand the complex litigation landscape and function well in this environment.

In closing, I, along with my law firm, have the resources, willingness and availability to commit to this time consuming and challenging project. I possess the ability to work cooperatively with others and I have the requisite professional experience in this type litigation. Therefore, I respectfully seek Your Honor's appointment to the Plaintiffs' Steering Committee.

With my best regards, I am

Respectfully,

RICHARD J. ARSENAULT

RJA:rlm

cc: Mr. Gerald Meunier
    Mr. Joseph W. Cotchett