IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTURCTION CO., L.L.C., ET AL. | SECTION: "K"(2) |
| | CONS. KATRINA CANAL |

**THIS DOCUMENT RELTAES TO:
ALL ACTIONS**

---

### APPLICATION FOR APPOINTMENT OF DEBORAH M. SULZER
### TO PLAITNIFFS' COMMITTEE

Pursuant to the Court's Order following the April 6, 2005 status conference, undersigned counsel submits this application for appointment to the preliminary committee discussed in the order in the above captioned litigation. Although undersigned is not currently counsel of record in any of the consolidated cases before the court, she represents individuals with similar claims as those pending before the court and who no doubt will be substantially affected by this litigation. In an abundance of caution, undersigned seeks appointment to a plaintiffs' committee to protect the interests of those putative plaintiffs who have not yet filed claims against these defendants, in particular, the United States Army Corp of Engineers. To that end, undersigned submits the following summary of qualifications.

Ms. Sulzer began practicing in the areas of product liability, mass tort and multi-district litigation in 1992 when she joined the law firm Gauthier & Murphy. For several years she practiced along with Mr. Gauthier on a national level in several mass tort and class action cases. She has personally participated and held various leadership positions in numerous complex, multi-district and class action litigation including the following:

- *Gloria Scott, et al v. American Tobacco, et al*, CA No. 96-8461, Civil District Court for the Parish of Orleans, State of Louisiana, only female attorney appointed to PLC, Co-Chair of expert committee, trial team and voir dire team member for certified class action brought on behalf of one million

Louisiana current and former smokers against the tobacco industry. After a three-year trial, the jury returned a verdict in favor of the Class for $590 million on May 21, 2004.

- *In Re: Castano Tobacco Litigation,* Federal Tobacco Litigation

- *Casey Billieson, et al v. City of New Orleans, Housing Authority of New Orleans, C.J. Brown Public Housing Management Company, et al,* Civil Action No. 94-19231, Civil District Court for the Parish of Orleans, State of Louisiana, appointed to PLC representing a certified class of lead poisoned children against HANO and other corporate defendants.

- *Galanti, et al v. Goodyear Tire & Rubber Company,* Civil Action No. 03-209 (SRC), U.S. District Court for the District of New Jersey, appointed class counsel representing a bi-national class of homeowners in connection with defective radiant heating hose against Goodyear. The matter was successfully resolved in a settlement providing over $300 million to homeowners.

- *Anderson, et al v. Goodyear Tire and Rubber Co., et al,* Case No. 98-CV-439, District Court, Eagle County, Colorado, appointed to the PLC representing certified class of Colorado Homeowners.

- *In re: Chemical Release at Bogalusa,* Civil Action No. 73,341, 22nd Judicial District Court for the Parish of Washington, State of Louisiana, appointed to PLC representing a certified class.

- *In Re: Orthopedic Bone Screw Product Liability Litigation,* MDL 1014

- In Re: Breast Implant Litigation, MDL

- *In re: Harrah's Jazz Company Bankruptcy,* Civil Action No. 95-14545, Section "A," United States Bankruptcy Court for the Eastern District of Louisiana.

Although based in New Orleans, Ms Sulzer has worked cooperatively with courts and law firms from around the country. Since Mr. Gauthier's death in 2001, Ms Sulzer has continued to participate in the representation of thousands of plaintiffs nationally in complex litigation.

Ms. Sulzer is fully committed to pursuing this litigation to a final resolution. Currently she does not have a federal case pending, however she represents clients in the Lakeview and St. Bernard areas who were substantially affected by the devastation visited upon the New Orleans Metro area on or about August 29 and 30, 2005. Ms. Sulzer has the time and energy necessary to make a long-term commitment to the Court and to the plaintiffs involved in these cases.

Ms Sulzer has a long-standing history of working cooperatively with others. In the past, she has worked cohesively with firms that traditionally did not work together. The continued spirit of cooperation and ability to work with others exhibited by Ms. Sulzer culminated in the $590 million jury verdict against the Tobacco Industry, a case that involved several plaintiffs' firs working cooperatively against a powerful industry with a very successful litigation history.

Ms. Sulzer has extensive experience in this type of litigation. Whether it is representing injured plaintiffs against medical device manufacturers, drug manufacturers, defective product manufacturers or cigarette manufacturers, Ms. Sulzer understands and has experience in fighting well-financed, powerful defendants in the name of justice. In the Anderson v. Goodyear class action litigation, she represented a class of homeowners against Goodyear in connection with a defective radiant heating hose that cause extensive property damage. In connection with this particular matter, she has been involved in the investigation of the events of August 29-30, 2005 since September 2005 and has accumulated extensive information regarding the culpability of the United State Army Corp of Engineers.

Undersigned counsel requests the court's consideration of this application for appointment to a committee in the above captioned matter. In particular, undersigned is interested in representing the interests of those putative plaintiffs with claims against the United States Army Corp of Engineers similar to those she currently represents.

        Respectfully submitted,

        *[signature]*
        **DEBORAH M. SULZER**, (Bar No. 19806)
        650 Poydras Street Suite 2635
        New Orleans, LA 70130
        Telephone: (504) 299-3380
        Facsimile: (504) 299-3385