FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 28   PM 3:04

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO ALL CASES**

### APPLICATION FOR APPOINTMENT TO PLAINTIFFS' MASTER COMMITTEE

**NOW INTO COURT** comes Randall A. Smith of the firm of Smith & Fawer, L.L.C., who, in accordance with the Order filed on 11 April 2006, moves to have the Court enter an order appointing him to the Plaintiffs' Master Committee.

The *curriculum vitae* of Randall A. Smith is attached as Exhibit "1." Mr. Smith is a 1982 graduate of Yale Law School and a member in good standing of the Louisiana Bar for some twenty-three (23) years. Applicant is well-known to this Court, and has been working with Joseph Bruno and other members of the Plaintiffs' informal committee since early October of 2005 with respect to this litigation.

Applicant has extensive experience in property litigation, and particularly in obtaining just compensation for property owners. Applicant filed one of the only lawsuits in the captioned matter which from the beginning sought to obtain relief from the United States Army Corps of

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Engineers. Applicant has recently published the lead article in the Louisiana Bar Journal on property litigation post-Katrina. Applicant has been lead class counsel in one major class action case in this Court and been involved in numerous other class actions. Applicant has clerked in this Court, tried many cases in this Court, and is a longstanding member of this Inn of Court.

Applicant and his firm stand ready, willing and able to provide their legal services for the benefit of all of the plaintiffs in this litigation.

**Respectfully submitted,**

RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. WILES (#17865)
KIRK REASONOVER (#21039)
OWEN B. ST. AMANT (#25509)
OF
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via e-filing, on this 28th day of April, 2006.

RANDALL A. SMITH

2

**RANDALL A. SMITH**
Smith & Fawer, L.L.C.
201 St. Charles Avenue
Suite 3702
New Orleans, Louisiana 70170

| | |
|---|---|
| **PERSONAL:** | Age 50; Excellent Health |
| **EDUCATION:** | **J.D., YALE LAW SCHOOL** 1982 |
| | **B.A., AMHERST COLLEGE** 1978<br>**Phi Beta Kappa** 1977<br>**Plimpton Fellowship** 1978 |

**LEGAL EMPLOYMENT:**

| | |
|---|---|
| 1995 - Present: | *Managing Partner*, Smith & Fawer, L.L.C. |
| 1989 - 1994: | *Partner*, Stone, Pigman, Walther, Wittmann & Hutchinson |
| 1983 - 1988: | *Associate*, Stone, Pigman, Walther, Wittmann & Hutchinson |
| 1982 - 1983: | *Law Clerk*, U.S. District Judge Charles Schwartz, Jr. (E.D.LA.) |

**PROFESSIONAL ACTIVITIES:**

*Adjunct Professor of Law*, Loyola University Law School

*President*, Canal Street Development Corporation

*Member*, American Inns of Court

*Panel Member*, Federal Public Defender (E.D.LA.)

*Active Member*, New Orleans, Louisiana, Fifth Circuit, and American Bar Associations

**EXHIBIT 1**