# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

U.S. FILED DISTRICT COURT EASTERN DISTRICT OF LA 2006 APR 28 PM 2:44 LORETTA G. WHYTE CLERK

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| THE UNITED STATES OF AMERICA, ET AL. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CAMILO K. SALAS III'S APPLICATION FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE AND AS CO-LEAD COUNSEL IN "MRGO" CASES

NOW COMES Camilo K. Salas III, who files the attached application for appointment to the Plaintiffs' Steering Committee and as co-lead counsel in all "MRGO" cases.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served via U.S. Mail upon plaintiffs' liason counsel, Gerald E. Munier, Esq., this 28th day of April, 2006.

_____
CAMILO K. SALAS III

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____