UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


COLLEEN BERTHELOT, ET AL.,                                    CIVIL ACTION

VERSUS                                                       NO.  05-4182

BOH BROTHERS CONSTRUCTION CO.,                        SECTION "K"(2)
L.L.C., ET AL.                                      CONS. KATRINA CANAL

THIS DOCUMENT RELATES TO:
05-6327 LeBlanc v. Boh Brothers


**ORDER**

        Before the Court is a Motion to Dismiss for Failure to State a Claim Upon Which Relief

Can Be Granted (Doc. 100) which was filed by the City of New Orleans.  This motion was

originally filed on February 9, 2006, prior to the transfer and consolidation of this matter.  Since

that time, a subsequent Motion to Dismiss (Doc. 200) was filed which pertains to 05-6327, 05-

5237, 05-6073 and 05-6314 has been filed and set for hearing on May 19, 2006.  As such,  the

previously filed motion is rendered duplicative.  Accordingly,

        **IT IS ORDERED** that the Motion to Dismiss for Failure to State a Claim Upon Which

Relief Can Be Granted (Doc. 100) is **MOOT** and the substantive issues presented therein shall

be taken up with the subsequently filed Motion to Dismiss (Doc. 200).

        **IT IS FURTHER ORDERED** that the notation as to which cases that the Motion to

Dismiss filed by the City of New Orleans (Doc. 200) pertains shall be **AMENDED** to note the

Motion to Dismiss filed by the City of New Orleans (Doc. 200) only pertains to  05-6327, 05-5237, 05-6073 and 05-6314.[1]

     New Orleans, Louisiana, this __1st__ day of May, 2006.

_____

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1]It is noted that there is also a pending motion concerning the dismissal of the City of New Orleans in 05-4181, *O'Dwyer v. USA*.  This order has no bearing on that motion.