UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUNE F. SANCHEZ, ET AL.                                              CIVIL ACTION

VERSUS                                                                      NO. 06-2287

BOH BROTHERS CONSTRUCTION CO.                              SECTION "K"(2)

## ORDER

Pursuant to the Court's Order of April 11, 2006, consolidating the Katrina Canal Litigation for pretrial purposes, and finding that the above-styled matter should be consolidated with *Berthelot v. Boh Brothers Construction Co., et al.,* C.A. No. 05-4182,

**IT IS ORDERED** that this matter is hereby consolidated with *Berthelot v. Boh Brothers Construction Co., et al.,* C.A. No. 05-4182, and is made subject to the Consolidation Order (Doc. 70).

**IT IS FURTHER ORDERED** that all Katrina Canal Breach cases are to be directly assigned to Section "K" and the Magistrate Judge in Division 2, to be consolidated pursuant to the Order of April 11, 2006 (Doc. 70) and subject to the dictates of that Order.

New Orleans, Louisiana, this   1st   day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE