MINUTE ENTRY
WILKINSON, M. J.
MAY 1, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## HEARING AND ORDER ON MOTION

APPEARANCES: Ashton O'Dwyer, Joseph Bruno, Daniel E. Becnel, Jr. and Jerry McKernan, representing plaintiffs; Robin Smith and Randall Merchant, representing movant defendant United States; Also in attendance: William D. Treeby, Michael Riess; Martin R. Sadler, Richard Tyler, Marston Fowler and Herman Hoffman, representing various defendants; Daryl Becnel and Alexis Bevis, representing plaintiffs

MOTION: Motion of Defendant, United States, to Vacate the May 2, 2006 Evidentiary Hearing, Record Doc. No. 166

MJSTAR:  1 : 10

O R D E R E D:

 XXX : DENIED. The written submissions filed by the United States, while substantial, lack sufficient explanation of actual evidence preservation/destruction activities, as opposed to plans. In addition, the memorandum and the affidavit submitted by the United States raise certain questions about the evidence preservation/destruction activities of the United States that are best addressed by brief, focused examination. I find that the issue before the court is best illuminated by proceeding with the limited evidentiary hearing, as planned.

                JOSEPH C. WILKINSON, JR.
                UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.