

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | |
| 06-1672 "K" (2)<br>06-1673 "K" (2)<br>06-1674 "K" (2) | * | |

* * * * * * * * * * * * *

### STATE FARM'S RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO EXTEND TIME FOR AMENDMENT TO PLEADINGS

State Farm Fire and Casualty Company ("State Farm") files this Opposition to plaintiffs' motion for leave to extend time for amendments to pleadings in *Chehardy, et al., v. Wooley et al.*, C.A. No. 06-1672 c/w 06-1673 c/w 06-1674. The plaintiffs' motion is unfounded and provides no grounds for extending the time to file amended pleadings without leave of court.

As an initial matter, on April 27, the *Chehardy* plaintiffs moved for leave to file their Amended and Restated Complaint pursuant to Rule 15(a). State Farm does not object to the

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

808064v.1

untimeliness of the *Chehardy* plaintiffs' amended complaint filed on April 27, 2006. However, the Amended and Restated Complaint is legally insufficient on its face and as such leave to file the amended pleading should be denied. *High Tech Communications, Inc. v. Panasonic Company*, 1995 WL 65133 (E.D. La. 2/15/1995) (Vance, J.)[1]  In addition, State Farm believes that the Amended Complaint improperly joins plaintiffs, defendants and claims in violation of Rule 21 of the Federal Rule of Civil Procedure and thus is flawed.

State Farm will not object to the procedural act of filing the Amended Complaint, but respectfully reserves all defenses and objections.

Respectfully submitted,

*Sarah H Barcellona*

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:  (504) 581-3200

Attorneys for State Farm Fire & Casualty Company

---

[1] State Farm will make the appropriate motion with the Court if the motion for leave to file the Amended and Restated Complaint is granted.

2

808064v.1

## CERTIFICATE

I hereby certify that a copy of the foregoing Response to Plaintiffs' Motion For Leave To Extend Time For Amendment To Pleadings has been served upon each counsel of record by facsimile or electronic mail this 2nd day of May, 2006.

*[signature]*

808064v.1