# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. § | CIVIL ACTION NO.: 05-4182 |
| § | |
| VERSUS § | SECTION "K" |
| § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., § | |
| ET AL. § | MAGISTRATE (2) |
| § | CONS. KATRINA CANAL |
| § | |
| THIS DOCUMENT RELATES TO: § | |
| *LeBlanc et al v. Boh Bros, et al*: 05-6327 § | |

## ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to File Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this _____ Day of April, 2006.

_____
United States District Judge

*File in the record. Motion to be determined on May 17, 2006. Motion docketed.*

5/2/06

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____