```
MINUTE ENTRY
WILKINSON, M.J.
MAY 2, 2006
```

                        UNITED STATES DISTRICT COURT
                        EASTERN DISTRICT OF LOUISIANA


COLLEEN BERTHELOT  ET AL                    CIVIL ACTION

VERSUS                                      NO.  05-4182 and
                                                 consolidated cases

BOH BROTHERS CONSTRUCTION CO.,              SECTION "K" (2)
L.L.C.  ET AL


              MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. PRESIDING


**TUESDAY, MAY 2, 2006 AT 2:30 P.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Cathy Pepper

APPEARANCES:      Joseph M. Bruno for various plaintiffs
                  Robin D. Smith for the U.S. Department of Jusice
                  William D. Treeby for various defendants


**EVIDENTIARY HEARING CONCERNING EVIDENCE PRESERVATION (per #157)**

        Witnesses called by the defendants and placed under oath:
        Dr. Paul Mlakar
        George Sills

Mr. Smith to submit a report on the water stops by May 5, 2006 in accordance with
the court's instructions.

At the request of Ashton O'Dwyer, he was given until 12:00 p.m. on May 3, 2006 to
submit the expert report of Hector Pazos.

Defendants exhibits 1-4 offered and admitted into evidence.

Court to enter written ruling.

```
MJSTAR:
2: 55
```

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | R E F | O F F | A D M |
|------|----------------|----------------|-------------|-------|-------|-------|
| 5/2/06 | defts | 1 | Photo of 17th Street Canal breech | x | x | x |
| | | 2 | Photo of London Ave. Canal breech | x | x | x |

| | | 3 | Photo of London Ave./Mirabeau breech | x | x | x |
|---|---|---|---|---|---|---|
| | | 4 | Photo of Industrial Canal breech | x | x | x |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |