FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27 PM 4: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | § | |
| *Vodanovich et al v. Boh Bros, et al*: 05-5237 | § | |

**EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, come Plaintiffs in *Vodanovich, et al. v. Boh Bros., et al*, 05-5237; who move for leave to Supplement and Amend their complaint pursuant to the Court's April 11, 2006 Order.

I.

The Court has Ordered that all Amendments be filed by April 26, 2006.

II.

A Motion to Extend Time for Amendments to Pleadings was filed on April 26, 2006. (See Record Document 204).

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

III.

The Motion to Extend Time is set for expedited hearing on May 3, 2006 at 11:00 a.m. before Magistrate Wilkinson.

IV.

The Amendments to the pleadings will not delay these proceedings.

V.

Federal Rule of Civil Procedure 15(a) allows that "...leave [to amend] shall be freely given when justice so requires.

VI.

Plaintiffs have recently discovered additional parties taht are necessary to the litigation thus plaintiffs find it necessary to supplement and amend their complaint to add additional defendants.

**WHEREFORE,** plaintiffs pray for an Order by the Court granting leave to file the supplemental and amended complaint.

Respectfully submitted,

BRUNO & BRUNO

Joseph M. Bruno (3604)
David S. Scalia (21369)
855 Baronne Street
New Orleans, LA 70113
Tel: (504) 525-1335
Fax: (504) 581-1493
EM: jbruno@brunobrunolaw.com
dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 27th day of April, 2006.

_____
**DAVID S. SCALIA**