UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. § | CIVIL ACTION NO.: 05-4182 |
| § | |
| VERSUS § | SECTION "K" |
| § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., § | |
| ET AL. § | MAGISTRATE (2) |
| § | CONS. KATRINA CANAL |
| § | |
| THIS DOCUMENT RELATES TO: § | |
| *Vodanovich et al v. Boh Bros, et al*: 05-5237 § | |
| § | |

SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, come Plaintiffs in the captioned matter and for Supplemental and Amending Complaint state:

I.

Plaintiffs wish to supplement and amend the Complaint by adding the following defendants and allegations:

1.  **GOTECH, INC.**, a Louisiana corporation with its domicile in the Parish of East Baton Rouge and doing business in the Parish of Orleans, State of Louisiana.

    A.  Upon information and belief, defendant Gotech, Inc was the engineer contracted for the Levee/Flood Wall on the west side of the London Avenue Canal. Plaintiffs avers that the levees/flood walls were

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

negligently designed and that the faulty design caused and/or contributed the breach in the levee and/or flood wall.

2. **EUSTIS ENGINEERING CO., INC.**, (Eustis)a Louisiana corporation with its domicile in the Parish of Jefferson, and doing business in the Parish of Orleans, State of Louisiana.

   A. Upon information and belief, defendant Eustis was the engineer contracted for the 17th Street canal Levee/Flood Wall. Plaintiffs avers that the levees/flood walls were negligently designed and that the faulty design caused and/or contributed the breach in the levee and/or flood wall.

3. **PITTMAN CONSTRUCTION COMPANY, INC.**, a Louisiana corporation, with its domicile in the Parish of Orleans, and doing business within the Parish of Orleans, State of Louisiana.

   A. Upon information and belief, Defendants **PITTMAN CONSTRUCTION COMPANY, INC.** was the contractor that constructed portions of the 17th Street Levee/Flood Wall, said construction including but not limited to the construction and placement of the concrete flood wall slabs atop the sheet piling. It is believed that the negligent design and/or construction of the levee/flood wall including the concrete slab sections caused and/or contributed the above-mentioned breach in the levee and/or flood wall, and it is further believed that the use of heavy vehicles and/or other heavy construction equipment in construction and placement of the concrete slabs damaged the levee and caused and/or contributed the above-mentioned breach in the levee and/or flood wall.

II.

Plaintiffs re-allege and re-aver each and every other allegation of the original complaint and all supplemental and amending complaints as if copied herein.

**WHEREFORE,** complainants, individually and on behalf of all those similarly situated members of the proposed class, prays:

(1) that the defendants be served with a copy of the Supplemental and Amending Complaint and be cited to appear and answer same;

(2) for an order certifying the class and any appropriate subclasses thereof under the appropriate provisions of Federal Rules of Civil Procedure, Rule 23, and appointing complainants and their counsel to represent the Class;

(3) after due proceedings are had, including trial by jury, that judgment be rendered in favor of plaintiff and the proposed class and against the defendant in an amount to compensate plaintiff and each member of the class for all damages to which they are entitled by law;

(4) for legal interest on all damages awarded from date of judicial demand until paid;

(5) for the costs of this litigation;

(6) for such other and further damages and relief as this Court may deem just and proper.

Respectfully submitted,

BRUNO & BRUNO

_____
**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:  jbruno@brunobrunolaw.com
     dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 26th day of April, 2006.

_____
DAVID S. SCALIA