UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| VERSUS | § | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: *Vodanovich et al v. Boh Bros, et al*: 05-5237 | § | |

ORDER

Considering the foregoing Motion it is ordered that Plaintiffs Motion for Leave to File Supplemental and Amending Complaint be and is hereby GRANTED.

New Orleans, Louisiana, this ____ Day of April, 2006.

_____
United States District Judge

*[handwritten note: file in the record. Motion to be deferred on May 17, 2006 motion docket. 5/2/06]*

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____