FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27  PM 4: 39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |

## EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF LEAVE TO FILE SUPPLEMENTAL AND AMENDING COMPLAINT

Now into Court, come Plaintiffs in *Chehardy et al. v. State Farm, et al*, 06-1672; *Chehardy et al. v. State Farm, et al*, 06-1673, and *Chehardy et al. v. State Farm, et al,*: 06-1674 who move for leave to Supplement and Amend their complaint pursuant to the Court's April 11, 2006 Order.

I.

The Court has Ordered that all Amendments be filed by April 26, 2006.

II.

A Motion to Extend Time for Amendments to Pleadings was filed on April 26, 2006. (See Record Document 204).

III.

The Motion to Extend Time is set for expedited hearing on May 3, 2006 at 11:00 a.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

before Magistrate Wilkinson.

IV.

The Amendments to the pleadings will not delay these proceedings.

V.

Federal Rule of Civil Procedure 15(a) allows that ". . .leave [to amend] shall be freely given when justice so requires.

**WHEREFORE**, plaintiffs pray for a Order by the Court granting leave to file the Supplemental and Amending Complaint.

Respectfully submitted,

JOSEPH M. BRUNO (La Bar. No. 3604)
DAVID S. SCALIA (La Bar. No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

### CERTIFICATE OF SERVICE

I hereby certify that I have on this ___27___ day of __April___, 2005, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

David S. Scalia