UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |
| | § | |

## ORDER

Considering the foregoing Motion for Leave to File and Supplemental and Amending Complaint

IT IS ORDERED, that the Motion be and is hereby GRANTED.

New Orleans Louisiana, this _____ day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE

*File in the motion record. motion to be deferred to May 17, 2006 motion docket.* 5/2/06

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____