UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### ORDER

On April 27, 2006, three separate motions for leave to file supplemental and amending complaints were filed in the LeBlanc, C.A. No. 05-6327; Vodanovich, C.A. No. 05-5237; and Chehardy, C.A. Nos. 06-1673 and 06-1674, matters. These motions were accompanied neither by a certificate of no objection pursuant to Local Rule 7.6E nor a notice for hearing. Accordingly,

**IT IS ORDERED** that the foregoing motions for leave to amend will be determined on the court's May 17, 2006 motion docket. Any party who objects to the motions listed above must file a written opposition no later than **May 9, 2006**.

Thereafter, the motions will be decided on the record without oral argument, unless requested by a party and ordered by the court.

New Orleans, Louisiana, this 2nd day of May, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.