FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2 P 4: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | CONS. KATRINA CANAL |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | THIS PLEADINGS PERTAINS TO: |
| CO., L.L.C., ET AL. | * | 06-1672 |
| | * | c/w   06-1673 |
| | * | c/w   06-1674 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INDEMNITY COMPANY'S
### MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
### MOTION FOR LEAVE TO EXTEND TIME TO AMEND PLEADINGS

Allstate Indemnity Company, defendant ("Allstate"), hereby opposes plaintiffs' Motion for Leave to Extend Time to Amend Pleadings in *Chehardy, et al. v. Wooley, et al.*, C.A. No. 06-1672 c/w 06-1673 c/w 06-1674. Allstate does not oppose the proposed second amendment to plaintiffs' complaint on grounds of its timeliness. Rather, Allstate objects to plaintiffs amending their Complaint prior to resolution of Allstate's Motion for Judgment on the Pleadings filed on October 31, 2005. Allstate contends that its Motion should be considered and resolved prior to plaintiffs attempting to recast their claims.

In addition, Allstate objects to the proposed amendment because it seeks to add additional unrelated plaintiffs, unrelated defendant insurers, and unrelated claims to the *Chehardy* suit. As Allstate previously asserted, joinder of unrelated plaintiffs and unrelated insurers on separate claims seeking recovery on distinct insurance policies is improper pursuant to Rule 20 of the Federal Rules of Civil Procedure and *Tapscott v. MS Dealer Serv. Corp.*, 77 F.3d 1353 (11th Cir. 1996) and its progeny. *See* Notice of Removal Doc. No. 1, *Chehardy v. Wooley*, No. 05-1140 (M.D. La. Sep. 30, 2005), and Memorandum in Opposition to Motion to Remand, Doc. No. 61 (M.D. La. Oct. 31, 2005).

For these reasons, plaintiffs' Motion for Leave to Extend Time to Amend Pleadings should be denied. Allstate reserves all defenses and objections.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr. 27138
Of
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity Co.

## CERTIFICATE

I hereby certify that a copy of the foregoing Memorandum in Opposition to Plaintiffs' Motion to Amend Complaint has been served upon all counsel of record by email, this 2nd day of May, 2006.

_____

60588