# Dugan&Browne
**A Professional Law Corporation**

Please Reply to:

☒ New Orleans Office
☐ Houma Office

David L. Browne
Attorney at Law

dbrowne@duganbrowne.com

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3 AM 11:01

LORETTA G. WHYTE
CLERK

May 3, 2006

05-4182

Hon. Loretta G. White, Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

Re:   *Jared Vodanovich v. Boh Brothers Construction Co., LLC*
      USDC No: 05-04191

Dear Ms. White:

Please issue summons on the Complaint and Amending Complaint to Gulf Group, Inc. of Florida, at its Principal Office, Matt Hobbs, 1654 5th Street, Panama City, Florida 32401.

Sincerely,

David L. Browne  /RJD

DLB/th
F:\Case Files\Vodanovich, Jared\Correspondence\letter.005.coc.summons.05.03.06.wpd

___ Fee ___
_ⅼ_ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

New Orleans Office
650 Poydras St., Suite 2150, New Orleans, LA 70130
ph (504) 648-0180 | fx (504) 648-0181

Houma Office
1181 West Tunnel Blvd., Suite A, Houma, LA 70360
ph (985) 580-4573 | fx (985) 873-9534

www.DuganBrowne.com
toll free 1-866-328-7670