# Dugan&Browne
**A Professional Law Corporation**

Please Reply to:

☑ New Orleans Office
☐ Houma Office

David L. Browne
Attorney at Law

dbrowne@duganbrowne.com

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*

*2006 MAY -3  AM II: 01*

*LORETTA G. WHYTE*
*CLERK*

May 3, 2006

Hon. Loretta G. White, Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

05-4182

　　　Re:　*Jared Vodanovich v. Boh Brothers Construction Co., LLC*
　　　　　USDC No: 05-04191

Dear Ms. White:

　　　Please issue summons on the Complaint and Amending Complaint to Gulf Group, Inc. of Florida, through its Director, Matt Hobbs, 20 W. Noveau Lane, Metairie, Louisiana 70003.

　　　　　　　　Sincerely,

　　　　　　　　David L. Browne

DLB/th
F:\Case Files\Vodanovich, Jared\Correspondence\letter.004.coc.summons.05.03.06.wpd

_Fee_
_Process_
X _Dktd_
_CtRmDep_
_Doc. No_

New Orleans Office
650 Poydras St., Suite 2150, New Orleans, LA 70130
ph (504) 648-0180 | fx (504) 648-0181

Houma Office
1181 West Tunnel Blvd., Suite A, Houma, LA 70360
ph (985) 580-4573 | fx (985) 873-9534

www.DuganBrowne.com
toll free 1-866-328-7670