MINUTE ENTRY
WILKINSON, M. J.
MAY 3, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## HEARING AND ORDER ON MOTION

APPEARANCES:  Ashton O'Dwyer, David Scalia, David Browne and Stephen Kreller, representing some plaintiffs

MOTIONS:  Plaintiffs' Motion for Leave to Extend Time for Amendments to Pleadings, Record Doc. No. 204

O R D E R E D:

 XXX : GRANTED, subject to the conditions contained herein. The deadline for filing motions for leave to amend pleadings is hereby extended to **June 5, 2006**. No further extension of this Rule 16 deadline will be permitted.  Counsel are instructed that this

MJSTAR:    : **15**

order does not of itself grant leave to amend, but only extends the Rule 16 deadline. Motions for leave to amend filed pursuant to this order must either be accompanied by a certificate that there is no objection or, given the logistical difficulties of contacting all other counsel to obtain their consent as provided in Local Rule 7.6E, must be noticed for hearing no later than **June 7, 2006**. Unless otherwise ordered by the court, all motions for leave to amend filed pursuant to this order will be decided on the record, without oral argument.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.