**Dugan & Browne**
A Professional Law Corporation

Please Reply to:

☒ New Orleans Office
☐ Houma Office

David L. Browne
Attorney at Law

dbrowne@duganbrowne.com

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 MAY -3  AM 11:01*
*LORETTA G. WHYTE*
*CLERK*

May 3, 2006

Hon. Loretta G. White, Clerk of Court
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C151
New Orleans, LA 70130

05-4182

Re:   *Jared Vodanovich v. Boh Brothers Construction Co., LLC*
      USDC No: 05-04191

Dear Ms. White:

Please issue summons on the Complaint and Amending Complaint to Gulf Group, Inc. of Florida, through its Director, G. M. Hobbs, 300 Cherry Street #11, Panama City, Florida 32401.

Sincerely,

D Browne/RJD

David L. Browne

DLB/th
F:\Case Files\Vodanovich, Jared\Correspondence\letter.003.coc.summons.05.03.06.wpd

___ Fee___
_✓_ Process___
_X_ Dktd___  sms
___ CtRmDep___
___ Doc. No___

New Orleans Office
650 Poydras St., Suite 2150, New Orleans, LA 70130
ph (504) 648-0180 | fx (504) 648-0181

Houma Office
1181 West Tunnel Blvd., Suite A, Houma, LA 70360
ph (985) 580-4573 | fx (985) 873-9534

www.DuganBrowne.com
toll free 1-866-328-7670