FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -3  AM 11: 16

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## COURT-ORDERED CURRICULUM VITAE

**COME NOW** plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and to comply with Magistrate Wilkinson's Order of April 27, 2006, as modified by Magistrate Wilkinson's Minute Entry of May 2, 2006, attach as Exhibit No. 1 Mr. Pazos' Curriculum Vitae, and attach as Exhibit No. 2, a description of Mr. Pazos' purely civil engineering activities. Plaintiffs further submit that Mr. Pazos is amply qualified to render opinions in a case which requires the expertise of a forensic engineer familiar with structural analysis, and particularly steel and concrete reinforced structures which failed in a water-related casualty, which was a casualty of the type which Mr. Pazos has nearly 50-years of experience designing, building, analyzing and investigating. In short, if the so-called "experts" who designed and built the structures which failed in this case were truly experts, then the structures would not have failed. After all, we are dealing with "Engineering 101", just one level up from "ditch-digging". The "experts" who designed and built the structures which failed in this case could not even dig a proper ditch.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

-1-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 3rd day of May, 2006.

_____

-2-

# OCEAN-OIL
## EXPERT WITNESS, INC.
NAVAL ARCHITECTS and MARINE ENGINEERS
MARINE CONSULTANTS

3501 HOLIDAY DRIVE, SUITE #203-A
NEW ORLEANS, LA 70114
CELL (24 HOURS): (504) 367-4072
FAX: (504) 367-3790
Email: Oceanoilpazos@cs.com
www.siterrific.com/pazos

P. O. BOX 47188
ST. PETERSBURG, FL 33743-7188
566 VILLA GRANDE AVE. S.
ST. PETERSBURG, FL 33707
PH: (727) 347-2556
FAX: (727) 343-9717
CELL (24 HRS): (727) 415-7192
Email: Hectorpazos75597@aol.com

HECTOR V. PAZOS, P.E., President
Naval Architect and Marine Engineer
Registered Professional Mechanical Engineer in LA #12575

ACADEMIC BACKGROUND: M. S.: Naval Architecture, Marine Engineering and Mechanical Engineering, University of Buenos Aires, Argentina. Further Studies: Tulane, Michigan, Pennsylvania and Princeton Universities. Courses, Seminars and Conferences: Structural Steel Design; Computers; Vibrations; Diesel Engines; Shipbuilding Practices; Offshore Petroleum Technology; Underwater Welding of Offshore Platform and Pipelines; Finance and Accounting; Containers; Navigation; Hydraulics; Propellers; Propulsion Machinery; Accident Reconstruction; Diving; U. S. C. G. Auxiliary; Captain Course; Power Squadron; Safety at Sea.

SAILOR: Logged over 8,000 miles – Commercial boat owner – operator

EXPERIENCE: 1970 – Present: President – Ocean Oil International Corp.

NAVAL ARCHITECTURE AND CONSUTLTING ENGINEERING: With emphasis in marine casualty investigation; accident reconstruction; stability; structural analysis; towing; rigging and safety offshore; personal injury; lifting. Surveying and Design of various types of ships as well as marine structures and offshore facilities (tugs, offshore supply vessels, tankers, bulk carriers, crew boats, drilling rigs, etc.).
MARINE ENGINEERING: With emphasis in propulsion systems, diesel engines, reduction gears, shafting, steering, propellers, noise and vibrations, deck machinery, compressors and cranes.
TECHNICAL CONSULTANT AND EXPERT WITNESS: Assisting Admiralty lawyers (Defense & Plaintiff) in a large number of court cases related to: ships, passenger vessels, power boats and sailboats, drilling rigs, barges, tankers, containerships, collisions, towing, salvage, groundings, underwater pipelines, offshore platforms, fires and explosions, product liability, mechanical failures, defective repairs, cargo gear, damages to docks, personal injury, lifting, slip & fall, inclined and vertical ladders, water sports and safety.
MARINE SALVAGE AND WRECK REMOVAL: Salvage engineer and consultant, including the complete engineering for the clearance of the Suez Canal and the largest lift for salvage in the American Continent: a 5,100 ton drilling rig. Participated in over 200 major salvage operations.
EXTENSIVE INTERNATIONAL EXPERIENCE: Japan, Hong Kong, Singapore, Mexico, Honduras, Panama, Venezuela, Trinidad, Chile, Argentina, Brazil, Egypt, England, Puerto Rico, Dominican Republic, Antigua, St. Martin, Colombia, Peru, Uruguay, Canada, Anguilla, Australia, Belize and others.

1969: VICE PRESIDENT AND CHIEF ENGINEER – PETRO-MARINE ENGINEERING, INC.
1968: DEPARTMENT SUPERVISOR – NAVAL ARCHITECTURE AND STRUCTURES, AVONDALE SHIPYARD
1966 – 1968: STAFF NAVAL ARCHTIECT – HYDRODYNAMICIST, F.M.C. CORP., CALIFORNIA
1960 – 1965: ASST. SUPERVISOR OF THE SCIENTIFIC SECTION, AVONDALE SHIPYARDS, INC.
1960: DESIGNER, NATIONAL STEEL AND SHIPBUILDING COMPANY, SAN DIEGO, CALIFORNIA
1959 – 1960: ASST. TO THE CHIEF ENGINEER, BUENOS AIRES NAVAL SHIPYARD, ARGENTINA
1951 – 1958: ENGINEER, DEPARTMENT PUBLIC WORKS OF ARGENTINA
1960 – 1969: PART TIME CONSULTING SERVICES FOR MANY SHIPYARDS AND SHIP OWNERS

AFFILIATIONS: Society of Naval Architects & Marine Engineers / American Boat and Yacht Counc[il]

EXHIBIT NO. 1

| | | |
|---|---|---|
| **LOUISIANA OFFICE** | | **FLORIDA OFFICE** |
| 3501 HOLIDAY DRIVE, SUITE #203-A | **OCEAN-OIL** | P. O. BOX 47188 |
| NEW ORLEANS, LA 70114 | | ST. PETERSBURG, FL 33743-7188 |
| CELL (24 HOURS): (504) 367-4072 | **EXPERT WITNESS, INC.** | 566 VILLA GRANDE AVE. S. |
| FAX: (504) 367-3790 | | ST. PETERSBURG, FL 33707 |
| | NAVAL ARCHITECTS and MARINE ENGINEERS | PH: (727) 347-2556 |
| Email: Oceanoilpazos@cs.com | MARINE CONSULTANTS | FAX: (727) 343-9717 |
| www.siterrific.com/pazos | | CELL (24 HRS): (727) 415-7192 |
| | | Email: Hectorpazos75597@aol.com |

### *HECTOR V. PAZOS' BACKGROUND RELATED TO CIVIL ENGINEERING ACTIVITIES*

- Took course in soil mechanics as part of the requirements to obtain a M.S. degree in Mechanical Engineering (1958).

- While working for the Department of Civil Works of Argentina, was involved in the inspection of dredging operations, design of breakwater systems and management of retaining walls and levees (1953 – 1957).

- While working for Neyrast S.A., worked on the design and installation of foundations for pressure vessels (1958).

- As Chief Engineer of Petro Marine, Inc., was involved in the design of offshore jackets and related piling, as well as foundations for oil related equipment (1969).

- As a consultant in salvage operations, designed and developed a number of soil related installations such as deadman and piling for pulling devices and trenches for partbuckling, in the Suez Canal, Mexico, Panama Canal, Japan, the Caribbean and other locations, such as Service Machinery Corp in Morgan City.

- Was the expert in a court case involving pile driving equipment in Morgan City.

- Worked on the design and technical supervision of numerous salvage operation requiring soil mechanics knowledge.

- I am currently the expert in a case involving the collapse of a rebar assembly of a large column on a highway bridge.

- Was the expert in over a dozen court cases involving buried and soil supported pipelines, dragging of anchors and soil mechanics.

- Worked on analysis of the soil characteristics for jack-up rigs and lift boats.

- Designed a system to remove a large drilling rig that penetrated the soil more than 90 feet.


EXHIBIT No. 2