OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -2  PM 4:18

LORETTA G. WHYTE
CLERK

Date: _5-2-06_____

_Frederick Beasley et al_

vs.

_Pittman Construction et_

Case No. _06-225_ Section _R_

Dear Sir:

_05-4182 c/w_

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Pittman Construction Thru Gloria B. Pittman_
   (address) _6351 Paris Ave NO. LA. 7012_

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_[signature]_
"Signature"

Attorney for _____

Address _1100 Poydras II- New____

___ Fee
_X_ Process  _Do Orms_
_X_ Dktd
___ CtRmD
___ Doc. N