MINUTE ENTRY
WILKINSON, M. J.
MAY 3, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## CALL DOCKET HEARING AND ORDER

In response to the court's previous orders, Record Doc. Nos. 69 and 209, a call docket was conducted on this date before the undersigned magistrate judge in Civil Action No. 05-4191, "Jared Vodanovich v. Boh Bros. Construction Co., L.L.C. et al." Attorney David L. Browne, counsel for plaintiff, appeared and explained his failure to appear at the prior call docket. He advised the court concerning his prior unsuccessful

MJSTAR:   : 10

attempts to serve or otherwise prompt an appearance by defendant Gulf Group Inc. of Florida ("Gulf"). Considering the record, the oral representations of counsel during the hearing and the applicable law, **IT IS ORDERED** that the call docket is hereby marked SATISFIED and will now proceed as follows.

No later than **MAY 10, 2006**, counsel for plaintiff in the Vodanovich matter must either file and serve any contemplated motion for voluntary dismissal of Gulf, or file and serve proof of service as required by Fed. R. Civ. P. 4(l) or the waiver of service form contemplated by Fed. R. Civ. P. 4(d) as to Gulf, or send me a letter, with a copy to all other counsel, advising as to the status of his service efforts concerning Gulf. After receipt of the materials required above by May 10th, I will review the submissions and determine in consultation with Judge Duval what further proceedings, if any, might be necessary to assure that all parties who may be included in these actions are before the court.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.