FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -4  PM 3:40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE (2)** |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **05-6073** | * | |

*********************************************

### ANSWER AND DEFENSES BY BOH BROS. CONSTRUCTION CO., L.L.C. TO THE FIRST AMENDED CLASS ACTION COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C. ("Boh Bros."), who, for response to the First Amended Class Action Complaint, respectfully represents that:

1.

Boh Bros. adopts herein by reference all prior affirmative defenses, allegations, and other responsive pleadings previously made, as though copied herein in extenso.

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

2.

Boh Bros. is unable to discern any substantive change in the allegations against it in this specific pleading, but nonetheless responds as follows:

(a) Boh Bros. admits the allegations of Paragraphs 3(a) and 6.

(b) Paragraphs 9, 10 and 11 appear to require no answer by Boh Bros., but nonetheless are denied out of an abundance of caution.

(c) Boh Bros. denies all other allegations and paragraphs of the First Supplemental and Amended Class Action Complaint.

3.

Boh Bros. reserves the right to further plead or respond as necessary, and specifically to respond to any further allegations made herein.

**WHEREFORE**, Boh Bros. prays that this answer be deemed good and sufficient, and that the complaint be dismissed at plaintiff's costs, together will all other equitable relief.

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana  70170-3300
Tel. No. (504) 581-3300
Fax No. (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

Terrence L. Brennan (#3434)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Tel. No. (504) 581-5141
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Answer and Defenses by Boh Bros. Construction Co., L.L.C. to the First Supplemental and Amended Class Action Complaint has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States Mail, postage prepaid and properly addressed, on this 4th day of **May, 2006**.