**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-4182** |
| **BOH BROTHERS CONSTRUCTION CO.,** | **SECTION "K"(2)** |
| **L.L.C., ET AL.** | **CONS. KATRINA CANAL** |

**PERTAINS TO:  ALL CASES**

<u>**ORDER**</u>

The Court has reviewed the applications submitted by various counsel pursuant to the
Court's Minute Entry filed April 11, 2006.  It is noted that defense counsel met and agreed to a
Proposed Preliminary Master Committee.

As noted in the previous Minute Entry, the scope of the Preliminary Master Committees
is limited for the present time.  The primary purpose of these committees is limited to facilitating
communication among the attorneys relative to the preliminary motions outlined in the above-
mentioned Minute Entry.  Additionally, the committees from time to time should consult with
each other and all counsel to bring to the Court any matter requiring its attention.  The Court
received some excellent suggestions concerning the organization, compartmentalization and
general protocol of these proceedings.  The Preliminary Master Committees should make every
effort to formulate a proposed joint protocol  involving the timing and scope of discovery, the
appropriate grouping of categories of cases, class certification matters and/or mass joinder
matters, and the like.  This information should be submitted to the Court after the preliminary
motion phase of these proceedings are completed at a date to be set by the Court.  At that time,

the recusal issues should be resolved, and the period of time necessary to properly bring the United States in as a defendant should have elapsed, for at least some plaintiffs.

At that time, the Court will appoint permanent Master Committees based upon the ultimate protocol and groupings of the various categories of cases as determined by the Court. The Preliminary Master Committees are comprised of the following persons:

**Preliminary Master Committees:**

   **Plaintiffs' Counsel**

              Joseph Bruno – Temporary Plaintiffs' Liaison Counsel
              Daniel E. Becnel
              Hugh Lambert
              Calvin C. Fayard, Jr.
              Gerald E. Meunier

**Defense Counsel**

              Ralph S. Hubbard, III– Temporary Defense' Liaison Counsel
              Judy Barrasso
              Thomas Gardner
              William D. Treeby
              Thomas P. Anzelmo

The Temporary Liason Counsel, Mssrs. Bruno and Hubbard, may contact the Court telephonically.  Otherwise the admonition to contact the Court shall apply to all other counsel and their staff.

New Orleans, Louisiana, this __5th__ day of May, 2006.

_____

     **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**

New Orleans, Louisiana, this _____ day of May, 2006.

_____
                    **STANWOOD R. DUVAL, JR.**
          **UNITED STATES DISTRICT COURT JUDGE**