UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 28  P 4:29
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO: ALL CASES** | |

*************************************************************

## MOTION AND ORDER FOR APPOINTMENT OF HUGH P. LAMBERT, ESQ. AS LEAD COUNSEL AND CHAIRMAN OF THE SETTLEMENT AND MEDIATION COMMITTEE TO REPRESENT PLAINTIFFS' INTEREST

**NOW INTO COURT**, comes Hugh P. Lambert, who in compliance with the Court's Order referencing the appointment of counsel to act on behalf of the Levee Failure case respectfully requests that this Honorable Court appoint Hugh P. Lambert as Lead Counsel and Chairman of the Settlement and Mediation Committee to represent the interests of all Plaintiffs in the above captioned matter, and for all the reasons set forth in the Memorandum in Support attached hereto.

Respectfully submitted,

_____
HUGH P. LAMBERT, ESQ. (LA Bar No. 7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____