UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | **SECTION "K"(2)** |
| **L.L.C., ET AL** | * | **CONS. KATRINA CANAL** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION AND ORDER FOR APPOINTMENT OF HUGH P. LAMBERT, ESQ. AS LEAD COUNSEL AND CHAIRMAN OF THE SETTLEMENT AND MEDIATION COMMITTEE TO REPRESENT PLAINTIFFS' INTEREST

MAY IT PLEASE THE COURT:

Hurricane Katrina made landfall in Louisiana on or about August 29, 2005. It subsequently made a second landfall a short time later near the Louisiana-Mississippi border. Plaintiffs aver, upon information and belief, that the damage to the levees is the fault of Defendants. Hugh P. Lambert, Esq. files this Memorandum to inform this Honorable Court of his willingness and capacity to serve on any committee(s) to be formed and/or to be appointed by the Court as Lead Counsel and Chairman of the Settlement and Mediation Committee in this matter. Hugh P. Lambert is also willing to serve as a member of the Science and Expert Committee. The law firm of Lambert & Nelson, PLC offers the attached Exhibit "A" in this regard.

For the foregoing reasons, Plaintiffs request that the Motion to Appoint Hugh P. Lambert, Esq. as Lead Counsel and Chairman of the Settlement and Mediation Committee

on behalf of Plaintiffs' Interests in this matter be given this Honorable Court's consideration.

                              Respectfully submitted,

                              _____

                              HUGH P. LAMBERT, ESQ. (LA Bar No. 7933)
                              Lambert & Nelson, PLC
                              701 Magazine Street
                              New Orleans, LA 70130
                              Telephone: 504-581-1750
                              Facsimile: 504-529-2931

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | * | **SECTION "K"(2)** |
| | * | **CONS. KATRINA CANAL** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **ALL CASES** | * | |

*************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 28th day of April, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

_____
HUGH P. LAMBERT, ESQ.