# Lambert & Nelson, PLC
## 701 Magazine Street
## New Orleans, Louisiana 70130
### Telephone:  504-581-1750
### Facsimile: 504-529-2931
### e-mail: law@lambertandnelson.com

The Law Firm of Lambert & Nelson, PLC was established in 1977.  The Firm practices toxic tort, environmental, class action, personal injury, maritime, offshore, products liability, aviation, pharmaceutical, consumer fraud, and securities litigation. The firm consists of three attorneys, Hugh P. Lambert, Linda J. Nelson, and E. Alexis Bevis, with a large support staff of paralegals, secretaries, and an in-house courier service.

Recently, Lambert & Nelson, PLC participated as co-counsel in Anthony Talalai, et al v. Cooper Tire & Rubber Co. in Superior Court, Middlesex County, New Jersey before the Honorable Judge Marina Corodemus.  The settlement was valued by the court at between $1 billion ($1,000,000,000.00) and $3 billion ($3,000,000,000.00) in benefits to class members.

Hugh P. Lambert, Esq., and Linda J. Nelson, Esq. were also instrumental in the settlement and disbursement of the matter entitled Kent Acosta, et al v. Georgia Gulf Corporation, et al in the United States District Court, Middle District of Louisiana which was resolved for an amount in excess of One Hundred Fifty Million Dollars ($150,000,000.00).

Additionally, Lambert & Nelson, PLC was one of five (5) class counsel in the matter entitled Gracie S. Atkins, et al v. Harcros Chemicals, Inc. and Hugh P. Lambert, Esq. participated as co-lead trial counsel in that matter. The claim, which has been resolved and fully disbursed, involved a New Orleans area pesticide plant and involved approximately 3,800 claimants.   It was resolved for an amount in excess of Fifty One Million Dollars

-1-


EXHIBIT
"A"

($51,000,000.00).

Lambert & Nelson, PLC has also served as lead trial counsel in other large toxic tort claims in Tennessee and Mississippi.

Hugh Lambert, Esq. and Linda J. Nelson, Esq. served as liaison counsel in the M/V Brightfield/ Riverwalk disaster having been appointed by Chief Judge Morey L. Sear, United States District Court, Eastern District of Louisiana, in that capacity.

Hugh Lambert is also participating as co-counsel in Kathleen Janes, et al v. Ciba Geigy, et al in Superior Court, Middlesex County, New Jersey before the Honorable Judge Marina Corodemus.

Lambert & Nelson, PLC is currently serving as co-lead counsel in multi-district litigation involving cases filed in nine states in connection with a products liability action concerning Push-In Electrical Receptacles.

Lambert & Nelson, PLC also serves as co-lead counsel in Jessie Fisher, et al v. Ciba Specialty Chemicals Corporation, et al, United States District Court for the Southern District of Alabama, Case No. 03-566 and Carrie Jean LaBauve, et al v. Olin Corporation, United States District Court for the Southern District of Alabama, Case No. 03-567. The firm represents over 2,000 clients in connection with property damage claims in McIntosh, Alabama.

Currently, Lambert & Nelson, PLC is serving as Chair of the Science and Expert Committee in the matter entitled Patrick Turner, et al v. Murphy Oil USA, Inc., United States District Court for the Eastern District of Louisiana, Case No. 05-4206 and was asked by his peers to take a large role in the Class Certification Hearing recently conducted in United

States District Court for the Eastern District of Louisiana on January 12-13, 2006.

Hugh P. Lambert, Esq. graduated from the University of Michigan, School of Engineering in the 1960's. After working as an engineer for General Motors Corporation in Michigan for several years, he entered Loyola University School of Law and graduated in 1973. While attending Loyola Law School, he was an Editor of the Loyola Law Review, author of "Environmental Law: Qui Tam Actions Under the Refuse Act", Loyola Law Review, Volume XVII (1971), and a member of the Blue Key Honor Society. After law school, Mr. Lambert was the Law Clerk to the Honorable Judge R. Blake West, United States District Court, Eastern District of Louisiana. He then entered private practice employed as trial counsel with the Law Offices of Frederick J. Gisevius. Hugh Lambert is currently Senior Partner in the law firm of Lambert & Nelson, PLC. Mr. Lambert is a member of the State and Federal Bar Associations in Louisiana, as well as the State of Michigan. He has practiced Pro Hac Vice in the states of Alabama, Arizona, California, Illinois, Maine, Michigan, Mississippi, New Jersey, North Dakota, Ohio, Oklahoma, Rhode Island, South Carolina, Texas, Tennessee, and West Virginia. He is a member of the Louisiana State Bar Association, Louisiana Trial Lawyers Association (Council of Directors), Federal Bar Association, American Bar Association, American Trial Lawyers Association - President's Club Member, State Bar of Michigan, Aircraft Owners and Pilots Association and the National Transportation and Safety Board Bar Association - Aviation section. Additionally, Hugh is a commercial pilot with an airplane multi-engine instrument jet rating and pilots his Citation Bravo.

Linda J. Nelson, Esq. attended Loyola University School of Law where she was the recipient of the Joseph M. Rault Award for Maritime Personal Injury and member of Loyola

Law Review from 1976-1977.  Linda J. Nelson, Esq. received her Juris Doctorate in 1977.

Following her graduation from Loyola Law School in 1977, Linda J. Nelson, Esq. joined the

law firm of Lambert & Nelson, PLC where she has practiced law with Hugh P. Lambert, Esq.

since that time.  Linda J. Nelson, Esq. is a member of the Louisiana State Bar Association,

Federal Bar Association, American Bar Association, Louisiana Trial Lawyers Association

and American Trial Lawyers Association and has practiced pro hac vice in the states of

Alabama, Arizona, Illinois, Mississippi, New Jersey, Ohio, South Carolina, Tennessee, Texas,

and West Virginia.

 E. Alexis Bevis, Esq. graduated from Loyola University School of Law in 2004.  E.

Alexis Bevis, Esq. joined the law firm of Lambert and Nelson, PLC where she has practiced

law since that time.  She is a member of the New Orleans, Louisiana and American Bar

Associations and the Association of Trial Lawyers of America.

# HUGH P. LAMBERT

hlambert@lambertandnelson.com

Hugh Lambert is a frequent lecturer across the United States on class actions and mass torts.  He has also authored and published legal articles.  He has geld a broad range of leadership positions in many organizations devoted to law, civic, and charitable pursuits.  He is a member in good standing of numerous state and federal courts throughout the United States in which results favorable to the firm's clients have been achieved.

## Born:
- July 8, 1944
- St. Joseph, Missouri
- Married with two children, M. Palmer Lambert, a Senior at Tulane University and E. Reyn Lambert, a Sophmore at Eugene Lang New School.

## Education:
- 1969 University of Michigan (Bachelor of Science in Engineering)
- 1973 Loyola University School of Law (Juris Doctorate) (Editor of the Loyola Law Review)
- Continuing Legal Education programs as a lecturer and panel member

## Lectures:
- Taught various law school classes at Loyola Law School in New Orleans, Louisiana; guest lecturer in Environmental Law and complex litigation courses at Tulane University in New Orleans, Louisiana; University of Texas in Austin, Texas and Duke University in North Carolina.

## Admissions:
- 1973 Circuit Court for the County of Washtenaw, State of Michigan
- 1973 United States District Court Eastern Division of Michigan
- 1974 Civil District Court, State of Louisiana
- 1974 Unites States District Court for the Eastern District of Louisiana
- 1974 United States Court of Appeals for the Fifth Circuit
- 1975 United States District Court for the Western District of Louisiana
- 1979 United States District Court for the Middle District of Louisiana
- 1979 United States Tax Court
- 2006 United States Court of Appeals for the Eleventh Circuit
- Various United States Federal Courts and State Courts

**Pro Hac Appearances:**
(Appearances in other states by special admission)
- Alabama
- Arizona
- California
- Illinois
- Maine
- Michigan
- Mississippi
- New Jersey
- North Dakota
- Ohio
- Oklahoma
- Rhode Island
- South Carolina
- Tennessee
- Texas
- West Virginia

## Honors, Affiliations, and Associations:
- Editor of the Loyola Law Review (1972-1974)
- Blue Key, Loyola University (1972-1974)
- Author of "Environment Law: Qui Tam Actions Under the Refuse Act", Loyola Law Review, Volume XVII (1971)
- ATLA President's Club Member
- President of the Coffeen Land Trust
- Frequent speaker at various Continuing Legal Education Conferences nationwide
- Instructor, Legal Research and Writing, Loyola Law School (1973-1974)
- Federal Law Clerk to Judge R. Blake West, United States District Court for the Eastern District of Louisiana (1973-1975)
- Commercial Pilot - Airplane Multi-engine Instrument - Jet Rating
- Pilot and owner of a jet Citation Bravo (Single Pilot)
- Member of the Louisiana State Bar Association
- Member of the Louisiana Trial Lawyers Association, Council of Directors
- Member of the Federal Bar Association
- Member of the State Bar of Michigan
- Member of the Aircraft Owners and Pilots Association
- member of the National Transportation and Safety Board Bar Association - Aviation Section

**Practice Areas:**

Class Actions, Personal Injury, Toxic Torts, Chemical Plant Explosion/Release, Aviation Litigation, Wrongful Death, Death on the High Seas, Products Liability Law, Mass Disasters, Complex and Multi-District Litigation, Pharmaceutical Drug Liability, Railroad Litigation, Catastrophic Injury, U.S. and Intercoastal Maritime Personal Injury and Wrongful Death, Commercial Driver Litigation, Helicopter Crash Litigation, Securities Litigation, Whistleblower/Qui Tam actions, Jones Act, Injuries associated with Offshore Drilling Activities, and Consumer Fraud Litigation.

## LINDA J. NELSON

lnelson@lambertandnelson.com

**Born:**
- March 10, 1952
- New Orleans, Louisiana
- Married with two children, Devin James Barnett, a Junior on the Baseball team at Tulane University, and Hillary Merritt Barnett, a Freshman at Tulane University

**Education:**
- 1973 University of New Orleans (B.A. with honors)
- 1977 Loyola University School of Law (Juris Doctorate)
  (Member of Loyola Law Review)

**Admissions:**
- 1977 State of Louisiana
- 1977 United States District Court for the Eastern District of Louisiana
- 1978 United States Court of Appeals for the Fifth Circuit
- 1979 United States District Court for the Middle District of Louisiana
- 1995 United States District Court for the Western District of Louisiana

**Pro Hac Appearances:**
- Alabama
- Arizona
- California
- Illinois
- Maine
- Mississippi
- New Jersey
- North Dakota
- Ohio
- Rhode Island
- South Carolina
- Tennessee
- Texas
- West Virginia

**Honors, Affiliations, and Associations:**
- Recipient of Joseph M. Rault Award for Excellence in Admiralty and Maritime Personal Injury
- Recipient of Book Awards for Excellence in Tort Law and Successions and