UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: ALL CASES | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion, ~~MOOT~~

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Hugh P. Lambert, Esq. be appointed as Lead Counsel and Chairman of the Settlement and Mediation Committee to represent the interests of all Plaintiffs with actions pending is hereby GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2006.

*file unsigned*
*see Order dated May 5, 2006.*

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____