FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 27  AM 10: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

**MOTION FOR APPOINTMENT TO ANY OF THE COMMITTEES
CREATED BY THIS HONORABLE COURT
AND INCORPORATED MEMORANDUM**

NOW INTO COURT comes Walter C. Dumas (hereinafter called "Mover"), attorney for June Sanchez, Cyril Neville, Gaynielle Neville, and Lisa Bousqueto, who moves to be appointed to any committees created by this Honorable Court herein for the following reasons, to-wit:

1.

To participate in the litigation of this matter, consolidated matters, and any other related matters that may develop during these proceedings.

2.

Mover, Walter C. Dumas, is one of the attorneys who have filed a class action entitled *June F. Sanchez, Cyril Neville, Gaynielle Neville, and Lisa Bousqueto, et al. vs. Boh Brothers Construction, Co., et al.*, Civil Action No. 06-2287 which has been consolidated with *Colleen*

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

*Berthelot, et al. vs. Boh Brothers Construction, Co., et al.*, Civil Action No. 05-4182.

3.

Mover has been involved in class action and mass tort litigations since 1978.

4.

Mover has been appointed to the Plaintiffs' Steering Committee in the following federal cases: (1) In re: Eunice Train Derailment, No. 00-1267, United States District Court for the Western District of Louisiana, Judge Richard T. Haik, Sr. (2000); (2) Patrick W. Turner, et al. v. Murphy Oil USA, Inc., No. 05-4201, United States District Court for the Eastern District of Louisiana, Judge Eldon E. Fallon (2005); (3) In re: Exxon Explosion Cases, Master Docket No. 1, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1989); (4) In re: The Matter of Complaint of Ingram Barge Company, CA No. 97-226, United States District Court for the Middle District of Louisiana, Judge John V. Parker (1997) Judge Parker also appointed me as Liaison Counsel and Class Counsel); (5) In re: Exxon Coker Fire Litigation, Master Docket No. 93-MS-2-A-M2, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1993); (6) In re: 1994 Exxon Chemical Plant Fire, Master Docket No. 94-MS-3-B-M1, United States District Court for the Middle District of Louisiana, Judge Frank J. Polozola (1994)

In the Eunice Train Derailment Litigation, Judge Haik appointed Mover as one of three attorneys to review the work and time of 59 attorneys. Our committee was responsible for recommending to the Court the amount of attorneys' fees each attorney should receive for common benefit work.

Mover has been appointed to the Plaintiffs' Steering Committee in the following Multi-district Litigations (MDL): (1) In re: Baycol Products Liability Litigation, MDL Docket No. 1431, United States District Court for the District of Minnesota, Judge Michael Davis (2001); and (2) In

re: High Sulfur Content Gasoline Products Liability Litigation, MDL Docket No. 1632, United States District Court for the Eastern District of Louisiana, Judge Ivan L. R. Lemelle (2004). Additionally, Mover was appointed the Co-Chair of the Class Certification Committee in the High Sulfur Content Gasoline Products Liability Litigation.

5.

Mover's Law Firm, Dumas & Associates Law Corporation, has the staff and financial resources needed to serve on any of the committees created by this Honorable Court.

6.

Mover humbly requests he be appointed to any of the committees created by this Honorable Court.

7.

Mover attaches hereto his curriculum vitae to further support his request for appointment to any of the committees created by this Honorable Court.

Respectfully Submitted,

Walter C. Dumas, Bar Roll No. 5163
Patti Durio Hatch, Bar Roll No. 22719
NaTashia Carter Benoit, Bar Roll No. 27784
Travis J. Turner, Bar Roll No. 29462
DUMAS & ASSOCIATES LAW CORPORATION
The Lawyer's Complex
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
Telephone: (225) 383-4701

By: /s/ Walter C. Dumas
       Walter C. Dumas

# CURRICULUM VITAE

## WALTER C. DUMAS
DUMAS AND ASSOCIATES LAW CORPORATION
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
Telephone: (225) 383-4701          Toll Free: (800) 219-2130
Facsimile: (225) 383-4719
E-mail: wdumas@dumaslaw.com

### EDUCATION

Public Schools - Ascension Parish
Southern University and A&M College - Bachelor of Arts Degree (1966)
Southern University Law Center - Juris Doctorate (1969)

### BAR ADMISSIONS

Louisiana Bar Association
American Bar Association
Appeared pro hac vice in Mississippi, Texas, Indiana, and Minnesota

### FEDERAL COURT ADMISSIONS

Fifth Circuit Court of Appeals
Middle, Eastern and Western Districts of Louisiana

### RELIGIOUS, COMMUNITY AND CIVIC SERVICES

1. Ordained Deacon - Shiloh Missionary Baptist Church
   185 Eddie Robinson Sr. Drive
   Baton Rouge, Louisiana 70802

   The church library was constructed and named in my honor in January 1998.

2. Professorship named in my honor in Environmental Toxicology at Southern University; 2001 (Walter C. Dumas Professorship in Environmental Toxicology)

3. Provided funding to establish the B.K. Agnihotri (former chancellor) Professorship at Southern University Law Center; 2001

4. Establishment of three (3) Walter C. Dumas/Shiloh Missionary Baptist Church Scholarships in the amount of $5,000 each; 2001. The scholarships are given annually to one African-American, a Caucasian, and another nationality. The recipients are selected by a committee comprised of retired principals and other former educators in East Baton Rouge Parish. The scholarship program is intended to promote multi-culturalism and unity through brotherhood, as well as to provide financial assistance to students.

5. For the past six (6) years, has established a professorship at Southern University Law Center or Southern University and A&M College

6. Establishment of the Walter C. Dumas/Shiloh Missionary Baptist Church National Baptist Convention USA, Incorporated Scholarship in the amount of $10,000; 2001 (increased to $25,000 in 2003)

7. Recipient of the National Baptist Convention, USA, Incorporated, Layman of the Year Award, 1997

8. Recipient of Layman of the Year Fourth District Missionary Baptist Association, 2002

9. Recognized for Outstanding Service - Baranco-Clark YMCA's Black Achievers Program

10. Board Member of the World Trade Center

11. Original Member - Southern University Board of Supervisors

12. Member - 100 Black Men of Metro Baton Rouge (a founding member)

13. Past Board Member - Baranco - Clark YMCA

14. Past Board Member - Baton Rouge Churches and Synagogues

15. Past Board Member - Arts and Humanities Council of Greater Baton Rouge

16. Past Board Member - Capital Area Legal Services

17. Past Board Member - Ethics Commission of East Baton Rouge

18. Past Board Member - Plan of Government Study Committee for East Baton Rouge

19. "Louisiana Best", 2001

**PROFESSIONAL ACTIVITIES**

1. First African-American City Court Judge in East Baton Rouge Parish - Appointed by the Louisiana Supreme Court, 1978

2. Louisiana Bar Association

3. American Bar Association

4. Louis A. Martinet Association

5. American Trial Lawyers Association

6. Louisiana Trial Lawyers Association

7. Legal Counsel - Louisiana Democratic Party; March 1992 - March 2000

8. Co-National Chairman of the Ephedra Litigation Group

9. 1997 Distinguished Alumnus, Southern University Law Center

10. Member - Million Dollar Advocate Forum

11. Chairperson - East Baton Rouge Indigent Defender Board

12. Who's Who in America Law

13. Recognized for recruitment efforts - Louisiana Association of trial Lawyers of America

14. Lawyer of the Year - VCI International, 1992

15. Recognized for outstanding service - Black Caucus Police Jury of Louisiana State Conference

16. Recognized for outstanding service - Louisiana Legislature Black Caucus

**SPEAKING ENGAGEMENTS**

1. Invited Speaker - Louisiana State Bar Association

        Topic: "*Class Action*", 2000

2. Invited Speaker - Southern University Law Center Continuing Legal Education
   Topic: "*Anatomy of a Mass Tort Case*", 2001

3. Invited Speaker - American Trial Lawyers Association Topic: "*Pharmaceuticals and Medical Devices PPA, Ephedra, Lotronex, and Sulzer Hip Implants*", 2001

4. Invited Speaker - National Bar Association
   Topic: "*Mass Torts*"

5. Invited Speaker - African American Judges of Louisiana
   Topic: "*Class Actions*", 1999

## MASS TORTS/CLASS ACTIONS

1. *June F. Sanchez, et al. v. Boh Brothers Construction Co., et al.*
   CA No. 06-2287, United States District Court, Eastern District of Louisiana, 2006

2. *Shakonda Scott v. Johnson & Johnson, et al.*
   CA No. 06-0162, United States District Court, Western District of Louisiana, 2006

3. *Tiffany Francis Linton v. Johnson & Johnson, et al.*
   CA No. 06-133, United States District Court, Middle District of Louisiana, 2006

4. *In Re: Medtronic, Inc., Implantable Defibrillators Products Liability Litigation*
   MDL No. 1726, United States District Court, District of Minnesota, 2006

5. *Richard Overton v. Medtronic, Inc.*
   CA No. 06-146, Untied States District Court, Middle District of Louisiana, 2006

6. *Betty Claiborne v. Medtronic, Inc.*
   CA No. 06-145, United States District Court, Middle District of Louisiana, 2006

7. *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*
   CA No. 05-4206, United States District Court, Eastern District of Louisiana, 2005

8. *Dave Thompson, et al. v. Murphy Oil USA, Inc.*
   CA No. 05-5520, United States District Court, Eastern District of Louisiana, 2005

9. *In Re: Vioxx Products Liability Litigation*
   MDL No. 1657, United States District Court, Eastern District of Louisiana, 2005

10. *In Re: Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation*
    MDL No. 1699, United States District Court, Northern District of California, 2005

11. *In Re: Guidant Corp. Implantable Defibrillators Products Liability Litigation*
    MDL No. 1708, United States District Court, District of Minnesota, 2005

12. *In Re: High Sulphur Content Gasoline Product Liability Litigation*
    MDL No. 1632, United States District Court, Eastern District of Louisiana, 2004

13. *In Re: River City Towing Litigation*
    CA No. 04-291, United States District Court, Middle District of Louisiana, 2004

14. *Atkins, et al. v. Ferro Corporation*
    No. 03-945-A-M2, United States District Court, Middle District of Louisiana, 2003

15. *In Re: Amite Train Derailment*
    CA No. 02-3121, United States District Court, Eastern District of Louisiana, 2002

16. *In Re: Baycol Products Liability Litigation*
    MDL 1431, United States District Court, District of Minnesota, 2001

17. *In Re: Vulcan Litigation – January 5, 2001*
    CA No. 01-MD-05-D-M3, United States District Court Middle District of Louisiana, 2001

18. *Barbara Chapman, et al. v. Vulcan Chemicals, et al.*
    CA No. 01-MD-1-A-M2, United States District Court Middle District of Louisiana, 2001

19. *Richard J. Carter, et al. v. Vulcan Chemicals et al.*
    Case Number 02-88-D-M3, United States District Court, Middle District of Louisiana, 2001

20. *Bill Abram, et al. vs. Georgia Gulf Corporation and Georgia Gulf Chemicals and Vinyls, L.L.C.*
    Civil Action No. 02-529-C-M3, United States District Court, Middle District of Louisiana, 2001

21. *In Re: Propulsid Products Liability Litigation*
    No. 00-MD-01355, United States District Court, Eastern District of Louisiana, 2000

22. *In Re: Bridgestone/Firestone, Inc. ATX, ATXII, and Wilderness Tire*
    MDL No. 1373, Master File No. IP 00-9373-C-B/S, United States District Court, Southern District of Indiana, Indianapolis Division, 2000

23. *In Re: Eunice Train Derailment*
    Number 00-1267, United States District Court, Western District of Louisiana, Lafayette-Opelousas Division, 2000

24. *In Re: Diet Drug Products Liability Litigation*
    MDL 1203, United States District Court, Eastern District of Pennsylvania

25. *In Re: The Matter of the Complaint of Ingram Barge Company*
    CA No. 97-226, United States District Court, Middle District of Louisiana, 1997

26. *Clarence "James" Fultz, et al. v. Illinois Central Railroad*
    CA No. 97-0007, Sec. K, United States District Court, Eastern District of Louisiana; 1996

27. *In Re: 1993 Exxon Coker Fire Litigation*
    Master Docket No. 93-MS-2-A-M2, United States District Court, Middle District of Louisiana

28. *In Re: Exxon*
    Suit No. 94-1103, United States District Court, Middle District of Louisiana; 1990

29. *In Re: Copel Pharmaceutical, Inc., Albuterol Products Liability Litigation*
    MDL Docket No. 1013, All Cases, United States District Court District of Wyoming

30. *Preston Stemmann v. Bayer Corporation*
    CA No. 2:01CV2093, United States District Court, Western District of Louisiana, Lake Charles Division

31. *In Re: 1994 Exxon Chemical Plant Fire*
    Master Docket No. 94-MS-3-B-M1, United States District Court, Middle District of Louisiana

32. *Monique Pullins, et al. vs. Honeywell International, Inc.*
    Number 514,690, 19th Judicial District Court, Parish of East Baton Rouge, 2003

33. *Ann R. H. Rapp, et al. V. Iberia Parish School Board and Crown Roofing*
    Suits No. 101,420-D c/w 101,490-D c/w 101,787-A
    16th Judicial District Court, Parish of Iberia, 2003

34. *Aisha A. Malik, et al. v. Honeywell International, Inc.*
    Number 514,689, 19th Judicial District Court
    Parish of East Baton Rouge, 2003

35. *Dale Dennis, et al. v. C F Industries, et al.*
    Suit No. 67243, Div. "C", 23rd Judicial District Court

36. *Formosa EDC Litigation*
    *Willie Mae Williams, et al. v. Formosa Plastics, et al.*
    Suit No. 27,525, Parish of St. James, 23rd Judicial District Court, 2001

37. *Mazie Ayo, et al. v. State of Louisiana through the Department of Health and Hospitals*
    Suit No. 56410, Division "D", Parish of Iberville, 18th Judicial District Court, 2001

38. *Terrence Hayes, et al. v. MEI Corporation, et al.*
    Suit No. 26861, Parish of St. James, 23rd Judicial District Court, 2000

39. *Shirley Alexander, et al. v. AlliedSignal (Honeywell)*
    Suit No. 469976, Parish of East Baton Rouge, 19th Judicial District Court, 2000

40. *Hoyt Calvey, et al. v. Dupre Transport, Inc.*
    Suit No. 31089, Parish of West Baton Rouge, 18th Judicial District Court, 2000

41. *James R. Hull, et al. v. Specto*
    Suit No. 30286, Parish of West Baton Rouge, 18th Judicial District Court; 1999

42. *Burkes Jones, Sr., et al. v. Rhodia, Inc.*
    Suit No. 463299, Parish of East Baton Rouge, 19th Judicial District Court, 1999

43. *Hilda Garrison, et al. v. Blood Center for Southeast Louisiana*
    Suit No. 99-9855, Orleans Parish District Court; 1999

44. *In Re: Gramercy Plant Explosion at Kaiser*
    Master Docket Number: 25,975
    Division "D" Parish of St. James, 1999

45. *In Re: DSI/Chippewa Street Spill*
    Suit No. 450957, Parish of East Baton Rouge, 19th Judicial District Court; 1998

46. *Anderson, et al. v. Borden Chemicals and Plastics*
    Suit No. 292286, Parish of West Baton Rouge, 18th Judicial District Court; 1998

47. *In Re: I-110 South DSI, Inc. Spill*
    Suit No. 445953, Parish of East Baton Rouge, 19th Judicial District Court; 1997

48. *In Re: Bioproducts, et al. Litigation*
    Suit No. 53269 c/w Nos. 53431, 54523, 54700, 54880, 54900, 54940
    Parish of Iberville, 18th Judicial District Court, Louisiana

49. *Noretta Thomas and Demetrice Butler, each individually and on behalf of All Other Similarly Situated*
    Docket No. 55127-B c/w 55136-B, 55139-C, 55144-C, 55159-I, 55168-B, 55265-A, 55290-A, 55302-A, 55439-B, 55409-C, 55555-D
    Parish of Iberville, 18th Judicial District Court, Louisiana

50. *Mildred Hill, Lee White, Willie Mae Williams, et al. v. Zen-Noh Grain Corp.*
    Suit No. 25938, Sec. "D", Parish of St. James, 23rd Judicial District Court