# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## ORDER

Considering the foregoing motion, ~~Moot~~

IT IS HEREBY ORDERED, adjudged and decreed that Walter C. Dumas be appointed to the _____ Committee in the above-consolidated matter.

New Orleans, Louisiana, this ___ day of _____, 2006.

*File unsigned. See Order dated 5/5/06*

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No