FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8 AM 7:30

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

**MOTION TO COMPEL PRODUCTION OF EVIDENCE
IN CONNECTION WITH THE 17th STREET
CANAL BREACH SITE**

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for an Order to compel defendant, the United States of America, through its agency and instrumentality, the U.S. Army Corps of Engineers, to produce the following evidence for observation and inspection by plaintiffs' counsel and his expert(s):

1) The concrete monolith panels currently at the site, and particularly the left and right edges of those concrete panels and the bottoms of the panels, where the concrete makes contact with the sheet piles;

2) The concrete monolith panels which were excavated and removed from the site some time prior to Wednesday, May 2, 2006;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

3)  The polyvinyl chloride water stops which were installed between concrete monolith panels at the 17th Canal breach site; and

4)  The in-place sheet piles, many of which are currently buried by mud and rip rap at the 17th Street Canal breach site.

All of the foregoing evidence has been described to counsel for the Government in correspondence identified in the Memorandum filed simultaneously herewith.[1]

This motion is filed upon the grounds that the requested evidence is vital to plaintiffs' case against the United States of America and other defendants and has not been produced notwithstanding repeated verbal and written demands during the past several days.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-5560**

---

[1] Should the Court order the Government to produce this vital evidence, then after "gentle excavation", plaintiffs' experts, Hector Pazos and Robert Bartlett, should be allowed the same access to the evidence as is enjoyed by the U.S. Army Corps of Engineers representatives and their contractors.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 4th day of May, 2006.

*[signature]*