FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -4  PM 4:45

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * *'

### MOTION FOR EXPEDITED HEARING

**COME NOW** Plaintiffs in Civil Action Nos. 05-4181, appearing through undersigned counsel, and move This Honorable Court for expedited hearing of their Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site. This Motion is filed upon grounds that vital evidence at the Seventeenth Street Canal breach site is about to be destroyed, and upon grounds which appear more fully in the Memorandum in Support filed simultaneously herewith, together with attachments.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: [signature]

-1-

Ashton R. O'Dwyer, Jr.<br>
In Proper Person<br>
Bar No. 10166<br>
One Canal Place<br>
365 Canal Street<br>
Suite 2670<br>
New Orleans, LA 70130<br>
Telephone: (504) 561-6561<br>
Facsimile: (504) 561-5560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 4th day of May, 2006.

*[signature: O'Dwyer]*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING**

**MAY IT PLEASE THE COURT:**

As is explained in Plaintiffs' Memorandum in Support of their Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site, filed simultaneously herewith, vital evidence at the Seventeenth Street Canal breach site already has been, and more soon will be, destroyed. For those reasons it is respectfully submitted that expedited hearing on the Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site should be ordered by the Court in this instance.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
**Counsel for Plaintiffs**

-1-

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this ____ day of May, 2006.

_____

-2-