FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8  AM 7:30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. ~~05-4181~~ 05-4182 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

## ORDER

Considering the Motion for Expedited Hearing filed on behalf of Plaintiffs,

**IT IS ORDERED, ADJUGED AND DECREED** that the hearing on Plaintiffs' Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site _without oral argument_ be and it is hereby set for hearing at _11_ o'clock _a._ M., on the _17th_ day of _May_, 2006, at the United States District Court for the Eastern District of Louisiana. _Written opposition must be filed no later than May 12, 2006_

New Orleans, Louisiana, this _5th_ day of _May_, 2006.

_____
MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____