**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -8 AM 7:35
LORETTA G. WHYTE
CLERK

Robin D. Smith
Trial Attorney

PJP:PFF:RSmith
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

P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044

Tel.: (202) 616-4289
Fax: (202) 616-5200

May 5, 2006

VIA FEDEX AND FAX (504-589-7633)

Honorable Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE: *Berthelot v. Boh Bros. Constr.*, Civ. No. 05-4182 (all cases)

Dear Judge Wilkinson:

Pursuant to the Order of the Court (Rec. Doc. 286), I have consulted with the Army Corps of Engineers. Based on agency information, I now inform you of the feasibility of recovering representative samples of waterstop from the sites where the outfall canal levees were breached.

Following the evidentiary hearing on Tuesday, May 2, arrangements were made to recover and preserve samples of immediately available waterstop from the site of the breach of the 17th Street Canal levee. An immediate recovery was deemed necessary inasmuch as Boh Brothers Construction Company, the contractor repairing the levee at that site, was about to demolish some of the monoliths that were displaced during the Hurricane Katrina event. Demolition of these monoliths was necessary in order for the restoration of the levee to proceed and would have resulted in a loss of the waterstops that were attached to these monoliths. Because I was at the site on Wednesday morning, when the decision to recover this material was made, and was about to fly back to Washington, I telephoned Ashton O'Dwyer and informed him of the impending recovery. I also telephoned William Treeby and asked him to inform all counsel of record, which I believe he accomplished before 10:00 a.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Letter to Hon. Joseph C. Wilkinson, Jr.
May 5, 2006
Page 2

At one o'clock in the afternoon, on Wednesday, May 3, representative samples of waterstop were recovered, marked by Dr. Paul Lo, of Materials Management, Inc., and placed in secure storage in a Corps of Engineers warehouse. The recovery of these materials took about one hour. Representatives of the plaintiffs and the defendants were present.

The future material recoveries planned by the IPET will be from floodwall segments that are now buried underground. Because these structures are underground and cannot be inspected at this time, the condition of the waterstops that filled the gaps between these segments before they were displaced during the Hurricane Katrina event is unknown. It is anticipated, however, that regardless of their condition, a recovery of some of these waterstops will be feasible at the same time as the concrete, rebar, and sheetpiles are recovered for the IPET. Although it cannot be presently known how much delay will result from the recovery of additional waterstop, the delay is not expected to be appreciable. Accordingly, the IPET is now planning to recover samples of waterstop during the next two material recoveries. These recoveries will occur at the 17th Street Canal breach site and the Mirabeau Avenue breach site whenever the contractors who are repairing these levees have sufficiently excavated the sites to allow the planned recoveries. In accordance with the Court's order, counsel for the litigants will be notified in advance of these recoveries, when the IPET is notified that the recoveries are about to occur.

Respectfully submitted,

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice

Encl.

cc:  Hon. Stanwood H. Duval, Jr. (via fax)
     Counsel of record (via email)

**IMPORTANT:** This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**DATE:** May 5, 2006

**RE:** <u>Berthelot v. Boh Brothers Constr., Civil Action No. 05-4182 (all cases)</u>

**FROM:** Robin Doyle Smith
Civil Division, Torts Branch, U.S. Department of Justice
Fax: (202) 616-5200    Phone: (202) 616-4289

**TO:** Hon. Judge Joseph C. Wilkinson, Jr.
U.S. District Court - EDLA
504-589-7633 (fax)

**NO. PAGES SENT (INCLUDING COVER PAGE):** 3

