

Figure 10 - Total head contours in vicinity of rupture for London south breach.



Figure 11 – London south breach Case 1 stability analysis.

Page 25 of 40 pages



Figure 12 – London south breach Case 2 stability analysis.

Page 26 of 40 pages



Figure 13 – London south breach Case 3 stability analysis.

Page 27 of 40 pages



Figure 14 – London south breach Case 4 stability analysis.



Figure 15 - London south breach Case 5 stability analysis.

Page 29 of 40 pages



Figure 16 - Schematic cross section at London north breach, with seepage boundary conditions.

Page 30 of 40 pages



Figure 17 - Finite element mesh used for seepage analysis for London Avenue north breach.



Figure 18 - Total head contours calculated for seepage analysis of London north breach (Case 1).



Figure 19 – Calculated uplift pressures and total overburden pressure for London north breach.



Figure 20 - Schematic cross section at London north breach, showing rupture through marsh layer.



London Avenue Canal - North
Canal water elevation = 8.2 ft NAVD88
Projected side boundary water elevation = -8.4 ft hNAVD88
Crack to top of sand layer
0.5 ft total head contours

Lacustrine Clay

Levee Fill

Marsh

Sand

Figure 21 - Total head contours in vicinity of rupture for London north breach.



Figure 22 – London north breach Case 1 stability analysis.

Page 36 of 40 pages



Figure 23 – London north breach Case 2 stability analysis.

Page 37 of 40 pages



Figure 24 – London north breach Case 3 stability analysis.

Page 38 of 40 pages



Figure 25 – London north breach Case 4 stability analysis.



Figure 26 – London north breach Case 5 stability analysis.