

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 FEB 14 PM 3:44
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK BRADLEY, LAWRENCE RABIN, AND MARK H. SAMUELS, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED<br><br>VERSUS<br><br>MODJESKI AND MASTERS, INC. | CASE NO. 05-6359<br><br>SECTION T, MAGISTRATE 2 |

---

**MOTION FOR CONSOLIDATION
PURSUANT TO RULE 42, FRCP,
WITH OTHER "KATRINA CASES"
PENDING IN THIS DISTRICT AND IN
THIS SECTION OF COURT**

---

**NOW INTO COURT**, through undersigned counsel, comes Defendant Modjeski and Masters, Inc., and pursuant to Rule 42, FRCP, moves for consolidation of this civil action with the numerous "Katrina Cases" presently pending before Judge Porteous, namely <u>Colleen Berthelot, et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-4182 ~~05-8142~~; <u>Jared Vodanovich et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-4191; <u>Robert Harvey, et al. v. The Board of Commissioners for the Orleans Levee District,</u>

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

et al., C.A. No. 05-4568; Ann Vodanovich, et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-5237; David Kirsch, et al. v. Boh Bros. Constr. Co., et al., C.A. No. 05-6073; Jim Ezell, et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-6314; David M. Brown, Sr., et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-6324; Beth A. LeBlanc, et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-6327; Julie E. Tauzin, et al. v. The Board of Commissioners for the Orleans Parish Levee District, et al., C.A. No. 06-0020; and

Upon suggesting to the Court that the aforementioned civil actions involve common questions of fact or law, arising from Hurricane Katrina and her aftermath; and

Further, that all of the aforementioned cases are at the same stage of trial preparation, that the consolidation of these civil actions will be not create any alignment issues not already existing in the alleged class action claims, and that consolidation at this time for preliminary and pretrial purposes will conserve judicial time and resources as well as the resources of the parties; and

Further, upon suggesting to the Court, that consolidation of this suit Bradley, et al. v. Modjeski and Masters, Inc. with Colleen Berthelot, et al. v. Boh Bros. Const. Co., et al., C.A. No. ~~05-8142,~~ 05-4182 Section "T", is within the discretion of this Court and will moot the need for separate preliminary scheduling conferences, including the one currently scheduled in this civil action for March 14, 2006, at 2:30 p.m.;

-2-

And further that plaintiffs' counsel in this has been contacted by undersigned counsel and has no objection to said Motion; and

All as more fully described in the Memorandum In Support filed herewith.

_____
Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John Wayne Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorneys for MODJESKI AND MASTERS, INC., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served this 14th day of February, 2006, by placing a copy of same in the United States Mail, postage prepaid and properly addressed unto:


Gerald Edward Meunier
Kara M. Hadican
Todd Robert Slack
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
Telephone (504) 522-2304
Counsel for Frederick Bradley, Lawrence Rabin and Mark H. Samuels

_____
Victor E. Stilwell, Jr.

33280-011/#117014v1<DKS> -Mot for Consolidation 2-13-06

-4-