UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FREDERICK BRADLEY, LAWRENCE RABIN, AND MARK H. SAMUELS, INDIVIDUALLY AND ON BEHALF OF ALL PERSONS SIMILARLY SITUATED : : : : : : : : : : | CASE NO. 05-6359<br><br>SECTION K; MAGISTRATE 2 |
| VERSUS | |
| MODJESKI AND MASTERS, INC. | |

---

**MEMORANDUM IN SUPPORT OF
MOTION TO CONSOLIDATE**

---

**MAY IT PLEASE THE COURT:**

This civil action was filed on December 5, 2005, in behalf of three plaintiffs who allege damage to property, as well as pain and suffering, and mental anguish/emotional distress, resulting from flooding caused by the breach of the 17th Street Canal levee during Hurricane Katrina. The complaint alleges (paragraph 14) that it is brought in behalf of the named plaintiffs, as well in behalf of a class of similarly actuated persons, who suffered property damage and personal injury.

The only defendant named in this complaint is Modjeski and Masters, Inc.

As the Court is well aware, there are numerous other "Katrina suits" presently pending in Section "T", namely: <u>Colleen Berthelot, et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. ~~05-8142~~ 05-4182; <u>Jared Vodanovich et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-4191; <u>Robert Harvey, et al. v. The Board of Commissioners for the Orleans Levee District, et al.</u>, C.A. No. 05-4568; <u>Ann Vodanovich, et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-5237; <u>David Kirsch, et al. v. Boh Bros. Constr. Co., et al.</u>, C.A. No. 05-6073; <u>Jim Ezell, et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-6314; David M. Brown, Sr., et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-6324; <u>Beth A. LeBlanc, et al. v. Boh Bros. Const. Co., et al.</u>, C.A. No. 05-6327; <u>Julie E. Tauzin, et al. v. The Board of Commissioners for the Orleans Parish Levee District, et al.</u>, C.A. No. 06-0020.

The lowest numbered case in Section "T" is the <u>Berthelot</u> case. Undersigned counsel understands that the <u>Berthelot</u> case also is considered the "first filed" case in the Eastern District, even though the civil action entitled <u>Maureen O'Dwyer, et al. v. United States of America, et al.</u>, has the lowest civil action number, i.e., 05-4181, Section "K".

Movant Modjeski and Masters, Inc. (hereinafter "Modjeski") has requested and obtained the "no objection" to said motion for consolidation from

counsel from plaintiffs in the Bradley suit.

Movant Modjeski submits that this civil action obviously has issues of fact and of law in common with the Berthelot case, in which Modjeski is a named defendant and thus Rule 42, FRCP, grants this Court wide discretion in consolidating this civil action with Berthelot.

As stated in 9 C. Wright & J. Miller, Federal Practice & Procedure, Civil §2381 (2d Ed. 1994),

> "Rule 42 provides two wholly different procedures that are designed to achieve a common end. That objective is to give the court broad discretion to decide how cases on its docket are to be tried so that the business of the court may be dispatched with expedition and economy while providing justice to the parties. To promote this end, Rule 42(a) permits consolidation and a single trial of several cases on the Court's docket, or of issues within those cases; Rule 42(b) allows the trial court to order separate trial of particular issues within a single case."

All of the cases now in Section "T", including Berthelot and Bradley are at the same preliminary stage and consolidation of Bradley with Berthelot will save judicial resources, and the parties' resources immediately in regard to matters such as Initial Disclosures, Preliminary Conferences, and preliminary class action matters, such as composing steering committees, etc.

Furthermore, the consolidation of <u>Bradley</u> with <u>Berthelot</u> will not create any "party alignment" problems or otherwise impede the litigation.

Movant submits that consolidation of all the "Katrina suits", including numerous class actions, against the defendants alleged to be liable for the breach of the levees of the outfall canals in New Orleans, is necessary to avoid undue delay and costs for all parties.

*[signature]*

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John Wayne Martinez (#28442)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorneys for MODJESKI AND MASTERS, INC., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served this ___14th___ day of February, 2006, by placing a copy of same in the United States Mail, postage prepaid and properly addressed unto:

Gerald Edward Meunier
Kara M. Hadican
Todd Robert Slack
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
Telephone (504) 522-2304
Counsel for Frederick Bradley, Lawrence Rabin and Mark H. Samuels

_____
Victor E. Stilwell, Jr.

33280-011/#117030v1<DKS> -Memo in Supp of Mot to Consolidate 2-13-06