UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FREDERICK BRADLEY, LAWRENCE :
RABIN, AND MARK H. SAMUELS, :
INDIVIDUALLY AND ON BEHALF OF : CASE NO. 05-6359
ALL PERSONS SIMILARLY SITUATED :
                                  : SECTION T; MAGISTRATE 2
VERSUS                            :
                                  :
MODJESKI AND MASTERS, INC.        :

---

**NOTICE**

---

**TO:**   Gerald E. Meunier, Esq.
Todd R. Slack, Esq.
Kara M. Hadican, Esq.
Messrs. Gainsburgh, Benjamin, David,
   Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Please take notice that Defendant Modjeski and Masters, Inc. will bring

on for hearing before the Honorable G. Thomas Porteous, Jr., United States District

Judge, the foregoing Motion for Consolidation on Wednesday, March 1, 2006, at 11:00 a.m. or as soon thereafter as counsel may be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, LA 70130.

_____
Victor E. Stilwell, Jr., T/A (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
John Wayne Martinez (#28442)
   of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorneys for MODJESKI AND MASTERS, INC., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served this 14th day of February, 2006, by placing a copy of same in the United States Mail, postage prepaid and properly addressed unto:

Gerald Edward Meunier
Kara M. Hadican
Todd Robert Slack
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street
Suite 2800
New Orleans, LA 70163-2800
Telephone (504) 522-2304
Counsel for Frederick Bradley, Lawrence Rabin and Mark H. Samuels

_____
Victor E. Stilwell, Jr.

33280-011/#117021v1<DKS> -Notice 2-13-06