FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8 PM 2:24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FREDERICK BRADLEY, LAWRENCE
RABIN, AND MARK H. SAMUELS,
INDIVIDUALLY AND ON BEHALF OF      : CASE NO. 05-6359
ALL PERSONS SIMILARLY SITUATED
                                   : SECTION T, MAGISTRATE 2
VERSUS

MODJESKI AND MASTERS, INC.

---

### ORDER

Considering the foregoing Motion to Consolidate filed by the sole Defendant Modjeski and Masters, Inc., and the "no objection" of counsel for plaintiffs obtained by mover,

*Moot*

IT IS ORDERED, ADJUDGED and DECREED that this civil action be consolidated with Colleen Berthelot, et al. v. Boh Bros. Const. Co., et al., C.A. No. 05-4182 05-8142, Section "T".

This 5th day of ~~February~~ May, 2006, at New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE

33280-011/#117315v1<DKS> -Order 2-14-06

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No _____