

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25 PM 12: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRUCE CONLAY | * | |
| | * | CIVIL ACTION NO.: 06-151 "K" |
| Plaintiff | * | |
| | * | |
| VERSUS | * | JUDGE: ~~SARAH S. VANCE~~ Stanwood Duval, Jr. |
| | * | |
| ENCOMPASS INSURANCE COMPANY AND THE ORLEANS LEVEE DISTRICT | * | MAGISTRATE: WILKINSON |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS, WITH PREJUDICE

Plaintiff Bruce Conlay no longer wishes to pursue the above captioned action against Encompass Insurance Company and the Orleans Levee District. Accordingly, Plaintiff respectfully requests that all of his claims and this lawsuit be dismissed, with prejudice.

**WHEREFORE**, Bruce Conlay prays that his claims and this lawsuit be dismissed, with prejudice.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No___ 59789

Respectfully submitted,

*/s/ Robert G. Creely*

Robert G. Creely, Esq., Bar No. 4594
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054
Telephone (504) 367-8181
Facsimile: (504) 362-5168

Mickey Landry, Esq., 22817
Frank Swarr, Esq., 23322
1010 Common Street, Suite 2050
New Orleans, Louisiana 70112
Telephone (504) 299-1214

Attorneys for Bruce Conlay

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion to Dismiss, with Prejudice and Order has been served upon all counsel of record by email, facsimile and/or placing same in the United States mail, postage prepaid and properly addressed, this 19th day of April, 2006.

*[signature]*
Robert Creely

59789