FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8  PM 2: 24

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE CONLAY | CIVIL ACTION NO.: 06-151 "K" |
| Plaintiff | |
| VERSUS | JUDGE: ~~SARAH S. VANCE~~ Stanwood Duval, Jr. |
| ENCOMPASS INSURANCE COMPANY AND THE ORLEANS LEVEE DISTRICT | MAGISTRATE: WILKINSON |
| Defendants | |

### JUDGMENT

Considering the foregoing Motion to Dismiss, with Prejudice;

**IT IS ORDERED** that the Motion to Dismiss, with Prejudice be and hereby is **GRANTED** and that this case and all of the claims asserted herein be and hereby are dismissed, with prejudice.

New Orleans, Louisiana, this 5th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No 59789