# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -8 PM 2:25
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| JARED VODANOVICH | * | CIVIL ACTION NO. 05-04191 |
| | * | |
| VERSUS | * | SECTION K |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * *

## ORDER

Upon consideration of the foregoing motion:

**IT IS ORDERED** that the motion is granted and that Douglas R. Plymale, David L. Browne, Robert J. Daigre, James R. Dugan, II, and the firm of Dugan & Browne, PLC, are hereby relieved as counsel for Plaintiff, Jared Vodanovich; and Stephen S. Kreller and the law firm of Stephen S. Kreller, APLC, shall remain counsel of record for Plaintiff, Jared Vodanovich, in this matter.

**IT IS FURTHER ORDERED** that Stephen S. Kreller and the firm of Stephen S. Kreller, APLC is hereby designated as trial counsel and shall receive all further notices for Plaintiff, Jared Vodanovich, in this matter.

New Orleans, Louisiana, this 5th day of May, 2006.

_____
United States District Judge

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____