

| | |
|---|---|
| FRANK S. BRUNO | DAVID S. SCALIA |
| JOSEPH M. BRUNO | STEPHANIE MAY BRUNO |
| STEPHEN P. BRUNO | |
| ROBERT J. BRUNO | OF COUNSEL |
| CHRISTOPHER J. BRUNO¹ | HAROLD E. MOLAISON |

¹BOARD CERTIFIED CIVIL TRIAL ADVOCATE
BY THE NATIONAL BOARD OF TRIAL ADVOCACY

May 4, 2006

Hon. Loretta G. Whyte
Clerk of Court
United States District Court, Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    *Vodanovich, et al. v. Boh Brothers, et al.*, 05-5237 (K)(2)

Dear Ms. Whyte:

    Please issue summons on the Complaint and Amending Complaint to Gulf Group, Inc. of Florida to its Director, Matt Hobbs, 20 West Nouveau Lane, Metairie, LA 70003.

    With kindest regards, I am

                                Very truly yours,

                                BRUNO & BRUNO

                                David S. Scalia

DSS/