

FRANK S. BRUNO  
JOSEPH M. BRUNO  
STEPHEN P. BRUNO  
ROBERT J. BRUNO  
CHRISTOPHER J. BRUNO¹  

DAVID S. SCALIA  
STEPHANIE MAY BRUNO  

OF COUNSEL  
HAROLD E. MOLAISON  

¹BOARD CERTIFIED CIVIL TRIAL ADVOCATE  
BY THE NATIONAL BOARD OF TRIAL ADVOCACY  

May 4, 2006

Hon. Loretta G. Whyte  
Clerk of Court  
United States District Court, Eastern District of Louisiana  
500 Poydras Street  
New Orleans, LA 70130  

    Re:    *Vodanovich, et al. v. Boh Brothers, et al.*, 05-5237 (K)(2)

Dear Ms. Whyte:

    Please issue summons on the Complaint and Amending Complaint to C. R. Pittman Construction Company, Inc. to its Agent for Service of Process: Lolita A. Pittman, 1747 Oriole Street, New Orleans, LA 70122.

    With kindest regards, I am

                            Very truly yours,

                            BRUNO & BRUNO

                            David S. Scalia

DSS/

___ Fee _____  
___ Process _____  
_X_ Dktd _____  
___ CtRmDep _____  
___ Doc. No. _____

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-581-1493