UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN VODANOVICH, ET AL. | * | CIVIL ACTION NO. 05-05237 |
| | * | |
| VERSUS | * | SECTION K |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * *

FILED:_____                              _____
                                                                    DEPUTY CLERK

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Douglas R. Plymale, James R. Dugan, David L. Browne, Robert J. Daigre, and the firm Dugan & Browne, PLC, and, after consultation with co-counsel, Stephen S. Kreller, and Plaintiffs, Ann Vodanovich and Charlie Vodanovich, respectfully move to withdraw as counsel of record for Plaintiffs, Ann Vodanovich and Charlie Vodanovich, in this matter and that Stephen S. Kreller, and the firm Stephen S. Kreller, APLC remain as counsel of record and be designated hereafter as trial attorney for Plaintiffs, Ann Vodanovich and Charlie Vodanovich, in this matter. Dugan & Browne, PLC has apprized co-counsel Stephen S. Kreller of all impending deadlines, and Stephen S. Kreller agrees to become trial counsel for Ann Vodanovich and Charlie Vodanovich, in this matter.

RESPECTFULLY SUBMITTED:

**DUGAN & BROWNE, APLC**

*/s/ Douglas R. Plymale*

Douglas R. Plymale (LA Bar No. 28409)
Robert J. Daigre (LA Bar No. 23016)
David L. Browne (LA Bar No. 20729)
James R. Dugan, II, T.A. (LA Bar No. 24785)
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

**STEPHEN S. KRELLER, APLC**

*/s/ Stephen S. Kreller*

Stephen S. Kreller (LA Bar No. 28440)
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574
Email: sskreller@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the this Motion upon all counsel of record and Plaintiffs, Ann Vodanovich and Charlie Vodanovich, by hand, by facsimile or other electronic transmission, and/or by placing same in the United States Mail, postage pre-paid, and properly addressed, this 2nd day of May, 2006.

*/s/ Douglas R. Plymale*

Douglas R. Plymale