FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -8 PM 2: 25

LORETTA G. WHYTE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VODANOVICH, ET AL. | * | CIVIL ACTION NO. 05-4523 K |
| | * | 05-5237 |
| VERSUS | * | SECTION K |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * *

FILED:_____           _____
                                              **DEPUTY CLERK**

## O R D E R

Upon consideration of the foregoing motion:

**IT IS ORDERED** that the motion is granted and that Douglas R. Plymale, David L. Browne, Robert J. Daigre, James R. Dugan, II, and the firm of Dugan & Browne, PLC, are hereby relieved as counsel for Plaintiffs, Ann Vodanovich and Charlie Vodanovich; and Stephen S. Kreller and the law firm of Stephen S. Kreller, APLC, shall remain counsel of record for Plaintiffs, Ann Vodanovich and Charlie Vodanovich, in this matter.

**IT IS FURTHER ORDERED** that Stephen S. Kreller and the firm of Stephen S. Kreller, APLC is hereby designated as trial counsel and shall receive all further notices for Plaintiffs, Ann Vodanovich and Charlie Vodanovich, in this matter.

New Orleans, Louisiana, this ___5th___ day of ___May___, 2006.

_____
United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____