APR. 25. 2006 1:91PM  ANDRY LAW FIRM                                    NO. 021  P. 2
Case 2:05-cv-04182-SRD-JCW   Document 314-1   Filed 05/04/06   Page 1 of 4
Case 2:06-cv-02268-SRD-JCW   Document 4-2   Filed 04/27/2006   Page 1 of 4

**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

October 25, 2005

### CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

CEMVN-OC

SUBJECT: Notice of Claims Pursuant to Federal Tort Claims Act

Mr. Jonathan B. Andry
610 Barone Street
New Orleans, Louisiana 70113

Dear Mr. Andry:

A letter, dated October 24, 2005, was hand delivered to this office today. Enclosed in that letter was a "Notice of Class Claim," filed pursuant to the Federal Tort Claims Act, and five SF-95 forms for the following individuals/entities: Kent Lattimore; Lattimore and Associates; Norman Robinson; Tanya F. Smith; Anthony O. Franz, Jr.; and Lucille Franz. You also enclosed another SF-95 form, in the amount of $200,000,000,000.00, for "The Class of Claimants as defined by Section 2 of the Notice of Claim attached hereto and made a part hereof." There are several problems with the claims, which will be addressed below.

First, the SF-95 for the Class of Claimants is not a proper claim against the United States that would preserve any potential member's legal rights. 28 U.S.C. Section 2675(a) provides that "(a)n action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government . . . unless the claimant shall have first presented the claim to the appropriate Federal agency and his claim shall have been finally denied in writing and sent by certified or registered mail. . . ." Section 2675(b) states that "(a)ction under this section shall not be instituted for any sum in excess of the amount of the claim presented to the federal agency. . . ." Thus, filing an administrative claim by an individual claimant is a jurisdictional prerequisite for filing a later suit against the United States in U.S. District Court. A court would lack jurisdiction to adjudicate any damage claims of any proposed member of a class because none of the potential members would have individually exhausted their administrative remedies by filing an individual written claim demanding a sum certain amount of damages. Each and every member of a potential class must exhaust their individual administrative remedies before they can proceed to file suit in Federal court. See *Hoskins v. United States*, (E.D. La. 2001) an unreported case found at 2001 WL 175237; *Founding Church of Scientology of Washington, D.C. v. F.B.I.*, 459 F.Supp. 748, 754 (D.D.C. 1977). Thus, this agency cannot consider the claim filed on behalf of the proposed class.


EXHIBIT 1

APR. 25. 2006 2:05PM MERCHANT LAW FIRM NO. 894 P. 3
Case 2:05-cv-04182-SRD-JCW Document 314-1 Filed 05/04/06 Page 2 of 3
Case 2:06-cv-02268-SRD-JCW Document 4-2 Filed 04/27/2006 Page 2 of 4

Second, with regard to the claims for the other named individuals, you need to provide additional information that would establish your right to file a claim on their behalf. Your attention is directed to the back of the SF-95, under the section "Instructions." In that section, you were informed that a claim for an individual claimant may be signed by and filed by a duly authorized legal representative, but that representative must provide, to the Agency, evidence of his authority to present the claim on behalf of the claimant. You are required to provide proof to this office of your authority to sign and present a claim on behalf of the above name claimants and for any other individual claimants that you may later file a claim for.

If you have any questions, please contact the undersigned at (504) 862-2051.

Sincerely,

Randall C. Merchant
Assistant District Counsel

Copy Furnished:

U.S. Army Claims Service (LTC McConnon)
CEMVD-OC
CECC-K

RECEIPT NO. _____

APR. 25. 2006 1:02PM CEI ANDRY LAW FIRM NO. 921 P. 3
Case 2:05-cv-04182-SRD-JCW Document 314-1 Filed 05/04/06 Page 3 of 4
Case 2:06-cv-02268-SRD-JCW Document 4-2 Filed 04/27/2006 Page 3 of 4



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

October 28, 2005

CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

CEMVN-OC

SUBJECT: Notice of Claims Pursuant to the Federal Tort Claims Act

Mr. Jonathan B. Andry
610 Baronne Street
New Orleans, Louisiana 70113

Dear Mr. Andry:

With regard to you letter, dated October 27, 2005, I am in receipt of the letters that have been signed by Kent Lattimore, both in his individual capacity and as representative of Lattimore and Associates; Norman Robinson; Tanya F. Smith; Anthony O. Franz, Jr.; and Lucille Franz. These letters indicate that they have authorized you to represent them in their claims filed with this agency. The agency has assigned the following file numbers to their claims: 06N15T001 (Mr. Lattimore); 06N15T002 (Lattimore and Associates); 06N15T003 (Mr. Robinson); 06N15T004 (Ms. Smith); 06N15T005 (Mr. Franz); and 06N15T006 (Mrs. Franz).

As for the claim presented for the purported class of individuals, you misconstrue my letter. There has not been a final disposition of any kind simply because the claim form presented is not a legally sufficient administrative claim under the Federal Tort Claims Act. As stated in my previous letter, a jurisdictional prerequisite for any lawsuit filed in federal court under the FTCA is that an individual claimant first file a written administrative claim with the appropriate federal agency. As the law makes clear, any one claim filed on behalf of a class of unnamed individuals is not a sufficient administrative claim that would protect and preserve the legal rights of any person or entity that may be a part of such represented class. Any individual or entity that may be a part of the represented class must file a written claim on their own behalf to preserve their rights under the FTCA. A class claim is insufficient for this purpose.

As for the claims submitted for Mr. Lattimore (individually and for his company); Mr. Robinson; Ms. Smith, and Mr. and Mrs. Franz, they will be processed by the agency. These are the only claims that are, on their face, properly submitted under the provisions of the Federal Tort Claims Act.

APR. 25. 2006 2:52PM MERCHANT LAW FIRM NO. 024 P. 3
Case 2:05-cv-04182-SRD-JCW Document 314-1 Filed 05/04/06 Page 4 of 4
Case 2:06-cv-02268-SRD-JCW Document 4-2 Filed 04/27/2006 Page 4 of 4

If you have any questions or comments, please contact the undersigned at (504) 862-2051.

Sincerely,

Randall C. Merchant
Assistant District Counsel

Copy furnished:

U.S. Army Claims Service (LTC McConnon)
CEMVD-OC