UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY | * * * * | CIVIL ACTION NUMBER **06-2268** SECTION: **SECT. D MAG. 4** |
| Plaintiffs, | * | **KATRINA-RELATED LITIGATION** |
| v. | * | |
| THE UNITED STATES ARMY CORPS OF ENGINEERS and THE UNITED STATES OF AMERICA | * * | |
| Defendants | | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the plaintiffs, Norman Robinson, Tanya Smith, Anthony Franz, Jr., Lucille Franz, Kent Lattimore, and Lattimore & Associates, will bring their Motion to Shorten the Period of Time for Defendants to Answer Complaint for hearing on the _10_ day of _May_, 2006 at _10_ o'clock _a_.m.

New Orleans, Louisiana, this ___ day of April, 2006.

Respectfully Submitted,

O'DONNELL & MORTIMER, LLP

PIERCE O'DONNELL (CA No. 81298)(*pro hac vice*)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: (213)532-2000
Telefax: (213)532-2020

ANDRY LAW FIRM, LLC

_____
JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911