UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO:  06-2268**

## ORDER

A Motion to Shorten the Period of Time for Defendants to Respond to the Complaint (Doc. 5) is pending in *Robinson, et al. v. United States Army Corps of Engineers, et al.,* C.A. No. 06-2268, which was recently transferred to this section for consolidation with the Katrina Canal litigation.

**IT IS ORDERED** that this matter is **RESET** for hearing on May 31, 2006 at 9:30 a.m.

New Orleans, Louisiana, this  10th  day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE