UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**COLLEEN BERTHELOT, ET AL.,**                                    **CIVIL ACTION**

**VERSUS**                                                                    **NO.  05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                **SECTION "K"(2)**
**L.L.C., ET AL.**                                                    **CONS. KATRINA CANAL**

**PERTAINS TO:  Doc. 285**

### ORDER

It has come to the attention that a footnote in the Order denying the Motion to Disqualify Judge filed by the Board of Commissioners for the Orleans Levee District  and a Motion for Recusal filed by the Washington Group International, Inc. (Doc. 285) contains a typographical error in footnote number 9 in that the court noted as author of the citation is the Fifth Circuit rather than the United States District Court for the Southern District of New York.  Accordingly,

**IT IS ORDERED** that the footnote number 9 is **AMENDED** to read as follows:

A compelling argument concerning whether the conclusions reached in this regard in *Tramonte* are correct can be found in *In re Initial Public Offering Securities Litigation*, 174 F. Supp. 2d 70, 88-90 (S.D.N.Y. 2001).

New Orleans, Louisiana, this  10th  day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE