MINUTE ENTRY
WILKINSON, M. J.
MAY 10, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### HEARING AND ORDER ON MOTION

APPEARANCES: Ashton O'Dwyer, representing movant plaintiffs; Robin Smith and Traci Colquette, representing defendant United States; Also participating: Hugh Lambert, member of the plaintiffs' liaison committee; Michael Riess, counsel for defendant Boh Bros. Construction

MOTION: Plaintiff's Motion to Compel Production of Evidence in Connection With the London Avenue North Breach Site, Record Doc. No. 220

MJSTAR:    : 45

O R D E R E D:

 XXX :  DISMISSED AS MOOT.  The evidentiary record establishes that the requested materials were demolished as part of the ongoing levee/floodwall repair and reconstruction operation being conducted at the relevant site.  Observation and filming/photography by litigant representatives were permitted.  There is nothing to compel at this time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc:  HON. STANWOOD R. DUVAL, JR.