UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Vodanovich et al v. Boh Bros, et al*: 05-5237 | § | |
| | § | |

## MOTION FOR VOLUNTARY DISMISSAL
## CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, come Plaintiffs in *Vodanovich et al v. Boh Bros, et al*: 05-5237 on behalf of themselves and all others similarly situated and based on representations made to counsel for plaintiffs by counsel for defendants Burke-Kleinpeter, LLC, Pittman Construction Company of Louisiana, Inc., Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., Virginia Wrecking Company, Inc., and Gulf Group Inc., of Florida move to dismiss their Complaint without prejudice as against said defendants. Plaintiffs specifically reserve all rights as against all parties not dismissed herein.

WHEREFORE, plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice plaintiffs' Complaint as to defendants Burke-Kleinpeter, LLC, Pittman

Construction Company of Louisiana, Inc., Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., Virginia Wrecking Company, Inc., and Gulf Group Inc., of Florida; and specifically reserving all rights and causes of action against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

_/s/  David S. Scalia_
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 10th  day of May, 2006.

_/s/  David S. Scalia_
**DAVID S. SCALIA**