UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Vodanovich et al v. Boh Bros, et al*: 05-5237 | § | |
| | § | |

## MEMORANDUM IN SUPPORT MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs in *Vodanovich et al v. Boh Bros, et al*: 05-5237 on behalf of themselves and all others similarly situated, have received representations by defendants for Burke-Kleinpeter, LLC, Pittman Construction Company of Louisiana, Inc., Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., Virginia Wrecking Company, Inc., and Gulf Group Inc., of Florida. Based upon those representations plaintiffs wish to dismiss their Complaint without prejudice as against the above referenced defendants. Plaintiffs seek the dismissal as to the above referenced defendants only and specifically reserve all rights as against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

/s/  David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
         dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 10th  day of May, 2006.

/s/  David S. Scalia
**DAVID S. SCALIA**