UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Vodanovich et al v. Boh Bros, et al*: 05-5237 | § | |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Plaintiffs in *Vodanovich et al v. Boh Bros, et al*: 05-5237 on behalf of themselves and all others similarly situated, through undersigned counsel, will bring on for hearing the attached Motion on Wednesday, the 31st day of May, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr. United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

BRUNO & BRUNO

/s/ David S. Scalia
Joseph M. Bruno (3604)

                **David S. Scalia  (21369)**
                855 Baronne Street
                New Orleans, LA 70113
                PH (504) 525-1335
                FX:(504) 581-1493
                EM:   jbruno@brunobrunolaw.com
                           dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 10th day of May, 2006.

                         /s/   David S. Scalia
                        **DAVID S. SCALIA**