UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *LeBlanc et al v. Boh Bros, et al*: 05-6327 | § | |
| | § | |

## MOTION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, come Plaintiffs in *LeBlanc et al v. Boh Bros, et al*: 05-6327 on behalf of themselves and all others similarly situated and based on representations made to counsel for plaintiffs by counsel for defendants City of New Orleans, Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., and Gulf Group Inc., of Florida, move to dismiss their Complaint without prejudice as against said defendants. Plaintiffs specifically reserve all rights as against all parties not dismissed herein.

WHEREFORE, plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice plaintiffs' Complaint as to defendants City of New Orleans, Burke-Kleinpeter,

LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., and Gulf Group, Inc of Florida; and specifically reserving all rights and causes of action against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

__/s/   David S. Scalia__
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
          dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 10th day of May, 2006.

__/s/   David S. Scalia__
**DAVID S. SCALIA**