UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **NO.: 05-4182** |
| **BOH BROTHERS CONSTRUCTION** | * | |
| **CO., LLC., ET AL.** | * | **SECTION "K" (2)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **RE: KATRINA LEVEES** |
| **DOCKET Nos. 05-4181; 05-6073; 06-20** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS DEFENDANT
STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT**

**NOW INTO COURT,** through undersigned counsel, comes defendant State of Louisiana, through the Department of Transportation and Development, who respectfully requests that the plaintiffs' complaints against it be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for the following reason:

1

The State of Louisiana, through the Department of Transportation and Development, is entitled to sovereign immunity from suit in this Honorable Court pursuant to the Eleventh Amendment of the U.S. Constitution.

**WHEREFORE**, defendant State of Louisiana, through the Department of Transportation and Development, respectfully prays that it be dismissed from this suit at plaintiffs' cost.

    Respectfully submitted,

    **CHARLES C. FOTI, JR.**
    **ATTORNEY GENERAL**

**BY**:    s/ *Michael C. Keller*
    **MICHAEL C. KELLER (#20895) (T.A.)**
    **PHYLLIS E. GLAZER (# 29878)**
    **STEPHEN F. BABIN (#2634)**
    **ASSISTANT ATTORNEYS GENERAL**

    **DEPARTMENT OF JUSTICE**
    **LITIGATION DIVISION**
    601 Poydras Street, Suite 1725
    New Orleans, Louisiana 70130
    Telephone No.    504-599-1200
    Facsimile No.    504-599-1212
    Email:    KellerM@ag.state.la.us
        GlazerP@ag.state.la.us
        BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by EMAIL, at New Orleans, Louisiana, on this *11th* day of *May*, 2006.

    s/ *Michael C. Keller*
    **MICHAEL C. KELLER**