UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) <br> CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
06-2346

### ORDER

**IT IS ORDERED** that the above captioned case is to be directly assigned to Magistrate Judge Joseph Wilkinson, Jr. in Division 2, to be consolidated pursuant to the Order of April 11, 2006 (Doc. 70) and subject to the dictates of that Order.

New Orleans, Louisiana, this __9th__ day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

TRANSFERRED TO

**MAG 2**

MAY 10 2006