```
                                             FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 MAY -9 PM 4:17

                                           LORETTA G. WHYTE
                                                CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### DEFENDANT UNITED STATES' MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE MAY 12, 2006 STATUS CONFERENCE

The United States moves for an order allowing it to attend the status conference scheduled for May 12, 2006, by telephone. In support of this motion, the Court is respectfully referred to the attached Memorandum in Support. A proposed Order granting the motion is also attached.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

1

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____
```

                          PHYLLIS J. PYLES
                          Director, Torts Branch

                          PAUL F. FIGLEY
                          Deputy Director, Torts Branch

                          _____
                          TRACI L. COLQUETTE
                          Trial Attorney
                          Torts Branch, Civil Division
                          U.S. Department of Justice
                          P.O. Box 888
                          Benjamin Franklin Station
                          Washington, D.C.  20044
                          (202) 305-7536
                          (202) 616-5200 (fax)
                          Attorneys for the United States

Dated: May 8, 2006.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 8th day of May 2006.

Traci L. Colquette