UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL., | * | SECTION "K" (2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### MEMORANDUM IN SUPPORT OF DEFENDANT UNITED STATES' EX PARTE MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE MAY 12, 2006 STATUS CONFERENCE

The United States respectfully requests the Court's permission to attend the May 12, 2006 Status Conference by telephone. As the Court is aware, the United States Attorney's Office for the Eastern District of Louisiana has been recused from these cases. The cases, therefore, are being handled by attorneys from the Torts Branch in Washington, D.C., without the assistance of local counsel. Counsel for the United States will travel from Washington, D.C., to New Orleans on Tuesday, May 9, 2006, to attend a hearing in front of Magistrate Judge Wilkinson on Wednesday morning, May 10, 2006.

Government counsel proposes to fly back to Washington, D.C., immediately following Wednesday's hearing in order to work in their home offices on other matters pertaining to this litigation, including a response to Plaintiffs' Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site, which must be filed on Friday, May 12, 2006,

1

pursuant to the Court's order of today.[1] See Docket No. 298. In addition, an important Katrina litigation meeting of representatives of various offices within the Department of Justice is scheduled for Thursday. Allowing counsel to appear at Friday's hearing by telephone would allow counsel to attend the meeting in Washington in person.

To accommodate the special needs of the United States, owing to its lack of local counsel, the United States respectfully requests that its counsel be permitted to attend the status conference on May 12 by telephone. Allowing counsel to do so will not in any way prejudice the other parties involved in this litigation.

For these reasons, the United States' motion for leave to attend by telephone should be granted.

                                                  Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  PHYLLIS J. PYLES
                                                  Director, Torts Branch

---

[1] Plaintiffs' counsel neglected to serve electronic copies of his exhibits to this motion despite requests from government counsel that he do so. The United States did not have access to Plaintiffs' exhibits until today when the Clerk of Court docketed them on the Court's electronic docket sheet.

                          PAUL F. FIGLEY
                          Deputy Director, Torts Branch

                          */s/ Traci L. Colquette*
                          TRACI L. COLQUETTE
                          Trial Attorney
                          Torts Branch, Civil Division
                          U.S. Department of Justice
                          P.O. Box 888
                          Benjamin Franklin Station
                          Washington, D.C.  20044
                          (202) 305-7536
                          (202) 616-5200 (fax)
                          Attorneys for the United States

Dated: May 8, 2006.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 8th day of May 2006.

_____
Traci L. Colquette