U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 MAY -9 PM 5: 59
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "3" |

### PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR LEAVE TO APPEAR BY TELEPHONE AT THE MAY 12, 2006 STATUS CONFERENCE

**MAY IT PLEASE THE COURT:**

The United States Department of Justice, which already has eight (8) lawyers on this case[1] is requesting "special treatment" in connection with seeking an exception to this Court's Minute Entry of March 24, 2006, which requires mandatory attendance of lawyers with full authority at status conferences. Only Your Honor knows what subjects the Court intends to address at the Status Conference on May 12, 2006. However, it is to be reasonably anticipated that some discussion will be had concerning the United States of America as a party defendant, the possible waiver by the Government and the

---

[1]
1. Peter D. Keisler,
2. Phyllis J. Piles
3. Paul F. Figley
4. Peter Myer
5. Robin D. Smith
6. Katherine Finnegan
7. Traci L. Colquette
8. Randy D. Merchant of the U.S. Army Corps of Engineers

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

Department of Justice of the onerous administrative claims procedures arguably required by the Federal Tort Claims Act, the Court's admiralty and maritime jurisdiction, including a waiver of sovereign immunity by the Government under the Suits in Admiralty Act, and issues concerning the Government's inevitable invocation of "sovereign immunity" by the People's Own Government, which is a democracy, not a monarchy. Undersigned counsel for plaintiffs in 05-4181 wants a "warm body" from the Government with full authority in the Courtroom to whom appropriate questions can be addressed, with full authority to speak on behalf of the United States of America, the "target" defendant un 05-4181.

For the foregoing reasons, it is respectfully submitted that the Motion by the Department of Justice for Leave to Attend the May 12th Status Conference by Telephone should be denied.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 9th day of May 2006.

*[signature]*