FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11  AM 11: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

* * * * * * * *

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

Considering the foregoing Motion for Leave to Appear by Telephone at the May 12, 2006 Status Conference filed on behalf of the United States of America:

**DENIED**

**IT IS ORDERED** that the above-referenced motion is hereby **GRANTED** and the United States shall be permitted to appear by telephone at the May 12, 2006 status conference.

New Orleans, LA, this 10th day of May, 2006.

_____
United States Judge

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___