FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY -9 PM 5: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS TO COMPEL PRODUCTION OF EVIDENCE (A) THE LONDON AVENUE NORTH BREACH SITE AND (B) AT THE 17TH STREET CANAL BREACH SITE

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for an Order granting Plaintiffs leave to file the attached Supplemental Memorandum in Support of their Motions to Compel Production of Evidence:  (A) In Connection with the London Avenue North Breach Site, and (B) In Connection with the 17th Street Canal Breach Site.  The Supplemental Memorandum which is the subject of this Motion has been made necessary by the Court's Order of May 4, 2006 (Record Document No. 286), which requires that any discovery motion "must be supported by the affidavit of a qualified expert". Attached to the Memorandum in Support of Mover's Motion are Affidavits from two (2)

-1-



of plaintiffs' engineering experts, Hector V. Pazos and Robert D. Bartlett. Additionally, the aforesaid Supplemental Memorandum also addresses issues raised in the recently filed Memorandum in Opposition to the O'Dwyer Plaintiffs' Motion to Compel Production of Evidence filed by the Government (Record Document No. 300). Accordingly, it is respectfully submitted that Plaintiffs' Motion for Leave to File Supplemental Memorandum should be granted.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this _____ day of May 2006.