UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM

**MAY IT PLEASE THE COURT:**

As is explained in Plaintiffs' Memorandum in Support of their Motions to Compel Production of Evidence: (A) In Connection with the London Avenue North Breach Site, and (B) In Connection with the 17th Street Canal Breach Site, the Supplemental Memorandum which is the subject of this Motion has been made necessary by the Court's Order of May 4, 2006 (Record Document No. 286), which requires that any discovery motion "must be supported by the affidavit of a qualified expert". Attached to the Memorandum in Support of Mover's Motion are Affidavits from two (2) of plaintiffs' engineering experts, Hector V. Pazos and Robert D. Bartlett. Additionally, the aforesaid Supplemental Memorandum also addresses issues raised in the recently filed Memorandum in Opposition to the O'Dwyer Plaintiffs' Motion to Compel Production of Evidence filed by the Government (Record Document No. 300). Accordingly, it is

respectfully submitted that Plaintiffs' Motion for Leave to File Supplemental Memorandum should be granted.

        Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**
Counsel for Plaintiffs

BY: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this ___ day of May, 2006.

_____