UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

### ORDER

Considering the above and foregoing Motion for Leave to File Supplemental Memorandum in Support of Plaintiffs' Motions to Compel Production of Evidence: (A) With Respect to the London Avenue North Breach Site, and (B) With Respect to the 17th Street Canal Breach Site,

**IT IS ORDERED** that Plaintiffs be and they are hereby **GRANTED** leave to file the aforesaid Supplemental Memorandum in Support of their Motions to Compel Production of Evidence.

New Orleans, Louisiana, this _10th_ day of _may_, 2006.

_____
JUDGE

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

-1-