# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**ROBERT D. BARTLETT of**
**BARTLETT ENGINEERING**

who, being first duly sworn, did depose and say as follows:

That he authored and has read the attached E-mail to Ashton R. O'Dwyer, Jr., a copy of which is appended hereto and marked as Exhibit A, and that all of the statements of fact, opinions and conclusions contained therein are true and correct to the best of his knowledge, information and belief.

_____
**ROBERT D. BARTLETT**

**Sworn to and subscribed before me,**

this _____ day of May 2006.

_____
**NOTARY PUBLIC**