# Ashton O'Dwyer

**From:** Bob Bartlett [nometal@bellsouth.net]
**Sent:** Monday, May 08, 2006 4:38 PM
**To:** O'Dwyer, Ashton
**Subject:** Evidence preservation at 17th Street Canal breach site

Dear Mr. O'Dwyer;

TIME OF NOTICE:
I understand that the USACE has been giving you very short notice regarding times when evidence will be available for observation. As I discussed with you earlier, the management of a project of this magnitude requires the use of some sort of flow chart or critical path diagram which identifies such things as:
* every task which needs to be performed for the duration of the project,
* that task's interdependence on other tasks, and
* each task's projected start and finish dates.

Although these types of diagrams exist in various forms and names, the project manager must be using some form of project management tool in order to be able to predict his completion date and determine if he is on schedule or not.

This is not to say that the schedule is not updated regularly, and that projected dates change more often than not. However, the Corps should be able to tell us now approximately when any task on this project will occur.

PRESERVATION OF EVIDENCE:
Related to the times when the site will be available for inspection is the fact that when we are finally allowed access to the job site, some of the evidence has been destroyed. I am specifically referring to the the demolition of the concrete floodwall at the south end of the 17th St. Canal breach that Mr. Kuykendall attempted to prevent me from photographing. The USACE has the opportunity to observe these items prior to its destruction, but they are using their authority to deny us this equivalent access. This destruction of the floodwalls and excavation of the other floodwalls without a representative of the plaintiff present denies us the equivalent opportunity to observe evidence before its permanent and irreversible transformation. These acts are at the least making our collection of the evidence from this floodwall breach more difficult. At worst, this damaging of the available evidence without proper documentation increases the likelihood that an incorrect evaluation would be made by either side.

STATEMENT BY DR. MALAKER REGARDING THE WATERSTOPS:
I noticed in your summary of the deposition of Dr. Malaker that he stated that the water stops were "not load bearing members". From your summary it sounded like he was implying that the waterstops were therefore not important. From my communication with Mr. Pazos, I understand that the water stops are indeed important. I don't believe that anyone would question that.

URGENCY TO DEMOLISH MONOLITHS AT 17TH ST. CANAL BREACH:
I understand that everyone in New Orleans wants the levees repaired -- myself included. I live in Lakeshore. Why, then, is the Corps not proceeding with the excavation of the monoliths at the 17th St. Canal breach? Have you had any response regarding the status of our request to have the opportunity to observe the condition of the bottoms of these monoliths prior to their demolition?

5/9/2006

If you have any questions regarding the above, please feel free to contact me at your convenience.

Robert D. (Bob) Bartlett, P.E.
BARTLETT ENGINEERING
ph. (504) 888-2122
fx. (504) 888-9890
cell (504) 837-6776

5/9/2006