AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -9 PM 4:54
LORETTA G. WHYTE
CLERK

RETURN

DAVID J. KIRSCH, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 05-6073 "K" (2)

BOH BROTHERS CONSTRUCTION CO.,
ET AL

TO: (Name and address of defendant)

Sewerage and Water Board of New Orleans
through its Director:
625 St. Joseph Street
New Orleans, LA    70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Hugh P. Lambert
701 Magazine Street
New Orleans, LA   70130

an answer to the first amended class action complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

_____
(By) Deputy Clerk

**March 30, 2006**
Date

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 28 April 06 |
| NAME OF SERVER (PRINT) MAir CRR | TITLE |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: By Certified Mail
R.R. 4/28/06

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/28/06
                Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.