AO 399 (Rev. 10/95)

**RECEIVED**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**WAIVER OF SERVICE OF SUMMONS**

2006 MAY -9 PM 4:52

APR 1 7 2006

LORETTA G. WHYTE
CLERK

Hugh P. Lambert (7933)
701 Magazine Street
TO: New Orleans, LA 70130

MODJESKI AND MASTERS, INC.
NEW ORLEANS OFFICE

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____Modjeski and Masters, Inc._____ , acknowledge receipt of your request
        (DEFENDANT NAME)

that I waive service of summons in the action of _David J. Kirch, et al; v. Bob Brothers Construction Co., et al_ ,
                                                          (CAPTION OF ACTION)

which is case number _____05-6073_____ in the United States District Court
                              (DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

       I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

       I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

       I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

       I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _April 13, 2006_ ,
                                                                                   (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

April 19, 2006
     (DATE)

Signature

Printed/Typed Name: _William B Conway_

As _Chairman_ of _Modjeski and Masters, Inc_
        (TITLE)                    (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

       Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and
complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive
service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the
waiver.

       It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an
improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons
retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the
court or to the place where the action has been brought.

       A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a
response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default
judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually
served when the request for waiver of service was received.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____