FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY -9 PM 4:51
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) |
| | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | |

## MOTION AND ORDER OF DISMISSAL OF DEFENDANT, PITTMAN CONSTRUCTION COMPANY OF LOUISIANA, INC. WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come David J. Kirsch and Ali Haghighi, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for Defendant, **Pittman Construction Company of Louisiana, Inc.**, Plaintiffs desire to voluntarily dismiss **Pittman Construction Company of Louisiana, Inc.** without prejudice.

And having been informed by counsel for Pittman Construction Company of Louisiana, there is no objection,

IT IS ORDERED BY THE COURT that Defendant, **Pittman Construction Company of Louisiana, Inc.**, be and the same is hereby dismissed without prejudice. Each party is to bear their own costs in this matter.

IT IS FURTHER ORDERED that the Motion for Summary Judgment filed by Pittman (Doc. 98) is MOOT.

New Orleans, Louisiana, this 10th day of May, 2006.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar No. 7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 9th day of May, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ.