UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | CONS. KATRINA CANAL |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | **THIS PLEADINGS PERTAINS TO:** |
| CO., L.L.C., ET AL. | * | 06-1672 |
| | * | c/w   06-1673 |
| | * | c/w   06-1674 |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Allstate Indemnity Company will bring the attached Motion to Sever and Proceed Separately for hearing before Judge Stanwood R. Duval,

60077

Jr., on May 31, 2006, at 9:30 o'clock a.m. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

Respectfully submitted,

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr. 27138
Of
BARRASSO USDIN KUPPERMAN,
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by facsimile, electronic mail, and/or placing same in the United States mail, postage prepaid and properly addressed, this 10th day of May, 2006.