# United States District Court

**EASTERN** DISTRICT OF **LOUISIANA**

FILED
EASTERN DISTRICT
2006 MAY -5 A ISTRATION
LORETTA G. WHYTE
CLERK

Phillip Reed, on behalf of himself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 06-2152

Section "S"

The United States of America, et al.

TO: (Name and address of defendant)

Manson Gulf, L.L.C.
Through its Agent for Service of Process:
Vincent Dinkler
392 Bayou Dularge Road
Houma, LA 70363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAMILO K. SALAS III
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

April 25, 2006

DATE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE MAY 4, 2006 at 10:33 A.M |
| NAME OF SERVER (PRINT) CAMILO K. SALAS III | TITLE PLAINTIFF'S ATTORNEY |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: CHRISTA DINKLER, WHO IS VINCENT DINKLER'S WIFE & WAS WILLING TO ACCEPT ON HIS BEHALF AT 392 OLD BAYOU DULARGE ROAD, HOUMA, LA.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 4, 2006
Date

Signature of Server

650 POYDRAS ST. SUITE 1650
NEW ORLEANS, LA. 70130
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.