FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 10  PM 4:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION NO. 05-4182 |
| VERSUS | * | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | CONS. KATRINA CANAL |

**MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANTS BURKE-KLEINPETER, LLC, MILLER EXCAVATING SERVICE, INC., JAMES CONSTRUCTION COMPANY, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., GULF GROUP, INC., OF FLORIDA, AND VIRGINIA WRECKING CO., INC.**

<u>THIS DOCUMENT RELATES TO</u>:

| | |
|---|---|
| JULIE E. TAUZIN, PAULETTE L. HELDNER, WIFE OF AND JOHN MICHAEL HOLAHAN, RIVERBEND FINE WINES, INC., and MICHELLE M. ZORNES | CIVIL ACTION NO. 06-0020<br><br>SECTION "K" (2) |

VERSUS

THE BOARD OF COMMISSIONERS
FOR THE ORLEANS PARISH
LEVEE DISTRICT, GULF GROUP, INC.
OF FLORIDA, PITTMAN CONSTRUCTION
CO. OF LOUISIANA, INC., PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC.,
BURK-KLEINPETER, L.L.C.,
B&K CONSTRUCTION COMPANY, INC.,

1

Fee____
Process____
X Dktd____
CtRmDep____
Doc. No____

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic mail, on this 10th day of May, 2006.

_____
KIRK REASONOVER

**MILLER EXCAVATING SERVICES, INC.,
JAMES CONSTRUCTION GROUP, INC.,
EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP INTERNATIONAL, INC.,
VIRGINIA WRECKING COMPANY, INC.,**

**NOW INTO COURT**, come Plaintiffs in *Tauzin, et al. v. Board of Commissioners for the Orleans Parish Levee District, et al.*: **06-0020** on behalf of themselves and all others similarly situated and based on representations made to counsel for plaintiffs by counsel for defendants Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc., Gulf Group, Inc., of Florida, and Virginia Wrecking Co., Inc., move to dismiss their Complaint without prejudice as against said defendants. Plaintiffs specifically reserve all rights as against all parties not dismissed herein.

**WHEREFORE,** plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice plaintiffs' Complaint as to defendants Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., Gulf Group Inc., of Florida, and Virginia Wrecking Co., Inc. Plaintiffs specifically reserve all rights and causes of action against all parties not dismissed herein.

Respectfully submitted,

_____
**RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. WILES (#17865)
KIRK REASONOVER (#21039)
OWEN B. ST. AMANT (#25509)
OF
SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170

2

Telephone: (504) 525-2200
Telecopy: (504) 525-2205

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic mail, on this 10th day of May, 2006.

KIRK REASONOVER

3