UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| EASTERN DISTRICT OF LOUISIANA | * | |
| | * | |
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" (2) |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | CONS. KATRINA CANAL |
| L.L.C., ET AL | * | |
| | * | |

**MEMORANDUM IN SUPPORT MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANTS BURKE-KLEINPETER, LLC, MILLER EXCAVATING SERVICE, INC., JAMES CONSTRUCTION COMPANY, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., GULF GROUP, INC., OF FLORIDA, AND VIRGINIA WRECKING CO., INC.**

<u>THIS DOCUMENT RELATES TO:</u>

| | |
|---|---|
| JULIE E. TAUZIN, PAULETTE L. HELDNER, | CIVIL ACTION NO. 06-0020 |
| WIFE OF AND JOHN MICHAEL HOLAHAN, | |
| RIVERBEND FINE WINES, INC., and | SECTION "K" (2) |
| MICHELLE M. ZORNES | |

VERSUS

THE BOARD OF COMMISSIONERS
FOR THE ORLEANS PARISH
LEVEE DISTRICT, GULF GROUP, INC.
OF FLORIDA, PITTMAN CONSTRUCTION
CO. OF LOUISIANA, INC., PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC.,
BURK-KLEINPETER, L.L.C.,
B&K CONSTRUCTION COMPANY, INC.,

1

**MILLER EXCAVATING SERVICES, INC.,**
**JAMES CONSTRUCTION GROUP, INC.,**
**EUSTIS ENGINEERING CO., INC.,**
**MODJESKI AND MASTERS, INC.,**
**WASHINGTON GROUP INTERNATIONAL, INC.,**
**VIRGINIA WRECKING COMPANY, INC.,**

**MAY IT PLEASE THE COURT:**

Plaintiffs in ***Tauzin, et al. v. Board of Commissioners for the Orleans Parish Levee District, et al.: 06-0020*** on behalf of themselves and all others similarly situated, have received representations by for defendants Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R Pittman Construction Company, Inc., Gulf Group, Inc., of Florida, and Virginia Wrecking Co., Inc regarding the nature and extent of their involvement in construction of the levees and floodwalls at issue. Based upon those representations plaintiffs wish to dismiss their Complaint without prejudice as against the above referenced defendants. Plaintiffs seek the dismissal as to the above referenced defendants only and specifically reserve all rights as against all parties not dismissed herein.

**Respectfully submitted,**

_____
**RANDALL A. SMITH, T.A. (#2117)**
**STEPHEN M. WILES (#17865)**
**KIRK REASONOVER (#21039)**
**OWEN B. ST. AMANT (#25509)**
         **OF**
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic mail, on this 10th day of May, 2006.

_____
**KIRK REASONOVER**