UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| EASTERN DISTRICT OF LOUISIANA | * | |
| | * | |
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" (2) |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | CONS. KATRINA CANAL |
| L.L.C., ET AL | * | |
| | * | |

## NOTICE OF HEARING

<u>THIS DOCUMENT RELATES TO:</u>

JULIE E. TAUZIN, PAULETTE L. HELDNER,   CIVIL ACTION NO. 06-0020
WIFE OF AND JOHN MICHAEL HOLAHAN,
RIVERBEND FINE WINES, INC., and   SECTION "K" (2)
MICHELLE M. ZORNES

VERSUS

THE BOARD OF COMMISSIONERS
FOR THE ORLEANS PARISH
LEVEE DISTRICT, GULF GROUP, INC.
OF FLORIDA, PITTMAN CONSTRUCTION
CO. OF LOUISIANA, INC., PITTMAN
CONSTRUCTION COMPANY, INC.,
BURK-KLEINPETER, INC.,
BURK-KLEINPETER, L.L.C.,
B&K CONSTRUCTION COMPANY, INC.,
MILLER EXCAVATING SERVICES, INC.,
JAMES CONSTRUCTION GROUP, INC.,
EUSTIS ENGINEERING CO., INC.,
MODJESKI AND MASTERS, INC.,
WASHINGTON GROUP INTERNATIONAL, INC.,

1

VIRGINIA WRECKING COMPANY, INC.,

**PLEASE TAKE NOTICE**, that plaintiffs Plaintiffs in *Tauzin, et al. v. Board of Commissioners for the Orleans Parish Levee District, et al.*: **06-0020** on behalf of themselves and all others similarly situated, through undersigned counsel, will bring on for hearing the attached Motion on Wednesday, the 31st day of May, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr. United States Distrcit Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

_____
RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. WILES (#17865)
KIRK REASONOVER (#21039)
OWEN B. ST. AMANT (#25509)
    OF
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes,

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic mail, on this 10th day of May, 2006.

_____
KIRK REASONOVER

2