UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 10 PM 1:30

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 05-4182 |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | SECTION: K |
| CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: 2 |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

This document refers to the following cases:
05-4182 (Berthlot, et al v. Boh Bros, et al)
05-6324 (Brown, et al v. Boh Bros, et al)

FILED: _____    DY. CLERK: _____

## MOTION TO VOLUNTARILY DISMISS
## CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through the undersigned counsel, comes the plaintiffs in cases 05-4182 (the Berthelot case) and 05-6324 (the Brown case); for the purpose of submitting this Motion to Voluntarily Dismiss Certain Defendants Without Prejudice, and says as follows:

I.

Plaintiffs wish to voluntarily dismiss the following defendants without prejudice:

The City of New Orleans
Burk-Klienpeter, LLC
Pittman Construction Company of Louisiana, Inc.
Virginia Wrecking
Miller Excavating Service, Inc.



___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

James Construction Company, Inc.
C.R. Pittman Construction Company, Inc.
Gulf Group, Inc. of Florida

II.

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

**WHEREFORE**, Plaintiffs pray that these related actions be consolidated, that a Plaintiffs' Committee be formed, that a special master be appointed and that an expedited hearing or conference be held to discuss the matters presented in this Motion.

Respectfully submitted,

DANIEL E. BECNEL, JR. (#2926)
DARRYL J. BECNEL (#:22,943)
Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
Post Office Drawer "H"
Reserve, LA 70084
Telephone: (985) 536-1186
Fascimilie: (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading on counsel for all parties and all unrepresented parties in these cases by depositing same in the United States Mail, properly addressed and first class postage prepaid, by fax transmission, or by hand delivery this __10th__ day of __May, 2006__.