UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: __05-4182__ |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | SECTION: ___K___ |
| CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: ___2___ |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This document refers to the following cases:
05-4182 (Berthlot, et al v. Boh Bros, et al)
05-6324 (Brown, et al v. Boh Bros, et al)

FILED: _____          DY. CLERK: _____

**MEMORANDUM IN SUPPORT OF
MOTION TO VOLUNTARILY DISMISS
CERTAIN DEFENDANTS WITHOUT PREJUDICE**

NOW INTO COURT, through the undersigned counsel, comes the plaintiffs in cases 05-4182 (the Berthelot case) and 05-6324 (the Brown case); for the purpose of submitting this Memorandum in Support of Motion to Voluntarily Dismiss Certain Defendants Without Prejudice, and says as follows:

MAY IT PLEASE THE COURT:

After careful review of this matter and after consultation among plaintiffs counsel, the

undersigned counsel for the plaintiffs in the cases listed above wish to voluntarily dismiss the following defendants without prejudice:

> The City of New Orleans
> Burk-Klienpeter, LLC
> Pittman Construction Company of Louisiana, Inc.
> Virginia Wrecking
> Miller Excavating Service, Inc.
> James Construction Company, Inc.
> C.R. Pittman Construction Company, Inc.
> Gulf Group, Inc. of Florida

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

**WHEREFORE**, Plaintiffs pray that the listed defendants be voluntarily dismissed without prejudice.

Respectfully submitted,

_____
DANIEL E. BECNEL, JR. (#2926)
DARRYL J. BECNEL (#:22,943)
Law Offices of Daniel E. Becnel, Jr.
106 West 7th Street
Post Office Drawer "H"
Reserve, LA 70084
Telephone: (985) 536-1186
Fascimilie: (985) 536-6445

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading on counsel for all parties and all unrepresented parties in these cases by depositing same in the United States Mail, properly addressed and first class postage prepaid, by fax transmission, or by hand delivery this 10th day of May, 2006.