UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 05-4182 |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | SECTION: K |
| CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: 2 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This document refers to the following case:
06-886 (Finney, et al v. Boh Bros, et al)

FILED: _____    DY. CLERK: _____

## MOTION TO VOLUNTARILY DISMISS
## CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through the undersigned counsel, comes the plaintiffs in case 06-886 (the Finney case); for the purpose of submitting this Motion to Voluntarily Dismiss Certain Defendants Without Prejudice, and says as follows:

I.

Plaintiffs wish to voluntarily dismiss the following defendants without prejudice:

The City of New Orleans
Burk-Klienpeter, LLC
Pittman Construction Company of Louisiana, Inc.
Virginia Wrecking
Miller Excavating Service, Inc.
James Construction Company, Inc.
C.R. Pittman Construction Company, Inc.
Gulf Group, Inc. of Florida

II.

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

**WHEREFORE**, Plaintiffs pray that these related actions be consolidated, that a Plaintiffs' Committee be formed, that a special master be appointed and that an expedited hearing or conference be held to discuss the matters presented in this Motion.

Respectfully submitted,

_____
ROBERT M. BECNEL (#14,072)
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: (985) 651-6101
Fascimilie: (985) 651-6104

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading on counsel for all parties and all unrepresented parties in these cases by depositing same in the United States Mail, properly addressed and first class postage prepaid, by fax transmission, or by hand delivery this 10th day of May, 2006.

_____