UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| VERSUS | * | |
| | * | SECTION: K |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This document refers to the following case:
06-886 (Finney, et al v. Boh Bros, et al)

FILED: _____     DY. CLERK: _____

## MEMORANDUM IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through the undersigned counsel, comes the plaintiffs in case 06-886 (the Finney case), for the purpose of submitting this Memorandum in Support of Motion to Voluntarily Dismiss Certain Defendants Without Prejudice, and says as follows:

MAY IT PLEASE THE COURT:

After careful review of this matter and after consultation among plaintiffs counsel, the undersigned counsel for the plaintiffs in the cases listed above wishes to voluntarily dismiss the following defendants without prejudice:

The City of New Orleans
Burk-Klienpeter, LLC
Pittman Construction Company of Louisiana, Inc.

Virginia Wrecking
Miller Excavating Service, Inc.
James Construction Company, Inc.
C.R. Pittman Construction Company, Inc.
Gulf Group, Inc. of Florida

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

**WHEREFORE**, Plaintiffs pray that the listed defendants be voluntarily dismissed without prejudice.

Respectfully submitted,

_____
ROBERT M. BECNEL (#14,072)
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: (985) 651-6101
Fascimilie: (985) 651-6104

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading on counsel for all parties and all unrepresented parties in these cases by depositing same in the United States Mail, properly addressed and first class postage prepaid, by fax transmission, or by hand delivery this 10th day of May, 2006.

_____