UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: __05-4182__ |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | SECTION: __K__ |
| CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: __2__ |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This document refers to the following cases:

06-886 (Finney, et al v. Boh Bros, et al)

## NOTICE OF HEARING

TO:   All Parties

PLEASE TAKE NOTICE that the plaintiffs in the above captioned matters will bring the attached Motion to Voluntarily Dismiss Certain Defendants Without Prejudice on for hearing on the 31st day of May, 2006, at 9:30 a.m., before the Honorable Stanwood Duval, Section K, United States District Court, 500 Camp Street, New Orleans, LA 70130.

Respectfully submitted,

_____
ROBERT M. BECNEL (#14,072)
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
LaPlace, LA 70068
Telephone: (985) 651-6101
Fascimilie: (985) 651-6104

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above pleading on counsel for all parties and all unrepresented parties in these cases by depositing same in the United States Mail, properly addressed and first class postage prepaid, by fax transmission, or by hand delivery this __10th__ day of __May, 2006__.

_____