UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: __05-4182__ |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | SECTION: __K__ |
| CO., L.L.C., ET AL | * | |
| | * | MAGISTRATE: __2__ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This document refers to the following case:
06-886 (Finney, et al v. Boh Bros, et al)

## **ORDER**

IT IS ORDERED that plaintiffs' Motion to Voluntarily Dismiss Without Prejudice, is hereby granted and the following defendants are dismissed without prejudice:

The City of New Orleans
Burk-Klienpeter, LLC
Pittman Construction Company of Louisiana, Inc.
Virginia Wrecking
Miller Excavating Service, Inc.
James Construction Company, Inc.
C.R. Pittman Construction Company, Inc.
Gulf Group, Inc. of Florida

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE, U.S. DISTRICT COURT