UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| ALL CASES | § | |
| | § | |

**MEMORANDUM IN SUPPORT OF MOTION FOR AN ORDER THAT THE UNITED STATES ARMY CORPS OF ENGINEERS PROVIDE PLAINTIFFS WITH REASONABLE NOTICE PRIOR TO THE DESTRUCTION OF ANY EVIDENCE, AND TO PRODUCE A SCHEDULE OF CONSTRUCTION AND DEMOLITION EVENTS SCHEDULED TO TAKE PLACE AT THE BREACH SITES**

MAY IT PLEASE THE COURT:

Plaintiffs in the above captioned and consolidated cases file this memorandum in support of their motion for an Order that the United States Army Corps of Engineers provide plaintiffs with reasonable notice prior to the destruction of any evidence, and to produce a schedule of construction and demolition at the breach sites.

This motion is filed upon the grounds that evidence vital to plaintiffs' case against the United States of America and other defendants is being lost during the construction and demolition process without allowing plaintiffs reasonable opportunity to inspect said evidence beforehand. Plaintiffs further assert that reasonable notice and production of a schedule of construction and demolition events will not impede the progress of the levee repairs.

Counsel for the United States has previously suggested, in its Motion to Vacate the

Evidentiary Hearing of May 2, 2006, that the evidentiary hearing was unnecessary because the United States had implemented a protocol by which litigants are notified of construction activities. Despite the United States' allegation that a protocol has been implemented, plaintiffs have not received a schedule of construction activities

Respectfully submitted,

BRUNO & BRUNO

/s/  David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 11th day of May, 2006.

/s/  David S. Scalia
**DAVID S. SCALIA**