## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO | § | |
| ALL CASES | § | |
| | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that plaintiffs in the above captioned and consolidated cases through undersigned counsel, will bring on for hearing the attached Motion on Wednesday, the 31st day of May, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr. United States Distrcit Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**BRUNO & BRUNO**

/s/   David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
           dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this 11th day of May, 2006.

/s/ David S. Scalia
DAVID S. SCALIA