# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 MAY 12 AM 8:49 LORETTA G. WHYTE CLERK*

NORMAN ROBINSON, KENT LATTIMORE,
LATTIMORE & ASSOCIATES, TANYA SMITH,
ANTHONY FRANZ, JR., and LUCILLE FRANZ,
INDIVIDUALLY

V.

THE UNITED STATES OF AMERICA, and
THE UNITED STATES ARMY CORPS OF
ENGINEERS

TO: Honorable Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**06-2268**

**SECT. C MAG. 4**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

O'Donnell & Mortimer LLP
Pierce O'Donnell
Nina Froeschle
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

APR 2 5 2006
DATE

(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
X   Dktd_____
___ CtRmDep_____
___ Doc. No._____

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 2, 2006 |
| Name of SERVER (PRINT) Jonathan B. Andry | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served via certified mail - Received by Ernest Parker on May 2, 2006. See attached U.S. Postal service green card receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 9, 2006
                  Date

Signature of Server

610 Baronne Street, New Orleans, LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br>Honorable Alberto R. Gonzales<br>Attorney General of the United States<br>U.S. Dept. of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 0 2 2006 | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee) | ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 0750 0002 9548 7176 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |