UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
 06-153

## ORDER

IT IS ORDERED that the preliminary pre-trial conference by telephone set for May 4, 2006 at 11:00 a.m., is hereby MOOT, since this case is consolidated with Civil Action 05-4182.

New Orleans, Louisiana this ___15th___ day of May, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE