AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN —————— DISTRICT OF —————— LOUISIANA

Phillip Reed, on behalf of himself
and all others similarly situated

## V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   06-2152

Section "S"

TO: (Name and address of defendant)

Pine Bluff Sand and Gravel Company
Through its Agent for Service of Process:
Roy G. Reap
Highway 1 North
P. O. Box 7721
Alexandria, LA 71306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAMILO K. SALAS III
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

April 25, 2006

DATE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5/5/06 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Boyd Toms | |

*Check one box below to indicate appropriate method of service*

[✓] Served personally upon the defendant. Place where served: _Pine bluff Sands Gravel office_ _Hwy 1 Alexandria, La._

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/5/06___
       Date

_____
Signature of Server

_PO Box 190 Alexandria, La_
Address of Server