UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## ORDER

Plaintiffs' request for oral argument on their Motion to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in Connection with the 17th Street Canal Breach Site, filed on May 11, 2006, is hereby DENIED. The motion will be decided on the briefs without oral argument. Written opposition must be filed no later than May 23, 2006.

New Orleans, Louisiana, this 15th day of May, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.