IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL, | ) | |
| | ) | CIVIL NO. |
| V. | ) | 05-4182 "K"(2) |
| | ) | |
| BOH BROTHERS CONSTRUCTION CO., LLC | ) | |
| ET AL. | | |

DECLARATION OF DAVID A. WOLFARTH

Comes now the declarant, David A. Wolfarth, and states the following:

"My name is David A. Wolfarth. I am an employee of the U.S. Army Corps of Engineers, Huntington, West Virginia District. Since February 22, 2006, I have been assigned to Task Force Guardian in the New Orleans, Louisiana area. I am currently serving as a Quality Control Representative for Task Force Guardian at 17th Street Canal for the replacement of the breached I-wall.

The contractor for the project to replace the breached I wall is Boh Brothers Construction, Inc. As part of the contract for the replacement of the I-wall, the contractor is required to remove materials from the previously existing I-wall from the site. The walls that have and will be removed are both remaining vertical I-walls and the removal of the I-walls that moved and shifted as a result of the breach. Removal of materials includes the removal of the concrete monoliths and the removal of the sheet piles under the monoliths. Removal is accomplished by the use of a hydraulic hammer to demolish the concrete on the monoliths to expose the existing sheet piles. Once the sheet piles are exposed, the contractor will use a vibratory hammer to grab each sheet pile and pull it from the ground. Debris from the demolished sheet piles is later removed from the site as part of the clearing process for the construction of the new replacement wall.

The following information is obtained from daily reports prepared by the Corps to document activities at the work site.

On December 12 and 13, 2005, the contractor removed concrete sections from both Monolith 38 (south end) and Monolith 22 (north end) for IPET. These monoliths were vertical. After removal of the concrete sections for IPET, there was demolition on monolith H37, monolith H38, and monolith H22 to expose sheet piles. Sheet piles from these areas were removed by the contractor so that IPET could obtain representative samples of sheet piles for their investigation.

On March 27, 2006, the contractor started the demolitions of standing, vertical I-walls at the south end of the breach. Monoliths H41 through H38 were demolished. The demolition of these monoliths was completed on March 29, 2006. Also on March 29th, the contractor started the demolition of vertical I-walls on the north end. Monoliths H18 through H21 were demolished. The demolition of these monoliths was completed on March 31, 2006.

On April 28, 2006, the contractor began the demolition of monoliths H34 and H35 on the south end. There was excavation of some materials around the monoliths prior to their demolition. The demolition of monoliths H34 and H35 was completed on April 29, 2006.

On May 3, 2005, there was a demolition of a portion of monoliths H23 and H24 at the north end. This was for the removal of a section of waterstop for IPET. On May 5, 2006, the remainder of monoliths H23 and H24 were demolished.

The rubble from the demolition of the south end and north end I-wall monoliths has been removed.

As of this date, monoliths H25 through H33 and possibly a part of monolith H36 remain at the site.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of May, 2006

_____
David A. Wolfarth