UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |
| *   *   *   *   *   *   *   * | | |

THIS DOCUMENT RELATES TO: ALL ACTIONS

<u>DEFENDANT UNITED STATES' EX PARTE MOTION TO VACATE THE MAY 24, 2006
HEARING ON THE O'DWYER PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION
OF EVIDENCE IN CONNECTION WITH THE 17TH STREET CANAL BREACH SITE</u>

The United States moves for an order to vacate the May 24, 2006 hearing[1] on the O'Dwyer Plaintiffs' Motion To Compel the Production of Evidence in Connection With the 17th Street Canal Breach Site. For the reasons stated in Defendant United States' Memorandum in Opposition to the O'Dwyer Plaintiffs' Motion to Compel Production of Evidence in Connection with the 17th Street Canal Breach Site (Docket No. 357), plaintiffs' motion is moot, and, therefore, a hearing is not warranted. In support of this motion, the Court is respectfully referred

---

[1] This hearing was originally scheduled for Wednesday, May 17th. By e-mail today, counsel for the United States was notified by counsel from Ralph Hubbard's office that the hearing has been rescheduled for May 24, 2006.

1

to the attached Memorandum in Support.  A proposed Order granting the motion is also attached.

                                                  Respectfully submitted,

                                                  PETER D. KEISLER
                                                  Assistant Attorney General

                                                  PHYLLIS J. PYLES
                                                  Director, Torts Branch

                                                  PAUL F. FIGLEY
                                                  Deputy Director, Torts Branch

                                                  /s/ Robin D. Smith
                                                  _____
                                                  ROBIN D. SMITH
                                                  Trial Attorney
                                                  Torts Branch, Civil Division
                                                  U.S. Department of Justice
                                                  P.O. Box 888
                                                  Benjamin Franklin Station
                                                  Washington, D.C.  20044
                                                  (202) 616-4289
                                                  (202) 616-5200 (fax)
                                                  Attorneys for the United States

Dated: May 16, 2006.

CERTIFICATE OF SERVICE

  I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this <u>16th</u> day of <u>May</u> 2006.

                /s/ Robin D. Smith

                _____

                Robin D. Smith