UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

MEMORANDUM IN SUPPORT OF DEFENDANT UNITED STATES' EX PARTE MOTION TO VACATE THE MAY 24, 2006 HEARING ON THE O'DWYER PLAINTIFFS' MOTION TO COMPEL THE PRODUCTION OF EVIDENCE IN CONNECTION WITH THE 17TH STREET CANAL BREACH SITE

The United States respectfully requests that the Court vacate the hearing, currently set for May 24, 2006,[1] on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection With the 17th Street Canal Breach Site. Counsel for the United States contacted Mr. O'Dwyer by e-mail on Monday, May 15, 2006, and requested that he join in a request to the Court that the hearing on his motion to compel be vacated. The United States received no response from Mr. O'Dwyer prior to filing this motion. For the reasons discussed in the United States' Memorandum in Opposition to the O'Dwyer Plaintiffs' Motion to Compel Production of Evidence in Connection With the 17th Street Canal Breach Site, Docket No. 357, plaintiffs' motion is moot, and, therefore, a hearing is not necessary. The Court will be able to decide plaintiffs' motions on the pleadings alone. *Cf.* Order of May 15, 2006 (Docket No. 356)

---

[1] This hearing was originally scheduled for Wednesday, May 17th. By e-mail today, counsel for the United States was notified by counsel from Ralph Hubbard's office that the hearing has been rescheduled for May 24, 2006.

(denying O'Dwyer Plaintiffs' request for oral argument on their Motion to Compel Production of Evidence (A) in Connection With the London Avenue South Breach Site and (B) in Connection With the 17th Street Breach Site).

The O'Dwyer Plaintiffs have moved for an order compelling the United States to produce the following materials from the 17th Street Breach Site: the concrete monoliths currently at the site, the concrete monoliths which were excavated prior to May 2, 2006, water stops, and in-place sheet piles. *See* Docket No. 295. The United States has argued in its opposition to plaintiffs' motion that the motion should be denied, first and foremost, because it is moot. *See* Docket No. 357. Plaintiffs' motion is moot because, as was reported to the Court at the status conference on Friday, May 12, 2006, reasonable efforts will be made to accommodate plaintiffs' requests to view the concrete monoliths, water stops, and in-place sheet piles currently at the 17th Street Site. Plaintiffs' access to the site and more details concerning the accommodations that can be made are addressed in more detail in the United States' opposition to plaintiffs' motion to compel and in the protocol which is expected to be filed with the Court by counsel for Boh Brothers sometime today. Plaintiffs' request to view the concrete monoliths which were excavated and removed from the site prior to May 2, 2006, also is moot and cannot be accommodated because those materials were demolished in the ordinary course of reconstituting the levee and the flood wall. *See* Declaration of David A. Wolfarth, attached to Docket No. 357.

Because plaintiffs' motion to compel is moot, the United States' motion to vacate the May 24, 2006 hearing on the motion should be granted.

///

///

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

/s/ Robin D. Smith
_____
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
Attorneys for the United States

Dated: May 16, 2006.

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 16th day of May 2006.

                              /s/ Robin D. Smith
                              _____
                              Robin D. Smith