UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL CASES

ORDER

Considering the foregoing Ex Parte Motion to Vacate the May 24, 2006 hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection With the 17th Street Canal Breach Site:

**IT IS ORDERED** that the motion to vacate is hereby **GRANTED**, and the May 24, 2006 hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection With the 17th Street Canal Breach Site is vacated.

New Orleans, LA, this ___ day of _____, 2006.

_____
United States Magistrate Judge