

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 AM 10: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *'

### DISCOVERY MOTION(S)

**COME NOW** plaintiffs in Civil Action No. 05-4181 and move This Honorable Court for the following relief related to discovery in these already-filed consolidated cases:

1. For expedited hearing of plaintiffs' Objections to and Motion to Review Magistrate's Order (Record Document No. 74), which is presently under submission by the Court;

2. Alternatively, to Review Magistrate's Order of April 13, 2006;[1]

3. Further in the alternative, to Compel the United States of America, by and through its agency and instrumentality, the United States Army Corps of Engineers, to allow plaintiffs, their attorney and his expert(s) access to the London Avenue site for reasonable inspection of available evidence; and

---

[1] It is assumed that some type of Order was issued on April 13, 2006, but undersigned counsel for plaintiffs did not participate and has not yet received notice.

\_\_\_ Fee_____
\_\_\_ Process_____
X\_/Dktd_____
\_/\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No_____

-1-

    4.      Incorporated Motion/Request for Expedited Hearing of the same.

This motion is filed upon the grounds that on Thursday, April 13, 2006, with less than twenty-four (24) hours notice, and on the eve of the Most Holy Day of the year, undersigned counsel for plaintiffs received written notice of possible impending destruction of evidence at one of the London Avenue breach sites, which has been the subject of an outstanding Freedom of Information Act request to the U.S. Army corps of Engineers for more than six (6) months, and that thereafter, "something" may have occurred which undersigned counsel for plaintiffs received no notice of and was not invited to participate in, making the relief sought in this motion necessary, depending on what actually happened, which the undersigned has not been advised of by counsel for any party.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Telephone: (504) 561-6561**
**Facsimile: (504) 561-6560**

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via facsimile, this 17th day of April 2006.

_[signature]_