UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel certifies that on Monday, April 17, 2006, in order to comply with the provisions of Rule 37.1 of the Uniform Rules of the United States District Court for the Eastern District of Louisiana, he conferred in person with Robin D. Smith, Esq., counsel for the United States of America, in Civil Action No. 05-4237 and 05-4419, learning for the first time that some time on or after Thursday, April 13, 2006, certain plaintiffs' counsel were granted permission by the United States Army Corps of Engineers to visit one of the London Avenue Canal breach sites. The undersigned represented to Mr. Smith that he had not been contacted concerning his availability to visit the site on less than 24-hours notice, had not been invited to participate, and had not been asked about the availability of his expert(s) to visit the site. During a subsequent telephone conversation with Corps of Engineers District Counsel Denise Frederick, the undersigned was told that Ms. Frederick would have to call him back on Wednesday, April 19, 2006, to discuss whether he would be allowed to visit the site, since her colleague, Assistant District Counsel, Randy Merchant, would not be in the office until

that time. Accordingly, no forward progress to observe evidence at the London Avenue Canal breach site in question has been made since April 13, 2006.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 17th day of April, 2006.

-2-