UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *'

### NOTICE OF HEARING

To:   All Counsel of Record

Sirs:

    **PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Discovery Motion(s) before _____, on the _____ day of _____ 2006, at _____ o'clock \_\_\_ M., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____

-1-

-2-

                                                          Ashton R. O'Dwyer, Jr.
                                                          In Proper Person
                                                          One Canal Place
                                                          365 Canal Street
                                                          Suite 2670
                                                          New Orleans, LA 70130
                                                          Tel. (504) 561-6561
                                                          Fax. (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 17th day of April 2006.

_____