FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  AM 10: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion for Expedited Hearing filed on behalf of Plaintiffs, which was originally directed to Judge Duval, but which plaintiffs' counsel stated on the record on May 12, 2006, should be decided by me,

IT IS ORDERED that the hearing on plaintiffs' Discovery Motion(s) be and they are hereby set for hearing on the record without oral argument and without further briefing.

New Orleans, Louisiana, this 15th day of May, 2006.

U.S. Mag. Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

-1-