FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR 19 PM 2:53
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

* * * * * * * * * * * * * * * * * * *'

**MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISCOVERY MOTION(S) AND PLAINTIFFS' MOTION FOR EXPEDITED HEARING**

**COME NOW** Plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiffs' Motion for Expedited Hearing. This Motion is filed upon the grounds that an E-mail from counsel for the Government, which was transmitted to the undersigned, among others, at 2154 hours yesterday, Tuesday, April 18, 2006, has raised issues which must be addressed by Supplemental Memorandum.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

___ Fee___
___ Process___
X Dktd___
✓ CtRmDep___
___ Doc. No___

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via facsimile, this 19th day of April 2006.

_____