FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 AM 10: 01

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering Plaintiffs' Motion for Leave to File Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiffs' Motion for Expedited Hearing, which [Plaintiffs' counsel originally directed to ~~oppose oral~~, but which he started in open court on May 12, 2006, he now wants me to decide,]

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Leave to File Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiffs' Motion for Expedited Hearing, be and it is hereby **GRANTED.**

New Orleans, Louisiana, this 15th day of May, 2006.

_____
U.S. MAG. JUDGE

Fee_____
Process_____
X / Dktd_____
V / CtRmDep_____
Doc. No_____

-1-