UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

As is explained in Plaintiffs' Memorandum in Support of their Motion to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in connection with the 17th Street Canal Breach Site, filed simultaneously herewith, vital evidence at both sites already has been destroyed, and very soon more evidence at both sites will be destroyed by the Government, the U.S. Army Crops of Engineers, and their contractors. For those reasons it is respectfully submitted that expedited hearing on the Plaintiffs' Motion to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in Connection with the 17th Street Canal Breach Site should be ordered by the Court in this particular instance.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: *(signature)*
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 11th day of May, 2006.

*(signature)*