FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11  P 5:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

* * * * * * * * * * * * * * * * *'

## REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules for the United States District Courts in the State of Louisiana, and request oral argument on their Motion to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in Connection with the 17th Street Canal Breach Site.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.**
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place, Suite 2670
New Orleans, LA 70130

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

Tel. (504) 561-6593<br>Fax. (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 11th day of May, 2006.

_____