FILED.
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  AM 10: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * *'

### MOTION TO COMPEL PRODUCTION OF EVIDENCE (A) IN CONNECTION WITH THE LONDON AVENUE CANAL SOUTH BREACH SITE AND (B) IN CONNECTION WITH THE 17th STREET CANAL BREACH SITE

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for an Order to compel defendant, the United States of America, through its agency and instrumentality, the U.S. Army Corps of Engineers, to produce the following evidence for observation and inspection by plaintiffs' counsel and his expert(s):

1) Any and all flow charts, critical path diagrams, or equivalent(s), which are in the possession of the U.S. Army Corps of Engineers or its Contractor(s) for work contemplated during the next three (3) months at the London Avenue Canal South breach site and the 17th Street Canal breach site.

___ Fee_____
___ Process_____
_X_/ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

2)  Any and all concrete monolith panels, some of which are currently buried and/or only  partially excavated, at the London Avenue Canal South breach site, and particularly the left and right edges of those concrete panels housing the concrete lips for the water stops, and the bottoms of the panels, where the concrete makes contact with the sheet piles;

3)  The polyvinyl chloride water stops which were installed between concrete monolith panels at the London Avenue Canal South breach site;

4)  The in-place steel sheet piles, most of which are currently buried by mud and rip-rap at the London Avenue Canal South breach site;  and

5)  The steel sheet piles which are either buried or which have been removed from the 17th Street Canal breach site at the connection between still-standing sheet pile and distressed sheet pile, at both the North and South ends of the breach area.  By way of illustration, upon information and belief, a steel sheet pile numbered 23-1 near the North end of the breach is "missing", as is its counterpart (or counterparts) at the South end of the breach.  Plaintiffs want the opportunity to observe and inspect the steel edges, lips or interlocking mechanism where the steel sheet piles made contact with the adjacent steel sheet piles.

6)  Access by plaintiffs' counsel and their experts to the breach sites at all times.

All of the foregoing evidence has been described to counsel for the Government in correspondence identified in the Memorandum filed simultaneously herewith.[1]

This motion is filed upon the grounds that the requested evidence is vital to plaintiffs' case against the United States of America and other defendants and has not been produced notwithstanding repeated verbal and written demands during the past several days.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-5560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this _____ day of May, 2006.

---

[1]    Should the Court order the Government to produce this vital evidence, then after "gentle excavation", plaintiffs' experts, Hector Pazos and Robert Bartlett, should be allowed the same access to the evidence as is enjoyed by the U.S. Army Corps of Engineers representatives and their contractors.

-4-