## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *'

### LOCAL RULE 37.1 CERTIFICATE

The undersigned hereby certifies that he has complied with the provisions of Uniform Local Rule 37.1, by communicating in writing with the lawyers for the United States of America and the U.S. Army Corps of Engineers since visiting the London Avenue Canal South breach site, as well as the 17th Street Canal breach site, on Tuesday, May 9, 2006, as is evidenced by the attached correspondence from the undersigned to the Government dated May 10, 2006, but that counsel for the Government lawyers have been completely nonresponsive.

New Orleans, Louisiana, this 11th day of May, 2006.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
**Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 11th day of May, 2006.