UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

* * * * * * * * * * * * * * * * *'

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in Connection with the 17th Street Canal Breach Site for hearing before Magistrate Judge Joseph C. Wilkinson, Jr., at _____ ___.M., on the _____ day of _____, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

-1-

-2-

Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this ___ day of May, 2006.

_____