

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  AM 10: 02

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **MAUREEN O'DWYER, ET AL.** | * | **NO. 05-~~4181~~ 4182** |
| **VERSUS** | * | **SECTION "K"** |
| **THE UNITED STATES OF AMERICA, ET AL.** | * | **MAGISTRATE "2"** |

## <u>ORDER</u>

Considering the above and foregoing Motion Expedited Hearing filed on behalf of Plaintiffs,

**IT IS ORDERED, ADJUDGED AND DECRRED** that ▉▉▉▉▉▉ Plaintiffs' Motions to Compel Production of Evidence (A) in Connection with the London Avenue Canal South Breach Site and (B) in Connection with the 17th Street Canal Breach Site be and it is hereby set for ▉▉▉▉ *decision on this record without* ▉▉▉▉▉▉ *oral argument. Written opposition must be filed* ▉▉▉▉▉ *no later than May 23, 2006.* ▉▉▉

New Orleans, Louisiana, this 15th day of *May*, 2006.

_____
U.S. mag. **JUDGE**

| | |
|---|---|
| ___ Fee_____ | |
| _/Process_____ | |
| X Dktd _____ | |
| _ CtRmDep_____ | |
| ___ Doc. No_____ | |