UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

* * * * * * * *

THIS DOCUMENT RELATES TO: ALL ACTIONS

### DEFENDANT UNITED STATES' EX PARTE MOTION TO CLARIFY ORDER REQUIRING EVIDENCE PRESERVATION

Pursuant to Rule 7(b), Fed. R. Civ. P., the United States moves for an order clarifying the previous order of the Court, Record Doc. 284, which requires the United States to preserve evidence. In support of this motion, the Court is respectfully referred to the attached exhibits, the memorandum in support, and the entire record.

1

A proposed Order is also attached.

                    Respectfully submitted,

                    PAUL F. FIGLEY
                    Deputy Director

                    <u>s/ Robin D. Smith</u>
                    ROBIN D. SMITH
                    Trial Attorney
                    Torts Branch, Civil Division
                    U.S. Department of Justice
                    P.O. Box 888
                    Benjamin Franklin Station
                    Washington, D.C.  20044
                    (202) 616-4289
                    (202) 616-5200 (fax)
                    Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, Robin Smith, hereby certify that on May 16, 2006, I served a true copy of the foregoing pleading upon the following parties by electronic mail, facsimile, or first class mail where noted:

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Douglas Plymale
doug@duganbrowne.com

David Browne
dbrowne@brownelaw.com

James Dugan
jdugan@duganbrowne.com

Darlene Marie Jacobs
dollyno@aol.com

Robert Harvey
rgharvey@bellsouth.net

Hugh Lambert
hlambert@lambertandnelson.com

Ronnie Penton
rgp@rgplaw.com

Jesse L. Wimberly
wimberly@nternet.com

Sidney Torres
storres@torres-law.com

Joseph Bruno
jbruno@brunobrunolaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

Gerald Edward Meunier
dmartin@gainsben.com

Randall A. Smith
rasmith3@bellsouth.net

Robert Creely
rcreely@aol.com

Mickey Landry
mlandry@landryswarr.com

Robert Becnel
ROBBECNEL@aol.com

Calvin Fayard
calvinfayard@fayardlaw.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

Betty Finley Mullin
bettym@spsr-law.com

Michael R.C. Riess
mriess@kingsmillriess.com

Terrence L. Brennan
tbrennan@dkslaw.com

Richard John Tyler
rtyler@joneswalker.com

Thomas Darling
tdarling@grhg.net

Thomas Gaudry

tgaudry@grhg.net

William Treeby
wtreeby@stonepigman.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

James L. Pate
jpate@ln-law.com

Ralph Hubbard
rhubbard@lawla.com

Joseph Guichet
jguichet@lawla.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

George Simno
gsimno@swbno.org

Wade Langlois
wlanglois@grhg.net

John M. Landis
jlandis@stonepigman.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Thomas Francis Gardner
gardner@bayoulaw.com

Gregory Varga
gvarga@rc.com

Wayne J. Lee
wlee@stonepigman.com

Neil Abramson
abramson@phelps.com

Joseph Vincent DiRosa Jr.
jvdirosa@cityofno.com

Penya Moses-Fields
pmfields@cityofno.com

Judy Barrasso
jbarrasso@barrassousdin.com

Lawrence Duplass
lduplass@duplass.com

Kevin Derham
kderham@duplass.com

Michael Courtney Keller
kellerm@ag.state.la.us

Belhia Martin
belhiamartin@bellsouth.net

James Bryan Mullaly
jamesmullaly1@hotmail.com

William Aaron
waaron@goinsaaron.com

Christopher Kent Tankersley
ctankersley@burglass.com

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

| | |
|---|---|
| J. J. McKernan<br>jemckernan@mckernanlawfirm.com | Deborah Louise Wilson<br>317 Magazine Street<br>New Orleans, LA 70130 |
| Christopher W. Martin<br>martin4@mdjwlaw.com | Joseph W. Hecker<br>619 Europe Street , 2nd Floor<br>Baton Rouge, LA 70806 |
| Martin R. Sadler<br>sadler@mdjwlaw.com | Vernon Palmer Thomas<br>1524 N. Claiborne Ave.<br>New Orleans, LA 70116 |
| David R. Simonton<br>dsimonton@sonnenschein.com | |
| Stephen Kreller<br>sskreller@gmail.com | |
| Tamara Kluger Jacobson<br>FAX: 504-895-1312 | |
| Lawrence D. Wiedemann<br>FAX: 504-581-4336 | |

                                              s/ Robin D. Smith
                                                  Robin Smith