THE WHITE HOUSE

WASHINGTON

September 23, 2005

MEMORANDUM FOR:     SECRETARY OF STATE
                              SECRETARY OF THE TREASURY
                              SECRETARY OF DEFENSE
                              ATTORNEY GENERAL
                              SECRETARY OF THE INTERIOR
                              SECRETARY OF AGRICULTURE
                              SECRETARY OF COMMERCE
                              SECRETARY OF LABOR
                              SECRETARY OF HEALTH AND HUMAN SERVICES
                              SECRETARY OF HOUSING AND URBAN DEVELOPMENT
                              SECRETARY OF TRANSPORTATION
                              SECRETARY OF ENERGY
                              SECRETARY OF EDUCATION
                              SECRETARY OF VETERANS AFFAIRS
                              SECRETARY OF HOMELAND SECURITY
                              DIRECTOR OF THE OFFICE OF MANAGEMENT AND
                                    BUDGET
                              U.S. TRADE REPRESENTATIVE
                              ADMINISTRATOR OF THE ENVIRONMENTAL
                                    PROTECTION AGENCY
                              DIRECTOR OF THE OFFICE OF NATIONAL DRUG
                                    CONTROL POLICY

FROM:                        // Original Signed //

                              FRANCES FRAGOS TOWNSEND
                              ASSISTANT TO THE PRESIDENT FOR HOMELAND
                                    SECURITY AND COUNTERTERRORISM

CC:                           ANDREW H. CARD, JR.

SUBJECT:                 COMPREHENSIVE REVIEW OF FEDERAL GOVERNMENT
                              RESPONSE TO HURRICANE KATRINA; RETENTION OF
                              RECORDS

Following up on Secretary Card's Memorandum to you of September 16, in order to determine what went wrong, what went right, and lessons learned from the comprehensive review of the Federal response to Hurricane Katrina that the President has ordered, you are requested to ensure

2

that, until further notice and in accordance with applicable laws, your Department or Agency (1) retains, preserves, and maintains all records relating to Hurricane Katrina, resulting flooding, or their aftermath ("Records"), whether presently existing or created in the future, and (2) upon request, provides Records to the Homeland Security Council for review.  For purposes of clarity, "Records" is meant in the broadest sense, and includes all documents, reports, writings, letters, memoranda, notes, communications (including e-mails, faxes, and telephone records, and all communications with other Federal Departments and Agencies, State and local governments, and private sector entities), contracts, agreements, schedules, spreadsheets, travel records, data, electronically stored information, audio and video recordings, computer disks and hard drives, drawings, graphs, charts, photographs, and all other records of any kind.  "Records" includes, but is not limited to, all records required to be preserved pursuant to the Federal Records Act of 1950, as amended, 44 U.S.C. § 3101 et seq.

If you have any questions regarding any of the foregoing, please contact Associate Counsel John Mitnick (202-456-2607) in the Office of Counsel to the President.

Thank you in advance for your assistance.