

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
441 G STREET NW
WASHINGTON, D.C. 20314-1000

CECI-CA (25-400-2d)　　　　　　　　　　　　　　　　　　16 Sep 2005

MEMORANDUM FOR Commanders/Directors, Major Subordinate Commands, Field Operating Activities, and Headquarters Staff Principals

SUBJECT: Moratorium on the Destruction of Hurricane Katrina Records.

1. Effective immediately, to capture information as may be needed for Hurricane Katrina investigations and litigation, a moratorium is imposed on the destruction of records (including electronic mail) related to USACE activities in support of the Hurricane Katrina mission including but not limited to Emergency Operation activities. All USACE activities will cease destroying any of these records until notified to resume regular records disposition schedules.

2. The preservation and integrity of Hurricane Katrina Records is of utmost priority. All command/activity Information and records managers will take action to safeguard Katrina Records.

3. My point of contact for this matter is Linda C. Genovese, USACE Records Program Manager, telephone 202-761-7158 or e-mail Linda.C.Genovese@usace.army.mil.

FOR THE COMMANDER:

　　　　　　　　　　　　　　　　　　　　WILBERT BERRIOS
　　　　　　　　　　　　　　　　　　　　Director of Corporate Information

CF:
Directors/Chiefs Information Management
Records Managers
Counsel Offices
Office of History