

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
441 G STREET NW
WASHINGTON, D.C. 20314-1000

OCT 1 9 2005

CECI-CA (25-400-2d)

MEMORANDUM FOR Commanders/Directors, Major Subordinate Commands, Field Operating Activities, and Headquarters Staff Principals

SUBJECT:  Re-emphasis of the Moratorium on the Destruction of Hurricane Katrina Records

1.  References:

    a.  Memorandum, The White House, 23 Sept 2005, Subject: Comprehensive Review of Federal Government Response to Hurricane Katrina; Retention of Records.

    b.  Memorandum, CECI-CA, 16 Sept 2005, Subject: Moratorium on the Destruction of Hurricane Katrina Records.

2.  This memorandum is to re-emphasize the importance of the on-going records freeze for the preservation of all USACE records relating to Hurricane Katrina.  As noted in the White House memorandum (Ref. 1.a. above) dated 23 Sept 2005, the preservation and integrity of Hurricane Katrina records is of utmost priority.

3.  In accordance with the USACE memorandum (Ref 1.b. above) dated 16 Sept 2005, USACE activities will cease destroying all and any of these records until notified to resume regular records disposition schedules.  Ensure that records already created and new records associated with Hurricane Katrina are adequately identified as such along with appropriate ARIMS records number in accordance with AR 25-400-2.  USACE offices shall be prepared to readily identify the location of these records.

4.  My point of contact for this matter is Linda C. Genovese, USACE Records Program Manager, telephone 202-761-7138 or e-mail Linda.C.Genovese@usace.army.mil.

FOR THE COMMANDER:

Enclosures (2)

WILBERT BERRIOS
Director of Corporate Information

CF:
Directors/Chiefs Information Management
Records Managers
Counsel Office
Office of History