UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL, | SECTION "K" (2) |

# ORDER

Before the court is the United States' motion for clarification of the court's previous order, Record Doc. 286, concerning evidence preservation/destruction at sites where levees and floodwalls were breached by Hurricane Katrina. Considering the record, the submissions of the parties, and the applicable law, the court issues the following **ORDER** to clarify the extent of the obligation imposed by the previous order:

The United States shall retain in a safe and orderly manner indefinitely all things that have been or will be collected from the breach sites at the request of the Interagency Performance Evaluation Task Force and (2) all documents of any kind that have been or will be generated in anticipation and planning of the recovery of materials from these sites for the IPET.

Neither this order nor the previous order obligates the United States to collect or retain anything else, and any party that desires the preservation of anything else at any of these breach

sites must follow the procedures set forth in the previous order, Record Doc. 286, to ensure the preservation of additional things at the breach sites.

                                       New Orleans, Louisiana, this _____ day of May, 2006.

                                       _____
                                             JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.