

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 15  PM 4: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **MAUREEN O'DWYER, ET AL.** | * | **NO. 06-1885** |
| **VERSUS** | * | **SECTION "K"** |
| **THE UNITED STATES OF AMERICA** | * | **MAGISTRATE "2"** |

**JURY TRIAL REQUESTED**

### FIRST SUPPLEMENTAL AND
### AMENDING COMPLAINT

**COME NOW** Plaintiffs, appearing through undersigned counsel, and amend their

Complaint, of record herein, pursuant to the provisions of Rule 15(a), Federal Rules of

Civil Procedure, as follows:

I.

By amending Article II of the Original Complaint by adding the following

additional parties plaintiffs:

> **Maureen O'Dwyer**
> **Alexis O'Dwyer Navarro**
> **Shirley D. O'Dwyer**
> **Lisa Marie O'Dwyer**
> **Harold Joseph Gagnet**
> **Sally Egerton Richards**
> **Shane Porter and**
> **Stephanie Porter**
> **Interior Specialties LLC**
> **Shelia Jones Jordan**
> **Charles Edward Jordon**
> **Wayne M. Jones**

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Gloria Agnes Griffin, individually and as Administration of the
 Succession of her brother Stephen Williams, and on behalf of any
  and all heirs, survivors, relatives and beneficiaries of the deceased
Leticia Brown
Jo Anna McLean
Lee Davidson McLean III
Kathryn Frank
Richard Springer Favor
 And
Miriam McMichael Favor d/b/a The Garden Smith
Philip B. Alford
Gerald Pipes Guice
Beverly Anne Ferguson Guice
Madeleine Alise Guice
Kenneth Hastings Guice
Anthony Phillip Hende4rson
Louis Joseph O'Dwyer, Jr.
Maurleen M. O'Dwyer
Aaron Jacob O'Dwyer
Henry Grady Hardy, Jr.
Letizia Hardy
Jane Veronica Hardy
Brian Southerland Hardy
Martin Ramos
Richard Ehret
Leslie Ehret
Anthony Phillip Henderson
Frances Y. Bellerino
Louise J. Young
Edward R. Young
 And
Veronica F. Young d/b/a Floor Crafters Wood Interiors
Joseph Rauchwerk
Cheryl Sweat Rauchwerk
Marilyn Von Schmidt
Susan G. Jeanfreau, M.D.
Wallace E. Jeanfreau, M.D.
Robert J. Jeanfreau, M.D.
Jerry Victor Jacob
Gloria Pohlman Hecker
Joseph W.P. Hecker, in proper person
Nicholas S. Lindner
Ruth B. Ragas
Paul J. Ragas
Jason P. Ragas
Walter J. Morgan

Katie L. Ragas
Arthur Tracy Abel
Kathleen C. Abel
John Curren
Joanne Landrieu Curren
Phyllis Landrieu
Joseph Landrieu
Kitty B. Hoffman
Craig Anthony Miller
Stephen Christopher Jeandron
Andre Trevigne Fowler
John Wesley Stewart, Jr.
George Schmidt db/a The George Schmidt Gallery
Delia LaBarre
Tyrone Anthony Alexander
Michael Cormick
Penny Anderson
Calie Newell
Betty Francis
Lester McGee
Sherman Griffin
Sandra Meyers
Gregory Cormick
Jeffrey Baker Day
Ashley O'Dwyer Day
Harold Alexander
Vonola Avist
Dana Bell
Gloria Mae Bell
Hitchai Bryant
Nicole Bryant
John Collins
Jonell Collins
Catherine Collins
Sherene Collins
Simeko Collins
Jerry Cormick
Lauren Dabney
Kevin Daliet
Norcille Daliet
Donald Ellis
Kim Ellis
Bobbie Evans
Audrey Gray
Lucille Gray
Issac Hayes

Mary Johnson
Mary Noela Johnson
Wayne Anthony Johnson
Ann Lawless
Detective Carlton Lawless
Gene Lee
Ivin Lee
Lynn Lee
Jimmie Martin
Harry Nobles
Alma Sanders
Barbara Sanders
Albertha Skinner
Gilda Skinner
Irinika Skinner
Irvin Skinner
Brandon Smith
Felix Augustin
Pauline Augustin
Cynthia Bell
Rhona Causey
Winnette Lang
Ferdinand Leon
Lydia Leon
Caroll Denesse
Lucien Denesse
Ashley Navarre
Doreine Navarre
Melvin Navarre
Sylvia Byrd
William Byrd
Blair Bundy
Dawn Bundy
Jill Bundy
John Collins
Sherlene Collins
Janice Collins, on her own behalf and on behalf of her son,
    John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
    Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
  Monica Billon, on their own behalf and on behalf of their minor
  Children,

Isaiah Billon and
Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
Lemor James,
Ariel James,
Yolanda Jefferson, and
Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her
children,
Yasemine and
Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
Karim Kemp
Karen Kemp
Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
Dajohon Recasner,
Kurshell Recasner and
Charleston Recasner
Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington

Shanika Taylor

Marsha Taylor

Erica Kemp

Karen Kemp

Dawn Bundy, on her own behalf and on behalf of her minor children,

   Emanuel Bundy

   Shekinah Bundy

   Jane Bundy, and

   Blair Bundy, Jr.

Roxchell Panika Santee', on her own behalf and on behalf of her minor son,

   Tyree Santee'

Samuel Bourne

Nicole Bryan

Alton J. Crowden, on his own behalf and on behalf of his minor children,

   Cameron Crowden and

   Kelli Crowden

Ashley Navarre

Shana Patterson

Keana Quinn

Niketsa Ramsey, on her own behalf and on behalf of her minor children,

   Desmonisha Ramsey,

   Kenyel Rochon and

   Desmond Ramsey

Darylynn Ramsey

Julie Ramsey, on her own behalf and on behalf of her minor children,

   Dalisha Ramsey and

   Charli Ramsey

Robert Rhone

Joshua Smith

Cynthia Tibbet, on her own behalf and on behalf of her children,

   Brittany Tibbet,

   Sidney Tibbet,

   Chelesa Tibbet, and

Janice Tollins, on her own behalf and on behalf of her minor son,

   John Tollins

Glenda Medina

Michele Elizabeth Omes

Jim Richard Pazos

Avery Scott

Frank Duncan  Macpherson Strachan III

Joshua Dillon and his spouse,

Monica Dillon, on their own behalfs and on behalf of their minor children,

**Isaiah Dillon and**
Monica Pollard
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor**
**children,**
    **Frank Butler III,**
    **Charles Butler and**
    **Tachmonite Butler**
**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**
**Laquinta Butler, on their own behalfs and on behalf of their minor**
**children,**
    **Alonzo W. Butler, Jr.**
    **Jasmyn Butler, and**
    **Rashaad Butler**
**Rita Bailey**
**Tony Green**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor**
**child,**
  **Dasia Washington**
**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
  **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor**
**children,**
  **Keshina Coates and**
  **Malik Coates**

Benjamin Morgan
Chandra Maxon, on her own behalf and on behalf of her minor
children,
  Byron Maxon,
  Darianne Maxon,
  Janea Maxon,
  Willie Maxon,
  Devante Maxon, and
  Chandray Maxon
Marylyn Maxon, on her own behalf and on behalf of her minor
children,
  Shancanacia Maxon,
  Ravanell Maxon, and
  Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
  Loishell Williams and
  Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
  Caress Boyd, and
  Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor
children,
  Marlon Richard,
  Marcel Richard, and
  Emyjah Washington
Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor
children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand

Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor
children,
  Semaj Hollins, and
  Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor
children,
  Janisha Washington,
  Andrew Washington,
  Charles Washington, and
  Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor
child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor
children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,

Pamelyn Morgan Moore, on their own behalfs and on behalf of their
minor children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor
children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor
children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor
children,
  Sherman Singleton
  Shermont Singleton and

Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor
children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece
and nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor
children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,

Areli Carlota Hernandez, on their own behalf and on behalf of their
minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor
Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor
children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor
children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their
minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children
or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson

Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
  Jerrell White and
  Terrell Roth
Courtney Little, on her own behalf and on behalf of her minor
children,
  Tezanne Allen,
  Rashad Little, and
  Fabian Earls, Jr.
Reynell Santee, and his spouse,
  Tawana Rayford, on their own behalfs and on behalf of their minor
children,
  Ranisha Rayford,
  Wynell Rayford, and
  Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor
children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor
children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor

Yolanda Washington, on her own behalf and on behalf of her minor
children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,
  Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor
children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
  Jamechia Smith and
  Diamond Beam
Victor Moore and his spouse,
  Pamelyn Morgan, on their own behalf and on behalf of their minor
children,
  Victor Lyn Morgan,
  Pamelor Morgan,
  Vicknesha Morgan and
  Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris

Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his
entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc, and his spouse,
   Larice Taylor LeBlanc, on their own behalf and on behalf of their
minor child,
   Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
Andrew Williams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Ronald M. Farve, on his own behalf and on behalf of his minor
daughter,
   Rhonda Farve
Renee' Farve, on her own behalf and on behalf of her minor children,
   Jalicia Slick,
   Darvell Burgess and

**Dwight Clark**
**Silas Battie**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Janet Ausbrook, on her own behalf and on behalf of her mother,**
  **Anna Ausbrook, and her brother,**
  **James Ausbrook**
**Trenese Simon, on her own behalf and on behalf of her minor daughter,**
  **Lashal Simon**
**Jocelyn Causey**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
  **Roger Simon,**
  **Rogerrikka Simon,**
  **Terrell Simon,**
  **Terrell Byrd and**
  **Tyrell Byrd**
**Coleen Mooney**
**Paul Mosely**
**Judith Chauppette**
**Tarita B. Smith, on her own behalf and on behalf of her minor children,**
  **Byron Smith and**
  **Royce Smith**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
  **Tharnell Bullock**
**Charles Terrell**
**Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**
  **Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,**
  **Gino McDowell, her minor grandson,**
  **Bishop Thomas, minor nephew,**
  **Lewis Johnson, and minor niece,**
  **Jaleesa Robinson**

II.

By amending Articles VII, VIII, IX, X, XI and XIII, by reference to a self-authenticating public document, namely the May 2006 Report of the Senate Committee

on Homeland Security and Governmental Affairs, entitled: "Hurricane KATRINA: A Nation Still Unprepared", whose preliminaries, executive summary, narrative, analysis and findings, conclusions, recommendations and appendices are incorporated herein by reference thereto as if copied *in extenso,* but without binding plaintiffs to controverted material and genuine issues of material fact.

III.

Appended hereto and marked for identification as Exhibit "A" (1-14) is a series of animated Interactive Graphics prepared by Graphic Artist Dan Swenson of the New Orleans Times Picayune, which were downloaded from the www.nola.com website on Sunday, May 14, 2006, and which it is averred demonstrates in animated form that the majority, by volume of water, of the flooding of the City of New Orleans occurred as a result of the breaching of the levee system and floodwalls on the West side of the Inner Harbor Navigation Canal a/k/a The Industrial Canal, which plaintiffs aver would not have occurred but for the exacerbated, both in height and velocity, storm surge, which was caused and/or contributed to by the negligent design, construction, inspection, maintenance, operation and dredging of the navigable waterway system described in the Original Complaint, which included the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway and the Inner Harbor Navigation Canal, among their environs, tributaries and connected waterways.

IV.

Upon information and belief, there is other litigation involving the MRGO pending on the docket of this Court. However, it is averred that the above-styled and

numbered cause is the first such action filed, and the low numbered case, and is a litigation which not only involves claims by and on behalf of plaintiffs from the Lower Ninth Ward, New Orleans East and St. Bernard Parish, but also from the City of New Orleans proper and Jefferson Parish.

V.

It is further averred that this action arises out of the same transactions or occurrences, or involves subject matter that either comprises all or a material part of the subject matter or operative facts of the following related Civil Actions, also pending in This Honorable Court:

> 05-4181
>
> 05-4237
>
> 05-4419
>
> 06-1850

VI.

By amending Article XVI to correct a typographical error in subpart (g), by referencing "The Flood Control Act of 1928" rather than "The Federal Control Act of 1928", and by adding the following additional subparagraphs (j), (k) and (l):

> (j)     Defendant, the United States of America, is not entitled to invoke sovereign immunity because the Lake Pontchartrain Project, which was authorized (read "mandated") by the U.S. Congress in 1965, is still incomplete, and because an agency and instrumentality of the United States of America, namely the U.S. Army Corps of Engineers, therefore remained primarily responsible for the design,

-18-

construction, inspection and maintenance of all works forming part of that Project.

(k)     Defendant, The United States of America is not entitled to invoke sovereign immunity because neither its agencies and instrumentalities, the U.S. Army Corps of Engineers and the Federal Emergency Management Agency, nor their employees, had any discretion to violate acts of Congress and the rules and regulations of the agencies, which had the force of law.

(l)     Defendant, the United States of America, is not entitled to invoke sovereign immunity because none of the errors and omissions complained of herein fell within the discretionary function exception to legal liability on the part of the United States of America or its agencies and instrumentalities.

## VII.

Plaintiffs reaver and reiterate all of the allegations of their original Complaint as if copied herein *in extenso*.

**WHEREFORE**, Plaintiffs pray that their class status be recognized and certified as such, and that after trial on the merits, and all due proceedings had, that there be judgment entered herein in favor of plaintiffs and against defendant for the full amount of plaintiffs' damages, plus reasonable attorney's fees, prejudgment interest and costs.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

By: _____
**Ashton R. O'Dwyer, Jr.**
**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Telephone: (504) 561-6561**
**Facsimile: (504) 561-6560**