FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 15  PM 4: 52

LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 5/15/06

O'Dwyer

vs.

USA

Case No. 06-1885 Section K

Dear Sir:

Please (issue) (re-issue) (summons) on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Attny Gen Gonzalez
   (address) _____

2. (name) US Attny Letten
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for  Plaintiffs
Address  One Canal Place

___ Fee _____
_X_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____