AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**THE UNITED STATES OF AMERICA**

06-1885 "K" (2)

c/w 05-4182

TO: THE UNITED STATES OF AMERICA
Through the U.S. District Attorney
Jim Letten
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

And

Alberto Gonzales
U.S. Attorney General
Department of Justice
10th & Constitution Avenue, N.W.
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the First Supplemental and Amending Complaint, which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

MAY 1 5 2006

DATE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc No _____

RETURN
FILED
2006 MAY 15 PM 5: 10
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/15/06 |
| NAME OF SERVER ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Personal service on Asst. U.S. Attny. Carol Michel, who received for Mr. Letten.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/15/06
Date        Signature of Server

Address of Server: ONE canal Place

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.