LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TELEPHONE: (504) 561-6561
FACSIMILE: (504) 561-6560

May 15, 2006

**VIA HAND DELIVERY**

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
Division "5"
500 Poydras Street
New Orleans, LA 70130

        Re:    Colleen Berthelot, et al. vs.
               Boh Brothers Construction Co., LLC, et al.
               No. 05-4182 "K" (2)
               Relates to All Actions

Dear Magistrate Wilkinson:

      I apologize for being in technical violation of the rule against addressing correspondence to the Court, but I don't know how else to communicate the following to you. I enclose the original Exhibit No. 4 to my Memorandum in Support of the Motion to Compel filed last week. The DVD marked Exhibit 4 (A) and (B) were not reproducible; hence I am sending Your Honor the original DVD's. Should Your Honor look at them, and should Judge Duval want to look at them, please share them with Judge Duval.

                                            Respectfully,

                                            Ashton R. O'Dwyer, Jr.

AROD/vtb
Enclosures
cc:    Honorable Judge Stanwood R. Duval, Jr. (via Hand Delivery)
        All counsel of record (via E-mail)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____