FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16  PM 4:24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION FOR ORAL ARGUMENT AND FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDA PRIOR TO THE COURT'S RULING ON PENDING MOTIONS

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for Oral Argument and for Leave to File Supplemental Memoranda in Opposition to all pending motions, which the Court has indicated it intends to rule on without affording the undersigned the opportunity for oral argument. This Motion is filed upon the grounds that a report entitled: "Hurricane Katrina: A Nation Still Unprepared", issued from the United States Senate Committee on Homeland Security and Governmental Affairs on May 2, 2006, a complete copy of which is viewable at http://.senate.gov, and contains analysis, findings, conclusions and recommendations bearing directly on many of the issues being the subject of pending motions, including government's planning for and response to Hurricane KATRINA and

-1-



its aftermath, and the violation of and failure to follow both federal and state law, by all levels of government. Additionally, approximately one (1) week ago, nationally renowned Professor Douglas Brinkley published his book entitled: <u>The Great Deluge</u>, which addresses shortcomings at all levels of government, many of which were addressed by the U.S. Senate Committee, as well as others. Plaintiffs aver that they should be afforded the opportunity to brief these issues in supplemental memoranda and to present oral argument to the Court prior to the Court's ruling on pending motions. This Motion also is filed upon further grounds which appear in the Memorandum in Support filed simultaneously herewith.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 15th day of May 2006.