UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

* * * * * * * * * * * * * * * * *'

MEMORANDUM IN SUPPORT OF MOTION
FOR ORAL ARGUMENT AND FOR LEAVE
TO FILE SUPPLEMENTAL MEMORANDA
PRIOR TO THE COURT'S
RULING ON PENDING MOTIONS

**MAY IT PLEASE THE COURT:**

At the Status Conference on Friday, May 12, 2006, Your Honor indicated that, with the issue of recusal behind him, it was His intention to begin ruling on motions in cases which have been pending for some time. Previously, the Court issued an order summarily denying oral argument on all pending motions. (Record Document No. 158 in No. 05-4181). Two (2) events have occurred within the past two (2) weeks bearing directly upon the liability of all levels of government responsible for the planning for and response to Hurricane KATRINA and its aftermath, namely the following:

1) On May 2, 2006, the United States Senate Committee on Homeland Security and Governmental Affairs issued a comprehensive report entitled:

-1-

-2-

"Hurricane KATRINA: A Nation Still Unprepared". This report is available at http://.senate.gov.

2) Approximately one (1) week ago, the nationally known historian and author, Professor Douglas Brinkley, published his book entitled: <u>The Great Deluge</u>

Both the U.S. Senate Committee's comprehensive report and Professor Brinkley's book are scathing indictments of the federal, state and municipal governments' preparations for and response to Hurricane KATRINA and its aftermath. Newspaper accounts of Professor Brinkley's book from The Times Picayune on May 3, 2006, and from Gambit Weekly for May 16, 2006, are attached and marked for identification as Exhibit Nos. 1 and 2, respectively. It is respectfully submitted that serious issues of fact exist in connection with the criminal, willful and reckless violation of already existing federal and state law by all levels of government, which should preclude the granting of any pending motions prior to the opportunity for further briefing and oral argument. Plaintiffs respectfully submit that they are entitled to address the impact of the U.S. Senate Committee's Report and Professor Brinkley's new book in supplemental memoranda. Accordingly, plaintiffs respectfully submit that the Court should defer ruling on any of the pending motions until leave is granted for plaintiffs to file supplemental memoranda, and that oral argument should be granted as well.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 16th day of May, 2006.

_____