UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### DEFENDANT UNITED STATES' MEMORANDUM IN OPPOSITION TO THE O'DWYER PLAINTIFFS' MOTION FOR ORAL ARGUMENT AND FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDA PRIOR TO THE COURT'S RULING ON PENDING MOTIONS (DOCKET NO. 378)

The plaintiffs in Civil Action No. 05-4181 have filed a motion requesting oral argument and leave to file supplemental memoranda in order to inform the Court about a publically available Senate committee report and a book that was recently published. *See* Docket No. 378. Plaintiffs seem to believe that providing the Court with additional information about the Senate committee report and book will somehow convince the Court to reverse its prior ruling in Civil Action No. 05-4181 that all pending motions in that case will be decided without oral argument. Plaintiffs' motion should be summarily denied. There is no benefit to having Mr. O'Dwyer brief the Court on publically available materials, and allowing him to do so would be a waste of

1

valuable time and resources. For these reasons, the United States respectfully submits that plaintiffs' motion should be denied and that their request for a hearing on this motion should be denied as well.[1]

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                PHYLLIS J. PYLES
                Director, Torts Branch

                PAUL F. FIGLEY
                Deputy Director, Torts Branch

                /s/ Robin D. Smith
                _____
                ROBIN D. SMITH
                Trial Attorney
                Torts Branch, Civil Division
                U.S. Department of Justice
                P.O. Box 888
                Benjamin Franklin Station
                Washington, D.C.  20044
                (202) 616-4916
                (202) 616-5200 (fax)
                Attorneys for the United States

Dated: May 18, 2006.

---

[1] Plaintiffs have noticed a hearing on this matter for May 31, 2006.

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon all counsel of record to this proceeding by fax, electronic mail, or U.S. Mail on this 18th day of May 2006.

    /s/ Robin D. Smith
    _____
    Robin D. Smith