# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL                         CIVIL ACTION

VERSUS                                           NUMBER 05-4182

BOH BROTHERS CONSTRUCTION CO.,                   SECTION "K" (2)
L.L.C., ET AL                                    CONS. KATRINA CANAL

*************************************************************************

**THIS DOCUMENT RELATES TO: JIM EZELL, HUSBAND OF/AND BONNIE
EZELL, ET AL: 05-6314 "I" (3)**

## MOTION FOR VOLUNTARY DISMISSAL CERTAIN
## DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, JIM EZELL

HUSBAND OF/AND BONNIE EZELL, ET AL: 05-6314 "I" (3), on behalf of themselves

and all others similarly situated and based on representations made to counsel for plaintiffs

by counsel for defendants The City of New Orleans, Burk-Kleinpeter, LLC, Pittman

Construction Company of Louisiana, Inc., Virginia Wrecking Company, Inc., Washington

Group International, Inc., Miller Excavating Service, Inc., C. R. Pittman Construction

Company, Inc., and Gulf Group Inc., of Florida move to dismiss their Complaint without

prejudice as against said defendants.  Plaintiffs specifically reserve all rights as against all

parties not dismissed herein.

WHEREFORE, plaintiffs pray for an Order of Voluntary Partial Dismissal,

dismissing without prejudice plaintiffs' Complaint as to defendants The City of New

Orleans, Burk-Kleinpeter, LLC, Pittman Construction Company of Louisiana, Inc., Virginia

Wrecking Company, Inc., Washington Group International, Inc., Miller Excavating Service,

LAW OFFICES OF
*Ronnie G. Penton*
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579

_____ Fee_____
_____ Process_____
__X__ Dktd _____
__✓__ CtRmDep_____
_____ Doc. No_____

Inc., C. R. Pittman Construction Company, Inc., and Gulf Group Inc., of Florida; and

specifically reserving all rights and causes of action against all parties not dismissed herein.

Respectfully submitted:

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
TELEPHONE:  (985) 732-5651
TELECOPIER:  (985) 735-5579

JESSE L. WIMBERLY, III - #13587
WIMBERLY LAW FIRM
120 LISA LANE
MANDEVILLE, LOUISIANA  70448
TELEPHONE:  (985) 626-4419
TELECOPIER:  (985) 626-4427

Ronnie G. Penton
Trial Counsel for Plaintiffs

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579