# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K" (2) CONS. KATRINA CANAL |

*********************************************************************

**THIS DOCUMENT RELATES TO: JIM EZELL, ET AL: 05-6314 "I" (3)**

## MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL PF CERTAIN DEFENDANTS WITHOUT PREJUDICE

**MAY IT PLEASE THE COURT:**

Plaintiffs in JIM EZELL HUSBAND OF/AND BONNIE EZELL, ET AL: 05-6314 "I" (3), on behalf of themselves and all others similarly situated, have received representations by defendants for The City of New Orleans, Burk-Kleinpeter, LLC, Pittman Construction Company of Louisiana, Inc., Virginia Wrecking Company, Inc., Washington Group International, Inc., Miller Excavating Service, Inc., C. R. Pittman Construction Company, Inc., and Gulf Group Inc., of Florida. Based upon those representations plaintiffs wish to dismiss their Complaint without prejudice as against the above referenced defendants. Plaintiffs seek the dismissal as to the above referenced defendants only and specifically reserve all rights against all parties not dismissed herein.

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579

Respectfully submitted:

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
TELEPHONE: (985) 732-5651
TELECOPIER: (985) 735-5579


JESSE L. WIMBERLY, III - #13587
WIMBERLY LAW FIRM
120 LISA LANE
MANDEVILLE, LOUISIANA 70448
TELEPHONE: (985) 626-4419
TELECOPIER: (985) 626-4427

_____
Ronnie G. Penton
Trial Counsel for Plaintiffs

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579