UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K" (2) CONS. KATRINA CANAL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO: JIM EZELL, ET AL: 05-6314 "I" (3)

### NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Plaintiffs in JIM EZELL HUSBAND OF/AND BONNIE EZELL, ET AL: 05-6314 "I" (3), on behalf of themselves and all others similarly situated, through undersigned counsel, will bring on for hearing the attached Motion on Wednesday, the 31st day of May, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard before Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130

Respectfully submitted:

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
TELEPHONE: (985) 732-5651
TELECOPIER: (985) 735-5579

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579

JESSE L. WIMBERLY, III - #13587
WIMBERLY LAW FIRM
120 LISA LANE
MANDEVILLE, LOUISIANA  70448
TELEPHONE:  (985) 626-4419
TELECOPIER:  (985) 626-4427

_____
Ronnie G. Penton
Trial Counsel for Plaintiffs

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, on May 11, 2006.

_____
Ronnie G. Penton

LAW OFFICES OF
Ronnie G. Penton
209 HOPPEN PLACE
BOGALUSA, LA 70427

985-732-5651
800-419-3445

Telecopier:
985-735-5579