FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 16 PM 2:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL. | * | SECTION "K" |
| | * | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: 05-6073 | * | CONS. KATRINA CANAL |
| * * * * * * * | * | |

## MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S OPPOSITION TO THE CITY OF NEW ORLEANS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW INTO COURT comes defendant, the City of New Orleans ("City"), who moves the Court to allow it to submit a brief response to the plaintiffs' untimely opposition to the City's motion to dismiss for failure to state a claim upon which relief can be granted.

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___

Respectfully submitted,

*Heather M. Valliant*
_____
Joseph V. DiRosa, Jr., La. Bar # 4959
*Chief Deputy City Attorney*
Victor L. Papai, La. Bar # 9860
Heather M. Valliant, La. Bar # 24680
*Assistant City Attorneys*
1300 Perdido Street, Room 5 E 03
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)

Penya Moses-Fields, La. Bar # 24850
*City Attorney*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion has been sent to counsel of record via electronic transmission, facsimile, and/or by depositing same in the United States Mail, postage prepaid and properly addressed, this 16th day of May, 2006.

*Heather M. Valliant*
_____

2