

# UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL. | * | SECTION "K" |
| | * | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: 05-6073 | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

### ORDER

The City of New Orleans' motion for leave submit a response to plaintiffs' opposition to motion to dismiss is hereby GRANTED.

This __17th__ day of May, 2006.

_____
Judge, United States District Court, E.D. La.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____