FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17 PM 3: 49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTER DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL. | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| THIS DOCUMENT RELATES TO: 05-6073 | * | |
| | * | CONS. KATRINA CANAL |
| * * * * * * * | * | |

### RESPONSE TO PLAINTIFF'S OPPOSITION TO THE CITY OF NEW ORLEANS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

NOW INTO COURT comes defendant, the City of New Orleans ("City"), to briefly respond to the plaintiffs' opposition to the City's motion to dismiss. Contrary to plaintiffs' suggestions, the City's motion to dismiss is not premature, and no discovery is necessary to determine whether the City should be dismissed from this lawsuit with prejudice.

Both state and federal statutory law demonstrate that the City of New Orleans has no control over, nor has it ever had control over, the maintenance, construction, extension, or improvements to the levees. *See* La. R.S. 38:301, La. R.S. 38:307 A(1); La. R.S. 38:336 A; 33 U.S.C. § 701, *et seq.* The plaintiffs' complain makes allegations that are directly contrary to these well established provisions of state statutory law. Conducting discovery or delaying the City's dismissal will not modify existing statutory

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

law that places care, custody, and control of the levees with other entities, not with the City of New Orleans.

Further, the plaintiffs erroneously suggest that the Sewerage and Water Board is "an arm of the City of New Orleans" that "excavated, dredged, or deepened portions of the waterways." But the Sewerage and Water Board is not "an arm of the City of New Orleans." Like the Orleans Levee District, the Sewerage and Water Board is an entirely separate legal entity from the City of New Orleans. *See* La. R.S. 33:4071 *et seq.* Thus, regardless of the Sewerage and Water Board's involvement with the waterways that are the subject of these lawsuits, the City of New Orleans shares no responsibility for the levees and shares no liability with that entity. La. R.S. 9:2800.

Finally, the City rejects plaintiffs' offer of voluntary dismissal "without prejudice" because as a matter of law, the City cannot be held liable in this case. The law places responsibility for the levees with entities other than the City of New Orleans, and the City is entitled to be dismissed with prejudice.

Plaintiffs are attempting to create an issue of fact where none exists. By law, the City of New Orleans cannot be held liable for the wrongdoing that plaintiffs have alleged in this litigation. For these reasons and those expressed in its original motion, the City asks the Court to dismiss it for failure to state a claim upon which relief may be granted.

Respectfully submitted,

*Heather M. Valliant*

Joseph V. DiRosa, Jr., La. Bar # 4959
*Chief Deputy City Attorney*
Victor L. Papai, La. Bar # 9860
Heather M. Valliant, La. Bar # 24680
*Assistant City Attorneys*
1300 Perdido Street, Room 5 E 03
New Orleans, Louisiana 70112
(504) 658-9800
(504) 658-9868 (fax)

Penya Moses-Fields, La. Bar # 24850
*City Attorney*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing response has been sent to counsel of record via electronic transmission, facsimile, and/or by depositing same in the United States Mail, postage prepaid and properly addressed, this 16th day of May, 2006.

*Heather M. Valliant*