

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION NO. 05-4182 |
| vs. ) | |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. ) | CONS. KATRINA CANAL |
| ) | |
| Defendants ) | JURY DEMAND |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| 05-4182, 05-5237, 05-6073, 05-6314, ) | |
| 05-6324, 05-6327, 06-0020, 06-0886 ) | |

### MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, comes the defendant, Washington Group International ("WGI"), and respectfully prays for an Order granting its Motion for Leave to file the attached First Supplemental and Amending Answer. As discussed more fully in the accompanying Memorandum in Support, developments occurring since the original Answers were filed necessitate supplementing and amending the original answers in each of the

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____
```

810789v.1

referenced Docket Numbers. Moreover, WGI certifies that granting this Motion will neither delay nor hinder the fair and expeditious disposition of the matter.

WHEREFORE, WGI respectfully prays for an Order granting its motion for leave to file the attached First Supplemental and Amending Answer.

Dated:     May 16, 2006                              Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via e-mail this 16th day of May, 2006.

*William D. Treeley* (signature)

810789v.1