UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>　　　Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>　　　Defendants<br><br>THIS DOCUMENT RELATES TO:<br><br>05-4182, 05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 06-0020, 06-0886 | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"(2)<br>CONS. KATRINA CANAL<br><br>JURY DEMAND |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING ANSWER

MAY IT PLEASE THE COURT:

Defendant Washington Group International, Inc. ("WGI") respectfully seeks leave to supplement and amend its Answers previously filed in the above-captioned litigation. Since filing the Answers, the United States Congress has passed legislation entitling certain Louisiana

810789v.1

residents to substantial grants, loans, and other financial relief for property damage arising out of the flooding following Hurricane Katrina. In light of this recent legislation, defendant must supplement and amend its affirmative defenses to request a credit and offset for the amounts of such payments, if any, to plaintiffs herein.

WGI hereby certifies that, by granting the requested relief, the Court will neither delay nor hinder the fair and expeditious disposition of this matter.

Dated:     May 16, 2006                             Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via e-mail this 16th day of May, 2006.

*/s/ William D. Treeby*