

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　　　　Plaintiffs　　　　　　　　) | CIVIL ACTION NO.  05-4182 |
| 　　　　　　　　　　　　　　　　　) | |
| 　　vs.　　　　　　　　　　　　　　) | SECTION "K"(2) |
| 　　　　　　　　　　　　　　　　　) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., et al.　) | |
| 　　　　　　　　　　　　　　　　　) | JURY DEMAND |
| 　　　　　Defendants　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| THIS DOCUMENT RELATES TO:　　　　) | |
| 　　　　　　　　　　　　　　　　　) | |
| 　　05-4182, 05-5237, 05-6073, 05-6314,　) | |
| 　　05-6324, 05-6327, 06-0020, 06-0886　) | |

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that defendant Washington Group International is hereby granted leave to file the attached First Supplemental and Amending Answer, supplementing and amending each Answer filed in the above-captioned Docket Numbers.

___ Fee_____
___ Process_____
X  Dktd _____
✓  CtRmDep_____
___ Doc. No._____

810789v.1

THUS DONE AND SIGNED this 17th day of May, 2006, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

810789v.1