

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17 PM 3: 50

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION NO. 05-4182 |
| vs. ) | |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. ) | CONS. KATRINA CANAL |
| ) | |
| Defendants ) | JURY DEMAND |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| 05-4182, 05-5237, 05-6073, 05-6314, ) | |
| 05-6324, 05-6327, 06-0020, 06-0886 ) | |
| ) | |

## DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
## FIRST SUPPLEMENTAL AND AMENDING ANSWER

NOW INTO COURT, through undersigned counsel, comes defendant Washington Group International, Inc. ("WGI") and respectfully submits its First Supplemental and Amending Answer as follows:

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```
810789v.1

- 2 -

I.

WGI supplements its original Answers in the referenced Docket Numbers to add the following Affirmative Defense:

WGI affirmatively alleges that to the extent plaintiffs (and members of the putative class, where applicable) have or should hereafter settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, or should plaintiffs receive any funds from federal or state agencies or programs, defendant is entitled to a credit and/or offset in the amount of said settlement(s) and/or payment(s), which are not subject to the collateral source doctrine, and/or for the amount of the settling and/or paying parties' allocated percentage of alleged fault.

II.

WGI re-asserts and re-avers each and every answer and affirmative defense of its original Answers as if wholly plead herein.

III.

WGI requests and is entitled to a trial by jury on all issues herein.

WHEREFORE, WGI prays that this First Supplemental and Amending Answer be deemed good and sufficient, that it be granted a trial by jury and that, after due proceedings are had, there be judgment in favor of WGI against plaintiffs (and members of the putative class),

dismissing all of the claims of the plaintiffs (and members of the putative class) against them, with prejudice, and at plaintiffs' (and members of the putative class') cost.

Dated:      May 16, 2006                    Respectfully submitted,

*William D. Treeby* (signature)

William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

810789v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via e-mail this 16th day of May, 2006.

*/s/ William D. Keeley*