IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASHTON R. O'DWYER, JR. | ) |
| | ) |
| Plaintiff, | ) Civil No. 06-cv-1850-HGB-JCW  K(2) |
| | ) |
| v. | ) DEFENDANT'S ANSWER |
| | ) |
| THE UNITED STATES ARMY CORPS | ) |
| OF ENGINEERS | ) |
| Defendant. | ) |

Defendant United States Army Corps of Engineers (COE) hereby answers Plaintiff's Complaint in this action as follows:

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

## SECOND DEFENSE

Defendant has made available and accessible to Plaintiff via a website a voluminous amount of responsive records.

## ANSWER

1. Paragraph 1 contains Plaintiff's characterization of this action or conclusions of law to which no answer is required, but insofar as an answer may be required, the allegations are denied.

2. Paragraph 2 is admitted.

3. Defendant lacks knowledge and information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3, except to admit that Plaintiff is a named plaintiff in several pending cases in the Eastern District of Louisiana.

4. Defendant admits that Plaintiff has accurately characterized portions of the October

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

12, 2005 FOIA request, but the Court is respectfully referred to the request for a complete and accurate statement of its contents.

5. Paragraph 5 is admitted.

6. Defendant admits that Plaintiff accurately described portions of the November 16, 2005 amended FOIA request, but the Court is respectfully referred to the request for a complete and accurate statement of its contents.

7. Paragraph 7 is admitted.

8. Paragraph 8 is denied.

9. Paragraph 9 is admitted.

10. Paragraph 10 is denied.

11. Paragraph 11 contains Plaintiff's conclusions of law and prayer for relief to which no response is required, but insofar as an answer may be required, the allegations are denied.

12. The first sentence is denied. The second sentence contains conclusions of law to which no response is required, but insofar as an answer may be required, the allegations are denied.

13. Paragraph 13 contains conclusions of law to which no response is required, but insofar as an answer may be required, the allegations are denied.

Defendant specifically denies all allegations in Plaintiff's Complaint not otherwise answered herein. In addition, Defendant denies that Plaintiff is entitled to the relief sought in its request for relief.

**WHEREFORE**, Defendant respectfully prays the Court:

1. For an order dismissing Plaintiff' Complaint with prejudice.

2. For such other and further relief, including costs and attorney fees, as is deemed just

2

and proper by this Court.

          Respectfully submitted,

          JIM LETTEN
          United States Attorney

          STEVENS E. MOORE
          Assistant United States Attorney

          ARTHUR GOLDBERG
          Assistant Director

          JEAN MICHEL VOLTAIRE
          Trial Attorney
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          20 Massachusetts Avenue, NW
          Washington, D.C. 20530
          Tel.: 202-616-8211
          Fax.: 202-616-8460

Dated: May 11, 2006        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Defendant' Answer to Plaintiff's Complaint was served on 11 May 2006 by federal express overnight delivery, addressed to:

>Ashton R. O'Dwyer, Jr.
>On Canal Place
>365 Canal Street, Suite 2670
>New Orleans, LA 70130
>Tel.: 504-561-6561

*Jean-Michel Voltaire*
Jean-Michel Voltaire