FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18 PM 12:31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## OBJECTION TO THE GOVERNMENT'S
## EX PARTE MOTION TO CLARIFY
## DISCOVERY ORDER

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and file their Objection to the Government's Ex Parte Motion to Clarify Discovery Order. Plaintiffs reserve rights to file a formal Memorandum in Opposition, when time and opportunity permits, and object to the filing of the Ex Parte Motion, in violation of Local Rule 7.2 of the Uniform Local Rules of the United States District Court for the State of Louisiana, without noticing the Motion, which is going to be contradicted, for hearing. This is yet another example of the "arrogance of power" of the Federal Government, and comes on the heels of a Court filing by the Government which references a Presidential Order to preserve records, but not other evidence, such as tangible objects and things. The Government lawyers obviously are "troubled" over the fact that their client, the U.S. Army Corps of Engineers, interpreted the Presidential order to preserve records only as a "License to Destroy Tangible Evidence", and seem to be

incapable of understanding that the Executive Branch and the Judicial Branch of Government are separate and distinct.

"Just following orders, Sir/Ma'am."

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-5560**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile and E-mail, this 17th day of May, 2006.

_____

-2-