```
                                            FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2006 MAY 18  PM 12:31

                                    LORETTA G. WHYTE
                                           CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 06-1885 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA | * | MAGISTRATE "2 |
| | | JURY TRIAL REQUESTED |

### AFFIDVIT OF SERVICE

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEORE ME, the undersigned authority, personally came and appeared:

### ASHTON R. O'DWYER, JR.

who, after being duly sworn, did depose and say that he is a person of the full age of majority, and an attorney practicing law within the territorial limits of the Eastern District of Louisiana, and that on May 17, 2006, he deposited in the United States Mail, Certified Return Receipt Requested, Summons and First Supplemental and Amending Complaint in the above-styled and numbered cause addressed to Attorney General Alberto Gonzales.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

New Orleans, Louisiana, this 17th day of May 2006.

_____
ASHTON R. O'DWYER, JR.

Sworn to and subscribed before me,

this 18th day of May 2006.

_____
NOTARY PUBLIC   ID# 20191

RUTH B. WHIDDEN
NOTARY PUBLIC, Orleans Parish, LA
My commission is for life