OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 18 PM 12:30
LORETTA G. WHYTE
CLERK

Date: 5/18/06

Maureen O'Dwyer

vs.

United States

Case No. 05-4181  Section K

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) LA DEPT TRANSPT & DEVEL.
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
Signature

Attorney for Plaintiff's

Address One Canal Place

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No