UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                                 CIVIL ACTION

VERSUS                                                   NO.   05-4182   and
                                                         consol. cases

BOH BROS. CONSTRUCTION CO., L.L.C. ET AL.                SECTION "K" (2)

### ORDER ON MOTION

APPEARANCES:  None

MOTION:        Plaintiffs' Motion to Compel Production of Evidence in Connection
               With the 17th Street Canal Breach Site, Record Doc. No. 295

O R D E R E D:

 XXX : CONTINUED.  The motion hearing is continued from its current date of
May 17, 2006 and reset for **May 24, 2006 at 11:00 a.m.** with oral argument.

              New Orleans, Louisiana, this  22nd  day of May, 2006.

                              for JOSEPH C. WILKINSON, JR.
                            UNITED STATES MAGISTRATE JUDGE