FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18 PM 3:35

LORETTA G. WHYTE
CLERK

# United States District Court

DISTRICT OF **EASTERN** — **LOUISIANA**

Phillip Reed, on behalf of himself
and all others similarly situated

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2152
Section "S"

RECEIVED
MAY 10 2006
LINCOLN PARISH SHERIFF'S OFFICE

TO: (Name and address of defendant)

Ham Construction Overseas N.V.
By Service on Gulf Coast Trailing Company
Through its Agent for Service of Process:
~~Lance F. Bospflug~~ RICHARD BRANTLEY
106 West Mississippi Street
Ruston, LA 71270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAMILO K. SALAS III
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

an answer to the complaint which is herewith served upon you, within **twenty (20)** _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

(BY) DEPUTY CLERK

April 25, 2006
DATE

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE  5-10-06 |
| NAME OF SERVER (PRINT) | TITLE  Deputy Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): As shown below

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-10-06
                Date

Signature of Server

Address of Server: Lincoln Parish Sheriff Dept.
P.O. Box 7070
Ruston, LA. 71273

Time 405

Lincoln Parish Sheriff's Dept.
Date 5-10-06  Personal (  )
Domiciliary To DEBRA DUNN Sect
Unserved _____
Mileage one way 2
Deputy W.␣␣␣␣Christian

LANCE BOSPFLUG IS NO LONGER WITH T. L. JAMES (NAM CONSTRUCTION
RICHARD BRANTLEY TOOK HIS PLACE
RICHARD BRANTLEY IS ON VACATION

20.00
 1.36
21.36

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.