# United States District Court

EASTERN DISTRICT OF LOUISIANA

Phillip Reed, on behalf of himself
and all others similarly situated

V.

The United States of America, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-2152

Section "S"

RECEIVED MAY 10 2006
LINCOLN PARISH SHERIFF'S OFFICE

FILED 2006 MAY 18 PM 3:10
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

TO: (Name and address of defendant)

T. L. James Marine, L.L.C.
Through its Agent for Service of Process:
Richard G. Brantley
106 West Mississippi Street
Ruston, LA 71270

or at:

Richard G. Brantley
300 North Vienna Street
Ruston, LA 71270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAMILO K. SALAS III
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

April 25, 2006

DATE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 5-10-06 |
| NAME OF SERVER (PRINT) | TITLE DEPUTY SHERIFF |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): AS SHOWN BELOW

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-10-06
Date

Signature of Server
LINCOLN PARISH SHERIFF DEPT.

Address of Server
P.O. BOX 2020
RUSTON, LA. 71273

Time 405

Lincoln Parish Sheriff's Dept.
Date 5-10-06  Personal ( )
Domiciliary To DEBRA DUNN Sect
Unserved _____
Mileage one way  2
Deputy _____

RICHARD BRANTLEY IS ON VACATION

20.00
1.36
21.36

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.