AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
DISTRICT OF LOUISIANA

Phillip Reed, on behalf of himself
and all others similarly situated

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-2152

Section "S"

The United States of America, et al.



TO: (Name and address of defendant)

TLJIC, L.L.C.
Through its Agent for Service of Process:
Richard G. Brantley
300 North Vienna Street
Ruston, LA 71270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CAMILO K. SALAS III
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

April 25, 2006

DATE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 5-10-06 |
| NAME OF SERVER (PRINT) | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): AS SHOWN BELOW

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-10-06
Date

Signature of Server

Address of Server: LINCOLN PARISH SHERIFF DEPT.
P.O. BOX 2070
RUSTON, LA. 71273

RICHARD BRANTLEY
ON VACATION

Time 405
Lincoln Parish Sheriff's Dept.
Date 5-10-06   Personal ( )
Domiciliary To DEBRA DUNN Scot
Unserved _____
Mileage one way _____
Deputy _____

20.00
1.36
21.36

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.