UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

### DEFENDANT UNITED STATES' MEMORANDUM IN OPPOSITION TO THE O'DWYER PLAINTIFFS' DISCOVERY MOTION(S) (DOCKET NO. 361) AND RELATED DOCUMENTS (DOCKET NOS. 359, 360, 363, AND 365)

The plaintiffs in Civil Action No. 05-4181 have filed (or re-filed[1]) a motion entitled "Discovery Motions(s)" (Docket No. 361) and several other related documents, including Plaintiffs' Motion for Expedited Hearing (Docket Nos. 359 & 360); Plaintiffs' Motion for Leave to File Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiffs' Motion for Expedited Hearing (Docket No. 363); and Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiff's Motion for Expedited Hearing (Docket No. 365). Plaintiffs' Discovery Motion(s) should be denied because it is moot.[2]

---

[1] It appears that most, if not all, of these documents were originally filed between April 17 – 19, 2006. Because the issues related to site access raised in plaintiffs' motions were addressed and resolved during a telephone conference on April 20, 2006, with Magistrate Wilkinson, the United States did not formally respond to these motions in April. However, since it appears that plaintiffs' motions have been re-filed, the United States submits this response out of an abundance of caution.

[2] The Court has already entered orders denying Docket Nos. 359 and 360, *see* Docket No. 362 (denying Motion for Expedited Hearing on Plaintiffs' Discovery Motion(s)), and granting Docket No. 363, *see* Docket No. 364 (granting Plaintiffs leave to file supplemental memorandum in support of Discovery Motion(s) and Motion for Expedited Hearing).

1

The O'Dwyer plaintiffs in their Discovery Motion(s) have moved the Court for relief on four points, stating as follows:

1. For expedited hearing of plaintiffs' Objections to and Motion to Review Magistrate's Order (Record Document No. 74 [in case no. 05-4181]), which is presently under submission by the Court;

2. Alternatively, to Review Magistrate's Order of April 13, 2006 [footnote omitted];

3. Further in the alternative, to Compel the United States of America, by and through its agency and instrumentality, the United States Army Corps of Engineers, to allow plaintiffs, their attorney and his expert(s) access to the London Avenue site for reasonable inspection of available evidence; and

4. Incorporated Motion/Request for Expedited Hearing of the same.

Docket No. 361 – Pls Mot. at 1-2.

Plaintiffs' first request is moot since the Court has already ruled on his Objections to and Motion to Review Magistrate's Order. *See* Docket No. 79 (Order denying plaintiffs' Objections to and Motion to Review Magistrate's Order) (note: plaintiffs' Objections to and Motion to Review Magistrate's Order is listed as Docket No. 111 in the consolidated cases and as Docket No. 74 in Case No. 05-4181).

Plaintiffs' second request is moot because the O'Dwyer Plaintiffs neglected to file and serve objections to Magistrate Judge Wilkinson's April 13, 2006 Order (Docket No. 74) in a timely manner, and the time for doing so pursuant to Federal Rule of Civil Procedure 72(a) has long since passed. *See* Fed. R. Civ. P. 72(a) ("Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order . . . .").

Plaintiffs' third request that plaintiffs' counsel and his experts be given access to the "London Avenue site" is moot as well. Though plaintiffs' motion is not specific, it is clear that their Discovery Motion(s) is directed at gaining access to the London Avenue North/Robert E. Lee site. For example, the primary focus of the Discovery Motion(s) is to complain that Mr. O'Dwyer was given unreasonable notice and, therefore, was unable to observe an IPET recovery which took place on April 14, 2006, at the London Avenue North/Robert E. Lee site. *See* Docket No. 361 – Pls' Mem. in Supp. of Discovery Motion(s) at 1-2 & Ex. 2 to Pls' Mot. (noting that work taking place on April 14, 2006, was at the Robert E. Lee site). Pursuant to a telephone conference with Magistrate Judge Wilkinson on April 20, 2006, plaintiffs were granted access to this site on April 24, 2006. *See* Docket No. 157 (Court's April 20, 2006 Order that Mr. O'Dwyer and his consultant be among the plaintiffs' representatives present at the site on April 24, 2006). At this time, all the recovery work at the London Avenue North/Robert E. Lee site has been completed. *See* Declaration of Donny D. Davidson, attached to Docket No. 300. Thus, to the extent that plaintiffs' motion can be interpreted as still seeking access to that site, it is moot. The Court has already ruled as such in a May 10, 2006 Order denying as moot Plaintiffs' Motion to Compel Production of Evidence in Connection With the London Avenue North Breach Site:

> DISMISSED AS MOOT. The evidentiary record establishes that the requested materials were demolished as part of the ongoing levee/floodwall repair and reconstruction operation being conducted at the relevant site. Observation and filming/photography by litigant representatives were permitted. There is nothing to compel at this time.

Docket No. 317. To the extent that plaintiffs' motion can be interpreted to mean that plaintiffs are requesting access to the 17th Street Canal breach site, such request is moot for the reasons stated in Defendant United States' Memorandum in Opposition to the O'Dwyer Plaintiffs'

3

Motion to Compel Production of Evidence in Connection With the 17th Street Canal Breach Site (Docket No. 357) and pursuant to the protocol for providing access to the 17th Street site which was hand delivered to the Court by counsel for Boh Brothers on May 16, 2006.[3]  To the extent that plaintiffs' motion can be interpreted to mean that plaintiffs are requesting access to the London Avenue South/Mirabeau site, such request is moot pursuant to the protocol for providing access to the Mirabeau site which was faxed to the Court earlier today.  *See* May 22, 2006 letter to J. Wilkinson from counsel for United States.  Moreover, plaintiffs already were granted access to the London Avenue North/Robert E. Lee site on May 9, 2006.

Finally, plaintiffs' fourth request is moot because the Court has already denied plaintiffs' request for an expedited hearing on these issues.  *See* Docket No. 362 (denying Motion for Expedited Hearing on Plaintiffs' Discovery Motion(s)).

For the foregoing reasons, the O'Dwyer Plaintiffs' Discovery Motion(s) should be denied.

///

///

///

///

///

///

///

---

[3]  The supplemental materials filed in Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Plaintiff's Motion for Expedited Hearing (Docket No. 365) primarily concern Mr. O'Dwyer's complaint that he was given unreasonable notice about construction work at the 17th Street Canal Breach Site.  For the reasons noted above, such complaint is moot.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

s/ Robin D. Smith

ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4916
(202) 616-5200 (fax)
Attorneys for the United States

Dated: May 22, 2006.

## CERTIFICATE OF SERVICE

I, Robin D. Smith, hereby certify that on May 22, 2006, I served a true copy of the foregoing pleading upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron<br>waaron@goinsaaron.com | Joseph Vincent DiRosa Jr.<br>jvdirosa@cityofno.com |
| Neil Abramson<br>abramson@phelps.com | Walter Dumas<br>wdumas@dumaslaw.com |
| Jonathon Beauregard Andry<br>jandry@andrylawfirm.com | Lawrence Duplass<br>lduplass@duplass.com |
| Thomas P. Anzelmo<br>tanzelmo@mcsalaw.com | Calvin Fayard<br>calvinfayard@fayardlaw.com |
| Judy Barrasso<br>jbarrasso@barrassousdin.com | Thomas Francis Gardner<br>gardner@bayoulaw.com |
| Daniel E. Becnel, Jr.<br>dbecnel@becnellaw.com | Thomas Gaudry<br>tgaudry@grhg.net |
| Robert Becnel<br>ROBBECNEL@aol.com | Joseph Guichet<br>jguichet@lawla.com |
| Kelly Cambre Bogart<br>kbogart@duplass.com | Jim S. Hall<br>jodi@jimshall.com |
| Terrence L. Brennan<br>tbrennan@dkslaw.com | Robert Harvey<br>rgharvey@bellsouth.net |
| Joseph Bruno<br>jbruno@brunobrunolaw.com | Herman C. Hoffmann, Jr.<br>hhoffmann@spsr-law.com |
| Thomas Darling<br>tdarling@grhg.net | David Blayne Honeycutt<br>DBHoneycutt@aol.com |
| Kevin Derham<br>kderham@duplass.com | Ralph Hubbard<br>rhubbard@lawla.com |

Darlene Marie Jacobs
dollyno@aol.com

Tamara Kluger Jacobson
tkjacobson@aol.com

Michael Courtney Keller
kellerm@ag.state.la.us

Stephen Kreller
sskreller@gmail.com

Hugh Lambert
hlambert@lambertandnelson.com

John M. Landis
jlandis@stonepigman.com

Mickey Landry
mlandry@landryswarr.com

Wade Langlois
wlanglois@grhg.net

Wayne J. Lee
wlee@stonepigman.com

F. Gerald Maples
federal@geraldmaples.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com

Penya Moses-Fields
pmfields@cityofno.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty Finley Mullin
bettym@spsr-law.com

J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com

John Francis Nevares
jfnevares-law@microjuris.com

James L. Pate
jpate@ln-law.com

Ronnie Penton
rgp@rgplaw.com

Drew A. Ranier
dranier@rgelaw.com

Michael R.C. Riess
mriess@kingsmillriess.com

Camilo Kossy Salas
csalas@salaslaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

George Simno
gsimno@swbno.org

Randall A. Smith
rasmith3@bellsouth.net

Christopher Kent Tankersley
ctankersley@burglass.com

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Clayton Morris Connors
625 Baronne Street
New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130

                                 s/ Robin D. Smith
                                 _____
                                 Robin D. Smith