UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES: None

MOTION: Plaintiffs' Motion to Compel Production of Evidence in Connection With the 17th Street Canal Breach Site, Record Doc. No. 295

O R D E R E D:

 XXX : CONTINUED. The motion hearing is continued from its current date of May 24, 2006 before Magistrate Judge Wilkinson and reset on **May 31, 2006 before Judge Duval** at **9:30 a.m**. **with oral argument.**

New Orleans, Louisiana, this  22nd  day of May, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE