## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                    **CIVIL ACTION**

**VERSUS**                                                                    **NO.  05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                      **SECTION "K"(2)**
**L.L.C., ET AL.**                                        **CONS. KATRINA CANAL**

**PERTAINS TO:   05-5237, 05-6327, 06-1672,**
**                          06-1673 and 06-1674**

## ORDER ON MOTIONS

APPEARANCES:   None (on the briefs)

MOTIONS:          Plaintiffs' Motions for Leave to File Supplemental and Amending
                         Complaints, Record Doc. Nos. 263, 266 and 268

O R D E R E D:

 XXX : GRANTED. The court ordered that written opposition to plaintiffs' Motions for
Leave to File Supplemental and Amending Complaints, Record Doc. Nos. 263, 266 and 268,
be filed no later than May 9, 2006.  Record Doc. No. 270.  No memoranda in opposition to
plaintiffs' motions have been received. In addition, the deadline for filing motions for leave
to amend pleadings in the referenced matter has been extended to June 5, 2006.  Record Doc.
No. 276. Accordingly, plaintiffs' motions are deemed to be unopposed, and, further, it
appearing to the court that the motions have merit,

**IT IS ORDERED** that the motions are **GRANTED.**

New Orleans, Louisiana, this  22nd  day of May, 2006.

_____
                STANWOOD R. DUVAL, JR.
         UNITED STATES DISTRICT COURT JUDGE

2