


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD VANDERBROOK, et al.** | * | |
| | * | **CIVIL ACTION** |
| | * | |
| **Plaintiffs,** | * | **NO. 05-6323** |
| | * | |
| **v.** | * | **SECTION "F"** |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY, et al.,** | * | **JUDGE FELDMAN** |
| | * | |
| | * | **MAGISTRATE NO. 5** |
| | * | |
| **Defendants.** | * | **MAGISTRATE JUDGE CHASEZ** |

*************************************************************************************

**HANOVER INSURANCE COMPANY'S**
**MOTION FOR SUMMARY JUDGMENT**
**AGAINST PLAINTIFF SOPHIA GRANIER**

**NOW INTO COURT**, through undersigned counsel, comes Defendant Hanover Insurance Company ("Hanover"), who moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 56, to enter summary judgment in its favor and against Plaintiff Sophia Granier ("Granier") dismissing Granier's claims with prejudice.

Hanover hereby incorporates its Memorandum Of Law In Support Of Hanover Insurance Company's Motion For Summary Judgment Against Plaintiff Sophia Granier.



___ Fee_____
___ Process_____
X Dktd _____
✓ CtRmDep_____
___ Doc. No_____

Respectfully submitted, this 19th day of May, 2006.

RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
KRISTOPHER T. WILSON, La. Bar # 23978
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

And

OF COUNSEL:

PAUL E. B. GLAD
KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower - 233 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for The Hanover Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been forward ed to al counsel of record via U.S. mail, postage prepaid, this 19th day of May, 2006.