## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD VANDERBROOK, et al.** | * | |
| | * | **CIVIL ACTION** |
| **Plaintiffs,** | * | **NO. 05-6323** |
| v. | * | **SECTION "F"** |
| **STATE FARM FIRE AND CASUALTY COMPANY, et al.,** | * | **JUDGE FELDMAN** |
| | * | **MAGISTRATE NO. 5** |
| **Defendants.** | * | **MAGISTRATE JUDGE CHASEZ** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Hanover Insurance Company ("Hanover"), through undersigned counsel, will bring for hearing the attached Motion for Summary Judgment on the ~~12th~~ 12th day of July, 2006, at ~~9:30~~ 9:30 AM, before Judge Feldman, at 500 Camp Street, New Orleans, Louisiana, or as soon thereafter scheduled so counsel may be heard.

Respectfully submitted, this 19th day of May, 2006.

_____
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
KRISTOPHER T. WILSON, La. Bar # 23978
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

And

OF COUNSEL:

PAUL E. B. GLAD
KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower - 233 South Wacker Drive
Chicago, Illinois 60606
Telephone:       (312) 876-8000
Facsimile: (312) 876-7934
Attorneys for The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the above and foregoing notice of hearing has been served on all counsel of record, by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this 19th day of May, 2006.

_____

14490669\V-7