IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD VANDERBROOK, et al. | * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 05-6323 |
| v. | * | SECTION "F" |
| STATE FARM FIRE AND CASUALTY COMPANY, et al., | * | JUDGE FELDMAN |
| | * | MAGISTRATE NO. 5 |
| Defendants. | * | MAGISTRATE JUDGE CHASEZ |

**STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF HANOVER INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT
AGAINST PLAINTIFF SOPHIA GRANIER**

Hanover submits that the uncontested material facts relevant to the determination of its motion are as follows:

1. On or about October 14, 2005, Plaintiffs filed their Petition For Damages ("Petition"), initiating a lawsuit in the Civil District Court, for the Parish of Orleans, State of Louisiana, against several defendants including Hanover. The lawsuit was removed to this Court on December 2, 2005.

2. In the Petition, Granier alleges that she suffered water damage to her home as the result of a break that occurred on August 29, 2005, in the concrete canal wall known as the 17th

1

Street Canal. (Petition at ¶¶ 3, 7(k).)

3. In the Petition, Granier alleges that she maintained at all relevant times a homeowners policy of insurance issued by Hanover. (Petition at ¶7(k).)

4. In the Petition, Grainer alleges that Hanover failed to pay for the aforementioned water damage under the policy of insurance it issued. (Petition at ¶ 10.) Granier also alleges that the exclusion provisions of the Hanover insurance policy are unconscionable and void. (Petition at ¶ 11.)

5. In the Petition, Granier seeks a judgment against the Defendants, including Hanover, for the water damage to her home. (Petition, p. 6.)

6. After a diligent search of its business records, Hanover has located no policy of insurance issued by Hanover with Granier as the named insured. (*See* Affidavit of Mary Engler In Support Of Insurer Defendants Opposition To Plaintiffs' Motion To Remand ("Engler Affidavit"), attached hereto as Exhibit A.)

7. Hanover has requested that Granier's counsel produce evidence that Granier maintained a policy of insurance issued by Hanover, but Granier's counsel has not responded to such requests. (*See* Affidavit of Seth Schmeeckle ("Schmeeckle Affidavit"), attached hereto as Exhibit B.)

Respectfully submitted, this 19th day of May, 2006.

*[signature]*

RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
KRISTOPHER T. WILSON, La. Bar # 23978
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990

And

OF COUNSEL:
PAUL E. B. GLAD
KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower - 233 South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 876-8000
Facsimile:   (312) 876-7934

Attorneys for The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forward ed to al counsel of record via U.S. mail, postage prepaid, this 19th day of May, 2006.

*[signature]*