UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD VANDERBROOK, et al. | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 05-6323 |
| | * | |
| VERSUS | * | SECTION "F" |
| | * | |
| STATE FARM FIRE AND | * | JUDGE FELDMAN |
| CASUALTY COMPANY, et al. | * | |
| | * | MAGISTRATE NO. 5 |
| Defendants. | * | |
| | * | MAGISTRATE JUDGE CHASEZ |

### AFFIDAVIT OF MARY ENGLER IN SUPPORT OF INSURER DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

Mary Engler, being duly sworn, deposes and states as follows:

1. I am a Catastrophe Claim Manager with The Hanover Insurance Company ("Hanover"). I make this affidavit based upon Hanover's business records, with which I am personally familiar.

2. Hanover is a corporation organized under the laws of New Hampshire with its principal place of business in Massachusetts.

3. A certified copy of the insurance policy Hanover issued to Jack Capella bearing policy number HSO 7770574, for the policy period of January 11, 2005, to January 11, 2006 (the

EXHIBIT A

"Capella Policy"), is attached as <u>Exhibit A</u> hereto. As reflected on the Declarations page of the Capella Policy, the limits of liability are $294,000 for dwelling coverage and $205,800 for personal property coverage. The remaining available limits of the Capella Policy exceed $75,000.

4.  After a due and diligent search of its business records, Hanover has located no policy of insurance issued by Hanover with Sophia Granier as the named insured.

_____
Mary Engler

Sworn to and Subscribed before me
this 24th day of March, 2006.

_____
Notary Public

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RICHARD VANDERBROOK, et al. | * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 05-6323 |
| | * | |
| v. | * | SECTION "F" |
| | * | |
| STATE FARM FIRE AND | * | JUDGE FELDMAN |
| CASUALTY COMPANY, et al., | * | |
| | * | MAGISTRATE NO. 5 |
| | * | |
| Defendants. | * | MAGISTRATE JUDGE CHASEZ |

*************************************************************************

## AFFIDAVIT OF SETH A. SCHMEECKLE

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

BEFORE ME, notary public for the county and state aforesaid, personally came and appeared Seth A. Schmeeckle, who, upon being duly sworn, deposed and said that:

1. He is counsel of record for The Hanover Insurance Company in the captioned matter;

2. He has, on separate occasions via the telephone, sought information from plaintiffs' counsel, Robert Harvey and Tamara Jacobson, in an effort confirm that Sophia Granier actually maintained a policy of insurance in her name with The Hanover Insurance Company;

1



EXHIBIT B

3.  Attached as Exhibit A and B respectively are correspondence he transmitted to plaintiffs' counsel further documenting his efforts to confirm that Sophia Granier actually maintained a policy of insurance in her name with The Hanover Insurance Company; and

4.  He has not received a response from plaintiffs' counsel.

_____
SETH A. SCHMEECKLE

Sworn to and subscribed
before me, Notary Public,
this 19th day of
May, 2006.

_____
NOTARY PUBLIC

LOURDES ESTEVEZ MARTINEZ
NOTARY PUBLIC
LA BAR No. 14257
Parish of Orleans, State of Louisiana
My Commission is issued for Life

2