**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6027

Seth A. Schmeeckle
Tel: (504) 568-1990 Ext. 119
Fax: (504) 529-7418

e-mail:
sschmeeckle@lawla.com

January 23, 2006

*Via Facsimile*

Robert G. Harvey, Sr., Esq.
3431 Prytania Street
New Orleans, LA 70115

    Re:   Richard Vanderbrook, et al. v. State Farm Fire and Casualty Company, et al.
             Civil District Court, Orleans Parish
             No. 2005-11834, Division F, Section 10
             Our File No. 21043-05579

Dear Robert,

    As a follow up to our January 4, 2006, telephone call, please advise me when you receive information from Ms. Granier which would help my client, Hanover Insurance Company, identify Ms. Granier as a policyholder. A policy number would, of course, assist me the most. Similarly, ensuring that the policy was in fact issued in Ms. Granier's name, as opposed to someone else's name, would also be appreciated.

    We look forward to working with you on this matter.

                                           Sincerely,

                                           Seth Schmeeckle

SAS/scr

EXHIBIT A

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Seth A. Schmeeckle
Tel.: (504) 568-1990, ext. 119
Fax: (504) 310-9195

e-mail:
sschmeeckle@lawla.com

March 10, 2006

**Via Facsimile**
Tamar Kluger Jacobson, Esq.
3431 Prytania Street
New Orleans, LA 70115

Re:   Richard Vanderbrook, *et al.* v. State Farm Fire and Casualty Company, *et al.*
      Civil District Court, Orleans Parish
      No. 2005-11834, Division F, Section 10
      Our File No. 21043-05580

Tamara:

As I have discussed on separate occasions previously with you and Bob, Hanover has been unable to locate a policy issued to Sophia Granier. Any information you can provide to assist us would be appreciated. A policy number or a claim number would assist the most. Similarly, ensuring that the policy was in fact issued in Ms. Granier's name as opposed to a relative's name would also be appreciated.

As you requested, I have also included a copy of the notice of Telephone Preliminary Conference Notice on April 4, 2006. As you can see from the order, we are supposed to have completed our Rule 26 obligations by that time. In my capacity as counsel for Hanover, I would suggest that we have our Rule 26 conference on March 22, 2006, via telephone at 10:00 CST.

We look forward to working with you on this matter.

Sincerely,

Seth A. Schmeeckle

SAS/laj

P:\RSH\05580\cor\ltr.jacobson.3.10.06.doc



EXHIBIT B