UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY | * * * * | CIVIL ACTION<br>NUMBER: 06-2268<br>SECTION: |
| Plaintiffs, | * | KATRINA RELATED LITIGATION |
| v. | * | |
| THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS | * * | SECT. D MAG. 4 |
| Defendants. | * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., AND LUCILLE FRANZ, INDIVIDUALLY, by and through its counsel, Bob F. Wright and James Parkerson Roy, members of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Clay Mitchell, with the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., is a member in good standing of the Bar of the State of Florida. A supporting affidavit and certificate of good standing for Mr. Mitchell seeking *pro hac vice* admission is attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Mitchell to appear *pro hac vice* in the above-captioned consolidated matter.

Respectfully Submitted by,

DOMENGEAUX WRIGHT ROY & EDWARDS

_____
BOB F. WRIGHT (No. 13691)
JAMES PARKERSON ROY ( No. 11511)
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Telefax: (337)232-8213