UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORMAN ROBINSON, KENT LATTIMORE,** | * | **CIVIL ACTION** |
| **LATTIMORE & ASSOCIATES, TANYA SMITH** | | |
| **ANTHONY FRANZ, JR., and** | * | **NUMBER:** |
| **LUCILLE FRANZ, INDIVIDUALLY** | | |
| | * | **SECTION:** |
| Plaintiffs, | | |
| | * | **KATRINA RELATED** |
| v. | | **LITIGATION** |
| | * | |
| **THE UNITED STATES OF AMERICA, and** | | |
| **THE UNITED STATES ARMY CORPS OF** | * | |
| **ENGINEERS** | | |
| | * | |
| Defendants. | | |

STATE OF FLORIDA

COUNTY OF ESCAMBIA

### AFFIDAVIT OF CLAY MITCHELL IN SUPPORT
### OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **CLAY MITCHELL** who, being duly sworn by me, deposes and says the following:

My name is **CLAY MITCHELL**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of Florida and have regularly practiced before federal and state courts in Florida. I am admitted to practice before the following courts: 1965, Florida; U.S. District Court, Northern District of Florida; 1993, U.S. Court of Appeals, Fifth and Eleventh

Circuits; U. S. Supreme Court. Attached is a certificates of good standing from the Supreme Court of Florid.

FURTHER AFFIANT SAYETH NOT.

_____
CLAY MITCHELL

SUBSCRIBED AND SWORN TO BEFORE ME on this _21st_ day of April, 2006, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Florida

Karen Smith
Commission # DD108119
Expires May 10, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

My Commission Expires: _5/10/2006_