# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**HENRY CLAY MITCHELL, JR.**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **October 15, 1965**, *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 13, 2006.*

*Clerk of the Supreme Court of Florida*