UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11  AM 11:16

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY | * * * * | CIVIL ACTION NUMBER: 06-2268 SECTION: SECT. D MAG. 4 |
| Plaintiffs, | * | |
| v. | * | KATRINA RELATED LITIGATION |
| THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS | * * * | |
| Defendants. | * | |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that Clay Mitchell is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this _10th_ day of _May_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____