UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25  AM 11: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS<br><br>Defendants. | * CIVIL ACTION<br>*<br>* NUMBER 06-2268<br>*<br>* SECT. D MAG. 4<br>*<br>* KATRINA RELATED<br>  LITIGATION<br>*<br>*<br>*<br>*<br>* |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., AND LUCILLE FRANZ, INDIVIDUALLY, by and through its counsel, Bob F. Wright and James Parkerson Roy, members of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Matt Schultz, with the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., is a member in good standing of the Bar of the State of Florida. A supporting affidavit and certificate of good standing for Mr. Schultz seeking *pro hac vice* admission is attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Schultz to appear *pro hac vice* in the above-captioned consolidated matter.

___ Fee___
___ Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____

ANDRY LAW FIRM, LLC

JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
Telephone: (504)586-8899
Telefax: (504)586-8911