UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORMAN ROBINSON, KENT LATTIMORE,
LATTIMORE & ASSOCIATES           *     CIVIL ACTION
TANYA SMITH, ANTHONY FRANZ, JR.,
and LUCILLE FRANZ, INDIVIDUALLY  *     NUMBER:

                                 *     SECTION:

   Plaintiffs,

   v.

THE UNITED STATES OF AMERICA, and
THE UNITED STATES ARMY CORPS OF
ENGINEERS

   Defendants.

---

STATE OF FLORIDA

COUNTY OF ESCAMBIA

### AFFIDAVIT OF MATTHEW D. SCHULTZ IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **MATTHEW D. SCHULTZ** who, being duly sworn by me, deposes and says the following:

My name is **MATTHEW SCHULTZ**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of Florida and have regularly practiced before federal and state courts in Florida. I am admitted to practice before the following courts: all Florida state courts, U.S. District Court, Northern District of Florida. Attached is a current certificate of

good standing from the Florida Bar. A certificate has been requested of the Florida Supreme Court but not yet received and will be filed upon receipt.

FURTHER AFFIANT SAYETH NOT.

_____
**MATTHEW D. SCHULTZ**

SUBSCRIBED AND SWORN TO BEFORE ME on this __24th__ day of April, 2006, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Florida

**Karen Smith**
Commission # DD108119
Expires May 10, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

My Commission Expires: __5/10/2006__



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLABAR.org

State of Florida )

County of Leon )

In Re: 640328
Matthew D. Schultz
Levin Papanonio Thomas Mitchell Echsner
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 16, 2003.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 10th day of April, 2006.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/jjf20/R10