UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11  AM 11: 16

06-2268
SECT. D MAG. 4

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY | * * * | CIVIL ACTION NUMBER |
| Plaintiffs, | * | SECTION: |
| v. | * * | **KATRINA RELATED LITIGATION** |
| THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS | * * | |
| Defendants. | * | |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that Matt Schultz is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this 10th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____