## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, | * | CIVIL ACTION |
| LATTIMORE & ASSOCIATES, TANYA SMITH | | |
| ANTHONY FRANZ, JR., and | * | NUMBER: |
| LUCILLE FRANZ, INDIVIDUALLY | | |
| | * | SECTION: |
| **Plaintiffs,** | | |
| | * | **KATRINA RELATED** |
| v. | | **LITIGATION** |
| | * | |
| THE UNITED STATES OF AMERICA, and | | |
| THE UNITED STATES ARMY CORPS OF | * | |
| ENGINEERS | | |
| | * | |
| **Defendants.** | | |
| | * | |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF NINA D. FROESCHLE IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **NINA D. FROESCHLE** who, being duly sworn by me, deposes and says the following:

My name is **NINA D. FROESCHLE**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: Ninth Circuit Court of Appeals, United States District Court, Central District of California (as well as the Southern

District and Northern Districts), California Supreme Court, California Court of Appeal and the

Superior Courts of the State of California. Attached is a certificate of good standing from the

Supreme Court of California.

     FURTHER AFFIANT SAYETH NOT.

**NINA D. FROESCHLE**

     SUBSCRIBED AND SWORN TO BEFORE ME on this 21ST day of April 2006

2006, to certify which witness my hand and official seal.

Notary Public in and for
The State of California

My Commission Expires: March 26, 2009

LAURA A. HERNANDEZ
COMM. #1564046
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Mar. 26, 2009



# Supreme Court of California

### FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

––––––––––––––––

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **Nina Dare Froeschle** *was on the 14th day of December, 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of April, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By

*Patricia A. Quinn, Deputy Clerk*