UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 11 AM 11: 17

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS<br><br>Defendants. | CIVIL ACTION<br>NUMBER: 06-2268<br>SECTION: SECT. D MAG. 4<br><br>KATRINA RELATED LITIGATION |

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that Nina D. Froeschle is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this 10th day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____