UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 25  AM 11: 31

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY<br><br>    **Plaintiffs,**<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS<br><br>    **Defendants.** | CIVIL ACTION<br><br>NUMBER: 06 - 2268<br><br>SECTION:<br><br>**KATRINA RELATED LITIGATION**<br><br>SECT. Ø MAG. 4 |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., AND LUCILLE FRANZ, INDIVIDUALLY, by and through its counsel, Bob F. Wright and  James Parkerson Roy, members of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Pierce O'Donnell, with the law firm of O'Donnell & Mortimer LLP,  is a member in good standing of the Bar of the State of California.  A supporting affidavit and certificate of good standing for Mr. O'Donnell seeking *pro hac vice* admission is attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. O'Donnell to appear *pro hac vice* in the above-captioned consolidated matter.



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully Submitted by,

DOMENGEAUX WRIGHT ROY & EDWARDS

BOB F. WRIGHT (No. 13691)
JAMES PARKERSON ROY ( No. 11511)
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, Louisiana 70502
Telephone: (337)233-3033
Telefax: (337)232-8213