UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY** | * | **CIVIL ACTION** |
| | * | **NUMBER:** |
| | * | **SECTION:** |
| **Plaintiffs,** | | |
| | * | **KATRINA RELATED LITIGATION** |
| v. | | |
| | * | |
| **THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS** | * | |
| | * | |
| **Defendants.** | | |
| | * | |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF PIERCE O'DONNELL IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **PIERCE O'DONNELL** who, being duly sworn by me, deposes and says the following:

My name is **PIERCE O'DONNELL**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: United States Supreme Court, United States District Court for the District of Columbia, Court of Appeals for the

District of Columbia Circuit, Ninth Circuit Court of Appeals, United States District Court, Central District of California (as well as the Southern District and Northern District), California Supreme Court, California Court of Appeal, and Superior Courts of the State of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

_____
PIERCE O'DONNELL

SUBSCRIBED AND SWORN TO BEFORE ME on this _____ day of April, 2006, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of ~~California~~ Louisiana
BOB F. WRIGHT
My Commission Expires: Death



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

_____

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **Pierce Henry O'Donnell** *was on the 12th day of October, 1978, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 21st day of April, 2006.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Patricia A. Quinn, Deputy Clerk