UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY | * * * | CIVIL ACTION NUMBER: SECTION: |
| Plaintiffs, | * | KATRINA RELATED LITIGATION |
| v. | * | |
| THE UNITED STATES OF AMERICA, and THE UNITED STATES ARMY CORPS OF ENGINEERS | * * | |
| Defendants. | * | |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF THOMAS V. GIRARDI IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **THOMAS GIRARDI** who, being duly sworn by me, deposes and says the following:

My name is **THOMAS V. GIRARDI**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: Supreme Court

of California, United States Supreme Court, Ninth Circuit Court of Appeals and the Southern and Central Courts of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

_____
THOMAS V. GIRARDI

SUBSCRIBED AND SWORN TO BEFORE ME on this 21st day of April, 2006, to certify which witness my hand and official seal.



_____
Notary Public in and for
The State of California
County of Los Angeles

My Commission Expires: 05/15/2007



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

April 11, 2006

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, THOMAS VINCENT GIRARDI was admitted to the practice of law in this state by the Supreme Court of California on January 13, 1965; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records