UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17  PH 3: 20

LORETTA G. WHYTE
CLERK

COLLEEN BERTHELOT, ET AL.,

VERSUS

BOH BROTHERS CONSTRUCTION CO.,
L.L.C., ET AL.

CIVIL ACTION

NO. 05-4182

SECTION "K" (2)
CONS. KATRINA CANAL

THIS DOCUMENT RELATES TO:
Docket No. 06-2268
*Robinson, et al vs. The United States of America, et al*

### SUPPLEMENT TO MOTION FOR ADMISSION *PRO HAC VICE* FOR MATTHEW D. SCHULTZ (ATTACHING CERTIFICATE OF GOOD STANDING FROM FLORIDA SUPREME COURT)

COME the Plaintiffs, KENT LATTIMORE, LATTIMORE & ASSOCIATES, NORMAN ROBINSON, TANYA SMITH, ANTHONY FRANZ, JR., AND LUCILLE FRANZ, INDIVIDUALLY, by and through their counsel, Bob F. Wright and James Parkerson Roy, members of good standing of the State Bar of Louisiana.

1. The undersigned already filed on behalf of Florida attorney MATTHEW SCHULTZ a motion for admission to this Court *pro hac vice*. At that time, a certificate of good standing from the Florida Bar was attached to the motion, but a certificate from the Supreme Court of Florida had not yet been received.

2. A Certificate of Good Standing from the Supreme Court of Florida now has been received and the original is attached hereto in further support of the motion for admission *pro hac vice*.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully reiterate their requests that this Court allow Mr. Schultz to appear *pro hac vice* in the above-captioned consolidated matter.

___ Fee_____
___ Process____
X  /Dktd_____
✓  CtRmDep____
___ Doc. No_____

Respectfully Submitted,

DOMENGEAUX WRIGHT ROY & EDWARDS, LLC

_____
BOB F. WRIGHT (No. 13691)
JAMES P. ROY (No. 11511)
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502
Telephone: (337)233-3033
Telefax: (337)232-8213

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record, by United States mail, postage prepaid and properly addressed, this 17th day of May, 2006.

_____
JAMES PARKERSON ROY

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

### MATTHEW D. SCHULTZ

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **April 16, 2003**, is presently in good standing, and that the private and professional character of the attorney appear to be good.

WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this April 26, 2006.

_____
Clerk of the Supreme Court of Florida