UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19 AM 9:01

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2)<br>CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
Docket No. 06-2268
*Robinson, et al vs. The United States of America, et al*

## ORDER

Considering the foregoing motion;

**IT IS ORDERED** that the Supplement to Motion for Admission *Pro Hac Vice* for Matthew D. Schultz (attaching Certificate of Good Standing from Florida Supreme Court) is hereby allowed to be filed of record in the above-captioned matter.

THUS DONE AND SIGNED on this ___18th___ day of ___May___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X / Dktd_____
✓ / CtRmDep_____
___ Doc. No_____