UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 17 PM 3:20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) <br> CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
Docket No. 06-2268
*Robinson, et al vs. The United States of America, et al*

### SUPPLEMENT TO MOTION FOR ADMISSION *PRO HAC VICE* FOR THOMAS V. GIRARDI (ATTACHING CERTIFICATE OF GOOD STANDING FROM CALIFORNIA SUPREME COURT)

COME the Plaintiffs, KENT LATTIMORE, LATTIMORE & ASSOCIATES, NORMAN ROBINSON, TANYA SMITH, ANTHONY FRANZ, JR., AND LUCILLE FRANZ, INDIVIDUALLY, by and through their counsel, Bob F. Wright and James Parkerson Roy, members of good standing of the State Bar of Louisiana.

1. The undersigned already filed on behalf of California attorney THOMAS V. GIRARDI a motion for admission to this Court *pro hac vice*. At that time, a certificate of good standing from the California Bar was attached to the motion, but a certificate from the Supreme Court of California had not yet been received.

2. A Certificate of Good Standing from the Supreme Court of California now has been received and the original is attached hereto in further support of the motion for admission *pro hac vice*.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully reiterate their requests that this Court allow Mr. Girardi to appear *pro hac vice* in the above-captioned consolidated matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Respectfully Submitted,

DOMENGEAUX WRIGHT ROY & EDWARDS, LLC

_____
BOB F. WRIGHT (No. 13691)
JAMES P. ROY (No. 11511)
556 Jefferson Street, Suite 500
P. O. Box 3668
Lafayette, LA 70502
Telephone: (337)233-3033
Telefax: (337)232-8213

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record, by United States mail, postage prepaid and properly addressed, this 17th day of May, 2006.

_____
JAMES PARKERSON ROY



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

---

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that* **Thomas V. Girardi** *was on the 13th day of January, 1965, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 2nd day of May, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By Patricia A. Quinn, Deputy Clerk