UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**               **CIVIL ACTION**

**VERSUS**                                    **NO.  05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**            **SECTION "K"(2)**
**L.L.C., ET AL.**                            **CONS. KATRINA CANAL**

**PERTAINS TO: REC. DOC.  295 AND 358**

### ORDER

Pending before the Court is Defendant United States' Ex Parte Motion to Vacate the May 24, 2006 Hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection with the 17th Street Canal Breach Site.  (Doc. No. 358).  Under this Court's local rules, an ex parte motion should only be filed where all parties agree to the action requested or otherwise permitted under the Federal Rules of Civil Procedure.  As this matter continues to be contested and as the underlying Motion to Compel (Doc. 295) was continued to May 31, 2006,

**IT IS ORDERED** that there shall be a hearing with oral argument on Defendant United States' Ex Parte Motion to Vacate the May 24, 2006 Hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection with the 17th Street Canal Breach Site. (Doc. No. 358) on **May 24, 2006 at 3:00 p.m.**

**IT IS FURTHER ORDERED** that counsel for the United States shall be allowed to participate by phone and is instructed to call  Chambers at (504) 589-7540 at 3:00 p.m. Central Standard Time for such purpose.

**IT IS FURTHER ORDERED** that a representative of the Plaintiffs' Preliminary Master Committee shall attend.

**IT IS FURTHER ORDERED** that Ashton O'Dwyer shall file in Chambers no later than

**noon on May 24, 2006** an opposition to the Motion to Vacate which sets forth with particularity why the Court should not consider the Motion to Compel moot by virtue of the protocol concerning the 17th Street Canal.

New Orleans, Louisiana, this   23rd  day of May, 2006.

                                              **STANWOOD R. DUVAL, JR.**
                                 **UNITED STATES DISTRICT COURT JUDGE**