

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 MAY 22 PM 5:05
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### MOTION FOR RECONSIDERATION OF THE COURT'S DENIAL OF PLAINTIFFS' OBJECTIONS TO AND MOTION TO REVIEW MAGISTRATE'S ORDER (RECORD DOCUMENTSNO. 320)

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for reconsideration of the Court's Order and Reasons (Record Document No. 320), denying Plaintiffs' Objections to and Motion to Review Magistrate's Order. The grounds for this Motion for Reconsideration are (1) that the Court found that there was no abuse of discretion which, it is respectfully submitted, is the wrong legal standard for adjudicating objections to and/or review of a Magistrate's Order, which requires that the Court review the Magistrate's findings and to overrule them if they are clearly erroneous and/or contrary to law, and (2) that the Magistrate's original findings and denial and refusal to grant plaintiffs leave to

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

supplement their Complaint for the 12th time to allege admiralty and maritime jurisdiction, and a waiver of sovereign immunity under the Suits in Admiralty Act, among other relief, was both clearly erroneous and contrary to law. Additional grounds for this Motion are found in the Memorandum filed simultaneously herewith.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-5560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 22ND day of May, 2006.

_____