

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |
| **RELATES TO ALL CASES** | | |

* * * * * * * * * * * * * * * *'

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules for the United States District Courts in the State of Louisiana, and request oral argument on their Motion for Reconsideration of the Court's Denial of Plaintiffs' Objections to and Motion to Review Magistrate's Order (Record Document No. 320).

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place, Suite 2670
New Orleans, LA  70130
Tel. (504) 561-6593
Fax. (504) 561-6560

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 22ND day of May, 2006.