# CONTRACTOR QUALITY CONTROL (CQC) FORM

# A) Boh Bros. Construction Co., LLC

Day/Date: Monday, May 22, 2006

Daily Report No.   081

Contract No:  
   W912P8-06-C-0103  
   Boh Bros. Project #6880-10/30

Project Title and Location:

T-Wall Repair  
17th Street Canal Floodwall Breach

Weather:           Clear to PC  
Temp. (Min/Max):  70/85  
Rain:              no

1. Contractor/Subcontractors and Area of Responsibility:

| NUMBER | TRADE | HOURS | EMPLOYER | LOCATION/DESCRIPTION |
|---|---|---|---|---|
| 1 | Field Proj & QC Mgr. | 4 | Boh Bros. | |
| 1 | Proj. Supt. | 0 | Boh Bros. | |
| 0 | Operators | 0 | Boh Bros. | |
| 0 | Laborers | 0 | Boh Bros. | |
| 0 | Field Eng | 0 | Boh Bros. | |
| 0 | Field Eng Helper | 0 | Boh Bros. | |
| | TOTAL HOURS | 4 | | |

2. Operating Plant or Equipment. (Not hand tools)

| | | | | | | |
|---|---|---|---|---|---|---|
| 631.178 Tool Shack | 3/21/2006 | O | 03/21/06 | 8 | | |
| 1425 3" centrifical pump | 4/4/2006 | O | 04/04/06 | 0 | | |
| 325B Excavator | 4/27/2006 | O | 04/27/06 | 8 | | |
| 345 Excavator | 4/25/2006 | L | 04/27/06 | 0 | | |
| 6" Centrifical Pump | 4/27/2006 | L | 04/27/06 | 8 | | |
| 200 Excavator | 4/27/2006 | L | | | | |
| Mantowac 5900 | 4/28/2006 | O | 04/28/06 | | | |

3. Work performed today: (Indicate location and description of work performed by prime and/or subcontractor by letter and table above.)

       No work on failed I-Walls.

4. Results of control activities: (Indicate whether P - preparatory, I - Initial or F - Follow up Phase. When a P or I meeting is conducted, complete appropriate forms, attached.)

P-

# CQC REPORT FORM (CONT'D)

I -

F -

5. Test performed as required by plans and/or specifications:

6. Materials received:

7. Submittals Reviewed:

| (a) Submittal No. | (b) Specification/Plan Reference | (c) By Whom | (d) Action |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

8. Off-site surveillance activities, including action taken:

9. Job Safety: (Report violations, Corrective instructions given, taken.)

Observed, continually during the day, all workers in compliance and using PPE.

10. Environmental protection: (Report violations, corrective instructions given, taken.)

No violations, environment protected.

11. Remarks: (Instructions received or given. Conflicts in plans and/or Specifications.)

No work scheduled on failed I-Walls week of Sunday May 21 thru Saturday May 27.

Contractor's verification: On behalf of the contractor, I certify this report is complete and correct, and all materials and equipment used and work performed during this reporting period are in compliance with the plans and specifications, to the best of my knowledge, except as noted above.

CQC Representative                                    Date