73-22 May 2006

## Daily Project Status Report

**Project:** Lake Pontchartrain Louisiana and Vicinity, Hurricane Katrina Repairs and Modifications Plans, New Orleans Area Plan Emergency Restoration, Phase II Floodwall Repair, London Avenue Canal Breach, Mirabeau Avenue, Orleans Parish, Louisiana.

**Contract No.:** W912P8-06-C-0101

**Contractor:** Odebrecht – Johnson Brothers Construction, J.V.

**NTP:** 02/27/06
**Project Start Date:** 02/28/06
**Project Completion Date:** 08/26/06
**Start Date (Day Shift):** 03/03/06
**Start Date (Night Shift):** N/A
**Typical Work Schedule:** 12 hrs /day -7 days a week
**Work Week:** Sunday thru Saturday

**Work Performed:**   **22 May 2006 (Monday)**
- Placed 198 CY of concrete for the waler system at 4:30 A.M.
- Dewatering and monitoring the piezometers and flow meters.

**Work In-Progress:**   **23 May 2006 (Tuesday)**
- Stripping off the forms for the waler system along the strut connection.
- Installing and welding the struts for the TRS system.
- Waiting for the concrete strength test results at 4,000 psi before scheduling other activities.
- Removed forms behind the waler system along the misalignment sheet piles.
- Dewatering and monitoring the piezometers and flow meters.

**Work Planned:**   **24 May 2006 (Wednesday)**
- Install and weld the struts for the TRS system.
- Waiting for the concrete strength test result at 4,000 psi before scheduling other activities.
- Once the concrete strength test results of at least 4,000 psi, the contractor will begin removing the rest of the forms for the waler system.

- Pour concrete behind the waler system along the misalignment sheet piles.
- Dewatering and monitoring the piezometers and flow meters.

### 25 May 2006 (Thursday)
- Install and weld the struts for the TRS system.
- Waiting for the concrete strength test result at 4,000 psi before scheduling other activities.
- Dewatering and monitoring the piezometers and flow meters.

### 26 May 2006 (Friday)
- Install and weld the struts for the TRS system.
- Excavate and haul away wet material at the south side of the cofferdam.
- Place imported embankment material for the ramp at the south side of the cofferdam.
- Dewatering and monitoring the piezometers and flow meters.

### Excavation
- Excavation of the cofferdam is expected to start between **26 May 2006** and **30 May 2006.**

**Equipment Mobilized:** 650J John Deere Dozer, 310G John Deere Rubber tire Backhoe, Broce RJ 350 Sweeper, three tool containers, 950G CAT Front end loader, Terex RT555 Crane, 1 Vibratory Hammers w/power unit; 9320 American crane, Genie Z-60 man lift, 180 KW Kohler power unit, 2 Komatsu P300 excavators, IR 185 air compressor, CAT TH360B telehandler forklift, 3 Wacker LTC4 light plants, IR light-source light plant, Genie TML-4000N 2- 6" diesel Pioneer Pumps, Komatsu PC78US excavator, John Deere CT322 skid steer, 3 4" electric sump pumps.

**Material On-site:**

(1). Temporary Construction Materials-Forming materials for concrete whalers, reinforcing steel, pipe struts.

(2). Permanent Materials: 171 each 50' long H-piles.