UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                          **CIVIL ACTION**

**VERSUS**                                               **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                       **SECTION "K"(2)**
**L.L.C., ET AL.**                                       **CONS. KATRINA CANAL**

**PERTAINS TO: 06-2268**

## ORDER

Before the Court is a Motion to Shorten the Period of Time for Defendants to Respond to the Complaint (Doc. 314). Considering representations made by counsel at the Status Conference of May 12, 2006, and subsequent telephonic discussions with the Court,

**IT IS ORDERED** that the Motion to Shorten the Period of Time for Defendants to Respond to the Complaint (Doc. 314) is **MOOT**.

New Orleans, Louisiana, this  23rd  day of May, 2006.

STANWOOD R. DUVAL, JR.
**UNITED STATES DISTRICT COURT JUDGE**