UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                    **CIVIL ACTION**

**VERSUS**                                                         **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                       **SECTION "K"(2)**
**L.L.C., ET AL.**                                         **CONS. KATRINA CANAL**

**PERTAINS TO ALL CASES**

### ORDER

Pending before the Court is a Motion for An Order That the United States Army Corps of Engineers Provide Plaintiffs with Reasonable Notice (Doc. 350), which motion might be rendered moot by virtue of the on-going discussion concerning confecting a protocol in this regard. Furthermore, as this matter concerns discovery, it was improperly noticed before the undersigned judge. As a result and at the request of counsel for movers,

**IT IS ORDERED** that the hearing on the Motion for An Order That the United States Army Corps of Engineers Provide Plaintiffs with Reasonable Notice (Doc. 350) is **CONTINUED** and **RESET** before the Honorable Magistrate Judge Jay Wilkinson on **June 14, 2006 at 11:00 a.m.**

New Orleans, Louisiana, this   23rd  day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　**STANWOOD R. DUVAL, JR.**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**