## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO: 05-4181**

### ORDER

Before the Court is Plaintiffs' Motion for Oral Argument and for Leave to File Supplemental Memoranda Prior to the Court's Ruling on Pending Motions (Doc. 378). The motions before the Court are Rule 12 motions which are not based upon disputes of fact but relate solely to the legal sufficiency of the pleadings; therefore, factual information described to the Court in the subject motion has no bearing on the law.

Furthermore, counsel for mover has alleged multiple causes of action in this action which include claims to incarcerate public officials which action counsel should know is well-beyond the powers of this Court in a civil proceeding. Counsel is reminded that this is a court of law and that all pleadings should be based on meticulous and careful research of the law. Accordingly,

**IT IS ORDERED** Plaintiffs' Motion for Oral Argument and for Leave to File Supplemental Memoranda Prior to the Court's Ruling on Pending Motions (Doc. 378) is **DENIED**.

New Orleans, Louisiana, this   23rd   day of May, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**