UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                          **CIVIL ACTION**

**VERSUS**                                                                              **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                         **SECTION "K"(2)**
**L.L.C., ET AL.**                                                                 **CONS. KATRINA CANAL**

**PERTAINS TO: 06-151, 06-0152, 06-0153 AND 06-169**

## ORDER

Considering the Rule 41 Stipulation of Partial Dismissal signed this day in the above-numbered suits dismissing the Board of Commissioners for the Orleans Levee District, Parish of Orleans,

**IT IS ORDERED** that the Motion to Sever (Doc. 91) filed by Encompass Insurance Company, Motion to Remand to State Court (Doc. 92) filed by Kelly A. Humphreys, the Motion to Remand to State Court (Doc. 93) filed by William R. Baird and Betty K. Baird and the Motion to Remand to State Court (Doc. 94) filed by Diane W. Rogers are **MOOT**.

**IT IS FURTHER ORDERED** considering the previous dismissal of *Bruce Conlay v. Encompass Ins. Co.*, C.A. No. 06-151, the Motion to Remand to State Court (Doc. 95) is **MOOT**.

New Orleans, Louisiana, this   23rd   day of May, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**