

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' EX PARTE MOTION
### TO SUBSTITUTE ORIGINAL AFFIDAVITS
### FOR FACSIMILE COPIES

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for leave to file in the record the attached original Affidavits from Hector V. Pazos, both dated May 9, 2006, and one affidavit from Robert D. Bartlett of Bartlett Engineering bearing the same date, in place and instead of facsimile copies of the signed, notarized affidavits, which were previously submitted to the Court as Exhibits to Record Document No. 331.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

-2-

One Canal Place  
365 Canal Street  
Suite 2670  
New Orleans, LA 70130  
Telephone: (504) 561-6561  
Facsimile: (504) 561-5560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 17th day of May, 2006.

_____