## AFFIDAVIT

STATE OF FLORIDA

COUNTY OF PINELLAS

BEFORE ME, the undersigned authority, personally came and appeared:

### HECTOR V. PAZOS

who, being first duly sworn according to law, did depose and say as follows:

I am a Registered Professional Engineer in the State of Louisiana, and a Naval Architect and Marine Engineer, who has been retained by counsel for plaintiffs as an expert witness in Hurricane KATRINA litigation against the United States of America. I have sufficient knowledge and experience to provide the Court with the statements made herein, which include factual background, analysis, comments, conclusions and opinions.

I.   Regarding the reasons given by the USACE for the alleged "urgency" to remove and demolish monoliths at the London Avenue Canal North Breach Site:

The USACE has indicated that the reason for the urgent need for removal and destruction of concrete monolith panels at the London Canal breach is the need to build a new "T" type floodwall in the breach area before the start of hurricane season on June 1st.

This alleged justification for the rush to destroy monoliths to build a "T" type floodwall does not make any sense. The London Avenue Canal North breach site area has been protected by a cofferdam made of sheet piles, which undoubtedly have been driven to a much lower elevation than the existing sheet piles in other sections of the London Avenue Canal Levee system. Furthermore, since other sections of the London

Avenue Canal Levee system, which did not breach in KATRINA, will not be reconstructed in the immediate future with "T" type floodwalls, the existing "I" type floodwalls remain as potential areas for breaches if another strong hurricane hits the New Orleans area during 2006.

Additionally, floodgates are being built at the Lake Pontchartrain end of the London Avenue Canal, which will allow closing of the canal during a tropical storm or hurricane, reducing the risk to the entire London Avenue Canal Levee system, new or old.

In view of the foregoing, it is difficult to justify the removal and/or destruction of monoliths that would have assisted investigators in determining the causes of the failures of the levees, unless the destruction of monoliths was intentionally planned to avoid discovery of design and/or construction defects and errors.

II.     Regarding the elimination of evidence:

Although the depth of the sheet piles embeded in the concrete floodwall and the details (size, number, distribution, length) of the reinforcing bars in the connections between the sheet piles and the concrete monolith panels are recognized by the USACE as being very important, it appears that no efforts whatsoever have been made to preserve these details for further analysis. For example:

During the removal of sheet piles from the London Avenue Canal North breach site, it was observed that most of the sheet piles had identifiable marks consisting of traces of cement indicating the bottom end of the concrete monolith panels, representing the extent of the embedment of the sheet piles into concrete. Nevertheless, it was observed that no measurements of the extent of the concrete embedments were taken, and furthermore, it was noticed that the surveyors measuring the length of the sheet piles

-3-

cleaned" the areas that contained traces of cement with a steel brush before spray painting the piles with identification numbers. This "cleaning" destroyed vital evidence.

_____
HECTOR V. PAZOS, P.E.

Sworn to and subscribed before me this ___ day of May 2006

_____

NOTARY PUBLIC
GINNY D FRAZIER
MY COMMISSION # DD469885
EXPIRES: Dec. 10, 2009
(407) 398-0153   Florida Notary Service.com

**NOTARY SEAL**

-3-

# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME**, the undersigned authority, personally came and appeared:

**ROBERT D. BARTLETT of**
**BARTLETT ENGINEERING**

who, being first duly sworn, did depose and say as follows:

That he authored and has read the attached E-mail to Ashton R. O'Dwyer, Jr., a copy of which is appended hereto and marked as Exhibit A, and that all of the statements of fact, opinions and conclusions contained therein are true and correct to the best of his knowledge, information and belief.

*Robert D. Bartlett*
**ROBERT D. BARTLETT**

Sworn to and subscribed before me,
this ___ day of May, 2006.

_____
**NOTARY PUBLIC**