```
                                        FILED
                                  U.S. DISTRICT COURT
                               EASTERN DISTRICT OF LA

                                  2006 MAY 23  PM 1:56

                                  LORETTA G. WHYTE
                                       CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

### ORDER

Considering the Motion for Leave to File Original Affidavits in the record,

**IT IS ORDERED, ADJUGED AND DECREED** that Plaintiffs' Motion be and it is hereby **GRANTED.**

New Orleans, Louisiana, this 22nd day of _May_, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____

-1-