```
                                          FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                    2006 MAY 19  PM 2: 14

                                     LORETTA G. WHYTE
                                           CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>Plaintiffs<br><br>vs.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>Defendants | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"(2)<br>CONS. KATRINA CANAL<br><br>JURY DEMAND |
| THIS DOCUMENT RELATES TO:<br><br>06-2278 | |

## MOTION AND INCORPORATED MEMORANDUM
## FOR LEAVE TO SUPPLEMENT NOTICE OF REMOVAL

Defendant Washington Group International, Inc. ("WGI"), by and through its undersigned attorneys, hereby and respectfully prays for an Order granting its Motion for Leave to file the attached State Court Record to supplement its Notice of Removal. In support of its motion, WGI states as follows:

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

811235v.1

1.

On April 13, 2006, Herbert W. Christenberry, III, Maria Kay Chetta, and Keith Neidlinger ("Plaintiffs") filed a Petition for Damages: Class Action ("Petition") in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing No. 2006-3199, Division "B" on the docket of that court. The Petition named WGI, the Board of Commissioners of the Orleans Levee District, the Sewerage and Water Board of New Orleans, the State of Louisiana through the Department of Transportation and Development, Boh Bros. Construction Co., LLC, Virginia Wrecking Company, Inc., Gulf Group, Inc. of Florida, Modjeski and Masters, Inc., C.R. Pittman Construction Company, Inc., Pittman Construction Co. of Louisiana, Inc., Burk-Kleinpeter, Inc., Burk-Kleinpeter, LLC, B&K Construction Company, Inc., Miller Excavating Services, Inc., and James Construction Group as defendants and sought to recover damage to their property as a result of alleged levee breaches/failures during Hurricane Katrina at the 17th Street Canal, the London Avenue Canal, and the Industrial Canal ("State Court Action").

2.

On April 25, 2006, WGI removed the lawsuit to this Court by filing a timely Notice of Removal.

3.

In its Notice of Removal, WGI stated that it had not yet been served and was unable to obtain the full State Court record because it was not yet available from the Clerk of Court of the Civil District Court for the Parish of Orleans, State of Louisiana. Notice of Removal at ¶ 21. WGI stated that it would supplement its Notice of Removal with the State

Court Record pursuant to 28 U.S.C. §1446(a) as soon as the State Court Record became available.

4.

WGI was served on April 27, 2006, and this Motion for Leave to Supplement Notice of Removal is therefore timely filed.

5.

WGI wishes to supplement its Notice of Removal with the entire State Court Record (attached hereto as Exhibits A-D), which consists of:

    1.    Petition for Damages: Class Action

    2.    Citation served upon C.R. Pittman Construction Co., dated April 20, 2006

    3.    Notice to State Court of Removal filed by WGI, dated April 25, 2006

    4.    Affirmative Defenses and Answer of the Sewerage and Water Board of New Orleans to the Petition for Damages: Class Action, dated May 3, 2006

**WHEREFORE,** WGI respectfully prays for an Order granting its motion for leave to file the attached State Court Record to supplement its Notice of Removal.

Dated: May 19, 2006                         Respectfully submitted,

*William D. Treeby*
William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum for Leave to Supplement Notice of Removal has been served upon all counsel of record by e-mail, this 19th day of May, 2006.

*William D. Treeby* (signature)