FILED

2006 MAY 25  P 4:38

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2006-3199        DIVISION "B"        DOCKET NO.

HERBERT W. CHRISTENBERRY, MARIA KAY CHETTA AND KEITH NEIDLINGER

VERSUS

BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, SEWERAGE AND WATER BOARD OF NEW ORLEANS, STATE OF LOUISIANA THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTERS, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., PITTMAN CONSTRUCTION CO. OF LOUISIANA, INC., BURK-KLEINPETER, LLC, B&K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., AND JAMES CONSTRUCTION GROUP, LLC

FILED: _____          _____
                                            DEPUTY CLERK

TO:     The Honorable Dale Atkins
        Civil District Court
        Parish of Orleans

       **PLEASE TAKE NOTICE** that Washington Group International, Inc., defendant herein, on April 25th, 2006, filed a Notice of Removal of the above-captioned matter to the United States District Court for the Eastern District of Louisiana, thereby removing the proceeding to that court. A file-stamped copy of the Notice of Removal is attached hereto.

Respectfully submitted,

*William D. Treeby*

William D. Treeby, Bar No. 12901, T. A.
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200

Attorneys for Washington Group International, Inc.



VERIFIED
CELESTE HICKMAN

EXHIBIT C

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Notice to State Court of Filing of Removal has been served upon all counsel of record by facsimile and by placing same in the United States mail, postage prepaid and properly addressed, this 25th day of April, 2006.

*William D. Treeby*
William D. Treeby