

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 23 PM 1:57
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION NO. 05-4182 |
| vs. ) | |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. ) | CONS. KATRINA CANAL |
| ) | |
| Defendants ) | JURY DEMAND |
| ) | |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| 06-2278 ) | |
| ) | |

## <u>ORDER</u>

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that defendant Washington Group International, Inc. is

hereby granted leave to supplement its Notice of Removal with the attached State Court Record.

THUS DONE AND SIGNED this 22nd day of _____, 2006, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

811235v.1