**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19 AM 8: 22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | **SECTION "K"(2)** |
| L.L.C., ET AL. | * | **CONS. KATRINA CANAL** |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6073 | * | |

************************************************************

## MOTION AND ORDER TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs and original counsel of record and trial attorney, Hugh P. Lambert, of the firm of Lambert and Nelson, PLC, and upon suggesting to the Court that pursuant to LR83.2.12A, are desirous of enrolling Linda J. Nelson (#9938) and E. Alexis Bevis (#29091) of said firm, Lambert and Nelson, PLC, as additional counsel of record in connection with the above captioned matter. Hugh P. Lambert of said firm shall remain counsel of record and trial attorney.

All of which is hereby respectfully submitted;

_____
HUGH P. LAMBERT - Bar #7933
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931
Counsel for Plaintiffs

-1-

| | |
|---|---|
| ___ | Fee_____ |
| ___ | Process_____ |
| _X_ | Dktd _____ |
| _✓_ | CtRmDep_____ |
| ___ | Doc. No_____ |

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by e-mailing same on this _18_ day of May, 2006.

_____
HUGH P. LAMBERT, ESQ.