UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 23 PM 1:56
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | * | |

## ORDER

IT IS HEREBY ORDERED that Linda J. Nelson (#9938) and E. Alexis Bevis (#29091) of the firm Lambert and Nelson, PLC, are hereby enrolled as additional counsel of record with Hugh P. Lambert of said firm remaining original counsel of record and trial attorney.

New Orleans, Louisiana, this 22nd day of May, 2006.

_____
JUDGE STANWOOD R. DUVAL, JR.

-3-

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No_____