UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § § § | CIVIL ACTION NO.: 05-4182 |
| VERSUS | § § | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C, ET AL. | § § § § | MAGISTRATE (2) |
| PERTAINS TO: | § § § | |
| *INSURANCE GROUP* | § § | |
| *Chehardy et. Al. v. State Farm, et al.: 06–1672* *Chehardy et. Al. v. State Farm, et al.: 06-1673* *Chehardy et. Al. v. State Farm, et al.: 06-1674* | § § § § | |

## EX-PARTE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF LEAVE TO SUBSTITUTE AMENDING AND RESTATED COMPLAINT

COME NOW Plaintiffs, in Civil Actions *Chehardy et. Al. v. State Farm, et al., 06–1672; Chehardy et. Al. v. State Farm, et al., 06-1673; and Chehardy et. Al. v. State Farm, et al., 06-1674*, appearing through undersigned counsel, who on suggesting that:

I.

On April 27, 2006, Plaintiff's moved This Honorable Court for leave to file Amended and Restated Complaint, Record Doc. No. 268.

II.

The Court granted Plaintiff's Motions for leave to file Amended and Restated Complaint. Record Doc. 403.

III.

The Amended and Restated Complaint attached to the motion submitted to the Court on April 27, 2006 embodied certain typographical errors which mover seeks to correct through the substitution of the attached corrected version of the Amended and Restated Complaint.

IV.

The corrected version of Plaintiff's Amended and Restated Complaint contains no material changes.

**WHEREFORE**, Plaintiffs pray for an Order by the Court granting leave to file and substitute the corrected version of the Amended and Restated Complaint in lieu of the one submitted on April 27, 2006, that embodied certain typographical errors.

Respectfully submitted,

_____
JOSEPH M. BRUNO (La Bar. No. 3604)
DAVID S. SCALIA (La Bar. No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by U.S. Mail, properly addressed and first class postage prepaid, or via hand delivery or by facsimile, e-mail or other electronic means this 24th day of May, 2006.

Joseph M. Bruno

3