UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § § § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C, ET AL. | § § | MAGISTRATE (2) |
| | § § | |
| PERTAINS TO: | § § | |
| *INSURANCE GROUP* | § § | |
| *Chehardy et. Al. v. State Farm, et al.: 06–1672* | § | |
| *Chehardy et. Al. v. State Farm, et al.: 06-1673* | § | |
| *Chehardy et. Al. v. State Farm, et al.: 06-1674* | § § | |

### ORDER ON MOTION

Considering the foregoing Motion for Leave to File and substitute a corrected version of Plaintiff's Amended and Restated Complaint attached to its April 27, 2006 Motion,

IT IS ORDERED, that the Motion be and is hereby GRANTED.

New Orleans, Louisiana, this _____ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE