| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO: 05-4182,  Pertains to: 06-1672, 06-1673, 06-1674 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION: Section "k" (2) |

# DOCUMENT

**Deleted and Re-docketed as Attachment: Proposed Amended Complaint to [444] ExParte Motion for Leave to File**

```
___Fee_____
___Process_____
 X_ Dktd_blg_____
___CtRmDep_____
     Doc.No.___445___
```