UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO: REC. DOC. 295 AND 358**

## ORDER

Pending before the Court is Defendant United States' Ex Parte Motion to Vacate the May 24, 2006 Hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection with the 17th Street Canal Breach Site. (Doc. No. 358). The Court conducted a hearing today in this matter and for the reasons assigned therein,

**IT IS ORDERED** that the Defendant United States' Ex Parte Motion to Vacate the May 24, 2006 Hearing on the O'Dwyer Plaintiffs' Motion to Compel the Production of Evidence in Connection with the 17th Street Canal Breach Site. (Doc. No. 358) is **GRANTED** insofar as there will be no hearing on the Motion to Compel (Doc. 295) on May 31, 2006 as it would appear that the protocol submitted as to the 17th Street Canal site will satisfy the needs of the parties.

**IT IS FURTHER ORDERED** that the hearing on the Motion to Compel (Doc. 295) is **CONTINUED** to **July 19, 2006 at 11:00 a.m. before the Honorable Magistrate Judge Jay Wilkinson** in the event that events prove to be unsatisfactory.

New Orleans, Louisiana, this   24th   day of May, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**