UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### ORDER

On May 16, 2006, the United States filed its Motion to Clarify Order Requiring Evidence Preservation. Record Doc. No. 370. The motion fails to comply with Local Rule 7.2E. Accordingly, **IT IS ORDERED** that the motion will be set for hearing <u>without</u> oral argument on the court's **June 7, 2006** motion docket. Written opposition, if any, must be filed no later than **June 1, 2006**.

New Orleans, Louisiana, this __26th__ day of May, 2006.

**for** JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE