UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |
| | § | |

### EX-PARTE MOTION TO CONTINUE HEARING ON ALLSTATE'S MOTION TO SEVER AND PROCEED SEPARATELY

**NOW INTO COURT**, come Plaintiffs in *Chehardy et al. v. State Farm, et al*, 06-1672; *Chehardy et al. v. State Farm, et al*, 06-1673, and *Chehardy et al. v. State Farm, et al,*: 06-1674 who move for an Order continuing the hearing on Allstate Indemnity Company's Motion to Sever and Proceed Separately. Plaintiffs are in need of additional time to prepare a memorandum in opposition to the motion. Furthermore, plaintiffs counsel has conferred with counsel for mover and mover does not oppose the requested continuance.

WHEREFORE, plaintiffs move for an order that the hearing on Allstate's Motion to Sever and Proceed Separately be continued until June 14, 2006 at 9:30 a.m.

Respectfully submitted,

JOSEPH M. BRUNO (La Bar. No. 3604)

DAVID S. SCALIA (La Bar. No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this ___30th___ day of May, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

_____
David S. Scalia