UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |
| | § | |

MEMORANDUM IN SUPPORT OF EX-PARTE MOTION TO CONTINUE HEARING ON ALLSTATE'S MOTION TO SEVER AND PROCEED SEPARATELY

MAY IT PLEASE THE COURT:

Defendant Allstate Indemnity Company (Allstate) has filed a Motion to Sever and Proceed Separately. That motion was set for hearing on Wednesday May 31, 2006. However, Plaintiffs in *Chehardy et al. v. State Farm, et al*, 06-1672; *Chehardy et al. v. State Farm, et al,* 06-1673, and *Chehardy et al. v. State Farm, et al,*: 06-1674 are in need of additional time to prepare an opposition to Allstate's motion and have moved for an Order continuing the hearing on the motion until June 14, 2006. Furthermore, plaintiffs counsel has conferred with counsel for mover (Allstate) and mover does not oppose the requested continuance.

Respectfully submitted,

JOSEPH M. BRUNO (La Bar. No. 3604)
DAVID S. SCALIA (La Bar. No. 21369)
Bruno & Bruno
855 Baronne Street

New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___30th___ day of May, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

_____
David S. Scalia