UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| INSURANCE GROUP: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |
| | § | |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in *Chehardy et al. v. State Farm, et al*, 06-1672; *Chehardy et al. v. State Farm, et al*, 06-1673, and *Chehardy et al. v. State Farm, et al,*: 06-1674 has inquired of counsel for mover, Allstate Indemnity Company, whether there is any objection to the filing of the Ex-Parte Motion to Continue until the next hearing date Allstate's Motion to Sever and Proceed Separately, and Allstate has no objection to the proposed continuance.

Respectfully submitted,

_____
JOSEPH M. BRUNO (La Bar. No. 3604)
DAVID S. SCALIA (La Bar. No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __30__ day of __May__, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

_____
David S. Scalia