FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 18  PM 2: 10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 06-0152, 06-0153, 06-0169 | * | A JURY IS DEMANDED |

### RULE 41 STIPULATION OF PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, William Baird, Betty Baird, Diane Rogers, and Kelly Humphreys, and Defendant, the Board of Commissioners for the Orleans Levee District, Parish of Orleans (hereinafter "OLD"), who pursuant to Federal Rule of Civil Procedure 41 move this Court for dismissal of plaintiffs' claims in the captioned matters against OLD with prejudice.

1

WHEREFORE plaintiffs, William and Betty Baird, and Defendant, the Board of Commissioners for the Orleans Levee District, Parish of Orleans (hereinafter "OLD"), pray that this Court grant this Rule 41 Stipulation of Partial Dismissal dismissing plaintiffs' claims against OLD with prejudice.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (2533)
MARK E. HANNA (19336)
KYLE P. KIRSCH (26363)
ANDRE' J. LAGARDE (28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000

Respectfully submitted,

_____
ROBERT G. CREELY (#4594)
THE CREELY LAW FIRM, L.L.C.
901 Derbigny Street
Gretna, LA 70054
Telephone: (504) 367-8181
Facsimile: (504) 362-5168

MICKEY P. LANDRY (#22817)
FRANK J. SWARR (#23322)
LANDRY & SWARR, L.L.C.
1010 Common, Suite 2050
New Orleans, LA 70112
Telephone: (504) 299-1214
Facsimile: (504) 299-1215

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage prepaid, and properly addressed, this 18th day of May, 2006.

_____