UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| Docket Nos. 06-0152, 06-0153, 06-0169 | * | A JURY IS DEMANDED |

## JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Rule 41 Stipulation of Partial Dismissal is hereby GRANTED and that plaintiffs, William Baird, Betty Baird, Diane Rogers, and Kelly Humphreys, claims in the captioned matters against Defendant, the Board of Commissioners for the Orleans Levee District, Parish of Orleans, are hereby dismissed with prejudice.

New Orleans, Louisiana, this 23rd day of May, 2006

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____