UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1672 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1673 | § | |
| *Chehardy et al. v. State Farm, et al,*: 06-1674 | § | |
| | § | |

## ORDER

Considering the foregoing Motion to Continue

IT IS ORDERED, that the Motion be and is hereby GRANTED and that the hearing on Allstate's Motion to Sever and Proceed Separately be and is hereby continued until Wednesday, June 14, 2006 at 9:30 a.m.

New Orleans Louisiana, this 31st day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE