FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 26 PM 4: 46

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

* * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules for the United States District Courts in the State of Louisiana, and respectfully request oral argument on the Government's Improper Ex Parte Motion for Clarify Order Requiring Evidence Preservation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person**

Fee_____
Process_____
X / Dktd_____
___ / CtRmDep_____
___ Doc. No_____

-1-

Bar No. 10166  
One Canal Place  
Suite 2670  
New Orleans, LA  70130  
Tel. (504) 561-6593  
Fax. (504) 561-6560  

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 26th day of May 2006.

_[signature]_