UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., L.L.C., et al.<br><br>Defendants | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:           05-4181   05-6314   06-0020   06-2346
LEVEE AND MRGO GROUPS               05-4182   05-6324   06-0886   06-2545
                                    05-5237   05-6327   06-2278
                                    05-6073   05-6359   06-2287

**RULE 12(b)(6) JOINT MOTION AND
RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT
ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO
DISMISS THE LEVEE AND MRGO GROUPS OF
PLAINTIFFS' COMPLAINTS
ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.,
BURK - KLEINPETER, INC. AND MODJESKI AND MASTERS, INC.**

Defendants Burk - Kleinpeter, Inc., Eustis Engineering Company, Inc., and

Modjeski and Masters, Inc., through their respective undersigned counsel, move this Court

to dismiss certain claims of the Levee and MRGO Groups of plaintiffs pursuant to Rule 12(b)(6) on the grounds that plaintiffs have failed to state claims upon which relief can be granted, and to dismiss certain claims of the Levee and MRGO Groups of Plaintiffs by granting summary judgments in favor of defendants pursuant to Rule 56 on the affirmative defense of peremption, for the reasons more fully set forth in the accompanying Joint Memorandum in Support and attached Appendices of the defendants.

**WHEREFORE**, defendants pray that this Court grant their motions and dismiss complaints of the Levee and the MRGO Groups of plaintiffs to the extent that the complaints include claims for which the defendants provided no engineering services and claims which are perempted by operation of law.

Respectfully submitted,

| | |
|---|---|
| GARDNER & KEWLEY<br>A Professional Law Corporation | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| s/ Thomas F. Gardner<br>THOMAS F. GARDNER, T.A. (#1371)<br>DOUGLAS A. KEWLEY (#7355)<br>ERIN E. DEARIE (#29052)<br>1615 Metairie Road, Suite 200<br>Metairie, Louisiana 70005<br>Telephone: (504) 832-7222<br>Facsimile: (504) 832-7223 | s/ Charles F. Seemann, Jr.<br>CHARLES F. SEEMANN, JR. (11912)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 566-1201 |
| **ATTORNEYS FOR:**<br>**EUSTIS ENGINEERING COMPANY,**<br>**INC., DEFENDANT AND MOVER** | **ATTORNEYS FOR:**<br>**BURK-KLEINPETER, INC. AND**<br>**DEFENDANT AND MOVER** |

DEUTSCH, KERRIGAN & STILES. L.L.P.

s/ Victor E. Stilwell, Jr.
VICTOR E. STILWELL, JR., T.A. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR: MODJESKI AND MASTERS, INC. DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of June, 2006 served a copy of the Motion on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

s/ Thomas F. Gardner
THOMAS F. GARDNER