UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | CIVIL ACTION |
| Plaintiffs ) | NO. 05-4182 |
| VS. ) | SECTION "K" (2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., ) | |
| L.L.C., et al. ) | |
| Defendants ) | |

THIS DOCUMENT RELATES TO:        05-4181   05-6314   06-0020   06-2346
LEVEE AND MRGO GROUPS            05-4182   05-6324   06-0886   06-2545
                                 05-5237   05-6327   06-2278
                                 05-6073   05-6359   06-2287

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned counsel for Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc., and Modjeski and Masters, Inc. will bring the foregoing Rule 12(b)(6) Joint Motion to Dismiss and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption on for hearing before the Honorable

Stanwood K. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of July, 2006, at 9:30 a.m.

Respectfully submitted,

GARDNER & KEWLEY
A Professional Law Corporation

s/ Thomas F. Gardner
THOMAS F. GARDNER, T.A. (#1371)
DOUGLAS A. KEWLEY (#7355)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile: (504) 832-7223

**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY,
INC., DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES, L.L.P.

s/ Charles F. Seemann, Jr.
CHARLES F. SEEMANN, JR. (11912)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR:
BURK-KLEINPETER, INC. AND
DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES. L.L.P.

s/ Victor E. Stilwell, Jr.
VICTOR E. STILWELL, JR., T.A. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR: MODJESKI AND
MASTERS, INC. DEFENDANT AND
MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of June, 2006 served a copy of the Notice of Hearing on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

s/ Thomas F. Gardner
THOMAS F. GARDNER