UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | ) CIVIL ACTION |
| Plaintiffs | ) NO. 05-4182 |
| VS. | ) SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., et al. | ) CONS. KATRINA CANAL |
| Defendants | ) |

| THIS DOCUMENT RELATES TO: LEVEE AND MRGO GROUPS | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

**APPENDIX IN SUPPORT OF**
**RULE 12(b)(6) JOINT MOTION AND RULE 56**
**JOINT MOTION FOR SUMMARY JUDGMENT ON THE**
**AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS**
**THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS**
**ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

*Gwyn affidavit_727409_Cons_052606_tfgasa#1F.wpd*

*Berthelot*
*EDLA CV No. 05-4182*
*Cons. Katrina Canal*

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

Before me, undersigned notary public, personally came and appeared,

### WILLIAM W. GWYN

who is personally known to notary; and, who after being sworn did affirm to tell the truth,

and did depose and state the following based on personal knowledge;

### TABLE OF CONTENTS

**PART I: FOUNDATION OF PERSONAL KNOWLEDGE**

**PART II: ADMISSION OF BUSINESS RECORDS**

**PART III: LEVEE AND FLOOD WALL PROJECTS**

    **SECTION 1: GLOBAL STATEMENTS**
    **SECTION 2: 17TH STREET CANAL**
    **SECTION 3: LONDON AVENUE CANAL**
    **SECTION 4: THE INNER HARBOR NAVIGATION CANAL**
             **("INDUSTRIAL CANAL" OR "IHNC")**
    **SECTION 5: MISSISSIPPI RIVER GULF OUTLET CANAL ("MRGO")**
    **SECTION 6: ORLEANS AVENUE CANAL**
    **SECTION 7: ENGINEERING LICENSE**

*Gwyn affidavit_727409_Cons_052606_ffgasa#1F.wpd*

2

*Berthelot*
*EDLA CV No. 05-4182*
*Cons. Katrina Canal*

## PART I:  FOUNDATION OF PERSONAL KNOWLEDGE

1.     My name is William Gwyn ("Affiant").

2.     Affiant obtained a Louisiana engineering license thirty-five years ago.

3.     Affiant was first employed by Eustis Engineering Company, Inc. ("Eustis")
       twenty-three years ago.

4.     Upon gaining employment at Eustis, Affiant served as a principal engineer.

5.     Subsequently, Affiant became chief engineer at Eustis.

6.     Subsequently, Affiant became president of Eustis.

7.     In Affiant's capacities as principal engineer, as chief engineer and as
       president of Eustis, Affiant became familiar with the engineering services
       rendered by Eustis and with the files maintained by Eustis.

8.     Affiant, having worked at Eustis for more than twenty-five years, has routinely
       used Eustis' filing system and is personally familiar with Eustis' filing system.

9.     As chief engineer and as president of Eustis, Affiant was and is responsible
       for supervision of the filing system that Eustis uses and the engineering
       services that Eustis renders.

10.    Since the beginning of Affiant's employment with Eustis, continuously and
       through the present date, Affiant gained and possessed first hand personal
       knowledge of the records and record keeping of Eustis' regularly conducted
       business activities.   As president, Affiant is presently the designated
       custodian of Eustis' business records.

## PART II:  ADMISSION OF BUSINESS RECORDS

11.    The documents attached to this affidavit are  duplicates of originals of Eustis'

records of regularly conducted business activities and all of the acts, events,

conditions, opinions, and any other activities or thoughts that were made at

or near the time of the acts, events, conditions referenced in the documents;

and all of the foregoing were recorded and/or transmitted by Affiant, by a

Eustis engineer or by another Eustis employee with personal knowledge in

the course of Eustis' regularly conducted business activity.

12.    It was and is Eustis' regular practice to make and to keep the above

referenced documentation during the course of Eustis' regularly conducted

business activities.

13.    Affiant has personally reviewed the business records referred to and

attached to this affidavit, and hereby  certifies they were prepared or filed by

one  or  more  employees  of  Eustis  and  that  Affiant  is  personally

knowledgeable that the markings and signatures of Eustis' employees on

said documents, records, and data compilations are authentic and prepared

by or under the supervision of Eustis employees by Eustis employees; and,

as to documents or things prepared by other business entities (including but

not limited to, the United States Army Corps of Engineers ("Corps"), the

Orleans Levee Board ("OLD" or OLB"), the Sewerage and Water Board of

New Orleans, the Port Authority of New Orleans, Modjeski and Masters, Inc.,

Burk-Kleinpeter, Inc.("Burk"), *etc.*), those documents or things were received

by Eustis and kept as part of Eustis' business records in the course of Eustis'

regularly conducted business activities.

## PART III:  LEVEE AND FLOOD WALL PROJECTS

## SECTION 1: GLOBAL STATEMENTS

14.    Affiant personally searched and directed others at Eustis to also search the files and records of Eustis to locate all of the files for all geotechnical engineering services that Eustis rendered to any person associated with, relating to, or in connection with, every Canal[1] and the MRGO[2], including, if any, files on all of the levee and flood wall projects at the areas that were breached due to a structural failure of the Levee or Flood Wall ("Breach") during or immediately after August 29, 2005 ("Levee and Flood Wall Projects").

15.    The compilation of Eustis' projects, listed in Exhibit No. 1, reflects all of the geotechnical engineering services rendered by Eustis on the Canal Systems.[3]  The bold face font text in Exhibit No. 1 indicates the project on which Eustis last rendered engineering services on a Levee and Flood Wall Project on each Canal.

16.    I have personally been to the site of the Breach on every Levee and Flood Wall Project where Eustis had rendered engineering services.

---

[1]    1.    The Metairie Relief Canal ("17th Street Canal"),
       2.    The London Avenue Canal,
       3.    The Orleans Avenue Canal, and
       4.    The Inner Harbor Navigation Canal, including the Gulf Intracoastal Waterway ("Industrial Canal" or "IHNC").

[2]    The Mississippi River Gulf Outlet Canal ("MRGO").

[3]    Eustis rendered no services on the MRGO.

17. Based on my review of Eustis' files, my knowledge of the engineering services rendered by Eustis and my personal observations at the site of the Breaches, as defined in Paragraph Nos. 14-16, all of the engineering services that Eustis rendered in all of the areas of the Levee and Flood Wall Projects were completed on or before September 18, 2000.

18. None of the Breaches, as defined in Paragraph Nos. 14-16, occurred in areas where Eustis rendered geotechnical engineering services after September 18, 2005.

19. The closest project on which Eustis rendered geotechnical engineering services after September 18, 1995, was at least 1,000 feet from the site of the nearest Breach, as defined in Paragraph Nos. 14-16.[4]

20. Most of the projects on which Eustis rendered services after September 18, 2000, were located at least three quarters of one mile away from the site of the Breach.

---

[4]    While not a business record maintained by Eustis, please see Disclosure Statement by C. R. Pittman Construction Company, Inc., Exhibit A, Affidavit of Mr. Pittman, at ¶ 5. Exhibit 2.7.

## SECTION 2: 17ᵀᴴ STREET CANAL

21. After an extensive review of Eustis' files for services rendered on the 17th Street Canal, based on Affiant's personal search and on the search conducted by Eustis' staff (which Affiant supervises as president), Affiant states that Eustis last rendered geotechnical engineering services on a Levee and Flood Wall Project at the 17th Street Canal on September 12, 1989, on a project known as "Geotechnical Analyses Metairie Relief Canal (17th Street Canal) OLB Project No. 2043-0222 New Orleans, Louisiana." The records for these geotechnical engineering services were filed under Eustis' Project No. 10214.  Exhibit Nos. 2.1 - 2.4.

22. The following described documents are Eustis' business records, and disclose the nature and the completion date of the geotechnical engineering services that Eustis rendered on Project No. 10214:

    (a.) Eustis' March 16, 1988 proposal to render geotechnical engineering services for sheet pile loadings and penetrations, and the March 23, 1988 acceptance by the OLB of Eustis' original proposal, Exhibits 2.1 & 2.2;

    (b.) Eustis' August 31, 1988 Geotechnical Analysis letter, Exhibit 2.3; and

    (c.) Eustis' September 12, 1989 additional information letter, Exhibit 2.4.

23. Exhibit 2.5 is not a Eustis business record, but is a certified copy of the

acceptance of the construction contract for the work performed (by others)[5] on OLB Project No. 2043-0222, Eustis Project No. 10214, which acceptance was recorded on August 24, 1992. Subsequently, capping was added by the Corps, and the Corps accepted that work performed by others as complete on April 25, 1995. Exhibit 2.6 (See also, Modjeski Exhibit 11). Exhibit 2.6 is not a Eustis business record.

24.     Prior to completing all services on Project No. 10214, Eustis rendered geotechnical engineering services on other projects at the 17th Street Canal, but Eustis completed those services by rendering final geotechnical reports or similar final engineering services on the dates listed in Table 1.2.

25.     Subsequent to completing all services on Eustis Project No. 10214, Eustis rendered geotechnical engineering services on the projects listed below, which projects were unrelated to the areas that Breached:

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 12342 | Bridge Crossing Veterans Memorial Boulevard & 17th Street Canal Orleans & Jefferson Parishes, Louisiana | November 16, 1995 |

---

[5]     See Disclosure Statement served by Boh Bros. Construction Co., L.L.C. at page two.

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|--------|---------------------|-------------------------------------|
| 13491 | U.S. Army Corps of Engineers - Fronting Protection at Pump Station Number 6, 17th Street Outfall Canal, New Orleans, Louisiana/Contract Number DACW29-95-R-0005 | May 7, 1996 |
| 13951 | East Jefferson Levee District Floodproofing Veterans Memorial Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes, Louisiana U.S. Army Corps of Engineers Contract No. DACW29-96-0093 East Jefferson Levee District Harahan, Louisiana | September 12, 1996 |
| 16290 | Orleans Levee District - Vibration Monitoring at Pumping Station No. 6, New Orleans, Louisiana, OLB Project No. 24924 | January 14, 2000 |

26.    The engineering services that Eustis rendered on the 17th Street Canal after

        September 12, 1989, were restricted to projects at the Veterans Boulevard

        Bridges and at Pump Station No. 6. These projects were remote from the

        Breach.

27.    Pump Station No. 6 is approximately two to three miles from the Breach.[6]

28.    The Veterans Bridges are approximately one to two miles from the Breach.

---

[6]    *See also*, Exhibit 2.7: Disclosure of C. R. Pittman Construction Company,
        Inc., Exhibit A, Affidavit of Mr. Charles R. Pittman, ¶3. Exhibit 2.8:  U.S.
        Motion to Vacate, Declaration of Mr. John J. Jaeger, 17th Street Canal
        ("The 2.4 mile-long, 220-foot-wide canal starts at Pump Station No. 6 at
        Highway 610 and empties into Lake Pontchartrain").

Although not a Eustis business record, the December 3, 1997 Corps'
acceptance of the work to Rebuild the Veterans Bridges Project is evidenced
by Exhibit No. 2.9.

29.     The location of the Breach is shown at page V1-4 of IPET's March 10, 2006
report.  Exhibit 2.10.  These photographs of the Breach demonstrate that the
Breach was remote from both the Bridges at Veterans Highway (past the
highrise office building) and from Pump Station No. 6 (not visible).

30.     Burk's Disclosure Statement, at Burk Exhibit J, contains a map that further
illustrates the substantial distance between the site of the breach and both
the Veterans Highway Bridges and Pump Station No. 6.  Exhibit 2.11.

31.     After an extensive review of Eustis' files, based on Affiant's personal search
and on the search conducted by Eustis' staff (which Affiant supervises as
president), Affiant states that Eustis rendered no other more recent
geotechnical engineering services on the 17th Street Canal System.

32.     Based on Affiant's decades of service as an employee and as an officer of
Eustis, Affiant's review of Eustis' files, and Affiant's direct knowledge of the
engineering services that Eustis rendered, Affiant states that after the work
on a levee and flood wall project was completed, Eustis rendered no post-
acceptance inspection of any of the Levee and Flood Wall Projects on the
17th Street Canal.

## SECTION 3:  LONDON AVENUE CANAL

33.    After an extensive review of Eustis' files for services rendered on the London
       Avenue Canal, based on Affiant's personal search and on the search
       conducted by Eustis' staff (which Affiant supervises as president), Affiant
       states that Eustis last rendered geotechnical engineering services on a
       Levee and Flood Wall Project at the London Avenue Canal on July 23, 1993,
       on a project known as "Revised Cross-Sections London Avenue Outfall
       Canal Proposed I-Wall and T-Walls Mirabeau Avenue to Leon C. Simon
       Boulevard."  The records for these geotechnical engineering services were
       filed under Eustis' Project No. 12423.  Exhibit No. 3.1.

34.    Eustis' July 23, 1993 Report, Exhibit No. 3.1, is a Eustis' business record,
       and discloses the nature and completion date of the geotechnical
       engineering services that Eustis rendered on Project No. 12423:

35.    Exhibit 3.2 is not a Eustis business record, but is a certified copy of the
       acceptance of the construction contract for the work performed (by others)[7]
       on the I-Wall and T-Wall project on the London Avenue Canal, under
       DACW29-94-C-0079 (94-B-0047) which was accepted by the Corps on
       October 31, 1996.  Exhibit 3.2.

36.    Prior to completing all services on Project No. 12423, Eustis rendered
       geotechnical engineering services on other  projects at the London Avenue

---

[7]     See Disclosure Statement by B & K Construction, Inc., at page two.

Canal, but Eustis completed those services by rendering geotechnical reports on the dates listed in Table 1.3.

37. Subsequent to completing all services on Project No. 12423, Eustis rendered geotechnical engineering services on the projects listed below, which had nothing to do with the areas that Breached:

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 16329 | Sewerage & Water Board of New Orleans - Piezometer Installations at Pump Station No. 4, London Avenue Canal, New Orleans, Louisiana | April 5, 2002 |

38. On Eustis Project No. 16329, Eustis' services ended on April 5, 2002, and the last engineering services that Eustis rendered were reading the piezometers (and reporting that data) on or near Warrington Street, a road that is on the land side of Pump Station No. 4. Exhibit 3.3.

39. Pump Station No. 4 is approximately three quarters of one mile from the Breaches.[8]

40. After an extensive review of Eustis' files, based on Affiant's personal search and on the search conducted by Eustis' staff (which Affiant supervises as president), Affiant states that Eustis rendered no other more recent

---

[8]     See also, Exhibit 2.7: Disclosure of C. R. Pittman Construction Company, Inc., Exhibit A, Affidavit of Mr. Charles R. Pittman, ¶5.

geotechnical engineering services on the London Avenue Canal System.

41. Based on Affiant's decades of service as an employee and as an officer of Eustis, Affiant's review of Eustis' files, and Affiant's direct knowledge of the engineering services that Eustis rendered, Affiant states that after the work on a levee and flood wall project was completed, Eustis rendered no post-acceptance inspection of any of the Levee and·Flood Wall Projects on the London Avenue Canal.

### SECTION 4:  THE INNER HARBOR NAVIGATION CANAL
### ("Industrial Canal" or "IHNC")

42.  After an extensive review of Eustis' files for services rendered on the IHNC,

based on Affiant's personal search and on the search conducted by Eustis'

staff (which Affiant supervises as president), Affiant states that Eustis last

rendered geotechnical engineering services on a Levee and Flood Wall

Project at the IHNC on January 22, 1990, on a project known as "Floodwall

and Floodgate Construction, West Bank of Inner Harbor Navigation Canal

("IHNC"), OLD Project No. 78-M-13-2 New Orleans, Louisiana." The records

for these geotechnical engineering services were filed under Eustis' Project

No. 07844.  Exhibit Nos. 4.1 - 4.3.

43.  The following described documents are Eustis' business records, and

disclose the nature and completion date of the geotechnical engineering

services that Eustis rendered on Project No. 07844:

   (a.)  Eustis' November 5, 1980 proposal to Pepper and Associates, Inc.

   ("Pepper") Exhibit 4.1,

   (b.)  Pepper's December 3, 1980 acceptance of Eustis' proposal, Exhibit

   4.2, and

   (c.)  Eustis' January 22, 1990 letter to Pepper.  Exhibit 4.3.

44.  Exhibit 4.4 is not a Eustis business record, but is a certified copy of the

September 9, 1992 acceptance of the construction contract for the work

performed (by others) on OLD Project No. 78-M-13-2, which acceptance was

recorded on September 21, 1992. Exhibit 4.4.

45.    Prior to completing all services on Project No. 07844, Eustis rendered geotechnical engineering services on other projects at the IHNC, but Eustis completed those services by rendering geotechnical reports on the dates listed in Table 1.4.

46.    Subsequent to completing all services on Eustis Project No. 07844, Eustis rendered geotechnical engineering services on the projects listed below, which projects had nothing to do with the areas that Breached:

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 16522 | U.S. Army Corps of Engineers - Inner Harbor Navigation Canal to Paris Road, Chalmette Area and Citrus Back Levees and the St. Rose Drainage Structure, Contract No. DACW29-98-D-0003, Work Packet No. 48 | September 22, 2000 |
| 16699 | U.S. Army Corps of Engineers - Testing of Undisturbed Samples for Soil Borings CAU-1AU, 7A-CAU, AND 8A-CAU, Chalmette Area Plan, Inner Harbor Navigation Canal to Paris Road, Orleans Parish, Louisiana. Contract No. DACW29-98-D-0003, Work Packet No. 57 | November 13, 2000 |
| 13990 | Sewerage and Water Board of New Orleans - Proposed Addition at Pump Station Number 19, New Orleans, Louisiana | March 8, 2002 |

47.    The engineering services that Eustis rendered after January 22, 1990 were restricted to testing soil samples ("Testing Services") selected and provided by the Corps to Eustis (Eustis Project Nos. 16522 & 16699) and limited engineering services rendered in connection with the addition of a small emergency generator building at Pump Station No. 19 (Eustis Project No. 13990). Eustis' Testing Services ended on November 13, 2000, and the Corps did not utilize Eustis' testing reports to design or to construct any work. Exhibit Nos. 4.5 - 4.10. On the emergency generator building, Eustis Project No. 13990, Eustis' last geotechnical engineering services were rendered in connection with the generator station foundation associated with Pump Station No. 19, and those engineering services ended on March 8, 2002. Exhibit 4.11.

48.    Pump Station No. 19 is more than 1,000 feet from the Breaches, and is on the opposite side of the Canal from the closest Breach.

49.    After an extensive review of Eustis' files, based on Affiant's personal search and on the search conducted by Eustis' staff (which Affiant supervises as president), Affiant states that Eustis rendered no other more recent geotechnical engineering services on the IHNC System.

50.    Based on Affiant's decades of service as an employee and as an officer of Eustis, Affiant's review of Eustis' files, and Affiant's direct knowledge of the engineering services that Eustis rendered, Affiant states that after the work on a levee and flood wall project was completed, Eustis rendered no post-

acceptance inspection of any of the Levee and Flood Wall Projects on the

IHNC System.

*Berthelot*
*EDLA CV No. 05-4182*
*Cons. Katrina Canal*

## SECTION 5: MISSISSIPPI RIVER GULF OUTLET CANAL ("MRGO")

51.    Based on Affiant's decades of service as an employee and as an officer of

Eustis, Affiant's review of Eustis' files, and Affiant's direct knowledge of the

engineering services that Eustis rendered, Affiant states that Eustis rendered

no geotechnical engineering services on the MRGO.

## SECTION 6: ORLEANS AVENUE CANAL

52.   Affiant inspected the Orleans Avenue Canal.

53.   The levee and flood wall on the Orleans Avenue Canal did not Breach on or
      after August 29, 2005.

## SECTION 7:  ENGINEERING LICENSE

54.     In Affiant's capacity as the president of Eustis, I am responsible for Eustis'
compliance with all engineering registration requirements.  In my capacity as
president of Eustis, I know that Eustis holds "License/Certification Class: EF-
Engineering Firm," a license issued by the Louisiana Professional
Engineering and Land Surveying Board.  A certified copy of Eustis'
engineering license is attached to this Affidavit as Exhibit 5.[9]

MR. WILLIAM W. GWYN, P.E., PRESIDENT
Eustis Engineering Company, Inc.
3011 28th Street
Metairie, LA   70002

SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY PUBLIC

THIS 31ST DAY OF MAY, 2006

THOMAS F. GARDNER (No. 1373)
My commission expires at death.

---

[9]     There are no Exhibits for Sections 5 and 6.

Berthelot
EDLA CV No. 05-4182
Cons. Katrina Canal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | NO. 05-4182 |
| ) | |
| VS. ) | SECTION "K" (2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., ) | |
| L.L.C., et al. ) | |
| ) | |
| Defendants ) | |

| THIS DOCUMENT RELATES TO: | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| LEVEE AND MRGO GROUPS | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

## INDEX, TABLES AND EXHIBITS ATTACHED
## TO AFFIDAVIT OF MR. WILLIAM W. GWYN

## INDEX TO EXHIBITS INCORPORATED
## INTO AFFIDAVIT OF WILLIAM W. GWYN

| EXHIBIT # | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Table 1.1: Comprehensive Listing of Eustis' Projects |
| 1.2 | | | | Table 1.2: Eustis' 17th Street Canal Projects Completed Before September 12, 1989 |
| 1.3 | | | | Table 1.3: Eustis' London Avenue Projects Completed Before October 25, 1991 |
| 1.4 | | | | Table 1.4:  Eustis' IHNC Projects Completed Before January 22, 1990 |
| 2.1 | March 16, 1988 | Eustis | Modjeski | Proposal to Render Geotechnical Engineering Services for Sheet Pile Loadings and Penetrations |
| 2.2 | March 23, 1988 | OLD | Eustis | Acceptance by the Orleans Levee District of Eustis' Original Proposal |
| 2.3 | August 31, 1988 | Eustis | Modjeski | Geotechnical Analysis Letter |
| 2.4 | September 12, 1989 | Eustis | Modjeski | Additional Information Letter |
| 2.5 | August 24, 1992 | OLD | | Certified copy of the Recorded Acceptance of the Construction Contract for the Work Performed (by others) on OLB Project No. 2043-0222 |
| 2.6 | April 25, 1995 | Corps | | Corps' Acceptance of Construction Contract DACA2993C0081. |
| 2.7 | March 23, 2006 | Pittman | | Affidavit of Charles R. Pittman |
| 2.8 | April 14, 2006 | Jaeger | | U.S. Motion to Vacate, Declaration of Mr. John J. Jaeger |

| EXHIBIT # | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 2.9 | December 8, 1997 | | | Certified copy of the Recorded Acceptance by the Corps of the Veterans Bridges Project |
| 2.10 | March 10, 2006 | | | Aerial image from IPET's report, page V1-4. |
| 2.11 | | BKI | | Burk's map that further illustrates the substantial distance between the site of the Breach and both the Veterans Highway Bridges and Pump Station No. 6. |
| 3.1 | July 23, 1993 | Eustis | BKI | Eustis Final Report |
| 3.2 | October 31, 1996 | Corps | | Acceptance |
| 3.3 | April 5, 2002 | Eustis | SWB | Piezometer Observations Sewerage & Water Board of New Orleans Piezometer Installations at Pump Station No. 4 London Avenue Canal |
| 4.1 | November 5, 1980 | Eustis | Pepper & Assoc. | Proposal |
| 4.2 | December 3, 1980 | Pepper & Assoc. | Eustis | Acceptance |
| 4.3 | January 22, 1990 | Eustis | Pepper & Assoc. | Completion of all of the geotechnical services on Eustis Project No. 07844. |
| 4.4 | September 21, 1992 | | | Acceptance of the construction contract for the work performed (by others) on OLD Project No. 78-M-13-2 |
| 4.5 | June 8, 2000 | Eustis | Corps | Proposal |

*Berthelot
EDLA CV No. 05-4182
Cons. Katrina Canal*

| EXHIBIT # | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 4.6 | June 14, 2000 | Corps | Eustis | Acceptance |
| 4.7 | September 22, 2000 | Eustis | Corps | September 22, 2000 Eustis'Testing Services |
| 4.8 | October 6, 2000 | Eustis | Corps | Proposal |
| 4.9 | October 20, 2000 | Corps | Eustis | Acceptance |
| 4.10 | November 13, 2000 | Eustis | Corps | November 13, 2000 Eustis' Testing Services |
| 4.11 | March 8, 2002 | Eustis | Pepper & Assoc. | March 8, 2002 Generator Station Foundation associated with Pump Station No. 19 |
| 5 | December 19, 2005 | State of LA | Eustis | Engineering Firm License No. EF.0000298 |

## EXHIBIT 1:
## TABLE NO. 1.1: COMPREHENSIVE LISTING OF EUSTIS PROJECTS

| EUSTIS JOB NUMBER | TITLE |
|---|---|
| 04315 | Sewerage and Water Board - Pump Station No. 6, Seventeenth Street, Canal, Metairie, Louisiana |
| 07307 | Orleans Levee District - Proposed Flood Wall, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana |
| 07546 | Orleans Levee District Proposed Bulkhead Analysis, East Side of London Avenue Canal New Orleans, Louisiana |
| 07681 | Gulf South Research Institute Soil Borings for Sediment Deposit at 17th Street Canal New Orleans, Louisiana |
| 07832 | Sewerage and Water Board of New Orleans - Pump Station 19, St. Bernard Avenue, New Orleans, Louisiana |
| **07844** | **Orleans Levee District - Project No. 78-M-13-2, Floodwall and Floodgate Construction, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana** |
| 07917 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 554+00 to 670+00 Orleans and Jefferson Parishes, Louisiana |
| 07918 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 539+00 to 554+00 Jefferson and Orleans Parishes, Louisiana |
| 07941 | Orleans Levee Board 17th Street Canal Levee, Vicinity of Hammond Highway New Orleans, Louisiana |
| 07968 | Orleans Levee Board London Avenue Canal Levee, East Side Riprap Slope Construction Filmore Avenue to Prentiss Street Pump Station New Orleans, Louisiana |
| 08275 | Sewerage and Water Board of New Orleans - Proposed Additions to Drainage Pump Station No. 6, Orleans Parish, Louisiana |
| 08360 | Orleans Levee Board London Avenue Canal East Site Between Filmore Avenue and Prentiss Street Pumping Station New Orleans, Louisiana |



**EXHIBIT**

*Berthelot*
*EDLA CV No. 05-4182*
*Cons. Katrina Canal*

| EUSTIS JOB NUMBER | TITLE |
|---|---|
| 08519 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Station 617+50 to Station 663+00<br>Orleans and Jefferson Parishes, Louisiana |
| 08520 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Floodwall and Slope Stability Re-analyses Stations 539+00 to 670+00<br>Orleans and Jefferson Parishes, Louisiana |
| 08836 | Orleans Levee District<br>17th Street Canal Floodwall, New Orleans, Louisiana |
| 08938 | Sewerage and Water Board of New Orleans<br>Installation and Monitoring of Ground Water Wells<br>Metairie Relief Canal, Approximate Stations 640+00 to 670+00 Orleans and Jefferson Parishes, Louisiana |
| 09155 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-0304, New Orleans, Louisiana |
| 09207 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-03-4, Borings and Piezometers for<br>the U.S. Corps Engineers, Kenner, Louisiana |
| 09223 | Orleans Levee District<br>London Avenue Canal, Levee and Floodwall Improvements<br>OLB Project No. 2049-0269, New Orleans, Louisiana |
| 09418 | Orleans Levee Board<br>Metairie Relief Canal, New Orleans, Louisiana |
| 09444 | Orleans Levee District - Field Services and Geotechnical Analyses, Orleans Avenue Outfall Canal, New Orleans, Louisiana<br>OLB Project No. 2048-0304 |
| 09497 | Orleans Levee District<br>Revised Condition, Metairie  Relief Canal,<br>Stations 539-554, Orleans and Jefferson Parish, Louisiana |
| 09831 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal<br>Supplementary Bulkhead Analyses,  Metairie, Louisiana |
| 10176 | Orleans Levee District - Floodwall Re-analysis,<br>Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| 10214 | **Orleans Levee District<br>Metairie Relief Canal (17th Street Canal), New Orleans, Louisiana** |

*Berthelot*<br>*EDLA CV No. 05-4182*<br>*Cons. Katrina Canal*

| EUSTIS JOB NUMBER | TITLE |
|---|---|
| 10269 | London Avenue Outfall Canal<br>Flood Protection Improvement Project<br>Supplemental Geotechnical Analysis, OLB Project No. 2049-0333 |
| 10399 | Orleans Levee District<br>London Avenue Outfall Canal<br>Field Services and Engineering Analyses, New Orleans, Louisiana |
| 11631 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>Test Pile Program, OLB Project No. 24804, New Orleans, Louisiana |
| 11904 | Orleans Levee District - Orleans Avenue Canal Floodwall, Phase IIC (West Side, Station 30 to 64), OLB Project No. 24816,<br>DEI Project No. 1006IIC,  New Orleans, Louisiana |
| 11937 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>Additional Analyses,  New Orleans, Louisiana |
| 12342 | Bridge Crossing<br>Veterans Memorial Boulevard & 17th Street Canal<br>Orleans & Jefferson Parishes, Louisiana |
| **12423** | **Revised Cross-Sections, London Avenue Outfall Canal, Proposed I-Walls and T-Walls, Mirabeau Avenue to Leon C. Simon Boulevard,<br>New Orleans, Louisiana** |
| 13294 | Orleans Levee District - Orleans Avenue Outfall Canal<br>at Robert E. Lee Boulevard and Harrison and Filmore Avenues and London Avenue Canal at Leon C. Simon,<br>Mirabeau and Gentilly Boulevards, New Orleans, Louisiana |
| 13491 | U.S. Army Corps of Engineers - Fronting Protection at<br>Pump Station Number 6, 17th Street Outfall Canal,<br>New Orleans, Louisiana/Contract Number DACW29-95-R-0005 |
| 13951 | East Jefferson Levee District<br>Floodproofing Veterans Memorial Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes, LA U.S. Army Corps of Engineers Contract No. DACW29-96-0093<br>East Jefferson Levee District<br>Harahan, Louisiana |
| 13990 | Sewerage and Water Board of New Orleans - Proposed Addition at Pump Station Number 19, New Orleans, Louisiana |
| 14022 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IIB, Floodproofing of Bridge Crossings at Robert E. Lee Boulevard,<br>New Orleans, Louisiana |
| 15109 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IB, Filmore and Harrison Avenues Bridges, New Orleans, Louisiana |

| EUSTIS JOB NUMBER | TITLE |
|---|---|
| 15859 | Vibration Monitoring at London Avenue Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd. Bridge, New Orleans, Louisiana |
| 15911 | Orleans Levee District - Wave Analysis for 24-in. Square Concrete Pile, Orleans Avenue Outfall Canal Bridges at Filmore and Harrison Avenue, New Orleans, Louisiana |
| 16290 | Orleans Levee District - Vibration Monitoring at Pumping Station No. 6, New Orleans, Louisiana, OLB Project No. 24924 |
| 16329 | Sewerage & Water Board of New Orleans - Piezometer Installations at Pump Station No. 4, London Avenue Canal, New Orleans, Louisiana |
| 16350 | Orleans Levee District - Robert E. Lee Bridge at Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| 16522 | U.S. Army Corps of Engineers - Inner Harbor Navigation Canal to Paris Road, Chalmette Area and Citrus Back Levees and the St. Rose Drainage Structure, Contract No. DACW29-98-D-0003, Work Packet No. 48 |
| 16699 | U.S. Army Corps of Engineers - Testing of Undisturbed Samples for Soil Borings CAU-1AU, 7A-CAU, AND 8A-CAU, Chalmette Area Plan, Inner Harbor Navigation Canal to Paris Road, Orleans Parish, Louisiana. Contract No. DACW29-98-D-0003, Work Packet No. 57 |

Gwyn affidavit_727409_Cons_052606_tfgasa#1F.wpd                29

Berthelot
EDLA CV No. 05-4182
Cons. Katrina Canal

## TABLE 1.2: EUSTIS' 17TH STREET CANAL PROJECTS
## COMPLETED BEFORE SEPTEMBER 12, 1989

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 04315 | Sewerage and Water Board - Pump Station No. 6, Seventeenth Street, Canal, Metairie, Louisiana | June 7, 1982 |
| 07681 | Gulf South Research Institute Soil Borings for Sediment Deposit at 17th Street Canal New Orleans, Louisiana | June 30, 1980 |
| 07941 | Orleans Levee Board 17th Street Canal Levee, Vicinity of Hammond Highway New Orleans, Louisiana | October 27, 1981 |
| 07918 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 539+00 to 554+00 Jefferson and Orleans Parishes, Louisiana | December 11, 1981 |
| 07917 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 554+00 to 670+00 Orleans and Jefferson Parishes, Louisiana | March 31, 1983 |
| 08275 | Sewerage and Water Board of New Orleans - Proposed Additions to Drainage Pump Station No. 6, Orleans Parish, Louisiana | December 9, 1988 |
| 08520 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Floodwall and Slope Stability Re-analyses Stations 539+00 to 670+00 Orleans and Jefferson Parishes, Louisiana | February 9, 1984 |

30



EXHIBIT

*Berthelot*
*EDLA CV No. 05-4182*
*Cons. Katrina Canal*

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 08519 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Station 617+50 to Station 663+00 Orleans and Jefferson Parishes, Louisiana | April 30, 1987 |
| 08836 | Orleans Levee District 17th Street Canal Floodwall, New Orleans, Louisiana | November 29, 1984 |
| 08938 | Sewerage and Water Board of New Orleans Installation and Monitoring of Ground Water Wells Metairie Relief Canal, Approximate Stations 640+00 to 670+00 Orleans and Jefferson Parishes, Louisiana | July 12, 1985 |
| 09418 | Orleans Levee Board Metairie Relief Canal, New Orleans, Louisiana | April 14, 1986 |
| 09497 | Orleans Levee District Revised Condition, Metairie Relief Canal, Stations 539-554, Orleans and Jefferson Parish, Louisiana | June 11, 1986 |
| 09831 | Sewerage and Water Board of New Orleans Metairie Relief Canal Supplementary Bulkhead Analyses, Metairie, Louisiana | June 27, 1987 |

Berthelot EDLA CV No. 05-4182 Cons. Katrina Canal

## TABLE 1.3: EUSTIS' LONDON AVENUE PROJECTS
## COMPLETED BEFORE JULY 23, 1993

| FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 07546 | Orleans Levee District Proposed Bulkhead Analysis, East Side of London Avenue Canal New Orleans, Louisiana | January 23, 1980 |
| 07968 | Orleans Levee Board London Avenue Canal Levee, East Side Riprap Slope Construction Filmore Avenue to Prentiss Street Pump Station New Orleans, Louisiana | August 10, 1981 |
| 08360 | Orleans Levee Board London Avenue Canal East Site Between Filmore Avenue and Prentiss Street Pumping Station New Orleans, Louisiana | January 14, 1983 |
| 09223 | Orleans Levee District London Avenue Canal, Levee and Floodwall Improvements OLB Project No. 2049-0269, New Orleans, Louisiana | July 7, 1987 |
| 10269 | London Avenue Outfall Canal Flood Protection Improvement Project Supplemental Geotechnical Analysis, OLB Project No. 2049-0333 | October 11, 1990 |
| 10399 | Orleans Levee District London Avenue Outfall Canal Field Services and Engineering Analyses, New Orleans, Louisiana | October 25, 1991 |



Berthelot
EDLA CV No. 05-4182
Cons. Katrina Canal

## TABLE 1.4: EUSTIS' IHNC PROJECTS
## COMPLETED BEFORE JANUARY 22, 1990

| FILE | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|
| 07307 | Orleans Levee District - Proposed Flood Wall, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana | May 10, 1979 |
| 07832 | Sewerage and Water Board of New Orleans - Pump Station 19, St. Bernard Avenue, New Orleans, Louisiana | November 24, 1980 |

33



Berthelot
EDLA CV No. 05-4182
Cons. Katrina Canal



**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
3011 28th Street · Metairie, Louisiana 70002 · 504-834-0157

16 March 1988

Modjeski and Masters
Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana 70130

Attention Mr. Barney T. Martin, Jr.

Gentlemen:

Revised Cost for Professional Engineering Services
Metairie Relief Canal
(17th Street Canal)
New Orleans, Louisiana

In accordance with the instructions received from your firm on 15 March 1988, we are submitting our revised estimated costs to perform additional geotechnical analyses at the subject project. Analyses are required to evaluate cantilever sheetpile loadings and penetrations based on newly revised Corps of Engineers' criteria.

Revised Design Criteria. We have been furnished a copy of the letter from the Department of Army, Mississippi River Commission, Corps of Engineers, to the Commander, New Orleans District, Corps of Engineers, outlining revised design criteria for cantilever sheetpile analyses. Subsequent to this letter, an additional design case was added for analysis. For cantilever sheetpiles used for hurricane protection along Orleans Canal, we understand the Corps of Engineers presently requires the following cases to be analyzed.

### "Q" CASE

Factor of Safety = 1.5, with water to SWL and landside water at el 0.0.

Factor of Safety = 1.25, with SWL and wave load and landside water at el 0.0.

Factor of Safety = 1.0, with water to SWL plus 2.0 feet and landside water at el 0.0.

- 1 -

**EXHIBIT**
Exhibit 2.1

Modjeski and Masters                                    16 March 1988

## "S" CASE

Factor of Safety = 1.2, with water at SWL or water at SWL plus
wave load and landside water at el 0.0.

Factor of Safety = 1.5, with water at SWL and landside water at
el 0.0 or a penetration to head ratio
equal to 3:1, whichever results in the
least penetration.

The Metairie Relief Canal has been divided into five basic
reaches and the transition to the pump station. These reaches
were determined considering geologic conditions as indicated by
borings along the canal. Stability analyses are dependent upon
the sheetpile penetration. These will also require re-analysis.
Additionally, seepage analyses for each subreach must be re-
evaluated based on the new penetration. It is understood that
calculations will be required for all analyses to be provided
with the report. We will provide these analyses to you for an
estimated cost of $10,000.00.

We can provide the engineering analyses described above in a
report to you for the estimated costs indicated. However, due to
the extensive revisions anticipated in the sheetpile designs, we
recommend that this report incorporate stability analyses that
are not to be revised. We feel this will avoid future confusion
and provide better documentation of design. Additional drafting
expenses for this work will be on the order of $650.00.

If you require further information or clarification of this
letter, please to not hesitate to contact us.

                                Yours very truly,

                                EUSTIS ENGINEERING

                                Lloyd A. Held, Jr.

LAH:bh                          RECOMMENDED:              APPROVED:

Copy to:
Board of Levee Commissioners
of the Orleans Levee District
and                             Alan J. Francingues        Steven O. Medo, Jr.
Design Engineering, Inc.        Assistant Chief Engineer   President

                                DATE: 3-24-88       DATE: 3-25-88

- 2 -

EE002267

246-4000

# The Board of Levee Commissioners

OF THE

## Orleans Levee District

SUITE 202 — ADMINISTRATION BUILDING
NEW ORLEANS LAKEFRONT AIRPORT

### New Orleans, La.

70126
March 23, 1988

RECEIVED

MAR 29 1988  PROTECTING YOU
AND YOUR FAMILY

EUSTIS
ENGINEERING

BRAGG ✓
HELD ✓

Mr. Lloyd A. Held, Jr.
Eustis Engineering
3011 28th Street
Metairie, LA 70002

RE:  17th Street Canal Floodwall
OLB Project No. 2043-0222

Dear Mr. Held:

The Orleans Levee Board accepts your proposal dated March 16, 1988, to perform additional geotechnical studies on the above captioned project. A signed copy of the proposal is attached for your records.

All invoices and correspondence regarding the above refereneced project must have the above referenced Orleans Levee Board project number. All original invoices are to be sent to Modjeski and Masters with a copy to Design Engineering Inc.

Sincerely,

Alan J. Francingues
Assistant Chief Engineer

lao

Enclosure

xc:  Mr. H. B. Lansden
     Mr. C. E. Bailey
     Ms. Linda Chaisson
     Finance Department
     Modjeski & Masters
     Design Engineering Inc.



EXHIBIT

EE002264



**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
3011 28th Street · Metairie, Louisiana 70002 · 504-834-0157

31 August 1988

Modjeski and Masters
Consulting Engineers
Room 510
1055 St. Charles Avenue
New Orleans, Louisiana  70113

Attention Mr. Barney T. Martin, Jr.

Gentlemen:

Geotechnical Analyses
Metairie Relief Canal
(17th Street Canal)
OLB Project No. 2043-0222
New Orleans, Louisiana

This report contains the results of revised cantilever floodwall analyses and revised slope stability analyses for the proposed modifications along the Orleans side of the Metairie Relief Canal between Stations 553+70 and 670+00. These analyses were authorized by letter dated 23 March 1988 from Mr. Alan J. Francingues, Assistant Chief Engineer for the Board of Levee Commissioners of the Orleans Levee District. The analyses were based on the following information.

1) Soil stratification and parameters contained in Eustis Engineering's report for the subject project dated 2 November 1981.

2) Cross-sections of the proposed modifications furnished by Modjeski and Masters.

3) Revised design criteria for cantilever sheetpile analyses furnished in a copy of a letter dated 4 January 1988 from the Department of the Army, Mississippi River Commission to the New Orleans District, Corps of Engineers.

4) A minimum acceptable factor of safety of 1.3 for landside and floodside slope stability analyses.

- 1 -



Modjeski and Masters                                   31 August 1988

Based on soil parameters, cross-sections and flowline elevation,
the project alignment was divided into eight (8) reaches for per-
formance of the analyses, and these are shown on Enclosures 1
through 8 along with the results of the computations.   Results of
the cantilever sheetpile analyses are tabulated below.

| Reach | Recommended Tip Elevation NGVD | Maximum Bending Moment Ft-Kips/Linear Foot Factor of Safety = 1.5 |
|-------|--------------------------------|--------------------------------------------------------------------|
| 553+70 to 568+00 | -12.8 | 13.1 |
| 568+00 to 589+00 | -12.8 | 13.1 |
| 589+00 to 614+00 | -7.9 | 7.3 |
| 614+00 to 625+00 | -6.8 | 5.1 |
| 625+00 to 635+00 | -4.9 | 5.2 |
| 635+00 to 643+00 | 0.6 | 1.9 |
| 643+00 to 663+00 | 0.0* | ** |
| 663+00 to 670+00 | 0.0* | ** |

*Based on seepage.
**Negligible.

It should be noted that a very small penetration and bending
moment would be required in the reaches extending between
Stations 643+00 to 663+00 and Stations 663+00 to 670+00 due to a
flowline at el 12.6 and a levee crown at el 12.5.   However,
information furnished by the Corps of Engineers indicates that a
minimum penetration to el 0.0 will be required for seepage.

According to Mr. George Romero of the Corps of Engineers during a
recent meeting, sheetpile stress must be determined using the
maximum bending moment computed from the loading condition
resulting in the deepest sheetpile tip embedment.   After the
sheetpile has been selected to satisfy the bending moment cri-
teria, it should be checked for deflection using the lateral
pressure diagram resulting from a factor of safety of 1.0 applied
to the Q-case soil strengths and a high water level 2 feet above
SWL.

Analyses utilizing the Method of Planes analysis indicate a mini-
mum factor of safety of at least 1.3 against potential landside
and floodside slope stability failures in all eight reaches.

- 2 -

EE002206

Modjeski and Masters                                    31 August 1988

Critical active and passive wedge locations and typical com-
putations are shown on the enclosures.

If you have any questions regarding these analyses, please call
us.

                              Yours very truly,

                              EUSTIS ENGINEERING

                              Lloyd A. Held, Jr.

L. J. Napolitano:bh

Enclosures 1 through 8

EE 10214

- 3 -

EE002207





STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 76784 | 32884 | 22479 | 12920 | 22420 | 1.317 |
| B - 2 | 46602 | 8134 | 23890 | 20900 | 13490 | 1.489 |

LEGEND
SEE ENCLOSURE 7

FLOODWALL ANALYSES

* RECOMMENDED PENETRATION BASED ON 3 ON 1 RATIO

STA. 568-00 TO 589-00
METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA
ENCLOSURE 8



STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_T$ | $R_A$ | $R_B$ | $R_T$ | |
| A – 1 | 69206 | 28940 | 22261 | 11780 | 18560 | 1.331 |
| B – 2 | 46555 | 5367 | 21733 | 24700 | 10570 | 1.384 |

LEGEND
SEE ENCLOSURE 7

FLOODWALL ANALYSES

SEE ENCLOSURE 4

F.S. = 1.5 (5-CASE)

$M_{MAX} = 7.3$ $^{FT}K_{/0}$

STA. 589-00 TO 614-00
METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 6

EUSTIS ENGINEERING



STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
| --- | --- | --- | --- | --- | --- | --- |
| | $D_A$ | $D_F$ | $R_A$ | $R_B$ | $R_F$ | |
| A - 1 | 47098 | 16859 | 17824 | 9500 | 13100 | 1.340 |
| B - 2 | 34626 | 735 | 18640 | 25402 | 3774 | 1.411 |

LEGEND
SEE ENCLOSURE 7

FLOODWALL ANALYSES

* RECOMMENDED PENETRATION BASED ON WALL
MOVEMENT TOWARDS CANAL. ( $M_{MAX}$ = 29 FT-K/LF).
DESIGN FOR $M_{MAX}$ = 5.1 FT-K/LF

STA. 614+00 TO 625+00
METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 6

EUSTIS ENGINEERING

PROTECTED SIDE

FLOOD SIDE

FLOODWALL ANALYSES

SEE ENCLOSURE 4

STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_p$ | $R_A$ | $R_s$ | $R_p$ | |
| A - 1 | 27024 | 6948 | 12784 | 8640 | 6511 | 1.391 |
| B - 2 | 21582 | 0 | 13169 | 15489 | 0 | 1.328 |

LEGEND
SEE ENCLOSURE 7

STA. 625-00 TO 635-00
METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 5

EUSTIS ENGINEERING

PROTECTED SIDE

FLOOD SIDE

FLOWLINE EL. 12.6

LOW WATER LEVEL  EL. -5.0

EL. 17.5

IV ON 3H

$C_n$ = 600  $C_{\overline{m}}$ = 300
$\gamma$ = 117  ($\phi$ = 23)
$C_n$ = 323  $C_{\overline{m}}$ = 356
($\phi$ = 23)

$C_n$ = 406  $C_{\overline{m}}$ = 456
$\gamma'$ = 45  $\phi$ = 23

$\gamma'$ = 60  $\phi$ = 30

**STABILITY ANALYSES**

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 19564 | 1937 | 13596 | 14924 | 7013 | 2.034 |
| B - 2 | 18926 | 0 | 13818 | 18676 | 0 | 1.717 |

LEGEND
SEE ENCLOSURE 7

**FLOODWALL ANALYSES**



B
F.S. = 1.0 (O-CASE)
312 PSF
EL. 0.93
1640 PSF

F.S. = 1.5 (S-CASE)
194 PSF
898 PSF
1014 PSF
$M_{MAX}$ = 1.9 FT·$\frac{K}{FT}$
442 PSF
725 PSF
EL. 0.6

* MINIMUM TIP PENETRATION TO EL. 0.0 FOR SEEPAGE.

ELEVATION IN FEET NGVD

STA. 635-00 TO 643-00
METAIRIE RELIEF CANAL
NEW ORLEANS, LOUISIANA
ENCLOSURE 6

EUSTIS ENGINEERING



PROTECTED SIDE

FLOOD SIDE

ELEVATION IN FEET NGVD

HOR. SCALE: 1"=40'

\* MINIMUM TIP PENETRATION TO EL. 0.0 FOR SEEPAGE

## STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 24248 | 5878 | 18585 | 13680 | 9553 | 2.266 |
| B - 2 | 26116 | 0 | 18728 | 1623N | 0 | 1.339 |

### LEGEND

$C_A$ = AVERAGE COHESION IN PSF

$C_{DB}$ = COHESION ALONG FAILURE PLANE IN PSF

$\gamma$ = SATURATED UNIT WEIGHT IN PCF

$\gamma'$ = SUBMERGED UNIT WEIGHT IN PCF

$\phi$ = ANGLE OF INTERNAL FRICTION IN DEGREES.

$D_A$ & $D_P$ = DRIVING FORCES IN LBS.

$R_A$, $R_B$ & $R_P$ = RESISTING FORCES IN LBS.

$M_{MAX}$ = MAXIMUM BENDING MOMENT IN FT·K/6

STA. 643.00 TO 663.00
METAIRE RELIEF CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING

ENCLOSURE 7



STABILITY ANALYSES

| FAIL PLANE | DRIVING FORCE | | RESISTING FORCE | | | FACTOR OF SAFETY |
|---|---|---|---|---|---|---|
| | $D_A$ | $D_P$ | $R_A$ | $R_B$ | $R_P$ | |
| A - 1 | 41543 | 18346 | 24400 | 13650 | 20045 | 2.505 |
| B - 2 | 44386 | 141 | 26682 | 29423 | 2360 | 1.322 |

LEGEND
SEE ENCLOSURE 7

* MINIMUM TIP PENETRATION TO EL. 0.0 FOR SEEPAGE

HOR. SCALE: 1"=40'

STA. 663+00 TO 670+00
METAIRE RELIEF CANAL
NEW ORLEANS, LOUISIANA

ENCLOSURE 6

EUSTIS ENGINEERING



**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
3011 28th Street · Metairie, Louisiana 70002 · 504-834-0157

12 September 1989

Modjeski and Masters
Consulting Engineers
Room 510
1055 St. Charles Avenue
New Orleans, Louisiana  70113

Attention Mr. Barney Martin, Jr.


Gentlemen:


Additional Information
Metairie Relief Canal
(17th Street Canal)
OLB Project No. 2043-0222
New Orleans, Louisiana

It is understood from recent discussions that placement of 1 to 2 feet of fill on the levee crown will be required to reach design grade at several isolated locations along the project alignment. Fill material will be placed on the crown only and not on the side slopes of the existing levee, and side slopes of the new fill will not be steeper than 1 vertical on 3 horizontal. It is also understood that on-site excavated material from degrading of the levee crown in other reaches of the project will be used for backfill. The final levee cross-sections where placement of fill is required will be in accordance with Enclosures 1 through 8 of our letter report dated 31 August 1989.

Prior to placement of backfill, the existing levee crown should be stripped of all vegetation, loose topsoil and debris. The subgrade should be scarified to a depth of 6 to 8 inches and recompacted. Backfill material should be free of vegetation and debris and should be spread in 8 to 10-in. thick layers. Each layer should be compacted to at least 95 percent of the maximum dry density at optimum water content in accordance with ASTM D 698 or 90 percent of ASTM D 1557.

Eustis Engineering may be retained to supervise stripping and backfilling operations and to perform in-place testing to verify

- 1 -



EXHIBIT

Modjeski and Masters                              11 September 1989

the water content and density of the compacted backfill material.
The field testing is performed by the Troxler nuclear density
method in accordance with ASTM D 2922 with periodic confirmation
by the drive cylinder method in accordance with ASTM D 2937.

If you have any questions or require further information, please
call us.

                              Yours very truly,

                              EUSTIS ENGINEERING

                              Lloyd A. Held, Jr.

L. J. Napolitano:bh

EE 10214

                              - 2 -

EE002277

VERIFIED

*DPT*

INSTR. No. 278613
MORTGAGE OFFICE
PARISH OF ORLEANS

| STATE OF LOUISIANA | ACCEPTANCE OF |
|---|---|
| PARISH OF ORLEANS | CONTRACT |
| | NO. 24306 |

BEFORE ME, the undersigned authority, duly commissioned and certified in and for the Parish of Orleans, personally came and appeared the Board of Commissioners of the Orleans Levee District, through Robert G. Harvey, President, duly authorized, who being by us sworn, deposed and said: that it entered into contract with
Excavation & Flood Protection:
Boh Bros. Construction Co.    for 17th St. Canal, Ph. IB, Hammond Hwy to
Southern Railroad
New Orleans, Louisiana, under date of ____May 9, 1990____, by act before Richard J. McGinity, Notary Public, which contract was recorded in the Parish of Orleans, In Instrument No. 99035 _____
Recorded Dated:
N. A. No. ___846895___, MOB _____, FOLIO ___5/29/90 that the Contractor has apparently substantially completed all work required by the contract as of _March 11, 1992_, and that the Board of Commissioners of the Orleans Levee District hereby accepts the work done under said contract, and authorizes and directs the Recorder of Mortgages for the Parish of Orleans to note this Acceptance thereof in the margin of said records.

sworn to and subscribed before me       THE BOARD OF COMMISSIONERS OF

this _20_ day of _August_, 1992.       THE ORLEANS LEVEE DISTRICT

_____       _____
NOTARY PUBLIC                          PRESIDENT

Recommended Approval:

_____

EXHIBIT

INSTR. No._____
MORTGAGE OFFICE
PARISH OF ORLEANS
08/24/92#3532A001      ACCEPT   N   15.00

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

## CERTIFICATE OF AUTHENTICITY

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1. Page 1 of DD Form 2626 for Contract Number DACW-29-93-C-0081 with Block 11 redacted[*];
2. Memo For C/Contracting Division, dated 23 Apr 99, Regarding 12/3/97 completion of Contract Number DACW-29-95-C-0093.

Dianne Allen further declared that on the 11th day of May, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 11th day of May, 2006.

_____
Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

_____          _____
Robert Norris                                                    Frederick W. Wallace

**EXHIBIT**

_____
Daryl N. Norris
Notary Public
My commission expires at death.

DARYL G. GLORIOSO
NOTARY PUBLIC
(LA BAR ROLL 17956)
PARISH OF JEFFERSON - STATE OF LOUISIANA
My Commission Is Issued For Life

[*] Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.

**MODJESKI
EXHIBIT 11**

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. Contract Number DACW2993C0081 |
| | 2. CEC/DUNS Number 00921086F |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

3. TYPE OF EVALUATION    [ ] INTERIM    [X] FINAL    [ ] AMENDED   |   4. TERMINATED FOR DEFAULT [ ]

| 5. Contractor (Name, address and ZIP code)<br>PITTMAN CONSTRUCTION COMPANY, INC.<br>POST OFFICE BOX 8116<br>NEW ORLEANS, LA 70182    US<br>Prime Contractor | 6A. PROCUREMENT METHOD<br>[X] SEALED BID   [ ] NEGOTIATED<br><br>6B. TYPE OF CONTRACT<br>[X] FFP   [ ] COST REIM   [ ] OTHER |

7. Description and Location of Work

Lake Pontchartrain and Vicinity, Hurricane Protection Project, High Level
Plan, 17th Street Outfall Canal, Flood Protection Improvement Project,
Capping of Floodwall, East Side, Orleans Parish, Louisiana

8. Type and Percent of Subcontracting

SEE ATTACHED

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
| | $ 2,564,264.00 | $ 17,693.44 | $ 29,440.00 | $ 2,552,517.44 |

| . Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
| | 28 JUN 93 | 03 SEP 94 | 02 APR 95 | 25 APR 95 |

## PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

████████████████████████████

### 12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers<br>Comm. - (504) 862-1200<br>Autovon - |

| C. Name and Title<br>CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE | D. Signature | E. Date<br>23 MAY 95 |

### 13. EVALUATION REVIEWED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers<br>Comm. - (504) 862-2235<br>Autovon - |

| C. Name and Title<br>RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | D. Signature<br>for William R. Marsole | E. Date<br>30 May 95 |

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)     DD FORM 2626

AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, personally came and appeared:

CHARLES R. PITTMAN

a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who, after being duly sworn did depose and state:

1.     He is a shareholder, officer and President of the Corporation, C.R. Pittman Construction Company, Inc., and as such is personally familiar with all of the projects undertaken, or performed by the Corporation over the period of existence of the Corporation;

2.     The Corporation has no affiliation whatsoever with Pittman Construction Company, Inc., formerly owned by Albert Pittman, deceased, and members of his family.

3.     The Corporation installed flood gates on Sewerage and Water Board ("Board") Pump Station No. 6 on the 17th Street Canal, approximately three miles south of the east side break in the 17th Street Canal flood wall. The flood gates had nothing whatsoever to do with the failure and were built to specification and accepted by the Board long before Hurricane Katrina.

4.     The Corporation replaced the Gentilly Boulevard bridge over the London Avenue canal, approximately two miles south of the east side failure of the flood wall. The bridge had nothing whatsoever to do with the flood wall failure and was built to specification and accepted long before Hurricane Katrina. The Gentilly Boulevard bridge is still in use today.

5.     The Corporation installed flood gates at the Sewerage and Water Board Pump Station No. 4 on the London Avenue canal which is approximately three quarters of a mile north of the east side flood wall failure and approximately three quarters of a mile south of the west side failure of the flood wall. The flood gates had nothing to do with the flood wall failures and were built to specification and accepted by the Board long before Hurricane Katrina.

6.     Flood gates are solely and only for the purpose of permitting the operators, if on duty, to prevent back flow into the canals through the pumps. None of the gates failed mechanically.

EXHIBIT

EXHIBIT

A

7.    All of the above statements are based upon my personal knowledge, information,

and belief.

CHARLES R. PITTMAN

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23rd DAY
OF March 2006.

NOTARY PUBLIC

Notary ID#

My commission expires: at death

**TASK FORCE GUARDIAN - 17th Street Canal**




STEP 1                                    STEP 4

Procedure

1. Saw cut and remove 4'x 4' sections of concrete floodwall for testing (each side of breach).
2. Demolish and remove 6' of remaining concrete floodwall to expose top of sheetpile (each side of breach).
3. Survey elevations of top of sheetpile wall (each side of breach).
4. Remove sections of sheetpile wall for testing and measurement (each side of breach).

## 17th Street Canal

As one of New Orleans' major storm water drainage canals, the 17th Street Canal drains about 18 square miles from Orleans and Jefferson Parishes. The canal is part of the Corps of Engineers' Lake Pontchartrain and Vicinity Hurricane Protection Project and is owned, operated and maintained by two local sponsors: the Orleans Levee District, and the East Jefferson Levee District.

The 2.4-mile-long, 220-ft-wide canal starts at Pump Station No. 6 at Highway 610 and empties into Lake Pontchartrain. The canal's sides are formed by an earthen levee with a top elevation that varies from 5.5 feet to 11 feet above sea level. The top of the flood wall on the canal embankment varies from elevation 11 to 15 feet above sea level.

4/14/2006  6:51:52 AM



# STATE OF LOUISIANA

# PARISH OF ORLEANS

## <u>CERTIFICATE OF AUTHENTICITY</u>

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1. Page 1 of DD Form 2626 for Contract Number DACW-29-00-C-0073 with Block 11 redacted*;

2. Memo For C/Const Div, dated 12 Dec 95, Regarding Acceptance of Contract Number DACW29-93-C-0071;

3. Page 1 of DD Form 2626 for Contract Number DACW-29-94-C-0003 with Block 11 redacted*;

4. Memo For C/Contracting Division, dated 23 Apr 99, Regarding 12/3/97 completion of Contract Number DACW-29-95-C-0093;

5. Page 1 of DD Form 2626 for Contract Number DACW-29-97-C-0029 with Block 11 redacted*;

6. Page 1 of DD Form 2626 for Contract Number DACW-29-98-C-0022 with Block 11 redacted*;

7. Page 1 of DD Form 2626 for Contract Number DACW-29-98-C-0050 with Block 11 redacted*;

8. Page 1 of DD Form 2626 for Contract Number DACW-29-98-C-0082 with Block 11 redacted*;

9. Page 1 of DD Form 2626 for Contract Number DACW-29-99-C-0005 with Block 11 redacted*;

10. Page 1 of DD Form 2626 for Contract Number DACW-29-99-C-0025 with Block 11 redacted*.

---

* Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.

**EXHIBIT**

Dianne Allen further declared that on the 4th day of _April_, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 4th day of _April_, 2006.

_Dianne Allen_

Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

_FREDERICK V. WALLACE_

_MELANIE JUNKUR_

_Daryl G. Glorioso_
Notary Public

My commission expires at death.

DARYL G. GLORIOSO
NOTARY PUBLIC
(LA BAR ROLL 17956)
PARISH OF JEFFERSON - STATE OF LOUISIANA
My Commission Is Issued For Life



CEMVN-CD-CS (1180-1-12)                                            23 Apr 99

MEMORANDUM THRU District Counsel

FOR C/Contracting Division, ATTN:   CEMVN-CT-R

SUBJECT:  Contract Number DACW29-95C0093, Lake Pontchartrain, Louisiana
and Vicinity, Floodproofing Veterans Boulevard Bridges over 17th Street Canal, Orleans and Jefferson Parishes,
Louisiana

1.      Enclosed is the 30th and final payment estimate. The contract was physically completed 12/3/97. Total
earnings are $4,114,473.73.  A copy of the contractor's Release of Claims is attached.

2.  There was no Government furnished property to the contractor.

3.  The official pay estimate file is attached for the inclusion in Contracting Division's official file.

4.  POC is      Judith Ulm, ext. 2944.

Encls                                      *Bruce A. Terrell*
1. Final Pay Estimate
2. Release of Claims                       Bruce A. Terrell
                                           Acting Chief, Construction Division

CF: w/encl 2
CEMVD-ET-CC                                 CEMVD-CT-R (D.Pecoul) w/Pay Est File
CEMVN-CD-Q                                  CEMVD-CD (Basurto) w/Encl 1
CEMVN-CD-QS                                 CEMVN-PM-P (Demma)
CEMVN-CD-C (B. Windham)                     CEMVN-PM-E (Carr) w/Encl 1
CEMVN-CD- NO                                CEMVN-OD (Breerwood )w/Encl 1

Account No.      BEC21   $2,052,933.38
                 BEC23   $753,540.35
                 FWC23  $1,308,000.00
                 Total:   $4,114,473.73

TO  C/F&A Br                 FROM  Counsel          DATE  4 May 99

All payrolls on subject contract have been reviewed by personnel of
the New Orleans Area Office and final review has been made by the
Office of Counsel.  It appears that the contractor has satisfactorily
complied with the contract labor standards provisions.  No labor
complaints are known to exist insofar as this office is concerned.
Accordingly, final payment to the contractor appears to be in order.

                              *Denise D. Frederick*
                              DENISE D. FREDERICK
                              Deputy District Counsel

FINANCIALLY
COMPLETE

MAY 0 4 1999

Observations made at the breach at the 17th Street Canal show that the most likely cause of breach is due to a soil foundation failure. Figure VI-1 is an aerial photo showing an approximately 450-foot breach in the floodwall along the east side of the 17th Street Outfall Canal south of the old Hammond Road bridge. Figure VI-2 shows that a section of levee has moved more than 40 feet inward to the land side. It appears the remaining levee section making up the breach was washed away by the water flowing through the breach. In the photograph in Figure VI-3, the top of the I-wall section of the floodwall in the breach can be seen adjacent to the levee section that moved into the land side.

Before the construction of the emergency closure of the breach, a transverse multi-beam sonar survey of the surface of the canal bottom and breach was conducted, Figure VI-4. The survey revealed that the crest of the levee on the canal side was still present after the breach, Figure VI-5. Figure VI-6 shows a close-up of the profile at Station 11+50. It shows that the breach started at or near the floodwall and moved laterally under the land side portion of the levee at or near the elevation of the tip of the sheet pile.



Figure VI-1.   Aerial photograph of the 17th Street Canal breach looking south from Old Hammond Road bridge

Eustis Exhibit 2.10
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

**1.** Expansion of S&WB Drainage Pump Station No. 6 located at south end of 17th Street Canal in 1985. Added 2 new horizontal pumps to west end of pump station, modified floodwalls at tie-in to pump station, constructed new frontal protection floodwall at four vertical pumps, added new swing gates to floodwall at NSRR east and west of canal at discharge side of DPS No. 6.

**2.** Construction of new Canal Street Canal Pump Station discharge piping across 17th Street Canal floodwall including new stilling basin in canal in 1992 in the Canal Street right-of-way on the west side of the 17th Street Canal.

**3.** Construction of new T-Wall Floodwall, discharge piping and stilling basin for the NSRR/I-10 Drainage Pump Station in 2004 on east side of 17th Street Canal in the south right-of-way of I-10.

**4.** Construction of a new sheet pile bulkhead to protect the Bruning House from wave damage on the west side of the 17th Street Canal, which is the other side of the canal from the breach, at the north end of the canal in 2000.

BURK-KLEINPETER, INC.
ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL STREET, NEW ORLEANS, LA 70119
(504) 486-5901 · FAX (504) 488-1714

EXHIBIT
J

EXHIBIT



**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL AND MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157

23 July 1993

Burk-Kleinpeter, Inc.
Engineers, Architects,
Planners, Environmental Scientists
4176 Canal Street
Post Office Box 19087
New Orleans, Louisiana 70179

Attention Mr. William Giardina
FAX 488-1714

Gentlemen:

Revised Cross-Sections
London Avenue Outfall Canal
Proposed I-Walls and T-Walls
Mirabeau Avenue to Leon C. Simon Boulevard
New Orleans, Louisiana

We have performed additional geotechnical analyses of the revised
cross-sections for the subject project.

According to Suresh Shah, it is desirable to construct the levee
crown to a uniform elevation.  To accomplish this, the levee crown
on the canal side of the I-wall will be raised 2 feet to match the
elevation of the levee crown on the land side of the I-wall.

Reference is made to Figure 4 of our letter report dated 19 May
1993.  According to Mr. Shah, the canal side levee crown will be
raised to el 5 (NGVD) and el 4.5 throughout Soil Reaches 1 and 2,
respectively.  The additional load imposed by the raised levee
crown will reduce the slope stability factors of safety from 1.33
to 1.27 in Soil Reach 1, and from 1.24 to 1.18 in Soil Reach 2.

To improve the slope stability factors of safety to 1.30 for the
revised cross-sections, an additional resisting force of 535 plf in
Soil Reach 1 and 3011 plf in Soil Reach 2 must be provided by the
portion of the I-wall embedded below the critical failure planes at
el -12 and -16, respectively.  In Soil Reach 1, the recommended
sheetpile embedment to el -16 will provide the additional resisting

- 1 -



EXHIBIT

EE014921

**Burk-Kleinpeter, Inc.**                                    23 July 1993

force of 535 plf.  Therefore, we do not believe that a sheetpile
tip embedment deeper than el -16 is necessary.

In Soil Reach 2, the recommended sheetpile penetration of el -18
will provide an additional resisting force of only 783 plf.   Our
computations further indicate that the sheetpile tip embedment must
be extended to el -22 in order to provide an additional resistance
of at least 3011 plf.  The sheetpiles must be structurally capable
of transmitting the force of 3011 plf in shear.

If we can be of further assistance or you require further
information, do not hesitate to contact us.

                          Yours very truly,

                          EUSTIS ENGINEERING COMPANY, INC.


                          WILLIAM W. GWYN, P.E.

WWG:bh

EE 12464

STATE OF LOUISIANA
WILLIAM W. GWYN
REG. NO. 14601
REGISTERED
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING

- 2 -

EE014922

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

<u>**CERTIFICATE OF AUTHENTICITY**</u>

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1.    Page 1 of DD Form 2626 for Contract Number DACW-29-94-C-0079 with Block 11 redacted[*].

Dianne Allen further declared that on the 16th day of May, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 16th day of May, 2006.

Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

Frederick Wallace                    Melanie Junker

Notary Public
My commission expires at death.
MIKE HAYS
Attorney - Notary Public
My Commission Is For Life
# 6700

EXHIBIT

[*] Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. Contract Number DACW2994C0079 |
|---|---|
| | 2. DUNS Number 09455432G |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION [ ] INTERIM [X] FINAL [ ] AMENDED | 4. TERMINATED FOR DEFAULT [ ] |
|---|---|

| 5. Contractor (Name, address and ZIP code) B & K Construction Company, Inc. 1905 Highway 59 Mandeville, LA 70448 US Prime Contractor | 6A. PROCUREMENT METHOD [X] SEALED BID [ ] NEGOTIATED |
|---|---|
| | 6B. TYPE OF CONTRACT [X] FFP [ ] COST REIM [ ] OTHER |

7. Description and Location of Work

Lake Pontchartrain, Louisiana and Vicinity, High Level Plan, London Avenue
Outfall Canal, Parallel Protection, Mirabeau Avenue to Robert E. Lee
Boulevard, West Bank, Mirabeau Avenue to Leon C. Simon Boulevard, East Bank
Floodwall, Orleans Parish, Louisiana

8. Type and Percent of Subcontracting

      a. Gill's Crane and Dozer Service, Inc. - Sheet Pile Driving; 10%
      b. Walter J. Barnes Electric Co., Inc. - Relocation of Feeder Lines; 9%
            SEE ATTACHED

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
|---|---|---|---|---|
| | $ 4,554,500.00 | $ 51,338.98 | $ 0.00 | $ 4,590,397.20 |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 11 JUL 94 | 07 FEB 96 | 31 OCT 96 | 31 OCT 96 |

## PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

███████████████████████████████████████████

### 12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-1200 Autovon - |
|---|---|

| C. Name and Title CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE | D. Signature *Chester Ashley* | E. Date 06 NOV 96 |
|---|---|---|

### 13. EVALUATION REVIEWED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-2235 Autovon - |
|---|---|

| C. Name and Title RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | D. Signature *Bruce O. Terrell* | E. Date 11/13/96 |
|---|---|---|

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)      DD FORM 2626



**EUSTIS ENGINEERING COMPANY, INC.**
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

5 April 2002

Sewerage & Water Board of New Orleans
c/o Brown Cunningham & Gannuch, Inc.
2701 Kingman Street
Metairie, Louisiana 70006

Attention Mr. Dan Marsalone

Gentlemen:

Piezometer Observations
Sewerage & Water Board of New Orleans
Piezometer Installations at Pump Station No. 4
London Avenue Canal
New Orleans, Louisiana
Eustis Engineering Project No. 16329

Four piezometer wells (MW-1 through MW-4) were completed in the beach ridge sand deposits at the project site during February 2000. These piezometers were completed to depths varying between 30 and 35 feet beneath the ground surface. The locations of the piezometers are given on Enclosure 1.

Piezometer Abandonment

Piezometers MW-2 and MW-4 were plugged and abandoned on 6 August 2001 in accordance with Louisiana Department of Transportation and Development guidelines. The plastic piezometers were drilled out by wet rotary methods and the bore holes sealed by the tremie method with cement-bentonite grout.

Well Readings

Manual readings, taken through 2 April 2002 at Piezometers MW-1 and MW-3, are given on Enclosure 2. Manual readings and Levelogger readings for these wells are provided on Enclosures 3 and 4. Manual readings are identified as MW. Levelogger readings are identified as PW.

- 1 -

**EXHIBIT**
Eustis Exhibit 3.3
Berthelot
U.S.A. CJ No. 094-18

Sewerage & Water Board of New Orleans
c/o Brown Cunningham & Gannuch, Inc.
5 April 2002

Eustis Engineering Company, Inc., will discontinue reading water levels and will remove
the Leveloggers from MW-1 and MW-3. Please provide a survey to determine the latitude
and longitude of Wells MW-1 and MW-3 so that Eustis Engineering can register the wells
with LaDOTD.

If you have any questions or require further information, please do not hesitate to contact
us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

THOMAS H. STREMLAU, P.E.

SRS:mcp/aln

Enclosures 1 through 4

- 2 -

EE005865



PUMP STATION

ENTRY TO
PUMP STATION

● WELL 1

WARRINGTON

● WELL 2

PRENTISS STREET
NEUTRAL GROUND

● WELL 3

WICKFIELD DR.

WELL 4
SIDEWALK

NOT TO SCALE

LOCATION OF WELLS

SEWERAGE & WATER BOARD OF NEW ORLEANS
PIEZOMETER INSTALLATIONS AT PUMP STATION NO. 4
LONDON AVENUE CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING COMPANY, INC.

ENCLOSURE 1

EE005866

**PARTNERS**

J. BRES EUSTIS
REG. C. E.

CHARLES A. BRAGG (1918-1979)
REG. C. E.

JOHN W. ROACH, JR.
REG. C. E.

GERALD A. BRAGG
REG. C. E.

LLOYD A. HELD, JR.
REG. C. E.

**OFFICERS**

EUSTIS ENGINEERING CO., INC.
ASSOCIATED WITH
EUSTIS ENGINEERING CO.
CHAIRMAN OF THE BOARD
J. BRES EUSTIS
PRESIDENT
JOHN W. ROACH, JR.
CORP. VICE-PRESIDENT AND
CHIEF ADMINISTRATIVE OFFICER
GERALD A. BRAGG
VICE PRESIDENT AND
CHIEF ENGINEER
LLOYD A. HELD, JR.

## EUSTIS ENGINEERING COMPANY

SOIL AND FOUNDATION CONSULTANTS

BORINGS • TESTS • ANALYSES
3011 28T STREET
METAIRIE, LOUISIANA 70002
P. O. BOX 8706
METAIRIE, LOUISIANA 70011
PHONE (504) 834-0157

5 November 1980

Pepper and Associates, Inc.
Consulting Engineers
3012 26th Street
Metairie, Louisiana   70002


Attention   Mr. Jerome Pepper


Gentlemen: .

Estimated Cost for Professional Soil Engineering Services
Proposed Floodwall Expansion
West Bank of Inner Harbor Navigation Canal at Florida Avenue
New Orleans, Louisiana


In accordance with your request of 5 November 1980, we are
submitting our estimated cost for performing a subsoil
investigation for the subject project.

### SOIL BORINGS

It is recommended that a total of two (2) undisturbed sample
type soil test borings be drilled to a depth of 80 feet each
below the existing ground surface.  We propose to drill the
soil borings with one of our truck mounted rotary type drill
rigs.   Undisturbed samples of cohesive or semi-cohesive soils
will be obtained at close intervals or change in stratum
using a 3-in. diameter thinwall Shelby tube sampling barrel.
Cohesionless soils, when encountered, will be sampled during
the performance of Standard Penetration Tests.  All samples
will be preserved in moisture proof containers for preservation
prior to laboratory testing.

### SOIL MECHANICS LABORATORY TESTS

Samples obtained from the borings will be subjected to soil
mechanics laboratory tests consisting principally of natural
water content, unit weight and unconfined compression shear.

- 1 -



)7844

Pepper and Associates, Inc.                5 November 1980

## SOIL ENGINEERING ANALYSIS AND REPORT

Based on the results of the soil borings and laboratory test
data, we will prepare a soil engineering report of findings
and recommendations which will include a boring location plan,
individual logs of borings, summary of laboratory test data,
discussion of ground water conditions, pile load capacities
for various embedments of 12 and 14-in. diameter pipe piles,
and 12, 14 and 16-in. square precast, prestressed concrete
piles, estimated depths for sheet pile cutoff wall, and
recommended values of the subgrade modulus.

## ESTIMATED COST

We propose to charge for the subsoil investigation on a unit
price basis in accordance with the schedule of fees shown on
Enclosure 1, Sheets 1 through 4, entitled "Fees for Professional
Engineering Services, Subsoil Investigations," dated April 1980
and in accordance with the provisions shown on Enclosure 1,
Sheets 5 through 7, entitled "General Conditions for Professional
Engineering Services, Subsoil Investigations," dated October 1980.

Based on our experience on jobs of a similar scope of work,
it is estimated that the overall cost for the soil borings,
laboratory tests and soil engineering analysis and report of
findings and recommendations will be on the order of $3,100.00.
This estimated cost assumes that the borings will be accessible
to truck mounted equipment.

Thank you for asking us to prepare this proposal for professional
soil engineering services. We look forward to working on this
project. If you are in agreement with this proposal, please
execute all of the furnished copies below and on Sheet 7 of
Enclosure 1 and return one copy for our files.

Yours very truly,

EUSTIS ENGINEERING COMPANY

LAH:rb                              By Lloyd A. Held, Jr.
Enclosure (7 Sheets)

ACCEPTED BY:_____

TITLE:_____

DATE:_____

- 2 -

EE004592

Page 49 of 58

07844

### EUSTIS ENGINEERING COMPANY
Soil and Foundation Consultants

### FEES FOR PROFESSIONAL ENGINEERING SERVICES
SUBSOIL INVESTIGATIONS

Fees for soil test borings, soil mechanics laboratory tests, consulting, engineering analyses and reports of recommendations are on a unit price basis. Charges for marine equipment, clearing and/or matting to reach the boring locations, and any detailed survey work required for accurately locating the borings are either on a unit price or direct cost basis plus ten (10) percent. These various prices are as follows.

(1)  MOBILIZATION (per mile)
Mobilization and demobilization of our drilling equipment and personnel from New Orleans area to the job site and return. Prices per mile round trip for mobilization depend on the number of equipment and personnel assigned to the individual job.

| Number of Personnel | With Soil Technician | Without Soil Technician |
|---|---|---|
| 2 | $2.00 | $1.80 |
| 3 | 2.65 | 2.45 |
| 4 | 3.10 | 2.90 |
| 5 | 3.55 | 3.35 |

(2)  SOIL BORINGS (three-man crew and a Soil Technician)
Undisturbed soil test borings with 3-in. thinwall sampling every 5 feet or change in cohesive materials, including Standard Penetration Test with a 2-in. splitspoon sampler in cohesionless materials.**

| | Price Per Linear Foot As Measured From Surface Of: | | |
|---|---|---|---|
| Boring Depth In Feet | Land | Marsh or Swamp | Water (Excluding Offshore) |
| 0 to 100 | $ 8.95 | $12.80* | $15.05* |
| 100 to 150 | 10.30 | 13.85* | 16.30* |
| 150 to 200 | 11.55 | 15.35* | 18.10* |
| 200 to 250 | 13.15 | 17.30* | 20.15* |
| 250 to 300 | 15.25 | 19.50* | 22.40* |
| 300 to 350 | 17.70 | 22.05* | 24.95* |
| 350 to 400 | 20.90 | 25.35* | 28.20* |

(3)  OFFSHORE BORINGS
Undisturbed soil test borings drilled in offshore waters with rig mounted on fixed drilling platform including intermittent sampling of the various strata.**
Prices Furnished on Request.
NOTE:
In water depths of 200 feet or greater, it will be necessary for the client to furnish and set sufficient casing of a size and strength to permit drilling and sampling operations to continue without undue delay to depths required by the client.

*Plus direct cost plus ten (10) percent for marine or marsh equipment (See Item 11); mobilization and demobilization; costs for rigging up & rigging down (See Item 13).
**Preparation of reports of findings, to include logs of borings, laboratory test results, and engineering analyses shall be billed for separately.

APRIL 1980             Enc. 1, Sheet #1            **EUSTIS ENGINEERING COMPANY**
                                                   **SOIL AND FOUNDATION CONSULTANTS**
                                                   **METAIRIE, LOUISIANA**

**(4)** **SPECIAL DRILLING** (three-man crew and a Soil Technician)

(a) Borings made according to specialized specifications or time
consuming methods –                                                        $130.15 per hour
(b) Wash borings in conjunction with undisturbed borings –                 5.45 per lin ft
(c) Sealing borings (plus cost of cement and drilling mud) –               130.15 per hour
(d) Installation of special in-situ measuring devices such as
piezometers, inclinometers, pore pressure transducers
and extensometers (plus cost of materials plus
10 percent) –                                                            130.15 per hour
(e) Shallow auger borings made by hand operations (2-man
crew and a Soil Technician with personnel carrier) –                     641.20 per day

**(5)** **TRAVEL TIME** (hourly rate)
From office, or place of lodging, to site and return –

| Number of Personnel | With Soil Technician | Without Soil Technician |
|---|---|---|
| 2 | $ 61.75 | $ 53.15 |
| 3 | 80.15 | 71.55 |
| 4 | 98.55 | 89.95 |
| 5 | 116.95 | 108.35 |

**NOTE:**
When drilling on a linear foot price basis, one hour of travel time daily is
included in the boring unit price for each drill crew.

**(6)** **CONSULTING, PLANNING AND ENGINEERING ANALYSES**
Consulting, planning, site reconnaissance, soil engineering analyses and
computations, preparation of soil engineering reports of findings and
recommendations as per the following per diem sliding scale –

Principals –                                           $560.00 per day
Principal Engineers –            $440.00 to  530.00 per day
Senior Engineers –                340.00 to  410.00 per day
Engineers –                       275.00 to  325.00 per day
Associate Engineers –             250.00 to  280.00 per day
Assistant Engineers –             230.00 to  260.00 per day
Draftsmen –                       120.00 to  220.00 per day
Secretaries –                      12.50 to   18.75 per hour
Special Field
Reconnaissance or
Field Supervision –               270.00 to  450.00 per day
Computer Rental –                            0.10 per second

**(7)** **AUTOMOBILE EXPENSES**
$20.00 per day plus $0.25 per mile or direct rental cost plus 10 percent.

**(8)** **CLEARING**
Bulldozer, if necessary, plus timber and crop damage – Direct Cost Plus
10 Percent.

**(9)** **LAND SURVEYS**
Land survey work required for detailed location of borings
and ground surface elevations –                          Direct Cost Plus 10 Percent

---

**APRIL 1980**            Enc. 1, Sheet #2            **EUSTIS ENGINEERING COMPANY**
                                                      **SOIL AND FOUNDATION CONSULTANTS**
                                                      **METAIRIE, LOUISIANA**

(10) LIVING EXPENSES
For engineering personnel -                                   Direct Cost
For drilling personnel (per man) -                            $ 36.70 per day

(11) MARINE EQUIPMENT
Marine equipment varies with job sites. For tug and barge,
the direct cost is on the order of $1000 to $1200 per day, and
for marsh buggy and pontoons, the direct cost is at least
$400 per day -                                     Direct Cost Plus 10 Percent

(12) MATTING AND/OR MOVING
Matting and clearing to and from boring locations or moving
and traveling between boring locations -                      $130.15 per hour

(13) RIGGING UP AND RIGGING DOWN
Rigging up and rigging down of marine equipment for water,
marsh or swamp borings to include time assembling and
loading equipment (average 4-man crew and equipment) -       $121.55 per hour

(14) AVERAGE HOURLY UNIT RATES
Average drilling crew rate dependent on the number of
personnel and equipment utilized -

| Equipment or | With Soil Technician | | Without Soil Technician | |
|---|---|---|---|---|
| Personnel | Regular Time | Overtime | Regular Time | Overtime |
| Drill Rig | $ 20.00 | $ 20.00 | $ 20.00 | $ 20.00 |
| Water Truck | 11.60 | 11.60 | 11.60 | 11.60 |
| Personnel Carrier | 8.75 | 8.75 | 8.75 | 8.75 |
| 2 Crewmen | 53.00 | 79.50 | 44.40 | 66.60 |
| 3 Crewmen | 71.40 | 107.10 | 62.80 | 94.20 |
| 4 Crewmen | 89.80 | 134.70 | 81.20 | 121.80 |
| 5 Crewmen | 108.20 | 162.30 | 99.60 | 149.40 |

When equipment and personnel are offshore and unable to work due to bad
weather or high seas, standby rates will be charged for 8 hours for each
piece of equipment and the crew will be charged out at 8 hours regular
time and 4 hours overtime per day. Standby rates apply during the time
drilling equipment and personnel are in transit from point of loading to job
site and return. When crewmen are working over water and their time is being
charged by the hour, an additional $5.50 per hour per man will be charged for
marine insurance.

(15) SUPPLIES AND EQUIPMENT
Extra supplies and equipment beyond that normally used for drilling and
sampling operations; grouting material for sealing borings; special
in-situ measuring devices and freight -            Direct Cost Plus 10 Percent

(16) TRAVEL EXPENSES
Airplane, train, bus, etc. -                       Direct Cost Plus 10 Percent
NOTE:
Items 8, 9 and 11; If the client has marine or clearing equipment or
surveying personnel available to work with our crew, we will utilize
the client's resources.

APRIL 1980            Enc. 1, Sheet #3            EUSTIS ENGINEERING COMPANY
                                                 SOIL AND FOUNDATION CONSULTANTS
                                                 METAIRIE, LOUISIANA

## SOIL MECHANICS LABORATORY TEST PRICES

| | |
|---|---:|
| Angle of Repose | $ 6.65 |
| Atterberg Liquid and Plastic Limits (one point method) | 28.45 |
| Atterberg Liquid Limit only (one point method) | 16.25 |
| Atterberg Limits for Lime Stabilization - per specimen | 36.95 |
| California Bearing Ratio - per specimen | 88.75 |
| Compaction (Optimum Moisture) | 88.75 |
| Consolidation, Regular (2" diameter specimen) | 168.85 |
| Consolidation, Hysteresis Loop (2" diameter specimen) | 220.08 |
| Grain Size Analysis, Sieve or Hydrometer | 20.40 |
| Grain Size Analysis, Combined Sieve and Hydrometer | 40.80 |
| Maximum and Minimum Density (2" x 4" mold) | 38.70 |
| Organic Content | 24.85 |
| Permeability (2" diameter specimen) | 43.30 |
| Shear: | |
|   Consolidated Undrained One Point Triaxial Compression | 56.65 |
|   Consolidated Undrained Multiple Stage Triaxial Compression | 68.25 |
|   Consolidated Undrained Direct Shear - per specimen | 45.60 |
|   Consolidated Drained Direct Shear - per specimen | 95.65 |
|   Unconfined Compression | 22.70 |
|   Unconsolidated Undrained One Point Triaxial Compression | 26.95 |
|   Unconsolidated Undrained Multiple Stage Triaxial Compression | 38.70 |
|   Unconsolidated Undrained Direct Shear - per specimen | 36.35 |
| Shrinkage Limit | 24.85 |
| Specific Gravity (Absolute) | 39.00 |
| Swelling Pressure | 61.15 |
| Swelling Pressure, Percent of Swell - per point | 11.55 |
| Unit Weight Determination (Includes Water Content) | 13.05 |
| Vane Shear (Miniature) | 9.50 |
| Visual Classification and Water Content | 4.10 |

## SOIL MECHANICS FIELD TEST PRICES

In-Place Density, In-Place CBR, Miniature Vane Shear, Plate Bearing,
  Permeability and Unconfined Compression (3" high x 1.4" diameter):
  Prices Furnished on Request.

## SPECIAL LABORATORY SAMPLE PREPARATION AND SERVICES

| | |
|---|---:|
| Curves: | |
|   Time-Settlement - per curve | 11.95 |
|   Stress-Strain - per curve | 11.95 |
|   Mohr's Diagram - per curve | 11.95 |
| Extruding Tube Sample and Preserving for Test | 15.00 |
| Hand Remolding Specimen | 8.10 |
| Hand Trimming Test Specimen | 11.00 |
| Remolding and Compacting Specimen | 13.90 |

NOTE:

Prices for specialized consolidation, permeability or shear tests involving back
pressure procedure, pore pressure measurement, long duration test or different
size specimens are furnished on request. All shear tests include water content
and unit weight determinations and specimens are 3" in height by 1.4" in diameter.

---

APRIL 1980        Enc. 1, Sheet #4        **EUSTIS ENGINEERING COMPANY**
SOIL AND FOUNDATION CONSULTANTS
METAIRIE, LOUISIANA

## EUSTIS ENGINEERING COMPANY

### GENERAL CONDITIONS
### FOR
### PROFESSIONAL ENGINEERING SERVICES
### SUBSOIL INVESTIGATIONS

1.  INSURANCE AND INDEMNITY. We will carry the following liability insurance: workmen's compensation and employer's liability, comprehensive general liability, and comprehensive automobile liability, and we will furnish certificates of insurance on request. Within the limits and exclusions of such insurance, we agree to indemnify and save client harmless from all losses, claims, demands, causes of action, and suits arising out of our negligent acts or those of our officers, agents, employees, in performing at the worksite the services undertaken hereunder, in furnishing and using equipment and materials at the worksite, or in traveling to and from the worksite. If client's contract places greater responsibility upon us or requires further insurance coverage, we, if specifically directed by client, will take out additional insurance (if procurable) at client's expense. It is understood that we do not idemnify client for damage arising out of client's use of our data, advice, recommendations and reports under the above insurance. It is expressly understood that our indemnity commitments under this contract shall not exceed the amount and extent of coverage of our insurance.

2.  PAYMENT. Invoices will be submitted once a month for services performed during the prior month. Payment will be due on receipt of invoice.

3.  RECORDS. All pertinent records relating to services performed hereunder shall be retained for three years after completion of the work. The client shall have access to the records at all reasonable times during this period.

4.  RIGHT-OF-ENTRY. Unless otherwise agreed, client will furnish right-of-entry on the land for us to make the planned borings and surveys. We will take reasonable precautions to minimize damage by our equipment to the land and crops, but we have not included in our fee the cost of restoration or crop damage which may result from our operations. If client desires us to restore the land to its former condition and pay for crop damage, we will accomplish this and add the cost to our fee.

5.  SAMPLES. All samples of soil and rock will be discarded 60 days after submission of our report unless the client advises us otherwise. Upon request, we will ship the samples in accordance with client's instructions, at client's expense, or will store them for agreed upon charges.

6.  WARRANTY. The only warranty or guarantee made by Eustis Engineering Company in connection with its services performed hereunder is that we will use that degree of care and skill ordinarily exercised under similar conditions by reputable members of our profession practicing in the same or similar locality. No other warranty, expressed or implied, is made or intended by our proposal for consulting services or by our furnishing oral or written reports of the findings made.

OCTOBER  1980            Enc. 1, Sheet #5            **EUSTIS ENGINEERING COMPANY**
**SOIL AND FOUNDATION CONSULTANTS**
**METAIRIE, LOUISIANA**

EE004597
Page 54 of 58

EUSTIS ENGINEERING COMPANY

GENERAL CONDITIONS
FOR
PROFESSIONAL ENGINEERING SERVICES

SUBSOIL INVESTIGATIONS
(CONTINUED)

7.  UTILITIES.  If there are buried utilities in the area of our proposed operation the client will provide a location plan showing the existing utilities on the site where the explorations are to be made. We will use reasonable care and diligence to avoid the utilities as shown; however, client must agree to hold Eustis Engineering Company and its agents, officers, employees harmless for any damage which may be the result of inaccuracies in the plans or lack of plans relating to the location of underground utilities.

8.  DELIVERY.  It is agreed that Eustis Engineering Company will furnish its findings within a reasonable period of time. It is further understood that neither Eustis Engineering Company nor the client shall hold the other responsible for any delays which are caused by events which are beyond the control of the other, or of the other's employees or agents. Some of these considerations being, but not limited to, Acts of God (natural disasters), strikes, lockouts, accidents or other events of this nature.

9.  DISAVOWAL.  Eustis Engineering Company specifically disavows the responsibility for design or construction review services relating to the safety precautions of any contractors or sub-contractors who may be working on the project. It is specifically understood between Eustis Engineering Company and the client that Eustis Engineering Company will not be the supervising engineer of the project unless hired for that purpose.

FOR GENERAL CONDITIONS ITEMS 1 THROUGH 9

ACCEPTED BY: _____

TITLE: _____

DATE: _____

10. CHANGED CONDITIONS.  Should the description of the project and/or information furnished regarding the project that we are given at the time of the preparation of our letter of proposal be changed prior to the initiation of or during the job, our professional liability will be voided unless we acknowledge the change or changes in writing and these changes are taken into account in our work program and our final report. Also, if the scope of work described in our attached letter of proposal is not a scope of work which we recommended or to which we have agreed in principle, our professional liability is voided. If we are allowed to perform our recommended scope of work and the project description and furnished information does not change and if you follow our recommendations and conclusions, we will assume either unlimited or limited professional liability for our work. (See Paragraph 11)

OCTOBER 1980               Enc. 1, Sheet #6               EUSTIS ENGINEERING COMPANY
                                                          SOIL AND FOUNDATION CONSULTANTS
                                                          METAIRIE, LOUISIANA

J7844

EUSTIS ENGINEERING COMPANY

GENERAL CONDITIONS
FOR
PROFESSIONAL ENGINEERING SERVICES

SUBSOIL INVESTIGATIONS
(CONTINUED)

11. LIMITATION OF PROFESSIONAL LIABILITY. For any damage on account of any error, omission or other professional negligence, our liability will be limited to a sum not to exceed $50,000.00 or our fee, whichever is greater. In the event that client does not wish to limit our professional liability to this sum, as indicated by his signing his name in the appropriate place below, we agree to waive this limitation and client agrees to pay an additional consideration of 4 percent of our total fee or $200.00, whichever is greater. If the additional consideration is paid, the professional liability limitation stated above will be waived. If client does not indicate preference, LIMITED LIABILITY is assumed and agreed hereto.

ACCEPT LIMITATION OF LIABILITY _____ (Signature)

DO NOT ACCEPT LIMITATION OF LIABILITY _*Genne Pepper*_ (Signature)

OCTOBER 1980                     Enc. 1, Sheet #7                     **EUSTIS ENGINEERING COMPANY**
                                                                      **SOIL AND FOUNDATION CONSULTANTS**
                                                                      EUSTIS, LOUISIANA

07844

EE004599
Page 56 of 58

# PEPPER AND ASSOCIATES, INC.
## CONSULTING ENGINEERS
### 3012 26TH STREET
### METAIRIE, LOUISIANA 70002

JEROME PEPPER, P. E.

504: 837-7330

December 3, 1980

Eustis Engineering Company
P. O. Box 8708
Metairie, Louisiana   70011

ATTN: Mr. Lloyd Held

RE: Orleans Levee Board
Project No. 78-M-13-2
Floodwall and Floodgate
Construction
Florida Avenue I.H.N.C.

Dear Mr. Held:

By letter dated November 25, 1980, we have been authorized by the Orleans Levee District to proceed with the two (2) undisturbed sample type test borings as set forth in your Proposal dated November 5, 1980.

It is our understanding that the cost of this work is in the order of $3,100 plus $200 so that there is no limit placed on your liability. Please coordinate all activities with respect to the borings with Mr. Mehta of this office.

**RECEIVED**
**DEC  4 1980**
**EUSTIS ENGINEERING CO.**

| EUSTIS | ✓ | EUSTIS, C. | |
| ROACH | | EUSTIS, R. | |
| BRAGG | | BLUM | |
| HELD | ✓ | ELKINS | |
| LUNDSTROM | | LEBLANC | |
| ROTH | | 3TH/: | |
| NAPOLITANO | | | |
| BILLIE | | ROUSIE | |

Very truly yours,

PEPPER & ASSOCIATES, INC.

Jerome Pepper
President

JP/db
cc: Mr. L. Bodet

*New Job 7844*

*Put on rig schedule*



EXHIBIT

EE004590
Page 47 of 58

07844





**EUSTIS ENGINEERING**
GEOTECHNICAL ENGINEERS
3011 26th Street • Metairie, Louisiana 70002 • 504-834-0157

22 January 1990

Pepper and Associates
Consulting Engineers
3012 26th Street
Metairie, Louisiana 70002

Attention Mr. Brad Amaraneni

Gentlemen:

Comments on Letter Regarding Pile Order Lengths
Proposed Floodwall Expansion
West Bank of Inner Harbor Navigation Canal
At Florida Avenue
New Orleans, Louisiana

We have reviewed a letter dated 15 January 1990 from Mr. Charles R. Pittman of Pittman Construction Company, Inc., to Mr. Brad Amaraneni of Pepper and Associates regarding pile tip elevations/pile order lengths for the subject project. This letter is to confirm our verbal comments and recommendations regarding various items contained in the referenced letter.

Item A.1.    The order length of timber piles should be based on reaching a tip elevation of -38 C.D. instead of -35 C.D.  It should be noted that Test Pile TP-1 was driven to a tip elevation of -36 C.D.

Item A.2.c.  Recommended this be changed to read "Eustis Engineering will be notified in the event that (1) a driving resistance of 25 blows per foot is encountered above el -30 C.D., or (2) a driving resistance of at least 20 blows per foot is not encountered between el -35 and -38 C.D."

Item B.3.    Recommended adding "Eustis Engineering should be notified if a driving resistance of 90 to 100 blows per foot is encountered above el -38 C.D."

- 1 -



EE004618
Page 1 of 6

07844

**Pepper and Associates**                         22 January 1990

Item C.3.     Recommended a maximum driving resistance of 60 to 75
              blows per foot for 12-in. square concrete piles.

If you have any questions regarding this matter, please contact
us.

                              Yours very truly,

                              EUSTIS ENGINEERING

                              Lloyd A. Held, Jr.

L. J. Napolitano:bh

EE 7844

- 2 -

EE004619

Page 2 of 6

07844



STATE OF LOUISIANA

PARISH OF ORLEANS

I, **Stephen P. Bruno**, Custodian of Notarial Records.

Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true

and correct copy of    **Notice of Completion**

**BY:**    Sewerage and Water Board of New Orleans

**BTWN**    Pittman Contruction Company

**NA#**    949860

consisting of ___1___ pages

dated the    9th     day of   September, 1992     executed before

John Lambert, Jr     a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this     21st     day of    Apr-06

No. 013161

**Stephen P. Bruno**
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana



EXHIBIT





SIDNEY J. BARTHELEMY, President
HENRY A. DILLON, JR., President Pro-Tem.

# Sewerage & Water Board OF NEW ORLEANS

ADMINISTRATIVE SERVICES
Molly H. Barnard
Operations Administrator

625 ST. JOSEPH STREET
NEW ORLEANS, LA., 70165 · 585-2232

September 9,  1992

Recorder of Mortgages
Parish of Orleans
New Orleans, LA  70112

RE:  Contract 5123 - Pittman Construction Company, Inc.
                   Construction of Drainage Pumping
                   Station Number 19

TO WHOM IT MAY CONCERN:

    Please be advised that the Sewerage and Water Board of New
Orleans, at its regular monthly meeting September 9, 1992,
accepted as satisfactorily complete all work on the above re-
ferenced contract.  Said contract was duly recorded on February
24, 19892 as N.A. Number 791953, Instrument Number 54169.

    Should you require any further information regarding this
matter, please contact Michelle Colbert of my office at 585-2472.

    Thank you for your assistance.

                                   Sincerely./

                                   Harold J. Gorman
                                   Executive Director

Sworn to and Subscribed before me this

 9th          day of  September          , 1992

Notary Public (JOHN D. LAMBERT, JR.)

HJG/MC/imj

cf:RECO5123

INSTR. No. 180948
MORTGAGE OFFICE
PARISH OF ORLEANS

Board: SIDNEY J. BARTHELEMY · HENRY A. DILLON, JR · BENJAMIN EDWARDS, SR. · JOSEPH I. GIARRUSSO · CAROLYN H. HARRIS · WILLIAM A. HOLTON, JR.
ITER · ALDEN J. LABORDE · KATHERINE RUSSO MARALDO · JOHN MEGHRIAN · JAMES M. SINGLETON · JAMES W. STROUGHTER · DOROTHY MAE TAYLOR
"An Equal Opportunity Employer"



## EUSTIS ENGINEERING COMPANY, INC.
**GEOTECHNICAL ENGINEERS**
**CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING**
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / Web Site: eustisengineering.com

8 June 2000

U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160-0267

Attention Ms. Elois Evans
PN 862-2874
FN 862-2889

Ladies and Gentlemen:

Proposal for Professional Geotechnical Services
U.S. Army Corps of Engineers
Inner Harbor Navigation Canal to Paris Road
Chalmette Area and Citrus Back Levees and
The St. Rose Drainage Structure
Contract No. DACW29-98-D-0003
Work Pack No. 48

In accordance with your request, Eustis Engineering Company, Inc., is submitting its proposal to provide geotechnical services for the referenced project.

Laboratory tests required for this project will include 113 Atterberg liquid and plastic limits and water content, 13 unconfined compression, 70 unconsolidated undrained shear (Q), and 33 consolidation.

-1-



EXHIBIT

EE004838

**U.S. Army Corps of Engineers**                                    8 June 2000

We understand Eustis Engineering is to complete the tests within forty-five calendar days after receipt of the samples. All required testing and plots should be furnished to the U.S. Army Corps of Engineers no later than seven days after the tests are completed.

Based on the scope of services provided, we estimate these costs will be on the order of $19,411.01. A breakdown of this cost estimate is enclosed for your review.

Thank you for asking us to prepare this proposal for professional geotechnical services. We look forward to working with you on this project. Should you have any questions or comments, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:aln

Enclosure

-2-

EE004839

# ORDER FOR SUPPLIES OR SERVICES

| | PAGE 1 OF |
|---|---|
| | 5 |

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. | 2. DELIVERY ORDER/ CALL NO. | 3. DATE OF ORDER/CALL | 4. REQ./ PURCH. REQUEST NO. | 5. PRIORITY |
|---|---|---|---|---|
| DACW29-96-D-0003- | 0049 | 2000Jun14 | W42HEM01617992 | |

| 6. ISSUED BY | CODE | ISSUE1 | 7. ADMINISTERED BY (If other than 6) | CODE | | 8. DELIVERY FOB |
|---|---|---|---|---|---|---|

6. ISSUED BY
US ARMY ENGR DIST NEW ORLEANS
PO BOX 60267

NEW ORLEANS, LA 70160-0267

7. ADMINISTERED BY
SEE ITEM 6

8. DELIVERY FOB
[X] DEST
[ ] OTHER

(See Schedule if other)

| 9. CONTRACTOR | CODE | 0GPR6 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|---|---|

9. CONTRACTOR
EUSTIS ENGINEERING COMPANY INC
LOYD A HELD JR
3011 26TH STREET
METAIRIE LA 70002

12. DISCOUNT TERMS

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL DISADVANTAGED
[ ] WOMEN-OWNED

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 15

| 14. SHIP TO | CODE | 15. PAYMENT WILL BE MADE BY | CODE | PAY13 |
|---|---|---|---|---|

14. SHIP TO
SEE SCHEDULE
ATTN:

15. PAYMENT WILL BE MADE BY
USAED NEW ORLEANS FINANCE CENTER
ATTN: CEFO-AO-P
5722 INTEGRITY DRIVE

MILLINGTON, TN 38054-5005

MARK ALL
PACKAGES AND
PAPERS WITH
IDENTIFICATION
NUMBERS IN
BLOCKS 1 AND 2.

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated ____ Furnish the following on terms specified herein. |

16. TYPE OF ORDER

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME.

| NAME OF CONTRACTOR | SIGNATURE | TYPED NAME AND TITLE | DATE SIGNED (YYYYMMDD) |
|---|---|---|---|

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

See Schedule

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUANTITY ORDERED/ ACCEPTED* | 21. UNIT | 22. UNIT PRICE | 23. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

* If quantity accepted by the Government is same as quantity ordered, indicate by X. If different, enter actual quantity accepted below quantity ordered and encircle.

| 24. UNITED STATES OF AMERICA | 25. TOTAL | $19,411.01 |
|---|---|---|

BY: _____ CONTRACTING / ORDERING OFFICER

| 29. DIFFERENCES | |
|---|---|

| 26. QUANTITY IN COLUMN 20 HAS BEEN | 27. SHIP NO. | 28. DO VOUCHER NO. | 30. INITIALS |
|---|---|---|---|
| [ ] INSPECTED [ ] RECEIVED [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | [ ] PARTIAL [ ] FINAL | 32. PAID BY | 33. AMOUNT VERIFIED CORRECT FOR |

DATE _____ SIGNATURE OF AUTHORIZED GOVT. REP.

31. PAYMENT

34. CHECK NUMBER

36. I certify this account is correct and proper for payment.

[ ] COMPLETE
[ ] PARTIAL
[ ] FINAL

DATE _____ SIGNATURE AND TITLE OF CERTIFYING OFFICER

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD Form 1155, JAN 1998 (EG)        PREVIOUS EDITION MAY BE USED.

EXHIBIT

SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 1.00 | Lump Sum | $19,411.01 | $19,411.01 |

FFP - Perform Unconsolidated-Undrained shear (Q) tests, Unconfined
Compression tests, Consolidation tests, Atterberg limits and water content
determinations for IHNC to Paris Road - Chalmette Area and Citrus Back
Levees and the St. Rose Drainage Structure in accordance with the contract
terms and conditions, the attached Scope of Work, and this task order.  Task
Order completion date is 31 Jul 2000.  PR&C number is W42HEM01617992.
PURCHASE REQUEST NUMBER W42HEM01617992

| | | | |
|--|--|--|--|
| | MAX NET AMT GUARANTEED MIN AMOUNT | | $19,411.01 |

DACW29-98-D-0003
0049
Page 3 of 5

SECTION E Inspection and Acceptance

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|------|-----------|-----------|-----------|-----------|
| 0001 | N/A | N/A | N/A | N/A |

EE004834

DACW29-98-D-0003
0049
Page 4 of 5

SECTION F Deliveries or Performance

DELIVERY INFORMATION

| CLINS | DELIVERY DATE | UNIT OF ISSUE | QUANTITY | FOB | SHIP TO ADDRESS |
|-------|---------------|---------------|----------|-----|-----------------|
| 0001 | POP 14-JUN-00 TO 31-JUL-00 | Lump Sum | 1.00 | Dest. | |

EE004835

DACW29-98-D-0003
0049
Page 5 of 5

SECTION G Contract Administration Data

ACCOUNTING AND APPROPRIATION DATA

AA:              96 x 3122.0000 B2 X 08 2412 009350   96162 2520 002WZZ                    000000000000
AMOUNT.          $17,406.26


AB:              96x3122.0000 B2 X 08 2412 009350   96162 2520 002W0S                      000000000000
AMOUNT:          $2,004.75

EE004836

# SCOPE OF WORK

### Work Packet #48

Unconsolidated-Undrained shear (Q) tests, Unconfined Compression tests, Consolidation tests, Atterberg limits and water content determinations for IHNC to Paris Road – Chalmette Area and Citrus Back Levees, and the St. Rose Drainage Structure

### TESTING

1. **Basic Data and Support.** The Contractor shall perform the soil tests described below on soil samples delivered by the Government to the Contractor's testing laboratory.

2. **Contract Requirements.** The Contractor shall provide all required personnel and equipment to perform 113 Atterberg Limits and water content tests, 14 Unconfined Compression tests, 70 Unconsolidated-Undrained shear (Q) tests (three point), and 33 Consolidation tests for the IHNC to Paris Road – Chalmette Area and Citrus Back Levees, and the St. Rose Drainage Structure (Boring #3-SCDSU). The Contractor shall complete the tests within forty-five (45) calendar days after receipt of the samples. The test data and plots of the test data shall be furnished to the Government not later than seven (7) calendar days after the tests are completed. The Contractor shall discard all soil samples fourteen (14) days after the test data is furnished to the Government, unless the Government directs the Contractor to do otherwise.

EE004837



# EUSTIS ENGINEERING COMPANY, INC.
### GEOTECHNICAL ENGINEERS
### CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0364 / Web Site: eustiseengineering.com

22 September 2000

U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160

Attention Mr. Shung Kwok Chiu

Gentlemen:

Results of Laboratory Tests
U.S. Army Corps of Engineers
Inner Harbor Navigation Canal to Paris Road
Chalmette Area and Citrus Back Levees
and the St. Rose Drainage Structure
Contract No. DACW29-98-D-0003
Work Packet No. 48
Eustis Engineering Job No. 16522

Enclosed are copies of the results of laboratory tests performed to date on samples for the subject project. The samples were taken from Boring Numbers 1A-CAU, 5A-CAU, 9A-CAU, 3-CBUA, 7-CBUA, 8-CBUA, 9-CBUA, and 3-SCDSU.

Thank you for asking us to perform these services. If you have any questions, please do not hesitate to call.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:ken/aln

Enclosures



EE004775

**SUMMARY OF LABORATORY TEST RESULTS**

Project: U.S.A.C.E. - IHNC TO PARIS ROAD, CHALMETTE AREA - ORLEANS PARISH,  LAssigned By: LAH

Current Date: 9/13/2000

Project Number: 16522
Boring: 1A-CAU

| Sample Number | Depth in Feet | Visual Classification | USCS | s(c) | Wn % | Dry Dens (pcf) | Wet Dens (pcf) | Sat % | Shear Test Type | Angle | Cohesion (psf) | Unconf. Comp. Str. | LL | PL | PI | Torvane (tsf) | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4B | 12.0 | SO GR CH3 W/ ARS ML, SLF | CH3 | | 40 | 77 | 108 | 91 | UU | 0 | 488 | | 72 | 21 | 61 | 0.270 | |
| 4C | 12.9 | SO GR & T CH3 W/ SLF | CH3 | | 57 | 68 | 103 | 98 | | | | | 71 | 23 | 48 | | CON |
| 5C | 17.2 | VSO GR CH3 W/ ARS SM, SLF | CH3 | | 47 | 74 | 108 | 100 | UU | 0 | 222 | | 76 | 28 | 48 | 0.380 | |
| 7B | 24.3 | SO GR CH4 W/ SLF, O | CH4 | | 67 | 69 | 98 | 98 | UU | 0 | 301 | | 91 | 28 | 63 | 0.200 | CON |
| 8B | 26.2 | SO GR CH4 W/ ARS SM, RTS | CH4 | | 64 | 62 | 101 | 88 | | | | | 80 | 31 | 49 | | CON |
| 8C | 33.3 | VSO BK PT W/ WD, RTS | PT | | 331 | 15 | 63 | 85 | | | | | 404 | 189 | 215 | | |
| 9C | 33.2 | SO GR CHOA W/ RTS, SLF | CHOA | | 117 | 38 | 83 | 94 | UU | 0 | 129 | | 184 | 55 | 108 | 0.220 | CON |
| 10C | 36.9 | SO GR CL6 | CL6 | | 37 | 83 | 114 | 96 | | | | | 45 | 21 | 24 | | |
| 13B | 47.9 | SO GR CH3 W/ LNS ML | CH3 | | 53 | 69 | 106 | 97 | UU | 0 | 375 | | 73 | 20 | 63 | | CON |
| 13C | 48.8 | SO GR CH3 W/ LNS ML | CH3 | | 53 | 69 | 105 | 98 | UU | 0 | 474 | | 70 | 26 | 44 | 0.280 | |
| 18B | 68.2 | M GR CH3 W/ ARS SM | CH3 | | 54 | 68 | 104 | 98 | UU | 0 | 553 | | 80 | 28 | 52 | 0.300 | |

Checked by: _LNE_
File Name: 16522

Remarks:
EUSTIS ENGINEERING COMPANY, INC.

EE004779



## EUSTIS ENGINEERING COMPANY, INC.
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / Web Site: eustiseengineering.com

### 6 October 2000


U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160

Attention Ms. Elois Anderson
PN 862-1665
FN 862-2889


Ladies and Gentlemen:

Request for Proposal
Testing of Undisturbed Soil Samples
For Soil Borings CAU-1AU, 7A-CAU, and 8A-CAU
Chalmette Area Plan
Inner Harbor Navigation Canal to Paris Road
Orleans Parish, Louisiana
Contract No. DACW29-98-D-0003
Work Packet No. 57

In accordance with your request, Eustis Engineering Company, Inc., is submitting its proposal to performed soil mechanics laboratory tests for the referenced project.

We understand the scope of services will include the performance of:

- 40 Atterberg liquid and plastic limits,
- 12 unconfined compression shear tests,
- 23 three-point unconsolidated undrained triaxial compression shear tests (Q-tests),

-1-



U.S. Army Corps of Engineers                                    6 October 2000

- 1 three-point consolidated undrained shear test with pore pressure recorded (R-test), and
- 4 consolidation tests.

Preliminary test results shall be furnished to the U.S. Army Corps of Engineers within seven days of completion of the tests. All required testing, including plots and results, shall be completed within 30 days of notice to proceed.

Based on the above, we propose to charge a fee of $5,152.60 to perform these services. A breakdown of these costs is tabulated on the enclosure.

Should you have any questions or comments regarding this proposal, please do not hesitate to contact us. We looking forward to working with you on another work packet.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:kdl

Enclosure

-2-

EE005233

| ORDER FOR SUPPLIES OR SERVICES | | | | | PAGE 1 OF 2 |
|---|---|---|---|---|---|

| 1. CONTRACT/PURCH. ORDER/ AGREEMENT NO. DACW29-96-D-0003- | 2. DELIVERY ORDER/ CALL NO. 0057 | 3. DATE OF ORDER/CALL 2000Oct20 | 4. REQ./ PURCH. REQUEST NO. W42HEM-0291-1013 | | 5. PRIORITY |

| 6. ISSUED BY    CODE | ISSUE1 | 7. ADMINISTERED BY   (if other than 6)   CODE | 8. DELIVERY FOB |
|---|---|---|---|

US ARMY ENGR DIST NEW ORLEANS
PO BOX 60267

NEW ORLEANS, LA 70160-0267

**SEE ITEM 6**

8. DELIVERY FOB
[X] DEST
[ ] OTHER

(See Schedule if other)

| 9. CONTRACTOR   CODE  0GPR5 | FACILITY | 10. DELIVER TO FOB POINT BY (Date) SEE SCHEDULE | 11. MARK IF BUSINESS IS |
|---|---|---|---|

EUSTIS ENGINEERING COMPANY INC
LOYD A HELD JR
3011 28TH STREET
METAIRIE LA 70002

11. MARK IF BUSINESS IS
[ ] SMALL
[ ] SMALL, DISADVANTAGED
[ ] WOMEN-OWNED

12. DISCOUNT TERMS

13. MAIL INVOICES TO THE ADDRESS IN BLOCK
See Item 15

| 14. SHIP TO     CODE | 15. PAYMENT WILL BE MADE BY     CODE  PAY13 | |
|---|---|---|

**SEE SCHEDULE**
ATTN:

USAED NEW ORLEANS FINANCE CENTER
ATTN: CEFC-AO-P
6722 INTEGRITY DRIVE

MILLINGTON, TN 38054-5005

**MARK ALL PACKAGES AND PAPERS WITH IDENTIFICATION NUMBERS IN BLOCKS 1 AND 2.**

| 16. TYPE OF ORDER | DELIVERY/ CALL | X | This delivery order/call is issued on another Govt. agency or in accordance with and subject to terms and conditions of above numbered contract. |
|---|---|---|---|
| | PURCHASE | | Reference your quote dated                                              Furnish the following on terms specified herein. |

ACCEPTANCE. THE CONTRACTOR HEREBY ACCEPTS THE OFFER REPRESENTED BY THE NUMBERED PURCHASE ORDER AS IT MAY PREVIOUSLY HAVE BEEN OR IS NOW MODIFIED, SUBJECT TO ALL OF THE TERMS AND CONDITIONS SET FORTH, AND AGREES TO PERFORM THE SAME

_____          _____
NAME OF CONTRACTOR                     SIGNATURE

[ ] If this box is marked, supplier must sign Acceptance and return the following number of copies:

17. ACCOUNTING AND APPROPRIATION DATA/ LOCAL USE

**See Schedule**

**RECEIVED**

OCT 2 4 2000

EUSTIS ENGINEERING COMPANY, INC.

| To | By | To | Date |
|---|---|---|---|
| LAH | | | |
| WWG | W | | |
| JR. | | | |
| | | | |
| | | | ✓ 16/69 |

| 18. ITEM NO. | 19. SCHEDULE OF SUPPLIES/ SERVICES | 20. QUA ORD ACC |
|---|---|---|

**SEE SCHEDULE**

* If quantity accepted by the Government is same as
quantity ordered, indicate by X. If different, enter actual
quantity accepted below quantity ordered and encircle.

| 24. UNITED STATES OF AMERICA     BY: Diane K. Pecoul     (Contract) |

| 26. QUANTITY IN COLUMN 20 HAS BEEN | 27. SHIP NO. |
|---|---|
| [ ] INSPECTED  [ ] RECEIVED  [ ] ACCEPTED, AND CONFORMS TO THE CONTRACT EXCEPT AS NOTED | [ ] PARTIAL  [ ] FINAL |

| DATE | SIGNATURE OF AUTHORIZED GOVT. REP. | 31. PAYMENT |
|---|---|---|
| | | [ ] COMPLETE |
| 36. I certify this account is correct and proper for payment. | | [ ] PARTIAL |
| DATE | SIGNATURE AND TITLE OF CERTIFYING OFFICER | [ ] FINAL |

CORRECT FOR

34. CHECK NUMBER

35. BILL OF LADING NO.

| 37. RECEIVED AT | 38. RECEIVED BY | 39. DATE RECEIVED (YYYYMMDD) | 40. TOTAL CONTAINERS | 41. S/R ACCOUNT NO. | 42. S/R VOUCHER NO. |
|---|---|---|---|---|---|

DD Form 1155, JAN 1998 (EG)                          PREVIOUS EDITION MAY BE USED.

EXHIBIT

EE005226

DACW29-98-D-0003
0057
Page 2 of 2

## SECTION B Supplies or Services and Prices

| ITEM NO | SUPPLIES/SERVICES | MAX QUANTITY | UNIT | UNIT PRICE | MAX AMOUNT |
|---------|-------------------|--------------|------|------------|------------|
| 0001 | | 1.00 | Lump Sum | $5,152.60 | $5,152.60 |

Soil Borings
FFP - Testing of undisturbed soil samples for soil borings CauIAU, 7A-CAU, and 8A-CAU, Chalmette Area Plan, IHC to Paris Road, Orleans Parish to be performed in accordance with the contract terms and conditions, this Task Order and the previously provided Scope of Work . Del Date:  17 Nov 2000. PURCHASE REQUEST NUMBER W42HEM-0291-1013

| | |
|---|---|
| **MAX NET AMT GUARANTEED MIN AMOUNT** | $5,152.60 |

ACRN AA Funded Amount                                    $5,152.60

EE005227



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / Web Site: eustisengineering.com

13 November 2000

U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160

Attention Mr. Shung Kwok Chiu

Gentlemen:

Results of Laboratory Tests
U.S. Army Corps of Engineers
Inner Harbor Navigation Canal to Paris Road
Chalmette Area and Citrus Back Levees
and the St. Rose Drainage Structure
Contract No. DACW29-98-D-0003
Work Packet No. 57
Eustis Engineering Job No. 16699

Enclosed are copies of the results of laboratory tests performed to date on samples for the
subject project. The samples were taken from Boring Numbers CAU-1AU, 7A-CAU, and
8A-CAU.

Thank you for asking us to perform these services. If you have any questions, please do not
hesitate to call.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:ken/mcp

Enclosures

EXHIBIT



**EUSTIS ENGINEERING COMPANY, INC.**
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

8 March 2002

Pepper & Associates, Inc.
Suite F - Second Floor
2748 Metairie Lawn Drive
Metairie, Louisiana 70002

Attention Mr. Ken Dupuis

Gentlemen:

Geotechnical Engineering Services
Sewerage & Water Board of New Orleans
Drainage Pumping Station No. 19
Generator Station
Cofferdam No. 2
New Orleans, Louisiana
Eustis Engineering Project No. 13990

Eustis Engineering Company, Inc., is in receipt of Huval and Associates, Inc.'s letter to Gulf South Piling dated 28 November 2001. This letter provides to Gulf South the results of engineering analyses revising the design of the subject cofferdam. You have asked for our comments relative to the geotechnical aspects of the revised analyses.

The revised analyses evaluate sheetpiles given for the cofferdam being braced by a frame at the top of the sheetpiles. For these analyses, Huval used the U.S. Army Corps of Engineers' program CWALSHT. We take no exceptions to the methodologies employed by Huval in this evaluation.

Our evaluations are limited to the geotechnical aspects of the submittal. We assume the structure review of loads and bending moments as determined by the CWALSHT program will be evaluated by Pepper & Associates, Inc.

-1-

**EXHIBIT**

COMPLETE GEOTECHNICAL SERVICES · CQC & MATERIALS TESTING SERVICES
DYNAMIC PILE ANALYSIS · CONE PENETROMETER TECHNOLOGY

Pepper & Associates, Inc.
8 March 2002

We hope this fulfills your immediate needs relative to the project.  Should you require
further information or clarification of this letter, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.

WWG:ken/ejg

-2-

Bijan Sharafkhani, P.E.
  Chairman
Bob J. Green, P.E.
  Vice Chairman
Kenneth L. McManis, Ph.D., P.E., P.L.S
  Treasurer
Richard I. Durrett, P.E., P.L.S.
  Secretary
H. Glen Kent, Jr., P.L.S.
  Executive Secretary



Kerry M. Hawkins, P.E.
C. L. Jack Stelly, P.L.S.
Joseph C. Wink Jr., P.E.
Rhaoul A. Guillaume, P.E.
Mark A. Jusselin, P.E.

LOUISIANA PROFESSIONAL ENGINEERING AND LAND SURVEYING BOARD

## As of 5/3/2006, the Louisiana Professional Engineering and Land Surveying Board has the following information on file:

**Firm:**     Eustis Engineering Company, Inc
**Address:**  3011 28TH ST
              Metairie, LA 70002-6019
**License/Certification Class:**
**License No:**     EF.0000298
**Status:**
**Expiration Date:** 9/30/2007



## CERTIFICATE OF AUTHENTICITY

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

      **BEFORE ME**, the undersigned Notary Public in and for the Parish of East Baton Rouge, State of Louisiana, personally came and appeared ROBERT E. EDDLEMAN, who declared that he is the Deputy Executive Secretary and Director of Enforcement for the Louisiana Professional Engineering and Land Surveying Board and in that capacity he is the legal custodian for the following described documents:

    1.    Licensure status for Eustis Engineering Company, Inc. dated May 3, 2006.

    2.    Verification of Licensure for Eustis Engineering Company, Inc., dated May 3, 2006.

      ROBERT E. EDDLEMAN further declared that on the 3rd day of May, 2006, he personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

**WITNESSES:**

_____
JOEL BONNETTE

_____
Gwen DeBose

      _____
**ROBERT E. EDDLEMAN**

      **SWORN TO AND SUBSCRIBED** before me in Baton Rouge, Louisiana this 3rd day of ___May___, 2006.

_____
**NOTARY PUBLIC**
My Commission Expires: ___at death___.

*(SEAL)*

D. Scott Landry
Notary Public
State of Louisiana
Bar Roll Number 18996
Commission Expires at Death

61758-1