UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., L.L.C., et al.<br><br>    Defendants | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:          05-4181   05-6314   06-0020   06-2346
LEVEE AND MRGO GROUPS              05-4182   05-6324   06-0886   06-2545
                                   05-5237   05-6327   06-2278
                                   05-6073   05-6359   06-2287

**STATEMENT OF UNDISPUTED MATERIAL FACTS**
**UNDER LOCAL RULE 56.1**
**ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

In accordance with Local Rule 56.1, Eustis Engineering Company, Inc. ("Eustis") submits this the following list of undisputed material facts.

1.     Eustis is a licensed engineer in the State of Louisiana, and holds an "EF-Engineering Firm" license from the Louisiana Professional Engineering and Land

Surveying Board ("Engineering License").

2. On or before September 18, 2000, Eustis completed all engineering services on all levee and flood wall projects that failed ("Breached") on or after August 29, 2005 ("Levee and Flood Wall Projects").

3. After the Levee and Flood Wall Projects were constructed, Eustis never rendered any post-acceptance inspection or other services on a Levee or Flood Wall Project.

4. All of the civil actions that appear in the caption were filed on or after September 19, 2005, more than five years after Eustis completed all engineering services on all Levee and Flood Wall Projects.

5. All of the civil actions that appear in the caption were filed on or after September 19, 2005, more than five years after the work on all Levee and Flood Wall Projects was either accepted in a recorded instrument or was occupied.

6. On or after August 29, 2005, the Orleans Canal did not Breach.

7. Eustis rendered no engineering services on the Mississippi River Gulf Outlet.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/ Thomas F. Gardner
THOMAS F. GARDNER, T.A. (#1373)
DOUGLAS A. KEWLEY (#7355)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile: (504) 832-7223
**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY, INC.,
DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of June, 2006 served a copy of the Statement of Undisputed Material Facts on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

s/ Thomas F. Gardner
THOMAS F. GARDNER