UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | CIVIL ACTION |
| Plaintiffs ) | NO. 05-4182 |
| VS. ) | SECTION "K" (2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., ) L.L.C., et al. ) | |
| Defendants ) | |

| THIS DOCUMENT RELATES TO: | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| LEVEE AND MRGO GROUPS | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

## REQUEST FOR ORAL ARGUMENT

Undersigned counsel for Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc., pursuant to Local Rule 78.1E, respectfully request permission to argue orally their Rule 12(b)(6) Joint Motion to Dismiss and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption before Judge

Stanwood K. Duval, Jr. Oral argument will clarify any issues of fact or law which the Court may have, and assist the Court in making a correct disposition of the motions.

**WHEREFORE,** undersigned counsel for Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. respectfully move this Court for an order granting oral argument for said motions on the scheduled hearing date of July 12, 2006 at 9:30 a.m.

Respectfully submitted,

| | |
|---|---|
| GARDNER & KEWLEY<br>A Professional Law Corporation | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| s/ Thomas F. Gardner<br>THOMAS F. GARDNER, T.A. (#1371)<br>DOUGLAS A. KEWLEY (#7355)<br>ERIN E. DEARIE (#29052)<br>1615 Metairie Road, Suite 200<br>Metairie, Louisiana 70005<br>Telephone: (504) 832-7222<br>Facsimile: (504) 832-7223 | s/ Charles F. Seemann, Jr.<br>CHARLES F. SEEMANN, JR. (11912)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone: (504) 581-5141<br>Facsimile: (504) 566-1201 |
| **ATTORNEYS FOR:**<br>**EUSTIS ENGINEERING COMPANY,**<br>**INC., DEFENDANT AND MOVER** | **ATTORNEYS FOR:**<br>**BURK-KLEINPETER, INC. AND**<br>**DEFENDANT AND MOVER** |

DEUTSCH, KERRIGAN & STILES. L.L.P.

s/ Victor E. Stilwell, Jr.
VICTOR E. STILWELL, JR., T.A. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR: MODJESKI AND MASTERS, INC. DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of June, 2006 served a copy of the Request for Oral Argument on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

s/ Thomas F. Gardner
THOMAS F. GARDNER