FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 25  PM 12: 37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, <u>et al.</u>** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., <u>et al.</u>** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

* * * * * * * * * * * * * * * *'

### EX PARTE MOTION TO FILE
### <u>PHOTOGRAPHS INTO THE RECORD</u>

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for leave to file into the record two photographs which were displayed to the Court at oral argument on discovery matters on Wednesday, May 24, 2006, namely the two attached photographs of concrete monolith panels and sheet piles which were taken by Robert Bartlett of Bartlett Engineering at the 17th Street Canal breach site on May 3, 2006 and which were marked for identification as O'Dwyer No. 1 and O'Dwyer No. 2, and which, inadvertently were not made part of the record.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

-1-



____ Fee_____
____ Process_____
_X_/Dktd _____
_√_ CtRmDep_____
____ Doc. No_____

By: _____

**Ashton R. O'Dwyer, Jr.**
**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Telephone: (504) 561-6561**
**Facsimile: (504) 561-6560**

## <u>CERTICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Motion has been served upon all

counsel of record via E-mail, this 25th day of May 2006.

_____

O'Dwyer No 1



