FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 31  PM 2: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the Ex Parte Motion for Leave to File Photographs into the Record, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that the two (2) photographs which were identified as "O'Dwyer No. 1" and "O'Dwyer No. 2" at the hearing on discovery matters on May 24, 2006, be and they are hereby filed into the record.

New Orleans, Louisiana, this 30th day of May 2006.

_____
JUDGE

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No._____

-1-