**MINUTE ENTRY**
**DUVAL, J.**
**MAY 24, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**REC. DOC. 358**

## ORAL ARGUMENT

Defendant, USA's exparte Motion to Vacate the May 24, 2006, hearing on the O'Dwyer pltfs' Motion to Compel the Production of Evidence in Connection with the $17_{th}$ Street Canal Breach Site. (Doc. No. 358).

COURTROOM DEPUTY: SHEENA DEMAS
COURT RECORDER: CINDY USNER

APPEARANCES:
Ashton O'Dwyer, Jr., Michael Riess, Daniel Becnel, David Scalia, Hugh Lambert, Herman Hoffman, Traci Colquette, Robin Smith & Catherine Finnegan (by telephone)

Case called. All present and ready.
Oral argument by parties.
Court GRANTED the motion for the oral reasons stated on the record.
Court adjourns at 4:00 p.m.

JS-10 (1:00)