U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 2 4 2006

LORETTA G. WHYTE
CLERK

U.S. COURT OF APPEALS
**FILED**
MAY 2 3 2006

CHARLES R. FULBRUGE III
CLERK

UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT

No. 06-30351

CV 05-4182 K

In Re: BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT;
WASHINGTON GROUP INTERNATIONAL, INC.,

Petitioners.

---

Petitions for Writ of Mandamus to the United States
District Court for the Eastern District of Louisiana

---

BEFORE SMITH, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:

**IT IS ORDERED** that the petitions for writ of mandamus to recuse the district court for the Eastern District of Louisiana and appoint other district and magistrate judges from the Middle or Western Districts of Louisiana to preside over the matters referenced in the petitions are **DENIED**, essentially for the reasons stated in the district judge's 4 May 2006 and the magistrate judge's 19 April 2006 orders, *Colleen Berthelot, et al. v. Boh Bros. Constr. Co., L.L.C., et al.*, No. 05-4182 (E.D. La. 2006).

**IT IS FURTHER ORDERED** that the motion by the Board of Commissioners of the Orleans Levee District to correct its petition for writ of mandamus is **GRANTED**.

Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
            Deputy
New Orleans, Louisiana        MAY 2 3 2006



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAY 2 4 2006

LORETTA G. WHYTE
CHARLES R. FULBRUGE III
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

---

NOTICE: The clerk's office is moving permanently to 600 S. Maestri Place, New Orleans, LA 70130 in **June, 2006**. All correspondence expected to arrive at the court on or after **April 24, 2006** must be sent to this address.

---

May 23, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-30351  In Re: Bd Cmsnr
    USDC No.  2:06-CV-2287, 2:06-CV-2278, 2:06-CV-1674,
                2:06-CV-1673, 2:06-CV-1672, 2:06-CV-886,
                2:06-CV-225, 2:06-CV-169, 2:06-CV-153,
                2:06-CV-152, 2:06-CV-151, 2:06-CV-20,
                2:05-CV-6359, 2:05-CV-6327, 2:05-CV-6324,
                2:05-CV-6323, 2:05-CV-6314, 2:05-CV-6073,
                2:05-CV-5237, 2:05-CV-4568, 2:05-CV-4191,
                2:05-CV-4181, 2:05-CV-4182   K

Enclosed is a certified copy of the judgment issued as the mandate.

                                 Sincerely,

                                 CHARLES R. FULBRUGE III, Clerk

                          By: _____
                              Michael R. Brown, Deputy Clerk
                              504-310-7692

cc: w/encl:
    Honorable Stanwood R Duval Jr
    Mr Thomas P Anzelmo Sr
    Mr Mark Emerson Hanna
    Mr Kyle Paul Kirsch
    Mr Andre Jude Lagarde
    Mr Ben Louis Mayeaux
    Mr James L Pate
    Mr William D Aaron Jr
    Mr Neil C Abramson
    Ms Mayda R Armstead
    Mr Milton Armstead

Ms Judy Y Barrasso
Mr Daniel E Becnel Jr
Mr Robert M Becnel
Mr Terrence L Brennan
Mr David Lyman Browne
Mr Joseph M Bruno
Mr Thomas Jonathan Corrington
Mr Robert G Creely
Mr James R Dugan II
Ms Catherine J Finnegan
Mr Thomas F Gardner
Mr Thomas Livingston Gaudry Jr
Mr Joseph P Guichet
Mr Robert G Harvey Sr
Mr Joseph W Hecker
Mr Herman C Hoffmann
Mr Ralph S Hubbard III
Ms Darleen M Jacobs
Ms Tamara Kluger Jacobson
Mr Michael C Keller
Mr Hugh P Lambert
Mr Wayne J Lee
Mr George T Manning
Mr Gerald Edward Meunier
Mr James B Mullaly
Mr Ashton R O'Dwyer Jr
Mr Ronnie G Penton
Mr Michael R C Riess
Mr Wayne Scott Simpson
Mr Michael Sitcov
Mr Randall Alan Smith
Mr Victor E Stilwell Jr
Mr Christopher Kent Tankersley
Mr Sidney D Torres III
Mr William D Treeby
Mr Richard John Tyler
Ms Adrian Wager-Zito
Ms Deborah Louise Wilson
Mr Jesse Lee Wimberly III
Mr James Millard Hecker

MDT-1