UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                          CIVIL ACTION

VERSUS                                            NO. 05-4182 and
                                                       consol. cases

BOH BROS. CONSTRUCTION CO., L.L.C. ET AL.         SECTION "K" (2)

### ORDER ON MOTION

**IT IS ORDERED** that the motion of plaintiffs' in <u>Chehardy v. State Farm</u>, C.A. Nos.

06-1672, 06-1673 and 06-1674, Record Doc. No. 444, seeking leave to substitute a corrected

version of plaintiffs' previously allowed amended and restated complaint, Record Doc. No.

268, is hereby GRANTED.

New Orleans, Louisiana, this   2nd   day of June, 2006.



JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE