UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### **ORDER**

Plaintiffs' request for oral argument, Record Doc. No. 461, on the Motion of the United States to Clarify Order Requiring Evidence Preservation, Record Doc. No. 370, set for hearing on the undersigned's June 7, 2006 motion docket, is hereby DENIED. The motion will be decided on the briefs without oral argument.

New Orleans, Louisiana, this  2nd  day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE