## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | **SECTION "K"(2)** |
| **L.L.C., ET AL.** | * | **CONS. KATRINA CANAL** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **05-6073** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully request leave to file their Second Amended Complaint to add additional Defendants, Pittman Construction Company, Inc. and GoTech, Inc., based on recent information concerning their involvement at the London Avenue Canal breach and the 17th Street Canal breach.

Plaintiffs previously misidentified the proper Pittman Defendant and seek to rectify that misidentification here. Pittman Construction Company, Inc. was contracted to construct the Gentilly Boulevard bridge over the London Avenue Canal. Pittman Construction Company, Inc. was also the contractor that constructed portions of the 17th Street Levee/Floodwall, all of which is believed to have caused and/or contributed to the breach in the levees and/or floodwalls.

GoTech, Inc. was the engineering company contracted to do work on the west side of the London Avenue canal, which caused and/or contributed to the above-mentioned breaches

in the levees and/or floodwalls.

**WHEREFORE**, for the reasons fully set forth, Plaintiffs respectfully request that this Honorable Court allow Plaintiffs to file their Second Amended Complaint in this matter.

Respectfully submitted,

HUGH P. LAMBERT (LSBA # 7933)
LINDA J. NELSON (LSBA# 9938)
E. ALEXIS BEVIS (LSBA# 29091)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-1750
Facsimile:   (504) 529-2931

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 2nd day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

_____
LINDA J. NELSON, ESQ.