## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6073 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion for Leave to File Second Amended Complaint on Wednesday, the 7th day of June, 2006, at 9:30 a.m. or as soon thereafter as counsel for Plaintiffs may be heard before Honorable Judge Stanwood R. Duval, Jr., United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

You are hereby invited to appear and take part in such a manner as you may deem fit and proper.

Respectfully submitted,

_____
HUGH P. LAMBERT (LSBA # 7933)
LINDA J. NELSON (LSBA# 9938)
E. ALEXIS BEVIS (LSBA# 29091)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-1750
Facsimile:  (504) 529-2931