## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Second Amended Complaint be hereby granted and Plaintiffs be allowed to file into the record in the above captioned matter their Second Amended Complaint.

**THUS DONE AND SIGNED** this _____ day of _____, 2006.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**