

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 19 A 9:36

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### MOTION FOR LEAVE TO FILE
### PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF DISCOVERY MOTION(S)
### AND MOTION(S) TO COMPEL DISCOVERY
### RECORD DOCUMENT NOS. 220, 295, 361 AND 368

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for an Order granting Plaintiffs Leave to file the attached Supplemental Memorandum in Support of their Discovery Motion(s) and Motion(s) to Compel Discovery. Record Document Nos. 220, 295, 361 and 368. The Supplemental Memorandum being the subject of this Motion has become necessary as a result of photographs only published in the public domain and/or made available to undersigned counsel for plaintiffs since May 2, 2006, when Dr. Paul F. Mlakar of the United States Army Corps of Engineers and a Member of the Interagency Performance Evaluation Task Force testified under oath in Magistrate Wilkinson's

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep____
___ Doc. No_____

Courtroom. Plaintiffs are now calling into question Dr. Mlakar's credibility because of certain conditions clearly depicted in the photographs.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via facsimile, this 18th day of May 2006.

_____