UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

**MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM**

**MAY IT PLEASE THE COURT:**

Attached as Exhibit Nos. 1 through 4 to Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Motion(s) to Compel Discovery are photographs which either were published and/or which were made available to undersigned counsel for plaintiffs by counsel for the Government after May 2, 2006, which is the date on which Dr. Paul Mlakar, an employee of the U.S. Army Corps of Engineers and a Member of the Interagency Performance Evaluation Task Force testified under oath in Magistrate Wilkinson's Courtroom. Exhibit No. 1 contains two photographs which appeared on the front page of the Times Picayune on May 3, 2006, the day after Dr. Mlakar had testified. Exhibit Nos. 2 and 3 are photographs which were attached to a Court filing (Record Document No. 300) by the Government on May 5, 2006, although they depict the scenes at the London Avenue South and North breach sites shortly after Hurricane KATRINA. Exhibit No. 4 is a photograph which was published in the Times Picayune on Tuesday,

-1-

May 16, 2006. None of these photographs were available to undersigned counsel for plaintiffs before or on the day of Dr. Mlakar's testimony on May 2, 2006. Had they been available, then they could have been used in Dr. Mlakar's cross-examination by the Court-appointed examiner, Mr. Bruno.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 18th day of May, 2006.

-2-