FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 AM 10: 43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

### ORDER

Considering Plaintiffs' Motion for Leave to File Plaintiffs' Supplemental

Memorandum, which the Court has duly noted,                     *for leave to supplement*

   IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion be

and it is hereby GRANTED.

   New Orleans, Louisiana, this 2d day of  June , 2006.

_____
U.S. mag. JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

-1-