# The 17th Street Canal levee breached at 9:45 a.m. These photographs were taken at 11:11 a.m. THEY ARE THE EARLIEST KNOWN IMAGES OF THE BREACH.





Captain Paul Hellmers of the New Orleans Fire Department took these pictures, which were eve[ntually shown to] the Senate committee investigating the failures of the levees. The photos show that the water di[d not top] the levee, and that the levees were moved about 15 feet inland by the force of the water.

EXHIBIT No 1