

Figure 1 – The south breach at the London Avenue canal occurred at 6:00 AM to 7:00 AM on August 29, 2005. The breach, on the east side of the canal, was approximately 60 feet wide.

Page 15 of 40 pages

