

Figure 2 – The north breach at the London Avenue canal occurred at 7:00 AM to 8:00 AM on August 29, 2005. The breach, on the west side of the canal, is approximately 410 feet wide.

Page 16 of 40 pages

