# CONTINUED



STAFF FILE PHOTO BY ELLIS LUCIA

Failed London Avenue Canal panels bowed under the weight of water and storm surge. The New Orleans levee system won't be high enough to prevent flooding this year by a storm as strong as Hurricane Katrina, a senior Army Corps of Engineers official said Monday.

## Findings on levee failures discussed

**LEVEES,** *from A-1*

of the Academies of Science committee, questioned why the region's levee system hasn't been treated as if it were a series of dams, which would require more stringent safety standards.

"What you're dealing with here is a lot closer to a dam," he said. "A dam with hundreds of thousands of people downstream."

Resio, a senior researcher at the corps' Engineer Research and Development Center in Vicksburg, Miss., explained that assessment that has more questions than answers. We want to see them take the time needed to do it thoroughly," he said.

To create the risk assessment, a task force team must take the results of running 2,000 hypothetical hurricanes through a supercomputer to show what areas would most likely flood and how deep.

Link warned repeatedly that while the corps risk assessment data can be used by residents or city leaders for planning, it's not designed as a forecasting tool.

For example, he said, it can't be used to predict when or where another levee breach might occur. Where models show that breaks would happen under specific combinations of surge, wind, and forward speed, the results will be incorporated into a master risk map, he said.

"We're working now on how to take all these numbers and turn them into clear information that the public can use," Link said. "We'll probably end up with a kind of red, yellow,

agrees with the task force's theory on how those two levee walls failed.

Ivor van Heerden, deputy director of the Louisiana State University Hurricane Center and the leader of a Louisiana team of engineers and researchers conducting an independent investigation into the levee failures, said their research indicates the walls failed because the soils beneath them gave way, the result of inadequate design in the combination of earthen levee, metal sheet piling and concrete wall.

Raymond Seed, a civil engineer at the University of California at Berkeley and a leader of a 36-member team of engineers and scientists conducting their own independent investigation of the levee failures with financing from the National Science Foundation, said the 17th Street Canal wall failure can be blamed on a thin layer of slick clay that test borings failed to detect when the levee was being

EXHIBIT No. 4