FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5  PM 4: 08

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

## MOTION FOR LEAVE TO SUPPLEMENT AND AMEND COMPLAINT

COME NOW Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel pursuant to Rule 15(a), Federal Rules of Civil Procedure, and in accordance with the Court's Minute Entry of May 3, 2006, and respectfully move This Honorable Court for leave to supplement and amend their Complaint, as supplemented and amended, of record herein, by the filing of the attached "TWELFTH SUPPLEMENTAL AND AMENDING COMPLAINT", in order to (1) delete certain plaintiffs (2) name additional defendants, and (3) plead liability allegations against the new defendants. This Motion is also filed upon grounds which appear more fully in the Memorandum filed simultaneously herewith.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 5th day of June 2006.

_____