UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO SUPPLEMENT AND AMEND COMPLAINT

**MAY IT PLEASE THE COURT:**

This Memorandum in Support of Plaintiffs' Motion to Supplement and Amend Complaint is filed to comply with Local Rule 7.4 of the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, which requires that a Memorandum accompany all motions noticed for hearing. Briefly, on May 3, 2006, This Honorable Court issued a Minute Entry which ordered as follows:

> "The deadline for filing motions for leave to amend pleadings is hereby extended to June 5, 2006."

Since that time undersigned counsel for plaintiffs has performed due diligence and has identified the following additional defendants who are or may be liable to plaintiffs as a result of the events which occurred on August 29, 2005, namely the following:

Plaintiffs respectfully submit that they should be granted leave to amend their Complaint to pursue these new defendants. This motion has been noticed for contradictory hearing so that any party opposing this Motion can do so on the record.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via and E-Mail, this 5th day of June 2006.

_____