AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| FREDERICK BRADLEY, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER: 06-225 |
| PITTMAN CONSTRUCTION COMPANY, INC., ET AL | 05-4182 c/w |



TO: Pittman Construction Company, Inc.

Through their agent for service of process:

Gloria B. Pittman

6251 Paris Avenue, New Orleans, LA 70122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, T.A., Todd R. Slack and Kara M. Hadican, Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., 1100 Poydras Street, Suite 2800, New Orleans, LA, 70163

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                         MAY - 2 2006
CLERK                                                    DATE

(BY) DEPUTY CLERK

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc. No

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 5-30-06 |
| Name of SERVER (PRINT) NORMAN R. hawk | TITLE PRIVATE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☑ Served Personally upon the Defendant. Place where served: 4408 Yale St. Metairie, LA 70006

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5-30-06
                Date

Signature of Server: (private process server)

Address of Server: 3601 Harvard Ave Metairie, LA 70006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.