```
                                              FILED
                                          U.S. DISTRICT COURT
                                         EASTERN DISTRICT OF LA

                                         2006 MAY 23  PM 3:54

                                           LORETTA G. WHYTE
                                                CLERK
```

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PHILIP REED, on Behalf of Himself** | * | **CIVIL ACTION NO. 06-2152** |
| **and all other similarly situated** | * | **Consolidated w/05-4182** |
| | * | |
| **Plaintiffs** | * | |
| versus | * | Sect. K    Mag. 2 |
| | * | |
| **THE UNITED STATES OF AMERICA,** | * | |
| **ET AL** | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### *EXPARTE* MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware and Great Lakes Trailing Company (collectively "Great Lakes"), and files this its *exparte* Motion for an Extension of Time to answer the Complaint filed against it in this matter.

Great Lakes certifies that it has not been granted a previous extension of time to plead and that Plaintiffs have not filed any objection to an extension of time to answer. Accordingly, Great Lakes requests that it be granted an extension of time to June 5, 2006, twenty (20) days from the date that Great Lakes answer was due, to file responsive pleadings in this matter.

1

NO NMS 100571 v1
0-0 05/23/2006

```
___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____
```

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC**

By: _____
James M. Roussel (Bar No. 11496)
Nyka Scott (28757)
201 St. Charles Avenue
Suite 3600
New Orleans, Louisiana 70170-3600
Telephone: (504) 566-5278
Facsimile: (504) 636-3978

**Attorneys for Great Lakes Dredge
& Dock Company, Great Lakes
Dredge & Dock Company, L.L.C. of
Louisiana, Great Lakes Dredge &
Dock Corporation of Delaware
and Great Lakes Trailing
Company**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above foregoing pleading has been served upon all counsel of record by facsimile or by depositing same in the United States Mail, postage prepaid, this 23rd day of May, 2006

_____