FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 7:29

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PHILIP REED, on Behalf of Himself and all other similarly situated** | * * * | **CIVIL ACTION NO. 06-2152** Consolidated w/05-4182 |
| **Plaintiffs** | * | |
| versus | * * | Sect. K    Mag. 2 |
| **THE UNITED STATES OF AMERICA, ET AL** | * * * | |
| **Defendants** | * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware and Great Lakes Trailing Company (collectively "Great Lakes") Motion for Extension of Time to Answer is hereby GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Great Lakes has until June 5, 2006, to file responsive pleadings.

New Orleans, Louisiana, this the _2nd_ day of _June_____, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

_____
U.S. DISTRICT JUDGE

NO NMS 100571 v1
0-0 05/23/2006