FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 24  PM 1:28

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP REED, on behalf of himself and all others similarly situated | CIVIL ACTION |
| VERSUS | NO. 06-2152 |
| UNITED STATES OF AMERICA, ET. AL. | SECTION "K"(4) |

## EX PARTE MOTION AND ORDER FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come Gulf Coast Trailing Company, T.L. James & Company, Inc., and TLJIC, L.L.C. on its own behalf and as successor by merger to T.L. James Marine, Inc. and T.L. James Marine, L.L.C. and with full reservation of all rights and defenses moves for an extension of time to answer or otherwise plead to the class action complaint filed by Phillip Reed, on behalf of himself and all others similarly situated versus the United States of America, et al., Civil Action No. 06-2152 in accordance with Local Rule 7.9E. Counsel for the aforesaid parties certifies that this is their first request for an extension of time to plead and that the plaintiff has not filed in the record an objection to an extension of time.

-1-

___ Fee_____
_/_ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

WHEREFORE, Gulf Coast Trailing Company, T.L. James & Company, Inc., and TLJIC, L.L.C. respectfully requests an additional 20 days from the present due date of May 30, 2006, or up until and including June 19, 2006 to answer or otherwise plead.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, L.L.P.

_____
A. Gordon Grant, Jr., T.A. (#6221)
Joseph P. Tynan (#12973)
Philip S. Brooks, Jr. (#21501)
1100 Poydras Street
3200 Energy Centre
New Orleans, LA 70163
(504) 585-7681
Attorneys for Gulf Coast Trailing Company, T.L. James & Company, Inc., and TLJIC, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 24th day of May, 2006 served a copy of the foregoing pleading on counsel for plaintiffs by facsimile and/or by U.S. Mail.

_____

H:\LQUINTAN\AGG\MRGO - T.L. James\ex parte motion and order for extension of time phillip reed 052306.wpd

-2-