UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILIP REED, on behalf of himself and all others similarly situated | CIVIL ACTION |
| VERSUS | NO. 06-2152 |
| UNITED STATES OF AMERICA, ET. AL. | SECTION "S"(4) |

### ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED that Gulf Coast Trailing Company, T.L. James & Company, Inc., and TLJIC, L.L.C. on its own behalf and as successor by merger to T.L. James Marine, Inc. and T.L. James Marine, L.L.C. are hereby granted ~~an additional twenty (20) days or~~ until and including June 19, 2006 to answer or otherwise plead to the class action complaint filed by Phillip Reed, on behalf of himself and all other similarly situated in Civil Action No. 06-2152.

New Orleans, Louisiana this 2nd day of ~~May~~ June, 2006.

UNITED STATES DISTRICT JUDGE

H:\LQUINTAN\AGG\MRGO - T.L. James\order phillip reed 052306.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____