**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:  CASE NO. 05-4181

<u>UNITED STATES' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION
OF THE COURT'S DENIAL OF PLAINTIFFS' OBJECTIONS TO AND MOTION TO
REVIEW MAGISTRATE'S ORDER</u>

MAY IT PLEASE THE COURT: Defendant, the United States of America, hereby opposes Plaintiffs' Motion for Reconsideration of the Court's Denial of Plaintiffs' Objections to and Motion to Review Magistrate's Order (Docket Number 421 in the consolidated cases; related to the matter of <u>O'Dwyer v. United States</u>, Case No. 05-4181).[1]  The United States respectfully

---

[1] On April 12, 2006, Magistrate Judge Wilkinson denied plaintiffs' motion to amend their complaint for the twelfth time.  (Docket Number 71 in the consolidated cases.)  Plaintiffs' Objections to and Motion to Review Magistrate Judge Wilkinson's April 12, 2006, Order is Docket Number 202 in the consolidated cases.  The United States' Memorandum in Opposition to the plaintiffs' objections is Docket Number 279 in the consolidated cases.  This Court's Order and Reasons affirming Magistrate Judge Wilkinson's Order is Docket Number 320 in the consolidated cases.  Plaintiffs' Motion for Reconsideration references all cases; however, it is patent from the pleading that it relates only to Case No. 05-4181.

submits that oral argument on this matter is not warranted.

Plaintiffs' motion seeks reconsideration of this Court's May 10, 2006, affirmance of Magistrate Judge Wilkinson's April 12, 2006, Order and denial of the plaintiffs' objections to the Order. Plaintiffs argue that the Court applied an abuse of discretion standard in reviewing the decision of the Magistrate Judge, that the standard of review was applied in error, and that application of the correct standard – clearly erroneous or contrary to law – would require reversal of the Magistrate Judge's decision. Plaintiffs' motion is without merit.

Magistrate Judge Wilkinson's April 12, 2006, Order decided a non-dispositive pre-trial matter, finding that the plaintiffs failed to show good cause to amend their complaint for the twelfth time and denying plaintiffs' motion for leave to do so. Magistrate judge rulings on non-dispositive pretrial matters referred pursuant to 28 U.S.C. § 636(b)(1)(A) may be reviewed by the district court, but such decisions must be upheld unless they are "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A). See Rubinstein v. Adm'rs of Tulane, 58 F. Supp. 2d 702, 705 (E.D. La. 1998) ("Unless the district court finds that there was clear error in the magistrate's ruling, that ruling will not be set aside or modified."). The party that challenges a magistrate judge's decision bears the burden to show a clear error in the magistrate judge's decision. Johnston v. Dillard Dep't Stores, Inc., 152 F.R.D. 89, 92 (E.D. La. 1993). A decision is clearly erroneous only where the court, "'on the entire evidence[,] is left with the definite and firm conviction that a mistake has been committed.'" Schrag v. Dinges, 144 F.R.D. 121, 123 (D. Kan. 1992) (quoting United States v. Gypsum Co., 333 U.S. 36, 395 (1948)).

Upon review of the Magistrate Judge's decision and the plaintiffs' objections here, this Court found "no merit" in the objections and affirmed the Magistrate Judge's ruling and his reasons therefor. While the plaintiffs complain that the Court reviewed the decision for an abuse of discretion, rather than under the clearly erroneous or contrary to law standard, the plaintiffs' argument fails to recognize the nature of the issue before the Magistrate Judge. Decisions regarding whether to permit amendment of a complaint pursuant to Rule 15(a) are entrusted to the discretion of the court. Wimm v. Jack Eckard Corp., 3 F.3d 137, 139 (5th Cir. 1993). See also Little v. Liquid Air Corp., 952 F.2d 841, 845-46 (5th Cir. 1992) (cited in the Court's Order and Reasons for the standard applicable to deciding a motion for leave to amend a complaint pursuant to Federal Rule of Civil Procedure 15(a)). Thus, where a magistrate judge exercises discretion to grant or deny leave to amend a complaint, the reviewing court, in assessing whether the decision was clearly erroneous or contrary to law, must determine whether the magistrate judge abused his discretion. See Complaint of Kirby Inland Marine, L.P., 365 F. Supp. 2d 777, 781 (M.D. La. 2005) ("The Court must review the decision of the Magistrate Judge [denying leave to file amended claims] under an abuse of discretion standard."); Snowden v. Connaught Labs., Inc., 136 F.R.D. 694, 697 (D. Kan. 1991) (noting that in reviewing a decision where a magistrate judge "is afforded broad discretion," "the court will overrule the magistrate's determination only if this discretion is clearly abused"). There is no inconsistency between the requirement that a magistrate judge's decision on a non-dispositive matter be upheld unless it is "clearly erroneous or contrary to law," Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A), and the language of this Court's May 10, 2006, Order and Reasons reciting that a district court "reviews a magistrate judge's denial of a motion for leave to file an amended complaint for an abuse of

3

discretion."

Moreover, there is little, if any, difference between the standards of abuse of discretion and clearly erroneous or contrary to law, particularly in the context at issue here. In reviewing the decision of a magistrate judge in a pre-trial matter referred pursuant to Section 636(b)(1)(A), the district court serves in an appellate capacity. See Blair v. Sealift, Inc., 848 F. Supp. 670, 675-77 (E.D. La. 1994) (discussing the applicable standards of review where a magistrate judge's decisions on pre-trial matters referred pursuant to § 636(b)(1)(A) and § 636(b)(1)(B) are appealed to the district court); Jacobsen v. Mintz, Levin, 594 F. Supp. 583, 585 (D. Maine 1984) ("District Court review of an action of the Magistrate pursuant to § 636(b)(1)(A) is in the nature of an appeal."). "When an appellate court reviews a district court's factual findings, the abuse-of-discretion and clearly erroneous standards are indistinguishable: A court of appeals would be justified in concluding that a district court had abused its discretion in making a factual finding only if the finding were clearly erroneous." Cooter & Gell v. Hartmarx Corp., 496 U.S. 384, 401 (1990). See also Schrag, 144 F.R.D. at 123 (stating that the abuse of discretion standard "is the functional equivalent of the clearly erroneous standard of review for a magistrate's order").

As the plaintiffs' Motion for Reconsideration reflects, Magistrate Judge Wilkinson carefully analyzed the plaintiffs' twelfth request for leave to amend their complaint, and Magistrate Judge Wilkinson specifically cited sound reasons why the plaintiffs' motion failed to show good cause for the amendment. This Court's Order and Reasons reflects that the Court properly reviewed the "pleadings, memoranda and the relevant law," applied the appropriate standard of review, and found "no merit" to the plaintiffs' objections to the Magistrate Judge's factual finding that plaintiffs lacked good cause to amend their complaint a twelfth time. There

is no valid reason for the Court to reconsider its Order and Reasons or the Magistrate Judge's decision.[2]

## CONCLUSION

For the foregoing reasons, the Plaintiffs' Motion for Reconsideration of the Court's Denial of Plaintiffs' Objections to and Motion to Review Magistrate's Order should be denied.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

   /s/ Catherine J. Finnegan
Catherine J. Finnegan
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-616-4916 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  June 6, 2006

---

[2] Plaintiffs' only argument in support of the motion for reconsideration is that this Court applied the wrong standard for reviewing the Magistrate Judge's decision.  Plaintiffs provide no legal or factual basis to support their assertion that the Magistrate Judge erred, and there is no merit to the plaintiffs' argument that, if reconsidered, the Magistrate Judge's decision should be reversed.

**CERTIFICATE OF SERVICE**

       I, Catherine J. Finnegan, hereby certify that on June 6, 2006, I served a true copy of this Opposition to Plaintiffs' Motion for Reconsideration of the Court's Denial of Plaintiffs' Objections to and Motion to Review Magistrate's Order upon the following parties by ECF, electronic mail, facsimile, or first class mail:

William Aaron
waaron@goinsaaron.com

Neil Abramson
abramson@phelps.com

Jonathon Beauregard Andry
jandry@andrylawfirm.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

Judy Barrasso
jbarrasso@barrassousdin.com

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Robert Becnel
ROBBECNEL@aol.com

Kelly Cambre Bogart
kbogart@duplass.com

Terrence L. Brennan
tbrennan@dkslaw.com

Joseph Bruno
jbruno@brunobrunolaw.com

Thomas Darling
tdarling@grhg.net

Kevin Derham
kderham@duplass.com

Joseph Vincent DiRosa Jr.

jvdirosa@cityofno.com

Walter Dumas
wdumas@dumaslaw.com

Lawrence Duplass
lduplass@duplass.com

Calvin Fayard
calvinfayard@fayardlaw.com

Thomas Francis Gardner
gardner@bayoulaw.com

Thomas Gaudry
tgaudry@grhg.net

Joseph Guichet
jguichet@lawla.com

Jim S. Hall
jodi@jimshall.com

Robert Harvey
rgharvey@bellsouth.net

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

David Blayne Honeycutt
DBHoneycutt@aol.com

Ralph Hubbard
rhubbard@lawla.com

Darlene Marie Jacobs
dollyno@aol.com

Tamara Kluger Jacobson
tkjacobson@aol.com

Michael Courtney Keller
kellerm@ag.state.la.us

Stephen Kreller
sskreller@gmail.com

Hugh Lambert
hlambert@lambertandnelson.com

John M. Landis
jlandis@stonepigman.com

Mickey Landry
mlandry@landryswarr.com

Wade Langlois
wlanglois@grhg.net

Wayne J. Lee
wlee@stonepigman.com

F. Gerald Maples
federal@geraldmaples.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com

Penya Moses-Fields
pmfields@cityofno.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty Finley Mullin
bettym@spsr-law.com

J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com

John Francis Nevares
jfnevares-law@microjuris.com

James L. Pate
jpate@ln-law.com

Ronnie Penton
rgp@rgplaw.com

Drew A. Ranier
dranier@rgelaw.com

Michael R.C. Riess
mriess@kingsmillriess.com

Camilo Kossy Salas
csalas@salaslaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

George Simno
gsimno@swbno.org

Randall A. Smith
rasmith3@bellsouth.net

Christopher Kent Tankersley
ctankersley@burglass.com

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com


Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Matthew D. Schultz
mschultz@levinlaw.com

Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com

Nina D. Froeschle
nfroeschle@osmlaw.com

Thomas V. Girardi
tgirardi@girardikeese.com

John W. deGravelles
deidson@dphf-law.com

Craig Frank Holthaus
fholthaus@dphf-law.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Clayton Morris Connors
625 Baronne Street

New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street , 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130

/s/ Catherine J. Finnegan
_____
Catherine J. Finnegan