FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6 AM 7: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | * CIVIL ACTION NO.: 05-4182 |
| | * |
| | * CONS. KATRINA CANAL |
| | * |
| VERSUS | * JUDGE: STANWOOD R. DUVAL, JR. |
| | * |
| | * MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * |
| BOH BROTHERS CONSTRUCTION | * THIS PLEADINGS PERTAINS TO: |
| CO., L.L.C., ET AL. | * 06-152 |
| | * 06-153 |
| | * 06-169 |

* * * * * * * * * * * * * * * * * * * * * * * * *

**Encompass Cases**

## ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum To Sever and Proceed Separately filed by Encompass Insurance Company,

**IT IS ORDERED** that the motion is **GRANTED** and *Baird v. Encompass Insurance Company and the Orleans Levee District*, No. 06-153, *Rogers v. Encompass Insurance Company and the Orleans Levee District*, No. 06-152, and *Humphreys v. Encompass Insurance Company and the Orleans Levee District*, No. 06-169, are hereby severed and shall proceed separately from docket number 05-4182.

Done, this 2nd day of June, 2006, New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE

Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____