U.S. FILED
DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 31 PM 2:25
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| Plaintiffs, | * | NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | JUDGE DUVAL |
| | * | MAGISTRATE JUDGE WILKINSON |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO NOS. 06-1672, 06-1673, and 06-1674 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO EXTEND ALL DEADLINES IN THE MAY 12, 2006, MINUTE ENTRY WITH RESPECT TO THE CHEHARDY LAWSUITS

**NOW INTO COURT**, comes Defendants' Liaison Counsel, Ralph S. Hubbard III, who respectfully moves this Court to extend for sixty (60) days those deadlines in this Honorable Court's May 12, 2006, Minute Entry with respect to Cases Numbered 06-1672, 06-1673, and 06-1674 (collectively "Chehardy Suits") for the following reasons to wit:

I.

On April 27, 2006, plaintiffs in the Chehardy Suits filed an Ex Parte Motion and Incorporated Memorandum in Support of Leave to File Supplemental and Amending Complaint. (Doc. No. 268)

___ Fee____
___ Process____
_X_ Dktd____
_✓_ CtRmDep____
___ Doc. No____

II.

The proposed Amended and Restated Complaint, attached as an exhibit to the foregoing motion, seeks to add several new homeowner insurers which were not parties to the original complaint.

III.

On May 22, 2006, this Honorable Court granted plaintiffs motion allowing them to file the Amended and Restated Complaint. (Doc. No. 403).

IV.

To date, Defendant Liaison Counsel is unaware that any new party named in the Amended and Restated Complaint, including both new parties and parties previously dismissed but which have now been re-named, has been served. Furthermore, Defendant Liaison Counsel does not know who will be representing all of these parties.

V.

Additionally, on May 24, 2006, the plaintiffs filed a second Ex Parte Motion and Incorporated Memorandum in Support of Leave to File Supplemental and Amending Complaint, the purpose of which appears to correct typographical errors. (See Doc. No. 444).

VI.

To date, Defendant Liaison Counsel is unaware of an order allowing this amendment as well as service of process of this Amended and Restated Complaint on any party.

VII.

As a result of the foregoing, Defendant Liaison Counsel respectfully avers that it will be impossible for parties who have been named but are not yet served to comply with the deadlines set forth in this Honorable Court's Minute Entry of May 12, 2006.

VIII.

Defendant Liaison Counsel avers that Plaintiff Liaison Counsel has no opposition to this motion.

**WHEREFORE**, Defendant Liaison Counsel respectfully requests this Honorable Court enter an order extending the deadlines for the Chehardy Lawsuits in accordance with the proposed order.

Respectfully submitted, this 31st day of May, 2006.

_____
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195.

**Defendant Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 31st, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_____