FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -6  AM 7: 29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| NOS. 06-1672, 06-1673, and 06-1674 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Extend All Deadlines in the May 12, 2006, Minute Entry with Respect to the Chehardy Lawsuits:

**IT IS HEREBY ORDERED** that, with respect to Case Nos. 06-1672, 06-1673, and 06-1674, the deadlines contained in the Minute Entry of May 12, 2006, are extended as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

| | |
|---|---|
| August 1, 2006 | Certified copies of all insurance contracts that are at issue shall be provided to plaintiffs' liaison counsel for distribution. |
| August 7, 2006 | Liaison counsel shall identify motions which require discovery and propose an appropriate deadline |
| August 15, 2006 | Motions requiring no discovery shall be filed by this date |
| August 29, 2006 | Responses/ Oppositions to motions filed on August 15, 2006, must be filed |
| September 10, 2006 | Reply Briefs to response/oppositions filed on August 29, 2006, must be filed if needed |
| September 12, 2006 | Motions filed on or before August 15, 2006, should be noticed for this date at 9:30 a.m. If oral argument is requested and found to be needed, the Court shall reset the hearing on such motion(s) at a special setting considering the numbering of motions and complexity of issues. |

New Orleans, Louisiana, this 1st day of June, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE