# KINGSMILL RIESS, L.L.C.
COUNSELLORS AT LAW

MARGUERITE K. KINGSMILL*
MICHAEL R. C. RIESS
JOHN M. DUBREUIL
CHARLES B. COLVIN*
THOMAS P. HENICAN
CHRISTY R. BERGERON*
CYNTHIA BOLOGNA MCINTYRE
*ALSO ADMITTED IN TEXAS

201 ST. CHARLES AVENUE
SUITE 3300
NEW ORLEANS, LOUISIANA 70170-3300
TELEPHONE (504) 581-3300
TELECOPIER (504) 581-3310

JP MORGAN CHASE TOWER
SUITE 7070
600 TRAVIS STREET
HOUSTON, TEXAS 77002
TELEPHONE (713) 222-0000
TELECOPIER (713) 222-6955

WRITER'S E-MAIL:
MRIESS@KINGSMILLRIESS.COM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN -6  AM 7:35
LORETTA G. WHYTE
CLERK

May 16, 2006

**By Hand Delivery**
Honorable Joseph C. Wilkinson, Jr.
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, Louisiana 70130

Re:  *Colleen Berthelot, et al. v. Boh Bros. Construction Co., L.L.C., et al.*
United States District Court, Eastern District of Louisiana
Civil Action No. 05-4182, Section K, Magistrate (2), Cons. Katrina Canal

Dear Judge Wilkinson:

Enclosed please find the Status Report and Work Protocol for Preservation of Evidence at 17th Street Canal T-Wall Repair Project. As per the e-mail I received from Ashton O'Dwyer on May 16, 2006, Ashton O'Dwyer has requested that the parties insert the following language:

> "Mr. O'Dwyer has addressed correspondence to counsel for Boh Bros. objecting to what Boh Bros. plans to do, or not do, in connection with attempting to make the concrete connection between monolith panels and sheet piles available for inspection prior to destruction. Mr. O'Dwyer is reserving all rights against Boh Bros. and its' liability insurance carriers in this respect."

See attached e-mail from Mr. O'Dwyer.

Counsel for Boh Bros. has objected to putting this language into the attached Status Report/Work Protocol, as Item Nos. 1 and 2 are merely reports from undersigned counsel of Boh Bros. back to the Court on the two subject matter inquiries posed by Your Honor, with which responses plaintiffs, nor their counsel, consent to or agree.

If Your Honor has any questions, please call me.

Best regards.

Yours very truly,

Michael R. C. Riess

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

S:\Boh Bros - 106\106-219 Berthelot\Correspondence\060516 Judge w Odwyer comments re work protocol.doc

**KINGSMILL RIESS, L.L.C.**

Honorable Joseph C. Wilkinson, Jr.
May 16, 2006
Page 2

cc:   *(Via E-mail Only)*
      Hugh P. Lambert, Esq.
      Ashton R. O'Dwyer, Jr.
      Joseph M. Bruno, Esq.
      Ralph S. Hubbard, III, Esq.
      William D. Treeby, Esq.
      Robin D. Smith, Esq.
      Traci L. Colquette, Esq.
      Catherine J. Finnegan, Esq.

Michael Riess - RE: Status Report and Work Protocol for Preservation of Evidence at 17th Street Canal T-Wall Repair ... Page 1

Case 2:05-cv-04182-SRD-JCW    Document 502    Filed 06/06/06    Page 3 of 4

**From:** "Ashton O'Dwyer" <arod@odwyerlaw.com>
**To:** "'Michael Riess'" <mriess@kingsmillriess.com>
**Date:** Tue, May 16, 2006 3:27 PM
**Subject:** RE: Status Report and Work Protocol for Preservation of Evidenceat 17th Street Canal T-Wall Repair Project

Mike: You've got to include a paragraph, which states: "Mr. O'Dwyer has addressed correspondence to counsel for Boh Bros. objecting to what Boh Bros. plans to do, or not do, in connection with attempting to make the concrete connection between monolith panels and sheet piles available for inspection prior to destruction. Mr. O'Dwyer is reserving all rights against Boh Bros. and its'liability insurance carriers in this respect."

-----Original Message-----
From: Michael Riess [mailto:mriess@kingsmillriess.com]
Sent: Tuesday, May 16, 2006 3:14 PM
To: jbruno@brunobrunolaw.com; tbrennan@dkslaw.com; hlambert@lambertandnelson.com; rhubbard@lawla.com; arod@odwyerlaw.com; wtreeby@stonepigman.com; Robin.Doyle.Smith@usdoj.gov; Tess.finnegan@usdoj.gov; Traci.colquette@usdoj.gov
Subject: Status Report and Work Protocol for Preservation of Evidenceat 17th Street Canal T-Wall Repair Project

Dear Counsel:

Enclosed please find the revised "Status Report and Work Protocol for Preservation of Evidence at 17th Street Canal T-Wall Repair Project". Since I sent out the original draft, I have made a total of four changes, which I will summarize as follows:

1.      I have added a concluding paragraph at the end of Section 2 to confirm that plaintiffs, nor their counsel, stipulate or consent to the reporting by Boh Bros. back to the Court relating to these two items, i.e., opportunity to inspect the edges and sides of the concrete monoliths and whether the connections of the existing concrete monoliths where they meet the existing sheeting can be made available for inspection and photographing. I have made it perfectly clear to the Court and to all counsel that plaintiffs are not stipulating to this report by Boh Bros. back to Judge Wilkinson, as per his prior directive;

2.      I have added a new Section 3(B) relating to the notice requirement that shall be given by plaintiffs by 5:00 p.m. on the day before any planned site visitation. You have already received this language in a prior e-mail;

3.      As per Traci Colquette's request, I have deleted the "or" in new Section 3(B), which will mean that plaintiffs must notify via e-mail Robin Smith, Traci Colquette and Tess Finnegan of their intention to make a site visitation, so that Corps can make a representative available; and

4.      I have made the requested change to old Section 3(C), now Section 3(D), i.e., deleted the words "where people can stand and how long before moving back to a safer place", with the words "safety and safe areas".

Michael Riess - RE: Status Report and Work Protocol for Preservation of Evidence at 17th Street Canal T-Wall Repair ... Page 2

Case 2:05-cv-04182-SRD-JCW  Document 502  Filed 06/06/06  Page 4 of 4

I plan on filing the attached document in final form with the Court by no later than 5:00 p.m. today. Please let me know if there are any further comments or requests for modification.

Best regards.


Michael R. C. Riess
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential information which is legally privileged. The information is intended only for the use of the intended recipient. If you received this e-mail in error, please immediately notify us by return e-mail or telephone. You are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email or any information contained therein is strictly prohibited.