UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\*   \*   \*   \*   \*   \*   \*   \*

THIS DOCUMENT RELATES TO: ALL ACTIONS

<u>DEFENDANT UNITED STATES' MEMORANDUM IN OPPOSITION TO PLAINTIFFS'
MOTION FOR AN ORDER THAT THE UNITED STATES PROVIDE PLAINTIFFS WITH
REASONABLE NOTICE PRIOR TO THE DESTRUCTION OF ANY EVIDENCE, AND TO
PRODUCE A SCHEDULE OF CONSTRUCTION AND DEMOLITION EVENTS
SCHEDULED TO TAKE PLACE AT THE BREACH SITES (DOCKET NO. 350)</u>

The plaintiffs have moved for an order requiring the United States to provide plaintiffs with reasonable notice before the destruction of any construction materials and to produce a schedule of construction and demolition events scheduled to take place at the breach sites. *See* Docket No. 350. The motion should be denied as moot because plaintiffs already are being provided with reasonable notice prior to the destruction of any construction materials and already are receiving a schedule of construction and demolition activities at the breach sites pursuant to three protocols which are currently in place.[1]

---

[1] The hearing on this motion was originally noticed for May 31, 2006. As of May 22, 2006, two protocols governing construction site access were already in place. During a telephone conference on May 23, 2006, the parties informed the Court that the instant motion might be moot once one or more additional protocols were put into place. The Court moved the hearing date to June 14, 2006, to allow the parties time to enact additional protocols if necessary. *See* Docket No. 430. At this time, protocols have been enacted for each site at which the parties have deemed it necessary to do so. The United States contacted counsel for the moving plaintiffs by telephone today, June 6, 2006, to ask whether plaintiffs would withdraw their motion now that all the protocols have been delivered to the Court. Plaintiffs' counsel David Bruno responded by e-

1

The first protocol, which was hand delivered to the Court on May 16, 2006, by counsel for Boh Brothers, involves the construction and repair work at the 17th Street Canal breach site. The protocol includes a reporting provision, which requires counsel for Boh Brothers to provide other interested counsel with a daily informational update on the activities that took place at the site on the previous day and the activities, including the destruction of construction materials, which the contractors propose to undertake at the sites within the next three to five days. For an example of the daily updates being given for the 17th Street site, see Docket No. 428, Exhibit 1.

The second protocol was sent via facsimile to the Court by counsel for the United States on May 22, 2006, and concerns the London Avenue South/Mirabeau breach site. This protocol also contains a reporting provision similar to the one referenced above. Pursuant to the protocol, counsel for the United States is required to provide other interested counsel with a daily informational update on the activities that took place at the site on the previous day and the activities, including the destruction of construction materials, which the contractors propose to undertake at the sites within the next three to five days. For an example of the daily updates being given for the Mirabeau site, see Docket No. 428, Exhibit 2.

The United States and plaintiffs' liaison counsel have agreed that no evidentiary protocol is needed for inspections of the work taking place at the Mississippi River-Gulf Outlet ("MRGO") sites since the repair and reconstruction of the MRGO is nearly complete. This agreement was faxed to the Court in the form of a letter to Judge Wilkinson on June 5, 2006.

---

mail that he had requested input from members of the various plaintiffs' teams on whether to withdraw the motion and was awaiting their responses. While it is still possible that plaintiffs may agree to withdraw their motion as being moot, the United States is filing this response out of an abundance of caution.

The June 5, 2006 letter, however, does include a protocol for parties who may be interested in the excess construction materials and/or debris which already have been excavated but still remain at the sites. This protocol requires the United States to give interested parties reasonable notice prior to the removal of these materials, give them access to the various sites, and allow them to take custody of the materials according to the terms set out in the protocol.

The protocols currently in place have been agreed to by plaintiffs' liaison counsel. They provide plaintiffs with reasonable notice prior to the destruction of any construction materials, and they provide a schedule of construction and demolition activities at the breach sites. Thus, because the plaintiffs already have received all the relief to which they are reasonably entitled, their motion should be denied as moot.[2]

///
///
///
///
///
///
///
///
///

---

[2] None of the parties in this litigation have approached the United States about creating a protocol for any other site.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

s/ Traci L. Colquette
_____
TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 305-7536
(202) 616-5200 (fax)
Attorneys for the United States

Dated: June 6, 2006.

**CERTIFICATE OF SERVICE**

       I, Traci L. Colquette, hereby certify that on June 6, 2006, I served a true copy of the foregoing pleading upon the following parties by ECF, electronic mail, facsimile, or first class mail:

William Aaron
waaron@goinsaaron.com

Neil Abramson
abramson@phelps.com

Jonathon Beauregard Andry
jandry@andrylawfirm.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

Judy Barrasso
jbarrasso@barrassousdin.com

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Robert Becnel
ROBBECNEL@aol.com

Kelly Cambre Bogart
kbogart@duplass.com

Terrence L. Brennan
tbrennan@dkslaw.com

Joseph Bruno
jbruno@brunobrunolaw.com

Thomas Darling
tdarling@grhg.net

Kevin Derham
kderham@duplass.com

Joseph Vincent DiRosa Jr.
jvdirosa@cityofno.com

Walter Dumas
wdumas@dumaslaw.com

Lawrence Duplass
lduplass@duplass.com

Calvin Fayard
calvinfayard@fayardlaw.com

Thomas Francis Gardner
gardner@bayoulaw.com

Thomas Gaudry
tgaudry@grhg.net

Joseph Guichet
jguichet@lawla.com

Jim S. Hall
jodi@jimshall.com

Robert Harvey
rgharvey@bellsouth.net

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

David Blayne Honeycutt
DBHoneycutt@aol.com

Ralph Hubbard
rhubbard@lawla.com

Darlene Marie Jacobs
dollyno@aol.com

Tamara Kluger Jacobson
tkjacobson@aol.com

Michael Courtney Keller
kellerm@ag.state.la.us

Stephen Kreller
sskreller@gmail.com

Hugh Lambert
hlambert@lambertandnelson.com

John M. Landis
jlandis@stonepigman.com

Mickey Landry
mlandry@landryswarr.com

Wade Langlois
wlanglois@grhg.net

Wayne J. Lee
wlee@stonepigman.com

F. Gerald Maples
federal@geraldmaples.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com

Penya Moses-Fields
pmfields@cityofno.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty Finley Mullin
bettym@spsr-law.com

J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com

John Francis Nevares
jfnevares-law@microjuris.com

James L. Pate
jpate@ln-law.com

Ronnie Penton
rgp@rgplaw.com

Drew A. Ranier
dranier@rgelaw.com

Michael R.C. Riess
mriess@kingsmillriess.com

Camilo Kossy Salas
csalas@salaslaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

George Simno
gsimno@swbno.org

Randall A. Smith
rasmith3@bellsouth.net

Christopher Kent Tankersley
ctankersley@burglass.com

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Clayton Morris Connors
625 Baronne Street
New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street , 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130

                         s/ Traci L. Colquette
                         _____
                         Traci L. Colquette