UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2)<br>CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

06-2152

---

### CORPORATE DISCLOSURE STATEMENT OF MIKE HOOKS, INC. PURSUANT TO LOCAL RULE 5.6

Pursuant to Rule 5.6 of the Local Rules of the United States District Court for the Eastern District of Louisiana, the undersigned counsel for Mike Hooks, Inc., defendant in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party. Further, no publicly traded company possesses an ownership interest in Mike Hooks, Inc.

Dated: June 1, 2006.

Respectfully submitted,

LUNDY & DAVIS, L.L.P.

_____
SAMUEL B. GABB, T.A. (La. Bar No. 22378)
THOMAS P. LeBLANC (La. Bar No. 22832)
501 Broad Street
Lake Charles, LA 70601
(337) 439-0707
(337) 439-1029 (fax)

**Attorneys for Mike Hooks, Inc.**