UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consol. cases |
| BOH BROS. CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## ORDER

Plaintiffs' request for oral argument, Record Doc. No. 490, on their Motion for Leave to Supplement and Amend Complaint, Record Doc. No. 489, is hereby DENIED. The motion will be decided on the briefs without oral argument.

New Orleans, Louisiana, this 6th day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE