UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                          CIVIL ACTION

VERSUS                                            NO. 05-4182 and
                                                  consol. cases

BOH BROS. CONSTRUCTION CO., L.L.C. ET AL.         SECTION "K" (2)

## ORDER

By order of the presiding district judge dated May 23, 2006, Record Doc. No. 430, plaintiffs' Motion for an Order that the United States Army Corps of Engineers Provide Plaintiffs with Reasonable Notice, Record Doc. No. 350, has been reset before the undersigned magistrate judge on **June 14, 2006**.  Accordingly, **IT IS ORDERED** that the motion will be determined by the undersigned on the record <u>without</u> oral argument.

New Orleans, Louisiana, this  6th  day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE