**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

COLLEEN BERTHELOT, ET AL.,          *          CIVIL ACTION
                                    *
VERSUS                              *          NO. 05-4182
                                    *
BOH BROTHERS CONSTRUCTION CO., LLC, *          SECTION "K" (2)
ET AL,                              *          CONS. KATRINA CANAL
*     *     *     *     *     *     *     *

THIS DOCUMENT RELATES TO:  ALL ACTIONS

**ORDER**

    Having considered the foregoing United States Motion for Leave to File Reply

Memorandum, it is hereby **ORDERED** that the United States is granted leave to file its proposed

Reply Memorandum in Support of United States Motion to Clarify Order Requiring Preservation

of Evidence.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1