UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

*************************************************************************

## ORDER

Considering the foregoing Motion for Enlargement of Time and Continuation of Hearing,

**IT IS HEREBY ORDERED** that the Hearing on Allstate Indemnity Insurance Company's Motion to Sever and Proceed Separately currently set for June 14, 2006 be and hereby is continued until September 12, 2006.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**