UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

REQUEST FOR EXPEDITED HEARING

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiffs in Chehardy et al. v. State Farm, et al., 06-1672; Chehardy et al. v. State Farm, et al., 06-1673; and Chehardy et al. v. State Farm, et al., 06-1674, respectfully request that the Motion for Enlargement of Time or Continuance of Hearing be considered on an expedited basis inasmuch as the next available hearing date for this Court is June 28, 2006 and the Motion as presently set is scheduled for June 14, 2006.

Respectfully Submitted:

_____
JOSEPH BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## CERTIFICATE OF SERVICE

    I hereby certify that I have on this ___6___ day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery, or by fax, em-mail or other electronic means.

_____