UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR EXPEDITED HEARING**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in Chehardy et al. v. State Farm, et al., 06-1672; Chehardy et al. v. State Farm, et al., 06-1673; and Chehardy et al. v. State Farm, et al., 06-1674, who respectfully request this Honorable Court grant an Order for an expedited hearing regarding Plaintiffs' Proposed Motion to Continue Hearing on Allstate Indemnity Company's Motion to Sever and Proceed Separately and Plaintiffs' Proposed Motion for Extension of Time in which to respond to Allstate Indemnity Company's Motion to Sever and Proceed Separately.

Plaintiffs suggest that an adverse ruling regarding Allstate's Motion to Sever will cause irreparable harm to their case and respectfully suggest to the Court that an expedited hearing will

allow Plaintiffs to present important information to the Court as to why Plaintiffs' Proposed Motion to Continue Hearing and Motion for Extension of Time should be granted.

WHEREFORE, Plaintiffs request an expedited hearing in order that the Court hear pertinent information pertaining to the necessity of Plaintiffs' Proposed Motion to Continue Hearing on Allstate Indemnity Company's Motion to Sever and Proceed Separately and Plaintiffs' Proposed Motion for Extension of Time in which to respond to Allstate Indemnity Company's Motion to Sever and Proceed Separately.

Respectfully Submitted:

_____
JOSEPH BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this ___8___ day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery, or by fax, em-mail or other electronic means.

_____