UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.                          CIVIL ACTION

VERSUS                                             NO. 05-4182

BOH BROTHERS CONSTRUCTION CO.,                     SECTION "K" (2)
L.L.C., ET AL.                                     CONS. KATRINA CANAL

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT FOR MOTION FOR EXPEDITED HEARING**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MAY IT PLEASE THE COURT:

Defendant Allstate Indemnity Company (hereinafter "Allstate") filed a Motion to Sever and

Proceed Separately.  Plaintiffs urgently request an expedited hearing in order to provide vital

information to the Court regarding two proposed motions:   1) Plaintiffs' Proposed Motion to

Continue Hearing on Allstate Indemnity Company's Motion to Sever and Proceed Separately and

2) Plaintiffs' Proposed Motion for Extension of Time in which to respond to Allstate Indemnity

Company's Motion to Sever and Proceed Separately.

Defendants' Liaison Counsel, Ralph S. Hubbard, III, moved this Court for an extension of

all deadlines in the Chehardy cases, to which Plaintiffs' counsel had no opposition. It is urged that

Allstate's Motion to Sever has potentially dire consequences to Plaintiffs' case should an adverse

opinion be rendered, and it should be postponed to conform with Liaison Counsel Hubbard's

deadlines.

Plaintiffs request an opportunity to discuss the postponement of Allstate's Motion to a later

date and they request the opportunity to discuss these matter with the Court on an expedited basis.

Respectfully submitted,

JOSEPH BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ____day of June, 2006, served a copy of the above and

foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first

class postage prepaid, or by hand delivery, or by fax, e-mail or other electronic means.