UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

*********************************************************************

### ORDER

Considering the foregoing Motion to Expedite,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Expedite is hereby _____.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE