UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

*************************************************************************
**PROPOSED MOTION FOR EXTENSION OF TIME**
*************************************************************************

**NOW INTO COURT,** come Plaintiffs in Chehardy et al. v. State Farm, et al., 06-1672; Chehardy et al. v. State Farm, et al., 06-1673; and Chehardy et al. v. State Farm, et al., 06-1674, who respectfully move this Honorable Court for an Order allowing additional time in which to respond to Allstate Indemnity Company's Motion to Sever and Proceed Separately.

Plaintiffs request additional time to respond to Allstate's Motion to Sever. Plaintiffs suggest that the additional time granted may be in accordance with the unopposed motion filed by the Court-appointed Defendant Liaison Counsel. Defendant Liaison Counsel has suggested dates for filing and hearing motions such as the motion to sever filed by Allstate. Plaintiffs would respectfully suggest that this Court should not address the issues presented in this litigation on a piecemeal basis. The

coverage issues presented in the Chehardy case are intertwined and intermingled with the factual issues in the other cases currently pending before this Court.

Plaintiffs request additional time to prepare a response in opposition to the motion to sever. Allstate Indemnity Insurance Company has suggested that the third-party fault issues do not relate to the coverage issues presented in the Chehardy case. Plaintiffs take issue with this assertion and request an opportunity to conduct discovery and to fully brief and present evidence to this Court why Allstate's position is in error. Moreover, Plaintiffs have retained the esteemed law firm of Anderson, Kill, and Olick to assist in litigating this matter on behalf of the class. The issues in this case are of utmost importance to the citizens of Southeast Louisiana. Plaintiffs seek to conduct discovery in the most efficient and economical means possible. The best course of action is to refix this hearing consistent with the Defendant Liaison Counsel's proposed schedule. No prejudice will befall Allstate by the granting of this motion. Allstate has not agreed to a continuance.

WHEREFORE, Plaintiffs move for an order granted additional time in which to respond to Allstate's Motion to Sever and Proceed Separately.

Respectfully Submitted:

_____
JOSEPH BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this ___8___ day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery, or by fax, em-mail or other electronic means.

_____