## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.,                                    CIVIL ACTION

**VERSUS**                                                              NO. 05-4182

**BOH BROTHERS CONSTRUCTION CO.,**                    SECTION "K" (2)
**L.L.C., ET AL.**                                        CONS. KATRINA CANAL

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### PROPOSED MOTION TO CONTINUE HEARING
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOW INTO COURT, come Plaintiffs in Chehardy et al. v. State Farm, et al., 06-1672; Chehardy et al. v. State Farm, et al., 06-1673; and Chehardy et al. v. State Farm, et al., 06-1674, who respectfully move this Honorable Court for an Order continuing the hearing on Allstate Indemnity Company's Motion to Sever and Proceed Separately, currently set for June 14, 2006.

Defendant Liaison Counsel, Ralph Hubbard, has suggested dates for filing and hearing motions such as the motion to sever filed by Allstate. Plaintiffs would respectfully suggest that this Court should not address the issues presented in this litigation on a piecemeal basis. The coverage issues presented in the Chehardy case are intertwined and intermingled with the factual issues in the other cases currently pending before this Court.

The best course of action is to refix this hearing consistent with the Defendant Liaison Counsel's proposed schedule.  No prejudice will befall Allstate by the granting of this motion. Allstate has not agreed to a continuance.

WHEREFORE, Plaintiffs move for an order that the hearing on Allstate's Motion to Sever and Proceed Separately be continued until September 12, 2006 or until such time as the Court may order at a special setting.

Respectfully Submitted:

JOSEPH BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Telephone (504) 525-1335
Facsimile (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that I have on this  _8_  day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery, or by fax, em-mail or other electronic means.