## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.                                    CIVIL ACTION

**VERSUS**                                                         NO. 05-4182

BOH BROTHERS CONSTRUCTION CO.,                      SECTION "K" (2)
L.L.C., ET AL.                                             CONS. KATRINA CANAL

PERTAINS TO: Chehardy v. State Farm, C.A. Nos. 06-1672, 06-1673, and 06-1674

**************************************************************************
### PROPOSED ORDER

Considering the foregoing Motion to Continue Hearing,

**IT IS HEREBY ORDERED** that  the Hearing on Allstate Indemnity Insurance Company's

Motion to Sever and Proceed Separately  currently set for June 14, 2006 be and hereby is continued

until September 12, 2006.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**