**BRUNO & BRUNO**
AND YOU SINCE 1950
TRIAL LAWYERS

FRANK S. BRUNO
JOSEPH M. BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO
CHRISTOPHER J. BRUNO

DAVID S. SCALIA
STEPHANIE MAY BRUNO
HAROLD E. MOLAISON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 25 PM 3: 22

LORETTA G. WHYTE
CLERK

May 24, 2006

Hon. Loretta G. Whyte
Clerk of Court
United States District Court, Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:   *Colleen Berthelot et al. v. Boh Brothers, et al.: 05-4182*

THIS DOCUMENT RELATES TO:

INSURANCE GROUP

*Chehardy et. Al. v. State Farm, et al.: 06–1672*
*Chehardy et. Al. v. State Farm, et al.: 06-1673*
*Chehardy et. Al. v. State Farm, et al.: 06-1674*

Dear Ms. Whyte:

Please issue summons on the Original Complaint and the Amended and Restated Complaint in each of the referred cases to the following newly named parties:

1. *American Insurance Company to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.*

2. *AAA Homeowners Auto Club Family Insurance Company* to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

3. *Louisiana Citizens Property Insurance Corporation* (LA FAIR Plans) to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809, or at their place of business at 433 Metairie Road, Suite 400, Metairie, LA 7005, or at their mailing address P.O. Box 60730, New Orleans, LA 70160.

___ Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No _____

4. ***Travelers Property Casualty Company of America*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

5. ***Lexington Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

6. ***Encompass Insurance Company of America*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

7. ***AEGIS Security Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

8. ***Great Northern Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

9. ***Hanover Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809

With kindest regards, I am

Very truly yours,

BRUNO & BRUNO

David S. Scalia