

**BRUNO & BRUNO**
AND YOU SINCE 1950       TRIAL LAWYERS

FRANK S. BRUNO
JOSEPH M. BRUNO
STEPHEN P. BRUNO
ROBERT J. BRUNO
CHRISTOPHER J. BRUNO

DAVID S. SCALIA
STEPHANIE MAY BRUNO

*Of Counsel*
HAROLD E. MOLAISON

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 25 PM 3: 23
LORETTA G. WHYTE
CLERK

May 24, 2006

Hon. Loretta G. Whyte
Clerk of Court
United States District Court, Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    ***Colleen Berthelot et al. v. Boh Brothers, et al.: 05-4182***

            THIS DOCUMENT RELATES TO:

            INSURANCE GROUP

            *Chehardy et al. v. State Farm, et al,:* 06-1672
            *Chehardy et al. v. State Farm, et al,:* 06-1673
            *Chehardy et al. v. State Farm, et al,:* 06-1674

Dear Ms. Whyte:

    Please issue summons on the Amended and Restated Complaint in each of the referred cases to the following parties:

1. ***Allstate Insurance Company** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.*

2. ***Allstate Indemnity Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

3. ***State Farm Fire & Casualty Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

Fee_____
_/Process_ BG(6) SMS
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

4. ***Lafayette Insurance Company** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.*

5. ***Liberty Mutual Fire Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

6. ***Chubb Custom Insurance Company*** to its registered agent for service of process, the Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

With kindest regards, I am

Very truly yours,

BRUNO & BRUNO

David S. Scalia