UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL, | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:  ALL ACTIONS

## ORDER

Having considered the foregoing United States Motion for Leave to File Reply Memorandum, it is hereby **ORDERED** that the United States is granted leave to file its proposed Reply Memorandum in Support of United States Motion to Clarify Order Requiring Preservation of Evidence.

New Orleans, Louisiana, this  8th  day of   June   , 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1