FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -7 PM 2: 39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO.: 05-4182 |
| VERSUS | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: ALL CASES | |

### JOINT EX-PARTE MOTION FOR ENTRY OF ORDER ADDRESSING THE CHAIN OF CUSTODY AND STORAGE OF SHEET PILES LOCATED NEAR THE INTERSECTION OF JOURDAN AVENUE NEAR GALVEZ STREET TAKEN FROM THE INDUSTRIAL CANAL NORTH BREACH SITE

NOW INTO COURT, come Plaintiffs' Preliminary Master Committee and the Contractor Defendants who, after conferring among themselves and with counsel for the United States, and in order to preserve the chain of custody of the sheet piles (hereafter "the evidence") that were removed from the Industrial Canal North Breach site near Florida Avenue, now located at or near the intersection of Jourdan Avenue near Galvez Street have resolved the issue of transportation and storage of the evidence, now move for entry of the attached Order.

WHEREFORE, movers pray that the this motion be granted and the attached Order be signed by the Court.

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No____

Respectfully submitted:

BRUNO & BRUNO

_____
Joseph M. Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
855 Baronne Street
New Orleans, LA 70113
PH: (504) 525-1335
FX: (504) 581-1493
For the Plaintiffs Preliminary Master Committee

And

_____
William D. Treeby, (La. Bar No. 12901)
John M. Landis
Heather S. Lonian
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-2300

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
(404) 521-3939

Adrian Wager-Zito
James E. Gauch
Julie E. McEvoy
Jennifer L. Swize
Christopher R. Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939
*Attorneys for Washington Group International*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __7th__ day of __June__, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by United States mail, properly addressed and with first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

David S. Scalia