UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| | § | |
| ALL CASES | § | |
| | § | |

**MEMORANDUM IN SUPPORT OF JOINT EX-PARTE MOTION FOR ENTRY OF ORDER ADDRESSING CHAIN OF CUSTODY AND STORAGE OF SHEET PILES LOCATED NEAR THE INTERSECTION OF JOURDAN AVENUE NEAR GALVEZ STREET TAKEN FROM THE INDUSTRIAL CANAL NORTH BREACH SITE**

**MAY IT PLEASE THE COURT:**

On June 2, 2005 counsel for plaintiffs, the contractor defendants, and the United States participated in a telephone conference with Magistrate Judge Wilkinson regarding the disposition of certain sheet piles that were previously removed from the Industrial Canal North Breach site near Florida Avenue, and were presently located at or near the intersection of Jourdan Avenue near Galvez Street. Plaintiffs and the contractor defendants believed that the sheet piles should be preserved in their entirety for further study. It was the position of the United States that the sheet piles be removed from the site to facilitate the ongoing repairs and

construction at the site. As a result of that conference the Court issued a minute entry directing that the United States and its contractors maintain the status quo concerning the sheet piles leaving them intact at their current location for a period of one week through and including 5:00 p.m. on Friday June 9, 2006, and that in that time counsel were to confer among themselves in order to reach an agreement by which the subject sheet piles may be stored and maintained intact.

Counsel have conferred as directed by the court and have reached agreement regarding the transportation, storage, and cost of same, all as set forth in the proposed Order filed together with this Motion. Counsel believe that the Order adequately addresses and allows for the preservation of the chain of custody of the sheet piles and places them in a secure location allowing access for non-destructive purposes by any interested party, with the costs of transportation and storage to be borne equally by the plaintiffs and defendants. The Order further provides a procedure to accommodate any testing that would or might result in the destruction of all or any part of the evidence, requiring that such testing shall not be conducted by any person without the consent of all parties, or in the absence thereof, with an Order of the Court after a motion and contradictory hearing regarding same.

For these reasons, undersigned counsel respectfully request that the proposed order be signed, effectively setting forth a protocol for the transportation, storage, custody, and any future testing of these sheet piles.

Respectfully submitted:

BRUNO & BRUNO

_____
Joseph M. Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
855 Baronne Street
New Orleans, LA 70113
PH: (504) 525-1335
FX: (504) 581-1493
For the Plaintiffs Preliminary Master Committee

And

_____
William D. Treeby, (La. Bar No. 12901)
John M. Landis
Heather S. Lonian
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-2300

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
(404) 521-3939

Adrian Wager-Zito
James E. Gauch
Julie E. McEvoy
Jennifer L. Swize
Christopher R. Farrell
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
(202) 879-3939
*Attorneys for Washington Group International*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this __7th__ day of __June__, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by United States mail, properly addressed and with first class postage prepaid, or by hand delivery or by fax, e-mail or other electronic means.

_____
David S. Scalia