FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 2: 13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| VERSUS | § | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § | MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: ALL CASES | § | |

**ORDER**

Considering the request of counsel for plaintiffs and certain defendants on June 2, 2006 that the five sheet piles (hereafter "the evidence") removed from the Industrial Canal North Breach site near Florida Avenue, now located at or near the intersection of Jourdan Avenue near Galvez Street should be preserved in their entirety for further study; *IT APPEARING FROM THOSE SUBMISSIONS THAT THERE IS NO OBJECTION SO THAT NO HEARING IS REQUIRED;*

And further considering that counsel for plaintiffs and defendants have retained the services of Joe Landwerlin to transport the evidence from the site, and have further retained the services of Kearney Companies to store the evidence in a secure warehouse located at 1930 Japonica Street, New Orleans, Louisiana;

**IT IS ORDERED**, that the Order set forth in the June 2, 2006 Minute Entry of the Magistrate Judge (Record Document 481) be and is hereby modified as follows:

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**IT IS FURTHER ORDERED**, that said evidence shall be transported on or before 5:00 p.m. on June 9, 2006 by the transporter retained by the parties as set forth above to the Kearney Companies secure warehouse at 1930 Japonica Street, and that the cost of said transportation and storage shall be borne equally by the plaintiffs and defendants;

**IT IS FURTHER ORDERED**, that once delivered to the secure storage facility, the evidence shall remain stored in that facility and shall not be removed for any reason except upon Order of the Court;

**IT IS FURTHER ORDERED**, that all parties shall have access to the secure storage facility in order to view, observe, photograph, or otherwise examine the evidence at the secure location in any non-destructive manner upon written request to Joseph M. Bruno, Liaison Counsel for Plaintiffs' Preliminary Master Committee, and William Treeby, Liaison Counsel for Contractor Defendants, said request being delivered to Mr. Bruno and Mr. Treeby no less than twenty four hours in advance of the desired access; *with a copy to Robin Smith or Tass Finnegan, counsel for the United States,*

**IT IS FURTHER ORDERED**, that no examination or testing that would or might result in the destruction of all or any part of the evidence shall be conducted by any person without the consent of all parties, or in the absence thereof, without Order of the Court after a motion and contradictory hearing regarding same.

_____
United States District Magistrate Judge
*June 8, 2006*

cc: Judge Duval