AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**THE UNITED STATES OF AMERICA**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-1885 "K" (2)

05-4181

TO: **Louisiana Department of Transportation and Development**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Original Complaint, and to the 1st through 11th Supplemental and Amending (or Amended) Complaints, which are herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE: MAY 18 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

Cathy Samaha

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 6/8/6 |
| NAME OF SERVER  Michael P. Porter | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the third-party defendant. Place where served: Cathy Samaha

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/8/6
          Date

Signature of Server: Michael P. Porter

Address of Server: 138 N. Porter

Legal
Larry Kurant
(225) 379-1207

(1)
il Procedure.