OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8  PM 4: 30

LORETTA G. WHYTE
CLERK

Date: June 8, 2006

Colleen Berhelot et al. Vs. Boh Brothers, et al. Case No. 05-4182

This document Pertains to Insurance Group

Chehardy et al. vs. State Farm, et al., Case No. 06-1672
Chehardy et al. vs. State Farm, et al., Case No. 06-1673
Chehardy et al. vs. State Farm, et al., Case No. 06-1674

Section _____

Dear Madam/Sir:

   Please RE-issue summons on the complaint and on the amended and restatet complaint to the following:

1. (name) **Liberty Mutual Fire Insurance Company**

   (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

2. (name) **Lexington Insurance Company**

   (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

3. (name) **AEGIS Security Insurance Company**

   (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

4. (name) **Great Northern Insurance Company**

   (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

Very truly yours,

David S. Scalia (LA Bar No. 21369)

Attorney for **Gladys Chehardy, et al.**

Address    Bruno & Bruno
           855 Baronne St.
           New Orleans, LA 70113

___ Fee_____
_X_ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___