OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8 PM 4:30

LORETTA G. WHYTE
CLERK

Date: June 8, 2006

Colleen Berhelot et al. Vs. Boh Brothers, et al. Case No. 05-4182 "K"(2)

This document Pertains to Insurance Group

Chehardy et al. vs. State Farm, et al., Case No. 06-1672 "K"(2)
Chehardy et al. vs. State Farm, et al., Case No. 06-1673 "K"(2)
Chehardy et al. vs. State Farm, et al., Case No. 06-1674 "K"(2)

Section ..........

Dear Madam/Sir:

Please RE-issue summons on the amended and restatet complaint to the following:

1. (name) **American Insurance Company**

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

2. (name) **AAA Homeowners Auto Club Family Insurance Company**

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

3. (name) **Chubb Custom Insurance Company**

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

4. (name) **Encompass Insurance Company of America**

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

Very truly yours,

..........................
David S. Scalia (LA Bar No. 21369)

Attorney for **Gladys Chehardy, et al.**

Address      Bruno & Bruno
             855 Baronne St.
             New Orleans, LA 70113

Fee____
Process____
X Dktd____
___ CtRmDep____
___ Doc. No____