OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -8  PM 4: 30

LORETTA G. WHYTE
CLERK

Date: June 8, 2006

.................................

Colleen Berhelot et al. Vs. Boh Brothers, et al. Case No. 05-4182

This document Pertains to Insurance Group

Chehardy et al. vs. State Farm, et al., Case No. 06-1672
Chehardy et al. vs. State Farm, et al., Case No. 06-1673
Chehardy et al. vs. State Farm, et al., Case No. 06-1674

Section ..........

Dear Madam/Sir:

Please Re-issue summons on the amended and restatet complaint
to the following:

1. (name) *Allstate Indemnity Company*

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

2. (name) *State Farm Fire & Casualty Company*

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

3. (name) *Hanover Insurance Company*

    (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

4. (name)
   (address)

Very truly yours,

David S. Scalia (LA Bar No. 21369)

Attorney for **Gladys Chehardy, et al.**

Address     Bruno & Bruno
            855 Baronne St.
            New Orleans, LA 70113

___ Fee_____
_L_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____