```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130
```

```
            FILED
       U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2006 JUN -8  PM 4: 30

          LORETTA G. WHYTE
               CLERK
```

Date: June 8, 2006

........................................

Colleen Berhelot et al. Vs. Boh Brothers, et al. Case No. 05-4182

This document Pertains to Insurance Group

Chehardy et al. vs. State Farm, et al., Case No. 06-1672
Chehardy et al. vs. State Farm, et al., Case No. 06-1673
Chehardy et al. vs. State Farm, et al., Case No. 06-1674

                       Section ..........

Dear Madam/Sir:

   Please Re issue summons on the complaint and on the amended and restatet complaint to the following:

  1.  (name) *Allstate Insurance Company*

      (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

  2.  (name) *Louisiana Citizens Property Insurance Corporation*

      (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

  3.  (name) *Travelers Property Casualty Company of America*

      (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

  4.  (name) *Lafayette Insurance Company*

      (address) Louisiana Secretary of State, 8549 United Plaza Blvd., Baton Rouge, LA 70809.

                                 Very truly yours

                                 ..................................
                                 David S. Scalia (LA Bar No. 21369)

                                 Attorney for **Gladys Chehardy, et al.**

                                 Address   Bruno & Bruno
                                           855 Baronne St.
                                           New Orleans, LA 70113

```
Fee_____
✓ Process____
X Dktd_____
__ CtRmDep___
__ Doc. No___
```