**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | **SECTION "K"(2)** |
| **L.L.C., ET AL.** | * | **CONS. KATRINA CANAL** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **06-0020** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6 DISCLOSURE**
**STATEMENT ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

**NOW INTO COURT,** through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis") for the sole purpose of complying with the compulsory disclosure required in Rule 7.1.

1.

Eustis is a corporate entity, and there is no parent corporation.

2.

No publicly traded company owns 10% or more of the stock of Eustis.

*r7-1_727409_Tauzin_061206_eedrbw#1F.wpd*

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/ Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:     (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 12th day of June, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-mailing or mailing the same by United States mail, properly addressed, and first class postage prepaid.


s/ Erin E. Dearie
ERIN E. DEARIE