UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9  PM 2: 35

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. 05-4181 |
| | * | |
| | * | C/W  2:05-cv-04182-SRD-JCW |
| | * | |
| VERSUS | * | JUDGE DUVAL |
| | * | |
| THE UNITED STATES OF AMERICA, ET AL | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### CHANGE OF ADDRES

Please take notice of our change of address and telephone numbers:

Goins Aaron, APLC

Richard A. Goins (6082)
William D. Aaron, Jr.  (2267)

201 St. Charles Ave., Suite 3800
New Orleans, LA 70170

Telephone: (504) 569-1800
Facsimile:  (504) 569-1801

Attorneys for Defendant, Eddie Jordan..

Respectfully submitted,

_____
WILLIAM D. AARON, JR. T.A. (#2267)
SPECIAL PROSECUTOR
RICHARD A. GOINS (#6082)
SPECIAL PROSECUTOR
201 St. Charles Ave., Suite 3800
New Orleans, LA 70170
Telephone: (504) 569-1800
Facsimile:  (504) 569-1801

Email: waaron@goinsaaron.com

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that I have sent to the plaintiff and all counsel of record a copy of the foregoing by regular first class U.S. Mail, postage prepaid and properly addressed, this 7th day of June, 2006.