UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:  CASE NO. 06-1885

UNITED STATES' MOTION TO DISMISS

MAY IT PLEASE THE COURT: Defendant, the United States of America, hereby moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3) to dismiss plaintiffs' action for lack of subject matter jurisdiction.

In support of the United States' Motion to Dismiss, the Court is referred to the attached Exhibits and the accompanying Memorandum of Law.  For the reasons set forth in the United States' Memorandum of Law in Support of its Motion to Dismiss, the United States respectfully submits that this Court lacks subject matter jurisdiction over the plaintiffs' claims and requests that the Court dismiss the plaintiffs' action.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch

   /s/ Traci L. Colquette
Traci L. Colquette
Kara K. Miller
Trial Attorneys, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202)-305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  June 12, 2006

## **CERTIFICATE OF SERVICE**

I, Traci L. Colquette, hereby certify that on June 12, 2006, I served a true copy of the United States' Motion to Dismiss, Proposed Order, Notice of Hearing, and Memorandum in Support upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron<br>waaron@goinsaaron.com | Walter Dumas<br>wdumas@dumaslaw.com |
| Neil Abramson<br>abramson@phelps.com | Lawrence Duplass<br>lduplass@duplass.com |
| Jonathon Beauregard Andry<br>jandry@andrylawfirm.com | Calvin Fayard<br>calvinfayard@fayardlaw.com |
| Thomas P. Anzelmo<br>tanzelmo@mcsalaw.com | Thomas Francis Gardner<br>gardner@bayoulaw.com |
| Judy Barrasso<br>jbarrasso@barrassousdin.com | Thomas Gaudry<br>tgaudry@grhg.net |
| Daniel E. Becnel, Jr.<br>dbecnel@becnellaw.com | Joseph Guichet<br>jguichet@lawla.com |
| Robert Becnel<br>ROBBECNEL@aol.com | Jim S. Hall<br>jodi@jimshall.com |
| Kelly Cambre Bogart<br>kbogart@duplass.com | Robert Harvey<br>rgharvey@bellsouth.net |
| Terrence L. Brennan<br>tbrennan@dkslaw.com | Herman C. Hoffmann, Jr.<br>hhoffmann@spsr-law.com |
| Joseph Bruno<br>jbruno@brunobrunolaw.com | David Blayne Honeycutt<br>DBHoneycutt@aol.com |
| Thomas Darling<br>tdarling@grhg.net | Ralph Hubbard<br>rhubbard@lawla.com |
| Kevin Derham<br>kderham@duplass.com | Tamara Kluger Jacobson<br>tkjacobson@aol.com |
| Joseph Vincent DiRosa Jr.<br>jvdirosa@cityofno.com | Michael Courtney Keller<br>kellerm@ag.state.la.us |

Stephen Kreller
sskreller@gmail.com

Hugh Lambert
hlambert@lambertandnelson.com

John M. Landis
jlandis@stonepigman.com

Mickey Landry
mlandry@landryswarr.com

Wade Langlois
wlanglois@grhg.net

Wayne J. Lee
wlee@stonepigman.com

F. Gerald Maples
federal@geraldmaples.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com

Penya Moses-Fields
pmfields@cityofno.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty Finley Mullin
bettym@spsr-law.com

J. Wayne Mumphrey

jwmumphrey@mumphreylaw.com

John Francis Nevares
jfnevares-law@microjuris.com

James L. Pate
jpate@ln-law.com

Ronnie Penton
rgp@rgplaw.com

Drew A. Ranier
dranier@rgelaw.com

Michael R.C. Riess
mriess@kingsmillriess.com

Camilo Kossy Salas
csalas@salaslaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

George Simno
gsimno@swbno.org

Randall A. Smith
rasmith3@bellsouth.net

Christopher Kent Tankersley
ctankersley@burglass.com

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly

wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Matthew D. Schultz
mschultz@levinlaw.com

Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com

Nina D. Froeschle
nfroeschle@osmlaw.com

Thomas V. Girardi
tgirardi@girardikeese.com

John W. deGravelles
deidson@dphf-law.com

Craig Frank Holthaus
fholthaus@dphf-law.com

Samuel Gabb
sgabb@lundydavis.com

James Roussel
jroussel@bakerdonelson.com

Arthur Gordon Grant, Jr.
ggrant@monbar.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Clayton Morris Connors
625 Baronne Street
New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street , 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130

                                         /s/ Traci L. Colquette
                                       _____
                                          Traci L. Colquette