# EXHIBIT 2

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TELEPHONE: (504) 561-6561
FACSIMILE: (504) 561-6560

February 17, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C, Merchant, Esq.
Foot of Prytania Street at the
  Mississippi River
New Orleans, LA 70118

Federal Emergency Management Agency
c/o Edward A. Broyles, Esq.
Acting Associate General Counsel for General Law
Office of General Counsel
Federal Center Plaza
500 C Southwest
Washington, D.C. 20472

    Re: Maureen O'Dwyer, et al.
      vs. The United States of America, et al.
      No. 05-4181 "K"(5)

Dear Randy and Mr. Broyles::

  This will constitute formal written submission of the following individual claims, made both individually and in representative capacities, which are made against your agencies on behalf of the following clients, who I represent in the capacity of agent, attorney-in-fact and legal representative:

    Shirley D. O'Dwyer
    Lisa Marie O'Dwyer
    Maureen O'Dwyer
    Harold Joseph Gagnet

February 17, 2006
Page 2

      Sally Egerton Richards
      Shane Porter and
      Stephanie Porter
      Interior Specialties LLC
      Shelia Jones Jordan
      Charles Edward Jordon
      Wayne M. Jones
      Gloria Agnes Griffin, individually and as Administration of the
        Succession of her brother Stephen Williams, and on behalf of any
        and all heirs, survivors, relatives and beneficiaries of the deceased
      Leticia Brown
      Jo Anna McLean
      Lee Davidson McLean III
      Kathryn Frank
      Richard Springer Favor
       And
      Miriam McMichael Favor d/b/a The Garden Smith
      Philip B. Alford
      Gerald Pipes Guice
      Beverly Anne Ferguson Guice
      Madeleine Alise Guice
      Kenneth Hastings Guice
      Anthony Phillip Hende4rson
      Louis Joseph O'Dwyer, Jr.
      Maurleen M. O'Dwyer
      Aaron Jacob O'Dwyer
      Henry Grady Hardy, Jr.
      Letizia Hardy
      Jane Veronica Hardy
      Brian Southerland Hardy
      Martin Ramos
      Richard Ehret
      Leslie Ehret
      Anthony Phillip Henderson
      Frances Y. Bellerino
      Louise J. Young
      Edward R. Young
      And
      Veronica F. Young d/b/a Floor Crafters Wood Interiors
      Joseph Rauchwerk
      Cheryl Sweat Rauchwerk
      Marilyn Von Schmidt
      Susan G. Jeanfreau, M.D.
      Wallace E. Jeanfreau, M.D.
      Robert J. Jeanfreau, M.D.

February 17, 2006
Page 3

    Jerry Victor Jacob
    Gloria Pohlman Hecker
    Joseph W.P. Hecker, in proper person
    Nicholas S. Lindner
    Ruth B. Ragas
    Paul J. Ragas
    Jason P. Ragas
    Walter J. Morgan
    Katie L. Ragas
    Arthur Tracy Abel
    Kathleen C. Abel
    John Curren
    Joanne Landrieu Curren
    Phyllis Landrieu
    Joseph Landrieu
    Kitty B. Hoffman
    Craig Anthony Miller
    Stephen Christopher Jeandron
    Andre Trevigne Fowler
    John Wesley Stewart, Jr.
    George Schmidt db/a The George Schmidt Gallery
    Delia LaBarre
    Tyrone Anthony Alexander
    Michael Cormic,k
    Penny Anderson
    Calie Newell
    Betty Francis
    Lester McGee
    Sherman Griffin
    Sandra Meyers
    Gregory Cormick
    Jeffrey Baker Day
    Ashley O'Dwyer Day
    Harold Alexander
    Vonola Avist
    Dana Bell
    Gloria Mae Bell
    Hitchai Bryant
    Nicole Bryant
    John Collins
    Jonell Collins
    Catherine Collins
    Sherene Collins
    Simeko Collins
    Jerry Cormick

February 17, 2006
Page 4

        Lauren Dabney
        Kevin Daliet
        Norcille Daliet
        Donald Ellis
        Kim Ellis
        Bobbie Evans
        Audrey Gray
        Lucille Gray
        Issac Hayes
        Mary Johnson
        Mary Noela Johnson
        Wayne Anthony Johnson
        Ann Lawless
        Detective Carlton Lawless
        Gene Lee
        Ivin Lee
        Lynn Lee
        Jimmie Martin
        Harry Nobles
        Alma Sanders
        Barbara Sanders
        Albertha Skinner
        Gilda Skinner
        Irinika Skinner
        Irvin Skinner
        Brandon Smith
        Felix Augustin
        Pauline Augustin
        Cynthia Bell
        Rhona Causey
        Winnette Lang
        Ferdinand Leon
        Lydia Leon
        Caroll Dnesse
        lucien denesse
        Ashley Navarre
        Doreine Navarre
        Melvin Navarre
        Sylvia Byrd
        William Byrd
        Blair Bundy
        Dawn Bundy
        Jill Bundy
        John Collins
        Sherlene Collins

February 17, 2006
Page 5

    Janice Collins, on her own behalf and on behalf of her son,
      John Henry Collins
    Jamie Collins, on her own behalf and on behalf of her son,
      Jacobi Glover
    Mitchell Armour
    Vanessa Carter
    Kerry Carter
    Joshua Billon and his spouse,
    Monica Billon, on their own behalf and on behalf of their minor
    Children,
      Isaiah Billon and
      Monica Billon
    Betty Christy
    De-Fean Christy
    La-Shawn D. Robinson
    Patricia Granger, on her own behalf and on behalf of her daughter
      Tomika Edwards
    Charmeine Jefferson, on her own behalf and on behalf of her
    children,
      Lemor James,
      Ariel James,
      Yolanda Jefferson, and
      Erika Thornton
    Chris McCormick
    Michele Armour
    Monique Armour
    Mitchell Armour III
    Augustine Greenwood
    Rosemary Greenwood, on her own behalf an don behalf of her
    children,
      Yasemine and
      Jasemine Greenwood
    Byrne Sherwood
    Linda Morgan
    Lokea Morgan
    Denisha Morgan
    Shelia Smith
    Jacqueline Smith
    James Smith, Jr.
    Nina Baughn, on her own behalf an don behalf of her minor child,
      Karim Kemp
      Karen Kemp
      Erica Kemp
    Patricia Green
    Tamaka Johnson

February 17, 2006
Page 6

    Bobby Johnson
    Charles Williams
    Laura Recasner, on her own behalf and on behalf of her children,
     Dajohon Recasner,
     Kurshell Recasner and
     Charleston Recasner
     Agnes Recasner
    Charmaine Rhome
    Judy Starks
    Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
    Troylyn Washington
    Mercedes Washington
    Shanika Taylor
    Marsha Taylor
    Erica Kemp
    Karen Kemp
    Dawn Bundy, on her own behalf and on behalf of her minor children,
     Emanuel Bundy
     Shekinah Bundy
     Jane Bundy, and
     Blair Bundy, Jr.
    Roxchell Panika Santee', on her own behalf and on behalf of her minor son,
     Tyree Santee'
    Samuel Bourne
    Nicole Bryan
    Alton J. Crowden, on his own behalf and on behalf of his minor children,
     Cameron Crowden and
     Kelli Crowden
    Ashley Navarre
    Shana Patterson
    Keana Quinn
    Niketsa Ramsey, on her own behalf and on behalf of her minor children,
     Desmonisha Ramsey,
     Kenyel Rochon and
     Desmond Ramsey
    Darylynn Ramsey
    Julie Ramsey, on her own behalf and on behalf of her minor children,
     Dalisha Ramsey and
     Charli Ramsey
    Robert Rhome
    Joshua Smith
    Cynthia Tibbet, on her own behalf and on behalf of her children,

February 17, 2006
Page 7

   Brittany Tibbet,
   Sidney Tibbet,
   Chelesa Tibbet, and
 Janice Tollins, on her own behalf and on behalf of her minor son,
   John Tollins
 Glenda Medina
 Michele Elizabeth Omes
 Jim Richard Pazos
 Avery Scott
 Frank Duncan Macpherson Strachan III
 Joshua Dillon and his spouse,
 Monica Dillon, on their own behalfs and on behalf of their minor children,
   Isaiah Dillon and
 Monica Pollard
 Donald G. Deaton
 Pamela A. Morgan
 Frank Butler, Jr., on his own behalf And on behalf of his minor children,
   Frank Butler III,
   Charles Butler and
   Tachmonite Butler
 Lorenzo Butler
 Alonzo W. Butler and his spouse,
 Laquinta Butler, on their own behalfs and on behalf of their minor children,
   Alonzo W. Butler, Jr.
   Jasmyn Butler, and
   Rashaad Butler
 Rita Bailey
 Tony Green
 Lina Vaughn
 William Byrd
 Sylvia Byrd
 Ruth Harris
 Clifford Harris
 Jonathan Washington
 Vicky Michel
 Simon Kleindorf
 Bertha Kleindorf
 David Kleindorf
 Connie Kleindorf
 Troylyn Washington, on her own behalf and on behalf of her minor child,
   Dasia Washington

February 17, 2006
Page 8

      Mercedes Ann Washington
      Roy Junior Washington
      Tony Green
      Eva McGee
      Levi Johnson
      Patricia Johnson
      Lequecia Bunn, on her own behalf and on behalf of her minor child,
        Jada Gibson
      Imelda Johnson
      Michael Johnson
      Mulkina Coates, on her own behalf and on behalf of her minor children,
        Keshina Coates and
        Malik Coates
      Benjamin Morgan
      Chandra Maxon, on her own behalf and on behalf of her minor children,
        Byron Maxon,
        Darianne Maxon,
        Janea Maxon,
        Willie Maxon,
        Devante Maxon, and
        Chandray Maxon
      Marylyn Maxon, on her own behalf and on behalf of her minor children,
        Shancanacia Maxon,
        Ravanell Maxon, and
        Robert Maxon
      Lois Torregano
      Loisha Breaux, on her own behalf and on behalf of her minor children,
        Loishell Williams and
        Mikayla Breaux
      Vanesa Davis
      James Cook
      Daniel Davis
      Joan A. Miller
      Linda Boyd, on her own behalf and on behalf of her minor children,
        Caress Boyd, and
        Charles Boyd
      Elijah Washington
      Keineisha Richard, on her own behalf and on behalf of her minor children,
        Marlon Richard,
        Marcel Richard, and

February 17, 2006
Page 9

    Emyjah Washington
Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor children,
  Semaj Hollins, and
  Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor children,
  Janisha Washington,
  Andrew Washington,
  Charles Washington, and
  Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor children,
  Kavon Lang, and
  Lashanice Jones

February 17, 2006
Page 10

   Lisa Byrd, on her own behalf and on behalf of her minor child,
    Sadzisya Byrd
   Michael Anthony Snipes, Jr.
   JoAnn Snipes
   Michael A. Snipes, Sr.
   Garry Bougeois
   Cheryl Bernard
   Johndra Patterson
   Terrill Morris
   Dianne Thompson
   Michael Thompson
   Ruby Ann Washington, on her own behalf an don behalf of her minor children,
    Shaune Bakewell, and
    LaShay Johnson
   Victor Moore and his wife,
   Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,
    Victor Lyn Morgan
    Pamelor Morgan
    Vicknesha Morgan, and
    Victoria Moore
   Ruby Ann Washington, on her own behalf and on behalf of her minor children,
    Shaune Bakewell, and
    LaShay Johnson
   David Bealer
   Roseann Bealer
   Stacy Bealer
   Roland Rodrigue
   Cheryl Rodrigue
   John Elmer Smith
   Wanda Jean Smith
   Robin Marie Smith
   Linda R. Breaux
   Larry Robert Reinhardt
   Rosa A. Reinhardt
   Robert E. Stone
   Linda Dufrene
   Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
   Josephine J. Dupree-Dean
   Herbert C. Jackson
   Gail Brown, on her own behalf and on behalf of her minor children,
    Aaron Pulliam and
    Brandon Pulliam

February 17, 2006
Page 11

      Myron Mack
      Sheila Lewis
      Pernell Lewis
      Ashanti Lewis
      Natasha Leevis, on her own behalf and on behalf of her minor children,
        Natiasha Lewis and
        Shaila Lewis
      Christoopher Patterson, and his spouse,
        Linda Johnson, on their own behalfs and on behalf of their minor children,
        Christopher Edward Patterson, Jr. and
        Chrisha Patterson
      Shanipa Patterson, on her own behalf and on behalf of her minor children,
        Sherman Singleton
        Shermont Singleton and
        Reggineka Rice
      Sharie Johnson
      Rachel Johnson
      Joan Bundy
      Michelle Renee' Alexander
      Rodney James, on her own behalf and on behalf of his minor children,
        Rodney James, Jr. and
        Alexis James
      Robert Young
      Cornelius Young
      Shactha (spelled phonetically) Williams
      Rose Marie Young
      Tykesha Arington, on her own behalf and on behalf of her minor children,
        Charles Arington
        Tyriel Arington and
        Braione Arington
      Lloyd Joseph
      Juanita Arington
      PTC Petroleum & Industrial Supplies, Inc.
      Ronald D. Pitisci
      Kathleen Pitisci
      Gerald Anthony Picquet
      Lynn Picquet
      Darnell Williams, on her own behalf and on behalf of her minor child,
        Chad Williams
      Anthony Barnes
      Janice Barnes

February 17, 2006
Page 12

    Falisha Barnes
    Shena Barnes
    Melanie Barnes
    Glennis Livas, on her own behalf and on behalf of her minor child,
      William E. Patterson
    Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,
      Caliyah Porter and
      Aaron Batiste
    Christopher Arrington
    Noema Arrington, on her own behalf and on behalf of her minor children,
      Eric Arrington and
      Aaron Arrington
    Phillip Martin
    Paulette Biggs, on her own behalf and on behalf of her minor child,
      Arkasia McFarland
    Aldo Gofredo Hernandez, Sr., and his spouse,
      Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,
      Emmanuel Goffredo Hernandez
    Aldo Gofredo Hernandez, Jr.
    Lloyd Loup III
    Alaina Loup
    Kenneth Arcement
    Marlene Arcement
    Shanika Taylor
    Marsha Taylor
    Erica Kemp
    Latonya Caldwell, on her own behalf and on behalf of her minor children,
      Onyell Caldwell and
      Charles Dears
    Larose Taylor
    Stephan Sawyer
    Ms. Eprsy Livas
    Brandon Livas
    Clifford Coates
    Tammie Chattman, on her own behalf and on behalf of her minor children,
      Rudarion Chattman
      Randel Chattman, and
      Joseph Chattman
    Linzie Brown
    Emargie C. Brumfield

February 17, 2006
Page 13

    Leonard Brumfield
    Brandon Carr
    Jessie Arbuthnot
    Mary P. Mingo
    Rachel Goldsmith
    Gayle LeBlanc
    Michael LeBlanc and his spouse,
      Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,
      Mika Jane LeBlanc
    Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,
      Jamechia Smith, and
      Diamond Beam
    Michael Gaines
    William B. English, Jr.
    Rosaria English
    Hazel McGuire
    Mary H. Johnson
    Jerry Matthews
    Dennis Jones, Jr.
    Raquel Roth, on her own behalf and on behalf of her minor children,
      Dennis Jones III and
      Kellie Ann Jones
    Linda Roth
    Toya Roth, on her own behalf and on behalf of her minor children,
      Jerrell White and
      Terrell Roth
    Courtney Little, on her own behalf and on behalf of her minor children,
      Tezanne Allen,
      Rashad Little, and
      Fabian Earls, Jr.
    Reynell Santee, and his spouse,
      Tawana Rayford, on their own behalfs and on behalf of their minor children,
      Ranisha Rayford,
      Wynell Rayford, and
      Reynell Rayford
    Darron Meyers
    Troylyn Meyers, on her own behalf and on behalf of her minor children,
      Keiera Minor and
      Ashley Meyers, and on behalf of her grandchild,
      Damiah Williams

February 17, 2006
Page 14

    Roxchell Santee, on her own behalf and on behalf of her minor child,
      Tyree Santee
    Phillip Lazard
    Marguerite Lazard
    Joel Frank
    Juliet Johnson
    Ronald Rome
    Aunna Johnson, on her own behalf and on behalf of her minor children,
      Darryl Johnson and
      Carlos Johnson
    John Washington
    Bernadine Washington
    Wanda Washington
    Alexis Washington
    Hazel Taylor
    Christina Taylor
    Sophia Taylor, on her own behalf and on behalf of her minor child,
      Alex Taylor
    Yolanda Washington, on her own behalf and on behalf of her minor children,
      Alecia Washington,
      Alacia Washington and
      Tyrell Washington
    Tyronne Washington
    Bruce Washington
    Larry Rowe
    Dianne Santee
    Toni Santee, on her own behalf and on behalf of her minor children,
      Paris Johnson,
      Traychell White and
      Kani Santee
    Reynell Santee and his spouse,
      Tawana Rayford, on their own behalf and on behalf of their minor children,
      Ranisha Rayford,
      Wynell Rayford and
      Reynell Rayford
    Kelly Simon
    Robert Santee
    Diana Santee, on her own behalf and on behalf of her minor children,
      Timothy Santee,
      Marvin Santee,
      Ireal Santee,
      Tiffany Santee,

February 17, 2006
Page 15

        Teianna Santee
        Teriane Santee and
        Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
   Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
   Jamechia Smith and
   Diamond Beam
Victor Moore and his spouse,
   Pamelyn Morgan, on their own behalf and on behalf of their minor children,
     Victor Lyn Morgan,
     Pamelor Morgan,
     Vicknesha Morgan and
     Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc, and his spouse,
   Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,
   Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
Andrew Williams
Eric Williams
Winston Williams

February 17, 2006
Page 16

        **Paul Mosley, Sr.**
        **Paul Mosley, Jr.**
        **Brandon Mosley**
        **Hope Mosely**
        **Shaqual Mosley**
        **Shannel Mosely**
        **Ivan Mosley**
        **Betty Mosley**
        **Margarite Rochon**
        **Raymond Hunter**
        **Naomi Hunter**
        **Wilson M. Simmons**
        **Procula D. Simmons**
        **Tammy Amos**
        **Michael Green**

The statutory bases for each individual claim against your agencies may include the following, *inter alia*:

Malfeasance, misfeasance and nonfeasance

Violation of LSA-R.S. 14:134

Unconstitutional taking of property without just compensation in violation of the Fifth Amendment to the Constitution of the United States

Articles 667, 2315, 2315.1, 2315.2, 2315.6, 2316, 2317, 2317.1 and 2322 of the Louisiana Civil Code

The Oil Pollution Act of 1990 and precursor legislation

The Comprehensive Environmental Response Compensation and Liability Act and precursor legislation

The Federal Water Pollution Control Act

The Clean Water Act

The Clean Air Act

The National Environmental Policy Act

The Toxic Substances Control Act

February 17, 2006
Page 17

    The Resource Conservation and Recovery Act

    The Louisiana Environmental Quality Act

    The Louisiana Air Control Law

    The Louisiana Water Control Law

    The Louisiana Oil Spill Prevention and Response Act

    The above-identified individual claims against your agencies include claims arising out of the deficient preparations for and deficient response to Hurricane KATRINA and its aftermath by your agencies, which caused damages to my clients.

    Each individual claim is in the certain sum of $2.5 million, plus attorney's fees to be fixed at the maximum percentage of the total award allowed by law, and may include wrongful death and survival actions, claims for bodily injury, loss of and damage to real and/or personal property, damages for fear, fright, hopelessness, emotional distress and mental anguish, and damage caused by pollution, including damage to natural resources, as well as any other damages recoverable under the above-identified statutes.

                  Yours very truly,

                  Ashton R. O'Dwyer, Jr.
                  As Agent for, Attorney-in-Fact and Legal
                  Representative of the Individual Claimants
                  identified herein

AROD/vtb
cc:    Ms. Tess Finnegan (via facsimile)