## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

*   *   *   *   *   *   *   *

THIS DOCUMENT RELATES TO:  CASE NO. 06-1885

### NOTICE OF HEARING

To: <u>All named plaintiffs through their counsel of record</u>:
Ashton R. O'Dwyer, Jr.
365 Canal Street, Suite 2670
New Orleans, LA 70130
tel: (504) 561-6561

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 28th of June at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana