# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |
| *   *   *   *   *   *   *   * | | |

THIS DOCUMENT RELATES TO:  CASE NO. 06-1885

## ORDER

Having considered the United States' Motion to Dismiss, Memorandum in Support thereof, Exhibits thereto, any opposition thereto, and the entire record herein, it is hereby ORDERED that plaintiffs' action is dismissed.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana