

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED EX PARTE MOTION TO EXTEND TIME FOR FILING MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for a forty-eight (48) hour extension of time within which to file their Memorandum in Opposition to the Motion to Dismiss filed by the State of Louisiana and the Louisiana Department of Transportation and Development, from 5:00 P.M. on Tuesday, June 6, 2006, until 5:00 P.M. on Thursday, June 8, 2006.

Undersigned counsel for plaintiffs/movers certifies to the Court that his opponent, namely Michael Keller, Esq., representing the State of Louisiana and the Louisiana Department of Transportation and Development, has no objection to the granting of this motion and to extending the time for the filing of a Memorandum in Opposition for 48 hours.

The above and foregoing Motion is filed upon the grounds that other plaintiffs have already petitioned the Court for a continuance of the hearing on the pending Motion to Dismiss.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR., L.L.C.**
**Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. (504) 561-6593**
**Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 6th day of June 2006.

_____