FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13 AM 7:37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

## ORDER\

Considering the foregoing Unopposed Ex Parte Motion to Extend Time for Filing Memorandum in Opposition, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs in Civil Action No. 05-4181 be and they are hereby granted an additional forty-eight (48) hours, or until 5:00 P.M. on Thursday, June 8, 2006, within which to file a Memorandum in Opposition to the Motion to Dismiss filed on behalf of the State of Louisiana and the Louisiana Department of Transportation and Development.

New Orleans, Louisiana, this 12th day of July 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-3-