UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:   Plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 485 (relates to Civil Action No. 05-6073)

O R D E R E D:

 XXX : GRANTED. Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 485, set for hearing on June 7, 2006, without oral argument, has been received. In addition, the deadline for filing motions for leave to amend pleadings in the referenced matter has been extended to June 5, 2006.  Record Doc. No. 276.  Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this  13th  day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE