UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO:  05-4181; 05-6073; 06-20**

## ORDER

Before the Court is a Request for Oral Argument (Doc. 526) concerning a Motion to Dismiss Defendant State of Louisiana, through the Department of Transportation and Development (Doc. 321) which is set for hearing June 14, 2006.  The Court has reviewed the pleadings and memoranda and finds that there is no need for oral argument concerning this motion.  Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Doc. 526) is **DENIED**  and oral argument is  **CANCELLED.**

New Orleans, Louisiana, this   13th  day of June, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**