UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                        **CIVIL ACTION**

**VERSUS**                                            **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                    **SECTION "K"(2)**
**L.L.C., ET AL.**                                    **CONS. KATRINA CANAL**

**PERTAINS TO:**   06-1672
                   06-1673
                   06-1674

## ORDER

Before the Court is a Motion for Expedited Hearing on Plaintiffs' Proposed Motion to Continue Hearing on Allstates' Motion to Sever and Proceed Separately (Doc. 517) in which plaintiffs seek to continue the presently scheduled hearing on Allstates' Motion to Sever (Doc. 343) on June 14, 2006 to September 12, 2006.

**IT IS ORDERED** that the Motion for Expedited Hearing on Plaintiffs' Proposed Motion to Continue Hearing on Allstates' Motion to Sever and Proceed Separately (Doc. 517) is **GRANTED,** and the Court shall take up the scheduling request contained in Plaintiffs' Proposed Motion to Continue Hearing on Allstates' Motion to Sever and Proceed Separately at the scheduled Status Conference to be held on Thursday, June 15, 2006 at 11:00 a.m.

New Orleans, Louisiana, this   13th   day of June, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**