

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL | SECTION "K" (2) CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4182 "K" (2) | (Berthelot) | 06-0020 "K" (2) | (Tauzin) |
| 05-5237 "K" (2) | (Vodanovich) | 06-0886 "K" (2) | (Finney) |
| 05-6073 "K" (2) | (Kirsch) | 06-2346 "K" (2) | (Fitzmorris) |
| 05-6314 "K" (2) | (Ezell) | 06-2228 "K" (2) | (Christenberry) |
| 05-6324 "K" (2) | (Brown) | 06-2287 "K" (2) | (Sanchez) |
| 05-6327 "K" (2) | (LeBlanc) | | |

## MOTION FOR SUMMARY JUDGMENT

Defendant, Burk-Kleinpeter, L.L.C., moves to dismiss the claims against it on the grounds that at no time did it ever have anything to do with the design, construction, inspection or maintenance of any of the levees that failed during Hurricane Katrina, and it is therefore improperly named as a defendant in this suit.

Respectfully submitted:

*[signature]*

CHARLES F. SEEMANN, JR., ESQ. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded by email, or via first class U.S. Mail, on all lead and notice counsel as follows:

**William Aaron**
waaron@goinsaron.com

**Neil C. Abramson**
abramson@phelps.com
Phelps Dunbar, LLP
Canal Place
365 Canal St., Ste. 2000
New Orleans, Louisiana 70130-6534

**Thomas P. Anzelmo**
tanzelmo@mcsalaw.com
McCraine, Sistrunk, Anzelmo, Hardy,
Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002

**Sarah House Barcellona**
sbarcellona@stonepigman.com
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

**Judy Y, Barrasso**
jbarrasso@barrassousdin.com
Barrasso Usdin Kupperman
Freeman & Sarver, LLC
LL&E Tower
909 Poydras St., Ste. 1800
New Orleans, Louisiana 70112

**Daniel E. Becnel, Jr.**
dbecnel@becnellaw.com
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, Louisiana 70084

Robert M. Becnel
robbecnel@aol.com
Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, Louisiana 70068

Terrence L. Brennan
tbrennan@dkslaw.com
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

David Lyman Browne
dbrowne@brownelaw.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

Joseph M. Bruno
jbruno@brunobrunolaw.com
Bruno & Bruno
855 Baronne St.
New Orleans, Louisiana 70113

Traci L. Colquette
traci.colquette@usdoj.gov
U.S. Department of Justice
(Box 888)/Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

Robert G. Creely
rcreely@aol.com
Amato & Creely
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054

Thomas W. Darling
tdarling@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
150 Staring Lane, Ste. B
Baton Rouge, Louisiana 70810

Erin E. Dearie
dearie@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

Kevin R. Derham
kderham@duplass.com
Duplass Zwain Bourgeois & Morton
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, Louisiana 70002

Joseph Vincent DiRosa, Jr.
jvdirosa@cityofno.com
City Attorney's Office
City Hall
1300 Perdido St., Room 5E01
New Orleans, Louisiana 70112

James R. Dugan, II
jdugan@duganbrowne.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

Lawrence J. Duplass
lduplass@duplass.com
Duplass Zwain Bourgeois & Morton
11814 Market Place Avenue. Ste. C
Baton Rouge, Louisiana 70816

Calvin C. Fayard, Jr.
calvinfayard@fayardlaw.com
Fayard & Honeycutt
519 Florida Blvd.
Denham Springs, Louisiana 70726

Thomas F. Gardner
gardner@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

**Thomas L. Gaudry, Jr.**
tgaudry@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue, Ste. 500
P.O. Box 1910
Gretna, Louisiana 70054-1910

**Joseph P. Guichet**
jguichet@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

**Robert G. Harvey**
rgharvey@bellsouth.net
Law Office of Robert G. Harvey, Sr., APLC
3431 Prytania Street
New Orleans, Louisiana 70115

**Joseph W. Hecker**
619 Europe Street, 2nd Floor
Baton Rouge, Louisiana 70806

**Ralph S. Hubbard, III**
rhubbard@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

**Darlene M. Jacobs**
dollyno@aol.com
Jacobs & Sarrat
823 St. Louis St.
New Orleans, Louisiana 70112

**Tamara Kluger Jacobson**
Law Offices of Tamara Kluger Jacobson, LLC
2609 Canal St.
Fifth Floor
New Orleans, Louisiana 70119

**Michael C. Keller**
kellerm@ag.state.la.us

**Stephen S. Kreller**
sskreller@gmail.com
Stephen S. Kreller, APLC
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139

**Hugh P. Lambert**
hlambert@lambertandnelson.com
Lambert & Nelson
701 Magazine St.
New Orleans, Louisiana 70130

**Mickey P. Landry**
mlandry@landryswarr.com
Landry & Swarr, LLC
1010 Common St., Suite 2050
New Orleans, Louisiana 70112

**George T. Manning**
gtmanning@jonesday.com
Jones Day (Atlanta)
1420 Peachtree Street, NE
Ste. 800
Atlanta, GA 30309-3053

**Belhia Martin**
belhiamartin@bellsouth.net

**Christopher W. Martin**
martin4@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis St., St. 1800
Houston, TX 77002

**Julia E. McEvoy**
jmcevoy@jonesday.com
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

**J. J. (Jerry) McKernan**
jmckernan@mckernanlawfirm.com
McKernan Law Firm
8710 Jefferson Hwy
Baton Rouge, Louisiana 70809

**Gerald E. Meunier**
dmartin@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 2800
New Orleans, Louisiana 70163-2800

**Penya M. Moses-Fields**
pmfields@cityofno.com
City Attorney's Office
2950 Falmouth Dr.
New Orleans, Louisiana 70131

**James Bryan Mullaly**
jamesmullaly1@hotmail.com

**Betty F. Mullin**
bettym@spsr-law.com
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000

**Ashton R. O'Dwyer, Jr.**
arod@odwyerlaw.com

**James L. Pate**
jpate@LN-LAW.com
Laborde & Neuner
1001 W. Pinhood Rd., Ste. 200
P.O. Drawer 52828
Lafayette, Louisiana 70505

**Ronnie G. Penton**
rgp@rgplaw.com
Law Offices of Ronnie G. Penton
209 Hoppen Pl
Bogalusa, Louisiana 70427

**Douglas R. Plymale**
doug@duganbrowne.com
Dugan & Browne, PLC
1181 W. Tunnel Blvd., Ste. A
Houma, Louisiana 70360

**Michael R.C. Riess**
mriess@kingsmillriess.com
Kingsmille Riess, LLC
201 St. Charles Avenue, Ste. 3300
New Orleans, Louisiana 70170-3300

**George R. Simno, III**
gsimno@swbno.org
Sewerage & Water Board Legal Department
625 St. Jospeh St., Room 201
New Orleans, Louisiana 70165

**David R. Simonton**
dsimonton@sonneschein.com
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, Illinois 60606

**Randall A. Smith**
rasmith3@bellsouth.net
Smith & Fawer, LLP
201 St. Charles Avenue, Ste. 3702
New Orleans, Louisiana 70170

**Robin D. Smith**
robin.doyle.smith@usdoj.gov
U.S. Department of Justice
(Box 888)/Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**Victor E. Stilwell, Jr.**
vstilwell@dkslaw.com
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

**Christopher K. Tankersley**
ctankersley@burglass.com
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, Louisiana 70001

**Vernon P. Thomas**
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Avenue
New Orleans, Louisiana 70116

**Sidney D. Torres, III**
storres@torres-law.com
Law Offices of Sidney D. Torres, III
1290 7th Street
Slidell, Louisiana 70458

**William D. Treeby**
wtreeby@stonepigman.com
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

**Richard J. Tyler**
rtyler@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
Place St. Charles
201 St. Charles Ave., Ste. 5100
New Orleans, Louisiana 70170-5100

**Gregory P. Varga**
gvarga@rc.com
Robinson & Cole, LLP
280 Turnbull Street
Hartford, CT 06103-3597

**Lawrence D. Wiedemann**
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, Louisiana 70113

**Deborah Louise Wilson**
317 Magazine Street
New Orleans, Louisiana 70130

**Jesse Lee Wimberly, III**
wimberly@internet.com
Jesse L. Wimberly, III, Attorney at Law
120 Lisa Lane
Mandeville, LA 70448

on this _13th_ day of June, 2006.

_____
CHARLES F. SEEMANN, JR.