UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL | SECTION "K" (2) CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4182 "K" (2) | (Berthelot) | 06-0020 "K" (2) | (Tauzin) |
| 05-5237 "K" (2) | (Vodanovich) | 06-0886 "K" (2) | (Finney) |
| 05-6073 "K" (2) | (Kirsch) | 06-2346 "K" (2) | (Fitzmorris) |
| 05-6314 "K" (2) | (Ezell) | 06-2228 "K" (2) | (Christenberry) |
| 05-6324 "K" (2) | (Brown) | 06-2287 "K" (2) | (Sanchez) |
| 05-6327 "K" (2) | (LeBlanc) | | |

## DECLARATION OF GEORGE R. KLEINPETER, JR.

George R. Kleinpeter, Jr. Makes the following declaration in accordance with 28 U.S.C. 1746, in support of a Motion for Summary Judgment.

(1) I am a person of the full age of majority, and a member of the limited liability company known as Burk-Kleinpeter, L.L.C.

(2) Burk-Kleinpeter, L.L.C. is a business entity formed by William C. Burk, III and me, for business purposes other than the practice of engineering.

(3)     Burk-Kleinpeter, L.L.C. is not licensed to practice engineering, and has never engaged in the profession , or business of engineering. In particular, Burk-Kleinpeter, L.L.C. has had no involvement whatever with the design, construction, construction administration, or inspection of construction, of any of the flood protection structures in the City of New Orleans, particularly not those which failed during Katrina, particularly not those on the Industrial Canal, 17th Street Canal or the London Avenue Canal.

(4)     I am also president of and a shareholder in, Burk Kleinpeter, Inc. (BKI), a corporation engaged in the practice of engineering, and licensed to practice engineering in Louisiana. As will be detailed more fully in the Affidavit of Michael Jackson, Executive Vice President of BKI, BKI did prepare drawings and specifications for levees and floodwalls along the London Avenue Canal.

In accordance with 28 USC 1746, I declare under penalty of perjury that the forgoing is true and correct.

Signed on this 11th day of June [May stricken], 2006.

GEORGE R. KLEINPETER, JR.