UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL | SECTION "K" (2)<br>CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4182 "K" (2) | (Berthelot) | 06-0020 "K" (2) | (Tauzin) |
| 05-5237 "K" (2) | (Vodanovich) | 06-0886 "K" (2) | (Finney) |
| 05-6073 "K" (2) | (Kirsch) | 06-2346 "K" (2) | (Fitzmorris) |
| 05-6314 "K" (2) | (Ezell) | 06-2228 "K" (2) | (Christenberry) |
| 05-6324 "K" (2) | (Brown) | 06-2287 "K" (2) | (Sanchez) |
| 05-6327 "K" (2) | (LeBlanc) | | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF Burk-KLEINPETER, L.L.C.**

MAY IT PLEASE THE COURT:

I. THE FACTS

The facts are simple; Burk-Kleinpeter, L.L.C. is a business entity organized under the laws of Louisiana; but it is not an authorized or licensed to practice engineering in Louisiana, nor does it do so. (Sworn Declaration of George Kleinpeter) It is formed for

business purposes other than the practice of engineering, as attested by the Affidavit of George C. Kleinpeter, Jr., a member of mover, who is also president of co-defendant Burk-Kleinpeter, Inc. (BKI). BKI is an engineering firm, and has acknowledged in its Disclosure and in the Affidavit of Michael Jackson that BKI had a contract with the Orleans Levee Board to do drawings and specifications for some of the levees and flood walls on the London Avenue Canal; and that BKI did construction drawings and specifications for one of the levees and flood walls on the London Avenue Canal which failed.[1] The more detailed Jackson Affidavit, filed in support of BKI's motion to be dismissed on the grounds of peremption, describes with considerable particularity the role of BKI.

It is obvious that Burk-Kleinpeter, L.L.C. was not and is not involved in engineering or with any of the levees and flood walls that failed; and Burk-Kleinpeter, L.L.C. should, therefore, be dismissed from the case.

## II. THE LAW

THE ENGINEERS' PROOF OF "SERVICES-COMPLETED" AND RECORDED WORK ACCEPTED OR OCCUPIED BY SEPTEMBER 18, 2000, SHIFTS THE BURDEN OF CONTROVERTING HISTORICAL DATES TO THE PLAINTIFFS.

A party is entitled to summary judgment "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to judgment

---

[1] The Affidavit of Michael Jackon is filed in the record as part of the BKI Appendix to the Engineers' Master Motion for Summary Judgment, and is incorporated here by reference. A copy is attached to the Statement of Material Facts for quick reference.

as a matter of law." Fed. R. Civ. P. 56©. On this motion for summary judgment, the movant has the initial burden of showing the absence of a genuine issue of material fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 325 (1986). Burk-Kleinpeter, L.L.C. have satisfied the movers' burden of proof by the Affidavits of George Kleinpeter and Michael Jackson with supporting exhibits and Rule 56.1 Statement.

### III. ARGUMENT

Burk-Kleinpeter, L.L.C. simply does not belong in the lawsuit.

Respectfully submitted:

CHARLES F. SEEMANN, JR., ESQ. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, L.L.C.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded by email, or via first class U.S. Mail, on all lead and notice counsel as follows:

**William Aaron**
waaron@goinsaron.com

**Neil C. Abramson**
abramson@phelps.com
Phelps Dunbar, LLP
Canal Place
365 Canal St., Ste. 2000
New Orleans, Louisiana 70130-6534

Thomas P. Anzelmo
tanzelmo@mcsalaw.com
McCraine, Sistrunk, Anzelmo, Hardy,
Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002

Sarah House Barcellona
sbarcellona@stonepigman.com
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

Judy Y, Barrasso
jbarrasso@barrassousdin.com
Barrasso Usdin Kupperman
Freeman & Sarver, LLC
LL&E Tower
909 Poydras St., Ste. 1800
New Orleans, Louisiana 70112

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, Louisiana 70084

Robert M. Becnel
robbecnel@aol.com
Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, Louisiana 70068

Terrence L. Brennan
tbrennan@dkslaw.com
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

David Lyman Browne
dbrowne@brownelaw.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

Joseph M. Bruno
jbruno@brunobrunolaw.com
Bruno & Bruno
855 Baronne St.
New Orleans, Louisiana 70113

Traci L. Colquette
traci.colquette@usdoj.gov
U.S. Department of Justice
(Box 888)/Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

Robert G. Creely
rcreely@aol.com
Amato & Creely
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054

Thomas W. Darling
tdarling@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
150 Staring Lane, Ste. B
Baton Rouge, Louisiana 70810

Erin E. Dearie
dearie@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

Kevin R. Derham
kderham@duplass.com
Duplass Zwain Bourgeois & Morton
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, Louisiana 70002

Joseph Vincent DiRosa, Jr.
jvdirosa@cityofno.com
City Attorney's Office
City Hall
1300 Perdido St., Room 5E01
New Orleans, Louisiana 70112

James R. Dugan, II
jdugan@duganbrowne.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

Lawrence J. Duplass
lduplass@duplass.com
Duplass Zwain Bourgeois & Morton
11814 Market Place Avenue. Ste. C
Baton Rouge, Louisiana 70816

Calvin C. Fayard, Jr.
calvinfayard@fayardlaw.com
Fayard & Honeycutt
519 Florida Blvd.
Denham Springs, Louisiana 70726

Thomas F. Gardner
gardner@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

Thomas L. Gaudry, Jr.
tgaudry@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue, Ste. 500
P.O. Box 1910
Gretna, Louisiana 70054-1910

Joseph P. Guichet
jguichet@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

Robert G. Harvey
rgharvey@bellsouth.net
Law Office of Robert G. Harvey, Sr., APLC
3431 Prytania Street
New Orleans, Louisiana 70115

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, Louisiana 70806

Ralph S. Hubbard, III
rhubbard@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

Darlene M. Jacobs
dollyno@aol.com
Jacobs & Sarrat
823 St. Louis St.
New Orleans, Louisiana 70112

Tamara Kluger Jacobson
Law Offices of Tamara Kluger Jacobson, LLC
2609 Canal St.
Fifth Floor
New Orleans, Louisiana 70119

Michael C. Keller
kellerm@ag.state.la.us

Stephen S. Kreller
sskreller@gmail.com
Stephen S. Kreller, APLC
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139

Hugh P. Lambert
hlambert@lambertandnelson.com
Lambert & Nelson
701 Magazine St.
New Orleans, Louisiana 70130

Mickey P. Landry
mlandry@landryswarr.com
Landry & Swarr, LLC
1010 Common St., Suite 2050
New Orleans, Louisiana 70112

George T. Manning
gtmanning@jonesday.com
Jones Day (Atlanta)
1420 Peachtree Street, NE
Ste. 800
Atlanta, GA 30309-3053

Belhia Martin
belhiamartin@bellsouth.net

Christopher W. Martin
martin4@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis St., St. 1800
Houston, TX 77002

Julia E. McEvoy
jmcevoy@jonesday.com
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

J. J. (Jerry) McKernan
jmckernan@mckernanlawfirm.com
McKernan Law Firm
8710 Jefferson Hwy
Baton Rouge, Louisiana 70809

Gerald E. Meunier
dmartin@gainsben.com
Gainsburgh, Benjamin, David,
Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 2800
New Orleans, Louisiana 70163-2800

Penya M. Moses-Fields
pmfields@cityofno.com
City Attorny's Office
2950 Falmouth Dr.
New Orleans, Louisiana 70131

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty F. Mullin
bettym@spsr-law.com
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

James L. Pate
jpate@LN-LAW.com
Laborde & Neuner
1001 W. Pinhood Rd., Ste. 200
P.O. Drawer 52828
Lafayette, Louisiana 70505

Ronnie G. Penton
rgp@rgplaw.com
Law Offices of Ronnie G. Penton
209 Hoppen Pl
Bogalusa, Louisiana 70427

Douglas R. Plymale
doug@duganbrowne.com
Dugan & Browne, PLC
1181 W. Tunnel Blvd., Ste. A
Houma, Louisiana 70360

Michael R.C. Riess
mriess@kingsmillriess.com
Kingsmille Riess, LLC
201 St. Charles Avenue, Ste. 3300
New Orleans, Louisiana 70170-3300

George R. Simno, III
gsimno@swbno.org
Sewerage & Water Board Legal Department
625 St. Jospeh St., Room 201
New Orleans, Louisiana 70165

David R. Simonton
dsimonton@sonneschein.com
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, Illinois 60606

Randall A. Smith
rasmith3@bellsouth.net
Smith & Fawer, LLP
201 St. Charles Avenue, Ste. 3702
New Orleans, Louisiana 70170

| | |
|---|---|
| **Robin D. Smith**<br>robin.doyle.smith@usdoj.gov<br>U.S. Department of Justice<br>(Box 888)/Torts Branch, Civil Division<br>Benjamin Franklin Station<br>P.O. Box 888<br>Washington, DC 20044 | **William D. Treeby**<br>wtreeby@stonepigman.com<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet St.<br>New Orleans, Louisiana 70130-3588 |
| **Victor E. Stilwell, Jr.**<br>vstilwell@dkslaw.com<br>Deutsch, Kerrigan & Stiles, LLP<br>755 Magazine Street<br>New Orleans, Louisiana 70130 | **Richard J. Tyler**<br>rtyler@joneswalker.com<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre<br>Place St. Charles<br>201 St. Charles Ave., Ste. 5100<br>New Orleans, Louisiana 70170-5100 |
| **Christopher K. Tankersley**<br>ctankersley@burglass.com<br>Burglass & Tankersley, LLC<br>5213 Airline Drive<br>Metairie, Louisiana 70001 | **Gregory P. Varga**<br>gvarga@rc.com<br>Robinson & Cole, LLP<br>280 Turnbull Street<br>Hartford, CT 06103-3597 |
| **Vernon P. Thomas**<br>Vernon P. Thomas, Attorney at Law<br>1524 N. Claiborne Avenue<br>New Orleans, Louisiana 70116 | **Lawrence D. Wiedemann**<br>Wiedemann & Wiedemann<br>821 Baronne St.<br>New Orleans, Louisiana 70113 |
| **Sidney D. Torres, III**<br>storres@torres-law.com<br>Law Offices of Sidney D. Torres, III<br>1290 7th Street<br>Slidell, Louisiana 70458 | **Deborah Louise Wilson**<br>317 Magazine Street<br>New Orleans, Louisiana 70130 |
| | **Jesse Lee Wimberly, III**<br>wimberly@internet.com<br>Jesse L. Wimberly, III, Attorney at Law<br>120 Lisa Lane<br>Mandeville, LA 70448 |

on this 20th day of June, 2006.

_____
CHARLES F. SEEMANN, JR.

#204577v1<DKS> -Burk-Kleinpeter, LLC Motion for Summary Judmgent