UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL                    CIVIL ACTION

VERSUS                                     NO. 05-4182

BOH BROTHERS CONSTRUCTION                  SECTION "K" (2)
CO., L.L.C. ET AL                          CONS. KATRINA CANAL

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4182 "K" (2) | (Berthelot) | 06-0020 "K" (2) | (Tauzin) |
| 05-5237 "K" (2) | (Vodanovich) | 06-0886 "K" (2) | (Finney) |
| 05-6073 "K" (2) | (Kirsch) | 06-2346 "K" (2) | (Fitzmorris) |
| 05-6314 "K" (2) | (Ezell) | 06-2228 "K" (2) | (Christenberry) |
| 05-6324 "K" (2) | (Brown) | 06-2287 "K" (2) | (Sanchez) |
| 05-6327 "K" (2) | (LeBlanc) | | |

## N O T I C E

TO:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that Burk-Kleinpeter, L.L.C. will bring on for hearing its Motion for Summary Judgment before the Hon. Stanwood R. Duval, Jr. on the 12th day of July, 2006 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

*[signature]*

CHARLES F. SEEMANN, JR., ESQ. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded by email, or via first class U.S. Mail, on all lead and notice counsel as follows:

**William Aaron**
waaron@goinsaron.com

**Neil C. Abramson**
abramson@phelps.com
Phelps Dunbar, LLP
Canal Place
365 Canal St., Ste. 2000
New Orleans, Louisiana 70130-6534

**Thomas P. Anzelmo**
tanzelmo@mcsalaw.com
McCraine, Sistrunk, Anzelmo, Hardy,
Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002

**Sarah House Barcellona**
sbarcellona@stonepigman.com
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

**Judy Y, Barrasso**
jbarrasso@barrassousdin.com
Barrasso Usdin Kupperman
Freeman & Sarver, LLC
LL&E Tower
909 Poydras St., Ste. 1800
New Orleans, Louisiana 70112

**Daniel E. Becnel, Jr.**
dbecnel@becnellaw.com
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P.O. Drawer H
Reserve, Louisiana 70084

**Robert M. Becnel**
robbecnel@aol.com
Law Offices of Robert M. Becnel
425 W. Airline Highway, Ste. B
LaPlace, Louisiana 70068

**Terrence L. Brennan**
tbrennan@dkslaw.com
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

**David Lyman Browne**
dbrowne@brownelaw.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

**Joseph M. Bruno**
jbruno@brunobrunolaw.com
Bruno & Bruno
855 Baronne St.
New Orleans, Louisiana 70113

**Traci L. Colquette**
traci.colquette@usdoj.gov
U.S. Department of Justice
(Box 888)/Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

**Robert G. Creely**
rcreely@aol.com
Amato & Creely
901 Derbigny Street
P.O. Box 441
Gretna, Louisiana 70054

**Thomas W. Darling**
tdarling@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
150 Staring Lane, Ste. B
Baton Rouge, Louisiana 70810

**Erin E. Dearie**
dearie@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

**Kevin R. Derham**
kderham@duplass.com
Duplass Zwain Bourgeois & Morton
Three Lakeway Center
3838 N. Causeway Blvd., Ste. 2900
Metairie, Louisiana 70002

**Joseph Vincent DiRosa, Jr.**
jvdirosa@cityofno.com
City Attorney's Office
City Hall
1300 Perdido St., Room 5E01
New Orleans, Louisiana 70112

**James R. Dugan, II**
jdugan@duganbrowne.com
Dugan & Browne, PLC
Poydras Center
650 Poydras St., Ste. 2150
New Orleans, Louisiana 70130

**Lawrence J. Duplass**
lduplass@duplass.com
Duplass Zwain Bourgeois & Morton
11814 Market Place Avenue. Ste. C
Baton Rouge, Louisiana 70816

**Calvin C. Fayard, Jr.**
calvinfayard@fayardlaw.com
Fayard & Honeycutt
519 Florida Blvd.
Denham Springs, Louisiana 70726

**Thomas F. Gardner**
gardner@bayoulaw.com
Gardner & Kewley, APLC
1615 Metairie Road, Ste. 200
Metairie, Louisiana 70005

**Thomas L. Gaudry, Jr.**
tgaudry@grhg.net
Gaudry, Ranson, Higgins & Gremillion, LLC
401 Whitney Avenue, Ste. 500
P.O. Box 1910
Gretna, Louisiana 70054-1910

Joseph P. Guichet
jguichet@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

Robert G. Harvey
rgharvey@bellsouth.net
Law Office of Robert G. Harvey, Sr., APLC
3431 Prytania Street
New Orleans, Louisiana 70115

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, Louisiana 70806

Ralph S. Hubbard, III
rhubbard@lawla.com
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Ste. 2775
New Orleans, Louisiana 70130

Darlene M. Jacobs
dollyno@aol.com
Jacobs & Sarrat
823 St. Louis St.
New Orleans, Louisiana 70112

Tamara Kluger Jacobson
Law Offices of Tamara Kluger Jacobson, LLC
2609 Canal St.
Fifth Floor
New Orleans, Louisiana 70119

Michael C. Keller
kellerm@ag.state.la.us

Stephen S. Kreller
sskreller@gmail.com
Stephen S. Kreller, APLC
701 Poydras Street, Suite 400
New Orleans, Louisiana 70139

Hugh P. Lambert
hlambert@lambertandnelson.com
Lambert & Nelson
701 Magazine St.
New Orleans, Louisiana 70130

Mickey P. Landry
mlandry@landryswarr.com
Landry & Swarr, LLC
1010 Common St., Suite 2050
New Orleans, Louisiana 70112

George T. Manning
gtmanning@jonesday.com
Jones Day (Atlanta)
1420 Peachtree Street, NE
Ste. 800
Atlanta, GA 30309-3053

Belhia Martin
belhiamartin@bellsouth.net

Christopher W. Martin
martin4@mdjwlaw.com
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis St., St. 1800
Houston, TX 77002

Julia E. McEvoy
jmcevoy@jonesday.com
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

J. J. (Jerry) McKernan
jmckernan@mckernanlawfirm.com
McKernan Law Firm
8710 Jefferson Hwy
Baton Rouge, Louisiana 70809

Gerald E. Meunier
dmartin@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras St., Ste. 2800
New Orleans, Louisiana 70163-2800

Penya M. Moses-Fields
pmfields@cityofno.com
City Attorny's Office
2950 Falmouth Dr.
New Orleans, Louisiana 70131

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty F. Mullin
bettym@spsr-law.com
Simon, Peragine, Smith & Redfearn, LLP
Energy Centre
1100 Poydras St., 30th Floor
New Orleans, Louisiana 70163-3000

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

James L. Pate
jpate@LN-LAW.com
Laborde & Neuner
1001 W. Pinhood Rd., Ste. 200
P.O. Drawer 52828
Lafayette, Louisiana 70505

Ronnie G. Penton
rgp@rgplaw.com
Law Offices of Ronnie G. Penton
209 Hoppen Pl
Bogalusa, Louisiana 70427

Douglas R. Plymale
doug@duganbrowne.com
Dugan & Browne, PLC
1181 W. Tunnel Blvd., Ste. A
Houma, Louisiana 70360

Michael R.C. Riess
mriess@kingsmillriess.com
Kingsmille Riess, LLC
201 St. Charles Avenue, Ste. 3300
New Orleans, Louisiana 70170-3300

George R. Simno, III
gsimno@swbno.org
Sewerage & Water Board Legal Department
625 St. Jospeh St., Room 201
New Orleans, Louisiana 70165

David R. Simonton
dsimonton@sonneschein.com
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, Illinois 60606

Randall A. Smith
rasmith3@bellsouth.net
Smith & Fawer, LLP
201 St. Charles Avenue, Ste. 3702
New Orleans, Louisiana 70170

Robin D. Smith
robin.doyle.smith@usdoj.gov
U.S. Department of Justice
(Box 888)/Torts Branch, Civil Division
Benjamin Franklin Station
P.O. Box 888
Washington, DC 20044

Victor E. Stilwell, Jr.
vstilwell@dkslaw.com
Deutsch, Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, Louisiana 70130

Christopher K. Tankersley
ctankersley@burglass.com
Burglass & Tankersley, LLC
5213 Airline Drive
Metairie, Louisiana 70001

Vernon P. Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Avenue
New Orleans, Louisiana 70116

Sidney D. Torres, III
storres@torres-law.com
Law Offices of Sidney D. Torres, III
1290 7th Street
Slidell, Louisiana 70458

William D. Treeby
wtreeby@stonepigman.com
Stone Pigman Walther Wittmann, LLC
546 Carondelet St.
New Orleans, Louisiana 70130-3588

**Richard J. Tyler**
rtyler@joneswalker.com
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
Place St. Charles
201 St. Charles Ave., Ste. 5100
New Orleans, Louisiana 70170-5100

**Gregory P. Varga**
gvarga@rc.com
Robinson & Cole, LLP
280 Turnbull Street
Hartford, CT 06103-3597

**Lawrence D. Wiedemann**
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, Louisiana 70113

**Deborah Louise Wilson**
317 Magazine Street
New Orleans, Louisiana 70130

**Jesse Lee Wimberly, III**
wimberly@internet.com
Jesse L. Wimberly, III, Attorney at Law
120 Lisa Lane
Mandeville, LA 70448

on this _12th_ day of June, 2006.

_____
CHARLES F. SEEMANN, JR.

#204577v1<DKS> -Burk-Kleinpeter, LLC Motion for Summary Judmgent