FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 PM 4: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **JULIE E. TAUZIN, ET AL.** | **CIVIL ACTION NO. 06-0020** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL.** | |

### PLAINTIFFS' MOTION, INCORPORATED MEMORANDUM IN SUPPORT, AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines Inc. and Michelle M. Zornes, individually and on behalf of other similarly situated plaintiffs, who respectfully seek leave to amend their Complaint for the following reasons:

1.

Plaintiffs need to amend their complaint to include additional defendant CSX Transportation,

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Inc. It has recently come to Plaintiffs' attention that CSX Trnsportation, Inc. was responsible for the negligent construction and/or repairs of structures which failed during Hurricane Katrina, causing Plaintiffs' damages.

2.

This Court has ordered that all pleadings be amended by 5 June 2006.

3.

Such amendment will not delay proceedings.

Respectfully submitted,

RANDALL A. SMITH, T.A. (#2117)
STEPHEN M. WILES (#17865)
KIRK REASONOVER (#21039)
OWEN B. ST. AMANT (#25509)
-OF-
SMITH & FAWER, L.L.C.
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic mail, on this 5 day of June, 2006.

STEPHEN M. WILES

2