FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13  PM 1: 25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **JULIE E. TAUZIN, ET AL.** | **CIVIL ACTION NO. 06-0020** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL.** | |

### ORDER

The foregoing Motion for Leave to File Second Amended Complaint, will be decided on the Court's 6/28/06 docket without oral argument. Written opposition, if any, must be filed by 6/20/06.

New Orleans, Louisiana, this 12th day of June, 2006.

_____
UNITED STATES [MAG.] JUDGE

3

Fee_____
Process_____
X  Dktd_____
✓  CtRmDep_____
   Doc. No_____