UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEN BERTHELOT, ET AL | * | CIVIL ACTION |
|     Plaintiffs | * | |
| | * | NO. 05-4182 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL | * | |
| | * | |
|     Defendants | * | |
| | * | |

THIS DOCUMENT RELATES TO:

| | | | |
|---|---|---|---|
| 05-4181 "K"(2) | (O'Dwyer) | 06-0225 "K"(2) | (Bradley) |
| 05-5237 "K"(2) | (Vodanovich) | 06-0886 "K"(2) | (Finney) |
| 05-6073 "K"(2) | (Kirsch) | 06-2278 "K"(2) | (Christenberry) |
| 05-6314 "K"(2) | (Ezell) | 06-2287 "K"(2) | (Sanchez) |
| 05-6324 "K"(2) | (Brown) | 06-2346 "K"(2) | (Fitzmorris) |
| 05-6327 "K"(2) | (Leblanc) | 06-2545 "K"(2) | (Marcello) |

* * * * * * * * * * * * *

**SEWERAGE AND WATER BOARD OF NEW ORLEANS'**
**MOTION TO DISMISS PURSUANT TO FED.R. CIV. P. 12(b)(6)**

    The Defendant, Sewerage and Water Board of New Orleans (hereinafter sometimes referred to as "SWBNO"), presents this Motion To Dismiss Pursuant to Rule 12(b)(6) for failure to state a cause of action upon which relief can be granted. The complaints that have been filed in these consolidated proceedings fail to state a cause of action for the reasons set forth in the Memorandum in Support of the Motion to Dismiss filed herewith.

1

**WHEREFORE**, Defendant, the Sewerage and Water Board of New Orleans, prays for an Order granting its Fed. R. Civ. P. 12(b)(6) Motion to dismiss, with prejudice.

**Respectfully submitted,**

_____
**GEORGE R. SIMNO, III T.A. (#12271)**
**GERARD M. VICTOR(#9815)**
**625 St. Joseph St.,  Room 201**
**New Orleans, LA 70165**
**Tel:    (504) 585-2242**
**Fax:   (504) 585-2426**
**Email: Gsimno@swbno.org**
              **Gvictor@swbno.org**

*ATTORNEYS FOR THE SEWERAGE AND WATER BOARD OF NEW ORLEANS*

n:\lit\def\hurricane katrina\berthelot, colleen\ple\060612motiontodismiss.12(b)(6).doc

**CERTIFICATE OF SERVICE**

I hereby certify that on   June 15, 2006                  , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

William Aaron
waaron@goinsaaron.com

Neil Abramson
abramson@phelps.com

Jonathon Beauregard Andry
jandry@andrylawfirm.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

Judy Barrasso
jbarrasso@barrassousdin.com

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Robert Becnel
ROBBECNELL@aol.com

Kelly Cambre Bogart
kbogart@duplass.com

Terrence L. Brennan
tbrennan@dkslaw.com

Joseph Bruno
jbruno@brunobrunolaw.com

Thomas Darling
tdarling@grhg.net

Joseph Vincent DiRosa, Jr.
jvdirosa@cityofno.com

Walter Dumas
wdumas@dumaslaw.com

Lawrence Duplass
lduplass@duplass.com

Calvin Fayard
calvinfayard@fayardlaw.com

Thomas Francis Gardner
gardner@bayoulaw.com

Thomas Gaudry
tgaudry@grhg.net

Joseph Guichet
jguichet@lawla.com

Jim S. Hall
jodi@jimshall.com

Robert Harvey
rgharvey@bellsouth.net

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

David Blayne Honeycutt
DBHoneycutt@aol.com

Kevin Derham
kderham@duplass.com

Ralph Hubbard
rhubbard@lawla.com

Darlene Marie Jacobs
dollyno@aol.com

Penya Moses-Fields
pmfields@cityofno.com

Tamara Kluger Jacobson
tkjacobson@aol.com

James Bryan Mullaly
jamesmullalyl@hotmail.com

Michael Courtney Keller
kellerm@ag.state.la.us

Betty Finley Mullin
bettym@spsr-law.com

Stephen Kreller
sskreller@gmail.com

J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com

Hugh Lambert
hlambert@lambertandnelson.com

John Francis Nevares
jfnevares-law@microjuris.com

John M. Landis
jlandis@stonepigman.com

James L. Pate
jpate@ln-law.com

Mickey Landry
mlandry@landryswarr.com

Ronnie Penton
rgp@rgplaw.com

Wade Langlois
wlanglois@grhg.net

Drew A. Ranier
dranier@rgelaw.com

Wayne J. Lee
wlee@stonepigman.com

Michael R.C. Riess
mriess@kingsmillriess.com

F. Gerald Maples
federal@geraldmaples.com

Camilo Kosy Salas
csalas@salaslaw.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

David Scott Scalia
DAVID@brunobrunolaw.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Randall A. Smith
Rasmith3@bellsouth.net

Gerald Edward Meunier
dmartin@gainsben.com

Christopher Kent Tankersley
ctankersley@burglass.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Christopher W. Martin
martin4@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

Dennis Phayer
dphayer@burglass.com

Lawrence D. Wiedemann
FAX:  504-581-4336

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Martin R. Sadler
sadler@mdjwlaw.com

John Herr Musser
jmusser@bellsouth.net

Julia E. McEvoy
jmcevoy@JonesDay.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Deborah L. Wilson, Esq.
317 Magazine Street
New Orleans, LA  70130

Joseph W. Hecker, Esq.
619 Europe Street, 2nd Floor
Baton Rouge, LA  70806

George T. Manning, Esq.
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA  30309-3053

Vernon P. Thomas, Esq.
1524 North Claiborne Avenue
New Orleans, LA  70116

John W. deGravelles
Michael C. Palminter
C. Frank Holthaus
Scott H. Fruge
618 Main Street
Baton Rouge LA 70801-1910

Clayton Morris Connors
625 Baronne Street
New Orleans, LA  70130

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal Street
Room 1112
New Orleans, LA  70130

_____
**GEORGE R. SIMNO III**