UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEN BERTHELOT, ET AL** | * | **CIVIL ACTION** |
| **Plaintiffs** | * | |
| | * | **NO. 05-4182** |
| **VERSUS** | * | |
| | * | **SECTION "K" (2)** |
| **BOH BROS. CONSTRUCTION CO.,** | * | |
| **L.L.C., ET AL** | * | |
| **Defendants** | * | |
| | * | |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4181 "K"(2) | (O'Dwyer) | 06-0225 "K"(2) | (Bradley) |
| 05-5237 "K"(2) | (Vodanovich) | 06-0886 "K"(2) | (Finney) |
| 05-6073 "K"(2) | (Kirsch) | 06-2278 "K"(2) | (Christenberry) |
| 05-6314 "K"(2) | (Ezell) | 06-2287 "K"(2) | (Sanchez) |
| 05-6324 "K"(2) | (Brown) | 06-2346 "K"(2) | (Fitzmorris) |
| 05-6327 "K"(2) | (Leblanc) | 06-2545 "K"(2) | (Marcello) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing *Fed. R. Civ. P. 12(b)(6) Motion to Dismiss* before the Honorable Stanwood Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of July 2006 at 9:30 a.m.

**Respectfully submitted,**

_____

2

**GEORGE R. SIMNO, III (#12271)**
**GERARD M. VICTOR (# 9815)**
**625 St. Joseph St., Room 201**
**New Orleans, LA 70165**
**Tel:  (504) 585-2242**
**Fax:  (504) 585-2426**
**Email:  Gsimno@swbno.org**
**ATTORNEYS FOR THE SEWERAGE AND WATER**
**BOARD OF NEW ORLEANS**

n:\lit\def\hurricane katrina\berthelot, colleen\ple\060612noticeofhearing.motiontodismiss.doc