FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -7 PM 12: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL., | * | SECTION "K" (2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO: CASE NOS. 05-4181; 06-1850; 06-1885; 06-2152; 06-2268; 06-2346

## MOTION TO ENROLL

Trial Attorney Kara K. Miller hereby moves to enroll her appearance on behalf of Defendant United States of America in above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

For overnight delivery:

KARA K. MILLER
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8014N
Washington, DC 20004

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No___

ECF Filing:

Kara.K.Miller@usdoj.gov

                              Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch

                              PAUL F. FIGLEY
                              Deputy Director, Torts Branch

                              */s/ Kara K. Miller*
                              Kara K. Miller
                              Trial Attorney, Torts Branch, Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station, P.O. Box 888
                              Washington, D.C.  20044
                              (202)-616-4448 / (202) 616-5200 (Fax)
                              Attorneys for the United States

Dated: June 6, 2006

## CERTIFICATE OF SERVICE

I, Kara K. Miller, hereby certify that on June 6, 2006, I served a true copy of this Motion to Enroll upon the following parties by electronic mail, facsimile, or first class mail:

William Aaron
waaron@goinsaaron.com

Neil Abramson
abramson@phelps.com

Jonathon Beauregard Andry
jandry@andrylawfirm.com

Thomas P. Anzelmo
tanzelmo@mcsalaw.com

Judy Barrasso
jbarrasso@barrassousdin.com

Daniel E. Becnel, Jr.
dbecnel@becnellaw.com

Robert Becnel
ROBBECNEL@aol.com

Kelly Cambre Bogart
kbogart@duplass.com

Terrence L. Brennan
tbrennan@dkslaw.com

Joseph Bruno
jbruno@brunobrunolaw.com

Thomas Darling
tdarling@grhg.net

Kevin Derham
kderham@duplass.com

Joseph Vincent DiRosa Jr.
jvdirosa@cityofno.com

Walter Dumas
wdumas@dumaslaw.com

Lawrence Duplass
lduplass@duplass.com

Calvin Fayard
calvinfayard@fayardlaw.com

Thomas Francis Gardner
gardner@bayoulaw.com

Thomas Gaudry
tgaudry@grhg.net

Joseph Guichet
jguichet@lawla.com

Jim S. Hall
jodi@jimshall.com

Robert Harvey
rgharvey@bellsouth.net

Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com

David Blayne Honeycutt
DBHoneycutt@aol.com

Ralph Hubbard
rhubbard@lawla.com

Darlene Marie Jacobs
dollyno@aol.com

Tamara Kluger Jacobson
tkjacobson@aol.com

3

| | |
|---|---|
| Michael Courtney Keller<br>kellerm@ag.state.la.us | Betty Finley Mullin<br>bettym@spsr-law.com |
| Stephen Kreller<br>sskreller@gmail.com | J. Wayne Mumphrey<br>jwmumphrey@mumphreylaw.com |
| Hugh Lambert<br>hlambert@lambertandnelson.com | John Francis Nevares<br>jfnevares-law@microjuris.com |
| John M. Landis<br>jlandis@stonepigman.com | James L. Pate<br>jpate@ln-law.com |
| Mickey Landry<br>mlandry@landryswarr.com | Ronnie Penton<br>rgp@rgplaw.com |
| Wade Langlois<br>wlanglois@grhg.net | Drew A. Ranier<br>dranier@rgelaw.com |
| Wayne J. Lee<br>wlee@stonepigman.com | Michael R.C. Riess<br>mriess@kingsmillriess.com |
| F. Gerald Maples<br>federal@geraldmaples.com | Camilo Kossy Salas<br>csalas@salaslaw.com |
| Ben Louis Mayeaux<br>bmayeaux@ln-law.com | David Scott Scalia<br>DAVID@brunobrunolaw.com |
| Gordon McKernan<br>gemckernan@mckernanlawfirm.com | George Simno<br>gsimno@swbno.org |
| Gerald A. Melchiode<br>jmelchiode@gjtbs.com | Randall A. Smith<br>rasmith3@bellsouth.net |
| Gerald Edward Meunier<br>dmartin@gainsben.com | Christopher Kent Tankersley<br>ctankersley@burglass.com |
| Penya Moses-Fields<br>pmfields@cityofno.com | Sidney Torres<br>storres@torres-law.com |
| James Bryan Mullaly<br>jamesmullaly1@hotmail.com | William Treeby<br>wtreeby@stonepigman.com |

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Matthew D. Schultz
mschultz@levinlaw.com

Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com

Nina D. Froeschle
nfroeschle@osmlaw.com

Thomas V. Girardi
tgirardi@girardikeese.com

John W. deGravelles
deidson@dphf-law.com

Craig Frank Holthaus
fholthaus@dphf-law.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Clayton Morris Connors
625 Baronne Street
New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130

Kara K. Miller