FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13 AM 7:35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL., | * | SECTION "K" (2) |
| | * | CONS. KATRINA CANAL |

* * * * * * * *

THIS DOCUMENT RELATES TO: CASE NOS. 05-4181; 06-1850; 06-1885; 06-2152; 06-2268; 06-2346

### ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll Kara K. Miller, Esq. as counsel of record for defendant, the United States of America.

New Orleans, LA, this 12th day of June, 2006.

_____
United States District Judge

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____