FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15  AM 9:28

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION:  K (2) |
| VERSUS | * | |
| | * | |
| | * | CONS. KATRINA CANAL |
| BOH BROS. CONSTRUCTION CO., | * | |
| LLC, ET AL   * | | |
| | * | |
| PERTAINS TO ALL CASES | * | |
| ****************************************** | | |

## BOH BROS. CONSTRUCTION CO., L.L.C.'s
## RULE 56 MOTION FOR SUMMARY JUDGMENT

Defendant, Boh Bros. Construction Co., L.L.C. ("Boh Bros."), moves for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56 on the grounds that the pleadings on file along with the accompanying affidavits and statement of uncontested material facts show that there is no genuine issue of material fact, that the claims against Boh Bros. are statutorily

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No _____

barred by application of La. R.S. 9:2772, and that Boh Bros. is entitled to judgment dismissing the claims against it, with prejudice, as a matter of law.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

BY: _____
MICHAEL R. C. RIESS (#2073)
CHARLES B. COLVIN (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
Attorneys for Boh Bros. Construction
Co., L.L.C.

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Boh Bros. Construction
Co., L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this _15_ day of June, 2006.

_____