# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION:   K (2) |
| VERSUS | * | |
| | * | |
| | * | CONS. KATRINA CANAL |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL | * | |
| | * | |
| PERTAINS TO ALL CASES | * | |

*******************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Boh Bros. Construction Co., L.L.C. shall bring on for hearing their Motion for Summary Judgment on the 12th day of July, 2006, at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

BY: _____
MICHAEL R. C. RIESS (#2073)
CHARLES B. COLVIN (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, LA   70170
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
Attorneys for Boh Bros. Construction
Co., L.L.C.

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Boh Bros. Construction
Co., L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this _15_ day of June, 2006.

_____