UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION:   K (2) |
| **VERSUS** | * | |
| | * | |
| | * | CONS. KATRINA CANAL |
| **BOH BROS. CONSTRUCTION CO., LLC, ET AL** | * | |
| | * | |
| **PERTAINS TO ALL CASES** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF BOH BROS. CONSTRUCTION CO., L.L.C.'s RULE 56 MOTION FOR SUMMARY JUDGMENT

Now comes defendant, Boh Bros. Construction Co., L.L.C ("Boh Bros."), to aver the following undisputed material facts in furtherance of Boh Bros. Rule 56 Motion for Summary Judgment:

1.

On May 9, 1990, Boh Bros. contracted with the Board of Commissioners of the Orleans Levee District ("OLD") for the purpose of furnishing "all labor, equipment, supplies, etc., and to perform all work necessary for the Excavation & Flood Protection - 17th Street Canal - Phase

1B - Hammond Highway to Southern Railway, New Orleans, Louisiana" (the "17th Street Canal project").[1]

2.

On August 20, 1992, OLD, as project owner, signed the Certificate of Substantial Completion, recognizing March 11, 1992 as the date of substantial completion on the 17th Street canal project, more than thirteen years before Hurricane Katrina made landfall.[2]

3.

A copy of the Certificate of Substantial Completion on the 17th Street Canal project was filed in the mortgage office of Orleans Parish on August 24, 1992, again, more than thirteen years before Hurricane Katrina made landfall.[3]

4.

On September 16, 1999, Boh Bros. contracted with the U.S. Army Corps of Engineers ("USACOE") to perform pile load testing as per Contract No. DACW29-99-C-0064 and its accompanying amendments on the Inner Harbor Navigation Canal (the "Industrial Canal project").[4]

5.

On May 25, 2000, Boh Bros. completed all of its work on the Industrial Canal project, more than five years before Hurricane Katrina made landfall.[5]

---

[1] *See* Exhibit A, Attachment 1.

[2] *See* Exhibit A, Attachment 2.

[3] *Id.*

[4] *See* Exhibit B, Attachment 1.

[5] *See* Exhibit B, Attachment 2.

2

6.

On May 26, 2000, Boh Bros. physically removed all of its equipment from the Industrial Canal project site and relinquished all control and occupancy of the Industrial Canal project to the USACOE, again, more than five years before Hurricane Katrina made landfall.[6]

7.

On August 29, 2005, Hurricane Katrina made landfall in southeastern Louisiana. The accompanying storm surge caused area outfall canals and commercial waterways to fill with substantially increased levels of water. Several canals and waterways failed, including the 17th Street Canal and the Inner Harbor Navigation Canal, the result of which flooded many neighborhoods throughout the city of New Orleans.

8.

On or about October 20, 2005, the first of many suits was filed in the Civil District Court that alleged claims against numerous defendants for their respective roles in the design and/or construction of three (3) specific canals/waterways: (1) the 17th Street Canal, (2) the London Avenue Canal, and (3) the Inner Harbor Navigation Canal (the "Industrial Canal").[7]

---

[6] See Exhibit B.

[7] See Berthelot's second supplemental and amending complaint, Factual Background.

3

9.

Plaintiffs have asserted claims of tort negligence against Boh Bros., specifically alleging that its improvements on the 17th Street Canal project and the Industrial Canal project caused or contributed to the breaches in the levee/floodwalls for these two canal/waterways.

10.

Prior to August 29, 2005, plaintiffs did not have any claims against Boh Bros. for damage or injuries incurred as a result of Boh Bros.' alleged negligence on the 17th Street Canal project or the Industrial Canal project.

KINGSMILL RIESS, L.L.C.

BY: _____
MICHAEL R. C. RIESS (#2073)
CHARLES B. COLVIN (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
Attorneys for Boh Bros. Construction
Co., L.L.C.

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Boh Bros. Construction
Co., L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this _15_ day of June, 2006.

_____[signature]_____