# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | **CIVIL ACTION NO.: 05-4182** |
| | * | |
| | * | **SECTION:   K (2)** |
| **VERSUS** | * | |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **BOH BROS. CONSTRUCTION CO.,** | * | |
| **LLC, ET AL**        * | | |
| | * | |
| **PERTAINS TO ALL CASES** | * | |

**************************************

### AFFIDAVIT OF PHILIP D. HOZ, JR.

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

BEFORE ME, the undersigned Notary,  personally appeared

### PHILIP D. HOZ, JR.

who, being first duly sworn, deposed and said:

1.     I am of the full age of majority and have personal knowledge of the facts stated

herein;

2.     I was formerly employed at Boh Brothers Construction Co., L.L.C. ("Boh

Brothers") as Vice-President of Pile Driving Department and in that capacity am

personally familiar with the contract documents, job logs, and project progress

pertaining to Boh Brothers performance on the Excavation & Flood Protection -

17th Street Canal - Phase 1B - Hammond Highway to Southern Railway, New

Orleans, Louisiana project (the "17th Street Canal project");

3.     A true and correct copy of the contract between Boh Brothers and the Board of

Commissioners of the Orleans Levee District ("OLD") for the 17th Street Canal

project is appended hereto as **Attachment 1**, *en globo*.

**EXHIBIT**

**A**

4.     A true and correct copy of the Certificate of Substantial Completion for the 17th Street Canal project, showing that Boh Brothers completed work by March 11, 1992, is appended hereto as **Attachment 2,** *en globo*.

5.     The Certificate of Substantial Completion was filed in the mortgage records of Orleans Parish on August 24, 1992.

6.     This Affidavit is true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

**PHILIP D. HOZ, JR.**

SWORN TO and subscribed before me,

this 12 day of May, 2006

NOTARY PUBLIC

James Vitrano
#28794

O.L.B. CONTRACT NO.   24306

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

CITY OF NEW ORLEANS

CONTRACT AND BOND BETWEEN

THE BOARD OF COMMISSIONERS

OF THE

ORLEANS LEVEE DISTRICT

AND

BOH BROTHERS CONSTRUCTION
COMPANY, INC.
P. O. Drawer 53266
New Orleans, LA  70153

BE IT KNOWN, that on this   9th
day of the month of   May
in the year of OUR LORD One Thousand
Nine Hundred and ~~Sixxy~~ Ninety
of the Independence of the United
States of America, the Two Hundred
and Fourteenth

BEFORE ME

Richard J. McGinity
a Notary Public in and for the Parish
of Orleans, State of Louisiana, duly
commissioned and qualified, therein
residing, and in the presence of the
witnesses, hereinafter named and
undersigned:

PERSONALLY CAME AND APPEARED:

1st:  Steven O. Medo, Jr., President          herein representing and acting for
the Board of Commissioners of the Orleans Levee District, an Agency of the State
of Louisiana, by virtue of a Resolution of said Board, a duly certified copy of
which Resolution is attached hereto and made part hereof.

2nd:  Boh Brothers Construction Company, Inc.        hereinafter called the
"Contractor", appearing through John F. Lipani, Vice President , whose
authorization to represent the said Contractor herein, is attached hereto and
made part hereof.

Who declared, that for and in consideration of the payment, hereinafter provided
for, to be made by said Board of Commissioners of the Orleans Levee District, the
said Contractor agrees and is obliged to furnish all labor, equipment, supplies,
etc., and to perform all work necessary for the Excavation & Flood Protection -
17th Street Canal - Phase IB - Hammond Highway to Southern Railway, New Orelans,
Louisiana

- 1 -

RECORDED IN MORTGAGE OFFICE

INSTRUMENT # 99035

N/A # 846895

PARISH OF ORLEANS    **ATTACHMENT 1**

DATE    May 29, 1990

O.L.B. CONTRACT NO.   24306

in accordance with the proposal, specifications, plans, and addenda nos. __-1-_____, identified herewith, at the following total prices:

At unit prices to be identified as indicated in the proposal.

BASE BID:   Five Million Five Hundred Eighty-Nine Thousand Twenty-Five and
            No/100 Dollars  ($5,589,025.00)

The Contractor agrees to complete all work contracted for within the period of time stipulated in the signed proposal, which in this instance is FOUR HUNDRED TWENTY-FIVE (425)_____ calendar days from date of work order.

The Contractor agrees that in default of completing all work within the period of time stipulated above, to be bound in the amount of SIX HUNDRED DOLLARS_____ ($ 600.00____) LIQUIDATED DAMAGES, not as a penalty, for each calendar day beyond the stipulated time.

Said proposal, specifications, plans, and addendas nos. __-1-_____ are identified herewith, and made part hereof, after being paraphed "NEW VARIETUR", by the Notary for identification herewith.

— 2 —

O.L.B. CONTRACT NO.   24306

B O N D

And  now  to  these  presents,  personally  came  and  intervened Fidelity and Deposit Company of Maryland

who declared that he has read and taken cognizance of the above and foregoing contract between the Board of Commissioners of the Orleans Levee District and Boh Brothers Construction Company, INc. _____, Contractor, and binds said company in solido with the said Contractor unto the Board of Commissioners of the Orleans Levee District, in the sum of: Five Million Five Hundred Eighty-Nine Thousand Twenty-Five and No/100 Dollars ($5,589,025.00) as security for the faithful and satisfactory performance by the said Boh Brothers Construction Company, Inc. _____, Contractor, of all clauses and conditions of this contract and for the payment by the Contractor or subcontractor for all work done, labor performed, or material or supplies furnished for the construction, alteration, or repair under this contract, or for transportation and delivery of such materials or supplies to the site of the job by a for hire carrier, or for furnishing materials or supplies for use in machines used in the construction, alteration, or repair under this contract, in accordance with the law, the condition of this obligation being that if the said Boh Brothers Construction Company, Inc. _____, Contractor, shall well, truly and faithfully and satisfactorily perform all of the obligations assumed by Boh Brothers Construction Company, Inc. _____, Contractor, under this Contract and payment be made by said Contractor and by all Subcontractors for all work done, labor performed and material furnished under this Contract in accordance with law, then this Bond shall become null and void, otherwise to remain in full force and effect.

- 3 -

The said Surety consents and yield to the jurisdiction of the Civil District Court for the Parish of Orleans, State of Louisiana, and formally waived any plea of jurisdiction on account of residence elsewhere in the event of suit under the Contract and Bonds, and the Surety herein shall be limited to such defense only as the principal of these bonds could make.

THUS DONE AND PASSED, in my office at the City of New Orleans, on the day, month and year hereinfirst above written, in the presence of _____Carole B. Parker_____ and _____Linda M. Gutierrez_____ competent witnesses, who hereunto sign their names with said appearers and me, Notary, after reading of the whole.

THE BOARD OF COMMISSIONERS OF THE
ORLEANS LEVEE DISTRICT

BY: _____
Steven O. Medo, Jr., President

WITNESSES:

_____
Carole B. Parker

BOH BROTHERS CONSTRUCTION COMPANY, INC.

BY: _____
John F. Lipani, Vice President

_____
Linda M. Gutierrez

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

_____
Attorney-in-Fact Bonding
Jack H. Neelis

_____
NOTARY PUBLIC
RICHARD J. McGINITY

- 4 -

FORM NO. DA-101 (Revised 5/25/71)

STATE OF LOUISIANA )
)
PARISH OF ___ORLEANS___ )

## AFFIDAVIT ATTESTING THAT PUBLIC CONTRACT WAS NOT, NOR WILL BE SECURED THROUGH EMPLOYMENT OR PAYMENT OF SOLICITOR

KNOW ALL MEN BY THESE PRESENTS, that a public contract is contemplated between THE BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT AND BOH BROTHERS CONSTRUCTION COMPANY, INC. , represented by JOHN F. LIPANI                    VICE PRESIDENT , who attests
                (NAME)                          (TITLE)
that he is empowered and authorized to execute said documents.

FURTHER, ___JOHN F. LIPANI___ ,

who being duly sworn, does depose and attest that:

(1) affiant employed no person, corporation, firm, association, or other organization, either directly or indirectly, to secure the public contract under which he received payment, other than persons regularly employed by the affiant whose services in connection with the construction of the public building or project, or in securing the public contract were in the regular course of their duties for affiant; and

(2) no part of the contract price received by affiant was paid or will be paid to any person, corporation firm, association, or other organization for soliciting the contract, other than the payment of their normal compensation to persons regularly employed by the affiant whose services in connection with the construction of the public building or project were in the regular course of their duties for affiant.

- 5 -

FORM NO. DA-101 (Revised 5/25/71)

WITNESSES:

Carole B. Parker                                          JOHN F. LIPANI

Linda M. Gutierrez

BEFORE ME, the undersigned authority, personally appeared JOHN F. LIPANI _____, who being duly sworn, deposes and states that the above is true and correct in all respects recited.

SWORN TO AND SUBSCRIBED before me, this _____9th_____ day of May _____, 19__90__.

_____
NOTARY PUBLIC
RICHARD J. McGINITY

Federal Identification No.

72-0536353

- 6 -

March 2, 1990

ADDENDUM NUMBER 1
TO THE CONTRACT DOCUMENTS FOR
CONTRACT 2043-0489

THE BOARD OF COMMISSIONERS
OF THE
ORLEANS LEVEE DISTRICT

EXCAVATION AND FLOOD PROTECTION – 17TH STREET CANAL
PHASE IB
HAMMOND HIGHWAY TO SOUTHERN RAILWAY

Bids To Be Opened at 2:00 P.M.   Local Time on Tuesday, March 13, 1990

The original contract specifications for this project, dated February 1990, are ammended as noted in this Addendum Number 1.

Receipt of the addendum shall be acknowledged by inserting its number and date in the space provided on the Form of Proposal.

This Addendum Number 1 consists of 1 page and shall be attached to and submitted with the proposal.

### SPECIFICATIONS

| ITEM NO. | DESCRIPTION |
|---|---|
| ADD 1-1 | Section B-4.01 Site Conditions, Add:<br><br>Prospective Bidders may view soil borings taken in the canal levee, at the office of the Engineer. |
| ADD 1-2 | Section 2-10 Utilities, Add:<br><br>Any costs incurred in obtaining outages on utilities should be taken into account in the Contractor's bid as there shall be no direct payment. |
| ADD 1-3 | Section 2-24 Sampling and Testing, Add:<br><br>Any sampling and testing that is requested by the Board, and not specifically covered in these contract specifications, shall be done by an independent testing laboratory mutually agreeable to the Board and the Contractor, and shall be done at the Board's expense. |

End of Addendum No. 1

VERIFIED

AUG 24  3 29 PM '92

*DPT*

STATE OF LOUISIANA

PARISH OF ORLEANS

INSTR. No. 128613
MORTGAGE OFFICE
PARISH OF ORLEANS
*L. Benoit DK*

ACCEPTANCE OF

CONTRACT

NO. 24306

BEFORE ME, the undersigned authority, duly commissioned and

certified in and for the Parish of Orleans, personally came and

appeared the Board of Commissioners of the Orleans Levee District,

through Robert G. Harvey, President, duly authorized, who being by

us sworn, deposed and said: that it entered into contract with
Excavation & Flood Protection:
Boh Bros. Construction Co. ___ for 17th St. Canal, Ph. IB, Hammond Hwy to
                                      Souhhern Railroad
New Orleans, Louisiana, under date of ___ May 9, 1990 ___, by act

before Richard J. McGinity, Notary Public, which contract was

recorded in the Parish of Orleans, In Instrument No. 99035 ___
                                        Recorded Dated:
N. A. No. ___ 846895 ___, MOB _____, FOLIO ___ 5/29/90 that the

Contractor has apparently substantially completed all work required

by the contract as of ___ March 11, 1992 ___, and that the Board of

Commissioners of the Orleans Levee District hereby accepts the work

done under said contract, and authorizes and directs the Recorder

of Mortgages for the Parish of Orleans to note this Acceptance

thereof in the margin of said records.

sworn to and subscribed before me

this 20 day of August, 1992.

_____
NOTARY PUBLIC

Recommended Approval:

*Alan J. Francingues*

THE BOARD OF COMMISSIONERS OF

THE ORLEANS LEVEE DISTRICT

*Robert Y. Harvey*
PRESIDENT

19 AUG 24 92

INSTR. No._____
MORTGAGE OFFICE
PARISH OF ORLEANS

08/24/92#3532A001     ACCEPT   N 15.00

ATTACHMENT 2

STATE OF LOUISIANA
PARISH OF ORLEANS

I, **Stephen P. Bruno,** Custodian of Notarial Records,
Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true
and correct copy of **ACCEPTANCE OF CONTRACT**

**NA#**    946879
consisting of ____1____ pages          day of    Aug-92          executed before
dated the _____20th_____

Robert J. McGinity          a Notary Public of the

Orleans
Parish of Orleans, State of Louisiana, the original of which document is on file in my office.
New Orleans, Louisiana, this    31st    day of    Oct-05

No. 011915

Stephen P. Bruno
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION:   K (2) |
| VERSUS | * | |
| | * | |
| | * | CONS. KATRINA CANAL |
| BOH BROS. CONSTRUCTION CO., | * | |
| LLC, ET AL           * | | |
| | * | |
| PERTAINS TO ALL CASES | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF STANLEY A. VICKNAIR, JR.

STATE OF LOUISIANA

PARISH OF ORLEANS

       BEFORE ME, the undersigned Notary,  personally appeared

### STANLEY A. VICKNAIR, JR.

who, being first duly sworn, deposed and said:

1.     I am of the full age of majority and have personal knowledge of the facts stated

herein;

2.     I am employed at Boh Brothers Construction Co., L.L.C. ("Boh Brothers") as

field project manager and in that capacity am personally familiar with the contract

EXHIBIT

B

documents, job logs, and project progress pertaining to Boh Brothers performance on Contract No. DACW29-99-C-0064 (the "Industrial Canal project").

3.    A true and correct copy of the contract between Boh Brothers and the U.S. Army Corps of Engineers ("USACOE") for the Industrial Canal project is appended hereto as **Attachment 1**, *en globo*.

4.    A true and correct copy of Boh Brothers' Daily Work Logs for the Industrial Canal project is appended hereto as **Attachment 2**, *en globo*.

5.    By May 26, 2000, Boh Brothers completed all of its work on the Industrial Canal project, physically removed all of its equipment from the project site, and relinquished all control and occupancy of the Industrial Canal project to USACOE.

6.    This Affidavit is true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

_____
STANLEY A. VICKNAIR, JR.

SWORN TO and subscribed before me,

this 12th day of June, 2006

_____
NOTARY PUBLIC

**Charles E. Leche**
Notary Public
Orleans Parish
Louisiana
My commission is for Life.
LA Bar Roll No. 8218