**OFFER** *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | 15. TELEPHONE NO. *(Include area code)* |
|---|---|
| Boh Bros. Construction Co., LLC <br> 730 South Tonti Street <br> New Orleans, Louisiana. 70119 <br> Duns No: 00-694-7386 <br> CEC NO. 00-694-7386 <br> CODE _____ FACILITY CODE _____ | (504) 821-2400 <br> **16. REMITTANCE ADDRESS** *(Include only if different than Item 14)* <br> Boh Bros. Construction Co., LLC <br> 730 South Tonti Street <br> New Orleans, La. 70119 |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ___ 60 ___ calendar days after the date offers are due.   *(Insert any number equal to or greater than the minimum requirement stated in Item 13D.)* Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS ▶**    $ 1,623,266.⁰⁰

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 8/20/99 | | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER <br> *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Robert S. Boh, President | *[signature]* | 1 Sept. 1999 |

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:
Contract No. DACW29-99-C-0064            Bidding Schedule: Items 0001 thru 0015
Inner Harbor Navigation Canal Lock Replacement, Pile Load Test and Pile Installation Study Orleans Parish, Louisiana

| 22. AMOUNT <br> $1,623,266.00 | 23. ACCOUNTING AND APPROPRIATION DATA <br> 96X8861        W42HEM92427469        00375V |
|---|---|

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN <br> *(4 copies unless otherwise specified)* ▶ | ITEM <br> 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO <br> ☐ 10 U.S.C. 2304(c) ( ).  ☐ 41 U.S.C. 253(c) ( ) |
|---|---|---|

| 26. ADMINISTERED BY          CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| NEW ORLEANS AREA OFFICE <br> U.S. ARMY CORPS OF ENGINEERS <br> P.O. BOX 60267 <br> NEW ORLEANS, LA  70160-0267 | USACE, FINANCE CENTER <br> ATTN:  CEFC-AD <br> 5720 INTEGRITY DRIVE <br> MILLINGTON, TN  38053-5005 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☐ 28. NEGOTIATED AGREEMENT   *Contractor is required to sign this document and return ___ copies to issuing office.)*   Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒ 29. AWARD   *(Contractor is not required to sign this document.)*   Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of  (a) the Government solicitation and your offer, and  (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER   *(Type or print)* <br> Diane Pecoul |
|---|---|
| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA <br> BY *[signature] Diane K. Pecoul* | 31C. AWARD DATE <br> 16 Sep 99 |

STANDARD FORM 1442 BACK (REV. 4-85)

| SOLICITATION, OFFER AND AWARD *(Construction, Alteration, or Repair)* | 1. SOLICITATION NO.<br>DACW29-99-B-0085 | 2. TYPE OF SOLICITATION<br>[X] SEALED BID *(IFB)*<br>[ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED<br>07/28/98 | PAGE OF PAGES<br>1 |
|---|---|---|---|---|

**IMPORTANT - The "offer" section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO.<br>DACW29-99-C-0064 | 5. REQUISITION/PURCHASE REQUEST NO.<br>ED0000-9917-2088 | 6. PROJECT NO.<br>DACW29-99-B-0085 |
|---|---|---|

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO |
|---|---|---|---|

US ARMY ENGR DIST NEW ORLEANS
P.O. BOX 60267
NEW ORLEANS, LA 70160-0267

OFFER1

US ARMY ENGR DIST NEW ORLEANS
ATTN: CEMVN-CT
P.O. BOX 60267
NEW ORLEANS, LA 70160-0267

| 9. FOR INFORMATION CALL: ▶ | A. NAME<br>Eileen Upton                    st3 | B. TELEPHONE NO. *(Include area code)* *(NO COLLECT CALLS)*<br>(504) 862-1996 |
|---|---|---|

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS     *(Title, identifying no., date):*

11. The Contractor shall begin performance within __10__ calendar days and complete it within __180__ calendar days after receiving

[ ] award, [x] notice to proceed. This performance period is [x] mandatory, [ ] negotiable. *(See _____.)*

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in item 12B.)*<br>[x] YES    [ ] NO | 12B. CALENDAR DAYS<br><br>3 days |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and __0__ copies to perform the work required are due at the place specified in item 8 by __1400__ *(hour)* local time __08/27/99__ *(date)* . If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [x] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than __30__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212 | 1442-103 | **STANDARD FORM 1442 (REV. 4-85)**<br>Prescribed by GSA - FAR (48 CFR) 53.236-1(d)

SECTION 00010 BIDDING SCHEDULE

INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT,
PILE LOAD TEST AND PILE INSTALLATION STUDY
ORLEANS PARISH, LOUISIANA

| Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|

NOTE 1: Bidders shall furnish unit prices for all items listed on schedule of bid items which require unit prices. If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity. IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, HIS BID WILL BE DECLARED NON-RESPONSIVE.

NOTE 2: Item 0004 is a firm fixed price definite delivery quantity and is not subject to variations in Estimated Quantity clause.

NOTE 3: EXPEDITING THE NOTICE TO PROCEED (NTP): The NTP for this contract will be expedited. The successful bidder is advised that performance and payment bonds shall be submitted within three (3) days after Notice of Award. The NTP will be issued immediately after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contracting Officer or his authorized representative will meet with the Contractor to discuss the submittal process. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract, have been conducted.

Ed 99-088

## SECTION 00010 - BIDDING SCHEDULE

### INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT, PILE LOAD TEST AND PILE INSTALLATION STUDY ORLEANS PARISH, LOUISIANA

| Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|
| 0001 | Mobilization and Demobilization | Lump Sum | LS | 284,400 | 284,400.00 |
| 0002 | Clearing and Grubbing | Lump Sum | LS | 10,200.00 | 10,200.00 |
| 0003 | Excavation | Lump Sum | LS | 9,200.00 | 9,200.00 |
| 0004* | Compression Test | 5 | EA | 85,000.00 | 425,000.00 |
| 0005 | Furnishing Load Frame | 1 | EA | 170,300.00 | 170,300.00 |
| 0006* | Casing | 518 | LF | 370.00 | 191,660.00 |
| 0007* | Furnish and Deliver 48" x 5/8" Steel Pipe Pile | 1095 | LF | 159.00 | 174,105.00 |
| 0008 | Furnish and Deliver 48" x 3/4" Steel Pipe Pile | 372 | LF | 172.00 | 63,984.00 |
| 0009* | Driving 48" x 5/8"Steel Pipe Pile --Onshore | 755 | LF | 60.00 | 45,300.00 |
| 00010 | Driving 48"x 3/4" Steel Pipe Pile– Onshore | 372 | LF | 61.00 | 22,692.00 |
| 00011 | Driving 48" x 5/8 Steel Pipe Pile- Underwater | 340 | LF | 70.00 | 23,800.00 |
| 0012* | Pulling 48" x 5/8"Steel Pipe Pile – Onshore | 755 | LF | 115.00 | 86,825.00 |
| 0013 | Pulling 48"x 3/4" Steel Pipe Pile– Onshore | 372 | LF | 120.00 | 44,640.00 |
| 0014 | Pulling 48" x 5/8 Steel Pipe Pile- Underwater | 340 | LF | 94.00 | 31,960.00 |
| 0015 | Dynamic Pile Testing | Lump Sum | LS | 39,200 | 39,200.00 |

TOTAL: 1,623,266.00

* Denotes change from Original Bidding Schedule.
Award will be made as a whole to one bidder.

ED 99-088

SMALL, SMALL DISADVANTAGED, HUBZONE, AND WOMEN-OWNED SMALL
BUSINESS SUBCONTRACTING PLAN


DATE: __9-9-99__


CONTRACTOR __Boh Bros. Construction Co., LLC__

ADDRESS __P.O.Drawer 53266__    __730 South Tonti Street__
__New Orleans, Louisiana   70153__    __New Orleans, Louisiana   70119__

SOLICITATION NO. __DACW29-99-B-0085__ CONTRACT NO._____


ITEM/SERVICE_____

The following, together with any attachments, is hereby
submitted as a Subcontracting Plan to satisfy the applicable
requirements of Public Law 95-5007 as implemented by OFPP Policy
Letter 80-2, and FAR 19.702.


1.   The following goals (expressed in terms of dollar values and
percentage of total planned subcontracting dollars) are
applicable to the contract cited above or to the contract awarded
under the solicitation cited.

(a) Total Estimate Contract Cost   *Total Estimated Dollars
Planned to be Subcontracted

        $__1,623,266.00__        $__82,900.00__

*(b) Of the Total Estimated Dollar Planned to be Subcontracted
the following breakdown is established:


| | | | |
|---|---|---|---|
| __0__ % | (i) | To Large Business | $ __0__ |
| __80__ % | (ii) | To Small Business | $ __66,600__ |
| __8__ % | (iii) | To Small Disadvantaged | $ __6,300__ |
| __12__ % | (iv) | To Women-Owned Small Business | $ __10,000__ |
| __0__ % | (V) | HUBZone Small Business | $ __0__ |


(c) The following principal products and/or services will be
under this contract, and the distribution among large
(LB), small (SB), small disadvantaged (SDB), HUBZone (HUB), and
women-owned small (WOSB) business concerns are as follows:

(LB) _____ N/A _____

(SB) _____ Testing _____

(SDB) _____ Clearing, grubbing and trucking _____

(HUB) _____ N/A _____

(WOSB) _____ concrete, grout _____

(Attachment May Be Used if Additional Space is Required).

(d) the following method was used in developing sub-contract goals (i..e., Statement explaining how the product and how the areas to be sub-contracted were established, how the areas to be sub-contracted to small, small disadvantaged, HUBZone, and women-owned small business concerns were determined, and, how small, small disadvantaged business, HUBZone and women-owned small business concerns capabilities were determined, to include identification of source lists utilized in making those determinations),

_____ Small and small disadvantaged business were contacted using existing _____

_____ company source lists, permitting subcontracting opportunities. _____

_____

(e) Indirect and overhead costs (check one below):

_____ have been __x__ have not been

included in the goals specified in 1(a) and 1(b).

(f) If "have been" is checked, explain the method used in determining the proportionate share of indirect and overhead costs to be allocated as sub-contracts to small business, small disadvantaged business, HUBZone, and women-owned small business concerns.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2.  The following individual will administer the sub-contracting program.

Name:_____John F. Lipani_____

Address & Telephone: P.O. Drawer 53266   New Orleans, LA  70153  504-821-2400

Title:_____Vice President_____

This individual's specific duties, as they relate to the firm's sub-contracting program, are as follows:

General overall responsibility for this company's Small Business Program, the development, preparation and execution of individual sub-contracting plans and for monitoring performance relative to contractual sub-contracting requirements contained in this plan, including but not limited to:

(a) Developing and maintaining bidders lists of small and small disadvantaged business concerns from all possible sources.

(b) Ensuring that procurement packages are structured to permit SB, SDB, HUB, and WOSB concerns to participate to the maximum extent possible.

(c) Assuring inclusion of SB, SDB, HUB, and WOSB concerns in all solicitations for products or services which they are capable of providing.

(d) Reviewing solicitations to remove statements, clauses, etc., which may tend to restrict or prohibit SB, SDB, HUB, and WOSB participation.

(e) Ensuring periodic rotation of potential sub-contractors on bidder's list.

(f) Ensuring that the bid proposal review board documents its reasons for not selecting low bids submitted by small, small disadvantaged business, HUBZone small business, and women-owned small business concerns.

(g) Ensuring the establishment and maintenance of records of solicitations and subcontract award activity.

(h) Attending or arranging for attendance of company counselors at Business Opportunity Workshops, Minority Business Enterprise Seminars, Trade Fairs, etc.

(i) Conducting or arranging for conduct of motivational training for purchasing personnel pursuant to the intent of P.L.  95-507.

(j) Monitoring attainment of proposed goals.

(k) Preparing and submitting periodic sub-contracting reports (SF-294, SF-295, etc.) as required.

(l) Coordinating contractor's activities during the conduct of compliance reviews by Federal agencies.

(m) Coordinating the conduct of contractor's activities involving its small, small disadvantaged business, HUBZone, and women-owned small business sub-contracting program.

(n) Additions to (or deletions from) the duties specified above are as follows:

_____

_____

_____

_____

3. The following efforts will be taken to assure that SB, SDB, HUB, and WOSB concerns will have an equitable opportunity to compete for sub-contract:

(a) Outreach efforts will be made as follows:

(i)    Contacts with minority and small business trade associations.

(ii)   Contacts with business development organizations.

(iii)  Attendance at small and minority business procurement conferences and trade fairs.

(iv)   Source will be requested from SBA's PASS System.

(b) The following internal efforts will be made to guide and encourage buyers:

(i)    Workshops, seminars and training programs will be conducted.

(ii)   Activities will be monitored to evaluate compliance with this sub-contracting plan.

(c)    Small, small disadvantaged business, HUBZone small business and women-owned small business concerns source lists, guides and other data identifying mall disadvantaged business concerns will be maintained and utilized by buyers in soliciting sub-contracts.

(d)    Additions to (or deletions from) the above listed efforts are as follows:

_____

_____

_____

_____

4. The bidder (contractor) agrees that the clause entitled Utilization of Small, Small Disadvantaged, HUBZone, and Women-Owned Small Business Conerns will be included in all sub-contracts which offer further sub-contracting opportunities, and all sub-contractors except small business concerns who received

sub-contracts in excess of $500,000 will be required to adopt and comply with a sub-contracting plan similar to this one. Such plans will be reviewed by comparing them with the provisions of Public Law 95-507, and assuring that all minimum requirements of an acceptable sub-contracting plan have been satisfied. The acceptability of percentage goals shall be determined on a case-by-case basis depending on the supplies /services involved, the availability of potential small and small disadvantaged sub-contractors, and prior experience. Once approved and implemented, plans will be monitored through the submission of periodic reports, and/or, as time and availability of funds permit, periodic visits to sub-contractors facilities to review applicable records and sub-contracting program progress.

5.   The bidder (contractor) agrees to submit such periodic reports and cooperate in any studies or surveys as may be required by the contracting agency or the Small Business Administration in order to determine the extent of compliance by the bidder with the sub-contracting plan and with the clause entitled Utilization of Small, Small Disadvantaged, HUBZone, and Women-Owned Small Business Conerns contained in the contract.

6.   The bidder (contractor) agrees that he will maintain at least the following types of records to document compliance with this sub-contracting plan:

(a) Small, small disadvantaged business, HUBZone and women-owned small business concern source lists, guides and other data identifying SB/SDBC vendors.

(b) Organizations contracted for small, small disadvantaged business, HUBZone and women-owned small business sources.

(c) On a contract-by contract basis, records on all sub-contract solicitations over $100,000 indicating on each solicitation (1) whether small business concerns were solicited, and if not, why not;  (2) whether small disadvantaged business concerns were solicited, and if not, why not; (3) whether HUBZone small business conerns were solicited, and if not, why not; (4) whether women-owned small business concerns were solicited and (5) reasons for the failure of solicited small, small disadvantaged business, HUBZone and women-owned small business concerns to receive the sub-contract award.

(d) Records to support other outreach efforts:  Contacts with Minority and Small Business Trade Associations, etc. Attendance at small and minority business procurement conferences and trade fairs.

(e) Records to support internal activities to guide and encourage buyers:  workshops, seminars, training

programs, etc.  Monitoring activities to evaluate
compliance.
(f) On a contract-by contract basis, records to support
sub-contract award data to include name and address of
sub-contractor.

(g) Records to be maintained in addition to the above are as
follows:

_____

_____

_____

_____

Signed: _John F. Lipani_____

Typed Name: __John F. Lipani_____

Title:____Vice President_____

_____

(FOR GOVERNMENT USE ONLY)

Contract No._____

I. Recommend approval.  The Contractor's subcontracting plan is
in compliance with FAR Subpart 19.7 and DFAR Subpart 219.7
"Subcontracting with Small Business, Small Disadvantaged
Business, HUBZone and Women-Owned Small Business Concerns."

_13 Sep 99_____               _Robert Dempsey_____
Date                             Robert G. Dempsey
                                 Small & Disadvantaged Business
                                 Utilization Advisor

II. Plan Approved by: _Diane K. Pecoul_____

_13 Sept 99_____
Date                             Diane K. Pecoul
                                 Contracting Officer

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES 1 4 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE 08/20/99 | 4. REQUISITION/PURCHASE REQ. NO. ED0000-9917-2088 | 5. PROJECT NO. (if applicable) DACW29-99-b-0085 |
|---|---|---|---|

| 6. ISSUED BY                CODE   ISSUE1 | 7. ADMINISTERED BY (if other than Item 6)   CODE   ADMIN1 |
|---|---|
| US ARMY ENGR DIST   NEW ORLEANS<br>P O BOX 60267<br>NEW ORLEANS LA  70160-0267<br><br>EILEEN UPTON        ST3    (504) 862-1996 | US ARMY ENGR DIST, NEW ORLEANS<br>ATTN:  CEMVN-CT<br>P O BOX 60267<br>NEW ORLEANS, LA  70160-0267 |

**8. NAME AND ADDRESS OF CONTRACTOR**  *(No., street, county, State and ZIP code)*

| | (X) | 9A. AMENDMENT OF SOLICITATION NO. DACW29-99-B-0085 |
|---|---|---|
| | X | 9B. DATED (SEE ITEM 11) 07/28/99 |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | | 10B. DATED (SEE ITEM 13) |

| CODE | FACILITY CODE |
|---|---|

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[X] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  [X] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning ___1___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA**  *(if required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  *(Specify authority)*  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT ADMINISTRATIVE CHANGES  *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER  *(Specify type of modification and authority)* |

**E. IMPORTANT:**   Contractor [ ] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION**  *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

THE ABOVE-NUMBERED SOLICITATION FOR INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT, PILE LOAD TEST AND PILE INSTALLATION STUDY, ORLEANS PARISH, LOUISIANA IS HEREBY AMENDED AS FOLLOWS:

BID OPENING DATE
THE BID OPENING DATE AND TIME OF AUGUST 27, 1999 2:00 P.M., LOCAL TIME AT PLACE OF BID OPENING HAS BEEN CHANGED TO SEPTEMBER 1, 1999  2:00 P.M. LOCAL TIME AT PLACE OF BID OPENING.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER  *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER  *(Type or print)* | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

| NSN 7540-01-152-8070<br>PREVIOUS EDITION UNUSABLE | 30-105 | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|---|

<u>SPECIFICATIONS:</u>

<u>SUMMARY LETTER</u>

1.  Description and Magnitude of Work.  Delete "DRIVING" and substitute, "DRIVING STEEL CASINGS; EXCAVATING MATERIAL FROM WITHIN CASINGS; DRIVING TEST PILES ONSHORE AND".

<u>SECTION 00010</u>

2.  Page 00010-3.  Delete this page in its entirety and substitute the attached revised Bidding Schedule, page 00010-3.

<u>SECTION 00800</u>

3.  Page 00800-4, paragraph 5c(2)(b).  Delete the fourth sentence in its entirety, and substitute the following sentence, "The new 30-inch culvert shall be zinc coated galvanized, 30 inch diameter x 0.052 inch wall thickness, helical-corrugated lock seam metal pipe with re-rolled ends.

<u>SECTION 02355</u>

4.  Page 5, paragraph 3.2.1.  In the fourth sentence, delete "TP-1 thru TP-3", and substitute, "TP-1, TP-2, TP-3, TP-8, AND TP-9".

5.  Page 14, paragraph 3.3.  In the sixth sentence, delete "seven (7) test piles", and substitute "nine (9) test piles".

<u>SECTION 02451</u>

6.  Page 7, paragraph 2.1.  Delete the last two sentences in their entirety and substitute the following therefor:

"Pipe pile segments shall be fabricated in accordance with ASTM A 252 and API RP-2A-LRFD, Subsection L.1.5.9.and API RP-2A-LRFD SUBSECTION L.1.5.9; where conflict exists the more stringent criteria shall govern.  Segments fabricated in the mill shall maximize the number of double random lengths.  Testing of the mill fabricated butt splice shall comply with ASTM A 252, paragraph 13.  The required test pile length shall be delivered to the field in two segments, only one field splice is permitted. The details for the field splice are shown on the drawings."

6.  Page 3, paragraph 1.4.5.1.  In the first sentence, delete, ""Pulled Test Piles", for the length" and substitute, "for pulling steel pipe piles based on the appropriate size."

7.  Page 7, paragraph 2.1.  In the second sentence, delete, "five (5)", and substitute "seven (7)".

8. Page 11, paragraph 3.1.2.2.  In the second sentence, delete, "Test pile 1", and substitute, "Test piles TP-1 and TP-8".  In the third sentence, delete, "and TP-6", and substitute, "TP-6 and TP-9".

9. Page 12, paragraph 3.1.2.2.1.  Delete, "1.4.4" , and substitute "1.4.5".

10. Page 12, paragraph 3.1.2.2.2.  Delete "1.4.4" and substitute "1.4.5".

11. Page 14, paragraph 3.3.  In the fifth sentence:

       a.  delete, "seven (7)" , and substitute,"nine (9)"

       b. delete "3.4", and substitute "3.3".

12. Page 14, paragraph 02451-3.4.  In the first sentence change delete, "3.4", and substitute "3.3".

## SECTION 02497

13. Page 8, paragraph 3.1.1.

a.  In the first sentence, delete "5", and substitute "5, 8, 9,".

b.  In the third sentence delete, "and 5", and substitute "5, 8, and 9".


## DRAWINGS:

### Dwg 3 of 12.

Delete Dwg 3 of 12, and substitute the attached revised Dwg 3 of 12.

### Dwg 4 of 12.

Delete Dwg. 4 of 12, and substitute the attached revised drawing 4 of 12.

## SECTION 00010 - BIDDING SCHEDULE

### INNER HARBOR NAVIGATION CANAL LOCK REPLACEMENT,
### PILE LOAD TEST AND PILE INSTALLATION STUDY
### ORLEANS PARISH, LOUISIANA

| Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|
| 0001 | Mobilization and Demobilization | Lump Sum | LS | | |
| 0002 | Clearing and Grubbing | Lump Sum | LS | | |
| 0003 | Excavation | Lump Sum | LS | | |
| 0004* | Compression Test | 5 | EA | | |
| 0005 | Furnishing Load Frame | 1 | EA | | |
| 0006* | Casing | 518 | LF | | |
| 0007* | Furnish and Deliver 48" x 5/8" Steel Pipe Pile | 1095 | LF | | |
| 0008 | Furnish and Deliver 48" x 3/4" Steel Pipe Pile | 372 | LF | | |
| 0009* | Driving 48" x 5/8"Steel Pipe Pile --Onshore | 755 | LF | | |
| 00010 | Driving 48"x 3/4" Steel Pipe Pile-- Onshore | 372 | LF | | |
| 00011 | Driving 48" x 5/8 Steel Pipe Pile- Underwater | 340 | LF | | |
| 0012* | Pulling 48" x 5/8"Steel Pipe Pile -- Onshore | 755 | LF | | |
| 0013 | Pulling 48"x 3/4" Steel Pipe Pile-- Onshore | 372 | LF | | |
| 0014 | Pulling 48" x 5/8 Steel Pipe Pile- Underwater | 340 | LF | | |
| 0015 | Dynamic Pile Testing | Lump Sum | LS | | |

TOTAL: _____

* Denotes change from Original Bidding Schedule.
Award will be made as a whole to one bidder.

ED 99-088

TABLE OF CONTENTS
SECTION 00700
CONTRACT CLAUSES

| 1 | 52.252-2 | CLAUSES INCORPORATED BY REFERENCE (FEB 1998) |
|---|---|---|
| 2 | 52.252-6 | AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) |
| 3 | 52.202-1 I | DEFINITIONS (OCT 1995)--ALTERNATE I (APR 1984) |
| 4 | 52.203-3 | GRATUITIES (APR 1984) |
| 5 | 52.203-5 | COVENANT AGAINST CONTINGENT FEES (APR 1984) |
| 6 | 52.203-6 | RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995) |
| 7 | 52.203-7 | ANTI-KICKBACK PROCEDURES (JUL 1995) |
| 8 | 52.203-8 | CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 9 | 52.203-10 | PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997) |
| 10 | 52.203-12 | LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 1997) |
| 11 | 52.204-4 | PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996) |
| 12 | 52.209-6 | PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTOR DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995) |
| 13 | 52.211-18 | VARIATION IN ESTIMATED QUANTITY (APR 1984) |
| 14 | 52.214-26 | AUDIT AND RECORDS--SEALED BIDDING (OCT 1997) |
| 15 | 52.214-27 | PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (OCT 1997) |
| 16 | 52.214-28 | SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING (OCT 1997) |
| 17 | 52.219-8 | UTILIZATION OF SMALL BUSINESS CONCERNS (JAN 1999) |
| 18 | 52.219-9 I | SMALL BUSINESS SUBCONTRACTING PLAN (JAN 1999)--ALTERNATE I (JAN 1999) |
| 19 | 52.219-16 | LIQUIDATED DAMAGES--SUBCONTRACTING PLAN (JAN 1999) |
| 20 | 52.222-3 | CONVICT LABOR (AUG 1996) |
| 21 | 52.222-4 | CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION (JUL 1995) |
| 22 | 52.222-6 | DAVIS-BACON ACT (FEB 1995) |
| 23 | 52.222-7 | WITHHOLDING OF FUNDS (FEB 1988) |
| 24 | 52.222-8 | PAYROLLS AND BASIC RECORDS (FEB 1988) |
| 25 | 52.222-9 | APPRENTICES AND TRAINEES (FEB 1988) |
| 26 | 52.222-10 | COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988) |
| 27 | 52.222-11 | SUBCONTRACTS (LABOR STANDARDS) (FEB 1988) |
| 28 | 52.222-12 | CONTRACT TERMINATION--DEBARMENT (FEB 1988) |
| 29 | 52.222-13 | COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988) |
| 30 | 52.222-14 | DISPUTES CONCERNING LABOR STANDARDS (FEB 1988) |
| 31 | 52.222-15 | CERTIFICATION OF ELIGIBILITY (FEB 1988) |
| 32 | 52.222-26 | EQUAL OPPORTUNITY (FEB 1999) |
| 33 | 52.222-27 | AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999) |
| 34 | 52.222-35 | AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998) |
| 35 | 52.222-36 | AFFIRMATIVE ACTION FOR WORKERS WITH DISABILITIES (JUN 1998) |
| 36 | 52.222-37 | EMPLOYMENT REPORTS ON  DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1999) |
| 37 | 52.223-2 | CLEAN AIR AND WATER (APR 1984) |
| 38 | 52.223-3 | HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (JAN 1997) |
| 39 | 52.223-6 | DRUG-FREE WORKPLACE (JAN 1997) |
| 40 | 52.223-9 | CERTIFICATION AND ESTIMATE OF PERCENTAGE OF RECOVERED MATERIAL CONTENT FOR EPA DESIGNATED ITEMS (OCT 1997) |
| 41 | 52.223-14 | TOXIC CHEMICAL RELEASE REPORTING (OCT 1996) |
| 42 | 52.225-5 | BUY AMERICAN ACT--CONSTRUCTION MATERIALS (JUN 1997) |
| 43 | 52.225-11 | RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (AUG 1998) |
| 44 | 52.226-1 | UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISE (MAY 1999) |
| 45 | 52.227-1 | AUTHORIZATION AND CONSENT (JUL 1995) |
| 46 | 52.227-2 | NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (AUG 1996) |
| 47 | 52.227-4 | PATENT INDEMNITY--CONSTRUCTION CONTRACTS (APR 1984) |
| 48 | 52.228-2 | ADDITIONAL BOND SECURITY (OCT 1997) |
| 49 | 52.228-5 | INSURANCE--WORK ON A GOVERNMENT INSTALLATION (JAN 1997) |
| 50 | 52.228-11 | PLEDGES OF ASSETS (FEB 1992) |
| 51 | 52.228-12 | PROSPECTIVE SUBCONTRACTOR REQUESTS FOR BONDS (OCT 1995) |
| 52 | 52.228-14 | IRREVOCABLE LETTER OF CREDIT (OCT 1997) |
| 53 | 52.229-3 | FEDERAL, STATE, AND LOCAL TAXES (JAN 1991) |

| 54 | 52.229-5 | TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO (APR 1984) |
|---|---|---|
| 55 | 52.232-5 | PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 1997) |
| 56 | 52.232-17 | INTEREST (JUN 1996) |
| 57 | 52.232-23 | ASSIGNMENT OF CLAIMS (JAN 1986) |
| 58 | 52.232-27 | PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JUN 1997) |
| 59 | 52.232-34 | PAYMENT BY ELECTRONIC FUNDS TRANSFER--OTHER THAN CENTRAL CONTRACTOR REGISTRATION (MAY 1999) |
| 60 | 52.233-1 | DISPUTES (DEC 1998) |
| 61 | 52.233-3 | PROTEST AFTER AWARD (AUG 1996) |
| 62 | 52.236-2 | DIFFERING SITE CONDITIONS (APR 1984) |
| 63 | 52.236-3 | SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984) |
| 64 | 52.236-5 | MATERIAL AND WORKMANSHIP (APR 1984) |
| 65 | 52.236-6 | SUPERINTENDENCE BY THE CONTRACTOR (APR 1984) |
| 66 | 52.236-7 | PERMITS AND RESPONSIBILITIES (NOV 1991) |
| 67 | 52.236-8 | OTHER CONTRACTS (APR 1984) |
| 68 | 52.236-9 | PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984) |
| 69 | 52.236-10 | OPERATIONS AND STORAGE AREAS (APR 1984) |
| 70 | 52.236-11 | USE AND POSSESSION PRIOR TO COMPLETION (APR 1984) |
| 71 | 52.236-12 | CLEANING UP (APR 1984) |
| 72 | 52.236-13 | ACCIDENT PREVENTION (NOV 1991) |
| 73 | 52.236-15 | SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984) |
| 74 | 52.236-21 | SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FEB 1997) |
| 75 | 52.239-1 | PRIVACY OR SECURITY SAFEGUARDS (AUG 1996) |
| 76 | 52.242-14 | SUSPENSION OF WORK (APR 1984) |
| 77 | 52.243-4 | CHANGES (AUG 1987) |
| 78 | 52.244-2 I | SUBCONTRACTS (AUG 1998)--ALTERNATE I (AUG 1998) |
| 79 | 52.244-6 | SUBCONTRACTS FOR COMMERCIAL ITEMS AND COMMERCIAL COMPONENTS (OCT 1998) |
| 80 | 52.245-2 | GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989) |
| 81 | 52.245-4 | GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (APR 1984) |
| 82 | 52.246-12 | INSPECTION OF CONSTRUCTION (AUG 1996) |
| 83 | 52.246-21 | WARRANTY OF CONSTRUCTION (MAR 1994) |
| 84 | 52.247-64 II | PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS (JUN 1997)-- ALTERNATE II (APR 1984) |
| 85 | 52.248-3 I | VALUE ENGINEERING--CONSTRUCTION (MAR 1989)--ALTERNATE I (APR 1984) |
| 86 | 52.249-2 I | TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SEP 1996)-- ALTERNATE I (SEP 1996) |
| 87 | 52.249-10 | DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984) |
| 88 | 52.201-7000 | CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991) |
| 89 | 52.203-7001 | PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999) |
| 90 | 52.205-7000 | PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991) |
| 91 | 52.209-7002 | DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (SEP 1994) |
| 92 | 52.219-7003 | SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING PLAN ( DoD CONTRACTS) (APR 1996) |
| 93 | 52.223-7001 | HAZARD WARNING LABELS (DEC 1991) |
| 94 | 52.223-7004 | DRUG-FREE WORK FORCE (SEP 1988) |
| 95 | 52.223-7006 | PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (AP 1993) |
| 96 | 52.225-7012 | PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (JAN 1999) |
| 97 | 52.227-7033 | RIGHTS IN SHOP DRAWINGS (APR 1966) |
| 98 | 52.231-7000 | SUPPLEMENTAL COST PRINCIPLES (DEC 1991) |
| 99 | 52.236-7000 | MODIFICATION PROPOSALS--PRICE BREAKDOWN (DEC 1991) |
| 100 | 52.243-7001 | PRICING OF CONTRACT MODIFICATIONS (DEC 1991) |
| 101 | 52.247-7024 | NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995) |
| 102 | 52.249-5000 | BASIS FOR SETTLEMENT OF PROPOSALS |
| 103 | 52.1000-4005 | EFT - OTHER THAN CCR |

SECTION 00700

CONTRACT CLAUSES

1 .   52.252-2        CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the
same force and effect as if they were given in full text.  Upon request,
the Contracting Officer will make their full text available.  Also, the
full-text of a clause may be accessed electronically at these addresses:

                         http://www.arnet.gov/far
                         http://farsite.hill.af.mil
                         http://www.dtic.mil/dfars
                              (End of clause)

2    52.252-6  AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)
              (Reference 52.107(f))
3    52.202-1 I    DEFINITIONS (OCT 1995)--ALTERNATE I (APR 1984)

(a) "Head of the agency" (also called "agency head" or "Secretary" means
the Secretary (or Attorney General, Administrator, Governor, Chairperson,
or other chief official, as appropriate) of the agency, including any
deputy or assistant chief official of the agency; and the term "authorized
representative" means any person, persons, or board (other than the
Contracting Officer) authorized to act for the agency or
Secretary.
(b) Commercial component means any component that is a commercial item.
(c) Component means any item supplied to the Federal Government as part
of an end item or of another component.
(d) Nondevelopmental item means--
    (1) Any previously developed item of supply used exclusively for
governmental purposes by a Federal agency, a State or local government,
or a foreign government with which the United States has a mutual defense
cooperation agreement;
    (2) Any item described in paragraph (e)(1) of this definition that
requires only minor modification or modifications of a type customarily
available in the commercial marketplace in order to meet the requirements
of the procuring department or agency; or
    (3) Any item of supply being produced that does not meet the
requirements of paragraph (e)(1) or (e)(2) solely because the item is not
yet in use.
(e) "Contracting Officer" means a person with the authority to enter
into, administer, and/or terminate contracts and make related
determinations and findings.  The term includes certain authorized
representatives of the Contracting Officer acting within the limits of
their authority as delegated by the Contracting Officer.
(f) Except as otherwise provided in this contract, the term
"subcontracts" includes, but is not limited to, purchase orders and
changes and modifications to purchase orders under this contract.
                         (End of clause)


4    52.203-3        GRATUITIES (APR 1984)

(a) The right of the Contractor to proceed may be terminated by written
notice if, after notice and hearing, the agency head or a designee
determines that the Contractor, its agent, or another representative--
    (1) Offered or gave a gratuity (e.g., an entertainment or gift) to an
officer, official, or employee of the Government; and
    (2) Intended, by the gratuity, to obtain a contract or favorable
treatment under a contract.
(b) The facts supporting this determination may be reviewed by any
court having lawful jurisdiction.
(c) If this contract is terminated under paragraph (a) above, the
Government is entitled--
    (1) To pursue the same remedies as in a breach of the contract; and
    (2) In addition to any other damages provided by law, to exemplary

damages of not less than 3 nor more than 10 times the cost incurred by
the Contractor in giving gratuities to the person concerned, as
determined by the agency head or a designee.  (This subparagraph (c)(2)
is applicable only if this contract uses money appropriated to the
Department of Defense.)
   (d) The rights and remedies of the Government provided in this clause
shall not be exclusive and are in addition to any other rights and
remedies provided by law or under this contract.
(End of clause)<br>(R 7-104.16 1952 MAR)

5   52.203-5      COVENANT AGAINST CONTINGENT FEES (APR 1984)

   (a) The Contractor warrants that no person or agency has been employed
or retained to solicit or obtain this contract upon an agreement or
understanding for a contingent fee, except a bona fide employee or agency.
For breach or violation of this warranty, the Government shall have the
right to annul this contract without liability or, in its discretion, to
deduct from the contract price or consideration, or otherwise recover, the
full amount of the contingent fee.
   (b) "Bona fide agency," as used in this clause, means an established
commercial or selling agency, maintained by a contractor for the purpose
of securing business, that neither exerts nor proposes to exert improper
influence to solicit or obtain Government contracts nor holds itself out
as being able to obtain any Government contract or contracts through
improper influence.
   "Bona fide employee," as used in this clause, means a person, employed by
a Contractor and subject to the Contractor's supervision and control as to
time, place, and manner of performance, who neither exerts nor proposes
to exert improper influence to solicit or obtain Government contracts nor
holds out as being able to obtain any Government contract or contracts
through improper influence.
   "Contingent fee," as used in this clause, means any commission,
percentage, brokerage, or other fee that is contingent upon the success
that a person or concern has in securing a Government contract.
   "Improper influence," as used in this clause, means any influence that
induces or tends to induce a Government employee or officer to give
consideration or to act regarding a Government contract on any basis other
than the merits of the matter.
(End of clause)<br>(R 7-103.20 1958 JAN)<br>(R 1-1.503)<br>(R 1-7.102-18)

6   52.203-6      RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1995)

   (a) Except as provided in (b) below, the Contractor shall not enter into
any agreement with an actual or prospective subcontractor, nor otherwise
act in any manner, which has or may have the effect of restricting sales by
such subcontractors directly to the Government of any item or process
(including computer software) made or furnished by the subcontractor under
this contract or under any follow-on production contract.
   (b) The prohibition in (a) above does not preclude the Contractor from
asserting rights that are otherwise authorized by law or regulation.
   (c) The Contractor agrees to incorporate the substance of this clause,
including this paragraph (c), in all subcontracts under this contract which
exceed $100,000.
(End of clause)

7   52.203-7      ANTI-KICKBACK PROCEDURES (JUL 1995)

   (a) Definitions.
   "Kickback," as used in this clause, means any money, fee, commission,
credit, gift, gratuity, thing of value, or compensation of any kind which
is provided, directly or indirectly, to any prime Contractor, prime
Contractor employee, subcontractor, or subcontractor employee for the
purpose of improperly obtaining or rewarding favorable treatment in
connection with a prime contract or in connection with a subcontract

relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor" as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) The Anti-Kickback Act of 1986 (41 U.S.C. 51-58) (the Act), prohibits any person from--

  (1) Providing or attempting to provide or offering to provide any kickback;

  (2) Soliciting, accepting, or attempting to accept any kickback; or

  (3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

  (2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Department of Justice.

  (3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

  (4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold from sums owed a subcontractor under the prime contract the amount of the kickback. The Contracting Officer may order that monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause. In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

  (5) The Contractor agrees to incorporate the substance of this clause, including subparagraph (c)(5) but excepting subparagraph (c)(1), in all subcontracts under this contract which exceed $100,000.

(End of clause)

8     52.203-8     CANCELLATION, RESCISSION, AND RECOVERY OF FUNDS FOR ILLEGAL OR IMPROPER

ACTIVITY (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of Section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

  (1) Cancel the solicitation, if the contract has not yet been awarded

or issued; or
   (2) Rescind the contract with respect to which--
     (i) The Contractor or someone acting for the Contractor has been
convicted for an offense where the conduct constitutes a violation of
subsection 27 (a) or (b) of the Act for the purpose of either--
      (A) Exchanging the information covered by such subsections for
anything of value; or
      (B) Obtaining or giving anyone a competitive advantage in the award
of a Federal agency procurement contract; or
     (ii) The head of the contracting activity has determined, based upon
a preponderance of the evidence, that the Contractor or someone acting
for the Contractor has engaged in conduct constituting an offense
punishable under subsection 27(e)(1) of the Act.
  (b) If the Government rescinds the contract under paragraph (a) of this
clause, the Government is entitled to recover, in addition to any penalty
prescribed by law, the amount expended under the contract.
  (c) The rights and remedies of the Government specified herein are not
exclusive, and are in addition to any other rights and remedies provided by
law, regulation, or under this contract.

(End of clause)

9    52.203-10    PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (JAN 1997)

  (a) The Government, at its election, may reduce the price of a
fixed-price type contract and the total cost and fee under a cost-type
contract by the amount of profit or fee determined as set forth in
paragraph (b) of this clause if the head of the contracting activity or
designee determines that there was a violation of subsection 27 (a), (b),
or (c) of the Office of Federal Procurement Policy Act, as amended (41
U.S.C. 423), as implemented in section 3.104 of the Federal Acquisition
Regulation.
  (b) The price or fee reduction referred to in paragraph (a) of this
clause shall be--
   (1) For cost-plus-fixed-fee contracts, the amount of the fee specified
in the contract at the time of award;
   (2) For cost-plus-incentive-fee contracts, the target fee specified in
the contract at the time of award, notwithstanding any minimum fee or
"fee floor" specified in the contract;
   (3) For cost-plus-award-fee contracts--
     (i) The base fee established in the contract at the time of contract
award;
     (ii) If no base fee is specified in the contract, 30 percent of the
amount of each award fee otherwise payable to the Contractor for each
award fee evaluation period or at each award fee determination point.
   (4) For fixed-price-incentive contracts, the Government may--
     (i) Reduce the contract target price and contract target profit both
by an amount equal to the initial target profit specified in the
contract at the time of contract award; or
     (ii) If an immediate adjustment to the contract target price and
contract target profit would have a significant adverse impact on the
incentive price revision relationship under the contract, or adversely
affect the contract financing provisions, the Contracting Officer may
defer such adjustment until establishment of the total final price of
the contract.  The total final price established in accordance with the
incentive price revision provisions of the contract shall be reduced by
an amount equal to the initial target profit specified in the contract
at the time of contract award and such reduced price shall be the
total final contract price.
   (5) For firm-fixed-price contracts, by 10 percent of the initial
contract price or a profit amount determined by the Contracting Officer
from records or documents in existence prior to the date of the contract
award.
  (c) The Government may, at its election, reduce a prime contractor's
price or fee in accordance with the procedures of paragraph (b) of this
clause for violations of the Act by its subcontractors by an amount not to
exceed the amount of profit or fee reflected in the subcontract at the time
the subcontract was first definitively priced.
  (d) In addition to the remedies in paragraphs (a) and (c) of this clause,
the Government may terminate this contract for default.  The rights and
remedies of the Government specified herein are not exclusive, and are in

addition to any other rights and remedies provided by law or under this contract.

(End of clause)

10    52.203-12    LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN

1997)

(a) Definitions.

"Agency," as used in this clause, means executive agency as defined in 2.101.

"Covered Federal action," as used in this clause, means any of the following Federal actions:

(1) The awarding of any Federal contract.

(2) The making of any Federal grant.

(3) The making of any Federal loan.

(4) The entering into of any cooperative agreement.

(5) The extension, continuation, renewal, amendment, or modification of any Federal contract, grant, loan, or cooperative agreement.

"Indian tribe" and "tribal organization," as used in this clause, have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450B) and include Alaskan Natives.

"Influencing or attempting to influence," as used in this clause, means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

"Local government," as used in this clause, means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency," as used in this clause, includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), title 37, United States Code.

(3) A special Government employee, as defined in section 202, title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, title 5, United States Code, appendix 2.

"Person," as used in this clause, means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Reasonable compensation," as used in this clause, means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

"Reasonable payment," as used in this clause, means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient," as used in this clause, includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization with respect to expenditures specifically permitted by other Federal law.

"Regularly employed," as used in this clause, means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less

than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State," as used in this clause, means a State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, a territory or possession of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) Prohibitions.

(1) Section 1352 of title 31, United States Code, among other things, prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any of the following covered Federal actions: the awarding of any Federal contract; the making of any Federal grant; the making of any Federal loan; the entering into of any cooperative agreement; or the modification of any Federal contract, grant, loan, or cooperative agreement.

(2) The Act also requires Contractors to furnish a disclosure if any funds other than Federal appropriated funds (including profit or fee received under a covered Federal transaction) have been paid, or will be paid, to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with a Federal contract, grant, loan, or cooperative agreement.

(3) The prohibitions of the Act do not apply under the following conditions:

(i) Agency and legislative liaison by own employees.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of a payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action if the payment is for agency and legislative liaison activities not directly related to a covered Federal action.

(B) For purposes of subdivision (b)(3)(i)(A) of this clause, providing any information specifically requested by an agency or Congress is permitted at any time.

(C) The following agency and legislative liaison activities are permitted at any time where they are not related to a specific solicitation for any covered Federal action:

(1) Discussing with an agency the qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities.

(2) Technical discussions and other activities regarding the application or adaptation of the person's products or services for an agency's use.

(D) The following agency and legislative liaison activities are permitted where they are prior to formal solicitation of any covered Federal action--

(1) Providing any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(2) Technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(3) Capability presentations by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub. L. 95-507, and subsequent amendments.

(E) Only those services expressly authorized by subdivision (b)(3)(i)(A) of this clause are permitted under this clause.

(ii) Professional and technical services.

(A) The prohibition on the use of appropriated funds, in subparagraph (b)(1) of this clause, does not apply in the case of--

(1) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements

imposed by or pursuant to law as a condition for receiving that Federal action.

    (2) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.  Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

  (B) For purposes of subdivision (b)(3)(ii)(A) of this clause, "professional and technical services" shall be limited to advice and analysis directly applying any professional or technical discipline. For example, drafting of a legal document accompanying a bid or proposal by a lawyer is allowable.  Similarly, technical advice provided by an engineer on the performance or operational capability of a piece of equipment rendered directly in the negotiation of a contract is allowable.  However, communications with the intent to influence made by a professional (such as a licensed lawyer) or a technical person (such as a licensed accountant) are not allowable under this section unless they provide advice and analysis directly applying their professional or technical expertise and unless the advice or analysis is rendered directly and solely in the preparation, submission or negotiation of a covered Federal action.  Thus, for example, communications with the intent to influence made by a lawyer that do not provide legal advice or analysis directly and solely related to the legal aspects of his or her client's proposal, but generally advocate one proposal over another are not allowable under this section because the lawyer is not providing professional legal services.  Similarly, communications with the intent to influence made by an engineer providing an engineering analysis prior to the preparation or submission of a bid or proposal are not allowable under this section since the engineer is providing technical services but not directly in the preparation, submission or negotiation of a covered Federal action.

  (C) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

  (D) Only those services expressly authorized by subdivisions (b)(3)(ii)(A)(1) and (2) of this clause are permitted under this clause.

  (E) The reporting requirements of FAR 3.803(a) shall not apply with respect to payments of reasonable compensation made to regularly employed officers or employees of a person.

(c) Disclosure.

  (1) The Contractor who requests or receives from an agency a Federal contract shall file with that agency a disclosure form, OMB standard form LLL, Disclosure of Lobbying Activities, if such person has made or has agreed to make any payment using nonappropriated funds (to include profits from any covered Federal action), which would be prohibited under subparagraph (b)(1) of this clause, if paid for with appropriated funds.

  (2) The Contractor shall file a disclosure form at the end of each calendar quarter in which there occurs any event that materially affects the accuracy of the information contained in any disclosure form previously filed by such person under subparagraph (c)(1) of this clause.  An event that materially affects the accuracy of the information reported includes--

    (i) A cumulative increase of $25,000 or more in the amount paid or expected to be paid for influencing or attempting to influence a covered Federal action; or

    (ii) A change in the person(s) or individual(s) influencing or attempting to influence a covered Federal action; or

    (iii) A change in the officer(s), employee(s), or Member(s) contacted to influence or attempt to influence a covered Federal action.

  (3) The Contractor shall require the submittal of a certification, and if required, a disclosure form by any person who requests or receives any subcontract exceeding $100,000 under the Federal contract.

(4) All subcontractor disclosure forms (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall submit all disclosures to the Contracting Officer at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(d) Agreement.  The Contractor agrees not to make any payment prohibited by this clause.

(e) Penalties.

(1) Any person who makes an expenditure prohibited under paragraph (a) of this clause or who fails to file or amend the disclosure form to be filed or amended by paragraph (b) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352.  An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) Cost allowability.  Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable.  Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(End of clause)

11    52.204-4        PRINTING/COPYING DOUBLE-SIDED ON RECYCLED PAPER (JUN 1996)

(a) In accordance with Executive Order 12873, dated October 20, 1993, as amended by Executive Order 12995, dated March 25, 1996, the Offeror/Contractor is encouraged to submit paper documents, such as offers, letters, or reports, that are printed/copied double-sided on recycled paper that has at least 20 percent postconsumer material.

(b) The 20 percent standard applies to high-speed copier paper, offset paper, forms bond, computer printout paper, carbonless paper, file folders, white woven envelopes, and other uncoated printed and writing paper, such as writing and office paper, book paper, cotton fiber paper, and cover stock.  An alternative to meeting the 20 percent postconsumer material standard is 50 percent recovered material content of certain industrial by-products.

(End of clause)

12    52.209-6        PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS

                      DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUL 1995)

(a) The Government suspends or debars Contractors to protect the Government's interest.  The Contractor shall not enter into any subcontract in excess of $25,000 with a Contractor that is debarred, suspended, or proposed for debarment unless there is a compelling reason to do so.

(b) The Contractor shall require each proposed first-tier subcontractor, whose subcontract will exceed $25,000, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract, the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment by the Federal Government.

(c) A corporate officer or a designee of the Contractor shall notify the Contracting Officer, in writing, before entering into a subcontract with a party that is debarred, suspended, or proposed for debarment (see FAR 9.404 for information on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs).  The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding its inclusion on the List of Parties Excluded from Federal Procurement and Nonprocurement Programs.

(4) The systems and procedures the Contractor has established to ensure that it is fully protecting the Government's interests when dealing with

such subcontractor in view of the specific basis for the party's
debarment, suspension, or proposed debarment.
(End of clause)


13    52.211-18      VARIATION IN ESTIMATED QUANTITY (APR 1984)

If the quantity of a unit-priced item in this contract is an estimated
quantity and the actual quantity of the unit-priced item varies more than
15 percent above or below the estimated quantity, an equitable adjustment
in the contract price shall be made upon demand of either party.  The
equitable adjustment shall be based upon any increase or decrease in costs
due solely to the variation above 115 percent or below 85 percent of the
estimated quantity.  If the quantity variation is such as to cause an
increase in the time necessary for completion, the Contractor may request,
in writing, an extension of time, to be received by the Contracting Officer
within 10 days from the beginning of the delay, or within such further
period as may be granted by the Contracting Officer before the date of
final settlement of the contract.  Upon the receipt of a written request
for an extension, the Contracting Officer shall ascertain the facts and
make an adjustment for extending the completion date as, in the judgement
of the Contracting Officer, is justified.
(End of clause)


14    52.214-26      AUDIT AND RECORDS--SEALED BIDDING (OCT 1997)

(a) As used in this clause, records includes books, documents, accounting
procedures and practices, and other data, regardless of type and regardless
of whether such items are in written form, in the form of computer data, or
in any other form.
(b) Cost or pricing data.  If the Contractor has been required to submit
cost or pricing data in connection with the pricing of any modification to
this contract, the Contracting Officer, or an authorized representative of
the Contracting Officer, in order to evaluate the accuracy, completeness,
and currency of the cost or pricing data, shall have the right to examine
and audit all of the Contractor's records, including computations and
projections, related to--
(1) The proposal for the modification;
(2) The discussions conducted on the proposal(s), including those
related to negotiating;
(3) Pricing of the modification; or
(4) Performance of the modification.
(c) Comptroller General.  In the case of pricing any modification, the
Comptroller General of the United States, or an authorized representative,
shall have the same rights as specified in paragraph (b) of this clause.
(d) Availability.  The Contractor shall make available at its office at
all reasonable times the materials described in reproduction, until 3 years
after final payment under this contract, or for any other period specified
in Subpart 4.7 of the Federal Acquisition Regulation (FAR).  FAR Subpart
4.7, Contractor Records Retention, in effect on the data of this contract,
is incorporated by reference in its entirety and made a part of this
contract.
(1) If this contract is completely or partially terminated, the records
relating to the work terminated shall be made available for 3 years after
any resulting final termination settlement.
(2) Records pertaining to appeals under the Disputes clause or to
litigation or the settlement of claims arising under or relating to the
performance of this contract shall be made available until disposition of
such appeals, litigation, or claims.
(e) The Contractor shall insert a clause containing all the provisions of
this clause, including this paragraph (e), in all subcontracts expected to
exceed the threshold in FAR 15.403-4(a)(1) for submission of cost or
pricing data.
(End of clause)


15    52.214-27      PRICE REDUCTION FOR DEFECTIVE COST OR PRICING DATA--MODIFICATIONS--

SEALED BIDDING (OCT 1997)

(a) This clause shall become operative only for any modification to this contract involving aggregate increases and/or decreases in costs, plus applicable profits, expected to exceed the threshold for the submission of cost or pricing data at FAR 15.403-4(a)(1), except that this clause does not apply to a modification if an exception under FAR 15.403-1(b) applies.

(b) If any price, including profit, negotiated in connection with any modification under this clause, was increased by any significant amount because (1) the Contractor or a subcontractor furnished cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price shall be reduced accordingly and the contract shall be modified to reflect the reduction. This right to a price reduction is limited to that resulting from defects in data relating to modifications for which this clause becomes operative under paragraph (a) above.

(c) Any reduction in the contract price under paragraph (b) above due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which (1) the actual subcontract or (2) the actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective cost or pricing data.

(d)(1) If the Contracting Officer determines under paragraph (b) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current cost or pricing data had been submitted.

(ii) The Contracting Officer should have known that the cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer.

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract.

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (d)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the cost or pricing data were available before the date of agreement on the price of the contract (or price of the modification) and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data was known by the Contractor to be understated when the Certificate of Current Cost or Pricing Data was signed; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the date of agreement on price.

(e) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Simple interest on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

(2) A penalty equal to the amount of the overpayment, if the Contractor

or subcontractor knowingly submitted cost or pricing data which were
incomplete, inaccurate, or noncurrent.
(End of clause)

16    52.214-28    SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING

(OCT 1997)

(a) The requirements of paragraphs (b) and (c) of this clause shall (1)
become operative only for any modification to this contract involving
aggregate increases and/or decreases in costs, plus applicable profits,
expected to exceed the threshold for submission of cost or pricing data at
FAR 15.403-4(a)(1), and (2) be limited to such modifications.

(b) Before awarding any subcontract expected to exceed the threshold for
submission of cost or pricing data at FAR 15.403-4(a)(1), on the date of
agreement on price or the date of award, whichever is later, or before
pricing any subcontract modifications involving aggregate increases and/or
decreases in costs, plus applicable profits, expected to exceed the
threshold for submission of cost or pricing data at FAR 15.403-4(a)(1), the
Contractor shall require the subcontractor to submit cost or pricing data
(actually or by specific identification in writing), unless an exception
under FAR 15.403-1(b) applies.

(c) The Contractor shall require the subcontractor to certify in
substantially the form prescribed in subsection FAR 15.406-2 that, to the
best of its knowledge and belief, the data submitted under paragraph (b)
of this clause were accurate, complete, and current as of the date of
agreement on the negotiated price of the subcontract or subcontract
modification.

(d) The Contractor shall insert the substance of this clause, including
this paragraph (d), in each subcontract that, when entered into, exceeds
the threshold for submission of cost or pricing data at FAR 15.403-4(a)(1).
(End of clause)

17    52.219-8    UTILIZATION OF SMALL BUSINESS CONCERNS (JAN 1999)

(a) It is the policy of the United States that small business
concerns, HUBZone small business concerns, small business concerns
owned and controlled by socially and economically disadvantaged
individuals, and small business concerns owned and controlled by
women shall have the maximum practicable opportunity to participate
in performing contracts let by any Federal agency, including
contracts and subcontracts for subsystems, assemblies, components,
and related services for major systems. It is further the policy of
the United States that its prime contractors establish procedures to
ensure the timely payment of amounts due pursuant to the terms of
their subcontracts with small business concerns, HUBZone small
business concerns, small business concerns owned and controlled by
socially and economically disadvantaged individuals, and small
business concerns owned and controlled by women.

(b) The Contractor hereby agrees to carry out this policy in the
awarding of subcontracts to the fullest extent consistent with
efficient contract performance. The Contractor further agrees to
cooperate in any studies or surveys as may be conducted by the
United States Small Business Administration or the awarding agency
of the United States as may be necessary to determine the extent of
the Contractor's compliance with this clause.

(c) Definitions. As used in this contract

(1) Small business concern means a small business as defined
pursuant to section 3 of the Small Business Act and relevant
regulations promulgated pursuant thereto.

(2) HUBZone small business concern means a small business
concern that appears on the List of Qualified HUBZone Small Business
Concerns maintained by the Small Business Administration.

(3) Small business concern owned and controlled by socially and
economically disadvantaged individuals means a small business concern
that represents, as part of its offer, that it meets the definition of
a small disadvantaged business concern in 13 CFR 124.1002.

(4) Small business concern owned and controlled by women means a
small business concern--

(i) Which is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and
(ii) Whose management and daily business operations are controlled by one or more women; and
(d) Contractors acting in good faith may rely on written representations by their subcontractors regarding their status as a small business concern, a HUBZone small business concern, a small business concern owned and controlled by socially and economically disadvantaged individuals, or a small business concern owned and controlled by women.

(End of clause)

18    52.219-9 I    SMALL BUSINESS SUBCONTRACTING PLAN (JAN 1999)--ALTERNATE I (JAN 1999)

(a) This clause does not apply to small business concerns.
(b) Definitions.  As used in this clause--
Commercial item means a product or service that satisfies the definition of commercial item in section 2.101 of the Federal Acquisition Regulation.
Commercial plan means a subcontracting plan (including goals) that covers the offeror's fiscal year and that applies to the entire production of commercial items sold by either the entire company or a portion thereof (e.g., division, plant, or product line).
Individual contract plan means a subcontracting plan that covers the entire contract period (including option periods), applies to a specific contract, and has goals that are based on the offeror's planned subcontracting in support of the specific contract, except that indirect costs incurred for common or joint purposes may be allocated on a prorated basis to the contract.
Master plans means a subcontracting plan that contains all the required elements of an individual contract plan, except goals, and may be incorporated into individual contract plans, provided the master plan has been approved.
Subcontract means any agreement (other than one involving an employer-employee relationship) entered into by a Federal Government prime Contractor or subcontractor calling for supplies or services required for performance of the contract or subcontract.
(c) The apparent low bidder, upon request by the Contracting Officer, shall submit a subcontracting plan, where applicable, that separately addresses subcontracting with small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns. If the bidder is submitting an individual contract plan, the plan must separately address subcontracting with small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns, with a separate part for the basic contract and separate parts for each option (if any). The plan shall be included in and made a part of the resultant contract. The subcontracting plan shall be submitted within the time specified by the Contracting Officer. Failure to submit the subcontracting plan shall make the bidder ineligible for the award of a contract.
(d) The offeror's subcontracting plan shall include the following:
(1) Goals, expressed in terms of percentages of total planned subcontracting dollars, for the use of small business, HUBZone small business, small disadvantaged business, and women-owned small business concerns as subcontractors.  The offeror shall include all subcontracts that contribute to contract performance, and may include a proportionate share of products and services that are normally allocated as indirect costs.
(2) A statement of--
(i) Total dollars planned to be subcontracted for an individual contract plan; or the offeror's total projected sales, expressed in dollars, and the total value of projected subcontracts to support the sales for a commercial plan;
(ii) Total dollars planned to be subcontracted to small business concerns;
(iii) Total dollars planned to be subcontracted to HUBZone small business concerns;
(iv) Total dollars planned to be subcontracted to small

disadvantaged business concerns; and
   (v) Total dollars planned to be subcontracted to women-owned small
business concerns.
   (3) A description of the principal types of supplies and services to be
subcontracted, and an identification of the types planned for
subcontracting to--
      (i) Small business concerns;
      (ii) HUBZone small business concerns;
      (iii) Small disadvantaged business concerns; and
      (iv) Women-owned small business concerns.
   (4) A description of the method used to develop the subcontracting
goals in paragraph (d)(1) of this clause.
   (5) A description of the method used to identify potential
sources for solicitation purposes (e.g., existing company source
lists, the Procurement Marketing and Access Network (PRO-Net) of
the Small Business Administration (SBA), the list of certified small
disadvantaged business concerns of the SBA, the National Minority
Purchasing Council Vendor Information Service, the Research and
Information Division of the Minority Business Development Agency in
the Department of Commerce, or small, HUBZone small, small disadvantaged,
and women-owned small business trade associations). A firm may rely on
the information contained in PRO-Net as an accurate representation of
a concern's size and ownership characteristics for the purposes of
maintaining a small and women-owned small business source list. A
firm shall rely on the information contained in SBA's list of small
disadvantaged business concerns as an accurate representation of a
concern's size and ownership characteristics for the purposes of
maintaining a small disadvantaged business source list. Use of
PRO-Net and/or the SBA list of small disadvantaged business concerns
as its source lists does not relieve a firm of its responsibilities
(e.g., outreach, assistance, counseling, publicizing subcontracting
opportunities) in this clause.
   (6) A statement as to whether or not the offeror included indirect
costs in establishing subcontracting goals, and a description of the
method used to determine the proportionate share of indirect costs to be
incurred with--
      (i) Small business concerns;
      (ii) HUBZone small business concerns;
      (iii) Small disadvantaged business concerns; and
      (iv) Women-owned small business concerns.
   (7) The name of the individual employed by the offeror who will
administer the offeror's subcontracting program, and a description of the
duties of the individual.
   (8) A description of the efforts the offeror will make to assure that
small business, HUBZone small business, small disadvantaged business, and
women-owned small business concerns have an equitable opportunity to
compete for subcontracts.
   (9) Assurances that the offeror will include the clause of this
contract entitled "Utilization of Small Business Concerns" in all
subcontracts that offer further subcontracting opportunities,
and that the offeror will require all subcontractors (except
small business concerns) that receive subcontracts in
excess of $500,000 ($1,000,000 for construction of any
public facility) to adopt a subcontracting plan that complies
with the requirements of this clause.
   (10) Assurances that the offeror will--
      (i) Cooperate in any studies or surveys as may be required;
      (ii) Submit periodic reports so that the Government can
determine the extent of compliance by the offeror with the
subcontracting plan;
      (iii) Submit Standard Form (SF) 294, Subcontracting Report for
Individual Contracts, and/or SF 295, Summary Subcontract Report,
in accordance with the instructions on the forms or as provided in
agency regulations and in paragraph (j) of this clause; and
      (iv) Ensure that its subcontractors agree to submit SF 294 and
SF 295.
   (11) A description of the types of records that will be
maintained concerning procedures that have been adopted to comply
with the requirements and goals in the plan, including establishing
source lists; and a description of the offeror's efforts to locate
small business, HUBZone small business, small disadvantaged

business, and women-owned small business concerns and award
subcontracts to them. The records shall include at least the
following (on a plant-wide or company-wide basis, unless otherwise
indicated):
      (i) Source lists (e.g., PRO-Net), guides, and other data that
identify small business, HUBZone small business, small disadvantaged
business, and women-owned small business concerns.
      (ii) Organizations contacted in an attempt to locate sources
that are small business, HUBZone small business, small disadvantaged
business, or women-owned small business concerns.
      (iii) Records on each subcontract solicitation resulting in an
award of more than $100,000, indicating--
         (A) Whether small business concerns were solicited and, if not,
why not;
         (B) Whether HUBZone small business concerns were solicited and,
if not, why not;
         (C) Whether small disadvantaged business concerns were solicited
and, if not, why not;
         (D) Whether women-owned small business concerns were solicited
and, if not, why not; and
         (E) If applicable, the reason award was not made to a small
business concern.
      (iv) Records of any outreach efforts to contact--
         (A) Trade associations;
         (B) Business development organizations; and
         (C) Conferences and trade fairs to locate small, HUBZone small,
small disadvantaged, and women-owned small business sources.
      (v) Records of internal guidance and encouragement provided to
buyers through--
         (A) Workshops, seminars, training, etc.; and
         (B) Monitoring performance to evaluate compliance with the
program's requirements.
      (vi) On a contract-by-contract basis, records to support award
data submitted by the offeror to the Government, including the name,
address, and business size of each subcontractor. Contractors having
commercial plans need not comply with this requirement.
   (e) In order to effectively implement this plan to the extent consistent
with efficient contract performance, the Contractor shall perform the
following functions:
      (1) Assist small business, HUBZone small business, small
disadvantaged business, and women-owned small business concerns by
arranging solicitations, time for the preparation of bids,
quantities, specifications, and delivery schedules so as to
facilitate the participation by such concerns. Where the
Contractor's lists of potential small business, HUBZone small
business, small disadvantaged business, and women-owned small
business subcontractors are excessively long, reasonable effort
shall be made to give all such small business concerns an
opportunity to compete over a period of time.
      (2) Provide adequate and timely consideration of the
potentialities of small business, HUBZone small business, small
disadvantaged business, and women-owned small business concerns in
all "make-or-buy" decisions.
      (3) Counsel and discuss subcontracting opportunities with
representatives of small business, HUBZone small business, small
disadvantaged business, and women-owned small business firms.
      (4) Provide notice to subcontractors concerning penalties and
remedies for misrepresentations of business status as small, HUBZone
small, small disadvantaged, or women-owned small business for the
purpose of obtaining a subcontract that is to be included as part or
all of a goal contained in the Contractor's subcontracting plan.
   (f) A master plan on a plant or division-wide basis that contains
all the elements required by paragraph (d) of this clause, except
goals, may be incorporated by reference as a part of the subcontracting
plan required of the offeror by this clause; provided--(1) the master plan
has been approved, (2) the offeror ensures that the master plan is updated
as necessary and provides copies of the approved master plan, including
evidence of its approval, to the Contracting Officer, and (3) goals and any
deviations from the master plan deemed necessary by the Contracting
Officer to satisfy the requirements of this contract are set forth in the
individual subcontracting plan.

(g) A commercial plan is the preferred type of subcontracting plan for contractors furnishing commercial items. The commercial plan shall relate to the offeror's planned subcontracting generally, for both commercial and Government business, rather than solely to the Government contract. Commercial plans are also preferred for subcontractors that provide commercial items under a prime contract, whether or not the prime contractor is supplying a commercial item.

(h) Prior compliance of the offeror with other such subcontracting plans under previous contracts will be considered by the Contracting Officer in determining the responsibility of the offeror for award of the contract.

(i) The failure of the Contractor or subcontractor to comply in good faith with (1) the clause of this contract entitled "Utilization Of Small Business Concerns," or (2) an approved plan required by this clause, shall be a material breach of the contract.

(j) The Contractor shall submit the following reports:

(1) Standard Form 294, Subcontracting Report for Individual Contracts. This report shall be submitted to the Contracting Officer semiannually and at contract completion. The report covers subcontract award data related to this contract. This report is not required for commercial plans.

(2) Standard Form 295, Summary Subcontract Report. This report encompasses all the contracts with the awarding agency. It must be submitted semi-annually for contracts with the Department of Defense and annually for contracts with civilian agencies. If the reporting activity is covered by a commercial plan, the reporting activity must report annually all subcontract awards under that plan. All reports submitted at the close of each fiscal year (both individual and commercial plans) shall include a breakout, in the Contractor's format, of subcontract awards, in whole dollars, to small disadvantaged business concerns by Standard Industrial Classification (SIC) Major Group. For a commercial plan, the Contractor may obtain from each of its subcontractors a predominant SIC Major Group and report all awards to that subcontractor under its predominant SIC Major Group.

(End of clause)


19    52.219-16    LIQUIDATED DAMAGES--SUBCONTRACTING PLAN (JAN 1999)

(a) "Failure to make a good faith effort to comply with the subcontracting plan," as used in this clause, means a willful or intentional failure to perform in accordance with the requirements of the subcontracting plan approved under the clause in this contract entitled "Small Business Subcontracting Plan," or willful or intentional action to frustrate the plan.

(b) Performance shall be measured by applying the percentage goals to the total actual subcontracting dollars or, if a commercial plan is involved, to the pro rata share of actual subcontracting dollars attributable to Government contracts covered by the commercial plan. If, at contract completion or, in the case of a commercial plan, at the close of the fiscal year for which the plan is applicable, the Contractor has failed to meet its subcontracting goals and the Contracting Officer decides in accordance with paragraph (c) of this clause that the Contractor failed to make a good faith effort to comply with its subcontracting plan, established in accordance with the clause in this contract entitled "Small Business Subcontracting Plan," the Contractor shall pay the Government liquidated damages in an amount stated. The amount of probable damages attributable to the Contractor's failure to comply shall be an amount equal to the actual dollar amount by which the Contractor failed to achieve each subcontract goal.

(c) Before the Contracting Officer makes a final decision that the Contractor has failed to make such good faith effort, the Contracting Officer shall give the Contractor written notice specifying the failure and permitting the Contractor to demonstrate what good faith efforts have been made and to discuss the matter. Failure to respond to the notice may be taken as an admission that no valid explanation exists. If, after consideration of all the pertinent data, the Contracting Officer finds that the Contractor failed to make a good faith effort to comply with the subcontracting plan, the Contracting Officer shall issue a final decision to that effect and require that the

Contractor pay the Government liquidated damages as provided in paragraph (b) of this clause.

(d) With respect to commercial plans, the Contracting Officer who approved the plan will perform the functions of the Contracting Officer under this clause on behalf of all agencies with contracts covered by the commercial plan.

(e) The Contractor shall have the right of appeal, under the clause in this contract entitled, Disputes, from any final decision of the Contracting Officer.

(f) Liquidated damages shall be in addition to any other remedies that the Government may have.

(End of clause)

20 - 52.222-3   CONVICT LABOR (AUG 1996)

The Contractor agrees not to employ in the performance of this contract any person undergoing a sentence of imprisonment which has been imposed by any court of a State, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands. This limitation, however, shall not prohibit the employment by the Contractor in the performance of this contract of persons on parole or probation to work at paid employment during the term of their sentence or persons who have been pardoned or who have served their terms. Nor shall it prohibit the employment by the Contractor in the performance of this contract of persons confined for violation of the laws of any of the States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, or the Trust Territory of the Pacific Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if--

(a)(1) The worker is paid or is in an approved work training program on a voluntary basis;

(2) Representatives of local union central bodies or similar labor union organizations have been consulted;

(3) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services; and

(4) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(b) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

(End of clause)

21   52.222-4   CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME COMPENSATION

(JUL 1995)

(a) Overtime requirements. No Contractor or subcontractor contracting for any part of the contract work which may require or involve the employment of laborers or mechanics (see Federal Acquisition Regulation (FAR) 22.300) shall require or permit any such laborers or mechanics in any workweek in which the individual is employed on such work to work in excess of 40 hours in such workweek unless such laborer or mechanic receives compensation at a rate not less than 1 1/2 times the basic rate of pay for all hours worked in excess of 40 hours in such workweek.

(b) Violation; liability for unpaid wages; liquidated damages. In the event of any violation of the provisions set forth in paragraph (a) of this clause, the Contractor and any subcontractor responsible therefor shall be liable for the unpaid wages. In addition, such Contractor and subcontractor shall be liable to the United States (in the case of work done under contract for the District of Columbia or a territory, to such District or to such territory), for liquidated damages. Such liquidated damages shall be computed with respect to each individual laborer or mechanic employed in violation of the provisions set forth in paragraph (a)

of this clause in the sum of $10 for each calendar day on which such individual was required or permitted to work in excess of the standard workweek of 40 hours without payment of the overtime wages required by provisions set forth in paragraph (a) of this clause.

(c) Withholding for unpaid wages and liquidated damages.  The Contracting Officer shall upon his or her own action or upon written request of an authorized representative of the Department of Labor withhold or cause to be withheld, from any moneys payable on account of work performed by the Contractor or subcontractor under any such contract or any other Federal contract with the same Prime Contractor, or any other Federally-assisted contract subject to the Contract Work Hours and Safety Standards Act which is held by the same Prime Contractor, such sums as may be determined to be necessary to satisfy any liabilities of such Contractor or subcontractor for unpaid wages and liquidated damages as provided in the provisions set forth in paragraph (b) of this clause.

(d) Payrolls and basic records.  (1) The Contractor or subcontractor shall maintain payrolls and basic payroll records during the course of contract work and shall preserve them for a period of 3 years from the completion of the contract for all laborers and mechanics working on the contract.  Such records shall contain the name and address of each such employee, social security number, correct classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid.  Nothing in this paragraph shall require the duplication of records required to be maintained for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Davis-Bacon Act.

(2) The records to be maintained under paragraph (d)(1) of this clause shall be made available by the Contractor or subcontractor for inspection, copying, or transcription by authorized representatives of the Contracting Officer or the Department of Labor.  The Contractor or subcontractor shall permit such representatives to interview employees during working hours on the job.

(e) Subcontracts.  The Contractor or subcontractor shall insert in any subcontracts exceeding $100,000, the provisions set forth in paragraphs (a) through (e) of this clause and also a clause requiring the subcontractors to include these provisions in any lower tier subcontracts.  The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with the provisions set forth in paragraphs (a) through (e) of this clause.

(End of clause)

22    52.222-6    DAVIS-BACON ACT (FEB 1995)

(a) All laborers and mechanics employed or working upon the site of the work will be paid unconditionally and not less often than once a week, and without subsequent deduction or rebate on any account (except such payroll deductions as are permitted by regulations issued by the Secretary of Labor under the Copeland Act (29 CFR Part 3)), the full amount of wages and bona fide fringe benefits (or cash equivalents thereof) due at time of payment computed at rates not less than those contained in the wage determination of the Secretary of Labor which is attached hereto and made a part hereof, regardless of any contractual relationship which may be alleged to exist between the Contractor and such laborers and mechanics.  Contributions made or costs reasonably anticipated for bona fide fringe benefits under section 1(b)(2) of the Davis-Bacon Act on behalf of laborers or mechanics are considered wages paid to such laborers or mechanics, subject to the provisions of paragraph (d) of this clause; also, regular contributions made or costs incurred for more than a weekly period (but not less often than quarterly) under plans, funds, or programs which cover the particular weekly period, are deemed to be constructively made or incurred during such period.  Such laborers and mechanics shall be paid not less than the appropriate wage rate and fringe benefits in the wage determination for the classification of work actually performed, without regard to skill, except as provided in the clause entitled Apprentices and Trainees.  Laborers or mechanics performing work in more than one classification may be compensated at the rate specified for each classification for the time actually worked therein; provided, that the employer's payroll records accurately set forth the time spent in each classification in which work is performed.  The wage determination (including any additional classifications and wage rates conformed under paragraph (b) of this clause) and the Davis-Bacon poster (WH-1321) shall be posted at all times

by the Contractor and its subcontractors at the site of the work in a prominent and accessible place where it can be easily seen by the workers.

(b)(1) The Contracting Officer shall require that any class of laborers or mechanics which is not listed in the wage determination and which is to be employed under the contract shall be classified in conformance with the wage determination.  The Contracting Officer shall approve an additional classification and wage rate and fringe benefits therefor only when all the following criteria have been met:

(i) The work to be performed by the classification requested is not performed by a classification in the wage determination.

(ii) The classification is utilized in the area by the construction industry.

(iii) The proposed wage rate, including any bona fide fringe benefits, bears a reasonable relationship to the wage rates contained in the wage determination.

(iv) With respect to helpers, such a classification prevails in the area in which the work is performed.

(2) If the Contractor and the laborers and mechanics to be employed in the classification (if known), or their representatives, and the Contracting Officer agree on the classification and wage rate (including the amount designated for fringe benefits, where appropriate), a report of the action taken shall be sent by the Contracting Officer to the Administrator of the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, Washington, DC 20210.  The Administrator or an authorized representative will approve, modify, or disapprove every additional classification action within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(3) In the event the Contractor, the laborers or mechanics to be employed in the classification, or their representatives, and the Contracting Officer do not agree on the proposed classification and wage rate (including the amount designated for fringe benefits, where appropriate), the Contracting Officer shall refer the questions, including the views of all interested parties and the recommendation of the Contracting Officer, to the Administrator of the Wage and Hour Division for determination.  The Administrator, or an authorized representative, will issue a determination within 30 days of receipt and so advise the Contracting Officer or will notify the Contracting Officer within the 30-day period that additional time is necessary.

(4) The wage rate (including fringe benefits, where appropriate) determined pursuant to subparagraphs (b)(2) and (b)(3) of this clause shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(c) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(d) If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonably anticipated in providing bona fide fringe benefits under a plan or program; provided, that the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Davis-Bacon Act have been met.  The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(End of clause)


23    52.222-7    WITHHOLDING OF FUNDS (FEB 1988)

The Contracting Officer shall, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same Prime Contractor, or any other Federally assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same Prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by

the Contractor or any subcontractor the full amount of wages required by the contract.  In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(End of clause)

24   52.222-8      PAYROLLS AND BASIC RECORDS (FEB 1988)

(a) Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of 3 years thereafter for all laborers and mechanics working at the site of the work.  Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has found, under paragraph (d) of the clause entitled Davis-Bacon Act, that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits.  Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(b)(1) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer.  The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph (a) of this clause.  This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402.  The Prime Contractor is responsible for the submission of copies of payrolls by all subcontractors.

(2) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify--

(i) That the payroll for the payroll period contains the information required to be maintained under paragraph (a) of this clause and that such information is correct and complete;

(ii) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly, and that no deductions have been made either directly or indirectly from the full wages earned, other than permissible deductions as set forth in the Regulations, 29 CFR Part 3; and

(iii) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(3) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph (b)(2) of this clause.

(4) The falsification of any of the certifications in this clause may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

(c) The Contractor or subcontractor shall make the records required under paragraph (a) of this clause available for inspection, copying, or transcription by the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor. The Contractor or subcontractor shall permit the Contracting Officer or representatives of the Contracting Officer or the Department of Labor to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit required records or to make them available, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(End of clause)

25    52.222-9    APPRENTICES AND TRAINEES (FEB 1988)

(a) Apprentices. Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, who is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ratio permitted to the Contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in this paragraph, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the Contractor will no longer be permitted to utilize apprentices at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(b) Trainees. Except as provided in 29 CFR 5.16, trainees will not be permitted to work at less than the predetermined rate for the work performed unless they are employed pursuant to and individually registered in a program which has received prior approval, evidenced by formal certification by the U.S. Department of Labor, Employment and Training Administration. The ratio of trainees to journeymen on the job site shall not be greater than permitted under the plan approved by the Employment and Training Administration. Every trainee must be paid at not less than the rate specified in the approved program for the trainee's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Trainees shall be paid fringe benefits in accordance with the provisions of the trainee program. If the trainee program does not mention fringe benefits, trainees shall be paid the full

amount of fringe benefits listed in the wage determination unless the Administrator of the Wage and Hour Division determines that there is an apprenticeship program associated with the corresponding journeyman wage rate in the wage determination which provides for less than full fringe benefits for apprentices. Any employee listed on the payroll at a trainee rate who is not registered and participating in a training plan approved by the Employment and Training Administration shall be paid not less than the applicable wage rate in the wage determination for the classification of work actually performed. In addition, any trainee performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate in the wage determination for the work actually performed. In the event the Employment and Training Administration withdraws approval of a training program, the Contractor will no longer be permitted to utilize trainees at less than the applicable predetermined rate for the work performed until an acceptable program is approved.

(c) Equal employment opportunity. The utilization of apprentices, trainees, and journeymen under this clause shall be in conformity with the equal employment opportunity requirements of Executive Order 11246, as amended, and 29 CFR Part 30.

(End of clause)

26     52.222-10     COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

The Contractor shall comply with the requirements of 29 CFR Part 3, which are hereby incorporated by reference in this contract.
(End of clause)

27     52.222-11     SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

(a) The Contractor or subcontractor shall insert in any subcontracts the clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act--Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds, Subcontracts (Labor Standards), Contract Termination--Debarment, Disputes Concerning Labor Standards, Compliance with Davis-Bacon and Related Act Regulations, and Certification of Eligibility, and such other clauses as the Contracting Officer may, by appropriate instructions, require, and also a clause requiring subcontractors to include these clauses in any lower tier subcontracts. The Prime Contractor shall be responsible for compliance by any subcontractor or lower tier subcontractor with all the contract clauses cited in this paragraph.
(b)(1) Within 14 days after award of the contract, the Contractor shall deliver to the Contracting Officer a completed Statement and Acknowledgment Form (SF 1413) for each subcontract, including the subcontractor's signed and dated acknowledgment that the clauses set forth in paragraph (a) of this clause have been included in the subcontract.
(2) Within 14 days after the award of any subsequently awarded subcontract the Contractor shall deliver to the Contracting Officer an updated completed SF 1413 for such additional subcontract.
(End of clause)

28     52.222-12     CONTRACT TERMINATION--DEBARMENT (FEB 1988)

A breach of the contract clauses entitled Davis-Bacon Act, Contract Work Hours and Safety Standards Act--Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Subcontracts (Labor Standards), Compliance with Davis-Bacon and Related Act Regulations, or Certification of Eligibility may be grounds for termination of the contract, and for debarment as a Contractor and subcontractor as provided in 29 CFR 5.12.
(End of clause)

29     52.222-13     COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)

All rulings and interpretations of the Davis-Bacon and Related Acts contained in 29 CFR Parts 1, 3, and 5 are hereby incorporated by reference

in this contract.

(End of clause)

30.   52.222-14      DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

  The United States Department of Labor has set forth in 29 CFR Parts 5, 6,
and 7 procedures for resolving disputes concerning labor standards
requirements.  Such disputes shall be resolved in accordance with those
procedures and not the Disputes clause of this contract.  Disputes within
the meaning of this clause include disputes between the Contractor (or any
of its subcontractors) and the contracting agency, the U.S. Department of
Labor, or the employees of their representatives.

(End of clause)

31.   52.222-15      CERTIFICATION OF ELIGIBILITY (FEB 1988)

  (a) By entering into this contract, the Contractor certifies that
neither it (nor he or she) nor any person or firm who has an interest in
the Contractor's firm is a person or firm ineligible to be awarded
Government contracts by virtue of section 3(a) of the Davis-Bacon Act or 29
CFR 5.12(a)(1).
  (b) No part of this contract shall be subcontracted to any person or firm
ineligible for award of a Government contract by virtue of section 3(a) of
the Davis-Bacon Act or 29 CFR 5.12(a)(1).
  (c) The penalty for making false statements is prescribed in the U.S.
Criminal Code, 18 U.S.C. 1001.

(End of clause)

32.   52.222-26      EQUAL OPPORTUNITY (FEB 1999)

  (a) If, during any 12-month period (including the 12 months preceding
the award of this contract), the Contractor has been or is awarded
nonexempt Federal contracts and/or subcontracts that have an aggregate
value in excess of $10,000, the Contractor shall comply with subparagraphs
(b)(1) through (11) of this clause.  Upon request, the Contractor shall
provide information necessary to determine the applicability of this
clause.
  (b) During performance of this contract, the Contractor agrees
as follows:
  (1) The Contractor shall not discriminate against any employee
or applicant for employment because of race, color, religion, sex,
or national origin.  However, it shall not be a violation of this
clause for the Contractor to extend a publicly announced preference
in employment to Indians living on or near an Indian reservation, in
connection with employment opportunities on or near an Indian
reservation, as permitted by 41 CFR 60-1.5.
  (2) The Contractor shall take affirmative action to ensure that
applicants are employed, and that employees are treated during
employment, without regard to their race, color, religion, sex, or
national origin.  This shall include, but not be limited to, (i)
employment, (ii) upgrading, (iii) demotion, (iv) transfer, (v)
recruitment or recruitment advertising, (vi) layoff or termination,
(vii) rates of pay or other forms of compensation, and (viii) selection
for training, including apprenticeship.
  (3) The Contractor shall post in conspicuous places available to
employees and applicants for employment the notices to be provided
by the Contracting Officer that explain this clause.
  (4) The Contractor shall, in all solicitations or advertisements for
employees placed by or on behalf of the Contractor, state that all
qualified applicants will receive consideration for employment without
regard to race, color, religion, sex, or national origin.
  (5) The Contractor shall send, to each labor union or representative
of workers with which it has a collective bargaining agreement or other
contract or understanding, the notice to be provided by the Contracting
Officer advising the labor union or workers' representative of the
Contractor's commitments under this clause, and post copies of the
notice in conspicuous places available to employees and applicants for
employment.

(6) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(7) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(8) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

(9) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(10) The Contractor shall include the terms and conditions of subparagraphs (b)(1) through (11) of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(11) The Contractor shall take such action with respect to any subcontract or purchase order as the contracting officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance; provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(c) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR 60-1.1.

(End of clause)

33   52.222-27   AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (FEB 1999)

(a) Definitions.

"Covered area," as used in this clause, means the geographical area described in the solicitation for this contract.

"Deputy Assistant Secretary," as used in this clause, means the Deputy Assistant Secretary for Federal Contract Compliance, U.S. Department of Labor, or a designee.

"Employer's identification number," as used in this clause, means the Federal Social Security number used on the employer's quarterly federal tax return, U.S. Treasury Department Form 941.

"Minority," as used in this clause, means--

(1) American Indian or Alaskan Native (all persons having origins in any of the original peoples of North America and maintaining identifiable tribal affiliations through membership and participation or community identification).

(2) Asian and Pacific Islander (all persons having origins in any of the original peoples of the Far East, Southeast Asia, the Indian Subcontinent, or the Pacific Islands);

(3) Black (all persons having origins in any of the black African racial groups not of Hispanic origin); and

(4) Hispanic (all persons of Mexican, Puerto Rican, Cuban, Central or

South American, or other Spanish culture or origin, regardless of race).

(b) If the Contractor, or a subcontractor at any tier, subcontracts a portion of the work involving any construction trade, each such subcontract in excess of $10,000 shall include this clause and the Notice containing the goals for minority and female participation stated in the solicitation for this contract.

(c) If the Contractor is participating in a Hometown Plan (41 CFR 60-4) approved by the U.S. Department of Labor in a covered area, either individually or through an association, its affirmative action obligations on all work in the plan area (including goals) shall comply with the plan for those trades that have unions participating in the plan. Contractors must be able to demonstrate participation in, and compliance with, the provisions of the plan. Each Contractor or subcontractor participating in an approved plan is also required to comply with its obligations under the Equal Opportunity clause, and to make a good faith effort to achieve each goal under the plan in each trade in which it has employees. The overall good-faith performance by other Contractors or subcontractors toward a goal in an approved plan does not excuse any Contractor's or subcontractor's failure to make good-faith efforts to achieve the plan's goals.

(d) The Contractor shall implement the affirmative action procedures in subparagraphs (g)(1) through (16) of this clause. The goals stated in the solicitation for this contract are expressed as percentages of the total hours of employment and training of minority and female utilization that the Contractor should reasonably be able to achieve in each construction trade in which it has employees in the covered area. If the Contractor performs construction work in a geographical area located outside of the covered area, it shall apply the goals established for the geographical area where that work is actually performed. The Contractor is expected to make substantially uniform progress toward its goals in each craft.

(e) Neither the terms and conditions of any collective bargaining agreement, nor the failure by a union with which the Contractor has a collective bargaining agreement, to refer minorities or women shall excuse the Contractor's obligations under this clause, Executive Order 11246, as amended, or the regulations thereunder.

(f) In order for the nonworking training hours of apprentices and trainees to be counted in meeting the goals, apprentices and trainees must be employed by the Contractor during the training period, and the Contractor must have made a commitment to employ the apprentices and trainees at the completion of their training, subject to the availability of employment opportunities. Trainees must be trained pursuant to training programs approved by the U.S. Department of Labor.

(g) The Contractor shall take affirmative action to ensure equal employment opportunity. The evaluation of the Contractor's compliance with this clause shall be based upon its effort to achieve maximum results from its actions. The Contractor shall document these efforts fully and implement affirmative action steps at least as extensive as the following:

(1) Ensure a working environment free of harassment, intimidation, and coercion at all sites and in all facilities where the Contractor's employees are assigned to work. The Contractor, if possible, will assign two or more women to each construction project. The Contractor shall ensure that foremen, superintendents, and other onsite supervisory personnel are aware of and carry out the Contractor's obligation to maintain such a working environment, with specific attention to minority or female individuals working at these sites or facilities.

(2) Establish and maintain a current list of sources for minority and female recruitment. Provide written notification to minority and female recruitment sources and community organizations when the Contractor or its unions have employment opportunities available, and maintain a record of the organizations' responses.

(3) Establish and maintain a current file of the names, addresses, and telephone numbers of each minority and female off-the-street applicant, referrals of minorities or females from unions, recruitment sources, or community organizations, and the action taken with respect to each individual. If an individual was sent to the union hiring hall for referral and not referred back to the Contractor by the union or, if referred back, not employed by the Contractor, this shall be documented in the file, along with whatever additional actions the Contractor may have taken.

(4) Immediately notify the Deputy Assistant Secretary when the union or unions with which the Contractor has a collective

bargaining agreement has not referred back to the Contractor a a minority or woman sent by the Contractor, or when the Contractor has other information that the union referral process has impeded the Contractor's efforts to meet its obligations.

(5) Develop on-the-job training opportunities and/or participate in training programs for the area that expressly include minorities and women, including upgrading programs and apprenticeship and trainee programs relevant to the Contractor's employment needs, especially those programs funded or approved by the Department of Labor. The Contractor shall provide notice of these programs to the sources compiled under subparagraph (g)(2) of this clause.

(6) Disseminate the Contractor's equal employment policy by--

(i) Providing notice of the policy to unions and to training, recruitment, and outreach programs, and requesting their cooperation in assisting the Contractor in meeting its contract obligations;

(ii) Including the policy in any policy manual and in collective bargaining agreements;

(iii) Publicizing the policy in the company newspaper, annual report, etc.;

(iv) Reviewing the policy with all management personnel and with all minority and female employees at least once a year; and

(v) Posting the policy on bulletin boards accessible to employees at each location where construction work is performed.

(7) Review, at least annually, the Contractor's equal employment policy and affirmative action obligations with all employees having responsibility for hiring, assignment, layoff, termination, or other employment decisions. Conduct review of this policy with all on-site supervisory personnel before initiating construction work at a job site. A written record shall be made and maintained identifying the time and place of these meetings, persons attending, subject matter discussed, and disposition of the subject matter.

(8) Disseminate the Contractor's equal employment policy externally by including it in any advertising in the news media, specifically including minority and female news media. Provide written notification to, and discuss this policy with, other Contractors and subcontractors with which the Contractor does or anticipates doing business.

(9) Direct recruitment efforts, both oral and written, to minority, female, and community organizations, to schools with minority and female students, and to minority and female recruitment and training organizations serving the Contractor's recruitment area and employment needs. Not later than 1 month before the date for acceptance of applications for apprenticeship or training by any recruitment source, send written notification to organizations such as the above, describing the openings, screening procedures, and tests to be used in the selection process.

(10) Encourage present minority and female employees to recruit minority persons and women. Where reasonable, provide after-school, summer, and vacation employment to minority and female youth both on the site and in other areas of the Contractor's workforce.

(11) Validate all tests and other selection requirements where required under 41 CFR 60-3.

(12) Conduct, at least annually, an inventory and evaluation at least of all minority and female personnel for promotional opportunities. Encourage these employees to seek or to prepare for, through appropriate training, etc., opportunities for promotion.

(13) Ensure that seniority practices job classifications, work assignments, and other personnel practices do not have a discriminatory effect by continually monitoring all personnel and employment-related activities to ensure that the Contractor's obligations under this contract are being carried out.

(14) Ensure that all facilities and company activities are nonsegregated except that separate or single-user rest rooms and necessary dressing or sleeping areas shall be provided to assure privacy between the sexes.

(15) Maintain a record of solicitations for subcontracts for minority and female construction contractors and suppliers, including circulation of solicitations to minority and female contractor associations and other business associations.

(16) Conduct a review, at least annually, of all supervisors' adherence to and performance under the Contractor's equal employment policy and affirmative action obligations.

(h) The Contractor is encouraged to participate in voluntary associations that may assist in fulfilling one or more of the affirmative action obligations contained in subparagraphs (g)(1) through (16) of this clause. The efforts of a contractor association, joint apprenticeship, contractor-community, or similar group of which the contractor is a member and participant may be asserted as fulfilling one or more of its obligations under subparagraphs (g)(1) through (16) of this clause, provided the Contractor--

(1) Actively participates in the group;

(2) Makes every effort to ensure that the group has a positive impact on the employment of minorities and women in the industry;

(3) Ensures that concrete benefits of the program are reflected in the Contractor's minority and female workforce participation;

(4) Makes a good-faith effort to meet its individual goals and timetables; and

(5) Can provide access to documentation that demonstrates the effectiveness of actions taken on behalf of the Contractor. The obligation to comply is the Contractor's, and failure of such a group to fulfill an obligation shall not be a defense for the Contractor's noncompliance.

(i) A single goal for minorities and a separate single goal for women shall be established. The Contractor is required to provide equal employment opportunity and to take affirmative action for all minority groups, both male and female, and all women, both minority and nonminority. Consequently, the Contractor may be in violation of Executive Order 11246, as amended, if a particular group is employed in a substantially disparate manner.

(j) The Contractor shall not use goals or affirmative action standards to discriminate against any person because of race, color, religion, sex, or national origin.

(k) The Contractor shall not enter into any subcontract with any person or firm debarred from Government contracts under Executive Order 11246, as amended.

(l) The Contractor shall carry out such sanctions and penalties for violation of this clause and of the Equal Opportunity clause, including suspension, termination, and cancellation of existing subcontracts, as may be imposed or ordered under Executive Order 11246, as amended, and its implementing regulations, by the OFCCP. Any failure to carry out these sanctions and penalties as ordered shall be a violation of this clause and Executive Order 11246, as amended.

(m) The Contractor in fulfilling its obligations under this clause shall implement affirmative action procedures at least as extensive as those prescribed in paragraph (g) of this clause, so as to achieve maximum results from its efforts to ensure equal employment opportunity. If the Contractor fails to comply with the requirements of Executive Order 11246, as amended, the implementing regulations, or this clause, the Deputy Assistant Secretary shall take action as prescribed in 41 CFR 60-4.8.

(n) The Contractor shall designate a responsible official to--

(1) Monitor all employment-related activity to ensure that the Contractor's equal employment policy is being carried out;

(2) Submit reports as may be required by the Government; and

(3) Keep records that shall at least include for each employee the name, address, telephone number, construction trade, union affiliation (if any), employee identification number, social security number, race, sex, status (e.g., mechanic, apprentice, trainee, helper, or laborer), dates of changes in status, hours worked per week in the indicated trade, rate of pay, and locations at which the work was performed. Records shall be maintained in an easily understandable and retrievable form; however, to the degree that existing records satisfy this requirement, separate records are not required to be maintained.

(o) Nothing contained herein shall be construed as a limitation upon the application of other laws that establish different standards of compliance or upon the requirements for the hiring of local or other area residents (e.g., those under the Public Works Employment Act of 1977 and the Community Development Block Grant Program).

(End of clause)

34   52.222-35   AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (APR 1998)