received by the Contractor to the date the excess is repaid.  Interest shall not be charged on any excess payment due to a reduction in the Contractor's termination settlement proposal because of retention or other disposition of termination inventory until 10 days after the date of the retention or disposition, or a later date determined by the Contracting Officer because of the circumstances.

(n) Unless otherwise provided in this contract or by statute, the Contractor shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Contractor's costs and expenses under this contract.  The Contractor shall make these records and documents available to the Government, at the Contractor's office, at all reasonable times, without any direct charge.  If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

(End of clause)

87    52.249-10    DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed.  In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use any materials, appliances, and plant on the work site necessary for completing the work.  The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated.  This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if-

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor.  Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions, (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay.  The Contracting Officer shall ascertain the facts and the extent of delay.  If, in the judgment of the Contracting Officer, the findings of fact warrant such action, the time for completing the work shall be extended.  The findings of the Contracting Officer shall be final and conclusive on the parties, but subject to appeal under the Disputes clause.

(c) If, after termination of the Contractor's right to proceed, it is determined that the Contractor was not in default, or that the delay was excusable, the rights and obligations of the parties will be the same as if the termination had been issued for the convenience of the Government.

(d) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

(End of clause)

88    52.201-7000    CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

(a) Definition.  "Contracting officer's representative" means an individual designated in accordance with subsection 201.602-2 of the Defense Federal Acquisition Regulation Supplement and authorized in writing

by the Contracting Officer to perform specific technical or administrative functions.

(b) If the Contracting Officer designates a contracting officer's representative (COR), the Contractor will receive a copy of the written designation. It will specify the extent of the COR's authority to act on behalf of the Contracting Officer. The COR is not authorized to make any commitments or changes that will affect price, quality, quantity, delivery, or any other term or condition of the contract.

(End of clause)

89    52.203-7001    PROHIBITION ON PERSONS CONVICTED OF FRAUD OR OTHER

DEFENSE-CONTRACT-RELATED FELONIES (MAR 1999)

(a) Definitions.
As used in this clause--
(1) "Arising out of a contract with the DoD" means any act in connection with--
(i) Attempting to obtain;
(ii) Obtaining; or
(iii) Performing a contract or first-tier subcontract of any agency, department, or component of the Department of Defense (DoD).
(2) "Conviction of fraud or any other felony" means any conviction for fraud or a felony in violation of state or Federal criminal statutes, whether entered on a verdict or plea, including a plea of nolo contendere, for which sentence has been imposed.
(3) "Date of conviction" means the date judgment was entered against the individual.
(b) Any individual who is convicted after September 29, 1988, of fraud or any other felony arising out of a contract with the DoD is prohibited from serving--
(1) In a management or supervisory capacity on any DoD contract or first-tier subcontract;
(2) On the board of directors of any DoD contractor or first-tier subcontractor;
(3) As a consultant, agent, or representative for any DoD contractor or first-tier subcontractor; or
(4) In any other capacity with the authority to influence, advise, or control the decisions of any DoD contractor or subcontractor with regard to any DoD contract or first-tier subcontract.
(c) Unless waived, the prohibition in paragraph (b) of this clause applies for not less than 5 years from the date of conviction.
(d) 10 U.S.C. 2408 provides that a defense Contractor or first-tier subcontractor shall be subject to a criminal penalty of not more than $500,000 if convicted of knowingly--
(1) Employing a person under a prohibition specified in paragraph (b) of this clause; or
(2) Allowing such a person to serve on the board of directors of the Contractor or first-tier subcontractor.
(e) In addition to the criminal penalties contained in 10 U.S.C. 2408, the Government may consider other available remedies, such as--
(1) Suspension or debarment;
(2) Cancellation of the contract at no cost to the Government; or
(3) Termination of the contract for default.
(f) The Contractor may submit written requests for waiver of the prohibition in paragraph (b) of this clause to the Contracting Officer. Requests shall clearly identify--
(1) The person involved;
(2) The nature of the conviction and resultant sentence or punishment imposed;
(3) The reasons for the requested waiver; and
(4) An explanation of why a waiver is in the interest of national security.
(g) The Contractor agrees to include the substance of this clause, appropriately modified to reflect the identity and relationship of the parties, in all first-tier subcontracts exceeding the simplified acquisition threshold in Part 2 of the Federal Acquisition Regulation, except those for commercial items or components.

(h) Pursuant to 10 U.S.C. 2408(c), defense contractors and subcontractors may obtain information as to whether a particular person has been convicted of fraud or any other felony arising out of a contract with the DoD by contacting The Office of Justice Programs, The Denial of Federal Benefits Office, U.S. Department of Justice, telephone (202) 616-3507.
(End of clause)

90    52.205-7000    PROVISION OF INFORMATION TO COOPERATIVE AGREEMENT HOLDERS (DEC 1991)

(a) Definition.
"Cooperative agreement holder" means a State or local government; a private, nonprofit organization; a tribal organization (as defined in section 4(c) of the Indian Self-Determination and Education Assistance Act (Pub. L. 93-268; 25 U.S.C. 450(c))); or an economic enterprise (as defined in section 3(e) of the Indian Financing Act of 1974 (Pub. L. 93-362; 25 U.S.C. 1452(e))) whether such economic enterprise is organized for profit or nonprofit purposes; which has an agreement with the Defense Logistics Agency to furnish procurement technical assistance to business entities.
(b) The Contractor shall provide cooperative agreement holders, upon their request, with a list of those appropriate employees or offices responsible for entering into subcontracts under defense contracts. The list shall include the business address, telephone number, and area of responsibility of each employee or office.
(c) The Contractor need not provide the listing to a particular cooperative agreement holder more frequently than once a year.
(End of clause)

91    52.209-7002    DISCLOSURE OF OWNERSHIP OR CONTROL BY A FOREIGN GOVERNMENT (SEP 1994)

(a) Definitions.
As used in this provision--
(1) Effectively owned or controlled means that a foreign government or any entity controlled by a foreign government has the power, either directly or indirectly, whether exercised or exercisable, to control the election, appointment, or tenure of the Offeror's officers or a majority of the Offeror's board of directors by any means, e.g., ownership, contract, or operation of law (or equivalent power for unincorporated organizations).
(2) Entity controlled by a foreign government--
(i) Means--
(A) Any domestic or foreign organization or corporation that is effectively owned or controlled by a foreign government; or
(B) Any individual acting on behalf of a foreign government.
(ii) Does not include an organization or corporation that is owned, but is not controlled, either directly or indirectly, by a foreign government if the ownership of that organization or corporation by that foreign government was effective before October 23, 1992.
(3) Foreign government includes the state and the government of any country (other than the United States and its possessions and trust territories) as well as any political subdivision, agency, or instrumentality thereof.
(4) "Proscribed information" means--
(i) Top Secret information;
(ii) Communications Security (COMSEC) information, except classified keys used to operate secure telephone units (STU IIIs);
(iii) Restricted Data as defined in the U.S. Atomic Energy Act of 1954, as amended;
(iv) Special Access Program (SAP) information; or
(v) Sensitive Compartmented Information (SCI).
(b) Prohibition on award.
No contract under a national security program may be awarded to an entity controlled by a foreign government if that entity requires access to proscribed information to perform the contract, unless the Secretary of Defense or a designee has waived application of 10 U.S.C. 2536(a).
(c) Disclosure.
The Offeror shall disclose any interest a foreign government has in the Offeror when that interest constitutes control by a foreign government as defined in this provision. If the Offeror is a subsidiary, it shall also

disclose any reportable interest a foreign government has in any entity that owns or controls the subsidiary, including reportable interest concerning the Offeror's immediate parent, intermediate parent, and the ultimate parent.  Use separate paper as needed, and provide the information in the following format:

Offeror's Point of Contact for Questions about Disclosure (Name and Phone Number with Country Code, City Code and Area Code, as applicable)
Name and Address of Offeror
Name and Address of Entity          Description of Interest,
Controlled by a Foreign             Ownership Percentage, and
Government                          Identification of Foreign
                                    Government

(End of provision)

92    52.219-7003    SMALL, SMALL DISADVANTAGED AND WOMEN-OWNED SMALL BUSINESS SUBCONTRACTING

PLAN (DoD CONTRACTS) (APR 1996)

This clause supplements the Federal Acquisition Regulation 52.219-9, Small, Small Disadvantaged and Women-Owned Small Business Subcontracting Plan, clause of this contract.

(a) Definitions.

"Historically black colleges and universities," as used in this clause, means institutions determined by the Secretary of Education to meet the requirements of 34 CFR 608.2.  The term also means any nonprofit research institution that was an integral part of such a college or university before November 14, 1986.

"Minority institutions," as used in this clause, means institutions meeting the requirements of section 1046(3) of the Higher Education Act of 1965 (20 U.S.C. 1135d-5(3)).  The term also includes Hispanic-serving institutions as defined in section 316(b)(1) of such Act (20 U.S.C. 1059c(b)(1)).

(b) Except for company or division-wide commercial items subcontracting plans, the term "small disadvantaged business," when used in the FAR 52.219-9 clause, includes historically black colleges and universities and minority institutions, in addition to small disadvantaged business concerns.

(c) Work under the contract or its subcontracts shall be credited toward meeting the small disadvantaged business concern goal required by paragraph (d) of the FAR 52.219-9 clause when:

(1) It is performed on Indian lands or in joint venture with an Indian tribe or a tribally-owned corporation, and

(2) It meets the requirements of 10 U.S.C. 2323a.

(d) Subcontracts awarded to workshops approved by the Committee for Purchase from People Who are Blind or Severely Disabled (41 U.S.C. 46-48), may be counted toward the Contractor's small business subcontracting goal.

(e) A mentor firm, under the Pilot Mentor-Protege Program established under Section 831 of Pub. L. 101-510, as amended, may count toward its small disadvantaged business goal, subcontracts awarded--

(1) Protege firms which are qualified organizations employing the severely handicapped; and

(2) Former protege firms that meet the criteria in Section 831(g)(4) of Pub. L. 101-510.

(f) The master plan approval referred to in paragraph (f) of the FAR 52.219-9 clause is approval by the Contractor's cognizant contract administration activity.

(g) In those subcontracting plans which specifically identify small, small disadvantaged, and women-owned small businesses, the Contractor shall notify the Administrative Contracting Officer of any substitutions of firms that are not small, small disadvantaged, or women-owned small businesses for the firms listed in the subcontracting plan.  Notifications shall be in writing and shall occur within a reasonable period of time after award of the subcontract.  Contractor-specified formats shall be acceptable.

(End of clause)

93    52.223-7001    HAZARD WARNING LABELS (DEC 1991)

(a) "Hazardous material," as used in this clause, is defined in the

Hazardous Material Identification and Material Safety Data clause of this contract.

(b) The Contractor shall label the item package (unit container) of any hazardous material to be delivered under this contract in accordance with the Hazard Communication Standard (29 CFR 1910.1200 et seq.). The Standard requires that the hazard warning label conform to the requirements of the standard unless the material is otherwise subject to the labelling requirements of one of the following statutes:

(1) Federal Insecticide, Fungicide and Rodenticide Act;
(2) Federal Food, Drug and Cosmetics Act;
(3) Consumer Product Safety Act;
(4) Federal Hazardous Substances Act; or
(5) Federal Alcohol Administration Act.

(c) The Offeror shall list which hazardous material listed in the Hazardous Material Identification and Material Safety Data clause of this contract will be labelled in accordance with one of the Acts in paragraphs (b)(1) through (5) of this clause instead of the Hazard Communication Standard. Any hazardous material not listed will be interpreted to mean that a label is required in accordance with the Hazard Communication Standard.

| Material (if none, insert "none.") | Act |
| --- | --- |
| | |
| | |
| | |

(d) The apparently successful Offeror agrees to submit, before award, a copy of the hazard warning label for all hazardous materials not listed in paragraph (c) of this clause. The Offeror shall submit the label with the Material Safety Data Sheet being furnished under the Hazardous Material Identification and Material Safety Data clause of this contract.

(e) The Contractor shall also comply with MIL-STD-129, Marking for Shipment and Storage (including revisions adopted during the term of this contract).

(End of clause)

94    52.223-7004    DRUG-FREE WORK FORCE (SEP 1988)

(a) Definitions.

(1) "Employee in a sensitive position," as used in this clause, means an employee who has been granted access to classified information; or employees in other positions that the Contractor determines involve national security, health or safety, or functions other than the foregoing requiring a high degree of trust and confidence.

(2) "Illegal drugs," as used in this clause, means controlled substances included in Schedules I and II, as defined by section 802(6) of Title 21 of the United States Code, the possession of which is unlawful under Chapter 13 of that Title. The term "illegal drugs" does not mean the use of a controlled substance pursuant to a valid prescription or other uses authorized by law.

(b) The Contractor agrees to institute and maintain a program for achieving the objective of a drug-free work force. While this clause defines criteria for such a program, contractors are encouraged to implement alternative approaches comparable to the criteria in paragraph (c) that are designed to achieve the objectives of this clause.

(c) Contractor programs shall include the following, or appropriate alternatives:

(1) Employee assistance programs emphasizing high level direction, education, counseling, rehabilitation, and coordination with available community resources;

(2) Supervisory training to assist in identifying and addressing illegal drug use by Contractor employees;

(3) Provision for self-referrals as well as supervisory referrals to treatment with maximum respect for individual confidentiality consistent with safety and security issues;

(4) Provision for identifying illegal drug users, including testing on a controlled and carefully monitored basis. Employee drug testing programs shall be established taking account of the following:

(i) The Contractor shall establish a program that provides for

testing for the use of illegal drugs by employees in sensitive positions.  The extent of and criteria for such testing shall be determined by the Contractor based on considerations that include the nature of the work being performed under the contract, the employee's duties, the efficient use of Contractor resources, and the risks to health, safety, or national security that could result from the failure of an employee adequately to discharge his or her position.

(ii) In addition, the Contractor may establish a program for employee drug testing--

(A) When there is a reasonable suspicion that an employee uses illegal drugs; or

(B) When an employee has been involved in an accident or unsafe practice;

(C) As part of or as a follow-up to counseling or rehabilitation for illegal drug use;

(D) As part of a voluntary employee drug testing program.

(iii) The Contractor may establish a program to test applicants for employment for illegal drug use.

(iv) For the purpose of administering this clause, testing for illegal drugs may be limited to those substances for which testing is prescribed by section 2.1 of Subpart B of the "Mandatory Guidelines for Federal Workplace Drug Testing Programs" (53 FR 11980 (April 11 1988)), issued by the Department of Health and Human Services.

(d) Contractors shall adopt appropriate personnel procedures to deal with employees who are found to be using drugs illegally.  Contractors shall not allow any employee to remain on duty or perform in a sensitive position who is found to use illegal drugs until such time as the Contractor, in accordance with procedures established by the Contractor, determines that the employee may perform in such a position.

(e) The provisions of this clause pertaining to drug testing programs shall not apply to the extent they are inconsistent with state or local law, or with an existing collective bargaining agreement; provided that with respect to the latter, the Contractor agrees that those issues that are in conflict will be a subject of negotiation at the next collective bargaining session.

(End of clause)

95    52.223-7006    PROHIBITION ON STORAGE AND DISPOSAL OF TOXIC AND HAZARDOUS MATERIALS (APR

1993)

(a) Definitions.  As used in this clause--

(1) "Storage" means a non-transitory, semi-permanent or permanent holding, placement, or leaving of material.  It does not include a temporary accumulation of a limited quantity of a material used in or a waste generated or resulting from authorized activities, such as servicing, maintenance, or repair of Department of Defense (DoD) items, equipment, or facilities.

(2) "Toxic or hazardous materials" means:

(i) Materials referred to in section 101(14) of the Comprehensive Environmental Response, Compensation, and Liability Act (CERCLA) of 1980 (42 U.S.C. 9601(14)) and materials designated under section 102 of CERCLA (42 U.S.C. 9602)(40 CFR Part 302);

(ii) Materials that are of an explosive, flammable, or pyrotechnic nature; or

(iii) Materials otherwise identified by the Secretary of Defense as specified in DoD regulations.

(b) In accordance with 10 U.S.C. 2692, the Contractor is prohibited from storing or disposing of non-DoD-owned toxic or hazardous materials on a DoD installation, except to the extent authorized by a statutory exception to 10 U.S.C. 2692 or as authorized by the Secretary of Defense or his designee.

(End of clause)

96    52.225-7012    PREFERENCE FOR CERTAIN DOMESTIC COMMODITIES (JAN 1999)

(a) The Contractor agrees to deliver under this contract only such of the following articles that have been grown, reprocessed, reused, or produced in the United States, its possessions, or Puerto Rico--

(1) Food;
(2) Clothing;
(3) Tents, tarpaulins, or covers;
(4) Cotton and other natural fiber products;
(5) Woven silk or woven silk blends;
(6) Spun silk yarn for cartridge cloth;
(7) Synthetic fabric, and coated synthetic fabric, including all textile fibers and yarns that are for use in such fabrics;
(8) Canvas products;
(9) Wool (whether in the form of fiber or yarn or contained in fabrics, materials, or manufactured articles); or
(10) Any item of individual equipment (Federal Supply Class 8465) manufactured from or containing such fibers, yarns, fabrics, or materials.
(b) This clause does not apply--
(1) To supplies listed in FAR 25.108(d)(1), or other supplies for which the Government has determined that a satisfactory quality and sufficient quantity cannot be acquired as and when needed at U.S. market prices;
(2) To foods which have been manufactured or processed in the United States, its possessions, or Puerto Rico;
(3) To chemical warfare protective clothing produced in the countries listed in subsection 225.872-1 of the Defense FAR Supplement;
(4) To purchase of fibers and yarns that are for use in synthetic fabric or coated synthetic fabric (but not the purchase of the synthetic or coated synthetic fabric itself), if such fabric is to be used as a component of an end item that is not a textile product. Examples of textile products, made in whole or in part of fabric, include--
(i) Draperies, floor coverings, furnishings, and bedding (Federal Supply Group 72, Household and Commercial Furnishings and Appliances);
(ii) Items made in whole or in part of fabric in Federal Supply Group 83, Textile/leather/furs/apparel/findings/tents/flags, or Federal Supply Group 84, Clothing, Individual Equipment and Insignia;
(iii) Upholstered seats (whether for household, office, or other use); and
(iv) Parachutes (Federal Supply Class 1670); or
(5) To purchases of articles containing para-aramid fibers and yarns manufactured in a country listed in subsection 225.872-1 of the Defense FAR Supplement, if the Secretary of Defense makes a determination for such purchases in accordance with Section 807 of Pub. L. 105-261.

(End of clause)

97   52.227-7033   RIGHTS IN SHOP DRAWINGS (APR 1966)

(a) Shop drawings for construction means drawings, submitted to the Government by the Construction Contractor, subcontractor or any lower-tier subcontractor pursuant to a construction contract, showing in detail (i) the proposed fabrication and assembly of structural elements and (ii) the installation (i.e., form, fit, and attachment details) of materials or equipment. The Government may duplicate, use, and disclose in any manner and for any purpose shop drawings delivered under this contract.
(b) This clause, including this paragraph (b), shall be included in all subcontracts hereunder at any tier.

(End of clause)

98   52.231-7000   SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

When the allowability of costs under this contract is determined in accordance with Part 31 of the Federal Acquisition Regulation (FAR), allowability shall also be determined in accordance with Part 231 of the Defense FAR Supplement, in effect on the date of this contract.

(End of clause)

99   52.236-7000   MODIFICATION PROPOSALS--PRICE BREAKDOWN (DEC 1991)

(a) The Contractor shall furnish a price breakdown, itemized as required and within the time specified by the Contracting Officer, with any proposal for a contract modification.

(b) The price breakdown--
   (1) Must include sufficient detail to permit an analysis of profit, and of all costs for--
      (i) Material;
      (ii) Labor;
      (iii) Equipment;
      (iv) Subcontracts; and
      (v) Overhead; and
   (2) Must cover all work involved in the modification, whether the work was deleted, added, or changed.
   (c) The Contractor shall provide similar price breakdowns to support any amounts claimed for subcontracts.
   (d) The Contractor's proposal shall include a justification for any time extension proposed.
                         (End of clause)


100    52.243-7001    PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

   When costs are a factor in any price adjustment under this contract, the contract cost principles and procedures in FAR Part 31 and DFARS Part 231, in effect on the date of this contract, apply.
                         (End of clause)


101    52.247-7024    NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (NOV 1995)

   (a) The Contractor has indicated by the response to the solicitation provision, Representation of Extent of Transportation by Sea, that it did not anticipate transporting by sea any supplies.  If, however, after the award of this contract, the Contractor learns that supplies, as defined in the Transportation of Supplies by Sea clause of this contract, will be transported by sea, the Contractor--
      (1) Shall notify the Contracting Officer of that fact; and
      (2) Hereby agrees to comply with all the terms and conditions of the Transportation of Supplies by Sea clause of this contract.
   (b) The Contractor shall include this clause, including this paragraph (b), revised as necessary to reflect the relationship of the contracting parties, in all subcontracts hereunder, except (effective May 1, 1996) subcontracts for the acquisition of commercial items or components.
                         (End of clause)


102    52.249-5000    BASIS FOR SETTLEMENT OF PROPOSALS

   Actual costs will be used to determine equipment costs for a settlement proposal submitted on the total cost basis under FAR 49.206-2(b).  In evaluating a terminations settlement proposal using the total cost basis, the following principiles will be applied to determine allowable equipment costs:
   (1) Actual costs for each piece of equipment, or groups of similar serial or series equipment, need not be available in the contractor's accounting records to determine total actual equipment costs.
   (2) If equipment costs have been allocated to a contract using predetermined rates , those charges will be adjusted to actual costs.
   (3) Recorded job costs adjusted for unallowable expenses will be used to determine equipment operating expenses.
   (4) Ownership costs (depreciation) will be determined using the contractor's depreciation schedule (subject to the provisions of FAR 31.205-11).
   (5) License, taxes, storage and insurance costs are normally recovered as an indirect expense and unless the contractor charges these costs directly to contracts, they will be recovered through the indirect expense rate.
                         (End of Statement)


103    52.1000-4005    EFT - OTHER THAN CCR

52.232-34 Payment by Electronic Funds Transfer - Other Than Central
   Contractor Registration (MAY 1999)
      (a) Method of Payment. (1) All payments by the Government under this

contract shall be made by electronic funds transfer (EFT) except as provided in paragraph (a)(2) of this clause.  As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the contractor agrees to either --

(i) Accept payment by check or some other mutually agreeable method of payment; or

(ii) Request the Government to extend payment due dates or until such time as the Government makes payment by EFT (but see paragraph (d) of this clause).

(b) Mandatory submission of Contractor's EFT information.

(1) The contractor is required to provide the Government with the information required to make payment by EFT (see paragraph (j) of this clause). The Contractor shall provide this information directly to the office designated in this contract to receive that information (hereafter: "designated office") by 08 Jun 1999.  If not otherwise specified in this contract, the payment office is the designated office for receipt of the Contractor's EFT information.  If more than one designated office is named for the contract, the Contractor shall provide a separate notice to each office.  In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the designated office(s).

(2) If the Contractor provides EFT information applicable to multiple contacts, the Contractor shall specifically state the applicability of this EFT information in terms acceptable to the designated office. However, EFT information supplied to a designated office shall be applicable only to contracts that identify that designated office as the office to receive EFT information for that contract.

(c) Mechanisms for EFT Payment.  The Government may make payment by EFT through either the Automated Clearinghouse (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System.  The rules governing Federal payments through the ACH are contained in 31 CFR part 210.

(d) Suspension of Payment.

(1) The Government is not required to make any payment under this contract until after receipt, by the designated office, of the correct EFT payment information from the Contractor.  Until receipt of the correct EFT information, any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract.  The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(2) If the EFT information changes after submission of correct EFT information, the Government shall begin using the changed EFT information no later than 30 days after its receipt by the designated office to the extent payment is made by EFT. However, the Contractor may request that no further payments be made until the updated EFT information is implemented by the payment office. If such suspension would result in a late payment under the prompt payment terms of this contract, the Contractor's request for suspension shall extend the due date for payment by the number of days of the suspension.

(e) Liability for uncompleted or erroneous transfers. (1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for -

(i)  Making correct payment;

(ii)  Paying any prompt payment penalty due;

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and -

(i)  If the funds are no longer under control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under control of the payment office, the Government shall not make payment and the provisions of paragraph (d) shall apply.

(f) EFT and prompt payment. A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the

Federal Reserve System, the date specified for settlement of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) EFT and assignment of claims. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall provide the EFT information required by paragraph

(j) of this clause to the designated office, and shall be paid by EFT in accordance with the terms of this clause. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) Liability for change of EFT information by financial agent.  the Government is not liable for errors resulting from changes to EFT information provided by the Contractor's financial agent.

(i) Payment information. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address in the check.

(j) EFT information. The Contractor shall provide the following information to the designated office. The Contractor may supply this data for this or multiple contracts (see paragraph (b) of this clause). The Contractor shall designate a single financial agent per contract capable of receiving and processing the EFT information using EFT methods described in paragraph (c) of this clause.

(1) The contract number (or other procurement identification number).

(2) The Contractor's name and remittance address, as stated in the contract(s).

(3) The signature (manual or electronic, as appropriate), title, and telephone number of the Contractor official authorized to provide this information.

(4) The name, address, and 9-digit Routing Transit Number of the Contractor's financial agent.

(5) The Contractor's account number and the type of account (checking, saving, or lockbox).

(6) If applicable, the Fedwire Transfer System telegraphic abbreviation of the Contractor's financial agent.

(7) If applicable, the Contractor shall also provide the name, address, telegraphic abbreviation, and 9-digit Routing Transit Number of the correspondent financial institution receiving the wire transfer payment if the Contractor's financial agent is not directly on-line to the Fedwire Transfer System; and, therefore, not the receiver of the wire transfer payment.

                    (End of Clause)


                 END OF SECTION 00700

# INDEX

## SECTION 00800 - SPECIAL CONTRACT REQUIREMENTS

1. COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK ...........1
2. LIQUIDATED DAMAGES.................................................................1
3. CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS ...............1
4. EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE ..........2
5. PHYSICAL DATA..........................................................................3
6. LAYOUT OF WORK .....................................................................5
7. QUANTITY SURVEYS...................................................................5
8. PAYMENT FOR MOBILIZATION AND DEMOBILIZATION ...............5
9. PERFORMANCE OF WORK BY CONTRACTOR ...........................6
10. CONTINUING CONTRACTS..........................................................6
11. OBSTRUCTION OF NAVIGABLE WATERWAYS ...........................8
12. YEAR 2000 COMPLIANCE.............................................................9

Ed 99-088

## SECTION 00800 - SPECIAL CONTRACT REQUIREMENTS

1.    COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK
(FAR 52.211-10 - 1984 APR).

The Contractor shall be required to

(a) commence work under this contract within 10 calendar days after the date
the Contractor receives the notice to proceed,

(b) prosecute the work diligently, and

(c) complete the entire work not later than 180 calendar days after the date of
receipt by him of notice to proceed.  The time stated for completion shall include
final cleanup of the premises.

2.    LIQUIDATED DAMAGES -CONSTRUCTION (FAR 52.211-12 - 1984 APR).

a.  If the Contractor fails to complete the work within the time specified in the
contract, or any extension, the Contractor shall pay to the Government as
liquidated damages, the sum of $ 850.00 for each day of delay.

b.  If the Government terminates the Contractor's right to proceed, the resulting
damage will consist of liquidated damages until such reasonable time as may be
required for final completion of the work together with any increased costs
occasioned the Government in completing the work.

c.  If the Government does not terminate the Contractor's right to proceed, the
resulting damage will consist of liquidated damages until the work is completed
or accepted.

3.    CONTRACT DRAWINGS, MAPS AND SPECIFICATIONS.  (DFARS 252.236-
7001 - 1991 DEC).

a. The Government—

(1) Will provide the Contractor, without charge, five sets (unless otherwise
specified) of large-scale contract drawings and specifications except
publications incorporated into the technical specifications by reference;

(2) Will furnish additional sets on request, for the cost of reproduction

(3) May, at its option, furnish the Contractor one set of reproducible, or half size drawings, in lieu of the drawings in paragraph a.(1) of this clause.

b. The Contractor shall --

(1) Check all drawings furnished immediately upon receipt;

(2) Compare all drawings and verify the figures before laying out the work;

(3) Promptly notify the Contracting Officer of any discrepancies; and

(4) Be responsible for any errors which might have been avoided by complying with this paragraph b.

c. Large-scale drawings shall, in general, govern small-scale drawings. Figures marked on drawings shall, in general, be followed in preference to scale measurements.

d. Omissions from the drawings or specifications or the misdescription of details of work which are manifestly necessary to carry out the intent of the drawings and specifications, or which are customarily performed, shall not relieve the Contractor from performing such omitted or misdescribed details of the work, but shall be performed as if fully and correctly set forth and described in the drawings and specifications.

e. The work shall conform to the specifications and the contract drawings identified on the following index of drawings:

| Title | File No. | Drawing No. |
|---|---|---|
| Inner Harbor Navigation Canal Lock Replacement, Pile Load Test And Pile Installation Study, Orleans Parish, Louisiana | H-4-45203 | 1 thru 12 |

4.     EQUIPMENT OWNERSHIP AND OPERATING EXPENSE SCHEDULE. (EFARS 52.231-5000--MAR 95).

a. This clause does not apply to terminations. See EFARS 52.249-5000, Basis For Settlement of Proposals, and FAR Part 49.

b. Allowable cost for construction and marine plant and equipment in sound workable condition, owned or controlled and furnished by a Contractor or Subcontractor at any tier shall be based on actual cost data for each piece of equipment or groups of similar serial and series for which the Government can-

determine both ownership and operating costs from the Contractor's accounting records. When both ownership and operating costs cannot be determined for any piece of equipment or groups of similar serial or series equipment from the Contractor's accounting records, costs for that equipment shall be based upon the applicable provisions of EP 1110-1-8, "Construction Equipment Ownership and Operating Expense Schedule," Region III. Working conditions shall be considered to be average for determining equipment rates using the schedule unless specified otherwise by the Contracting Officer. For equipment not included in the schedule, rates for comparable pieces of equipment may be used or a rate may be developed using the formula provided in the schedule. For forward pricing, the schedule in effect at the time of negotiations shall apply. For retroactive pricing, the schedule in effect at the time the work was performed shall apply.

c. Equipment rental costs are allowable, subject to the provisions of FAR 31.105(d) (ii) and FAR 31.205-36. Rates for equipment rented from an organization under common control, lease- purchase and sale-leaseback arrangements will be determined using the schedule, except that actual rates will be used for equipment leased from an organization under common control that has an established practice of leasing the same or similar equipment to unaffiliated lessees.

d. When actual equipment costs are proposed and the total amount of the pricing action exceeds the small purchase threshold, the Contracting Officer shall request the Contractor to submit either certified cost or pricing data, or partial/limited data, as appropriate. The data shall be submitted on Standard Form 1411, Contract Pricing Proposal Cover Sheet (end of clause).

NOTE 1: Costs for repairs or overhauling are not allowed.

NOTE 2: A copy of the manual can be obtained from the Government Printing Office (GPO) by calling (202) 512-1800. The cost will be $33.00. (Stock number: Volume 3, # S/N-008-022-003169.)

5.    PHYSICAL DATA (FAR 52.236-4 - 1984 APR).

Data and information furnished or referred to below is for the Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from the data or information by the Contractor.

a. The indications of physical conditions on the drawings and in the specifications are the result of site investigations by surveys and borings. Field notes, and laboratory test results, and other data on which this information is based are available at U.S. Army Engineer District, New Orleans, Corps of

Engineers, Attn: CEMVN-ED, P.O. Box 60267, New Orleans, Louisiana 70160-0267, and access thereto may be had upon request.

b. <u>Weather Conditions</u>. Data on weather conditions may be obtained from the National Weather Service.

c. <u>Transportation</u>.

    1. <u>General</u>. The land portion of project site is the former Saucer Marine facility located on the east bank of the Inner Harbor Navigation Canal in an industrial area south of Florida Avenue and along Surekote Road in New Orleans, La. The site of work is accessible by land transportation via Florida Avenue Bridge to Surekote Road or by water transportation via the Inner Harbor Navigation Canal. See the General Provision entitled "COORDINATION OF WORK" for additional access restrictions.

    2. <u>Access Road</u>.

        (a). The existing access road to the entrance of the former Saucer Marine facility shall be maintained in good condition throughout the contract period and be restored to at least its pre-construction condition upon completion of the contract. The pre-construction and post-construction condition of the access road shall be verified/documented by use of Contractor furnished surveys and/or photos/videos and shall be conducted at the Contractor's expense. All surveys, photos and/or videos shall be conducted by the Contractor in the presence of the Contracting Officer's representative and furnished to the Contracting Officer prior to acceptance of work. Surfacing material shall be added where necessary to achieve a generally smooth, all-weather road surface.

        (b). The existing access road to the entrance of the former Saucer Marine facility transverses a small drainage canal. The existing 30- inch culvert in the drainage canal is corroded and needs replacement. The Contractor shall replace the existing culvert prior to the use of the access road by heavy vehicles or equipment. The minimum size of replacement culvert shall be 30-inches. The culvert shall be installed such that drainage is maintained as it was prior to such replacement. The new culvert shall not be removed at the completion of the project.

    3. <u>Measurement and Payment</u>. No separate measurement or payment will be made for maintaining existing access road or culvert replacement. Payment shall be included in the contract prices for the items of which the work is incidental.

Ed 99-088

d. Hydrographs shown on the drawings do not constitute a prediction.

6.      LAYOUT OF WORK. (FAR 52.236-17--APR 1984).

The Contractor shall lay out its work from Government-established base lines and benchmarks indicated on the drawings, and shall be responsible for all measurements in connection with the layout.  The Contractor shall furnish, at its own expense, all stakes, templates, platforms, equipment, tools, materials, and labor required to lay out any part of the work.  The Contractor shall be responsible for executing the work to the lines and grades that may be established or indicated by the Contracting Officer.  The Contractor shall also be responsible for maintaining and preserving all stakes and other marks established by the Contracting Officer until authorized to remove them.  If such marks are destroyed by the Contractor or through its negligence before their removal is authorized, the Contracting Officer may replace them and deduct the expense of the replacement from any amounts due or to become due to the Contractor.

7.      QUANTITY SURVEYS (FAR 52.236-16 - 1984 APR).

a.  Quantity surveys shall be conducted, and the data derived from these surveys shall be used in computing the quantities of work performed and the actual construction completed and in place.

b.  The Government shall conduct the original and final surveys and make the computations based on them.  The Contractor shall conduct the surveys for any periods for which progress payments are requested and shall make the computations based on these surveys.  All surveys conducted by the Contractor shall be conducted under the direction of a representative of the Contracting Officer, unless the Contracting Officer waives this requirement in a specific instance.

c.  Promptly upon completing a survey, the Contractor shall furnish the originals of all field notes and all other records relating to the survey or to the layout of the work to the Contracting Officer, who shall use them as necessary to determine the amount of progress payments.  The Contractor shall retain copies of all such material furnished to the Contracting Officer.

8.      PAYMENT FOR MOBILIZATION AND DEMOBILIZATION (DFARS 252.236-7004 - 1991 DEC.).

a. The Government will pay all costs for the mobilization and demobilization of all of the Contractor's plant and equipment at the contract lump sum price for this item.

(1) Sixty percent (60%) of the lump sum price upon completion of the Contractor's mobilization at the work site.

(2) The remaining forty percent (40%) upon completion of demobilization.

b. The Contracting Officer may require the Contractor to furnish cost data to justify this portion of the bid if the Contracting Officer believes that the percentages in paragraphs a(1) and (2) of this clause do not bear a reasonable relation to the cost of the work in this contract.

(1) Failure to justify such price to the satisfaction of the Contracting Officer will result in payment, as determined by the Contracting Officer, of --

(a) Actual mobilization costs at the completion of mobilization;

(b) Actual demobilization costs at the completion of demobilization; and

(c) The remainder of this item in the final payment under this contract.

(2) The Contracting Officer's determination of the actual costs in paragraph b(1) of this clause is not subject to appeal.

9.    PERFORMANCE OF WORK BY CONTRACTOR (FAR 52.236-1 -1984 APR).

The Contractor shall perform on the site, and with its own organization, work equivalent to at least twenty percent (20%) of the total amount of the work to be performed under the contract.  This percentage may be reduced by a supplemental agreement to this contract, if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

10.   CONTINUING CONTRACTS (EFARS 52.232-5001--MAR 95)

a. This is a continuing contract, as authorized by Section 10 of the River and Harbor Act of September 22, 1922, (33 US Code 621).  The payment of some portion of the contract price is dependent upon reservations of funds from future appropriations, and from future contribution to the project having one or more non-federal project sponsors.  The responsibilities of the Government are limited by this clause notwithstanding any contrary provision of the "PAYMENTS UNDER FIXED PRICE CONSTRUCTION CONTRACTS" clause or any other clause of this contract.

b. The sum of $ 20,000.00 has been reserved for this contract and is available for payments to the Contractor during the current fiscal year.  It is expected that Congress will make appropriations for future fiscal years from which additional

funds together with funds provided by one or more non-federal project sponsors will be reserved for this contract.

c. Failure to make payments in excess of the amount currently reserved, or that may be reserved from time to time, shall not entitle the Contractor to a price adjustment under the terms of this contract except as specifically provided in paragraphs (f) and (i) below. No such failure shall constitute a breach of this contract, except that this provision shall not bar a breach of contract action if an amount finally determined to be due as a termination allowance remains unpaid for one year due solely to a failure to reserve sufficient additional funds therefore.

d. The Government may at any time reserve additional funds for payments under the contract if there are funds available for such purpose. The Contracting Officer will promptly notify the Contractor of any additional funds reserved for the contract by issuing an administrative modification to the contract.

e. If earnings will be such that funds reserved for the contract will be exhausted before the end of any fiscal year, the Contractor shall give written notice to the Contracting Officer of the estimated date of exhaustion and the amount of additional funds which will be needed to meet payments due or to become due under the contract during that fiscal year. This notice shall be given not less than 45 nor more than 60 days prior to the estimated date of exhaustion.

f. No payments will be made after exhaustion of funds except to the extent that additional funds are reserved for the contract. The Contractor shall be entitled to simple interest on any payment that the Contracting Officer determines was actually earned under the terms of the contract and would have been made except for exhaustion of funds. Interest shall be computed from the time such payment would otherwise have been made until actually or constructively made, and shall be at the rate established by the Secretary of the Treasury pursuant to Public Law 92-41, 85 STAT 97, as in effect on the first day of the delay in such payment.

g. Any suspension, delay, or interruption of work arising from exhaustion or anticipated exhaustion of funds shall not constitute a breach of this contract and shall not entitle the Contractor to any price adjustment under the "SUSPENSION OF WORK" clause or in any other manner under this contract.

h. An equitable adjustment in performance time shall be made for any increase in the time required for performance of any part of the work arising from exhaustion of funds or the reasonable anticipation of exhaustion of funds.

i. If, upon the expiration of sixty (60) calendar days after the beginning of the fiscal year following an exhaustion of funds, the Government has failed to

reserve sufficient additional funds to cover payments otherwise due, the Contractor, by written notice delivered to the Contracting Officer at any time before such additional funds are reserved, may elect to treat his/her right to proceed with the work as having been terminated. Such a termination shall be considered a termination for the convenience of the Government.

j. If at any time, it becomes apparent that the funds reserved for any fiscal year are in excess of the funds required to meet all payments due or to become due the Contractor because of work performed and to be performed under the contract during the fiscal year, the Government reserves the right, after notice to the Contractor, to reduce said reservation by the amount of such excess.

11.     OBSTRUCTION OF NAVIGABLE WATERWAYS (DFARS 252.236-7002- DEC 91).

a. The Contractor shall:

(1) Promptly recover and remove any material, plant, machinery, or appliance which the Contractor loses, dumps, throws overboard, sinks, or misplaces, and which, in the opinion of the Contracting Officer, may be dangerous to or obstruct navigation;

(2) Give immediate notice, with description and locations of any such obstructions, to the Contracting Officer; and

(3) When required by the Contracting Officer, mark or buoy such obstructions until the same are removed.

b. The Contracting Officer may:

(1) Remove the obstructions by contract or otherwise should the Contractor refuse, neglect, or delay compliance with paragraph a. of this clause; and

(2) Deduct the cost of removal from any monies due or to become due to the Contractor; or

(3) Recover the cost of removal under the Contractor's bond.

c. The Contractor's liability for the removal of a vessel wrecked or sunk without fault or negligence is limited to that provided in Sections 15, 19, and 20 of the River and Harbor Act of March 3, 1899 (33 U.S.C.410 et.seq.).

## 12.    YEAR 2000 COMPLIANCE

In accordance with FAR 39.106, the Contractor shall ensure that with respect to any design, construction, goods, or services under this contract as well as any subsequent task/delivery orders issued under this contract (if applicable), all information technology contained therein shall be Year 2000 compliant.  Specifically, the Contractor shall:

a.  Perform, maintain, and provide an inventory of all major components to include structures, equipment, items, parts, and furnishings under this contract and each task/delivery order which may be affected by the Year 2000 compliance requirement.

b.  Indicate whether each component is currently Year 2000 compliant or requires an upgrade for compliance prior to Government acceptance.

Ed 99-088

General Decision Number **LA990013**
Superseded General Decision No. LA980013

State: Louisiana

Construction Type:
HEAVY

County(ies):
JEFFERSON        ST BERNARD        ST JOHN THE BAP
ORLEANS         ST CHARLES        ST TAMMANY

HEAVY CONSTRUCTION PROJECTS (Excluding Work on Treatment Plants)

Modification Number       Publication Date
           0                03/12/1999

COUNTY(ies):
JEFFERSON        ST BERNARD        ST JOHN THE BAP
ORLEANS         ST CHARLES        ST TAMMANY

SULA2026A  04/01/1990

|                              | Rates  | Fringes |
|------------------------------|--------|---------|
| CARPENTERS                   | 12.21  | 2.60    |
| CONCRETE FINISHERS           | 13.22  | 1.68    |
| ELECTRICIANS                 | 12.62  | 1.68    |
| LABORERS:                    |        |         |
|   Common                     | 7.54   |         |
|   Pipelayers                 | 8.29   |         |
| PAINTERS                     | 11.83  | 1.18    |
| REINFORCING STEEL SETTERS    | 12.69  | 3.08    |
| TRUCK DRIVERS                | 7.76   |         |
| POWER EQUIPMENT OPERATORS:   |        |         |
|   Backhoes                   | 10.37  |         |
|   Bulldozers                 | 10.00  |         |
|   Front End Loaders          | 11.61  | 2.50    |

-----------------------------------------------------------

WELDERS - Receive rate prescribed for craft performing operation
          to which welding is incidental.

===========================================================

Unlisted classifications needed for work not included within
the scope of the classifications listed may be added after
award only as provided in the labor standards contract clauses
(29 CFR 5.5(a)(1)(v)).

-----------------------------------------------------------

Ed 99-088

he listing above, the "SU" designation means that rates
l...ed under that identifier do not reflect collectively
bargained wage and fringe benefit rates.  Other designations
indicate unions whose rates have been determined to be
prevailing.

## WAGE DETERMINATION APPEALS PROCESS

1.) Has there been an initial decision in the matter?  This can
    be:

* an existing published wage determination
* a survey underlying a wage determination
* a Wage and Hour Division letter setting forth a
  position on a wage determination matter
* a conformance (additional classification and rate)
  ruling

On survey related matters, initial contact, including requests
for summaries of surveys, should be with the Wage and Hour
Regional Office for the area in which the survey was conducted
because those Regional Offices have responsibility for the
Davis-Bacon survey program.  If the response from this initial
contact is not satisfactory, then the process described in 2.)
and 3.) should be followed.

With regard to any other matter not yet ripe for the formal
process described here, initial contact should be with the Branch
of Construction Wage Determinations.  Write to:

        Branch of Construction Wage Determinations
        Wage and Hour Division
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

2.) If the answer to the question in 1.) is yes, then an
interested party (those affected by the action) can request
review and reconsideration from the Wage and Hour Administrator
(See 29 CFR Part 1.8 and 29 CFR Part 7).  Write to:

        Wage and Hour Administrator
        U.S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

The request should be accompanied by a full statement of the
interested party's position and by any information (wage payment
data, project description, area practice material, etc.) that the
requestor considers relevant to the issue.

3.) If the decision of the Administrator is not favorable, an
interested party may appeal directly to the Administrative Review
Board (formerly the Wage Appeals Board). Write to:

        Administrative Review Board
        U. S. Department of Labor
        200 Constitution Avenue, N. W.
        Washington, D. C.  20210

Ed 99-088

4   - ll decisions by the Administrative Review Board are final.

END OF GENERAL DECISION

Ed 99-088

## INDEX

## SECTION 01100 - GENERAL PROVISIONS

| 1. | TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER | 1 |
| 2. | DAMAGE TO WORK | 2 |
| 3. | SAFETY PROVISIONS | 2 |
| 4. | INSPECTOR'S FIELD OFFICE | 6 |
| 5. | PROJECT SIGN | 7 |
| 6. | RIGHTS-OF-WAY | 8 |
| 7. | CERTIFICATES OF COMPLIANCE | 8 |
| 8. | ENVIRONMENTAL LITIGATION | 9 |
| 9. | WEEKENDS, HOLIDAYS, AND NIGHTS | 9 |
| 11. | SIGNAL LIGHTS | 10 |
| 12. | COMMERCIAL WARRANTY | 10 |
| 13. | ACCESS PLAN | 11 |
| 14. | UTILITIES AND IMPROVEMENTS | 11 |
| 15. | NOISE AND VIBRATION MONITORING | 12 |

Ed 99-088

## SECTION 01100 - GENERAL PROVISIONS

1.   TIME EXTENSIONS FOR UNUSUALLY SEVERE WEATHER

a. This provision specifies the procedure for determination of time extensions for unusually severe weather in accordance with the Contract Clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)".  In order for the Contracting Officer to award a time extension under this clause, the following conditions must be satisfied.

(1) The weather experienced at the project site during the contract period must be found to be unusually severe, that is, more severe than the adverse weather anticipated for the project location during any given month.

(2) The unusually severe weather must actually cause a delay to the completion of the project.  The delay must be beyond the control and without the fault or negligence of the Contractor.

b. The following schedule of monthly anticipated adverse weather delays is based on National Oceanic and Atmospheric Administration (NOAA) or similar data for the project location and will constitute the base line for monthly weather time evaluations. The Contractor's progress schedule must reflect these anticipated adverse weather delays in all weather dependent activities.

MONTHLY ANTICIPATED ADVERSE WEATHER DELAY WORK DAYS
BASED ON (5) DAY WORK WEEK

| Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 5   | 5   | 3   | 3   | 2   | 4   | 6   | 5   | 4   | 3   | 4   | 4   |

c. Upon acknowledgment of the Notice to Proceed (NTP) and continuing throughout the contract, the Contractor will record on the daily CQC report, the occurrence of adverse weather and resultant impact to normally scheduled work.  Actual adverse weather delay days must prevent work on critical activities for 50 percent or more of the Contractor's scheduled work day.

d. The number of actual adverse weather delay days shall include days impacted by actual adverse weather (even if adverse weather occurred in previous month), be calculated chronologically from the first to the last day of each month, and be recorded as full days.  If the number of actual adverse weather delay days exceeds the number of days anticipated in paragraph b,

Ed 99-088

above, the Contracting Officer will convert any qualifying delays to calendar days, giving full consideration for equivalent fair weather work days, and issue a modification in accordance with the Contract Clause entitled "DEFAULT (FIXED PRICE CONSTRUCTION)". (ER 415-1-15 dated 31 Mar 89).

2.    DAMAGE TO WORK.

The responsibility for damage to any part of the permanent work shall be as set forth in the Contract Clauses of the contract entitled "PERMITS AND RESPONSIBILITIES."  However, if, in the judgement of the Contracting Officer, any part of the permanent work performed by the Contractor is damaged by flood, earthquake, hurricane, or tornado which damage is not due to the failure of the Contractor to take reasonable precautions or to exercise sound engineering and construction practices in the conduct of the work, the Contractor shall make the repairs as ordered by the Contracting Officer and full compensation for such repairs will be made at the applicable contract unit price or lump sum prices as fixed and established in the contract.  If, in the opinion of the Contracting Officer, there are no contract unit or lump sum prices applicable to any part of such work, an equitable adjustment pursuant to the Contract Clause entitled "CHANGES" will be made as full compensation for the repairs of that part of the permanent work.  Except as herein provided, damage to all work (including temporary construction), utilities, materials, equipment and plant shall be repaired to the satisfaction of the Contracting Officer at the Contractor's expense, regardless of the cause of such damage.

3.    SAFETY PROVISIONS.

The safety provisions as specified herein refer to the Sep 1996 edition of EM 385-1-1.

a. Accident Investigations and Reporting.  Refer to EM 385-1-1, Section 01.D. Accidents shall be investigated and reports completed by the immediate supervisor of the employee(s) involved and reported to the Contracting Officer or his/her representative within one working day after the accident occurs.  All data reported must be complete, timely and accurate.  A follow-up report shall be submitted when the estimated lost time days differs from the actual lost time days.

b. Accident Prevention Program.  Refer to Contract Clause entitled "ACCIDENT PREVENTION" of this contract.  Within 15 days after receipt of Notice of Award of the contract, and at least 7 days prior to the prework conference, four copies of the Accident Prevention Program shall be submitted to the Contracting Officer for review and acceptance.  The program shall be prepared in the following format:

Ed 99-088

(1) An executed LMN Form 385-7-R (Jan 97), Administrative Plan (available upon request), see Appendix A of EM 385-1-1.
(2) Executed LMN 385-6-R and Form 385-43R (Jan 97), Activity Hazard Analysis (available upon request), see Figure 1-1 of EM 385-1-1.

(3) A copy of company policy statement regarding accident prevention.

(4) When marine plant and equipment are in use under a contract, the method of fuel oil transfer shall be included on LMN Form 385-10R(Jan 97), Fuel Oil Transfer, (available upon request).  (Refer to 33 CFR 156).

The Contractor shall not commence physical work at the site until the program has been accepted by the Contracting Officer, or his/her authorized representative.  At the Contracting Officer's discretion, the Contractor may submit his/her Activity Hazard Analysis only for the first phase of construction provided that it is accompanied by an outline of the remaining phases of construction.  All remaining phases shall be submitted and accepted prior to the beginning of work in each phase.  Also refer to Section 1 of EM 385-1-1.

c. Comprehensive Hazard Communication Program.  The Contractor shall develop, implement, and maintain at the workplace a written, Comprehensive Hazard Communication Program (see Section 01.B.04 of EM 385-1-1) that includes identification of potential hazards as prescribed in 29 CFR Part 1910.1200 and/or 1926.59, effects of exposure and control measures to be used for chemical products and physical agents that may be encountered during the performance of work on this contract, provisions for container labeling, Material Safety Data Sheets, and employee training program, and other criteria in accordance with 29 CFR Part 1910.1200 and/or 1926.59.  Training shall include communication methods and systems to be used (i.e., voice, hand signals, radios or other means), and training in the use and understanding of material safety data sheets and chemical product hazard warning labels.  Prior to bringing hazardous substances, as defined in 29 CFR 1910.1200 and/or 1926.59, onto the job site, a copy of the Hazard Communication Program and the Material Safety Data Sheets of each substance shall be submitted to the Contracting Officer and made available to the Contractor's employees as part of his/her Accident Prevention Program.

d. Daily Inspections.  The Contractor shall perform daily safety inspections and record them on the forms approved by the Contracting Officer.  Reports of daily inspections shall be maintained at the jobsite in accordance with Section 01451, "CONTRACTOR QUALITY CONTROL".  The reports shall be records of the daily inspections and resulting actions.  Each report shall include, as a minimum, the following:

(1) Phase(s) of construction underway during the inspection.

(2) Locations of areas where inspections were made.

(3) Results of inspections, including nature of deficiencies observed and corrective actions taken, or to be taken, date, and signature of the person responsible for its contents.

e. Safety Sign. The Contractor shall furnish, erect, and maintain a safety sign at the site, as located by the Contracting Officer. The sign shall conform to the requirements of this paragraph and the drawing included at the end of this section. The lettering shall be black, the castle red, and the background white. Upon request, the Government will furnish two decals of the engineer castle. When placed on a floating plant, the sign may be half size. The sign shall be erected as soon as practicable, but not later than 15 calendar days after the date established for commencement of work. The data required shall be current.

f. Ground Fault Protection. Electrical equipment used on this contract shall be equipped with ground fault circuit interrupters in accordance with EM 385-1-1, Section 11.C.05.

g. Haul Roads. Whenever practical, one-way haul roads shall be used on this contract. Haul roads built and maintained for this work shall comply with the following:

(1) One-way haul roads for off-the-road equipment; e.g., belly dumps, scrapers, and off-the-road trucks shall have a minimum usable width of 25-feet. One-way haul roads for over-the- road haulage equipment only (e.g., dump trucks, etc.) may be reduced to a usable width of 15-feet. When the Contracting Officer determines that it is impractical to obtain the required width for one-way haul roads (e.g., a road on top of a levee), a usable width of not less than 10-feet may be approved by the Contracting Officer, provided a positive means of traffic control is implemented. Such positive means shall be signs, signals, and/or signalmen and an effective means of speed control.

(2) Two-way haul roads for off-the-road haulage equipment shall have a usable width of 60-feet. Two-way haul roads for over-the-road haulage equipment only may be reduced to a usable width of 30-feet.

(3) Haul roads shall be graded and otherwise maintained to keep the surface free from potholes, ruts, and similar conditions that could result in unsafe operation.

(4) Grades and curves shall allow a minimum sight distance of 200-feet for one-way roads and 300-feet for two-way roads. Sight distance is

defined as the centerline distance an equipment operator (4.5-feet above the road surface) can see an object 4.5-feet above the road surface. When conditions make it impractical to obtain the required sight distance (e.g., ramps over levees), a positive means of traffic control shall be implemented.

(5) Dust abatement shall permit observation of objects on the roadway at a minimum distance of 300-feet.

(6) Haul roads shall have the edges of the usable portion marked with posts at intervals of 50-feet on curves and 200-feet maximum elsewhere. Such markers shall extend 6-feet above the road surface and, for nighttime haulage, be provided with reflectors in both directions.

h. Reserved

i. Means of Escape for Personnel Quartered, or Working on Floating Plant. Two means of escape shall be provided for assembly, sleeping, and messing areas on floating plants. For areas involving 10 or more persons, both means of egress shall be through standard size doors opening to different exit routes. Where nine or fewer persons are involved, one of the means of escape may be a window (minimum dimensions 24-inches by 36-inches) which leads to a different exit route. Refer to Section 19 of EM 385-1-1.

j. Emergency Alarms and Signals.

(1) Alarms. Emergency alarms shall be installed and maintained on all floating plant requiring a crew where it is possible for either a passenger or crewman to be out of sight or hearing from any other person. The alarm system shall be operated from the primary electrical system with standby batteries on trickle charge that will automatically furnish the required energy during an electrical-system failure. A sufficient number of signaling devices shall be placed on each deck so that the sound can be heard distinctly at any point above the usual background noise. All signaling devices shall be so interconnected that actuation can occur from at least one strategic point on each deck.

(2) Signals.

(a) Fire Alarm Signals. The general fire alarm signal shall be in accordance with paragraph 97.13-15b of the Coast Guard Rules and Regulations for Cargo and Miscellaneous Vessels, Sub-Chapter I, 1 Sep 77 (CG 257).

Ed 99-088

(b) Abandon Ship Signals.  The signal for abandon ship shall be in accordance with paragraph 97.13-15c of the reference cited in 4.10.2.1 above.

(c) Man-Overboard Signal.  Hail and pass the word to the bridge. All personnel and vessels capable of rendering assistance shall respond.

k. Hurricane Plan.  A detailed plan for protection and evacuation of personnel and the Contractor's plant, in the event of an impending hurricane or storm, is required as an enclosure to the Contractor's Accident Prevention Program.  This plan shall be submitted to the Contracting Officer, or his/her representative, for review prior to the preconstruction conference.  The plan shall include at least the following:

(1) The time each phase of the plan will be put in effect.  The time shall be the number of hours remaining for the storm to reach the worksite if it continues at the predicted speed and direction.

(2) The safe harbor for personnel and plant specifically identified.

(3) The name of the boat which will be used to move the plant, its type, capacity, speed, and availability.

(4) The estimated time necessary to move the plant to the safe harbor after movement is started.

l. Hazardous Energy Protection.  The Contractor shall develop, implement and maintain at the workplace, a written Control of Hazardous Energy (Lockout/Tagout) System.  Refer to Section 12 of EM 385-1-1.

4.    INSPECTOR'S FIELD OFFICE.

a. The Contractor shall furnish, throughout the contract period, for the exclusive use of the Government employees, a temporary waterproof building, or trailer, to be utilized as a field office.  It shall be conveniently located at the site of construction and shall be independent of any building, or trailer, used by the Contractor.  Toilet facilities and potable water shall be provided within the Inspector's office.  It shall be equipped with approved electrical wiring, private telephone service, a telephone answering machine, at least one ceiling lamp receptacle, at least one double convenience outlet, and the required switches and fuses, to provide 110-volt power for lighting and operating a laptop computer and printer.  It shall be equipped with an air conditioning unit to provide cooling in warm or hot weather, and a heater, properly installed and vented in accordance with the National Fire Protection Association Code, for heating in

cold weather, as required. The Contractor shall make the necessary arrangements to obtain or to generate the power required to operate the air conditioning unit, lights, and laptop computer and printer, and the power or fuel required for the heater, and shall bear the cost thereof. A drafting table providing a working surface having dimensions of at least 4-feet by 6-feet (which may consist of a piece of plywood, at least 3/4-inch thick, hinged to a wall of the building with hinged legs) shall be installed in the building. The building shall have a built-in locker, extending from the floor to the ceiling, having dimensions of at least 2- feet by 5-feet, with a shelf 12-inches from the top, and one door equipped with two hinges, a hasp and a padlock. All exterior doors and window frames of the building shall be equipped with iron security guards. The door shall also be equipped with butt hinges and a cylinder lock. One draftsman's stool, two strong chairs and one desk shall be provided. The building or trailer shall conform to the following minimum requirements:

| | |
|---|---|
| Ceiling height, not less than | 6-feet 9-inches |
| Floor space, no less than | 240 square feet |
| Windows, not less than | 2 |
| Doors, outside | 1 |
| Rooms | 1 |

Screens over doors and windows; walls and ceilings shall be insulated; and interior walls finished.

b. The building, or trailer, shall be removed by the Contractor after completion of all work under this contract and before final acceptance thereof. No separate payment will be made for furnishing, maintaining, providing the prescribed utilities, and removing the inspector's field office, but the cost of the same shall be distributed throughout the existing bid items. In the event the Contractor fails to furnish the required facilities, the Government may elect to procure the required facilities and deduct all costs from amounts due or to become due under this contract.

c. The Contractor shall provide daily janitorial services for this and other buildings at the site throughout the life of the contract. The cost of this service shall be distributed throughout the existing bid items and there shall be no separate payment.

5.    PROJECT SIGN.

Prior to commencement of work, the Contractor shall construct a project sign at the site of the work at a location directed by the Contracting Officer. The sign which will identify the work with the Corps of Engineers shall be 4 feet by 6 feet in size and shall conform to the requirements of the PROJECT SIGN drawing attached at the end of these General Requirements. The lettering for the 2 feet by 4 feet section of

the sign with the Corps logo shall be white, all other lettering shall be black. Lettering for the project name shall be Helvetica Bold, all other lettering shall be Helvetica Regular.  No separate payment will be made for construction and erection of the project sign and all costs in connection therewith will be considered an incidental obligation of the Contractor.  Upon completion of the work, the sign shall become the property of the Contractor and shall be removed from the job site.

6.　　RIGHTS-OF-WAY.

a. Rights-of-way for construction purposes  will be furnished by the Government without cost to the Contractor, as shown on the contract drawings.  If the right-of-way for access is used by the Contractor, he/she shall, at his/her expense, be required to do all work necessary to make such right-of-way suitable for traveling to and from the work site.  Upon completion of the contract work, any such access roadway and right-of-way furnished by the Government shall be left in a condition satisfactory to the Contracting Officer.

b. The Contractor shall procure, without expense or liability to the Government, all additional lands, access roads, or rights-of-way desired for his/her own convenience in the performance of the work.  The Contractor shall notify the Contracting Officer of his/her intention and, if required by the Contracting Officer, secure clearances from both the Louisiana State Historical Preservation Office and the Louisiana Archaeological and Antiquities Commission.  Any agreements or permits with levee boards, parishes, or political subdivisions for moving material and equipment will also be the responsibility of the Contractor. Any delays to the Contractor resulting from delays in procuring such additional lands, access roads, right-of- way, or permits for moving material and equipment for his/her own use will not be made a basis of any claim for increase in the cost or time of performance of the work.  The Contractor shall make his/her own investigations to determine the conditions, restrictions, and difficulties which may be encountered in the transportation of material and equipment to the work site.

7.　　CERTIFICATES OF COMPLIANCE.

Any certificates required for demonstrating proof of compliance of materials with specification requirements shall be executed in three (3) copies.  Each certificate shall be signed by an official authorized to certify on behalf of the manufacturing company and shall contain the name and address of the Contractor, the project name and location, and the quantity and date or dates of shipment or delivery to which the certificates apply.  Copies of laboratory test reports submitted with certificates shall contain the name and address of the testing laboratory and the date or dates of the tests to which the report applies.  Certification shall not be construed as relieving the Contractor from furnishing satisfactory material, if, after tests are performed on selected samples, the material is found not to meet specified requirements.

Ed 99-088

8.    ENVIRONMENTAL LITIGATION.

a. If the performance of all or any part of the work is suspended, delayed, or interrupted due to an order of a court of competent jurisdiction as a result of environmental litigation, as defined below, the Contracting Officer, at the request of the Contractor, shall determine whether the order is due in any part to the acts or omissions of the Contractor or a Subcontractor at any tier not required by the terms of this contract. If it is determined that the order is not due in any part to acts or omissions of the Contractor or a Subcontractor at any tier other than as required by the terms of this contract, such suspension, delay, or interruption shall be considered as if ordered by the Contracting Officer in the administration of this contract under the terms of the Contract Clause entitled "SUSPENSION OF WORK". The period of such suspension, delay or interruption shall be considered unreasonable, and an adjustment shall be made for any increase in the cost of performance of this contract (excluding profit) as provided in that clause, subject to all the provisions thereof.

b. The term "environmental litigation", as used herein, means a lawsuit alleging that the work has an adverse effect on the environment or that the Government has not duly considered, either substantively or procedurally, the effect of the work on the environment.

9.    WEEKENDS, HOLIDAYS, AND NIGHTS.

When the Contractor elects to work on weekends, holidays, and nights, notice shall be given to the Contracting Officer, in writing, in advance of commencement of such operations to permit suitable arrangements for inspection to be made. Adequate lighting for thorough inspection of night operations shall be provided by the Contractor at his/her own expense. Pile driving operations shall only be performed during daylight hours. Pile driving shall be prohibited at night.

10.    COORDINATION OF WORK

The Contractor shall notify the U. S. Coast Guard by certified mail 45 days and 15 days, and again by telephone 72 hours prior to the date of pile driving in the Inner Harbor Navigational Channel. The Contractor shall contact the Corps of Engineers by mail 45 days and 15 days, and again by telephone 72 hours prior to the date of pile driving in the Inner Harbor Navigational Channel. The Contractor shall furnish copies of these notifications to the Contracting Officer. The following contact persons and telephone numbers shall be utilized:

Ed 99-088

(1) U.S. Coast Guard Support Center
Captain Ned Peak
Integrated Support Commander
U.S. Coast Guard Support Center
4640 Urquhart Street
New Orleans, Louisiana 70117
Telephone  504-942-3032

(2) U.S. Coast Guard
Captain Gordan Marsh
Marine Safety Office
1615 Poydras Street
New Orleans, Louisiana 70112
Telephone  504-589-6196

(3)  US Army Corps of Engineers
Mr. Steve Schinetsky
Post Office Box 60267
New Orleans, Louisiana 70160-0267
Telephone 504-862-2343

The Corps of Engineers will publish a Navigation Bulletin for the subject work.

11.    SIGNAL LIGHTS.

The Contractor shall display signal lights and conduct his/her operations in accordance with U. S. Coast Guard regulations governing lights and day signals to be displayed, as set forth in Commandant, U. S. Coast Guard Instruction M16672.2, Navigation Rules, International - Inland  (COMDTINST M16672); 33 CFR 81, Appendix A (International); and 33 CFR 84 through 33 CFR 90 (Inland) as applicable.

12.    COMMERCIAL WARRANTY.

The Contractor agrees that the standard commercial equipment furnished under this contract shall be covered by the most favorable commercial warranties the manufacturer gives to any customer for such equipment, and that the remedies provided herein are in addition to and do not limit any rights afforded to the Government by any other clause of this contract.  Two (2) copies of the warranties shall be furnished by the Contractor to the Contracting Officer.

13    ACCESS PLAN.

The Contractor shall submit an access plan to be reviewed and approved by the Contracting Officer to include, as a minimum, the following:

a. Layout drawings showing the location of all equipment, office structures, toilets, and storage areas for materials.

b. Show mobilization and demobilization routing and locations of large equipment, such as draglines, cranes, etc. while on the jobsite.

c. Show waterway channels or canals used to mobilize and demobilize equipment and materials and show access routes and docking areas of all marine equipment with respect to the jobsite.

14.    UTILITIES AND IMPROVEMENTS

a. All known utilities within the limits of the work, such as pipes, communication lines, power lines, etc., that would interfere with construction work have been removed, modified or relocated by local interests or utility companies at no cost to the Contractor.  The Contractor, however, shall cooperate with the authorities or company representatives and shall cooperate with authorities or company representatives and shall conduct his operations in such a manner as to result in a minimum of inconveniences to the owners of said utilities.  The Contractor, shall notify each utility owner by certified mail at 45 days, 15 days, and again within 72 hours prior to the date the utilities will be crossed and provide a copy of these notifications to the Contracting Officer. The Contractor shall keep records of all written and verbal communications with facility owners and furnish them to the Contracting Officer.   The following contact persons and telephone numbers should be utilized during the construction phase:

(1) Sewage and Water Board Board of New Orleans
Mr. Gerald T. Preau, P.E.
Network Engineering
625 St. Joseph Street, Room 311
New Orleans, Louisiana 70165
Telephone 504-865-0650

(2) Entergy New Orleans
Mr. Van Mahue
Senior Associate Engineer
LTUL-113
Post Office Box 6100
New Orleans, Louisiana 70160-1000
Telephone 504-595-3888

Ed 99-088

(3)  Port of New Orleans
Mr. Clayton Miller
Post Office Box 60046
New Orleans, Louisiana 70160
Telephone 504-528-3324

b. Any unidentified pipes or structures which may be found within the limits of the work during the course of construction shall not be disturbed nor shall construction or excavation be performed at these locations unless and until approved by the Contracting Officer.  Payment for ordered excavation, if any, will be made in accordance with the Contract Clause entitled "DIFFERING SITE CONDITIONS".

15.    NOISE AND VIBRATION MONITORING

The Contractor shall perform  noise and vibration monitoring during pile driving of the test piles onshore and in the IHNC channel as specified in 02451-3.2.  Pile driving vibrations, construction equipment and vehicular traffic may affect and damage existing structures.  Vibrations exceeding 0.5 of an inch per second may induce structural damages.  The Contractor shall inform the Contracting Officer when the vibrations from his operations have exceeded 0.5 inches per second or noise levels reach 85 decibels at the construction easement.  No separate measurement or payment will be made for noise and vibration monitoring.  Payment for noise and vibration monitoring shall be distributed throughout the existing bid items.



ENGINEER CASTLE DETAIL

NOTES:
1. CONTRACTOR SHALL CONSTRUCT AND MAINTAIN A TRIANGLE SIGN AS SHOWN.
2. ITEMS IN CONTRACT WITH ENGRAD SHALL BE TREATED
3. ALL EXPOSED SURFACES SHALL BE WHITE HOUSE PAINT.
4. ENGINEER CASTLE SHALL BE RED. DETAILS FURNISHED
5. THE 8 X 4 SECTION OF THE SIGN ON THE LEFT WITH THE CORPS LOGO REVERSED, PRINTED COMMERCIAL RED ON THE WHITE BACKGROUND.

SCALE : NONE

U. S. ARMY ENGINEER DISTRICT NEW ORLEANS
CORPS OF ENGINEERS
NEW ORLEANS, LOUISIANA

FEB. 1998

PROJECT SIGN

---

NOTE: HELVETICA TYPEFACE NOT SHOWN

Pump Station No. 3 to
Mirabeau Ave. Floodwall
London Ave. Canal

Orleans Parish, Louisiana

Project Sponsors
Orleans Levee District
New Orleans, Louisiana

Contractors

Construction
Supervised By:

U S Army Corps
of Engineers
New Orleans District

SECTION Ⓐ

ELEVATION

¾ MDO PLYWOOD SIGN

4 X 4 SUPPORT POSTS

2 X 4

¾ MDO PLYWOOD SIGN

GROUND LINE

4 X 4 SUPPORT POSTS

POSTS SUPPORT



ENGINEER CASTLE DETAIL

NOTES:
1. CONTRACTOR SHALL CONSTRUCT AND MAINTAIN A DURABLE SIGN AS SHOWN
2. WOOD IN CONTACT WITH GROUND SHALL BE TREATED LUMBER.
3. ALL EXPOSED SURFACES SHALL BE WHITE HOUSE PAINT.
4. LETTERING SHALL BE BLACK.
5. ENGINEER CASTLE SHALL BE RED. DECALS FURNISHED BY GOVERNME MAY
   BE USED IN LIEU OF DETAIL.

SAFETY SIGN

U.S. ARMY

CORPS OF ENGINEERS - NEW ORLEANS DISTRICT

SAFETY IS A JOB REQUIREMENT
THIS CONTRACT HAS OPERATED WITHOUT A
LOST TIME INJURY SINCE DAY MONTH YEAR
CONTRACT TIME STARTED DAY MONTH YEAR
TOTAL LOST TIME INJURY DAYS

NAME OF CONTRACTOR
ADDRESS

SECTION C-C

ELEVATION

# INDEX

## SECTION 01330 - SUBMITTAL PROCEDURES

PART 1 GENERAL................................................................................. 1
  1.1 SUBMITTAL IDENTIFICATION DEFINITIONS ..................................... 1
  1.2 SUBMITTAL CLASSIFICATION ....................................................... 2
    1.2.1 Government Approved............................................................. 2
    1.2.2 Information Only ................................................................... 2
  1.3 APPROVED SUBMITTALS............................................................... 2
  1.4 DISAPPROVED SUBMITTALS ......................................................... 3
  1.5 MEASUREMENT AND PAYMENT ...................................................... 3
PART 2 PRODUCTS (Not Applicable)....................................................... 3
PART 3 EXECUTION ............................................................................. 3
  3.1 GENERAL................................................................................... 3
  3.2 SUBMITTAL REGISTER (ENG FORM 4288) ...................................... 4
  3.3 SCHEDULING .............................................................................. 4
  3.4 TRANSMITTAL FORM (ENG FORM 4025) ........................................ 4
  3.5 SUBMITTAL PROCEDURE ............................................................. 4
    3.5.1 Procedures.......................................................................... 4
    3.5.2 Deviations .......................................................................... 5
  3.6 CONTROL OF SUBMITTALS .......................................................... 5
  3.7 GOVERNMENT APPROVED SUBMITTALS ........................................ 5
  3.8 INFORMATION ONLY SUBMITTALS ................................................ 5
  3.9 STAMPS .................................................................................... 5

Ed 99-088

## SECTION 01330 - SUBMITTAL PROCEDURES

# PART 1   GENERAL

## 1.1   SUBMITTAL IDENTIFICATION DEFINITIONS

### Data

Submittals which provide calculations, descriptions, or documentation regarding the work.

### Drawings

Submittals which graphically show relationship of various components of the work, schematic diagrams of systems, details of fabrication, layouts of particular elements, connections, and other relational aspects of the work.

### Instructions

Preprinted material describing installation of a product, system or material, including special notices and material safety data sheets, if any, concerning impedances, hazards, and safety precautions.

### Schedules

Tabular lists showing location, features, or other pertinent information regarding products, materials, equipment, or components to be used in the work.

### Statements

A document, required of the Contractor, or through the Contractor, from a supplier, installer, manufacturer, or other lower tier Contractor, the purpose of which is to confirm the quality or orderly progression of a portion of the work by documenting procedures, acceptability of methods or personnel, qualifications, or other verifications of quality.

### Reports

Reports of inspections or tests, including analysis and interpretation of test results.

### Certificates

Statement signed by an official authorized to certify on behalf of the manufacturer of a product, system or material, attesting that the product, system or material meets specified requirements. The statement must be dated after the award of the contract,

Ed 99-088

must state the Contractor's name and address, must name the project and location, and must list the specific requirements which are being certified.

Samples

Samples, including both fabricated and unfabricated physical examples of materials, products, and units of work as complete units or as portions of units of work.

Records

Documentation to record compliance with technical or administrative requirements.

Operation and Maintenance Manuals

Data which forms a part of an operation and maintenance manual.

## 1.2    SUBMITTAL CLASSIFICATION

Submittals are classified as follows:

### 1.2.1    Government Approved

Governmental approval is required for extensions of design, critical materials, deviations, equipment whose compatibility with the entire system must be checked, and other items as designated by the Contracting Officer.  Within the terms of the Contract Clause entitled "SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION," they are considered to be "shop drawings." Any reference to Government approval by the Contracting Officer (CO) includes the approving authority of the CO, the Administrative Contracting Officer (ACO), or the Contracting Officer's representative (COR).

### 1.2.2    Information Only

All submittals not requiring Government approval will be for information only. They are not considered to be "shop drawings" within the terms of the Contract Clause referred to above.

## 1.3    APPROVED SUBMITTALS

The Contracting Officer's approval of submittals shall not be construed as a complete check, but will indicate only that the general method of construction, materials, detailing and other information are satisfactory.   Approval will not relieve the Contractor of the responsibility for any error which may exist, as the Contractor under the CQC requirements of this contract is responsible for dimensions, the design of adequate connections and details, and the satisfactory construction of all work.  After submittals have been approved by the Contracting Officer, no  resubmittal  for the

purpose of substituting materials or equipment will be considered unless accompanied by an explanation of why a substitution is necessary.

## 1.4 DISAPPROVED SUBMITTALS

The Contractor shall respond to all concerns expressed by the Contracting Officer and promptly make any corrections necessary to address those concerns. The Contractor shall promptly furnish a corrected submittal in the form and number of copies specified for the initial submittal. If the Contractor considers any correction indicated on the submittals to constitute a change to the contract, a notice in accordance with the Contract Clause "Changes" shall be given promptly to the Contracting Officer.

## 1.5 MEASUREMENT AND PAYMENT

No separate measurement or payment will be made for submittal requirements as specified herein. Payment for the work covered under this section shall be distributed throughout the existing bid items. Payment for materials incorporated in the work will not be made if required approvals have not been obtained.

## PART 2 PRODUCTS (Not Applicable)

## PART 3 EXECUTION

## 3.1 GENERAL

The Contractor shall submit all items listed on the Submittal Register (ENG Form 4288) or specified in the other sections of these specifications. The Contractor shall make submittals as required by the specifications. The Contracting Officer may request submittals in addition to those specified when deemed necessary to adequately describe the work covered in the respective sections. Units of weights and measures used on all submittals shall be the same as those used in the contract drawings. Submittals shall be made in the respective number of copies and to the respective Area Office address listed in the paragraph entitled SITE VISIT ASSISTANCE in Section 00100. Each submittal shall be complete and in sufficient detail to allow ready determination of compliance with contract requirements. Prior to submittal, all items shall be checked and approved by the Contractor's Quality Control (CQC) representative and each item shall be stamped, signed, and dated by the CQC representative indicating action taken. Proposed deviations from the contract requirements shall be clearly identified. Submittals shall include items such as: Contractor's, manufacturer's, or fabricator's drawings; descriptive literature including (but not limited to) catalog cuts, diagrams, operating charts or curves; test reports; test cylinders; samples; O&M manuals (including parts list); certifications; warranties; and other such required submittals. Submittals requiring Government approval shall be scheduled and made prior to the acquisition of the material or equipment covered thereby. Samples remaining upon completion of the work shall be picked up and

disposed of in accordance with manufacturer's Material Safety Data Sheets (MSDS) and in compliance with existing laws and regulations.

## 3.2    SUBMITTAL REGISTER (ENG FORM 4288)

At the end of this section is one set of ENG Form 4288 listing items of equipment and materials for which submittals are required by the specifications; this list may not be all inclusive and additional submittals may be required.   Columns "c" thru "q" have been completed by the Government.  The Contractor shall complete columns "a", "b", and "r" thru "w", and return 4 completed copies to the Contracting Officer for approval within 14 calendar days after Notice to Proceed for approval.  The approved submittal register will become the scheduling document and will be used to control submittals throughout the life of the contract.  The submittal register and the progress schedules shall be coordinated. The Contractor shall maintain an effective submittal control system by reviewing and updating the register every thirty (30) days and submitting updated copies to the Resident Engineer every sixty (60) days.

## 3.3    SCHEDULING

Submittals covering component items forming a system or items that are interrelated shall be scheduled to be coordinated and submitted concurrently.  Certifications to be submitted with the pertinent drawings shall be so scheduled.  Adequate time (a minimum of 30 calendar days exclusive of mailing time) shall be allowed and shown on the register for review and approval.  No delays, damages or time extensions will be allowed for time lost in late submittals.

## 3.4    TRANSMITTAL FORM (ENG FORM 4025)

The sample transmittal form (ENG Form 4025) attached to this section shall be used for submitting both Government approved and information only submittals in accordance with the instructions on the reverse side of the form.   This form shall be properly completed by filling out all the heading blank spaces and identifying each item submitted.  Special care shall be exercised to ensure proper listing of the specification paragraph and/or sheet number of the contract drawings pertinent to the data submitted for each item.

## 3.5    SUBMITTAL PROCEDURE

Submittals shall be made as follows:

## 3.5.1    Procedures

Procedures for submittals will be stipulated by the Contracting Officer at the preconstruction conference.

3.5.2   Deviations

For submittals which include proposed deviations requested by the Contractor, the column "variation" of ENG Form 4025 shall be checked.  The Contractor shall set forth in writing the reason for any deviations and annotate such deviations on the submittal.  The Government reserves the right to rescind inadvertent approval of submittals containing unnoted deviations.

3.6   CONTROL OF SUBMITTALS

The Contractor shall carefully control his procurement operations to ensure that each individual submittal is made on or before the Contractor scheduled submittal date shown on the approved "SUBMITTAL REGISTER."

3.7   GOVERNMENT APPROVED SUBMITTALS

Upon completion of review of submittals requiring Government approval, the submittals will be identified as having received approval by being so stamped and dated.  Five (5) copies of the submittal will be retained by the Contracting Officer and 2 copies of the submittal will be returned to the Contractor.

3.8   INFORMATION ONLY SUBMITTALS

Normally submittals for information only will not be returned.  Approval of the Contracting Officer is not required on information only submittals.  The Government reserves the right to require the Contractor to resubmit any item found not to comply with the contract.  This does not relieve the Contractor from the obligation to furnish material conforming to the plans and specifications; will not prevent the Contracting Officer from requiring removal and replacement of nonconforming material incorporated in the work; and does not relieve the Contractor of the requirement to furnish samples for testing by the Government laboratory or for check testing by the Government in those instances where the technical specifications so prescribe.

3.9   STAMPS

Stamps used by the Contractor on the submittal data to certify that the submittal meets contract requirements shall be similar to the following:

Contractor
(Firm Name)

\_\_\_\_\_ Approved

\_\_\_\_\_ Approved with corrections as noted on submittal data and/or attached sheets(s).

SIGNATURE: _____

TITLE: _____

DATE: _____

Ed 99-088

# TRANSMITTAL OF SHOP DRAWINGS, EQUIPMENT DATA, MATERIAL SAMPLES, OR MANUFACTURER'S CERTIFICATES OF COMPLIANCE
(Read instructions on reverse side prior to initiating this form)

| TRANSMITTAL No. | DATE: |

## SECTION 1 - REQUEST FOR APPROVAL OF THE FOLLOWING ITEMS (This section will be initiated by the Contractor)

| TO: | FROM: | CONTRACT No.: | CHECK ONE:<br>— THIS IS A NEW TRANSMITTAL<br>— THIS IS A RESUBMITTAL OF TRANSMITTAL |

SPECIFICATION SEC. No: (Cover only one section with each transmittal) | PROJECT TITLE AND LOCATION:

CHECK ONE: THIS TRANSMITTAL IS
FIO _____ GOVMNT
FOR _____ APPROVAL

| ITEM No. | DESCRIPTION OF ITEM SUBMITTED: (Type size, model number, etc.) | MFG. OR CONTR. CAT., CURVE DRAWING OR BROCHURE No: (See Instruction No. 8) | No. OF COPIES | CONTRACT REFERENCE DOCUMENT | | FOR CONTRACTOR USE CODE | VARIATION (See Instruction No. 6) | FOR CE USE CODE |
|---|---|---|---|---|---|---|---|---|
| | | | | SPEC. PARA. No. | DRAWING SHEET No. | | | |
| a. | b. | c. | d. | e. | f. | g. | h. | i. |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

REMARKS:

I certify that the above submitted items have been reviewed in detail and are correct and in strict conformance with the contract drawings and specifications except as otherwise stated.

_____
NAME AND SIGNATURE OF CONTRACTOR

## SECTION II - APPROVAL ACTION

| NAME, TITLE AND SIGNATURE OF APPROVING AUTHORITY: | DATE: |

ENCLOSURES RETURNED: (List by item No.)

# INSTRUCTIONS

1.  Section 1 will be initiated by the Contractor in the required number of copies.

2.  Each transmittal shall be numbered consecutively in the space provided for "Transmittal No." This number, in addition to the contract number, will form a serial number for identifying each submittal. For new submittals or resubmittals mark the appropriate box; on resubmittals, insert transmittal number of last submission as well as the new submittal number.

3.  The "Item No." will be the same "Item No." as indicated on ENG FORM 4288 for each entry on this form.

4.  Submittals requiring expeditious handling will be submitted on a separate form.

5.  Separate transmittal form will be used for submittals under separate sections of the specifications.

6.  A check shall be placed in the "Variation" column when a submittal is not in accordance with the plans and specifications - also, a written statement to that effect shall be included in the space provided for "Remarks".

7.  Form is self-transmittal, letter of transmittal is not required.

8.  When a sample of material or Manufacturer's Certificate of Compliance is transmitted, indicate "Sample" or "Certificate" in column c, Section 1.

9.  U.S. Army Corps of Engineers approving authority will assign action codes as indicated below in space provided in Section 1, column i to   each item submitted. In addition they will ensure enclosures are indicated and attached to the form prior to return to the Contractor. The          Contractor will assign action codes as indicated below in Section 1, column g, to each item submitted.

## THE FOLLOWING ACTION CODES ARE GIVEN TO ITEMS SUBMITTED

A  -  Approved as submitted.

B  -  Approved, except as noted on drawings.

C  -  Approved, except as noted on drawings.
       Refer to attached sheet, resubmission required.

D  -  Will be returned by separate correspondence.

E  -  Disapproved. (See attached)

F  -  'Receipt acknowledged.

FX -  Receipt acknowledged, does not comply as
       noted with contract requirements.

G  -  Other. (Specify)

10.  Approval of items does not relieve the Contractor from complying with all the requirements of the contract plans and specifications.

# SUBMITTAL REGISTER
### (ER 415-1-10)

TITLE AND LOCATION: Inner Harbor Navigation Canal Lock Replacement — Pile Load Test and Pile Installation Study

CONTRACT NO.: 
SPECIFICATION NUMBER: 1399

| ITEM NO. (c) | SPECIFICATION PARAGRAPH NUMBER (d) | DESCRIPTION OF ITEM SUBMITTED (e) | f | g | h | i | j | k | l | m | n | o | p | CONTRACTOR (q) | REMARKS (z) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0100-14 | Access Plan | | | | | | | | | | | X | CO | |
| 2 | 0100-7 | Certificate of Compliance | | | | | | X | | | X | | CO | |
| 3 | 01352-1.4.1 | Environment Pollution Plan | | | | X | | | | | X | | | |
| 4 | 02318-3.1.6 | Compliance Survey | X | X | | | | | | | X | | CO | |
| 5 | 02355-3.3.2 | Pile Test Data | X | X | | X | | | | | | X | ED-FS | |
| 6 | 02355-3.3.3 | Loading Frames | X | X | | | | | | | | X | ED-TM | |
| 7 | 02355-3.3.3 | Casing Deflection Calculations | X | X | | | | | | | | X | ED-TM | |
| 8 | 02355-3.3.3.1 | Test Pile Collar | X | X | | | | | | | | X | ED-TM | |
| 9 | 02355-3.3.4 | Pile Test Equipment Calibration | X | | | | | | | | X | | ED-FS | |
| 10 | 02451-1.8.2.1 | Pile Shop Drawings | X | | | | | | | | | X | ED-TM | |
| 11 | 02451-1.8.2.2 | Mill Test Reports | | | | X | | | | | | X | ED-TM | |
| 12 | 02451-1.8.2.3 | Material Test Reports | | | | X | | | | | | X | ED-TM | |
| 13 | 02451-1.8.2.3 | Welding Procedure | | | X | | | | | | | X | ED-TM | |
| 14 | 02451-1.8.2.5 | Weld Inspector Qualifications | | | | | X | | | | | X | ED-TM | |
| 15 | 02451-1.8.2.6 | NDT field Welds Testing | X | X | | | | | | | | X | ED-TM | |

ENG FORM 4288-R, Mar 95      Edition of Sep 93 is OBSOLETE      PAGE 1 OF 2 PAGES      (Proponent CEMP-CE)

## SUBMITTAL REGISTER
(ER 415-1-10)

**TITLE AND LOCATION:** Inner Harbor Navigation Canal Lock Replacement
Pile Load Test and Pile Installation Study

**CONTRACT NO.**

**SPECIFICATION NUMBER** 1330

| ITEM NO. | SPECIFICATION PARAGRAPH NUMBER | DESCRIPTION OF ITEM SUBMITTED | TYPE OF SUBMITTAL (f–n) | CLASSIFICATION (o=GOVERNMENT APPROVAL / p=APPROVED NEEDED BY CONTRACTOR) | CONTRACTOR (q) REVIEWER | REMARKS |
|---|---|---|---|---|---|---|
| 16 | 02451-1.8.2.7 | Noise&Vibration Monitoring Plan | f=X, g=X | | ED-FS | |
| 17 | 02451-1.8.3 | Delivery,Storage&Handl. Plans | g=X, h=X, i=X | p=X | ED-TM | |
| 18 | 02451-1.8.4 | Pile and Casing Placement Plan | f=X, g=X, h=X | p=X | ED-TM | |
| 19 | 02451-1.8.5 | Pile Driving Records | m=X | o=X | ED-FS | |
| 20 | 02451-3.1.1 | Pile Driving Equipment | f=X, g=X | m=X | ED-FS | |
| 21 | 02451-3.2 | Noise&Vibration Monitoring Rpt | f=X | k=X | ED-FS | |
| 22 | 02451-3.3 | Test Pile& Casing Removal Plan | f=X, g=X | o=X | ED-FS | |
| 23 | 02497-1.8 | Geotechnical Firm Qualifications | i=X | p=X | ED-FS | |
| 24 | 02497-1.8 | Dynamic Testing Work Plan | f=X, g=X, h=X | p=X | ED-FS | |
| 25 | 02497-1.8 | Dynamic Testing Report | f=X | m=X, p=X | ED-FS | |

ENG FORM 4288-R, Mar 95          Edition of Sep 93 is OBSOLETE          PAGE   2   OF 2 PAGES          (Proponent CEMP-CE)

INDEX

## SECTION 01352 - ENVIRONMENTAL PROTECTION

PART 1  GENERAL ............................................................................................1
1.1  SCOPE ...............................................................................................1
1.2  APPLICABLE REGULATIONS ...........................................................1
1.3  MEASUREMENT AND PAYMENT.......................................................1
  1.3.1  Environment Protection .............................................................1
  1.3.2  Hazardous/Regulated Waste .....................................................2
1.4  QUALITY CONTROL...........................................................................2
  1.4.1  General......................................................................................2
  1.4.2  Reporting ..................................................................................2
1.5  NOTIFICATION ..................................................................................3
1.6  LPDES STORM WATER DISCHARGE RULE.....................................3
1.7  SUBCONTRACTORS ..........................................................................4
1.8  IMPLEMENTATION ............................................................................4
PART 2  PRODUCTS (Not Applicable) ..........................................................4
PART 3  EXECUTION......................................................................................4
3.1  PROTECTION OF LAND RESOURCES .............................................4
  3.1.1  General......................................................................................4
  3.1.2  Prevention of Landscape Defacement........................................5
  3.1.3  Temporary Excavation and Embankments .................................5
  3.1.4  Post-Construction Cleanup or Obliteration.................................5
  3.1.5  Recording and Preserving Historical and Archeological Finds ..5
3.2  PROTECTION OF WATER RESOURCES ...........................................5
  3.2.1  Contamination of Water.............................................................5
  3.2.2  Disposal of Materials ................................................................6
  3.2.3  Erosion Control.........................................................................6
3.3  PROTECTION OF FISH AND WILDLIFE .............................................6
3.4  JANITOR SERVICES...........................................................................6
3.5  DISPOSAL OF NON-REGULATED DEBRIS.........................................7
3.6  DISPOSAL OF HAZARDOUS AND/OR REGULATED SOLID WASTES ..........7
  3.6.1  Hazardous Wastes ....................................................................7
  3.6.2  Regulated Solid Wastes ............................................................8
3.7  MAINTENANCE OF POLLUTION CONTROL FACILITIES ...............8
3.8  REPORTING OF POLLUTION SPILLS ...............................................8
POLLUTION PREVENTION PLAN..................................................................10

Ed 99-088

## SECTION 01352 - ENVIRONMENTAL PROTECTION

## PART 1     GENERAL

### 1.1     SCOPE

The work covered by this section consists of furnishing all labor, materials and equipment, and performing all work required for the prevention of environmental pollution and the handling, removal, transportation and disposal of any hazardous and/or regulated solid waste generated during and as the result of construction operations under this contract except for those measures set forth in other provisions of these specifications.  For the purpose of this specification, environmental pollution is defined as the presence of chemical, physical, or biological elements or agents which adversely affect human health or welfare; unfavorably alter ecological balances of importance to man; or degrade the utility of the environment for esthetic and recreational purposes.  The control of environmental pollution requires consideration of air, water, and land, and involves noise, solid waste-management, management of radiant energy and radioactive materials, as well as other pollutants including hazardous wastes, materials, substances and chemicals.

### 1.2     APPLICABLE REGULATIONS

In order to prevent, and to provide for abatement and control of any environmental pollution arising from construction activities in the performance of this contract, the Contractor and his subcontractors shall comply with the Louisiana Pollution Discharge Elimination System (LPDES) General Permit requirements, all applicable Federal, State, and Local laws, and regulations as well as USACE regulations concerning environmental pollution control and abatement and any regulations referred to in the following paragraphs.  For hazardous wastes, materials, substances and chemicals applicable regulations shall include, but are not limited to, 29 CFR 1910.106, 29 CFR 1910.1200, 40 CFR 260-268, 40 CFR 279, 40 CFR 355, 40 CFR 372, 49 CFR 171-178 and USACE EM 385-1-1.

### 1.3     MEASUREMENT AND PAYMENT

### 1.3.1     Environment Protection

No separate measurement or payment will be made for environment protection. Payment for the work covered under this section shall be distributed throughout the existing bid items.

### 1.3.2   Hazardous/Regulated Waste

No separate measurement or payment will be made for the development of the Plan for handling, removal, transportation and disposal of hazardous and/or regulated solid wastes (if necessary).  Payment will be made as an equitable adjustment in contract price under the Contract Clause entitled "CHANGES".

## 1.4   QUALITY CONTROL

### 1.4.1   General

The Contractor shall establish and maintain quality control for environment protection to assure compliance with contract specifications and maintain records of his quality control for all construction operations including but not limited to the following:

(1) Submit plan of Environment Pollution Control.  Include in the plan, a Pollution Prevention Plan (copy enclosed).  For Contractor work activities (such as painting, metal finishing, etc.) that will involve bringing hazardous chemicals, hazardous substances or hazardous materials onto the project site, include in the plan a Hazard Communication Program and Safe Storage Plan.  For Contractor activities that anticipate generation of hazardous wastes at the project site, include in the plan a waste identification / determination and waste disposal plan.  For Contractor on-site activities that pose a risk of an oil or hazardous substance spill, include in the plan a Spill Reporting and Response Plan.

(2) Procure applicable Federal, State, and Local regulations on pollution control.

(3) Air Pollution - Checks made on dust, smoke, and noise.

(4) Water Pollution - Checks made on disposal of water, oil, etc.

(5) Land Pollution - Checks made on disposal of debris, restoration of temporary construction sites, etc.

(6) Monitoring in accordance with the Louisiana Pollution Discharge Elimination System (LPDES).

(7) Training Course for Employees.

### 1.4.2   Reporting

The original and two copies of these records, as well as the records of corrective action taken, shall be furnished the Government daily.  Format of report shall be as prescribed in Section 01451, "CONTRACTOR QUALITY CONTROL".

Ed 99-088

## 1.5    NOTIFICATION

The Contracting Officer will notify the Contractor in writing of any non-compliance with the foregoing provisions and the action to be taken. The Contractor shall, after receipt of such notice, immediately take corrective action. Such notice, when delivered to the Contractor or his authorized representative at the site of the work, shall be deemed sufficient for the purpose. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the time lost due to any such stop orders shall be made the subject of a claim for extension of time or for excess cost of damages by the Contractor.

## 1.6    LPDES STORM WATER DISCHARGE RULE

This project is authorized to discharge storm water associated with construction activity under the terms and conditions imposed by Louisiana Department of Environmental Quality (LDEQ) storm water general permit. An outline (in letter form) of the necessary information to be sent to LDEQ and our Pollution Prevention Plan (PPP) tailored to the construction site are attached at the end of this section. After completion of construction, the Contractor shall submit a notice of termination letter to the LDEQ, with a copy furnished to the Contracting Officer. By submission of this letter, the Contractor is informing LDEQ that construction has been completed and the area is stabilized

## OUTLINE OF LETTER TO BE SENT TO LDEQ SHOWING NOTICE OF INTENT

Ms. Jan Cedars
Municipal Permits Section
Office of Water Resources
Louisiana Department of Environmental Quality
P.O. Box 82215
Baton Rouge, Louisiana 70884-2215

The letter should state that:

1.  The letter is your notice of intent to be covered under the general permit to discharge storm water from a construction site;

2.  The location of the proposed project;

3.  What will be constructed;

4.  The approximate area of land to be disturbed during construction;

5. That you have developed and plan to implement a storm water pollution prevention plan to control/minimize the discharge of pollutants from the construction site.

If you have any questions please call Linda Gauthier at (225) 765-2774 or e-mail at l_gauthier@deq.state.la.us

## 1.7   SUBCONTRACTORS

Compliance with the provisions of this section by subcontractors will be the responsibility of the Contractor.

## 1.8   IMPLEMENTATION

Within 10 days after receipt of Notice of Award, or otherwise directed below, the Contractor shall:

(1) Submit in writing his/her proposals for implementing environmental pollution control at the project site, disposal of debris, non-hazardous wastes and hazardous wastes generated at the project site as well as storage and management of regulated materials, substances and chemicals brought onto and used at the project site.

(2) Meet with representatives of the Contracting Officer to develop mutual understanding relative to compliance with this provision and administration of the environmental pollution control program.

(3) Submit a signed copy of the LPDES NOI before conducting any professional service identified in the storm water pollution prevention plan.

(4) If applicable, submit a plan for the handling, removal, transportation and disposal of hazardous and/or regulated solid wastes generated because of the Contractor's operation.

## PART 2   PRODUCTS (Not Applicable)

## PART 3   EXECUTION

## 3.1   PROTECTION OF LAND RESOURCES

### 3.1.1   General

The land resources within the project boundaries and outside the limits of permanent work performed under this contract shall be preserved in their present condition or be restored to a condition after completion of construction that will appear to be natural and not detract from the appearance of the project. The Contractor shall confine

his/her construction activities to areas defined by the plans or specifications. The following additional requirements are intended to supplement and clarify the requirements of Contract Clauses for "PROTECTION OF EXISTING VEGETATION, STRUCTURES, UTILITIES, AND IMPROVEMENTS," "OPERATIONS AND STORAGE AREAS", and "CLEANING UP".

### 3.1.2    Prevention of Landscape Defacement

Except in areas to be cleared and as provided in paragraph 3.1.3, the Contractor shall not deface, injure, or destroy trees or shrubs, nor remove or cut them without the approval of the Contracting Officer. Felling of trees shall be performed in such a manner as to avoid damage to trees to be left standing. Where trees may possibly be defaced, bruised, injured, or otherwise damaged by the Contractor's operations or equipment, he shall protect adequately such trees. Earth that is displaced into uncleared areas shall be removed. All monuments and markers shall be protected before beginning operations near them. Any trees or other landscape feature scarred or damaged by the Contractor's equipment or operations shall be restored as nearly as possible to its original condition at the Contractor's expense. Trees that are scarred shall be immediately painted with an acceptable tree wound paint. Any trees that are damaged beyond restoration shall be removed and disposed of as directed in paragraph 3.6.

### 3.1.3    Temporary Excavation and Embankments

If the Contractor proposes to construct temporary roads or embankments and excavation for plant and/or work areas, he shall obtain approval of the Contracting Officer prior to start of such temporary work.

### 3.1.4    Post-Construction Cleanup or Obliteration

The Contractor shall obliterate all signs of temporary construction facilities such as haul roads, work areas, structures, and foundations of temporary structures,. The Contractor will be required to restore the construction area to preconstruction condition, except for the stockpile.

### 3.1.5    Recording and Preserving Historical and Archeological Finds

All items having any apparent historical or archeological interest which are discovered in the course of any construction activities shall be carefully preserved. The Contractor shall leave the archeological find undisturbed and shall immediately report the find to the Contracting Officer so that the proper authorities may be notified.

Ed 99-088

## 3.2     PROTECTION OF WATER RESOURCES

### 3.2.1     Contamination of Water

The Contractor shall not pollute lakes, ditches, rivers, bayous, canals, groundwater, waterways, or reservoirs with fuels, oils, bitumens, calcium chloride, insecticides, herbicides, or other materials harmful to fish, shellfish, or wildlife, or materials which may be a detriment to outdoor recreation.

### 3.2.2     Disposal of Materials

The methods and locations of disposal of materials, wastes, effluents, trash, garbage, oil, grease, chemicals, etc., within the right-of-way limits shall be such that harmful debris will not enter lakes, ditches, rivers, bayous, canals, groundwater, waterways, or reservoirs by erosion, and thus prevent the use of the area for recreation or present a hazard to wildlife.

### 3.2.3     Erosion Control

Surface drainage from cuts and fills within the construction limits, whether or not completed, and from borrow and waste disposal areas, shall, if turbidity producing materials are present, be held in suitable sedimentation ponds or shall be graded to control erosion within acceptable limits.  Temporary erosion and sediment control measures such as berms, dikes, drains, hay bales, erosion control fences or curtains, or sedimentation basins, if required to meet the above standards, shall be provided and maintained until permanent drainage and erosion control facilities are completed and operative.  The area of bare soil exposed at any one time by construction operations shall not exceed that necessary to perform the work.  Stream crossings by fording with equipment shall be limited to control turbidity and in areas of frequent crossings temporary culverts or bridges shall be installed.  Any temporary culverts or bridges shall be removed upon completion of the project.  Fills and waste area shall be constructed by selective placement to eliminate silts or clays on the surface that will erode and contaminate adjacent streams.

## 3.3     PROTECTION OF FISH AND WILDLIFE

The Contractor shall at all times perform all work and take such steps required to prevent any interference or disturbance to fish and wildlife.  The Contractor will not be permitted to alter water flows or otherwise disturb native habitat adjacent to the project area which are critical to fish or wildlife.

## 3.4     JANITOR SERVICES

The Contractor shall furnish daily janitorial services for all the offices, shops, laboratories, or other buildings being used by the Contractor or Government

Ed 99-088

employees, whether existing or Contractor furnished, and perform any required maintenance of the facilities and grounds during the life of the contract. Toilet facilities shall be kept clean and sanitary at all times. Services shall be performed at such a time and in such a manner to least interfere with the operations but will be accomplished only when the buildings are in daily use. Services shall be accomplished to the satisfaction of the Contracting Officer. The Contractor shall also provide daily trash collection and cleanup of the buildings and adjacent outside areas, snow removal as required, and shall dispose of all discarded debris, aggregate samples and concrete test samples in a manner approved by the Contracting Officer.

## 3.5    DISPOSAL OF NON-REGULATED DEBRIS

All debris resulting from construction operations on this contract shall be disposed of in accordance with 02231-3.4.

## 3.6    DISPOSAL OF HAZARDOUS AND/OR REGULATED SOLID WASTES

If any hazardous or regulated solid wastes will be generated as a result of the Contractor's operations, the Contractor shall submit a plan which details the proper handling, removal, transportation and disposal of such wastes. The plan shall identify what types of hazardous and/or regulated solid wastes will be generated and shall list the hazards involved with each waste. All waste generated on-site by the Contractor must be properly identified within 30 days of generation. No regulated wastes shall be allowed to accumulate on-site for more than 90 days. Regulated solid wastes are those listed in the Louisiana Administrative Code (LAC), Title 33, Environmental Quality, Part VII, Solid Waste Regulations (Feb 93). The plan shall include Material Safety Data Sheets (MSDS), if applicable, for all wastes expected to be generated.

### 3.6.1    Hazardous Wastes

For the handling, removal, transportation and disposal of any generated hazardous wastes, the plan shall conform to the requirements of 29 CFR 1910.120. All employees of the Contractor or his/her Subcontractors, who will be directly involved in the handling and/or removal of hazardous wastes shall be trained in accordance with 29 CFR 1910.120. In addition, the employees shall have undergone a medical evaluation in accordance with 29 CFR 1910.120. The Contractor shall include copies of employees' certifications and medical examinations as part of the plan specified herein. The plan shall also address the proper Personnel Protective Equipment (PPE) that the employees will be required to wear during the handling and removal of hazardous wastes. The Contractor shall obtain an EPA ID# and Hazardous Waste Disposal Manifests and shall sign the manifests as the generator. Wastes shall be transported via state and Federal approved hazardous waste transporter and disposed of at a state and Federal approved temporary, storage and

disposal (TSD) facility. Copies of licenses and certifications of the transporter and TSD shall be included in the plan. The plan shall list the name and address of each transporter and TSD to be utilized. The Contractor shall be responsible for any sampling and analysis required by the TSD for characterization purposes. The Contractor shall submit to the Contracting Officer completed copies of all Hazardous Waste Disposal Manifests within five (5) days after ultimate disposal at the TSD. Other regulations applicable to the handling, removal, transportation and disposal of hazardous wastes are: 40 CFR 261 "Identification and Listing of Hazardous Wastes"; 40 CFR 262 "Standards Applicable to Generators of Hazardous Wastes"; 40 CFR 268 "Land Disposal Restrictions"; and, Louisiana Administrative Code (LAC), Title 33, Environmental Quality, Part V., Hazardous Waste and Hazardous Materials (December 31, 1993).

## 3.6.2    Regulated Solid Wastes

For the handling, removal, transportation and disposal of any generated regulated solid wastes, the plan shall conform to the requirements of Louisiana Administrative Code (LAC), Title 33, Environmental Quality, Part V., Solid Waste Regulation (February 1993). Solid wastes shall be transported to a Federal and state approved TSD, oil recycler or Industrial Type I Landfill. The Contractor shall identify in the plan how he/she intends to dispose of each solid waste. The plan shall include the name, address, licenses and certifications of each disposal facility that will be used. If disposal manifests are required, the Contractor shall sign them as the generator. The Contractor shall be responsible for any sampling and analyses that may be required by the disposal facility(ies) for characterization purposes. Licenses and certifications of the transporter and disposal facilities shall be included in the plan. The Contractor shall submit to the Contracting Officer a completed copy of any waste disposal manifests within five (5) days after ultimate disposal.

## 3.7    MAINTENANCE OF POLLUTION CONTROL FACILITIES

During the life of this contract the Contractor shall maintain all facilities constructed for pollution control under this contract as long as the operations creating the particular pollutant are being carried out or until the material concerned has become stabilized to the extent that pollution is no longer being created. Early in the construction period the Contractor shall conduct a training course that will emphasize all phases of environmental protection.

## 3.8    REPORTING OF POLLUTION SPILLS

In the event that an oil spill or chemical release occurs during the performance of this contract, the Contractor is required to contact the National Response Center, telephone number 1-800-424-8802 as soon as possible, or if telephone communication is not possible, the nearest U.S. Coast Guard office may be contacted by radio to report the spill, (33 CFR 153.203). The Contractor shall comply with any instructions from the responding agency concerning containment and/or cleanup of the spill.

01352-9                                                    Ed 99-088

## POLLUTION PREVENTION PLAN

The Contractor shall review the Pollution Prevention Plan for compliance. In addition, the Contractor shall ascertain that his subcontractors have reviewed the plan, and that they comply with its provisions. The Pollution Prevention Plan is as follows:

1. The project is located in Orleans Parish, Louisiana, in and along the east side of the Inner Harbor Navigation Canal (IHNC), between Claiborne Avenue and Florida Avenue. Approximate latitude and longitude of the project site are 29 deg. 58 min. 24 sec. and 90 deg. 01 min. 27 sec., respectively. The work consists of excavating pile test area; driving steel pipe piles onshore and in the IHNC; performing pile tests; and other incidental work. The small amount of excavation at the pile test site is required to level the existing ground surface.

2. The total project area is approximately 4 acres, while 0.3 acres are expected to undergo excavation during the construction contract.

3. The project site is located in an industrial area on the floodside of the hurricane protection system. The site drains into the IHNC. The runoff is dissipated via the IHNC to Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, and finally to the Gulf of Mexico.

4. The small quantity of stockpile material will be graded to minimize any occurrence of turbidity into the adjacent waterway from stormwater runoff. Sediments are expected to be filtered out of the stormwater runoff within the adjacent land mass before entering the IHNC.

5. The estimated runoff coefficient for the project site is 0.3 (Rational Method runoff coefficient). There will be no increase in impervious area resulting from the proposed excavation.

6. The Gulf of Mexico is the ultimate receiving body for the runoff water.

INDEX

## SECTION 01451 – CONTRACTOR QUALITY CONTROL

PART 1  GENERAL...................................................................................................1
  1.1  REFERENCES ...............................................................................................1
  1.2  PAYMENT.....................................................................................................1
PART 2  PRODUCTS (Not Applicable) .......................................................................1
PART 3  EXECUTION ...............................................................................................1
  3.1  GENERAL....................................................................................................1
  3.2  QUALITY CONTROL PLAN............................................................................2
    3.2.1  General...............................................................................................2
    3.2.2  Content of the CQC Plan.....................................................................2
    3.2.3  Acceptance of Plan.............................................................................3
  3.3  COORDINATION MEETING ...........................................................................3
  3.4  QUALITY CONTROL ORGANIZATION ...........................................................4
    3.4.1  General...............................................................................................4
    3.4.2  CQC System Manager..........................................................................4
    3.4.3  CQC Personnel....................................................................................4
    3.4.4  Additional Requirement ......................................................................5
    3.4.5  Organizational Changes......................................................................5
  3.5  SUBMITTALS ...............................................................................................5
  3.6  CONTROL....................................................................................................5
    3.6.1  Preparatory Phase...............................................................................6
    3.6.2  Initial Phase .......................................................................................7
    3.6.3  Follow-up Phase..................................................................................7
    3.6.4  Additional Preparatory and Initial Phases.............................................7
  3.7  TESTS .........................................................................................................8
    3.7.1  Testing Procedure ..............................................................................8
    3.7.2  Testing Laboratories............................................................................8
      3.7.2.1 Capability Check...........................................................................8
      3.7.2.2 Capability Recheck.......................................................................9
    3.7.3  Onsite Laboratory ..............................................................................9
    3.7.4  Furnishing or Transportation of Samples for Testing..............................9
  3.8  COMPLETION INSPECTION ..........................................................................9
    3.8.1  Punch-Out Inspection .........................................................................9
    3.8.2  Pre-Final Inspection..........................................................................10
    3.8.3  Final Acceptance Inspection..............................................................10
  3.9  DOCUMENTATION .....................................................................................10
  3.10 SAMPLE FORMS .......................................................................................11
  3.11 NOTIFICATION OF NONCOMPLIANCE ......................................................11

## SECTION 01451 - CONTRACTOR QUALITY CONTROL

PART 1     GENERAL

1.1     REFERENCES

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

### AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM D 3740(1994a)          Minimum Requirements for Agencies Engaged in the Testing and/or Inspection of Soil and Rock as Used in Engineering Design and Construction

ASTM E 329 (1995b)          Agencies Engaged in the Testing and/or Inspection of Materials Used in Construction

1.2     PAYMENT

Separate payment will not be made for providing and maintaining an effective Quality Control program, and all costs associated therewith shall be included in the applicable unit prices or lump-sum prices contained in the Bidding Schedule.

PART 2     PRODUCTS (Not Applicable)

PART 3     EXECUTION

3.1     GENERAL

The Contractor is responsible for quality control and shall establish and maintain an effective quality control system in compliance with the Contract Clause titled "INSPECTION OF CONSTRUCTION." The quality control system shall consist of plans, procedures, and organization necessary to produce an endproduct which complies with the contract requirements. The system shall cover all construction operations, both onsite and offsite, and shall be keyed to the proposed construction sequence. The project superintendent will be held responsible for the quality of work on the job and is subject to removal by the Contracting Officer for non-compliance with quality requirements specified in the contract. The project superintendent in this context shall mean the individual with the responsibility for the overall management of the project including quality and production.

## 3.2    QUALITY CONTROL PLAN

### 3.2.1    General

The Contractor shall furnish for review by the Government, not later than 15 days after receipt of notice of award, the Contractor Quality Control (CQC) Plan proposed to implement the requirements of the Contract Clause titled "INSPECTION OF CONSTRUCTION." The plan shall identify personnel, procedures, control, instructions, test, records, and forms to be used. The Government will consider an interim plan for the first 30 days of operation. Construction will be permitted to begin only after acceptance of the CQC Plan or acceptance of an interim plan applicable to the particular feature of work to be started. Work outside of the features of work included in an accepted interim plan will not be permitted to begin until acceptance of a CQC Plan or another interim plan containing the additional features of work to be started.

### 3.2.2    Content of the CQC Plan

The CQC Plan shall include, as a minimum, the following to cover all construction operations, both onsite and offsite, including work by subcontractors, fabricators, suppliers, and purchasing agents:

a. A description of the quality control organization, including a chart showing lines of authority and acknowledgment that the CQC staff shall implement the three phase control system for all aspects of the work specified. The staff shall include a CQC System Manager who shall report to the project superintendent.

b. The name, qualifications (in resume format), duties, responsibilities, and authorities of each person assigned a CQC function.

c. A copy of the letter to the CQC System Manager signed by an authorized official of the firm which describes the responsibilities and delegates sufficient authorities to adequately perform the functions of the CQC System Manager, including authority to stop work which is not in compliance with the contract. The CQC System Manager shall issue letters of direction to all other various quality control representatives outlining duties, authorities, and responsibilities. Copies of these letters shall also be furnished to the Government.

d. Procedures for scheduling, reviewing, certifying, and managing submittals, including those of subcontractors, offsite fabricators, suppliers, and purchasing agents. These procedures shall be in accordance with Section 01330, "SUBMITTAL PROCEDURES".

e. Control, verification, and acceptance testing procedures for each specific test to include the test name, specification paragraph requiring test, feature of work to

be tested, test frequency, and person responsible for each test. (Laboratory facilities will be approved by the Contracting Officer.)

f. Procedures for tracking preparatory, initial, and follow-up control phases and control, verification, and acceptance tests including documentation.

g. Procedures for tracking construction deficiencies from identification through acceptable corrective action. These procedures shall establish verification that identified deficiencies have been corrected.

h. Reporting procedures, including proposed reporting formats.

i. A list of the definable features of work. A definable feature of work is a task which is separate and distinct from other tasks, has separate control requirements, and may be identified by different trades or disciplines, or it may be work by the same trade in a different environment. Although each section of the specifications may generally be considered as a definable feature of work, there is frequently more than one definable feature under a particular section. This list will be agreed upon during the coordination meeting.

### 3.2.3    Acceptance of Plan

Acceptance of the Contractor's plan is required prior to the start of construction. Acceptance is conditional and will be predicated on satisfactory performance during the construction. The Government reserves the right to require the Contractor to make changes in his CQC Plan and operations including removal of personnel, as necessary, to obtain the quality specified.

### 3.2.4    Notification of Changes

After acceptance of the CQC Plan, the Contractor shall notify the Contracting Officer in writing of any proposed change. Proposed changes are subject to acceptance by the Contracting Officer.

### 3.3    COORDINATION MEETING

After the Preconstruction Conference, before start of construction, and prior to acceptance by the Government of the CQC Plan, the Contractor shall meet with the Contracting Officer or Authorized Representative and discuss the Contractor's quality control system. The CQC Plan shall be submitted for review a minimum of 14 calendar days prior to the Coordination Meeting. During the meeting, a mutual understanding of the system details shall be developed, including the forms for recording the CQC operations, control activities, testing, administration of the system for both onsite and offsite work, and the interrelationship of Contractor's Management and control with the Government's Quality Assurance. Minutes of the meeting shall be prepared by the Government and signed by both the Contractor and the

Ed 99-088

Contracting Officer. The minutes shall become a part of the contract file. There may be occasions when subsequent conferences will be called by either party to reconfirm mutual understandings and/or address deficiencies in the CQC system or procedures that may require corrective action by the Contractor.

## 3.4    QUALITY CONTROL ORGANIZATION

### 3.4.1    General

The requirements for the CQC organization are a CQC System Manager and sufficient number of additional qualified personnel to ensure contract compliance. The Contractor shall provide a CQC organization that shall be at the site at all times during progress of the work and with complete authority to act necessary to ensure compliance with the contract. All CQC staff members shall be subject to acceptance by the Contracting Officer.

### 3.4.2    CQC System Manager

The Contractor shall identify as CQC System Manager an individual within his/her organization at the site of the work who shall be responsible for overall management of CQC and have the authority to act in all CQC matters for the Contractor. The CQC System Manager shall be a construction person with a minimum of 3 years in related work. This CQC System Manager shall be on the site at all times during construction and will be employed by the prime Contractor. The CQC System Manager shall be assigned as System Manager but may have duties as project superintendent in addition to quality control. An alternate for the CQC System Manager will be identified in the plan to serve in case of the System Manager's absence. The requirements for the alternate will be the same as for the designated CQC System Manager.

### 3.4.3    CQC Personnel

In addition to CQC personnel specified elsewhere in the contract, the Contractor shall provide as part of the CQC organization specialized personnel to assist the CQC System Manager for the following areas: civil, structural, and submittals clerk. These individuals may be employees of the prime or subcontractor; be responsible to the CQC System Manager; be physically present at the construction site during work on their areas of responsibility; have the necessary education and/or experience in accordance with the experience matrix listed herein. These individuals may perform other duties but must be allowed sufficient time to perform their assigned quality control duties as described in the Quality Control Plan.

Ed 99-088

Experience Matrix

| Area | Qualifications |
|---|---|
| a. Civil Graduate | Civil Engineer with 2 years experience in the type of work being performed on this project or technician with five yrs related experience |
| b. Structural Graduate | Structural Engineer with two yrs experience or person with five yrs related experience |
| c. Submittals | Submittal Clerk with 1 yrs experience |

3.4.4     Additional Requirement

In addition to the above experience and education requirements the CQC System Manager shall have completed the course entitled "Construction Quality Management For Contractors". This course is periodically offered at the New Orleans District and other Corps of Engineers districts

3.4.5     Organizational Changes

The Contractor shall maintain the CQC staff at full strength at all times. When it is necessary to make changes to the CQC staff, the Contractor shall revise the CQC Plan to reflect the changes and submit the changes to the Contracting Officer for acceptance.

.3.5     SUBMITTALS

Submittals shall be made as specified in Section 01330 SUBMITTAL PROCEDURES. The CQC organization shall be responsible for certifying that all submittals comply with the contract requirements.

3.6     CONTROL

Contractor Quality Control is the means by which the Contractor ensures that the construction, to include that of subcontractors and suppliers, complies with the requirements of the contract. At least three phases of control shall be conducted by the CQC System Manager for each definable feature of work as follows:

## 3.6.1    Preparatory Phase

This phase shall be performed prior to beginning work on each definable feature of work, after all required plans/documents/materials are approved/accepted, and after copies are at the work site.  This phase shall include:

a. A review of each paragraph of applicable specifications.

b. A review of the contract drawings.

c. A check to assure that all materials and/or equipment have been tested, submitted, and approved.

d. Review of provisions that have been made to provide required control inspection and testing.

e. Examination of the work area to assure that all required preliminary work has been completed and complies with the contract.

f. A physical examination of required materials, equipment, and sample work to assure that they are on hand, conform to approved shop drawings or submitted data, and are properly stored.

g. A review of the appropriate activity hazard analysis to assure safety requirements are met.

h. Discussion of procedures for controlling quality of the work ,including repetitive deficiencies.  Document construction tolerances and workmanship standards for that feature of work.

i. A check to ensure that the portion of the plan for the work to be performed has been accepted by the Contracting Officer.

j. Discussion of the initial control phase.

k. The Government Quality Assurance personnel shall be notified at least 48 hours in advance of beginning the preparatory control phase.  The Contractor shall submit a written agenda of the topics to be discussed at the preparatory meeting on the day prior to the meeting date. This phase shall include a meeting conducted by the CQC System Manager and attended by the superintendent, other CQC personnel (as applicable), and the foreman responsible for the definable feature.  The results of the preparatory phase actions shall be documented by separate minutes prepared by the CQC System Manager and attached to the daily CQC report.  The Contractor shall instruct applicable

Ed 99-088

workers as to the acceptable level of workmanship required in order to meet contract specifications.

3.6.2     Initial Phase

This phase shall be accomplished at the beginning of a definable feature of work. The following shall be accomplished:

a. A check of work to ensure that it is in full compliance with contract requirements. Review minutes of the preparatory meeting.

b. Verify adequacy of controls to ensure full contract compliance. Verify required control inspection and testing.

c. Establish level of workmanship and verify that it meets minimum acceptable workmanship standards. Compare with required sample panels as appropriate.

d. Resolve all differences.

e. Check safety to include compliance with and upgrading of the safety plan and activity hazard analysis. Review the activity analysis with each worker.

f. The Government shall be notified at least 24 hours in advance of beginning the initial phase. Separate minutes of this phase shall be prepared by the CQC System Manager and attached to the daily CQC report. Exact location of initial phase shall be indicated for future reference and comparison with follow-up phases.

g. The initial phase should be repeated for each new crew to work onsite, or any time acceptable specified quality standards are not being met.

3.6.3     Follow-up Phase

Daily checks shall be performed to assure control activities, including control testing, are providing continued compliance with contract requirements, until completion of the particular feature of work. The checks shall be made a matter of record in the CQC documentation. Final follow-up checks shall be conducted and all deficiencies corrected prior to the start of additional features of work that may be affected by the deficient work. The Contractor shall not build upon nor conceal non-conforming work.

3.6.4     Additional Preparatory and Initial Phases

Additional preparatory and initial phases shall be conducted on the same definable features of work if the quality of on-going work is unacceptable, if there are changes in the applicable CQC staff, onsite production supervision or work crew, if work on a definable feature is resumed after a substantial period of inactivity, or if other problems develop.

Ed 99-088