## 3.7    TESTS

### 3.7.1    Testing Procedure

The Contractor shall perform specified or required tests to verify that control measures are adequate to provide a product that conforms to contract requirements. Upon request, the Contractor shall furnish to the Government duplicate samples of test specimens for possible testing by the Government. Testing includes operation and/or acceptance tests when specified. The Contractor shall procure the services of a Corps of Engineers approved testing laboratory or establish an approved testing laboratory at the project site. Depending upon the workload by the Government inspecting agency, acceptance or rejection of the Contractor proposed testing laboratory is usually done approximately 60 to 120 days after notification is received from the Contractor. The certification will be valid for two years. The Contractor shall perform the following activities and record and provide the following data:

    a. Verify that testing procedures comply with contract requirements.

    b. Verify that facilities and testing equipment are available and comply with testing standards.

    c. Check test instrument calibration data against certified standards.

    d. Verify that recording forms and test identification control number system, including all of the test documentation requirements, have been prepared.

    e. Results of all tests taken, both passing and failing tests, shall be recorded on the CQC report for the date taken. Specification paragraph reference, location where tests were taken, and the sequential control number identifying the test shall be given. If approved by the Contracting Officer, actual test reports may be submitted later with a reference to the test number and date taken. An information copy of tests performed by an offsite or commercial test facility shall be provided directly to the Contracting Officer. Failure to submit timely test reports as stated may result in nonpayment for related work performed and disapproval of the test facility for this contract.

### 3.7.2    Testing Laboratories

### 3.7.2.1    Capability Check

The Government reserves the right to check laboratory equipment in the proposed laboratory for compliance with the standards set forth in the contract specifications and to check the laboratory technician's testing procedures and techniques.

Laboratories utilized for testing soils, concrete, asphalt, and steel shall meet criteria detailed in ASTM D 3740 and ASTM E 329.

### 3.7.2.2    Capability Recheck

If the selected laboratory fails the capability check, the Contractor will be assessed a charge of $3500.00 to reimburse the Government for each succeeding recheck of the laboratory or the checking of a subsequently selected laboratory. Such costs will be deducted from the contract amount due the Contractor.

### 3.7.3    Onsite Laboratory

The Government reserves the right to utilize the Contractor's control testing laboratory and equipment to make assurance tests and to check the Contractor's testing procedures, techniques, and test results at no additional cost to the Government.

### 3.7.4    Furnishing or Transportation of Samples for Testing

Costs incidental to the transportation of samples or materials shall be borne by the Contractor. Samples of materials for test verification and acceptance testing by the Government shall be delivered to the Corps of Engineers Laboratory, f.o.b., at the following address:

> U.S. Army Engineer Waterways Experiment Station
> 3909 Halls Ferry Road
> Vicksburg, Mississippi 39180-6199

## 3.8    COMPLETION INSPECTION

### 3.8.1    Punch-Out Inspection

Near the completion of all work or any increment thereof established by a completion time stated in the Special Contract Requirement entitled "COMMENCEMENT, PROSECUTION, AND COMPLETION OF WORK," or stated elsewhere in the specifications, the CQC System Manager shall conduct an inspection of the work and develop a punch list of items which do not conform to the approved drawings and specifications. Such a list of deficiencies shall be included in the CQC documentation, as required by paragraph 3.9, and shall include the estimated date by which the deficiencies will be corrected. The CQC System Manager or staff shall make a second inspection to ascertain that all deficiencies have been corrected. Once this is accomplished, the Contractor shall notify the Government that the facility is ready for the Government Pre-Final inspection.

### 3.8.2    Pre-Final Inspection

The Government will perform this inspection to verify that the work is complete. A Government Pre-Final Punch List may be developed as a result of this inspection. The Contractor's CQC System Manager shall ensure that all items on this list have been corrected before notifying the Government so that a Final inspection with the customer can be scheduled. Any items noted on the Pre-Final inspection shall be corrected in a timely manner. These inspections and any deficiency corrections required by this paragraph shall be accomplished within the time slated for completion of the entire work or any particular increment thereof if the project is divided into increments by separate completion dates.

### 3.8.3    Final Acceptance Inspection

The Contractor's Quality Control Inspection personnel, plus the superintendent or other primary management person, and the Contracting Officer's Representative shall be in attendance at this inspection. Additional Government personnel including, but not limited to, those from the New Orleans District, Mississippi Valley Division, and local interest may also be in attendance. The final acceptance inspection will be formally scheduled by the Contracting Officer based upon results of the Pre-Final inspection. Notice shall be given to the Contracting Officer at least 14 days prior to the final acceptance inspection and shall include the Contractor's assurance that all specific items previously identified to the Contractor as being unacceptable, along with all remaining work performed under the contract, will be complete and acceptable by the date scheduled for the final acceptance inspection. Failure of the Contractor to have all contract work acceptably complete for this inspection will be cause for the Contracting Officer to bill the Contractor for the Government's additional inspection cost in accordance with the contract clause titled "INSPECTION OF CONSTRUCTION".

## 3.9    DOCUMENTATION

The Contractor shall maintain current records providing factual evidence that required quality control activities and/or tests have been performed. These records shall include the work of subcontractors and suppliers and shall be on an acceptable form that includes, as a minimum, the following information:

    a. Contractor/subcontractor and their area of responsibility.

    b. Operating plant/equipment with hours worked, idle, or down for repair.

    c. Work performed each day, giving location, description, and by whom. When Network Analysis (NAS) is used, identify each phase of work performed each day by NAS activity number.

Ed 99-088

d. Test and/or control activities performed with results and references to specifications/drawings requirements. The control phase should be identified (Preparatory, Initial, Follow-up). List deficiencies noted along with corrective action.

e. Quantity of materials received at the site with statement as to acceptability, storage, and reference to specifications/drawings requirements.

f. Submittals reviewed, with contract reference, by whom, and action taken.

g. Off-site surveillance activities, including actions taken.

h. Job safety evaluations stating what was checked, results, and instructions or corrective actions.

i. Instructions given/received and conflicts in plans and/or specifications.

j. Contractor's verification statement. These records shall indicate a description of trades working on the project; the number of personnel working; weather conditions encountered; and any delays encountered. These records shall cover both conforming and deficient features and shall include a statement that equipment and materials incorporated in the work and workmanship comply with the contract. The original and two copies of these records in report form shall be furnished to the Government daily within 12 hours after the date covered by the report, except that reports need not be submitted for days on which no work is performed. As a minimum, one report shall be prepared and submitted for every 7 days of no work and on the last day of a no work period. All calendar days shall be accounted for throughout the life of the contract. The first report following a day of no work shall be for that day only. Reports shall be signed and dated by the CQC System Manager. The report from the CQC System Manager shall include copies of test reports and copies of reports prepared by all subordinate quality control personnel.

3.10   SAMPLE FORMS

Sample forms for guidance in preparing the CQC Plan are enclosed at the end of this section.

3.11   NOTIFICATION OF NONCOMPLIANCE

The Contracting Officer will notify the Contractor of any detected noncompliance with the foregoing requirements. The Contractor shall take immediate corrective action after receipt of such notice. Such notice, when delivered to the Contractor at the work site, shall be deemed sufficient for the purpose of notification. If the Contractor fails or refuses to comply promptly, the Contracting Officer may issue an order stopping all or part of the work until satisfactory corrective action has been taken. No part of the

Ed 99-088

time lost due to such stop orders shall be made the subject of claim for extension of time or for excess costs or damages by the Contractor.

# Q. C. ACTIVITIES & TESTING REQUIREMENTS
## FOR DEFINABLE FEATURES OF WORK

## CONTRACT DACW29- - - ___

Definable Feature: Cast In-Place Structural Concrete
Section 03301

| Definable Feature | | Submittal | Quality Control Activities | | |
|---|---|---|---|---|---|
| D scription | Spec. Para. | Req'd | Description of Observation Procedure or Test Required | Freq. | Remarks |
| Concrete - Grout, Water | 03301-15.1.4.1 03301-15.5.1.6 | Submittal Register | Grout certificate, equipment & method used, & source of mixing & curing water | Once prior to placement | |
| Concrete - Finishing Formed Surfaces | 03301-12.2 | QC Report | Visually inspect all finishing is started within 24 hours of form removal, tie rod holes & defective concrete voids and honeycombs are filled properly, smooth surface | After each placement | |
| Concrete - Fine Aggregate | 03301-15.2.1.1 | QC Report | Sieve analysis and fineness modulus determination | At least once each delivery | Testing by Laboratory |
| Concrete - Coarse Aggregate | 03301-15.2.2 | QC Report | Sieve Analysis | At least once each delivery | Testing by Laboratory |
| Concrete - Moisture Test | 03301-15.2.2.2 | QC Report | Test for moisture content for each size coarse aggregate | At least once each delivery | Testing by Laboratory |
| Concrete - Mixer Uniformity | C03301-15.2.12 | QC Report | Uniformity of concrete determined in accordance with ASTM C 94. | Prior to concrete placement & 1/ 6 mo | |

SAMPLE CQC PLAN

QCFORM-1

# Q. C. ACTIVITIES & TESTING REQUIREMENTS
## FOR DEFINABLE FEATURES OF WORK

### CONTRACT DACW29- _ _ _ __

Definable Feature: Cast In-Place Structural Concrete
Section 03301

| Definable Feature | | Submittal | Quality Control Activities | | |
|---|---|---|---|---|---|
| Description | Spec. Para. | Req'd | Description of Observation Procedure or Test Required | Freq. | Remarks |
| Concrete | 03301-5.3 | Submittal Register | Submit batch plant details, mixer details, conveying methods and equipment, placing, joint clean-up, curing, and weather requirements | once 14 days prior to placement | |
| Concrete | 03301-3.1.1 | Submittal Register | Submit 500 lb sample of aggregate to Waterway Experiment Station for testing if an approved supplier is not used | Once prior to concrete placement | |
| Concrete | 03301-5.1.1 | Submittal Register | Submit concrete mixture proportion | Once | |
| Concrete - Materials | 03301-5.1.2 | Submittal Register | Submit cement cert. of compliance | Once | Testing by supplier or lab |
| | 03301-5.1.5 | | Submit sieve analysis for aggregates | | |
| | 03301-5.2.3 | | Submit air-entraining agent cert. of compliance | | |
| | 03301-5.2.5 | | Submit curing compound cert. of compliance | | |

SAMPLE CQC PLAN

QCFORM-2

## Q. C. ACTIVITIES & TESTING REQUIREMENTS
## FOR DEFINABLE FEATURES OF WORK
### CONTRACT DACW29-___-___

Definable Feature: Cast In-Place Structural Concrete
Section 03301

| Definable Feature | | Submittal | Quality Control Activities | | |
|---|---|---|---|---|---|
| Description | Spec. Para. | Req'd | Description of Observation Procedure or Test Required | Freq. | Remarks |
| Concrete - Placement Preparations | 03301-15.2.7 | QC Report & LMV Form 1246 | Visually & Measure as needed, prior to placement, foundations, const. joints, forms, embedded items, etc., to verify that concrete placement OK | Prior to placement | |
| Concrete - Air Content | 03301-15.2.6.1 | QC Report | Test Concrete for air content | Twice per day | Use Laboratory |
| Concrete - Slump | 03301-15.2.5.2 | QC Report | Test Concrete slump | Twice per day | Use Laboratory |
| Concrete - Placement | 03301-15.2.8 | QC Report | Visually inspect placement operations, to verify proper equipment, methods, time interval, temp., yardage placed, & placement method | Each Placement | |
| Concrete - Curing | 03301-13.2.4 | QC Report | Inspect all surfaces subject to moist curing & impervious sheet curing | At least once/day | Including weekend/hol. |
| Concrete - Curing | 03301-13.3 | QC Report | Assure that curing compound is mixed properly, & meets minimum pressure and coverage requirements | After removal of forms | Measure & visual |
| Concrete - Vibration | 03301-15.2.9 | QC Report | Test frequency and amplitude of vibrator | Prior to 1st use & 1/month | |

QCFORM-3

SAMPLE CQC PLAN

# DEFICIENCY REPORT

Contract No.: DACW29-___-___-____          DCR NO.: _____

Project
Name:_____

Contractor:

_____

Description of Deficiency:

_____
_____
_____
_____
_____
_____
_____
_____
_____

Sketch Attached:   Yes___   No___

Issued By: _____ Date: _____

Approved and Logged By: _____ Date: _____
                                          CQCM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Planned Corrective Action:

_____
_____
_____
_____
_____
_____
_____
_____

CO or Representative: _____ Date: _____

CQCM: _____ Date: _____

Corrective Action Implemented: _____ Date: _____
                                 Project Super.

Corrective Action Inspected: _____ Date: _____
                                    CQCM

# DEFICIENCY REPORT TRACKING LOG

Contract No. DACW29-__-__-___

| DR NUMBER | DATE ISSUED | ISSUED BY (Initial) | WORK FEATURE (See DR Report for details) | DATE CORRECTED | DATE INSPECTED | INSPECTOR (INITIAL) |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

CQCFORM-1

# CONTRACTOR QUALITY CONTROL (CQC) FORM

*Contractor's Name*

_____

_____

_____

Daily Report No: _____          Date: _____

Contract No: DACW29-___-___-____

Project Title and Location: _____

Weather: _____ Rain: ____in.     Temp: ____Min. ___ Max.

## 1. Contractor/Subcontractors and Area of Responsibility:

| NUMBER | TRADE | HOURS | EMPLOYER | LOCATION/DESCRIPTION |
|--------|-------|-------|----------|----------------------|
|        |       |       |          |                      |
|        |       |       |          |                      |
|        |       |       |          |                      |
|        |       |       |          |                      |
|        |       |       |          |                      |
|        |       |       |          |                      |
|        |       |       |          |                      |

## 2. Operating Plant of Equipment. (Not hand tools)

| PLANT/ EQUIPMENT | DATE OF ARRIVAL/ DEPARTURE | LEASED/ OWNED L OR O | DATE OF SAFETY CHECK | HOURS USED | HOURS IDLE | HOURS REPAIR |
|------------------|----------------------------|----------------------|----------------------|------------|------------|--------------|
|                  |                            |                      |                      |            |            |              |
|                  |                            |                      |                      |            |            |              |
|                  |                            |                      |                      |            |            |              |
|                  |                            |                      |                      |            |            |              |
|                  |                            |                      |                      |            |            |              |

3. Work performed today: (Indicate location and description of work performed by prime and/or subcontractor by letter in table above.)

_____
_____
_____
_____
_____
_____
_____

4. Results of control activities: (Indicate whether P - preparatory, I - Initial, or F - Follow-up Phase. When a P or I meeting is conducted, complete appropriate forms, attached.)

_____
_____
_____
_____
_____
_____
_____
_____
_____

5. Test performed as required by plans and/or specifications:

_____
_____
_____
_____
_____
_____

6. Materials received:

_____
_____
_____
_____
_____

**Sample CQC Plan**                    CQCFORM-2

**7. Submittals Reviewed:**

| (a)Submittal No. | (b) Spec/Plan Reference | (c) By Whom | (d) Action |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**8. Off-site surveillance activities, including action taken:**

_____
_____
_____
_____
_____

**9. Job Safety: (Report violations; Corrective instructions given, taken.)**

_____
_____
_____
_____

**10. Environmental Protection: (Report violations; Corrective instructions given, taken.)**

_____
_____
_____
_____

**11. Remarks: (Instructions received or given.  Conflicts in Plans and/or Specifications.)**

_____
_____
_____
_____

Contractor's Verification:  On behalf of the contractor, I certify this report is complete and correct, and all materials and equipment used and work performed during this reporting period are in compliance with the plans and specifications, to the best of my knowledge, except as noted above.

_____         _____
Authorized CQC System Manager                    Date

**Sample CQC Plan**                  CQCFORM-3

# INITIAL PHASE CHECKLIST FORM

Contract No.: DACW29-___-__-____          Date: _____

Definable Feature:

_____

Government Representative Notified 48 Hours in advance  Yes___  No___

I. Personnel Present:

| Name | Position | Company/Government |
|------|----------|--------------------|
|      |          |                    |
|      |          |                    |
|      |          |                    |
|      |          |                    |
|      |          |                    |

(List Additional Personnel on Reverse Side)

II. Is work in full compliance with plans, specifications and submittals. Are procedures and quality control measures being used acceptable.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

CQCFORM-1

## INITIAL PHASE CHECKLIST FORM (CONT'D)

III. Preliminary work. Ensure preliminary work is complete and correct. If not, what action will be taken?

_____
_____
_____
_____

IV. Establish Level of Workmanship.

1. Where is work located?

_____

2. Quantity of work performed?

_____

3. Is a sample panel required? Yes___ No___
4. Will the initial work be considered as a sample? Yes___ No___

V. Are standards of acceptance mutually agreed upon? Resolve any differences.

_____
_____
_____
_____
_____

VI. Check Safety.

Review job condition using COE EM 385-1-1 and job hazard analysis. Comments:

_____
_____
_____
_____
_____

_____
CQC Representative

CQCFORM-2

# CONTRACTOR QUALITY CONTROL PLAN

Contract No. DACW29-__-__-___
Project Name: _____

Contractor: _____

## TABLE OF CONTENTS

1.0  Company Policy

2.0  Plan Purpose

3.0  Quality Control Organization
    3.1  CQC System Manager
    3.2  CQC System Manager Alternate
    3.3  Manager of Construction

4.0  Resume' of personnel
    4.1  CQC System Manager
    4.2  CQC System Manager Alternate
    4.3  Manager of Construction

5.0  Designation of CQC System Manager

6.0  Designation of CQC Systems Manager Alternate

7.0  Procedures
    7.1  Scheduling and Managing Submittals
    7.2  Control Testing
        7.2.1  Test List
        7.2.2  Testing Facilities
        7.2.3  Test Records
    7.3  Inspection
        7.3.1  Materials
        7.3.2  Off-Site Inspection
        7.3.3  On-Site Inspection
        7.3.4  Completion Inspection
    7.4  Control Procedures
        7.4.1  Preparatory Phase
        7.4.2  Initial Phase
        7.4.3  Follow-Up Phase
    7.5  Reporting and Documentation
        7.5.1  Daily Record
        7.5.2  Control Phase Checklists
        7.5.3  Tracking Construction Deficiencies
        7.5.4  Contract Document Control
        7.5.5  Changes to the CQC Plan

8.0 Quality Control Program

9.0 Forms

## 1.0 COMPANY POLICY

_____ Construction, Corp. considers quality control to be an inherent safeguard to ensure quality work and to guarantee that all work is done according to the contract documents in a professional manner. Noncompliance with plans and specifications must be detected promptly, and proper action taken to assure that this policy is a viable tool in monitoring the work.

## 2.0 PLAN PURPOSE

It is the intent of this Quality Control Plan (QCP) to establish and explain how this construction corporation plans to organize, control, and review all activities according to the plans and specifications provided by the U. S. Army Corps of Engineers with regard to quality for the above reference project. The plans primary purposes are to provide for the level of construction quality required by strict accordance with the plans and specifications.

## 3.0 QUALITY CONTROL ORGANIZATION

### 3.1 CQC System Manager

The CQC System Manager (CQCM) has front line responsibility for quality control. He will become thoroughly familiar with all aspects of the project and ultimately inspect all work to ensure quality is being maintained by all craftsmen, vendors and subcontractors. The CQCM is ultimately responsible for inspecting, documenting, and reporting to the contracting officer all aspects of the work described and detailed in the plans and specifications. He is responsible for implementing and enforcing the Quality Control Plan. His duties include, but are not limited to:

  a. Implementation of the 3-phase control system for all definable features of work.

  b. Day-to-day inspection of the work.

  c. Daily on site documentation

  d. Ensure that all in-place work meets or exceeds all minimum standards set forth in the plans and specifications.

  e. Detect discrepancies or problems on site and immediately bring the same to

**SAMPLE CQC PLAN**          QCFORM−2

the attention of the Contracting Officer's Representative, as should be necessary.

f. Preparation and review of submittals and certification of submittals prior to submission.

g. Maintain document control.

h. Maintain As-built conditions.

i. Interface with the owner and outside agencies as required.

The CQCM proposed for this project is _____. See section 4.0 for a copy of his resume'.

## 3.2  CQC System Manager Alternate

The CQC system manager alternate will assume responsibilities for all aspects of quality control as required by our Quality Control Plan and the Contract Documents should the CQCM not be able to perform his duties.  The CQC system manager alternate for this project is _____.

## 3.3  Manager of Construction

The Manager of Construction for this corporation is based in the home office in _____ and has a major responsibility for quality control through a supervisory role of the CQCM.  The Manager of Construction will at all times keep the field forces focused on the company's commitment to quality in all phases of the work. The Manager of Construction will make routine visits to the site of work.  The Manager of Construction for this company is _____.

## 4.0  RESUME OF PERSONNEL

Attached are resumes of all personnel in the above described organization.  The Contracting Officer's approval will be requested before any staff changes occur, if they should become necessary.



QUALITY CONTROL
ORGANIZATIONAL CHART
CONTRACT NO. DACW29-__-__-____

```
+------------------+
|    PRESIDENT     |
+------------------+
          |
+------------------+
|     MANAGER      |
|       OF         |
|  CONSTRUCTION    |
+------------------+
          |
+--------------------------------------------+
|                                            |
+------------------+        +------------------+
|      CQC         |        |                  |
|    SYSTEM        |::::::::|    PROJECT       |
|    MANAGER       |        | SUPERINTENDENT   |
+------------------+        +------------------+
          |
+------------------+
|      CQCM        |
|   ALTERNATE      |
+------------------+
          |
+------------------+
|  SUBCONTRACTOR   |
|   QC MANAGER     |
+------------------+
```

**SAMPLE CQC PLAN**                    QCFORM-4

4.1  Resume' of _____, CQC System Manager

Personal Data and Education

Date of Birth:
Residence:
Graduate of:
Completed courses in:


Professional Experience


4.2  Resume' of _____, CQCM Alternate

Personal Data and Education

Date of Birth:
Residence:
Graduate of:
Completed courses in:


Professional Experience

4.3  Resume' of _____, Manager of Construction

Personal Data and Education

Date of Birth:
Residence:
Graduate of:
Completed courses in:


**SAMPLE CQC PLAN**                    QCFORM-5

## 5.0  DESIGNATION OF CQC SYSTEMS MANAGER

(Contractor)

Date

Mr. _____

(Mailing Address)

SUBJECT:  Contract No. DACW29-___-__-____
           (Project Name)

Mr. _____:

This letter is to designate you as the Contract Quality Control Systems Manager for the
subject project.  In this capacity, you will be responsible for all aspects of quality control
as required by our Quality Control Plan and the Contract Documents.  You have
complete authority to implement these programs including authorization to stop work
which fails to comply with the requirements of the Contract Documents.

Sincerely,

_____, President

**SAMPLE CQC PLAN**                    QCFORM-6

## 6.0 DESIGNATION OF CQC SYSTEM MANAGER ATERNATE

(Contractor)

Date

Mr. _____

(Mailing Address)

SUBJECT: Contract No. DACW29-__-__-____
          (Project Name)

Mr. _____

This letter is to designate you as the Quality Control System Manager Alternate for the subject project. Should for any reason Mr. _____ not be able to perform his duties as CQCM, you will assume responsibility for all aspects of quality control as required by our Quality Control Plan and Contract Documents. To enable you to fulfill this responsibility, you have complete authority to implement these programs including authorization to stop work which fails to comply with the requirements of the Contract Documents.

Sincerely,

_____, President

## 7.0 PROCEDURES

7.1 Scheduling and Managing Submittals.

The CQCM will be the submittal manager. The CQCM has full authority to act for the firm in all submittal matters. His responsibilities include scheduling, review, updating and any submittals required from subcontractors.

**SAMPLE CQC PLAN**                    QCFORM-7

Within 7 days of the Notice to Proceed, the CQCM will complete the submittal register contained in Section 01300 and submit to the Contracting Officer 4 copies for approval. Contractor schedule dates will be coordinated with the progress schedule and shall reflect 30-day minimum period for review and approval.

The CQCM will review the submittal register a minimum of every 10 days. The submittal register will be utilized to plan and monitor submittal progress so as to ensure timely approval of methods/materials prior to their scheduled need times. The submittal register will be available for inspection by the Contracting Officer at all times. An updated submittal register will be forwarded to the CO at 60-day intervals or as requested.

The CQCM will review the submittal register during preparatory phase of quality control to ensure that all submittals for the ensuing feature of work are approved and will take action to correct any deficiencies in submittal requirements.

All submittals required by the specifications or as needed for approval of deviation will be submitted by the CQCM in original and 4 copies utilizing ENG form 4025 in accordance with submittal register schedule dates or sooner. Prior to submittal, all shop drawings, data, samples, certifications, and test reports will be reviewed by the CQCM to ensure compliance with the contract requirements. Corrections and revisions will be requested where necessary.

7.2 Control Testing

7.2.1 Test List - A listing of all tests indicated in the contract specifications and additional tests as needed to establish quality control will be incorporated in the Contractor Quality Control Program found in section 8.0 of this plan. This listing will include the name of the test, specification para. number, feature of work tested, responsible person, and frequency.

7.2.2 Testing Facilities - The proposed testing lab for use on this project is:

_____ Testing Laboratories

PO Box _____

_____, LA _____

If required, a resume' of _____ facilities and personnel qualifications will be furnished to the Contracting Officer.

7.2.3 Test Records - All testing activities will be recorded on the CQC report, indicating the name of the test performed, specification paragraph reference, and

location performed. Results of the tests will be recorded on the daily CQC report or attachments. Actual test reports will be furnished promptly to the Contracting Officer as directed by the specifications.

7.3 Inspection

7.3.1 Materials - The CQCM will inspect all material/equipment deliveries for: (1) compliance with approved submittals, (2) damage, (3) correct dimensions and quantities, and (4) required labeling and documentation. The Contracting Officer will be notified of any materials/equipment failing to meet requirements. A record of inspection will be noted in the CQC report and any necessary corrective action will be initiated. Proper storage will be checked.

7.3.2 Off-Site Inspection - The CQCM will inspect manufacturing facilities and material sources as specifically directed by the specifications. Additional inspections will be conducted as necessary to ensure compliance with the specifications. The CQCM will record off-site surveillance activities in the CQC report. Where instances of noncompliance are observed, corrective action will be initiated.

7.3.3 On-Site Inspection - Each craftsman will be charged with the responsibility of performing his or her work in a workman like manner and continually striving for the highest degree of quality. Only craftsman who exhibit an ability to perform and desire to achieve quality will be employed.

The CQCM will routinely and continually inspect the work for compliance with contract documents. His duties, as outlined in 3.1 above, are for the purpose of maintaining and documenting the work as required to achieve a high degree of quality.

The Contract Quality Control Program outlined in paragraph 8.0 of this plan will provide an outline for the CQCM with regard to all definable features of the work. The CQCM's inspection of these work features will be accomplished through implementation of the 3-phase control procedure outline in para 7.4.

7.3.4 Completion Inspection - After completion of all work, the CQCM will conduct a completion inspection of all work features. A punchlist will be developed to identify all items which are not in compliance with the specifications and drawings. The CQCM will establish a date by which each deficiency will be corrected and note such date on the punchlist. A follow-up inspection will be conducted to verify completion of all punchlist items. The completion inspection and any resulting corrective action will be accomplished within the contract performance period. The Contracting Officer will be notified upon completion of the punchlist and corrective work. The punchlist will be made part of the Quality Control documentation by attachment to the CQC report.

## 7.4  Control Procedures

A 3-phase control system shall be implemented by the Quality Control staff to ensure that construction, including subcontractors and suppliers, complies with the requirements of the contract documents. This system of management will address each definable feature of work beginning with early planning stage requirements and ending with the finished work. Each phase will allow the opportunity to prevent problems and deficiencies and ensure that the accident prevention program is implemented. The 3 control phases are outlined in para 7.4.1 thru 7.4.3.

7.4.1  Preparatory Phase - This phase will be performed prior to beginning work on each definable feature of work. This phase will be conducted at a meeting involving the CQCM/Project Superintendent, QA personnel, and the foreman involved in the particular work feature. The Contracting Officer will be notified 48 hours in advance of the preparatory phase. This phase will include:

a.  A review of the applicable section of the specifications and contract drawings.  (review specs)

b.  A review of the submittal register to ensure that all required submittals are submitted and approved. Take corrective action when necessary. Submittal data will be discussed to acquaint all team members with technical aspects and points particular to the work feature.  (review submittals)

c.  A check to ensure that materials and equipment are in compliance with approved submittals and specifications. Verify that required materials/equipment are on hand and properly stored.  (check material)

d.  Verify that preliminary work is completed.

e.  Review control testing requirements and verify that testing facilities are approved. Verify that necessary provisions are made for testing.  (review testing)

f.  A consensus will be reached on planned construction procedures and the required level of quality expected from the CQCM in order to meet contract specifications.  (set standards)

g.  Review appropriate Activity Hazard Analysis to assure safety requirements are met. The CQCM will inspect all equipment to ensure that minimum requirements for safety provisions in accordance with EM 385-1-1 and applicable regulations are met.  (safety check)

h.  The above described activities will be documented on the COE form

**SAMPLE CQC PLAN**             QCFORM-10

"Preparatory Phase Checklist". This form will be attached to the CQC report and furnished to the Contracting Officer. Problems and deficiencies apparent during the preparatory phase and corrective action initiated will be noted in this report.

7.4.2  Initial Phase - This phase is performed once a representative portion of work has taken place for each definable feature of work and will be conducted at a meeting involving the CQCM/Project Superintendent and foreman involved in the particular work feature. The Contracting Officer will be notified 48 hours in advance of this phase. Initial phase will include:

   a.  A check to ensure that preliminary work is completed.

   b.  Verify that materials/equipment and construction procedures are in compliance with the contract documents.

   c.  Review control testing requirements.

   d.  Set standards of quality required to meet contract specifications.

   e.  Review the Activity Hazard Analysis to ensure safety requirements are met.  Check equipment for safety provisions.

   f.  The above described activities will be documented on the COE form "Initial Phase Checklist". This form will be attached to the CQC report and furnished to the Contracting Officer. Problems and deficiencies apparent during the initial phase and corrective actions initiated will be noted in this report. The initial phase will be repeated any time the CQCM feels that quality standards and safety requirements must be reinforced.

7.4.3  Follow-Up Phase - This phase is accomplished through the daily inspections by the CQCM, also through performance of the required control testing. Follow-up phase efforts will ensure a continuation of quality and safety standards established during preparatory and initial phases until completion of the work feature. The CQCM's follow-up phase activities, including deficiencies noted, corrective action taken, and control testing results will be recorded in the daily CQC report.

7.5  Reporting and Documentation

The CQCM will maintain records of all quality control activities including documentation of control testing and inspection, and maintain integrity of the contract documents through use of the following described forms and procedures. Additional reports will be formulated or added as needed.

7.5.1  Daily Record - The CQCM will utilize the COE furnished forms titled "*Contractor Quality Control CQC Form*" to record daily control activities and resources used, work performed, and other data indicated on this form.  The original and two copies will be furnished to the Contracting Officer within 12 hours of the reporting date.  The CQCM will maintain copies for his files.  Test reports will be included in the CQC report.

7.5.2  Control Phase Checklists - The CQCM will utilize the COE furnished forms entitled "*Preparatory Phase Checklist*" and "*Initial Phase Checklist*" to document these control phase activities.  Original and two copies will be attached to the CQC report for the date on which the control phase is completed.  A log will be posted at the jobsite office in chart form to record the dates on which preparatory and initial phases were completed for each definable feature of work so as to allow easy verification of control activities.

7.5.3  Tracking Construction Deficiencies - The form for tracking construction deficiencies is the Deficiency Report (DR).  A DR can be issued by the CQCM/Project Superintendent or Manager of Construction.  All DR's shall be kept and updated by the CQCM.  The DR log will be available for inspection by the Contracting Officer.  See attached forms for the example of a DR.

The DR tracking log will be in chart form and bound in a log book maintained on site.  See attached example of the deficiency report tracking log.  The DR log book is available for inspection by the Contracting Officer at all times.

A construction deficiency for the purposes of this plan is defined as:

 1.  An occurrence in which defective work or work lacking some essential part has been covered or is otherwise left as complete.

 2.  Products are furnished to the site or incorporated into the work which do not meet the conditions of the contract documents.

 3.  Inspection points or contract requirements affecting quality of the work that have not been met.  Minor defects in work on which construction is underway is not to be considered a Construction Deficiency.

7.5.4  Contract Document Control - The CQCM will maintain a record in log form of the most up-to-date documents issued for construction and adjustments.  No contract documents will be replaced or revised without receipt of a modification or direction from the Contracting Officer.  The CQCM will maintain As-Built contract drawings.

7.6  Changes to the CQC Plan - Periodically, and at least once weekly, the CQCM

**SAMPLE CQC PLAN**                QCFORM-12

will review the CQC plan with the possible need for changes in mind. During the course of work on this contract, it is reasonable to expect the need for some changes to arise. When they do, the QC Manager will incorporate these changes in the form of written amendments and copies will be furnished to the Contracting Officer.

# 8.0  QUALITY CONTROL PROGRAM

(Sample only, this is done for each definable feature of work)

# 9.0 FORMS

# PREPARATORY PHASE CHECKLIST FORM

Contract No.: DACW29-__-____                    Date: _____

Definable Feature:

_____

Government Representative Notified 48 Hours in Advance        Yes____ No ____

I. Personnel Present:

| Name | Position | Company/Government |
|------|----------|--------------------|
|      |          |                    |
|      |          |                    |
|      |          |                    |
|      |          |                    |
|      |          |                    |

(List Additional Personnel on reverse side)

II. Submittals

   1. Review Submittals and/or submittal log 4288.  Have all submittals been approved?  Yes___ No___
     If No, what items have not been submitted?

a. _____

b. _____

c. _____


   2. Are all materials on hand?  Yes___ No___        If No, what items are missing?

a. _____

b. _____

c. _____


**SAMPLE CQC PLAN**                    CQCFORM-1

3. Check approved submittals against delivered material. (This should be done as material arrives.) Comments:

_____

_____

_____

_____

III. Material storage

Are materials stored properly? Yes___ No___
If No, what action will be taken?

_____

_____

_____

IV. Specifications:
   1. Review each paragraph of specifications.

_____

_____

_____

   2. Discuss procedure for accomplishing the work. (Include labor and equipment to be used)

_____

_____

_____

   3. Clarify any differences from specifications.

_____

_____

_____

V. Preliminary Work - Ensure preliminary work is correct.

If not, what action will be taken?

_____

_____

_____

VI. Testing

   1. Identify test to be performed, frequency and by whom.

_____

_____

_____

   2. When required?

_____

_____

_____

   3. Where required?

_____

_____

_____

   4. Review Testing Plan.

_____

_____

_____

VII. Safety

   1. Review applicable portion of COE EM 385-1-1.

_____

_____

_____

   2. Activity Hazard Analysis Approved?  Yes___  No___

   3. All equipment checked and checklists recorded?        Yes___  No___
If not, what action will be taken?

_____

VIII. Corps of Engineers comments during meeting.

_____
     CQC Representative

INDEX

## SECTION 02231 - CLEARING AND GRUBBING

PART 1 GENERAL...........................................................................................1
  1.1 SCOPE ...........................................................................................1
  1.2 MEASUREMENT AND PAYMENT...................................................1
  1.3 QUALITY CONTROL .......................................................................1
PART 2 PRODUCTS (Not Applicable) ..........................................................2
PART 3 EXECUTION......................................................................................2
  3.1 GENERAL REQUIREMENTS ..........................................................2
  3.2 CLEARING.......................................................................................2
    3.2.1 General.................................................................................2
    3.2.2 Vegetation ............................................................................2
    3.2.3 Areas to be Cleared.............................................................2
  3.3 GRUBBING.....................................................................................2
    3.3.1 General.................................................................................2
    3.3.2 Areas to be Grubbed ...........................................................2
    3.3.3 Pipes and Drains .................................................................3
    3.3.4 Filling of Holes.....................................................................3
  3.4 DISPOSAL OF DEBRIS...................................................................3

# SECTION 02231 - CLEARING AND GRUBBING

## PART 1    GENERAL

### 1.1    SCOPE

The work covered by this section consists of furnishing all plant, labor, equipment, and materials, and performing all operations necessary for the clearing and grubbing of the areas specified herein or indicated on the drawings, for the removal and disposal of all cleared and grubbed materials, and for the filling of all holes caused by grubbing operations, as specified herein.

### 1.2    MEASUREMENT AND PAYMENT

No measurement will be made for clearing, and grubbing. Payment for clearing, and grubbing, will be made at the contract lump sum price for "Clearing and Grubbing". Price and payment shall constitute full compensation for furnishing all plant, labor, material and equipment and performing all operations necessary for clearing, and grubbing, of the areas specified herein or indicated on the drawings, for removing and disposing of all cleared, and grubbed, materials, and for filling holes resulting from grubbing operations.

### 1.3    QUALITY CONTROL

The Contractor shall establish and maintain quality control for clearing and grubbing operations to assure compliance with contract requirements, and maintain records of his/her quality control for all construction operations including but not limited to the following:

(1) Clearing. Station to station limits transverse clearing limits from applicable centerline; percentages of area complete; type of material.

(2) Grubbing. Station to station limits, transverse grubbing limits from applicable centerline; percentage of area complete; type of material.

(3) Disposition of Cleared and Grubbed Materials. Method and location of disposition.

The original and two copies of these records of inspections as well as the records of corrective action taken, shall be furnished the Government daily. Format of the report shall be as prescribed in Section 01451, "CONTRACTOR QUALITY CONTROL".

Ed 99-088

PART 2    PRODUCTS (Not Applicable)

PART 3    EXECUTION

## 3.1    GENERAL REQUIREMENTS

All clearing and grubbing work for pile load test shall be completed prior to driving steel casing and test piles. If regrowth of vegetation or trees occurs after clearing and grubbing and before pile test completion, the Contractor will be required to clear and grub the area again, and no payment will be made for this additional clearing and grubbing.

## 3.2    CLEARING

### 3.2.1    General

Clearing, unless otherwise specified, shall consist of the complete removal above the ground surface of all trees, stumps, down timber, snags, brush, vegetation, large and small metal plates, wire ropes, asphalt pad, tin roofing, loose stone, abandoned structures, and similar debris. Growth standing in water in areas may be cut off so as not to protrude more than 12-inches above the existing water surfaces.

### 3.2.2    Vegetation

Vegetation to be removed shall consist of crops, grass, bushes, and weeds.

### 3.2.3    Areas to be Cleared

The entire area to be excavated at the pile test site.

## 3.3    GRUBBING

### 3.3.1    General

Grubbing shall consist of the removal of all stumps, roots, buried logs, old piling, old paving, old foundations, pipes, large and small metal plates, wire ropes, asphalt pad, and drains as required to install test piles and other piles to perform pile load tests. .

### 3.3.2    Areas to be Grubbed

Grubbing shall be performed within the limits of the excavation for the pile tests. All roots and other projections over 1-1/2 inches in diameter shall be removed to a depth of 3 feet below the subgrade of the excavation for the pile test. The areas to be grubbed are those specific areas within the limits specified hereinabove from which

Ed 99-088

trees, stumps, down timber, snags, large and small metal plates, wire ropes, asphalt pad, and other projections have been removed.

3.3.3    Pipes and Drains

The Contractor shall inform the Contracting Officer of all pipes and drains which are encountered during grubbing. Such pipes and drains shall not be removed or disturbed until so directed by the Contracting Officer.

3.3.4    Filling of Holes

All holes caused by grubbing operations and removal of pipes and drains shall be backfilled with excavated material in 12-inch layers to the elevation of the adjacent ground surface, and each layer compacted to a density at least equal to that of the adjoining undisturbed material.

3.4    DISPOSAL OF DEBRIS

All debris resulting from clearing and grubbing operations shall be disposed of by placing in the stockpile area. The debris placed in the stockpile area shall be dressed and shaped in a neat manner and within the specified tolerance as stated in paragraph 02318-3.2.2.

INDEX

## SECTION 02318 – EXCAVATION

PART 1  GENERAL................................................................................................1
  1.1  SCOPE ...................................................................................................1
  1.2  MEASUREMENT .....................................................................................1
    1.2.1  Excavation .......................................................................................1
    1.2.2  Excavation of Material from within Steel Casings............................1
  1.3  PAYMENT.................................................................................................1
    1.3.1  Excavation .......................................................................................1
    1.3.2  Excavation of Material from within Steel Casings............................1
  1.4  QUALITY CONTROL.................................................................................1
PART 2  PRODUCTS (Not Applicable) ...................................................................2
PART 3  EXECUTION.............................................................................................2
  3.1  EXCAVATION AT PILE TEST SITE ........................................................2
    3.1.1  General.............................................................................................2
    3.1.2  General Excavation in Pile Test Area...............................................2
    3.1.3  Excavation of Material from within Steel Casings............................2
    3.1.4  Stockpile Material ............................................................................3
    3.1.5  Surveys.............................................................................................3
  3.2  GRADE TOLERANCES ...........................................................................3
    3.2.1  Excavation Tolerances ....................................................................3
    3.2.2  Stockpile Tolerance..........................................................................3

Ed 99-088

# SECTION 02318 - EXCAVATION

## PART 1    GENERAL

### 1.1    SCOPE

The work covered by this section consists of furnishing all plant, labor, equipment, and materials, and performing all operations necessary for excavating material at pile test site, for stockpiling excavated materials, excavating material from within the steel casing, and all other excavation incidental to perform the pile load tests as specified herein or as shown on the drawings.

### 1.2    MEASUREMENT

#### 1.2.1    General Excavation at Pile Test Site

No separate measurement will be made for the excavation at the pile test site.

#### 1.2.2    Excavation of Material from within Steel Casings

No separate measurement will be made for excavation of material from within steel casings .

### 1.3    PAYMENT

#### 1.3.1    General Excavation at Pile Test Site

Payment for material excavated at the pile test site will be made at the contract lump sum price for "Excavation".  Price and payment shall constitute full compensation for furnishing all plant, labor, equipment and material and performing all operations necessary to excavate and transport all excavated material to designated stockpile area and all other costs incidental thereto.

#### 1.3.2    Excavation of Material from within Steel Casings.

No separate payment will be made for excavating material from within the steel casing prior to test pile placement, payment for this work shall be included in the contract prices for the items of which the work is incidental.

### 1.4    QUALITY CONTROL

The Contractor shall establish and maintain quality control for excavation operations to assure compliance with contract requirements, and maintain records of his/her quality control for all construction operations including but not limited to the following:

(1)  Excavated Area.  Location, station limits, actual depth, slopes, and dimensions.

(2)  Stockpile.  Location, grade and cross-sections.

(3)  Compliance Surveys.  Before and after excavation, the Contractor shall perform, plot and submit compliance cross sections to the Contracting Officer at a maximum of 30 feet intervals within the excavated area and stockpile area with the theoretical sections superimposed thereon.  No separate payment will be made for this survey work.  The Contractor shall furnish the Contracting Officer plotted cross-sections and the original field notes.  The cross-sections shall be plotted by the Contractor on a minimum scale of 1 inch equals 10 feet horizontally and 1 inch equals 10 feet vertically.

The original and two copies of these records shall be furnished the Government.  Format of the report shall be as prescribed in Section 01451, "CONTRACTOR QUALITY CONTROL".

PART 2     PRODUCTS (Not Applicable)

PART 3     EXECUTION

3.1    EXCAVATION AT PILE TEST SITE

3.1.1    General

Excavation shall consist of the removal and transportation to the stockpile area, of all material of whatever nature encountered such as blasting sand, clay material, timber, large and small metal plates, wire ropes, asphalt pad, and similar materials.  Excavation shall be performed to the lines, grades and sections indicated on the drawings or as otherwise required.

3.1.2    General Excavation in Pile Test Area

The Contractor shall make all excavations required for the pile test site.  Care shall be exercised by the Contractor in excavating to lines and grades specified on the drawings.  General excavation at the test site shall be performed prior to steel casing installation.  The grade tolerance for excavation shall be specified in paragraph 3.2.

3.1.3    Excavation of Material from within Steel Casings

Care shall be exercised by the Contractor in excavating material from within the steel casings so as not to damage the casing.  The casings shall be installed in accordance with Section 2451.  Foundation material shall be excavated by using

clam shell bucket, auger, air lift, bucket auger, or other methods capable of removing the foundation material from within the steel casing. Prior to excavating foundation material from within the casing below elevation −20 NVGD, the casing shall be filled and maintained with water to elevation 0.0 NGVD or above to prevent blow-in at the bottom of casing. The Contractor shall be responsible for repairing or replacing any casing damaged by his operation at no additional cost to the Government. Care shall be exercised by the Contractor in excavating to the depth specified on the drawings. Excavation below the depth specified shall backfilled with excavated material and compacted by the Contractor at his expense. The excavation of material from within the steel casing shall be performed prior to driving of the test piles within the casings.

## 3.1.4   Stockpile Material

Stockpile material shall be placed within the maximum allowable heights and limits shown on the contract drawings and within specified tolerance as stated in paragraph 3.2.2. The Contractor shall stockpile all material removed from the excavation. The stockpile material should be dressed with a dozer, sloped to drain and be free from large open voids.

## 3.1.5   Surveys

The Contractor shall take original and final compliance cross sections of the pile test site at a maximum of 30 foot intervals and submit to the Government in accordance with paragraph 1.4(3).

## 3.2   GRADE TOLERANCES

## 3.2.1   Excavation Tolerances

All excavation shall be cut to the grades and cross sections shown on the drawings. For general excavation at the pile test site a tolerance of 3/10 of a foot above or below the prescribed grade and cross section shown will be permitted. For excavation of material from within the steel casing, a tolerance of 5/10 of a foot above or below the prescribed grade shown will be permitted.

## 3.2.2   Stockpile Tolerance

For stockpiled material, at all points, a tolerance of 5/10 of above the prescribed grade and cross section shown will be permitted in the final dressing provided that the crown of the stockpile drains, there are no abrupt humps or depressions in surface or bulges in the width of the crown, and the side slopes are uniform.

INDEX

## SECTION 02355 - PILE LOAD TEST

PART 1  GENERAL..........................................................................................1
  1.1  SCOPE ............................................................................................1
  1.2  RELATED WORK SPECIFIED ELSEWHERE ............................................1
  1.3  REFERENCES .................................................................................1
  1.4  MEASUREMENT AND PAYMENT..........................................................1
    1.4.1  Pile Test..................................................................................1
    1.4.2  Pile Test Loading Frame .............................................................2
  1.5  QUALITY CONTROL............................................................................2
    1.5.1  General....................................................................................2
    1.5.2  Reporting .................................................................................2
  1.6  SUBMITTALS ...................................................................................2
  1.7  TEST MEASUREMENT .......................................................................3
  1.8  REPORTS.........................................................................................3
    1.8.1  General....................................................................................3
    1.8.2  Pile Installation Equipment .........................................................3
    1.8.3  Test and Support Piles ...............................................................3
    1.8.4  Pile Installation - Test and Support. ............................................4
    1.8.5  Pile Testing...............................................................................4
PART 2  PRODUCTS.......................................................................................5
  2.1  TYPES AND PROPERTIES.................................................................5
PART 3  EXECUTION .....................................................................................5
  3.1  DRIVING TEST PILE ..........................................................................5
  3.2  TEST PILE LOADING.........................................................................5
    3.2.1  Scope ......................................................................................5
    3.2.2  General Procedures ..................................................................5
    3.2.3  Onshore Loading Frames...........................................................6
      3.2.3.1 Test Pile Collar....................................................................7
    3.2.4  Apparatus for Applying Pile Load and Measuring Movement.............7
    3.2.5  Loading Procedure and Measurement of Pile Movement.................8
    3.2.6  Additional Load Cycles..............................................................13
  3.3  REMOVAL OF PILES AND STORING TEST PILES ........................................13

Ed 99-088

# SECTION 02355 - PILE LOAD TESTS

## PART 1    GENERAL

### 1.1    SCOPE

The work covered by this section consists of furnishing all plant, equipment, labor, and materials, and performing all operations in test loading steel pipe piles, in accordance with these specifications and as shown on the drawings. Test methods described herein are generally in accordance with ASTM D 1143. The Contractor shall submit his plan for conducting tests to the Contracting Officer for approval a minimum of 30 days prior to the beginning of the tests. The test pile site is located on the drawings. Steel pipe piles and casings are as specified in Section 02451.

### 1.2    RELATED WORK SPECIFIED ELSEWHERE

Section 02497, DYNAMIC PILE TESTING

### 1.3    REFERENCES

The following publication, referred to thereafter by basic designation only, form a part of this specification to the extent indicated:

AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

D 1143-94                                 Method of Testing Piles Under Static Axial
                                          Compressive Load

AMERICAN INSTITUTE STEEL CONSTRUCTION

AISC Manual of Steel Construction, Ninth Edition.

### 1.4    MEASUREMENT AND PAYMENT

#### 1.4.1    Pile Test

Pile tests will be measured by the number of pile test performed. Payment for pile test(s) will be made at the contract unit price for "Compression Test". Price and payment shall constitute full compensation for performing load test including calibration of the extensometers, load cell, and hydraulic jack; driving all reaction/support piles; placing and removing load frames for each pile test; extracting steel casings; placing and removing test loads and test equipment; backfilling pulled pile holes; documentation and submission of load test reports including compiling

test data results, and ultimate static pile capacity of the test piles; and all operations incidental thereto.

## 1.4.2    Pile Test Loading Frame

No measurement will be made for furnishing and removing loading frame, reactor beams, reactor or support piles, and dead load material, if required, to and from the construction site to perform compression load test on test piles. Payment for furnishing, delivering, and removing from site loading frame, reactor beams, reactor or support piles, and dead load material for compression load test will be made at the contract lump sum price for "Furnishing Load Frame". Price and payment shall constitute full compensation for furnishing all plant, labor, material and equipment and performing all operations necessary operation for furnishing, delivering, and removing from test site the loading frame, reactor beams, reactor or support piles, dead load material, and all other incidental material thereto.

## 1.5    QUALITY CONTROL

### 1.5.1    General

The Contractor shall establish and maintain quality control for all operations to assure compliance with the contract requirements and maintain records of his quality control for all construction operations including, but not limited to, the following:

(1) Facilities and personnel providing for installation and reading by the Contractor of all measuring devices.

(2) Compression test (pile number, location); loading frames and description (number, size, type, and location of supporting piles); sequence and method of loading; records of measurements, and driving records.

### 1.5.2    Reporting

The original and two copies of these records and tests, as well as records of corrective action taken, shall be furnished to the Government daily. Format of reports other than test data shall be as prescribed in Section 01451, "CONTRACTOR QUALITY CONTROL".

## 1.6    SUBMITTALS

The Contractor shall furnish all data from each pile tested within 24 hours after completion of each test. Blow counts shall be recorded for each foot of each test pile and, in addition, the Contractor shall complete revised LMN Form 1119 (Pile Driving Report) and furnish copies to the Contracting Officer. The Pile Driving Report shall include, but not necessarily limited to, unusual driving conditions, interruptions or

delays during driving and any other information considered pertinent. Pile test data shall be recorded for all items shown in paragraph 1.7. Copies of these forms shall also be furnished to the Contracting Officer.

## 1.7 TEST MEASUREMENT

Measurements of compression loads, deflections and settlements of the test piles and reports including calculation of piles ultimate static loading capacity on all test piles shall be made by the Contractor.

## 1.8 REPORTS

The report of the load test shall include the following items where applicable:

### 1.8.1 General

(1) Project Identification
(2) Location

### 1.8.2 Pile Installation Equipment

(1) Make, model, type, and size of hammer

(2) Weight of hammer and ram

(3) Stroke of ram

(4) Rated energy and operating speed of hammer

(5) Type and thickness of cap blocks and pile cushions

(6) Weight and dimensions of drive-cap and follower

(7) Type of Survey Equipment needed to achieve required installation tolerance

### 1.8.3 Test and Support Piles

(1) Identification of test pile(s)

(2) Type of piles

(3) Pile material including basic specifications

(4) Dimensions of pile

(5) Pile weight as driven

(6) Measure out of plumbness

(7) Driven length

(8) Embedded length

(9) Tested length, and

(10) Final elevation of piles butt referenced to fixed datum (identify datum) and horizontal alignment

1.8.4    Pile Installation - Test and Support.

(1) Date driven and time required to drive each pile; itemized by equipment type.

(2) Operating of hammer during final driving

(3) Driving log, blows per foot

(4) Final penetration resistance, blows per inch

(5) Description of special installation procedures used, and

(6) Notation of any unusual occurrences during installation and corrective action taken

1.8.5    Pile Testing

(1) Date tested

(2) Type of test pile

(3) Type of load application apparatus

(4) Number of support piles of each test

(5) Instrumentation used to measure pile movement

(6) Special testing procedures used

(7) Temperature and weather conditions during test

(8) Tabulation of all load-time-movement reading

(9) Gages, scales, and reference points identified

(10) Adjustment made to field data and explanation

(11) Notation of any unusual occurrences during test, and

(12) Test jack and other required calibration reports

(13) Pile ultimate static capacity

## PART 2   PRODUCTS

## 2.1   TYPES AND PROPERTIES

Steel pipe piles shall conform to the requirements of Section 02451. Tip elevations are shown on the drawings.

## PART 3   EXECUTION

## 3.1   DRIVING TEST PILE

Test piles driving procedures are specified in Section 02451.

## 3.2   TEST PILE LOADING

### 3.2.1   Scope

This part covers procedures for testing vertical foundation piles to determine the response of the pile to a static compressive load applied axially to the pile. Determination of the allowable compression load for the pile is made by the incremental loading and measurement of the pile deformation. Test piles shall be furnished in the lengths required and driven as directed by this specification at the location shown on the drawings. Test piles TP-1 thru TP-3 will be subjected to a compression load test. A minimum time period of 21 days shall be allowed to elapse between driving of the piles and casings, including reaction piles and test piles, and the initiation of a compression test. There will be no payment or additional time granted for delays incurred between driving of test piles and initiation of pile tests.

### 3.2.2   General Procedures

The Contractor shall provide and be responsible for furnishing all necessary apparatus, measuring equipment, and personnel to install, test, and extract the test piles and steel casings described within this specification in its entirety. The

Ed 99-088

recording and reporting of all data shall be the responsibility of the Contractor. However, the Contracting Officer's representative shall have free access to the pile test data at any time. A Government representative (engineer) will be present during the load tests. The Contractor shall provide the Contracting Officer 72 hours notice prior to initiating each pile load test in order that arrangements may be made to have a Government representative present during the test. The reduction, analysis, and interpretation of the test data will be accomplished by the Contractor for his pile test report and by Government personnel after completion of each pile test. Additional pile tests may be required as determined by the Contracting Officer. In order to prevent disturbances to the instrumentation readings, construction activities, equipment movement, or operation of construction equipment, will not be permitted within 200 feet of any load test in progress.

3.2.3    Onshore Loading Frames

For illustration purposes, the loading frames for applying known compressive loads to a pile are shown on the drawings. Loading frames shall be constructed so that the loads are applied axially to minimize eccentric loading. Design considerations such as sizes, numbers, and material of specific beams, support piles, bearing plates, etc., shall be the responsibility of the Contractor and subject to approval of the Contracting Officer. Included with his plan for conducting the tests, the Contractor shall submit computations used in the design of the loading frame. The load frame(s) shall be designed in compliance with Working Stress Design as specified in the AISC Manual of Steel Construction, Ninth Edition. The computations shall be certified by a registered professional engineer. The submittal shall specify all materials referencing the appropriate ASTM standard. For the compression test, a steel bottom bearing plate of appropriate thickness for the loads involved shall not be less than the size of the pile butt, nor less than the area covered by the base of the hydraulic jack. A top bearing plate shall have a size not less than the load cell head, nor less than the total width of the reactor beam(s).

Loading Frame Dead Load Option 1. The box or platform shall be loaded with any suitable material such as soil, rock, concrete, steel, or water filled tanks with a total weight (including that of the test beams(s) and box or platform) at least 10 percent greater that the anticipated maximum test load (310 percent of the service load). The anticipated maximum test load is three times the service load. Service loads are shown on the drawings. The support piles for the loading frame for dead load option 1 shall be placed as far from the test piles as practicable but in no case less than a clear distance of 10-feet (3.0 m).

Loading Frame Dead Load Option 2. The Contractor shall have the option to load the box or platform with suitable material as described above with a total dead load (including that of the test beams(s) and box or platform) to at least 210 percent of the service load for the pile test and use his support piles as reaction piles to attain 310 percent the service load for the pile load test. The support piles for the loading frame

for dead load option 2 shall be placed as far from the test piles as practicable but in no case less than a clear distance of 10-feet (3.0 m).

Loading Frame Dead Load Option 3. The Contractor shall also have the option of using reaction piles with framing, in combination with a lesser dead load then 210 percent of the service load. However, the reaction piles/support piles for dead load option 3 shall have a minimum clear distance from the test pile at least five times the maximum diameter of the largest reaction pile, support pile or test pile.

Included in the frame design shall be the design of lateral support of the test pile by the casing. The casing shall provide lateral support for a force of not less than 5% of the test load. The lateral support shall be provided by the stiffness of the soil against the casing or by bracing. The Contractor shall control deflection of the casing such that the load test apparutus is not affected. The Contractor shall submit deflection calculations with the loading frame computations. The layout of the test piles should be such that the number of reaction piles is minimized. A straight row of test piles is not mandatory.

3.2.3.1    Test Pile Collar

Pile wall thickness' were based on a pinned connection at the top of the casing. Rollers will provide lateral support. Preliminary details for the rollers are shown on the drawing, a minimum of four rollers are required. The rollers shall provide lateral support in the amount of 5% of the test load (3 times service) in all directions without restricting vertical movement. Calculations for the rollers and support brackets shall be submitted with the loading frame. The support is only required for the load test, not for installation.

3.2.4    Apparatus for Applying Pile Load and Measuring Movement

All equipment related to the load test (extensometers, level, load cell, hydraulic jack, scales, mirrors, etc.) and testing shall be furnished and operated by the Contractor. Typical apparatus setup is depicted on the drawings. The hydraulic jack shall be equipped with a pressure reading gage calibrated in tons and with a ram having a spherical bearing head to minimize eccentric loading. The jack shall be capable of maintaining constant loads between load changes and shall be calibrated prior to the test so that the load applied is controllable to within 5 percent. The load cell (non-self-leveling) shall be an electric strain gage type equipped with a readout device. Load cells shall be calibrated prior to the test to an accuracy within 2 percent of the applied load. The changing and maintaining of loads on each test pile shall be done utilizing the load cell as the primary loading device and pressure gage on the jack as a backup. However, both readings shall be recorded. Extensometers shall be used to measure pile movement and shall have dial gages with stems having at least a 4 - inch (102 mm) travel, or sufficient gage blocks shall be provided to allow this travel with shorter gage stems. Gages shall be read to an accuracy of 0.001-inch (0.025

mm). Smooth bearing surfaces perpendicular to the direction of the measurements shall be provided for by the gage stems. The hydraulic jack, load cell, and extensometers shall be calibrated both before the start and after the completion of the testing program, by a certified testing laboratory for both the loading and unloading cycles and calibration curves furnished to the Contracting Officer. The calibration curves shall be load cell strain readings versus load in tons. In developing the calibration curves, the load cell shall be placed above the jack in the testing machine and the loads shall be applied through the ram to the load cell to the testing machine in the actual working manner of the field loading system. Two reference beams, one on each side of the pile, shall be independently supported with supports firmly embedded in the ground at a clear distance of not less than 10-feet (3.0 m) from the test pile, and 7 to 8 feet (2.1 to 2.5 m) from the support piles. Reference beams shall be of sufficient stiffness to prevent excessive deflections. Reference beam stakes shall have firmly embedded in the ground. If steel reference beams are used, one end of each beam shall be free to move as the length of the beams change with temperature variations. As a backup to the extensometers, an engineer's level and scale shall be used to check the movement of the test pile. The level shall also be used to check the movement of the support piles. Scales used to measure pile movements shall read to 1/64th of an inch or to 0.01 inch (0.25 mm). Target rods shall read 0.001 foot (0.3 mm). All dial gages, scales, and reference points shall be clearly marked with a reference number or letter to assist in recording data accurately. Readings from the surveyor's level may be taken on a target rod or a scale and shall be referenced to two permanent benchmarks located outside the immediate test area or the surveyor's level shall be mounted on an object of fixed elevation (for example, a driven pile) outside of the immediate test area. Readings shall be taken on two fixed points or scales on opposite sides of the pile or pile cap or on a single fixed point or scale in the center of the pile top or pile cap. Readings shall be taken on a sufficient number of support piles and on the reference beams to establish if there is any movement. A tarpaulin of minimum dimension of 12-feet x 12-feet shall be installed by the Contractor to protect at all times the instrumentation, measuring system, and prevent adverse temperature variations.

3.2.5    Loading Procedure and Measurement of Pile Movement

The anticipated service loads for the tests are shown on the drawings. After the test piles are driven, the Contractor shall allow a time period of not less than 21 days to elapse before loading the test piles. Apply loads to the piles in increments of 25 percent of the anticipated service load until 200 percent of the service load is reached or until failure, which ever occurs first. The rate of application and removal of load shall be 10 tons per minute. The Contractor shall take readings of time, load, and movement and record them for each load increment or load decrement. When the 25 percent increment has been reached, the Contractor shall maintain the load for 2 hours and readings shall be taken at the 2 minute, 8 minute, 15 minute, 30 minute, 60 minute, and 120 minute intervals. After the application of loads equal to 50, 100, and 150 percent of the test load, remove the applied load in each case in

Ed 99-088

decrements equal to the loading increments with 20 minutes between decrements. After removing each total applied load, reapply the load to the previous load level in increments equal to 50 percent of the test load with 20 minutes between increments. When the previous load level has been obtained, increase load in 25 percent increments to the next load level. When 200 percent of the service load has been applied and failure has not occurred, allow the 200 percent service load to remain on the pile for 24 hours, except in the event that the average rate of settlement is greater than 0.01 in/hour, hold the total load on the pile for 48 hours (additional 24 hours). During this time, readings shall be taken every hour. After the required holding time, remove the load in decrements of 50 percent of the service load with 1 hour between decrements. After the load has been applied and removed in accordance with the above, reload the pile to 200 percent of the service load in increments of 50 percent, allowing 20 minutes between increments. The Contractor shall then increase the load in increments of 10 percent of the service load until failure occurs or the applied load reaches 300 percent of the service load. The time lapse between increments shall be 20 minutes. If failure does not occur, hold the full load for 2 hours at which time remove the load in four equal decrements, allowing 20 minutes between decrements. For purposes of stopping pile tests in progress, failure is achieved when the full extent of the extensometers is reached. If failure occurs before the load reaches 300 percent of the service load then the load shall be removed in 4 equal decrements allowing 20 minutes between decrements. Test apparatus shall not be removed from the pile until approval is received from the Government representative. To illustrate the loading and pile measurement procedures, a sample test schedule is provided following this paragraph.

# SAMPLE OF COMPRESSION PILE TEST SCHEDULE

| Load (Tons) | Elapsed Time | Incremental Time | Remarks |
|---|---|---|---|
| 0 | 0:00 | 0 min. | |
| 93.8 | 0:10 | 10 min. (10 ton/minute loading) | 25% service load |
| | 0:12 | 2 min. | Take Reading (TR) |
| | 0:18 | 8 min. | " |
| | 0:25 | 15 min. | " |
| | 0:40 | 30 min. | " |
| | 1:10 | 60 min. (1 hr.) | " |
| | 2:10 | 120 min. (2 hr.) | " |
| 187.5 | 2:20 | 10 min. (loading) | 50% service load |
| | 2:22 | 2 min. | TR |
| | 2:28 | 8 min. | " |
| | 2:35 | 15 min. | " |
| | 2:50 | 30 min. | " |
| | 3:20 | 60 min. (1 hr.) | " |
| | 4:20 | 120 min. (2 hr.) | " |
| 93.8 | 4:30 | 10 min. (unloading) | Decrement 25% |
| | 4:50 | 20 min. | TR |
| 0 | 5:00 | 10 min. (unloading) | Decrement 0% |
| | 5:20 | 20 min. | TR |
| 187.5 | 5:40 | 20 min. (loading) | Increment 50% |
| | 6:00 | 20 min. | TR |
| 281.3 | 6:10 | 10 min. (loading) | 75% service load |
| | 6:12 | 2 min. | TR |
| | 6:18 | 8 min. | " |
| | 6:25 | 15 min. | " |
| | 6:40 | 30 min. | " |
| | 7:10 | 60 min. (1 hr.) | " |
| | 8:10 | 120 min. (2 hr.) | " |
| 375 | 8:20 | 10 min. (loading) | 100% service load |
| | 8:22 | 2 min. | TR |
| | 8:28 | 8 min. | " |
| | 8:35 | 15 min. | " |
| | 8:50 | 30 min. | " |
| | 9:20 | 60 min. (1 hr.) | " |
| | 10:20 | 120 min. (2 hr.) | " |
| 281.3 | 10:30 | 10 min. (unloading) | Decrement 75% |
| | 10:50 | 20 min. | TR |
| 187.5 | 11:00 | 10 min. (unloading) | Decrement 50% |
| | 11:20 | 20 min. | TR |
| 0 | 11:40 | 20 min. (unloading) | Decrement 0% |
| | 12:00 | 20 min. | TR |
| 187.5 | 12:20 | 20 min. (loading) | Increment 50% |
| | 12:40 | 20 min. | TR |
| 375 | 13:00 | 20 min. (loading) | Increment 100% |

# SAMPLE OF COMPRESSION PILE TEST SCHEDULE

| Load (Tons) | Elapsed Time | Incremental Time | Remarks |
|---|---|---|---|
| | 13:20 | 20 min. | TR |
| 468.8 | 13:30 | 10 min. (loading) | 125% service load |
| | 13:32 | 2 min. | TR |
| | 13:38 | 8 min. | " |
| | 13:45 | 15 min. | " |
| | 14:00 | 30 min. | " |
| | 14:30 | 60 min. (1 hr.) | " |
| | 15:30 | 120 min. (2 hr.) | " |
| 562.5 | 15:40 | 10 min. (loading) | 150% service load |
| | 15:42 | 2 min. | TR |
| | 15:48 | 8 min. | " |
| | 15:55 | 15 min. | " |
| | 16:10 | 30 min. | " |
| | 16:40 | 60 min. (1 hr.) | " |
| | 17:40 | 120 min. (2 hr.) | " |
| 468.8 | 17:50 | 10 min. (unloading) | Decrement 125% |
| | 18:10 | 20 min. | TR |
| 375 | 18:20 | 10 min. (unloading) | Decrement 100% |
| | 18.40 | 20 min. | TR |
| 187.5 | 19:00 | 20 min. (unloading) | Decrement 50% |
| | 19:20 | 20 min. | TR |
| 0 | 19:40 | 20 min. (unloading) | Decrement 0% |
| | 20:00 | 20 min. | TR |
| 187.5 | 20:20 | 20 min. (loading) | Increment 50% |
| | 20:40 | 20 min. | TR |
| 375 | 21:00 | 20 min. (loading) | Increment 100% |
| | 21:20 | 20 min. | TR |
| 562.5 | 21:40 | 20 min. (loading) | Increment 150% |
| | 22:00 | 20 min. | TR |
| 656.3 | 22:10 | 10 min. (loading) | 175% service load |
| | 22:12 | 2 min. | TR |
| | 22:18 | 8 min. | " |
| | 22:25 | 15 min. | " |
| | 22:40 | 30 min. | " |
| | 23:10 | 60 min. (1 hr.) | " |
| | 0:10 | 120 min. (2 hr.) | " |
| 750 | 0:20 | 10 min. (loading) | 200% service load. |
| | 0:22 | 2 min. | Continue to hold |
| | 0:28 | 8 min. | load for 24 hours |
| | 0:35 | 15 min. | If settlement is |
| | 0:50 | 30 min. | greater than .01 |
| | 1:20 | 60 min. (1 hr.) | inch/hour, hold |
| | | | load for 48 hours |

# SAMPLE OF COMPRESSION PILE TEST SCHEDULE

| Load (Tons) | Elapsed Time | Incremental Time | Remarks |
|---|---|---|---|
| | 2:20 | 120 min. (2 hr.) | TR |
| | 3:20 | 3 hr. | " |
| | 4:20 | 4 hr. | " |
| | 5:20 | 5 hr. | " |
| | · | · | take readings per hour |
| | 23:20 | 23 hr. | " |
| | 0:20 | 24 hr. | " |
| 562.5 | 0:40 | 20 min. (unloading) | Decrement 150% |
| | 1:00 | 20 min. | TR |
| | 1:20 | 40 min. | " |
| | 1:40 | 60 min. (1 hr.) | " |
| 375 | 2:00 | 20 min. (unloading) | Decrement 100% |
| | 2:20 | 20 min. | TR |
| | 2:40 | 40 min. | " |
| | 3:00 | 60 min. (1 hr.) | " |
| 187.5 | 3:20 | 20 min. (unloading) | Decrement 50% |
| | 3:40 | 20 min. | TR |
| | 4:00 | 40 min. | " |
| | 4:20 | 60 min. (1 hr.) | " |
| 0 | 4:40 | 20 min. (unloading) | Decrement 0% |
| | 5:00 | 20 min. | TR |
| | 5:20 | 40 min. | " |
| | 5:40 | 60 min. (1 hr.) | " |
| 187.5 | 6:00 | 20 min. (loading) | Increment 50% |
| | 6:20 | 20 min. | TR |
| 375 | 6:40 | 20 min. (loading) | Increment 100% |
| | 7:00 | 20 min. | TR |
| 562.5 | 7:20 | 20 min. (loading) | Increment 150% |
| | 7:40 | 20 min. | TR |
| 750 | 8:00 | 20 min. (loading) | Increment 200% |
| | 8:20 | 20 min. | TR |
| 787.5 | 8:24 | 4 min. (loading) | Increment 210% |
| | 8:44 | 20 min. | TR |
| 825 | 8:48 | 4 min. (loading) | Increment 220% |
| | 9:08 | 20 min. | TR |
| 862.5 | 9:12 | 4 min. (loading) | Increment 230% |
| | 9:32 | 20 min. | TR |
| 900 | 9:36 | 4 min. (loading) | Increment 240% |
| | 9:56 | 20 min. | TR |
| 937.5 | 10:00 | 4 min. (loading) | Increment 250% |
| | 10:20 | 20 min. | TR |
| 975 | 10:24 | 4 min. (loading) | Increment 260% |
| | 10:44 | 20 min. | TR |

## SAMPLE OF COMPRESSION PILE TEST SCHEDULE

| Load (Tons) | Elapsed Time | Incremental Time | Remarks |
|---|---|---|---|
| 1012.5 | 10:48 | 4 min. (loading) | Increment 270% |
| | 11:08 | 20 min. | TR |
| 1050 | 11:12 | 4 min. (loading) | Increment 280% |
| | 11:32 | 20 min. | TR |
| 1087.5 | 11:36 | 4 min. (loading) | Increment 290% |
| | 11:56 | 20 min. | TR |
| 1125 | 12:00 | 4 min. (loading) | Increment 300% |
| | 12:20 | 20 min. | TR |
| | 12:40 | 40 min. | " |
| | 13:00 | 60 min. (1 hr.) | " |
| | 13:20 | 80 min. (1 hr. 20 min.) | " |
| | 13:40 | 100 min. (1 hr. 40 min.) | " |
| | 14:00 | 120 min. (2 hr.) | " |
| 843.8 | 14:30 | 30 min. (unloading) | Decrement 225% |
| | 14:50 | 20 min. | TR |
| 562.5 | 15:20 | 30 min. (unloading) | Decrement 150% |
| | 15:40 | 20 min. | TR |
| 281.3 | 16:10 | 30 min. (unloading) | Decrement 75% |
| | 16:30 | 20 min. | TR |
| 0 | 17:00 | 30 min. (unloading) | Decrement 0% |
| | 17:20 | 20 min. | TR |

### END OF TEST

Loading and unloading time increments have been rounded upward to the nearest whole minute. SAMPLE is for a Service load = 375 tons and rate of application and removal of load at 10 tons per minute.

3.2.6    Additional Load Cycles

Any load cycles not accomplished in accordance with these specifications shall be redone at the direction of the Contracting Officer.

## 3.3  REMOVAL OF PILES AND STORING TEST PILES

After the pile tests are completed and accepted at each site, all support piles, test piles, and steel casings shall be pulled. The remaining holes in the ground shall be filled to within 2 feet of the ground surface with a tremie-placed cement-bentonite-sand slurry. The slurry shall consist of one part cement, two parts bentonite, and six parts sand mix with enough water to produce a slurry, liquid enough to thoroughly fill voids but have no less than twelve pounds of solids per gallon. The upper 2 feet of the hole shall be filled with excavated material. The removed support piles, and steel casings shall become property of the Contractor and shall be removed from the

project site. The seven (7) test piles shall remain the property of the Government and properly stored at the excavated area of the pile test site. Piles shall be placed a minimum of 30 feet from and parallel to the bank line and stored as specified in section 02451, paragraph 1.8.1. During removal of test piles, the piles may be cut 4 feet from the pile splice to facilitate removal.

PART 1 GENERAL ............................................................................................................... 1
  1.1 SCOPE ...................................................................................................................... 1
  1.2 RELATED WORK SPECIFIED ELSEWHERE ......................................................... 1
  1.3 MEASUREMENT ...................................................................................................... 1
    1.3.1 Casings ............................................................................................................. 1
    1.3.2 Furnishing and Delivering Test Piles ................................................................ 1
    1.3.3 Driving Test Piles ............................................................................................. 1
    1.3.4 Pulling Test Piles ............................................................................................. 1
  1.4 PAYMENT ................................................................................................................. 2
    1.4.1 Casings ............................................................................................................. 2
    1.4.2 Furnishing and Delivering Test Piles ................................................................ 2
    1.4.3 Driving Test Piles ............................................................................................. 2
    1.4.5 Pulled Test Piles and Casings for Inspection, Misaligned or Misplaced ........... 2
      1.4.5.1 Pulled Test Piles for Inspection .................................................................. 2
      1.4.5.2 Pulled Casings for Inspection ..................................................................... 3
      1.4.5.3 Misaligned or Misplaced Piles .................................................................... 3
      1.4.3.3 Misaligned or Misplaced Piles .................................................................... 3
    1.4.6 Filling Voids Around Driven Casings ................................................................ 3
  1.5 APPLICABLE PUBLICATIONS ................................................................................ 4
  1.6 SUBMITTALS .......................................................................................................... 4
    1.6.1 Equipment Descriptions ................................................................................... 4
    1.6.2 Pile Fabrication ................................................................................................ 4
      1.6.2.1 Shop Drawings ............................................................................................ 4
      1.6.2.2 Mill Test Reports ......................................................................................... 4
      1.6.2.3 Materials Test Reports ................................................................................ 5
      1.6.2.4 Welding Procedure Specifications (WPS) ................................................... 5
      1.6.2.5 Weld Inspector Qualifications ..................................................................... 5
      1.6.2.6 Non Destructive Testing Of Field Welds ..................................................... 5
    1.6.3 Delivery, Storage, and Handling Plans ............................................................ 5
    1.6.4 Placement Plans .............................................................................................. 5
    1.6.5 Driving Records ................................................................................................ 6
    1.6.6 Reporting .......................................................................................................... 6
  1.7 QUALITY CONTROL ................................................................................................ 6
  1.8 DELIVERY, STORAGE, AND HANDLING ............................................................... 6
    1.8.1 Delivery and Storage ........................................................................................ 6
    1.8.2 Handling ............................................................................................................ 7
PART 2 PRODUCTS ........................................................................................................... 7
  2.1 MATERIALS ............................................................................................................. 7
PART 3 EXECUTION .......................................................................................................... 7
  3.1 INSTALLATION ........................................................................................................ 7
    3.1.1 Pile Driving Equipment ..................................................................................... 8
      3.1.1.1 Pile Driving Hammers .................................................................................. 8
        3.1.1.1.1 Underwater Vibratory Hammers ............................................................ 8

Ed 99-088

        3.1.1.1.2  Underwater Hydraulic Impact Hammers ............................................... 9
      3.1.1.2 Pile Driving Leads or Templates ................................................... 9
      3.1.1.3 Pile Extractors ................................................................................. 9
      3.1.1.4 Jetting Equipment ......................................................................... 9
      3.1.1.5 Following .................................................................................... 10
      3.1.1.6 Pre-drilling .................................................................................. 10
    3.1.2   Test Piles and Steel Casings ............................................................. 10
      3.1.2.1 Placement .................................................................................. 10
      3.1.2.2 Driving ........................................................................................ 11
        3.1.2.2.1  Underwater Vibratory Hammer ................................................. 11
        3.1.2.2.2  Underwater Impact Hammer ..................................................... 12
      3.1.2.3 Pile Splicing ............................................................................... 12
      3.1.2.4 Damaged Piles and Casings ....................................................... 13
3.2 NOISE AND VIBRATION MONITORING ............................................................ 13
3.3 TEST PILES AND CASING REMOVAL .............................................................. 13
3.4 VOID BACKFILL ............................................................................................... 14

# SECTION 02451 - STEEL PIPE PILES

## PART 1    GENERAL

### 1.1    SCOPE

The work covered by this section consists of furnishing all plant, equipment, labor, and materials required to perform all operations in connection with the installation and removal of steel pipe piles and casing in accordance with these specifications and drawings.

### 1.2    RELATED WORK SPECIFIED ELSEWHERE

Section 02355, PILE LOAD TESTS

Section 02497, DYNAMIC PILE TESTING

### 1.3    MEASUREMENT

### 1.3.1    Casings

Casings will be measured for payment on the basis of lengths along the axis of the pile in place.

### 1.3.2    Furnishing and Delivering Test Piles.

Steel pipe piles will be measured for payment for furnishing and delivering by the linear foot of steel pipe piles. No payment will be made for lengths of piles exceeding required lengths. No measurement for pile splices.

### 1.3.3    Driving Test Piles.

Test Piles will be measured for payment for driving by the linear foot. Pile measurements will be the required pile lengths. No payment will be made for lengths of piles exceeding required lengths.

### 1.3.4    Pulling Test Piles.

Test Piles will be measured for payment for pulling by the linear foot after the completion of the pile tests and after the completion of the pile installation study in the IHNC. Pile measurements will be the required pile lengths. No payment will be made for lengths of piles exceeding required lengths.

Ed 99-088

## 1.4    PAYMENT

### 1.4.1    Casings

Payment for the measured length of casings acceptably driven and removed will be made at the applicable contract unit price per linear foot for "Casing. Price and payment includes all items incidental to furnishing and driving and removal of casings, as specified herein.

### 1.4.2    Furnishing and Delivering Test Piles

Payment for furnishing and delivering the required lengths of steel pipe piles will be made at the contract unit prices per linear foot for "Furnish and Deliver 48"x 5/8" Steel Pipe Pile", or "Furnish and Deliver 48"x 3/4" Steel Pipe Pile". Price and payment shall constitute full compensation for all cost of furnishing, delivering, pile splicing, and storing these piles at test site.

### 1.4.3    Driving Test Piles.

Payment for driving test piles, measured as specified in paragraph 1.3.3, will be made at the contract unit prices per linear foot for "Driving 48"x 5/8" Steel Pipe Pile-Onshore"; "Driving 48" x 3/4" Steel Pipe Pile-Onshore"; or "Driving 48"x 5/8" Steel Pipe Pile-Underwater". Prices and payments shall constitute full compensation for handling, driving, measuring heave, redriving heaved piles, compiling and submitting pile driving records, backfilling voids around piles, and any other items incidental to driving piles to the required elevation.

### 1.4.4    Pulled Test Piles at Completion.

Payment for pulling test piles after the completion of the pile load tests and dynamic testing onshore and after the pile installation study in the IHNC, measured as specified in paragraph 1.3.4, will be made at the contract unit prices per linear foot for "Pulling 48"x 5/8" Steel Pipe Pile-Onshore"; "Pulling 48" x 3/4" Steel Pipe Pile-Onshore"; or "Pulling 48"x 5/8" Steel Pipe Pile-Underwater". Prices and payments shall constitute full compensation for handling, pulling, cutting test piles at splices, storing these piles at test site, backfilling the pile holes, and any other items incidental to pulling piles.

### 1.4.5    Pulled Test Piles and Casings for Inspection, Misaligned or Misplaced

### 1.4.5.1    Pulled Test Piles for Inspection.

Steel pipe pile pulled at the direction of the Contracting Officer for inspection and found to be in good condition, will be paid for at the original driven position plus the

contract unit price for "Pulled Test Piles" for the length pulled which shall constitute payment for pulling. Payment for a pulled pile shall include backfilling the pile hole if required. Undamaged pulled piles when redriven acceptably, will be paid for at the contract unit price for driving the measured length of piles redriven, which price and payment shall constitute payment for redriving only. When a pile is pulled for inspection and found to be damaged, no payment will be made for originally furnishing, delivering, and driving such pile or for the operation of pulling and it shall be replaced by a new pile which will be paid for at the contract unit price for items covered in paragraphs 1.4.2 and 1.4.3.

1.4.5.2    Pulled Casings for Inspection

Each casing pulled at the direction of the Contracting Officer for inspection and found to be in good condition, will be paid for at the original driven position plus 50 percent of the contract unit price for the length pulled which shall constitute payment for pulling. Payment for pulled casings shall include backfilling the pile hole if required. Undamaged pulled casings when redriven acceptably, will be paid for at 50 percent of the contract unit price for furnishing and driving the measured length of casing redriven, which price and payment shall constitute payment for redriving only. When a casing is pulled for inspection and found to be damaged, no payment will be made for originally furnishing, delivering, and driving such casing or for the operation of pulling and it shall be replaced by another casings which will be paid for at the contract unit price for the length acceptably driven.

1.4.5.3    Misaligned or Misplaced Piles

When a pile is driven but not acceptably placed or driven out of alignment and pulled at the direction of the Contracting Officer, no payment will be made for driving such pile or for the operation of pulling. If the pile is undamaged and it is acceptably redriven at the direction of the Contracting Officer, it will then be paid for at the contract unit price for driving.

1.4.5.4    Misaligned or Misplaced Casings

When a casing is driven but not acceptably placed or driven out of alignment and pulled at the direction of the Contracting Officer, no payment will be made for either originally furnishing and driving such casing or for the operation of pulling. If the or casing is undamaged and it is acceptably redriven at the direction of the Contracting Officer, it will then be paid for at the contract unit price.

1.4.6    Filling Voids Around Driven Casings

No separate payment will be made for backfilling voids around casings with excavated material. All costs in connection therewith shall be included in the contract unit price for driving casings covered in paragraph 1.4.1.

Ed 99-088

## 1.5 APPLICABLE PUBLICATIONS

The publications listed below form a part of this specification to the extent referenced. The publications are referred to in the text by basic designation only.

### AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

ASTM A 252                  (1998) Welded And Seamless Steel Pipe Piles

### AMERICAN WELDING SOCIETY (AWS)

AWS D-1.1              (1996) STRUCTURAL WELDING CODE-STEEL

### AMERICAN PIPE INSTITUTE (API)

API RP-2A-LRFD         Recommended Practice For Planning, Designing And Constructing Fixed Offshore Platforms – LRFD

## 1.6 SUBMITTALS

### 1.6.1 Equipment Descriptions

The Contractor shall submit descriptions of pile driving equipment, delivery, storage and handling methods, placement plans, pile removal plans, driving records, quality control records, and other submittals to the Contracting Officer for approval as required. Submittals shall be adequately detailed to thoroughly depict intended methods or processes. Submittals not satisfactory to the Contracting Officer will be rejected. Complete descriptions of pile driving equipment, including hammers, power packs, extractors, leads, and other appurtenances shall comply with the requirements of paragraph 3.1.1 and shall be submitted for approval at least 30 days prior to commencement of work.

### 1.6.2 Pile Fabrication

#### 1.6.2.1 Shop Drawings

Shop drawings for piles shall provide details and dimensions of all shop and field fabrications. The Contractor shall provide splice details and location. The required non-destructive testing (NDT) of welds shall be shown on the shop drawings.

#### 1.6.2.2 Mill Test Reports

Certified copies of mill test reports shall be submitted for each material shipment and be identified with specific lots. Test reports shall indicate all pertinent data on strength, ductility, notch toughness, chemical analysis, heat treatment, and NDT.

1.6.2.3      Materials Test Reports

Certified copies of material test reports shall be submitted for all required material
tests, noting the specific standards followed in the performance of tests.

1.6.2.4      Welding Procedure Specifications (WPS)

A welding procedure specification for each field weld shall be submitted to the
Contracting Officer and approved before fabrication is commenced.

1.6.2.5      Weld Inspector Qualifications

For field welds, the welding inspector qualifications shall be submitted for information
prior to performing field welds.

1.6.2.6      Non Destructive Testing Of Field Welds

The inspection and NDT shall comply with AWS D1.1, Section 6. Test results,
including sketches of defects, shall be submitted within 7 days of testing.

1.6.2.7      Noise and Vibration Monitoring

The Contractor shall submit noise and vibration monitoring plan including number and
type of monitoring devices and locations where measurements will be made to
Contracting Officer for approval.

1.6.3      Delivery, Storage, and Handling Plans

Plans for the proposed methods of delivery, storage, and handling of piles shall
comply with the requirements of paragraphs 1.8.1 and 1.8.2 and shall be submitted
for review and approval at least 30 days prior to delivery of piles to the job site.

1.6.4      Placement Plans

Placement plans shall show the proposed methods for controlling location and
alignment of piles as required in paragraph 3.1.2.1 and shall be submitted for review
and approval at least 30 days prior to delivery of piles to the job site. The plan shall
include Contractor proposed method of monitoring and checking horizontal and
vertical alignments and plumbness during installation. The Contractor placement plan
shall aslo include his proposed method to monitor horizontal, and vertical alignments
and plumbness during installation of the pile placed in the channel below the water
surface. Monitoring and checking of alinement and elevation shall be performed at
sufficient intervals to ensure that the location and position of casings and test piles
are as shown on the drawings and within the tolerances specified herein. Monitoring
shall include number of blows per foot for each foot of pile penetration and number of

blows per inch of pile penetration in the last foot of penetration for piles driven on shore and below the water surface in the channel.

### 1.6.5    Driving Records

Original records of pile driving operations of each pile driven shall be submitted daily. Recorded data for piles shall include the data specified in paragraph 3.1.2.2, unusual driving conditions, interruptions or delays during driving, and any other pertinent information.   The format for driving records shall be in accordance with the format provided by the Contracting Officer.

### 1.6.6    Reporting

The original and two copies of these records and tests, including the records of corrective action taken, shall be furnished to the Government daily.  Format of the reports shall be as prescribed in Section 1451, "CONTRACTOR QUALITY CONTROL".

## 1.7    QUALITY CONTROL

Requirements for materials, tests, machinery, workmanship, and other measures required for quality control shall be as specified in these specifications.  The Contractor shall provide continuous inspection of all operations for quality control and record the results for submission to the Contracting Officer in order to show compliance with the contract requirements.  The Contractor's quality control records shall include but not be limited to the following items:

    (1)  materials;
    (2)  delivery, storage, and handling;
    (3)  placing (location, alignment, etc.);
    (4)  driving records;
    (5)  cutting;
    (6)  record keeping;
    (7)  splices;
    (8)  welding;
    (9)  non destructive testing; and
    (10)  removal and storage.

## 1.8    DELIVERY, STORAGE, AND HANDLING

### 1.8.1    Delivery and Storage

Materials, for the test piles, delivered to the site shall be in a new and undamaged condition and shall be accompanied by certified test reports.  The manufacturer's logo and mill identification mark shall be stamped on each unspliced pile at a minimum of two locations.  Delivery and storage plans shall be submitted for approval as specified

in paragraph 1.6.3. Piles and casings shall be stacked during delivery and storage so that each pile is maintained in a straight position and is supported every 10 feet or less along its length (ends inclusive) to prevent exceeding the maximum permissible camber or sweep. Piles shall not be stacked more than 5 feet high unless approved by the Contracting Officer. Steel casings can be new or used but shall be in good condition.

1.8.2    Handling

The method of handling piles and casings shall be submitted for approval as required in paragraph 1.6.3. Piles shall be lifted using a cradle or multiple point pick-up to ensure that the maximum permissible sweep is not exceeded due to insufficient support, except that a one-point pick-up may be used for lifting piles that are not extremely long. Piles or casings shall not be dragged across the ground. The Contractor shall inspect the camber, and sweep of piles and casings for damage before transporting them from the site storage area to the driving area. Sweep shall be checked by placing piles and casings on a firm, level surface and rotating them. The maximum permissible sweep shall be 2 inches over the length of the pile. The Contractor shall, in the presence of the Government inspector, check piles and casings for damages and excessive sweep immediately prior to placement. Damaged piles or piles with sweep exceeding 2 inches will be rejected for use and replaced at no additional cost to the Government. Damaged casings or casings with sweep exceeding 2 inches will be rejected for use and replaced at no additional cost to the Government.

PART 2    PRODUCTS

2.1    MATERIALS

Pipe piles, open ended, shall be forty-eight inch (48-inch) diameter pipe piles as shown in the drawings conforming to ASTM A 252, Grade 3. Wall thickness shall be 5/8 inch for five (5) of the 48-inch pipe piles. Wall thickness for the other two 48-inch pipe piles shall be 3/4 inch. See drawings for the required pile lengths. Pipe piles shall be seamless or welded; spiral welded pipe is prohibited. Pipe pile tips shall be beveled to help penetrate the foundation material. Steel pipe casings shall be a minimum seventy-two inch (72-inch) diameter pipe piles as shown in the drawings conforming to ASTM A 252, Grade 2. Steel casing wall thickness shall be a minimum 3/4 inch. Pipe pile segments shall be fabricated in accordance with ASTM A 252. Piles shall comply with API RP-2A-LRFD, Subsection L.1.5.9.

PART 3    EXECUTION

3.1    INSTALLATION

### 3.1.1 Pile Driving Equipment

The Contractor shall select the proposed pile driving equipment and submit descriptions of the proposed equipment for approval. Equipment approval will be based on wave equation analysis and the engineering judgement of the Contracting Officer. Stress predicated by wave equation analysis shall not exceed 0.80 Fy of the steel. Final approval of the proposed equipment is subject to the satisfactory completion and approval of test pile installations. Changes in the selected pile driving system will not be allowed after the system has been approved by the Contracting Officer except as directed by the Contracting Officer. No additional contract time will be allowed for Contractor proposed changes in the approved driving system.

### 3.1.1.1 Pile Driving Hammers

Pile driving hammers shall be of a submersible vibratory type hammer and submersible hydraulic impact type hammer.

### 3.1.1.1.1 Submersible Vibratory Hammers

Pipe piles shall be driven by an approved hydraulic or electric motor submersible vibratory hammer. The size and capacity of the submersible vibratory hammer shall be as recommended by the Contractor for the pile weights and soil formations to be penetrated. The hammer shall be operated at all times at the frequency recommended by the Contractor. Electric or hydraulic motor capacity shall be sufficient to operate the hammer continuously at full rated frequency. Hammers shall have a gage to monitor hammer frequency. This gage shall be operational during the driving of piles and shall be mounted in an accessible location for monitoring by the Contractor and Contracting Officer. A rigid connection shall be maintained between the hammer and the pile. Rigid connection shall be a mechanical clamp and a back-up system shall be required to prevent release of the clamp in the event of a power failure. The Contractor shall submit the following information for each submersible vibratory hammer proposed:

(1) make and model;
(2) eccentric moment (inch-pounds);
(3) hammer drive force (tons);
(4) frequency range (cpm or vpm);
(5) amplitude (inches)
(4) pile clamp force (tons);
(5) power pack description;
(6) hydraulic hoses length (feet);
(7) suspended weight (lbs); and
(8) centrifugal force

### 3.1.1.1.2    Submersible Hydraulic Impact Hammers

Pipe piles shall be driven by an approved submersible hydraulic impact hammer. The size and capacity of the hammer shall be as recommended by the manufacturer for the pile weights and soil formations to be penetrated. The hammer shall be operated at all times at the hydraulic pressure and at the speed recommended by the manufacturer. Hydraulic capacity shall be sufficient to operate the hammer continuously at full rated speed. Hammers shall have a gage to monitor operating pressure, oil flow pressure, energy per blow, number of blows per foot, and number of blows per minute. This gage shall be operational during the driving of piles and shall be mounted in an accessible location for monitoring by the Contractor and Contracting Officer. The Contractor shall submit the following information for each submersible hydraulic impact hammer proposed:

    (1)  make and model;
    (2)  ram weight (pounds);
    (3)  anvil weight (pounds);
    (4)  total hammer weight in air;
    (5)  total hammer weight submerged;
    (6)  rated stroke (inches);
    (7)  rated energy range (foot-pounds);
    (8)  rated speed (blows per minute);
    (9)  hydraulic operating data, operating pressure, and oil flow ;
    (10)  pile driving cap, make, and weight (pounds);
    (11)  cushion block, dimensions, and material type, if applicable; and,
    (12)  power pack description.

The Contractor shall record the mean blow energy per foot and the number of blows per foot as specified in the Pile Driving Record. The Contractor shall have positive means of measuring number of blows per foot and pile penetration of the pile driven below the water surface.

### 3.1.1.2    Pile Driving Leads or Templates

The Contractor shall laterally support the pile during driving and pulling. At least one intermediate support for the pile in the leads or in a template shall be provided to reduce the unbraced length of the pile during driving and pulling.

### 3.1.1.3    Pile Extractors

Pile extractors may be vibratory and/or impact pile driving hammers. Impact hammers are required for pulling piles not extractable with vibratory hammers. For the use of the vibratory hammer, weight indicator shall be attached to the crane during extraction.

Ed 99-088

### 3.1.1.4 Jetting Equipment

Jetting will not be allowed.

### 3.1.1.5 Following

A follower will not be allowed.

### 3.1.1.6 Pre-drilling

Piles shall not be pre-drilled.

### 3.1.2 Test Piles and Steel Casings

### 3.1.2.1 Placement

Pile and casing placement plans shall be submitted for approval as required in paragraph 1.6.4. After casing placement, the material within the casing shall be excavated as specified in Section 02318, and as shown in drawings. The casing shall be filled and maintained with water to elevation 0.0 NGVD or above before excavating below elevation –20 NVGD to prevent blow-in at the bottom of casing. Piles and casings shall be placed accurately in the correct location and alignments, both laterally and longitudinally, and to the vertical lines as shown in the drawings. The Contractor shall establish a permanent base line during pile driving operations to provide for inspection of pile and casing placement by the Contracting Officer. The base line shall be established prior to driving test piles or casings and shall be maintained during the installation of the test piles. Piles shall be marked prior to installation by painting horizontal lines at 1 foot intervals with the number of feet from the pile tip at five-foot intervals. Prior to driving and with the pile head seated in the hammer, the Contractor shall ensure that each pile and casing has been aligned correctly. Tolerances shall be as follows:

| Pile Type | Vertical Alignment | Horizontal Alignment | Plumb |
|---|---|---|---|
| Casing | 6" plus or minus | 6" | 1% of it's length, Not to exceed 8" |
| On-shore Test Piles | 3" plus or minus | 3" | 0.5% of it's embedded length, not to exceed Limits of the casing |
| Test Piles In channel Below water surface | 6" plus or minus | 6" | 1.5% of it's length |

Ed 99-088

The correct relative position of all the piles and casings shall be maintained by use of templates or by other approved means. Piles and casings not located properly or exceeding the specified tolerance shall be pulled and redriven at a location directed by the Contracting Officer at no additional cost to the Government.

3.1.2.2      Driving

Tests piles shall be driven with a submersible vibratory and/or submersible impact hammers as specified in the drawings. Test pile 1 will be driven with the submersible impact hammer only. Test piles, TP2, TP4, TP5, and TP6, will be partially driven with a submersible vibratory hammer before driving the remaining pile length with a submersible impact hammer. Test Piles, TP3, and TP7, will be driven with a submersible vibratory hammer to full penetration. Steel casings shall be installed with a vibratory or impact hammer or by any other approved methods.

3.1.2.2.1      Submersible Vibratory Hammer

Vibratory hammer shall be used as specified in the drawings. A complete and accurate driving record of piles shall be compiled and submitted as required in paragraph 1.6.5. The driving record for vibratory hammers shall include pile dimensions and location, pile identification number, date driven, original pile length, tip elevation, description of hammer used, frequency range of hammer operation, length of hydraulic hoses, total driving time in minutes and seconds for each pile, hammer type, and other pertinent information as required or requested by the Contracting Officer. When driving long piles of high-slenderness ratio, special precautions shall be taken to ensure against overstressing and leading away from a plumb or true position. The hammers shall be operated at all times at the frequency and under the conditions recommended by the Contractor subject to the approval of the Contracting Officer. Once pile driving has begun, all conditions (such as alignment, batter, cushion, etc.) shall be kept constant. Each pile shall be driven continuously and without interruption, except to splice pile segments and/or to drive the remaining pile length by submersible impact hammer, until the required depth of penetration has been attained. Deviation from this procedure will be permitted only when driving is stopped by causes that reasonably could not have been anticipated. Jetting shall not be used to assist driving piles. A pile that cannot be driven to the required depth because of an obstruction shall be pulled and redriven as directed by the Contracting Officer. When driving piles in clusters or under conditions of relatively close spacing, observations shall be made to determine heave. Heaved piles shall be backdriven to the original depth of penetration without additional cost to the Government. Piles damaged or impaired for use during driving shall be pulled and replaced with new piles and driven as directed by the Contracting Officer without additional cost to the Government. The Contracting Officer may require that any pile be pulled for inspection. Piles pulled at the direction of the Contracting Officer and found to be in suitable condition shall be redriven at a location directed by the Contracting Officer and payment therefore will be made in accordance with paragraph

1.4.4. Piles pulled at the request of the Contracting Officer and found to be damaged shall be replaced by new piles at the Contractor's expense. Any pile that can not be driven to specified depth with the vibratory hammer shall be driven to the specified depth with the submersible impact hammer.

### 3.1.2.2.2    Submersible Impact Hammer

Submersible impact hammer shall be used as specified in the drawings. A complete and accurate driving record of piles shall be compiled and submitted as required in paragraph 1.6.5. The driving record for impact hammers shall include pile dimensions and location, pile identification number, date driven, original pile length, tip elevation, description of hammer used, rate of hammer operation, number of blows required for each foot of penetration throughout the entire length of each pile and for each inch of penetration in the last foot of penetration, total driving time in minutes and seconds for each pile, type of hammer, and other pertinent information as required or requested by the Contracting Officer. When driving long piles of high-slenderness ratio, special precautions shall be taken to ensure against overstressing and leading away from a plumb or true position. The hammers shall be operated at all times at the speed and under the conditions recommended by the Contractor subject to the approval of the Contracting Officer. Once pile driving has begun, all conditions (such as alignment, batter, cushion, etc.) shall be kept constant. Each pile shall be driven continuously and without interruption until the required depth of penetration has been attained. Deviation from this procedure will be permitted only when driving is stopped by causes that reasonably could not have been anticipated. Jetting shall not be used to assist driving piles. A pile that cannot be driven to the required depth because of an obstruction shall be pulled and redriven as directed by the Contracting Officer. When driving piles in clusters or under conditions of relatively close spacing, observations shall be made to determine heave. Heaved piles shall be backdriven to the original depth of penetration without additional cost to the Government. Piles damaged or impaired for use during driving shall be pulled and replaced with new piles and new piles driven as directed by the Contracting Officer without additional cost to the Government. The Contracting Officer may require that any pile be pulled for inspection. Piles pulled at the direction of the Contracting Officer and found to be in suitable condition shall be redriven at a location directed by the Contracting Officer and payment therefore will be made in accordance with paragraph 1.4.4. Piles pulled at the request of the Contracting Officer and found to be damaged shall be replaced by new piles at the Contractor's expense.

### 3.1.2.3    Pile Splicing

Splice details are shown on the drawings and shall be included in the shop drawing submittal. Welding shall comply with Section K of API RP-2A-LRFD. Welding procedure specifications shall be submitted for approval. Damaged portions of the driven pile top segment shall be removed as directed by the COR. The abutting ends shall be prepared as shown on the drawings and comply with paragraph M.5.4 of API RP-2A-LRFD. A weld inspector shall perform a visual test (VT) as specified in

paragraph N4.3.1 of API RP-2A-LRFD as the work progresses. The entire splice length shall be inspected by ultrasonic testing (UT). The UT technique shall comply with AWS D1.1, Subsection 6.20 and acceptance criteria is as specified in AWS D1.1 Subsection 6.13. Repairs shall be done in accordance with AWS D 1.1 subsection 5.26, and repairs shall be retested. All welds shall be ground smooth. A maximum of one splice per pile will be allowed. The splice shall be located at the midpoint of the pile. The splice, inspection and any repairs and retesting shall be completed within a 5 hour period. Any additional driving requirements and repairs resulting from pile damage shall be provided by the Contractor at no additional cost when the 5 hour period is exceeded.

### 3.1.2.4    Damaged Piles and Casings

Driving of piles and casings shall not subject them to damage. Piles and casings which are damaged by reason of internal defects or by improper driving so as to impair them for the purpose intended shall be removed and replaced. The Contracting Officer may require the Contractor to pull certain piles or casings after driving for inspection to determine the condition of the piles or casings. Any pile or casings so pulled an found to be damaged to such extent as, in the opinion of the Contracting officer, would impair its usefulness in the pile test program, shall be removed from the site and the Contractor shall furnish and drive a new pile or casing to replace the damaged piles or casings. Piles or casings pulled and found to be sound and in a satisfactory condition as determined by the Contracting Officer's Representative shall be redriven. Any holes which remain as a result of pulling operations shall be filled with the materials specified in paragraph 3.4

### 3.2    NOISE AND VIBRATION MONITORING

Noise and vibration monitoring and recording shall be performed by the Contractor during pile driving of the test piles onshore and in the IHNC channel. The Contractor shall take 24 hours of background readings prior to any construction activities. The background readings shall be taken during contractor normal working hours. Monitoring shall be performed by qualified personnel using calibrated instruments. Readings shall be taken at two locations along the eastern construction right-of –way. One monitoring location shall be at the entrance gate of the former Saucer Marine Facility and the other location shall be at Saucer Marine Facility fence line and baseline station 52+50. Noise reading measurements shall be in dBa and vibratory reading measurements shall be in inches per second. The noise and vibration report including recorded readings and distances from the pile driving operation shall be submitted to the Contracting Officer.

### 3.3    TEST PILES AND CASING REMOVAL

The Contractor shall remove test piles driven in the IHNC channel immediately after the installation at the direction of the Contracting Officer. The pulled piles shall be available for inspection by the Contracting Officer's Representative. The Contractor

Ed 99-088

shall remove the test piles and casings onshore after the completion of the static load tests and the restriking dynamic tests. The removed casing shall become the property of the Contractor and shall be removed from the project site. The seven (7) test piles shall remain the property of the Government and properly stored at the project site as stated in section 02355, paragraph 3.4. During removal of test piles, the piles may be cut four (4) feet from the pile splice to facilitate removal.

## 3.4   VOID BACKFILL

Where voids are induced by pile driving or pulling and removal operations, the Contractor shall backfill the voids with a tremie-placed cement-bentonite-sand slurry as specified in 02355-3.4.

Ed 99-088

INDEX

## 02497 - DYNAMIC PILE TESTING

PART 1 GENERAL......................................................................................................1
   1.1 SCOPE ...........................................................................................................1
      1.1.1 General.................................................................................................1
   1.2 MEASUREMENT AND PAYMENT ................................................................1
   1.3 REFERENCES ...............................................................................................2
   1.4 CONTRACTOR QUALIFICATIONS.................................................................2
   1.5 QUALITY CONTROL......................................................................................2
      1.5.1 General.................................................................................................2
      1.5.2 Reporting ..............................................................................................3
   1.6 SUBMITTALS .................................................................................................3
   1.7 TEST MEASUREMENT ..................................................................................3
   1.8 REPORTS.......................................................................................................3
      1.8.1 General.................................................................................................3
      1.8.2 Pile Installation Equipment...................................................................4
      1.8.3 Test and Support Piles .........................................................................4
      1.8.4 Pile Installation - Test and Support.......................................................4
      1.8.5 Pile Testing ..........................................................................................5
PART 2 PRODUCTS..................................................................................................5
   2.1 MATERIALS AND EQUIPMENT .....................................................................6
   2.1.1 Dynamic Monitoring Device .................................................................6
2.1.2 Strain Transducers and Acceleration, Velocity or Displacement Transducers..6
   2.1.3 Apparatus for Recording, Reducing, and Displaying Data.....................6
PART 3 EXECUTION..................................................................................................6
   3.1 DYNAMIC TESTING .......................................................................................6
   3.1.1 Dynamic Testing During Initial Driving .................................................6
   3.1.2 Dynamic Testing During Restrike ........................................................7
   3.2 APPLICATION ................................................................................................7
   3.2.1 Impact Force Application .....................................................................8
   3.2.2 Placement of Transducers...................................................................8
   3.3 DYNAMIC TESTING REPORTS .....................................................................8
   3.3.1 I Test Pile Program .............................................................................8
   3.3.1.1 CAPWAP Analyses...........................................................................8
   3.3.1.2 Refined Wave Equation Analysis .....................................................8

# 02497 - DYNAMIC PILE TESTING

## PART 1    GENERAL

### 1.1    SCOPE

The work covered by this section consists of furnishing all plant, equipment, power, labor, and materials, and performing all operations for dynamic pile testing of piles during initial driving and restriking steel piles in accordance with these specifications. Test methods described herein are generally in accordance with ASTM D 4945. Dynamic pile testing is to provide data on strain or force and acceleration, velocity or displacement of a pile under impact force. The data shall be used to estimate the static capacity and the integrity of the pile, as well as hammer performance, pile stresses, and soil dynamic characteristics, such as soil damping coefficients and quake values.

### 1.1.1    General

The Contractor shall retain the services of a geotechnical engineering firm experienced in the use of a pile driving analyzer and performing static pile load tests in similar subsurface foundation conditions as the subject test site. The Contractor shall provide and furnish all necessary apparatus, measuring equipment, personnel to install testing devices, and perform dynamic pile testing on test piles in accordance with these specifications. The recording and reporting of all data shall be the responsibility of the Contractor. An experienced engineer shall operate the Pile Driving Analyzer in the field. All components of the apparatus for obtaining dynamic measurements and the apparatus for recording, reducing and displaying data shall be calibrated at least once every two years to the standards of the manufacturer. The Contracting Officer's representative shall have free access to the dynamic pile testing data at any time. A Government representative will be present during the dynamic pile testing. The Contractor shall provide the Contracting Officer 72 hours notice prior to initiating each dynamic test in order that arrangements may be made to have a Government representative present during the test. The reduction, analysis, and interpretation of the test data, and reports shall be accomplished by Contractor's geotechnical firm.

### 1.2    MEASUREMENT AND PAYMENT

No measurement will be made for performing dynamic pile testing of test piles. Payment for performing dynamic pile testing will be made at the contract lump sum price for "Dynamic Pile Testing". Price and payment shall constitute full compensation for furnishing all plant, labor, material and equipment and performing dynamic pile testing as specified herein or indicated on the drawings, documentation and submission of dynamic pile testing reports; and all operations incidental thereto.

Ed 99-088

## 1.3    REFERENCES

The following publications, referred to thereafter by basic designation only, form a part of this specification to the extent indicated:

### AMERICAN SOCIETY FOR TESTING AND MATERIALS (ASTM)

D 4945-96                        High-Strain Dynamic Testing of Piles

## 1.4    QUALIFICATIONS

The Contractor shall identify the geotechnical firm and individual within the geotechnical firm's organization who has the experience in the method of performing dynamic pile testing. The Contractor shall submit a proven experience record of the individual. As a minimum, the individual shall have the experience of performing dynamic pile testing on at least ten (10) projects of similar magnitude, and in similar subsurface soil conditions within the last five years. The individual proposed by the Contractor will be subject to the approval of the Contracting Officer and shall supervise all dynamic pile testing. Approval of the aforementioned individual does not exclude the Contractor from his obligation to perform the specified work.

## 1.5    QUALITY CONTROL

### 1.5.1    General

The Contractor shall establish and maintain quality control for all operations to assure compliance with the contract requirements and maintain records of his quality control for all construction operations including, but not limited to, the following:

(1)  Facilities and personnel providing for installation and reading by the Contractor of all measuring devices.

(2)  Dynamic Pile Testing (pile number, location); sequence and method of testing; records of measurements, and driving records.

(3)  Ensure dynamic pile testing equipment is in good working order and calibrated before, during, and after gauges are attached to the pile.

(4)  Perform data quality checks throughout the dynamic pile test and ensure data quality is reasonable reproducibly consistent and proportional.

(5)  Restrike Dynamic Pile Testing (pile number, location); sequence and method of testing; records of measurements, and driving records.

1.5.2    Reporting

The original and two copies of these records and tests, as well as records of corrective action taken, shall be furnished to the Government daily. Format of reports other than test data shall be as prescribed in Section 01451, "CONTRACTOR QUALITY CONTROL".

1.6    SUBMITTALS

The Contractor shall submit his plan for conducting dynamic pile testing to the Contracting Officer for approval a minimum of 30 days prior to the beginning of the tests. The Contractor shall submit the items required below for review and approval by the Contracting Officer.

(1) Geotechnical firm and individual in the firm with the stated qualifications for performing dynamic pile testing.

(2) Dynamic Testing Work Plan. The work plan shall include the following information:

a. Number, and type transducers

b. Location and method of installing transducers.

c. A description of sequence and method of dynamic testing during initial driving and restriking steel piles.

1.7    TEST MEASUREMENT

Measurements of strain, force, acceleration, velocity or displacement of a pile under impact force, and reports on all test piles shall be made by the Contractor. Dynamic driving stresses of the test piles shall be supplied to the Contracting Officer within 7 days after the installation of the test piles.

1.8    REPORTS

The report of the dynamic pile test shall be in accordance with ASTM D 4945 and include the following items where applicable:

1.8.1    General

(1) Project Identification

(2) Location

1.8.2    Pile Installation Equipment

   (1) Make, model, type, and size of hammer

   (2) Weight of hammer and ram

   (3) Stroke of ram

   (4) Rated energy and operating speed of hammer

   (5) Type and thickness of cap blocks and pile cushions

   (6) Weight and dimensions of drive-cap and follower

1.8.3    Test Piles

   (1) Identification of test pile(s)

   (2) Type of piles

   (3) Pile material including basic specifications

   (4) Dimensions of pile

   (5) Pile weight as driven

   (6) Measure out of plumbness

   (7) Driven length

   (8) Embedded length

   (9) Tested length, and

   (10) Final elevation of piles butt referenced to fixed datum (identify datum)

   (11) Location of splices, if applicable

1.8.4    Pile Installation.

   (1) Date driven

   (2) Operation of hammer during final driving

   (3) Driving log, blows per foot

(4) Final penetration resistance, blows per inch

(5) Description of special installation procedures used, and

(6) Notation of any unusual occurrences during installation

(7) Cause and duration of interruptions in pile installation, if applicable

1.8.5    Dynamic Pile Testing

(1) Description of all components of the apparatus for obtaining dynamic measurements and apparatus for recording, reducing and displaying data, and of test procedure including description and location of the sensor attachment.

(2) Date tested and sequence of test pile such as "end of driving" or "beginning of restrike"

(3) Test pile identification

(4) Pile length below sensors, cross sectional area, density, wave speed, and modulus of elasticity of the test pile

(5) Penetration resistance (number of blows per unit penetration) during test

(6) Graphical presentation of velocity and force measurement in the time domain for representative blow of each pile tested

(7) Method(s) and one-dimensional wave propagation theory used to evaluate data (particularly for the capacity evaluation)

(8) Capacity of the pile at the time of testing; at end of driving and from a restrike. Summarize variable for soil model, including damping factors, quakes, and resistance distribution

(9) Hammer performance as measured by energy transferred into the pile

(10) Driving stresses in the pile

(11) Comments on the integrity of the pile, and

(12) Notation of any unusual occurrences during test

# PART 2    PRODUCTS

Ed 99-088

## 2.1    MATERIALS AND EQUIPMENT

### 2.1.1    Dynamic Monitoring Device

The dynamic monitoring device shall be a pile driving analyzer. The equipment shall conform to the requirements of ASTM D 4945. The apparatus for obtaining dynamic measurements shall include transducers, which are capable of independently measuring strain and acceleration versus time at a specific location along the pile axis during the impact event. A minimum of four strain transducers and four accelerometers, positioned at 90 degree around the perimeter of the pile, shall be securely attached to the pile to prevent slippage. Transducers and accelerometers shall be bolted to the test pile.

### 2.1.2  Strain Transducers and Acceleration, Velocity or Displacement Transducers

Transducers shall be as specified in ASTM D 4945. The transducers shall have been calibrated to an accuracy of 3% throughout the applicable measurement range. If damage is suspected during use, the transducers shall be re-calibrated or replaced.

### 2.1.3    Apparatus for Recording, Reducing, and Displaying Data

This apparatus shall be as described in ASTM D 4595. The apparatus shall allow determination of the force and velocity versus time and determination of the acceleration and displacement of the pile head, and the energy transferred to the pile.

## PART 3    EXECUTION

## 3.1    DYNAMIC TESTING

### 3.1.1    Dynamic Testing During Initial Driving

Dynamic pile testing shall be performed during the initial driving of Test Piles 1,2, 4, 5 and Test Pile 6, which is below the water surface. Dynamic testing shall be performed on these test piles during the final 60 feet of initial driving with the submersible impact hammer. The Contractor shall mark test piles 1,2, 4 and 5 clearly at appropriate interval for pile installation and dynamic testing. For test pile 6, the Contractor shall have a positive method to determine pile penetration and blows per foot of pile penetration for the pile driven below the water surface. The Contractor shall attach a minimum of four strain transducers and four accelerometers to the pile(s) at a minimum distance of 1.5 pile diameters below the pile head as stated in paragraph 3.2.2 and in accordance with ASTM D 4945. The transducers shall be securely attached to the piles by bolting. The Contractor shall connect the sensors on the pile with the pile driving analyzer located at ground level at a safe distance from the pile. The Contractor shall perform the internal calibration check and take the dynamic measurements for the impacts together with routine observation of penetration resistance. The force and velocity signals from the pile driving analyzer

shall be calibrated before dynamic testing begins. Driving of the test pile shall continue using routine pile installation procedures with the impact hammer. The impact force applied during dynamic testing shall be applied axially and concentrically with the pile. The Contractor shall take measurements in accordance with ASTM 4945 including but not limited to recording the number of impacts for a specific penetration; record the drop of the ram or ram travel length, if applicable; for hydraulic hammers, record the kinetic energy from the hammer readout when available; record the number of blows per minute delivered by the hammer; and take, record, and display a series of force and velocity measurements. The Contractor shall compare the force and the product of velocity and impedance at the moment of impact as stated in paragraph 1.5 and in accordance with ASTM 4945 for data quality checks.

### 3.1.2   Dynamic Testing During Restrike

Restrike dynamic testing shall be performed on test piles 1, 2, 3, 4, and 5 with the approved submersible impact hammer. The Contractor shall perform a restrike dynamic testing on test piles 1, 2, and 3 a minimum of 10 days after the completion of the compression test . The Contractor shall perform a restrike dynamic testing on test piles 4, and 5 a minimum of 10 days after the completion of the compression, if performed, or as directed by the Contracting Officer. The Contractor shall mark the piles clearly at appropriate interval for dynamic testing. The Contractor shall attach a minimum of four strain transducers and four accelerometers to the pile(s) at a minimum distance of 1.5 pile diameters below the pile head as stated in paragraph 3.2.2 and in accordance with ASTM D 4945. The transducers shall be securely attached to the piles by bolting. The Contractor shall connect the sensors on the pile with the pile driving analyzer located at ground level at a safe distance from the pile. The Contractor shall perform the internal calibration check and take the dynamic measurements for the impacts together with routine observation of penetration resistance. The force and velocity signals from the pile driving analyzer shall be calibrated before dynamic testing begins. The impact force applied during dynamic testing shall be applied axially and concentrically with the pile. The restrike driving sequence shall be performed with a warmed up hammer and shall consist of striking the piles until the pile penetrates an additional three inches. The Contractor shall take measurements in accordance with ASTM D 4945 including but not limited to recording the number of impacts for a specific penetration; record the drop of the ram or ram travel length, if applicable; for hydraulic hammers, record the kinetic energy from the hammer readout when available; record the number of blows per minute delivered by the hammer; and take, record, and display a series of force and velocity measurements. The Contractor shall compare the force and the product of velocity and impedance at the moment of impact as stated in paragraph 1.5 and in accordance with ASTM D 4945 for data quality checks.

## 3.2   APPLICATION

### 3.2.1    Impact Force Application

Impact force for the dynamic pile tests shall be the approved submersible impact hammer. The hammer shall be positioned so that the impact is applied axially to the head of the pile and concentric with the pile.

### 3.2.2    Placement of Transducers and Accelerometers

The four transducers and four accelerometers shall be placed, diametrically opposed and on equal radial distances, at the same axial distance from the bottom or from the top of the pile so that the measurements compensate for bending of the pile. The transducers shall be attached at least 1 ½ pile diameters from the pile head. Care shall be taken to ensure that the apparatus is securely attached to the pile so that slippage is prevented. See ASTM D 4945 for typical attachment lay-outs.

### 3.3    DYNAMIC TESTING REPORTS

### 3.3.1    Test Pile Program

The Contractor's geotechnical firm shall prepare a written report of the dynamic testing program on the test piles including static load test data and results. This report shall include a discussion of the pile capacity results obtained from the dynamic testing and correlation between the pile dynamic test results and the pile static test results. The report shall also discuss hammer and driving system performance, driving stress levels, pile integrity and soil characteristics, such as soil damping coefficients and quake values.

### 3.3.1.1    CAPWAP Analyses

The Contractor shall perform Case Pile Wave Analysis Program (CAPWAP) analyses of the dynamic pile testing data obtained from the "end of initial driving" and the "beginning of restrike" on all dynamically tested piles.

### 3.3.1.2    Refined Wave Equation Analysis

The Contractor shall perform a refined wave equation analysis or analyses based upon the variations in the subsurface conditions and/or drive system performance observed in the test pile program results.

Ed 99-088