# FAX TRANSMITTAL



BOH BROS. CONST. CO. LLC.

HARVEY CANAL SECTOR GATE PROJECT
Phone No. (504) 347-9386
FAX (504) 347-6814

DATE: 1-26-06

FROM: STAN VICKNAIR

TO: DALE BIGGERS

CUSTOMER: 

FAX NUMBER: 821-0714

NUMBER OF PAGES (INCLUDING THIS COVER SHEET): 3

NOTES: Stan Vicknair was on Vacation the week of May 29 to June 2. When he returned to the job site on Monday June 5, there was nothing on the job site and he removed the project sign. Dale Biggers
~~Monday~~
~~on May~~ 30TH Stan Removed the
~~project sign.~~

Attachment 2

25 MAY 20**00**     DAILY LOG     DAY **THURSDAY**

CONTRACTOR **BOH BROS**   JOB NAME **IHNC**   JOB NO. **3801-30**

**Work Performed Today**

JETTED ON THE OUTSIDE OF TEST PILE #6. HOOKED SUBMERSIBLE VIBRATORY HAMMER ONTO PILE + PULLED IT. SPREAD STOCKPILE MATERIAL

STARTED LOADING OUT EQUIPMENT BACK TO YARD.

SENT OFF SUBMERSIBLE IMPACT HAMMER.

Weather **CLEAR - WARM**
Temp. AM **76**  PM **91**

Safety Meeting _____

| Work Force | No. |
|---|---|
| Superintendent | 1 |
| Clerk | |
| Bricklayers | |
| Carpenters | |
| Cement Masons | |
| Electricians | |
| Iron Workers | |
| Laborers | |
| Operating Eng | 3 |
| Plumbers | |
| Pipe Fitters | |
| Sheet Metal | |
| Truck Drivers | |
| VELDER | 6 & 54 |
| CRC | 1 & 8 |
| Total | 11 HRS |

Problems - Delays

Sub-Contractor Progress

Special Assignments

| Extra Work | Authorized By | Approx. Price |
|---|---|---|

| Equipment Rented Today | Rented From | Rate |
|---|---|---|

Equipment | Hrs.

Material Purchased

Supervisor's Signature _____

**ATTACHMENT 2**

DAY **FRIDAY**              DAILY LOG              20 **06** MAY 26

CONTRACTOR **3801-30** JOB NAME **IHNC** JOB NO. **3801-30**

Work Performed Today

LOADED ALL PILES + CASING ONTO THE MATERIAL BARGE + MOVED IT + THE RINGER OFF THE JOB-SITE.
SPREAD STOCKPILE MATERIAL.

Weather **CLEAR + WARM**
Temp. AM **76** PM **92**

Safety Meeting

| Work Force | No. |
|---|---|
| Superintendent | 1 |
| Clerk | |
| Bricklayers | |
| Carpenters | |
| Cement Masons | |
| Electricians | |
| Iron Workers | |
| Laborers | |
| Operating Eng. | 3 |
| Plumbers | |
| Pipe Fitters | |
| Sheet Metal | |
| Truck Drivers | |
| WELDERS | 5 |
| C&C | 1 |
| Total | 10 HRS |

Problems - Delays

| Equipment | Hrs. |
|---|---|

Sub-Contractor Progress

Special Assignments

| Extra Work | Authorized By | Approx. Price | Material Purchased |
|---|---|---|---|

| Equipment Rented Today | Rented From | Rate | |
|---|---|---|---|

Supervisor's Signature