FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15  AM 9: 30

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | **CIVIL ACTION NO.: 05-4182** |
| | * | |
| | * | **SECTION:   K (2)** |
| **VERSUS** | * | |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **BOH BROS. CONSTRUCTION CO.,** | * | |
| **LLC, ET AL** | * | |
| | * | |
| **PERTAINS TO ALL CASES** | * | |

**************************************

---

### REQUEST FOR ORAL ARGUMENT PURSUANT TO LOCAL RULE 78.1E

---

Defendant, Boh Bros. Construction Co., L.L.C. requests oral argument on its motion entitled "Rule 56 Motion for Summary Judgment" which has been filed contemporaneously with

the filing of this Request for Oral Argument.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

BY: _____
MICHAEL R. C. RIESS (#2073)
CHARLES B. COLVIN (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, LA  70170
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
Attorneys for Boh Bros. Construction
Co., L.L.C.

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Boh Bros. Construction
Co., L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing a copy thereof, postage prepaid, in the United States mail, addressed to them on this __15__ day of June, 2006.

_/s/ [signature]_