UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEN BERTHELOT, ET AL** | \* | **CIVIL ACTION** |
| **Plaintiffs** | \* | |
| | \* | **NO. 05-4182** |
| **VERSUS** | \* | |
| | \* | **SECTION "K" (2)** |
| **BOH BROS. CONSTRUCTION CO.,** | \* | |
| **L.L.C., ET AL** | \* | |
| **Defendants** | \* | |
| | \* | |

THIS DOCUMENT RELATES TO:
05-4181 "K"(2)    (O'Dwyer)           06-0225 "K"(2)    (Bradley)
05-5237 "K"(2)    (Vodanovich)        06-0886 "K"(2)    (Finney)
05-6073 "K"(2)    (Kirsch)            06-2278 "K"(2)    (Christenberry)
05-6314 "K"(2)    (Ezell)             06-2287 "K"(2)    (Sanchez)
05-6324 "K"(2)    (Brown)             06-2346 "K"(2)    (Fitzmorris)
05-6327 "K"(2)    (Leblanc)           06-2545 "K"(2)    (Marcello)
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned will bring the foregoing *Fed. R. Civ. P. 12(b)(6) Motion to Dismiss* before the Honorable Stanwood Duval, Jr. at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of July 2006 at 9:30 a.m.

**Respectfully submitted,**

_____

1

**GEORGE R. SIMNO, III (#12271)**
**GERARD M. VICTOR (# 9815)**
**625 St. Joseph St., Room 201**
**New Orleans, LA 70165**
**Tel:  (504) 585-2242**
**Fax:  (504) 585-2426**
**Email:  Gsimno@swbno.org**
**ATTORNEYS FOR THE SEWERAGE AND WATER**
**BOARD OF NEW ORLEANS**

n:\lit\def\hurricane katrina\berthelot, colleen\ple\060612noticeofhearing.motiontodismiss.doc