

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| VERSUS | * | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |
| | * | THIS PLEADING PERTAINS TO: Civil Action No. 05-6323 |

* * * * * * * * * * * * * * * * * * *

### DEFENDANT HANOVER INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant, Hanover Insurance Company ("Hanover"), hereby moves for judgment on the pleadings in *Richard Vanderbrook et al. v. State Farm Fire & Cas. Co. et al.*, Civil Action No. 05-6323. In particular, Hanover seeks judgment on the pleadings with respect to the claims of Plaintiff James Capella and is making claims against Hanover. Hanover is entitled to judgment on the pleadings on the grounds that, based on the allegations in the Petition, Plaintiff cannot recover under the insurance policies as a matter of law. Plaintiff alleges that he seeks to recover for water damage to the home when a concrete wall on the 17th Street Canal broke and water flowed onto the streets of New Orleans and into

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

1

the home. Such water damage is clearly and unambiguously excluded by the water damage exclusion in the homeowner's insurance policy issued by Hanover to Plaintiff James Capella.

The grounds for this motion are more fully stated in the Consolidated Memorandum of Law of Defendants The Standard Fire Insurance Company, Hartford Insurance Company of the Midwest, Hanover Insurance Company and Unitrin Preferred Insurance Company in Support of Rule 12 Motions, being submitted contemporaneously herewith.

Dated this 15th day of June, 2006.

Respectfully submitted,

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:    (860) 275-8200
Facsimile:    (860) 275-8299

Attorneys for Hanover Insurance Company

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Hanover's Motion for Judgment on the Pleadings has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of June, 2006.

_____