UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| VERSUS | * | CONS. KATRINA CANAL |
| | * | |
| BOH BROTHERS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| CONSTRUCTION CO., L.L.C., ET | * | |
| AL. | * | MAGISTRATE JUDGE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | THIS PLEADING PERTAINS TO: |
| | * | Civil Action No. 05-6323 |
| | * | |

### APPENDIX TO CONSOLIDATED MEMORANDUM OF LAW OF DEFENDANTS THE STANDARD FIRE INSURANCE COMPANY, HARTFORD INSURANCE COMPANY OF THE MIDWEST, HANOVER INSURANCE COMPANY AND UNITRIN PREFERRED INSURANCE COMPANY IN SUPPORT OF RULE 12 MOTIONS

1

## TABLE OF CONTENTS

| Document | Tab | Bates Numbers |
|---|---|---|
| Hanover Insurance Company Homeowners Policy No. HSO 7770574 issued to James Capella<br><br>    Water Damage Exclusion is at page INS 000009. | 1 | INS 000001<br><br>Through<br><br>INS 000043 |
| Hartford Insurance Company of the Midwest Homeowners Policy No. 55 RBB 676529 issued to Jack Capella as the Executor of the Succession of Lillian Capella<br><br>    Water Damage Exclusion is at page INS 000056. | 2 | INS 000044<br><br>Through<br><br>INS 000084 |
| The Standard Fire Insurance Company Homeowners Policy No. 921285632 633 1 issued to Peter Anthony Ascani III and Tulin Acikalin<br><br>    Water Damage Exclusion is at page INS 000096. | 3 | INS 000085<br><br>Through<br><br>INS 000124 |
| The Standard Fire Insurance Company Homeowners Policy No. 961932610 633 1 issued to Gregory R. Jackson and Monica Reyes<br><br>    Water Damage Exclusion is at page INS 000136. | 4 | INS 000125<br><br>Through<br><br>INS 000157 |
| Unitrin Preferred Insurance Company Homeowners Policy No. UP 216265 issued to Richard Vanderbrook<br><br>    Water Damage Exclusion is at page INS 000171. | 5 | INS 000158<br><br>Through<br><br>INS 000203 |

Respectfully submitted,

*[signature]*

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195

Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8200
Facsimile:    (860) 275-8299

Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Appendix to Consolidated Memorandum of Law of Defendants The Standard Fire Insurance Company, Hartford Insurance Company of the Midwest, Hanover Insurance Company and Unitrin Preferred Insurance Company has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of June, 2006.

_[signature]_