

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| VERSUS | * | CONS. KATRINA CANAL |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | THIS PLEADING PERTAINS TO: |
| | * | Civil Action No. 05-6323 |
| | * | |

### DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Fed. R. Civ. P. 12(c), Defendant The Standard Fire Insurance Company ("Standard Fire") hereby moves for judgment on the pleadings in *Richard Vanderbrook et al. v. State Farm Fire & Cas. Co. et al.*, Civil Action No. 05-6323. In particular, Standard Fire seeks judgment on the pleadings with respect to the claims of Plaintiffs Gregory Jackson and Peter Ascani, III, the only Plaintiffs who were insured by and are making claims against Standard Fire. Standard Fire is entitled to judgment on the pleadings on the ground that, based on the allegations in the Petition, Plaintiffs cannot recover under their insurance policies as a matter of law. Plaintiffs allege that they seek to recover for water damage to their homes caused when a concrete wall on the 17th Street Canal broke and water flowed onto the streets of New Orleans and into their homes. Such water damage is clearly and unambiguously excluded by the water

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

damage exclusion in the homeowners' insurance policies issued by Standard Fire to Plaintiffs Gregory Jackson and Peter Ascani, III.

The grounds for this motion are more fully stated in the Consolidated Memorandum of Law of Defendants The Standard Fire Insurance Company, Hartford Insurance Company of the Midwest, Hanover Insurance Company and Unitrin Preferred Insurance Company in Support of Rule 12 Motions, being submitted contemporaneously herewith.

Dated this 15th day of June, 2006.

                Respectfully submitted,

                /s/ Seth A. Schmeeckle
                Ralph S. Hubbard III, T.A., La. Bar. # 7040
                Joseph P. Guichet, La. Bar # 24441
                Seth A. Schmeeckle, La. Bar # 27076
                LUGENBUHL, WHEATON, PECK,
                    RANKIN & HUBBARD
                601 Poydras Street, Suite 2775
                New Orleans, LA 70130
                Telephone:   (504) 568-1990
                Facsimile:    (504) 310-9195

                Stephen E. Goldman (pro hac vice)
                Wystan M. Ackerman (pro hac vice)
                ROBINSON & COLE LLP
                280 Trumbull Street
                Hartford, Connecticut 06103-3597
                Telephone:   (860) 275-8200
                Facsimile:    (860) 275-8299

                Attorneys for The Standard Fire Insurance
                Company (incorrectly named as Travelers
                Insurance Company and St. Paul Travelers
                Insurance Company)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant The Standard Fire Insurance Company's Motion for Judgment on the Pleadings has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of June, 2006.

*[signature]*