UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: INSURER DEFENDANTS | * * * | |

05-6323 "K" (2) VANDERBROOK

## ORDER

Considering State Farm Fire and Casualty Company's Motion for Judgment on the Pleadings,

**IT IS ORDERED** that all of Plaintiffs' claims against State Farm Fire be and are hereby dismissed.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE

814290v.1