UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: INSURER DEFENDANTS | * * | |
| 05-6323 "K" (2) VANDERBROOK | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company, will bring for hearing their Motion for Judgment on the Pleadings on the 12th day of July, 2006, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duvall, United States District Judge,

814345v.1

United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Dated: June 15, 2006

Respectfully submitted,

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
  Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State Farm's Notice of Hearing of State Farm's Motion for Judgment on the Pleadings has been served upon each counsel of record, via electronic mail and by United States mail, postage pre-paid and properly addressed, on June 15, 2006.