FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15 P 4:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| VERSUS | * | |
| | * | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| INSURER DEFENDANTS | * | |
| | * | |
| 05-6323 "K" (2) VANDERBROOK | | |

### REQUEST FOR ORAL ARGUMENT ON STATE FARM FIRE AND CASUALTY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant State Farm Fire and Casualty Company ("State Farm") respectfully requests that this Court allow the parties to present oral argument on State Farm's Motion for Judgment

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____

795149v.1

on the Pleadings. The Motion for Judgment on the Pleadings is a dispositive motion. Oral argument will clarify the issues and assist the Court in disposition of this motion.

Respectfully submitted,

_____
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire &
Casualty Company

795149v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Oral Argument on State Farm's Motion for Judgment on the Pleadings has been served upon each counsel of record, via electronic mail and by United States mail, postage pre-paid and properly addressed, on June 15, 2006.

_____

795149v.1