# Amendatory Endorsement
# Specifically Excepted Perils



As used herein, **Peril** means a cause of physical loss or damage to property. It has this meaning whether or not it is called a **Peril** or a **Cause of Loss** in this policy.

Even if any of the terms of this policy might be construed otherwise, the following Perils, as described in Paragraphs A. and B. below, are SPECIFICALLY EXCEPTED FROM THIS POLICY. WE DO NOT COVER OR INSURE AGAINST LOSS OR DAMAGE DIRECTLY OR INDIRECTLY CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY, OR WHICH WOULD NOT HAVE OCCURRED BUT FOR, EITHER OF THESE PERILS:

A. **ACTS, ERRORS OR OMISSIONS** by you or others in:
   1. Planning, zoning, developing, surveying, testing or siting property;
   2. Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;
   3. The design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of all or any part of the following:
      a. Land or buildings or other structures;
      b. Roads, water or gas mains, sewers, drainage ditches, levees, dams, or other facilities; or
      c. Other improvements or changes in or additions to land or other property;
   4. The furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of any of the above property or facilities; or
   5. The maintenance of any of such property or facilities.

This exception A. applies whether or not the property or facilities described above are:
   1. Covered under this policy; or
   2. On or away from the covered premises.

This exception A. does not reduce the insurance for loss or damage caused directly by a Covered Peril.

As used in this endorsement:
   1. If this policy is written to cover the risk of loss from specifically named causes, **Covered Peril** means any Peril specifically named as covered; or
   2. If written to cover the risk of loss without specifying specifically named causes, **Covered Peril** means any Peril not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.

B. **COLLAPSE, CRACKING or SHIFTING** of buildings, other structures or facilities, or their parts, if the collapse, **cracking** or **shifting**:
   1. Occurs during **earth movement, volcanic eruption** or **flood** conditions or within 72 hours after they cease; and
   2. Would not have occurred but for **earth movement, volcanic eruption,** or **flood**.

   But if loss or damage by a Covered Peril ensues at the covered premises, we will pay for that ensuing loss or damage.

   This exception B. applies whether or not there are other provisions in this policy relating to collapse, **cracking** or **shifting** of buildings, other structures or facilities, or their parts. Any such provision is revised by this endorsement to include this exception.

1 of 2

Form H-380-1 (Ed. 10/93) Printed in U.S.A. (INS)

EXHIBIT 7

INS 000074

But if this policy specifically covers (by endorsement or in any other way) loss or damage caused by one or more of the following Perils:

1. Earthquake;
2. Flood;
3. Volcanic action;
4. Volcanic eruption; or
5. Sinkhole collapse,

this exception B. will not reduce that coverage.

As used in this exception B.:

1. **Cracking** means cracking, separating, shrinking, bulging or expanding;

2. **Shifting** means shifting, rising, settling, sinking, or lateral or other movement;

3. **Earth Movement** means any earth movement, including but not limited to **earthquake,** landslide, mudflow, erosion, contraction or expansion, subsidence, any movement of earth resulting from water combining with the ground or soil, and any other **shifting** of earth; all whether or not combined with **flood or volcanic eruption.** It does not include sinkhole collapse if loss by sinkhole collapse is specifically covered in this policy;

4. **Earthquake** means a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes. An **Earthquake** includes all related shocks and after shocks;

5. **Volcanic eruption** means the eruption, explosion or effusion of a volcano. It does not include volcanic action if loss by volcanic action is specifically covered in this policy;

6. **Flood** means:
    a. Flood, surface water, waves, tides, tidal water, tidal waves, high water, and overflow of any body of water, or their spray, all whether driven by wind or not;
    b. Release of water held by a dam, levy or dike or by a water or flood control device;
    c. Water that backs up from a sewer or drain; or
    d. Water under the ground surface pressing on, or flowing, leaking or seeping through:
        (1) Foundations, walls, floors or paved surfaces;
        (2) Basements, whether paved or not; or
        (3) Doors, windows or other openings.

All other provisions of this policy apply.