FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15   P 4:46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| Plaintiffs | * | SECTION "K" |
| | * | |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0020, 06-225, 06-886, | * | |
| 06-2278, 06-2287, 06-2545, 06-2346 | * | A JURY IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### GOVERNMENT DEFENDANTS', THE BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT AND THE SEWERAGE AND WATER BOARD OF NEW ORLEANS, FED. R. CIV. P. 12(B)(6) JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come government defendants, The Board of Commissioners for the Orleans Levee District (hereinafter sometimes referred to as "defendant" or "Orleans Levee District") and The Sewerage and Water Board of New Orleans (hereinafter sometimes referred to as "SWBNO"), and as more fully discussed in the accompanying Memorandum in Support, which defendants incorporate herein, respectfully pray for an Order granting their Fed. R. Civ. P. 12(b)(6) Motion to Dismiss plaintiffs' claims, with prejudice, for failing to state a claim upon which relief can be granted. Defendants are statutorily

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No_____

immune from any and all lawsuits arising out of its emergency preparedness activities in accordance with La. R.S. 29:735. Because Louisiana law bars plaintiffs from instituting the subject actions, defendants are entitled to an Order granting their Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.

WHEREFORE, government defendants, The Board of Commissioners for the Orleans Levee District and The Sewerage and Water Board of New Orleans, pray for an Order granting their Fed. R. Civ. P. 12(b)(6) Motion to dismiss, with prejudice.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA   70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT, THE BOARD
OF COMMISSIONERS FOR THE ORLEANS
LEVEE DISTRICT

-and-

_____
GEORGE SIMNO, III (#12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Tel:   (504) 529-2837
Fax:   (504) 585-2455
ATTORNEYS FOR THE SEWERAGE AND
WATER BOARD OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 15th day of June, 2006.

_____