

# EXECUTIVE DEPARTMENT

### PROCLAMATION NO. 48 KBB 2005

### *STATE OF EMERGENCY - HURRICANE KATRINA*

**WHEREAS,** the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, *et seq.*, confers upon the governor of the state of Louisiana emergency powers to deal with emergencies and disasters, including those caused by fire, flood, earthquake or other natural or man-made causes, in order to ensure that preparations of this state will be adequate to deal with such emergencies or disasters and to preserve the lives and property of the citizens of the state of Louisiana;

**WHEREAS,** when the governor finds a disaster or emergency has occurred, or the threat thereof is imminent, R.S. 29:724(B)(1) empowers her to declare the state of disaster or emergency by executive order or proclamation, or both; and

**WHEREAS,** On August 26, 2005, Hurricane Katrina poses an imminent threat to the state of Louisiana, carrying severe storms, high winds, and torrential rain that may cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of Louisiana;

**NOW THEREFORE I, KATHLEEN BABINEAUX BLANCO,** Governor of the state of Louisiana, by virtue of the authority vested by the Constitution and laws of the state of Louisiana, do hereby order and direct as follows:

**SECTION 1:** Pursuant to the Louisiana Homeland Security and Emergency Assistance and Disaster Act, R.S. 29:721, *et seq.*, a state of emergency is declared to exist in the state of Louisiana as Hurricane Katrina poses an imminent threat, carrying severe storms, high winds, and torrential rain that may cause flooding and damage to private property and public facilities, and threaten the safety and security of the citizens of the state of Louisiana;

**SECTION 2:** The state of Louisiana's emergency response and recovery program is activated under the command of the director of the state office of Homeland Security and Emergency Preparedness to prepare for and provide emergency support services and/or to minimize the effects of the storm's damage.

**SECTION 3:** The state of emergency extends from Friday, August 26, 2005, through Sunday, September 25, 2005, unless terminated sooner.



**IN WITNESS WHEREOF,** I have set my hand officially and caused to be affixed the Great Seal of Louisiana, at the Capitol, in the city of Baton Rouge, on this 26th day of August, 2005.

/S/ Kathleen Babineaux Blanco
**GOVERNOR OF LOUISIANA**

**ATTEST BY
THE GOVERNOR**

/S/ Al Ater
**SECRETARY OF STATE**




the White House
President George W. Bush


Click to Print this document

For Immediate Release
Office of the Press Secretary
August 27, 2005

## Statement on Federal Emergency Assistance for Louisiana

The President today declared an emergency exists in the State of Louisiana and ordered Federal aid to supplement state and local response efforts in the parishes located in the path of Hurricane Katrina beginning on August 26, 2005, and continuing.

The President's action authorizes the Department of Homeland Security, Federal Emergency Management Agency (FEMA), to coordinate all disaster relief efforts which have the purpose of alleviating the hardship and suffering caused by the emergency on the local population, and to provide appropriate assistance for required emergency measures, authorized under Title V of the Stafford Act, to save lives, protect property and public health and safety, or to lessen or avert the threat of a catastrophe in the parishes of Allen, Avoyelles, Beauregard, Bienville, Bossier, Caddo, Caldwell, Claiborne, Catahoula, Concordia, De Soto, East Baton Rouge, East Carroll, East Feliciana, Evangeline, Franklin, Grant, Jackson, LaSalle, Lincoln, Livingston, Madison, Morehouse, Natchitoches, Pointe Coupee, Ouachita, Rapides, Red River, Richland, Sabine, St. Helena, St. Landry, Tensas, Union, Vernon, Webster, West Carroll, West Feliciana, and Winn.

Specifically, FEMA is authorized to identify, mobilize, and provide at its discretion, equipment and resources necessary to alleviate the impacts of the emergency. Debris removal and emergency protective measures, including direct Federal assistance, will be provided at 75 percent Federal funding.

Representing FEMA, Michael D. Brown, Under Secretary for Emergency Preparedness and Response, Department of Homeland Security, named William Lokey as the Federal Coordinating Officer for Federal recovery operations in the affected area.

FOR FURTHER INFORMATION CONTACT: FEMA (202) 646-4600.

### ###

Return to this article at:
http://www.whitehouse.gov/news/releases/2005/08/20050827-1.html

Click to Print this document


EXHIBIT B