```
                                              FILED
                                          U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                        2006 JUN 15 P 4: 20

                                          LORETTA G. WHYTE
                                               CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: INSURER DEFENDANTS | * | |
| 05-6323 "K" (2) VANDERBROOK | | |

### INSURER DEFENDANTS' MOTION TO SEVER AND DECONSOLIDATE

Pursuant to Fed. R. Civ. P. 21, Defendants State Farm Fire and Casualty Company, Unitrin Preferred Insurance Company (improperly named as Kemper Insurance Company), Hartford Insurance Company of the Midwest (improperly named as Hartford Insurance Company), The Standard Fire Insurance Company (improperly named as Travelers Insurance Company and St. Paul Travelers Insurance Company), and Hanover Insurance Company (collectively, the "Insurer Defendants") hereby move for an order deconsolidating

those claims from the Katrina Canal Cases and severing the Plaintiffs' individual insurance bad faith claims against the five Insurer Defendants.

The grounds for deconsolidating *Vanderbrook* from the Katrina Canal cases, fully stated in the accompanying memorandum of law, are that because the Court recently severed the Board of Commissioners for the Orleans Levee District ("OLD") from *Vanderbrook* and remanded claims against OLD to state court, the original reasoning for consolidating *Vanderbrook* with the Katrina Canal cases is no longer viable. *Vanderbrook* does not now involve the OLD or any other defendant in the Katrina Canal cases. Deconsolidation of *Vanderbrook* from the Katrina Canal cases is necessary to prevent undue prejudice and delay.

Further, the Insurer Defendants have filed Rule 12 Motions for Judgment on the Pleadings asserting that the Court can resolve the coverage question by applying the water exclusion clauses contained in each Insurer Defendant's policy and dismiss the Plaintiffs' claims based on those unambiguous exclusions, which motions clearly should be granted. If the Court denies the Insurer Defendants' Rule 12 Motions, the Plaintiffs' claims against their respective insurers should not be joined together. Each Plaintiff only has a claim against his own insurer, lacks privity with the other Insurer Defendants, and lacks standing to bring a bad faith claim against the other Insurer Defendants. Adjudication of Plaintiffs' bad faith insurance adjustment claims would present separate and distinct factual issues.

- 3 -

Accordingly, the Insurer Defendants seek an order severing, pursuant to Fed. R. Civ. P. 21, the individual insurance coverage claims from one another and an order deconsolidating those claims from the mass of Katrina Canal cases.

Dated this 15th day of June, 2006.

Respectfully submitted,

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
Stephen E. Goldman
Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8255
Facsimile:   (860) 275-8299

Attorneys for Travelers Insurance Company and The Standard Fire Insurance Company (improperly identified as Travelers Insurance Company and as St. Paul Travelers Insurance Company, a non-existent company)

814004v.1

/s/ Wayne J. Lee
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
  Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and
Casualty Company

/s/ Seth A. Schmeeckle
Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
CHRISTOPHER W. MARTIN
Texas Bar 13057620
Federal ID 13515
MARTIN R. SADLER
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Attorneys for Hartford Insurance Company
of the Midwest, incorrectly named as
Hartford Insurance Company

- 4 -

*[signature]*

Ralph S. Hubbard III, T.A.,
   La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
PAUL E B. GLAD
KEVIN P. KAMRACZEWSKI
DAVID R. SIMONTON
GEOFFREY J. REPO
SONNENSCHIEN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

*[signature]*

Neil C. Abramson (21436)
Nora B. Bilbro (22955)
Curt L. Rome (29406)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

Attorneys for Unitrin Preferred Insurance Company, erroneously identified as Kemper Insurance Company

814004v.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Insurer Defendant's Motion to Sever and Deconsolidate has been served upon each counsel of record, via electronic mail and by United States mail, postage pre-paid and properly addressed, on June 15th, 2006.

_____

814004v.1