UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: INSURER DEFENDANTS | * * | |

05-6323 "K" (2) VANDERBROOK

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants State Farm Fire and Casualty Company, Unitrin Preferred Insurance Company (improperly named as Kemper Insurance Company), Hartford Insurance Company of the Midwest (improperly named as Hartford Insurance Company), The Standard Fire Insurance Company (improperly named as Travelers Insurance Company and St. Paul Travelers Insurance Company), and Hanover Insurance Company (collectively, the "Insurer Defendants"), will bring for hearing their Motion to Deconsolidate and Sever on the 12th day of July, 2006, at 9:30 o'clock a.m., before the Honorable Stanwood R.

814963v.1

Duvall, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Dated: June 15, 2006

                                Respectfully submitted,

                                _/s/ Seth A. Schmeeckle_

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
Stephen E. Goldman
Wystan M. Ackerman
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8255
Facsimile:   (860) 275-8299

Attorneys for Travelers Insurance Company and _The Standard Fire Insurance Company_ (improperly identified as Travelers Insurance Company and as St. Paul Travelers Insurance Company, a non-existent company)

*[signature]*

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
    Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and
Casualty Company

*[signature]*

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
CHRISTOPHER W. MARTIN
Texas Bar 13057620
Federal ID 13515
MARTIN R. SADLER
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Attorneys for Hartford Insurance Company
of the Midwest, incorrectly named as
Hartford Insurance Company

814963v.1

*[signature]*

Ralph S. Hubbard III, T.A.,
  La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:
PAUL E B. GLAD
KEVIN P. KAMRACZEWSKI
DAVID R. SIMONTON
GEOFFREY J. REPO
SONNENSCHIEN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for Hanover Insurance Company

*[signature]*

Neil C. Abramson (21436)
Nora B. Bilbro (22955)
Curt L. Rome (29406)
PHELPS DUNBAR LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana   70130-6534
Telephone:  (504) 566-1311
Facsimile:  (504) 568-9130

Attorneys for Unitrin Preferred Insurance Company, erroneously identified as Kemper Insurance Company

814963v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Hearing has been served upon each counsel of record, by facsimile transmission and by United States mail, postage pre-paid and properly addressed, on June 15, 2006.

_____

814963v.1