UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, *et al* | |
| Plaintiffs | |
| VERSUS | CIVIL ACTION NO. 05-4182 |
| | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., *et al* | CONS. KATRINA CANAL |
| Defendants | |
| THIS DOCUMENT RELATES TO: | |
| Docket No. 05-4181 | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Board of Commissioners of the Orleans Levee District will bring the attached Motion to Dismiss Claims for Punitive Damages for hearing before the Honorable Stanwood R. Duval, Jr., United States District Judge, at 9:30 a.m., on the 12th day of July, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

*/s/ signature*

THOMAS P. ANZELMO, T.A. (# 2533)
MARK E. HANNA (# 19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:   (504) 831-0946

and

JAMES L. PATE (La. Bar #10333)
BEN L. MAYEAUX (La. Bar #19042)
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THE BOARD OF
COMMISSIONERS OF THE ORLEANS LEVEE
DISTRICT

and */s/ signature*

GEORGE SIMNO, III (# 12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Tel:    (504) 529-2837
Fax:   (504) 585-2455
ATTORNEYS FOR THE SEWERAGE AND
WATER BOARD OF NEW ORLEANS

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the _15th_ day of June, 2006, a copy of the above and foregoing pleading has this day been served on all known counsel of record via e-mail.

_____