

```
                    FILED
              U.S. DISTRICT COURT
           EASTERN DISTRICT OF LA
              2006 JUN 15  P 4:45
               LORETTA G. WHYTE
                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, *et al* ) | |
| Plaintiffs ) | |
| VERSUS ) | CIVIL ACTION NO. 05-4182 |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ) *et al* ) | CONS. KATRINA CANAL |
| Defendants ) | |
| THIS DOCUMENT RELATES TO: ) | |
| Docket Nos. 05-4181; 06-0225; 05-6323 ) | |

## JOINT MOTION TO DISMISS CLAIMS FOR ATTORNEYS' FEES

NOW INTO COURT, through undersigned counsel, come defendants, the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans, and pursuant to Rule 12b(6) of the Federal Rules of Civil Procedure, for the reasons delineated in the attached memorandum in support, hereby move to dismiss any and all claims against them for attorneys' fees.

Respectfully submitted,

*[signature]*

THOMAS P. ANZELMO, T.A. (# 2533)
MARK E. HANNA (# 19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:    (504) 831-0946

and

JAMES L. PATE (La. Bar #10333)
BEN L. MAYEAUX (La. Bar #19042)
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THE BOARD OF
COMMISSIONERS OF THE ORLEANS LEVEE
DISTRICT

and *[signature]*

GEORGE SIMNO, III (# 12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Tel:    (504) 529-2837
Fax:   (504) 585-2455
ATTORNEYS FOR THE SEWERAGE AND
WATER BOARD OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___15th___ day of June, 2006, a copy of the above and foregoing pleading has this day been served on all known counsel of record via e-mail.

_____