UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, *et al* <br><br> Plaintiffs <br><br> VERSUS <br><br> BOH BROTHERS CONSTRUCTION CO., *et al* <br><br> Defendants <br><br> THIS DOCUMENT RELATES TO: <br><br> Docket Nos. 05-4181; 06-0225; 05-6323 | CIVIL ACTION NO. 05-4182 <br> SECTION "K"(2) <br> CONS. KATRINA CANAL |

### MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS CLAIMS FOR ATTORNEYS' FEES[1]

The Board of Commissioners of the Orleans Parish Levee District ("Levee District") and the Sewerage and Water Board of New Orleans submit the following in support of their Joint Motion to Dismiss claims for attorneys' fees:

1.

As indicated in the caption above, various complaints in this consolidated action request

---
[1] Defendants note that plaintiffs, through liaison counsel, have expressed their collective view that the instant motion is premature, as it will require discovery. As defendants fail to see how discovery will lend any insight to this purely legal inquiry, they file the instant motion in compliance with this Honorable Court's directive.

awards for attorneys' fees incurred by the plaintiffs as a result of prosecuting their claims.[2]

2.

As a general rule, attorney's fees are not recoverable unless specifically conferred by statute or by contract. *Frank L. Beier Radio, Inc. v. Black Gold Marine, Inc.*, 449 So.2d 1014, 1015-1016 (La.1984); *James Minge & Associates v. Hanover Insurance*, 96-2308 (La.App. 4th Cir. 4/2/97), 692 So.2d 728.

3.

The complaints in the above captioned matters fail to cite any statute that provides for an award for attorney's fees against the Levee District or the Sewerage and Water Board of New Orleans under the facts of these cases. Further, no statute providing for an award for attorney's fees against the Levee District or the Sewerage and Water Board of New Orleans is applicable to these claims. Finally, the neither the claims asserted against the Levee District nor against the Sewerage and Water Board of New Orleans arise out of contract.

4.

Absent any factual allegations that the plaintiffs' claims arise under a statute which provides for an award for attorneys' fees, any claims for attorneys' fees against the Levee District and the Sewerage and Water Board of New Orleans must be dismissed.

---

[2] For ease of reference, this Motion relates to the following cases:
- *Maureen O'Dwyer, et al v. United States of America;*
- *Frederick Bradley, et al v. Pittman Construction Co., Inc., et al;*
- *Richard Vanderbrook, et al v. State Farm Fire and Casualty Co., et al.*

**WHEREFORE**, The Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans pray that their Joint Motion to Dismiss the Attorney's Fees Claims be granted and that any and all claims for attorney's fees be dismissed with prejudice.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (# 2533)
MARK E. HANNA (# 19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
    HARDY, MAXWELL & McDANIEL
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone:   (504) 831-0946

and

JAMES L. PATE (La. Bar #10333)
BEN L. MAYEAUX (La. Bar #19042)
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR THE BOARD OF
COMMISSIONERS OF THE ORLEANS LEVEE
DISTRICT

and

_____
GEORGE SIMNO, III (# 12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Tel:   (504) 529-2837
Fax:   (504) 585-2455
ATTORNEYS FOR THE SEWERAGE AND
WATER BOARD OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the ___15th___ day of June, 2006, a copy of the above and foregoing pleading has this day been served on all known counsel of record via e-mail.

_____