UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2) CONS. KATRINA CANAL** |

**PERTAINS TO:  06-0020**

## ORDER

Before the Court is a Motion for Voluntary Dismissal of Certain Defendants filed by plaintiffs in *Tauzin, et al. v. Board of Commissioners, et al.,* C.A. No. 06-0020 (Doc. 347) in which plaintiffs seek the dismissal of Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc., Gulf Group, Inc. of Florida and Virginia Wrecking Co., Inc.  Having received no opposition to this motion and finding it to be meritorious,

**IT IS ORDERED** that the Motion for Voluntary Dismissal of Defendants Burke-Kleinpeter, LLC, Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc., Gulf Group, Inc. of Florida, and Virginia Wrecking Co., Inc. filed by the plaintiffs in *Tauzin, et al. v. Board of Commissioners, et al.,* C.A. No. 06-0020 (Doc. 347) is **GRANTED**.

New Orleans, Louisiana, this  16th  day of June, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE