UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**  **CIVIL ACTION**

**VERSUS**  **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**  **SECTION "K"(2)**
**L.L.C., ET AL.**  **CONS. KATRINA CANAL**

**PERTAINS TO:  05-4182 Berthelot**
                       **05-6324 Brown**

## ORDER

Before the Court is a Motion to Voluntarily Dismiss Certain Defendants Without Prejudice filed by plaintiffs in *Berthelot, et al. v. Boh Bros., et al,* C.A. No. 05-4182 and *Brown, et al. v. Boh Bros.*, C.A. No. 05-6324 (Doc. 348) in which plaintiffs seek the dismissal of The City of New Orleans, Burke-Kleinpeter, LLC, Pittman Construction Company of Louisiana, Inc., Virginia Wrecking, Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc., and Gulf Group, Inc. of Florida. There is pending a Motion to Dismiss filed by the City of New Orleans with respect to these claims, and as such it seeks dismissal with prejudice. Thus, this motion must be denied as to the City of New Orleans. However, having received no opposition to this motion as to any other defendant and finding it to be meritorious,

**IT IS ORDERED** that the Motion to Voluntarily Dismiss Certain Defendants Without Prejudice filed by plaintiffs in *Berthelot, et al. v. Boh Bros., et al,* C.A. No. 05-4182 and *Brown, et al. v. Boh Bros.*, C.A. No. 05-6324 (Doc. 348) is **DENIED** with respect to the City of New Orleans and **GRANTED** with respect to Burke-Kleinpeter, LLC, Pittman Construction

Company of Louisiana, Inc., Virginia Wrecking,  Miller Excavating Service, Inc.,  James Construction Company, Inc., C.R. Pittman Construction Company, Inc., and  Gulf Group, Inc. of Florida.

    New Orleans, Louisiana, this   16th day of June, 2006.

                                          **STANWOOD R. DUVAL, JR.**
                            **UNITED STATES DISTRICT COURT JUDGE**