UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO.: 05-4182 |
| BOH BROTHERS CONSTRUCTION | * | |
| CO., LLC., ET AL. | * | SECTION "K" (2) |
| | * | |
| RELATES TO: DOCKET No. <u>05-4181</u>[1] | * | RE: KATRINA LEVEES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**<u>MOTION FOR LEAVE TO FILE ATTACHED REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS THE STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT AND, INCORPORATED MEMORANDUM IN SUPPORT</u>**

**NOW INTO COURT,** through undersigned counsel, comes defendant, State of Louisiana, through the Department of Transportation and Development, (DOTD) who respectfully requests that it be granted leave to file a reply

---

[1] The original Motion to Dismiss the State of Louisiana through the Department of Transportation and Development (Rec. Doc. 321) related to Docket Nos. 05-6073 and 06-20 in addition to 05-4181. The plaintiffs in 06-20 filed a motion to voluntarily dismiss DOTD and the plaintiffs in 05-6073 have not opposed DOTD's motion.

1.

memorandum in support of its motion to dismiss based on sovereign immunity (Rec. Doc. 321) for the following reasons:

1.

The *O'Dwyer* plaintiffs oppose DOTD's motion to dismiss on the grounds that the Orleans Parish Levee Board is an arm of the State and waived the State's sovereign immunity by removing the case to this Court or; alternatively, the State waived its own immunity by accepting federal funding. The *O'Dwyer* plaintiffs also oppose DOTD's motion because they desire to conduct discovery. The *O'Dwyer* plaintiffs also oppose DOTD's motion on the grounds that centuries of jurisprudence interpreting the Eleventh Amendment as applying to suits against a state by its own citizens is wrong.

2.

Additionally, in a handwritten letter, presented *ex parte* to this Honorable Court on Wednesday, June 14, and then typed and filed on June 15 under the title: "Plaintiffs' Supplemental Memorandum in Opposition to the State's <u>State's Motion to Dismiss</u>" the *O'Dwyer* plaintiffs argue that DOTD has no sovereign immunity in this case because it waived the same immunity in Civil Action No. 05-4157 and other cases "available for review through the Court's PACER service."

3.

The Orleans Parish Levee Board is not an arm of the State of Louisiana for purposes of sovereign immunity.

4.

The State did not waive sovereign immunity by accepting either flood control or post-disaster assistance from the federal government.

5.

Sovereign immunity is a question of law requiring no discovery.

6.

With all due respect to the dissenting opinions of Justice Brennan, binding precedent is clearly established regarding the applicability of the Eleventh Amendment to suits against a state by its own citizens.

7.

The State of Louisiana has a fundamental constitutional right to sovereign immunity. That right can only be waived expressly and unequivocally. Therefore, a waiver by participation in litigation will not prospectively waive sovereign immunity as to all future litigation.

**WHEREFORE**, defendant State of Louisiana, through the Department of Transportation and Development, respectfully prays that its motion be granted and the attached reply memorandum in support of its motion to dismiss be filed.

    Respectfully submitted,

    **CHARLES C. FOTI, JR.**
    **ATTORNEY GENERAL**

**BY**: *s/ Michael C. Keller*
    **MICHAEL C. KELLER (#20895) (T.A.)**
    **PHYLLIS E. GLAZER (# 29878)**
    **STEPHEN F. BABIN (#2634)**
    **ASSISTANT ATTORNEYS GENERAL**

    **DEPARTMENT OF JUSTICE**
    **LITIGATION DIVISION**
    601 Poydras Street, Suite 1725
    New Orleans, Louisiana 70130
    Telephone No.    504-599-1200
    Facsimile No.    504-599-1212
    Email:    KellerM@ag.state.la.us
              GlazerP@ag.state.la.us
              BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by EMAIL, at New Orleans, Louisiana, on this *16th* day of *June*, 2006.

    *s/ Michael C. Keller*
    **MICHAEL C. KELLER**

4