

**U.S. Department of Justice**

Civil Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 14 PM 3:56

LORETTA G. WHYTE

Traci L. Colquette
Trial Attorney

P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

telephone: (202) 305-0536
facsimile: (202) 616-5200

June 14, 2006

<u>Via Facsimile</u>

Honorable Joseph C. Wilkinson, Jr.
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, Louisiana 70130

Re:   Berthelot, et al. v. Boh Brothers Construction Co., L.L.C., et al.,
      <u>Civil Action No. 05-1482 and consolidated cases</u>

Dear Judge Wilkinson:

On May 22, 2006, we provided the Court with a protocol for the Mirabeau (London Avenue, South) construction site. *See* Docket No. 515. Last week representatives for both plaintiffs and defendants came to the site to view the remaining in-place construction materials from the old flood wall before they were pulled from the ground. After that viewing, the demolition and removal of those materials was completed. Because excavation and removal of the old flood wall materials is now complete, the United States has stopped providing daily informational updates on the activities at the construction site.

On June 12, 2006, counsel for the United States proposed to plaintiffs' and defendants' liaison counsel that the Mirabeau protocol be terminated since the excavation and removal of the old flood wall materials is complete. As of today, the United States has not heard back from either plaintiffs' or defendants' liaison counsel regarding this proposal. In the meantime, we wanted to update the Court on the status of work at the Mirabeau site and let the Court know our reason for discontinuing the daily informational updates.

The excess construction materials that were removed from the Mirabeau site are being retained near the Robert E. Lee/Leon C. Simon bridges, just north of the construction trailer at the Robert E. Lee (London Avenue, North) construction site. A protocol for giving parties access to these materials is in the draft phase and has been sent to plaintiffs' liaison counsel for

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

-2-

comment. We hope to provide the Court with the protocol for viewing these excess materials in the near future.

Sincerely,

Traci Colquette
Tess Finnegan
Robin Smith
Trial Attorneys
Civil Division, Torts Branch

cc:   (Via email)
      Randall Merchant
      Alexis Bevis
      Hugh Lambert
      Joseph Bruno
      Ralph Hubbard
      Willaim Treeby



**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

Date:     June 14, 2006

Re:       Berthelot, et al. v. Boh Brothers Co., LLC, et al. Civil Action No. 05-4182
          (consolidated cases)

From:     Traci Colquette, Trial Attorney

Through:  Catherine Corlies, Secretary
          Civil Division, Torts Branch, U.S. Department of Justice
          Fax:    (202) 616-5200          Phone:  (202) 616-4242

TO:       Hon. Judge Joseph C. Wilkinson, Jr.
          U.S. District Court - EDLA
          504-589-7633 (fax)


**NO. PAGES SENT (INCLUDING COVER PAGE): 3**