FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -9 PM 12: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### UNOPPOSED EX PARTE MOTION TO
### CORRECT TYPOGRAPHICAL ERROR IN PLEADINGS

**COME NOW** Plaintiffs in Civil Action No. 05-4181, and upon suggesting to the Court that their Motion for Leave to File 12th Supplemental and Amending Complaint, together with accompanying pleadings, contains a typographical error, namely an error identifying a party sought to be made an additional defendant herein as "Geotech, Inc.", rather than "Gotech, Inc." and, accordingly, move This Honorable Court to enter an Order correcting the typographical error so that where "Geotech, Inc." appears, it be ordered that the proper party sought to be made a defendant herein should be **"GOTECH, INC."**

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.**

___ Fee _____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____

-1-

Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this ___ day of June 2006.

_____

-2-