FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16  AM 11: 59

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Unopposed Ex Parte Motion to Correct Typographical Error in Pleadings, which the Court has duly noted,

**IT IS ORDERED** that in the pleadings heretofore filed by plaintiffs in Civil Action No. 05-4181, wherever the corporate style "Geotech, Inc." appears, it shall be corrected and understood that the proper party sought to be made a defendant herein is "GOTECH, INC."

New Orleans, Louisiana, this 15 day of June 2006.

_____
JUDGE

Fee____
Process____
X Dktd____
✓ CtRmDep____
Doc. No____

-3-