FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 13  AM 9: 11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | * |
| | * CIVIL ACTION NO. 05-4182 |
| VERSUS | * |
| | * SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., | * |
| L.L.C., ET AL | * JUDGE STANWOOD R. DUVAL, JR. |
| | * |
| THIS DOCUMENT RELATES TO: | * MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * |
| 06-2152 (REED) | * CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR EXTENSION OF TIME

**NOW COME** Bean Dredging, L.L.C., C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C., through undersigned counsel, and moves this Court for an extension to file responsive pleadings through June 30, 2006. Undersigned counsel certifies that he has consulted with counsel for plaintiff, Camilo Salas, and there is no objection to this extension.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted:

_____
Terrance L. Brennan (Bar No. 3434)
William E. Wright, Jr. (Bar No. 8564)
Kelly E. Theard (Bar No. 29445)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Bean Dredging, L.L.C., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing *Ex Parte* Motion for Extension of Time has been served this 12th day of June, 2006, by U.S. Mail, postage pre-paid, upon all counsel of record.

_____
WILLIAM E. WRIGHT, JR.

#206844v1<DKS> -Ex Parte Motion for Extension

-2-