UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16 PM 12: 23

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | * |
| | * CIVIL ACTION NO. 05-4182 |
| VERSUS | * |
| | * SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., | * |
| L.L.C., ET AL | * JUDGE STANWOOD R. DUVAL, JR. |
| | * |
| THIS DOCUMENT RELATES TO: | * MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * |
| 06-2152 (REED) | * CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for Extension of Time;

**IT IS HEREBY ORDERED** that Bean Dredging, L.L.C., C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C, be they are here **GRANTED** until and including June 30, 2006 to respond to the Complaint in Civil Action No. 06-2152.

New Orleans, Louisiana, this 15 day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____