UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUN 14 PM 2:38
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION NO. 05-4182 |
| vs. ) | |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. ) | CONS. KATRINA CANAL |
| ) | |
| Defendants ) | JURY DEMAND |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| 05-4182, 05-5237, 05-6073, 05-6314, ) | |
| 05-6324, 05-6327, 06-0020, 06-0225, ) | |
| 06-0886, 06-2278, 06-2287 ) | |

### WASHINGTON GROUP INTERNATIONAL, INC.'S
### EX PARTE MOTION TO ENROLL COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGI") hereby moves for an entry of an Order enrolling Christopher R. Farrell as co-counsel for WGI in the above-captioned matter.

Mr. Farrell is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Mr. Farrell is a member of good standing of the Virginia State Bar. A certificate of good standing from the Virginia State Bar is attached hereto as is required by Local Rule 83.2.6E.

Fee $5.00
Process
X Dktd
CtRmDep
Doc. No.

814751v.1

WHEREFORE, undersigned counsel for Defendant WGI prays that Christopher R. Farrell be admitted *pro hac vice* as co-counsel of record for WGI in this proceeding.

Dated: June 19th, 2006

Respectfully submitted,

*/s/ Heather Lonian*

William D. Treeby, State Bar No. 12901
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Enroll Counsel *Pro Hac Vice* has been served on all counsel of record by email, this 14th day of June, 2006.

*/s/ Heather Lonian*
Heather S. Lonian

814751v.1

Case 2:05-cv-04182-SRD-JCW   Document 589   Filed 06/14/06   Page 3 of 5

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION NO. 05-4182 |
| vs. ) | |
| ) | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., et al. ) | CONS. KATRINA CANAL |
| ) | |
| Defendants ) | JURY DEMAND |
| ) | |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| 05-4182, 05-5237, 05-6073, 05-6314, ) | |
| 05-6324, 05-6327, 06-0020, 06-0225, ) | |
| 06-0886, 06-2278, 06-2287 ) | |

### AFFIDAVIT OF CHRISTOPHER R. FARRELL

DISTRICT OF COLUMBIA

BEFORE ME, the undersigned Notary Public, duly qualified and commissioned for the District of Columbia, personally came and appeared:

**CHRISTOPHER R. FARRELL**

who, after being duly sworn, does depose and state

1. My name is Christopher R. Farrell and I am an attorney at the law firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001-2113.

2. Pursuant to the Uniform Local Rules of the United States District Courts for the State of Louisiana, Rule 83.2.6., I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

3. I am a member of good standing in the Virginia State Bar, as evidenced by the attached certificate.

4. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

5. No disciplinary proceedings or criminal charges have been initiated against me.

                                                                                  _____
                                                                                   Christopher R. Farrell

_Monette E. Thompson_  6/13/06
Notary Public
Print Name: _Monette E. Thompson_
Notary I.D./Bar No. (As Applicable): _____
District of Columbia
My commission expires: _10/31/06_

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

CHRISTOPHER ROBERT FARRELL

was admitted to practice as an attorney and counsellor at the bar of this Court on October 29, 2003.

I further certify that so far as the records of this office are concerned, CHRISTOPHER ROBERT FARRELL is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 8th day of June

A.D. 2006

By: _____
     Deputy Clerk