UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*

2006 JUN 16  AM 11: 56

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, et al.     ) | |
| ) | |
| Plaintiffs     ) | CIVIL ACTION NO.  05-4182 |
| ) | |
| vs.     ) | SECTION "K"(2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., et al.     ) | |
| ) | JURY DEMAND |
| Defendants     ) | |
| ) | |
| THIS DOCUMENT RELATES TO:     ) | |
| ) | |
| 05-4182, 05-5237, 05-6073, 05-6314,     ) | |
| 05-6324, 05-6327, 06-0020, 06-0225,     ) | |
| 06-0886, 06-2278, 06-2287     ) | |

## ORDER

Considering Washington Group International, Inc.'s Ex Parte Motion to Enroll Counsel *Pro Hac Vice*;

IT IS ORDERED that Christopher R. Farrell hereby is admitted *pro hac vice* co-counsel of record in this proceeding for Defendant Washington Group International, Inc.

New Orleans, Louisiana, this _____ day of June, 2006.

_____
United States District Judge

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No_____