

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16  AM II: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **CONS. KATRINA CANAL** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **JUDGE: STANWOOD R. DUVAL, JR.** |
| | **MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR.** |
| | **THIS DOCUMENT RELATES TO:** |
| | **Civil Action No. 05-6323** |

## DEFENDANT UNITRIN PREFERRED INSURANCE COMPANY'S RULE 12 MOTION FOR JUDGMENT ON THE PLEADINGS

NOW INTO COURT, through undersigned counsel of record, comes defendant, Unitrin

Preferred Insurance Company ("Unitrin"), who moves for judgment on the pleadings in *Richard*

*Vanderbrook, et al v. State Farm Fire & Cas. Co. et al.,* Civil Action No. 05-6323. Unitrin seeks

judgment on the pleadings with respect to the claims of Plaintiffs, Richard and Julie

Vanderbrook, the only Plaintiffs who were insured by and are making claims against Unitrin.

Unitrin is entitled to judgment on the pleadings on the ground that, based on the allegations of

the Petition, Plaintiffs cannot recover water damage under their homeowner's insurance policy as

a matter of law.  Plaintiffs allege that they seek to recover for water damage to their home caused

when a concrete wall on the 17th Street Canal broke and water flowed onto the streets of New

Orleans and into their homes.  Such water damage is clearly and unambiguously excluded by the

NO.99610664.1

Fee_____
Process_____
X Dktd_____
CtRmDep_
Doc. No_

water damage exclusion in the homeowner's policy issued by Unitrin to Plaintiffs, Richard and Julie Vanderbrook.

The grounds for this motion are more fully set forth in the attached memorandum, which adopts in its entirety the Consolidated Memorandum of Law of Defendants The Standard Fire Insurance Company, Hartford Insurance Company of the Midwest, Hanover Insurance Company and Unitrin Preferred Insurance Company in Support of Rule 12 Motion.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Neil C. Abramson, (Bar #21436)
Nora B. Bilbro, (Bar #22955)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

COUNSEL FOR UNITRIN PREFERRED
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic transmission and/or United States mail, properly addressed and first class postage prepaid on this __16__ day of June, 2006.

_____

NO.99610664.1