UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | JUDGE: STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |
| | THIS DOCUMENT RELATES TO: |
| | Civil Action No. 05-6323 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** Unitrin Preferred Insurance Company will bring it Rule 12 Motion for Judgment on the Pleadings against Plaintiffs for hearing before the Honorable Stanwood R. Duval, Jr. on July 12, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard.

NO.99610668.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Neil C. Abramson, (Bar #21436)
Nora B. Bilbro, (Bar #22955)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

COUNSEL FOR UNITRIN PREFERRED
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic transmission and/or United States mail, properly addressed and first class postage prepaid on this 16 day of June, 2006.

_____

NO.99610668.1