

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16  AM 11: 19

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **CONS. KATRINA CANAL** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **JUDGE: STANWOOD R. DUVAL, JR.** |
| | **MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR.** |
| | **THIS DOCUMENT RELATES TO:** |
| | Civil Action No. 05-6323 |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel of record, comes defendant, Unitrin Preferred Insurance Company, who pursuant to Local Rule 43.1, requests that its Rule 12 Motion for Judgment on the Pleadings be set for oral argument on July 12, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard.

NO.99610673.1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
Neil C. Abramson, (Bar #21436)
Nora B. Bilbro, (Bar #22955)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
COUNSEL FOR UNITRIN PREFERRED
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile, electronic transmission and/or United States mail, properly addressed and first class postage prepaid on this 16 day of June, 2006.

_____

NO.99610673.1