

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16 PM 4:04

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## NOTICE OF INTENT TO
## FILE SUPPLEMENTAL MEMORANDUM

TO:   United States Magistrate
       Joseph C. Wilkinson, Jr.

Dear Sir:

**COME NOW** Plaintiffs in Civil Action No. 05-4181, and upon suggesting to the Court that, at the Status Conference on Thursday, June 15, 2006, the Honorable United States Magistrate Judge Joseph C. Wilkinson, Jr. expressed the intention to issue rulings on certain pending discovery motions "sometime next week", and hereby give notice of their intention to file a Supplemental Memorandum in Support of and/or Clarifying Pending Discovery Motions (Record Document Nos. 220, 295, 327, 329, 331, 361, 365, 368, 402, 420, 447, 448, 454, 460, 486 and 488), which will identify issues which have been rendered MOOT by virtue of site inspections and which will identify issues which remain in contention.  Plaintiffs will be in a position to have their Supplemental Memorandum and Motion for Leave to File same filed not later than 5:00 P.M. on Wednesday, June 21, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail and a copy has been served upon Magistrate Joseph C. Wilkinson, Jr., via hand delivery, this 16th day of June 2006.