UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAY 10 PM 4:27

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) |
| | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | |

## MOTION AND ORDER OF DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come David J. Kirsch and Ali Haghighi, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for Defendant, **C.R. Pittman Construction Company, Inc.**, Plaintiffs desire to voluntarily dismiss **C.R. Pittman Construction Company, Inc.** without prejudice.

IT IS ORDERED BY THE COURT that Defendant, **C.R. Pittman Construction Company, Inc.**, be and the same is hereby dismissed without prejudice. Each party is to bear their own costs in this matter.

New Orleans, Louisiana, this _16th_ day of May, 2006.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

Respectfully submitted,

/s/ Hugh P. Lambert
_____
HUGH P. LAMBERT, ESQ. (LA Bar No. 7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: 05-6073 | * | |

*************************************************************

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of May, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

_____
HUGH P. LAMBERT, ESQ.