FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 MAY 10  PM 4: 20
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K"(2) <br> CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: <br> 05-6073 (Kirsch) | |

*************************************************************

## MOTION AND ORDER OF DISMISSAL OF DEFENDANT, LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come David J. Kirsch and Ali Haghighi, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that Plaintiffs desire to voluntarily dismiss the **Louisiana Department of Transportation and Development** without prejudice.

IT IS ORDERED BY THE COURT that Defendant, **Louisiana Department of Transportation and Development**, be and the same is hereby dismissed without prejudice. Each party is to bear their own costs in this matter.

New Orleans, Louisiana, this _16th_ day of May, 2006.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee
___ Process
X  Dktd
✓  CtRmDep
___ Doc. No

Respectfully submitted,

_____
HUGH P. LAMBERT, ESQ. (LA Bar No. 7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6073 | * | |

*************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of May, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

_____
HUGH P. LAMBERT, ESQ.