

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO.: 05-4182 |
| BOH BROTHERS CONSTRUCTION | * | |
| CO., LLC., ET AL. | * | SECTION "K" (2) |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| DOCKET Nos. 05-4181; 05-6073; 06-20 | * | |

**************************************

## MOTION FOR EXPEDITED HEARING
## WITH INCORPORATED MEMORANDUM

**NOW INTO COURT**, through undersigned counsel, come defendants, the State of Louisiana and the State of Louisiana, through the Department of Transportation and Development who respectfully request an expedited hearing on their Motion to Stay Discovery Propounded to Defendants State of Louisiana and State of Louisiana, through the Department of Transportation and Development for the following reasons:



1

1.

This Court ordered on May 12, 2006 that certain discovery be answered by all appropriate defendants by June 1, 2006.

2.

The Court's regular hearing date for this motion would be June 14, 2006.

3.

An expedited hearing is necessary so that the Court may rule on the Motion to Stay Discovery prior to the discovery deadline.

**WHEREFORE**, defendants request that this Honorable Court grant their motion for expedited hearing.

Respectfully submitted,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

BY: _____
MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
ASSISTANT ATTORNEY GENERAL

**LOUISIANA DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.    504-599-1200
Facsimile No.    504-599-1212
Email:    KellerM@ag.state.la.us
         GlazerP@ag.state.la.us

2

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon counsel for all represented parties by EMAIL on this 23rd day of May, 2006.

_____
MICHAEL C. KELLER