

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **NO.: 05-4182** |
| **BOH BROTHERS CONSTRUCTION** | * | |
| **CO., LLC., ET AL.** | * | **SECTION "K" (2)** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | *KATRINA LEVEE CASES* |
| **DOCKET Nos. 05-4181; 05-6073; 06-20** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO STAY DISCOVERY PROPOUNDED TO DEFENDANTS STATE OF LOUISIANA AND STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

**NOW INTO COURT,** through undersigned counsel, come defendants State of Louisiana and State of Louisiana, through the Department of Transportation and Development[1] (DOTD), who respectfully request that all discovery be stayed pending rulings on their motions to dismiss[2] for the following reasons:

---

[1] The State of Louisiana is Party to *O'Dwyer*, 05-4181; DOTD is *a* Party to *O'Dwyer*, 05-4181; *Kirsch*, 05-6073; and *Tauzin*, 06-20.
[2] Motion to Dismiss the State of Louisiana (Rec. Doc. 106); Motion to Dismiss the State of Louisiana through, the Department of Transportation and Development (Rec. Doc. 321).

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

1

1.

Requiring the State of Louisiana and the State of Louisiana, through DOTD to answer discovery effectively eviscerates the State's sovereign immunity.

2.

State sovereign immunity is a threshold issue related to the subject matter jurisdiction of the Court which requires no factual discovery.

**WHEREFORE**, defendants State of Louisiana and DOTD respectfully pray that all discovery propounded to them be stayed until this Honorable Court rules on their motions to dismiss based on sovereign immunity.

Respectfully submitted,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

BY: _____
MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
STEPHEN F. BABIN (#2634)
ASSISTANT ATTORNEYS GENERAL

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.      504-599-1200
Facsimile No.      504-599-1212
Email:      KellerM@ag.state.la.us
              GlazerP@ag.state.la.us
              BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by EMAIL, at New Orleans, Louisiana, on this 23rd day of _May_____, 2006.

**MICHAEL C. KELLER**