UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * |
| | *  **CIVIL ACTION** |
| **VERSUS** | * |
| | *  **NO.: 05-4182** |
| **BOH BROTHERS CONSTRUCTION** | * |
| **CO., LLC., ET AL.** | *  **SECTION "K" (2)** |
| | * |
| **THIS DOCUMENT RELATES TO:** | *  *KATRINA LEVEE CASES* |
| **DOCKET Nos. 05-4181; 05-6073; 06-20** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

**TO:** *All Counsel of Record via E-Mail*

**PLEASE TAKE NOTICE,** that the undersigned will bring the foregoing motion for hearing before the Honorable Stanwood Duval, United States District Judge for the Eastern District of Louisiana at the United States District Court, 500 Poydras Street, New Orleans, Louisiana, on the fourteenth (14th) day of June, 2006 at nine-thirty in the morning (9:30 A.M.)

1

Respectfully submitted,

CHARLES C. FOTI, JR.
ATTORNEY GENERAL

BY: _____

MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
STEPHEN F. BABIN (#2634)
ASSISTANT ATTORNEYS GENERAL

DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.   504-599-1200
Facsimile No.   504-599-1212
Email:   KellerM@ag.state.la.us
         GlazerP@ag.state.la.us
         BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** I have served the foregoing on all counsel of record by EMAIL, at New Orleans, Louisiana, on this 23rd day of May, 2006.

_____
**MICHAEL C. KELLER**

2