FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 PM 12:45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO.: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC., ET AL. | SECTION "K" (2) |
| THIS DOCUMENT RELATES TO: DOCKET Nos. 05-4181; 05-6073; 06-20 | |

## ORDER

Considering the foregoing Motion for Expedited Hearing filed by defendants State of Louisiana and State of Louisiana, through the Department of Transportation and Development:

*Moot.\**

IT IS HEREBY ORDERED that defendants' motion is **GRANTED** and the hearing on defendants' Motion for Stay of Discovery shall be heard on the _____ day of _____, 2006, at 9:30 A.M.

New Orleans, LA, this 16th day of June, 2006

_____
JUDGE STANWOOD DUVAL
U. S. DISTRICT JUDGE

\* Having been informed by plaintiffs' liaison counsel that there is no opposition to the Motion to Stay, IT IS ORDERED that all discovery propounded to the State of Louisiana, and the State of Louisiana, through the Department of Transportation and Development be STAYED pending a decision on their motions to dismiss based on sovereign immunity.

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___