FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN -5 PM 4: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6073 | * | |

*************************************************************

## UNOPPOSED MOTION TO CONTINUE DEFENDANT, LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION BASED ON SOVEREIGN IMMUNITY

COME NOW Plaintiffs, David Kirsch and Ali Haghighi, on behalf of themselves and all others similarly situated, to respectfully request that this Honorable Court continue Defendant, Louisiana Department of Transportation and Development's Motion to Dismiss for Lack of Jurisdiction based on Sovereign Immunity (Docket #321), currently set for hearing on Wednesday, June 14, 2006, at 9:30 a.m. before the Honorable Judge Stanwood R. Duval, Jr., in light of Plaintiffs' pending Motion to Dismiss the Louisiana Department of Transportation and Development without Prejudice.

For the foregoing reasons more fully set forth in the accompanying Memorandum in Support, Plaintiffs respectfully request that this Honorable Court continue Defendant, Louisiana Department of Transportation and Development's Motion to Dismiss for Lack of Jurisdiction based on Sovereign Immunity insofar as it applies to consolidated case number 05-6073.

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

HUGH P. LAMBERT (LSBA # 7933)
LINDA J. NELSON (LSBA# 9938)
E. ALEXIS BEVIS (LSBA# 29091)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:   (504) 581-1750
Facsimile:    (504) 529-2931