## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6073 | * | |

*************************************************************

### MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE DEFENDANT, LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT'S MOTION TO DISMISS FOR LACK OF JURISDICTION BASED ON SOVEREIGN IMMUNITY

**MAY IT PLEASE THE COURT:**

Plaintiffs respectfully request that this Honorable Court continue the hearing on Defendant, Louisiana Department of Transportation and Development's Motion to Dismiss for Lack of Jurisdiction based on Sovereign Immunity, which is set to be heard on Wednesday, June 14, 2006, at 9:30 a.m. before the Honorable Judge Stanwood R. Duval, Jr.

On May 10, 2006, Plaintiffs' filed a Motion to Dismiss the Louisiana Department of Transportation and Development without Prejudice, and are currently waiting on the pending resolution of this Motion to Dismiss.

The State's motion related to the Kirsch case, civil action no. 05-6073, the O'Dwyer case, 05-4181, and the Tauzin case 06-20. Defense Counsel has no opposition to continuing this hearing to another date and time, or until the Order dismissing Defendant

without prejudice may be filed into the record, insofar as the continuance applies to the Kirsch case.

**WHEREFORE**, for the reasons fully set forth, Plaintiffs respectfully request that this Honorable Court continue the hearing on Defendant, Louisiana Department of Transportation and Development's Motion to Dismiss for Lack of Jurisdiction based on Sovereign Immunity until another date and time, or until the Order dismissing Defendant without prejudice may be filed into the record.

Respectfully submitted,

HUGH P. LAMBERT (LSBA # 7933)
LINDA J. NELSON (LSBA# 9938)
E. ALEXIS BEVIS (LSBA# 29091)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:   (504) 581-1750
Facsimile:    (504) 529-2931

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 05-4182 |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | SECTION "K"(2) |
| **L.L.C., ET AL** | * | CONS. KATRINA CANAL |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **05-6073** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that I have, on this 5th day of June, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by fax transmission and email.

LINDA J. NELSON, ESQ.