FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 PM 12: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** <br> **05-6073** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING;**

**IT IS HEREBY ORDERED** that the Unopposed Motion to Continue Defendant, Louisiana Department of Transportation and Development's Motion to Dismiss for Lack of Jurisdiction Based on Sovereign Immunity insofar as the motion applies to Civil Action No. 05-6073 is hereby GRANTED, and that the new hearing date and time shall be the ____ day of _____, 2006, at __:____ __.m.

[handwritten: Moot as Motion to Dismiss in 05-6073 by DOTD has been Granted]

**THUS DONE AND SIGNED** this 16th day of June, 2006.

_____
**THE HONORABLE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

-5-

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____