

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**      CASE NO. 05-5237 (Ann Vodanovich)
**CASE NO. 05-6073 (Kirsch)**          CASE NO. 05-6314 (Ezell)
**CASE NO. 05-6324 (Brown)**           CASE NO. 05-6327 (LeBlanc)
**CASE NO. 06-0020 (Tauzin)**          CASE NO. 06-0225 (Bradley)
*CASE NO. 06-0886 (Finney)*            *CASE NO. 06-2278 (Christenberry)*
**CASE NO. 06-2287 (Sanchez)**         CASE NO. 06-2346 (Fitzmorris)

### B&K'S EX PARTE MOTION FOR LEAVE TO FILE SEPARATE MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION AND SUPPORTING MEMORANDUM OF LAW IN EXCESS OF SEVEN PAGES

NOW INTO COURT, through undersigned counsel comes B&K Construction Co., Inc. ("B&K") and respectfully moves the Court as follows:

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No_____
```

1.

By Minute Entry filed April 11, 2006 (Doc. 69), the Court ordered that by June 15, 2006, defendants wishing to file certain preliminary motions, including peremption motions, file joint motion papers concerning any particular issue that applies to groups of defendants, and further that additional individual supplemental briefs be limited to seven pages.

2.

On June 1, 2006, defendants, Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc. and Modjeski and Masters, Inc. ("Engineers"), filed a Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption (Doc. 463) asserting that in accordance with Louisiana law pertaining to claims against engineering professionals, the plaintiffs' claims are barred.

3.

It is anticipated that Boh Brothers Construction Co., L.L.C. ("Boh Bros."), a firm which constructed certain floodwall improvements at the 17th Street Canal, will also file a Motion for Summary Judgment asserting that under Louisiana law applicable to contractors, the plaintiffs' claims are barred due to peremption.

4.

Contemporaneously herewith, B&K, as contractor of certain improvements at the London Avenue Canal, has filed a Motion for Summary Judgment Based on Peremption

asserting that in accordance with Louisiana law pertaining to claims against contractors, the plaintiffs' claims are barred and thus subject to dismissal.

5.

While both B&K and the Engineers have asserted peremption defenses, the basis for those defenses differ due to B&K's status as a contractor and the Engineers' status as professional engineers. Further, although contractors, Boh Bros. and B&K will both assert peremption arguments, B&K's defense presents a distinct issue concerning the retroactivity of Louisiana's peremption laws which does not apply to Boh Bros.

6.

In light of the April 11, 2006 Minute Entry, in an abundance of caution, B&K seeks leave of Court to file the attached Motion for Summary Judgment Based on Peremption and supporting Memorandum of Law in excess of seven pages. Leave should be granted because B&K's Motion for Summary Judgment presents issues unique to it and not duplicative of other defendants' peremption motions.

WHEREFORE, premises considered, B&K Construction Co., Inc. prays that the Court grant leave for it to file the attached Motion for Summary Judgment Based on Peremption and supporting Memorandum of Law.

**SEE FOLLOWING PAGE FOR SIGNATURE BLOCK**

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter via e-mail, on this 12th day of June, 2006.

_____
Herman C. Hoffmann, Jr.