UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | * CIVIL ACTION |
| VERSUS | * NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * SECTION "K"(2) |
| | * CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**     **CASE NO. 05-5237 (Ann Vodanovich)**
**CASE NO. 05-6073 (Kirsch)**         **CASE NO. 05-6314 (Ezell)**
**CASE NO. 05-6324 (Brown)**          **CASE NO. 05-6327 (LeBlanc)**
**CASE NO. 06-0020 (Tauzin)**         **CASE NO. 06-0225 (Bradley)**
**CASE NO. 06-0886 (Finney)**         **CASE NO. 06-2278 (Christenberry)**
**CASE NO. 06-2287 (Sanchez)**        **CASE NO. 06-2346 (Fitzmorris)**

### ORDER

CONSIDERING the Ex Parte Motion for Leave to File separate Motion for Summary Judgment Based on Peremption and supporting Memorandum of Law filed by B&K Construction Co., Inc. ("B&K"), let B&K's Motion for Summary Judgment Based on Peremption and supporting Memorandum of Law be filed.

SO ORDERED, this _____ day of June, 2006 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No_____

5