UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL      \*     CIVIL ACTION

                            \*

VERSUS                        \*     NO: 05-4182

                            \*

BOH BROTHERS CONSTRUCTION CO.,     \*     SECTION "K"(2)

L.L.C., ET AL                         \*

                            \*     CONS. KATRINA CANAL

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**        **CASE NO. 05-5237 (Ann Vodanovich)**
**CASE NO. 05-6073 (Kirsch)**            **CASE NO. 05-6314 (Ezell)**
**CASE NO. 05-6324 (Brown)**           **CASE NO. 05-6327 (LeBlanc)**
**CASE NO. 06-0020 (Tauzin)**          **CASE NO. 06-0225 (Bradley)**
**CASE NO. 06-0886 (Finney)**          **CASE NO. 06-2278 (Christenberry)**
**CASE NO. 06-2287 (Sanchez)**       **CASE NO. 06-2346 (Fitzmorris)**

## B & K CONSTRUCTION COMPANY, INC.'S
## MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION

In accordance with rule 56 of the Federal Rules of Civil Procedure, defendant B&K

Construction Company, Inc. ("B&K") moves this Court for entry of summary judgment in

its favor and against Plaintiffs in all above-captioned consolidated cases. As set forth in

the attached Statement of Uncontested Material Facts and the memorandum in support

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

hereof, there is no material fact in dispute.  As a matter of law, B & K is entitled to entry of

summary judgment dismissing all claims against it with prejudice.

Respectfully submitted,

_____

Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel in this

matter by e-mail, on this 12th day of June, 2006.

_____

Herman C. Hoffmann, Jr.

N:\DATA\K\03409023\Consolidated Pleadings\MSJ Motion.wpd