UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**         CASE NO. 05-5237 (Ann Vodanovich)
**CASE NO. 05-6073 (Kirsch)**            CASE NO. 05-6314 (Ezell)
**CASE NO. 05-6324 (Brown)**             CASE NO. 05-6327 (LeBlanc)
**CASE NO. 06-0020 (Tauzin)**            CASE NO. 06-0225 (Bradley)
**CASE NO. 06-0886 (Finney)**            CASE NO. 06-2278 (Christenberry)
**CASE NO. 06-2287 (Sanchez)**           CASE NO. 06-2346 (Fitzmorris)

**B&K CONSTRUCTION COMPANY INC.'S**
**STATEMENT OF UNCONTESTED MATERIAL FACTS**

In accordance with LR 56.1, , B & K Construction Company, Inc. ("B&K") submits this statement of material facts, as to which B&K contends there is no genuine issue to be tried.

A. By letter dated July 11, 1994[1], B&K was notified by Raymond L. Burgess, Contracting Officer, that its bid in response to Army Corps of Engineers' solicitation No. DACW29-94-B-0047 ("the Solicitation") had been accepted, and that the project which formed the basis of the Solicitation was awarded to B&K.

B. The project, which was the subject of the Solicitation and of contract No. DACW29-94-C-0079 ("the Contract") is described as: Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection, High Level Plan, Orleans Parish, Louisiana, London Ave. Outfall Canal, Parallel Protection, Mirabeau Ave. to Robert E. Lee Blvd., West Bank, Mirabeau Ave. to Leon C. Simon, East Bank. ("the Project").

C. The Project included the construction of floodwalls on either side of the London Avenue Canal which involved the driving of sheetpiling and the pouring of concrete I-walls on the sheetpiling.[2]

D. The Contract was awarded to B&K on July 11, 1994[3],[4]

E. B&K's work on the Project was accepted by the U.S Army Corps of Engineers on October 31, 1996.[5]

---

[1] The letter awarding the project to B&K is attached hereto as exhibit "A" to Affidavit of H. B. Kenyon, President of B&K Construction Company, Inc. ("Kenyon Affidavit").

[2] A copy of the Army Corps' pre-solicitation notice describing the work of the Project is attached as exhibit "B" to Kenyon Affidavit.

[3] See Certificate of Authenticity of Dianne Allen, Chief, Policy Branch, Contracting Division for the New Orleans District, U.S. Army Corps of Engineers, and its attached form DD 2626 related to contract number DACW-29-94-C-0079 ("the Allen Affidavit").

[4] See also: the Standard Form 1442; Solicitation, Offer and Award (Construction, Alteration, or Repair)attached hereto as exhibit "C" to Kenyon Affidavit.

[5] See Kenyon Affidavit and Allen Affidavit.

F.  Following the acceptance on October 31, 1996, B&K performed no significant work on the Project and only performed minor closeout work, all of which was completed by the week ending January 26, 1997.[6]

G.  Neither B&K nor any of its subcontractors performed any work in connection with the Project following January 26, 1997.

H.  The Project was closed out by the U.S. Army Corps of Engineers effective May 7, 1997.[7]

I.  On September 19, 2005, plaintiffs' filed suit against various parties, including B&K, alleging damages caused by failure of various protective mechanisms, including the London Avenue Outfall Canal, subsequent to the August 29, 2005 landfall of hurricane Katrina. (See Kenyon Affidavit).

J.  As of the date of the injuries complained of by plaintiffs herein, B&K had never provided any labor, services and/or materials for any project related to the 17th Street Canal (the Metairie Relief Canal). (See Kenyon Affidavit)

K.  B&K has never provided any labor, services and/or materials for any project related to the Orleans Avenue Canal. (See Kenyon Affidavit)

L.  B&K has never provided any labor, services and/or materials for any project related to the Inner Harbor Navigation Canal. (See Kenyon Affidavit).

M.  B&K has never provided any labor, services and/or materials for any project related to the Gulf Intracoastal Waterway. (See Kenyon Affidavit).

---

[6] See Kenyon Affidavit.

[7] See Amendment of Solicitation/Modification of Contract attached as Exhibit "D" to Kenyon Affidavit.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel in this matter by e-mail, on this 12th day of June, 2006.

_____
Herman C. Hoffmann, Jr.

N:\DATA\K\03409023\Consolidated Pleadings\MSJ Statement of Facts.wpd