UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:

**LEVEE GROUP**
CASE NO. 05-4181 (O'Dwyer)
CASE NO. 05-4182 (Berthelot)         CASE NO. 05-5237 (Ann Vodanovich)
CASE NO. 05-6073 (Kirsch)            CASE NO. 05-6314 (Ezell)
CASE NO. 05-6324 (Brown)             CASE NO. 05-6327 (LeBlanc)
CASE NO. 06-0020 (Tauzin)            CASE NO. 06-0225 (Bradley)
CASE NO. 06-0886 (Finney)            CASE NO. 06-2278 (Christenberry)
CASE NO. 06-2287 (Sanchez)           CASE NO. 06-2346 (Fitzmorris)

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, personally came and appeared:

H. B. KENYON

who after being duly sworn did depose and say:

1. That this Affidavit is based on his personal knowledge;

2. That he is the president of B&K Construction Company, Inc.;

3. That he has been the president and a shareholder of B&K since its formation in May 15, 1978;

4. That B&K is a heavy construction contractor headquartered in Mandeville, Louisiana;

5. That by letter dated July 11, 1994, B&K was notified by Raymond L. Burgess, Contracting Officer, that its bid in response to Army Corps of Engineer's Solicitation Number DACW29-94-B-0047 had been accepted, and that the Project would form the basis of the Solicitation was awarded to B&K. A copy of this letter, which was retained by B&K as part of its business records, is attached hereto as Exhibit "A";

6. That the Project, which was the subject of the Solicitation and of Contract No. DACW29-94-C-0079 ("the Contract") is described as: Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection, High Level Plan, Orleans Parish, Louisiana, London Ave. Outfall Canal, Parallel Protection, Mirabeau Ave. to Robert E. Lee Blvd., West Bank, Mirabeau Ave. to Leon C. Simon, East Bank. ("the Project").

7. The Project included the construction of floodwalls on either side of the London Avenue Canal which involved the driving of sheetpiling and the pouring of concrete I-walls on the sheetpiling;

8. That the attached hereto as Exhibit "B" is a copy of the Army Corps' Pre-Solicitation notice which describes the work of the Project and which was received and retained by B&K as part of its business records;

9. That the Contract was awarded to B&K on July 11, 1994;

10. That attached hereto as Exhibit "C" is Standard Form 1442; Solicitation, Offer and Award (construction, alteration, or repair) which was received and retained

by B&K as part of its business record of B&K and which shows the Contract was awarded to B&K on July 11, 1994;

11. That B&K's work on the Project was accepted by the U.S. Army Corps of Engineers on October 31, 1996.

12. That following the acceptance on October 31, 1996, B&K performed no significant work on the Project and only performed minor close out work, all of which was completed by the week ending January 26, 1997;

13. That B&K's payroll records indicate that it had labor payroll for the Project for the week ending January 26, 1997 in the total amount of $74.75;

14. That B&K's records reflect that it had no payroll for the Project subsequent to January 26, 1997;

15. That B&K's subcontractors for the Project did not perform any work on the Project after January 26, 1997;

16. That attached as Exhibit "D" is the U.S. Army Corps of Engineer's form of "Amendment of Solicitation/Modification of Contract" which reflects that the Project was closed May 7, 1997. This document was received and retained by B&K as part of its business records;

17. That as of September19, 2005, B&K had never provided any labor, services and/or materials for any project related to the 17th Street Canal;

18. That B&K has never provided labor, services, and/or materials for any project related to the Orleans Avenue Canal;

19. That B&K has never provided any labor, services and/or materials for any project related to the Inner Harbor Navigation Canal;

20. That B&K has never provided any labor, services and/or materials for any project related to the Gulf Intracoastal Waterway.

H. B. KENYON

SWORN TO AND SUBSCRIBED BEFORE ME, THIS ___12th___ DAY OF ___June___, 2006.

NOTARY PUBLIC

PRINT NAME: TREVA T. CAIRNS

BAR NO. (IF APPLICABLE)
LA NOTARY ID#: 12111

N:\DATA\K\03409023\Pleadings\affidavit of boone kenyon 2.wpd