UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
CASE NO. 05-4181 (O'Dwyer)
CASE NO. 05-4182 (Berthelot)       CASE NO. 05-5237 (Ann Vodanovich)
CASE NO. 05-6073 (Kirsch)           CASE NO. 05-6314 (Ezell)
CASE NO. 05-6324 (Brown)            CASE NO. 05-6327 (LeBlanc)
CASE NO. 06-0020 (Tauzin)           CASE NO. 06-0225 (Bradley)
CASE NO. 06-0886 (Finney)           CASE NO. 06-2278 (Christenberry)
CASE NO. 06-2287 (Sanchez)          CASE NO. 06-2346 (Fitzmorris)

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned counsel for B&K Construction Company, Inc. will bring its Motion for Summary Judgment Based on Peremption for hearing before the Honorable Stanwood K. Duval, Jr. at the United States District Court for

the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of July, 2006 at 9:30 a.m.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel in this matter by e-mail, on this 12th day of June, 2006.

_____
Herman C. Hoffmann, Jr.

N:\DATA\K\03409023\Consolidated Pleadings\MSJ Notice of Hearing.wpd