UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
CASE NO. 05-4181 (O'Dwyer)
CASE NO. 05-4182 (Berthelot)       CASE NO. 05-5237 (Ann Vodanovich)
CASE NO. 05-6073 (Kirsch)          CASE NO. 05-6314 (Ezell)
CASE NO. 05-6324 (Brown)           CASE NO. 05-6327 (LeBlanc)
CASE NO. 06-0020 (Tauzin)          CASE NO. 06-0225 (Bradley)
CASE NO. 06-0886 (Finney)          CASE NO. 06-2278 (Christenberry)
CASE NO. 06-2287 (Sanchez)         CASE NO. 06-2346 (Fitzmorris)

## REQUEST FOR ORAL ARGUMENT

NOW INT COURT, through undersigned counsel comes, defendant, B & K Construction Company, Inc., who has filed a Motion for Summary Judgment Based on Peremption in the instant actions and requests that oral argument be heard on said motion.

**SEE FOLLOWING PAGE FOR SIGNATURE BLOCK**

Respectfully submitted,

/s/ Herman C. Hoffmann, Jr.
_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel in this matter by e-mail, on this 12th day of June, 2006.

/s/ Herman C. Hoffmann, Jr.
_____
Herman C. Hoffmann, Jr.

N:\DATA\K\03409023\Consolidated Pleadings\MSJ Req Oral Arg.wpd