```
                                    FILED
                               U.S. DISTRICT COURT
                              EASTERN DISTRICT OF LA

                              2006 JUN 15  PM 3: 08

                               LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

* * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE
### SUPPLEMENTAL MEMORANDUM
### IN OPPOSITION TO THE STATE'S MOTION TO DISMISS

**COME NOW** Plaintiffs in Civil Action No. 05-4181, and move This Honorable Court for and Order granting them leave to file the attached Supplemental Memorandum in Opposition to the State's Motion to Dismiss. This Motion is filed upon the grounds that this Court summarily denied oral argument on the State's Motion to Dismiss on 11th Amendment immunity grounds, and that additional matters which were not briefed originally, and which plaintiffs intended to raise at oral argument, are now being raised by way of Supplemental Memorandum.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep____
___ Doc. No____
```

-1-

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 15th day of June 2006.

_____