FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 PM 12: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to the State's Motion to Dismiss, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECRRED** that Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to the State's Motion to Dismiss be and it is hereby **GRANTED**.

New Orleans, Louisiana, this _16th_ day of _July_, 2006.

_____
JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____

-1-