UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
IN OPPOSITION TO THE STATE'S
STATE'S MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

In his wisdom, Your Honor denied oral argument on the State's Motion to Dismiss, filed on grounds of 11th Amendment immunity. Had oral argument been held, then plaintiffs intended to bring to Your Honor's attention, in connection with the "waiver" argument, that the State of Louisiana, through the Department of Transportation and Development, has invoked the jurisdiction of this Court on numerous occasions as a party-plaintiff, and has litigated other matters in this Court as a defendant, without ever invoking 11th Amendment immunity. Plaintiffs respectfully refer the Court, by way of illustration, to Civil Action No. 05-4157, being the matter entitled: "State of Louisiana, et al. versus Lakeview Maritime, Ltd., et al." Pleadings in numerous other cases are available for review through the Court's PACER service. In summary, it is respectfully submitted that the State of Louisiana, through the Department of Transportation and

-1-

Development, is trying to "pull a fast one" on the Court and the litigants to this action. It cannot invoke this Court's jurisdiction, on the one hand, and then "cherry-pick" those cases in which it wants to invoke 11th Amendment immunity, on the other hand. Plaintiffs respectfully submit that the State of Louisiana and its Department of Transportation and Development have waived 11th Amendment Immunity under the facts and circumstances in this case, including the prior action of the Orleans Parish Levee Board, and other specific invocations of this Court's jurisdiction.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 15th day of June 2006.

_____