FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15 P 4: 55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE (2) |
| | * | |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | |
| | * | |
| * * * * * * * * * * * * * | * | |

### EX PARTE MOTION (AND INCORPORATED MEMORANDUM) FOR LEAVE TO FILE SEPARATE MOTION FOR SUMMARY JUDGMENT BASED ON PEREMPTION, AND TO ALLOW SUPPORTING MEMORANDUM IN EXCESS OF SEVEN PAGES

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C. ("Boh Bros." herein), who respectfully moves this Honorable Court as follows:

1.

By minute entry filed April 11, 2006 (Doc. No. 69), the Court ordered that all defendants file certain preliminary motions, including peremption motions, by June 15, 2006, and further ordered that all briefs and memoranda in support of said motions be limited to seven pages.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

S:\Boh Bros - 106\106-219 Berthelot\Pleadings\USDC\05-4182 Berthelot\060615 Ex Parte Motion and Order for Leave MSJ.doc

2.

On June 15, 2006, Boh Bros., a defendant in these cases, filed a motion for summary judgment (Doc. No. 560), based upon its affirmative defense of peremption, asserting that in accordance with Louisiana law any and all claims against it, at both pertinent locations, are barred by peremption.

3.

Boh Bros. shows that the memorandum in support of said motion for summary judgment must necessarily exceed seven pages (it is a total of 11 pages and can take less then 10 minutes to read and understand), although it is not deemed particularly lengthy and will not overburden this Honorable Court in any substantial way. Moreover, the length of said memorandum is necessary because Boh Bros. is in a unique position with respect to its peremption defense, vis-à-vis the other defendants who may also plead peremption, and must therefore necessarily address its own situation separately from the other parties. Accordingly, in an abundance of caution, Boh Bros. seeks leave of this Honorable Court to file the supporting memorandum in excess of seven pages, and further to move separately for its motion for summary judgment based on peremption.

**WHEREFORE**, for these reasons, Boh Bros. prays that the Court grant leave to allow a supporting memorandum in support of its motion for summary judgment, in excess of seven pages, and that it be allowed to file its motion separately from the other parties herein.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States mail, postage prepaid and properly addressed this 15 day of June, 2006.

_____

3