FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 19 PM 12: 46

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE (2)** |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | * | |
| | * | |
| * * * * * * * * * * * * | * | |

## ORDER

The foregoing motion considered:

**IT IS ORDERED** that Boh Bros. be granted leave to file a separate Motion for Summary Judgment, to urge its peremption defense, and that a supporting memorandum in support thereof in excess of seven pages be allowed.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
U.S. DISTRICT JUDGE

4

___ Fee_____
___ Process_____
X  /Dktd_____
V  CtRmDep_____
___ Doc. No_____