FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15 P 4: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: INSURANCE DEFENDANTS\ | * * * | |

05-6323 "K" (2) VANDERBROOK

### STATE FARM'S *EX PARTE* MOTION TO FILE SEPARATE PLEADING

Defendant State Farm Fire and Casualty Insurance Company ("State Farm") moves for an Order allowing it to file a separate Motion for Judgment on the Pleadings and Memorandum in Support.

1.

In its April 11, 2006 Order, the Court directed that it was expected that Rule 12 motions, among others, concerning issues that apply to groups of plaintiffs, should be filed by the respective committees and that briefs supplemental to those joint pleadings should be limited to seven pages.

HART1-1310768-1

2.

All of the Insurance Defendants in the *Vanderbrook* case are seeking judgment on the pleadings based on their contentions that the provisions in each of their respective homeowners' policies exclude coverage for the flood losses of each of their insureds who are plaintiffs. State Farm seeks to have the complaints of its insureds, Harvey and Silva, dismissed based on discrete coverage and exclusion language that is contained only in the State Farm insurance policies.

3.

To properly brief the issues, discuss the policy language and apply that language to pleadings related to Plaintiffs Harvey and Silva's claims, State Farm believes a separate Motion for Judgment on the Pleadings and Memorandum in Support are necessary and will assist the Court in rendering a proper ruling this case.

4.

State Farm believes that this separate filing complies with the Court's April 11 Order, in that it does not concern issues that apply to the entire group of Insurer Defendants in *Vanderbrook* because the basis for the Motion is State Farm's policy provisions, which are different from those of the rest of the Insurer Defendants. However, out of abundance of caution, State Farm is submitting this request for leave so that the Court will understand why State Farm did not join the joint motion for judgment on the pleadings submitted by the other Insurer Defendants.

815047v.1

For the foregoing reasons, State Farm respectfully requests leave to file a separate Motion for Judgment on the Pleadings and Memorandum in Support.

Dated this 15th day of June, 2006.

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State Farm's *Ex Parte* Motion to File Separate Pleading has been served upon each counsel of record, via electronic mail and by United States mail, postage pre-paid and properly addressed, on June ___, 2006.

_____

815047v.1