UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | |
| 05-6323 "K" (2) | * | |

## ORDER

Considering State Farm Fire and Casualty Company's Motion to File Separate Pleading,

**IT IS ORDERED** that State Farm Fire and Casualty Company's Motion is hereby **GRANTED**. State Farm may file a separate Motion for Judgment on the Pleadings.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____