UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | CIVIL ACTION |
| Plaintiffs ) | NO. 05-4182 |
| VS. ) | SECTION "K" (2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., ) | |
| L.L.C., et al. ) | |
| Defendants ) | |

THIS DOCUMENT RELATES TO:   05-4181   05-6314   06-0020   06-2346
LEVEE AND MRGO GROUPS        05-4182   05-6324   06-0886   06-2545
                             05-5237   05-6327   06-2278
                             05-6073   05-6359   06-2287

## **MOTION TO CORRECT**

NOW INTO COURT comes defendant Eustis Engineering Company, Inc.("Eustis"), who, through its undersigned counsel, moves this Court to allow Eustis to correct the "Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgments of the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc." ("Eustis Appendix") Specifically, Eustis requests that the Court allow it to correct the Eustis

Appendix by replacing the current Exhibit 2.5 with the attached Exhibit 2.5, which contains the certificate of the Custodian of Notarial Archives evidencing the certification by the Custodian of Notarial Archives.

**WHEREFORE**, Eustis prays this Court grant its motion and substitute the attached Exhibit 2.5 in the Eustis Appendix.

                        Respectfully Submitted,

                        GARDNER & KEWLEY
                        A Professional Law Corporation

                        s/Erin E. Dearie
                        THOMAS F. GARDNER, T.A. (#1373)
                        ERIN E. DEARIE (#29052)
                        1615 Metairie Road, Suite 200
                        Metairie, Louisiana  70005
                        Telephone:   (504) 832-7222
                        Facsimile:    (504) 832-7223

                        **ATTORNEYS FOR:**
                        **EUSTIS ENGINEERING COMPANY, INC.,**
                        **DEFENDANT**