UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. ) | CIVIL ACTION |
| ) | |
| Plaintiffs ) | NO. 05-4182 |
| ) | |
| VS. ) | SECTION "K" (2) |
| ) | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., ) | |
| L.L.C., et al. ) | |
| ) | |
| Defendants ) | |

| THIS DOCUMENT RELATES TO: | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| LEVEE AND MRGO GROUPS | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the undersigned counsel for Eustis Engineering Company, Inc. will bring the foregoing Motion to Correct for hearing before the Honorable Stanwood K. Duval, Jr. at the United States District Court for the Eastern District of

Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 5th day of July, 2006, at 9:30 a.m.

        Respectfully Submitted,

        GARDNER & KEWLEY
        A Professional Law Corporation

        s/Erin E. Dearie
        THOMAS F. GARDNER, T.A. (#1373)
        ERIN E. DEARIE (#29052)
        1615 Metairie Road, Suite 200
        Metairie, Louisiana  70005
        Telephone:   (504) 832-7222
        Facsimile:   (504) 832-7223

        **ATTORNEYS FOR:**
        **EUSTIS ENGINEERING COMPANY, INC.,**
        **DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20th day of June, 2006 served a copy of the Motion on counsel for all parties to this proceeding, by e-mail or United States Mail, postage prepaid.

        s/Erin E. Dearie
        ERIN E. DEARIE