

STATE OF LOUISIANA
PARISH OF ORLEANS

I, **Stephen P. Bruno**, Custodian of Notarial Records. Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true and correct copy of  ACCEPTANCE OF CONTRACT  executed before _____ a Notary Public of the

NA# 946879
consisting of ___1___ pages  day of  Aug-92
dated the  20th                       Illegible

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this   19th   day of   Jun-06

No. 009612

_____
**Stephen P. Bruno**
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana

**EXHIBIT**
Eustis Exhibit 25
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

VERIFIED

𝒟𝒫𝒯

| STATE OF LOUISIANA | INSTR. No. L28613 | ACCEPTANCE OF |
|---|---|---|
| PARISH OF ORLEANS | MORTGAGE OFFICE PARISH OF ORLEANS | CONTRACT NO. 24306 |

BEFORE ME, the undersigned authority, duly commissioned and certified in and for the Parish of Orleans, personally came and appeared the Board of Commissioners of the Orleans Levee District, through Robert G. Harvey, President, duly authorized, who being by us sworn, deposed and said: that it entered into contract with __Boh Bros. Construction Co.__ for Excavation & Flood Protection: __17th St. Canal, Ph. IB, Hammond Hwy to Southern Railroad__ New Orleans, Louisiana, under date of __May 9, 1990__, by act before Richard J. McGinity, Notary Public, which contract was recorded in the Parish of Orleans, In Instrument No. __99035__ N. A. No. __846895__, MOB _____, FOLIO __5/29/90__ Recorded Dated: that the Contractor has apparently substantially completed all work required by the contract as of __March 11, 1992__, and that the Board of Commissioners of the Orleans Levee District hereby accepts the work done under said contract, and authorizes and directs the Recorder of Mortgages for the Parish of Orleans to note this Acceptance thereof in the margin of said records.

sworn to and subscribed before me this __20__ day of __August__, 1992.

_____
NOTARY PUBLIC

Recommended Approval:
_____

THE BOARD OF COMMISSIONERS OF
THE ORLEANS LEVEE DISTRICT

_____
PRESIDENT

AUG 24 92

08/24/92#3532A001

INSTR. No. _____
MORTGAGE OFFICE
PARISH OF ORLEANS
ACCEPT    N  15.00