UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | Civil Action No. 2:05-cv-4182 |
| | * | Cons. w/2:06-cv-2152, et al |
| **Plaintiff** | * | |
| Versus | * | Honorable Stanwood R. Duval, Jr. |
| | * | Mag. Joseph C. Wilkinson, Jr. |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | * | |
| | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2.3(A) Jack J. Crowe and Duane M. Kelley respectfully move this Court for an order permitting them to appear as counsel and represent Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware and Great Lakes Trailing Company (collectively, "Great Lakes") as counsel pro hac vice. In support of this motion, Applicants state:

1.

Messrs. Crowe and Kelley are partners in the Chicago, Illinois office of the law firm of Winston and Strawn, L.L.P., located at 35 W. Wacker Drive, Chicago, Illinois 60601, telephone number: (312) 558-5600; facsimile number: (312) 558-5700.

1

Mr. Crowe's Illinois Bar Roll Number is 6201016; and Mr. Kelley's Illinois Bar Roll Number is 1431501.

2.

Mr. Crowe received his B.A. from Boston College in 1982 and his J.D. from Loyola University of Chicago School of Law in 1989. He is a member in good standing of the bars of the United States Court of Appeals for the Seventh Circuit, the United States District Court, Eastern District of Michigan and the United States District Court, Northern District of Illinois.

Mr. Kelley received his B.A. from DePauw University in 1969 and his J.D. from Northwestern University School of Law in 1972. He is a member in good standing of the bars of the United States Court of Appeals for the Seventh Circuit and the United States District Court, Northern District of Illinois.

Both Messrs. Crowe and Kelley are qualified to practice before this Court, are of good moral character, and neither are subject to any pending disbarment or professional discipline procedure in any other court.

3.

Certificates of Good Standing for Messrs. Crowe and Kelly, from the United States District Court for the Northern District of Illinois, are attached hereto as Exhibit "A."

4.

Mr. Crowe certifies by his signature on Exhibit "B" attached hereto, that he has read and will abide by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana.

Mr. Kelley certifies by his signature on Exhibit "C" attached hereto, that he has read and will abide by the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana.

5.

Currently serving as local counsel for Great Lakes in this case is James H. Roussel and Nyka M. Scott of Baker Donelson Bearman Caldwell & Berkowitz, located at 201 St. Charles Avenue, 36th floor, New Orleans, LA 70130, telephone number: (504) 566-5200. Mr. Roussel's Louisiana Bar Roll Number is 11496. Ms. Scott's Louisiana Bar Roll Number is 28757.

6.

Mr. Roussel and Ms. Scott are both members in good standing of the bars of the State of Louisiana, the United States District Courts in Louisiana and the United States Court of Appeals for the Fifth Circuit. Neither Mr. Roussel nor Ms. Scott have ever been suspended or disbarred in any court and no disciplinary proceeding has either been filed or is pending against either of them in any court.

WHEREFORE, Jack J. Crowe and Duane M. Kelley respectfully requests that this Court grant their motion and allow them to appear as counsel in this action *pro hac vice*.

Respectfully submitted,

By: _____
Jack J. Crowe (IL Bar Roll No. 6201016)
Winston & Strawn, L.L.P.
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7423
Facsimile: (312) 558-5700

By: _____
Duane M. Kelley (IL Bar Roll No. 1431501)
Winston & Strawn, L.L.P.
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5764
Facsimile: (312) 558-5700


By: _____
James H. Roussel, (11496), T.A.
Nyka M. Scott (28757)
Baker, Donelson, Bearman, Caldwell
& Berkowitz
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone:   (504) 566-5275
Facsimile:    (504) 636-3975

**Attorneys for Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware and Great Lakes Trailing Company**

## CERTIFICATE OF SERVICE

I, do hereby certify, that I have on this the 21st day of June, 2006, served a copy of the foregoing document on all counsel of record by mail and/or facsimile.

_____

NO NMS 101241 v1
2902907-000001 06/08/2006