# CERTIFICATE OF GOOD STANDING



United States of America

} ss. Duane M. Kelley

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Duane M. Kelley was duly admitted to practice in said Court on (01/31/1973) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/12/2006)

                               Michael W. Dobbins, Clerk,
                               By: Nadine S. Finley
                               Deputy Clerk



EXHIBIT "A"

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. Jack J. Crowe

Northern District of Illinois

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Jack J. Crowe was duly admitted to practice in said Court on (01/22/1990) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (06/12/2006 )

Michael W. Dobbins, Clerk,
By: Nadine S. Finley
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | Civil Action No. 2:05-cv-4182 |
| | * | Cons. w/2:06-cv-2152, et al |
| Plaintiff | * | |
| Versus | * | Honorable Stanwood R. Duval, Jr. |
| | * | Mag. Joseph C. Wilkinson, Jr. |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| LLC, ET AL | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JACK J. CROWE'S OATH OF ADMISSION

I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that there are no criminal charges pending against me and that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana and that I am fully prepared to use and abide by them in my practice before this Court.



NO NMS 101245 v1
2902907-000001 06/08/2006

Respectfully submitted,

By: _____
Jack J. Crowe (IL Bar Roll No. 6201016)
Winston & Strawn, L.L.P.
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-7423
Facsimile: (312) 558-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | Civil Action No. 2:05-cv-4182 |
| | * | Cons. w/2:06-cv-2152, et al |
| **Plaintiff** | * | |
| Versus | * | Honorable Stanwood R. Duval, Jr. |
| | * | Mag. Joseph C. Wilkinson, Jr. |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | * | |
| | * | |
| **Defendant** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DUANE M. KELLEY'S OATH OF ADMISSION

I DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that there are no criminal charges pending against me and that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana and that I am fully prepared to use and abide by them in my practice before this Court.

NO NMS 101280 v1
2902907-000001 06/08/2006



EXHIBIT "C"

Respectfully submitted,

By: _____
Duane M. Kelley (IL Bar Roll No. 1431501)
Winston & Strawn, L.L.P.
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5764
Facsimile: (312) 558-5700

NO NMS 101280 v1
2902907-000001 06/08/2006