# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | **SECTION: "K" (2)** |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 635**

**DESCRIPTION:** Proposed Order

**FILED BY:** Nyka Scott

**FILE DATE:** 6/20/06