

STATE OF LOUISIANA
PARISH OF ORLEANS

I, **Stephen P. Bruno,** Custodian of Notarial Records.

Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true

and correct copy of          **ACCEPTANCE OF CONTRACT**

**NA#**    946879
consisting of ___1___ pages

dated the    20th    day of    Aug-92    executed before

            Illegible            a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this    19th    day of    Jun-06

No. 009612

**Stephen P. Bruno**
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana

**EXHIBIT**

**Eustis Exhibit 2.5**
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

VERIFIED

*DPT*

| STATE OF LOUISIANA | INSTR. No. 128613 | ACCEPTANCE OF |
|---|---|---|
| PARISH OF ORLEANS | MORTGAGE OFFICE PARISH OF ORLEANS | CONTRACT |
| | *L. Benoit Clk* | NO. 24306 |

BEFORE ME, the undersigned authority, duly commissioned and certified in and for the Parish of Orleans, personally came and appeared the Board of Commissioners of the Orleans Levee District, through Robert G. Harvey, President, duly authorized, who being by us sworn, deposed and said: that it entered into contract with

Excavation & Flood Protection:
Boh Bros. Construction Co.    for 17th St. Canal, Ph. IB, Hammond Hwy to
Southern Railroad
New Orleans, Louisiana, under date of ___May 9, 1990___, by act before Richard J. McGinity, Notary Public, which contract was recorded in the Parish of Orleans, In Instrument No. __99035__

Recorded Dated:
N. A. No. __846895__, MOB _____, FOLIO __5/29/90__ that the Contractor has apparently substantially completed all work required by the contract as of __March 11, 1992__, and that the Board of Commissioners of the Orleans Levee District hereby accepts the work done under said contract, and authorizes and directs the Recorder of Mortgages for the Parish of Orleans to note this Acceptance thereof in the margin of said records.

sworn to and subscribed before me                THE BOARD OF COMMISSIONERS OF

this __20__ day of __August__, 1992.            THE ORLEANS LEVEE DISTRICT

_____                          _____
NOTARY PUBLIC                                    PRESIDENT

Recommended Approval:
*Alan J. Frans_____*

AUG 24 92

INSTR. No._____
MORTGAGE OFFICE
PARISH OF ORLEANS
ACCEPT  N  15.00