UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | ) CIVIL ACTION |
| Plaintiffs | ) NO. 05-4182 |
| VS. | ) SECTION "K" (2) |
| | ) CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., et al. | ) |
| Defendants | ) |

| THIS DOCUMENT RELATES TO: | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| LEVEE AND MRGO GROUPS | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

**MEMORANDUM IN SUPPORT OF MOTION TO CORRECT**

MAY IT PLEASE THE COURT:

**1.    REQUESTED RELIEF AND REASONS**

Eustis Engineering Company, Inc.("Eustis") moves this Court to allow Eustis to correct the "Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgments of the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc." ("Eustis Appendix") Specifically, Eustis requests that the Court allow it to correct the

Eustis Appendix by replacing the current Exhibit 2.5 with the attached Exhibit 2.5, which contains the certificate of the Custodian of Notarial Archives that was inadvertently omitted from the original Eustis Appendix.

**2.      LAW AND ARGUMENT**

Substitution of the exhibit will not harm or prejudice any party to this proceeding. Motions to correct are favored and are not uncommon where a party must correct a filed document.  See Seaboard Sand & Gravel Corp. v. Elmhurst, 159 F.2d 860 (2nd Cir. 1947) and Thomas v. City of Erie, Slip Op. 2006 WL 519647 (W.D. Pa. Mar 1, 2006).

Eustis prays this Court grant its motion and substitute the Exhibit 2.5 in the Eustis Appendix.

        Respectfully Submitted,

        GARDNER & KEWLEY
        A Professional Law Corporation


        s/Erin E. Dearie
        THOMAS F. GARDNER, T.A. (#1373)
        ERIN E. DEARIE (#29052)
        1615 Metairie Road, Suite 200
        Metairie, Louisiana  70005
        Telephone:   (504) 832-7222
        Facsimile:    (504) 832-7223

        **ATTORNEYS FOR:**
        **EUSTIS ENGINEERING COMPANY, INC.,**
        **DEFENDANT**