UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

TWELFTH SUPPLEMENTAL AND
AMENDING COMPLAINT IN
A CLASS ACTION LAWSUIT

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and further supplement and amend their Complaint, and their First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth and Eleventh Supplemental and Amending (or Amended) Complaints, of record herein, as follows:

I.

By amending Article I of the Complaint, as supplemented and amended, by deleting the following individuals as parties plaintiff:

> **John Curren**
> **Joanne Landrieu Curren**
> **Phyllis Landrieu**
> **Joseph Landrieu**

II.

By amending Article III of the Complaint, as supplemented and amended, to add the following additional defendants::

B&K Construction Company, Inc., a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

Burk Kleinpeter, Inc., a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

CSX Corporation, a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

CSX Transportation, Inc., a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

GeoTech, Inc., a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

Pittman Construction Co., Inc., a domestic corporation which, at all times pertinent had contracted with an agency and instrumentality of the United States of America, namely the U.S. Army Corps of Engineers, within this district;

Washington Group International, Inc., a foreign corporation which, at all times pertinent, did business within the territorial jurisdiction of this Honorable Court;

III.

By amending the Complaint, as supplemented and amended, to add the following numbered paragraph:

XIXXIV.

At all times pertinent, each of the newly-added defendants,

 B&K Construction Company, Inc.

 Burk Kleinpeter, Inc.

 GeoTech, Inc.

 Pittman Construction Co., Inc.

 Washington Group International, Inc.

provided design, construction and/or engineering services to the U.S. Army Corps of Engineers with respect to structures or works located on

the 17th Street Canal, the Orleans Avenue Canal, the London Avenue Canal and/or the Inner Harbor Navigation Canal (a/k/a the Industrial Canal), which said services were provided in a defective, deficient and negligent manner, in breach of the applicable standard of care owed by professionals supplying like services, resulting in damages to plaintiffs and those similarly situated to plaintiffs, when the aforesaid structures or works failed to serve the purposes for which they had been designed and constructed.

IV.

By adding the following numbered paragraph:

XIXXV.

At all times pertinent CSX Corporation and/or CSX Transportation, Inc. owned, operated and controlled the right-of-way, roadbed and railroad track, which penetrated the New Orleans Flood Defense System on the East and West banks of the Inner Harbor Navigation Canal (a/k/a the Industrial Canal). During Hurricane KATRINA these penetrations of the New Orleans Flood Defense System, which CSX Corporation and/or CSX Transportation, Inc. had negligently built and maintained, and negligently failed to adequately close, served as conduits for storm surge within the Inner Harbor Navigation Canal (a/k/a the Industrial Canal) to enter the Greater New Orleans Metropolitan Area, and to cause damage to plaintiffs and to those similarly situated to plaintiffs. Accordingly, CSX Corporation and/or CSX Transportation, Inc. is/are liable unto plaintiffs

and to those similarly situated to plaintiffs pursuant to applicable federal and/or state law, including, without limitation, those federal and/or state laws previously invoked.

V.

Plaintiffs reaver and reiterate all of the allegations of their Original Complaint, as supplemented and amended, and incorporate the same herein by reference thereto, as if copied *in extenso*.

**WHEREFORE**, Plaintiffs pray that their class status be recognized and certified as such, and that, after all due proceedings had, including trial on the merits, there be judgment entered herein in favor of plaintiffs and against defendants, jointly, severally and *in solido*, for the amount of plaintiffs' damages, plus reasonable attorney's fees, pre-judgment interest, and costs. Plaintiffs further pray that their Complaint, as supplemented and amended, be further supplemented and amended, *nunc pro tunc*, as prayed for herein.

LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-Mail, this 5th day of June 2006.

*[signature]*