OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 22  A 8: 45

LORETTA G. WHYTE
CLERK

Date: <u>June 21, 2006</u>

<u>COLLEEN BERTHELOT, ET AL</u>

vs.

<u>BOH BROTHERS CONSTRUCTION
CO.,L.L.C., ET AL</u>

Case No. <u>05-4182</u>    Section: <u>"K"(2)</u>

**DOCUMENT RELATES TO 05-6073**

Dear Sir or Madam:

Please ISSUE summons on the SECOND AMENDED COMPLAINT to the
following:

1.  Boh Brothers construction Company, LLC
    through its agent for service of process:
    Michael G. Cullen
    12203 Airline Highway
    Baton Rouge, LA 70817

2.  Washington Group International, Inc.
    through its agent for service of process:
    Corporation Services Company
    320 Somerulos Street
    Baton Rouge, LA 70802-6129

3.  Virginia Wrecking Company, Inc.
    through its agent for service of process:
    CT Corporation System
    8550 United Plaza Blvd.
    Baton Rouge, LA 70809

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

4.    Gulf Group, Inc. of Florida
      through its agent for service of process:
      Matt Hobbs
      20 West Nouveau Lane
      New Orleans, LA 70003

5.    Modjeski and Masters, Inc.
      through its agent for service of process:
      William B. Conway
      1055 St. Charles Avenue
      New Orleans, LA 70130

6.    C.R. Pittman Construction Company, Inc.
      through its agent for service of process:
      Lolita A. Pittman
      1747 Oriole Street
      New Orleans, LA 70122

7.    Burk-Kleinperter, Inc.
      through its agent for service of process:
      Charles F. Seemann, Jr.
      755 Magazine Street
      New Orleans, LA 70130

8.    Burk-Kleinpeter, LLC
      through its agent for service of process:
      William R. Burk, III
      755 Magazine Street
      New Orleans, LA 70130

9.    B&K Construction Co., Inc.
      through its agent for service of process:
      Robert L. Bailey, III
      520 N. Causeway Blvd.
      Mandeville, LA 70448

10.   Miller Excavating Services, Inc.
      through its agent for service of process:
      Annie Mae Miller
      910 Ormond Boulevard
      Destrehan, LA 70047

11.  James Construction Group, LLC
     through its agent for service of process:
     Jill Warren
     11200 Industriplex Blvd., Ste. 150
     Baton Rouge, LA 70809

12.  Board of Commissioners for the Orleans Levee District
     through its President, James P. Huey
     7300 Lakeshore Drive
     New Orleans, LA 70124

13.  St. Paul Fire and Marine Insurance Company
     through the Secretary of State:
     8549 United Plaza
     Baton Rouge, LA 70809

14.  The City of New Orleans
     through the City Attorneys' Office
     1300 Perdido Street, Room 5E03
     New Orleans, LA 70112

15.  Sewerage and Water Board of New Orleans
     through its Director:
     625 St. Joseph Street
     New Orleans, LA 70130

16.  Eustis Engineering Co., Inc.
     through its agent for Service of Process:
     William W. Gwyn
     3011 28th Street
     Metairie, LA 70002

17.  LA Department of Transportation and Development
     through its Secretary
     Johnny B. Bradberry
     PO Box 94245
     Baton Rouge, LA 70804

18.  Pittman Construction Company, Inc.
     through its agent for service of process:
     Gloria B. Pittman
     6251 Paris Avenue
     New Orleans, LA 70122

19.  Gotech, Inc.
     through its agent for service of process:
     Rhaoul A. Guillaume
     8383 Bluebonnet Boulevard
     Baton Rouge, LA 70810

                              Very Truly yours,

                              LINDA J. NELSON (9938)
                              Attorney for Plaintiffs
                              701 Magazine Street
                              New Orleans, LA 70130
                              (504) 581-1750