

**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 21  AM 11: 36

LORETTA G. WHYTE

Catherine J. Finnegan
Trial Attorney

P.O. Box 888, Benjamin Franklin Station
Washington, DC 20044

PFF:TFinnegan
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

June 20, 2006

**VIA FACSIMILE**
Honorable Joseph C. Wilkinson, Jr.
B409 Hale Boggs Federal Bldg.
500 Poydras Street
New Orleans, LA 70130

Re:  <u>Berthelot, et al., v. Boh Brothers Constr. Co., et. al., No. 05-4182 (All Cases)</u>

Dear Judge Wilkinson:

　　　　Pursuant to a request by the plaintiffs, the undersigned, on behalf of the United States of America, provides the following report with respect to the London Avenue North ("R.E. Lee") breach site. This report has been formulated after discussion with plaintiff's counsel, Alexis Bevis and Hugh Lambert, liaison counsel for the plaintiffs, Joseph Bruno, and liaison counsel for the defendants, William Treeby and Ralph Hubbard.

　　　　The parties, with the exception of plaintiffs in the matter <u>O'Dwyer, et al., v. United States, et al.</u>, No. 05-4181,[1] agree that no evidentiary protocol is needed for the R.E. Lee site. All recovery work/excavation of old flood wall materials is complete. Throughout April 2006, the site was excavated and materials, such as sheet piles, concrete, and other construction materials, were recovered. The parties were provided with notice to observe, photograph, and videotape the recoveries. On several occasions, representatives for the parties viewed the material recoveries pursuant to the Court's April 13, 2006, Order. The Interagency Performance Evaluation Team (IPET) does not intend to make any further material recoveries at the site.

　　　　Excess construction materials from the R.E. Lee and London Avenue South ("Mirabeau") sites are being retained near the R.E. Lee/Leon C. Simon bridges, just north of the R.E. Lee construction trailer. The sheets from each site are separated and stamped according to their site of origin. The parties are permitted a reasonable number of individuals to view, inspect, photograph, and/or videotape the excess construction material. The names of such individuals shall be provided

---

[1] The <u>O'Dwyer</u> plaintiffs object to this paragraph of the protocol. <u>See</u> attached email of June 16, 2006, from Ashton O'Dwyer to Alexis Bevis, forwarded to undersigned counsel.

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No. _____

06/20/06 TUE 12:05 [TX/RX NO 5278] ☒002

U.S. Department of Justice

Hon. Joseph C. Wilkinson, Jr.
June 20, 2006
Page 2

to counsel for the United States no later than 4 p.m. EDT the day before any planned visit. No unauthorized and/or unannounced visits to the site will be permitted. Likewise, failure to attend a scheduled visit without notifying counsel for the United States may require Court intervention or other measures. All persons visiting the site are urged to have personal protective equipment.

The excess construction materials will eventually be scrapped when the contract work on the breach is completed. The estimated date of completion is between September and November 2006. Thus, parties interested in viewing the excess construction materials should contact counsel for the United States as soon as practicable. In any event, the United States will notify the parties when the contractors for the R.E. Lee and Mirabeau sites intend to demobilize and finally dispose of all remaining excess construction materials. Separate notification will be provided for each site. Parties shall have seven (7) calendar days from the date of the site-specific notification to view the excess construction materials.

Should any party desire to retain any of the materials, arrangements to do so shall be made on a case-by-case basis. The presumption shall be that the party desiring to retain the materials shall be responsible for securing them, retaining them with appropriate chain of custody protocols, and maintaining them in a secure facility for the duration of the litigation in accordance with the Court's Order of June 2, 2006. (Docket No. 481).

Should any dispute regarding the site visit arise, counsel shall promptly contact counsel for the United States by phone or by email in order to work out the difficulty without Court intervention. In the event that the dispute cannot be resolved, the parties reserve the right to file an appropriate motion with the Court relating to the dispute. It is further understood that counsel for the United States reserve the right to file a motion for protective order regarding the same issues. It is expected, however, that any dispute will be amicably resolved without Court intervention.

All counsel recognize that this protocol may be revised, depending on how the disposal of excess materials proceeds. If and when a revision is required, counsel for the United States will notify the Court.

Sincerely,

*Catherine Finnegan*
Catherine J. Finnegan
Robin D. Smith
Traci L. Colquette

Trial Attorneys
Civil Division, Torts Branch

**U.S. Department of Justice**

Hon. Joseph C. Wilkinson, Jr.
June 20, 2006
Page 3

cc:   (Via email)
      Randall Merchant
      Alexis Bevis
      Joseph Bruno
      Ralph Hubbard
      William Treeby

# Finnegan, Tess (CIV)

**From:** Alexis@LambertandNelson.com
**Sent:** Monday, June 19, 2006 4:56 PM
**To:** Colquette, Traci L. (CIV); Finnegan, Tess (CIV); Smith, Robin Doyle (CIV)
**Cc:** jbruno@brunobrunolaw.com; Danielle@LambertandNelson.com; Linda@LambertandNelson.com
**Subject:** FW: Berthelot, et al. vs. Boh Bros., et al.
**Attachments:** tmp.htm; image001.jpg

 
tmp.htm (13 KB)  image001.jpg (3 KB)

Dear Tess:

Please allow this e-mail to confirm that Plaintiffs agree with the London North Protocol as submitted with your insertions with the exception of Mr. O'Dwyer (please see his objections and reservation of rights below).

If you have any questions regarding the foregoing, please feel free to contact me.

Alexis

E. Alexis Bevis, Esq.

Lambert & Nelson, PLC

701 Magazine Street

New Orleans, LA 70130

Telephone: 504-581-1750

Facsimile: 504-529-2931

---

**From:** Victoria Broussard [mailto:vbroussard@odwyerlaw.com]
**Sent:** Friday, June 16, 2006 3:40 PM
**To:** Alexis Bevis
**Subject:** Berthelot, et al. vs. Boh Bros., et al.

Dear Ms. Bevis:

I disagree with the second paragraph of the Government's proposed letter/facsimile to Magistrate

1

Wilkinson. Vital evidence at the site was never made available to plaintiffs in Civil Action No. 05-4181 or their experts prior to destruction sometime between Good Friday and April 24, 2006. The Government and its contractors destroyed the distressed concrete monolith panels in the area of the breach, as well as every waterstop, save two, one which was "harvested" by the IPET during the week of April 24th, and the other which I found and identified on videotape, but which the Government refused to preserve.
That waterstop disappeared from the site during the next 12 hours.

Although counsel for certain parties were allowed to observe photograph and videotape the concrete monolith panels on Good Friday, the film and videotape is virtually useless, because the people doing the photographing and taping didn't know what they were looking at and/or what to look for.

In short, massive spoliation of evidence occurred at the London Avenue North breach site, and plaintiffs in 05-4181 are reserving all rights.

I and my experts do intend to inspect the sheet piles which were pulled and will conform with the balance of the protocol for doing so. Please make sure that the Government knows of our interest.

Lastly, I think it is "dangerous" for people who have never visited a site to be negotiating the content of protocols. To my knowledge, none of the people identified by Ms. Finnegan, other than Mr. Merchant, ever visited the site.

Yours very truly,


Ashton R. O'Dwyer, Jr.

Law Offices of Ashton R. O'Dwyer, Jr.

One Canal Place

365 Canal Street

Suite 2670

New Orleans, LA 70130

Tel. (504) 561-6561

Fax. (504) 561-6560

AROD@odwyerlaw.com <mailto:AROD@odwyerlaw.com>



**IMPORTANT**: This facsimile is intended only for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or it's contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and return the original transmission to us at the address given below.

**Date:**　　June 20, 2006

**Re:**　　Berthelot, et al. v. Boh Brothers Co., LLC, et al. Civil Action No. 05-4182 (All cases)

**From:**　　Tess Finnegan
　　　　　　Civil Division, Torts Branch, U.S. Department of Justice
　　　　　　Fax:　(202) 616-5200　　　Phone: (202) 616-4916

**TO:**　　Hon. Judge Joseph C. Wilkinson, Jr.
　　　　　U.S. District Court - EDLA
　　　　　504-589-7633 (fax)


**NO. PAGES SENT (INCLUDING COVER PAGE):**　　6