FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 22  PM 3:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE (2)** |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO ALL CASES** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## BOH BROS. CONSTRUCTION CO., L.L.C.'S MEMORANDUM IN OPPOSITION TO DISCOVERY MOTIONS AND MOTIONS TO COMPEL DISCOVERY

**MAY IT PLEASE THE COURT:**

Thank goodness we all have Ashton O'Dwyer to look out for us. Mr. O'Dwyer, with all due respect, has apparently crowned himself king of the local recovery efforts and Chief Overseer of the rebuilding projects, laws and regulations notwithstanding.

Despite the prior warnings from this Honorable Court, Mr. O'Dwyer has continued to bombard the parties with countless e-mails making ludicrous accusations, drawing unsupported conclusions, and "safeguarding" the public with his repeated assertions that there has been no

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

work whatsoever performed at the 17th Street Breach site as of late[1]. Of course, needless to say, Mr. O'Dwyer has done this without bothering to find out why.

Attached to this memorandum as Exhibit "A" is an e-mail that was forwarded on June 19, 2006, to all relevant parties, including Mr. O'Dwyer. Apparently, Mr. O'Dwyer did not read the e-mail. Had he done so, he would have learned what he should already have known, namely that Boh Bros. had been instructed several weeks ago by the Corps to cease work operations because of the discovery of some underground obstructions in an area where a new T-wall was going to be constructed. Mr. O'Dwyer apparently chooses to ignore that in his latest missive, once again accusing all involved of doing nothing whatsoever.

Boh Bros. has grown quite weary of Mr. O'Dwyer's tactics, innuendos, accusations, and mischaracterizations, as are probably all the parties to this case. It is time for this nonsense to stop. When called on the carpet in Court, Mr. O'Dwyer sits quietly and says little, but then runs back to his office to hammer out yet another barrage of endless e-mails in which he accuses everyone of backstabbing him, obviously choosing to ignore his own actions.

Let us emphasize this clearly: Boh Bros. is acting under the control and direction of its principal, the U.S. Army Corps of Engineers, and is not doing anything to destroy any evidence that could have any possible or arguable relevance or materiality in this case, at least in the mind of a reasonable person. Boh Bros. has and will continue to abide by the spirit, intent and letter of the work protocol (as agreed to by Mr. O'Dwyer and the plaintiffs' and defense's liaison committees) and all Orders from this Court regarding all inspections and/or preservation of evidence issues. Mr. O'Dwyer can continue to make accusations all he wants, but at some point

---

[1] So that there is no confusion, Boh Bros. is working on two separate projects in the 17th Street Canal as of this writing. The first project - - the "Gate Project" is being performed at the outfall of the 17th Street Canal and is extremely time sensitive, as work continues on a "24 hour, 7 days a week" basis. The second project is the placement of a permanent T-wall protection system in the 17th Street Canal breach site where Boh Bros. installed steel sheeting as a "temporary" closure of this breach site right after the hurricane.

2

this nonsense needs to stop. If he is going to make a claim against Boh Bros. for spoliation of evidence, he needs to do so.[2] Boh Bros. is fully prepared to not only defend such a ridiculously unfounded action, but will seek sanctions against Mr. O'Dwyer, or for that matter anyone else who tries to do so.

Boh Bros. is going to continue to follow all directives of this Honorable Court, and Boh Bros., apparently unlike Mr. O'Dwyer, trusts this Honorable Court to know how to proceed properly with respect to the preservation of evidence.

With respect to the particulars of the pending motion, even though it is not directed against Boh Bros. per se, Boh Bros. has an interest at least in the sense that Mr. O'Dwyer may be contemplating a spoliation of evidence claim, but it seems to Boh Bros. that there is really no longer anything in dispute. While Mr. O'Dwyer continues to complain about just about everything, he should not use his endless barrage of pleadings as a method of forwarding his own status reports to this Honorable Court, which it appears he is doing. If he has nothing pertinent to say, that he has not already said before, then he should not say anything.

For these reasons, the pending motion should be denied.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

---

[2] As an aside, we must point out to the Court hat Mr. O'Dwyer has never sued Boh Bros.

        Terrence L. Brennan (#32434)
        DEUTSCH, KERRIGAN & STILES, L.L.P.
        755 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-5141
        Facsimile: (504) 566-1201
        ***Attorneys for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Boh Bros. Construction Co., L.L.C.'s Memorandum in Opposition to Discovery Motions and Motions to Compel Discovery has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States mail, postage prepaid and properly addressed this 22 day of June, 2006.

_____