**From:** Michael Riess
**To:** Ashton O'Dwyer
**Date:** Mon, Jun 19, 2006 11:38 AM
**Subject:** Fwd: 17th Street Canal Repair Job Between Boh Bros. and Corps

FYI.This was sent out this morning about 30 minutes ago.My secretary is out sick today.I just realized it was not sent to you.Michael

Michael R. C. Riess
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential information which is legally privileged.  The information is intended only for the use of the intended recipient. If you received this e-mail in error, please immediately notify us by return e-mail or telephone.  You are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email or any information contained therein is strictly prohibited.



**From:** Michael Riess
**To:** Anzelmo, Thomas; Barrasso, Judy; Becnel, Danny; Bruno, Joseph; Fayard, Calvin; Gardner, Tom; Hubbard, Ralph; Lambert, Hugh; Meunier, Gerald; Treeby, William
**Date:** Mon, Jun 19, 2006 10:48 AM
**Subject:** 17th Street Canal Repair Job Between Boh Bros. and Corps

Dear Counselors:

I just received a phone call from Tom Sherburne of Boh Bros. regarding a directive that was issued at 7:00 a.m. this morning by the Corps of Engineers to Boh Bros. and relating to the 17th Street Canal repair project. Several weeks ago, the Corps instructed Boh Bros. to cease and desist work operations in or around the breach site area, as the Corps' consulting engineer discovered some underground obstructions in the area where the new T-wall was going to be installed by Boh Bros., as per the plans and specifications issued by the Corps to Boh Bros. That is why you have not been receiving any daily reports for the last week or so.

This morning at 7:00 a.m., Boh Bros. was instructed by the Corps to extract some pieces of the sheet piling from the old I-wall that is OUTSIDE the area of the breach. Specifically, as Boh Bros. did back in December, 2005, Boh Bros. has been instructed by the Corps to extract this sheet piling from the south side of the I-wall system that is outside the breach and which I-wall sheeting pieces are still standing. The concrete monoliths on top of this existing sheeting on the south side where this work will commence tomorrow was already demolished by the Corps during the emergency repair work and before Boh Bros. got on the site.

Tom Sherburne has advised me that if the representatives of the plaintiffs and/or defendants wish to be in attendance during this sheet pile extraction (which, again, is outside of the area of the breach), then you may attend this work in accordance with the work protocol procedures starting tomorrow, Tuesday, June 20, 2006, at 8:30 a.m. The reason for the short notice is simply because the Corps just instructed Boh Bros. to perform this work, although I again emphasize that the extraction of this sheet piling material is outside the area of the breach.

Please check in with Tom Sherburne at the site in accordance with the work protocol that has been established for the site inspections at 8:30 a.m. I will not be in attendance during this visit. However, please call me on my telephone here at the office (581-3300) or my cell phone (722-2747) if there are any problems. Additionally, please remember to contact Traci Colquette, Robin Smith or Tess Finnigan (of the Corps) to confirm the identity of the individuals who will be in attendance, if any, during this site inspection. This notification must be sent to the Corps' attorneys by no later than 5:00 o'clock today.

If anyone has any questions, please call me.

Best regards.


Michael R. C. Riess
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential information which is legally privileged. The information is intended only for the use of the intended recipient. If you received this e-mail in error, please immediately notify us by return e-mail or telephone. You are hereby notified that any disclosure, copying, distribution, or the

taking of any action in reliance on the contents of this email or any information contained therein is strictly prohibited.

**CC:**   Brennan, Terry; Colquette, Traci; Smith, Robin; Tess.finnegan@usdoj.gov