UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| **INSURANCE GROUP** | * | |
| | * | |
| 06-1672 "K" (2) | * | |
| 06-1673 "K" (2) | * | |
| 06-1674 "K" (2) | * | |

**STATE FARM'S *EX PARTE* MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF ALLSTATE'S MOTION TO SEVER AND PROCEED SEPARATELY**

Defendant State Farm Fire and Casualty Insurance Company ("State Farm") respectfully moves this Court for leave to file the attached Memorandum in Support of Allstate's Motion to Sever and Proceed Separately.

**1.**

On May 10, 2006 Allstate Indemnity Company ("Allstate"), a defendant in *Chehardy, et al. v. Wooley et al.,* No. 06-1672 c/w 06-1673 c/w 06-1674 ("Chehardy"), filed a

1

816064v.1

Motion to Sever and Proceed Separately. Rec. Doc. 343. Allstate's Motion to Sever seeks to remove *Chehardy* from the Consolidated Katrina Canal litigation because *Chehardy* is a putative class action seeking relief under homeowners insurance policies while the levee breach cases seek to allocate fault for the failure of the levees. As such *Chehardy* involves factual and legal issues discrete from those issues presented in the levee breach cases.

**2.**

On May 22, 2006 this Court granted plaintiffs' Motion for Leave to File Amended and Restated Complaint which added new parties as well as additional claims for relief. On May 24, the plaintiffs moved for leave to file a substitute Amended and Restated Complaint which this Court granted on June 2, 2006.

**3.**

The additional claims for relief brought in the Amended and Restated Complaint seek recovery for the insurer defendants' alleged breach of contract, breach of implied covenant of good faith and fair dealing, breach of fiduciary duty and violation of La. R.S. 22:1220. These claims stem from each plaintiff's contract of homeowners insurance and the handling of each plaintiff's homeowners property damage claim by each plaintiff's respective insurer. The adjudication of claims raised in the *Chehardy* Amended and Restated Complaint has no relationship to determinations of who or what caused the breaches in the levees.

**4.**

At the June 15, 2006 Status Conference, this Court set oral argument on Allstate's Motion to Sever for June 28, 2006 at 9:30 a.m.

816064v.1

**5.**

Allstate's Motion to Sever was filed prior to the filing of the Amended and Restated Complaint.  Therefore, State Farm requests leave to file a short (9 pages) Memorandum in Support of Allstate's Motion which addresses the claims made in the Amended and Restated Complaint.

For the foregoing reasons, State Farm respectfully requests leave to file its Memorandum in Support of Allstate's Motion to Sever and Proceed Separately.

June 23, 2006

                                Respectfully submitted,

                                s/ Sarah H. Barcellona
                                _____
                                Wayne J. Lee, 7916
                                Stephen G. Bullock, 3648
                                Sarah H. Barcellona, 28080
                                    Of
                                STONE PIGMAN WALTHER
                                  WITTMANN L.L.C.
                                546 Carondelet Street
                                New Orleans, Louisiana  70130-3588
                                Telephone:  (504) 581-3200

                                Attorneys for State Farm Fire & Casualty Company

816064v.1

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing State Farm's Motion for Leave to File Memorandum in Support of Allstate's Motion to Sever and Proceed Separately has been served upon each counsel of record via electronic mail or by United States mail, postage pre-paid and properly addressed, this 23rd day of June 2006.

s/ Sarah H. Barcellona<br>_____