UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | |
| | * | CIVIL ACTION |
| VERSUS | * | |
| | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| **INSURANCE GROUP** | * | |
| | * | |
| 06-1672 "K" (2) | * | |
| 06-1673 "K" (2) | * | |
| 06-1674 "K" (2) | * | |

**ORDER**

Considering State Farm Fire and Casualty Company's Motion for Leave to File Memorandum in Support of Allstate's Motion to Sever and Proceed Separately;

**IT IS HEREBY ORDERED** that State Farm Fire and Casualty Company's Motion is hereby **GRANTED** and that State Farm Fire and Casualty Company is granted leave to file its Memorandum in Support of Allstate's Motion to Sever and Proceed Separately.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
JUDGE

816266v.1