## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |
| * * * * * * * * | | |

THIS DOCUMENT RELATES TO:  CASE NO. 06-1885

### MEMORANDUM IN SUPPORT OF EX PARTE/CONSENT MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

This memorandum is submitted by Defendant United States of America in support of its Motion for Leave to File a Reply Memorandum to Plaintiffs' Opposition to its Motion to Dismiss for lack of subject matter jurisdiction.  The United States' Motion to Dismiss is presently set for hearing before the Court on June 28, 2006.  The United States seeks dismissal from this action because the Court lacks jurisdiction over the subject matter of the claims asserted by plaintiffs against the United States.

The United States seeks leave to file the attached Reply Memorandum to address the issues raised by the plaintiffs in their Opposition Memorandum.  Plaintiffs consent to the United

1

States' Motion for Leave.  Accordingly, the United States respectfully requests that the Court grant it leave to file its proposed Reply Memorandum.

                                            Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            PAUL F. FIGLEY
                                            Deputy Director, Torts Branch

                                               /s/  Kara K. Miller
                                            Kara K. Miller
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4448 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

Dated:  June 26, 2006

# CERTIFICATE OF SERVICE

      I, Kara K. Miller, hereby certify that on June 26, 2006, I served a true copy of the United States' Motion for Leave to File a Reply Memorandum, Proposed Order, Memorandum in Support, and Reply Memorandum upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron<br>waaron@goinsaaron.com | Walter Dumas<br>wdumas@dumaslaw.com |
| Neil Abramson<br>abramson@phelps.com | Lawrence Duplass<br>lduplass@duplass.com |
| Jonathon Beauregard Andry<br>jandry@andrylawfirm.com | Calvin Fayard<br>calvinfayard@fayardlaw.com |
| Thomas P. Anzelmo<br>tanzelmo@mcsalaw.com | Thomas Francis Gardner<br>gardner@bayoulaw.com |
| Judy Barrasso<br>jbarrasso@barrassousdin.com | Thomas Gaudry<br>tgaudry@grhg.net |
| Daniel E. Becnel, Jr.<br>dbecnel@becnellaw.com | Joseph Guichet<br>jguichet@lawla.com |
| Robert Becnel<br>ROBBECNEL@aol.com | Jim S. Hall<br>jodi@jimshall.com |
| Kelly Cambre Bogart<br>kbogart@duplass.com | Robert Harvey<br>rgharvey@bellsouth.net |
| Terrence L. Brennan<br>tbrennan@dkslaw.com | Herman C. Hoffmann, Jr.<br>hhoffmann@spsr-law.com |
| Joseph Bruno<br>jbruno@brunobrunolaw.com | David Blayne Honeycutt<br>DBHoneycutt@aol.com |
| Thomas Darling<br>tdarling@grhg.net | Ralph Hubbard<br>rhubbard@lawla.com |
| Kevin Derham<br>kderham@duplass.com | Tamara Kluger Jacobson<br>tkjacobson@aol.com |
| Joseph Vincent DiRosa Jr.<br>jvdirosa@cityofno.com | Michael Courtney Keller<br>kellerm@ag.state.la.us |

Stephen Kreller
sskreller@gmail.com

Hugh Lambert
hlambert@lambertandnelson.com

John M. Landis
jlandis@stonepigman.com

Mickey Landry
mlandry@landryswarr.com

Wade Langlois
wlanglois@grhg.net

Wayne J. Lee
wlee@stonepigman.com

F. Gerald Maples
federal@geraldmaples.com

Ben Louis Mayeaux
bmayeaux@ln-law.com

Gordon McKernan
gemckernan@mckernanlawfirm.com

Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com

Penya Moses-Fields
pmfields@cityofno.com

James Bryan Mullaly
jamesmullaly1@hotmail.com

Betty Finley Mullin
bettym@spsr-law.com

J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com

John Francis Nevares
jfnevares-law@microjuris.com

James L. Pate
jpate@ln-law.com

Ronnie Penton
rgp@rgplaw.com

Drew A. Ranier
dranier@rgelaw.com

Michael R.C. Riess
mriess@kingsmillriess.com

Camilo Kossy Salas
csalas@salaslaw.com

David Scott Scalia
DAVID@brunobrunolaw.com

George Simno
gsimno@swbno.org

Randall A. Smith
rasmith3@bellsouth.net

Christopher Kent Tankersley
ctankersley@burglass.com

Sidney Torres
storres@torres-law.com

William Treeby
wtreeby@stonepigman.com

Richard John Tyler
rtyler@joneswalker.com

Gregory Varga
gvarga@rc.com

Jesse L. Wimberly
wimberly@nternet.com

Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com

Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com

Christopher W. Martin
martin4@mdjwlaw.com

Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com

John Herr Musser
jmusser@bellsouth.net

Dennis Phayer
dphayer@burglass.com

Julia E. McEvoy
jmcevoy@JonesDay.com

George T. Manning
gtmanning@jonesday.com

Wystan M. Ackerman
wackerman@rc.com

Adrian Wagerzito
adrianwagerzito@jonesday.com

Andy Greene
agreene@sonnenschein.com

Jerry McKernan
jemckernan@mckernanlawfirm.com

Belhia Martin
belhiamartin@bellsouth.net

James Rather
jrather@mcsalaw.com

Seth Schmeeckle
sschmeeckle@lawla.com

Matthew D. Schultz
mschultz@levinlaw.com

Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com

Nina D. Froeschle
nfroeschle@osmlaw.com

Thomas V. Girardi
tgirardi@girardikeese.com

John W. deGravelles
deidson@dphf-law.com

Craig Frank Holthaus
fholthaus@dphf-law.com

Samuel Gabb
sgabb@lundydavis.com

James Roussel
jroussel@bakerdonelson.com

Arthur Gordon Grant, Jr.
ggrant@monbar.com

Jack Crowe
jcrowe@winston.com

Duane Kelley

dkelley@winston.com

Lawrence D. Wiedemann
FAX: 504-581-4336


Clayton Morris Connors
625 Baronne Street
New Orleans, LA 70113

Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Joseph W. Hecker
619 Europe Street , 2nd Floor
Baton Rouge, LA 70806

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

William A. Percy, III
Louisiana Supreme Court Bldg.
400 Royal St.
Room 1112
New Orleans, LA 70130


                                                /s/  Kara K. Miller
                                      _____
                                        Kara K. Miller