UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, | * | SECTION "K" (2) |
| ET AL., | * | CONS. KATRINA CANAL |

\*   \*   \*   \*   \*   \*   \*   \*

THIS DOCUMENT RELATES TO:  CASE NO. 06-1885

## ORDER

Having considered the Motion for Leave to File a Reply Memorandum filed by the United States of America, it is hereby ORDERED that the United States of America is granted leave to file its proposed Reply Memorandum in response to Plaintiffs' Opposition to the Government's Motion to Dismiss (Document 663).

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana