U.S. DISTRICT FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 JUN 20 PM 4: 53
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## MOTION FOR LEAVE TO FILE PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DISCOVERY MOTION(S) AND MOTION(S) TO COMPEL DISCOVERY

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court for leave to file Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Motion(s) to Compel Discovery. This Motion is filed upon the grounds that counsel for the litigants have covered a lot of evidentiary ground since the filing of the motions being the subject of this filing, and that the filing of the subject Supplemental Memorandum is intended to address matters which have been rendered <u>MOOT</u> since the motions were filed, and matters which remain in contention.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 20th day of June 2006.

_____