FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26 AM 11:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the Motion for Leave to File Plaintiffs' Supplemental Memorandum in Support of Discovery Motion(s) and Motion(s) to Compel Discovery, which the Court has duly noted,

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File a Supplemental Memorandum be and it is hereby **GRANTED**.

New Orleans, Louisiana, this 23 day of June, 2006.

_____
mag., J U D G E

Fee_____
Process____
X Dktd_____
✓ CtRmDep__
Doc. No.___

-1-