| LOUISIANA OFFICE | | FLORIDA OFFICE |
|---|---|---|
| 3501 HOLIDAY DRIVE, SUITE #203-A<br>NEW ORLEANS, LA 70114 | **OCEAN-OIL** | P. O. BOX 47188<br>ST. PETERSBURG, FL 33743-7188 |
| CELL (24 HOURS): (504) 367-4072<br>FAX: (504) 367-3790 | **EXPERT WITNESS, INC.** | 566 VILLA GRANDE AVE. S.<br>ST. PETERSBURG, FL 33707 |
| Email: Oceanoilpazos@cs.com<br>www.siterrific.com/pazos | NAVAL ARCHITECTS and MARINE ENGINEERS<br>MARINE CONSULTANTS | PH: (727) 347-2556<br>FAX: (727) 343-9717<br>CELL (24 HRS): (727) 415-7192<br>Email: Hectorpazos75597@aol.com |

May 16, 2006

VIA E-MAIL

Mr. Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr.

Re: Four (4) DVD's of Northern Breach of London Canal

Dear Ashton:

The following is a summary of what can be seen on the four DVD discs received May 2, 2006:

Surveyors measuring the elevation of tilted monoliths. General view 10 to 13 monoliths from the south end. All tilted between 75 degrees (south) to 45 degrees (at middle of breach). All covered with soil except about 5' to 6' from the top.

First south monolith (close to cofferdam) was converted to rubble. Second south monolith tilted 75 degrees. There is a space of 3' to 4' between 2nd and 3rd monolith indicating large differential tilt. Third monolith tiled 65 to 70 degrees. Next about 9 monoliths tilted about 65 to 45 degrees and with decreasing elevations. Monoliths north of the 10 or 12 monoliths cannot be seen in the video.

There is a separation of 2' or 3' about monolith M 14 and adjacent. The workers started cutting a 4' x 4' section of concrete sample piece from the top of M 14 with circular saw, which appears to have a piece of P.V.C. water stop imbedded. Monolith adjacent to the north has a 3' to 4' separation from M 14 and is tilted to a lesser angle: 40 to 45 degrees.

Workers cutting cylindrical sample or handling hole (6" diameter core), from the center of 4' x 4' sample. Surveyors measuring elevations at unusual locations such as at the top of the knuckle for the leg of the monolith. Removal of 4' x 4' section by crawler carne with sling thru handling hole. The 4' x 4' section appears to have a piece of P.V.C. water stop. Hydraulic excavator removing some rocks close to knuckle of M 14. Workers applying brackets for saw in another monolith. Installing saw – cutting a 4' x 4'

Workers burning samples of rebars. It appears that no one is taking notes regarding location of rebars and/or spacing between rebars. Started breaking up concrete panels with crane.

Summary: Nothing very useful can be obtained from the 4 DVD's, except for the tilt (hinge) of monoliths.

Regards,
Hector V. Pazos, P.E.

EXHIBIT
No. 1

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130**
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

May 10, 2006

**VIA FACSIMILE**

Ms. Tess Finnegan
Robin D. Smith, Esq.
Peter Myer, Esq.
Ms. Traci Colquette
U.S. Department of Justice
Civil Division, Torts Branch
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C. Merchant, Esq.
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

    Re: Colleen Berthelot, et al. vs.
       Boh Brothers Construction Co., LLC, et al.
       No. 05-4182 "K" (2)
       Relates to All Actions

Ladies and Gentlemen:

  Yesterday was a busy day for the plaintiffs in No. 05-4181 and one of their experts. We visited the London Avenue South breach site at the Mirabeau Avenue Bridge. We also visited, quite by happenstance, the 17th Street Canal breach site.

  What we saw at both sites appalled us.

  The Government already has engaged in massive evidence destruction at the London Avenue Canal South breach site, without any notice to the litigants. More particularly, monolith panels have been removed from steel sheet pile and from the site.



EXHIBIT NO. 2

May 10, 2006
Page 2

Where are the monolith panels which were removed from the site? When were they removed, at whose orders, and why weren't the parties litigant and their experts afforded the opportunity observe the monolith panels prior to their removal from the site? Additionally, the still existing monolith panels which are in a ditch inside the cofferdam at the site have not been properly excavated to permit reasonable inspection by plaintiffs and their experts. More particularly, we were unable to see the connection between the steel sheet piles and the single concrete monolith panel which has been partially excavated. Additionally, we cannot see the edges or ends of that monolith panel, which house the water stop system, consisting of concrete lips and a polyvinyl chloride water stop. Additionally, at least one (and perhaps others) entire monolith panel remains completely buried at the site, and therefore is invisible to the parties litigant.

When we drove by the 17th Street Canal breach site, much to our surprise, we discovered that the contractor for the Corps of Engineers had already commenced pulling of steel sheet pile from the site, without notice to the litigants or their experts, although reasonable notice had been specifically requested. This removal is taking place at the South end of the breach site, where the concrete monolith panels have already been removed from the sheet piles and removed from the site. At the North end of the site additional concrete monolith panels have been discovered to be missing. When were these monolith panels removed from the site? At whose order? Where and when can they be inspected?

Additionally, it appears that different types of steel sheet piles were used at the London Avenue North breach site when contrasted with the steel at the 17th Street Canal breach site. At least at the North end of the 17th Street Canal breach there appears to have been a clear mechanical failure of the steel sheet pile. Indeed, our inspection has revealed at least one sheet pile, which should have been at the joint, union or connection with other sheet piles, is missing, namely sheet pile No. 23-1. Where is this sheet pile and connected sheet piles? Who ordered it (or them) removed and why, and when can it (they) be inspected by plaintiffs and their experts.

Parenthetically, although Mr. Bartlett, in his recent "short" E-mail, described the steel sheet pile and attached concrete monolith panels as being the equivalent of a two-story building which moved some 40 feet and then had "their feet slip out from under them", we also observed other failure mechanisms at the North and South ends of the 17th Street Canal breach, namely, the hinge effect described so aptly by Mr. Pazos. Of course, the Corps of Engineers has already removed the concrete monolith panels from the sheet pile at those ends of the breach, and put them "only God knows where".

You have 24-hours to rectify this and answer my questions or I will see you in Court, again.

May 10, 2006
Page 3

                                                  Yours very truly,

                                                  Ashton R. O'Dwyer, Jr.

AROD/vtb
Attachments
cc:    All counsel of record (via E-mail)

### Ashton O'Dwyer

| | |
|---|---|
| **From:** | Ashton O'Dwyer [arod@odwyerlaw.com] |
| **Sent:** | Friday, May 26, 2006 11:28 AM |
| **To:** | 'mriess@kingsmillriess.com' |
| **Cc:** | 'dbecnel@becnellaw.com'; 'dollyno@aol.com'; 'rgharvey@bellsouth.net'; 'hlambert@lambertandnelson.com'; 'rgp@rgplaw.com'; 'wimberly@nternet.com'; 'jbruno@brunobrunolaw.com'; 'DAVID@brunobrunolaw.com'; 'dmartin@gainsben.com'; 'khadican@gainsben.com'; 'rasmith3@bellsouth.net'; 'kreasonover@smithfawer.com'; 'tdavis2@cableone.net'; 'ostamant@bellsouth.net'; 'smwiles@smithfawer.com'; 'fswarr@landryswarr.com'; 'mlandry@landryswarr.com'; 'calvinfayard@fayardlaw.com'; 'gmckernan@mckernanlawfirm.com' |
| **Subject:** | Riess E-mail 2 |
| **Attachments:** | may24.jpg; header.htm |

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

May 26, 2006

**VIA E-MAIL**

Michael R. C. Riess, Esq.
Kingsmill, Riess, L.L.C.
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300

      Re:    Colleen Berthelot, et al. vs.
                  Boh Brothers Construction Co., LLC, et al.
                  No. 05-4182 "K" (2)
                  Relates to All Actions

Dear Mike:

      In preparation for our return to the 17th Street Canal breach site, I would appreciate your asking your client to answer the following questions:

    1.    Were the concrete monolith panels at the North and South ends of the breach indeed "destroyed" by your client at the direction of its client, the Corps of Engineers, or are the concrete remnants of those monolith panels available for inspection, somewhere?



5/26/2006

2. Can your client furnish copies of the Daily Job Reports for the work of removing and transporting the monoliths which previously were at the North and South ends of the breach?

3. What happened to the polyvinyl chloride water stops between concrete monolith panels at the North and South ends of the breach?

4. Where are the interlocking steel sheet piles from the North and South ends of the breach, which are "missing"? I know that at least one missing sheet pile from the North end of the breach was numbered "23-1". Who removed these sheet piles, at whose orders, and where are they now?

5. Can your client furnish copies of the Daily Job Reports for the work of removing and transporting the interlocking steel sheet piles?

6. You have represented to the Court that it may be necessary to construct a "cofferdam within a cofferdam" or words to that effect. I attach an aerial photograph of the existing cofferdam at the 17th Street breach site, which appeared in The New York Times yesterday, and which I respectfully submit is much more substantial a structure than your [1] representation to the Court of a "temporary patch". Can you have one of your client's Engineers explain in an affidavit why another cofferdam must be built at the site, thereby endangering the concrete monolith panels which remain intact at the site, at least for the moment?

Obviously, my clients and I would like answers to our questions before we return to the 17th Street breach site.

Yours very truly,

Ashton R. O'Dwyer, Jr.

AROD/vtb
cc: All Plaintiffs' Counsel (via E-mail)

---

[1] Actually, one is reminded of "the Aswan Dam".

5/26/2006



Ozier Muhammad/The New York Times

## Victoria Broussard

| | |
|---|---|
| From: | Victoria Broussard [vbroussard@odwyerlaw.com] |
| Sent: | Monday, June 12, 2006 11:33 AM |
| To: | 'tess.finnegan@usdoj.gov'; 'traci.colquette@usdoj.gov'; 'robin.doyle.smith@usdoj.gov'; 'Randall.C.Merchant@mvn02.usace.army.mil' |
| Cc: | 'dbecnel@becnellaw.com'; 'dollyno@aol.com'; 'rgharvey@bellsouth.net'; 'hlambert@lambertandnelson.com'; 'rgp@rgplaw.com'; 'wimberly@nternet.com'; 'jbruno@brunobrunolaw.com'; 'DAVID@brunobrunolaw.com'; 'dmartin@gainsben.com'; 'khadican@gainsben.com'; 'rasmith3@bellsouth.net'; 'kreasonover@smithfawer.com'; 'tdavis2@cableone.net'; 'ostamant@bellsouth.net'; 'smwiles@smithfawer.com'; 'fswarr@landryswarr.com'; 'mlandry@landryswarr.com'; 'calvinfayard@fayardlaw.com'; 'gmckernan@mckernanlawfirm.com' |
| Subject: | Berthelot, et al. vs. Boh Brothers, et al. |
| Attachments: | text.jpg |

Ladies and Gentlemen:

My experts and I would like the opportunity to better inspect each of the four (4) "end piles" of the steel sheet piles which were recently pulled at the London Avenue South breach site. Please advise where those end piles are being stored, how they have been marked for identification, and when my experts and I can look at them.

Additionally, the sheet piles to which those end piles were connected are missing. Please inquire of the Corps of Engineers and the IPET when those connecting sheet piles were removed from the site, where they are currently located, and when they can be inspected.

On a related note, by my count, it has been four (4) weeks since **ANY** actual work has been performed at the 17th Street Canal breach site. Sinc4e no work is underway, and since no work has been performed for weeks, my experts and I would like the opportunity to inspect the concrete monoliths at the site in their present condition, before any excavation commences. Additionally, we want to know when the Corps of Engineers expects to instruct Boh Brothers to begin excavating the dirt and rip-rap partially covering the monoliths.

Lastly, Ms. Colquette and I have exchanged correspondence addressing the relevance of the distressed monoliths at the Vintage Drive location to Hurricane

*[signature: ARDwyer Jr.]*

Ashton R. O'Dwyer, Jr.

6/12/2006

**EXHIBIT**
No. 4

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

June 13, 2006

**VIA FACSIMILE**
**305-569-1500**

Odebrecht-Johnson Brothers JV
Coral Gables, Florida

      Re: Colleen Berthelot, et al. vs.
        Boh Brothers Construction Co., LLC, et al.
        No. 05-4182 "K"(2)
        Relates to All Actions

Gentlemen:

  Evidence consisting of two (2) concrete monolith panels, steel sheet piles and one (1) polyvinyl chloride water stop was made available for inspection at the London Avenue South breach location last Wednesday and Thursday, June 7 and 8, 2006. Since that inspection, I made demand upon the United States of America and its agency and instrumentality, the U.S. Army Corps of Engineers, for the opportunity to better inspect each of the four (4) "end-piles" of the steel sheet piles (1 at each end of the concrete panels) which were pulled following the recent inspection. To date, the United States of America and the Corps of Engineers have been non-responsive to my request. Please advise when those steel sheet piles were pulled, how they were marked, and where they are being stored. Additionally, the sheet piles to which the four (4) end-piles were, at one time, connected are "missing". Please advise where the sheet piles which were connected to the end-piles are located.

            Yours very truly,

            Ashton R. O'Dwyer, Jr.

AROD/vtb


EXHIBIT No 5