**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-4182** |
| **BOH BROTHERS CONSTRUCTION CO.,** | **SECTION "K"(2)** |
| **L.L.C., ET AL.** | **CONS. KATRINA CANAL** |
| **PERTAINS TO:  06-1885** | |

**ORDER**

Before the Court is a Request for Oral Argument (Doc. 662) filed in conjunction with the

United States' Motion to Dismiss (Doc. 543) filed with respect to *Maureen O'Dwyer v. The*

*United States of America*, C.A. No. 06-1885.  The Court has reviewed the pleadings and

memoranda and finds that oral argument with respect to this motion is not necessary.

Accordingly,

   **IT IS ORDERED** that oral argument on the United States' Motion to Dismiss (Doc. 543)

is **CANCELLED.**

   New Orleans, Louisiana, this  _27th_  day of June, 2006.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**


   New Orleans, Louisiana, this _____ day of May, 2006.


_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**