UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                          CIVIL ACTION

VERSUS                                            NO. 05-4182 and
                                                        consolidated cases

BOH BROTHERS CONSTRUCTION                         SECTION "K" (2)
CO., L.L.C. ET AL.

## ORDER ON MOTION

APPEARANCES:   None (on the briefs)

MOTION:        Plaintiffs' Motion for Leave to File Second Amended Complaint,
               Record Doc. No. 554 (relates to Civil Action No. 06-20)

O R D E R E D:

 XXX : GRANTED. Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiffs' Motion for Leave to File Second Amended Complaint, Record Doc. No. 554, set for hearing on June 28, 2006, without oral argument, has been received. In addition, the deadline for filing motions for leave to amend pleadings in the referenced matter was extended to June 5, 2006, and this motion was timely filed. Record Doc. No. 276. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the court that the motion has merit, IT IS ORDERED that the motion is GRANTED.

New Orleans, Louisiana, this   28th   day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE