FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 16  PM 4: 27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF, AND JACKIE BERTHELOT, ET AL. | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "~~T~~" K |
| VERSUS | * * * | MAGISTRATE ~~(1)~~ (2) |
| BOH BROTHERS CONSTRUCTION CO. L.L.C. AND GULF COAST, INC. | * * * * | |
| RELATES TO: 05-6323 (Vanderbrook) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION BY HANOVER INSURANCE COMPANY COMPANY FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Defendant Hanover Insurance Company ("Hanover"), which, pursuant to Local Rule 83.2.6, respectfully moves this Court to grant admission *pro hac vice* to the following attorney so that he may appear and participate as co-counsel in the captioned matter:

Andrew R. Greene, Esq.

Fee $5.00
Process____
X Dktd____
✓ CtRmDep____
Doc. No____

1

In support of the present motion, Hanover asserts as follows:

1. Hanover requests that this Court allow Andrew R. Greene, to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Ralph S. Hubbard III, Louisiana Bar No. 7040, Joseph P. Guichet, Louisiana Bar No. 24441, and Seth A. Schmeeckle, Louisiana Bar No. 27076, the latter of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. Andrew R. Greene is an attorney at law practicing with the law firm of Sonnenschein Nath & Rosenthal LLP, 7800 Sears Tower, Chicago, IL, 60606. Mr. Greene is admitted to practice in, and is in good standing in, the bar of the State of Illinois as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Greene, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

3. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, Defendant The Hanover Insurance Company respectfully requests that this Court permit Andrew R. Greene to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

*[signature]*

RALPH S. HUBBARD III, T.A., La. Bar. # 7040
JOSEPH P. GUICHET, La. Bar # 24441
SETH A. SCHMEECKLE, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

OF COUNSEL:

PAUL E. B. GLAD
KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower - 233 South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 876-8000
Facsimile:   (312) 876-7934

**Attorneys for Hanover Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing *Ex Parte Motion* By Hanover Insurance Company For Leave to Appear *Pro Hac Vice* has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 16th day of June, 2006.

*[signature]*

3

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Andrew Robert Greene

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1994 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, April 14, 2006.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF, AND JACKIE BERTHELOT, ET AL. | * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "T" K<br><br>MAGISTRATE (4) (2) |
| VERSUS | * * * | |
| BOH BROTHERS CONSTRUCTION CO. L.L.C. AND GULF COAST, INC. | * * * * | |
| RELATES TO: 05-6323 (Vanderbrook) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF ANDREW R. GREENE

**STATE OF ILLINOIS**

**COUNTY OF COOK**

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared ANDREW R. GREENE, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Sonnenschein Nath & Rosenthal LLP, 7800 Sears Tower, Chicago, IL, 60606.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant Hanover Insurance Company ("Hanover").

1

3.  In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

   a.  that I have never had any disciplinary or criminal charges instituted against me.

   b.  that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

   Further affiant sayeth not.

_____
Andrew R. Greene

Sworn to and Subscribed before
me this 13 day of June, 2006.

_____
Notary Public

OFFICIAL SEAL
ROXANNE MARIE SWARTZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-28-07

2