FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28 PM 12:52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, WIFE OF, AND JACKIE BERTHELOT, ET AL. | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * * | SECTION "K" |
| VERSUS | * * | MAGISTRATE (2) |
| | * * | |
| BOH BROTHERS CONSTRUCTION CO. L.L.C. AND GULF COAST, INC. | * * * * | |
| RELATES TO: 05-6323 (Vanderbrook) | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the *Ex Parte* Motion by Hanover Insurance Company for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that Andrew R. Greene of the law firm of Sonnenschein Nath & Rosenthal LLP is hereby admitted *pro hac vice* as co-counsel of record for Hanover Insurance Company in the captioned matter.

New Orleans, Louisiana, this 27th day of June, 2006.

_____
JUDGE

___ Fee
___ Process
X  Dktd
___ CtRmDep
___ Doc. No

4