UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### PLAINTIFFS' UNOPPOSED EX PARTE MOTION TO EXTEND TIME FOR FILING MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS

**COME NOW** Plaintiffs in Civil Action No. 06-1885, and move This Honorable Court for a twenty-four (24) hour extension of time within which to file their Memorandum in Opposition to the Government's Motion to Dismiss in the above styled and numbered cause, from 5:00 P.M. on Tuesday, June 20, 2006, to 5:00 P.M. on Wednesday, June 21, 2006. Undersigned counsel for plaintiffs/movers represents that this extension of time is necessary (1) due to the press of other business, and (2) for the opportunity to review the June 19, 2006 opinion of the United States Supreme Court in the matter entitled: "Rapanos v. U.S. Army Corps of Engineers". Undersigned counsel further moves that he has conferred with counsel for the Government who have no objection to the requested twenty-four (24) hour extension of time.



-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 20th day of June 2006.