FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28 PM 12:52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Unopposed Ex Parte Motion to Extend Time for Filing Memorandum in Opposition to the Government's Motion to Dismiss, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs in Civil Action No. 06-1885 be and they are hereby granted an additional twenty-four (24) hour extension of time within which to file their Memorandum in Opposition to the Government's Motion to Dismiss, from 5:00 P.M. on Tuesday, June 20, 2006, until 5:00 P.M. on Wednesday, June 21, 2006.

New Orleans, Louisiana, this 27th day of June 2006.

JUDGE

-3-