FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 26 PM 1:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | CONS. KATRINA CANAL |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | **THIS PLEADINGS PERTAINS TO:** |
| CO., L.L.C., ET AL. | * |       06-1672 |
| | * |   c/w  06-1673 |
| | * |   c/w  06-1674 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ALLSTATE INDEMNITY COMPANY'S
### MOTION FOR LEAVE TO FILE REPLY BRIEF
### IN SUPPORT OF MOTION TO SEVER AND PROCEED SEPARATELY

**NOW INTO COURT,** through undersigned counsel, comes Allstate Indemnity Company ("Allstate"), and moves this Honorable Court to grant leave to file the attached short Reply Brief in Support of Motion to Sever and Proceed Separately so that Allstate can respond to arguments first made by the plaintiffs in their opposition brief.



\_\_\_ Fee_____
\_\_\_ Process_____
_X_ Dktd_____
\_✓\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No_____

62532

**WHEREFORE**, Allstate respectfully requests that it be granted leave to file the attached Reply Brief.

Respectfully Submitted,

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Indemnity Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand, electronic transmission, facsimile, and/or by placing same in the United States mail, postage prepaid and properly addressed, 26th day of June, 2006.

62532