

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28 PM 12: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | CONS. KATRINA CANAL |
| | * | |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON, JR. |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | **THIS PLEADINGS PERTAINS TO:** |
| CO., L.L.C., ET AL. | * | 06-1672 |
| | * | c/w 06-1673 |
| | * | c/w 06-1674 |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Reply Brief in Support of Motion to Sever and Proceed Separately;

**IT IS ORDERED** that the Motion for Leave be and hereby is granted and that Allstate Indemnity Company be and hereby is granted leave to file its Reply Brief.

New Orleans, Louisiana, this 27th day of June, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

62532