UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL.                       CIVIL ACTION

VERSUS                                          NO. 05-4182 and
                                                     consolidated cases

                                                **(Re: Civil Action No. 06-2152)**

BOH BROTHERS CONSTRUCTION                       SECTION "K" (2)
CO., L.L.C. ET AL.


## ORDER

As discussed at the previous status hearing and pursuant to the agreement of counsel set out in counsel's letter dated June 27, 2006 (which has been separately filed in the record), **IT IS ORDERED** that, no later than **July 31, 2006**, the "Dredge Defendants" in Reed v. United States, C.A. No. 06-2152, must make their insurance disclosures under Fed. R. Civ. P. 26(a)(D).

New Orleans, Louisiana, this  29th  day of June, 2006.


                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE