## IN UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | : CIVIL ACTION NO.: |
| | : |
| | : 05-4182 SECTION "K"(2) |
| COLLEEN BERTHELOT, ET AL., | : |
| | : CONS. KATRINA CANAL |
| Plaintiffs | : |
| | : |
| vs. | : JUDGE DUVAL |
| | : |
| | : |
| BOH BROTHERS CONSTRUCTION CO. | : JUDGE WILKINSON |
| L.L.C., ET AL., | : |
| | : |
| Defendants. | : |

**THIS DOCUMENT RELATES TO:**

05-6323 "K"(2)      Vanderbrook, et al.

### EX PARTE MOTION FOR LEAVE OF COURT TO FILE ATTACHED BRIEF IN OPPOSITION TO INSURER DEFENDANTS' MOTION TO SEVER AND DECONSOLIDATE BY THE CHEHARDY PLAINTIFFS

NOW INTO COURT, through undersigned counsel, come the Plaintiffs in Chehardy, et al

vs. State Farm Fire and Casualty Company, et al, Civil Action Nos. 06-1672, 06-1673, and 06-1674,

Section "K"(2), Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster,

Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Shawn and Angelina Burst, Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, who move for leave of this Honorable Court to file the attached memorandum in the Vanderbrook consolidated proceedings before this Court in opposition to the Insurer Defendants' Motion to Sever and Deconsolidate.

1.

On June 15, 2006, the Insurer Defendants filed a motion to sever and deconsolidate the Vanderbrook matter from the Levee Cases, and to effectively deconsolidate the Vanderbrook case from the Chehardy cases.

2.

Both the Vanderbrook and Chehardy cases allege claims against various insurance companies for failing to pay claims under homeowners insurance policies. The resolution of these insurance actions invariably require consideration of the same underlying cause of the claimed loss and consideration of the same policies of insurance issued by the Insurer Defendants in light of discoverable issues intertwined with the currently consolidated Levee Breach cases.

3.

The Vanderbrook case involves mixed questions of law and fact that are similar or substantially the same as the facts and legal issues in the Levee Cases and the Chehardy case that are

2

part of this consolidated litigation. The <u>Vanderbrook</u> Claimants' claims involve, among other things, insurance coverage issues that are common, similar, or substantially the same as the issues present in the Levee Cases and the <u>Chehardy</u> case.

4.

The <u>Chehardy</u> Plaintiffs' interests and claims are parallel to and sufficiently aligned with the <u>Vanderbrook</u> Claimants that granting the <u>Chehardy</u> Plaintiffs the right to file the attached short memorandum in opposition to the Insurer Defendants' Motion is proper. The Insurer Defendants will suffer no prejudice from the granting of this motion for leave.

WHEREFORE, the <u>Chehardy</u> Plaintiffs respectfully pray this Honorable Court grant their motion for leave to file the attached memorandum in opposition to the Insurer Defendants' Motion to Sever and Deconsolidate.

Respectfully Submitted:

Calvin C. Fayard, Jr. (No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

AND

Joseph Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 525-1335
Fax: (504) 561-6775

3

AND

John N. Ellison, Esq.
Darin McMullen, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Ph: (215) 568-4202
Fax: (215) 568-4375

AND

Joseph J. McKernan (La. Bar No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

AND

Drew Ranier (La. Bar No. 8320)
N. Frank Elliot III (La. Bar No. 23054)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

AND

Larry D. Dyess (La. Bar No.19555)
LARRY D. DYESS, APLC
4637 Jamestown Avenue, Suite D
Baton Rouge, LA 70808
Ph: (504) 581-9322
Fax: (504) 561-8961

4

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 29th day of June, 2006, served a copy of the above and

foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first

class postage prepaid, or by hand delivery, or by fax, e-mail or other electronic means.