# IN UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | : CIVIL ACTION NO.: |
| | : 05-4182 SECTION "K"(2) |
| Plaintiffs | : CONS. KATRINA CANAL |
| vs. | : JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO. L.L.C., ET AL., | : JUDGE WILKINSON |
| Defendants. | |

**THIS DOCUMENT RELATES TO:**

05-6323 "K"(2)   Vanderbrook, et al.

## ORDER

Considering the foregoing Ex Parte Motion for Leave of Court to File attached Brief in Opposition to Insurer Defendants' Motion to Sever and Deconsolidate by the <u>Chehardy</u> Plaintiffs,

IT IS HEREBY ORDERED that the <u>Chehardy</u> Plaintiffs are granted leave of court to file their Brief in Opposition to Insurer Defendants' Motion to Sever and Deconsolidate.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.