# EXHIBIT A



# BURK-KLEINPETER, IN

ENGINEERING

## London Avenue Canal Floodwall and Levee Improvements



In order to protect the City of New Orleans from hurricane tidal flooding from Lake Pontchartrain, the Orleans Levee District chose Burk-Kleinpeter, Inc. to design six miles of earthen levees and sheetpile floodwalls along the London Avenue Canal.

The levees were designed to withhold a 100-year frequency storm, while the I-wall and T-wall floodwalls were designed to withhold a 300-year frequency storm.

BKI prepared a general design memorandum, construction plans and specifications, and provided construction administration including resident inspection for the levee.

The project design included right-of-way plans for temporary and permanent servitudes to implement the flood protection improvements as well as plans for relocating the New Orleans Sewerage and Water Board's primary electrical cable in the vicinity of Drainge Pumping Station No. 4.

The construction cost for the completed levees and sheet-pile wall was $6.5 million.