# EXHIBIT F

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-4181    05-6324 | * | |
| 05-4182    05-6327 | * | |
| 05-5237    05-6359 | * | |
| 05-6073    06-2346 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## THE LEVEE BREACH LITIGATION GROUP'S STATEMENT OF CONTESTED MATERIAL FACTS REGARDING EUSTIS ENGINEERING'S RULE 56 MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT,** through undersigned counsel, comes the Levee Breach Litigation Group, who respectfully submits this Statement of Contested Material Facts in Opposition to Defendant, Eustis Engineering's, Motion for Summary Judgment:

1. Whether or not Defendant, Eustis Engineering, committed fraud pursuant to the provisions of LA.REV.STAT.ANN. § 9:5607 (2005) in connection with any services rendered on any levee system, regardless of whether or not that levee system failed, at any time which action would disallow the defense of peremption;

2. Whether or not a five year, seven year, or ten year peremption period is allowed with regard to Defendant's services rendered on any levee system, regardless of whether or not that levee system failed;

3. Whether or not Defendant's services rendered on levee systems that did not fail fall under the ambit of services included within the peremption periods;

4. Whether or not Defendant rendered any services at any time as those services are defined in LA.REV.STAT.ANN. § 9:5607 (2005) in connection with the 17th

-1-

Street Canal, the London Avenue Canal, the Industrial Canal, and the MRGO;

5. Whether or not Defendant possessed knowledge with regard to the levee systems and potential failures;

6. Whether or not Defendant possessed knowledge with regard to the levee systems and potential failures, yet remained silent;

7. Whether or not Defendant should have possessed knowledge with regard to the levee systems and potential failures; and

8. Whether or not Defendant has disclosed all services rendered on all levee systems.

Respectfully submitted,

LAW OFFICES OF BRUNO & BRUNO

BY: _____
JOSEPH M. BRUNO, Esq.
La. Bar No. 3604
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL
ON BEHALF OF THE LEVEE
BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE BREACH
LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960

Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166