UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: LEVEE CASES: 05-4181 | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS PUNITIVE DAMAGE CLAIM

NOW INTO COURT, through the undersigned counsel, come the plaintiffs herein, for the purpose of submitting this Memorandum in Opposition to Motion to Dismiss Punitive Damage Claim, and says as follows:

MAY IT PLEASE THE COURT:

Plaintiffs oppose the Motion to Dismiss Punitive Damages Claim filed by defendants, the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board. The Motion is not well taken and should be denied.

This Motion is premature in that discovery in this case is still in its infancy. Questions regarding whether punitive or exemplary damages are available to plaintiffs are best answered after plaintiffs have had an adequate time to plead the facts of their cases with specificity and have done discovery. Plaintiffs respectfully suggest that defendant's Motion be denied.

WHEREFORE, the plaintiffs pray that this Memorandum in Opposition to the Joint Motion to Dismiss Punitive Damages Claims be deemed good and sufficient and that the Motion to Dismiss Punitive Damages Claims be denied.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY: _____
JOSEPH M. BRUNO, Esq. (La. Bar No. 3604)
DAVID S. SCALIA, Esq. (La. Bar No. 21369)
L. SCOTT JOANEN, Esq. (La. Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL**
**ON BEHALF OF THE LEVEE**
**BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE**
**BREACH LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960
Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this 29th day of June, 2006.

_____
Joseph M. Bruno