UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| Plaintiffs | * | SECTION "K" |
| | * | |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| ˙ Defendants | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| LEVEE CASES: | * | |
| 05-4181, 06-0020, 05-5237, 06-0886, 05-6073, | * | |
| 06-2346, 05-6314, 06-2228, 05-6324, 06-2287, | * | |
| 05-6327 | * | |
| | * | A JURY IS DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO MOTION
## FOR SUMMARY JUDGMENT FILED BY BURK-KLEINPETER, L.L.C.

NOW INTO COURT, through the undersigned counsel, come the plaintiffs herein, for the

purpose of submitting this Memorandum in Opposition to Motion For Summary Judgment filed

by Burk-Klienpeter, L.L.C., and says as follows:

MAY IT PLEASE THE COURT:

Plaintiffs oppose the  Motion For Summary Judgment filed by Burk-Kleinpeter, L.L.C.

The Motion is not well taken and should be denied for the reasons set forth below.

First, the Motion is moot in a vast majority of the cases referenced by defendants. The record should reflect that the plaintiffs in the following cases have voluntarily dismissed Burk-Kleinpeter, LLC as a defendant without prejudice: 95-4182 (Berthelot); 05-5237 (Vodanovich); 05-6073 (Kirsch); 05-6324 (Brown); 05-6327 (LeBlanc); 06-0020 (Tauzin); and 06-0886 (Finney); Moreover, counsel in 06-2346 (Fitzmorris) has indicated that their complaint never named Burk-Kleinpeter, LLC as a defendant and counsel in 06-2287 (Sanchez) has indicated that he will file a Motion to Dismiss Burk-Kleinpeter, LLC on June 30, 2006.

Thus, there are only three cases listed by defendants to which the motion could apply. One of the cases is listed by defendants as 06-2228 (Chistenberry). This is apparently a typographical error. Case # 06-2228 on the docket of the U.S. District Court for the Eastern District of Louisiana has nothing to do with the instant litigation. There is, however, a case numbered 06-2278 with a lead plaintiff of Christenberry which nambes Burk-Kleinpeter, LLC among these consolidated cases. Plaintiffs will assume for purposes of this Memorandum that it is this case to which defendants meant to refer.

For these remaining cases listed by defendant: 05-6314 (Ezelll); 06-2228 (Christenberry and 06-2287 (Sanchez), plaintiffs respectfully submit that the Motion for Summary Judgment is premature as discovery on the issues is still in its infancy. A Summary Judgment is a fact based determination. Here plaintiffs should be allowed adequate discovery into the actions of Burk-Kleinpeter, LLC and into the relationship between Burk-Kleinpeter, LLC and Burk-Kleinpeter, Inc. and other remaining defendants. Thus, plaintiffs in the applicable cases srespectfully request that they be given adequate time for discovery on these issues.

WHEREFORE, the plaintiffs pray that this Memorandum in Opposition to the Motion

For Summary Judgment filed by Burk-Klienpeter, L.L.C. be deemed good and sufficient and that

the Motion be denied.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY:_____

JOSEPH M. BRUNO, Esq.( La. Bar No. 3604)
DAVID S. SCALIA, Esq. (La. Bar No. 21369)
L. SCOTT JOANEN, Esq. (La. Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL**
**ON BEHALF OF THE LEVEE**
**BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE**
**BREACH LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960
Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all

counsel of record by placing same in the United States mail, properly addressed and with first

class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this

_22nd_ day of _____June_____, 2006.

_____

Joseph M. Bruno