**MINUTE ENTRY**
**DUVAL, J.**
**JUNE 28, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**06-1672**
**06-1673**
**06-1674**

### ORAL ARGUMENT

MOTION to Sever and Proceed Separately by Allstate Indemnity Company, doc #343 & ORAL ARGUMENT, doc #633 - (Ref: 06-1672, 06-1673, 06-1674)

**COURTROOM DEPUTY: SHEENA DEMAS**
**COURT RECORDER: BONNIE HEBERT**

**APPEARANCES:** Judy Barrasso, Kelly Bogart, Joseph Bruno, Calvin Fayard, Frank Elliott, Joseph Guichet, Stephen Golman, Wayne Lee & Edward Wicker

Court begins at 9:40 a.m.
Case called. All present and ready.
Oral argument by parties.
This motion is DENIED as premature for the oral reasons stated on the record.
Court shall issue an order.
Court adjourns at 10:25 a.m.

JS-10 (:45)