UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., L.L.C., et al.<br><br>    Defendants | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>CONS. KATRINA CANAL |

| THIS DOCUMENT RELATES TO:<br>LEVEE and MRGO GROUPS | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

**EX PARTE MOTION AND ORDER, PURSUANT TO
LOCAL RULE 7.8.1E, BY DEFENDANT ENGINEERS FOR LEAVE
TO FILE JOINT REPLY MEMORANDUM IN EXCESS OF 10 PAGES**

Now into Court, through undersigned counsel, come defendants Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc. (hereinafter "Engineers"), and move, pursuant to Local Rule 7.8.1E, for leave to file a Joint

Reply Memorandum in excess of 10 pages in regard to the Engineers' pending Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption.

Upon suggesting to the Court that the use of a Joint Motion by the three separate Engineer defendants covering dozens of different projects has already achieved the goal of avoiding duplicative and redundant motion papers, but that, in order to properly and fully respond to the plaintiffs' joint opposition, which not only contests movants' affirmative defense of peremption, but also asserts a Rule 56(f) request for discovery, the Engineers need an enlargement of the page limit for their Joint Reply Memorandum from 10 pages to 35 pages, as discussed further in the memorandum filed herewith.

Respectfully submitted,

| | |
|---|---|
| GARDNER & KEWLEY<br>A Professional Law Corporation | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| s/ Erin E. Dearie<br>THOMAS F. GARDNER, T.A. (#1371)<br>DOUGLAS A. KEWLEY (#7355)<br>ERIN E. DEARIE (#29052)<br>1615 Metairie Road, Suite 200<br>Metairie, Louisiana 70005<br>Telephone:  (504) 832-7222<br>Facsimile:  (504) 832-7223 | s/ Charles F. Seemann, Jr.<br>CHARLES F. SEEMANN, JR. (#11912)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 581-5141<br>Facsimile:  (504) 566-1201 |
| **ATTORNEYS FOR:**<br>**EUSTIS ENGINEERING COMPANY, INC., DEFENDANT AND MOVER** | **ATTORNEYS FOR:**<br>**BURK-KLEINPETER, INC., DEFENDANT AND MOVER** |

DEUTSCH, KERRIGAN & STILES, L.L.P.


s/ Victor E. Stilwell, Jr.
VICTOR E. STILWELL, JR. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR:
MODJESKI AND MASTERS, INC.,
DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of July, 2006 served a copy of this pleading on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.


s/ Erin E. Dearie
ERIN E. DEARIE


#228872v1<DKS> -Rule 7.8.1E motion