UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., L.L.C., et al.<br><br>    Defendants | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>CONS. KATRINA CANAL |

| THIS DOCUMENT RELATES TO:<br>LEVEE and MRGO GROUPS | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION BY DEFENDANT ENGINEERS FOR LEAVE TO FILE JOINT REPLY MEMORANDUM IN EXCESS OF 10 PAGES**

**MAY IT PLEASE THE COURT:**

    The defendants Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc. (hereinafter "Engineers") filed jointly their Rule 12(b)(6) and

Rule 56 Motion for Summary Judgment on the Affirmative Defense of Peremption on June 1, 2006, and have received a joint opposition filed by eight plaintiffs on June 29, 2006.

The use of the joint motion by the Engineers (three separate engineering company defendants) has already achieved the purpose of Local Rule 7.8.1E in limiting the length of motion papers because the engineer defendants filed this joint motion within the page limits set forth by the local rule for any one defendant.  Likewise, the joint opposition filed by several plaintiffs also fits within the page limits of the local rule.

However, in order to address properly and fully the plaintiffs' arguments in opposition, which vary somewhat as to points urged against each of the Engineers, and to respond to plaintiffs' separate Rule 56(f) request to delay decision on the motion to allow discovery, the Engineers request that the Court grant them leave to exceed the local rule's limit of 10 pages for a reply brief, and allow the Engineers to file a Joint Reply Memorandum in the amount of up to 35 pages, excluding exhibits.

The Engineers submit that such an enlargement of the page limitation is not excessive, is justified in regard to the important affirmative defense of peremption, and is necessary given the dozens of projects involved and the numerous issues and arguments raised by plaintiffs' counsel.

Respectfully submitted,

| | |
|---|---|
| GARDNER & KEWLEY<br>A Professional Law Corporation | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| s/ Erin E. Dearie<br>THOMAS F. GARDNER, T.A. (#1371)<br>DOUGLAS A. KEWLEY (#7355)<br>ERIN E. DEARIE (#29052)<br>1615 Metairie Road, Suite 200<br>Metairie, Louisiana 70005<br>Telephone:  (504) 832-7222<br>Facsimile:  (504) 832-7223 | s/ Charles F. Seemann, Jr.<br>CHARLES F. SEEMANN, JR. (#11912)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 581-5141<br>Facsimile:  (504) 566-1201 |
| **ATTORNEYS FOR:**<br>**EUSTIS ENGINEERING COMPANY,**<br>**INC., DEFENDANT AND MOVER** | **ATTORNEYS FOR:**<br>**BURK-KLEINPETER, INC.,**<br>**DEFENDANT AND MOVER** |
| | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| | s/ Victor E. Stilwell, Jr.<br>VICTOR E. STILWELL, JR. (#12484)<br>FRANCIS J. BARRY, JR. (#02830)<br>KEITH J. BERGERON (#25574)<br>755 Magazine Street<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 581-5141<br>Facsimile:  (504) 566-1201 |
| | **ATTORNEYS FOR:**<br>**MODJESKI AND MASTERS, INC.,**<br>**DEFENDANT AND MOVER** |

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 3rd day of July, 2006 served a copy of this pleading on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

                                s/ Erin E. Dearie
                                ERIN E. DEARIE

#229130v1<DKS> -Rule 7.8.1E.memo