UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | CIVIL ACTION |
| Plaintiffs | NO. 05-4182 |
| VS. | SECTION "K" (2) |
| | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., et al. | |
| Defendants | |

| THIS DOCUMENT RELATES TO: | 05-4181 | 05-6314 | 06-0020 | 06-2346 |
|---|---|---|---|---|
| LEVEE and MRGO GROUPS | 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| | 05-5237 | 05-6327 | 06-2278 | |
| | 05-6073 | 05-6359 | 06-2287 | |

**O R D E R**

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that defendants Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc. be granted leave to file a Joint

Reply Memorandum, up to 35 pages in length, excluding exhibits, in regard to their pending Rule 12(b)(6) and Rule 56 Joint Motion.

**THUS DONE AND SIGNED**, this _____ day of July, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of July, 2006 served a copy of this pleading on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

                                              s/ Erin E. Dearie
                                              ERIN E. DEARIE

#229129v1<DKS> -Rule 7.8.1E.order