FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28 AM 9: 21

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |

**Pertains to 06-1885 and
MRGO and Levee cases**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE
### PLAINTIFFS' SUPPLEMENTAL MEMORANDUM
### IN OPPOSITION TO THE GOVERNMENT'S
### MOTION TO DISMISS

**COME NOW** plaintiffs in Civil Action No. 06-1885, appearing through undersigned counsel, and move This Honorable Court for Leave to File a Supplemental Memorandum in Opposition to the Government's Motion to Dismiss. This Motion for Leave is filed upon the grounds that Plaintiffs must rebut arguments advanced by the Government in the Government's Reply Memorandum.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person**



-2-

Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 27th day of June 2006.