UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES**<br>**Pertains to 06-1885 and**<br>**MRGO and Levee cases** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR LEAVE TO FILE PLAINTIFFS'**
**SUPPLEMENTAL MEMORANDUM IN OPPOSITION**
**TO THE GOVERNMENT'S MOTION TO DISMISS**

**MAY IT PLEASE THE COURT:**

This Memorandum is filed primarily to comply with the Local Rule that requires that a Memorandum accompany all motions noticed for hearing. Briefly, Plaintiffs wish to rebut arguments advanced by the Government in their Reply Memorandum, and have chosen a Supplemental Memorandum as the vehicle for doing so. Plaintiffs respectfully submit that their Motion for Leave to File Supplemental Memorandum should be granted, particularly since the Court will not be entertaining oral argument.

-2-

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 27th day of June 2006.

_____