FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 29 PM 3:10

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION "K" |
| | * | MAG. NO. "2" |
| **Pertains to 06-1885 and MRGO and Levee cases** | * | |

* * * * * * * * * * * * * * * * *

### ORDER

Considering Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to the Government's Motion to Dismiss, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to the Government's Motion to Dismiss be and it is hereby **GRANTED.**

New Orleans, Louisiana, this 28 day of June, 2006.

_____
JUDGE

-1-