UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

## ORDER

The Clerk is hereby directed to take custody and hold for further use the attached compact discs submitted by plaintiffs and identified as Exhibits 2, 3, 4(A) and 4(B) in connection with the motions that were addressed in my June 27, 2006 order, Record Doc. No. 673.

New Orleans, Louisiana, this 28th day of June, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE