# BAKER DONELSON
## BEARMAN, CALDWELL & BERKOWITZ, PC

201 ST. CHARLES AVENUE
SUITE 3600
NEW ORLEANS, LOUISIANA 70170
PHONE: 504.566.5200
FAX: 504.636.4000

www.bakerdonelson.com

JAMES H. ROUSSEL, OF COUNSEL
Direct Dial: 504.566.5278
E-Mail Address: jroussel@bakerdonelson.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 29 PM 1:50

LORETTA G. WHYTE
CLERK

June 27, 2006

**VIA FACSIMILE & U.S. MAIL**

The Honorable Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

    Re:    Colleen Berthelot, et al v. Boh Brothers Construction Co., L.L.C. et al
            Civil Action No.: 05-4182, Section K(2)
            Cons. Katrina Canal
            Pertaining to Phillip Reed v. United States, C.A. No. 06-2152

Dear Judge Wilkinson:

    Pursuant to Judge Duval's minute entry of June 15, 2006, I have conferred with Mr. Joseph Bruno with respect to a proposed date by which the Dredge Defendants will disclose the identity of the insurers involved in this case. Mr. Bruno and I agreed that an acceptable date would be July 31, 2006.

    With kindest regards, I am

                                  Sincerely,

                                  James H. Roussel

____ Fee____
____ Process____
 X  Dktd____
____ CtRmDep____
____ Doc. No____

JHR1/lah1

cc:    Joseph M. Bruno, Esq. (via facsimile)
        Bruno & Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113

NO JHR1 102131 v1
2902907-000001 06/27/2006

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA

Representative Office,
BDBC International, LLC

Law Offices
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
A PROFESSIONAL CORPORATION
201 ST. CHARLES AVENUE • SUITE 3600
NEW ORLEANS, LOUISIANA 70170

(504) 566-5200

Facsimile
(504) 636-4000

## FACSIMILE TRANSMISSION FORM

### PLEASE DELIVER IMMEDIATELY

**DATE / TIME:** JUNE 27, 2006 / 5:31 PM

| DELIVER TO: | COMPANY: | FAX NO.: | PHONE NO.: |
|---|---|---|---|
| The Honorable Joseph C. Wilkinson, Jr. | United States Magistrate Judge United States District Court Eastern District of Louisiana | 504-589-7633 | 504-589-7630 |

**FROM:** James H. Roussel

**PHONE NO.:** 504.566.5278

**FAX NO.:** 504.636.3978

**USER NO.:** 010802

**CLIENT/MATTER NO.:** 2902907-000001

**MESSAGE:**

Note: This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer are not the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this facsimile or the information contained in it is strictly prohibited. If you have received this facsimile in error, please immediately notify the person named above at once by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

Unless otherwise expressly stated, nothing in this cover sheet or in any attachment hereto is intended to or can be used by any recipient to avoid the imposition of federal tax penalties.

NO JHR1 102131 v1
2902907-000001 06/27/2006