FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 PM 3:03

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | **CASE NO.** |
| **VERSUS** | * | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | **SECTION " K "** |
| | * | **MAG. NO. "2"** |
| **RELATES TO ALL CASES** | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## MOTION TO CONTINUE HEARING DATES

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and move This Honorable Court to continue the hearing on the following motions filed by the New Orleans Levee Board and by the New Orleans Sewerage and Water Board: 1) to dismiss the claims against them on Rule 12(b)(6) grounds; 2) to dismiss the claims against them for punitive damages; and 3) to dismiss claims against them for attorney's fees, from the presently-scheduled hearing date of July 12, 2006, until the Court's next scheduled hearing date. Alternatively, plaintiffs aver that they should be allowed to file "late" opposition memoranda, on Monday, July 10, 2006. This Motion to Continue is filed upon the following grounds:

1. Plaintiffs have meritorious defenses to the aforesaid motions;

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

2.  Opposition Memoranda would theoretically be due on July 4, 2006, which is a legal holiday, but undersigned counsel's secretary announced her intention to take a week of vacation during the week of July 4th, and he will be without a typist that week; and

3.  Continuing the hearing date, or alternatively allowing plaintiffs' opposition memoranda to be filed "late", on Monday, July 10, 2006, will in no way retard the progress of this litigation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 30th day of June, 2006.

_____

-2-