UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| RELATES TO ALL CASES | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *'

## MEMORANDUM IN SUPPORT OF
## MOTION TO CONTINUE HEARING

**MAY IT PLEASE THE COURT:**

Yesterday, June 29, 2006, undersigned's secretary announced that she was taking a week's vacation during the week of the July 4th holiday. On counsel's calendar for July 4th was the due date for Opposition Memoranda to Motions filed by the Orleans Parish Levee Board and by the New Orleans Sewerage and Water Board seeking 1) dismissal of the claims against them on Rule 12(b)(6) grounds; 2) dismissal of the claims against them for punitive damages, and 3) dismissal of the claims against them for attorney's fees. Upon learning that his secretary will be on vacation, undersigned counsel attempted to obtain consent for continuing the hearing date from opposing counsel, or alternatively, to allow Opposition Memoranda to be filed on Monday, July 10, 2006, when his secretary returns from vacation. However, as of the time of the filing of the Motion being the subject of this Memorandum, opposing counsel had not indicated their "no objection" or "objection", to same, therefore rendering a Motion to Continue Hearing Date(s) necessary. Plaintiffs aver that they have meritorious opposition to the subject motions.

Plaintiffs further represent that continuing the hearing of the Motions or allowing the late filing of Opposition Memoranda will in no way retard the progress of this litigation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 30th day of June, 2006.

_____

-2-