UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, et al. | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |
| RELATES TO ALL CASES | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*'

## NOTICE OF HEARING

TO:   Thomas P. Anzelmo, Esq.
      Mark E. Hanna, Esq.
      McCranie, Sistrunk, Anzelmo,
       Hardy, Maxwell & McDaniel
      3445 North Causeway Blvd., Suite 800
      Metairie, LA 70002

      James L. Pate, Esq.
      Ben L. Mayeaux, Esq.
      One Petroleum Center, Suite 200
      1001 West Pinhook Road, Suite 200
      Lafayette, LA 70505-2828

      George Simno III, Esq.
      625 St. Joseph Street, Room 201
      New Orleans, LA 70165

Dear Sirs:

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion to Continue Hearing Date(s) on for hearing before The Honorable Stanwood R. Duval, Jr. at 9:30 A.M., on the 26 day of July, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 30th day of June 2006.

_____

-2-