UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | (LEVEE GROUP) |
| NO. 06-2346 (FITZMORRIS) | * | |
| *   *   *   *   *   *   *   * | | |

## UNITED STATES' MOTION TO DISMISS

Defendant United States of America, through undersigned counsel, hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3) to dismiss plaintiffs' action for lack of subject matter jurisdiction.  The grounds for this motion are more fully set forth in the accompanying memorandum of law in support and the Declarations of Angela Jean Drinkwitz, U.S. Army Corps of Engineers, and Col. Jill Grant, U.S. Army Claims Service, attached hereto as Exhibits 1 and 2, respectively.

WHEREFORE, for the reasons set forth in the United States' memorandum of law in support, the United States prays that this Court grant its motion to dismiss plaintiffs' action for lack of subject matter jurisdiction.

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

PAUL F. FIGLEY
Deputy Director, Torts Branch

/s/ Catherine J. Finnegan
Catherine J. Finnegan
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4916 / (202) 616-5200 (Fax)
Attorneys for the United States

Dated:  July 3, 2006

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 3, 2006, I electronically filed the United States' Motion to Dismiss with Exhibits, a Proposed Order, a Notice of Hearing, and Memorandum of Law in Support with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following parties:

William Aaron
waaron@goinsaaron.com
Neil Abramson
abramson@phelps.com
Jonathon Beauregard Andry
jandry@andrylawfirm.com
Thomas P. Anzelmo
tanzelmo@mcsalaw.com
Judy Barrasso
jbarrasso@barrassousdin.com
Daniel E. Becnel, Jr.
dbecnel@becnellaw.com
Robert Becnel
ROBBECNEL@aol.com
Kelly Cambre Bogart
kbogart@duplass.com
Terrence L. Brennan
tbrennan@dkslaw.com
Joseph Bruno
jbruno@brunobrunolaw.com
Thomas Darling
tdarling@grhg.net
Kevin Derham
kderham@duplass.com
Joseph Vincent DiRosa Jr.
jvdirosa@cityofno.com
Walter Dumas
wdumas@dumaslaw.com
Lawrence Duplass
lduplass@duplass.com
Calvin Fayard
calvinfayard@fayardlaw.com
Thomas Francis Gardner
gardner@bayoulaw.com
Thomas Gaudry
tgaudry@grhg.net

Joseph Guichet
jguichet@lawla.com
Jim S. Hall
jodi@jimshall.com
Robert Harvey
rgharvey@bellsouth.net
Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com
David Blayne Honeycutt
DBHoneycutt@aol.com
Ralph Hubbard
rhubbard@lawla.com
Tamara Kluger Jacobson
tkjacobson@aol.com
Michael Courtney Keller
kellerm@ag.state.la.us
Stephen Kreller
sskreller@gmail.com
Hugh Lambert
hlambert@lambertandnelson.com
John M. Landis
jlandis@stonepigman.com
Mickey Landry
mlandry@landryswarr.com
Wade Langlois
wlanglois@grhg.net
Wayne J. Lee
wlee@stonepigman.com
F. Gerald Maples
federal@geraldmaples.com
Ben Louis Mayeaux
bmayeaux@ln-law.com
Gordon McKernan
gemckernan@mckernanlawfirm.com
Gerald A. Melchiode
jmelchiode@gjtbs.com

Gerald Edward Meunier
dmartin@gainsben.com
Penya Moses-Fields
pmfields@cityofno.com
James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com
David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com
Charles F. Seemann, Jr.
cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com
David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com
Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com
Thomas V. Girardi
tgirardi@girardikeese.com

| | |
|---|---|
| John W. deGravelles | Arthur Gordon Grant, Jr. |
| deidson@dphf-law.com | ggrant@monbar.com |
| Craig Frank Holthaus | James Roussel |
| fholthaus@dphf-law.com | jroussel@bakerdonelson.com |
| Samuel Gabb | |
| sgabb@lundydavis.com | |

     I further certify that I mailed the foregoing documents and the notice of electronic filing by first-class mail or facsimile to the following non-CM/ECF participants:

Clayton Morris Connors  
625 Baronne Street  
New Orleans, LA 70113  

Deborah Louise Wilson  
317 Magazine Street  
New Orleans, LA 70130  

Joseph W. Hecker  
619 Europe Street, 2nd Floor  
Baton Rouge, LA 70806  

Vernon Palmer Thomas  
1524 N. Claiborne Ave.  
New Orleans, LA 70116  

William A. Percy, III  
Louisiana Supreme Court Bldg.  
400 Royal St., Room 1112  
New Orleans, LA 70130  

Lawrence D. Wiedemann  
FAX: 504-581-4336  

                /s/ Catherine J. Finnegan  
                        Catherine J. Finnegan