IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES E. FITZMORRIS, | * | |
| CHRISTOPHER MUSSER, HUSBAND | * | |
| OF/AND MELANIE MUSSER, AND | * | CIVIL NO. |
| HOLLY BIGGS | * | 06-2346 |
| | * | |
| V. | * | SECTION K |
| | * | MAG. 1 |
| THE BOARD OF COMMISSIONERS FOR | * | |
| THE ORLEANS PARISH LEVEE DISTRICT, | * | |
| ET AL. | * | |

## DECLARATION OF ANGELA JEAN DRINKWITZ

I, Angela Jean Drinkwitz, declare and state the following:

1. I am over eighteen years of age. I am a Paralegal for the U.S. Army Corps of Engineers, New Orleans District, Office of Counsel. I have been in my present position since March 2005.

2. A part of my duties, I routinely receive administrative tort claims filed with this agency under the Federal Tort Claims Act. These claims are delivered to our office normally by mail, through our mailroom, which are then forwarded to this office. Once these claims are received in this office, will log the claims into the Claim Management System for the U.S. Army Claims Service for assignment of a claim number from the Claims Service.

3. After a review of the Agency's files and the Claim Management System for the Claims service, this agency has not received any administrative tort claims from the following individuals: James E. Fitzmorris; Christopher Musser; Melanie Musser; or Holly Biggs.

1

4. This declaration is based on my personal knowledge and information contained in the Office of Counsel's files and in the Claims Service database. The documents attached hereto are kept in the course of regularly conducted activity.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. Section 1746.

Executed this 3G th day of June 2006.

_Angela Jean Drinkwitz_