IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES E. FITZMORRIS, <br> CHRISTOPHER MUSSER, <br> HUSBAND OF/AND MELANIE MUSSER, <br> AND HOLLY BIGGS, <br><br>                 Plaintiffs, <br><br> v. <br><br> THE BOARD OF COMMISSIONERS FOR THE <br> ORLEANS PARISH LEVEE DISTRICT, et al., <br><br>                 Defendants. | )  DOCKET NO. 06-2346 <br> ) <br> )  SECTION  K <br> ) <br> )  MAG. DIV. MAG 1 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

DECLARATION

I, Colonel Jill M. Grant, declare as follows:

1. The undersigned is presently and has been at all times since September 20, 2005 Chief of Tort Claims Division, U.S. Army Claims Service, Fort Meade, Maryland.  In this capacity I receive all claims against the Army in the amount in excess of $50,000.  This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes arising from the acts or omission of members or employees of the active Army, Army National Guard and Department of Defense.

2. A thorough search of all records and files available to this Service since 1988 has found that no administrative claim was filed by James E. Fitzsimmons, Christoper Musser, Melanie Musser, or Holly Biggs under the above-mentioned statutes.

1

3.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

JILL M. GRANT
Colonel, U.S. Army
Chief, Tort Claims Division
U.S. Army Claims Service
Office of The Judge Advocate General
4411 Llewellyn Avenue
Fort Meade, MD 20755-5360
(301) 677-7009, ext. 211

Executed this the 30th day of June, 2006, at Fort Meade, Maryland.