**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., | * | SECTION "K"(2) |
| ET AL. | * | |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | (LEVEE GROUP) |
| NO. 06-2346 (FITZMORRIS) | * | |
| *    *    *    *    *    *    *    * | | |

## <u>ORDER</u>

Having considered the United States Motion to Dismiss, Exhibits thereto, Memorandum in Support thereof, any opposition thereto, and the entire record herein, it is hereby ORDERED that plaintiffs' action is dismissed.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana