UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | (LEVEE GROUP) |
| NO. 06-2346 (FITZMORRIS) | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

To:  All named plaintiffs through counsel of record:
     Maples & Kirwan, L.L.C.
     902 Julia Street
     New Orleans, LA 70113
     Tel: 504-569-8732

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 9th of August at 9:30 a.m., and that the motion will be submitted upon the pleadings and supplemental materials, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana