FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -3 AM 8:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
VANDERBROOK, ET AL PLAINTIFFS
05-6323 "K" (2) VANDERBROOK

*************************************************************************

### ORDER

CONSIDERING THE FOREGOING Motion to Extend Opposition Deadline

IT IS HEREBY ORDERED that the Vanderbrook Plaintiffs be allowed ~~days~~ to file their opposition memorandum to Defendants' Motion for Judgment on the Pleadings. on or before July 14, 2006.

Signed this 3rd day of July, 2006 in New Orleans, Louisiana.

_____

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____