*FILED*
*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*2006 JUN 29 AM 10: 42*
*LORETTA G. WHYTE*
*CLERK*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO ESTABLISH CERTAIN DEADLINES WITH RESPECT TO THE REED AND ARTUS LAWSUITS

**NOW INTO COURT**, comes Defendants Liaison Counsel, Ralph S. Hubbard III, who respectfully moves this Court to enter an order establishing certain deadlines with respect to Cases Numbered 06-2152 and 06-2824 (collectively the "Reed and Artus Suits") for the following reasons to wit:

1



_ Fee___
_ Process___
X_ Dktd___
V_ CtRmDep___
_ Doc. No___

I.

Pursuant to this Court's Minute Entry of June 15, 2006, Defendants Liaison Counsel is to propose a scheduling order for the Reed and Artus suits similar to the scheduling order entered in Case Nos. 06-1672, 06-1673, and 06-1674 ("Chehardy Suits").

II.

In connection with this motion, Defendants Liaison Counsel submits a proposed scheduling order for the Reed and Artus suits.

III.

Defendant Liaison Counsel avers that Plaintiff Liaison Counsel has no opposition to this motion.

**WHEREFORE**, Defendant Liaison Counsel respectfully requests this Honorable Court enter an order extending the deadlines for the Reed and Artus Lawsuits in accordance with the proposed order.

Respectfully submitted, this 29th day of June, 2006.

_____
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195.

**Defendant Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that, on June 29, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_____
Ralph Hubbard