FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -3 AM 8:47

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Establish Certain Deadlines with Respect to the Reed and Artus Lawsuits:

**IT IS HEREBY ORDERED** that, with respect to Case Nos. 06-2152 and 06-2824 (collectively the "Reed and Artus Suits") the following deadlines apply:



1

| September 7, 2006 | Liaison counsel shall identify motions which require discovery and propose an appropriate deadline |
|---|---|
| September 15, 2006 | Rule 12 Motions and other motions requiring no discovery shall be filed by this date |
| September 29, 2006 | Responses/ Oppositions to motions filed on September 15, 2006, must be filed |
| October 10, 2006 | Reply Briefs to response/oppositions filed on September 29, 2006, must be filed if needed |
| October 12, 2006 | Motions filed on or before September 15, 2006, should be noticed for this date at 9:30 a.m. If oral argument is requested and found to be needed, the Court shall reset the hearing on such motion(s) at a special setting considering the numbering of motions and complexity of issues. |

New Orleans, LA.
June 30, 2006

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

2