UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 30 PM 2: 04

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## MOTION TO VOLUNTARILY DISMISS
## CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, June Sanchez, Cyril Neville, Gaynielle Neville, and Lisa Bousqueto, for the purpose of submitting this Motion to Voluntarily Dismiss Certain Defendants without Prejudice, for the following reasons; to wit:

1.

Plaintiffs with to voluntarily dismiss the following defendants with prejudice:

> The City of New Orleans
> Burk-Kleinpeter, LLC
> Pittman Construction Company of Louisiana, Inc.
> Virginia Wrecking
> Miller Excavating Service, Inc.
> James Constructino Company, Inc.
> C.R. Pittman Construction Company, Inc.
> Gulf Group, Inc. of Florida

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

2.

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

WHEREFORE, plaintiffs pray the above-named defendants be voluntarily dismissed without prejudice.

Respectfully Submitted,

Walter C. Dumas, Bar Roll No. 5163
Patti Durio Hatch, Bar Roll No. 22719
NaTashia Carter Benoit, Bar Roll No. 27784
Travis J. Turner, Bar Roll No. 29462
DUMAS & ASSOCIATES LAW CORPORATION
The Lawyer's Complex
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
Telephone: (225) 383-4701

By: _____
　　　Walter C. Dumas