UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## MEMORANDUM IN SUPPORT OF MOTION TO VOLUNTARILY DISMISS CERTAIN DEFENDANTS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, June Sanchez, Cyril Neville, Gaynielle Neville, and Lisa Bousqueto, for the purpose of submitting this Memorandum in Support of Motion to Voluntarily Dismiss Certain Defendants without Prejudice, for the following reasons; to wit:

MAY IT PLEASE COURT:

After careful review of this matter and after consultation among plaintiffs' counsel, the undersigned counsel for the plaintiffs in the cases listed above with to voluntarily dismiss the following defendants without prejudice:

> The City of New Orleans
> Burk-Kleinpeter, LLC
> Pittman Construction Company of Louisiana, Inc.
> Virginia Wrecking

       Miller Excavating Service, Inc.
       James Constructino Company, Inc.
       C.R. Pittman Construction Company, Inc.
       Gulf Group, Inc. of Florida

Plaintiffs feel that the dismissal of these defendants will not delay the resolution of this matter and will, in fact, streamline this matter and will maximize judicial economy.

WHEREFORE, plaintiffs pray the above-named defendants be voluntarily dismissed without prejudice.

       Respectfully Submitted,

       Walter C. Dumas, Bar Roll No. 5163
       Patti Durio Hatch, Bar Roll No. 22719
       NaTashia Carter Benoit, Bar Roll No. 27784
       Travis J. Turner, Bar Roll No. 29462
       DUMAS & ASSOCIATES LAW CORPORATION
       The Lawyer's Complex
       1263 Government Street
       Post Office Box 1366
       Baton Rouge, Louisiana   70821-1366
       Telephone: (225) 383-4701

By: _____
       Walter C. Dumas

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Voluntarily Dismiss Certain Defendants without Prejudice has been mailed by U.S. mail, properly addressed and postage pre-paid, to counsel for all represented parties and to all unrepresented parties.

Baton Rouge, Louisiana, this 30th day of June, 2006.

_____
Walter C. Dumas