UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## NOTICE OF HEARING

TO:   All Parties

PLEASE TAKE NOTICE that the plaintiffs in the above-captioned matters will bring the attached Motion to Voluntarily Dismiss Certain Defendants without Prejudice on for hearing on the 26th day of July, 2006, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., Section K, United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully Submitted,

Walter C. Dumas, Bar Roll No. 5163
Patti Durio Hatch, Bar Roll No. 22719
NaTashia Carter Benoit, Bar Roll No. 27784
Travis J. Turner, Bar Roll No. 29462
DUMAS & ASSOCIATES LAW CORPORATION
The Lawyer's Complex
1263 Government Street
Post Office Box 1366
Baton Rouge, Louisiana 70821-1366
Telephone: (225) 383-4701

By: _____
Walter C. Dumas