UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -3 AM 8:25

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| JUNE F. SANCHEZ, ET AL. | CIVIL ACTION NO. 06-2287 |
| VERSUS | SECTION "K"(2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | |

## ORDER

Considering the foregoing Motion to Voluntarily Dismiss without Prejudice:

IT IS HEREBY ORDERED that plaintiffs' Motion to Voluntarily Dismiss without Prejudice is hereby granted and the following defendants are dismissed without prejudice:

>The City of New Orleans
>Burk-Kleinpeter, LLC
>Pittman Construction Company of Louisiana, Inc.
>Virginia Wrecking
>Miller Excavating Service, Inc.
>James Constructino Company, Inc.
>C.R. Pittman Construction Company, Inc.
>Gulf Group, Inc. of Florida

New Orleans, Louisiana, this 30 day of Juny, 2006.

STANWOOD R. DUVAL, JR.
JUDGE, UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____