AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN   District of   LOUISIANA

COLLEEN BERTHELOT, ET AL

V.

BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL

THIS DOCUMENT RELATES TO:
05-6073

TO: (Name and address of Defendant)

St. Paul Fire and Marine Insurance Company
through the Secretary of State:
8549 United Plaza
Baton Rouge, LA 70809

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-4182
SECTION "K"(2)
CONSOLIDATED KATRINA CANAL

SERVED ON
HELEN CUMBO

JUN 2 8 2006

ADMINISTRATOR
COMMERCIAL DIVISION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hugh P. Lambert, Esq. (7933)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

an answer to the 2nd Amended Class Action complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

LORETTA G. WHYTE

JUN 22 2006

CLERK

(By) DEPUTY CLERK

DATE

O 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                                          Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.