UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | |
| | * | **CIVIL ACTION** |
| **VERSUS** | * | |
| | * | **NO.: 05-4182** |
| **BOH BROTHERS CONSTRUCTION** | * | |
| **CO., LLC., ET AL.** | * | **SECTION "K" (2)** |
| | * | |
| **RELATES TO: DOCKET No. 05-4181** | * | **RE: KATRINA LEVEES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion with Incorporated Memorandum for Leave to File Reply Memorandum in Support of Motion to Dismiss defendant State of Louisiana, through the Department of Transportation and Development:

**IT IS ORDERED** that the motion filed by defendant State of Louisiana, through the Department of Transportation and Development, be granted.

**NEW ORLEANS, LOUISIANA**, this ___6th___ day of ~~June~~ July, 2006.

_____
**JUDGE**