UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO: 06-1672, 06-1673, and 06-1674**

## ORDER

For the reasons stated in open court on June 28, 2006,

**IT IS ORDERED** that Allstate Indemnity Company's Motion to Sever and Proceed Separately is **DENIED**; however, it may be re-urged in the event that the Court denies Allstate Indemnity Company's Motion to Dismiss.

New Orleans, Louisiana, this  6th  day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE