UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                                   **CIVIL ACTION**

**VERSUS**                                                                       **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                **SECTION "K"(2)**
**L.L.C., ET AL.**                                                         **CONS. KATRINA CANAL**

**PERTAINS TO:  05-4181, 06-225; 05-6323**

## ORDER

Before the Court is a Motion to Continue Hearing Dates (Doc. 717) filed by plaintiffs in Civil Action No. 05-4181 concerning Doc. 563, Sewerage and Water Board of New Orleans' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6); Doc. 577, Joint Motion to Dismiss Claims for Attorneys' Fees; and Doc. 576, Joint Motion to Dismiss Punitive Damages.  As the hearing and briefing schedule for the Sewerage and Water Board of New Orleans' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 563) has been continued by previous order, that request is moot.  As to the other two motions, the Court shall continue hearing thereon to August 9, 2006 at 9:30 a.m.  Accordingly,

**IT IS ORDERED** that the Motion to Continue is **MOOT** with respect to the Sewerage and Water Board of New Orleans' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 563) and is **GRANTED** with respect to the Joint Motion to Dismiss Claims for Attorneys' Fees (Doc. 577) and the Joint Motion to Dismiss Punitive Damages (Doc. 576).  Hearings on these two motions are **CONTINUED** to **August 9, 2006 at 9:30 a.m.**

New Orleans, Louisiana, this   6th   day of July, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**