

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE (2)** |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **06-0020** | * | |
| * * * * * * * * * * * * * | * | |

### BOH BROS. CONSTRUCTION CO., L.L.C.'S ANSWER
### TO SECOND AMENDED CLASS ACTION COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C. ("Boh Bros." herein), who, for answer to the Second Amended Class Action Complaint of Plaintiffs, respectfully represents as follows:

I.

Boh Bros. specifically realleges, repeats and adopts herein all previous defenses, affirmative defenses, allegations and responsive pleadings, as though copied herein *in extenso*.

II.

Boh Bros. is unable to discern any substantive amendment to the prior allegations made against it by these plaintiffs, in this particular pleading. Thus, to the extent the pleading makes

no substantive changes, Boh Bros. adopts and affirms all prior responsive pleadings in response hereto, including any admissions, denials, or lack of response based upon a lack of information and belief.

III.

To the extent the pleading makes any new factual assertions or illegal assertions, that Boh Bros. is presently unable to discern, then in that event Boh Bros. denies any such allegations or assertions.

**WHEREFORE**, Boh Bros. Construction Co., L.L.C. prays that this Complaint, along with all others in this litigation, be dismissed, at plaintiffs' cost, together with all other legal relief.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: _/s/ Michael Riess_
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Boh Bros. Construction Co., L.L.C.'s Answer to Second Amended Class Action Complaint has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States mail, postage prepaid and properly addressed this _5th_ day of July, 2006.

_____