FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15 P 4: 02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 K |
| | * | |
| VERSUS | * | CONS. KATRINA CANAL |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | JUDGE: STANWOOD R. DUVAL, JR. |
| CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE JUDGE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | THIS PLEADING PERTAINS TO: |
| | * | Civil Action No. 05-6323 |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Hartford Insurance Company of the Midwest ("Hartford"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Rule 12 Motion to Dismiss.

**WHEREFORE**, Hartford respectfully request that this Honorable Court grant them permission to provide oral argument relating to Hartford's Rule 12 Motion to Dismiss.

1

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted:

*[signature]*

Ralph S. Hubbard III, T.A. La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076

LUGENBUHL, WHEATON, PECK, RANKIN &
 HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

OF COUNSEL:
Christopher W. Martin (pro hac vice)
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler (pro hac vice)
Texas Bar 00788842
Federal ID 18230

MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Attorneys for Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Hartford's Request for Oral Argument has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15 day of June, 2006.