FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 15 P 4: 02

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| VERSUS | * | CONS. KATRINA CANAL |
| | * | |
| BOH BROTHERS CONSTRUCTION | * | JUDGE: STANWOOD R. DUVAL, JR. |
| CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE JUDGE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | THIS PLEADING PERTAINS TO: |
| | * | Civil Action No. 05-6323 |
| | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes The Standard Fire Insurance Company ("Standard Fire"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Motion for Judgment on the Pleadings.

**WHEREFORE**, Standard Fire respectfully request that this Honorable Court grant them permission to provide oral argument relating to Standard Fire's Motion for Judgment on the Pleadings.

1

Fee\_\_\_\_\_
\_\_ Process\_\_\_\_
X Dktd\_\_\_\_
✓ CtRmDep\_\_\_\_
\_\_ Doc. No\_\_\_\_

Respectfully submitted,

*[signature]*

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:   (860) 275-8200
Facsimile:   (860) 275-8299

Attorneys for The Standard Fire Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant Standard Fire's Request for Oral Argument has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of June, 2006.

*[signature]*