UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO.: 05-4182 |
| VERSUS | * | CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | JUDGE: STANWOOD R. DUVAL, JR. |
| | * | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR. |
| | * | THIS PLEADING PERTAINS TO: Civil Action No. 05-6323 |

* * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Request for Oral Arguments filed by Standard Fire;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
JUDGE

File Unsigned
See L.R. 78.1E
and M.E. of 6/29/06

3

Fee
Process
X Dktd
✓ CtRmDep
Doc. No