FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL -6 P 3:27

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K" (2)** <br> **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
   **VANDERBROOK, ET AL PLAINTIFFS**
   **05-6323 "K" (2) VANDERBROOK**

*************************************************************************

### MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY HANOVER INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Sophia Granier, who files this late Memorandum in Opposition to Motion for Summary Judgment filed by Hanover Insurance Company, for good cause as stated below, and says as follows:

MAY IT PLEASE THE COURT:

### I. BACKGROUND

The defendant, Hanover Insurance Company, has filed a Motion for Summary Judgment stating they have no policy of insurance with Granier as a named insured and seeks dismissal of plaintiff's claim. After filing suit, Defendant, Hanover, on numerous occasions requested information

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

on the alleged policy issued to Sophia Granier. Undersigned counsel advised opposing counsel that Ms. Granier's residence was under nine feet of water as a result of Katrina and she was displaced to numerous cities and locations. See Exhibit A, Affidavit of Plaintiff. Undersigned counsel had no communication with Ms. Granier until contacted by her cousin, Robert d'Hemecourt, who was able to reach her and retrieve a copy of her policy information. At 1:10 p.m. on July 5, 2006, undersigned counsel received a fax copy of the renewal declaration of Ms. Granier's homeowner's policy. See Exhibit B.

## II ARGUMENT

Law specifically provides that the movant of a Motion for Summary Judgment retains the burden of proving that a dismissal would be appropriate. Here, Hanover provides an affidavit of Mary Engler, Catastrophe Claim Manager with Hanover Insurancee Company. The affidavit states after due and diligent search, Hanover has located no policy of insurance with Sophia Granier has the named insured. Interestingly, they do not state that a search was made for the address of the subject property location, 5242 Pratt Drive, New Orleans, LA or a policy in the name of "Granier" at the Pratt address. It was learned yesterday that to her friends and family, Ms. Granier uses her second name, Sophia. Her proper name is Madeline Sophia Caire Grenier. Ms. Grenier asserts that she did in fact have a policy of insurance with Hanover, Policy Number: HNO 6365391, effective dates: July 19, 2005 to July 19, 2006. See exhibit A. The policy afforded coverage to her house located at 5242 Pratt Drive. Plaintiff is unsure as to what type of search Hanover performed, however, it appears logical had they searched the last name of Granier and the address, they should have easily discovered the policy attached hereto.

Plaintiff agrees, as stated above, that Defendant contacted Plaintiff on numerous occasions for production of the policy. It is unfortunate that this information could not have been obtained earlier but given the circumstances brought on by Hurricane Katrina, as it relates to displaced citizens, Plaintiff respectfully requests this Court accept this late Memorandum and evidence of coverage in opposition to Defendant's Motion. Plaintiff apologizes to Defendants for this inconvenience but is certain they understand.

### III. CONCLUSION

For the reasons stated above, Plaintiff prays that the Motion for Summary Judgment filed by the Defendants be denied and that this Court grant all equitable relief to Plaintiff for her tardiness as stated above, under the circumstances consider these "good cause".

Respectfully submitted:

_____
**ROBERT G. HARVEY, SR., #18615**
2609 Canal Street, First Floor
New Orleans, Louisiana 70119   *Temporary Office*
Telephone:   (504) 822-2136
Facsimile:   (504) 822-2179

Attorneys for Vanderbrook Plaintiff(s)

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission and by United States mail, postage pre-paid and properly addressed, on 6th July, 2006.

_____