UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2)<br>CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
    VANDERBROOK, ET AL PLAINTIFFS
    05-6323 "K" (2) VANDERBROOK

**************************************************************************

### AFFIDAVIT OF MADELEINE SOPHIE GRENIER

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    BEFORE ME, notary public for the county and state, aforesaid, personally came and appeared Madeleine Sophie Grenier, who upon being duly sworn, deposed and said that:

1. Her proper name is Madeleine Sophie Caire Grenier;

2. She goes by Sophie Grenier;

3. She lived at 5242 Pratt Drive, New Orleans, LA on August 29, 2006;

4. She had 9 feet of water in her home as a result of Hurricane Katrina;

5. She has been displaced since Hurricane Katrina and has been unavailable until recently;

6. She had a policy in effect with Hanover Insurance Company, Policy Number: HNO6365391, on August 29, 2006 for her property at 5242 Pratt Drive, New Orleans, LA. See attached Exhibit A.

                                                                     _____
                                                                     MADELEINE SOPHIE GRENIER

Sworn to and subscribed
before me, Notary Public,
this _____ day of
_____, 2006

_____
NOTARY PUBLIC




AllMERICA FINANCIAL
HANOVER INSURANCE

09                    RENEWAL DECLARATION                    WC WR LF
                     RENEWAL OF POLICY   HNO 6365391
                  H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HNO 6365391 | 07/19/05 | 07/19/06 | THE HANOVER INSURANCE COMPANY | 040429100 |

NAMED INSURED AND ADDRESS                    AGENT

MADELINE C. GRENIER                TELEPHONE: 985-624-3031
5242 PRATT DRIVE                   JOHN W DUSSOUY AND CO INC
NEW ORLEANS, LA  70122             PO BOX 9010
                                   MANDEVILLE, LA  70470

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

```
CONSTRUCTION  PREM.   NO. OF  TERR.  PROT.  YR.     SECTION I LOSS        SEAS/SEC
              GROUP   FAM.           CODE   CONST.  DEDUCTIBLE
VENEER        112     1       36     02     58      $ 500 PER OCCURRENCE  NO
```

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

```
SECTION I COVERAGE                    LIMIT OF LIABILITY          PREMIUMS
  A. DWELLING                              $129,000              $1,991.00
  B. OTHER STRUCTURES                       $12,900
  C. PERSONAL PROPERTY                      $90,300
  D. LOSS OF USE                            $25,800
SECTION II COVERAGE
  E. PERSONAL LIABILITY                $100,000 EACH OCCURRENCE
  F. MEDICAL PAY. TO OTHERS -            $1,000 EACH PERSON
             TOTAL BASIC PREMIUM - - - - - - - - - - - - - - -  $1,991.00
ADDITIONAL PREMIUMS
  REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY   $149.00
             TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - - -     $149.00
RATING CREDITS                                                     $100.00CR
  OPTIONAL DEDUCTIBLE                                              $100.00CR
             TOTAL RATING CREDITS
VALUED CUSTOMER CREDITS                                            $100.00CR
  CREDIT FOR PROTECTIVE DEVICES                                    $119.00CR
  LOSS FREE CREDIT                                                 $219.00CR
             TOTAL VALUED CUSTOMER CREDITS
             TOTAL CREDITS - - - - - - - - - - - - - - - - - -    $319.00CR

             TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - - -    $170.00CR
             TOTAL ANNUAL PREMIUM - - - - - - - - - - - - - -   $1,821.00
```

FORMS AND ENDORSEMENTS - H00003 04/91, 231-0600 04/83, H00117 01/04,
   231-1340 12/91, H00496 04/91, H00490 04/91, H00353 12/98, 391-0565 01/83.

DESCRIPTION OF ADDITIONAL COVERAGES

   LOSS FREE CREDIT
     PERCENTAGE IS 06.

   POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

   POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

   SPECIAL HURRICANE DEDUCTIBLE IS 2%, MAXIMUM DEDUCTIBLE=$5000


PLAINTIFF'S EXHIBIT

                           CONTINUED ON NEXT PAGE         DIRECT BILLED
                              0043312643                  PAGE 01 OF 02
05/15/05                    ORIGINAL/INSURED

1 725