**Engineers' Exhibit 11**
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal



| | FRANK S. BRUNO | DAVID S. SCALIA |
|---|---|---|
| | JOSEPH M. BRUNO | STEPHANIE MAY BRUNO |
| | STEPHEN P. BRUNO | |
| | ROBERT J. BRUNO | OF COUNSEL |
| | CHRISTOPHER J. BRUNO¹ | HAROLD E. MOLAISON |

¹BOARD CERTIFIED CIVIL TRIAL ADVOCATE
BY THE NATIONAL BOARD OF TRIAL ADVOCACY

June 7, 2006

*Via fax only* 589-2393
Hon. Stanwood R. Duval, Jr.
United States District Judge
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:  *Berthelot et al. v. Boh Bros., Construction Co., et al.*, USDC ED La., 05-4182, and all cases.
This correspondence relates to all actions.

Dear Judge Duval:

Pursuant to the Court's Minute Entry of May 18, 2006, respective Liaison Counsel have conferred regarding the motion practice that certain defendants intend to engage in prior to the June 15, filing deadline. Defendant's Liaison Counsel has previously provided you with a chart identifying the expected motions and the defendants' positions with regard to whether or not discovery will be necessary. It is the position of the plaintiffs that each of the proposed motions will require discovery in varying degrees, and that discussions with defense counsel and the Court will be helpful in setting out a reasonable timetable.

Plaintiffs further suggest that only recently have the IPET Report and the Independent Levee Investigative Team Report (Professor Bea Report) been issued, and that LSU Team Report is not expected for another week. For this reason, it is respectfully suggested that the parties and the Court revisit all of the deadlines that have been previously set by the Court. We welcome the opportunity to discuss these issues with defense counsel and the Court at a mutually agreeable time.

With kind regards, I am

Very truly yours,

BRUNO & BRUNO

JOSEPH . BRUNO

JMB/
cc:  Magistrate Judge Wilkinson (via fax: 589-7633)
all known counsel of record via e-mail

855 BARONNE ST., NEW ORLEANS, LA 70113 · WWW.BRUNOBRUNOLAW.COM · TEL 504-525-1335 · TOLL FREE 1-800-966-1335 · FAX 504-581-1493

**Engineers' Exhibit 12**
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2
     ****************************************************************
 3   O'DWYER, ET AL
                                       Docket No. 05-CV-4181
 4   V.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
 5   UNITED STATES OF AMERICA, ET AL
     ****************************************************************
 6   BERTHELOT, ET AL
                                       Docket No. 05-CV-4182
 7   v.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
 8
     BOH BROTHERS CONSTRUCTION, INC., ET AL
 9   ****************************************************************
     JARED VODANOVICH
10
                                       Docket No. 05-CV-4191
11   v.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
12   BOH BROTHERS CONSTRUCTION, INC., ET AL
     ****************************************************************
13   ROBERT HARVEY

14                                     Docket No. 05-CV-4568
     v.                                New Orleans, Louisiana
15                                     Friday, March 24, 2006

16   THE BOARD OF COMMISSIONERS FOR
     THE ORLEANS PARISH LEVEE DISTRICT
17   ****************************************************************
     ANN VODANOVICH
18
                                       Docket No. 05-CV-5237
19   v.                                New Orleans, Louisiana
                                       Friday, March 24, 2006
20
     BOH BROTHERS CONSTRUCTION, INC., ET AL
21   ****************************************************************
     GREER, ET AL
22                                     Docket No. 05-CV-5709
     V.                                New Orleans, Louisiana
23                                     Friday, March 24, 2006
     U. S. ARMY CORPS OF ENGINEERS
24   ****************************************************************

25
```

```
 1              THE COURT:  En banc is going to be quick.  So I am going
 2   to give you a specific time to file for recusal, you and anybody
 3   else to do that.  I might do that today and confer with judge --
 4              MR. BRUNO:  I can tell you right now the plaintiffs have
 5   no intention and will oppose any such motion to recuse this bench.
 6   We think the case has got to say here for any number of reasons,
 7   this is our community, our people are hurt, our people are affected
 8   and that's enough said.
 9              THE COURT:  I might want to hear from a defense counsel.
10   But I think they need the opportunity to file that and I am going to
11   give them X number of days, whoever wants to do this, plaintiff or
12   defense.
13              MR. BRUNO:  Right.  In any case, Judge, so then we would
14   resolve the issue of how much discovery.  We would hope to be able
15   to do that by agreement; and if we couldn't, we would just submit to
16   you alternative plans of how much discovery would be necessary on a
17   particular type or series of motions.
18              THE COURT:  Absolutely.
19              MR. BRUNO:  The discovery, Judge, you may not realize, a
20   lot of this discovery is on the internet already, it's there.  It's
21   going to be a little different than you normally see.  A lot of this
22   information is out there, and Mr. Becnel is right, there's a lot of
23   stuff that has been done by a lot of experts on this issue.  And
24   frankly, we would like to have as many of these dispositive issues
25   moved to the front.
```

1         As I said, it's unfortunate I had frankly hoped that the
2    United States would not make the people of this community jump
3    through this administrative hoop.  We are going to get there.
4    Apparently they are going make us wait six months and that's fine.
5    But that is kind of looming out there and many of the issues and
6    many of the rulings may impact that subsequent litigation.  So I
7    would like you to kind of, I don't know how to say this except to
8    say keep an eye on it or maybe if there was some way to
9    administratively close those cases and put off the ruling.  I
10   understand the argument about jurisdiction, believe me.  I didn't
11   file an opposition in Greer --
12             THE COURT:  Which cases are we talking about?
13             MR. BRUNO:  We're talking about Greer.
14             THE COURT:  Those, Greer has been dismissed.
15             MR. BRUNO:  You dismissed it.  And you have Dahlgren which
16   is a MR-GO case.  Just think about parking that somewhere, I
17   understand.  We will not file an opposition to the motion to dismiss
18   for jurisdictional issues, we did not file the Form 95.  We are
19   going to file the Form 95 and we are going to, you will see,
20   hundreds of thousands of these 95 forms filed.  It's going to
21   happen.
22             I just think that, well, I would just pray that the United
23   States of America would recognize that it's an issue that's
24   ultimately going to be before somebody at some point in time.  Why
25   don't we all be stand up about it and just try to plan for it.  My

```
 1  only request for you is that it be under this umbrella, I'll just
 2  leave it at that.
 3          THE COURT:  All right.  I understand.
 4          MR. BRUNO:  And, Judge, I think that's all I have to say.
 5  Let me just check my notes.  I thought had made some other points.
 6          Oh, master complaint, we've already agreed, the plaintiffs
 7  have gotten together, we can either make our pleadings conform or
 8  file a master complaint.  Our only thought was it would be one
 9  complaint and not a complaint for each --
10          THE COURT:  I am going to tell you, Mr. Bruno, to try to
11  certify this as one class action for every, it's going to be
12  extraordinary --
13          MR. BRUNO:  Judge, I didn't mean to suggest that it would
14  be for certification purposes, rather I would suggest that it would
15  be a master complaint for the purposes of allowing you and the
16  defendants to file all of the dispositive motions.
17          THE COURT:  I see.  Okay.
18          MR. BRUNO:  Because the truth of it is, when you think
19  about it, a motion to certify could be a part of the case or a
20  section or something.  There is any number of ways to address this
21  business --
22          THE COURT:  Ultimately we do have to engage in the
23  certification hearing if we get past all of this.
24          MR. BRUNO:  Exactly.
25          THE COURT:  Unless you make it a mass joinder case and you
```

**Engineers' Exhibit 13**
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

```
 1                   UNITED STATES DISTRICT COURT.
                     EASTERN DISTRICT OF LOUISIANA
 2
    ****************************************************************
 3  O'DWYER, ET AL
                                    Docket No. 05-CV-4181
 4  V.                              New Orleans, Louisiana
                                    Thursday, April 6, 2006
 5  UNITED STATES OF AMERICA, ET AL
    ****************************************************************
 6  BERTHELOT, ET AL
                                    Docket No. 05-CV-4182
 7  v.                              New Orleans, Louisiana
                                    Thursday, April 6, 2006
 8
    BOH BROTHERS CONSTRUCTION, INC., ET AL
 9  ****************************************************************
    JARED VODANOVICH
10
                                    Docket No. 05-CV-4191
11  v.                              New Orleans, Louisiana
                                    Thursday, April 6, 2006
12  BOH BROTHERS CONSTRUCTION, INC., ET AL
    ****************************************************************
13  ROBERT HARVEY

14                                  Docket No. 05-CV-4568
    v.                              New Orleans, Louisiana
15                                  Thursday, April 6, 2006

16  THE BOARD OF COMMISSIONERS FOR
    THE ORLEANS PARISH LEVEE DISTRICT
17  ****************************************************************
    ANN VODANOVICH
18
                                    Docket No. 05-CV-5237
19  v.                              New Orleans, Louisiana
                                    Thursday, April 6, 2006
20
    BOH BROTHERS CONSTRUCTION, INC., ET AL
21  ****************************************************************
    GREER, ET AL
22                                  Docket No. 05-CV-5709
    V.                              New Orleans, Louisiana
23                                  Thursday, April 6, 2006
    U. S. ARMY CORPS OF ENGINEERS
24  ****************************************************************

25
```

1  a damage computation disclosure ought to be made, at least as to
2  the named plaintiffs. The other stuff, witnesses and exhibits
3  that support your claims, I'm not sure we really get useful
4  information for the preliminary things that we plan to put in
5  place requiring those.
6      What I want to do is get a little bit of input from
7  you-all as to whether and when you think your 26(a)(1)
8  disclosures ought to be made.
9      MR. BRUNO: Judge, if I may.
10     JUDGE DUVAL: State your name.
11     MR. BRUNO: I'm sorry, Joseph Bruno, Your Honor. The
12 reason for that suggestion, this came from discussions that we've
13 had ongoing with the defendants. And one of the first issues
14 that we had, as you'll understand, that the particular defendants
15 that have been named are those that have been named by virtue of
16 newspaper reports and Internet search, which is, obviously, very
17 limiting.
18     So we, we thought it best for the defendants to advise,
19 and this was this relevance business, early on what, if any,
20 connection each of them had with a particular levee, because we
21 may have alleged that a particular company had something to do,
22 for example, with the 17th, they may have had something to do
23 with the London, or they may have had something to do with the
24 Industrial Canal. So it was merely to -- and I believe the
25 defendants had, and I don't want to misquote them, agreed to

**Engineers' Exhibit 14**
Berthelot
EDLA, CV No. 05-4182
Cons. Katrina Canal

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


***************************************************************

COLLEEN BERTHELOT, ET AL.
                                    CIVIL ACTION 05-4182
                                    SECTION "K"(2)
V.                                  NEW ORLEANS, LOUISIANA
                                    FRIDAY, MAY 12, 2006, 10:00 A.M.
BOH BROTHERS CONSTRUCTION
CO., LLC, ET AL.

***************************************************************


              TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
          HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                       UNITED STATES DISTRICT JUDGE


APPEARANCES:


FOR THE PLAINTIFFS:      BRUNO AND BRUNO, PPL
                         BY:   JOSEPH BRUNO, ESQUIRE
                               DAVID S. SCALIA, ESQUIRE
                               KARL F. BUCHLER, ESQUIRE
                         855 BARONNE STREET
                         NEW ORLEANS, LOUISIANA   70113
                         (504)525-1335


                         LAMBERT & NELSON
                         BY:   HUGH P. LAMBERT, ESQUIRE
                         701 MAGAZINE STREET
                         NEW ORLEANS, LA 70130


FOR THE UNITED STATES
OF AMERICA:              U.S. DEPARTMENT OF JUSTICE
                         BY:   TESS FINNEGAN, ESQ.
                         TORTS BRANCH, CIVIL DIVISION
                         BENJAMIN FRANKLIN STATION
                         P.O. BOX 888
                         WASHINGTON, D.C. 20044
```

1  motion, before June 1st, and then, I think, shortly right at that
2  time or shortly thereafter we can actually provide them the
3  documents and the affidavits.
4      THE COURT: We will put a date in the minute entry, and
5  if the date presents problems, don't forget, we're going to be
6  reasonable, seek relief, and most likely you'll get it.
7      MR. BRUNO: Judge, if I may close on this request,
8  since, I guess, I'm the oral mover, as I indicated before, this
9  is a complex litigation covering a lot of different issues, and
10 my thinking has been to try to move the ball in increments, if we
11 can, without causing too much pain to anybody.
12     THE COURT: I agree with that.
13     MR. BRUNO: And so my request was, you know, I hear the
14 defendant saying, well, wait a minute, you're asking for a
15 document that may not pertain to yada yada. I don't care. All
16 we're trying to do is get our hands around some of the
17 fundamentals.
18     The first fundamental was: Did you do any work
19 anywhere near the break site? That was easily resolved with a
20 disclosure. Wonderful.
21     Now, we would like to take a look at some pieces of
22 paper. And just so I'm clear to everyone in the room, the pieces
23 of paper that I'm talking about is a piece of paper which got the
24 defendant into the business of building or breaking the levee in
25 the first place.

1    THE COURT: I'm going to look at my calendar and put a
2 date in early July where the motion must be filed.
3    MR. O'DONNELL: Fine.
4    THE COURT: And then I'll set a hearing date. I'm going
5 to give you a little extra time, but I'm going to put it all in
6 there, which will apply only to the U.S.
7    MR. O'DONNELL: Thank you very much, Your Honor.
8    MR. BRUNO: I just don't know -- may I know where we are
9 on my request for the documents? Do you want --
10   THE COURT: I thought that we had an agreement. We do,
11 so your request apparently is going to be in a minute entry. Oh,
12 the United States? Well, it's a party, so, you know, we're going
13 to put it in there, and if they want relief, they'll have to file
14 a motion.
15   MR. BRUNO: Thank you, Judge.
16   MR. BECNEL: The only thing you said you would like
17 facts? I would like to point out to the Court -- and I can give
18 the Court a copy -- it's found at www.mvnusace.army.mil, M-I-L.
19 It's a release by the Corps of Army Engineers on January 31,
20 2005, about seven months before the impact. It deals with the
21 entire area that this Corps of Engineers lawsuit is going to be
22 dealing with. And it also is a fact-finding investigation that
23 they performed.
24       Of particular importance is the storm surge mitigation
25 that they stated, "It has been documented that coastal landscape