UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | ) CIVIL ACTION |
| Plaintiffs | ) NO. 05-4182 |
| VS. | ) SECTION "K" (2) |
| | ) CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., et al. | ) |
| Defendants | ) |

THIS DOCUMENT RELATES TO:        05-4181   05-6314   06-0020   06-2346
LEVEE and MRGO GROUPS            05-4182   05-6324   06-0886   06-2545
                                 05-5237   05-6327   06-2278
                                 05-6073   05-6359   06-2287

**O R D E R**

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that defendants Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc. be granted leave to file a Joint

Reply Memorandum, up to 35 pages in length, excluding exhibits, in regard to their pending Rule 12(b)(6) and Rule 56 Joint Motion.

**THUS DONE AND SIGNED**, this __10th__ day of July, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of July, 2006 served a copy of this pleading on counsel for all parties to this proceeding, by e-mail and United States Mail, postage prepaid.

s/ Erin E. Dearie
ERIN E. DEARIE

#229129v1<DKS> -Rule 7.8.1E.order