## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | * | **CIVIL ACTION NO.: 05-4182** |
| | * | |
| | * | **SECTION:   K (2)** |
| **VERSUS** | * | |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **BOH BROS. CONSTRUCTION CO., LLC, ET AL** | * | |
| | * | |
| **PERTAINS TO ALL CASES** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF KEITH J. BERGERON

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** undersigned authority, personally appeared:

KEITH J. BERGERON

who, after being duly sworn, deposed and said:

1. I am of the full age of majority and make this affidavit based on my own personal knowledge.

2. I am an attorney licensed to practice law in the State of Louisiana and my Louisiana Bar No. is 25574.

3. I researched and reviewed the public records of Orleans Parish to determine whether a contract or acceptance was filed and/or recorded in connection with a contract between the United States Corps of Engineers and Boh Bros. Construction Co., L.L.C. bearing Contract No. DACW29-99-C-0064 (the "Industrial Canal Project").



4. Based on my research and review of the public records, neither the contract nor an acceptance or certificate of substantial completion was filed or recorded in the public records for the Parish of Orleans, State of Louisiana.

5. This Affidavit is true and correct to the best of my knowledge, information and belief.

Further, Affiant Sayeth Not.

_____
KEITH J. BERGERON
BAR NO. 25574

SWORN TO AND SUBSCRIBED

BEFORE ME, NOTARY, THIS

10TH DAY OF JULY, 2006.

_____
NOTARY PUBLIC

Terrence L. Brennan
Commission expires @ death
La. Bar. No. 3434