UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.** | * | **CIVIL ACTION NO. 05-4182** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL.** | * | **MAGISTRATE (2)** |
| | * | |
| | * | **CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **05-6073** | * | |
| * * * * * * * * * * * * | * | |

**BOH BROS. CONSTRUCTION CO., L.L.C.'S ANSWER
TO SECOND AMENDED CLASS ACTION COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C. ("Boh Bros." herein), who, for answer to the Second Amended Class Action Complaint of Plaintiffs, respectfully represents as follows:

I.

Boh Bros. specifically realleges, repeats and adopts herein all previous defenses, affirmative defenses, allegations and responsive pleadings, as though copied herein *in extenso*.

II.

Boh Bros. is unable to discern any substantive amendment to the prior allegations made against it by these plaintiffs, in this particular pleading. Thus, to the extent the pleading makes

1

no substantive changes, Boh Bros. adopts and affirms all prior responsive pleadings in response hereto, including any admissions, denials, or lack of response based upon a lack of information and belief.

III.

To the extent the pleading makes any new factual assertions or illegal assertions, that Boh Bros. is presently unable to discern, then in that event Boh Bros. denies any such allegations or assertions.

**WHEREFORE**, Boh Bros. Construction Co., L.L.C. prays that this Complaint, along with all others in this litigation, be dismissed, at plaintiffs' cost, together with all other legal relief.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: ____/s/ Charles B. Colvin_____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana  70170-3300
Telephone: (504) 581-3300
Facsimile:  (504) 581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this **11**$^{th}$ day of **July**, **2006**, I electronically filed the foregoing Boh Bros. Construction Co., L.L.C.'s Answer to Second Amended Class Action Complaint with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants.

  */s/ Charles B. Colvin*