OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 13 AM 11:59
LORETTA G. WHYTE
CLERK

Date:

_Colleen Borthelot et al_

vs.

_Boh Brothon Cont ont_

Case No. _05- 4182_ / Section _K_

05. 4181 K

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (✓ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Go Tech Inc_
   (address) _8383 Blou Bonnet Blv_
   _Baton Rouge LA, 70806_
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
Signature

Attorney for _Ashton Rowdon_
Address _Plant_

___ Fee_____
___ Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____