FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 10 PM 5: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, *et al*  )<br> )<br>Plaintiffs  )<br> )<br>VERSUS  )<br> )<br>BOH BROTHERS CONSTRUCTION CO.,  )<br>*et al*  )<br> )<br>Defendants  )<br> )<br>THIS DOCUMENT RELATES TO:  )<br> )<br>Docket Nos. 05-4181; 06-0225; 05-6323  )<br> ) | CIVIL ACTION NO. 05-4182<br>SECTION "K"(2)<br>CONS. KATRINA CANAL |

### MOTION FOR LEAVE OF COURT

**NOW INTO COURT**, through undersigned counsel, jointly come defendants, the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans, who pray that they be granted leave of court in order to file the attached Reply Memorandum in support of their Joint Motion to Dismiss. Defendants respectfully submit that leave is merited as the instant memorandum is brief and is timely with respect to this Honorable Court's Order relative to dispositive motion/memoranda deadlines.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

**WHEREFORE**, defendants, the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans, who pray that they be granted leave of court in order to file the attached Reply Memorandum in support of their Joint Motion to Dismiss.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (#25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946

and

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT, THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT

-and-

_____
GEORGE SIMNO, III (#12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Tel:    (504) 529-2837
Fax:    (504) 585-2455
ATTORNEYS FOR THE SEWERAGE AND WATER BOARD OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties via electronic transmission, fax, hand delivery and/or by mailing same to each, properly addressed and postage prepaid, on this 10th day of July, 2006.

_____