FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 14  AM 7:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, *et al* | ) ) ) |
| Plaintiffs | ) ) |
| VERSUS | ) ) ) |
| BOH BROTHERS CONSTRUCTION CO., *et al* | ) ) ) |
| Defendants | ) ) ) |
| THIS DOCUMENT RELATES TO: | ) ) |
| Docket Nos. 05-4181; 06-0225; 05-6323 | ) ) |

CIVIL ACTION NO. 05-4182
SECTION "K"(2)
CONS. KATRINA CANAL

## ORDER

CONSIDERING THE FOREGOING;

IT IS HEREBY ORDERED that defendants, the Board of Commissioners of the Orleans

Levee District and the Sewerage and Water Board of New Orleans, are granted leave in order to

file the attached Reply Memorandum in support of their Joint Motion to Dismiss plaintiffs'

claims for attorneys' fees.

Thus done and signed this 13th day of July, 2006, in New Orleans, Louisiana.

_____
HON. STANWOOD R. DUVAL, JR.,
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____