FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 10 P 4:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**        **CASE NO. 05-5237 (Ann Vodanovich)**
**CASE NO. 05-6073 (Kirsch)**            **CASE NO. 05-6314 (Ezell)**
**CASE NO. 05-6324 (Brown)**             **CASE NO. 05-6327 (LeBlanc)**
**CASE NO. 06-0020 (Tauzin)**            **CASE NO. 06-0225 (Bradley)**
**CASE NO. 06-0886 (Finney)**            **CASE NO. 06-2278 (Christenberry)**
**CASE NO. 06-2287 (Sanchez)**           **CASE NO. 06-2346 (Fitzmorris)**

**B&K CONSTRUCTION'S EX PARTE MOTION AND INCORPORATED
MEMORANDUM FOR LEAVE TO REPLY MEMORANDUM**

NOW INTO COURT, through undersigned counsel, comes defendant, B&K Construction Company, Inc. ("B&K") and moves as follows:

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

1.

On June 12, 2006, B&K filed its Motion for Summary Judgment Based on Peremption (Doc. 624) and thereafter plaintiffs in the above referenced cases filed their Memorandum in Opposition (Doc. 691).

2.

B&K desires to respond to the allegations and arguments raised in the Memorandum in Opposition, including the first allegations of fraud and an alleged need for plaintiffs to seek discovery concerning various issues, including fraud allegations.

3.

Accordingly, B&K seeks leave of Court to file the attached Reply Memorandum.

WHEREFORE, premises considered, B&K Construction Company, Inc. prays for leave of Court to file the attached Reply Memorandum.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 10th day of July, 2006, I filed the foregoing with the Clerk of Court which will send a notice of filing to the following counsel listed on the attached Exhibit "A".

_____
Herman C. Hoffmann, Jr.

## EXHIBIT "A" - COUNSEL LIST

**William David Aaron, Jr**
waaron@goinsaaron.com grandazzo@goinsaaron.com

**Thomas P. Anzelmo**
tanzelmo@mcsalaw.com lkay@mcsalaw.com

**Daniel E. Becnel, Jr**
dbecnel@becnellaw.com mmoreland@becnellaw.com

**Robert M. Becnel**
ROBBECNEL@AOL.COM

**Terrence L. Brennan**
tbrennan@dkslaw.com

**Joseph M. Bruno**
jbruno@brunobrunolaw.com stephaniep@brunobrunolaw.com

**Traci L. Colquette**
Traci.ColQuette@usdoj.gov

**Thomas W. Darling**
tdarling@grhg.net tigerthom@cox.net, firm@grhg.net, tl@grhg.net

**Erin E. Dearie**
dearie@bayoulaw.com aadams@bayoulaw.com

**Joseph Vincent DiRosa, Jr**
jvdirosa@cityofno.com jdavis@cityofno.com

**Walter C. Dumas**
wdumas@dumaslaw.com tyoungblood@dumaslaw.com

**Catherine J. Finnegan**
tess.finnegan@usdoj.gov catherine.corlies@usdoj.gov

**Thomas Francis Gardner**
gardner@bayoulaw.com aadams@bayoulaw.com

**Thomas Livingston Gaudry, Jr**
tgaudry@grhg.net dbreaux@grhg.net, firm@grhg.net

**Phyllis Esther Glazer**
glazerp@ag.state.la.us
pennm@ag.state.la.us,pearleyj@ag.state.la.us,kellerm@ag.state.la.us

**Joseph Pierre Guichet**
jguichet@lawla.com aboyd@lawla.com

**Jim S. Hall**
jodi@jimshall.com

**Herman C. Hoffmann, Jr**
hhoffmann@spsr-law.com

**Ralph Shelton Hubbard, III**
rhubbard@lawla.com ljackson@lawla.com

**Michael Courtney Keller**
kellerm@ag.state.la.us
pearleyj@ag.state.la.us,pennm@ag.state.la.us,babins@ag.state.la.us,philibertj@ag.state.la.us

**Hugh Palmer Lambert**
hlambert@lambertandnelson.com alexis@lambertandnelson.com

**John M. Landis**
jlandis@stonepigman.com pkrupicka@stonepigman.com

**Wade Antoine Langlois, III**
wlanglois@grhg.net ptranchina@grhg.net

**Wayne J. Lee**
wlee@stonepigman.com pwhite@stonepigman.com

**F. Gerald Maples**
federal@geraldmaples.com

**Ben Louis Mayeaux**
bmayeaux@ln-law.com denisen@ln-law.com

5

**J. J. (Jerry) McKernan**
**Gerald A. Melchiode**
jmelchiode@gjtbs.com mwilson@gjtbs.com

**Gerald Edward Meunier**
dmartin@gainsben.com gmeunier@gainsben.com

**Kara K. Miller**
kara.k.miller@usdoj.gov catherine.corlies@usdoj.gov

**Penya M. Moses-Fields**
pmfields@cityofno.com majohnson@cityofno.com

**James Bryan Mullaly**
jamesmullaly1@hotmail.com

**Betty Finley Mullin**
bmullin@spsr-law.com lynnz@spsr-law.com

**J. Wayne Mumphrey**
jwmumphrey@mumphreylaw.com smitchell@mumphreylaw.com

**John Herr Musser, IV**
jmusser@bellsouth.net

**Ashton Robert O'Dwyer, Jr**
**James L. Pate**
arod@odwyerlaw.com
jpate@ln-law.com

**Ronnie Glynn Penton**
rgp@rgplaw.com dischilling@rgplaw.com

**Michael R.C. Riess**
mriess@kingsmillriess.com

**David Scott Scalia**
DAVID@brunobrunolaw.com jennifer@brunobrunolaw.com

**George R. Simno, III**
gsimno@swbno.org

**Todd Robert Slack**
tslack@gainsben.com

**Randall A. Smith**
rasmith3@bellsouth.net mmzornes@bellsouth.net

**Robin D. Smith**
robin.doyle.smith@usdoj.gov catherine.corlies@usdoj.gov

**Christopher Kent Tankersley**
ctankersley@burglass.com

**Sidney Donecio Torres, III**
storres@torres-law.com rburns@torres-law.com, pmichon@torres-law.com

**William D. Treeby**
wtreeby@stonepigman.com

**Richard John Tyler**
rtyler@joneswalker.com jcasella@joneswalker.com

**Jesse Lee Wimberly, III**
wimberly@nternet.com

**Joseph W. Hecker**
Joseph W. Hecker
619 Europe Street
2nd Floor
Baton Rouge, LA 70806

**Deborah Louise Wilson**
Deborah L. Wilson, Attorney at Law
317 Magazine Street
New Orleans, LA 70130