FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 14 AM 7:26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
|---|---|---|
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
**LEVEE GROUP**
**CASE NO. 05-4181 (O'Dwyer)**
**CASE NO. 05-4182 (Berthelot)**       **CASE NO. 05-5237 (Ann Vodanovich)**
**CASE NO. 05-6073 (Kirsch)**          **CASE NO. 05-6314 (Ezell)**
**CASE NO. 05-6324 (Brown)**           **CASE NO. 05-6327 (LeBlanc)**
**CASE NO. 06-0020 (Tauzin)**          **CASE NO. 06-0225 (Bradley)**
**CASE NO. 06-0886 (Finney)**          **CASE NO. 06-2278 (Christenberry)**
**CASE NO. 06-2287 (Sanchez)**         **CASE NO. 06-2346 (Fitzmorris)**

### ORDER

CONSIDERING the Ex Parte Motion and Incorporated Memorandum for Leave to Reply MEMORANDUM;

IT IS HEREBY ORDERED that defendant, B&K Construction Company, Inc., is hereby granted leave of Court to file its Reply Memorandum in Support of its Motion for Summary Judgment Based on Peremption.

New Orleans, Louisiana, this 13th day of July, 2006.

_____
JUDGE

N:\DATA\K\03409023\Consolidated Pleadings\Leave-Reply-Mot.wpd

8

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____