FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 10  PM 5: 04

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| Plaintiffs | * | SECTION "K" |
| | * | |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| | * | |
| THIS  DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0020, 06-225, 06-886, | * | |
| 06-2278, 06-2287, 06-2545, 06-2346 | * | A JURY IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, through undersigned counsel, comes defendants, The Board of

Commissioners of the Orleans Levee District and Sewerage and Water Board of New Orleans,

and respectfully pray for leave of Court to file the attached Reply Memorandum in Support of

their joint Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.  Granting defendants' Motion will neither

delay nor hinder the expeditious disposition of this matter, and a brief reply is necessary to

address several issue and arguments plaintiffs raise in their Omnibus Opposition to defendant's

Motion to Dismiss. Moreover, the Court's deadline for filing reply brief has not passed.

Wherefore, defendants, The Board of Commissioners of the Orleans Levee District and

the Sewerage and Water Board of New Orleans, respectfully pray for an Order granting it leave

to file the attached reply brief.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone:  (504) 831-0946
Facsimile:  (504) 831-2492

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT, THE BOARD
OF COMMISSIONERS FOR THE ORLEANS
LEVEE DISTRICT

AND

GEORGE R. SIMNO, III T.A. (12271)
GERARD M. VICTOR (9815)
625 ST. JOSEPH STREET, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585 2242
Facsimile: (504) 585-2426
Email: Gsimno@swbno.org
ATTORNEYS FOR THE DEFENDANT,
SEWERAGE AND WATER BOARD
OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all

counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this

_18th_ day of July, 2006.