FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 14 AM 7: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| Plaintiffs | * | SECTION "K" |
| | * | |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0020, 06-225, 06-886, | * | |
| 06-2278, 06-2287, 06-2545, 06-2346 | * | A JURY IS DEMANDED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion:

IT IS HEREBY ORDERED that defendants, The Board of Commissioners of the Orleans Levee District and Sewerage and Water Board of New Orleans, be and hereby are granted leave to file the attached Reply Memorandum in Support of its Fed. R. Civ. P. 12(b)(6) Motion to Dismiss.

Thus done and signed this 13th day of July, 2006 in New Orleans, Louisiana.

_____
HON. JUDGE STANWOOD DUVAL

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____