MINUTE ENTRY
WILKINSON, M.J.
JULY 14, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 and consolidated cases |
| BOH BROTHERS CONSTRUCTION CO., L.L.C. ET AL. | SECTION "K" (2) |

  Today, I participated with Judge Duval in a status conference with all counsel concerning these cases. The anticipated non-dispositive motions described by counsel concerning FTCA claim forms and related issues will be noticed for hearing before me. In addition, liaison counsel or their designees may contact my office by telephone

MJSTAR:  **1 : 50**

to schedule at any mutually convenient time a status conference with me to discuss the scope of initial discovery.

                                                JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.