**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO:** 05-4182, 05-5237, 05-6073
05-6314, 05-6324, 05-6327, 06-0020, 06-0886, 06-2346,
06-2228, 06-2287

**ORDER**

The Court having found good cause for the delay in filing Burk-Kleinpeter, Inc.'s Supplemental Memorandum, and further finding no need for future hearing,

**IT IS ORDERED** that Burk-Kleinpeter, Inc.'s Motion for Leave to File Supplemental Memorandum is **GRANTED**.

New Orleans, Louisiana, this  14th  day of July, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**