UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | Civil Action No. 2:05-cv-4182 |
| | Cons. w/2:06-cv-2152, et al |
| Plaintiff | |
| Versus | Honorable Stanwood R. Duval, Jr. |
| | Mag. Joseph C. Wilkinson, Jr. |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | |
| Defendant | |

## ORDER

Pending is the Motion to Appear *Pro Hac Vice* filed by Jack J. Crowe and Duane M. Kelley on behalf of the Defendants, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware and Great Lakes Trailing Company (collectively "Great Lakes").

After a review of the Motion, the Court finds that the Motion to Appear *Pro Hac Vice* should be, and hereby is, GRANTED. Messrs. Crowe and Kelley are admitted to appear *pro hac vice* on behalf of Great Lakes in this proceeding.

IT IS SO ORDERED this the 14th day of ____July____, 2006.

_____
UNITED STATES DISTRICT JUDGE