FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 13 PM 2: 01

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **COLLEEN BERTHELOT**, et al. | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO.**, et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE MOTION TO DISMISS, ON GROUNDS OF IMMUNITY, BY THE NEW ORLEANS LEVEE BOARD AND BY THE NEW ORLEANS SEWERAGE AND WATER BOARD

**COME NOW** Plaintiffs in Civil Action No. 05-4181, and move This Honorable Court for and Order granting them leave to file the attached Supplemental Memorandum in Opposition to the State's Motion to Dismiss, on Grounds of Immunity, by the New Orleans Levee Board and by the New Orleans Sewerage and Water Board. This Motion is filed upon the grounds that the patent absurdity of the moving Boards' position(s) requires further attention, a fact which became obvious to the undersigned when doing some additional legal research, and thinking about the Boards' position(s).

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 13th day of July 2006.

_____