UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| COLLEEN BERTHELOT, et al. | * | CASE NO. |
|---|---|---|
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE PLAINTIFFS'
SUPPLEMENTAL MEMORANDUM IN OPPOSITION
TO THE MOTION TO DISMISS, ON GROUNDS OF IMMUNITY, BY THE
NEW ORLEANS LEVEE BOARD AND BY
THE NEW ORLEANS SEWERAGE AND WATER BOARD

MAY IT PLEASE THE COURT:

This Memorandum is filed primarily to comply with the Local Rule that requires that a Memorandum accompany all motions noticed for hearing.  Briefly, Plaintiffs wish to supplement their arguments in opposition to the Motion to Dismiss filed by the New Orleans Levee Board and by the New Orleans Sewerage and Water Board, and have chosen a Supplemental Memorandum as the vehicle for doing so.  Plaintiffs' respectfully submit that their Motion for Leave to File Supplemental Memorandum should be granted.

-2-

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this ___ day of July 2006.

_____