UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 14 PM 1:04

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, et al.** | * | CASE NO. |
| **VERSUS** | * | NO. 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., et al.** | * | SECTION " K " |
| | * | MAG. NO. "2" |

* * * * * * * * * * * * * * * * *

### ORDER

Considering Plaintiffs' Motion for Leave to File Supplemental Memorandum in Opposition to the Motion to Dismiss, on Grounds of Immunity, by the New Orleans Levee Board and by the New Orleans Sewerage and Water Board, which the Court has duly noted,

**IT IS ORDERED THAT** Plaintiffs' Motion for Leave to File a Supplemental Memorandum in Opposition be and it is hereby **GRANTED**.

New Orleans, Louisiana, this 14th day of July, 2006.

_____
JUDGE

*No further submissions from either side shall be allowed in this matter; furthermore, labelling state officials as "cockroaches" or "roach balls" is completely inappropriate, absolutely unpersuasive and unprofessional. Counsel is admonished for the last time to restrain his overly vituperative and self-indulgent rhetoric.*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

-1-