

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" <br> JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. DIV. 2 |
| This document relates to <br> 06-2152 (Reed) | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## MANSON GULF, L.L.C.'S
## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Manson Gulf, L.L.C., and pursuant to Local Rule 5.6E, states that its parent company presently is Manson Construction Co., and that no publicly held corporation owns 10% or more of its shares.

NO.99614788.1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid on this 14th day of July, 2006.

_____

NO.99614788.1