

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" <br> JUDGE STANWOOD R. DUVAL, JR. |
| | MAG. DIV. 2 |
| This document relates to <br> 06-2152 (Reed) | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### MANSON CONSTRUCTION CO.'S
### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Manson Construction Co., and pursuant to Local Rule 5.6E, states that there is no parent corporation or publicly held corporation that owns 10% or more of its shares.

NO.99614788.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid on this 14th day of July, 2006.

_____