UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | |
| | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| 06-2278 Christenberry | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC.

**NOW INTO COURT,** come Plaintiffs in Christenberry, et al v. Board of Commissioners of the Orleans Levee District, et al, Docket No. 06-2278, on behalf of themselves and all other similarly situated and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Complaint herein against Virginia Wrecking Co., Inc. without prejudice. Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein.

**WHEREFORE,** Plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Complaint as to Defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**

_____
JIM S. HALL, BAR NO. 21644
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
Telephone: 504-832-3000

## CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing has been mailed, via first class U.S. Mail to all counsel of record on this __12th__ day of __July__, 2006.

_____
Jim S. Hall