UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| 06-2278 Christenberry | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC.

Plaintiffs in the matter entitled Christenberry, et al v. Board of Commissioners for the Orleans Parish Levee District, et al, Docket No. 06-2278, on behalf of themselves and all others similarly situated have received representations for the Defendant, Virginia Wrecking Co., Inc. regarding the nature and extent of its involvement in the construction of levees and flood walls at issue in this matter. Specifically, Virginia Wrecking Co., Inc. has represented that it did not design, construct, or maintain any levee on the 17th Street, London Avenue, or Industrial Canals. Virginia Wrecking Co., Inc. performed no work on the Industrial Canal levee or flood wall. Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was the demolition of the Galvez Street Wharf and an adjacent storeroom. This work was performed at the end of Galvez Street on the west side of the Industrial Canal, and no breach occurred at this site. Based upon these representations, Plaintiffs wish to dismiss their complaint without prejudice as against the above referenced defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve all rights against all

other parties not dismissed herein.

Respectfully submitted,

JIM S. HALL & ASSOCIATES

_____
JIM S. HALL, BAR NO. 21644
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
Telephone: 504-832-3000

## CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing has been mailed, via first class U.S. Mail to all counsel of record on this ___12th___ day of ___July___, 2006.

_____
Jim S. Hall