UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| VERSUS | * | |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | |
| | * | |
| THIS DOCUMENT RELATES TO | * | |
| 06-2278 Christenberry | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs in the matter entitled Christenberry, et al v. Board of Commissioners for the Orleans Levee District, et al, Docket No. 06-2278, on behalf of themselves and all other similarly situated, through undersigned counsel, will bring on for hearing the attached Motion for Voluntary Dismissal on the 9th day of August, 2006, at 9:10 o'clock, or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**JIM S. HALL & ASSOCIATES**

_____
JIM S. HALL, BAR NO. 21644
800 N. Causeway Blvd, Ste 100
Metairie, LA 70001
Telephone: 504-832-3000

## CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing has been mailed, via first class U.S. Mail to all counsel of record on this __12th__ day of __July__, 2006.

_____
Jim S. Hall