

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 18 PM 3:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | : | CIVIL ACTION NO. 05-4182 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | : | CONS. KATRINA CANAL |
| *THIS DOCUMENT RELATES TO:* | : | |
| DAVID J. KIRSCH, ET AL. | : | CIVIL ACTION NO. 05-6073 |
| VERSUS | : | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., ET AL. | : | |

**ANSWER ON BEHALF OF MODJESKI AND MASTERS, INC.
TO SECOND AMENDED PURPORTED CLASS ACTION COMPLAINT**

Modjeski and Masters, Inc. ("Modjeski"), for answer to the second amended purported class action complaint of David J. Kirsch and Ali Haghighi

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No___

("plaintiffs"), on behalf of themselves and on behalf of all others similarly situated, respectfully avers:

1.

Modjeski specifically realleges, repeats and adopts herein all previous defenses, affirmative defenses, allegations and responsive pleadings, as though copied herein *in extenso*.

2.

Modjeski is unable to discern any substantive amendment to the prior allegations made against it by these plaintiffs, in this particular pleading. Thus, to the extent the pleading makes no substantive changes, Modjeski adopts and affirms all prior responsive pleadings in response hereto, including any admissions, denials, or lack of response based upon a lack of information and belief.

3.

To the extent the pleading makes any new factual assertions or illegal assertions, that Modjeski is presently unable to discern, then in that event Modjeski denies any such allegations or assertions.

**WHEREFORE**, Modjeski and Masters, Inc. prays that its Answer be deemed good and sufficient and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorney's fees and all costs of these proceedings, and for all further relief which justice and equity require.

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Ellis B. Murov (#9839)
Keith J. Bergeron (#25574)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Modjeski and Masters, Inc., Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Answer has been served this 18th day of July, 2006, by and e-mail and/or regular mail, postage prepaid, upon the following counsel of record:

Hugh Palmer Lambert, Esq.
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130
Fax: 529-2931
Email: hlambert@lambertandnelson.com

Michael R. C. Riess
Kingsmill Riess LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300
Fax: 581-3310
Email: mriess@kingsmillriess.com

William D. Treeby, Esq.
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet St.
New Orleans, LA 70130-3588
Fax: 581-3361
Email: wtreeby@stonepigman.com

Thomas L. Gaudry, Esq.
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
P. O. Box 1910
Gretna, LA 70054-1910
Fax: 362-5938
Email: tgaudry@grhg.net

Lawrence D. Wiedemann, Esq.
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, LA 70113
Fax: 581-4336
Email: ldwiedemann@yahoo.com

Herman C. Hoffmann, Jr., Esq.
Simon, Peragine, Smith & Redfearn, LLP
1100 Poydras Street, 30th Floor
New Orleans, LA 70163-3000
Fax: 569-2999
Email: hhoffmann@spsr-law.com

Ben L. Mayeaux, Esq.
Laborde R. Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, LA 70503
Fax: 337-233-9450
Email: bmayeaux@ln-law.com

Ralph Shelton Hubbard, III, Esq.
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans LA 70130
Fax: 310-9195
Email: rhubbard@lawla.com

George R. Simno III, Esq.
Sewerage & Water Board Legal Dept.
625 St. Joseph Street, Suite 201
New Orleans, LA 70165
Fax: 585-2426
Email: gsimno@swbno.org

Thomas Francis Gardner
Gardner & Kewley. APLC
1615 Metairie Rd.
Suite 200
Metairie, LA 70005
Email: gardner@bayoulaw.com

Joseph Vincent DiRosa, Jr.
City Attorney's Office
City Hall
1300 Perdido St.
Room 5E01
New Orleans, LA 70112
Email: jvdirosa@cityofno.com

Thomas P. Anzelmo
McCranie, Sistrunk, Anzelmo,
Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
Email: tanzelmo@mcsalaw.com

Richard John Tyler
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre
Place St. Charles
201 St. Charles Ave.
50th Floor
New Orleans, LA 70170-5100
Email: rtyler@joneswalker.com

Terrance L. Brennan
Deutsch, Kerrigan & Stiles LLP (New Orleans)
755 Magazine Street
New Orleans, LA 70130
Email: tbrennan@dkslaw.com

Charles F. Seemann, Jr.
Deutsch, Kerrigan & Stiles LLP (New Orleans)
755 Magazine Street
New Orleans, LA 70130
(504) 593-0608

Victor E. Stilwell, Jr.

#234362v1<DKS> -Kirsch Answer Second Amended 7-17-06