

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO. L.L.C., ET AL | * | SECTION "K"(2) CONS. KATRINA CANAL |
| | | JUDGE DUVAL |
| THIS DOCUMENT RELATES TO: NOS. 06-1672, 06-1673, 06-1674 | * | MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOW INTO COURT, through undersigned counsel, comes defendant, Aegis Security Insurance Company ("Aegis"), and hereby gives notice of its appearance and requests that all notices in the said proceeding be copied to its counsel of record at the following address:

> Maura Z. Pelleteri
> Amy M. Seltzer
> KREBS, FARLEY, & PELLETERI, L.L.C.
> 400 Poydras Street, Suite 2500
> New Orleans, Louisiana 70130

KREBS, FARLEY, & PELLETERI, L.L.C.

_/s/ Maura Z. Pelleteri_
MAURA Z. PELLETERI (8463)
AMY M. SELTZER (29882)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582

ATTORNEYS FOR AEGIS SECURITY
INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 18th day of July, 2006, served a copy of the foregoing pleading upon all counsel of record by facsimile and/or by electronic same.

_/s/ Maura Z. Pelleteri_
MAURA Z. PELLETERI

2