UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO.  05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2) CONS. KATRINA CANAL** |
| **PERTAINS TO:  O'Dwyer  05-4181** | |

## JUDGMENT

Considering the foregoing order and reasons, and pursuant to Fed. R. Civ. P. 54(b), having found no just cause for delay,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the City of New Orleans, Ray Nagin both individually and in his official capacity, Eddie Compass, both individually and in his official capacity as Chief of Police, Kimberly Williamson Butler, individually and in her official capacity as Clerk of Court for the Orleans Parish Criminal District Court, the State of Louisiana, Kathleen Blanco, both individually and in her official capacity as Governor of the State of Louisiana, Eddie Jordan, both individually and in his official capacity as District Attorney for the City of New Orleans and against all plaintiffs in this matter dismissing for lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) all federal claims alleged except with respect to the constitutional or civil rights claims, dismissing with prejudice for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) all claims brought pursuant to 42 U.S.C. § 1983, *et seq.* and dismissing without prejudice all state law claims as this Court has declined to exercise its supplemental jurisdiction thereto.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the United States and against all plaintiffs herein dismissing their claims without prejudice.

New Orleans, Louisiana, this  19th day of July, 2006.

                                                                        _____
                                                                        **STANWOOD R. DUVAL, JR.
                                                                        UNITED STATES DISTRICT COURT JUDGE**