FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 19  PM 1: 35

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| COLLEEN BERTHELOT, <u>et al.</u> | * | CASE NO. |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., <u>et al.</u> | * | SECTION " K " |
| | * | MAG. NO. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### <u>NOTICE OF APPEAL</u>

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action

No. 05-4181:

> Maureen O'Dwyer
> Alexis O'Dwyer Navarro
> Shirley D. O'Dwyer
> Lisa Marie O'Dwyer
> Harold Joseph Gagnet
> Sally Egerton Richards
> Shane Porter and
> Stephanie Porter
>  Interior Specialties LLC
> Shelia Jones Jordan
> Charles Edward Jordon
> Wayne M. Jones
> Gloria Agnes Griffin, individually and as Administration of the
>  Succession of her brother Stephen Williams, and on behalf of any
>   and all heirs, survivors, relatives and beneficiaries of the deceased
> Leticia Brown
> Jo Anna McLean

Fee Not Paid
✓ Process
X Dktd
___ CtRmDep
___ Doc. No

-1-

Lee Davidson McLean III
Kathryn Frank
Richard Springer Favor
  And
Miriam McMichael Favor d/b/a The Garden Smith
Philip B. Alford
Gerald Pipes Guice
Beverly Anne Ferguson Guice
Madeleine Alise Guice
Kenneth Hastings Guice
Anthony Phillip Hende4rson
Louis Joseph O'Dwyer, Jr.
Maurleen M. O'Dwyer
Aaron Jacob O'Dwyer
Henry Grady Hardy, Jr.
Letizia Hardy
Jane Veronica Hardy
Brian Southerland Hardy
Martin Ramos
Richard Ehret
Leslie Ehret
Anthony Phillip Henderson
Frances Y. Bellerino
Louise J. Young
Edward R. Young
  And
Veronica F. Young d/b/a Floor Crafters Wood Interiors
Joseph Rauchwerk
Cheryl Sweat Rauchwerk
Marilyn Von Schmidt
Susan G. Jeanfreau, M.D.
Wallace E. Jeanfreau, M.D.
Robert J. Jeanfreau, M.D.
Jerry Victor Jacob
Gloria Pohlman Hecker
Joseph W.P. Hecker, in proper person
Nicholas S. Lindner
Ruth B. Ragas
Paul J. Ragas
Jason P. Ragas
Walter J. Morgan
Katie L. Ragas
Arthur Tracy Abel
Kathleen C. Abel
Kitty B. Hoffman
Craig Anthony Miller

**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**

Harry Nobles
Alma Sanders
Barbara Sanders
Albertha Skinner
Gilda Skinner
Irinika Skinner
Irvin Skinner
Brandon Smith
Felix Augustin
Pauline Augustin
Cynthia Bell
Rhona Causey
Winnette Lang
Ferdinand Leon
Lydia Leon
Caroll Denesse
Lucien Denesse
Ashley Navarre
Doreine Navarre
Melvin Navarre
Sylvia Byrd
William Byrd
Blair Bundy
Dawn Bundy
Jill Bundy
John Collins
Sherlene Collins
Janice Collins, on her own behalf and on behalf of her son,
    John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
    Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
 Monica Billon, on their own behalf and on behalf of their minor
 Children,
    Isaiah Billon and
    Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
    Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
    Lemor James,

Ariel James,
Yolanda Jefferson, and
Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her
children,
Yasemine and
Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
Karim Kemp
Karen Kemp
Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
Dajohon Recasner,
Kurshell Recasner and
Charleston Recasner
Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Erica Kemp
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
Emanuel Bundy
Shekinah Bundy
Jane Bundy, and
Blair Bundy, Jr.

Roxchell Panika Santee', on her own behalf and on behalf of her
minor son,
   Tyree Santee'
Samuel Bourne
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor
children,
   Cameron Crowden and
   Kelli Crowden
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor
children,
   Desmonisha Ramsey,
   Kenyel Rochon and
   Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children,
   Dalisha Ramsey and
   Charli Ramsey
Robert Rhone
Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children,
   Brittany Tibbet,
   Sidney Tibbet,
   Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son,
   John Tollins
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
Frank Duncan  Macpherson Strachan III
Joshua Dillon and his spouse,
Monica Dillon, on their own behalfs and on behalf of their minor
children,
   Isaiah Dillon and
Monica Pollard
Donald G. Deaton
Pamela A. Morgan
Frank Butler, Jr., on his own behalf And on behalf of his minor
children,
   Frank Butler III,
   Charles Butler and
   Tachmonite Butler

**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**
**Laquinta Butler, on their own behalfs and on behalf of their minor**
**children,**
    **Alonzo W. Butler, Jr.,**
    **Jasmyn Butler, and**
    **Rashaad Butler**
**Rita Bailey**
**Tony Green**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor**
**child,**
  **Dasia Washington**
**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
  **Jada Gibson**
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor**
**children,**
  **Keshina Coates and**
  **Malik Coates**
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor**
**children,**
  **Byron Maxon,**
  **Darianne Maxon,**
  **Janea Maxon,**
  **Willie Maxon,**
  **Devante Maxon, and**
  **Chandray Maxon**

Marylyn Maxon, on her own behalf and on behalf of her minor children,
  Shancanacia Maxon,
  Ravanell Maxon, and
  Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
  Loishell Williams and
  Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
  Caress Boyd, and
  Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor children,
  Marlon Richard,
  Marcel Richard, and
  Emyjah Washington
Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor children,
  Semaj Hollins, and
  Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor children,

Janisha Washington,
Andrew Washington,
Charles Washington, and
Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor
child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor
children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their
minor children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor
children,
  Shaune Bakewell, and
  LaShay Johnson

David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
   Aaron Pulliam and
   Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor
children,
   Natiasha Lewis and
   Shaila Lewis
Christoopher Patterson, and his spouse,
   Linda Johnson, on their own behalfs and on behalf of their minor
children,
   Christopher Edward Patterson, Jr. and
   Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor
children,
   Sherman Singleton
   Shermont Singleton and
   Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
   Rodney James, Jr. and
   Alexis James
Robert Young
Cornelius Young

Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor
children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece
and nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor
children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their
  minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor

Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor
children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor
children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their
minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children
or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
  Jerrell White and
  Terrell Roth

Courtney Little, on her own behalf and on behalf of her minor children,
  Tezanne Allen,
  Rashad Little, and
  Fabian Earls, Jr.
Reynell Santee, and his spouse,
  Tawana Rayford, on their own behalfs and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford, and
  Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,

Paris Johnson,
  Traychell White and
  Kani Santee
Reynell Santee and his spouse,
  Tawana Rayford, on their own behalf and on behalf of their minor
children,
  Ranisha Rayford,
  Wynell Rayford and
  Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
  Timothy Santee,
  Marvin Santee,
  Ireal Santee,
  Tiffany Santee,
  Teianna Santee
  Teriane Santee and
  Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
  Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
  Jamechia Smith and
  Diamond Beam
Victor Moore and his spouse,
  Pamelyn Morgan, on their own behalf and on behalf of their minor
children,
  Victor Lyn Morgan,
  Pamelor Morgan,
  Vicknesha Morgan and
  Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his
entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc

Michael LeBlanc, and his spouse,
 Larice Taylor LeBlanc, on their own behalf and on behalf of their
minor child,
 Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
AndrewWilliams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Ronald M. Farve, on his own behalf and on behalf of his minor
daughter,
 Rhonda Farve
Renee' Farve, on her own behalf and on behalf of her minor children,
 Jalicia Slick,
 Darvell Burgess and
 Dwight Clark
Silas Battie
Wrenel Hill
Janice Hill
Shinedel Hill
Janet Ausbrook, on her own behalf and on behalf of her mother,
 Anna Ausbrook, and her brother,
 James Ausbrook
Trenese Simon, on her own behalf and on behalf of her minor
daughter,

Lashal Simon
Jocelyn Causey
**Shelita Simon, on her own behalf and on behalf of her minor children,**
  Roger Simon,
  Rogerrikka Simon,
  Terrell Simon,
  Terrell Byrd and
  Tyrell Byrd
**Coleen Mooney**
**Paul Mosely**
**Judith Chauppette**
**Tarita B. Smith, on her own behalf and on behalf of her minor children,**
  Byron Smith and
  Royce Smith
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
  Tharnell Bullock
**Charles Terrell**
**Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**
  Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,
  Gino McDowell, her minor grandson,
  Bishop Thomas, minor nephew,
  Lewis Johnson, and minor niece,
  Jaleesa Robinson,

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the July 19, 2006 Order and Reasons of the Honorable Stanwood R. Duval, Jr., entered into the record of these proceedings on July 19, 2006 (Record Document No. 788), and from Judge Duval's Judgment of the same date, a copy of which is appended hereto and marked for identification as Exhibit No. 1.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.

By: _____
    Ashton R. O'Dwyer, Jr.

-16-

**In Proper Person**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Telephone: (504) 561-6561**
**Facsimile: (504) 561-6560**

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 14 day of July 2006.