FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 31  PM 3:42

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | CIVIL ACTION NO. |
| VERSUS | * | 05-0481 4181 |
| UNITED STATES OF AMERICA, ET AL. | * | SECTION " " K |
| | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS

**COME NOW** Plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file Plaintiffs' Third Supplemental Memorandum in Opposition to the Government's Motion to Dismiss. This Motion is filed pursuant to the Uniform Rules for the United States District Courts for the State of Louisiana and has become necessary because the receipt, on March 28, 2006, of a letter from the U.S. Army Corps of Engineers, which undersigned counsel maintains constitutes written denial of his clients' administrative claims.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

Fee____
Process____
X Dktd____
✓ CtRmDep____
___ Doc. No ____

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 31st day of March 2006.

_____