FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 20  AM 7: 25

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **MAUREEN O'DWYER, ET AL.** | * | **NO. 05-4181** |
| **VERSUS** | * | **SECTION "K"** |
| **THE UNITED STATES OF AMERICA, ET AL.** | * | **MAGISTRATE "2"** |

## ORDER

Considering Plaintiffs' Motion for Leave to File Third Supplemental Memorandum in Opposition to the Government's Motion to Dismiss, which the Court has duly noted,

[Handwritten: Denied. This pleading will not aid the Court in deciding this matter.]

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Motion for Leave to File Third Supplemental Memorandum in Opposition to the Government's Motion to Dismiss be and it is hereby **GRANTED**.

New Orleans, Louisiana, this __19th__ day of __July__, 2006.

_____
JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No____
```