FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR -7 P 4: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | CIVIL ACTION NO. |
| VERSUS | * | 05-0481 |
| UNITED STATES OF AMERICA, ET AL. | * | SECTION " " K |
| | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE FOURTH SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS

**COME NOW** Plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file Plaintiffs' Fourth Supplemental Memorandum in Opposition to the Government's Motion to Dismiss. This Motion is filed pursuant to the Uniform Rules for the United States District Courts for the State of Louisiana and has become necessary because the receipt, on April 7, 2006, of a certified letter from the U.S. Army Corps of Engineers which addresses plaintiffs' claims against the Government.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

-1-

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this ___ day of April 2006.

_____