

**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

April 5, 2006

### CERTIFIED MAIL -- RETURN RECEIPT REQUESTED

CEMVN-OC

Mr. Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, Louisiana 70130-1193

Dear Mr. O'Dwyer:

   This letter responds to your March 28, 2006, letter wherein you state that you are treating the Army Corps of Engineers' March 22, 2006, letter as a denial of your clients' claims. Please be advised that the Army's letter is a request for additional information regarding your clients' potential claims. Your clients' potential claims have not been denied because they have not been validly presented to the Army. Further, this office does not have the authority to deny your clients' potential claims. That authority resides with the United States Army Claims Service, Fort George G. Meade, Maryland.

Sincerely,

Randall C. Merchant
Assistant District Counsel

Certified Mail Receipt No. 7004 1350 0005 5696 3167

EXHIBIT
No. I