```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2006 JUL 20  AM 7: 25

                                LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "2" |

## ORDER

Considering Plaintiffs' Motion for Leave to File Fourth Supplemental Memorandum in Opposition to the Government's Motion to Dismiss, which the Court has duly noted, DENIED as the Court finds this pleading will not aid it in deciding

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for this matter.

Leave to File Fourth Supplemental Memorandum in Opposition to the Government's Motion to Dismiss be and it is hereby GRANTED.

New Orleans, Louisiana, this 19th day of July, 2006.

_____
JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____
```

-1-