UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | : | CIVIL ACTION |
| | : | |
| VERSUS | : | NO. 05-4182 |
| | : | |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | : | SECTION "K"(2) |
| | : | CONS. KATRINA CANAL |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE DUVAL |
| 06-2545 | : | |
| | : | MAGISTRATE WILKINSON |

---

## MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM ADOPTING THE ARGUMENTS MADE IN OPPOSITION MEMORANDUM FILED BY CERTAIN PLAINTIFFS IN RECORD DOCUMENT NUMBERS 694 AND 697

**NOW INTO COURT**, through undersigned counsel, comes the plaintiffs in that certain matter captioned "Peter Lamer Marcello and Vanessa Mignon Marcello versus Boh Bros. Construction Co., LLC, et al," United States District Court, Eastern District of Louisiana, Civil Action No. 06-2545, Section "K"(2) (hereinafter "Marcello"), who respectfully move the Court for leave to file an opposition to the (1) Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment filed by Modjeski and Masters, Inc. and Eustis Engineering Company, Inc. and (2) Motion to Dismiss Claims for Attorneys' Fees jointly filed by the Board of Commissioners of the Orleans Parish Levee District and the Sewerage and Water Board of New Orleans for the following reasons:

1.

Marcello was filed as a class action petition on April 21, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

2.

Marcello was removed to this Court on May 17, 2006.

3.

Marcello (06-2545) was included in the oppositions to dispositive motions filed by certain defendants but was inadvertently omitted from the opposition filed by certain plaintiffs to Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. (Document Number 463).

4.

Additionally, Marcello (06-2545) was inadvertently omitted from the opposition filed by certain plaintiffs to Joint Motion to Dismiss Claims for Attorneys Fees filed by the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans (Document Number 577).

5.

The Marcello plaintiffs, therefor, ask for leave to file the present opposition by adopting the opposition filed by other plaintiffs in Document Number 694, the subject matter of which is the opposition to the dispositive motion filed in Document Number 463. The Marcello plaintiffs desire to adopt the opposition filed by other plaintiffs in Document Number 697, the subject matter of which is the opposition to the dispositive motion filed in Document Number 577.

Plaintiff's position is more fully set out in the attached memorandum.

Respectfully submitted this 13th day of July, 2006.

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', L.L.P.

By: _____

JOHN W. deGRAVELLES (#4808)
618 Main St.
Baton Rouge, LA    70801-1910
Bar Roll No.  4808
Tel:    (225)   344-3735
Fax:    (225)   336-1146
**Attorneys for Peter Lamer Marcello and**
**Vanessa Mignon Marcello, CA 06-2545**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served on all counsel of record by placing the same in the U.S. Mail, first class and postage prepaid, on this 13th day of July, 2006.

_____
John W. deGravelles