UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL** | : | **CIVIL ACTION** |
| | : | |
| **VERSUS** | : | **NO. 05-4182** |
| | : | |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | : | **SECTION "K"(2)** |
| | : | **CONS. KATRINA CANAL** |
| | : | |
| **THIS DOCUMENT RELATES TO:** | : | **JUDGE DUVAL** |
| **06-2545** | : | |
| | : | **MAGISTRATE WILKINSON** |

### MEMORANDUM IN SUPPORT OF
### MOTION FOR LEAVE TO FILE OPPOSITION MEMORANDUM ADOPTING
### THE ARGUMENTS MADE IN OPPOSITION MEMORANDUM FILED
### BY CERTAIN PLAINTIFFS IN RECORD DOCUMENT NUMBERS 694 and 697

**MAY IT PLEASE THE COURT:**

On April 21, 2006, the matter entitled "Peter Lamer Marcello and Vanessa Mignon Marcello versus Boh Bros. Construction Co., LLC, et al," United States District Court, Eastern District of Louisiana, Civil Action No. 06-2545, Section "K"(2) (hereinafter "Marcello") was filed as a class action petition. Thereafter, on May 17, 2006, Marcello was removed to this Court.

While Marcello (06-2545) was included in the oppositions to dispositive motions filed by certain defendants, it was inadvertently omitted from the opposition filed by certain plaintiffs to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. (Document Number 463).

Additionally, Marcello (06-2545) was inadvertently omitted from the opposition filed by certain plaintiffs to the Joint Motion to Dismiss Claims for Attorneys Fees filed by the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans (Document Number 577).

The Marcello plaintiffs desire to adopt the opposition filed by other plaintiffs in Document Number 694, the subject matter of which is the opposition to the dispositive motion filed in Document Number 463. The Marcello plaintiffs also desire to adopt the opposition filed by other plaintiffs in Document Number 697, the subject matter of which is the opposition to the dispositive motion filed in Document Number 577.

This motion and memorandum are filed for the purpose of attempting to correct an inadvertence. In the interest of justice, the Marcello plaintiffs respectfully urge this Honorable Court to grant this motion for leave to file an opposition.

Respectfully submitted this 13th day of July, 2006.

> deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', L.L.P.
>
> By: _____
> JOHN W. deGRAVELLES (#4808)
> 618 Main St.
> Baton Rouge, LA   70801-1910
> Bar Roll No. 4808
> Tel:   (225)   344-3735
> Fax:   (225)   336-1146
> ***Attorneys for Peter Lamer Marcello and***
> ***Vanessa Mignon Marcello, CA 06-2545***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel of record by placing the same in the U.S. Mail, first class and postage prepaid, on this 13th day of July, 2006.

_____
John W. deGravelles