UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 20 PM 1:22

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | : | CIVIL ACTION |
| VERSUS | : | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | : | SECTION "K"(2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO:<br>06-2545 | : | JUDGE DUVAL |
| | : | MAGISTRATE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED** that this Court grants leave for plaintiffs in Matter Number 06-2545 to file this opposition to the

(1) Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment filed by Modjeski and Masters, Inc. and Eustis Engineering Company, Inc. (Record Document Number 463); and

(2) Motion to Dismiss Claims for Attorneys' Fees jointly filed by the Board of Commissioners of the Orleans Parish Levee District and the Sewerage and Water Board of New Orleans (Document Record Number 577).

This 19th day of July, 2006, New Orleans, Louisiana.

_____
Judge, USDC Eastern District

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____