FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 20 PM 1:22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | : | CIVIL ACTION |
| VERSUS | : | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | : | SECTION "K"(2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO:<br>06-2545 | : | JUDGE DUVAL |
| | : | MAGISTRATE WILKINSON |

### PLAINTIFFS' OPPOSITION MEMORANDUM ADOPTING THE ARGUMENTS MADE IN THE OPPOSITION MEMORANDUM FILED BY CERTAIN PLAINTIFFS IN RECORD DOCUMENT NUMBERS 694 AND 697

Plaintiffs in the matter captioned "Peter Lamer Marcello and Vanessa Mignon Marcello versus Boh Bros. Construction Co., LLC, et al," United States District Court, Eastern District of Louisiana, Civil Action No. 06-2545, Section "K"(2) (hereinafter "Marcello") respectfully submit this memorandum in opposition to the:

(1) Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment filed on behalf of Modjeski and Masters, Inc. and Eustis Engineering Company, Inc. (Document Record Number 463); and

(2) Motion to Dismiss Claims for Attorneys' Fees jointly filed by the Board of Commissioners of the Orleans Parish Levee District and the Sewerage and Water Board of New Orleans (Document Record Number 577):

Marcello was inadvertently omitted from the oppositions filed by other plaintiffs to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. (Document Number 463). Additionally, Marcello (06-2545) was inadvertently omitted from the opposition filed by certain plaintiffs to Joint Motion to Dismiss Claims for Attorneys Fees filed by the Board of Commissioners of the Orleans Levee District and the Sewerage and Water Board of New Orleans (Document Number 577).

The Marcello plaintiffs are opposed to the dispositive motions filed in record Document Numbers 463 and 577 for all of the reasons stated in the oppositions filed by other plaintiffs in record Document Numbers 694 and 697, respectively, and hereby adopt all arguments set forth in said oppositions.

Respectfully submitted this 13th day of July, 2006.

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', L.L.P.

By: _____
JOHN W. deGRAVELLES (#4808)
618 Main St.
Baton Rouge, LA   70801-1910
Bar Roll No. 4808
Tel:   (225)  344-3735
Fax:   (225)  336-1146
***Attorneys for Peter Lamer Marcello and
Vanessa Mignon Marcello, CA 06-2545***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel of record by placing the same in the U.S. Mail, first class and postage prepaid, on this 13th day of July, 2006.

_____
John W. deGravelles