UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" |
| | * | |
| _____ | * | MAGISTRATE (2) |
| **PERTAINS TO:** | * | |
| **ALL LEVEE** | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| *   *   *   *   *   *   *   *   *   *   *   * | | |

## EX PARTE MOTION FOR LEAVE TO FILE SECOND REPLY MEMORANDUM

Boh Bros. Construction Co., L.L.C. ("Boh Bros." herein), through undersigned counsel, in order to submit additional documentation received from the U. S. Army Corps of Engineers, which is germane to its motion on peremption, and to comment upon same, moves this Honorable Court for leave to file its Second Reply Memorandum.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By:    */s/ Charles B. Colvin*
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana  70170-3300
Telephone: (504) 581-3300
Facsimile:  (504) 581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

1

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **21st** day of **July**, **2006**, I electronically filed the foregoing Boh Bros. Construction Co., L.L.C.'s Ex Parte Motion for Leave to File Second Reply Memorandum with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants.

*/s/ Charles B. Colvin*