UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br>PERTAINS TO:<br>ALL LEVEE<br><br>*  *  *  *  *  *  *  *  *  *  *  * | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

**CONSIDERED THE FOREGOING** Ex Parte Motion for Leave to File Second Reply Memorandum**:**

**IT IS ORDERED** that Boh Bros. Construction Co., L.L.C. be granted leave to file its Second Reply Memorandum.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**U. S. DISTRICT JUDGE**