FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 17  PM 4: 22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO.: 05-4182 |
| | * | |
| VERSUS | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | **THIS PLEADING PERTAINS TO:** |
| | * | **06-1672** |
| | * | **c/w 06-1673** |
| | * | **c/w 06-1674** |

### *EX PARTE* MOTION BY THE STANDARD FIRE INSURANCE COMPANY FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Defendant The Standard Fire Insurance Company, improperly named as Travelers Property Casualty Company of America ("Standard Fire") which, pursuant to Local Rule 83.2.6, respectfully moves this Court to grant admission *pro hac vice* to the following attorneys so that they may appear and participate as co-counsel in the captioned matter:

Stephen E. Goldman;

Wystan M. Ackerman.

In support of the present motion, Standard Fire asserts as follows:

1. Standard Fire requests that this Court allow Stephen E. Goldman and Wystan M. Ackerman to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Ralph S. Hubbard III, Louisiana Bar No. 7040, Joseph P. Guichet, Louisiana Bar No. 24441, and Seth A. Schmeeckle, Louisiana Bar No. 27076, the latter of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. Stephen E. Goldman is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597. Mr. Goldman is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Goldman, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

3. Wystan M. Ackerman is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597. Mr. Ackerman is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit C. The oath of Mr. Ackerman, as required by Local Rule 83.2.6 is attached hereto as Exhibit D.

4. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, Defendant The Standard Fire Insurance Company, improperly named as Travelers Property Casualty Company of America, respectfully requests that this Court permit Stephen E. Goldman and Wystan M. Ackerman to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

_____
RALPH S. HUBBARD III, T.A., La. Bar. # 7040
JOSEPH P. GUICHET, La. Bar # 24441
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

Attorneys for The Standard Fire Insurance Company, improperly named Travelers Property Casualty Company of America

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Ex Parte* Motion By The Standard Fire Insurance Company For Leave to Appear *Pro Hac Vice* has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this ___17th___ day of July, 2006

_____

3