

# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify** that, in the Superior Court at  Hartford, on the  twenty-first , day of  October , 1980 :

Stephen Edward Goldman

of

West Hartford, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this  tenth  day of  July , 2006 .

*Michele T. Angers*

**Michele T. Angers**

*Chief Clerk*



EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION NO.: 05-4182 |
| Plaintiff, | JUDGE: STANWOOD R. DUVAL, JR. |
| V. | MAGISTRATE: JOSEPH C. WILKINSON, JR |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | THIS PLEADING PERTAINS TO: 06-1672 |
| Defendant. | c/w 06-1673 |
| | c/w 06-1674 |

## AFFIDAVIT OF STEPHEN E. GOLDMAN

STATE OF CONNECTICUT

COUNTY OF HARTFORD

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared STEPHEN E. GOLDMAN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant The Standard Fire Insurance Company, improperly named as Travelers Property Casualty Company of America.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:



EXHIBIT B

- 2 -

      a.    that I have never had any disciplinary or criminal charges instituted against me.

      b.    that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

_____
Stephen E. Goldman

SWORN TO and SUBSCRIBED this _5th_ day of July, 2006.

_____
Notary Public

My commission expires: _____

SUSAN B. TENORE
NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 31, 2010



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Supreme ~~Superior~~ Court at _____Hartford_____,

on the _____seventh_____, day of _____June_____,

__2002__,

_____Wystan Michael Ackerman_____

of

_____Haddam, Connecticut_____

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this _____twenty-eighth_____ day of _____June_____, 2006.

*Michele T. Angers* (signature)

**Michele T. Angers**

*Chief Clerk*

EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION NO.: 05-4182 |
| Plaintiff, | JUDGE: STANWOOD R. DUVAL, JR. |
| V. | MAGISTRATE: JOSEPH C. WILKINSON, JR |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | **THIS PLEADING PERTAINS TO:** 06-1672 |
| Defendant. | c/w  06-1673 |
| | c/w  06-1674 |

### AFFIDAVIT OF WYSTAN M. ACKERMAN

STATE OF CONNECTICUT

COUNTY OF HARTFORD

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared WYSTAN M. ACKERMAN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant The Standard Fire Insurance Company, improperly named as Travelers Property Casualty Company of America.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:



EXHIBIT D

a. that I have never had any disciplinary or criminal charges instituted against me.

b. that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

                                              */s/ Wystan M. Ackerman*
                                              Wystan M. Ackerman

SWORN TO and SUBSCRIBED this 5th day of July, 2006.

                                              */s/ Susan B. Tenore*
                                              Notary Public

My commission expires: _____

**SUSAN B. TENORE**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAY 31, 2010