

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION |
| Plaintiff, | * | NO.: 05-4182 |
| VERSUS | * | JUDGE STANWOOD R. DUVAL, JR. |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE JOSEPH C. WILKINSON, JR. |
| | * | **THIS PLEADING PERTAINS TO:** |
| | * | 06-1672 |
| | * | c/w 06-1673 |
| | * | c/w 06-1674 |

### ORDER

Considering the *Ex Parte* Motion by The Standard Fire Insurance Company for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that Stephen E. Goldman and Wystan M. Ackerman of the law firm of Robinson & Cole LLP are hereby admitted *pro hac vice* as co-counsel of record for The Standard Fire Insurance Company in the captioned matter.

New Orleans, Louisiana, this __18th__ day of __July__, 2006.

_____
JUDGE

Fee_____
Process_____
X  _____
___ CtRmDep_____
___ Doc. No_____