UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

PERTAINS TO: MRGO, *Robinson* (06-2268)

### DEFENDANT UNITED STATES' CONSENT/EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 25 PAGES

Defendant United States of America hereby moves this Court, pursuant to Local Rule 7.8.1E, for leave to file a Memorandum in Support of its Motion to Dismiss, which is in excess of 25 pages, for the reasons more fully set forth in the attached memorandum in support. Plaintiffs' counsel consents to the instant motion.

WHEREFORE, the United States respectfully requests that leave to file its Memorandum in Support of its Motion to Dismiss be granted and the United States be permitted to file its Memorandum in Support of its Motion to Dismiss with an additional 25 pages beyond the 25-page limit found in the Local Rules.

//

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

PAUL F. FIGLEY
Deputy Director, Torts Branch
Civil Division

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

      I, Robin D. Smith, hereby certify that on July 24, 2006, I served a true copy of the United States' Motion for Leave to File Memorandum in Support of Motion to Dismiss in Excess of 25 Pages and Memorandum in Support thereof, and Proposed Order upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron | Joseph Guichet |
| waaron@goinsaaron.com | jguichet@lawla.com |
| Neil Abramson | Jim S. Hall |
| abramson@phelps.com | jodi@jimshall.com |
| Jonathon Beauregard Andry | Robert Harvey |
| jandry@andrylawfirm.com | rgharvey@bellsouth.net |
| Thomas P. Anzelmo | Herman C. Hoffmann, Jr. |
| tanzelmo@mcsalaw.com | hhoffmann@spsr-law.com |
| Judy Barrasso | David Blayne Honeycutt |
| jbarrasso@barrassousdin.com | DBHoneycutt@aol.com |
| Daniel E. Becnel, Jr. | Ralph Hubbard |
| dbecnel@becnellaw.com | rhubbard@lawla.com |
| Robert Becnel | Tamara Kluger Jacobson |
| ROBBECNEL@aol.com | tkjacobson@aol.com |
| Kelly Cambre Bogart | Michael Courtney Keller |
| kbogart@duplass.com | kellerm@ag.state.la.us |
| Terrence L. Brennan | Stephen Kreller |
| tbrennan@dkslaw.com | sskreller@gmail.com |
| Joseph Bruno | Hugh Lambert |
| jbruno@brunobrunolaw.com | hlambert@lambertandnelson.com |
| Thomas Darling | John M. Landis |
| tdarling@grhg.net | jlandis@stonepigman.com |
| Kevin Derham | Mickey Landry |
| kderham@duplass.com | mlandry@landryswarr.com |
| Walter Dumas | Wade Langlois |
| wdumas@dumaslaw.com | wlanglois@grhg.net |
| Lawrence Duplass | Wayne J. Lee |
| lduplass@duplass.com | wlee@stonepigman.com |
| Calvin Fayard | F. Gerald Maples |
| calvinfayard@fayardlaw.com | federal@geraldmaples.com |
| Thomas Francis Gardner | Ben Louis Mayeaux |
| gardner@bayoulaw.com | bmayeaux@ln-law.com |
| Thomas Gaudry | Gordon McKernan |
| tgaudry@grhg.net | gemckernan@mckernanlawfirm.com |

Gerald A. Melchiode
jmelchiode@gjtbs.com
Gerald Edward Meunier
dmartin@gainsben.com
James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com
David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com

Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com
Charles F. Seemann, Jr.
cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com
David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com
Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com

| | |
|---|---|
| Thomas V. Girardi<br>tgirardi@girardikeese.com<br>John W. deGravelles<br>deidson@dphf-law.com<br>Craig Frank Holthaus<br>fholthaus@dphf-law.com<br>Samuel Gabb<br>sgabb@lundydavis.com<br>James Roussel<br>jroussel@bakerdonelson.com<br>Arthur Gordon Grant, Jr.<br>ggrant@monbar.com<br>Clayton Morris Connors<br>cconnors@mumphreylaw.com<br>William Larzelere<br>blarzelere@lpw-law.com<br>Andre J. Mouledoux<br>amouledoux@mblb.com<br>James A. Cobb, Jr.<br>jac@ecwko.com<br>William Everard Wright, Jr.<br>wwright@dkslaw.com<br>George Moore Gilly<br>gillyg@phelps.com<br>Evans Martin McLeod<br>mcleodm@phelps.com | Maura Zivalich Pelleteri<br>mpelleteri@kfplaw.com<br>Nyka Scott<br>nscott@bakerdonelson.com<br>Jack Crowe<br>jcrowe@winston.com<br>Duane Kelley<br>dkelley@winston.com<br>Ronald Kitto<br>rkitto@monbar.com<br><br>Lawrence D. Wiedemann<br>FAX: 504-581-4336<br><br>Deborah Louise Wilson<br>317 Magazine Street<br>New Orleans, LA 70130<br><br>Joseph W. Hecker<br>619 Europe Street , 2nd Floor<br>Baton Rouge, LA 70806<br><br>Vernon Palmer Thomas<br>1524 N. Claiborne Ave.<br>New Orleans, LA 70116 |

    s/ Robin D. Smith
      ROBIN D. SMITH