UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## ORDER

Having considered Defendant United States of America's Motion for Leave to File Memorandum in Support of Motion to Dismiss in Excess of 25 Pages, finding no opposition thereto, and for good cause shown, it is hereby ORDERED that Defendant United States of America is granted leave to file its Memorandum in Support of its Motion to Dismiss in excess of 25 pages.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana