# EXHIBIT 8

TC202
N46M5G8
no.1-B
1959

Property of the United States Government

CORPS OF ENGINEERS, U. S. ARMY

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

St. BERN
Yclbskey

MRGO "D" borings

DESIGN MEMORANDUM NO. 1-B

CHANNELS

MILE 39.01 - MILE 63.77

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

SEPTEMBER 1958

(Revised May 1959)

period of time at the Inner Harbor Navigation Canal Lock near the upper terminus of the project. Hydrographs of this gage were included in Design Memorandum No. 1-A, "Channels, Mile 63.77 to Mile 68.85."

The influence of the proposed channel on the water surface elevations of the existing lakes and streams connecting therewith inland as far as Highway No. 47 will be negligible. For normal tides the elevations at Pensacola, Florida, and Lake Borgne, Louisiana, are practically the same. Lake Borgne, with its large openings into Mississippi Sound and the Gulf, controls the elevation in all of the streams inside of Bayou La Loutre crossing, and the small additional area of the project channel will not have any material influence on the elevations produced by ordinary tides, including those from lesser storms. For major storms and hurricanes when tides roll across the marsh many feet deep, as well as through the open water connections, the effect of the new channel will be of no consequence.

10. **Drainage and reclamation.** Under existing conditions the contiguous area is low swamp and marsh land except for the narrow alluvial ridges along the several bayous. Natural drainage is very poor. Construction of connecting levees and drainage facilities to reclaim the land for agricultural and commercial purposes will be facilitated.

11. **Salinity.** Under existing conditions the salinity in the area traversed by the channel decreases progressively from Chandeleur Sound toward New Orleans, salinities along the Lake Borgne segment being one-fourth to one-third of those in the Sound. With the project in place, salinities in the channel will tend to be higher toward the inner end, particularly so if the channel is effectively separated from the surrounding areas by spoil dikes. The extent to which these higher salinities will be transmitted into the surrounding area will depend on the number, size, and location of openings in the spoil for navigation, drainage, and other purposes. Normally, the rainfall over the immediate area and generally over the Pontchartrain Basin tends to make the water conditions fresher, by offsetting the salinity intrusion effects. If the channel is separated by spoil from the surrounding area--except for a few openings--the salinities in the area inland from Shell Beach to the west of the channel will tend to be fresher, and Lake Borgne should remain essentially unchanged.

12. **Beach Erosion Board participation in studies.** Preliminary studies were made and are being continued by the Beach Erosion Board to determine the influence on the channel of bottom movement in the open Gulf and Chandeleur Sound Areas caused by wave action and tidal currents and the influence of possible hurricane wind waves propagated up the channel. In respect to hurricane waves the Beach Erosion Board reported the following: "If the hurricane swell travels up the channel, some effect could be felt at New Orleans. The maximum wave at the entrance might be about 35 feet. Wave energy would be lost due to bottom friction along the side of the levee, and due to refraction. Rough computations

consists generally of a surface layer of peat and highly organic clay about 2 to 12 feet thick with water contents of 200 to 900% overlying very soft organic fat clay with water contents ranging from about 50 to 250%, except that strata 10 to 13 feet thick consisting of alternate thin layers and lenses of silt, silty sand, lean clay, and fat clay were encountered at depths of 10 to 30 feet between stations 268 and 301+09.08=0+00; 0+00 and 70; 380 and 650; 705 and 805; and 980 and 1180. At Bayou La Loutre (Station 1285) there is an old channel filling consisting of a surface layer of soft clay 10 to 15 feet thick overlying silt and fine sand.

   18. Stability analysis. The stability of the excavation slope and spoil distances were determined by the method of planes based on the shear strengths determined from the undisturbed and general type borings. The results of the stability analyses and the strength values used for the most critical conditions are shown on Plate 11. The strengths used were determined from tests made on samples from the undisturbed borings and also on the results of unconfined compression tests performed on small core samples obtained from the general type borings, as shown in the boring logs on Plates 3 through 9. Based on these analyses for a factor of safety of 1.2, the toe of the spoil should be a minimum of 90 feet from the edge of excavation with slopes on the channel cut not steeper than 1 on 2. (See Plate 11). Based on past experience in areas where the soil conditions are similar to those along this location, it has been found impracticable to construct fills for retaining dikes generally higher than 6 to 7 feet above the ground surface or to spoil hydraulic fill higher than about 10 feet above ground surface and with slopes steeper than approximately 1 on 40. The design of the spoil cross sections were governed by these practical requirements.

   19. Channel protection. No channel protection is recommended initially; however, erosion due to wave wash in open areas can be expected in the upper part of the channel slope where the peat and highly organic clays are exposed. Protection for this area can be provided if and when the need for it becomes necessary. No channel protection is included in the overall cost estimate of the project. It is presumed that sufficient rights-of-way will be furnished by local interests to preclude use of channel protection, or that additional rights-of-way will be furnished if the need arises.

## RIGHTS-OF-WAY

   20. Requirements. The rights-of-way for the channel, the permanent spoil areas, and the temporary spoil areas required for the reach included in this design memorandum are as indicated on Plates 3 through 9. The channel right-of-way across the new land cut will be 1500 ft. wide centered 750 ft. on each side of the channel centerline. For a short distance at the upper end of the reach, where the channel coincides with the existing Gulf Intracoastal Waterway, the channel right-of-way will extend 750 ft. on the south side and 500 ft. on the

5





