# EXHIBIT 10

FINAL

ENVIRONMENTAL STATEMENT

FINAL COMPOSITE ENVIRONMENTAL
STATEMENT FOR OPERATION AND
MAINTENANCE WORK ON THREE
NAVIGATION PROJECTS IN
THE LAKE BORGNE VICINITY
LOUISIANA

U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

MARCH 1976

b. Shoaling and dredging

(1) General. Accumulation of sediment in the channel is called shoaling. The channel must be periodically cleared of accumulated sediment to maintain established channel depths. The total volume of material dredged out of the MR-GO in maintenance operations from 1961 to May of 1974 is 166.4 million cubic yards (mcy). Several characteristics of dredged material reduce this volume as it is deposited. The dredged material is from 30 percent to 70 percent water in place before dredging, plus water sucked into the dredge pipeline. Upon deposition, the water drains away, and the material settles as the particles adjust to more compact positions. Dredge water is returned to the MR-GO through controlled spill gates. When levees were constructed with material dredged from the MR-GO channel, the yardage for inplace levee material was one-third the amount removed from the channel.

(2) Location of shoaling.

(a) MR-GO. Plate 2 shows the mile designations for the MR-GO. More than half of the O&M work volume of material dredged has been dredged from Breton Sound. Of the total volume of material dredged (166.4 million cubic yards) in O&M work and in maintenance dredging during the construction period, 18.6 percent came from the Gulf section (Mile 0 to -9); 58.7 percent came from the Breton Sound section (Mile 23-0); and 22.7 percent came from the Land Cut section (Mile 65-23). Maintenance during the construction period (that is, O&M work prior to 1965) comprised about 19.5 percent of the 166.4 mcy total. Table I-3 shows the shoaling rates and frequency of dredging calculated from dredging contract records from 1965 to 1974. Dredging after Hurricane Betsy in September of 1965 and Hurricane Camille in August 1969 required major efforts. Volume of dredging in the land area has declined in recent years. Two factors may account for this. Channel side

TABLE I-3
PREDICTION OF SHOALING RATES AND FREQUENCY
OF DREDGING, MR-GO

| Location | Shoaling Feet/Month | Dredging Frequency |
|---|---|---|
| Mile 66.0 to Mile 41.4 | 0.02 | 6 yrs. |
| Mile 41.4 to Mile 24.3 | 0.03 | 4 yrs. |
| Mile 24.3 to Mile 14.9 | 0.11 | 2 yrs. |
| Mile 14.9 to Mile  6.0 | 0.58 | 1 yr. |
| Mile  6.0 to Mile  0.0 | 0.14 | 2 yrs. |
| Mile  0.0 to Mile -9.4 | 0.28 | 1 yr. |

Source: Corps of Engineers, based on data, 1965 to present.

slopes may be coming closer to the equilibrium angle of repose. In addition, the channel bottom west of Lake Borgne was used as a source of construction material for hurricane protection levees. The resulting 50- to 60-foot depths in some borrow areas will not fill to the 36-foot channel depth from some time. The largest volume of material originates from shoaling in open waters. Local storm action can sometimes shoal the channel in two or three days. This type of shoaling occurs most often in spring and midsummer with prevailing southeast winds. The shoaling problem in the sound is also being studied in conjunction with planning investigations for extension of the retention dikes all the way across the sound to the Chandeleur Island Arc.

(b) <u>Bayous</u>. Shoaling conditions in the bayous appear to have substantially stabilized since the last marsh destructive hurricane (Camille, 1969). Conservative evaluations indicate that it is a minimal possibility that hurricanes of consequence will sweep the bayou areas in the next 30 years. In the absence of repetitive storm conditions that result in erosive runoff, tidal intrusions, and sheet flows through contiguous marshes, the existing disposal areas along these bayous can be expected to remain substantially intact and available for continuing relatively harmless disposal of dredged materials. The existence of oyster leases within Bayou Yscloskey and in water courses contiguous with Bayous La Loutre and St. Malo constrains the performance of maintenance dredging. The apparent stability of shoaling and presence of constratings explains the low frequency of maintenance dredging detailed below. Minimal urgent thrust exists for acceleration of the frequency. The bayous are not used extensively, as most crew boats use the MR-GO. Bayou Dupre is regularly used from Violet to the MR-GO to Lake Borgne. The other bayous are used regularly in the Hopedale area. The bayous are bucket dredged, and material is placed in land disposal areas as detailed below.

c. <u>Volume of dredge material</u>

(1) <u>Average volume removed</u>. On a five-year average, 4,125,000 cubic yards of material are dredged from the inland section per year, and 3,590,000 cubic yards per year are dredged from the offshore section of the MR-GO. This average does not include work associated with hurricanes. Based on records since 1965, an average of 16.7 mcy per year have been moved (average per year volume is 15.7 mcy if material moved for levee construction is not included). Based on typical volumes moved per operation at expected frequencies of dredging for the sections (Gulf, Breton Sound, and Land Cut), the typical average annual volume of material moved is 12 mcy.