# EXHIBIT  11

