**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## **NOTICE OF HEARING**

To: All named plaintiffs through
their counsel of record

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse, 500 Poydras Street, New Orleans, LA, 70130, on the 23rd day of August, at 9:30 a.m., and that the motion will be submitted upon the pleadings and supplemental materials, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

1