UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: Katrina Canal Breaches Litigation

CIVIL ACTION

NO: 05-4182,
REF: MRGO, 06-2268

SECTION: "K" (2)

DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 808

DESCRIPTION: Proposed Motion to Dismiss

FILED BY:   Robin Smith

FILE DATE:   7/24/06