## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREAHES** | § § § § § | **CIVIL ACTION**<br>  **NO. 05-4182 "K"(2)**<br>  **JUDGE DUVAL**<br>  **MAG. WILKINSON** |
| | § | |
| **PERTAINS TO:** | § § | |
| **INSURANCE** | § § | |
| **Chehardy, No. 06-1672 "K"(2)**<br>**Chehardy, No. 06-1673 "K"(2)**<br>**Chehardy, No. 06-1674 "K"(2)** | § § § § | |
| | § | |
| | § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, Representative Policyholders, Gladys Chehardy, Daniel and

Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and

Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and

Brad Boyd, New Orleans Flooring Supply, Inc., Patricia Brown, Marie Fatheree, Katrina

Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina

Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham

(collectively, "the Representative Policyholders"), by and through their undersigned

counsel, Calvin C. Fayard, Jr., Esquire, a member in good standing of the State Bar of

Louisiana, and respectfully request an Order enrolling the following attorneys as co-

counsel of record in the above-captioned matter.

John N. Ellison and Darin J. McMullen, attorneys with the law firm of Anderson

Kill & Olick, P.C., are members in good standing of the Bar of the Commonwealth of

Pennsylvania. A supporting affidavit and certificate of good standing for Mr. Ellison and Mr. McMullen seeking *pro hac vice* admission is attached hereto.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that the Court allow John N. Ellison and Darin J. McMullen to appear *pro hac vice* in the above-captioned consolidated matter.

Respectfully submitted,

7-25-06

Dated

Calvin C. Fayard, Jr. (5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 25th day of July, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, or by hand delivery, or by fax, e-mail or other electronic means.

Calvin C. Fayard