UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREAHES | § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>INSURANCE<br><br>Chehardy, No. 06-1672 "K"(2)<br>Chehardy, No. 06-1673 "K"(2)<br>Chehardy, No. 06-1674 "K"(2) | § § § § § § § § § § | |

### AFFIDAVIT OF JOHN N. ELLISON, ESQUIRE
### IN SUPPORT OF APPLICATION TO APPEAR PRO HAC VICE

COMMONWEALTH OF PENNSYLVANIA  :
: ss.
COUNTY OF PHILADELPHIA  :

I, JOHN N. ELLISON, Esquire, of full age, being duly sworn, deposes and says:

1. I submit this Affidavit in support of the Application for my admission pro hac vice to represent the Plaintiffs, Representative Policyholders, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham (collectively, "the Representative Policyholders"), in this action.

2. I am an attorney-at-law and managing shareholder of the law firm of Anderson Kill & Olick, P.C. ("Anderson Kill"), in its Philadelphia, Pennsylvania office, located at 1600 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103.

3. Anderson Kill has been retained to provide legal representation to the Representative Policyholders, in connection with this matter.

4. On December 15, 1987, I was admitted and remain a member of good standing of the Bar of the Commonwealth of Pennsylvania where I regularly practice law. See attached Certificate of Good Standing issued by the Supreme Court of Pennsylvania.

5. On January 5, 1988, I was admitted to the United States District Court for the Eastern District of Pennsylvania and continue in good standing. I am also a member in good standing of the Bar of the District of Columbia, since December 13, 1989, and the State of New York, since July 23, 1996.

6. I am also admitted to practice before the following United States District Courts and United States Circuit Courts of Appeal on the dates indicated for each, and remain a member in good standing of these courts:

| Courts: | Admitted |
|---|---|
| United States District Court for the Eastern District of Pennsylvania | 1/1/1988 |
| United States Court of Appeals for the Third Circuit | 2/9/1988 |
| United States District Court for the Middle District of Pennsylvania | 6/23/1989 |
| United States District Court for the District of Columbia | 12/13/1989 |
| United States Court of Appeals for the Fourth Circuit | 10/10/2000 |
| United States District Court for the Southern District of New York | 2/13/2002 |
| United States Court of Appeals for the Second Circuit | 7/10/2002 |

| | |
|---|---|
| United States District Court for the Eastern District of Michigan | 8/6/2003 |
| United States District Court for the Western District of Michigan | 4/26/2004 |
| United States District Court for the District of Nebraska | 7/8/2005 |

7. I am not presently nor have I been disciplined by any court, nor am or have been the subject of any criminal charges.

8. I have been previously admitted <u>pro hac vice</u> representing clients in several jurisdictions throughout the United States.

_____
JOHN N. ELLISON

Sworn to and subscribed
before me this 21st day
of July, 2006.

_____
Notary Public

_____, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 27, 2009

3



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### John Norig Ellison, Esq.

#### DATE OF ADMISSION

#### December 15, 1987

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 11, 2006

Patricia A. Johnson
Chief Clerk