UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREAHES | § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE<br>Chehardy, No. 06-1672 "K"(2)<br>Chehardy, No. 06-1673 "K"(2)<br>Chehardy, No. 06-1674 "K"(2) | | |

### AFFIDAVIT OF DARIN J. MCMULLEN IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

COMMONWEALTH OF PENNSYLVANIA  
                                                : ss.  
COUNTY OF PHILADELPHIA

      BEFORE ME, the undersigned authority, personally appeared DARIN J. MCMULLEN who, being duly sworn by me, deposes and says the following:

      1.    I submit this Affidavit in support of the Motion for Admission *Pro Hac Vice* to represent the Plaintiffs, Representative Policyholders, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham (collectively, "the Representative Policyholders"), in this action.

2. I am an attorney-at-law in law firm of Anderson Kill & Olick, P.C. ("Anderson Kill"), in the firm's Philadelphia Pennsylvania office located at 1600 Market Street, Suite 2500, Philadelphia, Pennsylvania 19103.

3. Anderson Kill has been retained to provide legal representation by the Representative Policyholders in connection with this action.

4. On December 19, 1996, I was admitted to the Bar of the Commonwealth of Pennsylvania and remain a member of good standing. See attached Certificate of Good Standing issued by the Supreme Court of Pennsylvania.

5. I am also admitted to practice in the United States District Court for the Middle District of Pennsylvania, since 1996 and the United States District Court for the Eastern District of Pennsylvania, since 1998.

6. There are no disciplinary proceedings or criminal charges pending against me nor have any proceedings or charges been instituted against me in any court.

7. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

_____
DARIN J. MCMULLEN

Sworn to and Subscribed
Before me this 24th day
July, 2006

_____
Notary Public

NOTARIAL SEAL
MICHELLE G. TODD, Notary Public
City of Philadelphia, Phila. County
My Commission Expires June 27, [illegible]

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Darin John McMullen, Esq.*

### DATE OF ADMISSION

*December 19, 1996*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: July 11, 2006

Patricia A. Johnson
Chief Clerk