UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREAHES | § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| **PERTAINS TO:**<br><br>INSURANCE<br><br>Chehardy, No. 06-1672 "K"(2)<br>Chehardy, No. 06-1673 "K"(2)<br>Chehardy, No. 06-1674 "K"(2) | | |

### ORDER

Considering the Motion for Admission *Pro Hac Vice* filed by Plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, **IT IS HEREBY ORDERED** that John N. Ellison, Esquire and Darin J. McMullen, Esquire, shall be admitted *pro hac vice* to represent said Plaintiffs in this consolidated action.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE