UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182  SECTION "K" |
| _____  PERTAINS TO:  ALL LEVEE | * * * * * | MAGISTRATE (2)  JUDGE DUVAL  MAG. WILKINSON |
| * * * * * * * * * * * * | | |

## ORDER

**CONSIDERED THE FOREGOING** Ex Parte Motion for Leave to File Second Reply Memorandum**:**

**IT IS ORDERED** that Boh Bros. Construction Co., L.L.C. be granted leave to file its Second Reply Memorandum.

New Orleans, Louisiana, this  26th  day of  July , 2006.

_____
**U. S. DISTRICT JUDGE**