STATE OF LOUISIANA

PARISH OF ORLEANS

## CERTIFICATE OF AUTHENTICITY

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1. Page 1 of DD Form 2626 for Contract Number DACW-29-99-C-0064 with Block 11 redacted*.

Dianne Allen further declared that on the 18th day of July, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 18th day of July, 2006.

_____
Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

FREDERICK W. WALLACE          MELANIE JUNKER

_____
Notary Public
My commission expires at death.

DARYL G. GLORIOSO
NOTARY PUBLIC
(LA BAR ROLL 17956)
PARISH OF JEFFERSON - STATE OF LOUISIANA
My Commission is Issued For Life

---

* Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.



Case 2:05-cv-04182-SRD-JCW   Document 816-1   Filed 07/26/06   Page 2 of 2

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

## PERFORMANCE EVALUATION (CONSTRUCTION)

| 1. CONTRACT NUMBER: DACW29-99-C-0064 | b. DEL ORDER |
|---|---|
| 2. DUNS NUMBER: 006947386 | b. SIC CODE |

**IMPORTANT:** Be sure to complete Part III - Evaluation of Performance Elements on reverse

### PART I - GENERAL CONTRACT DATA

**3. TYPE OF EVALUATION:** FINAL

**4. TERMINATED FOR:**

**5. CONTRACTOR** *(Name, Address, and Zip Code)*
Boh Bros. Construction Co., LLC
730 South Tonti Street
New Orleans, LA 70119 UNITED STATES
PRIME CONTRACTOR

**6.a. PROCUREMENT METHOD:** SEALED BID

**b. TYPE OF CONTRACT:** FIRM FIXED PRICE

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**
Inner Harbor Navigational Canal Lock Replacement, Pile Load Test and Pile Installation Study, Orleans Parish, Louisiana

**8. TYPE OF SUBCONTRACTING**
Clearing and Grubbing (Miller Excavating) - 0.5%
Compression Test and Dynamic Pile Testing (Eustis Engineering) - 28.5%

| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT | b. TOTAL AMOUNT OF MODIFICATIONS | c. LIQUIDATED DAMAGES ASSESSED | d. NET AMOUNT PAID TO DATE |
|---|---|---|---|---|
| | $1,623,266.00 | $14,807.70 | $0.00 | $1,638,073.70 |
| 10. SIGNIFICANT DATES | a. DATE OF AWARD | b. ORIGINAL CONTRACT/DO DATE | c. REVISED CONTRACT/DO DATE | d. DATE WORK ACCEPTED |
| | 16SEP99 | 21MAR00 | 31MAR00 | 25MAY00 |

### PART II - PERFORMANCE EVALUATION OF CONTRACTOR

[redacted]

**12. EVALUATED BY**

**a. ORGANIZATION (NAME AND ADDRESS)**
US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION

**b. TELEPHONE NUMBER:** (504) 862-1200

**c. NAME AND TITLE:** DOMINGO J. ELGUEZABAL, AREA ENGR, N.O. AREA OFFICE

**d. SIGNATURE:** *[signature]*

**e. DATE:** 8/25/00

**13. EVALUATION REVIEWED BY**

**a. ORGANIZATION (NAME AND ADDRESS)**
US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION

**b. TELEPHONE NUMBER:** (504) 862-2235

**c. NAME AND TITLE:** JAMES L. MILES JR., CHIEF, CONSTRUCTION DIV.

**d. SIGNATURE:** *[signature]*

**e. DATE:** 8-28-00

**14. AGENCY USE (DISTRIBUTION, ETC.)**

FOR OFFICIAL USE ONLY   *(WHEN COMPLETED)*   DD Form 2626   SOURCE SELECTION INFORMATION