UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 21  PM 2: 05

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SUSAN AND WILLIAM LAURENDINE, ET AL., | * | CASE NO. 06-3529 |
| | * | |
| | * | SECTION: "F" (3) |
| PLAINTIFFS | * | |
| VERSUS | * | |
| | | |
| THE BOARD OF COMMISSIONERS FOR | * | |
| THE ORLEANS LEVEE DISTRICT, | * | |
| PARISH OF ORLEANS, ET AL., | * | |
| DEFENDANTS | * | |

FILED: _____

_____
DEPUTY CLERK

## MOTION, ORDER, AND INCORPORATED MEMORANDUM
## FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come plaintiffs, SUSAN

LAURENDINE, ET AL., who move this Honorable Court for an expedited hearing on plaintiffs'

MOTION TO REMAND, in the above referenced matter, on the grounds that plaintiffs were only

recently granted remand no much more than a month ago after thorough briefing, and long

evaluation by Judge Duval and his well-reasoned fifteen (15) page opinion; and upon further

suggesting to the Court that the claims made by defendant-mover in its notice of remand are

without merit and simply a delay tactic; and upon further suggesting to the Court that both the

motion to remand and the motion for expedited hearing should be granted in the interests of

justice, and as explained above.

Respectfully submitted,

DARLEEN M. JACOBS, bar # 7208
AL A. SARRAT, bar # 19776
JACOBS & SARRAT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155

Counsel for Plaintiffs,
SUSAN LAURENDINE, ET AL.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by both facsimile transmission, and by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this 13th day of _____, 2006.

JACOBS & SARRAT

2