UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 27 A 9:07
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| SUSAN AND WILLIAM LAURENDINE, ET AL., <br>     PLAINTIFFS <br> VERSUS <br><br> THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, PARISH OF ORLEANS, ET AL., <br>     DEFENDANTS | CASE NO. 06-3529 <br> SECTION: K(2) |

FILED: _____

                                                                                           DEPUTY CLERK

### ORDER

Considering the foregoing motion,

IT IS ORDERED, that plaintiffs' motion for expedited hearing on PLAINTIFFS' MOTION TO REMAND, be and the same is hereby DENIED. The substantive Motion to Remand is set for hearing on August 9, 2006 at 9:30 a.m.

This 26th day of July, 2006, at New Orleans, Louisiana.

                                                         JUDGE

3

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____