UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN AND WILLIAM LAURENDINE, ET AL., | * * | CASE NO. 06-3529 |
| PLAINTIFFS | * | SECTION: "F" (3) |
| VERSUS | * * | |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, PARISH OF ORLEANS, ET AL., DEFENDANTS | * * * * | |

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the above captioned matter be, and the same is hereby REMANDED back to the Civil District Court for the Parish of Orleans.

This _____ day of _____, 2006, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE