UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SUSAN AND WILLIAM LAURENDINE, ET AL., | * * * | CASE NO. 06-3529 SECTION: "F"(3) "K" (2) |
| PLAINTIFFS | * | |
| VERSUS | * | |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, PARISH OF ORLEANS, ET AL., | * * * | |
| DEFENDANTS | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

TO: THOMAS P. ANZELMO, T.A.
MARK E. HANNA, ESQ.
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
AND VIA FAX (504) 831-2492

PLEASE TAKE NOTICE that the ~~attached expedited~~ Motion to REMAND CASE TO STATE COURT, will be heard in the United States District Courthouse for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, on the 9TH day of August 2006, at 9:30 a.m, before the Honorable Stanwood Duval U.S. District Judge.

You are invited to attend and participate as may be deemed proper and in accordance with law.

Respectfully submitted,

_____
DARLEEN M. JACOBS, bar # 7208
AL A. SARRAT, bar # 19776
JACOBS & SARRAT

823 ST. LOUIS STREET
NEW ORLEANS, LOUISIANA 70112
(504) 522-3287 & 522-0155

Attorneys for Complainants,
SUSAN LAURENDINE, ET AL.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings have been served upon all counsel of record by facsimile transmission and by depositing the same in the U.S. Mail, postage prepaid and properly addressed, this 13 day of July, 2006.

JACOBS & SARRAT

2