UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## ORDER

Having considered Defendant United States of America's Motion for Leave to File Memorandum in Support of Motion to Dismiss in Excess of 25 Pages, finding no opposition thereto, and for good cause shown,

**IT IS ORDERED** that Defendant United States of America is granted leave to file its Memorandum in Support of its Motion to Dismiss in excess of 25 pages.

**IT IS FURTHER ORDERED** that the hearing date noticed for this matter, that being **August 23, 2006 at 9:30 a.m.,** is to be **RESET** at a telephonic status conference to be held on **August 1, 2006 at 10:00 a.m.** with Liaison Counsel Joe Bruno and Ralph Hubbard to participate along with counsel for the United States, with the United States initiating the call.

New Orleans, Louisiana, this 26th day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE