UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

**DEFENDANT UNITED STATES' MOTION TO DISMISS**

Pursuant to Rule 12(b)(1), Fed. R. Civ. P., the United States moves to dismiss this action for lack of subject-matter jurisdiction.  In support of this motion, the Court is respectfully

1

referred to the United States' Memorandum of Law in support of this motion, the Exhibits submitted herewith, and the entire record.

                                          Respectfully submitted,

                                          PETER D. KEISLER
                                          Assistant Attorney General

                                          JEFFREY S. BUCHOLTZ
                                          Principal Deputy Assistant Attorney General

                                          C. FREDERICK BECKNER III
                                          Deputy Assistant Attorney General

                                          PHYLLIS J. PYLES
                                          Director, Torts Branch

                                          PAUL F. FIGLEY
                                          Deputy Director, Torts Branch
                                          Civil Division

                                          s/ Robin D. Smith
                                          ROBIN D. SMITH
                                          Trial Attorney
                                          Torts Branch, Civil Division
                                          U.S. Department of Justice
                                          P.O. Box 888
                                          Benjamin Franklin Station
                                          Washington, D.C.  20044
                                          (202) 616-4289
                                          (202) 616-5200 (fax)
                                          robin.doyle.smith@usdoj.gov
                                          Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

    I, Robin D. Smith, hereby certify that on July 24, 2006, I served a true copy of Defendant United States' Motion to Dismiss upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron | Jim S. Hall |
| waaron@goinsaaron.com | jodi@jimshall.com |
| Neil Abramson | Robert Harvey |
| abramson@phelps.com | rgharvey@bellsouth.net |
| Jonathon Beauregard Andry | Herman C. Hoffmann, Jr. |
| jandry@andrylawfirm.com | hhoffmann@spsr-law.com |
| Thomas P. Anzelmo | David Blayne Honeycutt |
| tanzelmo@mcsalaw.com | DBHoneycutt@aol.com |
| Judy Barrasso | Ralph Hubbard |
| jbarrasso@barrassousdin.com | rhubbard@lawla.com |
| Daniel E. Becnel, Jr. | Tamara Kluger Jacobson |
| dbecnel@becnellaw.com | tkjacobson@aol.com |
| Robert Becnel | Michael Courtney Keller |
| ROBBECNEL@aol.com | kellerm@ag.state.la.us |
| Kelly Cambre Bogart | Stephen Kreller |
| kbogart@duplass.com | sskreller@gmail.com |
| Terrence L. Brennan | Hugh Lambert |
| tbrennan@dkslaw.com | hlambert@lambertandnelson.com |
| Joseph Bruno | John M. Landis |
| jbruno@brunobrunolaw.com | jlandis@stonepigman.com |
| Thomas Darling | Mickey Landry |
| tdarling@grhg.net | mlandry@landryswarr.com |
| Kevin Derham | Wade Langlois |
| kderham@duplass.com | wlanglois@grhg.net |
| Walter Dumas | Wayne J. Lee |
| wdumas@dumaslaw.com | wlee@stonepigman.com |
| Lawrence Duplass | F. Gerald Maples |
| lduplass@duplass.com | federal@geraldmaples.com |
| Calvin Fayard | Ben Louis Mayeaux |
| calvinfayard@fayardlaw.com | bmayeaux@ln-law.com |
| Thomas Francis Gardner | Gordon McKernan |
| gardner@bayoulaw.com | gemckernan@mckernanlawfirm.com |
| Thomas Gaudry | Gerald A. Melchiode |
| tgaudry@grhg.net | jmelchiode@gjtbs.com |
| Joseph Guichet | Gerald Edward Meunier |
| jguichet@lawla.com | dmartin@gainsben.com |

James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com
David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com
Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com
Charles F. Seemann, Jr.

cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com
Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com
Thomas V. Girardi
tgirardi@girardikeese.com
 John W. deGravelles
deidson@dphf-law.com
Craig Frank Holthaus
fholthaus@dphf-law.com

| | |
|---|---|
| Samuel Gabb | FAX: 504-581-4336 |
| sgabb@lundydavis.com | |
| James Roussel | |
| jroussel@bakerdonelson.com | |
| Arthur Gordon Grant, Jr. | Deborah Louise Wilson |
| ggrant@monbar.com | 317 Magazine Street |
| Clayton Morris Connors | New Orleans, LA 70130 |
| cconnors@mumphreylaw.com | |
| William Larzelere | Joseph W. Hecker |
| blarzelere@lpw-law.com | 619 Europe Street , 2nd Floor |
| Andre J. Mouledoux | Baton Rouge, LA 70806 |
| amouledoux@mblb.com | |
| James A. Cobb, Jr. | Vernon Palmer Thomas |
| jac@ecwko.com | 1524 N. Claiborne Ave. |
| William Everard Wright, Jr. | New Orleans, LA 70116 |
| wwright@dkslaw.com | |
| Lawrence D. Wiedemann | |

_____
Catherine J. Finnegan