# EXHIBIT 6

89th Congress, 1st Session     - - - - - - - - -     House Document No. 231

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## LETTER

FROM

## THE SECRETARY OF THE ARMY

TRANSMITTING

A LETTER FROM THE CHIEF OF ENGINEERS, DEPARTMENT OF THE ARMY, DATED MARCH 4, 1964, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND ILLUSTRATIONS, ON A REVIEW OF THE REPORTS ON, AND AN INTERIM HURRICANE SURVEY OF LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA, REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON PUBLIC WORKS, UNITED STATES SENATE, ADOPTED JANUARY 28, 1949, AND FEBRUARY 4, 1957, AND AUTHORIZED BY THE RIVER AND HARBOR ACT APPROVED MARCH 2, 1945.  IT IS ALSO IN PARTIAL RESPONSE TO PUBLIC LAW 71, 84TH CONGRESS, APPROVED JUNE 15, 1955



JULY 6, 1965.—Referred to the Committee on Public Works and ordered to be printed with illustrations

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1965

50-164 O

LETTER OF TRANSMITTAL



**DEPARTMENT OF THE ARMY**
WASHINGTON, D.C. 20310

June 28, 1965

Honorable John W. McCormack

Speaker of the House of Representatives

Dear Mr. Speaker:

I am transmitting herewith a favorable report dated 4 March 1964, from the Chief of Engineers, Department of the Army, together with accompanying papers and illustrations, on a review of the reports on, and an interim hurricane survey of Lake Pontchartrain and Vicinity, Louisiana, requested by resolutions of the Committee on Public Works, United States Senate, adopted 28 January 1949 and 4 February 1957, and authorized by the River and Harbor Act approved 2 March 1945. It is also in partial response to Public Law 71, 84th Congress, approved 15 June 1955.

The views of the State of Louisiana, the Departments of the Interior and Commerce, and the Public Health Service are set forth in the inclosed communications, together with pertinent replies of the Chief of Engineers.

The Bureau of the Budget noted that the Seabrook Lock would serve a dual purpose--mitigating anticipated adverse effects of the Mississippi River-Gulf Outlet navigation project, and serve as an element in the hurricane surge control project. The Bureau of the Budget supports the Department of the Interior request for such further studies, as may be needed, in developing design criteria for the lock in order to assure protection of fish and wildlife values. Consideration will be given this aspect of the lock in the detailed design of the project.

The Bureau also discusses cost sharing for the Seabrook facility, and expresses the opinion that under the existing circumstances standard methods of cost sharing are inapplicable; consequently the viewpoint of the Bureau of the Budget is to allocate the cost of the Seabrook feature equally between navigation and hurricane protection. This allocation of costs would result in the additional cost of $687,000 to the local interests and a corresponding reduction in the cost to the United States for the Seabrook lock. With the understanding that this apportionment of costs would not unduly delay construction, I concur in the views of the Bureau of the Budget.

vii

**COMMENTS OF THE BUREAU OF THE BUDGET**

EXECUTIVE OFFICE OF THE PRESIDENT

BUREAU OF THE BUDGET

WASHINGTON, D.C. 20503

June 8, 1965

Honorable Stephen Ailes
Secretary of the Army
Washington, D. C.   20310

Dear Mr. Secretary:

Mr. Harry C. McPherson's letter of May 11, 1964, submitted the proposed report of the Chief of Engineers on an interim hurricane survey of Lake Pontchartrain and vicinity, Louisiana, in response to several resolutions listed in the report.

The Chief of Engineers recommends a plan involving new or enlarged levees, several control structures, and other works to protect against hurricane tides, areas along the south shore of Lake Pontchartrain, the Chalmette region south of New Orleans, and the community of Mandeville to the north. Total first cost of the improvements is estimated at $84,826,000. All separable units of the plan have favorable benefit-cost ratios. In addition to other stated conditions of local cooperation, local interests would be required to bear 30 percent of total project cost allocated to hurricane protection, now estimated to comprise $5,926,000 for lands, easements, rights-of-way and relocations, and a cash contribution of $18,028,000 towards the cost of construction. In addition, a further cash contribution, equivalent to the estimated 100-year maintenance cost for the recommended Rigolets lock, now estimated at $3,950,000 would be required of local interests. The net Federal first cost is now estimated at $56,922,000.

The Department of Commerce in its letter of comment expressed concern that the proposed location of a levee involved in the hurricane barrier plan conflicted with plans for location of Interstate Highway 10. We have been advised that highway construction plans have subsequently been modified and are assured that the conflict has been resolved.

Two comments regarding the proposed Seabrook Lock feature are necessary. The report of the Chief of Engineers states that the facility would serve a dual purpose--mitigating anticipated adverse effects of the Mississippi River-Gulf Outlet navigation project, now under construction, and serve as an element in the hurricane surge-control project. The Department of the Interior, in its letter of comment, has questioned the adequacy of the Seabrook feature, as presently designed, to function effectively as a mitigation device. The Bureau of the Budget supports the Interior re-

## COMMENTS OF THE DEPARTMENT OF THE INTERIOR



## UNITED STATES
## DEPARTMENT OF THE INTERIOR
### OFFICE OF THE SECRETARY
WASHINGTON, D.C. 20240

December 11, 1963

Dear General Wilson:

This Department has reviewed reports on Lake Pontchartrain, Louisiana and Vicinity, submitted with your letter of September 10, 1963. The total construction cost of the recommended improvements is estimated at $84,826,000.

The Fish and Wildlife Service advises that Lake Pontchartrain is a part of the total interrelated estuarine complex of southeastern Louisiana. All of the lake affords nursery habitat for marine fishes and the upper portion is of exceptional importance to menhaden and white shrimp. Stocks of these and other species utilizing the nursery habitat provide forage for desirable game and commercial fishes and contributes to the sport and commercial fisheries, not only within the lake, but also in a much larger area along the Gulf coast. The maintenance of the nursery habitat and the harvestable fish populations are dependent on the preservation of the existing salinity gradient in Lake Pontchartrain.

In its reports of March 13 and October 22, 1962, the Service recommended measures concerning the construction and operation of project structures to assure that a salinity regimen suitable for the preservation of the fishery resources would be maintained with the hurricane protection works in place. The recommendation of the Service, which would provide for the enlargement of structures in the tidal passes should the salinity gradient in Lake Pontchartrain be sufficiently altered to pose a threat to fishery resources, was not accepted by the District Engineer. In commenting on the recommendation, the District Engineer stated the design of control structures was considered adequate for the maintenance of the present salinity gradient in Lake Pontchartrain and that the lock at Seabrook will provide control of sufficient flexibility to regulate salinity in the lake within reasonable limits. The District Engineer also stated that the Seabrook Lock will be operated in cooperation with the Fish and Wildlife Service to control the salinity in Lake Pontchartrain and in the Mississippi River-Gulf Outlet area provided such operation will not interfere with navigation.

The Service questions whether the cross sectional dimensions of the control structures will provide sufficient capacity to accommodate the necessary flows for salinity control, particularly if operation of Seabrook Lock for control of salinity is subordinate to navigation interests. Alteration of the salinity regimen in Lake Pontchartrain will result in serious fishery losses.

# LAKE PONTCHARTRAIN AND VICINITY, LOUISIANA

## REPORT OF THE CHIEF OF ENGINEERS, DEPARTMENT OF THE ARMY



**HEADQUARTERS
DEPARTMENT OF THE ARMY
OFFICE OF THE CHIEF OF ENGINEERS
WASHINGTON 25, D.C.**

IN REPLY REFER TO

ENGCW-PD

4 March 1964

SUBJECT: Lake Pontchartrain and Vicinity, Louisiana

TO: THE SECRETARY OF THE ARMY

    1. I submit for transmission to Congress the report of the Board of Engineers for Rivers and Harbors, accompanied by the reports of the District and Division Engineers and the concurring report of the Mississippi River Commission for those areas under its jurisdiction, in response to a resolution of the Committee on Public Works of the United States Senate adopted 28 January 1949 requesting a review by the Board of existing reports on Lake Pontchartrain, Louisiana, concerning navigation, flood control, and shore erosion in Orleans Parish. It is also in review of reports by the District and Division Engineers in response to an item in the River and Harbor Act approved 2 March 1945 authorizing and directing a survey concerning shore erosion and seawall damage at Mandeville, Louisiana; in response to a resolution of the Committee on Public Works of the United States Senate adopted 4 February 1957, requesting a review by the Chief of Engineers of reports on Lake Pontchartrain to determine the advisability of constructing a levee connecting the existing south guide levee of the Bonnet Carre Spillway with the existing Jefferson Parish levee; and in partial response to Public Law 71, Eighty-fourth Congress, first session, approved 15 June 1955, authorizing and directing a survey with a view to determining means for preventing loss of lives and damages to property by hurricanes along the eastern and southern seaboard of the United States.

    2. The District and Division Engineers find that the most suitable plan for protecting the partially developed areas bordering Lake Pontchartrain would consist of two parts: a levee and floodwall barrier along the southeast side of the areas to prevent entry of surges from Lake Borgne into the areas and Lake Pontchartrain; and new or enlarged levees along the south shore of Lake Pontchartrain, together with repair and reinforcement of the existing seawall at Mandeville on

1

the north shore, to prevent entry of lake surges into the areas. The barrier would include a lock and flood gates in the Rigolets, a navigation gate and flood gates in Chef Menteur Pass, and a multiple-purpose lock in the lakeward end of the Inner Harbor Canal. Based upon price levels of December 1961, the reporting officers estimate the first cost of the barrier plan at $64,703,000, the annual charges at $2,535,600, and the average annual benefits at $48,009,000. The benefit-cost ratio is 18.9. The cost apportionment is based upon that adopted by Congress in the 1958 Flood Control Act for similar projects wherein the Federal share is 70 percent of the total project cost and the non-Federal share is 30 percent, including lands, easements, rights-of-way, relocations, and the remainder, if any, in cash. However, the reporting officers consider that operation and maintenance of the Rigolets lock as a part of the hurricane barrier is a local responsibility, but that performance by the Federal Government would be in the public interest. Accordingly, they propose a cash contribution equivalent to the 100-year present worth of this item, presently estimated at $125,000 annually, or a total of $4,092,000. On these bases the Federal share of the first cost is estimated at $41,200,000 and the non-Federal share at $23,503,000, including $18,476,000 in cash. For the Chalmette area, the reporting officers find that the most suitable plan would consist of about 17.3 miles of new and enlarged levees extending generally along the southerly banks of the Gulf Intracoastal Waterway and the Mississippi River-Gulf Outlet channel to Bayou Dupre and thence westerly to the Mississippi River levee at Violet. The first cost is estimated at $15,143,000, the annual charges at $572,200, and the average annual benefits at $5,152,000. The benefit-cost ratio is 9.0. The Federal share of the first cost is estimated at $10,600,000 and the non-Federal share at $4,543,000, including $3,644,000 in cash. The reporting officers further find that a lock is required in the Inner Harbor Navigation Canal near Seabrook to prevent velocities hazardous to navigation in the canal, and increased salinity in Lake Pontchartrain, which will occur upon completion of the Mississippi River-Gulf Outlet navigation project, presently under construction. It would serve a dual purpose in controlling tidal exchange into the lake and as an element in the hurricane surge-barrier. The first cost of the lock allocated to the Gulf Outlet project is estimated at $4,980,000 and the annual charges at $278,600, including $120,000 for Federal operation and maintenance in addition to that now required. Inclusion of these costs in those for the Gulf Outlet project decreases the benefit-cost ratio from 1.8 to 1.7. Subject to particular conditions of local cooperation applying to each of the three plans, the reporting officers recommend authorization for construction in accordance with their plans.

3. The Mississippi River Commission concurs in general in the views and recommendations of the reporting officers insofar as they pertain to proposed improvements under the jurisdiction of the Commission in St. Charles and Jefferson Parishes.

4. The Board of Engineers for Rivers and Harbors concurs in general in the views and recommendations of the reporting officers pertaining to the three plans. Subject to re-examination of the levee alignment in the preconstruction planning stage with a view to protecting additional lands, and to certain requirements of local cooperation, the Board recommends authorization for construction of the improvements, essentially as planned by the reporting officers, provided that each separable independent feature may be undertaken independently of the others whenever funds for that purpose are available and the prescribed local cooperation has been provided.

5. Application of an interest rate of 3 percent, as recently prescribed, would not change the benefit-cost ratios appreciably for the barrier plan and for the Chalmette area. However, it would reduce the cash contribution for Federal operation and maintenance of the Rigolets lock from $4,092,000 to $3,950,000. The Federal share of the first cost of the barrier plan is presently estimated at $41,342,000 and the non-Federal share at $23,361,000, including $18,334,000 in cash. Application of 3 percent interest rate in the analysis causes no change in the benefit-cost ratio or the cost apportionment for the modified Gulf Outlet project.

6. Subject to these modifications, I concur in the recommendations of the Board of Engineers for Rivers and Harbors.

W. K. WILSON, JR
Lieutenant General, USA
Chief of Engineers

**REPORT OF THE BOARD OF ENGINEERS FOR RIVERS AND HARBORS**



CORPS OF ENGINEERS, U.S. ARMY
BOARD OF ENGINEERS FOR RIVERS AND HARBORS
WASHINGTON 25, D.C.

ENGBR                                                               24 July 1963

SUBJECT:  Lake Pontchartrain and Vicinity, Louisiana


TO:      Chief of Engineers
         Department of the Army



     1.  <u>Authority and scope</u>.--This report is in response to a resolution of the Committee on Public Works of the United States Senate adopted 28 January 1949 requesting a review by the Board of Engineers for Rivers and Harbors of existing reports on Lake Pontchartrain, Louisiana, "with a view to determining if any modifications of recommendations contained therein are advisable at the present time with respect to flood control, navigation, and beach erosion control in Orleans Parish, Louisiana." It is also in review of reports by the District and Division Engineers in response to an item in the River and Harbor Act approved 2 March 1945 authorizing and directing a survey "with a view to the protection of the shoreline and repairs to the existing protective works on Lake Pontchartrain at Mandeville, Louisiana"; a resolution of the Committee on Public Works of the United States Senate adopted 4 February 1957, requesting a review by the Chief of Engineers of reports on Lake Pontchartrain to determine "the advisability of extending the existing levee on the south shore of Lake Pontchartrain in Jefferson Parish, along the lake shore in St. Charles Parish to tie-in with the south guide levee of the Bonnet Carre Spillway, in view of recent changed physical or economic conditions"; and in partial response to Public Law 71, Eighty-fourth Congress, first session, approved 15 June 1955, authorizing and directing a survey with a view to determining means for preventing loss of lives and damages to property by hurricanes along the eastern and southern seaboard of the United States.  The authorities are quoted in the report of the District Engineer.  This report is concerned primarily with providing protection against hurricane water levels, but includes provision for modifying the authorized Mississippi River-Gulf Outlet navigation project, presently under construction. Several hurricane reports have been submitted and others will be made later.  Erosion problems along unprotected reaches of the north shore of Lake Pontchartrain are left for separate investigation under beach erosion control legislation.

4

2. <u>Description</u>.--Lake Pontchartrain is in southeastern Louisiana north of and adjacent to the city of New Orleans. It is roughly oval in shape, with the long axis extending about 40 miles in an east-west direction, and has a water surface of about 640 square miles. On the east it is connected through the Rigolets and Chef Menteur Pass, and Lake Borgne and Mississippi Sound, to the Gulf of Mexico. On the west it is connected through Pass Manchac to Lake Maurepas, a shallow tidal basin having a surface area of about 90 square miles. The lake has a tributary drainage area of about 4,700 square miles, including the Tangipahoa and Tchefuncta Rivers and Bayous Lacombe, Liberty, Bonfouca, and Castine along its north shore, and the Blind, Amite, Natalbany, and Tickfaw Rivers, which empty into Lake Maurepas. It varies in depth to over 40 feet in Chef Menteur Pass and averages about 12 feet. Water levels in the lake vary according to direct rainfall; tributary inflow; wind-driven water movement; tidal movements from the Gulf of Mexico through the Rigolets, Chef Menteur Pass, and the Inner Harbor Canal by way of the Gulf Intracoastal Waterway and the Mississippi River-Gulf Outlet project; and infrequently by diversion of the Mississippi River through the Bonnet Carre Spillway. Although the lake is subject to very high and damaging levels during hurricanes, it has an average level of one foot above mean sea level. The tidal range is about one foot in Lake Borgne and about 0.5 foot in Lake Pontchartrain. Wind effects, with wind velocities as low as 5 miles per hour, frequently dominate the normal tidal effects on lake levels. The salinity gradient in the lakes is fairly uniform, increasing from near-fresh water in Lake Maurepas progressively through Lake Pontchartrain to near-Gulf concentrations in the western part of Lake Borgne. Discharge of fresh water from Pearl River acts to dilute western Lake Borgne waters. The United States Fish and Wildlife Service reports that the existing salinity gradient supports a valuable fishery resource in nursery stock and sport and commercial species. It further reports that any major shift in the salinity gradient could have significant effect upon the fishery resources in the lake and adjacent areas.

3. The study area, referred to as the Pontchartrain Basin, is a shallow depression which lies between the alluvial ridge of the Mississippi River and gulfward-sloping uplands on the north and west. A low alluvial ridge, known as the Metairie-Gentilly Ridge, marking the position of an ancient distributary of the river, extends northeastward from Jefferson Parish through Orleans Parish toward the uplands and subdivides the basin. The lakes were originally separated from the uplands and ridges by marsh and swamp lands, except in the vicinity of Mandeville on the north shore of Lake Pontchartrain where the uplands border the lake. However, a large part of the south and southeastern shores of Lake Pontchartrain have been partially protected by levees and floodwalls and drained for development by pumping. Because of drainage in these areas, the highly organic surface soils have shrunk and land settlement has occurred to as much as 7 feet below mean sea

level. In addition to local settlement, regional subsidence is occurring in the New Orleans area at the rate of about 0.4 foot per century.

4. The area under study is in a subtropical latitude having mild winters and hot, humid summers. Precipitation averages about 60 inches annually, practically all in the form of rainfall. However, annual precipitation may vary plus or minus 50 percent from the average and several stations have recorded no rainfall in a calendar month while others at different times have recorded as much as 25 inches.

5. The 1960 population in the study area was about 772,000, essentially all urban, of which about 99 percent was in the four parishes south of Lake Pontchartrain. The main activities in the area relate to manufacture and/or processing of food products, hardware, prefabricated metal products, basic chemicals, petroleum products, building materials, ships and boats, and wearing apparel. These industries accounted for about 95 percent of the value added by manufacture, which was in excess of $466 million in 1958. Indications are that the New Orleans metropolitan area will have a population of about 2 million by the year 2010, which is expected to occupy areas progressively westward in Jefferson and St. Charles Parishes and eastward in Orleans and St. Bernard Parishes.

6. <u>Existing and planned improvements</u>.--Federal improvements in the area consist of: the Mississippi River and Tributaries project for flood control which includes, among other features, the east bank Mississippi River levee, the Bonnet Carre Spillway guide levees, and the lakefront levee in Jefferson Parish; the 40-foot navigation project, Mississippi River, Baton Rouge to the Gulf of Mexico, Louisiana, and a modification thereto, the Mississippi River-Gulf Outlet project 36 feet deep and 500 feet wide extending through a land and water cut from the Inner Harbor Navigation Canal in New Orleans southeasterly to the Gulf of Mexico, presently under construction; a section of the Gulf Intracoastal Waterway 12 feet deep and 150 feet wide extending through a land cut from Lake Borgne near the Rigolets to the Inner Harbor Navigation Canal in New Orleans, and a 9-foot alternate route from the Inner Harbor Navigation Canal across Lake Pontchartrain and through the Rigolets; and several shallow-draft navigation projects connecting the lakes and north shore tributary streams. Non-Federal improvements consist of: levees, seawalls, and about 11.5 miles of Southern Railway embankment along the lakefront extending eastward from the Jefferson-Orleans Parish line to South Point, northwest of Chef Menteur Pass, thence levees only extending southeasterly to the Gulf Intracoastal Waterway, thence westerly along the waterway to the Inner Harbor Navigation Canal, together with several cross levees, canals, and