# EXHIBIT 7



**US Army Corps of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

**VOLUME I**

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT

# INTRODUCTION

This report has been arranged in three volumes. The first volume, the Main Report, is a nontechnical presentation of the study results, including the overall project formulation processes, the environmental impact statement (EIS), and study recommendations. The second volume, a set of technical appendixes, contains technical data in support of information presented in the Main Report. These appendixes are primarily an aid to the technical reviewer. Volume III is the Public Views and Responses appendix containing the comments received on the draft EIS.

## STUDY AUTHORITY

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project, as presently being constructed, was authorized by Public Law 89-298, 27 October 1965, House Document 231, 89th Congress, 1st Session (the Flood Control Act of 1965) generally in accordance with recommendations contained within a report of the Chief of Engineers. Upon receipt of funds in 1966, construction of the hurricane protection project began.

In response to the National Environmental Policy Act of 1969, the US Army Corps of Engineers prepared an EIS in August 1974, and filed it with the Council on Environmental Quality in January 1975. Shortly thereafter, the adequacy of the EIS was challenged in court, and, on 30 December 1977, major portions of the project were enjoined from further construction by United States District Court, Eastern District of Louisiana, New Orleans Division. Subsequently, in March 1978, the injunction was modified to allow continued construction of all portions of the project, except the barrier complexes at Chef Menteur Pass and The Rigolets. Pertinent portions of the court's opinion are as follows.

While the competition of other ports appears to have increased, the total volume of tonnage reported for the Port of New Orleans has continued to grow, and by 1979, surpassed the total reported for the Port of New York, previously the Nation's most active port. Table 2 compares the traffic patterns of the Port of New Orleans with New York and several ports along the gulf coast. In addition to waterborne commerce, connecting truck and rail lines have helped maintain the Metropolitan New Orleans area as a major international as well as regional market. Based on figures reported by the Louisiana Department of Labor, transportation employment in the study area in 1979 accounted for 44 percent of the state's total.

TABLE 2

COMPARATIVE TRAFFIC PATTERNS OF PORTS

| Year | New Orleans | Total Volume of Tonnage Reported | | | | |
|---|---|---|---|---|---|---|
| | | New York | Miami[1] | Tampa | Mobile | Houston |
| 1970 | 123,674 | 174,008 | 12,371 | 31,357 | 23,830 | 64,654 |
| 1971 | 120,067 | 181,025 | 12,709 | 34,975 | 24,919 | 68,424 |
| 1972 | 125,719 | 196,843 | 15,667 | 43,230 | 27,291 | 71,431 |
| 1973 | 136,104 | 216,896 | 18,111 | 41,923 | 30,518 | 88,518 |
| 1974 | 144,189 | 195,096 | 15,698 | 40,919 | 33,154 | 89,106 |
| 1975 | 140,409 | 177,815 | 14,107 | 39,858 | 32,453 | 83,674 |
| 1976 | 155,990 | 179,587 | 15,729 | 39,904 | 35,379 | 89,898 |
| 1977 | 162,992 | 185,292 | 15,333 | 45,620 | 35,944 | 104,291 |
| 1978 | 160,612 | 186,733 | 15,631 | 47,077 | 36,261 | 111,936 |
| 1979 | 167,135 | 163,621 | 16,607 | 47,885 | 35,245 | 117,551 |

[1] Includes Port Everglades and Miami Harbors.

SOURCE: US Army Corps of Engineers, Waterborne Commerce of the United States, 1979.

Construction of the New Orleans Superdome, several large commercial buildings, and a number of major hotels have helped keep the area's

8

damage and risk to human life would occur if structures providing lower levels of protection experienced significant overtopping during a hurricane more severe than the design storm.

There are two purposes of the studies presented herein. One purpose was to develop sufficient data to allow a rational decision on the best way to complete the project; that is, the economic costs and benefits and environmental impacts which already have been incurred as a result of prior project construction were not factors in plan formulation purposes, and are not reflected in the main report. The second purpose was to analyze previous impacts as well as those which might occur as a result of detailed plans. This data has been used to prepare the accompanying EIS supplement and to determine the amount of mitigation necessary. (A separate Mitigation Report/EIS is presently being prepared.)

As construction of the authorized hurricane protection project is ongoing, and the analyses required for this study are time consuming and cannot be continuously adjusted as construction progresses, it was necessary to freeze construction activities at some point in time. For purpose of economic analysis, existing conditions are defined as 1 October 1979 conditions. Accordingly, costs-to-complete reflect costs beginning 1 October 1979. Costs incurred before that date are the same for all plans, and do not affect plan selection. Costs reflect 1 October 1981 price levels, and the annual discount rate used for formulation was the rate in effect when construction funds for the project were first appropriated, 3 1/8 percent. The economic period of analysis (project life) used was 100 years beginning in 1993 for the barrier plan and 1988 for the high level plan. These years represent

## TABLE 21

SUMMARY OF COSTS TO COMPLETE THE BARRIER PLAN
($1,000's, October 1981 Price Levels
3 1/8 Percent Annual Discount Rate and a 100-Year Project Life)[1]

| FEATURE | FIRST COST | ANNUAL OPERATION AND MAINTENANCE COSTS[2] |
|---|---|---|
| CHALMETTE AREA PLAN | 65,925 | 249 |
| CITRUS-NEW ORLEANS EAST AREA | | |
| Citrus Back Levee | 5,050 | 27 |
| New Orleans East Back Levee | 17,087 | 17 |
| South Point to GIWW levee | 585 | 24 |
| New Orleans East Lakefront Levee | 12,185 | 15 |
| Citrus Lakefront Levee | 8,571 | 57 |
| IHNC East Bank Levee | 3,423 | 30 |
| WEST NEW ORLEANS AREA | | |
| IHNC West Bank Levee | 33,324 | 30 |
| New Orleans Lakefront Levee[3] | 188,150 | 256 |
| EAST BANK OF JEFFERSON PARISH AREA | | |
| Jefferson Parish Lakefront Levee | 8,871 | 39 |
| JEFFERSON-ST. CHARLES PARISH BOUNDARY LEVEE | 9,248 | 8 |
| EAST BANK OF ST. CHARLES PARISH AREA | | |
| North of Airline Highway Levee | 37,498 | 34 |
| MANDEVILLE SEAWALL | 2,378 | 1 |
| BARRIER COMPLEXES | | |
| Seabrook (50% of First Costs) | 45,725 | N/A |
| Chef Menteur Pass | 109,301 | 135 |
| The Rigolets | 195,501 | 842 |
| TOTAL CONSTRUCTION COST | 742,822 | 1,764 |



