



PLATE 6





