LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
TODD R. SLACK
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

OF COUNSEL
JACK C. BENJAMIN
SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 27 AM 7:27
LORETTA G. WHYTE
CLERK

July 26, 2006

**BY HAND**

Magistrate Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room B409, Hale Boggs Federal Building
New Orleans, Louisiana 70130

  Re: Colleen Berthelot, et al vs. Boh Brothers
    Construction Co., et al
    USDC No. 05-4182, "K" (2) All Actions

Dear Magistrate Wilkinson:

  We write this letter to advise you of our efforts in obtaining service of process on Pittman Construction Co., Inc. To date, we have successfully served a representative of the entity and entered into an agreement to grant the defendant a 60-day extension within which to answer. I have attached copies of all relevant correspondence.

  With kind regards, I remain,

              Sincerely yours,

              Kara M. Hadican

KMH/dmm

Enclosures

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___

Greg Rodriguez
1608 Frankfort Street
New Orleans, LA  70122

June 16, 2006

Mr. Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2800

Re: Pittman Construction Co.

Dear Mr. Meunier,

As indicated to you in our telephone conversation yesterday I am the son in law of Gloria Pittman, the registered agent for service of Pittman Construction Company, Inc. Mrs. Pittman is also the sole shareholder of Pittman Construction Company, Inc. She acquired the shares after the death of her husband Albert E. Pittman passed away on July 10, 2000.  Up until his death Mr. Pittman was the sole shareholder and president of Pittman Construction Company, Inc.

We accepted service on the Civil Case Number 06-225K entitled Federick Bradley, Et Al v. Pittman Construction Company, Inc., Et Al on Wednesday May 31, 2006.

As I conveyed to you, Pittman Construction Company is an inactive and insolvent entity. The corporation's final project was completed in 1997 or 1998.  Until that time the company maintained general liability insurance. Since that time there are no insurances in force.

I would like to request a 60 day extension of time in order to respond the complaint which was served on Mrs. Pittman.  I need this time in order to investigate which insurance company Pittman Construction Company had at the time the 17th Street Floodwall was constructed for the U. S. Army Corps of Engineers.  All records of Pittman Construction Company have been either purged or destroyed by Hurricane Katrina.  I am going to be in contact with the insurance agent in order to try to identify the insurance company.  I can also attempt to get the information from the U. S. Army Corps of Engineers, but I am not sure how expeditious that process would be.

If you need any additional information or clarification please contact me at my office at 504-885-9990.

Sincerely,

Greg Rodriguez

LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.

ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
TRACEY RANNALS BRYAN
TODD R. SLACK
MICHAEL J. ECUYER
KARA M. HADICAN
TODD J. BIALOUS

2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

July 26, 2006

OF COUNSEL
JACK C. BENJAMIN

SAMUEL C. GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

Greg Rodriguez
1608 Frankfort Street
New Orleans, Louisiana 70112

Re: Pittman Construction Co.

Dear Mr. Rodriguez:

Jerry Meunier and I are agreeable to affording Pittman Construction Co., Inc. a 60-day extension to answer plaintiffs' complaint. Please be advised, however, that delays are ultimately overseen by Magistrate Judge Wilkinson *via* call docket appearances.

With kind regards, I remain,

Sincerely yours,

ORIGINAL SIGNED

Kara M. Hadican

KMH/dmm