FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 19  PM 5: 20

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| Plaintiffs | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE NO. 2 |
| Defendants | * | |
| THIS DOCUMENT RELATES TO: ALL CASES | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PROTOCOL FOR CASE MANAGEMENT
### CASE MANAGEMENT ORDER NUMBER 1

#### CONSOLIDATION OF CASES
#### CAPTIONING AND DESIGNATION OF GROUPINGS

This Case Management Order No. 1 delineates a set of rules by which the parties in those cases presently consolidated before the Court and all parties in litigation subsequently consolidated shall be bound.

**IT IS ORDERED** that the caption of the consolidated matters shall be, and is hereby, changed from *Colleen Berthelot, et al. v. Boh Brothers Construction Co., L.L.C., et al.* to *In Re: Katrina Canal Breaches Litigation.* For case management purposes, *In Re: Katrina Canal Breaches Litigation* shall be divided into four sub-categories which are as follows:

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

(1) Levee Cases, (2) MRGO Cases, (3) Insurance Cases, and (4) Responder Cases. Each suit under the umbrella of this consolidated litigation shall be placed into one of these four sub-categories as appropriate based on the principal nature of the claims asserted therein. Attached as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently filed.

**IT IS FURTHER ORDERED** that all pleadings filed in this consolidated litigation shall be captioned as follows:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.   05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: (*include only one*) ALL CASES ALL LEVEE ALL MRGO ALL INSURANCE ALL RESPONDER LEVEE        (SPECIFIC CASE NUMBER(S)) MRGO        (SPECIFIC CASE NUMBER(S)) INSURANCE  (SPECIFIC CASE NUMBER(S)) RESPONDER (SPECIFIC CASE NUMBER(S)) | § § § § § § § § § § § § § | |

Any pleading, motion, or other submission filed by any party in this consolidated litigation shall indicate in the "Pertains To" section of the caption which group the pleading applies to, as well as which cases (by docket number) within that group to which the pleading applies. By way of example, if the pleading applies to *Leblanc, et al. v. Boh Bros., et al 05-6327*

the caption shall indicate "Levee" in the "Pertains To" section, and then state the case name and number as follows: "Leblanc, No. 05-6327".

If the pleading, motion, or other submission applies to all cases within a particular group, the caption shall indicate the applicable group in the "Pertains To" section with one of the following: "All Levee," "All MRGO," "All Insurance," or "All Responder". Although rarely to be used, if the pleading, motion, or other submission applies to all cases, the caption shall indicate "All Cases" in the "Pertains To" section.

**IT IS FURTHER ORDERED** that with respect to the CM/ECF notices prepared by the Clerk of Court which are e-mailed to the parties, the Clerk of Court is directed to begin its entry of the Docket Text field with (1) the group, i.e., the "Pertains To" identifier, and (2) the "Cases" designations as specified by counsel for each pleading filed where appropriate.

**IT IS FURTHER ORDERED** that when any new case is consolidated into this litigation, the Clerk of Court shall notify Liaison Counsel for the plaintiffs, Joseph M. Bruno, and for the defendants, Ralph Hubbard. Liaison counsel shall then confer and within seventy-two (72) hours of receiving notification from the Clerk, said counsel shall file into the record a Notification of Designation informing counsel for the party(ies) filing the new suit as to the correct designation, *i.e.*, Levee, MRGO, Insurance, and Responder groups, which designation shall be mandated to be used by those parties by virtue of this Case Management Order No. 1.

**IT IS FURTHER ORDERED** that a copy of this Case Management Order No. 1 shall be filed into the record of the newly filed suit upon the docketing thereof.

3

**IT IS FURTHER ORDERED** that all future filings shall be captioned with the appropriate "Pertains To" and "Cases" designations as set forth herein.

New Orleans, Louisiana, this 19th day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

# Exhibit A
# In Re: Katrina Canal Breaches Consolidated Litigation
# Case List as of July 18, 2006

| Case Name | Cause No. | Pertains To |
|---|---|---|
| O'Dwyer v. USA | 2:05-cv-04181 | Responder, Levee, and MRGO |
| Berthelot v. Boh Bros. | 2:05-cv-04182 | Levee |
| J. Vodanovich v. Boh Bros. | 2:05-cv-04191 | Levee |
| A. Vodanovich v. Boh Bros. | 2:05-cv-05237 | Levee |
| Kirsch v. Boh Bros. | 2:05-cv-06073 | Levee |
| Ezell v. Boh Bros. | 2:05-cv-06314 | Levee |
| Vanderbrook v. State Farm | 2:05-cv-06323 | Insurance |
| Brown v. Boh Bros. | 2:05-cv-06324 | Levee |
| LeBlanc v. Boh Bros. | 2:05-cv-06327 | Levee |
| Bradley v. Modjeski | 2:05-cv-06359 | Levee |
| Tauzin v. OLD | 2:05-cv-00020 | Levee |
| Bradley v. Pittman Constr. | 2:06-cv-00225 | Levee |
| Finney v. Boh Bros. | 2:06-cv-00886 | Levee |
| Chehardy v. State Farm | 2:06-cv-01672 | Insurance |
| Chehardy v. State Farm | 2:06-cv-01673 | Insurance |
| Chehardy v. State Farm | 2:06-cv-01674 | Insurance |
| O'Dwyer v. U.S. Army Corps | 2:06-cv-01850 | Responder, Levee, and MRGO |
| O'Dwyer v. USA | 2:06-cv-01885 | Responder, Levee, and MRGO |
| Reed v. USA | 2:06-cv-02152 | MRGO |
| Robinson v. USA | 2:06-cv-02268 | MRGO |
| Christenberry v. OLD | 2:06-cv-02278 | Levee |
| Sanchez v. OLD | 2:06-cv-02287 | Levee |
| Fitzmorris v. OLD | 2:06-cv-02346 | Levee |
| Marcello v. Boh Bros. | 2:06-cv-02545 | Levee |
| Artus v. USA | 2:06-cv-02824 | MRGO |
| Armstead v. C. Ray Nagin | 2:05-cv-06438 | Responder |