# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVALL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO:      REED | § | |
| MRGO               2:06-CV-2152 | § | |
| | § | |
| | § | |
| | § | |

## MEMORANDUM IN SUPPORT OF
## MOTION TO DISMISS
## OR, ALTERNATIVELY,
## MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Manson Gulf, L.L.C. ("Manson Gulf") submits this memorandum in support of its motion for this Honorable Court to dismiss, or, alternatively, to grant it a summary judgment against plaintiffs, Philip Reed, et. al., ("Plaintiffs"). According to the undisputed evidence and the applicable law, Manson Gulf respectfully requests that this Honorable Court grant its motion and dismiss with prejudice all claims made by Plaintiffs in Civil Action No. 06-2152 against Manson Gulf because Manson Gulf was improperly and/or incorrectly sued in this case.

NO.99618941 1

## I.      INTRODUCTION

Plaintiffs brought suit against Manson Gulf based on dredging it allegedly performed for the United States Army Corps of Engineers in the Mississippi River Gulf Outlet ("MRGO").  But notwithstanding Plaintiffs' allegations, Manson Gulf has never (i) performed any dredging whatsoever on the MRGO; or (ii) entered into any contracts with the United States Army Corps of Engineers or any sub-contracts with the United States Army Corps of Engineers' contractors or subcontractors to perform any dredging on the MRGO.[1]

Manson Gulf has contacted counsel for Plaintiffs regarding Manson Gulf's voluntary dismissal from this case because Manson Gulf has never performed any dredging whatsoever on the MRGO.[2]  Further, Manson Gulf has provided Plaintiffs with an affidavit from Vincent J. Dinkler, Manson Gulf's Area Manager, substantiating Manson Gulf's non-involvement in the dredging.[3]

Nonetheless, Plaintiffs have not voluntarily dismissed Manson Gulf from this case.  Of note, Plaintiffs conceded to Manson Gulf that they have no information that Manson Gulf was involved whatsoever in any of the dredging.[4]  Plaintiffs further admitted that they only sued Manson Gulf because they possessed some documents indicating that Manson Construction & Engineering Co. dredged on the MRGO for the United States Army Corps of Engineers. Because, however, Manson Construction & Engineering Co. could not be identified as an entity

---

[1] See Exhibit "A", Affidavit of Vincent J. Dinkler, Area Manager of Manson Gulf since 1998.
[2] See Exhibits "B","C","D", "E".
[3] *Id.*
[4] See Exhibit "F".

2

which could be sued in Louisiana, Plaintiffs sued Manson Gulf.[5] Disappointingly, Plaintiffs now have not agreed to dismiss Manson Gulf, but instead have requested that Manson Construction & Engineering Co. be substituted in Manson Gulf's place as a defendant, thus attempting to establish jurisdiction, service, and/or service of process over Manson Construction & Engineering Co. by their having sued Manson Gulf.  At the very least, Plaintiffs' request is inconsistent with and not authorized by the Federal Rules of Civil Procedure.  Regardless, Plaintiffs' desire to name Manson Construction & Engineering Co. as a defendant in this case is not necessary because Manson Construction Co. has previously answered Plaintiffs' suit, and Manson Construction & Engineering Co. changed its name to Manson Construction Co. in 1997/1998.

As a result of the foregoing, Manson Gulf was unfortunately required to file this motion. Accordingly, Manson Gulf now requests that this Court grant its Motion to Dismiss, or, alternatively, its Motion for Summary Judgment in its favor, and dismissing all claims by Plaintiffs against Manson Gulf, with prejudice, in Civil Action No. 06-2152.

---

[5] *Id.*

NO.99618941.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____

George M. Gilly, T.A. (Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 28th day of July, 2006.

_____

NO.99618941.1