# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP REED, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION<br><br>NO. 06-2152 |
| VERSUS | SECTION "S"<br>JUDGE MARY ANN VIAL<br>LEMMON |
| THE UNITED STATES OF AMERICA, ET AL. | MAG. DIV. 4<br>MAGISTRATE JUDGE KAREN WELLS ROBY |

## AFFIDAVIT OF VINCENT J. DINKLER

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary public, personally came and appeared

**Vincent J. Dinkler**

who, after being duly sworn, did depose and state as follows:

1. That he is a competent natural person of the full age of majority;

2. That he is, and has been since 1998, the Area Manager of Manson Gulf, L.L.C. ("Manson Gulf"), a Louisiana limited liability company having its principal place of business in Houma, Louisiana;

3. That in his capacity as Manson Gulf's Area Manager, he has personal knowledge of the matters set forth in this affidavit;

NO.99610963.1



4.  That he has studied the allegations against Manson Gulf which are at issue in the underlying civil actions entitled, *Phillip Reed, on behalf of himself and all others similarly situated v. The United States of America, et al.*, Civil Action No. 06-2152, Section "K," United States District Court for the Eastern District of Louisiana; and *Louana Artus, et al. v. The United States of America, et al.*, Civil Action No. 06-2824, Section "K," United States District Court for the Eastern District of Louisiana;

5.  That Manson Gulf has never performed any dredging work whatsoever on the Mississippi River Gulf Outlet, nor entered into any contracts with the United States Army Corps of Engineers or sub-contracts with its contractors or subcontractors to perform any dredging work on the Mississippi River Gulf Outlet;

6.  That Manson Gulf did not perform in any capacity or in any role any of the dredging work at issue and referenced in the two civil actions mentioned above;

7.  That Manson Gulf was not involved in any manner whatsoever with any of the dredging work allegedly performed by named co-defendant, "Manson Construction Co. (a/k/a Manson Construction and Engineering Co.)," on the Mississippi River Gulf Outlet;

8.  That, for these reasons, Manson Gulf has been improperly and/or erroneously named as a defendant in the aforementioned cases; and

9.  That he would so testify in Court.

Executed on this 23rd day of June, 2006.

_____
VINCENT J. DINKLER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23rd DAY
OF _____June_____, 2006.

_____
NOTARY PUBLIC

Jeanice St. Germaine
Notary Public
ID #9586
Commissioned for Life

3

# PHELPS DUNBAR LLP
— COUNSELORS AT LAW —

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

www.phelpsdunbar.com

July 3, 2006

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

13895-40

EVANS MARTIN MCLEOD
Partner
Admitted in Louisiana and Mississippi
mcleodm@phelps.com

**BY FAX**

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084

Re:   *Philip Reed, et al. v. The United States of America, et al.*
USDC-EDLA, C.A. No. 05-4181 C/W 06-2152, Sec. "K"

*Louana Artus, et al. v. The United States of America, et al.*
USDC-EDLA, C.A. No. 06-2824, Sec. "K"

Dear Mr. Becnel:

I have attempted to phone your office on several occasions to discuss the naming of our client Manson Gulf, L.L.C., as defendant in both the *Reed* and *Artus* MRGO dredging lawsuits.

Since we have not yet spoken to discuss this issue, I write formally to request that the *Reed* and *Artus* plaintiffs voluntarily agree to dismiss Manson Gulf, L.L.C., as a defendant in these cases because it has been improperly and/or erroneously named in these suits. Specifically, Manson Gulf, L.L.C. had no involvement whatsoever with the MRGO dredging work.

To substantiate this, I enclose a copy of the Affidavit of Mr. Vince Dinkler, Area Manager for Manson Gulf, L.L.C. since 1998. Mr. Dinkler's affidavit confirms that (i) Manson Gulf never performed any dredging work whatsoever on the MRGO nor entered into any contracts with the United States Corps of Engineers or its contractors or subcontractors to perform any dredging work on the MRGO; (ii) that Manson Gulf did not perform in any capacity or in any role in any of the dredging work referenced in the *Reed* and *Artus* suits; and (iii) that Manson Gulf was not involved in any manner with any of the dredging work allegedly performed by named co-defendant "Manson Construction Co. a/k/a Manson Construction Engineering Co."

Under the circumstances, we respectfully write to request that the *Reed* and *Artus* plaintiffs move to voluntarily dismiss without prejudice Manson Gulf, L.L.C. from these suits.

NO.99614100.1



Daniel E. Becnel, Jr.
July 3, 2006
Page 2

After you have had an opportunity to review my letter and Mr. Dinkler's affidavit, I would be grateful if you would confirm that Manson Gulf, L.L.C. can be voluntarily dismissed and/or contact me to discuss any questions that you or those concerned may have.

I appreciate your courtesies in this matter.

With kind regards, I remain

Yours very truly,

Evans Martin McLeod

EMM/pw

cc:    (By Fax)
       Camilo K. Salas, III

Daniel E. Becnel, Jr.
July 3, 2006
Page 3


bcc:     (By Email)
         Mr. Vince Dinkler
         Mr. Dwayne David
         Mr. Daniel Wilner
         George M. Gilly, Esq.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PHILLIP REED, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED** | **CIVIL ACTION** <br><br> **NO. 06-2152** |
| **VERSUS** | **SECTION "S"** <br> **JUDGE MARY ANN VIAL LEMMON** |
| **THE UNITED STATES OF AMERICA, ET AL.** | **MAG. DIV. 4** <br> **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## AFFIDAVIT OF VINCENT J. DINKLER

STATE OF LOUISIANA

PARISH OF ORLEANS

     BEFORE ME, the undersigned notary public, personally came and appeared

### Vincent J. Dinkler

who, after being duly sworn, did depose and state as follows:

1.    That he is a competent natural person of the full age of majority;

2.    That he is, and has been since 1998, the Area Manager of Manson Gulf, L.L.C. ("Manson Gulf"), a Louisiana limited liability company having its principal place of business in Houma, Louisiana;

3.    That in his capacity as Manson Gulf's Area Manager, he has personal knowledge of the matters set forth in this affidavit;

NO.99610963.1

4.      That he has studied the allegations against Manson Gulf which are at issue in the underlying civil actions entitled, *Phillip Reed, on behalf of himself and all others similarly situated v. The United States of America, et al.*, Civil Action No. 06-2152, Section "K," United States District Court for the Eastern District of Louisiana; and *Louana Artus, et al. v. The United States of America, et al.*, Civil Action No. 06-2824, Section "K," United States District Court for the Eastern District of Louisiana;

5.      That Manson Gulf has never performed any dredging work whatsoever on the Mississippi River Gulf Outlet, nor entered into any contracts with the United States Army Corps of Engineers or sub-contracts with its contractors or subcontractors to perform any dredging work on the Mississippi River Gulf Outlet;

6.      That Manson Gulf did not perform in any capacity or in any role any of the dredging work at issue and referenced in the two civil actions mentioned above;

7.      That Manson Gulf was not involved in any manner whatsoever with any of the dredging work allegedly performed by named co-defendant, "Manson Construction Co. (a/k/a Manson Construction and Engineering Co.)," on the Mississippi River Gulf Outlet;

8.      That, for these reasons, Manson Gulf has been improperly and/or erroneously named as a defendant in the aforementioned cases; and

9.      That he would so testify in Court.

Executed on this 23rd day of June, 2006.

VINCENT J. DINKLER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23rd DAY
OF _____June_____, 2006.

NOTARY PUBLIC

Jeanice St. Germaine
Notary Public
ID #9588
Commissioned for Life

## Christian Daigle (N.O. 273)

| | |
|---|---|
| **From:** | Marty McLeod (212 N.O.) |
| **Sent:** | Friday, July 14, 2006 5:43 PM |
| **To:** | Christian Daigle (N.O. 273) |
| **Subject:** | FW: MRGO DREDGING LITIGATION -- MANSON GULF, LLC |



001.PDF (109 KB)

```
-----Original Message-----
From: Marty McLeod (212 N.O.)
Sent: Friday, July 14, 2006 9:05 AM
To: 'reserve@becnellaw.com'
Subject: MRGO DREDGING LITIGATION -- MANSON GULF, LLC
```

Dear Mr. Becnel:

Attached is our previous correspondence on the issue of dismissing Manson Gulf LLC as a defendant in the MRGO dredging litigation.  As per the attached, Manson Gulf had no involvement with the dredging at issue.  After you review this, we would be grateful if you would confirm your dismissal of Manson Gulf without prejudice from the Reed and Artus suits.  We will be forwarding to you a motion to dismiss without prejudice.

Kind regards,

Marty McLeod
Partner
Phelps Dunbar LLP
Direct Line:  504 584-9212



EXHIBIT
C

1

# PHELPS DUNBAR LLP
———————— COUNSELORS AT LAW ————————

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

EVANS MARTIN MCLEOD
Partner
Admitted in Louisiana and Mississippi
mcleodm@phelps.com

www.phelpsdunbar.com

July 3, 2006

13895-40

BY FAX

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P. O. Drawer H
Reserve, LA 70084

Re:    *Philip Reed, et al. v. The United States of America, et al.*
       USDC-EDLA, C.A. No. 05-4181 C/W 06-2152, Sec. "K"

       *Louana Artus, et al. v. The United States of America, et al.*
       USDC-EDLA, C.A. No. 06-2824, Sec. "K"

Dear Mr. Becnel:

I have attempted to phone your office on several occasions to discuss the naming of our client Manson Gulf, L.L.C., as defendant in both the *Reed* and *Artus* MRGO dredging lawsuits.

Since we have not yet spoken to discuss this issue, I write formally to request that the *Reed* and *Artus* plaintiffs voluntarily agree to dismiss Manson Gulf, L.L.C., as a defendant in these cases because it has been improperly and/or erroneously named in these suits. Specifically, Manson Gulf, L.L.C. had no involvement whatsoever with the MRGO dredging work.

To substantiate this, I enclose a copy of the Affidavit of Mr. Vince Dinkler, Area Manager for Manson Gulf, L.L.C. since 1998. Mr. Dinkler's affidavit confirms that (i) Manson Gulf never performed any dredging work whatsoever on the MRGO nor entered into any contracts with the United States Corps of Engineers or its contractors or subcontractors to perform any dredging work on the MRGO; (ii) Manson Gulf did not perform in any capacity or in any role in any of the dredging work referenced in the *Reed* and *Artus* suits; and (iii) Manson Gulf was not involved in any manner with any of the dredging work allegedly performed by named co-defendant "Manson Construction Co. a/k/a Manson Construction Engineering Co."

Under the circumstances, we respectfully write to request that the *Reed* and *Artus* plaintiffs move to voluntarily dismiss without prejudice Manson Gulf, L.L.C. from these suits.

NO.99614100.1

Daniel E. Becnel, Jr.
July 3, 2006
Page 2


After you have had an opportunity to review my letter and Mr. Dinkler's affidavit, I would be grateful if you would confirm that Manson Gulf, L.L.C. can be voluntarily dismissed and/or contact me to discuss any questions that you or those concerned may have.

I appreciate your courtesies in this matter.

With kind regards, I remain

Yours very truly,

Evans Martin McLeod


EMM/pw

cc:     (By Fax)
        Camilo K. Salas, III

NO.99614100.1

Daniel E.  Becnel, Jr.
July 3, 2006
Page 3


bcc:    (By Email)
        Mr. Vince Dinkler
        Mr. Dwayne David
        Mr. Daniel Wilmer
        George M. Gilly, Esq.

NO.99614100.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PHILLIP REED, ON BEHALF OF
HIMSELF AND ALL OTHERS
SIMILARLY SITUATED

VERSUS

THE UNITED STATES OF AMERICA,
ET AL.

CIVIL ACTION

NO. 06-2152

SECTION "S"
JUDGE MARY ANN VIAL
LEMMON

MAG. DIV. 4
MAGISTRATE JUDGE KAREN
WELLS ROBY

## AFFIDAVIT OF VINCENT J. DINKLER

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary public, personally came and appeared

**Vincent J. Dinkler**

who, after being duly sworn, did depose and state as follows:

1. That he is a competent natural person of the full age of majority;

2. That he is, and has been since 1998, the Area Manager of Manson Gulf, L.L.C. ("Manson Gulf"), a Louisiana limited liability company having its principal place of business in Houma, Louisiana;

3. That in his capacity as Manson Gulf's Area Manager, he has personal knowledge of the matters set forth in this affidavit;

NO.99610963.1

4.     That he has studied the allegations against Manson Gulf which are at issue in the underlying civil actions entitled, *Phillip Reed, on behalf of himself and all others similarly situated v. The United States of America, et al.*, Civil Action No. 06-2152, Section "K," United States District Court for the Eastern District of Louisiana; and *Louana Artus, et al. v. The United States of America, et al.*, Civil Action No. 06-2824, Section "K," United States District Court for the Eastern District of Louisiana;

5.     That Manson Gulf has never performed any dredging work whatsoever on the Mississippi River Gulf Outlet, nor entered into any contracts with the United States Army Corps of Engineers or sub-contracts with its contractors or subcontractors to perform any dredging work on the Mississippi River Gulf Outlet;

6.     That Manson Gulf did not perform in any capacity or in any role any of the dredging work at issue and referenced in the two civil actions mentioned above;

7.     That Manson Gulf was not involved in any manner whatsoever with any of the dredging work allegedly performed by named co-defendant, "Manson Construction Co. (a/k/a Manson Construction and Engineering Co.)," on the Mississippi River Gulf Outlet;

8.     That, for these reasons, Manson Gulf has been improperly and/or erroneously named as a defendant in the aforementioned cases; and

9.     That he would so testify in Court.

NO.99610963.1                                    2

Executed on this 23rd day of June, 2006.

_____
VINCENT J. DINKLER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23rd DAY
OF June, 2006.

_____
NOTARY PUBLIC

Jeanice St. Germains
Notary Public
ID #9586
Commissioned for Life

# PHELPS DUNBAR LLP
### —— COUNSELORS AT LAW ——

New Orleans, LA

Baton Rouge, LA

Houston, TX

London, England

Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
(504) 566-1311
Fax (504) 568-9130

www.phelpsdunbar.com
July 19, 2006

Jackson, MS

Tupelo, MS

Gulfport, MS

Tampa, FL

CHRISTIAN E. DAIGLE
(504) 584-9271
christian.daigle@phelps.com

13895-40

**VIA U.S. MAIL**

Daniel E. Becnel, Jr.
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh Street
P.O. Drawer H
Reserve, LA 70084

Re:   *Philip Reed, et al. v. The United States of America, et al.*
      USDC-EDLA, C.A. No. 05-4182 C/W 06-2152, Sec. "K"

      *Louana Artus, et al. v. The United States of America, et al.*
      USDC-EDLA, C.A. No. 05-4182 C/W 06-2824, Sec. "K"

Dear Mr. Becnel:

    In reference to Marty McLeod's correspondence to you by fax on July 3, and again by e-mail on July 14, I have enclosed for your execution ex-parte motions to dismiss Manson Gulf, L.L.C. without prejudice from the above captioned *Reed* and *Artus* suits. As noted in the enclosed Affidavit of Vincent J. Dinkler (which previously was provided to you), Mr. Dinkler confirms that Manson Gulf, L.L.C. had absolutely no involvement with the dredging at issue.

    Accordingly, we would appreciate your signing the enclosed motions and returning them to us for filing with the Court.

    I appreciate your courtesies in this matter.



Mr. Daniel E. Becnel, Jr.
July 19, 2006
Page 2


       With kind regards, I remain

                        Yours very truly,

                        Evans Martin McLeod
                        Christian E. Daigle

cc:     Camilo K.  Salas, III (By Fax)

Enclosures

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"** <br> **JUDGE STANWOOD R. DUVAL, JR.** |
| | **MAG. DIV. 2** |
| **This document relates to 06-2152 (Reed)** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### *EX PARTE* MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Philip Reed, et al., plaintiffs herein in Civil Action No. 06-2152, who respectfully move this Honorable Court for an Order dismissing Manson Gulf, L.L.C. from this case, without prejudice, and each party to bear his or its own costs, due to its reported non-involvement with the matters at issue before this Court.

NO.99616771.1

Respectfully submitted,


BY: _____

     Daniel E. Becnel, Jr. (Bar No. 2926)
     William Percy, III (Bar No. 01532)
     Law Offices of Daniel E. Becnel, Jr.
     P.O. Drawer H
     106 W. Seventh Street
     Reserve, Louisiana 70084
     Telephone: (985) 536-1186
     Telecopier: (985) 536-6445
     E-Mail: dbecnel@becnellaw.com

     Camilo K. Salas III (Bar No. 11657)
     Salas & Co., L.C.
     650 Poydras Street, Suite 1650
     New Orleans, LA 70130
     Telephone: (504) 799-3080
     Telecopier: (504) 799-3085
     E-Mail: csalas@salaslaw.com

     John F. Nevares (La. Bar No. 2009)
     John F. Nevares & Associates, PSC
     P. O. Box 13667
     San Juan, P.R. 00908-3667
     Telephone: (787) 722-9333
     Telecopier: (787) 721-8820
     E-Mail: jfnevares-law@microjuris.com

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

     I do hereby certify that a copy of the foregoing pleading has been served upon all counsel
of record electronically, or by placing same in the United States mail, properly addressed and
first class postage prepaid on this ____ day of July, 2006.


_____

NO.99616771.1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.

VERSUS

BOH BROTHERS CONSTRUCTION
CO., L.L.C., ET AL.

This document relates to
06-2152 (Reed)

CIVIL ACTION

NO. 05-4182

SECTION "K"
JUDGE STANWOOD R. DUVAL, JR.

MAG. DIV. 2

MAGISTRATE JUDGE JOSEPH C.
WILKINSON, JR.

## ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C.,

in Civil Action No. 06-2152 are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of July, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99617265.1

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.**

**VERSUS**

**BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.**

**This document relates to 06-2824 (Artus)**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K"**
**JUDGE STANWOOD R. DUVAL, JR.**

**MAG. DIV. 2**

**MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.**

## *EX PARTE* MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Louana Artus, et al., plaintiffs herein in Civil Action No. 06-2824, who respectfully move this Honorable Court for an order dismissing Manson Gulf, L.L.C. from this case, without prejudice, and each party to bear his or its own costs, due to its reported non-involvement with the matters at issue before this Court.

NO.99617177.1

Respectfully submitted,


BY: _____

Daniel E. Becnel, Jr. (Bar No. 2926)
Darryl J. Becnel (Bar No.
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Telecopier: (985) 536-6445
E-Mail: dbecnel@becnellaw.com

Jerry Parker
Jason Mark
Parker & Waichman, LLP
111 Great Neck Road
Great Neck, New York 11021-5402
Telephone: (800) 529-4636
Telecopier: (516) 466-6665
E-Mail: Jerry@yourlawyer.com

Hugh Lambert (Bar No. 7933)
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Telecopier: (504) 529-2931
E-Mail: hlambert@lambertandnelson.com

Ronnie G. Penton (Bar No. 10462)
Law office of Ronnie G. Penton
209 Hoppen Place
Bogalusa, LA 70427
Telephone: (985) 732-5651
Telecopier: (985) 735-5579
E-Mail: rgp@rgplaw.com

Darleen M. Jacobs (Bar No. 7208)
823 St. Louis Street
New Orleans, LA  70112
Telephone:  (504) 522-0155
Telecopier:  (504) 522-3819
E-Mail: dollyno@aol.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this ____ day of July, 2006.

_____

NO.99617177.1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"**<br>**JUDGE STANWOOD R. DUVAL, JR.** |
| | **MAG. DIV. 2** |
| **This document relates to**<br>**06-2824 (Artus)** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### <u>ORDER</u>

Considering the foregoing *Ex Parte* Motion to Dismiss,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C., in Civil Action No. 06-2824 are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of July, 2006.

_____

UNITED STATES DISTRICT COURT JUDGE

NO.99617273.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PHILLIP REED, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION |
| | NO. 06-2152 |
| VERSUS | SECTION "S" JUDGE MARY ANN VIAL LEMMON |
| THE UNITED STATES OF AMERICA, ET AL. | |
| | MAG. DIV. 4 MAGISTRATE JUDGE KAREN WELLS ROBY |

AFFIDAVIT OF VINCENT J. DINKLER

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned notary public, personally came and appeared

**Vincent J. Dinkler**

who, after being duly sworn, did depose and state as follows:

1. That he is a competent natural person of the full age of majority;

2. That he is, and has been since 1998, the Area Manager of Manson Gulf, L.L.C. ("Manson Gulf"), a Louisiana limited liability company having its principal place of business in Houma, Louisiana;

3. That in his capacity as Manson Gulf's Area Manager, he has personal knowledge of the matters set forth in this affidavit;

NO.99610963.1

4.    That he has studied the allegations against Manson Gulf which are at issue in the underlying civil actions entitled, *Phillip Reed, on behalf of himself and all others similarly situated v. The United States of America, et al.*, Civil Action No. 06-2152, Section "K," United States District Court for the Eastern District of Louisiana; and *Louana Artus, et al. v. The United States of America, et al.*, Civil Action No. 06-2824, Section "K," United States District Court for the Eastern District of Louisiana;

5.    That Manson Gulf has never performed any dredging work whatsoever on the Mississippi River Gulf Outlet, nor entered into any contracts with the United States Army Corps of Engineers or sub-contracts with its contractors or subcontractors to perform any dredging work on the Mississippi River Gulf Outlet;

6.    That Manson Gulf did not perform in any capacity or in any role any of the dredging work at issue and referenced in the two civil actions mentioned above;

7.    That Manson Gulf was not involved in any manner whatsoever with any of the dredging work allegedly performed by named co-defendant, "Manson Construction Co. (a/k/a Manson Construction and Engineering Co.)," on the Mississippi River Gulf Outlet;

8.    That, for these reasons, Manson Gulf has been improperly and/or erroneously named as a defendant in the aforementioned cases; and

9.    That he would so testify in Court.

Executed on this 23rd day of June, 2006.

_____
VINCENT J. DIXKLER

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 23rd DAY
OF _____, 2006.

_____
NOTARY PUBLIC

Jeanice St. Germaine
Notary Public
ID #9586
Commissioned for Life

## Christian Daigle (N.O. 273)

**From:**  Marty McLeod (212 N.O.)
**Sent:**  Monday, July 24, 2006 3:08 PM
**To:**  Christian Daigle (N.O. 273)
**Subject:** FW: 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation

FYI.

-----Original Message-----
**From:** Marty McLeod (212 N.O.)
**Sent:** Monday, July 24, 2006 3:07 PM
**To:** 'dbecnel@becnellaw.com'; 'mmoreland@becnellaw.com'; 'ROBBECNEL@AOL.COM'; 'csalas@salaslaw.com'
**Subject:** 2:05-cv-04182-SRD-JCW In Re: Katrina Canal Breaches Litigation

Counsellors:

As you know, we represent Manson Gulf, LLC in connection with the MRGO dredging cases. We have previously forwarded to your attention the affidavit of Mr. Vince Dinkler of Manson Gulf in which Mr. Dinkler affirmed that Manson Gulf had no involvement whatsoever in the MRGO dredging activities.  We have also called your office to discuss, but those calls remain unreturned.

Under the circumstances, and according to the Federal Rules of Civil Procedure, including Rule 11, we would very respectfully be grateful if Plaintiffs' would confirm that Plaintiffs will voluntarily dismiss Manson Gulf from this litigation.  Mr. Christian Daigle of our office forwarded a copy of a motion to dismiss without prejudice last week.

We would be grateful if Plaintiffs' counsel would respond and are happy to answer any questions that you may have.

With kind regards, I am

Yours truly,

Marty McLeod
Phelps Dunbar LLP
Direct Line:  504 584 9212



7/26/2006

# PHELPS DUNBAR LLP

—————— COUNSELORS AT LAW ——————

<table>
<tr><td>New Orleans, LA</td><td rowspan="4">Canal Place<br>365 Canal Street • Suite 2000<br>New Orleans, Louisiana 70130-6534<br>(504) 566-1311<br>Fax (504) 568-9130</td><td>Jackson, MS</td></tr>
<tr><td>Baton Rouge, LA</td><td>Tupelo, MS</td></tr>
<tr><td>Houston, TX</td><td>Gulfport, MS</td></tr>
<tr><td>London, England</td><td>Tampa, FL</td></tr>
</table>

www.phelpsdunbar.com

EVANS MARTIN MCLEOD
Partner
Admitted in Louisiana and Mississippi
mcleodm@phelps.com

July 25, 2006

13895-40

Camilo K. Salas, III                                            <u>BY FAX</u>
Salas & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA  70130

     Re:    *Philip Reed, et al. v. The United States of America, et al.*
            USDC-EDLA, C.A. No. 05-4181 C/W 06-2152, Sec. "K"

            *Louana Artus, et al. v. The United States of America, et al.*
            USDC-EDLA, C.A. No. 06-2824, Sec. "K"

Dear Mr. Salas:

I write simply to confirm our conversation this morning that with respect to our client/defendant, Manson Gulf, LLC, plaintiffs have no information that Manson Gulf was involved whatsoever in any of the dredging work at issue in the captioned MRGO dredging litigation.

Rather, it is my understanding from you that plaintiffs sued Manson Gulf because it possessed some documents indicating that Manson Construction & Engineering Co. performed dredging work on the MRGO for the United States Army Corps of Engineers, and because that entity could not be identified as one which could be sued in Louisiana, plaintiffs chose to sue Manson Gulf in its place. Now, plaintiffs wish to substitute Manson Construction & Engineering Co. in Manson Gulf's place as a defendant.

Respectfully, plaintiffs' goal of improperly suing Manson Gulf with no legitimate basis of doing so and then hoping to use that to serve another defendant—Manson Construction & Engineering Co., constitutes, in our view, an abuse of the Federal Rules of Civil Procedure.



NO.99618667.1

Camilo K. Salas, III
July 25, 2006
Page 2

     Under these circumstances, we request that Manson Gulf, LLC be immediately dismissed from this litigation, absent which we will unfortunately be compelled to seek immediate relief from the Court.

                        Yours very truly,

                        Evans Martin McLeod

EMM/gjc

cc:    Daniel E. Becnel, Jr.