UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO. 05-4182 "K"(2) |
| § | | JUDGE DUVALL |
| § | | MAG. WILKINSON |
| PERTAINS TO:   REED § | | |
| MRGO            2:06-CV-2152 § | | |

## NOTICE OF HEARING

To:   Daniel E. Becnel, Jr. (Bar No. 2926)
      William Percy, III (Bar No. 01532)
      Law Offices of Daniel E. Becnel, Jr.
      P.O. Drawer H
      106 W. Seventh Street
      Reserve, Louisiana 70084
      Telephone: (985) 536-1186
      Telecopier: (985) 536-6445
      E-Mail: dbecnel@becnellaw.com

      Camilo K. Salas III (Bar No. 11657)
      Salas & Co., L.C.
      650 Poydras Street, Suite 1650
      New Orleans, LA 70130
      Telephone: (504) 799-3080
      Telecopier: (504) 799-3085
      E-Mail: csalas@salaslaw.com

NO.99619224.1

John F. Nevares (La. Bar No. 2009)
John F. Nevares & Associates, PSC
P. O. Box 13667
San Juan, P.R. 00908-3667
Telephone: (787) 722-9333
Telecopier: (787) 721-8820
E-Mail: jfnevares-law@microjuris.com

PLEASE TAKE NOTICE that undersigned counsel for Manson Gulf, L.L.C. will bring the attached Motion to Dismiss, or in the alternative, Motion for Summary Judgment for hearing on October 12, 2006, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A. (Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

NO.99619224.1

## CERTIFICATE OF SERVICE

    I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record electronically, or by placing same in the United States mail, properly addressed and first class postage prepaid on this 28th day of July, 2006.

_____