# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES §<br>CONSOLIDATED LITIGATION § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG. WILKINSON |
| PERTAINS TO:   REED<br>MRGO           2:06-CV-2152 | |

## ORDER

Considering the foregoing Motion to Dismiss, or, alternatively, Motion for Summary Judgment,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C., in Civil Action No. 06-2152, are hereby DISMISSED, with prejudice.

New Orleans, Louisiana, this _____ day of July, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99619151.1