FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 27 AM 7:26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREAHES § CIVIL ACTION
§ NO. 05-4182 "K"(2)
§ JUDGE DUVAL
§ MAG. WILKINSON
§
§
**PERTAINS TO:** §
§
**INSURANCE** §
§
Chehardy, No. 06-1672 "K"(2) §
Chehardy, No. 06-1673 "K"(2) §
Chehardy, No. 06-1674 "K"(2) §
§
§

## ORDER

Considering the Motion for Admission *Pro Hac Vice* filed by Plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, **IT IS HEREBY ORDERED** that John N. Ellison, Esquire and Darin J. McMullen, Esquire, shall be admitted *pro hac vice* to represent said Plaintiffs in this consolidated action.

New Orleans, Louisiana, this ____ 26th day of ~~August~~ July, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee _____
___ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____