# FAYARD AND HONEYCUTT
## A Professional Corporation

519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Fax: (225) 664-6925
E-mail: calvinfayard@fayardlaw.com

Calvin C. Fayard, Jr.,
A Professional Corporation
**D. Blayne Honeycutt**

Wanda J. Edwards

Of Counsel
Haydn S. Berey

July 26, 2006

Honorable Loretta G. Whyte, Clerk
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130

Re:  In Re: Katrina Canal Breaches
     Pertains to: INSURANCE (*Chehardy*, No. 06-1672, *Chehardy*, No. 06-1673, *Chehardy*, No. 06-1674)

Dear Madam:

Enclosed please find a check in the amount of $10.00 to cover the fee associated with filing the *Motion for Admission Pro Hac Vice* for John Ellison and Darin McMullen, document number 812. In addition, as requested please note the following information:

> John Ellison
> Darin McMullen
> Anderson Kill & Olick, P.C.
> 1600 Market Street; Suite 2500
> Philadelphia, PA 19103
> Telephone: (215) 568-4710

Very truly yours,

**FAYARD & HONEYCUTT**

Donna R. Freeman
Paralegal to Calvin C. Fayard, Jr.

BATON ROUGE
LA 706
26 JUL 2006

$ 00.39
JUL 26 2006

**FAYARD & HONEYCUTT**
519 FLORIDA AVENUE, SW
DENHAM SPRINGS, LA 70726

Honorable Loretta G. Whyte, Clerk
C151 Hale Boggs Federal Building
500 Poydras Street
New Orleans, LA 70130