AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31 PM 12:12

LORETTA G. WHYTE
CLERK

RETURN

COLLEEN BERTHELOT, ET. AL.

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 05-4182 (REF: 05-4181 Maureen O'Dwyer v. USA)

K(2)

BOH BROTHERS CONSTRUCTION, CO., ET. AL.

**TO:** (Name and address of defendant)

B&K Construction Company, Inc.
Burk Kleinpeter, Inc.
CSX Corporation
CSX Transportation, Inc.

GeoTech, Inc.
Pittman Construction Co., Inc.
Washington Group International, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place, Suite 2670
New Orleans, LA 70130

an answer to the **twelfth amended complaint** which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

_(signature)_
(By) Deputy Clerk

**June 22, 2006**
Date

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/20/06 |
| NAME OF SERVER (PRINT) Michael Porteous | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Nedra Muller thru Corporation Service Company 320 Somerous St.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/21/06
Date

Signature of Server: Michael Porteous

Address of Server: 138 N Cortez NOLA 70119

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.