AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.**

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**BOH BROTHERS CONSTRUCTION CO., ET AL.**

05-4182 "K" (2)

c/w 65-6073

TO: **GOTECH, INC.**
   Through its Agent for Service of Process
   Rhaoul A. Guillaume
   8383 Bluebonnet Blvd.
   Baton Rouge, LA 70808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**

JUL 1 3 2006

CLERK

(BY) DEPUTY CLERK

DATE

X SANDRA SMITH

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No

O 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 2-27-06 |
| NAME OF SERVER (PRINT)  Stepher K. Motz | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: SANDRA SMITH

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-27-06
             Date

Signature of Server

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.