

RECEIVED
DEC 1 6 2005
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 JUL 31 A 11: 45
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

06-1672 K

| | | |
|---|---|---|
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1140-FJP-CN |
| Plaintiffs, | * | JUDGE POLOZOLA |
| VERSUS | * | MAGISTRATE NOLAND |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |

**CONSOLIDATED WITH**

| | | |
|---|---|---|
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1162-FJP-CN |
| Plaintiffs, | * | |
| VERSUS | * | |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |

**AND**

| | | |
|---|---|---|
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1163-FJP-CN |
| Plaintiffs, | * | |
| VERSUS | * | |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |

*********************************************************************





FJP

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who submit the following:

1.

On September 15, 2005, Plaintiffs filed a petition against defendants in the 19th Judicial District Court, East Baton Rouge, Louisiana.

2.

Plaintiffs, Brian and Lisa Rourke, were inadvertently named as plaintiffs in this action.

3.

Plaintiff now moves the Court to dismiss the claims alleged on behalf of Brian and Lisa Rourke, without prejudice, with each party to bear its own costs.

Respectfully submitted:

**McKERNAN LAW FIRM**

*[signature]*

Joseph J. McKernan
Bar Roll No. 10027
Gordon J. McKernan
Bar Roll No. 21768
Chet Boudreaux
Bar Roll. No. 28504
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 926-1234
Fax: (225) 926-1202

**BRUNO & BRUNO**

Joseph M. Bruno (3604)
David S. Scalia (21369)
Stephen S. Kreller (28440)
Temporary Address:
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Tel: (225) 926-1234
Fax: (225) 926-1202
Toll Free: (800) 966-1335
EM: dscalia_2000@yahoo.com

**FAYARD & HONEYCUTT**

Calvin C. Fayard, Jr., (5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193


Vernon P. Thomas, Esq.
TEMPORARILY WITHOUT
OFFICE SPACE AS A RESULT OF
THE STORM

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of December, 2005, a true and correct copy of the foregoing was served via email and/or United States First Class Mail, on counsel for record.

Joseph J. McKernan