UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 31  A 11: 45

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1140-FJP-CN |
| Plaintiffs, | * | JUDGE POLOZOLA |
| VERSUS | * | |
| | * | MAGISTRATE NOLAND |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |
| **CONSOLIDATED WITH** | * | |
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1162-FJP-CN |
| Plaintiffs, | * | |
| VERSUS | * | |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |
| **AND** | * | |
| GLADYS CHEHARDY, ET AL. | * | CIVIL ACTION NO: 05-CV-1163-FJP-CN |
| Plaintiffs, | * | |
| VERSUS | * | |
| LOUISIANA INSURANCE COMMISSIONER J. ROBERT WOOLEY, ET AL. | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion:

4

IT IS ORDERED that the claim of plaintiffs, Brian and Lisa Rourke, be and are hereby dismissed against all defendants, without prejudice.

THUS DONE AND SIGNED at New Orleans, Louisiana, this ____ day of July, 2006

JUDGE ~~FRANK J. POLOZOLA~~
Stanwood R. Duval
E.D. La. U.S. District Judge