UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| LEVEE Ezell, No. 05-6314 Tauzin, No. 06-0020 Finney, No. 06-0886 Christenberry, No. 06-2278 Sanchez, No. 06-2287 Marcello, No. 06-2545 | § § § § § § § § § | |

### PLAINTIFFS' OPPOSITION MEMORANDUM ADOPTING THE ARGUMENTS MADE IN THE OPPOSITION MEMORANDUM FILED BY CERTAIN PLAINTIFFS IN RECORD DOCUMENT NUMBER 694

Plaintiffs in the matters captioned "Ezell v. Boh Bros.", United States District Court, Eastern District of Louisiana, Civil Action No. 05-6314, Section "K"(2), "Tauzin v. OLD", United States District Court, Eastern District of Louisiana, Civil Action No. 06-0020, Section "K"(2), "Finney v. Boh Bros.", United States District Court, Eastern District of Louisiana, Civil Action No. 06-0886 Section "K"(2), "Christenberry v. OLD", United States District Court, Eastern District of Louisiana, Civil Action No. 06-2278 Section "K"(2), "Sanchez v. OLD", United States District Court, Eastern District of Louisiana, Civil Action No. 06-2287 Section "K"(2), and "Marcello v. Boh Bros.", United States District Court, Eastern District of Louisiana, Civil Action No. 06-2545 Section "K"(2) (hereinafter, collectively, "Plaintiffs") respectfully submit this memorandum in opposition to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on

the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. (Doc. 463). Plaintiffs were inadvertently omitted from the opposition filed by the other Plaintiffs to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc.

Plaintiffs are opposed to the dispositive motions filed in Document No. 463 for all of the reasons stated in the oppositions filed by the other Plaintiffs in record Document No. 694 and hereby adopt all arguments set forth in said opposition.

Respectfully submitted,

LAW OFFICES OF BRUNO & BRUNO

BY: _____
JOSEPH M. BRUNO, ESQ. (La Bar No. 3604)
DAVID S. SCALIA, ESQ. (La Bar No. 21369)
L. SCOTT JOANEN, ESQ. (La Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL
ON BEHALF OF THE LEVEE
BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE BREACH LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960
Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleasding upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail or other electronic means, this 1st day of August, 2006.

_____
Joseph M. Bruno