UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL.,**                          **CIVIL ACTION**

**VERSUS**                                                                  **NO.  05-4182**

**BOH BROTHERS CONSTRUCTION CO.,**                  **SECTION "K"(2)**
**L.L.C., ET AL.**                                                **CONS. KATRINA CANAL**

**PERTAINS TO:  LEVEE AND MRGO GROUPS:**

| | | | |
|---|---|---|---|
| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 05-6359 | 06-2287 | |

## ORDER

Before the Court is  Motion to Correct (Doc. 639) seeking to correct the "Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgments of the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc." ("Eustis Appendix) by replacing the current Exhibit 2.5 with the attached Exhibit 2.5 in (Doc. 463)**.**

    **IT IS ORDERED** that Motion to Correct (Doc. 639) is **GRANTED**.

New Orleans, Louisiana, this   1st   day of August, 2006.

                                                     **STANWOOD R. DUVAL, JR.**
                           **UNITED STATES DISTRICT COURT JUDGE**