

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION No.: 2:05-cv-4182<br><br>Honorable Stanwood R. Duval, Jr.<br>Mag. Joseph C. Wilkinson, Jr. |
| PERTAINS TO:<br><br>MRGO (06-2152) | |

## F1RST EX PARTE MOTION FOR EXTENSION OF TIME

NOW COMES King Fisher Marine Service, Inc., through undersigned counsel, and moves this Court for a reasonable extension of time within which to file responsive pleadings. Undersigned counsel certifies that she has consulted with counsel for plaintiff, Camilo K. Salas, and there is no objection to this extension.

Respectfully submitted,

**MCALPINE & COZAD**

_____
MICHAEL L. McALPINE   (#9195)
RICHARD A. COZAD   (#4537)
EMMA A. MEKINDA   (#28151)
701 South Peters Street, Suite 300
New Orleans, LA   70130
Telephone: (504) 561-0323
Facsimile:  (504) 528-9442
*Attorneys for King Fisher Marine Services, L.P.*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record on this 26th day of July, 2006, by depositing same in the U.S. Mail, postage prepaid and properly addressed.

EAM/91222.1                    -2-