UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -1 PM 12: 17

LORETTA G. WHYTE
CLERK

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION No.: 2:05-cv-4182 |
|---|---|
| | Honorable Stanwood R. Duval, Jr. |
| | Mag. Joseph C. Wilkinson, Jr. |
| PERTAINS TO: | |
| MRGO (06-2152) | |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING *EX PARTE* MOTION FOR EXTENSION OF TIME;

IT IS ORDERED that King Fisher Marine Service, Inc., be granted ~~a reasonable extension~~ up to and including August 16, 2006 ~~of time~~ within which to file responsive pleadings.

NEW ORLEANS, Louisiana, this ___4___ day of ~~July~~ August, 2006.

_____
UNITED STATES DISTRICT JUDGE

-3-

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____