**MINUTE ENTRY**
**DUVAL, J.**
**August 1, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4181<br>SECTION "K"(5) |

**PERTAINS TO MRGO,** *Robinson* **06-2268**

Attending a telephonic status conference held this day were:

Robin Smith and Tess Flannigan for the United States;

Ralph Hubbard for Defendants; and

Joseph Bruno and Pierce O'Donnell for Plaintiffs.

Considering the agreement of counsel concerning a briefing schedule and hearing date for the Defendant United States Motion to Dismiss (Doc. 822),

**IT IS ORDERED** that the following deadlines for filing are established:

| | |
|---|---|
| Plaintiffs' Opposition and all Amicus briefing | August 21, 2006 |
| Government Reply Brief | September 18, 2006 |

**IT IS FURTHER ORDERED** that Oral Argument on Motion to Dismiss shall be held on October 4, 2006 at 1:30 p.m.

In addition, discussions concerning certain plaintiffs having been omitted as participants in a certain opposition memorandum were had, and the Court was told that a "me-too" memorandum would be filed forthwith.

**JS-10: 20 MINS.**