UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -1  PM 3:07

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO:<br>LEVEE CASE NO. 06-3529 | * * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

*********************************************

### DEFENDANT'S REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes defendant, the Board of Commissioners of the Orleans Levee District, Parish of Orleans, and, pursuant to Uniform Local Rule of Court 78.1(E), respectfully requests oral argument on August 9, 2006 at 9:00 a.m. on Plaintiffs' Motion to Remand and Request for Sanctions, if the Court believes oral argument will assist its in its disposition of this matter.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (19336)
JAMES C. RATHER, JR. (25839)
KYLE P. KIRSCH (26363)
ANDRE' J. LAGARDE (28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
COUNSEL FOR DEFENDANT, OLD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the United States mail, postage prepaid, and properly addressed, this 1st day of August, 2006.

_____