FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2006 JUL 21  PM 2: 23
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | * * * * | CIVIL ACTION<br><br>NUMBER: 06-3652<br><br>SECTION: B-1 |
| Plaintiffs, | * | |
| v. | * * | **KATRINA RELATED LITIGATION** |
| THE UNITED STATES OF AMERICA, THE UNITED STATES ARMY CORPS OF ENGINEERS, and FRANCIS J. HARVEY, THE SECRETARY OF THE ARMY | * * * | |
| Defendants. | * * | |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, by and through their counsel, Jonathan B. Andry, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Barbara L. Lyons, with the law firm of Cotchett, Pitre, Simon & McCarthy, is a member in good standing of the Bar of the State of California. A supporting affidavit and certificate of good standing for Ms. Lyons seeking *pro hac vice* admission is attached hereto.

Fee 5.____
Process____
X Dktd____
___ CtRmDep____
___ Doc. No____

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Ms. Lyons to appear *pro hac vice* in the above-captioned consolidated matter.

Respectfully Submitted by,

The Andry Law Firm, LLC

By: _____
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70502
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record, by United States mail, postage prepaid and properly addressed, this 20th day of July, 2006.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | * | CIVIL ACTION |
| | * | NUMBER: |
| | * | SECTION: |
| Plaintiffs, | | |
| | * | **KATRINA RELATED LITIGATION** |
| v. | | |
| | * | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES ARMY CORPS OF ENGINEERS, and FRANCIS J. HARVEY, THE SECRETARY OF THE ARMY | * | |
| | * | |
| Defendants. | * | |
| | * | |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF BARBARA L. LYONS IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **BARBARA L. LYONS** who, being duly sworn by me, deposes and says the following:

My name is **BARBARA L. LYONS**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: Ninth Circuit Court of Appeals, United States District Court, Central District of California (as well as the Eastern District, Southern District and Northern Districts), California Supreme Court, California Court of Appeal and the Superior Courts of the State of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

_____
BARBARA L. LYONS

SUBSCRIBED AND SWORN TO BEFORE ME on this _19_ day of _July_, 2006, to certify which witness my hand and official seal.



_____
Irma Marina Martinez
Notary Public in and for
The State of California

My Commission Expires: June 3, 2009



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### BARBARA LOUISE LYONS

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that BARBARA LOUISE LYONS was on the 12TH day of DECEMBER 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of JULY, 2006.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By _____
Joseph Cornetta, Deputy Clerk

GILBERT V. ANDRY, IV†
JONATHAN B. ANDRY*

†Also admitted in Colorado & Texas
*LLM in Energy and Environmental Law

# THE ANDRY LAW FIRM L.L.C.

TOLL FREE 1.800.536.8899

CHALMETTE 504.276.8899

BELLE CHASSE 504.366.8899

610 BARONNE STREET | NEW ORLEANS | LOUISIANA 70113 | TELEPHONE 504.586.8899 | FAX 504.586.8911

August 1, 2006

VIA FACSIMILE ONLY
(504) 589-7697

Mr. Dale Radosta
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

    Re:    **Savoy, et al v. United States of America, et al**
            **USDC Eastern District of Louisiana No. 06-3552 "B"(1)**

Dear Mr. Radosta:

    In response to your telephone call regarding the Motion for Admission *Pro Hac Vice* and Order for Barbara L. Lyons and the Motion for Admission *Pro Hac Vice* and Order for Philip L. Gregory, they both are members of the following law firm:

Cotchett, Pitre, Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94019
Tel: (650) 697-6000
Fax: (650) 697-0577

    If you need any additional information, please do not hesitate to call.

                                                       Yours very truly,

                                                       JONATHAN B. ANDRY

JBA/glh