UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| | NO: 05-4182 |
| | SECTION: "K" (2) |

**DOCUMENT REMOVED. SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 850**

DESCRIPTION: Proposed Motion for Summary Judgment

FILED BY: Albert Clay

FILE DATE: 8/3/06