UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL<br><br>MAG. WILKINSON |

## MOTION FOR EXPEDITED HEARING

Defendant, **GOTECH, Inc.**, (GOTECH) respectfully moves this Court for an expedited hearing on its **Motion for Summary Judgment** for the following reasons:

I.

GOTECH was served in Civil Action No. 05-6073 (Kirsch) in July, 2006 and was served in Civil Action No. 05-4181 (O'Dwyer) on July 27, 2006.

II.

GOTECH provided engineering and surveying services relevant to this litigation on the London Avenue Canal project and then **only as a subconsultant to Burk-Kleinpeter, Inc. (BKI)**, which was made a party to this litigation by earlier pleadings.

III.

On June 1, 2006, BKI (and other engineering defendants) filed a "Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc. and Modjeski and Masters, Inc." [Doc. 463] (the "Engineers' Joint Motion").

IV.

GOTECH is now filing a Motion for Summary Judgment relying on the same grounds as the Engineers' Joint Motion. GOTECH has specifically adopted the Motion, Memoranda and Exhibits offered by BKI in its Motion.

V.

The Engineers' Joint Motion is now scheduled for hearing on **August 25, 2006** before This Honorable Court, as scheduled in the July 14, 2006 Status Conference and Minute Entry of that conference [Doc. 798].

VI.

The Motion for Summary Judgment of GOTECH will involve the same facts, evidence and legal arguments as the Engineers' Joint Motion.

**WHEREFORE,** GOTECH, Inc. prays that its Motion for Summary Judgment be set for hearing on **August 25, 2006**, along with the Engineers' Joint Motion.

By attorneys:

**LONG LAW FIRM, L.L.P.**

_____
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana  70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via electronic mail.

Baton Rouge, Louisiana, this 3rd day of August, 2006.

*[signature]*
**ADRIAN G. NADEAU**

S:\Rhonda\D\2488-039 Katrina (Gotech)\Pleadings\Motion for Expedited Hearing.wpd