## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073) MRGO (05-4181) Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

GOTECH, Inc. files this Motion for Expedited Hearing to have its Motion for Summary Judgment heard on the same date as a virtually identical motion of Burk-Kleinpeter, Inc. and other engineers [Doc. 463, referred to as "Engineers' Joint Motion"], now scheduled for hearing on August 25, 2006.

The other engineering firms in this case have filed an Engineers' Joint Motion, asking that the case against them be dismissed, because (1) they did not perform work on certain portions of the failed levees as alleged; or (2) the claims are perempted on the engineering work those firms did indeed perform. This Engineers' Joint Motion was filed by Burk-Kleinpeter, Inc., Eustis Engineering and Modjeski and Masters, Inc. [Doc. 463] and recites the facts and law in great detail.

GOTECH, Inc. only provided engineering and surveying services on the London Avenue Canal and then only as a subconsultant to BKI. Accordingly, the interests of GOTECH and BKI are identical on those two issues. In fact, the GOTECH motion specifically adopts the facts, exhibits and legal arguments of the Engineers' Joint Motion.

Allowing the GOTECH Motion to go forward on August 25, 2006 with the Joint Motion will only add a small amount of information to be considered by opposing parties. The only additional information will be that GOTECH served as a subconsultant to BKI and that GOTECH also concluded its work more than ten years prior to Hurricane Katrina and the filing of the resultant lawsuits.

**THEREFORE,** GOTECH, Inc. asks that its Motion for Summary Judgment be heard on **August 25, 2006**, along with the other Motions scheduled for that date.

By attorneys:

**LONG LAW FIRM, L.L.P.**

**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana   70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via electronic mail.

Baton Rouge, Louisiana, this 3rd day of August, 2006.

**ADRIAN G. NADEAU**

S:\Rhonda\D\2488-039 Katrina (Gotech)\Pleadings\Motion for Expedited Hearing.wpd