UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

The above premises considered;

IT IS ORDERED that the Motion for Summary Judgment of GOTECH, Inc. be set for hearing on August 25, 2006.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE, USDC EASTERN DISTRICT

S:\RhondaD\2488-039 Katrina (Gotech)\Pleadings\Motion for Expedited Hearing.wpd