UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

### REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1E, GOTECH, Inc. ("GOTECH") respectfully requests to orally argue its Motion for Summary Judgment before Judge Shanwood K. Duvall, Jr. Oral argument will clarify any issues of fact or law which the Court may have and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, undersigned counsel for GOTECH, Inc. respectfully moves this Court for an order granting oral argument on GOTECH, Inc.'s Motion for Summary Judgment on the scheduled hearing date of August 25, 2006.

By attorneys:

LONG LAW FIRM, L.L.P.

_____
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana 70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via electronic mail.

Baton Rouge, Louisiana, this 3rd day of August, 2006.

_____
**ADRIAN G. NADEAU**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:  05-4181 O'Dwyer<br>05-6073 Kirsch | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

The above premises considered;

IT IS ORDERED that the Request For Oral Argument of GOTECH, Inc. be set for hearing on August 25, 2006.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE, USDC EASTERN DISTRICT