UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073) MRGO (05-4181) Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

In accordance with Local Rule 56.1, GOTECH, Inc. ("GOTECH") submits the following list of undisputed material facts.

1. GOTECH is a licensed engineering firm, licensed to practice engineering in Louisiana. (Exhibit C - License Verification).

**Industrial Canal, 17th Street Canal, Orleans Avenue Canal and Mississippi River Gulf Outlet (MRGO)**

2. Neither GOTECH nor any of its personnel had anything to do with the design, construction, construction administration or inspection of any construction of any floodwalls or levees which failed along the 17th Street Canal, the Industrial Canal and the Orleans Avenue Canal in New Orleans during Hurricane Katrina. (*See* Affidavits of Rhaoul. A. Guillaume, P.E.("Guillaume Affidavit") and Bruce K. Dyson ("Dyson Affidavit"), attached to GOTECH's Motion for Summary Judgment, as Exhibits A and B respectively, ¶¶ 5).

3. Additionally, neither GOTECH nor its personnel was involved in the design or construction of the MRGO. (*See* Guillaume Affidavit, ¶6, and Dyson Affidavit, ¶6).

**London Avenue Canal**

4.  In 1993, GOTECH, Inc. agreed to provide surveying and I-Wall design services (within the guidelines of the USACE) as a sub-consultant to Burk-Kleinpeter, Inc. (BKI) on the project known as London Avenue Canal Floodwall Improvements Contract 3. A draft of the Agreement between BKI and GOTECH (Draft Contract) is attached as Exhibit 1. It is believed the original Agreement was signed by both parties at the time of the project, but GOTECH does not currently have a copy of the signed Agreement. (*See* Guillaume Affidavit, ¶7, and Dyson Affidavit, ¶7).

5.  GOTECH began work on this project in January, 1993 as shown by its invoice file, in particular, Invoice No. 1. A copy of GOTECH's invoice file on this project is attached as Exhibit 2, in globo. (*See* Guillaume Affidavit, ¶8, and Dyson Affidavit, ¶8).

6.  GOTECH completed its design and surveying work on the project by November, 1993, as shown by Invoice No. 6 showing 100% of work completed. See Exhibit 2. (*See* Guillaume Affidavit, ¶9, and Dyson Affidavit, ¶9).

7.  The Agreement between GOTECH and BKI specifically stated "...construction administration services and resident inspection services are not required of [GOTECH] unless the US Army Corps of Engineers authorizes the OWNER [Orleans Levee Board] to perform these services." See Exhibit 1, p. 2 of 6. (*See* Guillaume Affidavit, ¶10, and Dyson Affidavit, ¶10).

8.  BKI did not request that GOTECH provide construction administration services or resident inspection services for this project. (*See* Guillaume Affidavit, ¶11, and Dyson Affidavit, ¶11).

9.  GOTECH did not provide construction administration services or resident inspection services for this project. (*See* Guillaume Affidavit, ¶12, and Dyson Affidavit, ¶12).

10. GOTECH did not request payment for construction administration services or resident inspection services for this project. (*See* Guillaume Affidavit, ¶13, and Dyson Affidavit, ¶13).

11. Neither GOTECH nor any of its personnel provided any other design or surveying services on any other London Avenue Canal project other than those described above. (*See* Guillaume Affidavit, ¶14, and Dyson Affidavit, ¶14).

By attorneys:

**LONG LAW FIRM, L.L.P.**

_____
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana  70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via electronic mail.

Baton Rouge, Louisiana, this 3rd day of August, 2006.

_____
**ADRIAN G. NADEAU**