UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| | NO: 05-4182 |
| | SECTION: "K" (2) |

**DOCUMENT REMOVED.  SHOULD HAVE BEEN AN ATTACHMENT TO DOC. NO. 850**

**DESCRIPTION:** Proposed Request for Oral Argument on Proposed Motion for Summary Judgment

**FILED BY:** Albert Clay

**FILE DATE:** 8/3/06