FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUN 28  PM 3: 23

LORETTA G. WHYTE
         CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | SECTION "K" (2) <br> CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**
**VANDERBROOK, ET AL PLAINTIFFS**
**05-6323 "K" (2) VANDERBROOK**

*****************************************************************************

## MOTION TO EXTEND OPPOSITION DEADLINE

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs, Vanderbrook, et al, who respectfully requests a short extension of the deadline to file his opposition to Insurer Defendants' Motion to Sever and Deconsolidate, currently due on Thursday, June 29, 2006.

As a result of Hurricane Katrina, undersigned counsel's office received extensive damage, destroying all of his computers, servers, copiers, etc. For the past nine months, counsel has been operating out of a single room at 3431 Pyrtania Street. Last Monday, June 19, 2006, counsel had the opportunity to move into a second temporary office on Canal Street in four rooms, which is somewhat more functional than the single room on Prytania Street. At this time, our office

_____ Fee_____
_____ Process___
__X__ Dktd_____
__✓__ CtRmDep__
_____ Doc. No.__

computers, phones, etc., are operating by satellite and required several days of installation. Additionally, it required several weeks for the office to pack and move and, unfortunately, the Vanderbrook file has been packed and not located at this moment. Further, counsel has only learned yesterday that the Opposition Memorandum in this matter are due on Thursday, June 29, 2006.

Accordingly, counsel is requesting a very short extension of time in which to file his opposition memorandums due tomorrow. Opposing counsel has been contacted, however, Mr. Seth Schmeeckle is out of town and Nora Bilbro could not be reached. Counsel has spoken with Wayne Lee who has no objection to the Vanderbrook Plaintiffs filing their opposition memorandum on or before July 7, 2006. A letter has been sent to the Clerk handing this matter, relaying all this same information and forwarding her a copy of this Motion.

Respectfully submitted:

_____
ROBERT G. HARVEY, SR./#18615
2609 Canal Street, First Floor
New Orleans, Louisiana 70119   *Temporary Office*
Telephone:   (504) 822-2136
Facsimile:    (504) 822-2179

Attorneys for Vanderbrook Plaintiff(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by facsimile transmission and by United States mail, postage pre-paid and properly addressed, on June 28, 2006.

_____