

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 06-1885 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * *

### PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS.

**COME NOW** plaintiffs in Civil Action No. 06-1885, appearing through undersigned counsel, and upon suggesting to the Court that there is presently pending a Motion to Dismiss by the Government, essentially arguing that plaintiffs' claims against the Government should be dismissed for failure to exhaust administrative remedies, but that on Monday, July 24, 2006, the Government filed a Motion to Dismiss in Civil Action No. 06-2268, invoking immunity under the Flood Control Act of 1928, and pursuant to the discretionary function "exception" to the Federal Tort Claims Act, and that the Court, like plaintiffs in No. 06-1885, should treat the Government's Motion to Dismiss in 06-2268 as a denial of plaintiffs' administrative claims in No. 06-1885.



Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 28th day of July 2006.

_____