FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 28 P 4: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE *Vanderbrook*, No. 05-6323 | * * * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

### MOTION FOR LEAVE TO FILE REPLY BRIEF AND TO EXCEED PAGE LIMIT FOR CONSOLIDATED REPLY MEMORANDUM IN FURTHER SUPPORT OF RULE 12 MOTIONS

Pursuant to the Court's Minute Entry of June 29, reply briefs in the specific captioned matter are due to be filed by July 28, 2006. Defendants The Standard Fire Insurance Company (improperly named as Travelers Insurance Company and St. Paul Travelers Insurance Company), Hartford Insurance Company of the Midwest (improperly named as Hartford Insurance Company), Hanover Insurance Company and Unitrin Preferred Insurance Company (improperly named as Kemper Insurance Company) ("ISO Insurers") hereby respectfully request leave to timely file its Reply Brief this 28th day of July.

Pursuant to Local Rule 7.8.1E, the ISO Insurers respectfully request that the Court grant them leave to file a Consolidated Reply Memorandum in Further Support of their Rule 12 Motions that is in excess of the ten page limit.

___ Fee____
___ Process____
X Dktd____
✓ CtRmDep____
___ Doc. No____

1

For the Court's convenience, the four undersigned defendants are filing a consolidated reply memorandum which responds to both the Plaintiffs' Opposition to their Rule 12 Motions and a lengthy amicus brief submitted by the plaintiffs in <u>Gladys Chehardy, et al. v. State Farm Fire & Cas. Co., et al.</u>, Civil Action Nos. 06-1672, 06-1673 and 06-1674. The two memoranda to which the undersigned defendants are responding total 31 pages in length. The amicus brief raises a multitude of issues that are not pled or argued by the Plaintiffs in this case. It is necessary to address all of these matters in the reply memorandum, and they cannot be adequately addressed within 10 pages. So as not to overburden the Court with separate reply memoranda responding to the Plaintiffs' brief and the amicus brief, the undersigned defendants have consolidated their response to both briefs into a single 17-page reply memorandum.

WHEREFORE, the undersigned defendants respectfully request that this Court grant this motion and permit them leave to file the consolidated reply memorandum which is submitted herewith and is 17 pages in length. A Proposed Order is attached.

Dated this 28th day of July, 2006.

Respectfully submitted,

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990

Christopher W. Martin (pro hac vice)
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler (pro hac vice)
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.

HART1-1344875-1

| | |
|---|---|
| 808 Travis Street, Suite 1800<br>Houston, Texas 77002<br>Telephone: (713) 632-1700<br>Facsimile: (713) 222-0101<br><br>Attorneys for Hartford Insurance Company of the Midwest (incorrectly named as Hartford Insurance Company) | Facsimile:   (504) 310-9195<br><br>Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company), Hartford Insurance Company of the Midwest (incorrectly named as Hartford Insurance Company) and Hanover Insurance Company |
| Paul E. B. Glad (pro hac vice)<br>Kevin P. Kamraczewski (pro hac vice)<br>Andrew R. Greene (pro hac vice)<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>7800 Sears Tower<br>Chicago, IL 60606<br>Telephone: (312) 876-8000<br>Facsimile: (312) 876-7934<br><br>Attorneys for Hanover Insurance Company | Stephen E. Goldman (pro hac vice)<br>Wystan M. Ackerman (pro hac vice)<br>ROBINSON & COLE LLP<br>280 Trumbull Street<br>Hartford, Connecticut 06103-3597<br>Telephone:   (860) 275-8255<br>Facsimile:   (860) 275-8299<br><br>Attorneys for The Standard Fire Insurance Company (incorrectly named as Travelers Insurance Company and St. Paul Travelers Insurance Company)<br><br>Neil C. Abramson (21436)<br>Nora B. Bilbro (22955)<br>Curt L. Rome (29406)<br>PHELPS DUNBAR LLP<br>Canal Place<br>365 Canal Street, Suite 2000<br>New Orleans, Louisiana   70130-6534<br>Telephone: (504) 566-1311<br>Facsimile: (504) 568-9130<br><br>Attorneys for Unitrin Preferred Insurance Company, erroneously identified as Kemper Insurance Company |

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File and To Exceed Page Limit for Consolidated Reply Memorandum in Further Support of Rule 12 Motions has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 28th day of July, 2006.

_____