

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 28  P 4: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY BRIEF IN FURTHER SUPPORT OF ITS RULE 12 MOTION TO DISMISS

Pursuant to the Court's Minute Entry of June 29, reply briefs (including any supplemental brief to a master brief) in the specific captioned matter are due to be filed by July 28, 2006. Defendant Hartford Insurance Company of the Midwest (improperly named as Hartford Insurance Company) hereby respectfully requests leave to timely file its Supplemental Reply Brief this 28th day of July.

WHEREFORE, the undersigned defendant respectfully requests that this Court grant this motion and permit them leave to file its supplemental reply brief. A Proposed Order is attached.

Dated this 28th day of July, 2006.



Fee\_\_\_\_\_
Process\_\_\_\_
X Dktd\_\_\_\_
\_ CtRmDep\_\_\_\_
\_ Doc. No\_\_\_\_

Respectfully submitted,

*[signature]*

Christopher W. Martin (pro hac vice)     Ralph S. Hubbard III, T.A., La. Bar. # 7040
Texas Bar 13057620     Joseph P. Guichet, La. Bar # 24441
Federal ID 13515     Seth A. Schmeeckle, La. Bar # 27076
Martin R. Sadler (pro hac vice)     LUGENBUHL, WHEATON, PECK,
Texas Bar 00788842        RANKIN & HUBBARD
Federal ID 18230     601 Poydras Street, Suite 2775
MARTIN, DISIERE, JEFFERSON &     New Orleans, LA 70130
WISDOM, L.L.P.     Telephone: (504) 568-1990
808 Travis Street, Suite 1800     Facsimile: (504) 310-9195
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

Attorneys for Hartford Insurance Company of the Midwest (incorrectly named as Hartford Insurance Company)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File its Supplemental Reply Memorandum in Further Support of its Rule 12 Motion has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 28th day of July, 2006.

*[signature]*

2