FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 28 PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO<br>INSURANCE (2:05-cv-06323) Vanderbrook | *<br>*<br>* | |

**STATE FARM'S EX PARTE MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMIT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Insurance Company ("State Farm"), who respectfully moves this Court for leave to file its Reply Memorandum in Support of Rule 12(c) Motion for Judgment on the Pleadings in excess of the Local Rule 7.8.1E's page limit. Pursuant to Local Rule 7.8.1E, a reply memorandum shall not exceed 10 pages, exclusive of exhibits. State Farm requests that this Court allow State Farm to exceed that limitation and allow it to file a Reply Brief of not more than 25 pages, exclusive of exhibits.

State Farm must respond to the arguments presented in the opposition memoranda filed by both the *Vanderbrook* plaintiffs and by the United Policy Holders and Chehardy Plaintiffs (hereinafter collectively referred to as "amicus") in their Amicus Memo. The

821547v.1

*Vanderbrook* plaintiffs and the amicus assert different, and sometimes contrary, arguments in their oppositions to State Farm's Rule 12(c) Motion for Judgment on the Pleadings. State Farm's Reply responds to both oppositions and therefore, necessarily exceeds the normal page limitation. State Farm believes that the additional discussion contained in the Reply will aid this Court in deciding State Farm's Rule 12(c) Motion for Judgment on the Pleadings.

**WHEREFORE**, State Farm respectfully requests leave of Court to allow it to file a Reply Memorandum in Support of its Rule 12(c) Motion for Judgment on the Pleadings in excess of the Local Rule 7.8.1E page limit, but not more than 25 pages in length.

Dated this 28th day of July, 2006.

*/s/ Wayne J. Lee*
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for State Farm Fire and
Casualty Company

821547v.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State Farm's *Ex Parte* Motion and Memorandum for Leave to File in Excess of Page Limitations has been served upon each counsel of record, via electronic mail and by United States mail, postage pre-paid and properly addressed, on July 28, 2006.

*[signature]*