

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -2 P 4: 18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K" (2)** <br> **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
   VANDERBROOK, ET AL PLAINTIFFS
   05-6323 "K" (2) VANDERBROOK

************************************************************************

## O R D E R

*Denied as Moot*

CONSIDERING THE FOREGOING Motion to Extend Opposition Deadline

**IT IS HEREBY ORDERED** that the Vanderbrook Plaintiffs be allowed ___ days to file their opposition memorandum to Defendants' Motion to Sever and Deconsolidate.

Signed this 1st day of August, 2006 in New Orleans, Louisiana.

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____