

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -2 P 3:51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 06-1885 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE MRGO * | | |
| RESPONDER CASES * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * *

### ORDER

Considering Plaintiffs' Motion for Leave to File Second Supplemental Memorandum in Opposition to the Government's Motion to Dismiss, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs be and they are hereby **GRANTED** leave to file a Second Supplemental Memorandum in Opposition to the Government's Motion to Dismiss.

New Orleans, Louisiana, this 2nd day of August, 2006.

_____
JUDGE

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____