

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -2  P 3:51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 06-1885 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE MRGO * | |
| RESPONDER CASES * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' SECOND SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS,

**MAY IT PLEASE THE COURT:**

On Monday, July 24, 2006, the Government filed a Motion to Dismiss claims in Civil Action No. 06-2268, essentially invoking the Flood Control Action of 1928 and the discretionary function "exception" to the Federal Tort Claims Act. This position is entirely in keeping with the position(s) already taken by State and local governments, namely that "one is legally responsible to the Victims of KATRINA for anything". Plaintiffs in Civil Action No. 06-1885 are treating the Government's Motion to Dismiss in No. 06-2268 as the functional equivalent of a denial of their administrative claims in writing, and intend to proceed accordingly. Plaintiffs in No. 06-1885 respectfully submit that the Court should do likewise, and agree that the Government's Motion to Dismiss

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

should be treated as a denial of the administrative claims by Victims of KATRINA, in writing, by their Government.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this ____ day of July 2006.