

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -2 P 3:50

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * * * | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AND TO EXCEED PAGE LIMIT FOR CONSOLIDATED REPLY MEMORANDUM IN FURTHER SUPPORT OF RULE 12 MOTIONS

Before the Court is a motion of Defendants The Standard Fire Insurance Company, Hartford Insurance Company of the Midwest, Hanover Insurance Company and Unitrin Preferred Insurance Company for leave file their consolidated reply memorandum in further support of their Rule 12 motions and to exceed the page limit. Defendants have moved pursuant to Local Rule 7.8.1.E for an order allowing them an extension of 7 pages for their consolidated reply memorandum.

The motion is hereby GRANTED.

Signed this 2nd day of _____, 2006.

_____
UNITED STATES JUDGE

4

___ Fee_____
___ Process____
X  Dktd_____
✓  CtRmDep____
___ Doc. No____