

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE SUPPLEMENTAL REPLY MEMORANDUM IN FURTHER SUPPORT OF RULE 12 MOTION

Before the Court is a motion of Defendants Hartford Insurance Company of the Midwest, for leave to file its supplemental reply memorandum in further support of its Rule 12 motion to dismiss.

The motion is hereby GRANTED.

Signed this 2"/ day of August, 2006.

_____

3

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____