

```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2006 AUG -2  P 4: 19

              LORETTA G. WHYTE
                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO | * | |
| INSURANCE (2:05-cv-06323) Vanderbrook | * | |
| | * | |

## ORDER

Considering the foregoing motion, it is hereby ordered that State Farm Fire and Casualty Insurance Company is granted leave to file a Reply Memorandum in Support of its Rule 12(c) Motion for Judgment on the Pleadings in excess of the Local Rule 7.8.1E page limit, but not more than 25 pages in length

This 2nd day of August, 2006.

New Orleans, Louisiana

_____
JUDGE

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

821547v.1