OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED       - 3 2006

LORETTA G. WHYTE
CLERK

Date:

O'Dwyer vs. USA

Case No. 06-4024 Section "K"(2)

Dear Sir:

~~Please~~ (issue) (re-issue) summons on the ~~(complaint)~~ (amended complaint) (~~amended complaint~~) ~~(third party complaint)~~ (other :                    ) to the following:

1. (name)    JIM LETTEN
   (address)

2. (name)    ATTORNEY GEN, GONZALEZ
   (address)

3. (name)
   (address)

4. (name)
   (address)

Very truly yours,

"Signature"

Attorney for PLAINTIFFS

Address ONE CANAL PLACE

___ Fee___
_X_ Process___ 8/4(2) SMS
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___