AO 440 (Rev. 10/93) Summons in a Civil Action



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2006 AUG -3  PM 3: 10
LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER**

V.

**THE UNITED STATES OF AMERICA**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

06-4024 "K" (2)

TO: The United States of America
Through United States Attorney
James Letten
Eastern District of Louisiana
Through the Civil Process Clerk
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the First Supplemental and Amending Complaint, which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE AUG - 3 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and AMENDED Complaint was made by me

DATE: 8/3/06

NAME OF SERVER (PRINT): ASHTON R. O'DWYER, JR.

TITLE: DIRECTOR

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): BY DELIVERING SAME TO MR LETTEN'S OFFICES IN HALE BOGGS BLDG.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/3/06

Signature of Server: [signature]

Address of Server: ONE CANAL PLACE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.