AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3 PM 3:10

LORETTA G. WHYTE
CLERK

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER**

V.

**THE UNITED STATES OF AMERICA**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-4024 "K" (2)

TO: The United States of America
Through Mr. Alberto Gonzales, U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the First Supplemental and Amending Complaint, which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE  AUG - 3 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 8/3/06 |
|---|---|
| Service of the Summons and Complaint was made by me — **AMENDED** | |

| NAME OF SERVER (PRINT) ASHTON R. O'DWYER, JR. | TITLE DIRECTOR |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): ON ATTORNEY GENERAL GONZALEZ BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, ARTICLE # 7004-0750-0002-6487-5812

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/3/06
         Date

Signature of Server

Address of Server: ONE CANAL PLACE

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.