as the 17th Street Canal in that part thereof north of the Old Hammond Highway known as "Bucktown" located in the Parish of Jefferson, State of Louisiana.

III.

The thirty seventh through forty seventh named defendants are alleged, upon information and belief, to be the owners and/or occupants of structures built upon piers in and over the 17th Street Canal in the area north of the Old Hammond Highway in that part thereof known as "Bucktown" and identified by numbered addresses in Jefferson Parish as follows:

1) Michael J. Young, 1823 Orpheum Street.
2) Larry's Marine and Auto Repair, 1829 Orpheum Street.
3) A. Werner, 1835 Orpheum Street.
4) S. Chiffer, 1845 Orpheum Street.
5) M. B. Swann, 1861 Orpheum Street.
6) K. S. Rheams, 1861 Orpheum Street.
7) C. L. Boutall, 1867 Orpheum Street.
8) John Doe (correct name not known), 1817 Orpheum Street.
9) Richard Roe (correct name not known), 1825 Orpheum Street.
10) Jim Doe (correct name not known), 1857 Orpheum Street.
11) Jack Doe (correct name not known), 1865 Orpheum Street.

IV.

Petitioner, Sewerage and Water Board of New Orleans, hereinafter S & W Bd., constructs, controls, maintains and operates and is charged with the responsibility of providing adequate drainage facilities to the citizens of New Orleans and those citizens of Jefferson Parish served by the 17th Street Canal in accordance with certain agreements entered into by the S & W Bd. and Jefferson Parish, pursuant to LSA-R.S. 33:4071 et. seq., and in connection therewith, for many years, have acquired servitudes and/or full ownership of land, in the name of the City of New Orleans for the use and benefit of the Sewerage and Water Board of New Orleans, and in such capacity acquired title to the canal located in Jefferson Parish known as the 17th Street Canal from North Line Street in Jefferson Parish to the shoreline of Lake Ponchartrain as it existed prior to the year 1869 by the following contracts:

a. Act before J. J. Woulfe, Notary Public, dated December 20, 1897, registered COB 168 folio 209 (Orleans).

- 2 -

D-29

EXHIBIT NO. I