AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LOUISIANA*
*FILED AUG - 2 2006*
*LORETTA G. WHYTE*
*CLERK*

CHARLES "PETE" SAVOY, MARK MADARY,
CYNTHIA WILLARD-LEWIS, PAMELA BRUNO
NEVLE AND GERARD NEVLE, PAM
DASHIELL, SHAWN TRAN, AND NGA TRAN,
INDIVIDUALLY, AND ON BEHALF OF ALL
OTHERS SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES OF AMERICA, THE
UNITED STATES ARMY CORPS OF
ENGINEERS, and FRANCIS J. HARVEY, THE
SECRETARY OF THE ARMY

CASE NUMBER: **06-3552**
**SECT. B MAG 1**

TO: Honorable Francis J. Harvey
Secretary of the United States Army
U.S. Department of Defense
101 Army Pentagon
Washington, DC 20310-0101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

O'Donnell & Mortimer LLP
Pierce O'Donnell
Nina Froeschle
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627

an answer to the complaint which is herewith served upon you, within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE   JUL 1 2 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: July 19, 2006 |
| Name of SERVER (PRINT): Jonathan B. Andry | TITLE: Attorney for Plaintiffs |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: U.S. Dept. of Justice 101 Army Pentagon, Washington, DC 20310-0101

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 1, 2006
Date

Signature of Server

610 Baronne St., New Orleans, LA 70113
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☑ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery<br>19 Jul 06 |
| 1. Article Addressed to:<br>Honorable Francis J. Harvey<br>Secretary of the United States Army<br>U.S. Dept. of Justice<br>101 Army Pentagon<br>Washington, DC 20310-0101 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0810 0000 8405 0146 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |