FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -4 PM 2: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" |
| | * | MAGISTRATE (2) |
| PERTAINS TO: ALL LEVEE | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

## MOTION TO IMPOSE SANCTIONS AND/OR FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C., who, for the reasons set forth in the attached memorandum, and based on the evidence presented herewith, moves this Honorable Court to impose appropriate sanctions and/or protective orders against plaintiffs' counsel, Ashton R. O'Dwyer.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

and

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**Attorneys for Boh Bros. Construction Co., L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Impose Sanctions and/or for Protective Order has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by depositing same in the United States mail, postage prepaid and properly addressed this 4 day of August, 2006.

_____