UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545<br>_____ | § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## **MOTION FOR LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT**

NOW INTO COURT comes defendant Eustis Engineering Company, Inc. ("Eustis"), who, through its undersigned counsel, moves this Court to allow Eustis to file the attached "First Supplemental Affidavit and Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc." ("Eustis Supplemental Affidavit"), Exhibit A.  Specifically, Eustis requests that the Court allow it to supplement the previously filed Eustis Affidavit with

the attached Eustis Supplemental Affidavit, which provides additional information on Eustis projects relating to levees, bridges, trestles, materials testing, pavements and expert witness services and other ancillary projects, for the reasons set forth in the incorporated memorandum in support. Undersigned counsel requested the consent of opposing counsel (Exhibit B), and received the consent to file from the following five parties:

1. Joseph Bruno, representing plaintiffs in Civil Action No. 05-6327

2. John deGravelles, representing plaintiffs in Civil Action No. 06-2545

3. Stephen Kreller, representing plaintiffs in Civil Action No. 05-5237

4. Hugh Lambert, representing plaintiffs in Civil Action No. 05-6073

5. Ashton O'Dwyer, representing plaintiffs in Civil Action No. 05-4181

(Exhibit C). The three remaining opposing counsel neither consented nor objected to the filing of the Supplemental Affidavit.

**WHEREFORE**, Eustis prays this Court grant its motion and file the attached Eustis Supplemental Affidavit.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/ Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:     (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT**