UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545<br>_____ | § § § § § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO FILE SUPPLEMENTAL AFFIDAVIT**

MAY IT PLEASE THE COURT:

**1.    REQUESTED RELIEF AND REASONS**

Eustis Engineering Company, Inc. ("Eustis") moves this Court to allow Eustis to file the "First Supplemental Affidavit and Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis

Engineering Company, Inc." ("Eustis Supplemental Affidavit"). Specifically, Eustis requests that the Court allow it to supplement the previously filed Eustis affidavit with the attached Eustis Supplemental Affidavit, which provides additional information on Eustis projects relating to levees, bridges, trestles, materials testing, pavements and expert witness services and other ancillary projects.

Eustis reviewed its files prior to filing Eusits' original Affidavit in support of the motion for summary judgment. Inadvertently, some filed were not located in this review. In order to fully disclose Eustis' services with respect to the levees (even as to remote projects unrelated to a breach), Eustis requests leave to file the Eustis Supplemental Affidavit, which addresses the recently located files.

**2.      LAW AND ARGUMENT**

Supplementation of Eustis' original Affidavit will not harm or prejudice any party to this proceeding; the plaintiffs have ample time to respond to the Supplemental Affidavit should they desire to do so. Eustis' Supplemental Affidavit is timely under Rule 56 and is necessary to address the additional files that have been located. FED. R. CIV P. 56(c) (requires filing of motion for summary judgment ten days prior to the time fixed for hearing). Supplemental affidavits are allowed under Rule 56. *See* New York State Energy Research

<u>and Development v. Nuclear Fuel Serv.</u>, 561 F.Supp. 954 (D.C.N.Y., April 8, 1983) (supplemental affidavit allowed to cure deficiencies in an original affidavit).

In addition, undersigned counsel requested and received no objection from five of the opposing parties to the motion for summary judgment; the remaining three parties neither consented nor opposed the filing of the Supplemental Affidavit.

WHEREFORE, Eustis prays this Court grant its motion and allow Eustis to file the Supplemental Affidavit attached hereto.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:   (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT**