UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**NOTICE OF MOTION FOR LEAVE TO FILE A SUPPLEMENTAL AFFIDAVIT
ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

**PLEASE TAKE NOTICE** that the undersigned counsel for Eustis Engineering Company, Inc. will bring the foregoing Motion for Leave to File a Supplemental Affidavit before the Honorable Stanwood Duval at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of August, 2006, at 9:30 a.m.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:    (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 7th day of August, 2006 served a copy of the Motion, Memorandum in Support, Notice of Hearing and Proposed Order on counsel for all parties to this proceeding, by e-mail or United States Mail, postage prepaid.

s/Erin E. Dearie
ERIN E. DEARIE