UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

CONSIDERING THE FOREGOING "Motion for Leave to File Supplemental Affidavit,"

IT IS ORDERED that Eustis Engineering Company, Inc. is granted leave to file the "First Supplemental Affidavit and Appendix in Support of Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints."

New Orleans, Louisiana, this _____ day of August, 2006.

                                                  _____
                                                  U.S. District Court Judge