**Motion for Leave to File Supplemental Affidavit**
**Eustis' Exhibit A**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545 | § | |

**FIRST SUPPLEMENTAL AFFIDAVIT AND APPENDIX IN SUPPORT OF RULE 12(b)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

# FIRST SUPPLEMENTAL AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

Before me, undersigned notary public, personally came and appeared,

**WILLIAM W. GWYN**

who is personally known to notary; and, who after being sworn did affirm to tell the truth, and did depose and state the following supplemental information based on personal knowledge:

## TABLE OF CONTENTS

**PART I(s): FOUNDATION OF PERSONAL KNOWLEDGE**

**PART III(s): LEVEE AND FLOOD WALL PROJECTS**

**SECTION 1(s): GLOBAL STATEMENTS**
**SECTION 2(s): 17TH STREET CANAL**
**SECTION 3(s): LONDON AVENUE CANAL**
**SECTION 4(s): THE INNER HARBOR NAVIGATION CANAL ("INDUSTRIAL CANAL" OR "IHNC")**

**PART I(s): FOUNDATION OF PERSONAL KNOWLEDGE**

1. My name is William W. Gwyn ("Affiant").

1a. Out of more than 19,467 files searched with "File Tracker," Eustis' initial searches, which formed the basis for my May 31, 2006 affidavit, did not locate all of the files for the Canal Systems and all of the remote projects that might arguably be associated with canal levees, such as files relating to bridges, trestles, materials testing, pavements and expert witness services, because, in part, Eustis' digital search engine is limited. Only exact search matches were located, and the initial "File Tracker" searches did not locate all of the projects. Accordingly, after discovering these omissions, Eustis conducted both an additional "File Tracker" search and a manual search of the file names of all projects that Eustis has undertaken since August 1, 1997.[1]

1b. Additionally, subsequent to evacuating its office last August, Eustis removed many files to a remote, temporary office in order to facilitate ongoing emergency repairs to levees, flood walls and other facilities damaged by Hurricane Katrina. Upon returning to its office last September, Eustis moved all the remaining files from the first floor to facilitate repairs to its building.

---

[1] Eustis' typical projects last three to six weeks. Eustis' materials testing projects can remain active for many years but do not normally exceed three years. Therefore, Eustis' manual search confirmed the list of all canal levees and ancillary projects with engineering services end dates after August 1, 2000.

These actions left Eustis' filing system in disarray and only recently has the system been returned to its pre-Katrina order. Since then, Eustis located the additional materials associated with Project No. 12423. This additional information for Project No. 12423 contained a document that disclosed that Eustis last rendered engineering services on this project on October 6, 1993, not (as I stated earlier) on July 23, 1993.

1c. Another reason that some of Eustis' files were not previously located was that file labels became detached from some file folders. This was because of the humidity resulting from Katrina flooding in the building and subsequent handling and relocation of the files.

1d. This supplemental affidavit cures all of the above-described omissions.

1e. All of my May 31, 2006 statements are incorporated into and supplemented by this affidavit.

## PART III(s): LEVEE AND FLOOD WALL PROJECTS

### SECTION 1(s): GLOBAL STATEMENTS

15a. The compilation of Eustis' projects, listed in Exhibit 1(s), Table No. 1.1(s), reflects all of the geotechnical engineering services rendered by Eustis on the Canal Systems and on all ancillary projects such as bridges, trestles, pavements, materials testing and expert witness services. The bold face font text in Table No. 1.1(s) indicates the project on which Eustis last rendered engineering services on a Levee and Flood Wall Project on each Canal. The italics font text in Table No. 1.1(s) indicates the projects that supplement my May 31, 2006 affidavit.

18a. The supplemental information in this sworn statement does not change my May 31, 2006 statement at original paragraph 18 that "none of the Breaches occurred in areas where Eustis rendered geotechnical engineering services after September 18, 2000."

## SECTION 2(s): 17TH STREET CANAL

24a. **This supplemental affidavit does not change the last engineering services rendered date of September 12, 1989, listed in Table No. 1 of the Engineers' Joint Memorandum.** Prior to completing all services on Project No. 10214, Eustis rendered geotechnical engineering services on other projects at the 17th Street Canal, but Eustis completed those services on the dates listed in Table 1.2(s).

25a. Subsequent to completing all services on Eustis Project No. 10214, Eustis rendered geotechnical engineering services on the projects listed below, which projects were unrelated to the areas that Breached:

| # | FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|
| 1 | 15726 | Environmental Soil Borings, 17th Street Canal at Interstate 10, Metairie, Louisiana | December 15, 1998 |
| 2 | 18578 | Lawsuit-Henry J. Helm, et al v. Johnson Bros. Corp, et al, Veterans Bridge, 17th Street Canal | Fall 2004 |

26a. The engineering services that Eustis rendered on the 17th Street Canal after September 12, 1989, were restricted to projects at the Veterans Boulevard Bridges, at Pump Station No. 6, environmental borings and expert witness services in connection with a claim by a homeowner alleging vibration damage arising out of the construction of the Veterans Highway bridges. These projects were remote from the Breach.

31a. After another extensive review of Eustis' files, based on Affiant's personal

search and on the search conducted by Eustis' staff (which I supervise as president), Eustis rendered no other more recent geotechnical engineering services on the 17th Street Canal System.

## SECTION 3(s): LONDON AVENUE CANAL

33a. After another extensive review of Eustis' files for services rendered on the London Avenue Canal, based on my personal search and on the search conducted by Eustis' staff (which I supervise as president), Eustis last rendered geotechnical engineering services on a Levee and Flood Wall Project at the London Avenue Canal on October 6, 1993, on a project known as "Revised Cross-Sections London Avenue Outfall Canal Proposed I-Walls and T-Walls Mirabeau Avenue to Leon C. Simon Boulevard." Exhibit No. 3.1.1. The records for these geotechnical engineering services were filed under Eustis' Project No. 12423. **This supplemental affidavit updates the last engineering services date, listed in Table No. 1 of the Engineers' Joint Memorandum, to October 6, 1993 from July 23, 1993.**

34a. Eustis' October 6, 1993 letter Report, Exhibit No. 3.1.1, is a Eustis business record, and discloses the nature and completion date of the geotechnical engineering services that Eustis rendered on Project No. 12423.

36a. Prior to completing all services on Project No. 12423, Eustis rendered geotechnical engineering services on other projects at the London Avenue Canal, but Eustis completed those services on the dates listed in Table 1.3(s).

37a. Subsequent to completing all services on Project No. 12423, Eustis rendered geotechnical engineering services on the projects listed below, which had nothing to do with the areas that Breached. Shadow fonts have been added

to more easily identify the nature of the services rendered on bridges, pump stations and pavement projects with end dates after September 18, 2000. In addition, although Eustis provided engineering services on three projects listed below, Project Nos. 13065, 15823, and 16949 were never constructed. Finally, Eustis opened an administrative file for Project No. 13739, which included a proposal and other records, but neither rendered services nor an invoice on this project file. Exhibit Nos. 3.3.1 through 3.3.17 are copies of Eustis' business records evidencing the dates of last engineering services on each of the following projects:

| # | FILE # | EXHIBIT # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|---|
| 1 | 12795 | 3.3.5 | Orleans Levee District (Board of Comm.) Vibration Monitoring, London Avenue Outfall Canal Between Pump Station No. 3 and Mirabeau Avenue, New Orleans, Louisiana | May 29, 1995 |
| 2 | 12882 | 3.3.1 | London Avenue Outfall Canal-Proposed Levee Crown Degrading, Mirabeau Avenue to Leon C. Simon Boulevard, New Orleans, Louisiana | May 6, 1994 |
| 3 | 13065 | 3.3.2 | London Avenue Outfall Canal-Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana | June 23, 1997 |
| 4 | 13446 | 3.3.4 | London Avenue Outfall Canal, Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana | April 20, 1995 |
| 5 | 13739 | -- | Orleans Levee District, London Avenue Canal, Design of Floodwalls Recommendation of Pile Capacities, New Orleans, Louisiana | No Services Rendered |

| # | FILE # | EXHIBIT # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|---|
| 6 | 14137 | 3.3.6 | Orleans Levee District, Geotechnical Engineering Analyses, London Avenue Canal Bridges at Gentilly Boulevard and Leon C. Simon Boulevard, New Orleans, Louisiana | November 30, 1999 |
| 7 | 14462 | 3.3.7 | U.S. Army Corps of Engineers, Work Order number 14, Test of soil borings for London Avenue outfall canal, Second Lift, East and West Reaches, New Orleans, Louisiana, Contract Number DACW29-95-D-0012 | February 5, 1997 |
| 8 | 15033 | 3.3.8 | Orleans Levee District, London Avenue Canal, Gentilly Boulevard Bridge, New Orleans, Louisiana | March 5, 1998 |
| 9 | 15077 | 3.3.16 | Orleans Levee District, London Avenue and Pavement approaches at Robert E. Lee Boulevard, New Orleans, Louisiana/S.P. No. 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; F.A.P. No. 8567 (002); City Project No. 88-US-002 | August 18, 2004 |
| 10 | 15166 | 3.3.3 | Orleans Levee District-London Avenue Canal, Mirabeau Bridge and Filmore Bridge, New Orleans, Louisiana OLB Project Number 24912, Engineering Analyses Only | January 9, 2004 |
| 11 | 15823 | 3.3.17 | Sewerage & Water Board of New Orleans, London Avenue Outfall Canal, Pumping Station No. 3, Frontal Protection, New Orleans, Louisiana | October 22, 2002 |
| 12 | 15859 | 3.3.11 | Vibration Monitoring at London Avenue Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd. Bridge, New Orleans, Louisiana | March 8, 2000 |
| 13 | 15937 | 3.3.9 | Orleans Levee District, London Avenue Canal Bridges at Gentilly and Leon C. Simon Boulevards, New Orleans, Louisiana, Engineering Analyses Only | May 26, 1999 |

| # | FILE # | EXHIBIT # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|---|
| 14 | 16306 | 3.3.10 | U.S. Army Corps of Engineers, Testing of Submitted Core, Floodproofing of Leon C. Simon Boulevard Bridge at the London Avenue Canal, New Orleans, Louisiana | January 18, 2000 |
| 15 | 16450 | 3.3.12 | Orleans Levee District, Bridge at Lakeshore Drive and London Avenue Canal, New Orleans, Louisiana, OLB Project Number 27821 | October 12, 2001 |
| 16 | 16949 | 3.3.13 | Norfolk Southern Railroad, Trestle at London Avenue Canal, Pump Station No. 3, New Orleans, Louisiana | July 6, 2001 |
| 17 | 17235 | 3.3.15 | Orleans Levee District, Lakeshore Drive Improvements, Reach 3 and Bridge at London Avenue Canal, Orleans Parish, Louisiana, OLB Project Number 27805 | May 29, 2002 |
| 18 | 17360 | 3.3.14 | Orleans Levee District, Dynamic Pile Analysis, Filmore Avenue Bridge over London Avenue Canal, New Orleans, Louisiana | March 7, 2002 |

39a. The Mirabeau and Filmore Avenue Bridges, the Lakeshore Drive Bridge and Pumping Station No. 3 did not fail. Reach 3 (on Lakeshore Drive) and the pavement approach to Robert E. Lee are not part of the flood protection systems that Breached.

40a. After another extensive review of Eustis' files, based on my personal search and on the search conducted by Eustis' staff (which I supervise as president), Eustis rendered no other more recent geotechnical engineering services on the London Avenue Canal System.

**SECTION 4(s): THE INNER HARBOR NAVIGATION CANAL**
**("Industrial Canal" or "IHNC")**

45a. Prior to completing all services on Project No. 07844, Eustis rendered geotechnical engineering services on other projects at the IHNC, but Eustis completed those services on the dates listed in Table 1.4(s).

49a. After another extensive review of Eustis' files, based on my personal search and on the search conducted by Eustis' staff (which I supervise as president), Eustis rendered no other more recent geotechnical engineering services on the IHNC System.

MR. WILLIAM W. GWYN, P.E., PRESIDENT
Eustis Engineering Company, Inc.
3011 28th Street
Metairie, LA 70002

SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY PUBLIC

THIS 7TH DAY OF AUGUST, 2006

THOMAS F. GARDNER (No. 1373)
My commission expires at death.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE & MRGO<br>O'Dwyer, No. 05-4181<br>Vodanovich, No. 05-5237<br>Kirsch, No. 05-6073<br>Ezell, No. 05-6314<br>LeBlanc, No. 05-6327<br>Tauzin, No. 06-0020<br>Fitzmorris, No. 06-2346<br>Marcello, No. 06-2545 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

**INDEX, TABLES AND EXHIBITS ATTACHED**
**<u>TO THE FIRST SUPPLEMENTAL AFFIDAVIT OF MR. WILLIAM W. GWYN</u>**

**INDEX TO EXHIBITS INCORPORATED**
**INTO THE FIRST SUPPLEMENTAL AFFIDAVIT OF WILLIAM W. GWYN**

| EXHIBIT # | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 1(s) | -- | -- | -- | Table 1.1(s): Comprehensive Listing of Eustis' Projects |
| 1.2(s) | -- | -- | -- | Table 1.2(s): Eustis' 17th Street Canal Projects Completed Before September 12, 1989 |
| 1.3(s) | -- | -- | -- | Table 1.3(s): Eustis' London Avenue Projects Completed Before October 6, 1993 |
| 1.4(s) | -- | -- | -- | Table 1.4(s): Eustis' IHNC Projects Completed Before January 22, 1990 |
| 3.1.1 | October 6, 1993 | Eustis | BKI | Letter |
| 3.3.1 | May 6, 1994 | Eustis | BKI | Letter |
| 3.3.2 | June 23, 1997 | Eustis | Pepper & Assoc. | Letter |
| 3.3.3 | January 9, 2004 | Eustis | Meyer Engineers, Ltd. | Letter |
| 3.3.4 | April 20, 1995 | Eustis | BKI | Letter |
| 3.3.5 | May 29, 1995 | Eustis | OLD | Letter |
| 3.3.6 | November 30, 1999 | Linfield | Eustis | Letter |
| 3.3.7 | February 5, 1997 | Eustis | Corps | Letter |
| 3.3.8 | March 5, 1998 | Eustis | Linfield | Letter |
| 3.3.9 | May 26, 1999 | Eustis | Linfield | Letter |

| EXHIBIT # | DATE | FROM | TO | DESCRIPTION |
|---|---|---|---|---|
| 3.3.10 | January 18, 2000 | Eustis | Corps | Letter |
| 3.3.11 | March 8, 2000 | Eustis | OLD | Letter |
| 3.3.12 | October 12, 2001 | Eustis | Design Engineering | Letter |
| 3.3.13 | July 6, 2001 | Eustis | Modjeski | Letter |
| 3.3.14 | March 7, 2002 | Eustis | Angelo Iafrate | Letter |
| 3.3.15 | May 29, 2002 | Eustis | Design Engineering | Letter |
| 3.3.16 | August 18, 2004 | Eustis | Design Engineering | Letter |
| 3.3.17 | October 22, 2002 | Eustis | Pepper & Assoc. | Letter |

## EXHIBIT 1(s):
## TABLE NO. 1.1(s): COMPREHENSIVE LISTING OF EUSTIS' PROJECTS

| # | JOB NUMBER | TITLE |
|---|---|---|
| 1 | 04315 | Sewerage and Water Board - Pump Station No. 6, Seventeenth Street, Canal, Metairie, Louisiana |
| *2* | *07198* | *Metairie Relief Canal Levees Orleans and Jefferson Parishes, Louisiana* |
| 3 | 07307 | Orleans Levee District - Proposed Flood Wall, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana |
| *4* | *07454* | *Orleans Levee District Slope Stability Study, London Avenue Canal, East Side, Stations 113+00 to 119+00, New Orleans, Louisiana* |
| 5 | 07546 | Orleans Levee District Proposed Bulkhead Analysis, East Side of London Avenue Canal New Orleans, Louisiana |
| 6 | 07681 | Gulf South Research Institute Soil Borings for Sediment Deposit at 17th Street Canal New Orleans, Louisiana |
| 7 | 07832 | Sewerage and Water Board of New Orleans - Pump Station 19, St. Bernard Avenue, New Orleans, Louisiana |
| 8 | **07844** | **Orleans Levee District - Project No. 78-M-13-2, Floodwall and Floodgate Construction, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana** |
| 9 | 07917 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 554+00 to 670+00 Orleans and Jefferson Parishes, Louisiana |
| 10 | 07918 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 539+00 to 554+00 Jefferson and Orleans Parishes, Louisiana |
| 11 | 07941 | Orleans Levee Board 17th Street Canal Levee, Vicinity of Hammond Highway New Orleans, Louisiana |
| 12 | 07968 | Orleans Levee Board London Avenue Canal Levee, East Side Riprap Slope Construction Filmore Avenue to Prentiss Street Pump Station New Orleans, Louisiana |

| # | JOB NUMBER | TITLE |
|---|---|---|
| 13 | 08275 | Sewerage and Water Board of New Orleans - Proposed Additions to Drainage Pump Station No. 6, Orleans Parish, Louisiana |
| 14 | 08360 | Orleans Levee Board<br>London Avenue Canal East Site<br>Between Filmore Avenue and Prentiss Street Pumping Station<br>New Orleans, Louisiana |
| 15 | 08519 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Station 617+50 to Station 663+00<br>Orleans and Jefferson Parishes, Louisiana |
| 16 | 08520 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Floodwall and Slope Stability Re-analyses<br>Stations 539+00 to 670+00<br>Orleans and Jefferson Parishes, Louisiana |
| 17 | 08836 | Orleans Levee District<br>17th Street Canal Floodwall, New Orleans, Louisiana |
| 18 | 08938 | Sewerage and Water Board of New Orleans<br>Installation and Monitoring of Ground Water Wells<br>Metairie Relief Canal, Approximate Stations 640+00 to 670+00<br>Orleans and Jefferson Parishes, Louisiana |
| 19 | 09155 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-0304, New Orleans, Louisiana |
| 20 | 09207 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-03-4, Borings and Piezometers for<br>the U.S. Corps Engineers, Kenner, Louisiana |
| *21* | *09214* | *Orleans Levee District- Seabrook Floodwall Extension,<br>OLB Project No. 2042-0320, New Orleans Louisiana* |
| 22 | 09223 | Orleans Levee District<br>London Avenue Canal, Levee and Floodwall Improvements<br>OLB Project No. 2049-0269, New Orleans, Louisiana |
| 23 | 09418 | Orleans Levee Board<br>Metairie Relief Canal, New Orleans, Louisiana |
| 24 | 09444 | Orleans Levee District - Field Services and Geotechnical Analyses,<br>Orleans Avenue Outfall Canal, New Orleans, Louisiana<br>OLB Project No. 2048-0304 |
| 25 | 09497 | Orleans Levee District<br>Revised Condition, Metairie Relief Canal,<br>Stations 539-554, Orleans and Jefferson Parish, Louisiana |

| # | JOB NUMBER | TITLE |
|---|---|---|
| 26 | 09831 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal<br>Supplementary Bulkhead Analyses, Metairie, Louisiana |
| 27 | 10176 | Orleans Levee District - Floodwall Re-analysis,<br>Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| 28 | **10214** | **Orleans Levee District<br>Metairie Relief Canal (17th Street Canal), New Orleans, Louisiana** |
| *29* | *10269* | *London Avenue Outfall Canal<br>Flood Protection Improvement Project<br>Supplemental Geotechnical Analysis, OLB Project No. 2049-0333* |
| 30 | 10399 | Orleans Levee District<br>London Avenue Outfall Canal<br>Field Services and Engineering Analyses, New Orleans, Louisiana |
| *31* | *11570* | *Orleans Levee District, London Avenue Outfall Canal interim Flood Protection, Phase 1B1, Contact No. 24905, New Orleans, Louisiana* |
| 32 | 11631 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>Test Pile Program, OLB Project No. 24804, New Orleans, Louisiana |
| *33* | *11689* | *Orleans Levee District, London Avenue Canal, Interim Flood Protection, Phase 1B-2, Contact No. 24905, New Orleans, Louisiana* |
| 34 | 11904 | Orleans Levee District - Orleans Avenue Canal Floodwall, Phase IIC (West Side, Station 30 to 64), OLB Project No. 24816,<br>DEI Project No. 1006IIC, New Orleans, Louisiana |
| 35 | 11937 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>Additional Analyses, New Orleans, Louisiana |
| 36 | 12342 | Bridge Crossing<br>Veterans Memorial Boulevard & 17th Street Canal<br>Orleans & Jefferson Parishes, Louisiana |
| *37* | ***12423*** | ***Revised Cross-Sections, London Avenue Outfall Canal, Proposed I-Walls and T-Walls, Mirabeau Avenue to Leon C. Simon Boulevard, New Orleans, Louisiana*** |
| *38* | *12795* | *Orleans Levee District (Board of Comm.) Vibration Monitoring, London Avenue Outfall Canal Between Pump Station No. 3 and Mirabeau Avenue, New Orleans, Louisiana* |
| *39* | *12882* | *London Avenue Outfall Canal-Proposed Levee Crown Degrading, Mirabeau Avenue to Leon C. Simon Boulevard, New Orleans, Louisiana* |
| *40* | *13065* | *London Avenue Outfall Canal-Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana* |

| # | JOB NUMBER | TITLE |
|---|---|---|
| 41 | 13294 | Orleans Levee District - Orleans Avenue Outfall Canal at Robert E. Lee Boulevard and Harrison and Filmore Avenues and London Avenue Canal at Leon C. Simon, Mirabeau and Gentilly Boulevards, New Orleans, Louisiana |
| *42* | *13446* | *London Avenue Outfall Canal, Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana* |
| 43 | 13491 | U.S. Army Corps of Engineers - Fronting Protection at Pump Station Number 6, 17th Street Outfall Canal, New Orleans, Louisiana/Contract Number DACW29-95-R-0005 |
| *44* | *13739* | *Orleans Levee District, London Avenue Canal, Design of Floodwalls Recommendation of Pile Capacities, New Orleans, Louisiana* |
| 45 | 13951 | East Jefferson Levee District Floodproofing Veterans Memorial Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes, LA U.S. Army Corps of Engineers Contract No. DACW29-96-0093 East Jefferson Levee District Harahan, Louisiana |
| 46 | 13990 | Sewerage and Water Board of New Orleans - Proposed Addition at Pump Station Number 19, New Orleans, Louisiana |
| 47 | 14022 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IIB, Floodproofing of Bridge Crossings at Robert E. Lee Boulevard, New Orleans, Louisiana |
| *48* | *14137* | *Orleans Levee District, Geotechnical Engineering Analyses, London Avenue Canal Bridges at Gentilly Boulevard and Leon C. Simon Boulevard, New Orleans, Louisiana* |
| *49* | *14462* | *U.S. Army Corps of Engineers, Work Order number 14, Test of soil borings for London Avenue outfall canal, Second Lift, East and West Reaches, New Orleans, Louisiana, Contract Number DACW29-95-D-0012* |
| *50* | *15033* | *Orleans Levee District, London Avenue Canal, Gentilly Boulevard Bridge, New Orleans, Louisiana* |
| *51* | *15077* | *Orleans Levee District, London Avenue and Pavement approaches at Robert E. Lee Boulevard, New Orleans, Louisiana/S.P. No. 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; F.A.P. No. 8567 (002); City Project No. 88-US-002* |
| 52 | 15109 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IB, Filmore and Harrison Avenues Bridges, New Orleans, Louisiana |
| *53* | *15166* | *Orleans Levee District-London Avenue Canal, Mirabeau Bridge and Filmore Bridge, New Orleans, Louisiana/OLB Project Number 24912, Engineering Analyses Only* |

| # | JOB NUMBER | TITLE |
|---|---|---|
| *54* | *15726* | *Environmental Soil Borings, 17th Street Canal at Interstate 10, Metairie, Louisiana* |
| *55* | *15823* | *Sewerage & Water Board of New Orleans, London Avenue Outfall Canal, Pumping Station No. 3, Frontal Protection, New Orleans, Louisiana* |
| *56* | *15859* | *Vibration Monitoring at London Avenue Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd. Bridge, New Orleans, Louisiana* |
| 57 | 15911 | Orleans Levee District - Wave Analysis for 24-in. Square Concrete Pile, Orleans Avenue Outfall Canal Bridges at Filmore and Harrison Avenue, New Orleans, Louisiana |
| *58* | *15937* | *Orleans Levee District, London Avenue Canal Bridges at Gentilly and Leon C. Simon Boulevards, New Orleans, Louisiana, Engineering Analyses Only* |
| 59 | 16290 | Orleans Levee District - Vibration Monitoring at Pumping Station No. 6, New Orleans, Louisiana, OLB Project No. 24924 |
| *60* | *16306* | *U.S. Army Corps of Engineers, Testing of Submitted Core, Floodproofing of Leon C. Simon Boulevard Bridge at the London Avenue Canal, New Orleans, Louisiana* |
| 61 | 16329 | Sewerage & Water Board of New Orleans - Piezometer Installations at Pump Station No. 4, London Avenue Canal, New Orleans, Louisiana |
| 62 | 16350 | Orleans Levee District - Robert E. Lee Bridge at Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| *63* | *16450* | *Orleans Levee District, Bridge at Lakeshore Drive and London Avenue Canal, New Orleans, Louisiana, OLB Project Number 27821* |
| 64 | 16522 | U.S. Army Corps of Engineers - Inner Harbor Navigation Canal to Paris Road, Chalmette Area and Citrus Back Levees and the St. Rose Drainage Structure, Contract No. DACW29-98-D-0003, Work Packet No. 48 |
| 65 | 16699 | U.S. Army Corps of Engineers - Testing of Undisturbed Samples for Soil Borings CAU-1AU, 7A-CAU, AND 8A-CAU, Chalmette Area Plan, Inner Harbor Navigation Canal to Paris Road, Orleans Parish, Louisiana. Contract No. DACW29-98-D-0003, Work Packet No. 57 |
| *66* | *16949* | *Norfolk Southern Railroad, Trestle at London Avenue Canal, Pump Station No. 3, New Orleans, Louisiana* |

| # | JOB NUMBER | TITLE |
|---|---|---|
| 67 | 17235 | Orleans Levee District, Lakeshore Drive Improvements, Reach 3 and Bridge at London Avenue Canal, Orleans Parish, Louisiana, OLB Project Number 27805 |
| 68 | 17360 | Orleans Levee District, Dynamic Pile Analysis, Filmore Avenue Bridge over London Avenue Canal, New Orleans, Louisiana |
| 69 | 17644 | Orleans Levee District, Lakeshore Drive Improvements, Bridge at Orleans Avenue Canal, Orleans Parish, Louisiana, OLB Project Number 27825 |
| 70 | 18230 | Sewerage & Water Board of New Orleans Sewer Force Main Crossings, Orleans Avenue Canal at Porteous Street, Filmore Avenue at Bayou St. John, Filmore Avenue at Marconi Drive, New Orleans, Louisiana |
| 71 | 18578 | Lawsuit-Henry J. Helm, et al v. Johnson Bros. Corp, et al, Veterans Bridge, 17th Street Canal |

## EXHIBIT 1.2(s)

## TABLE 1.2(s): EUSTIS' 17TH STREET CANAL PROJECTS COMPLETED BEFORE SEPTEMBER 12, 1989

| # | FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|
| 1 | 07198 | *Metairie Relief Canal Levees Orleans and Jefferson Parishes, Louisiana* | *December 14, 1978* |

## EXHIBIT 1.3(s)

## TABLE 1.3(s): EUSTIS' LONDON AVENUE PROJECTS COMPLETED BEFORE OCTOBER 6, 1993

| # | FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|
| 1 | 07454 | *Orleans Levee District Slope Stability Study, London Avenue Canal, East Side, Stations 113+00 to 119+00, New Orleans, Louisiana* | *October 11, 1979* |
| 2 | 11570 | *Orleans Levee District, London Avenue Outfall Canal interim Flood Protection, Phase 1B1, Contract No. 24905, New Orleans, Louisiana* | *September 24, 1991* |
| 3 | 11689 | *Orleans Levee District, London Avenue Canal, Interim Flood Protection, Phase 1B-2, Contract No. 24905, New Orleans, Louisiana* | *December 4, 1991* |

**EXHIBIT 1.4(s)**

**TABLE 1.4(s): EUSTIS' IHNC PROJECTS**
**COMPLETED BEFORE JANUARY 22, 1990**

| # | FILE # | PROJECT DESCRIPTION | ENGINEERING SERVICES COMPLETED DATE |
|---|---|---|---|
| *1* | *09214* | *Orleans Levee District- Seabrook Floodwall Extension, OLB Project No. 2042-0320, New Orleans Louisiana* | *January 8, 1987* |

**Eustis' Exhibit 3.1.1**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



EUSTIS ENGINEERING
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL AND MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157

6 October 1993

Burk-Kleinpeter, Inc.
Engineers, Architects,
Planners, Environmental Scientists
4176 Canal Street
Post Office Box 19087
New Orleans, Louisiana 70179

Attention Mr. Suresh Shah
FAX 488-1714

Gentlemen:

Additional Information
Revised Cross-Sections
London Avenue Outfall Canal
Proposed I-Walls and T-Walls
Mirabeau Avenue to Leon C. Simon Boulevard
New Orleans, Louisiana

We have performed additional geotechnical analyses of the revised levee cross-section which will be constructed to a uniform crown elevation on both sides of the proposed floodwall. Reference is made to our previous letter reports of 23 July and 19 May 1993.

Our computations indicate that the maximum bending moment in the sheetpiles remains unchanged at 15.7 ft-kips per linear foot for the revised levee cross-section. A copy of the computer printout data is included with this letter for your reference.

If we can be of further assistance or you require further information, do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LOUIS J. NAPOLITANO

STATE OF LOUISIANA
LOUIS J. NAPOLITANO
REG. NO. 08493
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING

LJN:bh

Enclosure (6 Sheets)

EE 12464

**Eustis' Exhibit 3.3.1**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL AND MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157

6 May 1994

Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana 70119-5994

Attention Mr. Suresh Shah
Fax Number 488-1714

Gentlemen:

Geotechnical Investigation
London Avenue Outfall Canal
Proposed Levee Crown Degrading
Mirabeau Avenue to Leon C. Simon Boulevard
New Orleans, Louisiana

At your request, we are providing this letter to transmit geotechnical engineering analyses performed to reevaluate the proposed levee crown degrading along the east and west banks of the London Avenue Outfall Canal. These analyses consider revised high water elevations from those previously furnished to Eustis Engineering Company, Inc. The intent of your request is to maintain an adequate factor of safety against bending for the existing sheetpile walls.

Analyses contained in our letter on the subject project dated 29 March 1994 were for a high water level in the canal at the top of the existing floodwalls. Additional analyses were requested for a revised high water level at Subreaches 2, 5, 6, 7 and 8 as defined on Enclosure 2 of our letter dated 29 March 1994. The degraded elevations at these subreaches are also given on Enclosure 2 of our previous letter. For those degrading limits, a factor of safety of 1.5 was computed for high water level at the existing floodwalls. However, the existing MP-112 sheetpiles do not provide an adequate cross-section for the maximum moment obtained with the water

at this elevation. Therefore, you have requested analyses of the existing walls with a high water level at el 6.75 in order to investigate the moment capacity at that water surface elevation.

A high water level at el 6.75 did not create enough unbalanced load to produce meaningful results for several of the subreaches. At these locations, the high water level was increased at 0.25 intervals until a solution was reached. A summary of the results for maximum bending moments and high water level elevations is summarized on Enclosure 1. The computer printouts of all results are appended to this letter.

Please refer to our letter dated 29 March 1994 for information regarding soil data and computer analyses.

If we can of further assistance or if you require additional information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.

G. P. Sanders:kdl

Enclosure 1 and Appendix

EE 12882



**Eustis' Exhibit 3.3.2**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354

23 June 1997

Pepper and Associates, Inc.
Consulting Engineers
3012 26th Street
Metairie, Louisiana 70002

Attention Mr. Ken Dupuis
Fax Number 835-7453

Gentlemen:

Response to Comments
Section 02140 - Dewatering
London Avenue Outfall Canal
Frontal Protection at Pumping Station No. 3
New Orleans, Louisiana

In accordance with your facsimile dated 12 May 1997, Eustis Engineering Company, Inc., is responding to dewatering comments made by the New Orleans District Office of the U.S. Army Corps of Engineers (USACE). We are responding to Comment 10 which references Page 02140-3, Paragraphs 6.2(a) and (b) in the design memorandum.

The primary dewatering for the project will be the Intradelta deposits located between el -13 and -27.5. These deposits consist of ML, SM, and SP type soils. The closest borings to the excavation are USACE Boring 1-LUW, and Eustis Engineering Borings B-1 (1985), and B-1 (1994).

In our geotechnical report, Eustis Engineering recommended the piezometric head not exceed el -15 in the cohesionless Intradelta deposits occurring between el -13 and -27.5. This will maintain a ground water level 2 feet below the deepest anticipated excavation of el -13 for the pile caps in the discharge basin.

The nearshore Gulf deposits are located between el -40 and -62. The nearshore Gulf deposits consist of SP, SM, SC, and CL type soils. Heave analyses indicate a factor of safety of 1.25 when the piezometric head is at el 4.5. However, since the top of the temporary dam and cofferdams will be el 1.57, the discharge basin would have to be full of water to achieve el 4.5 and these structures would be flooded. Therefore, it will not be necessary to lower the piezometric head in the nearshore Gulf deposits.

The USACE requested an appropriate response to the contractor if the contractor places piezometer tips in the Intradelta deposits, performs falling head tests, and the results of the falling head tests confirm that the piezometers are not in cohesionless deposits but in silt deposits. If these conditions are observed in the field, then it is quite possible dewatering can indeed be made with sumps and pumps. However, based on the USACE Boring 1-LUW, the bottom of the excavation will be at the top of the Intradelta deposits. We believe a pressure relief system will be required for most of the project.

Other Considerations

Due to recent litigation involving dewatering during construction, Eustis Engineering recommends a comprehensive monitoring plan in the surrounding neighborhood. The monitoring plan should consist of the ongoing evaluation of data from at least four piezometers and several settlement points. The piezometers and settlement points should be installed and read prior to construction to establish conditions before dewatering and pressure relief activities. The piezometers and settlement points should be installed near residences or other structures in the vicinity of Florida Avenue, Treasure Street, North Broad Avenue, and New Orleans Street.

Should you require further information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

JOHN R. EUSTIS, P.E.

STATE OF LOUISIANA
JOHN R. EUSTIS
REG. NO. 22807
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING

JRE:aln/mcp

EE 13065

**Eustis' Exhibit 3.3.3**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



EUSTIS ENGINEERING COMPANY, INC.
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

9 January 2004

Meyer Engineers, Ltd.
Suite B
4937 Hearst Avenue
Metairie, Louisiana 70001

Attention Mr. Jitendra Shah
PN 885-9892
FN 887-5056

Gentlemen:

Review of Dynamic Pile Tests
Mirabeau Avenue Bridge
Orleans Levee District
Lake Pontchartrain, Louisiana, and Vicinity
High Level Plan
London Avenue Outfall Canal
Parallel Flood Proofing Protection of
Mirabeau and Filmore Avenue Bridges
New Orleans, Louisiana
OLB Project No. 24912
Contract No. DACW29-02-C-0013
Eustis Engineering Project No. 15166

In accordance with the recommendations contained in our letter dated 20 November 2003, dynamic pile tests were performed on several piles at the Mirabeau Avenue Bridge.

Three restrike dynamic pile tests were performed by Fugro-McClelland Marine Geosciences, Inc. (FMMG), on 3 December 2003. The piles recommended for testing in Bents 2, 3, and 4 were inaccessible since the pile caps were already in place. Therefore, the DPT were only performed on Pile Nos. 6 and 8 in Bent 5 and on Pile No. 12 in Bent 6. Please reference Eustis Engineering Company, Inc's email dated 19 December 2003 accepting these piles.



COMPLETE GEOTECHNICAL SERVICES • CQC & MATERIALS TESTING SERVICES
DYNAMIC PILE ANALYSIS • CONE PENETROMETER TECHNOLOGY

Meyer Engineers, LTD
9 January 2004

We are in receipt of a copy of FMMG's report on the DPT and CAPWAP analyses. Based on our review of an advanced copy of their report, we have also received data files as requested in our 11 December 2003 email.

Based on our review of the furnished data, we take no exception to FMMG's conclusion that the tested piles achieved the design capacity and are not damaged. Furthermore, based on the similarity in the driving records between the tested piles and the other piles recommended for testing, the majority of the precast piles installed for the bridge may be considered acceptable. We cannot, however, assess the capacity or integrity of Pile No. 6 in Bent 2. The terminal penetration resistance for this pile was slightly more erratic than the other piles in question which may indicate pile damage.

Should you require further information or clarification of this letter, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

GWENDOLYN PHILIPS SANDERS, P.E.

STATE OF LOUISIANA
GWENDOLYN P. SANDERS
REG. NO. 27104
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING

GPS:aln/jdl

**Eustis' Exhibit 3.3.4**

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL AND MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157

20 April 1995

Burk-Kleinpeter, Inc.
Engineers, Architects, Planners, Environmental Scientists
4176 Canal Street
New Orleans, Louisiana 70119

Attention Mr. Mike Jackson

Gentlemen:

Geotechnical Engineering Analyses
London Avenue Canal Flood Protection Levee
West Bank, Stations 70+25 to 84+90
New Orleans, Louisiana

Transmitted are the results of our revised analyses for the proposed relocation of the I-wall on the west bank of the London Avenue Canal Flood Protection Levee. The procedure for these analyses conforms to alternate criteria recently provided by Mr. Frank Vojkovich of the U.S. Army Corps of Engineers. This information should replace our letter dated 17 April 1995.

Furnished Information

Burk-Kleinpeter, Inc., indicated that approximately 1,465 linear feet of the west bank I-wall will be moved 4 feet toward the canal between Stations 70+25 and 84+90. Levee cross-sections between these stations were provided for the analyses.

I-Wall Analyses

The levee cross-section at Station 76+95 was considered the critical cross-section and was used in our analyses. The static water level (SWL) of el 11.9 MSL and soil properties from Reach I of our geotechnical report dated 19 May 1993 were used in our analyses.

Per our conversation with Mr. Vojkovich, only the "Q" case soil conditions should be used to analyze a hurricane protection cantilever I-wall without waveloads. These analyses assume a factor of safety of 1.0 applied to the soil shear strength and 2 feet of freeboard above the SWL to determine the required penetration of the sheetpile and the maximum bending moment. However, the U.S. Army Corps of Engineers recommends a minimum 3:1 penetration to head ratio using the SWL elevation.

Based on these analyses and the penetration to head ratio, a sheetpile tip elevation of -16 MSL is required. A sheetpile embedded to this depth will have a maximum bending moment of 10,799 ft-lbs at el 2.3. The complete results of the "Q" case analysis are provided in Enclosure 1.

Underseepage

Underseepage of the recommended sheetpile wall sections was evaluated based on Harr's Method of Analysis. Based on this analysis, a factor of safety of 5.2 for seepage was calculated when using the SWL and tailwater el 0.0 MSL on the protected side of the levee. This factor of safety is greater than 4 which is recommended by the U.S. Army Corps of Engineers for sheetpiles embedded into SP and SM type soils. Therefore, the recommended sheetpile penetration does not have to be increased for seepage.

Slope Stability

Relocation of the I-wall will not have a negative impact on the overall stability of the levee. Therefore, slope stability of the levee and I-wall was not part of our evaluation.

Burk-Kleinpeter, Inc. 20 April 1995

Thank you for asking us to perform these services.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.




Gregg A. Putnam:ejg

Enclosure 1 (7 sheets)

EE 13446

**Eustis' Exhibit 3.3.5**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354

29 May 1995

The Board of Commissioners of the Orleans Levee District
Suite 202
Administration Building
New Orleans Lakefront Airport
New Orleans, Louisiana 70126

Attention Mr. Stevan G. Spencer, P.E.

Gentlemen:

Results of Vibration Monitoring
Board of Commissioners of the Orleans Levee District
London Avenue Canal
Between Pump Station No. 3 and Mirabeau Avenue
OLB Project No. 24903-B

Transmitted is the daily vibration monitoring report for services conducted on 25 May 1995. Should you require any additional information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:ch

EE 12795

xc U.S. Army Corps of Engineers, Mr. Dennis Duhon/Mr. Chester Ashley; Boh Bros. Construction Company, Mr. Wayne Wooley

**Eustis' Exhibit 3.3.6**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

P.01



LINFIELD, HUNTER & JUNIUS, INC.
CONSULTING ENGINEERS AND ARCHITECTS

3500 North Causeway Blvd./Suite 200
Metairie, Louisiana 70002
(504) 835-9933 fax
(504) 837-1666

Ralph W. Junius, Jr., P.E.
Frank C. Newell, P.E.
Anthony F. Goodgion, P.E.
Lawrence B. LeBlanc, Architect
Sergio J. Girau, P.E.

David A. Hunter, Jr., 1969-1993
Ashby T. Gibbons, Jr., 1974-1979
R. P. Linfield, 1957-1979

## *FACSIMILE TRANSMISSION COVER SHEET*

**DATE:** 11/30/99

**TO:** GWEN SANDERS

**COMPANY:** EUSTIS

**FAX No.:** 834-0354

**FROM:** DANIEL BOLINGER

**REGARDING:**

**TOTAL PAGES FOLLOWING:** 2

**ORIGINAL/HARD COPY:** WILL BE MAILED { } WILL *NOT* BE MAILED { }

**MESSAGE:** PLEASE RESPOND TODAY IF Possible
THANK YOU

**OUR FILE No.** 9260E

*Please contact our office if the fax message you receive is incomplete or illegible.*

P.02



US Army Corps of Engineers.

# FACSIMILE HEADER SHEET

**U.S. ARMY CORPS OF ENGINEERS**

**NEW ORLEANS DISTRICT**
**P.O. BOX 60267**
**NEW ORLEANS, LOUISIANA 70160-0267**

| DELIVER TO | FROM |
|---|---|
| **Fax No.:** (504) 835-9933 | **Fax No.:** (504) 862-1894 |
| **Name:** Daniel Bolinger | **Name:** Frederick Young |
| **Office Symbol:** LHJ, INC | **Office Symbol:** CEMVN-ED-TM |
| **Telephone No.:** (504) 837-1666 | **Telephone No.:** (504) 862-1939 |

| Date: | No. of Pages: (including cover sheet) | Precedence (P or C) | If you do not receive all pages, please telephone: |
|---|---|---|---|
| 11/29/99 | 2 | | (504) 862 - 2653/862 - 2676 |

**REMARKS:** Mr. Dan Bolinger:

RE: Leon C. Simon Bridge Floodproofing:

The area that concerns us is the fill located on the canal side of the existing western abutment, see attached sheet with hatched area behind new western abutment. We are placing fill in an area that should probably be demucked if any soft material is in the area between the old and new abutments. I believe that the area should be demucked down to firm ground as determine by the Contracting Officer, a separator cloth should be placed in the demucked area, and backfill, compacted to 95 % proctor, should then be placed in the area behind the new abutment. Should the backfill be as in specs or should it be sand backfill? I think this procedure should provide a sufficient base to avoid separation between the soil and approach slab. The area in front of the abutment should be excavated as shown on the drawings and a separator cloth should be placed in the excavation before the placement of the riprap. Please consult with your geotechnical consultant and advise us on the solution. Answer as soon as possible!!!

Thanks
Fred

– if this is supporting approach slab it should be sand fill
but what about seepage cutoff – check assumptions – not a factor
use sand fill to compact against

**Eustis' Exhibit 3.3.7**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)




EUSTIS ENGINEERING COMPANY, INC.
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354

5 February 1997

U.S. Army Corps of Engineers
New Orleans District
Post Office Box 60267
New Orleans, Louisiana 70160

Attention Mr. Gary Hawkins

Gentlemen:

U.S. Army Corps of Engineers
Work Order No. 14
Testing of Soil Borings for London Avenue Outfall Canal
Second Lift - East and West Reaches
New Orleans, Louisiana
Contract No. DACW28-95-D-0012

As requested, Eustis Engineering Company, Inc., has performed soil mechanics laboratory tests on samples submitted for testing. These borings were identified as 7-LUG, 8-LUG and 9-LUG. The results of these tests are shown on the enclosures. It should be noted that compression strength tests could not be performed on three of the samples supplied to our office. These three samples were disturbed; information relating to these samples is indicated on the appropriate summary test sheet.

Should you require any additional information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

LLOYD A. HELD, JR., P.E.

LAH:kdl

Enclosures

EE 14462

**Eustis' Exhibit 3.3.8**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL AND MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002
504-834-0157 • Fax 504-834-0354

## FACSIMILE TRANSMITTAL

**From:** Gwen P. Sanders

**To:** Daniel Bollinger
Linfield, Hunter & Junius, Inc.
Fax: 835-9933

**Date:** 5 March 1998

**Subject:** Orleans Levee District, London Avenue Canal
Gentilly Boulevard Bridge

**No. Pages:** 1

At your request, we are providing this fax to address the USACE comments you provided on 3 March 1998.

We understand an allowable design load capacity of 182 tons is required for piles to support the proposed bridge. Based on Enclosure 2 of our letter dated 8 December 1997, this capacity is achieved at an approximate pile tip at el -99 NGVD for a 30-in. diameter open end steel pipe pile. Therefore, we agree with the USACE that a pile tip at el -100 NGVD is sufficient.

We estimate Boring 1, drilled on 11 November 1997, is located approximately 80 feet west of the existing bridge on Gentilly Boulevard.

If you have any questions or require any additional analyses, please do not hesitate to contact us.

EE15033

NOTE: THIS MESSAGE IS INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL TO WHOM IT IS ADDRESSED, AND MAY CONTAIN IMPORTANT INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT (OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT), YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ADDRESS SHOWN ON PAGE ONE OF THIS TRANSMISSION.

**Eustis' Exhibit 3.3.9**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / E-mail EustisEngr@aol.com

26 May 1999

Linfield, Hunter & Junius, Inc.
Suite 200
3500 North Causeway Boulevard
Metairie, Louisiana 70002

Attention Mr. Daniel Bolinger
Fax Number 835-9933

Gentlemen:

Geotechnical Engineering Services
Review of Pile Load Tests
Orleans Levee District
London Avenue Canal Bridges
Gentilly and Leon C. Simon Boulevards
New Orleans, Louisiana

We are providing this letter to transmit our evaluation of pile load tests performed at the subject sites. These evaluations have previously been transmitted by fax on 22 and 26 April, and 4 and 12 May 1999.

Leon C. Simon Boulevard

Test Pile No. 3: 30-in. Diameter Open-End Steel Pipe Pile. The results of this pile load test were received on 20 April 1999. Although not indicated on the driving log, we understand this test pile was driven within a 54-in. diameter open-end steel pipe pile. The outer pile was installed to a tip at el -12 and the soil was removed to el -10. The test pile was driven from an approximate ground surface at el 0.65. Based on the driving log and furnished ground surface, the pile tip elevation was estimated as el -92.

Review of the load versus deflection curve for the test pile indicates the pile held an ultimate compressive load of approximately 269 tons. This ultimate capacity neglects the skin friction on the pile to el -10. However, the change in overburden stresses in the underlying sand deposits due to a change in ground surface from el 0.65 to -10 is not reflected by the load test. Our analyses indicate the design load capacity of the piles (117 tons compression, factor of safety ≈2) can be achieved at a pile tip at el -92 within the canal. The estimated compressive capacity for a pile tipped at el -90 is 114 tons. The corresponding tensile capacities at el -90 and -92 are 79 and 81 tons, respectively.

Test Pile No. 1: HP 14 x 73 Steel H-Pile. The results of this pile load test were received on 23 April 1999. The test pile was driven from an approximate ground surface at el 0.65. Based on the driving log and furnished ground surface, the pile tip elevation was estimated as el -89.

Review of the load versus deflection curve for the test pile indicates the pile held an ultimate compressive load of approximately 172 tons. We understand the design load capacity of this pile is 72 tons compression. Based on the results of the load test, the allowable compressive capacity is approximately 86 tons (factor of safety ≈2) for piles driven at the abutments.

Gentilly Boulevard

Test Pile No. 1: HP 14 x 73 Steel H-Pile. The results of this pile load test were received on 30 April 1999. The test pile was driven from an approximate ground surface at el 1.43. Based on the driving log and furnished ground surface, the pile tip elevation was estimated as el -90.

Review of the load versus deflection curve for the test pile indicates the pile held an ultimate compression load of approximately 229 tons. We understand the design load capacity of this pile is 79 tons compression. Based on the results of the load test, the allowable compressive capacity is approximately 114 tons (factor of safety ≈2) for piles driven at the abutments. Based on the driving log and load test, the test pile is likely seated in sand deposits at the site and is developing some of its load from end bearing. However, due to variations in these deposits anticipated across the site, we do not recommend the full end bearing characteristics be assumed for the job piles. Therefore, we recommend the design load capacity of 79 tons compression be maintained for this pile embedment.

Test Pile No. 3: 30-in. Diameter Open End Steel Pipe Pile. The results of this pile load test were received on 12 May 1999. As indicated, this test pile was driven within a 54-in. diameter open end steel pipe pile. The outer pile was installed to a tip at el -14.5 and the soil was removed to el -14.5. The test pile was driven from an approximate ground surface at el 0.5. Based on the driving log and furnished ground surface, the pile tip elevation was estimated as el -97.75.

Review of the load versus deflection curve for the test pile indicates the pile held an ultimate compressive load of approximately 455 tons. This ultimate capacity neglects the skin friction on the pile to el -14.5. However, the change in overburden stresses in the underlying sand deposits due to a change in ground surface from el 0.5 to -12 is not reflected by the load test. Our analyses indicate the design load capacity of the piles (182 tons compression, factor of safety ≈2) can be achieved at a pile tip at approximately el -98 within the canal.

Should you require information or clarification, please do not hesitate to contact us.

Very truly yours,

EUSTIS ENGINEERING COMPANY, INC.

GWENDOLYN PHILIPS SANDERS, P.E.

STATE OF LOUISIANA
GWENDOLYN P. SANDERS
REG. NO. 27104
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING

GPS:jkd/ejg

EE 15937

**Eustis' Exhibit 3.3.10**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / Web Site: eustisengineering.com

18 January 2000

U.S. Army Corps of Engineers
New Orleans District
Post Office Box 60267
New Orleans, Louisiana 70160

Attention Mr. Stuart Waits

Gentlemen:

Report No. 1
Testing of Submitted Core
U.S. Army Corps of Engineers
Floodproofing of Leon C. Simon Boulevard Bridge
at London Avenue Canal
New Orleans, Louisiana

In accordance with your request, Eustis Engineering Company, Inc., performed compression testing on a concrete core submitted on 4 January 2000. The following information was furnished to us:

| Identification | Core No. 2 |
|---|---|
| Date Drilled | 31 December 1999 |
| Location | Bent Cap No. 2 |

U.S. Army Corps of Engineers
New Orleans District

18 January 2000

The concrete core was measured in accordance with ASTM C 174 and tested in accordance with ASTM C 42. The results are shown on the enclosure.

Thank you for asking us to perform these services. Should you require any additional information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

DENIS J. "CHIP" INDEST, II

DJI:mcp

Enclosure

EE16306

TESTING OF SUBMITTED CORE
U.S. ARMY CORPS OF ENGINEERS
FLOODPROOFING OF LEON C. SIMON BOULEVARD BRIDGE AT LONDON AVENUE CANAL
NEW ORLEANS, LOUISIANA

CONCRETE CORE COMPRESSION STRENGTH RESULTS

| CORE NO. | LENGTH AS DRILLED INCHES | HEIGHT CAPPED INCHES | DIAMETER INCHES | LENGTH/ DIAMETER RATIO | DATE CONCRETE PLACED |
|---|---|---|---|---|---|
| 2 | 8.04 | 6.28 | 3.75 | 1.67 | 12-31-99 |

| CORE NO. | LOAD AT FAILURE LBS | AREA SQ. IN. | LOAD AT FAILURE PSI | CORRECTION FACTOR FOR LENGTH | CORRECTED STRENGTH PSI | AGE AT TEST DATE |
|---|---|---|---|---|---|---|
| 2 | 92,000 | 11.04 | 8330 | 0.9738 | 8115 | 10 Days |

REMARKS:

1. The concrete core did not contain rebar material when tested.
2. The nominal maximum size of the coarse aggregate appeared to be 1 inch.
3. The concrete core was destroyed in testing and remnants were discarded.

**Eustis' Exhibit 3.3.11**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / Web Site: eustisengineering.com

8 March 2000

The Board of Commissioners
of the Orleans Levee District
Suite 202
Administration Building
6001 Stars and Stripes Boulevard
New Orleans, Louisiana 70126-8006

Attention Mr. Stevan G. Spencer, P.E.

Gentlemen:

Report No. 119
Vibration Monitoring at London Avenue Canal
Orleans Levee District
Floodproofing Leon C. Simon Boulevard Bridge
New Orleans, Louisiana
OLB Project No. 24924

On 6 March 2000, Eustis Engineering Company, Inc., traveled to the project site to monitor vibrations during demolition operations.

The demolition operations were monitored with a Dallas BR-2-3LF blast monitor. This monitor measures the vector sum of peak particle velocities in inches per second. The location of the monitor, distance from operations, and maximum recorded readings are shown in the tabulation on the next page.

The Board of Commissioners
of the Orleans Levee District

8 March 2000

| LOCATION OF MONITOR | DISTANCE FROM OPERATIONS | MAXIMUM PPV IN./SEC |
|---|---|---|
| Northeast Corner of Residence at 1740 Leon C. Simon Boulevard | 30 to 80 Feet | 0.0 to 0.2 |

Vibration levels recorded during demolition operations on this day were not at a level considered to be detrimental to pile supported structures. The results are shown on the enclosure.

Thank you for asking us to perform these services. Should you require any additional information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.

STATE OF LOUISIANA
WILLIAM W. GWYN
REG. NO. 14601
REGISTERED
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING

WWG:dwd

Enclosure

Copy to: Linfield, Hunter & Junius, Inc., Mr. Anthony Goodgion; Miller Excavating Service, Inc., Mr. Hamilton Miller; U. S. Army Corps. of Engineers, Mr. Chester Ashley; Boh Bros. Construction Company, LLC, Mr. Dale Biggers

EE 15859

**Eustis' Exhibit 3.3.12**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



'USTIS ENGINEERING COMPANY, I'
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

12 October 2001

Design Engineering, Inc.
Suite 205
3330 West Esplanade Avenue
Metairie, Louisiana 70002

Attention Mr. Tom Smith
PN 836-2155
FN 836-2159

Gentlemen:

Test Pile Stand Submittal
Orleans Levee District
Bridge at Lakeshore Drive and London Avenue Canal
New Orleans, Louisiana
OLB Project 27805
DEI Project No. 1030-3/LB
Eustis Engineering Project No. 16450

Reference is made to your letter dated 2 October 2001 for the subject project. We have reviewed the submittal and have the following comments.

The reaction frame will be connected to four 24-in. diameter steel pipe piles driven to a tip embedment of 60 feet below the existing ground surface. We estimate each reaction pile will have an ultimate pile load capacity of 152 kips in tension and 216 kips in compression.

For a compression pile load test, the reaction frame piles will have a combined ultimate tension load of 608 kips. For a tension pile load test, the reaction frame piles will have a combined ultimate compression load of 864 kips.

The submittal does not indicate what type and embedment of test pile will be load tested or whether the pile load test will be performed in compression or tension. However, the submittal does state the test pile has a design load capacity of 76 tons with a factor of safety of 3.

Assuming the test pile will be load tested to three times the design load, or 456 kips, the reaction frame piles should provide an adequate factor of safety against failure during the load test.

If you have any questions or require further information, please contact us.

Your very truly,

EUSTIS ENGINEERING COMPANY, INC.

John R. Eustis

JOHN R. EUSTIS, P.E.

JRE:ejg/ken

**Eustis' Exhibit 3.3.13**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



**EUSTIS ENGINEERING COMPANY, INC.**
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

6 July 2001

Modjeski & Masters, Inc.
1055 St. Charles Avenue
New Orleans, Louisiana 70130

Attention Mr. Jason E. Schade, P.E.
PN 524-4344
FN 561-1229

Gentlemen:

Revised Geotechnical Evaluation
Norfolk Southern Railroad Trestle at
London Avenue Canal Pumping Station No. 3
New Orleans, Louisiana
Eustis Engineering Project No. 16949

Eustis Engineering Company, Inc., has evaluated the stability of the Norfolk Southern Railroad embankment at London Avenue Canal near Pump Station No. 3 considering an unwatered discharge canal. This evaluation was performed in accordance with Eustis Engineering's proposal letter dated 14 March 2001 and was authorized by Modjeski & Masters, Inc.'s letter of 4 June 2001.

Soil design parameters used for our analyses were taken from our report dated 1 February 1995 entitled "Geotechnical Investigation, London Avenue Outfall Canal, Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana."

Slope Stability Analysis

A computer program, SLOPE/W, developed by Geoslope International, Ltd., was used to perform the stability analysis by the Circular Arc Method. The surcharge on the railroad embankment beyond the floodgate was modeled as a 355 psf uniform pressure due to locomotives side by side on the double tracks. The loading from locomotives, rail cars, etc., on the canal side of the floodgates was assumed to be fully supported by piles. The invert of the canal was assumed to be el -9.5 (NGVD). A presentation of the results of our analysis is given on Enclosure 1. The minimum calculated factor of safety was found to



COMPLETE GEOTECHNICAL SERVICES • CQC & MATERIALS TESTING SERVICES
DYNAMIC PILE ANALYSIS • CONE PENETROMETER TECHNOLOGY

be 1.24 for a circular arc, as shown on the enclosure. This factor of safety is considered acceptable.

Settlement of Railroad Embankment

Lowering of the ground water levels with pressure relief wells will impose additional effective stress on clay strata resulting in settlement of surrounding features including the railroad embankment. Eustis Engineering's report dated 16 July 1999 discussed this potential settlement. Once the contractor's complete plans and schedule are defined, specific settlement estimates can be developed for various areas surrounding the construction. Depending on the magnitude of construction related settlement, the railroad may have to relevel the track in the vicinity of the project.

If you have any questions, please do not hesitate to call.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

THOMAS H. STREMLAU, P.E.

THS:ken/aln

Enclosure 1

**Eustis' Exhibit 3.3.14**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



EUSTIS ENGINEERING COMPANY, INC.
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

7 March 2002

Angelo Iafrate Construction, LLC
300 Crofton Road
Kenner, Louisiana 70062

Attention Mr. Joe Morrow
PN 461-9366
FN 461-9340

Gentlemen:

Geotechnical Engineering Services
Revised Dynamic Pile Analyses
Filmore Avenue Bridge
Over London Avenue Canal
New Orleans, Louisiana
Eustis Engineering Project No. 17540 360

We have revised our dynamic pile analyses (WEAP) evaluating installation of the piles for the project. Our analyses initially assumed Vulcan 010 and Vulcan 08 single acting air hammers with aluminum/micarta hammer cushions and oak/pile cushions to install the job piles. Our revised analyses assume Hamortex hammer cushions and plywood pile cushions. The results of our latest analyses indicate lower tensile stresses than those estimated in our original analyses.

We have also assumed a range of soil parameters at the Filmore Avenue Bridge location and provided analyses for each of these conditions. These soil conditions represent a range of high and low penetration resistances that may be experienced at the site. The WEAP analyses for the Vulcan 010 hammer are shown on Enclosure 1, Sheets 1 and 2. The analyses for the Vulcan 08 hammer are shown on Enclosure 2, Sheets 1 and 2.

Our analyses assume jetting of the piles through the upper sand deposits that characterize the site. In our models, we have assumed jetting will result in no end bearing resistances and 60% of the skin friction in the sand during installation of the piles. For the underlying deposits, we have assumed 50% of the adhesion will be developed during penetration of the clay deposits and 70% of the skin friction will be developed during the penetration of

the underlying sand. We have assumed 90% of the end bearing will be developed in these deposits. Our jetting models assume the piles will be advanced at a penetration resistance of 8 to 10 blows per foot.

We hope this fulfills your immediate needs. Should you require further information or clarification of this letter, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.

STATE OF LOUISIANA
WILLIAM W. GWYN
REG. NO. 14601
REGISTERED
PROFESSIONAL ENGINEER
IN
CIVIL ENGINEERING

CLH:aln

Enclosures 1 and 2

**Eustis' Exhibit 3.3.15**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



El IS ENGINEERING COMPANY, INC.
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

29 May 2002

Design Engineering, Inc.
3330 West Esplanade Avenue
Metairie, Louisiana 70002

Attention Mr. Tom Smith

Gentlemen:

Report No. 11
Results of Pile Logging
Orleans Levee District
Lakeshore Drive Improvements
Reach 3 and Bridge at London Avenue Canal
Orleans Parish, Louisiana
OLB Project No. 27805
Eustis Engineering Project No. 17235

On 28 May 2002, a representative of Eustis Engineering Company, Inc., witnessed and logged the driving of seven 75-ft long, square, precast, prestressed concrete piles. The results are shown on the enclosure.

Thank you for asking us to perform these services. If you require additional information, please contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

WILLIAM W. GWYN, P.E.

WWG:dwd/ken

Enclosure

**Eustis' Exhibit 3.3.16**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



EUSTIS ENGINEERING COMPAN\. .NC.
3011 28TH STREET
METAIRIE, LOUISIANA 70002-6019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

18 August 2004

Design Engineering, Inc.
Suite 205
3330 West Esplanade Avenue
Metairie, Louisiana 70002

Attention Mr. Thomas M. Smith, P.E.
PN 836-2155
FN 836-2159

Gentlemen:

Additional Engineering Analyses
Lake Pontchartrain, Louisiana
and Vicinity High Level Plan
London Avenue Outfall Canal
Parallel Flood Proofing Protection of
Robert E. Lee Boulevard Bridge
New Orleans, Louisiana
Eustis Engineering Project No. 15077

At your request, Eustis Engineering Company, Inc., is providing this letter to transmit the results of additional engineering analyses performed for the subject project. Specifically, we have performed additional I-wall analyses for the northeast, southwest, and southeast walls at the London Avenue Bridge on Robert E. Lee Boulevard. This information was requested by Mr. Thomas Smith, representing Design Engineering, Inc. Utilizing revised cross-sections, these recommendations are based on data developed for our report on the subject project entitled "Geotechnical Investigation, City of New Orleans, Robert E. Lee Boulevard, Reconstruction at London Avenue Canal, New Orleans, Louisiana," dated 5 February 1998.

Eustis Engineering has previously performed additional analyses for the I-walls as contained in subsequent letters dated 5 January 1999 and 10 October 2002, facsimiles dated 17 December 2003 and 3 August 2004, and electronic mail dated 18 February 2004. The sheetpile analyses for the northwest wall at the levee tie-in were addressed in our letter dated 10 October 2002.

Design Engineering, Inc.
18 August 2004

Based on our analyses for the three furnished cross-sections, the southeast wall governs the design in terms of both penetration and maximum bending moment. The results of our analyses of the southeast wall are tabulated below.

| WALL LOCATION | HIGH WATER LEVEL (FT) | FACTOR OF SAFETY | TIP ELEVATION (FT) | MAXIMUM SCALED DEFLECTION ($LBS-IN^3$) | MAXIMUM MOMENT (K-FT/FT) | ELEVATION OF MAXIMUM MOMENT (FT) |
|---|---|---|---|---|---|---|
| Southeast | 11.9<br>13.9 | 1.5<br>1.0 | -37.36<br>-31.58 | $7.9451 \times 10^{10}$<br>$7.0500 \times 10^{10}$ | 58.9<br>67.5 | -22.75<br>-18.66 |

Eustis Engineering utilized the U.S. Army Corps of Engineers' computer program "CWALSHT" for evaluation of the sheetpile wall. Deflection (inches) at the top of the wall can be obtained by dividing the maximum scaled deflection, which is presented in the table above, by modulus of elasticity (psi) times the moment of inertia ($in.^4$). The computer outputs for these analyses are included as the Appendix. An applicable factor of safety should be applied when analyzing and selecting the sheetpile section.

We hope this fulfills your immediate needs relative to the project. Should you require further information or clarification of this letter, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

GWENDOLYN PHILIPS SANDERS, P.E.

GWENDOLYN P. SANDERS
REG. NO. 27104
REGISTERED PROFESSIONAL ENGINEER IN CIVIL ENGINEERING

J. J. Hance:aln/jdl

Appendix

**Eustis' Exhibit 3.3.17**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)



JSTIS ENGINEERING COMPANY, II. .
3011 28TH STREET
METAIRIE, LOUISIANA 70002-8019
PN 504-834-0157 / FN 504-834-0354
EMAIL: INFO@EUSTISENG.COM / SITE: WWW.EUSTISENG.COM

22 October 2002

Pepper & Associates, Inc.
Consulting Engineers
Suite F - Second Floor
2748 Metairie Lawn Drive
Metairie, Louisiana 70002

Attention Mr. Ken Dupre
PN 837-7330
FN 835-7453

Gentlemen:

Reply to U.S. Army Corps of Engineers' Comments to
Plans and Specifications
Sewerage & Water Board of New Orleans
London Avenue Outfall Canal
Pumping Station No. 3
Frontal Protection
New Orleans, Louisiana
Eustis Engineering Project No. 15823

Pepper & Associates, Inc., has provided Eustis Engineering Company, Inc., the U.S. Army Corps Engineers' review comments on the 100% Plans and Specifications. Pepper & Associates has highlighted selected comments from the Corps of Engineers on Section 02242 (Dewatering) and Section 0225 (Temporary Retaining Structures) for replies by Eustis Engineering.

Section No. 02242 - Dewatering

Comments 3 through 7. Eustis Engineering agrees with these comments.

Comment 8. Eustis Engineering concurs.

Comment 41. Eustis Engineering concurs.

Pepper & Associates, Inc.
22 October 2002

Section No. 02252 - Temporary Retaining Structures

Comment 9. Eustis Engineering agrees.

We understand Pepper & Associates will reply to all other comments. If you have any questions or require further information, please do not hesitate to contact us.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

T H Stremlau

THOMAS H. STREMLAU, P.E.

THS:ejg/mcp