**Motion for Leave to File Supplemental Affidavit
Eustis' Exhibit B**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

# GARDNER & KEWLEY
A PROFESSIONAL LAW CORPORATION

1615 METAIRIE ROAD, SUITE 200
METAIRIE, LOUISIANA 70005

TELEPHONE: (504) 832-7222
FACSIMILE: (504) 832-7223
E-MAIL: dearie@bayoulaw.com

ERIN E. DEARIE

Licensed in Louisiana,
Pennsylvania & New Jersey
LL.M. in Taxation

July 28, 2006
7274-09

**VIA EMAIL: jbruno@brunobrunolaw.com**
Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

**VIA EMAIL: hlambert@lambertandnelson.com**
Hugh P. Lambert, Esq.
Lambert & Nelson
701 Magazine Street
New Orleans, Louisiana 70130

**VIA EMAIL: AROD@odwyerlaw.com**
Ashton R. O'Dwyer, Jr., Esq.
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street, Suite 2670
New Orleans, Louisiana 70130

**VIA EMAIL: deidson@dphf-law.com**
John W. deGravelles, Esq.
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, Louisiana 70801

**VIA EMAIL: rasmith3@bellsouth.net**
Randall A. Smith, Esq.
201 St. Charles Ave., Suite 3702
New Orleans, Louisiana 70170

**VIA EMAIL: federal@geraldmaples.com**
F. Gerald Maples, Esq.
902 Julia Street
New Orleans, Louisiana 70113

**VIA EMAIL: rgp@rgplaw.com**
Ronnie G. Penton, Esq.
209 Hoppen Pl.
Bogalusa, Louisiana 70427

**Subject:   Notice of Intent to Supplement the Record**

**In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
No. 05-4182 "K"(2)**

Counselors:

Eustis Engineering Company, Inc. ("Eustis") requests the consent of your clients to supplement the affidavit that Eustis filed in support of the pending motion for summary judgment ("Motion") that is currently set for hearing on August 25, 2006. Since the Motion is not set for hearing until late next month, I trust that your clients will consent to Eustis' request to supplement the record.

plaintiffs_727409_072806_eedasa#1F.wpd

Joseph M. Bruno, Esq.
Ashton R. O'Dwyer, Jr., Esq.
F. Gerald Maples, Esq.
Ronnie G. Penton, Esq.
Hugh P. Lambert, Esq.
John W. deGravelles, Esq.
Randall A. Smith, Esq.
July 28, 2006
Page 2

Eustis' motion will advise the court that the affidavit is being supplemented to reflect that some additional bridge, trestle, pavement and expert witness files that are remote from a Breach have been located. Additionally, Eustis located a part of one file that Eustis disclosed previously; this discovery adjusted a peremption date by three months. Since Eustis provided the acceptance certificate, this discovery does not impact the grounds for dismissal.

Please advise Eustis of your clients' decision, **in writing, by noon on July 31, 2006.** Thank you. If Eustis does not receive your clients' consent by that time, Eustis will file the motion to supplement the record with a "no consent" certificate.

With best regards, I remain

                Sincerely,

                *Original Signed By:*

                ERIN E. DEARIE

EED/asa

cc:   Mr. William W, Gwyn, P.E., President
       Eustis Engineering Company, Inc.

# GARDNER & KEWLEY
A PROFESSIONAL LAW CORPORATION

1615 METAIRIE ROAD, SUITE 200
METAIRIE, LOUISIANA 70005

TELEPHONE: (504) 832-7222
FACSIMILE: (504) 832-7223
E-MAIL: dearie@bayoulaw.com

ERIN E. DEARIE

Licensed in Louisiana,
Pennsylvania & New Jersey
LL.M. in Taxation

August 1, 2006
7274-09

### VIA E-MAIL ONLY: sskreller@gmail.com

Stephen S. Kreller, Esq.
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras St., Suite 400
New Orleans, LA 70139

**Subject:** Notice of Intent to Supplement the Record

**In Re:** **KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
No. 05-4182 "K"(2)**

Dear Mr. Kreller:

Eustis Engineering Company, Inc. ("Eustis") requests the consent of your clients to supplement the affidavit that Eustis filed in support of the pending motion for summary judgment ("Motion") that is currently set for hearing on August 25, 2006. Since the Motion is not set for hearing until late next month, I trust that your clients will consent to Eustis' request to supplement the record.

Eustis' motion will advise the court that the affidavit is being supplemented to reflect that some additional bridge, trestle, pavement and expert witness files that are remote from a Breach have been located. Additionally, Eustis located a part of one file that Eustis disclosed previously; this discovery adjusted a peremption date by three months. Since Eustis provided the acceptance certificate, this discovery does not impact the grounds for dismissal.

Stephen S. Kreller, Esq.
August 1, 2006
Page 2

Please advise Eustis of your clients' decision, **in writing as soon as possible**.

With best regards, I remain

                              Sincerely,

                              ERIN E. DEARIE

EED/rbw

cc:    Mr. William W, Gwyn, P.E., President
        Eustis Engineering Company, Inc.
        (Via E-Mail Only: gwyn@eustiseng.com)

## Erin E. Dearie

**From:** Erin E. Dearie
**Sent:** Monday, August 07, 2006 1:35 PM
**To:** 'dearie@bayoulaw.com'
**Cc:** ' (gardnerandkewley@bayoulaw.com)'
**Subject:** FW: 7274-09; Eustis' amended affidavit

---

**From:** Erin Dearie [mailto:dearie@bayoulaw.com]
**Sent:** Wednesday, August 02, 2006 4:29 PM
**To:** 'hlambert@lambertandnelson.com'; 'federal@geraldmaples.com'; 'rasmith3@bellsouth.net'; 'rgp@rgplaw.com'
**Cc:** 'Stephen Kreller'; 'Joe Bruno'; 'deidson@dpfh-law.com'; 'arod@odwyerlaw.com';
' (gardnerandkewley@bayoulaw.com)'
**Subject:** 7274-09; Eustis' amended affidavit

Counselors:
Please advise whether your clients consent to Eustis filing a supplemental affidavit in support of the motion for summary judgment as outlined in my July 28, 2006 letter to you. Eustis received consent from the following:

Joseph Bruno, plaintiffs liaison counsel, counsel for 05-6327 plaintiffs;
Ashton O'Dwyer, counsel for 05-4181 plaintiffs;
John deGravelles, via deference to Mr. Bruno's decision.

Mr. Kreller, counsel for 05-5237 plaintiffs, advised that he would consult co-counsel and advise.

Please provide consent to Eustis filing the supplemental affidavit or let me know that you have an objection, so that Eustis may inform the court either way. Thank you-
Erin


Erin E. Dearie, Esq.

GARDNER & KEWLEY

A Professional Law Corporation

1615 Metairie Road

Suite 200

Metairie, Louisiana 70005

Telephone: (504) 832-7222

Facsimile: (504) 832-7223

This electronic message contains information from the firm of Gardner and Kewley, A Professional Law Corporation, which may be of a confidential or privileged

manner. The information in this email is strictly for the use of the individual or entity named above. Any attachments to this email are strictly for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message or any attachments to this message is strictly prohibited.

If you have received this electronic transmission in error, please notify us immediately at (504) 832-7222, Ext. 15. Please permanently delete the original and any copies of this email, as well as any printouts of this email or the attachments to it.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent a statement to the contrary hereinabove, this email message, its contents, and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract, and are not otherwise intended to bind the sender, Gardner and Kewley, A Professional Law Corporation, any of its clients, or any other person or entity.

8/7/2006