**Motion for Leave to File Supplemental Affidavit
Eustis' Exhibit C**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

## Erin E. Dearie

**From:** Joe Bruno [jbruno@brunobrunolaw.com]
**Sent:** Monday, July 31, 2006 4:08 PM
**To:** Erin Dearie
**Cc:** Joni Scioneaux
**Subject:** RE: 7274-09; supplemental affidavit

We consent.


Joseph M. Bruno
Managing Partner
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile (504) 561-6775
jbruno@brunobrunolaw.com


The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.


**From:** Erin Dearie [mailto:dearie@bayoulaw.com]
**Sent:** Monday, July 31, 2006 3:57 PM
**To:** Joe Bruno
**Cc:** gardnerandkewley@bayoulaw.com
**Subject:** 7274-09; supplemental affidavit

Joe,
I tried to reach you by phone this afternoon, but I got your assistant's voice mail. I left a message, but in case you did not get it, please let me know whether or not the plaintiffs consent to Eustis supplementing Eustis' affidavit in support of the motion for summary judgment. Thank you.
I need to know if the plaintiffs consent or object in order to represent same to the court in my motion.
If you have any questions, please let me know.
Thanks,
Erin


Erin E. Dearie, Esq.

GARDNER & KEWLEY

8/1/2006

A Professional Law Corporation

1615 Metairie Road

Suite 200

Metairie, Louisiana  70005

Telephone:  (504) 832-7222

Facsimile:     (504) 832-7223

This electronic message contains information from the firm of Gardner and Kewley, A Professional Law Corporation, which may be of a confidential or privileged manner. The information in this email is strictly for the use of the individual or entity named above. Any attachments to this email are strictly for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message or any attachments to this message is strictly prohibited.

If you have received this electronic transmission in error, please notify us immediately at (504) 832-7222, Ext. 15. Please permanently delete the original and any copies of this email, as well as any printouts of this email or the attachments to it.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent a statement to the contrary hereinabove, this email message, its contents, and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract, and are not otherwise intended to bind the sender, Gardner and Kewley, A Professional Law Corporation, any of its clients, or any other person or entity.

8/1/2006

### Erin E. Dearie

**From:** Debra Eidson [DEidson@dphf-law.com]
**Sent:** Monday, July 31, 2006 9:17 AM
**To:** dearie@bayoulaw.com
**Cc:** jbruno@brunobrunolaw.com; AROD@odwyerlaw.com; federal@geraldmaples.com; rgp@rgplaw.com; hlambert@lambertandnelson.com; rasmith3@bellsouth.net
**Subject:** Katrina Canal Breaches Consolidated Litigation

July 31, 2006

Erin E. Dearie

Gardner & Kewley

1615 Metairie Road, Suite 200

Metairie, LA 70005

Phone: 504/832-7222

Fax: 504/832-7223

Email: dearie@bayoulaw.com

In Re: Katrina Canal Breaches Consolidated Litigation

No. 05-4182 "K"(2)

Dear Erin:

Thank you for your letter of July 28, 2006. I defer to Joe Bruno on the request you'vd made in that letter.

With kindest regards, I am

Very truly yours,

John W. deGravelles

JWd:dme

cc: Joseph M. Bruno - jbruno@brunobrunolaw.com

Ashton R. O'Dwyer, Jr. - AROD@odwyerlaw.com

8/1/2006

F. Gerald Maples - federal@geraldmaples.com

Ronnie G. Penton - rgp@rgplaw.com

Hugh P. Lambert - hlambert@lambertandnelson.com

Randall A. Smith - rasmith3@bellsouth.net

**DICTATED BUT NOT READ**

Debra M. Eidson
Secretary to John W. deGravelles
618 Main Street
Baton Rouge, LA 70801
(225) 344-3735

CONFIDENTIALITY WARNING!! This electronic message contains information which may be privileged and/or confidential. The information is intended for use only by the individual(s) or entity named/indicated above. BE ADVISED that any unauthorized access, disclosure, copying, distribution, or use of the content of this message/information is prohibited by federal law. Attempts to intercept this message are in violation of 18 U.S.C. 2511(1) of the Electronic Communications Privacy Act (ECPA), which subjects the interceptor to fines, imprisonment and/or civil damages.

## Anne Adams

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Friday, July 28, 2006 9:43 AM
**To:** 'Anne Adams'
**Subject:** RE: 7274-09 Katrina Canal Breaches Consolidated Litigation - Notice of Intent to Supplement the Record

Tom: I don't have a problem.

*[signature: O'Dwyer Jr.]*

**Law Offices of**

**Ashton R. O'Dwyer, Jr.**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. (504) 561-6561**
**Fax. (504) 561-6560**
**AROD@O'Dwyerlaw.com**

**From:** Anne Adams [mailto:aadams@bayoulaw.com]
**Sent:** Friday, July 28, 2006 9:13 AM
**To:** jbruno@brunobrunolaw.com; hlambert@lambertandnelson.com; AROD@odwyerlaw.com; federal@geraldmaples.com; rgp@rgplaw.com; deidson@dphf-law.com; rasmith3@bellsouth.net
**Cc:** 'Bill Gwyn'; gardnerandkewley@bayoulaw.com
**Subject:** 7274-09 Katrina Canal Breaches Consolidated Litigation - Notice of Intent to Supplement the Record

Anne S. Adams

Legal Secretary

GARDNER & KEWLEY

A Professional Law Corporation

1615 Metairie Road

Suite 200

Metairie, Louisiana 70005

Telephone:  (504) 832-7222

Facsimile:    (504) 832-7223

This electronic message contains information from the firm of Gardner and Kewley, A Professional Law Corporation, which may be of a confidential or privileged manner. The information in this email is strictly for the use of the individual or entity named above. Any attachments to this email are strictly for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message or any attachments to this message is strictly prohibited.

If you have received this electronic transmission in error, please notify us immediately at (504) 832-7222, Ext. 15. Please permanently delete the original and any copies of this email, as well as any printouts of this email or the attachments to it.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent a statement to the contrary hereinabove, this email message, its contents, and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract, and are not otherwise intended to bind the sender, Gardner and Kewley, A Professional Law Corporation, any of its clients, or any other person or entity.

7/28/2006

## Erin E. Dearie

**From:** Stephen Kreller [sskreller@gmail.com]
**Sent:** Thursday, August 03, 2006 11:33 AM
**To:** Erin Dearie
**Cc:** Kara Hadican; jwoods@gainsben.com; Gerald E. Meunier; Joseph M. Bruno
**Subject:** Re: Katrina Canal Breaches Consolidated Litigation_7274-09

Erin:

The Vodanovich clients (Case Nos. 05-4191 and 05-5237) have no objection to Eustis' filing of a supplemental affidavit in support of its motion. If you have any questions, please do not hesitate to contact me.

Best,
Stephen Kreller

1

### Erin E. Dearie

**From:** Alexis Bevis [Alexis@LambertandNelson.com]
**Sent:** Wednesday, August 02, 2006 4:32 PM
**To:** Erin Dearie; Hugh P. Lambert; federal@geraldmaples.com; rasmith3@bellsouth.net; rgp@rgplaw.com
**Cc:** Stephen Kreller; Joe Bruno; deidson@dpfh-law.com; arod@odwyerlaw.com; gardnerandkewley@bayoulaw.com; Linda Nelson; Danielle Whittington
**Subject:** RE: 7274-09; Eustis' amended affidavit

Erin:

The Kirsch Plaintiffs (05-6073) have no objection to Eustis' filing of a supplemental affidavit in support of its motion.

Alexis Bevis

E. Alexis Bevis, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931

---

**From:** Erin Dearie [mailto:dearie@bayoulaw.com]
**Sent:** Wednesday, August 02, 2006 4:29 PM
**To:** Hugh P. Lambert; federal@geraldmaples.com; rasmith3@bellsouth.net; rgp@rgplaw.com
**Cc:** 'Stephen Kreller'; 'Joe Bruno'; deidson@dpfh-law.com; arod@odwyerlaw.com; gardnerandkewley@bayoulaw.com
**Subject:** 7274-09; Eustis' amended affidavit

Counselors:
Please advise whether your clients consent to Eustis filing a supplemental affidavit in support of the motion for summary judgment as outlined in my July 28, 2006 letter to you. Eustis received consent from the following:

Joseph Bruno, plaintiffs liaison counsel, counsel for 05-6327 plaintiffs;
Ashton O'Dwyer, counsel for 05-4181 plaintiffs;
John deGravelles, via deference to Mr. Bruno's decision.

Mr. Kreller, counsel for 05-5237 plaintiffs, advised that he would consult co-counsel and advise.

Please provide consent to Eustis filing the supplemental affidavit or let me know that you have an objection, so that Eustis may inform the court either way. Thank you-
Erin

Erin E. Dearie, Esq.

GARDNER & KEWLEY

A Professional Law Corporation

8/7/2006

1615 Metairie Road

Suite 200

Metairie, Louisiana 70005

Telephone: (504) 832-7222

Facsimile:     (504) 832-7223

This electronic message contains information from the firm of Gardner and Kewley, A Professional Law Corporation, which may be of a confidential or privileged manner. The information in this email is strictly for the use of the individual or entity named above. Any attachments to this email are strictly for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message or any attachments to this message is strictly prohibited.

If you have received this electronic transmission in error, please notify us immediately at (504) 832-7222, Ext. 15. Please permanently delete the original and any copies of this email, as well as any printouts of this email or the attachments to it.

NOT INTENDED AS A SUBSTITUTE FOR A WRITING: Notwithstanding the Uniform Electronic Transactions Act or the applicability of any other law of similar substance or effect, absent a statement to the contrary hereinabove, this email message, its contents, and any attachments hereto, are not intended to represent an offer or acceptance to enter into a contract, and are not otherwise intended to bind the sender, Gardner and Kewley, A Professional Law Corporation, any of its clients, or any other person or entity.

8/7/2006