SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ALEX KRIEGSMAN
alex.kriegsman@usdoj.gov
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3022
Facsimile: 202-305-0506

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES "PETE" SAVOY, ET. AL., ) | Civil No. 06-CV-3552 |
| ) | Hon. Stanwood R. Duval, Jr. |
| Plaintiffs, ) | Mag. Judge Joseph C. Wilkinson, Jr. |
| v. ) | |
| ) | **NOTICE OF APPEARANCE** |
| UNITED STATES OF AMERICA, et. al, ) | |
| Defendants. ) | |

Defendants respectfully request that the Clerk of Court enter an appearance of Alex Kriegsman as counsel for the Defendants in the above-captioned case.

August 7, 2006                               Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

_____/s/Alex Kriegsman_____
ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tel.:    (202) 305-3022
Fax:    (202) 305-0506


                              Attorneys For Defendants