UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3  AM 11: 58

LORETTA G. WHYTE
CLERK

CHARLES "PETE" SAVOY, et al.          *

    Plaintiffs          *          CIVIL ACTION NO. 05-159
                Section B, Magistrate 1

vs.          *          KATRINA-RELATED
                LITIGATION          06-3552
                *          Sec K(2)

THE UNITED STATES OF AMERICA, et al.  *

    Defendants          *
                *

---

## MOTION FOR ADMISSION *PRO HAC VICE* – CLAY MITCHELL

COME all Plaintiffs, by and through their counsel, Jonathan B. Andry, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter.

Clay Mitchell, with the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., is a member in good standing of the Bar of the State of Florida. A supporting Affidavit and Certificate of Good Standing for Mr. Mitchell seeking *pro hac vice* admission are attached hereto, as is a proposed order.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Mitchell to appear *pro hac vice* in the above-captioned consolidated matter.

ANDRY LAW FIRM, LLC

JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
504-586-8899 (telephone)
504-586-8911 (facsimile)

Fee
Process
X Dktd
CtRmDep
Doc. No.