UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, et al. | * | |
| | | CIVIL ACTION NO. 06-3552 |
| Plaintiffs | * | Section B, Magistrate 1 |
| vs. | * | KATRINA-RELATED LITIGATION |
| | * | |
| THE UNITED STATES OF AMERICA, et al. | * | |
| Defendants | | |
| | * | |

## AFFIDAVIT OF CLAY MITCHELL IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

STATE OF FLORIDA
COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally appeared CLAY MITCHELL who, being duly sworn by me, deposed and said the following:

1. My name is CLAY MITCHELL. I am over 18 years of age, have never been convicted of a felony, and am fully competent to make this Affidavit. I have no criminal or disciplinary charged filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

2. I am licensed to practice in the State of Florida and have regularly practiced before federal and state courts in Florida. I am admitted to practice before the following courts: 1965, Florida; U.S. District Court, Northern District of Florida; 1993, U.S. Court of Appeals, Fifth and Eleventh Circuits; U.S. Supreme Court. Attached is a current Certificate of Good Standing from the Supreme Court of Florida.

3. I am currently admitted *pro hac vice* before this Court in the case: In re Katrina Canal Breaches Consolidated Litigation; Case No. 05-4182.

FURTHER AFFIANT SAYETH NOT.

_____
CLAY MITCHELL

SUBSCRIBED AND SWORN TO BEFORE ME on this the 25th day of July, 2006, to certify which witness my hand and official seal.

_____
Notary Public in and for
The State of Florida

My Commission Expires: 5/10/2010

NOTARY PUBLIC-STATE OF FLORIDA
Karen Smith
Commission # DD544245
Expires: MAY 10, 2010
Bonded Thru Atlantic Bonding Co., Inc.

# Supreme Court of Florida
## Certificate of Good Standing

I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that

**HENRY CLAY MITCHELL, JR.**

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on **October 15, 1965**, is presently in good standing, and that the private and professional character of the attorney appear to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 13, 2006.

By: *Danya Carroll*
Deputy Clerk

Clerk of the Supreme Court of Florida.