UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -3 AM 11: 59

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, et al. | * | CIVIL ACTION NO. 06-3552 |
| Plaintiffs | * | ~~Section B, Magistrate 1~~ |
| vs. | * | KATRINA-RELATED LITIGATION |
| | * | |
| THE UNITED STATES OF AMERICA, et al. | * | |
| Defendants | * | |
| | * | |

06-3552
Sec. K(2)

## MOTION FOR ADMISSION PRO HAC VICE – MATTHEW D. SCHULTZ

COME all Plaintiffs, by and through their counsel, Jonathan B. Andry, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter.

Matthew D. Schultz, with the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., is a member in good standing of the Bar of the State of Florida. A supporting Affidavit and Certificate of Good Standing for Mr. Schultz seeking pro hac vice admission are attached hereto, as is a proposed order.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Schultz to appear *pro hac vice* in the above-captioned consolidated matter.

ANDRY LAW FIRM, LLC

JONATHAN B. ANDRY (No. 20081)
610 Baronne Street
New Orleans, LA 70113
504-586-8899 (telephone)
504-586-8911 (facsimile)

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___