UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, et al. | * | |
| Plaintiffs | * | CIVIL ACTION NO. 06-3552<br>Section B, Magistrate 1 |
| vs. | * | KATRINA-RELATED<br>LITIGATION |
| | * | |
| THE UNITED STATES OF AMERICA,<br>et al. | * | |
| Defendants | * | |
| | * | |

## AFFIDAVIT OF MATTHEW D. SCHULTZ IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

STATE OF FLORIDA
COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally appeared MATTHEW D. SCHULTZ who, being duly sworn by me, deposed and said the following:

1. My name is MATTHEW D. SCHULTZ. I am over 18 years of age, have never been convicted of a felony, and am fully competent to make this Affidavit. I have no criminal or disciplinary charged filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

2. I am licensed to practice in the State of Florida and have regularly practiced before federal and state courts in Florida. I am admitted to practice before the following courts: all Florida state courts, U.S. District Court, Northern District of Florida; U.S. District Court, Colorado. Attached is a current Certificate of Good Standing from the Supreme Court of Florida.

3. I am currently admitted pro hac vice before this Court in the case: In re Katrina Canal Breaches Consolidated Litigation; Case No. 05-4182.

FURTHER AFFIANT SAYETH NOT.

_____
MATTHEW D. SCHULTZ

SUBSCRIBED AND SWORN TO BEFORE ME on this the 21st day of July, 2006, to certify which witness my hand and official seal.

NOTARY PUBLIC-STATE OF FLORIDA
Donna J. Gilbert
Commission # DD413675
Expires: APR. 04, 2009
Bonded Thru Atlantic Bonding Co., Inc.

_____
Notary Public in and for
The State of Florida

My Commission Expires: 4-4-09

# Supreme Court of Florida
## Certificate of Good Standing

*I THOMAS D. HALL, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### MATTHEW D. SCHULTZ

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **April 16, 2003,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this July 13, 2006.*

By: *Tanya Carroll*
Deputy Clerk

_____
Clerk of the Supreme Court of Florida.