UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -4 PM 1: 40

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, et al. | * | CIVIL ACTION NO. 06-3552 |
| Plaintiffs | * | Section B, Magistrate 2 |
| vs. | * | KATRINA-RELATED |
| | * | LITIGATION |
| THE UNITED STATES OF AMERICA, et al. | * | |
| Defendants | * | |
| | * | |

06-3552
K(2)

---

## ORDER FOR *PRO HAC VICE* ADMISSION – CLAY MITCHELL

Considering the foregoing motion:

**IT IS ORDERED** that attorney CLAY MITCHELL is hereby allowed to appear as additional

co-counsel on behalf of the Plaintiffs in the above-captioned matter

THUS DONE AND SIGNED on this 3rd day of August , 2006.

_____
**UNITED STATES DISTRICT JUDGE**

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
_____ Doc. No_____