UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, et al. | * | |
| Plaintiffs | * | CIVIL ACTION NO. 06-3552 |
| | | Section B, Magistrate 1 |
| vs. | * | |
| | | KATRINA-RELATED |
| | * | LITIGATION |
| THE UNITED STATES OF AMERICA, et al. | * | |
| Defendants | * | |
| | * | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -4 PM 1:50
LORETTA G. WHYTE
CLERK

## ORDER FOR PRO HAC VICE ADMISSION – MATTHEW D. SCHULTZ

Considering the foregoing motion:

**IT IS ORDERED** that attorney MATTHEW D. SCHULTZ is hereby allowed to appear as additional co-counsel on behalf of the Plaintiffs in the above-captioned matter

THUS DONE AND SIGNED on this 3rd day of August, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process___
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___