OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   AUG - 4 2006

LORETTA G. WHYTE
CLERK

Date: __8/4/06__

__Adams, et al__

vs.

__Boh Bros. Construction Company, L.L.C., et al__

Case No. __06-4065__ Section __"K"(2)__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __Board of Commissioners for the__
   (address) __Orleans Levee District:__

2. (name) __— Through Michael McCrossen at__
   (address) __6001 Stars & Stripes Blvd.   7300 Lakeshore Drive__
              __Admin. Bldg., Ste 202 +   New Orleans, LA 70124__

3. (name) __— Through James P. Huey at__
   (address) __6001 Stars & Stripes Blvd.   6920 Franklin Ave.__
              __Admin. Bldg. Ste 202   +   New Orleans, LA 70122__
              __New Orleans, LA 70126__

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for __Plaintiffs__
Address __2202 Ave. B.__
         __Met., LA 70041__

Fee ____
X Dktd ____
Process ____
__ CtRmDep ____
__ Doc. No. ____