FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -9 PM 3: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### NOTICE OF DESIGNATION FOR
### SAVOY, LAURENDINE, ACKERSON AND ADAMS SUITS

**NOW INTO COURT**, come Plaintiffs Liaison Counsel, Joseph Bruno, and Defendants Liaison Counsel, Ralph S. Hubbard III, who, pursuant to the Court's Case Management Order Number 1 entered on July 19, 2006, do hereby provide the following designation of the cases listed herein:

| Case Name | Cause Number | Pertains To |
|---|---|---|
| Savoy, et al. vs. The United States of America Army Corps of Engineers, et al. | No. 06-3552 | MRGO |

1



| | | |
|---|---|---|
| Laurendine, et al. vs. The Board of Commissioners for the Orelans Levee District, Parish of Orleans | No. 06-3529 | Levee |
| Adams, et al. vs. Boh Bros. Construction Company, L.L.C., et al. | No. 06-4065 | Levee |
| Ackerson, et al. vs. Bean Dredging, L.L.C., et al. | No. 06-4066 | MRGO |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently filed.

Respectfully submitted, this ___ day of August, 2006.

_____
RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

And

JOSEPH BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 9, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_Ralph Hubbard_

# Exhibit A
# In Re: Katrina Canal Breaches Consolidated Litigation
# Case List as of August 8, 2006

| Case Name | Cause No. | Pertains To |
|---|---|---|
| O'Dwyer v. USA | 2:05-cv-04181 | Responder, Levee, and MRGO |
| Berthelot v. Boh Bros. | 2:05-cv-04182 | Levee |
| J. Vodanovich v. Boh Bros. | 2:05-cv-04191 | Levee |
| A. Vodanovich v. Boh Bros. | 2:05-cv-05237 | Levee |
| Kirsch v. Boh Bros. | 2:05-cv-06073 | Levee |
| Ezell v. Boh Bros. | 2:05-cv-06314 | Levee |
| Vanderbrook v. State Farm | 2:05-cv-06323 | Insurance |
| Brown v. Boh Bros. | 2:05-cv-06324 | Levee |
| LeBlanc v. Boh Bros. | 2:05-cv-06327 | Levee |
| Bradley v. Modjeski | 2:05-cv-06359 | Levee |
| Tauzin v. OLD | 2:05-cv-00020 | Levee |
| Bradley v. Pittman Constr. | 2:06-cv-00225 | Levee |
| Finney v. Boh Bros. | 2:06-cv-00886 | Levee |
| Chehardy v. State Farm | 2:06-cv-01672 | Insurance |
| Chehardy v. State Farm | 2:06-cv-01673 | Insurance |
| Chehardy v. State Farm | 2:06-cv-01674 | Insurance |
| O'Dwyer v. U.S. Army Corps | 2:06-cv-01850 | Responder, Levee, and MRGO |
| O'Dwyer v. USA | 2:06-cv-01885 | Responder, Levee, and MRGO |
| Reed v. USA | 2:06-cv-02152 | MRGO |
| Robinson v. USA | 2:06-cv-02268 | MRGO |
| Christenberry v. OLD | 2:06-cv-02278 | Levee |
| Sanchez v. OLD | 2:06-cv-02287 | Levee |
| Fitzmorris v. OLD | 2:06-cv-02346 | Levee |
| Marcello v. Boh Bros. | 2:06-cv-02545 | Levee |
| Artus v. USA | 2:06-cv-02824 | MRGO |
| Armstead v. C. Ray Nagin | 2:05-cv-06438 | Responder |
| Savoy v. The U.S. Army Corps of Engineers | 2:06-cv-3552 | MRGO |
| Laurendine v. OLD | 2:06-cv-3529 | Levee |
| Adams v. Boh Bros | 2:06-cv-4065 | Levee |
| Ackerson v. Bean Dredging | 2:06-cv-4066 | MRGO |