UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4181<br>SECTION "K"(5) |

PERTAINS TO:  06-2278 CHRISTENBERRY

## ORDER AND REASONS

A Motion for Voluntary Dismissal of Defendant Virginia Wrecking Co., Inc. (Doc. 783) was filed and noticed for hearing on August 8, 2006.  Plaintiffs seek to dismiss this party without prejudice.  Considering there is no opposition that has been filed and thus finding the motion unopposed,

**IT IS ORDERED** that the Motion for Voluntary Dismissal of Defendant Virginia Wrecking Co., Inc. (Doc. 783) is **GRANTED**.

New Orleans, Louisiana, this  10th  day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE