UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

## MOTION FOR SUMMARY JUDGMENT

Defendant, **GOTECH, Inc.**, ("GOTECH') moves this Court to dismiss the claims of all plaintiffs in the two above cases on the grounds that (1) GOTECH did not perform "design, construction and/or engineering services" on the 17th Street Canal, the Orleans Avenue Canal, the Inner Harbor Navigation Canal (the Industrial Canal) or the Mississippi River Gulf Outlet (MRGO); and (2) while GOTECH did provide engineering services on the London Avenue Canal, such services were provided more than ten years prior to Hurricane Katrina and, therefore, should be dismissed on the basis of peremption under LSA-RS 9:5607.

GOTECH specifically adopts the allegations in the joint motion by Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc., filed on June 1, 2006 [Doc. 463], to the extent they are applicable to the allegations against GOTECH.

GOTECH submits the following exhibits in support of its Motion for Summary Judgment:

**Exhibit A** - Affidavit of Rhaoul A. Guillaume, P.E.

**Exhibit B** - Affidavit of Bruce K. Dyson, P.E., P.L.S.

S:\RhondaD\2488-039 Katrina (Gotech)\Pleadings\Motion for Summary Judgment.wpd

**Exhibit C** - License Verification

**WHEREFORE**, defendant GOTECH, Inc., prays that this Court grant this motion and dismiss the claims of all plaintiffs in the above two cases.

By attorneys:

**LONG LAW FIRM, L.L.P.**

*[signature]*

**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana  70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via electronic mail.

Baton Rouge, Louisiana, this 3rd day of August, 2006.

*[signature]*
**ADRIAN G. NADEAU**