## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO. 05-4182** |
| | **SECTION "K"** |
| | **MAGISTRATE (2)** |
| **PERTAINS TO: 05-4181 O'Dwyer 05-6073 Kirsch** | **JUDGE DUVAL** |
| | **MAG. WILKINSON** |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

### RHAOUL A. GUILLAUME, P.E.

who after being duly sworn did depose and say:

1.  I am the president of GOTECH, Inc., domiciled in East Baton Rouge Parish, Louisiana; I have been president since 1981.

2.  I am a licensed professional engineer, licensed in Louisiana since 1982.

3.  I am providing this affidavit for use with a motion for summary judgment on behalf of GOTECH, Inc. in the consolidated cases known as the Katrina Canal Breach Litigation.

4.  I am familiar with the facts described below by virtue of my involvement in the engineering work on the projects described below. My involvement was as contract administrator, which included, among other duties, negotiating GOTECH's contracts and overseeing the maintenance of GOTECH's invoice files in connection with the projects described below.



**Industrial Canal, 17th Street Canal, and MRGO**

5.    Neither GOTECH nor any of its personnel had anything to do with the design, construction, construction administration or inspection of any construction of any floodwalls or levees which failed along the 17th Street Canal, the Industrial Canal and the Orleans Avenue Canal in New Orleans during Hurricane Katrina.

6.    Additionally, neither GOTECH nor its personnel was involved in the design or construction of the MRGO.

**London Avenue Canal**

7.    In 1993, GOTECH, Inc. agreed to provide surveying and I-Wall design services (within the guidelines of the USACE) as a sub-consultant to Burk-Kleinpeter, Inc. (BKI) on the project known as London Avenue Canal Floodwall Improvements Contract 3.  A draft of the Agreement between BKI and GOTECH (Draft Contract) is attached as Exhibit 1.  It is believed the original Agreement was signed by both parties at the time of the project, but GOTECH does not currently have a copy of the signed Agreement.

8.    GOTECH began work on this project in January, 1993 as shown by its invoice file, in particular, Invoice No. 1.  A copy of GOTECH's invoice file on this project is attached as Exhibit 2, in globo.

9.    GOTECH completed its design and surveying work on the project by November, 1993, as shown by Invoice No. 6 showing 100% of work completed.  See Exhibit 2.

10.   The Agreement between GOTECH and BKI specifically stated "...construction administration services and resident inspection services are not required of [GOTECH] unless the US Army Corps of Engineers authorizes the OWNER [Orleans Levee Board] to perform these services."  See Exhibit 1, p. 2 of 6.

11.   BKI did not request that GOTECH provide construction administration services or resident inspection services for this project.

12.   GOTECH did not provide construction administration services or resident inspection services for this project.

13.   GOTECH did not request payment for construction administration services or resident inspection services for this project.

14.   Neither GOTECH nor any of its personnel provided any other design or surveying services on any other London Avenue Canal project other than those described above.

_Rhaoul A. Guillaume_

**RHAOUL A. GUILLAUME, P.E.**

SWORN TO AND SUBSCRIBED Before Me, this 28th day of July, 2006.

_Adrian G. Nadeau_

**ADRIAN G. NADEAU**
LSBA #28169
Notary Public
State of Louisiana
My Commission Expires at Death

## AGREEMENT

THIS AGREEMENT is made this _____ day of _____, 1993, by and between Burk - Kleinpeter, Inc. (BKI), 4176 Canal Street, New Orleans, Louisiana, hereinafter referred to as CONSULTANT, and Gotech, Inc., hereinafter referred to as SUBCONSULTANT.

WHEREAS, the CONSULTANT has entered into an Agreement with the Board of Commissioners Orleans Levee District, hereinafter referred to as OWNER, to prepare Contract Plans for London Avenue Canal Floodwall Improvements Contract 3 , between Mirabeau Ave and Leon C. Simon Blvd., hereinafter referred to as the Project, and

WHEREAS, a copy of said Agreement dated December 26, 1984, and Amendment Letter dated January 4, 1993, are attached hereto and made a part hereof, and the SUBCONSULTANT is aware of their terms and provisions, and

WHEREAS, the CONSULTANT desires to employ the SUBCONSULTANT for the purpose of performing a portion of the services required of the CONSULTANT, and the SUBCONSULTANT is agreeable to undertaking the services under conditions and for fees satisfactory to the CONSULTANT, and

WHEREAS, the SUBCONSULTANT is acceptable to the OWNER,

NOW, THEREFORE, for and in consideration of the mutual covenants hereinafter stipulated to be kept and performed, it is agreed between the parties hereto as follows:

## ARTICLE I - SCOPE OF WORK

### SECTION 1

The CONSULTANT hereby employs and retains the SUBCONSULTANT who agrees to proceed, in accordance with authorization given by the OWNER, with all professional services necessary to the performance, in proper sequence in the times specified, of the items of work associated with the Contract 3 services outlined in the Agreement for the London Avenue Canal Floodwall Improvements, to include preliminary and final design. Professional services to be completed by the SUBCONSULTANT shall include, but not be limited to, Engineering services as specified herein as follows:

Gotech 0002

## EXHIBIT "A"
## SCOPE OF SERVICES

### SURVEYING AND I-WALL DESIGN SERVICES:

1.  I-Wall design, including preparation of plans and specifications, for the following features of the London Ave. Canal Floodwall:

    > I-Wall plans and specifications for the West side of the London Ave Canal between Mirabeau Ave and Robert E Lee Blvd. and the East side of the London Ave. Canal between Robert E. Lee and Leon C. Simon Blvd. including utility relocations, construction servitudes and all necessary details for construction of proposed I-Wall within limits specified.

2.  Topographic and Right-of-Way surveys as required for the limits of the London Avenue Canal Floodwall Contract 3 between Mirabeau Ave and Leon C. Simon Blvd. on both the east and west side of the canal.

3.  All London Ave. Canal Floodwall improvements to be designed by Gotech, Inc. will be incorporated, by BKI, into one (1) construction contract for implementation.

4.  All plan preparation shall be in accordance with the U S Army Corps of Engineers drafting standards with final plans in Microstation P C Intergraph drawing file format. Construction specifications will be submitted in PC Write wordprocessor format.

5.  SUBCONSULTANT shall be available for monthly coordination meetings with the OWNER and the U S Army Corps of Engineers.

6.  All engineering calculations and computer output prepared by SUBCONSULTANT shall be available for review by the OWNER and the U S Army Corps of Engineers at times of submittals.

7.  Four submittals shall be required; preliminary plans (35%), design progress (65%), draft final plans (95%) and final plans (100%).

8.  SUBCONSULTANT shall stamp, date and sign all plans and specifications prepared by SUBCONSULTANT.

### EXCLUSIONS:

Bidding services, construction administration services and resident inspection services are not required of the SUBCONSULTANT unless the U S Army Corps of Engineers authorizes the OWNER to perform these services.

Gotech 0003

The SUBCONSULTANT shall be responsible for completion of all services related to the above items in accordance with the applicable requirements outlined in the agreement between the CONSULTANT and the OWNER.   Final plans and specifications prepared by the SUBCONSULTANT shall be complete in every detail for bidding and construction and in conformance with format agreed to by the CONSULTANT and OWNER .

## SECTION 2 - OBLIGATION OF CONSULTANT TO SUBCONSULTANT

In connection with this work, the CONSULTANT shall complete all work required in the Agreement with the OWNER for the Project, with the exception of the work described above to be performed by SUBCONSULTANT.   The CONSULTANT shall furnish such completed work as is necessary for completion of the work assigned herein to the SUBCONSULTANT.   The CONSULTANT will incorporate plans and specifications prepared by the SUBCONSULTANT with similar documents prepared by the CONSULTANT into one plan assembly and specification booklet for bidding and construction for the Project by the OWNER.

## SECTION 3 - MONTHLY PROGRESS REPORTS

Monthly Progress Reports will be submitted to the CONSULTANT by the SUBCONSULTANT beginning on the 20th day of the first complete month occurring after date of notice to proceed.  These reports will indicate progress to date in a form acceptable to the CONSULTANT and the OWNER.  Also a narrative of work accomplished for each phase of work shall be included and any delays or work stoppage for the month shall be reported.  Progress indicated by these reports shall be incorporated into the monthly reports to be completed by the CONSULTANT and submitted on a monthly basis to the OWNER.

## ARTICLE II - TIME OF BEGINNING AND COMPLETION

## SECTION 1

A.   The SUBCONSULTANT agrees to start work on the professional services outlined herein within ten (10) days after receipt of notice to proceed from the OWNER and the CONSULTANT.

B.   All work included in this agreement shall be completed within the time frames specified in the agreement between the OWNER and CONSULTANT. Submittals shall be made in a

Gotech 0004

timely manner and shall allow for review time by CONSULTANT prior to formal submittal to the OWNER.

C.  In case the OWNER deems it advisable or necessary in the execution of the work to make any alterations which will increase or decrease the scope of work outlined in the Agreement between the OWNER and CONSULTANT for this project resulting in an adjustment of the time limit specified therein, the time specified in "B" above shall be adjusted accordingly.

## ARTICLE III - PAYMENT

### SECTION 1

A.  For services performed by the SUBCONSULTANT under this Agreement in completion of work contemplated under ARTICLE I, and as full and complete compensation therefor, including all expenditures made and all expenses incurred by the SUBCONSULTANT in connection with this Agreement, except as otherwise expressly provided herein, subject to and in conformity with all provisions of Agreement, the CONSULTANT will pay the SUBCONSULTANT as follows:

B.  1.  For preliminary design phase services, a fee amount equal to $60,465.

2.  For final design phase services, a fee amount equal to $90,700

3.  For Right-of-Way surveys a fee amount equal to $90,850.

C.  For supplemental services, authorized in writing, beyond those services outlined in Article I, Section 1, the fee shall be in the form of a lump sum for such additional work which is mutually agreeable to the CONSULTANT and SUBCONSULTANT.

### SECTION 2

A.  Partial Payment to the SUBCONSULTANT shall be made not more often than monthly. Such payment shall be based on an amount earned to date of invoice in accordance with the provisions of the Agreement between the CONSULTANT and the OWNER, and subject to submission by the SUBCONSULTANT of such vouchers or invoices and evidence of performance as the CONSULTANT may deem necessary.

Gotech 0005

The SUBCONSULTANT will correlate and coordinate his accounting to comply with the current audit system of the OWNER and applicable Federal Acquisition Regulations. Invoices of SUBCONSULTANT will be incorporated into invoices submitted by the CONSULTANT to the OWNER for approval and payment. Payment to the SUBCONSULTANT will be made by the CONSULTANT within ten (10) days of receipt of payment by the CONSULTANT from the OWNER. The SUBCONSULTANT will be required to submit monthly progress reports regardless of whether or not he submits an invoice and whether or not any work is performed during this month.

## SECTION 3

The acceptance by the SUBCONSULTANT of the final payment shall constitute and operate as a release to the CONSULTANT for all claims and liability to the SUBCONSULTANT, his representatives and assigns for any and all things done, furnished or relating to the services rendered by the SUBCONSULTANT under or in connection with the Agreement, or any part thereof, provided that no unpaid invoices exist because of extra work required at the request of the CONSULTANT.

## SECTION 4

The SUBCONSULTANT specifically agrees that this agreement shall be deemed executory only to the extent of monies available to the CONSULTANT from the OWNER and no liability shall be incurred by the CONSULTANT to the SUBCONSULTANT for any reasons for work completed under this Agreement beyond the monies available from the OWNER for this purpose.

## ARTICLE IV - MISCELLANEOUS PROVISIONS

### CONTROL

All work by the SUBCONSULTANT shall be done in a manner satisfactory to the CONSULTANT and in accordance with the established policies, practices, and procedures of the OWNER.

### RESPONSIBILITIES OF SUBCONSULTANT

SUBCONSULTANT agrees to indemnify and hold harmless the CONSULTANT from all claims or liabilities arising solely from the

SUBCONSULTANT'S faulty, improper or negligent performance of its duties under the Agreement.

CONSULTANT likewise agrees to indemnify and hold harmless the SUBCONSULTANT from all claims or liabilities arising solely from CONSULTANT'S failure to perform properly its part of the Agreement.

These reciprocal obligations of indemnity shall include the cost of defense, but only to the extent that the claim is based solely on alleged fault on the part of the indemnitor; to the extent that there are claims of joint fault by both CONSULTANT and SUBCONSULTANT, the parties shall bear their own costs of defense.

The SUBCONSULTANT does further agree to carry Workers' Compensation insurance in accordance with statutory requirements, public liability and property damage insurance in the amount of not less than $100,000.00 and $500,000.00 (as usually applied) in a policy or policies which shall specifically cover general liability, as well as motor vehicle liability, and professional liability insurance in an amount of not less than $1,000,000, without expense to the CONSULTANT.

IN WITNESS WHEREOF, the parties hereto have made and executed this Agreement in duplicate as of the day and year first above written.


ATTEST:                      **BURK · KLEINPETER, INC.**




_____      _____
                             Michael G. Jackson P. E.
                             Senior Vice President


ATTEST:                      **GOTECH, INC.**




_____      _____
                             Rhaoul A. Guillaume P. E.
                             President


Gotech 0007

BURK-KLEINPETER, INC.
ENGINEERS, ARCHITECTS
PLANNERS, ENVIRONMENTAL SCIENTISTS

THIS ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED

DETACH AND RETAIN THIS STATEMENT

DELUXE FORM WVC-3 V-7

Inv. #6—London Avenue (9/1/93-11/17/93)

897-8407-96          $23,580.00
897-8407-97            6,365.00
                     $29,945.00

cy

Gotech 0008

3458

**BURK-KLEINPETER, INC.**
ENGINEERS, ARCHITECTS
PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL STREET
NEW ORLEANS, LOUISIANA  70119-5994
P. O. BOX 19087, NEW ORLEANS, LA  70179-0087

**Jefferson Guaranty Bank**
P.O. Box 8527 • Metairie, LA 70011

84-139/654

December 29, 19 93

PAY _____ PAY 29945 AND 00 CTS _____ DOLLARS $ 29,945.00
EXACTLY

TO THE ORDER OF

Gotech, Inc.
8383 Bluebonnet Blvd.
Baton Rouge, LA   70810

VOID AFTER 90 DAYS

⑆003458⑆ ⑈065401398⑈ 7222110103⑈

---

BURK-KLEINPETER, INC.
ENGINEERS, ARCHITECTS
PLANNERS, ENVIRONMENTAL SCIENTISTS

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY.   NO RECEIPT DESIRED.

DELUXE FORM WVC-3 V-7

Inv. #6--London Avenue (9/1/93-11/17/93)

897-8407-96     $23,580.00
897-8407-97       6,365.00
                 $29,945.00

cy

Gotech 0009

3458

**BURK-KLEINPETER, INC.**
ENGINEERS, ARCHITECTS
PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL STREET
NEW ORLEANS, LOUISIANA  70119-5994
P. O. BOX 19087, NEW ORLEANS, LA  70179-0087

**Jefferson Guaranty Bank**
P.O. Box 8527 • Metairie, LA 70011

84–139/654

December 29, 19 93

PAY
EXACTLY 29945 AND 00 CTS                          DOLLARS $ 29,945.00

PAY _____

TO
THE
ORDER
OF

Gotech, Inc.
8383 Bluebonnet Blvd.
Baton Rouge, LA   70810

VOID AFTER 90 DAYS

⑈003458⑈ ⑆065401398⑆ 7222110103⑈

---

BURK-KLEINPETER, INC.
ENGINEERS, ARCHITECTS
PLANNERS, ENVIRONMENTAL SCIENTISTS

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED BELOW.
IF NOT CORRECT PLEASE NOTIFY US PROMPTLY.   NO RECEIPT DESIRED.

DELUXE FORM WVC-3 V-7

Inv. #6—London Avenue (9/1/93–11/17/93)

| | |
|---|---|
| 897–8407–96 | $23,580.00 |
| 897–8407–97 | 6,365.00 |
| | $29,945.00 |

cy

Gotech 0010

# GOTECH, INC.

Consulting Engineers

8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810

Tel. (504) 766-5358
Fax (504) 766-5879

*file #231*

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

November 17, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana  70119-5994

RE:   London Avenue Canal Contract No. 3
      Mirabeau Avenue to Leon C. Simon Avenue

Dear Mr. Giardina:

Attached is our request for payment number 6 for the referenced
project.  This invoice represents the completed project and is in
the amount of $29,945.00.

If there are any questions on this information, feel free to call
us at your convenience.

Sincerely,

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Attachment

Gotech 0011

# INVOICE

## GOTECH, INC.

8383 Bluebonnet Blvd.
Baton Rouge, LA   70810

RE:   London Avenue Canal Floodwall
      Contract No. 3
      BKI 8407-07
      GOTECH, Inc. Project No. 02-92-231

Request for Payment No. 6
(Services provided from September 1, 1993 to November 17, 1993)

Total Project Breakdown:

— Preliminary Design Phase Services  . . . . . . . $ 60,465.00

— Final Design Phase Services  . . . . . . . . . . $117,900.00

— Right-of-Way Survey Services . . . . . . . . . . $ 63,650.00

          TOTAL PROJECT FEES =         $242,015.00


Total Earned to Date (100% of Preliminary Design Phase)   $ 60,465.00
   (100% of Final Design Phase Services)                  $117,900.00
   (100% of Survey Services)                              $ 63,650.00
Less Amount Previously Invoiced                           $212,070.00

Amount Due This Invoice                                   $ 29,945.00



*Bruce Dyson*
_____
Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm


Gotech 0012

# GOTECH, INC.

Consulting Engineers

8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810

Tel. (504) 766-5358
Fax (504) 766-5879

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

August 30, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana  70119-5994

RE:  London Avenue Canal Contract No. 5

Dear Mr. Giardina:

As discussed, attached is our request for payment number 5 for
the referenced project.  This invoice represents work performed
on the final design phase is in the amount of $9,077.50.

If there are any questions on this information, feel free to call
us at your convenience.

Sincerely,

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Attachment

Gotech 0013

INVOICE
GOTECH, INC.
8383 Bluebonnet Blvd.
Baton Rouge, LA   70810

RE:   London Avenue Canal Floodwall
      Contract No. 3
      BKI 8407-07
      GOTECH, Inc. Project No. 02-92-231


                 Request for Payment No. 5
      (Services provided from August 1, 1993 to August 31, 1993)

Total Project Breakdown:

— Preliminary Design Phase Services . . . . . . . $ 60,465.00

— Final Design Phase Services . . . . . . . . . . $117,900.00

— Right-of-Way Survey Services . . . . . . . . . . $ 63,650.00

              TOTAL PROJECT FEES =          $242,015.00


Total Earned to Date (100% of Preliminary Design Phase)     $ 60,465.00
     (80% of Final Design Phase Services)                    $ 94,320.00
     (90% of Survey Services)                                $ 57,285.00
Less Amount Previously Invoiced                              $202,992.50

Amount Due This Invoice                                      $   9,077.50




Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm




                                                  Gotech 0014

**BURK-KLEINPETER, INC.,** NEW ORLEANS,

08614

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 0705555 | | VENDOR GOTECH, INC. | | CHECK DATE | 9/28/93 |
| NO. 5 | 8/31/93 | 897-8407-97 | 3,182.50 | | 3,182.50 |
| NO. 5 | 8/31/93 | 897-8407-96 | 5,895.00 | | 5,895.00 |

Gotech 0015

| CHECK NUMBER | | | TOTALS | | |
|---|---|---|---|---|---|
| 8614 | | | 9,077.50 | | 9,077.50 |

00015

**BURK-KLEINPETER, INC.**, NEW ORLEANS, LA.

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 070555 | 8/31/93 | VENDOR GOTECH, INC. NO. 5   897-8407-97 | 3,182.50 | | 3,182.50 |
| | 8/31/93 | NO. 5   897-8407-96 | 5,895.00 | | 5,895.00 |

| CHECK NUMBER | | TOTALS | GROSS AMOUNT | CHECK DATE | NET AMOUNT |
|---|---|---|---|---|---|
| 8614 | | | 9,077.50 | 9/28/93 | 9,077.50 |

OCT 7 1993

**BURK-KLEINPETER, INC.**
ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL ST. • NEW ORLEANS, LOUISIANA 70119-5994
P.O. BOX 19087 • NEW ORLEANS, LOUISIANA 70179-0087

84-139
654

JEFFERSON GUARANTY BANK
P.O. BOX 8527
METAIRIE, LOUISIANA 70011-8527

| CHECK DATE | CHECK NO. |
|---|---|
| 9/28/93 | 8614 |

**08614**

NINE THOUSAND SEVENTY-SEVEN AND 50/100 *****************************************************

VOID AFTER 90 DAYS

CHECK AMOUNT
********9,077.50

TO THE
ORDER OF
GOTECH, INC.
CONSULTING ENGINEERS
P.O. BOX 82007
BATON ROUGE, LA
70884

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈008614⑈ ⑆065401398⑆ 17222101103

Gotech 0016

aug 30
#5
#231

P0015

# GOTECH, INC.

## Consulting Engineers

8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810

Tel. (504) 766-5358
Fax (504) 766-5879

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

August 3, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana   70119-5994

RE:   London Avenue Canal Contract No. 4

Dear Mr. Giardina:

As discussed, attached is our request for payment number 4 for
the referenced project.  This invoice represents work performed
on the final design phase is in the amount of $11,790.00.

If there are any questions on this information, feel free to call
us at your convenience.

Sincerely,

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Attachment

Gotech 0017

# INVOICE

## GOTECH, INC.

8383 Bluebonnet Blvd.
Baton Rouge, LA  70810

RE:   London Avenue Canal Floodwall
      Contract No. 3
      BKI 8407-07
      GOTECH, Inc. Project No. 02-92-231

Request for Payment No. 4
(Services provided from July 1, 1993 to July 31, 1993)

Total Project Breakdown:

— Preliminary Design Phase Services  . . . . . . . $ 60,465.00

— Final Design Phase Services  . . . . . . . . . . $117,900.00

— Right-of-Way Survey Services . . . . . . . . . . $ 63,650.00

TOTAL PROJECT FEES =          $242,015.00

Total Earned to Date (100% of Preliminary Design Phase)   $ 60,465.00
  (75% of Final Design Phase Services)                    $ 88,425.00
  (85% of Survey Services)                                $ 54,102.50
Less Amount Previously Invoiced                           $191,202.50

Amount Due This Invoice                                   $ 11,790.00


Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Gotech 0018

**BURK-KLEINPETER, INC.,** NEW ORLEANS, LA

08334

| CHECK NUMBER | INVOICE NO. | INVOICE DATE | DESCRIPTION | | TOTALS | GROSS AMOUNT | DISCOUNT | CHECK DATE | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 8334 | NO. 3<br>0703553 | VENDOR GOTECH, INC.<br>6/25/93  897-8407-96 | | | | 29,475.00 | | 7/16/93<br>29,475.00 | 29,475.00 |

JUL 22 1993

Gotech 0019



| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 070555 . 3 | VENDOR 6/25/93 | GOTECH, INC. 897-8407-96 | 29,475.00 | CHECK DATE | 7/16/93 29,475.00 |

RECEIVED JUL 22 1993

| CHECK NUMBER | 8334 | TOTALS | 29,475.00 | | 29,475.00 |

P000

## BURK-KLEINPETER, INC.

ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL ST. • NEW ORLEANS, LOUISIANA 70119-5994
P.O. BOX 19087 • NEW ORLEANS, LOUISIANA 70179-0087

84-139
654

JEFFERSON GUARANTY BANK
P.O. BOX 8527
METAIRIE, LOUISIANA 70011-8527

08334

| CHECK DATE | CHECK NO. |
|---|---|
| 7/16/93 | 8334 |

CHECK AMOUNT
******29,475.00

TWENTY-NINE THOUSAND FOUR HUNDRED SEVENTY-FIVE AND 00/100***********************

VOID AFTER 90 DAYS

TO THE
ORDER OF

GOTECH, INC.
CONSULTING ENGINEERS
P.O. BOX 82007
BATON ROUGE, LA
70884

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈008334⑈ ⑈065401398⑈ 172221101⑈03

Gotech 0020

# GOTECH, INC.

Consulting Engineers

8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810

Tel. (504) 766-5358
Fax (504) 766-5879

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

August 3, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana  70119-5994

RE:  London Avenue Canal Contract No. 4

Dear Mr. Giardina:

As discussed, attached is our request for payment number 4 for
the referenced project.  This invoice represents work performed
on the final design phase is in the amount of $11,790.00.

If there are any questions on this information, feel free to call
us at your convenience.

Sincerely,

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Attachment

Gotech 0021

# INVOICE

## GOTECH, INC.

8383 Bluebonnet Blvd.
Baton Rouge, LA  70810

RE: London Avenue Canal Floodwall
    Contract No. 3
    BKI 8407-07
    GOTECH, Inc. Project No. 02-92-231

Request for Payment No. 4
(Services provided from July 1, 1993 to July 31, 1993)

Total Project Breakdown:

- Preliminary Design Phase Services  . . . . . . . $ 60,465.00

- Final Design Phase Services  . . . . . . . . . . $117,900.00

- Right-of-Way Survey Services . . . . . . . . . . $ 63,650.00

      TOTAL PROJECT FEES =        $242,015.00

Total Earned to Date (100% of Preliminary Design Phase)    $ 60,465.00
    (75% of Final Design Phase Services)                   $ 88,425.00
    (85% of Survey Services)                               $ 54,102.50
Less Amount Previously Invoiced                            $191,202.50

Amount Due This Invoice                                    $ 11,790.00


Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:stm

Gotech 0022

**BURK-KLEINPETER, INC.,** NEW ORLEANS, LA.

08456

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| NO. 4 070555 | 8/04/93 VENDOR GOTECH, INC. 897-8407-96 | | 11,790.00 | CHECK DATE 8/17/93 | 11,790.00 |

| CHECK NUMBER | TOTALS | | | | |
|---|---|---|---|---|---|
| 8456 | 11,790.00 | | Gotech 0023 | | 11,790.00 |

00015

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 070555 | VENDOR | GOTECH, INC. | | CHECK DATE | 8/17/93 |
| I. 4 | 8/04/93 | 897-8407-96 | 11,790.00 | | 11,790.00 |

| CHECK NUMBER | 8456 | TOTALS | 11,790.00 | | 11,790.00 |
|---|---|---|---|---|---|

P001

**BURK-KLEINPETER, INC.**

ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL ST. • NEW ORLEANS, LOUISIANA 70119-5994
P.O. BOX 19087 • NEW ORLEANS, LOUISIANA 70179-0087

$\frac{84-139}{654}$

JEFFERSON GUARANTY BANK
P.O. BOX 8527
METAIRIE, LOUISIANA 70011-8527

08456

| CHECK DATE | CHECK NO. |
|---|---|
| 8/17/93 | 8456 |

| CHECK AMOUNT |
|---|
| ******11,790.00 |

ELEVEN THOUSAND SEVEN HUNDRED NINETY AND 00/100****************************************

VOID AFTER 90 DAYS

TO THE
ORDER OF

GOTECH, INC.
CONSULTING ENGINEERS
P.O. BOX 82007
BATON ROUGE, LA
70884

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

⑈008456⑈ ⑊065401398⑊ 17222110⑈03

Gotech 0024

# GOTECH, INC.

Consulting Engineers

8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810

Tel. (504) 766-5358
Fax (504) 766-5879

*23)*

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

May 26, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk–Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana  70119–5994



Re:  London Ave. Canal Contract No. 3

Dear Mr. Giardina:

As discussed, attached is our request for payment number 2 for the
referenced project.  This invoice represents work performed on the
final design phase and survey phase of the project and is in the
amount of $101,262.50.

If there are any questions on this information, feel free to call
us at your convenience.

Sincerely,

*Bruce Dyson*

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

BKD:mal

Gotech 0025

GOTECH, INC.
INVOICE

RE:   London Avenue Canal Floodwall
      Contract No. 3
      BKI 8407-07
      GOTECH, Inc. Project No. 02-92-231


Request for Payment No. 2
(Services provided from April 1, 1993 to May 31, 1993)

Total Project Breakdown:

  • Preliminary Design Phase Services   . . . . $60,465.00

  • Final Design Phase Services  . . . . . .  $117,900.00

  • Right-of-Way Survey Services . . . . . . . $63,650.00

        TOTAL PROJECT FEES            $242,015.00


Total Earned to Date (100% of Preliminary Design Phase) $ 60,465.00
     (40% of Final Design Phase Services)               $ 47,160.00
     (85% of Survey Services)                           $ 54,102.50
Less Amount Previously Invoiced                         $ 60,465.00

Amount Due This Invoice                                 $101,262.50



_____
Bruce K. Dyson, P.E., P.L.S.
Project Engineer

Gotech 0026



| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 070555 | | VENDOR GOTECH, INC. | | CHECK DATE | 6/01/93 |
| 0. 1 | 3/31/93 | 897-8407-95 | 36,340.25 | | 36,340.25 |
| 0. 1 | 5/06/93 | 897-9174-02 | 3,637.88 | | 3,637.88 |
| 0. | 5/26/93 | 897-8407-95 | 96,805.25- | | 96,805.25- |
| 0. 2 | 5/26/93 | 897-8407-96 | 107,625.00 | | 107,625.00 |
| 0. 2 | 5/26/93 | 897-8407-97 | 54,102.50 | | 54,102.50 |

RECEIVED
JUN - 9 1993

| CHECK NUMBER | | TOTALS | | | |
|---|---|---|---|---|---|
| 8106 | | | 104,900.38 | | 104,900.38 |

**BURK-KLEINPETER, INC.**

ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL ST. • NEW ORLEANS, LOUISIANA 70119-5994
P.O. BOX 19087 • NEW ORLEANS, LOUISIANA 70179-0087

84-139
654

JEFFERSON GUARANTY BANK
P.O. BOX 8527
METAIRIE, LOUISIANA 70011-8527

PCO!

08106

| CHECK DATE | CHECK NO. |
|---|---|
| 6/01/93 | 8106 |

| CHECK AMOUNT |
|---|
| *****104,900.38 |

ONE HUNDRED FOUR THOUSAND NINE HUNDRED AND 38/100************************************

VOID AFTER 90 DAYS

TO THE
ORDER OF

GOTECH, INC.
CONSULTING ENGINEERS
P.O. BOX 82007
BATON ROUGE, LA
70884

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

⑈008106⑈ ⑉065401398⑊ 17222110 1⑈03

Gotech 0027

# GOTECH, INC.

Consulting Engineers
8383 Bluebonnet Boulevard
Baton Rouge, Louisiana 70810
Tel. (504) 766-5358
Fax (504) 766-5879

RHAOUL A. GUILLAUME, P.E.
President

Mailing Address:
P.O. Box 82007
Baton Rouge, Louisiana 70884

April 12, 1993

Mr. J. W. "Bill" Giardina, Jr., P.E.
Vice President
Burk-Kleinpeter, Inc.
4176 Canal Street
New Orleans, Louisiana   70119-5994

Re:   London Ave. Canal Contract No. 3



Dear Mr. Giardina:

As discussed, attached is our request for payment number 1 for the referenced project.  This invoice represents work performed on the preliminary design phase of the project and is in the amount of $60,465.00.

If there are any questions on this information, feel free to call us at your convenience.

Yours Very Truly,

Bruce K. Dyson, P.E., P.L.S.
Project Engineer

Gotech 0028

GOTECH, INC.
INVOICE

RE:   London Avenue Canal Floodwall
      Contract No. 3
      BKI 8407-07
      GOTECH, Inc. Project No. 02-92-231


Request for Payment No. 1

(Services provided from January 13, 1993 to March 31, 1993)


Total Project Breakdown:

- Preliminary Design Phase Services...........$60,465.00
- Final Design Phase Services...............$117,900.00
- Right-of-Way Survey Services...............$63,650.00

         TOTAL PROJECT FEES          $242,015.00


Total Earned to Date (100% of Preliminary Design Phase) = $60,465
Amount Previously Invoiced =                               $      0
Amount Due This Invoice =                                  $60,465


Bruce K. Dyson, P.E., P.L.S.
Project Engineer


Gotech 0029

**BURK-KLEINPETER, INC.,** NEW ORLEANS, LA.

07974

| INVOICE NO. | INVOICE DATE | DESCRIPTION | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 070555 | 3/31/93 | VENDOR GOTECH, INC. | 60,465.00 | | 4/27/93 |
| NO. 1 | | 897-8407-95 | | CHECK DATE | 60,465.00 |

| CHECK NUMBER | | | TOTALS: | 60,465.00 | | 60,465.00 |
|---|---|---|---|---|---|---|
| 7974 | | | | | | |

**BURK-KLEINPETER, INC.**, NEW ORLEANS, LA.

07974

| INVOICE NO. | INVOICE DATE | DESCRIPTION | TOTALS | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|---|
| 070555 | 3/31/93 | VENDOR GOTECH, INC. 897-8407-95 | | 60,465.00 | | 60,465.00 |
| NO. 1 | | | | | | |

CHECK NUMBER   7974

CHECK DATE   4/27/93

**BURK-KLEINPETER, INC.**

ENGINEERS, ARCHITECTS, PLANNERS, ENVIRONMENTAL SCIENTISTS
4176 CANAL ST. • NEW ORLEANS, LOUISIANA 70119-5994
P.O. BOX 19087 • NEW ORLEANS, LOUISIANA 70179-0087

JEFFERSON GUARANTY BANK
P.O. BOX 8527
METAIRIE, LOUISIANA 70011-8527

84139
656

M  0 4 1993

SIXTY THOUSAND FOUR HUNDRED SIXTY-FIVE AND 00/100**************

TO THE
ORDER OF
GOTECH, INC.
CONSULTING ENGINEERS
P.O. BOX 82007
BATON ROUGE, LA
70884

VOID AFTER 90 DAYS

| CHECK DATE | CHECK NO. |
|---|---|
| 4/27/93 | 7974 |

CHECK AMOUNT
******60,465.00

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

07974

P0004

⑈007974⑈ ⑈065401398⑈ ⑈7222101103

Gotech 0030

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION NO. 05-4182

SECTION "K"

MAGISTRATE (2)

PERTAINS TO:  05-4181 O'Dwyer
05-6073 Kirsch

JUDGE DUVAL

MAG. WILKINSON

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned authority, personally came and appeared:

**BRUCE K. DYSON, P.E., P.L.S.**

who after being duly sworn did depose and say:

1.  I am an employee of GOTECH, Inc. and have been an employee since 1992.

2.  I am a licensed professional engineer, licensed in Louisiana since 1982.  I am also a licensed professional land surveyor, licensed in Louisiana since 1992.

3.  I am providing this affidavit for use with a motion for summary judgment on behalf of GOTECH, Inc. in the consolidated cases known as the Katrina Canal Breach Litigation.

4.  I am familiar with the facts described below by virtue of my involvement in the engineering work on the projects described below. My involvement was as project manger for GOTECH.  As project manger, I coordinated the preparation of the drawings and specifications for the levees and floodwalls on the west bank of the London Avenue Canal in accordance with the USACE's guidelines.

S:\Records\D2488-039\Pleadings\Affidavit - Dyson.wpd



**Industrial Canal, 17th Street Canal, and MRGO**

5.  Neither GOTECH nor any of its personnel had anything to do with the design, construction, construction administration or inspection of any construction of any floodwalls or levees which failed along the 17th Street Canal, the Industrial Canal and Orleans Avenue Canal in New Orleans during Hurricane Katrina.

6.  Additionally, neither GOTECH nor its personnel was involved in the design or construction of the MRGO.

**London Avenue Canal**

7.  In 1993, GOTECH, Inc. agreed to provide surveying and I-Wall design services (within the guidelines of the USACE) as a sub-consultant to Burk-Kleinpeter, Inc. (BKI) on the project known as London Avenue Canal Floodwall Improvements Contract 3. A draft of the Agreement between BKI and GOTECH (Draft Contract) is attached as Exhibit 1 to the Affidavit of Rhaoul A. Guillaume of GOTECH. (Guillaume Affidavit) It is believed the original Agreement was signed by both parties at the time of the project, but GOTECH does not currently have a copy of the signed Agreement.

8.  GOTECH began work on this project in January, 1993 as shown by its invoice file, in particular, Invoice No. 1. A copy of GOTECH's invoice file on this project is attached as Exhibit 2, in globo, to the Guillaume Affidavit.

9.  GOTECH completed its design and surveying work on the project by November, 1993, as shown by Invoice No. 6 showing 100% of work completed. See Exhibit 2.

10. The Agreement between GOTECH and BKI specifically stated "...construction administration services and resident inspection services are not required of [GOTECH] unless the US Army Corps of Engineers authorizes the OWNER [Orleans Levee Board] to perform these services." See Exhibit 1, p. 2 of 6 of the Guillaume Affidavit.

11. BKI did not request that GOTECH provide construction administration services or resident inspection services for this project.

12. GOTECH did not provide construction administration services or resident inspection services for this project.

13. GOTECH did not request payment for construction administration services or

resident inspection services for this project.

14.   Neither GOTECH nor any of its personnel provided any other design or surveying services on any other London Avenue Canal project other than those described above.

_____
**BRUCE K. DYSON, P.E., P.L.S.**

SWORN TO AND SUBSCRIBED Before Me, this 28th day of July, 2006.

**ADRIAN G. NADEAU**
LSBA #28169
Notary Public
State of Louisiana
My Commission Expires at Death

N:\Rivendale\DD24884059\Pleadings\Affidavit - Dyson.wpd

Richard J. Durrett, P.E., P.L.S.
  Chairman
Kenneth L. McManis, Ph.D., P.E., P.L.S.
  Vice Chairman
Joseph C. Wink, Jr., P.E.
  Treasurer
Kerry M. Hawkins, P.E.
  Secretary
Donna D. Sentell
  Executive Secretary

Timothy J. Allen, P.L.S.
James D. Garber, Ph.D., P. E.
Rhaoul A. Guillaume, P.E.
Ali M. Mustapha, P.E.
Mark H. Segura, P.E.
Mark A. Jusselin, P.E.
C. L. Jack Stelly, P.L.S.



**LOUISIANA PROFESSIONAL ENGINEERING AND LAND SURVEYING BOARD**

## As of 8/3/2006, the Louisiana Professional Engineering and Land Surveying Board has the following information on file:

**Name:**       Gotech, Inc.
**Address:**    8383 Bluebonnet Blvd.
            Baton Rouge, LA 70810-2826
**License/Certification Class:**   C - Engineering Firm
**License No:**   EF.0000377
**Discipline(s):**
**Status:**   Active
**Expiration Date:**   9/30/2007

---

### License/Certification Classes:

PE = Professional Engineer          PLS = Professional Land Surveyor
LSI = Land Surveyor Intern          EIT = Engineer Intern

### PE Discipline Codes

| AG | Agricultural | ME | Mechanical |
|----|--------------|----|------------|
| AR | Architectural | MI | Mining or Mineral |
| CH | Chemical | MT | Metallurgical |
| CE | Civil | MU | Manufacturing |
| CS | Control Systems | NV | Naval Architecture & Marine |
| EE | Electrical & Computer | NU | Nuclear |
| EV | Environmental | ST | Structural * |
| FP | Fire Protection | PT | Petroleum |
| IE | Industrial | | |

* An engineer that has passed the Structural I exam is listed as a Civil Engineer. An engineer that has passed both the Structural I and II exams is listed as Structural (ST) and a Civil (CE) Engineer.

9643 Brookline Avenue Suite 121 • Baton Rouge, Louisiana  70809-1433 • (225) 925-6291 • Fax (225) 925-6292 • www



**EXHIBIT**
C