FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 10  PM 1:44

LORETTA G. WHYTE
       CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NOS.  05-4181 * | |
|       06-1850 * | MAGISTRATE WILKINSON |
|       06-1885 * | |
|       06-4024 * | |
| * * * * * * * * * * * * * * * * * | |

### MOTION TO CONTINUE HEARING DATE

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885 and 06-4024, appearing through undersigned counsel, and move This Honorable Court to continue the Hearing Date on the Motion to Impose Sanctions and/or for Protective Order filed by Boh Bros. Construction Co., L.L.C., which is currently set for hearing at 9:30 A.M. on September 6, 2006. The grounds for this Motion to Continue Hearing Date include the fact that undersigned counsel for plaintiffs/movers hereby announces his intention to file his own Motion for Sanctions as a result of "Fraud upon the Court" and misconduct, and more particularly violation of Rules 3.3, 3.4 and 8.4 of the Rules of Professional Conduct by counsel for Boh Bros. Construction Co., L.L.C., namely Michael R.C. Riess, Esq. In connection with opposing that Motion it is going to be



necessary to order transcripts of proceeding in Open Court containing Mr. Riess' representations and misrepresentations to the Court on various dates, and the transcripts will not be ready in time to permit hearing of all motions involving sanctions at the same time on September 6, 2006. Plaintiffs/movers also represent that continuing the subject hearing date will in no way retard the progress of this litigation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 10th day of August 2006.