UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | | |
| RESPONDER CASES AND TO * | | JUDGE DUVAL |
| NOS.  05-4181 * | | |
| 06-1850 * | | MAGISTRATE WILKINSON |
| 06-1885 * | | |
| 06-4024 * | | |
| * * * * * * * * * * * * * * * * * * | | |

## MEMORANDUM IN SUPPORT OF
## MOTION TO CONTINUE HEARING DATE

**MAY IT PLEASE THE COURT:**

Boh Bros. Construction Co., L.L.C. has filed a Motion to Impose Sanctions and/or for Protective Order directed at undersigned counsel, personally, which has been fixed for hearing on September 6, 2006. Part of the defense and opposition to the said Motion will be a separately filed Motion for Sanctions as a result of "Fraud upon the Court" and misconduct, and more particularly violation of Rules 3.3, 3.4 and 8.4 of the Rules of Professional conduct by counsel for Boh Bros. Construction Co., L.L.C., Michael R.C. Riess, Esq. Because it will be necessary to order transcripts of proceedings in Open Court to be submitted to the Court as evidence of Mr. Riess' fraud and misconduct, and

-1-

because those transcripts will not be ready in time to permit hearing of all motions involving sanctions at the same time on September 6, 2006, plaintiffs/movers respectfully request continuance of the hearing date on the Motion to Impose Sanctions filed by Boh Bros. Construction Co., L.L.C., which is currently set for 9:30 A.M. on September 6, 2006. Plaintiffs/Movers also represent that continuing the subject hearing date will in no way retard the progress of this litigation.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 10th day of August 2006.

_____