UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> ALL LEVEE, MRGO * <br> RESPONDER CASES AND TO * <br> NOS.  05-4181 * <br>         06-1850 * <br>         06-1885 * <br>         06-2268 * <br>         06-4024 * <br> * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### NOTICE OF HEARING

TO: Michael R.C. Riess, Esq.
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, La 70170-3300

Dear Sir:

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion to Continue Hearing Date on for hearing before The Honorable _Duval_ at _9:30_ A.M., on the _23rd_ day of _August_, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

-1-

By:_____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this ___ day of August 2006.

_____

-2-