```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2006 AUG -2  PM 3: 15

            LORETTA G. WHYTE
                  CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | * CIVIL ACTION NO. 05-4182 |
| | * |
| | * SECTION "K"(2) |
| VERSUS | * |
| | * |
| | * CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * |
| | * (This documents only relates to |
| | * C.A. No. 05-4191) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT UNOPPOSED MOTION TO DISMISS GULF GROUP, INC. OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, come plaintiff, Jared Vodanovich, and defendant, Gulf Group, Inc. of Florida ("Gulf Group"), and state as follows:

1.

Plaintiff desires to dismiss all allegations against Gulf Group, and to dismiss Gulf Group as a defendant, without prejudice.

2.

Plaintiff reserves all rights against all other defendants and parties.



- 1 -

- 2 -

3.

Gulf Group joins in this motion for the purpose of seeking its dismissal as a defendant, without prejudice.

WHEREFORE, plaintiff Jared Vodanovich prays that this joint, unopposed motion to dismiss Gulf Group, Inc. of Florida be granted, and that Gulf Group, Inc. of Florida be dismissed without prejudice.

Respectfully submitted,

/s/ Kara M. Hadican/
Gerald E. Meunier, 9471
Kara Hadican, 29234
Gainsburgh, Benjamin, David, Meunier
    & Warshauer, LLC
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163-2800
Telephone: 504-522-2304
Telefax: 504-528-9973

and

Stephen Skelly Kreller, 28440
Murphy, Rogers, Sloss & Gambel
701 Poydras St., Suite 400
New Orleans, LA 70139
Telephone: 504-523-0400
Telefax: 504-423-5574

Attorneys for Jared Vodanovich

Judy Y. Barrasso, 2814
Stephen H. Kupperman, 7890
Barrasso Usdin Kupperman
    Freeman & Sarver, LLC
909 Poydras Street, Suite 1800
New Orleans, LA 70112
Telephone: 504-589-9700
Telefax: 504-589-9701

Attorneys for Gulf Group, Inc. of Florida

- 3 -

63899

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by U.S. mail, postage prepaid, this 2nd day of ~~July~~ August, 2006.

*KARA M. HADICAN*