FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 11  PM 3:39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | * CIVIL ACTION NO. 05-4182 |
| | * |
| | * SECTION "K"(2) |
| VERSUS | * |
| | * |
| | * CONS. KATRINA CANAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * |
| | * (This documents only relates to |
| | * C.A. No. 05-4191) |

*****************************************************

## ORDER

Considering the foregoing Joint Unopposed Motion to Dismiss Gulf Group, Inc. of Florida;

IT IS ORDERED that all allegations against Gulf Group, Inc. of Florida be stricken, and that all claims asserted by plaintiff against Gulf Group, Inc. of Florida be and the same are hereby dismissed, without prejudice. Plaintiff reserves all rights against all other parties.

New Orleans, Louisiana, this _10_ day of _August_, 2006.

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No

63899