

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG -9  PM 4:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NOS. 05-4181 * | |
| 06-1850 * | MAGISTRATE WILKINSON |
| 06-1885 * | |
| 06-2268 * | |
| 06-4024 * | |
| * * * * * * * * * * * * * * * * * | |

### EX PARTE MOTION FOR LEAVE TO
### FILE AMICUS MEMORANDUM

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885 and 06-4024, appearing through undersigned counsel on the authority of This Honorable Court's Minute Entry of August 1, 2006 (Record Document No. 843), a copy of which is appended hereto and marked for identification as Exhibit No. 1, which clearly contemplates "Amicus briefing", and move the Court for an order granting movers leave to file an Amicus Memorandum in Opposition to the Government's Motion to Dismiss (Record Document No. 822) in Civil Action No. 06-2268. This Motion is filed upon the grounds that movers do not wish to place their destiny on a subject, which could become "the law of the case", solely in the hands of counsel for other parties. This Motion is also filed upon the grounds that movers believe their Amicus Memorandum may assist the

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Court in reaching the proper result on the Government's Motion to Dismiss on grounds of immunity.

                                      Respectfully submitted,

                                      **LAW OFFICES OF**
                                      **ASHTON R. O'DWYER, JR.**
                                      **Counsel for Plaintiffs**

                                      By: _____
                                        **Ashton R. O'Dwyer, Jr.**
                                        **In Proper Person**
                                        **One Canal Place**
                                        **365 Canal Street**
                                        **Suite 2670**
                                        **New Orleans, LA 70130**
                                        **Tel. 504-561-6561**
                                        **Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this _____ day of August 2006.

_____