

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> ALL LEVEE, MRGO * <br> RESPONDER CASES AND TO * <br> NOS. 05-4181 * <br> 06-1850 * <br> 06-1885 * <br> 06-2268 * <br> 06-4024 * <br> * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## ORDER

Considering Certain Plaintiffs' Amicus Memorandum in Opposition to the Government's Motion to Dismiss in Civil Action No. 06-2268, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885 and 06-4024 be and they are hereby granted leave to file the referenced Amicus Memorandum in Opposition to the Government's Motion.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____