FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 11   PM 4: 07

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| | * | |
| | * | **MAGISTRATE (2)** |
| **PERTAINS TO:** | * | |
| **ALL CASES** | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAG. WILKINSON** |
| * * * * * * * * * * * * | * | |

## OPPOSITION MEMORANDUM OF BOH BROS. CONSTRUCTION CO., L.L.C. TO PLAINTIFFS' MOTION TO CONTINUE HEARING DATE ON BOH BROS.' MOTION TO IMPOSE SANCTIONS AND/OR FOR PROTECTIVE ORDER

NOW INTO COURT, through undersigned counsel, comes Boh Bros. Construction Co., L.L.C. ("Boh Bros."), who opposes the *Motion to Continue Hearing Date* filed by The Law Offices of Ashton R. O'Dwyer, Jr., counsel for plaintiffs in some of the Levee and MRGO cases that are pending before this Court. Boh Bros.' Motion to Impose Sanctions and/or for Protective Order is currently set for hearing before Your Honor at 9:30 a.m. on September 6, 2006.

Mr. O'Dwyer's Motion to Continue the Hearing Date of September 6, 2006, should be seen for exactly what it is - - "the best defense is a good offense". The sole basis for requesting the *continuance is to* "announce his intention to file his own motion for sanctions" against Michael R. C. Riess, individually. Specifically, the sole grounds for requesting the continuance of the September 6, 2006, hearing date is to "order transcripts of proceeding in open court containing Mr.



Riess' representations" to the court and that the transcripts will not be ready in time for the September 6, 2006, hearing date.

Mr. O'Dwyer is not saying that he is not available on September 6, 2006. Mr. O'Dwyer does not dispute sending the self-serving and sanctionable diatribes, the subject of Boh's motion. Rather, he evidently realizes the egregious conduct that he has engaged in and in order to deflect the imposition of sanctions and an appropriate protective order, he wants to proceed with his own motion for sanctions against undersigned counsel for Boh Bros. The fallacy of this "best defense is a good offense" defense is the simple uncontested fact that Mr. O'Dwyer could have ordered these transcripts from the hearings back in May, 2006, months ago and now chooses only to order these transcripts in a veiled threat to file his own baseless counter motion for sanctions against undersigned counsel.

Mr. O'Dwyer is free to file any pleading he so desires with this Honorable Court, as he has shown the propensity to do so on too many occasions to count in this matter. Certainly, there is no need to wait on these transcripts, especially considering that Your Honor will fully recall all the events and steps leading up to the execution of the work protocol that has been agreed to by and between all counsel in this matter, including Mr. O'Dwyer. Perhaps, Mr. O'Dwyer wants to order the transcripts from the hearing in May, 2006, when I read "verbatim" from certain of the e-mails that I had received from Mr. O'Dwyer, which are highlighted "verbatim", as follows:

> "17th Street Canal and London Avenue South are the only remaining locations where this evidence [the 'connections between sheet piles and concrete monoliths panels'] still exist, to my knowledge, and what you have proposed to submit in writing [the work protocol] to the Magistrate is part of the Corps

of Engineers "cover up" of evidence, even though you may be being used, in

unwittingly, as a "tool" or "foil" for the Corps of Engineers."

Ashton O'Dwyer's e-mail correspondence sent to Michael R. C. Riess on Tuesday, May 16, 2006,

at 2:20 p.m.

"You [Michael R. C. Riess] may have pulled the wool over Duval's and

Wilkinson's eyes and confused what really is a simple issue, but you can't

trick me."

Ashton O'Dwyer's e-mail correspondence sent to Michael R. C. Riess on Monday, May 15, 2006,

at 10:43 a.m.

"...undersigned counsel [Mr. O'Dwyer] gave Magistrate Wilkinson the

opportunity to be a gentleman about the matter.   Judge Wilkinson chose

another course."

Document No. 421, page 7, Mr. O'Dwyer's Motion for Reconsideration of the Court's denial of

plaintiffs' objections and motion to review Magistrate's Order.

Your Honor will specifically recall that I quoted "verbatim" from these e-mails (and a

pleading), in addition to others, at a hearing held before Your Honor in open chambers in May,

2006. I do not know why we need a transcript of that particular hearing (or any other hearing back

in May, 2006), as we already have the evidence of the self-serving diatribes and egregious conduct

engaged in by Mr. O'Dwyer. No transcripts are necessary, as we already have Mr. O'Dwyer's e-

mails as "hard evidence".

As noted by Your Honor in footnote 7 of Document No. 788, this Court (together with

undersigned counsel) has repeatedly warned Mr. O'Dwyer to cease and desist from acting in an

unprofessional and sanctionable manner.   Mr. O'Dwyer has chosen to ignore these repeated

admonishments from this court and undersigned counsel.  Boh Bros. and undersigned counsel cannot be subjected to more and more self-serving diatribes from Mr. O'Dwyer if this matter is continued beyond September 6, 2006.  Further, and as importantly, Mr. O'Dwyer is free to file any motion he so desires with this Honorable Court; however, we again caution (as we have done in writing on a number of occasions) that Mr. O'Dwyer re-read Rule 11 of the Federal Rules of Civil Procedure before signing his name to any pleading in this case, and perhaps brush up on the law of defamation.  For these reasons, Boh Bros. opposes plaintiffs' motion to continue the hearing date of September 6, 2006.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: _____

Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone:  (504) 581-3300
Facsimile:  (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Opposition Memorandum of Boh Bros. Construction Co., L.L.C. to Plaintiffs' Motion to Continue Hearing Date on Boh Bros.' Motion to Impose Sanctions and/or for Protective Order has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States mail, postage prepaid and properly addressed this _____ day of _____ August _____, 2006.