UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* | | MAGISTRATE JUDGE JOSEPH WILKINSON |
| *Chehardy, et al v. State Farm, et al: 06-1973* | * | |
| *Chehardy, et al v. State Farm, et al: 06-1974* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED AND RESTATED COMPLAINT BY DEFENDANT LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

Pursuant to Fed.R.Civ.Proc. 12(b)(6), defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"), a non-profit corporation created by the Legislature (*LRS 22:1430, et seq.*) to operate residual market insurance programs for the State of Louisiana, moves to dismiss Plaintiffs' Amended and Restated Complaint in the above-captioned matters, filed June 2, 2006 (the "Complaint"), in its entirety. LCPIC adopts the Consolidated 12(b) Motion and

-1-

Memorandum submitted by the defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Insurance company, The American Insurance Company, AEGIS Security Insurance Company, AAA Homeowners & Flood Insurance Company, the Hanover Insurance Company, and Lafayette Insurance Company, as well as the separate motion to dismiss and memorandum by State Farm Insurance Company and the separate motion to dismiss and memorandum by Allstate Insurance Company and Allstate Indemnity Company. LCPIC attaches as EXHIBITS A and B the policies issued by the plan administered by LCPIC to plaintiffs insureds identified in plaintiffs' *Amended and Restated Complaint*.

WHEREFORE Louisiana Citizens Property Insurance Corporation prays for judgment dismissing plaintiffs' claims against it, with prejudice and at plaintiffs' costs.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

BY:     s/Gregory J. McDonald
         JOHN W. WATERS, JR. T.A. (#13258)
         DAVID E. WALLE (#13199)
         GREGORY J. McDONALD (#1933)
         1010 Common Street, Suite 2200
         New Orleans, LA 70112-2401
         Telephone:  (504) 310-1500
         Fax:         (504) 310-1501
         Email:       Jwaters@bfrob.com
         Email:       Dwalle@bfrob.com
         Email:       Gmcdonald@bfrob.com

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on August 14, 2006.

                                                 s/Gregory J. McDonald