UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * * | MAGISTRATE JUDGE JOSEPH WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# MEMORANDUM IN SUPPORT OF RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED AND RESTATED COMPLAINT BY DEFENDANT LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

MAY IT PLEASE THE COURT:

Louisiana Citizens Property Insurance Corporation ("LCPIC"), a non-profit corporation created by the Legislature (*LRS 22:1430, et seq.*) to operate residual market insurance programs for the State of Louisiana, moves to dismiss Plaintiffs' Amended and Restated Complaint in the above-captioned matters, filed June 2, 2006 (the "Complaint"), in its entirety.

LCPIC adopts in support of its Fed.R.Civ.P. 12(b)(6) motion the following: (1) the Consolidated 12(b) Motion and Memorandum submitted by the defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Insurance company, The American Insurance Company, AEGIS Security Insurance Company, AAA Homeowners &

Flood Insurance Company, the Hanover Insurance Company, and Lafayette Insurance Company; (2) the 12(b) Motion to Dismiss and Memorandum in Support by State Farm Insurance Company; and (3) the Rule 12 Motion to Dismiss and Memorandum in Support by Allstate Insurance Company and Allstate Indemnity Company.  LCPIC attaches as EXHIBITS A and B the policies issued by the plan administered by LCPIC to plaintiffs identified as LCPIC insureds in plaintiffs' *Amended and Restated Complaint*.

LCPIC prays that after hearing, its Motion to Dismiss brought under Fed.R.Civ.P. 12(b)(6) be granted and plaintiffs' claims under the Amended and Restated Complaint be dismissed, with prejudice and at their cost.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

BY:     s/Gregory J. McDonald
         JOHN W. WATERS, JR. T.A. (#13258)
         DAVID E. WALLE (#13199)
         GREGORY J. McDONALD (#1933)
         1010 Common Street, Suite 2200
         New Orleans, LA 70112-2401
         Telephone:    (504) 310-1500
         Fax:    (504) 310-1501
         Email: Jwaters@bfrob.com
         Email: Dwalle@bfrob.com
         Email: Gmcdonald@bfrob.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on August 14, 2006.

                                          s/ Gregory J. McDonald