UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* | | MAGISTRATE JUDGE JOSEPH WILKINSON |
| *Chehardy, et al v. State Farm, et al: 06-1973* | * | |
| *Chehardy, et al v. State Farm, et al: 06-1974* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant Louisiana Citizens Property Insurance Corporation will bring its Rule 12(b) Motion to Dismiss against Plaintiffs for hearing before the Honorable Judge Stanwood R. Duval, Jr. on the 12th day of September, 2006 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

-1-

```
BY:      s/ Gregory J. McDonald
         JOHN W. WATERS, JR. T.A. (#13258)
         DAVID E. WALLE (#13199)
         GREGORY J. McDONALD (#1933)
         1010 Common Street, Suite 2200
         New Orleans, LA 70112-2401
         Telephone:  (504) 310-1500
         Fax:        (504) 310-1501
         Email:      Jwaters@bfrob.com
         Email:      Dwalle@bfrob.com
         Email:      Gmcdonald@bfrob.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on August 14, 2006.

       s/ Gregory J. McDonald