UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# REQUEST FOR ORAL ARGUMENT

Defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"), a non-profit corporation created by the Legislature (*LRS 22:1430, et seq.*) to operate residual market insurance programs for the State of Louisiana, pursuant to Local Rule 43.1, requests oral argument on its Rule 12(b)(6) Motion to Dismiss.

WHEREFORE, defendant LCPIC respectfully requests that the Court grant it permission to provide oral argument in support of its Rule 12(b)(6) Motion to Dismiss.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

BY:  s/ Gregory J. McDonald
JOHN W. WATERS, JR. T.A. (#13258)
DAVID E. WALLE (#13199)
GREGORY J. McDONALD (#1933)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401

Telephone: (504) 310-1500
Fax: (504) 310-1501
Email: Jwaters@bfrob.com
Email: Dwalle@bfrob.com
Email: Gmcdonald@bfrob.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on August 14, 2006.

s/ Gregory J. McDonald