UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

Considering the Request for Oral Arguments by defendant Louisiana Citizens Property Insurance Corporation;

IT IS HEREBY ORDERED that the Request for Oral Argument is hereby Granted.

New Orleans, Louisiana, this __ day of August, 2006.

_____
District Judge