UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF MANUAL ATTACHMENT

**EXHIBIT A** IS A CERTIFIED COPY OF POLICY NUMBER FZH 0331504 01 ISSUED TO ELDRIDGE AND LATESHA POLLARD

**EXHIBIT B** IS A CERTIFIED COPY OF POLICY NUMBER FZH 0140724 07 ISSUED TO MARIE JOHNSON FATHEREE