

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL.,<br>Plaintiffs | * <br> * <br> * | CIVIL ACTION<br>NO. 05-4182 |
| VERSUS | * <br> * | SECTION "K"<br>Judge Duval |
| BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C., ET AL.<br>Defendants | * <br> * <br> * <br> * | MAGISTRATE (2)<br>Magistrate Judge Wilkinson |
| PERTAINS TO: 05-4181-O'DWYER | * | |

*************************************************

### FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME
### TO PLEAD UNDER LR 7.9E

Pursuant to LR7.9E, CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, advises the Court that its delay for responding to service of the Plaintiffs' 12th Amended Complaint (Record Doc. No. 641) will expire on August 9, 2006, and, on suggesting to the Court that CSXT needs additional time to investigate this matter and to prepare and serve its objections, motions, or responsive pleadings, moves for an additional twenty (20) days, or until August 29, 2006, within which to respond to Plaintiff's Complaint, as amended herein. CSXT has not been granted a prior extension of time

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

912188-1

to plead by this Court, and Plaintiffs have not filed an objection in the record to an extension of time to plead.

Respectfully submitted,

_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 9 day of August, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____