FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 10  PM 4: 50

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: RESPONDER, LEVEE, MRGO (06-1885, 06-2268, 06-2346, 06-4024) | § § § § § § | |

### MOTION TO ENROLL

Trial Attorney James F. McConnon, Jr. hereby moves to enroll his appearance on behalf of Defendant United States of America in above-noted cases. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

JAMES F. McCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

For overnight delivery:

JAMES F. McCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8012N
Washington, DC 20004



ECF Filing:

Jim.McConnon@usdoj.gov

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        PHYLLIS J. PYLES
                        Director, Torts Branch

                        _____
                        James F. McConnon, Jr.
                        Trial Attorney, Torts Branch, Civil Division
                        U.S. Department of Justice
                        Benjamin Franklin Station, P.O. Box 888
                        Washington, D.C.  20044
                        (202) 353-2604 / (202) 616-5200 (Fax)
                        Attorneys for the United States

Dated: August 9, 2006

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on August 9, 2006, I served a true copy of this Motion to Enroll upon the following parties by ECF, electronic mail, facsimile, or first class mail:

William Aaron
waaron@goinsaaron.com
Neil Abramson
abramson@phelps.com
Jonathon Beauregard Andry
jandry@andrylawfirm.com
Thomas P. Anzelmo
tanzelmo@mcsalaw.com
Judy Barrasso
jbarrasso@barrassousdin.com
Daniel E. Becnel, Jr.
dbecnel@becnellaw.com
Robert Becnel
ROBBECNEL@aol.com
Kelly Cambre Bogart
kbogart@duplass.com
Terrence L. Brennan
tbrennan@dkslaw.com
Joseph Bruno
jbruno@brunobrunolaw.com
Thomas Darling
tdarling@grhg.net
Kevin Derham
kderham@duplass.com
Walter Dumas
wdumas@dumaslaw.com
Lawrence Duplass
lduplass@duplass.com
Calvin Fayard
calvinfayard@fayardlaw.com
Thomas Francis Gardner
gardner@bayoulaw.com
Thomas Gaudry
tgaudry@grhg.net
Joseph Guichet
jguichet@lawla.com

Jim S. Hall
jodi@jimshall.com
Robert Harvey
rgharvey@bellsouth.net
Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com
David Blayne Honeycutt
DBHoneycutt@aol.com
Ralph Hubbard
rhubbard@lawla.com
Tamara Kluger Jacobson
tkjacobson@aol.com
Michael Courtney Keller
kellerm@ag.state.la.us
Stephen Kreller
sskreller@gmail.com
Hugh Lambert
hlambert@lambertandnelson.com
John M. Landis
jlandis@stonepigman.com
Mickey Landry
mlandry@landryswarr.com
Wade Langlois
wlanglois@grhg.net
Wayne J. Lee
wlee@stonepigman.com
F. Gerald Maples
federal@geraldmaples.com
Ben Louis Mayeaux
bmayeaux@ln-law.com
Gordon McKernan
gemckernan@mckernanlawfirm.com
Gerald A. Melchiode
jmelchiode@gjtbs.com
Gerald Edward Meunier
dmartin@gainsben.com

3

James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com
David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com
Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com
David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com
Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com
Thomas V. Girardi
tgirardi@girardikeese.com
John W. deGravelles
deidson@dphf-law.com

Craig Frank Holthaus
fholthaus@dphf-law.com
Samuel Gabb
sgabb@lundydavis.com
James Roussel
jroussel@bakerdonelson.com
Arthur Gordon Grant, Jr.
ggrant@monbar.com
Jean Michel Voltaire
jean.michel.voltaire@usdoj.gov
Clayton Morris Connors
cconnors@mumphreylaw.com
William Larzelere
blarzelere@lpw-law.com
Andre J. Mouledoux
amouledoux@mblb.com
James A. Cobb, Jr.
jac@ecwko.com
William Everard Wright, Jr.
wwright@dkslaw.com
George Moore Gilly
gillyg@phelps.com
Evans Martin McLeod
mcleodm@phelps.com
Maura Zivalich Pelleteri
mpelleteri@kfplaw.com
Nyka Scott
nscott@bakerdonelson.com
Jack Crowe
jcrowe@winston.com
Duane Kelley
dkelley@winston.com
Philip S. Brooks
pbrooks@monbar.com
Ronald Kitto
rkitto@monbar.com
Mark Hanna
mhanna@mcsalaw.com
mfarrell@mcsalaw.com
Kyle Kirsch
kpk@mcsalaw.com
John Ellison
jellison@andersonkill.com

Christopher Farrell
crfarrell@jonesday.com
Pierce O'Donnell
pod@osmlaw.com
John Smith
jsmith@mckernanlawfirm.com
Elwood Stevens
attyecf@aol.com
Joseph Cotchett
plee@cpsmlaw.com
Barbara Lyons
blyons@cpsmlaw.com
Sarah Barcellona
sbarcellona@stonepigman.com
Albert D. Clary
adc@longlaw.com
rhondad@longlaw.com
Richard Cozad
rcozad@mpc-law.com
Stephen Goldman
sgoldman@rc.com
Alex Kriegsman
alex.kriegsman@usdoj.gov
Emma Alexandra Mekinda
em@mpc-law.com
Adrian Girard Nadeau
agn@longlaw.com
shs@longlaw.com
Albert Joseph Rebennack, Jr.
ajrebennack@cox.net


Lawrence D. Wiedemann
FAX: 504-581-4336

Joseph W. Hecker
619 Europe Street, 2nd Floor
Baton Rouge, LA 70806

5

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

Frank D'Amico
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

_____
James F. McConnon, Jr.