UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  PM 4:39

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | |
| PETAINS TO : LEVEE BREACH | * | JUDGE DUVAL |
| *FITZMORRIS*, NO. 06-2346 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

### RULE 41(a)(1) NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, come Plaintiffs, James E. Fitzmorris, Christopher Musser, husband of/and Melanie Musser, and Holly Biggs on their own behalf and on behalf of all others similarly situated, through undersigned counsel, to voluntarily dismiss, without prejudice, their claims against defendant United States under Rule 41(a)(1) of the Federal Rules of Civil Procedure. Defendant United States has not filed any responsive pleading or a motion for summary judgment. Plaintiffs specifically reserve their claims against all other defendants in this matter.

This 14th day of August, 2006.

Respectfully submitted,
**MAPLES AND KIRWAN, L.L.C.**

F. Gerald Maples, (LA Bar #25960)
J. Stuart Kirwan, III (LA Bar #27534)
Meredith A. Mayberry (LA Bar #28958)
Carlos A. Zelaya, II (LA Bar # 22900)
902 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

## CERTIFICATE OF SERVICE

I certify that I have provided a copy of this pleading to the listed counsel of record for the parties by placing same in the United States mail, postage pre-paid and properly addressed and/or transmitting this pleading by facsimile to aforementioned counsel of record on this 14th day of August 2006.

*/s/ Carlos A. Zelaya, II*
Carlos A. Zelaya, II

Counsel List

Herman C. Hoffmann, Jr.
Betty Finley Mullin
Simon Peragine, Smith & Redfearn LLP
1100 Poydras St. 30th Floor
New Orleans, LA 70163-3000

Thomas P. Anzelmo
Mark Emerson Hanna
Kyle P. Kirsch
Andre Jude Legarde
McCrainie, Sistrunk, Anzelmo, Hardy, Maxwell, & McDaniel
3445 N. Causeway Blvd. Suite 800
Metairie, LA 7002

Ben Louis Mayeaux
James L. Pate
Laborde & Neuner
P.O. Drawer 52828
Lafayette, LA 70505

Terrence L. Brennan
Deutch Kerrigan & Stiles LLP
755 Magazine Street
New Orleans, LA 70130

Katherine T. Finnegan
U.S. Department of Justice

Torts Branch, Civil Division
P.O. Box 888
Washington, DC 20044

Joseph Pierre Guichet
Ralph Shelton Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.; Suite 2775
New Orleans, LA 70130

Charles F. Seemann
Deutsch Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

Erin E. Dearie
Thomas Francis Gardner
Gardner & Kewley, APLC
1615 Metairie Rd.; Suite 200
Metairie, LA 70005

George R. Simno, III
General Counsel
Sewage and Water Board of New Orleans
625 St. Joseph St.
New Orleans, LA 70165