UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | **SECTION "K"(2)** <br> **CONS. KATRINA CANAL** |

**PERTAINS TO:** O'Dwyer 05-4181

### ORDER

Before the Court is a Motion to Continue Hearing Date (Doc. 896) concerning a Motion to Impose Sanctions and/or for Protective Order (Doc. 875). The Court has received Boh Bros. Construction Co., L.L.C.'s opposition to the continuance of the hearing date and concurs that the motion date should not be continued. Accordingly,

**IT IS ORDERED** that the Motion to Continue Hearing Date (Doc. 896) is **DENIED** and an opposition to the Motion to Impose Sanctions (Doc. 875) shall be filed no later than **5:00 p.m. September 1, 2006.**

New Orleans, Louisiana, this  14th  day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

New Orleans, Louisiana, this _____ day of July, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE