FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 15  AM 7:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| Plaintiffs | * | NO. 05-4182 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | Judge Duval |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | |
| Defendants | * | MAGISTRATE (2) |
| | * | Magistrate Judge Wilkinson |
| PERTAINS TO: 05-4181-O'DWYER | * | |

**************************************************

### ORDER

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E filed herein by CSX Corporation;

IT IS HEREBY ORDERED that CSX Corporation be and it is hereby granted an additional twenty (20) days, or until August 29, 2006, within which to respond to the Plaintiffs' Complaint, as amended.

NEW ORLEANS, LOUISIANA, this 14th day of August, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE
MAGISTRATE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____

912190-1