FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 15  AM 7:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., <br> **Plaintiffs** | * <br> * <br> * | **CIVIL ACTION** <br> **NO. 05-4182** |
| VERSUS | * <br> * | **SECTION "K"** <br> **Judge Duval** |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. <br> **Defendants** | * <br> * <br> * <br> * | **MAGISTRATE (2)** <br> **Magistrate Judge Wilkinson** |
| PERTAINS TO: 05-4181-O'DWYER | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **ORDER**

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E filed herein by CSX Transportation, Inc. ("CSXT");

IT IS HEREBY ORDERED that CSXT be and it is hereby granted an additional twenty (20) days, or until August 29, 2006, within which to respond to the Plaintiffs' Complaint, as amended.

NEW ORLEANS, LOUISIANA, this _14_ day of _August_, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES ~~DISTRICT COURT~~ JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No

912188-1