FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 15  AM 7: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: RESPONDER, LEVEE, MRGO (06-1885, 06-2268, 06-2346, 06-4024) | § § § § § | |

## ORDER

Considering the foregoing Motion to Enroll filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion to Enroll is hereby **GRANTED** and the Clerk of Court shall enroll James F. McConnon, Jr., Esq. as counsel of record for defendant, the United States of America.

New Orleans, LA, this 14th day of August, 2006.

_____
United States District Judge