Effective 4/10/06         **FINANCIAL & CIVIL ALLOTMENT SHEET**         Receipt No.: **33080**
Deputy Clerk: ___

**AUG 0 2 2006**

**ACCOUNT CODE:**                                   **REGISTRY FUND:**

6855XX Accounts                                     604700 Accounts
_____ - Restitution                                _____ - Cash Bonds
_____ - U.S. Postal Service Forms                  _____ - Land Condemnation
_____ - Petty Offense                              _____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
   _____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
   _____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
      **FILING FEES**
   _____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
   _____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
   _____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   _____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
   _____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
      **COPY FEES**
   _____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
   _____ - Copies (.50 per page - # of pages _____) 322350
   _____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
   _____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
      **MISCELLANEOUS ACCOUNTS**
   _____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
   _____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
   _____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
   _____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
   _____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
              Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
   _____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
   ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
   _____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

   RECEIVED FROM (FIRM): _Calvin C. Fayard, Jr._
   CASE NUMBER: _06-1672, 1673 & 1674_   SECTION: _K/2_
   CASE TITLE: _____
   PAYMENT OF [ $10.00 ]   CASH ___   CHECK ✓   MONEY ORDER ___
                           SEAMAN ___   PAUPER ___   NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

   ___ 1. Cases requiring immediate action          ___ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                 ___ 7. Petitions for Stay of Execution
   ___ 2. Class Action                                     Death Sentence
   ___ 3. Antitrust                                 ___ 8. Social Security Case
   ___ 4. Patent, Trademark, Copyright              ___ 9. All Others
   ___ 5. Civil Rights Case

Is this a THREE JUDGE COURT?   ___ Yes ___ No
Is this a RELATED CASE?         ___ Yes ___ No        Attorney of Record _____