Effective 4/10/06  FINANCIAL & CIVIL ALLOTMENT SHEET  Receipt No. 331043
Deputy Clerk: AUG 10 2006

( 035729 )

ACCOUNT CODE:                              REGISTRY FUND:

6855XX Accounts                            604700 Accounts
_____ - Restitution                       _____ - Cash Bonds
_____ - U.S. Postal Service Forms         _____ - Land Condemnation
_____ - Petty Offense                     _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00
   FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓   - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Preis Kraft Roy    K(2)
CASE NUMBER: 06-3545    SECTION: K(2)
CASE TITLE: Robert Novak + John Nicoletti

PAYMENT OF  10.00    CASH ___  CHECK ✓   MONEY ORDER ___
                     SEAMAN ___ PAUPER ___ NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1. Cases requiring immediate action       ___ 6. Habeas Corpus & Other Convictions
       by the Court such as TRO, Injunction,          Petitions Title 28 USC Sec. 2255
       Orders to Show Cause, etc.             ___ 7. Petitions for Stay of Execution
___ 2. Class Action                                   Death Sentence
___ 3. Antitrust                              ___ 8. Social Security Case
___ 4. Patent, Trademark, Copyright           ___ 9. All Others
___ 5. Civil Rights Case

Is this a THREE JUDGE COURT? ___ Yes ___ No
Is this a RELATED CASE?      ___ Yes ___ No    Attorney of Record _____