FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 15  PM 4: 27

LORETTA G. WHYTE
CLERK

271866                                                                                                                                  0179-8383

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO.: 05-4182 "K" (2) |
| PERTAINS TO INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |
| * * * * * * * | | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**NOW INTO COURT**, through undersigned counsel, comes Auto Club Family Insurance Company, sought to be made defendant herein, appearing solely for the purpose of this notice and specifically reserving all its rights and defenses, hereby gives notice of its appearance and requests that all notices in the said proceedings be copied to its counsel of record at the following address:

                                  ALAN J. YACOUBIAN – T.A. (#17213)
                                  NEAL J. FAVRET (#24412)
                                  KERTH J. GRAVENER (#30252)
                                  JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
                                  701 Poydras Street - Suite 4700
                                  New Orleans, Louisiana 70139-7708
                                  Telephone: (504) 528-3001
                                  Facsimile: (504) 528-3030
                                  Attorneys for defendant, Auto Club Family Insurance Company

___ Fee____
___ Process____
X Dktd____
___ CtRmDep____
___ Doc. No.____

Respectfully submitted:

*[signature]*

ALAN J. YACOUBIAN – T.A. (#17213)
NEAL J. FAVRET (#24412)
KERTH J. GRAVENER (#30252)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for defendant, Auto Club Family
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel, via facsimile and/or electronic mail a copy of same this **15th** day of **August**, 2006.

*[signature]*