

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* <br>* JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * MAGISTRATE JUDGE WILKINSON |

### ENCOMPASS INDEMNITY COMPANY'S RULE 12(b)(6) MOTION TO DISMISS AND INCORPORATED MEMORANDUM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Encompass Indemnity Company ("Encompass") moves to dismiss Plaintiffs' claims seeking coverage for flood damages under their homeowner policies, claims for breach of implied duty of good faith and fair dealing, claims under La. R.S. § 22:1220, and claims for breach of a duty to advise of the existence of and/or procure additional insurance, based on the arguments and authorities that Allstate Insurance Company and Allstate Indemnity Company submitted in their Motion to Dismiss Pursuant to Rule 12(b) and Memorandum In Support Thereof in this matter, as well as the arguments and authorities that The Standard Fire Insurance Company (improperly named as

Travelers Property Casualty Company of America), Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, AEGIS Security Insurance Company, The American Insurance Company, Lafayette Insurance Company, and The Hanover Insurance Company (collectively "Moving Defendants") submitted in their Consolidated Motion and Memorandum in Support of their Rule 12(b)(6) Motion To Dismiss in this matter.  Defendant hereby incorporates and adopts by reference the Rule 12(b)(6) Motions To Dismiss and Memoranda In Support Of Motions filed by Allstate Insurance Company, Allstate Indemnity Company, and the Moving Defendants.  In support of this motion, Encompass attaches its homeowner policies at issue. *See* Exh. "A" and Exh. "B".

**WHEREFORE**, Encompass prays that the Court grant its motion and dismiss all of plaintiffs' claims.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
        Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Encompass Indemnity Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Rule 12(B)(6) Motion to Dismiss and Incorporated Memorandum has been served upon all counsel of record via facsimile or by placing same in the United States mail, postage prepaid and properly addressed, this 15th day of August, 2006.

*/s/ Judy Y. Barrasso*