UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*  NO.: 05-4182 "K" (2)<br>*<br>*  JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | *<br>*  MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Encompass Indemnity Company will bring the attached Motion to Dismiss and Incorporated Memorandum Pursuant to Rule 12(b) before the Honorable Stanwood R. Duval, Jr. on the 12th day of September, 2006 at 9:30 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

Respectfully Submitted,

[signature]

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Of BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company
   and Allstate Indemnity Company

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record via electronic mail this 15th day of August, 2006.

_____