

TO THE BEST OF OUR KNOWLEDGE WE DO HEREBY CERTIFY THAT THE
ATTACHED COPY IS A TRUE, CORRECT AND COMPLETE COPY OF THE
ORIGINAL RENEWAL:

Policy Number:   260838724

ISSUED TO:          David F. Strawn
                    Debbie Ferrante Strawn
                    15 Hunter Place
                    Metairie, LA. 70001-6159
                    03-11-05 to 03-11-06

ENCOMPASS INDEMNITY COMPANY
BY:
                    AUTHORIZED REPRESENTATIVE

Application resides with agent

SWORN TO BEFORE ME THIS
26th day of January, 2006

KIM FERGUSON
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires DEC. 31, 2009

**ALST 00139**

# USP Deluxe
# Amended Policy Coverage Summary



**ENCOMPASS.**
I N S U R A N C E

**Policyholder:**
DAVID F STRAWN
DEBBIE FERRANTE STRAWN
15 HUNTER PLACE
METAIRIE LA 70001-6159

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950   610-080928-0000

**Policy Number:**        **Policy Period:**                                    **Policyholder Since:**
260838724                03/11/2005 to 03/11/2006 **12:01 AM Standard Time**   03/2005

**Insurance Provided By:**
Encompass Indemnity Company              24 HOUR CLAIM REPORTING 800-588-7400
2775 Sanders Rd.; Northbrook, IL 60062-6127

## YOUR POLICY HAS BEEN CHANGED

Scheduled personal property item(s) has been added

Added 11 SPP items to schedule.

Revised Annual Policy Premium                                              $  3,886.00
Additional Premium for Coverages From 03/31/2005 to 03/11/2006            $  1,260.00

This Coverage Summary provides you with complete policy information, including the above change, and represents your coverages currently in effect.

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence   1 Description:**  15 HUNTER PLACE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $    900,000 | $  1,892.00 |
| Property Deductible | $      1,000 | |
| Your location limit is 200 % of the estimated residence value of | | |
| $  450,000 | | |
| | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location. | | |
| Hurricane Peril Coverage | | $    661.00 |
| 1%  Hurricane Deductible (based on the residence value) | | |
| Applied to hurricane losses | | |
| This deductible pertains to Residence  1 | | |
| $1,000 Windstorm Deductible | | |
| Applied to windstorm or hail losses | | |
| LOSS OF USE | Per Policy $ | Included |
| | | |
| PERSONAL LIABILITY | $    300,000 | $  Included |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PERSONAL LIABILITY COVERAGE | $     50,000 | $  Included |
| MEDICAL EXPENSE | $      5,000 | $  Included |

260838724

Douglas R. Wendt
Chairman of the Board           Secretary

**ALST 00140**

Continued on Next Page

Page 01 of 04

# USP Deluxe
# Amended Policy Coverage Summary

## HOME PROTECTION                                    (Coverage applies only if a premium or limit is shown)

**Residence   1 Description:   15 HUNTER PLACE, METAIRIE, LA 70001**

| COVERAGES | LIMITS | | PREMIUMS | |
|---|---|---|---|---|
| SCHEDULED PERSONAL PROPERTY SUMMARY | $ | 108,300 | $ | 1,333.00 |
| (Refer to your Schedule for detailed itemization) | | | | |
| Deductible | | None | | |
| Jewelry | $ | 95,300 | $ | 1,289.00 |
| Furs | $ | 13,000 | $ | 44.00 |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PROPERTY COVERAGE | $ | 10,000 | $ | Included |

**Total Residence Premium**                                              $   3,886.00

## MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence   1 | Loan Number | Type of Interest |
|---|---|---|
| GLOBE HOMESTEAD SAVATIMA/ISAOA | 05006404 | Mortgagee |
| 4051 VETERANS BLVD #100 | | |
| METAIRIE LA 70002 | | |

| DISCOUNTS AND CHARGES | Residence 1 |
|---|---|
| Burglar Alarm Discount (central station reporting) | Applied |
| Fire Alarm Discount (central station reporting) | Applied |
| Dwelling Age Discount | Applied |

## TOTAL HOME(S) PREMIUMS AND CHARGES

**Your Total Premium For All Homes**                                       $   3,886.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G1-70527-A (06-02) | WINDSTORM OR HAIL DEDUCTIBLE |
| G1-71011-A (04-04) | LIMITED FUNGI, ROT, OR BACTERIA COVERAGE - LOUISIANA - HOME |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-H (04-04) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |
| *G-42302-F (06-02) | SCHEDULED TANGIBLE PERSONAL PROPERTY ENDORSEMENT |

260838724

ALST 00141

Continued on Next Page

# USP Deluxe
# Amended Policy Coverage Summary



**ENCOMPASS.**
I N S U R A N C E

## GENERAL POLICY INFORMATION

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

G1-40173-B (05-01)        ENCOMPASS INSURANCE PRIVACY POLICY
                          FOR CUSTOMERS

The forms marked with "*" reflect revised or new forms included with this coverage summary.

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $ 3,886.00 |
| **Total For All Exposures** | $ 3,886.00 |

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

260838724

**ALST 00142**

# USP Deluxe
# Amended Policy Coverage Summary



## AGENT'S USE ONLY

### Policy Level

| | |
|---|---|
| Property Rating Tier | Tier 1 |

### Residence Level | Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | V |
| Year Built | 2005 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 03000 |
| Property Loss Non-Catastrophic | 12/15/2003 |
| SRM | 3 |

260838724

**ALST 00143**



## Your Optional Coverages

ENCOMPASS.
INSURANCE

## SCHEDULED TANGIBLE PERSONAL PROPERTY ENDORSEMENT

For an additional premium we cover the classes of scheduled *tangible personal property* shown in the Coverage Summary indicated by a limit of insurance.

### SCHEDULE

LOCATED AT:

15 HUNTER PLACE          METAIRIE          LA    70001

EFFECTIVE DATE:  03/11/05

| CLASS | DESCRIPTION | LIMITS |
|---|---|---|
| JEWELRY | | |
| 1. | 14KT WHITE GOLD AND PLATINUM RING WITH DIAMON | $ 10,600 |
| 2. | 18KT WHITE GOLD AND DIAMOND SAPPHIRE RING WIT | $ 3,600 |
| 3. | DIAMOND ANTIQUE RING | $ 3,000 |
| 4. | DIAMOND PENDANT | $ 1,500 |
| 5. | DIAMOND STUD EARRING | $ 2,000 |
| 6. | LDS DIAMOND ENGAGEMENT RING, WHITE PLATINUM W | $ 54,400 |
| 7. | LDS GOLD AND PLATINUM RING WITH DIAMONDS AND | $ 9,500 |
| 8. | MEN'S ROLEX WATCH | $ 4,500 |
| 9. | ROBERTO COIN DIAMOND BRACELET | $ 3,200 |
| 10. | WOMEN'S EBEL WATCH WITH DIAMOND BEVEL | $ 3,000 |
| FURS | | |
| 1. | NATURAL RANCH MINK COAT.  FUR ORIGIN IS DENMA | $ 13,000 |

COMPLETE DESCRIPTIONS AND/OR APPRAISALS ARE ON FILE WITH THE COMPANY

ALST 00144

Apr. 1. 2005  5:08PM                                    No.2123   P. 1



Latter & Blum Insurance Services
2626 Canal Street
3rd Floor
New Orleans, LA 70119
Phone: (504)569-9909
Fax: (504)569-9914
E-mail: tina@hmia.com

# Latter & Blum Insurance
## Business MEMO

| | |
|---|---|
| **To:** | Scott |
| **Via Fax:** | 866-287-8076 |
| **From:** | Tina Weiser |
| **RE Customer:** | David F Strawn |
| **Policy No.:** | US260838724 |
| **Date:** | 4/1/2005 |

Scott:

Per our conversation today, attached please find endorsement request to add the following items to the SPP. Also attached is appraisal for the $54,400 ring.

Please let me know if you need anything else!

Items:

1. Lady's diamond engagement ring, white platinum with emerald, princess and baguette cut diamonds. Total gem weight of 5.42 carats. (appraisal attached) $54,400
2. Men's Rolex watch. $4,500
3. Women's Ebel watch with diamond bevel. $3,000
4. Roberto Coin diamond bracelet. $3,200
5. Diamond antique ring. $3,000
6. Diamond stud earrings. $2,000
7. Diamond pendant. $1,500
8. Ladies gold and platinum ring with diamonds and ovals. $9,500
9. 14kt white gold diamond stud earrings, 2.87 total weight. $10,515
10. 18kt white gold diamond sapphire ring with sapphires and diamonds with total gem weight of 1.68ct. $3,600
11. Natural Ranch mink coat. Fur origin is Denmark. $13,000

Please let me know if you need anything else!

Thanks!!!!                                               ALST 00145

Apr. 1. 2005 5:08PM 5042881892        FERRANTE        No.2123  P.P. 3 82

# Ramsey's  Jewelers

## INSURANCE APPRAISAL

Prepared For:

David & Debbie Strawn
15 Hunter Place
Metairie, LA 70001

Appraisal #01-LR

March 2?, 2005



Item #1 of 1                    DESCRIPTION

Type of Jewelry:    Lady's Diamond Engagement Ring
Metal Color:        White
Quality Marking:    Platinum

Description of Design and Workmanship: Emerald cut diamond (Reference A) is four-prong-set in center accented by six princess cut diamonds (Reference B) and four baguette cut diamonds (Reference C) all invisible-set.

REFERENCE A          EMERALD CUT DIAMOND
                        Weight: 4.59 Carat
        Dimensions: Length: 10.18 mm    Width: 7.95 mm    Depth: 6.15 mm
                    Color: I    Clarity: VS2
                    Fluorescence: Faint

REFERENCE B          PRINCESS CUT DIAMONDS
            Number of Stones: 6    Total Weight: .32 Carat
            Grades Averaged: Color: H    Clarity: VVS-VS

REFERENCE C          BAGUETTE CUT DIAMONDS
            Number of Stones: 4    Total Weight: .51 Carat
            Grades Averaged: Color: H    Clarity: VVS-VS

## TOTAL GEM WEIGHT IS 5.42 CARATS

|  | Value | $50,000.00 |
|---|---|---|
| 8.75% Sales Tax | | $4,375.00 |
| TOTAL | | $54,375.00 |

(More)

DIVISION OF "RAMSEY'S MANUFACTURING JEWELERS, INC."
5700 VETERANS MEMORIAL BOULEVARD • METAIRIE, LOUISIANA 70003-1734
(504) 885-4653 • FAX: (504) 888-0682

Apr. 1. 2005  5:08PM 5042881992          FERRANTE          No. 2123  P. 4

# Ramsey's ◆ Jewelers

David & Debbie Strawn
March 21, 2005
Page 2

G.I.A. GRADING SYSTEM
COLOR GRADES: D/E/F/G/H/I/J/K/L/M/N/O/P/Q/R/S/T/U/V/W/X/Y/Z
CLARITY GRADES: FL/IFL/VVS1/VVS2/VS1/VS2/SI1/SI2/I1/I2/I3

Respectfully submitted,

Francisco Palacios
Graduate Gemologist

The values set forth herein are estimates of the average current market prices at which the appraised or similar jewelry may be purchased in this market. Because jewelry appraisal and evaluation is subjective, estimates of the replacement value may vary from one appraiser to another and such a variance does not necessarily constitute error on the part of appraiser.

This appraisal should not be used as the basis for the purchase or sale of the items set forth herein, and is provided solely as an estimate for insurance purpose only of approximate replacement values of said items at this time in this market. Accordingly, we assume no liability with respect to any legal action that may be taken as a result of the information contained in this appraisal.

DIVISION OF "RAMSEY'S MANUFACTURING JEWELERS, INC."
5700 VETERANS MEMORIAL BOULEVARD • METAIRIE, LOUISIANA 70003-1734
(504) 885-4853 • FAX: (504) 888-0582

PAGE 4/4 * RCVD AT 4/1/2005 4:07:42 PM [Central Standard Time] * SVR:/05 * DNIS:51827 * CSID:504 569 9900 * DURATION (mm-ss):01:32

ALST 00147

Apr. 1. 2005  5:08PM                                          No.2123   P. 2

A - 260838724      4 PAGES

**ENCOMPASS**
I N S U R A N C E

# INTERLINK CHANGE REQUEST CHECKLIST

| To: | InterLink Endorsement Processing | |
|-----|----------------------------------|--|
| Fax: | (800) 943-3412 | |
| Agency Name: | | ☐ Terminated Agent |
| Agency Code: | | |
| Sender's Name: | | |
| Sender's Fax Number: | | |

**Please submit this Fax Cover with any of the following endorsements. Place an X in the box that applies to your transaction. This will help us process your requests.**

**If your transaction type does not appear below you must process it yourself via InterLink. Encompass Customer Service will return any request that can be processed in the agency via fax with a cover letter.**

☐ Package a USP SRM mono-line policy.
   Note: If you want to package a USP pre-SRM mono-line policy, you must cancel the policy and enter the package policy as a New Business transaction.
☐ Premium-bearing endorsements that pre-date another premium-bearing endorsement.
☐ Changing policy effective date. (This will result in a cancel/rewrite with new policy numbers.)
☐ Changing producer codes internal to your agency (This will result in new policy numbers).
☐ Changing CFEI date. (This will result in a re-rate transaction.)
☐ Changing Policy Type, e.g. Deluxe to Elite. This must be requested 60 days prior to effective date and will be included with the conversion to the InterLink policy. The policy numbers will be changed as part of this process.
☐ Change in payors that are over 30 days back dated or future dated. Payor changes requiring a new bill must use the effective date of policy.
☐ Changing pay plan if it is currently EZ Pay for Exchange policies only. You can process pay plan changes in InterLink.
☐ Changing or adding prior insurance information (Expiration Date, years with carrier)
☐ Endorsements requiring processing for Terminated Agents
☐ Producer Code or Broker of Record Changes – **FAX to Ivantage Service Center at 847-418-5853**
☐ An endorsement to the current term of an InterLink policy after the renewal has already processed.
☐ Adding a vehicle with a new model for this year and the VIN is not yet in the InterLink VIN Table.
☒ Other    ENDT OVERRIDE
**InterLink endorsements not listed above should not be faxed to Reading. If you would like Encompass to process all of your InterLink transactions via in our Customer Service Center contact your Territory Manager**

FAXES TO ILC PROCESSING SBC A/3/06

ALST 00148

# USP Deluxe
# New Policy Coverage Summary



**ENCOMPASS.**
INSURANCE

**Policyholder:**
DAVID F STRAWN
DEBBIE FERRANTE STRAWN
15 HUNTER PLACE
METAIRIE LA 70001-6159

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950  610-080928-0000

**Policy Number:**
260838724

**Policy Period:**
03/11/2005 to 03/11/2006  12:01 AM Standard Time

**Policyholder Since:**
03/2005

**Insurance Provided By:**
Encompass Indemnity Company
2775 Sanders Rd.; Northbrook, IL 60062-6127

24 HOUR CLAIM REPORTING 800-588-7400

---

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence  1 Description:**  15 HUNTER PLACE, METAIRIE, LA 70001

| COVERAGES | | LIMITS | PREMIUMS |
|---|---|---|---|
| PROPERTY LOCATION LIMIT | $ | 900,000 | $  1,892.00 |
| Property Deductible | $ | 1,000 | |
| Your location limit is 200 % of the estimated residence value of | | | |
| $  450,000 | | | |
| | | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location. | | | |
| Hurricane Peril Coverage | | | $   661.00 |
|    1%  Hurricane Deductible (based on the residence value) | | | |
| Applied to hurricane losses | | | |
| This deductible pertains to Residence   1 | | | |
| $1,000 Windstorm Deductible | | | |
| Applied to windstorm or hail losses | | | |
| LOSS OF USE | | Per Policy $ | Included |
| | | | |
| PERSONAL LIABILITY | $ | 300,000 $ | Included |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PERSONAL LIABILITY COVERAGE | $ | 50,000 $ | Included |
| MEDICAL EXPENSE | $ | 5,000 $ | Included |
| | | | |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PROPERTY COVERAGE | $ | 10,000 $ | Included |

**Total Residence Premium**                                      $  2,553.00

---

## MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

**Residence   1**
GLOBE HOMESTEAD SAVATIMA/ISAOA
4051 VETERANS BLVD #100
METAIRIE LA 70002

**Loan Number**
05006404

**Type of Interest**
Mortgagee

---

## DISCOUNTS AND CHARGES                    Residence 1

Burglar Alarm Discount (central station reporting)  Applied

260838724

*Douglas R. Wendt*
Chairman of the Board                    Secretary

**ALST 00149**

Continued on Next Page

# USP Deluxe
# Renewal Policy Coverage Summary

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

### TOTAL HOME(S) PREMIUMS AND CHARGES

**Your Total Premium For All Homes**                                    $  6,207.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| *G1-70527-A (06-02) | WINDSTORM OR HAIL DEDUCTIBLE |
| *G1-71011-A (04-04) | LIMITED FUNGI, ROT, OR BACTERIA COVERAGE - LOUISIANA - HOME |
| G-18534-A (09-93) | DELUXE-HOME |
| *G-18733-H (04-04) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| | |
|---|---|
| *G1-40173-B (05-01) | ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS |
| *G1-71013-A (07-04) | THERE ARE NOW SOME MOLD COVERAGE LIMITATIONS ON YOUR RENEWAL POLICY |
| *G1-71117-A (07-04) | WE HAVE MADE SOME CHANGES TO YOUR PROPERTY RENEWAL |

The forms marked with "*" reflect revised or new forms included with this coverage summary.

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $  6,207.00 |
| **Total For All Exposures** | $  6,207.00 |

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

261991375

**ALST 00150**

# USP Deluxe
# New Policy Coverage Summary


ENCOMPASS.
INSURANCE

---

## AGENT'S USE ONLY

### Policy Level

Property Rating Tier          Tier 1

### Residence Level          Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | V |
| Year Built | 2005 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 03000 |
| Property Loss Non-Catastrophic | 12/15/2003 |
| SRM | 3 |

260838724

**ALST 00151**

# USP Deluxe Amended Policy Coverage Summary



**ENCOMPASS** INSURANCE

**Policyholder:**
DAVID F STRAWN
DEBBIE FERRANTE STRAWN
15 HUNTER PLACE
METAIRIE LA 70001-6159

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950  610-080928-0000

**Policy Number:**
260838724

**Policy Period:**
03/11/2005 to 03/11/2006 **12:01 AM Standard Time**

**Policyholder Since:**
03/2005

**Insurance Provided By:**
Encompass Indemnity Company       24 HOUR CLAIM REPORTING 800-588-7400
2775 Sanders Rd.; Northbrook, IL 60062-6127

---

## YOUR POLICY HAS BEEN CHANGED

Scheduled personal property item(s) has been added

Added 11 SPP items to schedule.

| | |
|---|---|
| Revised Annual Policy Premium | $ 3,886.00 |
| Additional Premium for Coverages From 03/31/2005 to 03/11/2006 | $ 1,260.00 |

This Coverage Summary provides you with complete policy information, including the above change, and represents your coverages currently in effect.

---

## HOME PROTECTION            (Coverage applies only if a premium or limit is shown)

**Residence   1 Description:**   15 HUNTER PLACE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $   900,000 | $  1,892.00 |
| Property Deductible | $     1,000 | |
| Your location limit is 200 % of the estimated residence value of $  450,000 | | |

The location limit is the total amount of insurance on your dwelling, contents
and other structures at this location.

| | | |
|---|---|---|
| Hurricane Peril Coverage | | $   661.00 |
|   1% Hurricane Deductible (based on the residence value) | | |
| Applied to hurricane losses | | |
| This deductible pertains to Residence   1 | | |
| $1,000 Windstorm Deductible | | |
| Applied to windstorm or hail losses | | |
| LOSS OF USE | Per Policy $ | Included |
| | | |
| PERSONAL LIABILITY | $   300,000 $ | Included |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PERSONAL LIABILITY COVERAGE | $    50,000 $ | Included |
| MEDICAL EXPENSE | $     5,000 $ | Included |

260838724

*Douglas R. Wendt*
Chairman of the Board

*[signature]*
Secretary

**ALST 00152**

# USP Deluxe
# Amended Policy Coverage Summary

## HOME PROTECTION                          (Coverage applies only if a premium or limit is shown)

### MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence 1 | Loan Number | Type of Interest |
|---|---|---|
| HIBERNIA NATIONAL BANK ITS SUCCESSORS &/OR ASSIGNS P O BOX 57046 IRVINE CA 92619-7046 | 90041620 | Mortgagee |

### DISCOUNTS AND CHARGES                              Residence 1

| Dwelling Age Discount | Applied |
|---|---|

### TOTAL HOME(S) PREMIUMS AND CHARGES

| Your Total Premium For All Homes | $ 4,549.00 |
|---|---|

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
|---|---|
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-G (10-02) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| G1-40173-B (05-01) | ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS |
|---|---|

The forms marked with "*" reflect revised or new forms included with this coverage summary.

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $ 4,549.00 |

261991375

**ALST 00153**

# USP Deluxe
# New Policy Coverage Summary

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

### TOTAL HOME(S) PREMIUMS AND CHARGES

Your Total Premium For All Homes                              $  4,209.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-G (10-02) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| | |
|---|---|
| G1-40173-B (05-01) | ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS |
| G1-70953-A (04-04) | IMPORTANT NOTICE |

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $  4,209.00 |
| **Total For All Exposures** | $  4,209.00 |

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

261991375

**ALST 00154**

# USP Deluxe
# Amended Policy Coverage Summary

 ENCOMPASS.
I N S U R A N C E

---

## AGENT'S USE ONLY

### Policy Level

| | |
|---|---|
| Property Rating Tier | Tier 1 |

### Residence Level | Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | V |
| Year Built | 2005 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 03000 |
| Property Loss Non-Catastrophic | 12/15/2003 |
| SRM | 3 |

260838724

**ALST 00155**



**Your Optional Coverages**

## SCHEDULED TANGIBLE PERSONAL PROPERTY ENDORSEMENT

For an additional premium we cover the classes of scheduled *tangible personal property* shown in the Coverage Summary indicated by a limit of insurance.

### SCHEDULE

LOCATED AT:

  15 HUNTER PLACE          METAIRIE          LA      70001

EFFECTIVE DATE:   03/11/05

| CLASS | DESCRIPTION | LIMITS |
|-------|-------------|--------|
| | JEWELRY | |
| 1. | 14KT WHITE GOLD AND PLATINUM RING WITH DIAMON | $  10,600 |
| 2. | 18KT WHITE GOLD AND DIAMOND SAPPHIRE RING WIT | $   3,600 |
| 3. | DIAMOND ANTIQUE RING | $   3,000 |
| 4. | DIAMOND PENDANT | $   1,500 |
| 5. | DIAMOND STUD EARRING | $   2,000 |
| 6. | LDS DIAMOND ENGAGEMENT RING, WHITE PLATINUM W | $  54,400 |
| 7. | LDS GOLD AND PLATINUM RING WITH DIAMONDS AND | $   9,500 |
| 8. | MEN'S ROLEX WATCH | $   4,500 |
| 9. | ROBERTO COIN DIAMOND BRACELET | $   3,200 |
| 10. | WOMEN'S EBEL WATCH WITH DIAMOND BEVEL | $   3,000 |
| | FURS | |
| 1. | NATURAL RANCH MINK COAT.  FUR ORIGIN IS DENMA | $   13,000 |

COMPLETE DESCRIPTIONS AND/OR APPRAISALS ARE ON FILE WITH THE COMPANY

ALST 00156

## Required Coverages and Amendments



**ENCOMPASS** INSURANCE

---

## COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE

This endorsement makes editorial changes in the "HOME" Segment and/or the "DWELLING FIRE" Segment of your policy to clarify the coverage. There is no change from the original coverage intent.

### PROPERTY COVERAGE□HOME

Under **LOSSES WE DO NOT COVER**, item (6) of:

Exclusion 1.d.in the Elite "HOME" ;

Exclusion 2.d. in the Deluxe "HOME" , Special "HOME" , or "DWELLING FIRE";

is deleted and replaced by the following:

d.  Caused by the following:

(6) Birds, vermin, insects, or rodents; or animals kept or owned by a *covered person;*

### LIABILITY COVERAGE□HOME

Under **LOSSES WE DO NOT COVER**, item (4) of exclusion 1.d. is deleted and replaced by the following:

d.  Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

(4) Any watercraft which is neither:

(a) A sailing vessel; nor

(b) Motor powered;

that is owned or rented by a *covered person.*

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-28744-A Ed. 10-97

ALST 00157

**Your Optional Endorsements**



## HURRICANE DEDUCTIBLE ENDORSEMENT

We will pay only that part of the total of the loss for all Property Coverages that exceeds the **hurricane** deductible stated on the Coverage Summary. The **hurricane** deductible shown on the Coverage Summary applies to all covered property for direct physical loss or damage caused directly or indirectly by a **hurricane** as defined below. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by a **hurricane**. In no event will the deductible applied for a **hurricane** loss be less than the property deductible shown on the Coverage Summary.

**Hurricane** means wind, wind gust, hail, rain, tornado, cyclone or hurricane which results in direct physical loss or damage to property by a storm system that has been declared to be hurricane by the National Weather Service. The duration of the hurricane includes the time period in your state:

A.  beginning at the time a **hurricane** watch or **hurricane** warning is issued for any part of the state by the National Weather Service;

B.  continuing for the time period during which the **hurricane** conditions exist anywhere in the state; and

C.  ending 12 hours following the termination of the last **hurricane** watch or **hurricane** warning for any part of your state by the National Weather Service.

All other provisions of this policy apply.

G1-32383-A Ed. 09-98

ALST 00158



**Required
Coverages and Amendments**

## LENDER'S LOSS PAYABLE ENDORSEMENT

1.  Loss or damage, if any, under this policy, shall be paid to the Payee named on the first page of this policy, its successors and assigns, hereinafter referred to as "the Lender", in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2.  The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or noncompliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3.  In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium at least ten (10) days before the due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender. If this policy is cancelled for any other reason, at least twenty (20) days notice will be provided to the Lender.

4.  Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5.  If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1942

G1-70430-A  Ed. 02-02

Page 1 of 2

**ALST 00159**

# Required
# Coverages and Amendments



charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance

with the terms of this Lender's Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the first page of the policy.

Approved:

Board of Fire Underwriters of the Pacific,
California Bankers' Association,
Committee on Insurance

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1942

G1-70430-A   Ed. 02-02

ALST 00160

**Your Optional Endorsements**

 **ENCOMPASS** INSURANCE

## WINDSTORM OR HAIL DEDUCTIBLE

For the premium charged, we will pay only that part of the total of the loss for all Property Coverages that exceeds the windstorm or hail deductible stated in the Coverage Summary. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by windstorm or hail. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by windstorm or hail.

In no event will the deductible applied for a windstorm or hail loss be less than the property deductible shown in the Coverage Summary.

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-70527-A   Ed. 06-02

**ALST 00161**

**Required Coverages and Amendments**


ENCOMPASS.
INSURANCE

## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE – LOUISIANA – HOME

For use with the Universal Security Home Segment.

**DEFINITIONS**

The following definitions are added:

**Fungi**

a. **Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

b. Under **LIABILITY COVERAGE – HOME**, this does not include any *fungi* that are, are on, or are contained in, a good or product intended for consumption.

**Bacteria**

**Bacteria** means any type, kind or form of bacterium.

**ADDITIONAL PROPERTY COVERAGES**

The following is added:

**Fungi, Wet Or Dry Rot, Or Bacteria**

a. The amount shown in the Coverage Summary is the most we will pay for:

(1) The total of all loss payable under **PROPERTY COVERAGE – HOME** caused by *fungi*, wet or dry rot, or *bacteria*;

(2) The cost to remove *fungi*, wet or dry rot, or *bacteria* from property covered under **PROPERTY COVERAGE – HOME**;

(3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the *fungi*, wet or dry rot, or *bacteria*; and

(4) The costs of testing of air or property to confirm the absence, presence, or level of *fungi*, wet or dry rot, or *bacteria*, whether performed prior to, during or after removal, repair, restoration, or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that

there is the presence of *fungi*, wet or dry rot, or *bacteria*.

b. The coverage described in **a.** only applies when such loss or costs are a result of a covered peril that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered peril occurred.

c. The amount shown in the Coverage Summary for this coverage is the most we will pay for the total of all loss or costs payable under this **Additional Coverage** regardless of the:

(1) Number of locations insured; or

(2) Number of claims made.

This coverage does not increase the limit of liability applying to the damaged covered property.

**LOSSES WE DO NOT COVER**

The following exclusion is added under **1. Real Property and Tangible Personal Property** for all HOME Segments:

Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all *covered persons* and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Under **2. Real Property** in the DELUXE and SPECIAL-HOME and **1. Real Property and Tangible Personal Property** in the ELITE-HOME, exclusion **c.** is deleted.

Under **2. Real Property** in the DELUXE and SPECIAL-HOME and under **1. Real Property and Tangible Personal Property** in the ELITE-HOME, exclusion **d. (3)** is deleted and replaced by the following:

ALST 00162

# Required Coverages and Amendments

(3) Rust or other corrosion;

The following exclusion is added to **1. Real Property and Tangible Personal Property** in all **HOME** Segments:

**Fungi, Wet or Dry Rot, Or Bacteria**

*Fungi*, Wet or Dry Rot, Or *Bacteria* meaning the presence, growth, proliferation, spread, or any activity of *fungi*, wet or dry rot, or *bacteria*.

This exclusion does not apply:

a. When *fungi*, wet or dry rot, or *bacteria* results from fire or lightning;

b. To the extent coverage is provided for in the **Fungi, Wet Or Dry Rot, Or Bacteria Additional Coverage** with respect to loss caused by a covered peril other than fire or lightning; or

c. With respect to *fungi*, wet or dry rot, or *bacteria* that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a covered peril.

However, the exclusion shall continue to apply to:

(1) The cost to treat, contain, remove or dispose of *fungi*, wet or dry rot or *bacteria* beyond that which is required to repair or replace the covered property physically damaged by a covered peril;

(2) The cost of any testing of air or property to confirm the absence, presence or level of *fungi*, wet or dry rot or *bacteria* whether performed prior to, during or after removal, repair, restoration or replacement; and

(3) Any increase in loss under **Additional Living Expense** and **Debris Removal** resulting from **c. (1)** and **c. (2)**.

Direct loss by a covered peril resulting from *fungi*, wet or dry rot, or *bacteria* is covered.

**LIABILITY COVERAGE — HOME**

**PERSONAL LIABILITY — LIMIT OF LIABILITY**

The following is added:

Our total liability for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungi*, wet or dry rot, or *bacteria*, will not be more than the limit shown on the Coverage Summary for **Personal Liability — Fungi, Wet or Dry Rot, or Bacteria**.

This is the most we will pay regardless of the:

a. Number of locations insured under the policy to which this endorsement is attached;

b. Number of persons injured;

c. Number of persons whose property is damaged;

d. Number of *covered persons*; or

e. Number of *occurrences* or claims made.

The following provision is added as regards **Fungi, Wet or Dry Rot, or Bacteria Coverage**:

**Severability of Insurance**

This insurance applies separately to each *covered person* except with respect to the limit of liability described in this endorsement under **Personal Liability — Limit of Liability**. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

**Your Policy**



# DELUXE□HOME

### TABLE OF CONTENTS

                                                                                            **Page**

Definitions..................................................................................................................... 1

Property Coverage ∟ Home........................................................................................ 3

   Real Property ............................................................................................................ 3
      Insuring Agreement .............................................................................................. 3
      Property Not Covered .......................................................................................... 3
      Limit of Liability ................................................................................................... 3
      Covered Perils ..................................................................................................... 4

   Tangible Personal Property ...................................................................................... 4
      Insuring Agreement .............................................................................................. 4
      Property Special Limits ........................................................................................ 4
      Property Not Covered .......................................................................................... 5
      Limit of Liability ................................................................................................... 5
      Covered Perils ..................................................................................................... 6

   Additional Property Coverages ................................................................................ 7
      Additional Living Expense.................................................................................... 7
      Fair Rental Value................................................................................................. 7
      Civil Authority...................................................................................................... 8
      Debris Removal................................................................................................... 8
      Cost of Temporary Repairs ................................................................................ 8
      Building Ordinance Increased Costs ................................................................... 8
      Land Restoration................................................................................................. 8
      Mortgage Extra Expense Coverage ................................................................... 8
      Personal Home Computer and Data Records Coverage.................................... 9
      Fire Department Service Charge ........................................................................ 9
      Collapse.............................................................................................................. 9
      Loss Assessment ............................................................................................... 9
      Trees and Shrubs ............................................................................................... 10
      Glass or Safety Glazing Material........................................................................ 10
      Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money................ 10
      Property Removed .............................................................................................. 11
      Materials and Supplies ....................................................................................... 11
      Builders Risk ...................................................................................................... 11
      Reward Coverage .............................................................................................. 11
      Refrigerated Products Coverage ........................................................................ 11
      Landlords Furnishings ........................................................................................ 11
      Lock Replacement .............................................................................................. 11
      Newly Acquired Principal Residences ................................................................ 11

   Losses We Do Not Cover.......................................................................................... 11

   How We Settle Property Claims and What You Must Do.......................................... 14
      How We Pay Claims ........................................................................................... 14
      Mortgage Clause................................................................................................. 14
      Insurable Interest................................................................................................ 14
      Your Duties After Loss ....................................................................................... 14

**Your Policy**



---

# DELUXE☐HOME

### TABLE OF CONTENTS ☐ CONTINUED

Page

Appraisal ........................................................................................ 15
Suit Against Us ............................................................................... 15
Abandonment of Property .............................................................. 15
Who We Pay .................................................................................. 15
No Benefit to Bailee ....................................................................... 16

Liability Coverage ⌐ Home .............................................................. 16

Personal Liability ........................................................................... 16
   Insuring Agreement ................................................................... 16
   Limit of Liability ........................................................................ 16

Medical Expense ........................................................................... 16
   Insuring Agreement ................................................................... 16
   Limit of Liability ........................................................................ 16

Additional Liability Coverages ....................................................... 16
   First Aid Expenses .................................................................... 16
   Goodwill Payments ................................................................... 16
   Workers' Compensation ............................................................ 17
   Loss Assessment Coverage ..................................................... 17
   Other Payments We Make ........................................................ 17

Losses We Do Not Cover ............................................................... 18

How We Settle Liability Claims and What You Must Do ................. 22
   Your Duties After Loss .............................................................. 22
   Duties of an Injured Person ....................................................... 22
   Suit Against Us ......................................................................... 22

General Provisions ......................................................................... 22
Other Insurance ............................................................................. 22
Subrogation ................................................................................... 23
Additional Insured ......................................................................... 23
The Law ......................................................................................... 23
Changes During the Policy Period ................................................. 23

**Your Policy**


ENCOMPASS
INSURANCE

---

## DELUXE☐HOME

### DEFINITIONS

In this "HOME" Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this "HOME" Segment. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1. **Acquisition Costs** means the following direct monetary costs incurred by the acquisition of a replacement premises:

   a. Title Search Fees;

   b. Appraisal Fees;

   c. Application Fees;

   d. Points.

2. **Bodily Injury** means physical bodily harm, including sickness or disease. This includes required care, loss of services and death resulting therefrom. *Bodily Injury* does not include any communicable disease, such as:

   a. Any venereal disease;

   b. Herpes;

   c. Acquired Immune Deficiency Syndrome (AIDS);

   d. AIDS Related Complex (ARC);

   e. Human Immunodeficiency Virus (HIV);

   or any resulting or related symptom, effect, condition, disease or illness.

3. **Business** includes trade, profession or occupation, farming or ranching or any activity aimed at providing a product or a service with the anticipation of economic gain from the enterprise. The providing of home day care services in exchange for monetary or other compensation, such as services to other than a relative of a *covered person*, is considered a *business* pursuit.

4. **Covered Person(s)** means you and the following residents of your household:

   a. Your *family members*;

   b. Any other person under the age of 21 who is in the care of any person named above;

   Under **Liability Coverage**☐ Home, *covered person* also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by or in the care of you or any person included in 4.a. or 4.b. above. A person or organization using or having custody of these animals or watercraft in the course of any *business* or without the consent of the owner is not a *covered person*;

   d. With respect to any motor vehicle to which this "HOME" Segment applies:

   (1) Persons while engaged in your employ or that of any person included in 4.a. or 4.b. above; or

   (2) Other persons using the vehicle on an *insured location* with your permission.

5. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

   For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss, a person must have been actually residing in your household on the date the loss occurred. However, your:

   a. Son;

   b. Daughter;

   c. Ward; or

   d. Foster child;

   In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

**ALST 00166**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

## Your Policy



6.  **Insured Location** means:

    a.  Your **residence premises**;

    b.  The part of any other premises, other structures and grounds used by you as a residence that is shown in the Coverage Summary, or acquired by you during the policy period for your use as a residence; provided you ask us to insure it within 30 days after you become the owner and coverage is agreed to by us.

    c.  Any premises used by you in connection with the premises included in 6.a. or 6.b. above;

    d.  Any part of a premises not owned by you or any **covered person** but where you or any **covered person** are temporarily residing;

    e.  Vacant land owned by or rented to you or any **covered person** other than farm land;

    f.  Land owned by or rented to a **covered person** on which a one or two family dwelling is being built as a residence for a **covered person**;

    g.  Individual family cemetery plots or burial vaults of you or any **covered person**; or

    h.  Any part of a premises occasionally rented to you or any **covered person** for other than **business** purposes.

    i.  Residences shown in the Coverage Summary that you rent to others.

7.  **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

8.  **Monthly Mortgage Expenses** means the increased amount of interest payment created as a result of a higher interest rate for a mortgage of the same principal amount on a replacement premises.

9.  **Occupying** means in, upon, or getting in, on, out or off.

10. **Occurrence** means:

    a.  An event, or a series of related events resulting from continuous or repeated exposure to the same general conditions, that causes **bodily injury** or **property damage** during the policy period; or

    b.  An offense, including a series of related offenses, committed during the policy period, which results in **personal injury**. All losses arising out of such act or series of acts, regardless of the frequency thereof or number of claimants, shall be deemed to arise out of one offense.

11. **Personal Injury** means injury arising out of one or more of the following offenses: libel, slander, false arrest, wrongful eviction, wrongful detention, wrongful entry, malicious prosecution, false imprisonment, invasion of privacy or defamation of character.

12. **Property Damage** means physical injury to or destruction of real property or tangible personal property including loss of use of the property.

13. **Residence Employee** means your employee or an employee of any **covered person** in your household who performs duties in connection with the maintenance or use of your **residence premises**, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with any **covered person's business**.

14. **Residence Premises** means:

    a.  A dwelling, condominium, co-operative unit or apartment, other structures and grounds; or

    b.  That part of any other building;

    where you reside and which is shown as your residence in the Coverage Summary.

15. **Theft** refers to property which has been stolen, attempted theft and the loss of property from a known location when it is likely that the property has been stolen.

16. **Total Loss** means that the cost to replace the covered real property is equal to or less than the cost of repairs plus the cost of any **Additional Living Expense, Fair Rental Value, Building Ordinance Increased Costs** and **Debris Removal**.

**ALST 00167**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

## Your Policy



## PROPERTY COVERAGE☐HOME

### REAL PROPERTY☐ INSURING  AGREEMENT

1.  **Dwelling Owners☐** We cover:

    a.  The dwelling on your *residence premises*;

    b.  Other structures on your *residence premises*.

2.  **Condominium and Cooperative Owners☐** We cover:

    a.  The alterations, appliances, fixtures and improvements which are part of the building contained within your *residence premises*;

    b.  Items of real property which pertain exclusively to your *residence premises*;

    c.  Real property which is your insurance responsibility under a corporation or association of property owners agreement or state law;

    d.  Structures owned solely by you, other than your *residence premises*, at the location of your *residence premises*.

    The limit of liability for 2.a., 2.b. and 2.c. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

3.  **Renters☐** We cover:

    a.  The building improvements or installations:

        (1) Acquired; or

        (2) Made;

        by you to that part of your *residence premises* used exclusively by you;

    b.  Structures owned solely by you at the location of your *residence premises* if a limit for that building is shown on the Coverage Summary.

    The limit of liability for 3.a. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

### REAL PROPERTY☐ PROPERTY NOT COVERED

We do not cover:

1.  Other structures on your *residence premises*:

    a.  Used in whole or in part for *business*;  or

    b.  Rented or held for rental to any person not a tenant of your *residence premises* unless used solely as a private garage.

2.  Land, except as specifically provided in **Additional Property Coverages, 7. Land Restoration**.

### REAL PROPERTY☐ LIMIT OF LIABILITY

Covered losses are settled on a replacement cost basis (without deduction for depreciation) subject to the following:

1.  Payment will not exceed the smallest of:

    a.  The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

    b.  The actual cost to replace the real property or any parts of it; or

    c.  The aggregate property limit shown in the Coverage Summary for the residence.

2.  If you have:

    a.  Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

    b.  Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

    Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

    a.  Increase the residence value to equal the current replacement cost;

    b.  Also increase the aggregate property limit by

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00168**



the same percentage applied to the residence value; and

c.  Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

3.  We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.  Once actual repair or replacement is complete, we will settle the loss according to the replacement cost provisions above.

However, if the cost to repair or replace the damage is less than $3,000 we will settle the loss according to the replacement cost provisions above, whether or not actual repair or replacement is complete.

4.  If the replacement premises is not at the same location, covered losses will be settled on an actual cash value basis (with deduction for depreciation).

5.  You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage on an actual cash value basis.  You may then make claim within one year after loss for any additional liability on a replacement cost basis.

**REAL PROPERTY□ COVERED PERILS**

We cover direct physical loss to property described in **Real Property□ Insuring Agreement,** unless the loss is not covered under **Property Coverage □ Losses We Do Not Cover.**

**TANGIBLE PERSONAL PROPERTY□ INSURING AGREEMENT**

We cover tangible personal property owned or used by any *covered person.*

At your request, we cover tangible personal property:

1.  Owned by others while the property is on the part of your *residence premises* occupied by a *covered person*;

2.  Owned by a guest or a *residence employee*,

while the property is in any residence occupied by any *covered person.*

**TANGIBLE PERSONAL PROPERTY□ PROPERTY SPECIAL LIMITS**

To keep your premium as low as possible, we have limited the amount we will pay for certain categories of tangible personal property. We do not provide coverage under these provisions for articles separately described and/or specifically insured elsewhere in this policy.

The limit shown for each numbered category is the most we will pay for that category per loss.  If we could pay for the same item under more than one category, we will pay under only the highest applicable category.

**Category**

1.  $  250 . . .On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

2.  $5,000 . . .On securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, stamps, personal records, passports and tickets.  This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the lost or damaged material.

3.  $5,000 . . .On property at your *residence premises* used in *business,* but if the *business* property is away from your *residence premises* the most we will pay is $2,500.

4.  $2,500 . . .For loss by *theft* of firearms.

5.  $2,500. . .For loss to trading cards, subject to a maximum amount of $250 per card.

6.  $5,000 . . .For loss by *theft* of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

7.  $5,000 . . .For loss by:

a.  *Theft* of jewelry, watches, precious and semi-precious stones, furs, garments trimmed with fur or consisting primarily of fur; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00169



b. Misplacing or losing of jewelry, watches, precious and semi-precious stones.

8. $1,000 . . .For loss to watercraft including their trailers, furnishings, equipment and outboard motors.

9. $1,000 . . .For loss to trailers not used with watercraft.

## TANGIBLE PERSONAL PROPERTY☐ PROPERTY NOT COVERED

We do not cover:

1. Animals, birds or fish.

2. Motor vehicles or any other motorized land conveyances.  This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of a motor vehicle or any other motorized land conveyance. Electronic apparatus includes:

      (1) Accessories or antennas; or

      (2) Tapes, wires, records, discs or other media;

      for use with any electronic apparatus.

   The exclusion of property described in 2.a. and 2.b. above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. Used to service a *covered person's* residence; or

   b. Designed for assisting the handicapped.

3. Aircraft and parts.  Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

4. Property of roomers, boarders or other tenants, except property of roomers and boarders related to a *covered person*.

5. *Business* data stored in:

   a. Books of account, drawings, other paper records; or

b. Electronic data processing tapes, wires, records, discs or other software media.

   We do cover the cost of blank or unexposed records and media, and of prerecorded computer programs available on the retail market.

6. Property on a premises regularly rented or held for rental to others by a *covered person*, except as provided in **Additional Property Coverages, 21. Landlords Furnishings**.

7. Credit cards or fund transfer cards, except as provided in **Additional Property Coverages, 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money** .

## TANGIBLE PERSONAL PROPERTY☐ LIMIT OF LIABILITY

1. Covered losses for tangible personal property will be settled on a replacement cost basis (without deduction for depreciation), but not exceeding the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

   c. The amount specified in the section called **Tangible Personal Property☐ Property Special Limits**; or

   d. The aggregate property limit shown in the Coverage Summary.

   Personal Property Replacement Cost Coverage will not apply to property that was obsolete or unusable for the originally intended purpose, because of age or condition, prior to the loss.

   At our option, we may repair or we may replace with a new item of similar or like kind and quality.

   If the replacement cost for the entire loss under this "HOME" Segment is more than $3,000 we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00170

 ENCOMPASS.
INSURANCE

2. You may make claim under this policy for loss or damage on an actual cash value basis (with deduction for depreciation). You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

3. Loss To A Pair Or Set - In case of loss to a pair or set we will:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

4. Our limit of liability for tangible personal property usually located at a *covered person's* residence or premises is 4% of the aggregate property limit shown on the Coverage Summary provided such residence or premises is:

   a. Not shown on the Coverage Summary; or

   b. Shown on the Coverage Summary for **Liability Coverage** only.

   Payment under this provision does not entitle the *covered person* to **Additional Property Coverages**.

5. If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

**TANGIBLE PERSONAL PROPERTY☐ COVERED PERILS**

We cover direct physical loss to property described in **Tangible Personal Property☐ Insuring Agreement** caused by a Peril listed below unless the loss is excluded under **Property Coverage☐ Losses We Do Not Cover**.

1. **Fire or lightning**.

2. **Windstorm or hail**. This peril includes loss to property contained in a building if caused by rain, snow, sleet, sand or dust, but only if the direct force of wind or hail first damages the building causing an opening through which the rain, snow, sleet, sand or dust enters.

   This peril includes loss to watercraft covered under this "HOME" Segment and their trailers, furnishings, equipment, and outboard motors, only while inside a fully enclosed building. This

limitation does not apply to row boats and canoes on the *residence premises*.

3. **Explosion**.

4. **Riot or civil commotion.**

5. **Aircraft**, including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke**, meaning sudden and accidental damage from smoke.

   This peril does not include smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

9. **Theft**, but not including *theft* committed by a *covered person*.

   This peril does not include loss caused by *theft* that occurs off of a *residence premises* of:

   a. Property of a student who is a *covered person* while at a residence away from home if the student has not been there at any time during the 45 days immediately before the loss;

   b. Watercraft covered under this "HOME" Segment including their trailers, furnishings, equipment and outboard motors; or

   c. Trailers and campers covered under this "HOME" Segment.

10. **Falling objects**. This peril does not include loss to property contained in a building unless the building is first damaged by the falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Water or steam** suddenly and accidentally discharged or overflowing from within your plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    This peril does not include loss:

    a. To the system or appliance from which the water or steam escaped;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00171



b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On your *residence premises* caused by accidental discharge or overflow which occurs off your *residence premises*.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Cracking, burning, rupture or bulging** of your air conditioner, steam or hot water heating system, or automatic fire protective sprinkler system, or an appliance for heating water. Damage to the system or appliance must be sudden and accidental. We will not cover damage caused by freezing except as indicated below.

14. **Freezing** of plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to keep your *residence premises* heated or have shut off and drained the water from all plumbing and appliances if it is unoccupied.

15. **Sudden and accidental damage caused by artificially generated electricity**. But damage to a tube, transistor, integrated circuit or similar electronic component is not covered.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors. One or more volcanic eruptions within a 72-hour period will be considered as one volcanic eruption.

For property normally kept at your *residence premises*, while at a location other than a premise which you own or rent, the following perils are added:

1. Flood (meaning only rising of waters);

2. Earthquake;

3. Landslide;

4. Mudslide; and

5. Collision or overturn of the conveyance in which covered tangible personal property is carried.

## ADDITIONAL PROPERTY COVERAGES

Unless noted otherwise, the following coverages are in addition to the aggregate property limit in the Coverage Summary.

1. **Additional Living Expense.**

a. If a loss covered under **Property Coverage □ Home** makes your *residence premises* uninhabitable, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for:

(1) The shortest time required to repair or replace the damaged portion of the premises; or

(2) If you permanently relocate, the shortest time required for your household to settle elsewhere;

But in no case for more than one year.

This period of time is not limited by expiration of this policy. We do not cover loss or expense due to cancellation of a lease or agreement.

b. If your *residence premises* is uninhabitable as a result of public utility plants, transformers, switching stations or substations furnishing heat, light, power or gas to your *residence premises* being damaged or destroyed by a **Tangible Personal Property □ Covered Peril**, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for a period of time not to exceed seven days. Coverage does not begin until your *residence premises* has been uninhabitable for 48 consecutive hours.

**Property Coverage □ Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

2. **Fair Rental Value.**

If a loss covered under **Property Coverage □ Home** makes that part of your *residence premises* rented to others or held for rental uninhabitable, we cover its fair rental value, less any expenses that do not continue.

Payment is for the shortest time required to repair or replace the damaged portion of the rented premises. This period of time is not limited by expiration of this policy. We do not

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00172