

cover the loss or expense due to cancellation of a lease or agreement.

3. **Civil Authority.**

   a. If a civil authority prohibits you from use of your **residence premises** as a result of direct damage to neighboring premises by what would be a covered loss under this policy, we cover the **Additional Living Expense** or **Fair Rental Value** loss as provided under 1. and 2. above for no more than two weeks.

   The period of time under this provision is not limited by the expiration of this policy. Loss or expense due to cancellation of a lease or agreement is not covered.

   b. If a civil authority prohibits you from use of your **residence premises**, we cover the **Additional Living Expense** as provided under 1. above for no more than seven days. Coverage does not begin until the **residence premises** has been uninhabitable for 48 consecutive hours.

   **Property Coverage ☐ Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

4. **Debris Removal.**

   We will pay your reasonable expense for the removal of:

   a. Debris of covered property for covered losses; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from your **residence premises** of:

   a. Your tree(s) felled by the peril of Windstorm or Hail;

   b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   c. A neighbor's tree(s) felled by a **Tangible Personal Property ⌐ Covered Peril;**

   provided the tree(s) damaged a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

5. **Cost of Temporary Repairs**

   If a covered loss damages your **residence premises** we will pay on your behalf the reasonable cost for temporary repairs made to protect covered property from further damage. This coverage does not increase the limit of liability applicable to the covered property.

6. **Building Ordinance Increased Costs.**

   We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. If the amount to be paid for the actual damage to the property plus the ordinance or law increased cost is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for building ordinance increased cost.

7. **Land Restoration.**

   Whenever there is a covered loss to your **residence premises** and the related repair or rebuilding requires excavation, replacement, stabilization or filling of land under or around your foundation or **residence premises**, we will pay up to 7% of the amount of the covered property loss to your **residence premises** for the excavation, replacement, stabilization or filling of the land.

8. **Mortgage Extra Expense Coverage.**

   If a **total loss** occurs to the **residence premises** from a covered loss, we agree to reimburse you for the increased **monthly mortgage expenses**.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



Reimbursement is limited to $250 monthly up to a total reimbursement of $5,000. We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

In addition, we pay mortgage *acquisition costs* incurred from the construction of a replacement dwelling at the same location, up to a maximum of $2,000.

Coverage is limited to the extra expense of your first mortgage on the *residence premises*.

9. **Personal Home Computer and Data Records Coverage.**

We cover personal home computer(s) that are:

a.   Located on your *residence premises*; and

b.   Are owned by you;

For direct physical loss except for losses listed in **Property Coverage☐ Losses We Do Not Cover**. We also cover loss of your data caused by magnetic injury or electrical disturbances.

We will pay no more than $10,000 for loss or damage to personal home computer *hardware*, *software* or accessories.

We also pay up to $1,000 for any covered loss, to recreate data which you have created, if not covered by any other provision of this policy.

For the purpose of this coverage the following definitions apply:

**Hardware** means electronic data processing equipment which is a network of machine components capable of accepting information, processing it according to a plan and producing the desired results.

**Software** includes data and media. Data means facts, concepts or instructions converted to a form usable in *hardware* including computer programs. Media means the materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes, cards and cartridges.

10. **Fire Department Service Charge.**

We pay up to $1,000 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is

called to save or protect covered property from a covered loss. The deductible does not apply.

11. **Collapse.**

We cover direct loss to your covered real property and tangible personal property involving collapse of a building or any part of a building, but only if the collapse was caused by:

a.   Hidden decay of the structure;

b.   Hidden insect or vermin damage;

c.   Weight of contents, equipment, animals or people;

d.   Weight of rain which collects on a roof;

e.   Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation; or

f.   A **Tangible Personal Property☐ Covered Peril**. These perils apply to real property and tangible personal property for this additional coverage.

Unless the loss is a direct result of the collapse of a covered building, the causes of loss a., b., c. d.and e. listed above do not apply to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

12. **Loss Assessment.**

We will pay up to:

a.   $5,000; or

b.   If shown in the Coverage Summary, "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged during the policy period against you by a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00174



corporation or association of real property owners. This is the most we will pay with respect to any one loss, regardless of the number of assessments.

This coverage applies only when the assessment is made as a result of direct loss:

a.  To the property, owned by all members collectively; and

b.  Caused by a covered loss other than earthquake or land shock waves or tremors before, during or after a volcanic eruption, unless modified by endorsement.

We will pay no more than $1,000 of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

**13.  Trees and Shrubs.**

We will pay up to $2,500 for loss to your lawn, trees, plants or shrubs, on your *residence premises*, for loss caused by:

a.  Fire or lightning;

b.  Explosion;

c.  Riot or civil commotion;

d.  Aircraft;

e.  Vehicles not owned or operated by a resident of your *residence premises*;

f.  Vandalism or malicious mischief; or

g.  *Theft*.

No more than $500 of this limit will be available for any one tree, shrub or plant.

Property grown for sale or *business* purposes is not covered.

**14.  Glass or Safety Glazing Material.**

We cover on your *residence premises*:

a.  The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b.  Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on your *residence premises* if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

**15.  Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money.**

We pay up to $2,500 for:

a.  Any legal obligation or loss resulting from *theft* or unauthorized use of a credit card or a fund transfer card used for deposit, withdrawal, or transfer of funds, issued to or registered in any *covered person's* name.

b.  Loss to you or any *covered person* caused by forgery or alteration of any check or negotiable instrument.

c.  Loss to you or any *covered person* through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover authorized or unauthorized use by a resident of your household or by any person who has been entrusted with the credit card, fund transfer card, check or negotiable instrument, whether in their possession or not.

We do not cover use of a credit card or fund transfer card if a *covered person* has not complied with all terms and conditions under which the card is issued.

All losses resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00175

## Your Policy



We do not cover loss arising out of **business** use or dishonesty of a **covered person**.

No deductible applies to this coverage.

16. **Property Removed.**

We insure covered tangible personal property against direct loss from any cause while being removed from a premises endangered by a **Tangible Personal Property ▢ Covered Peril** and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

17. **Materials and Supplies.**

We insure materials and supplies located on or next to your **residence premises** used to construct, alter or repair the dwelling or other structures on your **residence premises** provided loss is caused by a **Real Property ▢ Covered Peril** and is not excluded under **Property Coverage ▢ Losses We Do Not Cover.**

18. **Builders Risk.**

We insure theft in or to a dwelling under construction, or of materials and supplies for use in the construction on an **insured location**.

The limit of liability stated in the Coverage Summary is provisional. The actual amount of insurance on any date while the policy is in force will be a percentage of the provisional amount. The percentage will be the propotion that the actual value of the property bears to the value at the date of completion.

19. **Reward Coverage.**

We pay 10% of the amount of loss up to a maximum of $1,000 to anyone providing information leading to the arrest and conviction of anyone:

a. Who perpetrates an arson loss at an **insured location**; or

b. Who robs, steals or burglarizes any **covered person's** property.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of

the recovered property, up to a maximum of $1,000. The deductible does not apply.

20. **Refrigerated Products Coverage.**

We will pay up to $500 for loss to the contents of deep freeze or refrigerator units on your **residence premises** caused by power interruption or mechanical failure.

The deductible shown in the Coverage Summary applies to this coverage but only one deductible amount shall be applied to each **occurrence**.

**Property Coverage ▢ Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

21. **Landlords Furnishings.**

We will pay up to $5,000 for your appliances, carpeting and other household furnishings, in an apartment on your **residence premises** regularly rented or held for rental to others by any **covered person**. This coverage will be provided for loss caused by the **Tangible Personal Property ▢ Covered Perils**.

22. **Lock Replacement.**

We will pay up to $250 to replace the locks on your **residence premises** if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

23. **Newly Acquired Principal Residences.**

Tangible Personal Property in a newly acquired principal residence is not subject to the 4% limitation described in the **Tangible Personal Property ▢ Limit of Liability** for the 30 days from the time you begin to move the property there.

## LOSSES WE DO NOT COVER

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1. **Real Property and Tangible Personal Property.** We do not insure for loss:

a. Caused by water damage, meaning:

---

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00176

## Your Policy



(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains;

(3) Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure; or

(4) Water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

Direct loss by fire, explosion or **theft** resulting from water damage is covered.

b. Caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by **theft**.

c. Or damage due to neglect, meaning neglect of a **covered person** to use all reasonable means to save and preserve property at and after the time of a loss.

d. Involving intentional or criminal acts of or at the direction of one or more **covered persons**, if the loss that occurs:

(1) May reasonably be expected to result from such acts; or

(2) Is the intended result of such acts.

This exclusion applies regardless of whether or not the **covered person** is actually charged with, or convicted of a crime.

e. Or damage caused directly or indirectly by:

(1) War, including undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose,

including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

f. Or damage arising out of a nuclear hazard meaning:

(1) Any nuclear reaction;

(2) Radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke. However, direct loss by fire resulting from the nuclear hazard is covered.

g. Or damage arising from power failure meaning the failure of power or utility service if the failure takes place off your **residence premises**. But if a covered loss ensues on your **residence premises**, we will pay only for that ensuing loss.

2. **Real Property.** We do not insure for loss:

a. Involving collapse, other than as provided in **Additional Property Coverages, 11. Collapse**.

b. Caused by freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a fence, pavement, patio, swimming pool, hot tub, foundation, retaining wall, bulkhead, pier, wharf, dock or piling.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00177



c.  To:

(1)  Condominiums or Cooperatives; or

(2)  Residences rented to you:

Caused by continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system, automatic fire protective sprinkler system or from within a household appliance.

d.  Caused by the following:

(1)  Wear and tear, aging, marring, scratching or deterioration;

(2)  Inherent vice, latent defect, electrical or mechanical breakdown or failure;

(3)  Rust or other corrosion, mold, fungi, wet or dry rot;

(4)  Smog, smoke from agricultural smudging or industrial operations;

(5)  Settling, shrinking, bulging, or expansion including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

(6)  Birds, vermin, insects, rodents; or animals kept or owned by a *covered person*;

(7)  Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a **Tangible Personal Property□ Covered Peril**.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste whether man-made or natural. Waste includes materials to be recycled, reconditioned or reclaimed.

If any of these cause water not otherwise excluded to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the

water.  We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

Under exclusions 2.a., 2.b., 2.c. and 2.d., any ensuing loss from a covered peril to covered property not excluded or excepted in this policy is covered.

e.  Caused by freezing of a plumbing, heating, air conditioning, automatic fire protective sprinkler system, a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the real property is vacant, unoccupied or being constructed unless you have used reasonable care to:

(1)  Maintain heat in the building; or

(2)  Shut off the water supply and drain the system and appliances of water.

f.  Of the first $5,000 of damages due to vandalism or malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

g.  To covered real property caused by any of the following.  However, any ensuing loss not excluded or excepted in this policy is covered.

(1)  Weather conditions.  However, this exclusion applies only if weather conditions contribute in any way with a cause on event otherwise excluded to produce the loss.

(2)  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

(3)  Faulty, inadequate or defective:

(a)  Planning, zoning, development, surveying, siting;

(b)  Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



(c) Materials used in repair, construction, renovation or remodeling; or

(d) Maintenance;

of part or all of any property whether on or off your *residence premises*.

h. To property owned by a corporation or association of property owners of which the *covered person* is a shareholder or member. This exclusion does not apply to losses covered under **Additional Property Coverages, 12. Loss Assessment**.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

**1. How We Pay Claims.**

We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

If we return stolen property we will pay for any damage resulting from *theft*. We may keep all or part of the property at an agreed upon or appraised value.

**2. Mortgage Clause.**

The word "mortgagee" includes trustee. A mortgagee is applicable only to real property. If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order of precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership or occupancy, or any substantial change in risk of which the mortgagee is aware;

b. Pays on demand any premium due if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to **Appraisal, Who We Pay** and **Suit**

**Against Us** apply to the mortgagee.

If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the date cancellation takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest at the time of loss. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**3. Insurable Interest.**

We are not liable for covered property to an extent greater than:

a. Your insurable interest in the property; or

b. The applicable limit of liability.

**4. Your Duties After Loss.**

You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a. Give prompt notice to us or our agent.

b. Notify the police in case of loss by *theft.*

c. Notify the credit card or fund transfer card company in case of loss under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**.

d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00179

## Your Policy



e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory.

f. As often as we reasonably require:

   (1) Show the damaged property before its repair or disposal, except as provided in 4.d., above;

   (2) Provide us with records and documents we request and permit us to make copies; and

   (3) Submit to examination under oath, while not in the presence of any other **covered person** and sign the same.

g. Allow us to take samples of damaged and undamaged property for inspection, testing and analysis.

h. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   (1) The time and cause of loss.

   (2) The interest of the **covered person** and all others in the property involved and all liens on the property.

   (3) Other insurance which may cover the loss.

   (4) Changes in title or occupancy of the property during the term of the policy.

   (5) Specifications of damaged property and detailed repair estimates.

   (6) The inventory of damaged personal property described in 4.e., above.

   (7) Receipts for Additional Living Expenses incurred and records that support the Fair Rental Value loss.

   (8) If the loss is under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**, submitting evidence or affidavit stating the amount and cause of loss.

i. Cooperate with us in the investigation or settlement of the claim.

5. **Appraisal.**

   If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where your **residence premises** is located. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   We do not waive any of our rights under this policy by agreeing to an appraisal.

6. **Suit Against Us.**

   No action can be brought unless the policy provisions have been complied with and the action is started:

   a. Within one year after the date of loss; but

   b. Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

   However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

7. **Abandonment Of Property.**

   We need not accept any property abandoned by a **covered person**.

8. **Who We Pay.**

   We pay you unless another party is named in the policy or is legally entitled to receive payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00180

## Your Policy



### 9. No Benefit To Bailee.

There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other provision of this policy.

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## LIABILITY COVERAGE□HOME

### PERSONAL LIABILITY □ INSURING AGREEMENT

If a claim or suit is brought against you or any *covered person* for the following:

1. *Personal Injury;*

2. *Bodily Injury;* or

3. *Property Damage,*

caused by an *occurrence* to which this coverage applies, we will:

1. Pay on your behalf claims for which you or any *covered person* are legally liable, including pre-judgment interest awarded against you or any *covered person*, up to our limit of liability; except as excluded by the provisions listed in the **Liability Coverage □ Losses We Do Not Cover;** and

2. Provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability.

### PERSONAL LIABILITY □ LIMIT OF LIABILITY

Our total liability under **Personal Liability □ Home** for all damages resulting from any one *occurrence* will not be more than the limit shown on the Coverage Summary. This limit is the same regardless of the number of:

1. *Covered Persons;*

2. Claims or suits made;

3. Persons who sustain injury or damage; or

4. Acts or failure(s) to act.

### MEDICAL EXPENSE□ INSURING AGREEMENT

We will pay *medical expenses* that are incurred or medically ascertained within three years from the date of the *occurrence* causing *bodily injury.*

This coverage applies:

1. To anyone on an *insured location* with the permission of a *covered person;* or

2. To anyone off an *insured location,* if the *bodily injury.*

   a. Arises out of a condition on the *insured location* or the ways immediately adjoining;

   b. Is caused by the activities of you or any *covered person;*

   c. Is caused by a *residence employee* in the course of the *residence employee's* employment by a *covered person;* or

   d. Is caused by an animal owned by or in the care of a *covered person.*

No *covered person* for whom *medical expenses* are payable under this coverage shall recover more than once for the same *medical expense* under this or other insurance.

### MEDICAL EXPENSE□ LIMIT OF LIABILITY

Our total liability under **Medical Expense□ Home** for all *medical expense* payable for *bodily injury* to one person as the result of one accident will not be more than the limit shown in the Coverage Summary. This limit applies to each person injured.

### ADDITIONAL LIABILITY COVERAGES

The following coverages are in addition to the limit of liability described in the Coverage Summary, unless noted otherwise:

1. **First Aid Expenses**

   We will pay expenses for first aid to others incurred by any *covered person* for *bodily injury* covered under this policy. We will not pay for first aid to you or any other *covered person*.

2. **Goodwill Payments.**

   At your request we will pay up to $1,000 per *occurrence* for *property damage* to property of others caused by you or any *family member,*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00181



including intentional acts of a *family member* under the age of 13. This coverage does not apply to *property damage*:

a. To the extent of any amount recoverable under any other section of this policy;

b. To property;

   (1) Owned by a *covered person*;

   (2) Owned by or rented to a tenant of a *covered person*; or

   (3) Owned by or rented to a resident in your household;

c. Arising out of:

   (1) *Business* pursuits;

   (2) Any act or omission in connection with a premises owned, rented or controlled by a *covered person*, other than an *insured location*; or

   (3) The ownership, maintenance or use of any aircraft, watercraft, motor vehicle or any other motorized land conveyance.

   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by a *covered person*.

**3. Workers' Compensation.**

If you are required by your state statutes to provide Workers' Compensation insurance for your *residence employees*, we will make any required statutory payments. Any amounts payable under this coverage shall be reduced by any amounts paid or payable under any other section of the policy.

**4. Loss Assessment Coverage.**

We agree to pay, up to:

a. $5,000; or

b. If shown in the Coverage Summary; "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged

during the policy period against you by a corporation or association of property owners when the assessment is made as a result of:

a. An *occurrence* to which **Personal Liability□ Home** would apply;

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   (1) The director, officer or trustee is elected by the members of a corporation or association of real property owners; and

   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of real property owners.

Regardless of the number of assessments, this is the most we will pay for loss arising out of:

a. One *occurrence*; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

This coverage does not increase our limit of liability.

We will not pay more than $1,000, of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of your *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

**5. Other Payments We Make.**

In addition to the limit of liability shown in the Coverage Summary, we pay on your behalf:

a. The expenses described below for a claim or suit we are obligated to defend:

   (1) Defense costs incurred at our discretion;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00182

**Your Policy** 

(2) Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

(3) Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

(4) Other reasonable expenses (other than loss of earnings) incurred at our request;

(5) Expenses incurred by us and costs taxed against any *covered person* in any suit we defend.

b. Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a *covered person* in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the *covered person's* defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

**LOSSES WE DO NOT COVER**

1. **Personal Liability and Medical Expense** coverages do not apply to *bodily injury* or *property damage*:

a. Arising out of the rendering or failure to render a professional service of any nature even if covered by any other policy.

b. Arising out of any property excluded from coverage by endorsements attached to this policy.

c. Arising out of the ownership, maintenance, occupancy, renting, loaning, use, entrusting, loading or unloading of any motor vehicles, other than:

(1) A motorized golf cart when being used to play golf on a golf course, or for travel between the *residence premises* and

its community golf course for golfing purposes only.

(2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and;

(a) Not owned by a *covered person*; or

(b) Owned by a *covered person* and being used on an *insured location* at the time of the accident.

(3) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Being used to service a *covered person's* residence at the time of the accident;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an *insured location*;

(4) Bodily injury to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

d. Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

(1) Sailing vessels, with or without auxiliary power, less than 26 feet in length that are owned or rented by a *covered person*;

(2) Watercraft powered by one or more outboard motors with less than 26 total horsepower;

(3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned or rented to a *covered person*;

(4) Any watercraft, which is not:

(a) A sailing vessel; and

(b) Motor powered;

that is owned or rented by a *covered person*;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00183



## Your Policy

(5) Watercraft that you or any *family member* do not own as long as they are not furnished or available for the regular use of any *covered person*;

(6) Watercraft that are stored;

but in no instance will coverage be provided for any watercraft:

(1) Designated as an airboat, air cushion or similar type of watercraft; or

(2) Owned by a *covered person* which is a personal watercraft, meaning a craft propelled by water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

e. Which arises out of the transmission of a communicable disease by any *covered person*.

f. Arising out of a premises:

(1) Owned by a *covered person*;

(2) Rented to a *covered person*; or

(3) Rented to others by a *covered person*;

that is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

g. Arising out of the rental or holding for rental of any part of any premises by a *covered person*.

This exclusion (g.) does not apply:

(1) To the rental or holding for rental of an *insured location*:

(a) On an occasional basis if used only as a residence;

(b) In part, unless intended for use as a

residence by more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage.

(2) When the *residence premises* is a two or more family dwelling and you occupy one part and rent or hold for rental the other part.

(3) To the rental or holding for rental of a dwelling of four families or fewer, or condominium or cooperative units that are indicated on the Coverage Summary and owned by you.

h. Intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *bodily injury* or *property damage* is of a different kind or degree than that intended or reasonably expected; or

(3) Such *bodily injury* or *property damage* is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such *covered person* is actually charged with or convicted of a crime.

i. Arising out of:

(1) The entrustment by a *covered person* to any person; or

(2) Vicarious liability, whether or not statutorily imposed for the actions of a child or minor;

of any watercraft, motor vehicle or trailer which is not covered under **Liability Coverage □ Home**.

j. Arising out of *business* pursuits of you or any *covered person*. This exclusion does not apply to:

(1) Activities which are usual to *non-business* pursuits; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00184

## Your Policy



(2) Part-time **business** pursuits of any **covered person** who is under 18 years of age.

k. Arising out of your or any **covered person's** action or failure to act as a director, officer or trustee of an organization, unless:

(1) In a capacity as a director, officer or trustee you or the **covered person**:

(a) Serve without deriving any income, and

(b) The organization is charitable, religious or civic non-profit and chartered as such.

(2) The organization is a corporation or association of real property owners, and in the capacity as director, officer or trustee, you or any **covered person** incurs liability and:

(a) Is elected by the members of the corporation or association of real property owners; and

(b) Serves without deriving any income from the exercise of duties which are solely on the behalf of a corporation or association of real property owners.

l. Arising out of:

(1) The ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of an aircraft;

(2) The entrustment by a **covered person** of an aircraft to any person; or

(3) Vicarious parental liability, whether statutorily imposed or not, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by a **covered person**.

m. Caused directly or indirectly by war, including:

(1) Undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose;

and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

n. Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

2. **Personal Liability** does not apply to:

a. Liability for your share of any loss assessments charged against all members of an association, corporation or community of property owners, except as provided under **Additional Liability Coverages, 4. Loss Assessment Coverage**.

b. **Property damage** to property owned by a **covered person**.

c. **Property damage** to property rented to, occupied or used by or in the care of any **covered person**, if the **covered person** is obligated by contract to provide specified insurance for such property.

We provide no coverage for categories of property listed in **Tangible Personal Property □ Property Not Covered**.

d. **Bodily injury** or **property damage** for which a **covered person** under this policy:

(1) Is also an insured under a nuclear energy liability policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00185**

## Your Policy



(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors.

e. Liability from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

f. *Bodily injury* to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the *covered person* under any:

(1) Workers Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

except as provided under **Additional Liability Coverages, 3. Workers' Compensation**.

g. *Bodily injury* to you or any *family member*. This exclusion also applies to any claim or suit brought against any *covered person*;

(1) To repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of *bodily injury* to a *covered person*.

3. **Medical Expense** coverage does not apply to *bodily injury*.

a. To a *residence employee* which:

(1) Occurs off the *insured location*, and

(2) Does not arise out of or in the course of the *residence employee's* employment by any *covered person*.

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law.

c. From any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

d. To any person, other than a *residence employee* of a *covered person*, regularly residing on any part of the *insured location*.

4. **Personal Injury** does not apply to:

a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

b. Injury sustained by any person as a result of an offense directly or indirectly related to the acts of a person in the employment of a *covered person*;

c. Civic or public activities performed for pay by any *covered person*;

d. Injury arising out of:

(1) Oral or written publication of material, if done by or at the direction of any *covered person* with knowledge of its falsity;

(2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

e. Injury to you or a *covered person* within the meaning of part a. or b. of the *covered person* definition.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00186

## Your Policy



f.  Injury arising out of a premises:

(1) Owned by or rented to a *covered person*; or

(2) Rented to others by a *covered person*;

that is not an *insured location* or a dwelling in the Coverage Summary.

### HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1. **Your Duties After Loss.**

After an *occurrence*, you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a.  Give us or our agent as soon as possible:

(1) All information you know on the time, place and circumstances of the *occurrence*, and in the case of a crime also tell the police; and

(2) Identity of claimants, witnesses and *covered persons*.

b.  Forward to us all written material you receive regarding the *occurrence*.

c.  At our request, assist us in:

(1) Making settlement.

(2) Conducting suits and attending hearings or trials.

(3) Securing and giving evidence.

(4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person*.

(5) If the loss is under the coverage **Goodwill Payments**, within 60 days after the loss:

(a) Submitting to us a sworn statement of loss; and

(b) If in a *covered person's* control; showing the damaged property.

d.  You or any other *covered person* shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense. This does not apply to first aid to others.

2. **Duties Of An Injured Person.**

The injured person shall:

a.  Give us written proof of claim;

b.  Authorize us to obtain medical information and other pertinent records;

c.  As often as we reasonably require submit to physical examination by a physician of our choice;

d.  Not construe payment of medical claims as an admission of liability by a *covered person* or us.

3. **Suit Against Us.**

No action can be brought against us unless there has been compliance with the policy provisions.

No action can be brought against us until the obligation of the *covered person* has been determined by final judgment or agreement signed by us.

No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

### GENERAL PROVISIONS□HOME

1. The **"GENERAL PROVISIONS"** is amended as follows:

**OTHER INSURANCE** □ The following exception is added:

Exception:

a.  For Condominium and Cooperative Owners□ If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

b.  Any insurance we provide with respect to a watercraft that you or any *family member* do

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00187**

## Your Policy



not own shall be excess over other valid and collectible insurance.

c.  For other than losses covered under **Additional Liability Coverage └ Workers' Compensation** , this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

2.  The following provisions are added to the "GENERAL PROVISIONS":

a.  **SUBROGATION**

A *covered person* may waive in writing before a loss all rights of recovery against any person.

If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with us.

b.  **ADDITIONAL INSURED**

The definition of "you" and "your" includes the person or organization named in the Coverage Summary as an Additional Insured for the **"HOME"** Segment, with respect to:

(1)  **Property Coverage □ Real Property**;

(2)  **Liability Coverage □ Personal Liability**; and

(3)  **Liability Coverage □ Medical Expense**;

but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

c.  **THE LAW**

If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

d.  **CHANGES DURING THE POLICY PERIOD**

If there is a change to the information used to develop the premium for this policy, we may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00188

## It's Important For You To Know



**Important Notice**
**Encompass Insurance Privacy Policy**

At Encompass, we value you as a customer and share your concerns about privacy. We hope that this notice, which describes our use and protection of nonpublic personal information ("customer information"), will help you understand how we treat the customer information that we obtain from you or other sources in the course of providing you with products and services.

We want you to know that Encompass respects your privacy and protects your information.

- We do not sell customer information.

- We do not share customer information with persons, companies, or organizations outside of Encompass that would use that information to contact you about their own products and services.

- We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.

- Within Encompass, we communicate regarding the need to protect your information to those individuals who may have access to it, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering. . .

**What kind of customer information do we have, and where did we get it?**
Much of the customer information that we have about you comes directly from you. You gave some of this information to us on your application or request for insurance or other products we offer. We keep information about the types of products and services you purchase from us, as well as account balances and payment history.

Depending on the nature of the transaction you are completing with us, you may be asked to provide information to Encompass, our affiliates, agencies, or other entities working on Encompass' behalf. The kinds of customer information you may be asked to provide could include: information we receive from you on applications or other forms, such as your name, address, and Social Security number; and information about your transactions with our affiliates, others, or us-for example, your policy coverage, premiums, and payment history.

**G1-40173-B**  Ed. 05-01                                    Page 1 of 3

ALST 00189

## It's Important For You To Know



We may also collect information from outside sources, including consumer reporting agencies and health care providers. This information includes loss information reports, motor vehicle reports, credit reports, and medical information.

**What do we do with customer information?**
Encompass Insurance does not sell customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Encompass that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with plenty of time for you to respond before the change in our practice took place.

To help you with your overall insurance program, your agent or broker may use customer information for marketing purposes. We may also use customer information to communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. To transact business on your behalf, we may find it necessary to provide customer information, without authorization but only as permitted or required by law, to persons or organizations both inside and outside of Encompass. These include, for example: our affiliated companies, companies that perform marketing services on our behalf, or other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

**How do we protect your customer information?**
When we share customer information with companies working on Encompass' behalf, we expect those companies to use that information only to provide the service we have asked them to perform. Within Encompass, customer information is available to those individuals who may need to see it to fulfill and service the needs of Encompass customers. We communicate regarding the need to protect customer information to all employees and agents, especially those individuals who have access to it. Plus, we've established physical, electronic, and procedural safeguards to protect customer information.

Finally, should your relationship with Encompass end, your customer information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

**How can you find out what information we have about you?**
You may request to either see, or obtain from us by mail, the customer information about you in our records. If you believe that information is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to

G1-40173-B  Ed. 05-01                                    Page 2 of 3

ALST 00190



the disputed customer information. To fulfill your request, we may make arrangements with an insurance support organization or a consumer reporting agency to copy and disclose customer information to you on our behalf. You may also request a more complete description of the entities to whom we disclose customer information, or the circumstances which might warrant such disclosures. Please send any of the requests listed above in writing to: Encompass Insurance Company, 401 Penn Street, Reading, PA 19601 Attn. GLB.

**If you are an Internet user. . .**
encompassinsurance.com provides information about Encompass, our products, and the agencies and brokers that represent us. You may also perform certain transactions on the website. When accessing encompassinsurance.com, please be sure to read the Privacy Statement that appears there.

In addition to the information contained in this Important Notice, the encompassinsurance.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding. 1) our use of online collecting devices known as "cookies," and 2) our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site. The website notice also contains important information you should consider regarding the security of information transmitted over the Internet.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact us as outlined above or visit encompassinsurance.com.

This notice is being provided on behalf of the following companies:

 Encompass Insurance Company
 Encompass Insurance Company of America
 Encompass Property and Casualty Company
 Encompass Independent Insurance Company
 Encompass Home and Auto Insurance Company
 Encompass Indemnity Company
 Encompass Insurance Company of Massachusetts
 Encompass Insurance Company of New Jersey
 Encompass Floridian Insurance Company
 Encompass Floridian Indemnity Company

**G1-40173-B**  Ed. 05-01

ALST 00191



## SCHEDULED TANGIBLE PERSONAL PROPERTY ENDORSEMENT

### PERILS INSURED AGAINST

Coverage is provided for direct physical loss except for losses caused by any of the following:

1. Wear and tear, gradual deterioration or inherent vice;

2. Insects or vermin;

3. War, including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

4. Nuclear Hazard, to the extent set forth in the Nuclear Hazard Clause of the **Property⌐ Losses We Do Not Cover** section of this Segment.

5. If Fine Arts are covered:

   a. Losses caused by repairing, restoration or retouching process;

   b. Breakage of art glass windows, glassware statuary, marble, bric-a-brac, porcelains and similar fragile articles. We cover loss by breakage if caused by:

      (1) Fire or lightning;

      (2) Explosion, aircraft or collision;

      (3) Windstorm, earthquake or flood;

      (4) Malicious damage or *theft*;

      (5) Derailment or overturn of a conveyance.

   This provision (5.b.) does not apply if the Schedule indicates that "Breakage Coverage Applies" for that item.

We do not insure loss, from any cause, to an exhibition at fair grounds or premises of national or international expositions unless the premises are covered by this Segment.

6. If Stamps, Trading Cards or Rare and Current Coin collections are covered:

   a. Fading, creasing, denting, scratching, tearing or thinning;

   b. Transfer of colors, inherent defect, dampness, extremes of temperature or depreciation;

   c. Being handled or worked on;

   d. The disappearance of individual stamps, coins or other articles unless the item is:

      (1) Described and scheduled with a specific amount of insurance; or

      (2) Mounted in a volume and the page it is attached to is also lost;

   e. Shipping by mail other than registered mail.

### TANGIBLE PERSONAL PROPERTY⌐ LIMIT OF LIABILITY

The **Tangible Personal Property⌐ Limit of Liability** in the Segment is deleted and replaced by the following for the Scheduled Tangible Personal Property:

**Loss Clause:** The amount of insurance under this endorsement will not be reduced except for a total loss of a scheduled article. We will refund the unearned premium applicable to such article after the loss or you may apply it to the premium due for the replacement of the scheduled article.

**Loss Settlement:** Covered property losses are settled as follows:

1. Fine Arts-We will pay the amount shown for each scheduled article which is agreed to be the value of the article.

   In case of loss to a pair or set, we agree to pay you the full amount of the set as shown in the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-42302-F    Ed. 06-02

ALST 00192

 **ENCOMPASS.** INSURANCE

schedule and you agree to surrender the remaining article or articles of the set to us.

2. Postage Stamps Or Rare And Current Coin Collections-In case of loss to any scheduled item, the amount to be paid will be determined in accordance with paragraph (3), Other Property.

When coins or stamps are covered on a blanket basis, we will pay the cash market value at time of loss but not more than $1,000 for any one stamp, coin or individual article or any one pair, strip, block, series sheet, cover, frame or card.

We will not pay a greater proportion of any loss on blanket property than the amount insured on blanket property bears to the cash market value at the time of loss.

3. Other Property

a. The value of the property insured is not agreed upon but will be ascertained at the time of loss or damage. We will pay an amount not exceeding the smallest of:

(1) The amount that we could reasonably be expected to have the property repaired to its condition immediately prior to loss; or

(2) The amount for which we could reasonably be expected to replace the article with one substantially identical to the article lost or damaged; or

(3) The amount of insurance specified in the Coverage Summary for the property; or

(4) The actual cash value (with deduction for depreciation) if the actual repair or replacement is not completed; or

(5) $1,000 per item on any **blanket jewelry** schedule;

(6) $2,500 per item for blanket classes scheduled for any amount greater than $10,000.

b. If the Schedule indicates that "Stated Value Applies" to an item:

(1) For total losses to articles, including pairs and sets we will pay the stated value of the article as shown in the Schedule.

(2) For partial losses to articles, including pairs and sets, we will pay no more than the stated value of the article as shown in the Schedule. We will also apply the following in the settlement of a partial loss:

(a) Loss to any scheduled article or loss to a pair, set or parts-Other Than Jewelry and Fine Arts.

In case of a partial loss to a covered article, or partial loss to a pair, set or parts of a covered article other than Jewelry or Fine Arts, we may elect to refuse a surrender of the remaining or damaged property and;

(i) pay for repair or replacement of the lost or damaged article, pair or set to restore the article or set to its stated value immediately before the loss; or

(ii) pay the difference between the stated value of the article, pair or set before the loss and the cash value of the article, pair or set after the loss; or

(iii) pay to restore the article, pair or set, as nearly as possible, to its condition immediately prior to the loss and where the restored value is less than the stated value immediately prior to the loss the difference between the restored value and the stated value.

(b) Loss to a Pair, Set or PartsL Jewelry and Fine Arts.

In case of a partial loss to a pair, set or parts, if you agree to surrender the remaining article or articles of the pair, set or parts to us we agree to pay you the stated value of the pair, set or parts. If you do not surrender the remaining article or articles of the pair, set, or parts we will pay the difference between stated value of the article before the loss and the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00193**


ENCOMPASS.
I N S U R A N C E

actual cash value of the article after the loss.

(3) For the **ELITE-HOME** Segment only, newly acquired jewelry will be covered for up to 25% of the scheduled jewelry class (subject to a maximum of $10,000). We will provide this coverage for 30 days after the purchase of the newly acquired jewelry.

## PAIR, SET OR PARTS OTHER THAN FINE ARTS OR STATED VALUE

1. Loss to a pair or set:

   a. Repair or replace any part or restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

2. Parts:

   In case of a loss to any part of covered property, consisting of several parts when complete, we will pay for the value of the part lost or damaged.

## OTHER PROVISIONS YOU AND WE AGREE TO

The following provision is added:

This policy provides Fine Arts coverage only within the United States and Canada.

## DEFINITIONS

The following definitions are added to this section of the policy:

**Blanket** coverage includes the following property under the categories of:

a. **Jewelry/Furs** ∟ Jewelry, watches, precious and semi-precious stones, furs garments trimmed with fur or consisting primarily of fur;

b. **Silverware** ∟ Silverware, silver-plated ware, goldware, goldplated ware and pewterware;

c. **Stamps/Securities** ∟ *Stamps*, securities, accounts, deeds, evidences of debt, letters of credit, notes other than banknotes, manuscripts, personal records, passports and tickets;

d. **Money** ∟ Money, banknotes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals;

**Stamps** includes the following:

a. Due, envelope, official, revenue, match and medicine stamps;

b. Covers, locals, reprints, essays, proofs and other philatelic property; or

c. Books, pages and mountings of items in a. and b.

**Stated Value** means you and we agree that the limit shown in the Schedule for the scheduled article, including pairs and sets, is the value of the scheduled article.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-42302-F   Ed. 06-02

ALST 00194



# Required Coverages and Amendments

## AMENDMENT OF HOME AND DWELLING
## FIRE PROVISIONS – LOUISIANA

The following amends the **SPECIAL, DELUXE,** and **ELITE-HOME** Segments and the **DWELLING FIRE** Segment. Certain sections of this Amendment modify one or more of the above Segments and are so indicated. If not so indicated, the language below modifies all of the above Segments.

### GENERAL AGREEMENT

We will pay claims and provide coverage as described in this Segment if you pay the premiums and comply with everything outlined in this Segment. The Coverage Summary and the Policy Index form a part of the contract between you and us. Acceptance of this Segment means that you agree that the limits and deductibles shown in the Coverage Summary and in the Segment accurately reflect the limits and deductibles you have chosen.

### DEDUCTIBLES

The deductibles in the Coverage Summary are the amount you are responsible for in each loss. If more than one category of property is damaged in the same loss, only the highest deductible will be applied.

### COVERAGE SUMMARY

When we refer to the Coverage Summary in a Segment, we mean the section of the Coverage Summary that corresponds to the applicable Segment, and which details or lists the applicable coverage limits and deductibles for that Segment. Loss settlement for a covered exposure will only be applicable for the Segment for which coverage was purchased.

### DEFINITIONS

The following definitions are added:

**"You"** and **"your"** refer to the person shown as the "Named Insured" in the Coverage Summary and his or her spouse if a resident of the same household. **"We"** and **"us"** and **"our"** refer to the Company providing this insurance.

For the **SPECIAL-HOME** Segment, including all attached endorsements, any reference to "aggregate property limit" is deleted and replaced by "property location limit".

**Property Location Limit** means the sum of the individual limits of insurance for your residence, tangible personal property and other structures respectively for such residence as specified in the Coverage Summary.

### REAL PROPERTY – LIMIT OF LIABILITY

For the **ELITE** and **DELUXE-HOME** Segments, Item 2. is deleted and replaced by the following:

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b. Notified us within **90 days** of the start of any alterations to the real property which increase the replacement cost of the real property by **5%** or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost;

   b. Also increase the property location limit by the same percentage applied to the residence value to pay the loss but no more than **25%** for **ELITE-HOME** or **15%** for **DELUXE-HOME**; and

   c. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00195

# Required Coverages and Amendments

For the **SPECIAL-HOME** Segment, Provisions **1.** and **2.** are deleted in their entirety and replaced by the following:

1.  Payment will not exceed the smallest of:

    a.  The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

    b.  The actual cost to replace the real property or any parts of it;

    c.  For dwelling − The estimated residence value shown in the Coverage Summary for that particular residence; or

    d.  For Other Structures located on the **residence premises** but physically separated from the dwelling − **10%** of the estimated residence value shown in the Coverage Summary. This limit is the most we will pay regardless of the number of Other Structures damaged in the same **occurrence**.

2.  If the Coverage Summary indicates that **Specified Additional Amount of Insurance for Dwelling Coverage** applies and you have:

    a.  Maintained coverage on the real property at **100%** of its full replacement cost by paying renewal premium to reflect the then current replacement cost; and

    b.  Notified us within **90** days of the start of any alterations to the real property which increase the replacement cost of the real property by **5%** or more;

    Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

    a.  Increase the residence value to equal the current replacement cost of the residence, subject to a maximum increase of **15%** of the estimated residence value; and

    b.  Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

    At the time of loss, Other Structures and Tangible Personal Property Coverage percentages will not be increased as a result of **Specified Additional Amount of Insurance for Dwelling Coverage** on your dwelling.

    Current replacement cost does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property. The current replacement cost of the real property is based on either:

    a.  A recalculation of your home based on information that you provided or on information gathered from an inspection or both; or

    b.  A residential cost index applied to each policy anniversary. The index is an estimate of the increased cost of rebuilding or repairing your home and is based on information provided to us by a major appraisal company and other available information.

    Item **4.** is deleted and replaced by the following:

    4.  If the replacement premises is not at the same location, covered losses will be settled on a replacement cost basis. We will pay no more than the dwelling replacement value shown in the Coverage Summary for material of like kind and quality as the original **residence premises**.

## TANGIBLE PERSONAL PROPERTY − PROPERTY SPECIAL LIMITS

For **DELUXE-HOME, Category 1.** is deleted and replaced by the following:

1.  **$500** . . . On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins, and medals.

For the **DELUXE-HOME, SPECIAL-HOME,** and **DWELLING FIRE** Segments, the following Category **10.** is added:

10. **$10,000** . . . For loss, other than water damage, to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

For the **DELUXE-HOME** Segment, the following Category **11.** is added:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00196

# Required Coverages and Amendments



11. **$5,000** . . . For loss due to water damage to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

For the **SPECIAL-HOME** and **DWELLING FIRE** Segments, the following Category 11. is added:

11. **$2,500** . . . For loss due to water damage to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

## TANGIBLE PERSONAL PROPERTY − PROPERTY NOT COVERED

The following Exclusion 8. is added for the **ELITE-HOME** only:

8. Motorized golf carts while away from an **insured location** for other than:

   a. Golfing purposes; or

   b. Storage at a golf course.

   However, this restriction does not apply to a golf cart in transit in, on, or being towed by another motorized land vehicle in the course of being moved from one location to another.

## TANGIBLE PERSONAL PROPERTY − LIMIT OF LIABILITY

For the **SPECIAL-HOME** Segment, Provisions 1. and 2. are deleted in their entirety and replaced by the following:

1. Tangible Personal Property is insured on an actual cash value basis (with deduction for depreciation) unless the Coverage Summary indicates that **Personal Property Replacement Cost Coverage** applies. When Tangible Personal Property is insured on an actual cash value basis, covered losses for Tangible Personal Property will be settled on an actual cash value basis (without deduction for depreciation), but not exceeding the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

   c. The amount specified in the section **TANGIBLE PERSONAL PROPERTY − PROPERTY SPECIAL LIMITS**; or

   d. 50% of the estimated residence value shown in the Coverage Summary.

2. If the Coverage Summary indicates that **Personal Property Replacement Cost Coverage**, covered losses will be settled on a replacement cost basis (without deduction for depreciation) but not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The amount that we could reasonably be expected to pay to replace the article with a new one of like kind and quality to the article lost or damaged;

   c. The amount specified in **TANGIBLE PERSONAL PROPERTY − PROPERTY SPECIAL LIMITS**; or

   d. 70% of the estimated residence value shown in the Coverage Summary.

**Personal Property Replacement Cost Coverage** will not apply to property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

We may repair or we may replace with a new item of like kind and quality.

If the replacement cost for the entire loss under this **SPECIAL-HOME** Segment is more than **$3,000**, we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

The first paragraph of provision 4. is deleted and replaced with the following to increase coverage:

Our limit of liability for tangible personal property usually located at a **covered person's** residence or premises is 5% of the property location limit shown

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00197

## Required Coverages and Amendments

on the Coverage Summary provided such residence or premises is:

### ADDITIONAL PROPERTY COVERAGES

For the **HOME** Segment, under Item **1. Additional Living Expense**, the following is added at the end of **1.a.(1)** for the **ELITE, DELUXE,** and **SPECIAL-HOME**:

This coverage is limited to **15%** of the property location limit shown on your Coverage Summary.

Also, the one year limitation for **Additional Living Expense** for the **DELUXE** and **SPECIAL-HOME** contracts is eliminated.

Provision **4. Debris Removal** is deleted from the **HOME** Segment in its entirety, and it is replaced by the following:

**4.  Debris Removal.**

We will pay your reasonable expense for the removal of:

a.  Debris of covered property for covered losses; or

b.  Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional **4%** of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to **$500**, for the removal from your **residence premises** of:

a.  Your tree(s) felled by the peril of Windstorm or Hail;

b.  Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c.  A neighbor's tree(s) felled by a **Tangible Personal Property — Covered Peril;** provided the tree(s):

(1)  Damage(s) a covered structure; or

(2)  Block(s) a driveway on the residence premises so that vehicles cannot pass; or

(3)  Block(s) a ramp or driveway for handicapped persons' access to a structure; or

(4)  Prohibit(s) safe entry into a covered structure through any of its normal entryways.

The **$500** limit is the most we will pay in any one loss regardless of the number of fallen trees.

For the **DELUXE** and **ELITE-HOME** Segments, item **6. Building Ordinance Increased Costs** is deleted and replaced by the following:

**6.  Building Ordinance Increased Costs.**

We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. This coverage is limited to **15%** of the property location limit shown on your Coverage Summary.

For **DELUXE** and **ELITE-HOME** only, Item **8. Mortgage Extra Expense Coverage** is deleted and replaced by the following:

**8.  Mortgage Extra Expense Coverage**

If a **total loss** occurs to the **residence premises** from a covered loss, we agree to reimburse you for the increased **monthly mortgage expenses**.

In addition, we will pay mortgage **acquisition costs** and legal fees incurred from the construction of a replacement dwelling at the same location.

Your limit for this coverage is **$20,000**. No more than **$250** per month of this limit will be available for the **monthly mortgage expenses.**

We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

Coverage is limited to the extra expense of your first mortgage on the **residence premises.**

For **DELUXE** and **ELITE-HOME** only, the first paragraph of Item **9. Personal Home Computer and**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00198



# Required Coverages and Amendments

**Data Records Coverage** is deleted and replaced by the following:

9. **Personal Home Computer and Data Records Coverage**

   We cover personal home computer(s) that are:

   a. Located on your *residence premises*; and

   b. Are owned by you;

   For direct physical loss except for losses listed in **PROPERTY COVERAGE — LOSSES WE DO NOT COVER.** We also cover loss to data caused by magnetic injury and loss to your personal home computer and data caused by external power failure or external power surge.

Item **11. Collapse** in the **DELUXE** and **ELITE-HOME** Segments, item **8. Collapse** in the **SPECIAL-HOME** Segment, and item **7. Collapse** in the **DWELLING FIRE** Segment are deleted in their entirety and replaced by the following:

**Collapse**

a. With respect to this **Additional Coverage:**

   1. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

   2. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

   3. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

   4. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered real property and tangible personal property involving a collapse of a building or any part of a building if the collapse was caused by one or more of the following:

   1. Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

   2. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

   3. Weight of contents, equipment, animals or people;

   4. Weight of rain which collects on a roof;

   5. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   6. A **Real Property** covered peril for Elite; and a **Tangible Personal Property** covered peril for **Special, Deluxe** and **Dwelling Fire.**

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items 1., 2., 3., 4., and 5., unless the loss is a direct result of the collapse of a covered building or any part of a covered building.

   This coverage does not increase the limit of liability applying to the damaged covered property.

For **ELITE-HOME** only, Item **13. Trees and Shrubs,** the first sentence is deleted and replaced by the following:

13. **Trees and Shrubs**

    We will pay up to **10%** of the covered amount of property on which the loss occurs for loss to your lawn, trees, plants, or shrubs, on your *residence premises.*

For **SPECIAL-HOME**, Item **16. Lock Replacement** and Item 22. **Lock Replacement** for **DELUXE-HOME,** the amount of coverage is increased to **$500.**

For **ELITE-HOME** only, Item **18. Refrigerated Products Coverage,** the amount of coverage is increased to **$1,000.**

For **SPECIAL-HOME,** the following is added as Item 20. for **DELUXE** and **ELITE-HOME,** the following is added as Item **24.:**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00199

# Required Coverages and Amendments

**Police Department Service Charge**

We will pay up to $50 per *occurrence*, subject to a maximum of $250 per policy period, for Police Department charges incurred when the Police Department is called due to the accidental activation of a burglary alarm system. The deductible does not apply.

For **SPECIAL-HOME**, the following is added as Item **21.** for **DELUXE** and **ELITE-HOME**, the following is added as Item **25.**:

**Witness Expense Reimbursement**

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **REAL PROPERTY** or **TANGIBLE PERSONAL PROPERTY** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

For the **SPECIAL-HOME** only, the following is added as Item **22.**:

**Reward Coverage**

We pay up to **10%** of the amount of loss up to a maximum of **$1,000** to anyone providing information leading to the arrest and conviction of anyone:

**a.** Who perpetrates an arson loss at an *insured location*; or

**b.** Who robs, steals, or burglarizes any *covered person's* property.

We also pay anyone providing assistance in the recovery of stolen property, **10%** of the value of the recovered property, up to a maximum of **$1,000**. The deductible does not apply.

## LOSSES WE DO NOT COVER

The introductory paragraph is deleted and replaced by the following:

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. However, coverage will be provided for any covered peril that precedes an excluded peril, occurs concurrently with an excluded peril, or occurs as a result of an excluded peril

For the **SPECIAL** and **DELUXE-HOME** and **DWELLING FIRE**, Exclusion **1.d.** is deleted and replaced by the following:

**d.** Involving intentional loss, meaning any loss arising out of any act committed:

   (1) With respect to loss caused by fire:

   **(a)** By or at the direction of the *covered person*; and

   **(b)** With the intent to cause a loss.

   (2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy;

   (a) By you or at your direction; and

   (b) With the intent to cause a loss.

However, this exclusion does not apply to an innocent *covered person* who does not participate in the criminal act or omission.

For the **SPECIAL** and **DELUXE-HOME** and **DWELLING FIRE**, the following Exclusion **1.h.** is added:

**h.** Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2) Such *covered person* is not actually charged with or convicted of a crime.

For the **ELITE-HOME**, the following is added to Exclusion **1.d.(2)**:

However, we do cover loss to your personal home computer caused by external power failure or external power surge.

For the **ELITE-HOME** Segment, exclusion **1.e.(1)** is deleted.

For the **ELITE-HOME**, Exclusion **1.h.** is deleted and replaced by the following:

**h.** Involving intentional loss, meaning any loss arising out of any act committed:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00200

# Required Coverages and Amendments



(1) With respect to loss caused by fire:

    (a) By or at the direction of the *covered person*; and

    (b) With the intent to cause a loss.

(2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy:

    (a) By you or at your direction; and

    (b) With the intent to cause a loss.

However, this exclusion does not apply to an innocent co-insured to the extent of that innocent co-insured's interest in the property based on intentional and/or illegal acts of another insured.

The following exclusions are added under **1. Real Property and Tangible Personal Property** of the **ELITE-HOME** Segment:

**m.** We do not insure for loss caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

    (1) Fire;

    (2) Explosion; or

    (3) Breakage of glass or glazing material which is part of a building, ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

**n.** Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

    (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

    (2) Such *covered person* is not actually charged with or convicted of a crime.

However, this exclusion does not apply to an innocent *covered person* who does not participate in the criminal act or omission.

Exclusion a. under **2. Real Property** of the **ELITE-HOME** Segment is deleted.

In the **DELUXE-HOME**, **SPECIAL-HOME**, and **DWELLING FIRE** Segments, the second paragraph of exclusion 2.d.(7) is deleted and replaced by the following:

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

For the **DELUXE-HOME** and **DWELLING FIRE** Segments, exclusion 2.g.(1) is deleted.

For the **SPECIAL-HOME** Segment, exclusion 2.h.(1) is deleted.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

**2.** **Mortgage Clause.** The following sentence is deleted:

    If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the cancellation takes effect.

The following sentences are added to replace the above:

    If this Segment is canceled by us, the mortgagee will be notified:

    **a.** At least **10** days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    **b.** At least **30** days before the date cancellation takes effect if we cancel for any other reason.

If the Segment is not renewed by us, the mortgagee will be notified at least **30** days before the date nonrenewal takes effect.

**4.** **Your Duties After Loss.**

    The first paragraph is deleted in its entirety and replaced by the following:

    You agree to see that the following things are done after a loss. We have no duty to provide coverage under this Segment by the amount your or any other *covered person's* action or inaction caused the additional loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ALST 00201

# Required Coverages and Amendments

**5. Appraisal.**

The sentence: "A decision agreed to by any two will be binding." is deleted in its entirety.

**6. Suit Against Us** is deleted and replaced by the following:

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

**8. Who We Pay** is deleted and replaced by the following:

**8. Who We Pay.** We will adjust all losses with you. We will pay you unless some other person is named in the Segment or is legally entitled to receive payment. Loss will be payable **30** days after we receive your proof of loss and any undisputed portions of the claim.

The following is added as Item **10.**:

**10. Cost of Preparing Proof of Loss**

We will pay up to $250 for **SPECIAL** and **DELUXE-HOME** and $2,000 for **ELITE-HOME** for the reasonable expenses incurred by you or any *covered person*, for any outside services necessary to prepare proof of your loss or other exhibits required by this Segment. This includes:

**a.** Building repair estimates;

**b.** Accounting services;

**c.** Appraisals; or

**d.** Other necessary services performed for you or any *covered person*, by others.

However, we will not pay for any legal services or the services of a public adjuster.

## LIABILITY COVERAGE – HOME

## PERSONAL LIABILITY – INSURING AGREEMENT

The second Item **1.** is deleted and replaced by the following:

**1.** Pay up to our limit of liability for the damages which a *covered person* is legally liable.

The last sentence in provision **2.** "our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability" is deleted in its entirety.

## LOSSES WE DO NOT COVER

Exclusions **1.d.(2)**, **1.d.(3)**, **1.d.(5)**, and **1.h.** are deleted and replaced by the following:

**1. d. (2)** Watercraft powered by one or more outboard motors of **50** horsepower or less, which are owned by a *covered person*;

**1. d. (3)** Watercraft powered by inboard or inboard-outboard motor power of **50** horsepower or less, which are owned by a *covered person*;

**1. d. (5)** Watercraft that you or a *family member* do not own, as long as they are not furnished or available for the regular use of you or any *covered person*, regardless of the horsepower;

**1. h.** Intended by, or which may be reasonably expected to result from the intentional acts or omissions of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *bodily injury* or *property damage* is of a different kind, quality, or degree than initially expected or intended; or

(3) Such *bodily injury* or *property damage* is sustained by a different person, entity, real or personal property, than intended or reasonably expected.

However, this Exclusion **h.** does not apply to *bodily injury* resulting from the use of reasonable force by one or more *covered persons* to protect persons of property.

Exclusion **1.l.(3)** is deleted in its entirety.

Exclusions **1.o.** and **1.p.** are added:

**1. o.** Arising out of sexual molestation, corporal punishment, or physical or mental abuse. However, we will cover your liability for

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

ALST 00202

# Required Coverages and Amendments



ENCOMPASS.
INSURANCE

corporal punishment to any pupil if coverage is shown on the Coverage Summary.

1. **p.** Resulting from criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   **(1)** Such *covered person* lacks the mental capacity to govern his or her conduct;

   **(2)** Such *covered person* is not actually charged with or convicted of a crime.

Exclusion **4.** is deleted and replaced by the following:

4. **Personal Injury** does not apply to:

   **a.** Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

   **b.** Injury sustained by any person as a result of an offense directly related to the acts of a person in the employment of a *covered person*;

   **c.** Injury arising out of or in connection with a *business* engaged in by a *covered person*. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*;

   **d.** Civic or public activities performed for pay by any *covered person*;

   **e.** Injury arising out of:

   **(1)** Oral or written publication of material, if done by or at the direction of any covered person with knowledge of its falsity;

   **(2)** Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

   **f.** Injury to you or a *covered person* within the meaning of part **a.** or **b.** of the *covered person* definition.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1. **Your Duties After Loss.**

   The first paragraph is deleted in its entirety and replaced by the following:

   After an *occurrence,* you and any other *covered person* under this segment must make sure that all of the following are done. We have no duty to provide coverage under this Segment by the amount your or any other *covered person's* action or inaction caused the additional loss.

3. **Suit Against Us**

   This provision is deleted in its entirety and replaced by the following:

   A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against a *covered person;* but we will not be liable for damages that are not payable under the terms of this Coverage part or that are in excess of the applicable limit of insurance. An agreed settlement and release of liability signed by us, the *covered person,* and the claimant or the claimant's legal representative.

## GENERAL PROVISIONS — HOME AND DWELLING FIRE

The following replaces the **GENERAL PROVISIONS — HOME** in the **HOME** Segment and the **GENERAL PROVISIONS — DWELLING** in the **DWELLING FIRE** Segment.

1. **WAIVER OR CHANGE OF POLICY PROVISIONS**

   A waiver or change of any policy provision must be in writing from us.

2. **LIBERALIZATION CLAUSE**

   If we make a change which broadens coverage under this edition of our Segment without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our Segment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

ALST 00203

# Required
# Coverages and Amendments

### 3. TERMINATION

**Cancellation**

This Segment may be cancelled during the policy period as follows:

a. The named insured shown in the Coverage Summary may cancel by:

    (1) Returning this Segment to us; or

    (2) Giving us advance written notice of the date cancellation is to take effect.

b. The following applies with respect to premium payments due on new and renewal policies, including installment payments:

    (1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the Segment subject to Paragraphs (2) and (3) below.

    (2) We may cancel the Segment effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we received notice of the return check or negotiable instrument.

    (3) The cancellation notice will also advise you that the Segment will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

c. The following applies if b. above does not apply.

We may cancel this Segment only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary.

Proof of mailing will be sufficient proof of notice.

    (1) When you have not paid the premium, regardless of the period of time this Segment has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    (2) When this Segment has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

    (3) When this Segment has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item c.(5) below, we may cancel:

        (a) If there has been a material misrepresentation of fact with the intent to deceive:

            (1) In the procurement of the contract; or

            (2) At any other time since the Segment was issued;

        which if known to us would have caused us not to issue the Segment; or

        (b) If the risk has changed substantially since the Segment was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

    (4) When this Segment is written for a period of:

        (a) More than one year; or

        (b) Three years or less;

    we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

    (5) When this Segment has been in effect and renewed for more than three years, we may cancel for any one of the following:

**ALST 00204**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Required Coverages and Amendments



(a) If you have committed fraud with the intent to deceive:

    (1) In the procurement of the contract; or

    (2) At any other time since the Segment was issued;

(b) If the insured risk has undergone a material change;

(c) If you have filed two or more claims within three years; or

(d) If the continuation of this Segment endangers our solvency.

This can be done by letting you know at least **30** days before the date cancellation takes effect.

We will not, however, cancel this Segment, regardless of the period of time this Segment has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**d.** If this Segment is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

    (1) If you cancel this Segment, we will refund the return premium, if any, within **30** days after the date cancellation takes effect.

    (2) If we cancel this Segment, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.

    (3) If we cancel based on Paragraph **b.** above, we will return the premium due, if any, within **10** days after the expiration of the **10**-day period referred to in **b.(3)**. If the Segment was financed by a premium finance company, or if payment was advanced by the insurance agent, we will

send the return premium directly to such payor.

**Nonrenewal**

**a.** We may elect not to renew this Segment, subject to the provisions of paragraphs **b.** and **c.** below. We may do so by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice at least **30** days before the expiration date of this Segment. Proof of mailing will be sufficient proof of notice.

**b.** If this Segment has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

    (1) When you have not paid the premium;

    (2) If you have committed fraud;

    (3) If the insured risk has undergone a substantial change;

    (4) If you have filed two or more claims within three years; or

    (5) If the continuation of this Segment endangers our solvency.

**c.** We will not, however, exercise our right of nonrenewal, regardless of the period of time this Segment has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**Automatic Termination**

If we offer to renew or continue this Segment and you or your representative do not accept, this Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on your covered dwelling, any similar insurance provided by this Segment will terminate as to that dwelling on the effective date of the other insurance.

**ALST 00205**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

Page 11 of 14

# Required Coverages and Amendments

**Other Termination Provisions**

a. If this Segment is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed on a pro-rata basis. However, making or offering to make the refund is not a condition of cancellation.

b. The effective date of cancellation stated in the notice shall become the end of the policy period for this Segment.

## 4. BANKRUPTCY OF ANY COVERED PERSON

Bankruptcy or insolvency of you or any **covered person**, as defined in this Segment, shall not relieve us of any of our obligations.

## 5. OTHER INSURANCE

When there is other applicable insurance, we will provide coverage as follows:

a. In the first year of this policy, prior to the exposure's effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased in excess of the total limits of all other policies.

b. During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

c. No one will be entitled to any payment that duplicates payment under any other Segment of the policy or from any other source of recovery for the same element of loss.

Exception:

a. For Condominium and Cooperative Owners — If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this Segment, this insurance will be excess over the amount recoverable under such other insurance.

b. Any insurance **we** provide with respect to a watercraft that **you** or any **family member** do

not own shall be excess over other valid and collectible insurance.

c. For other than losses covered under **Additional Liability Coverage — Workers' Compensation**, this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

## 6. POLICY PERIOD

Claims under this policy must be for:

a. Loss under the property coverages; or

b. Liability arising from an accident or **occurrence** as defined in the Segment;

which occurs during the policy period shown on the Coverage Summary.

## 7. TERRITORY

The Segment territory is worldwide.

## 8. RECOVERED PROPERTY

If you recover any property that we have made payment on under this Segment, you must immediately notify us. If the recovery is made prior to the conclusion of the loss adjustment, you will have the option to retain the property and we will adjust the loss payment based on the value of the property.

## 9. TRANSFER OF YOUR INTEREST IN THIS SEGMENT

Your rights and duties under this Segment may not be assigned without our written consent.

However, if any person named in the Coverage Summary dies, coverage will be provided for:

a. The surviving spouse if a resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Coverage Summary; and

b. The legal representative of the deceased person as if a named insured shown in the Coverage Summary. This applies only with respect to the property of the deceased covered under the segment at the time of death.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Required Coverages and Amendments



Coverage will be provided only until the end of the policy period.

**10. Concealment of Fraud**

**a.** Under **PROPERTY COVERAGE – HOME** and **PROPERTY COVERAGE – DWELLING:**

(1) with respect to loss caused by fire, we do not provide coverage to the *covered person* who, whether before or after a loss, has:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

(2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy, we provide no coverage for loss under **PROPERTY COVERAGE – HOME** and **PROPERTY COVERAGE – DWELLING** if, whether before or after a loss, one or more *covered persons* have:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

**b.** Under **LIABILITY COVERAGE – HOME** and **LIABILITY COVERAGE – DWELLING FIRE**, we do not provide coverage to one or more *covered persons* who, before or after a loss, have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

c. However, if the conduct specified under a. or b. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

**11. SUBROGATION**

A *covered person* may waive in writing before a loss all rights of recovery against any person.

If not waived, *we* may require an assignment of rights of recovery for a loss to the extent that payment is made by *us*.

If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with *us*.

If *we* make any payment under this Segment and the person to or for whom payment is made has a right to recover damages from another, *we* shall be subrogated to that right. However, our right to recover is subordinate to the *covered person's* right to be fully compensated.

**12. ADDITIONAL INSURED**

The definition of **"you"** and **"your"** includes the person or organization named in the Coverage Summary as an Additional Insured for the **HOME** Segment, with respect to:

(1) **Property Coverage – Real Property;**

(2) **Liability Coverage – Personal Liability;** and

(3) **Liability Coverage – Medical Expense;**

but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of employee's employment by the person or organization.

**13. THE LAW**

If anything in this Segment conflicts with state or local laws, *we* agree to honor any claim or suit in conformity with the law.

**ALST 00207**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Required Coverages and Amendments

**14. CHANGES DURING THE POLICY PERIOD**

If there is a change to the information used to develop the premium for this Segment, *we* may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, *we* will make the premium adjustment in accordance with our manual rules.

ALST 00208

Includes copyrighted material of Insurance Services Office, Inc., with its permission.