
**ENCOMPASS**
I N S U R A N C E

TO THE BEST OF OUR KNOWLEDGE WE DO HEREBY CERTIFY THAT THE
ATTACHED COPY IS A TRUE, CORRECT AND COMPLETE COPY OF THE
ORIGINAL RENEWAL:

Policy Number:   261991375

ISSUED TO:       Angelina Burst
                 6 Beresford Drive
                 Metairie, LA. 70001-6156
                 11-21-04 to 11-21-05

ENCOMPASS INDEMNITY COMPANY
BY:   _____
                    AUTHORIZED REPRESENTATIVE

Application resides with agent

SWORN TO BEFORE ME THIS
26th day of January, 2006

_____

KIM FERGUSON
NOTARY PUBLIC
Commonwealth of Virginia
My Commission Expires DEC. 31, 2009

ALST 00057

# USP Deluxe
# Amended Policy Coverage Summary

**ENCOMPASS.**
INSURANCE

**Policyholder:**
ANGELINA BURST
6 BERESFORD DRIVE
METAIRIE LA 70001-6156

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950  610-080928-0000

**Policy Number:**
261991375

**Policy Period:**
11/21/2004 to 11/21/2005  **12:01 AM Standard Time**

**Policyholder Since:**
11/2004

**Insurance Provided By:**
Encompass Indemnity Company
2775 Sanders Rd.; Northbrook, IL 60062-6127

24 HOUR CLAIM REPORTING 800-588-7400

## YOUR POLICY HAS BEEN CHANGED

Residence information has changed

removed CSF&B on 6 Beresford Dr

| | |
|---|---|
| Revised Annual Policy Premium | $ 4,549.00 |
| Additional Premium for Coverages From 04/20/2005 to 11/21/2005 | $ 200.00 |

This Coverage Summary provides you with complete policy information, including the above change, and represents your coverages currently in effect.

## HOME PROTECTION

**(Coverage applies only if a premium or limit is shown)**

**Residence  1 Description:**  6 BERESFORD DRIVE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $ 1,500,000 | $ 3,438.00 |
| Property Deductible | $ 1,000 | |
| Your location limit is 200 % of the estimated residence value of | | |
| $ 750,000 | | |
| | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location. | | |
| Hurricane Peril Coverage | | $ 1,111.00 |
| 1% Hurricane Deductible (based on the residence value) | | |
| Applied to hurricane losses | | |
| This deductible pertains to Residence  1 | | |
| LOSS OF USE | Per Policy | $ Included |
| | | |
| PERSONAL LIABILITY | $ 500,000 | $ Included |
| MEDICAL EXPENSE | $ 5,000 | $ Included |
| | | |
| **Total Residence Premium** | | $ 4,549.00 |

261991375

*Douglas R. Wendt*
Chairman of the Board

*David P. Marly*
Secretary

**ALST 00058**

Continued on Next Page

Page 01 of 04

# USP Deluxe
# Amended Policy Coverage Summary

## HOME PROTECTION          (Coverage applies only if a premium or limit is shown)

### MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence  1 | Loan Number | Type of Interest |
|---|---|---|
| HIBERNIA NATIONAL BANK ITS | 90041620 | Mortgagee |
| SUCCESSORS &/OR ASSIGNS | | |
| P O BOX 57046 | | |
| IRVINE CA 92619-7046 | | |

### DISCOUNTS AND CHARGES          Residence 1

Dwelling Age Discount                    Applied

### TOTAL HOME(S) PREMIUMS AND CHARGES

Your Total Premium For All Homes                                        $  4,549.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-G (10-02) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| | |
|---|---|
| G1-40173-B (05-01) | ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS |

The forms marked with "*" reflect revised or new forms included with this coverage summary.

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $  4,549.00 |

261991375

**ALST 00059**

# USP Deluxe
# Amended Policy Coverage Summary



---

## SUMMARY OF YOUR POLICY'S PREMIUMS

**Total For All Exposures**                                               $   4,549.00

---

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

261991375

**ALST 00060**

# USP Deluxe
# Amended Policy Coverage Summary


**ENCOMPASS.**
INSURANCE

---

**AGENT'S USE ONLY**

---

**Policy Level**

Property Rating Tier             Tier 2

---

**Residence Level**             Res 1

Territory                        319
Coverage Type                    H03
Miles to Fire Department         05
Feet to Hydrant                  1000
Protection Class                 01
Construction                     F
Year Built                       2004
Residence Type                   Primary
Occupancy                        Insured
Square Feet                      05242
SRM                              3

261991375

**ALST 00061**

# USP Deluxe
# New Policy Coverage Summary


**ENCOMPASS.**
I N S U R A N C E

**Policyholder:**
ANGELINA BURST
6 BERESFORD DRIVE
METAIRIE LA 70001-6156

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
751 BARONNE ST
NEW ORLEANS LA 70113
PHONE: 504-888-2950  610-080928-0000

**Policy Number:**
261991375

**Policy Period:**
11/21/2004 to 11/21/2005 12:01 AM Standard Time

**Policyholder Since:**
11/2004

**Insurance Provided By:**
Encompass Indemnity Company
P.O.Box 16200 Reading, PA 19612-6200

24 HOUR CLAIM REPORTING 800-588-7400

---

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence  1 Description:**  6 BERESFORD DRIVE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $ 1,500,000 | $ 3,098.00 |
| Property Deductible | $ 1,000 | |

Your location limit is 200 % of the estimated residence value of
$  750,000

The location limit is the total amount of insurance on your dwelling, contents
and other structures at this location.

| | | |
|---|---|---|
| Hurricane Peril Coverage | | $ 1,111.00 |

1%  Hurricane Deductible (based on the residence value)
Applied to hurricane losses
This deductible pertains to Residence  1

| LOSS OF USE | Per Policy | $ Included |
|---|---|---|
| PERSONAL LIABILITY | $ 500,000 | $ Included |
| MEDICAL EXPENSE | $ 5,000 | $ Included |

**Total Residence Premium**                              $  4,209.00

---

## MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence  1 | Loan Number | Type of Interest |
|---|---|---|
| HIBERNIA NATIONAL BANK ISAOA | 90041620 | Mortgagee |
| MORTGAGE LOAN SERVICING DEPT | | |
| P O BOX 481 | | |
| BATON ROUGE LA 70821-0481 | | |

---

| DISCOUNTS AND CHARGES | Residence 1 |
|---|---|
| Burglar Alarm Discount (central station reporting) | Applied |
| Fire Alarm Discount (central station reporting) | Applied |
| Dwelling Age Discount | Applied |

261991375

*Douglas R. Wendt*
Chairman of the Board

*Secretary*

**ALST 00062**

Continued on Next Page

Page 01  of 03

# USP Deluxe
# Amended Policy Coverage Summary

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

Residence   1 Description:   15 HUNTER PLACE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| SCHEDULED PERSONAL PROPERTY SUMMARY | $   108,300 | $   1,333.00 |
|  (Refer to your Schedule for detailed itemization) | | |
| Deductible | None | |
|  Jewelry | $   95,300 | $   1,289.00 |
|  Furs | $   13,000 | $   44.00 |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PROPERTY COVERAGE | $   10,000 | $   Included |

Total Residence Premium                                                          $   3,886.00

## MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence   1 | Loan Number | Type of Interest |
|---|---|---|
| GLOBE HOMESTEAD SAVATIMA/ISAOA | 05006404 | Mortgagee |
| 4051 VETERANS BLVD #100 | | |
| METAIRIE LA 70002 | | |

| DISCOUNTS AND CHARGES | Residence 1 |
|---|---|
| Burglar Alarm Discount (central station reporting) | Applied |
| Fire Alarm Discount (central station reporting) | Applied |
| Dwelling Age Discount | Applied |

## TOTAL HOME(S) PREMIUMS AND CHARGES

Your Total Premium For All Homes                                                  $   3,886.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G1-70527-A (06-02) | WINDSTORM OR HAIL DEDUCTIBLE |
| G1-71011-A (04-04) | LIMITED FUNGI, ROT, OR BACTERIA COVERAGE - LOUISIANA - HOME |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-H (04-04) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |
| *G-42302-F (06-02) | SCHEDULED TANGIBLE PERSONAL PROPERTY ENDORSEMENT |

260838724

ALST 00063

Continued on Next Page

# USP Deluxe
# New Policy Coverage Summary



**ENCOMPASS.**
INSURANCE

## AGENT'S USE ONLY

### Policy Level

| | |
|---|---|
| Property Rating Tier | Tier 2 |

### Residence Level | Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | F |
| Year Built | 2004 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 05310 |
| SRM | 3 |

261991375

ALST 00064

# USP Deluxe
# Amended Policy Coverage Summary


**ENCOMPASS.**
I N S U R A N C E

**Policyholder:**
ANGELINA BURST
6 BERESFORD DRIVE
METAIRIE LA 70001-6156

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950   610-080928-0000

**Policy Number:**
261991375

**Policy Period:**
11/21/2004 to 11/21/2005  12:01 AM Standard Time

**Policyholder Since:**
11/2004

**Insurance Provided By:**
Encompass Indemnity Company            24 HOUR CLAIM REPORTING 800-588-7400
2775 Sanders Rd.; Northbrook, IL 60062-6127

## YOUR POLICY HAS BEEN CHANGED

Residence information has changed

removed CSF&B on 6 Beresford Dr

Revised Annual Policy Premium                                    $  4,549.00
Additional Premium for Coverages From 04/20/2005 to 11/21/2005  $    200.00

This Coverage Summary provides you with complete policy information, including the above change, and represents your coverages currently in effect.

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence  1 Description:**  6 BERESFORD DRIVE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $  1,500,000 | $  3,438.00 |
| Property Deductible | $  1,000 | |
| Your location limit is 200 % of the estimated residence value of | | |
| $  750,000 | | |
| | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location. | | |
| Hurricane Peril Coverage | | $  1,111.00 |
|   1% Hurricane Deductible (based on the residence value) | | |
| Applied to hurricane losses | | |
| This deductible pertains to Residence  1 | | |
| LOSS OF USE | Per Policy | $  Included |
| | | |
| PERSONAL LIABILITY | $  500,000 | $  Included |
| MEDICAL EXPENSE | $  5,000 | $  Included |

**Total Residence Premium**                                      $  4,549.00

261991375

*Douglas R. Wendt*
**Chairman of the Board**

*David P. Toaly*
**Secretary**

**ALST 00065**

Continued on Next Page

# USP Deluxe
# Amended Policy Coverage Summary



## GENERAL POLICY INFORMATION

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

G1-40173-B (05-01)     ENCOMPASS INSURANCE PRIVACY POLICY
                       FOR CUSTOMERS

The forms marked with "*" reflect revised or new forms included with this coverage summary.

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $  3,886.00 |
| **Total For All Exposures** | $  3,886.00 |

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

260838724

**ALST 00066**

# USP Deluxe
# Amended Policy Coverage Summary



## SUMMARY OF YOUR POLICY'S PREMIUMS

**Total For All Exposures**                                                  $  4,549.00

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are
shown on the first page of this Coverage Summary.

261991375

**ALST 00067**

# USP Deluxe
# Amended Policy Coverage Summary



**ENCOMPASS.**
INSURANCE

---

### AGENT'S USE ONLY

---

#### Policy Level

Property Rating Tier      Tier 2

---

#### Residence Level      Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | F |
| Year Built | 2004 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 05242 |
| SRM | 3 |

261991375

**ALST 00068**

# USP Deluxe
# Renewal Policy Coverage Summary



**ENCOMPASS.**
INSURANCE

**Policyholder:**
ANGELINA BURST
6 BERESFORD DRIVE
METAIRIE LA 70001-6156

**Agent:**
LATTER & BLUM INS SVCS / METAIRIE
2626 CANAL STREET, 3RD FL
NEW ORLEANS LA 70119
PHONE: 504-888-2950   610-080928-0000

**Policy Number:**
261991375

**Policy Period:**
11/21/2005 to 11/21/2006 12:01 AM Standard Time

**Policyholder Since:**
11/2004

**Insurance Provided By:**
Encompass Indemnity Company
2775 Sanders Rd.; Northbrook, IL 60062-6127

24 HOUR CLAIM REPORTING 800-588-7400

---

## HOME PROTECTION                    (Coverage applies only if a premium or limit is shown)

**Residence   1 Description:**   6 BERESFORD DRIVE, METAIRIE, LA 70001

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY LOCATION LIMIT | $   1,840,000 | $   4,844.00 |
| Property Deductible | $   1,000 | |
| Your location limit is 200 % of the estimated residence value of $   920,000 | | |
| The location limit is the total amount of insurance on your dwelling, contents and other structures at this location. | | |
| Hurricane Peril Coverage | | $   1,363.00 |
|    1%   Hurricane Deductible (based on the residence value) Applied to hurricane losses This deductible pertains to Residence   1 | | |
| $1,000 Windstorm Deductible Applied to windstorm or hail losses | | |
| LOSS OF USE | Per Policy | $   Included |
| PERSONAL LIABILITY | $   500,000 | $   Included |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PERSONAL LIABILITY COVERAGE | $   50,000 | $   Included |
| MEDICAL EXPENSE | $   5,000 | $   Included |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA PROPERTY COVERAGE | $   10,000 | $   Included |
| **Total Residence Premium** | | $   6,207.00 |

---

## MORTGAGEE/OTHER INTERESTED PARTIES INFORMATION

| Residence   1 | Loan Number | Type of Interest |
|---|---|---|
| HIBERNIA NATIONAL BANK ITS SUCCESSORS &/OR ASSIGNS P O BOX 57046 IRVINE CA 92619-7046 | 90041620 | Mortgagee |

---

## DISCOUNTS AND CHARGES                    Residence 1

Dwelling Age Discount                    Applied

261991375

*Douglas R. Wendt*
Chairman of the Board

*David P. Mealy*
Secretary

**ALST 00069**

Continued on Next Page

Page 01 of 03

# USP Deluxe
# New Policy Coverage Summary

## HOME PROTECTION                          (Coverage applies only if a premium or limit is shown)

### DISCOUNTS AND CHARGES                    Residence 1

Fire Alarm Discount (central station reporting)     Applied
Dwelling Age Discount                               Applied

### TOTAL HOME(S) PREMIUMS AND CHARGES

Your Total Premium For All Homes                              $   2,553.00

## GENERAL POLICY INFORMATION

The coverages and limits shown here are subject to the restrictions, conditions, and exclusion of the policy and its endorsements.

### YOUR POLICY IS SUBJECT TO THE FOLLOWING FORMS AND ENDORSEMENTS

| | |
|---|---|
| G1-28744-A (10-97) | COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE |
| G1-32383-A (09-98) | HURRICANE DEDUCTIBLE ENDORSEMENT |
| G1-70430-A (02-02) | LENDERS LOSS PAYABLE ENDORSEMENT |
| G1-70527-A (06-02) | WINDSTORM OR HAIL DEDUCTIBLE |
| G1-71011-A (04-04) | LIMITED FUNGI, ROT, OR BACTERIA COVERAGE - LOUISIANA - HOME |
| G-18534-A (09-93) | DELUXE-HOME |
| G-18733-H (04-04) | AMENDMENT OF HOME AND DWELLING FIRE PROVISIONS - LOUISIANA |

### PLEASE READ THIS IMPORTANT INFORMATION CONCERNING YOUR POLICY

| | |
|---|---|
| G1-40173-B (05-01) | ENCOMPASS INSURANCE PRIVACY POLICY FOR CUSTOMERS |

## SUMMARY OF YOUR POLICY'S PREMIUMS

| Coverage Type | Premium |
|---|---|
| Home | $   2,553.00 |
| Total For All Exposures | $   2,553.00 |

For any insurance need, or questions on your policy, contact your independent agent, whose name and number are shown on the first page of this Coverage Summary.

260838724

ALST 00070

# USP Deluxe
# Renewal Policy Coverage Summary



**ENCOMPASS.**
INSURANCE

## AGENT'S USE ONLY

### Policy Level

| | |
|---|---|
| Renewal Number | 1 |
| Property Rating Tier | Tier 2 |

### Residence Level — Res 1

| | |
|---|---|
| Territory | 319 |
| Coverage Type | H03 |
| Miles to Fire Department | 05 |
| Feet to Hydrant | 1000 |
| Protection Class | 01 |
| Construction | F |
| Year Built | 2004 |
| Residence Type | Primary |
| Occupancy | Insured |
| Square Feet | 05242 |
| SRM | 3 |

261991375

**ALST 00071**

# Required Coverages and Amendments



ENCOMPASS. INSURANCE

## COVERAGE CLARIFICATION ENDORSEMENT AND NOTICE

This endorsement makes editorial changes in the "HOME" Segment and/or the "DWELLING FIRE" Segment of your policy to clarify the coverage. There is no change from the original coverage intent.

**PROPERTY COVERAGE□HOME**

Under LOSSES WE DO NOT COVER, item (6) of:

Exclusion 1.d.in the Elite "HOME" ;

Exclusion 2.d. in the Deluxe "HOME" , Special "HOME" , or "DWELLING FIRE";

is deleted and replaced by the following:

d.   Caused by the following:

   (6) Birds, vermin, insects, or rodents; or animals kept or owned by a *covered person;*

**LIABILITY COVERAGE□HOME**

Under LOSSES WE DO NOT COVER, item (4) of exclusion 1.d. is deleted and replaced by the following:

d.   Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

   (4) Any watercraft which is neither:

      (a) A sailing vessel; nor

      (b) Motor powered;

         that is owned or rented by a *covered person.*

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**Your Optional Endorsements**



## HURRICANE DEDUCTIBLE ENDORSEMENT

We will pay only that part of the total of the loss for all Property Coverages that exceeds the **hurricane** deductible stated on the Coverage Summary. The **hurricane** deductible shown on the Coverage Summary applies to all covered property for direct physical loss or damage caused directly or indirectly by a **hurricane** as defined below. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by a **hurricane**. In no event will the deductible applied for a **hurricane** loss be less than the property deductible shown on the Coverage Summary.

**Hurricane** means wind, wind gust, hail, rain, tornado, cyclone or hurricane which results in direct physical loss or damage to property by a storm system that has been declared to be hurricane by the National Weather Service. The duration of the hurricane includes the time period in your state:

A. beginning at the time a **hurricane** watch or **hurricane** warning is issued for any part of the state by the National Weather Service;

B. continuing for the time period during which the **hurricane** conditions exist anywhere in the state; and

C. ending 12 hours following the termination of the last **hurricane** watch or **hurricane** warning for any part of your state by the National Weather Service.

All other provisions of this policy apply.

G1-32383-A Ed. 09-98

**ALST 00073**

**Required
Coverages and Amendments**



## LENDER'S LOSS PAYABLE ENDORSEMENT

1. Loss or damage, if any, under this policy, shall be paid to the Payee named on the first page of this policy, its successors and assigns, hereinafter referred to as "the Lender", in whatever form or capacity its interests may appear and whether said interest be vested in said Lender in its individual or in its disclosed or undisclosed fiduciary or representative capacity, or otherwise, or vested in a nominee or trustee of said Lender.

2. The insurance under this policy, or any rider or endorsement attached thereto, as to the interest only of the Lender, its successors and assigns, shall not be invalidated nor suspended: (a) by any error, omission, or change respecting the ownership, description, possession, or location of the subject of the insurance or the interest therein, or the title thereto; (b) by the commencement of foreclosure proceedings or the giving of notice of sale of any of the property covered by this policy by virtue of any mortgage or trust deed; (c) by any breach of warranty, act, omission, neglect, or noncompliance with any of the provisions of this policy, including any and all riders now or hereafter attached thereto, by the named insured, the borrower, mortgagor, trustor, vendee, owner, tenant, warehouseman, custodian, occupant, or by the agents of either or any of them or by the happening of any event permitted by them or either of them, or their agents, or which they failed to prevent, whether occurring before or after the attachment of this endorsement, or whether before or after a loss, which under the provisions of this policy of insurance or of any rider or endorsement attached thereto would invalidate or suspend the insurance as to the named insured, excluding herefrom, however, any acts or omissions of the Lender while exercising active control and management of the property.

3. In the event of failure of the insured to pay any premium or additional premium which shall be or become due under the terms of this policy or on account of any change in occupancy or increase in hazard not permitted by this policy, this Company agrees to give written notice to the Lender of such non-payment of premium at least ten (10) days before the due date of such premium and it is a condition of the continuance of the rights of the Lender hereunder that the Lender when so notified in writing by this Company of the failure of the insured to pay such premium shall pay or cause to be paid the premium due within ten (10) days following receipt of the Company's demand in writing therefor. If the Lender shall decline to pay said premium or additional premium, the rights of the Lender under this Lender's Loss Payable Endorsement shall not be terminated before ten (10) days after receipt of said written notice by the Lender. If this policy is cancelled for any other reason, at least twenty (20) days notice will be provided to the Lender.

4. Whenever this Company shall pay to the Lender any sum for loss or damage under this policy and shall claim that as to the insured no liability therefor exists, this Company, at its option, may pay to the Lender the whole principal sum and interest and other indebtedness due or to become due from the insured, whether secured or unsecured, (with refund of all interest not accrued), and this Company, to the extent of such payment, shall thereupon receive a full assignment and transfer, without recourse, of the debt and all rights and securities held as collateral thereto.

5. If there be any other insurance upon the within described property, this Company shall be liable under this policy as to the Lender for the proportion of such loss or damage that the sum hereby insured bears to the entire insurance of similar character on said property under policies held by, payable to and expressly consented to by the Lender. Any Contribution Clause included in any Fallen Building Clause Waiver or any Extended Coverage Endorsement attached to this contract of insurance is hereby nullified, and also any Contribution Clause in any other endorsement or rider attached to this contract of insurance is hereby nullified except Contribution Clauses for the compliance with which the insured has received reduction in the rate

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1942

G1-70430-A   Ed. 02-02

**ALST 00074**

# Required
# Coverages and Amendments



charged or has received extension of the coverage to include hazards other than fire and compliance with such Contribution Clause is made a part of the consideration for insuring such other hazards. The Lender upon the payment to it of the full amount of its claim, will subrogate this Company (pro rata with all other insurers contributing to said payment) to all of the Lender's rights of contribution under said other insurance.

6. This Company reserves the right to cancel this policy at any time, as provided by its terms, but in such case this policy shall continue in force for the benefit of the Lender for ten (10) days after written notice of such cancellation is received by the Lender and shall then cease.

7. This policy shall remain in full force and effect as to the interest of the Lender for a period of ten (10) days after its expiration unless an acceptable policy in renewal thereof with loss thereunder payable to the Lender in accordance

with the terms of this Lender's Payable Endorsement, shall have been issued by some insurance company and accepted by the Lender.

8. Should legal title to and beneficial ownership of any of the property covered under this policy become vested in the Lender or its agents, insurance under this policy shall continue for the term thereof for the benefit of the Lender but, in such event, any privileges granted by this Lender's Loss Payable Endorsement which are not also granted the insured under the terms and conditions of this policy and/or under other riders or endorsements attached thereto shall not apply to the insurance hereunder as respects such property.

9. All notices herein provided to be given by the Company to the Lender in connection with this policy and this Lender's Loss Payable Endorsement shall be mailed to or delivered to the Lender at its office or branch described on the first page of the policy.

Approved:

Board of Fire Underwriters of the Pacific,
California Bankers' Association,
Committee on Insurance

**ALST 00075**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1942

**Your Policy**



---

## DELUXE□HOME

### TABLE OF CONTENTS

Page

Definitions............................................................................................................................. 1

Property Coverage └ Home.................................................................................................. 3

Real Property ................................................................................................................. 3
   Insuring Agreement .................................................................................................. 3
   Property Not Covered ............................................................................................... 3
   Limit of Liability ....................................................................................................... 3
   Covered Perils .......................................................................................................... 4

Tangible Personal Property ........................................................................................... 4
   Insuring Agreement .................................................................................................. 4
   Property Special Limits ............................................................................................ 4
   Property Not Covered ............................................................................................... 5
   Limit of Liability ....................................................................................................... 5
   Covered Perils .......................................................................................................... 6

Additional Property Coverages ..................................................................................... 7
   Additional Living Expense ........................................................................................ 7
   Fair Rental Value....................................................................................................... 7
   Civil Authority ........................................................................................................... 8
   Debris Removal......................................................................................................... 8
   Cost of Temporary Repairs ...................................................................................... 8
   Building Ordinance Increased Costs ........................................................................ 8
   Land Restoration...................................................................................................... 8
   Mortgage Extra Expense Coverage.......................................................................... 8
   Personal Home Computer and Data Records Coverage........................................... 9
   Fire Department Service Charge ............................................................................. 9
   Collapse.................................................................................................................... 9
   Loss Assessment ..................................................................................................... 9
   Trees and Shrubs .................................................................................................. 10
   Glass or Safety Glazing Material............................................................................ 10
   Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money...................... 10
   Property Removed .................................................................................................. 11
   Materials and Supplies .......................................................................................... 11
   Builders Risk........................................................................................................... 11
   Reward Coverage ................................................................................................... 11
   Refrigerated Products Coverage ............................................................................ 11
   Landlords Furnishings ............................................................................................ 11
   Lock Replacement .................................................................................................. 11
   Newly Acquired Principal Residences ..................................................................... 11

Losses We Do Not Cover.............................................................................................. 11

How We Settle Property Claims and What You Must Do................................................. 14
   How We Pay Claims ................................................................................................ 14
   Mortgage Clause.................................................................................................... 14
   Insurable Interest.................................................................................................... 14
   Your Duties After Loss ............................................................................................ 14

ALST 00076

**Your Policy**



## DELUXE□HOME

TABLE OF CONTENTS □ CONTINUED

                                                                                    Page

Appraisal........................................................................................................................15
Suit Against Us ..............................................................................................................15
Abandonment of Property...............................................................................................15
Who We Pay...................................................................................................................15
No Benefit to Bailee .......................................................................................................16

Liability Coverage L  Home ..................................................................................................16

Personal Liability ...........................................................................................................16
Insuring Agreement....................................................................................................16
Limit of Liability...........................................................................................................16

Medical Expense ............................................................................................................16
Insuring Agreement....................................................................................................16
Limit of Liability...........................................................................................................16

Additional Liability Coverages........................................................................................16
First Aid Expenses .....................................................................................................16
Goodwill Payments.....................................................................................................16
Workers' Compensation.............................................................................................17
Loss Assessment Coverage.......................................................................................17
Other Payments We Make ..........................................................................................17

Losses We Do Not Cover................................................................................................18

How We Settle Liability Claims and What You Must Do ...................................................22
Your Duties After Loss ...............................................................................................22
Duties of an Injured Person........................................................................................22
Suit Against Us ...........................................................................................................22

General Provisions ..............................................................................................................22
Other Insurance...........................................................................................................22
Subrogation.................................................................................................................23
Additional Insured .......................................................................................................23
The Law .......................................................................................................................23
Changes During the Policy Period................................................................................23

G-18534-A Ed. 09-93

**ALST 00077**

**Your Policy**


**ENCOMPASS.**
I N S U R A N C E

## DELUXE☐HOME

### DEFINITIONS

In this "HOME" Segment, certain words and phrases are italicized, which identifies them as having specific meaning for this "HOME" Segment. The meaning of each italicized word or phrase is provided in the **Definitions** below.

1. **Acquisition Costs** means the following direct monetary costs incurred by the acquisition of a replacement premises:

   a. Title Search Fees;

   b. Appraisal Fees;

   c. Application Fees;

   d. Points.

2. **Bodily Injury** means physical bodily harm, including sickness or disease. This includes required care, loss of services and death resulting therefrom. *Bodily Injury* does not include any communicable disease, such as:

   a. Any venereal disease;

   b. Herpes;

   c. Acquired Immune Deficiency Syndrome (AIDS);

   d. AIDS Related Complex (ARC);

   e. Human Immunodeficiency Virus (HIV);

   or any resulting or related symptom, effect, condition, disease or illness.

3. *Business* includes trade, profession or occupation, farming or ranching or any activity aimed at providing a product or a service with the anticipation of economic gain from the enterprise. The providing of home day care services in exchange for monetary or other compensation, such as services to other than a relative of a *covered person*, is considered a *business* pursuit.

4. **Covered Person(s)** means you and the following residents of your household:

   a. Your *family members*;

   b. Any other person under the age of 21 who is in the care of any person named above;

   Under **Liability Coverage ☐ Home**, *covered person* also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by or in the care of you or any person included in 4.a. or 4.b. above. A person or organization using or having custody of these animals or watercraft in the course of any *business* or without the consent of the owner is not a *covered person*;

   d. With respect to any motor vehicle to which this "HOME" Segment applies:

   (1) Persons while engaged in your employ or that of any person included in 4.a. or 4.b. above; or

   (2) Other persons using the vehicle on an *insured location* with your permission.

5. **Family Member** means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

   For the purposes of this definition, to be considered a resident of your household when evaluating coverage for a loss, a person must have been actually residing in your household on the date the loss occurred. However, your:

   a. Son;

   b. Daughter;

   c. Ward; or

   d. Foster child;

   In the United States military or away at school will be considered a resident of your household unless he or she has demonstrated an intent to reside elsewhere permanently.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00078**

G-18534-A Ed. 09-93

## Your Policy



**ENCOMPASS**
**I N S U R A N C E**

6.  Insured Location means:

    a.  Your *residence premises*;

    b.  The part of any other premises, other structures and grounds used by you as a residence that is shown in the Coverage Summary, or acquired by you during the policy period for your use as a residence; provided you ask us to insure it within 30 days after you become the owner and coverage is agreed to by us.

    c.  Any premises used by you in connection with the premises included in 6.a. or 6.b. above;

    d.  Any part of a premises not owned by you or any *covered person* but where you or any *covered person* are temporarily residing;

    e.  Vacant land owned by or rented to you or any *covered person* other than farm land;

    f.  Land owned by or rented to a *covered person* on which a one or two family dwelling is being built as a residence for a *covered person*;

    g.  Individual family cemetery plots or burial vaults of you or any *covered person*; or

    h.  Any part of a premises occasionally rented to you or any *covered person* for other than *business* purposes.

    i.  Residences shown in the Coverage Summary that you rent to others.

7.  **Medical Expenses** means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services.

8.  **Monthly Mortgage Expenses** means the increased amount of interest payment created as a result of a higher interest rate for a mortgage of the same principal amount on a replacement premises.

9.  **Occupying** means in, upon, or getting in, on, out or off.

10. **Occurrence** means:

    a.  An event, or a series of related events resulting from continuous or repeated exposure to the same general conditions, that causes *bodily injury* or *property damage* during the policy period; or

    b.  An offense, including a series of related offenses, committed during the policy period, which results in *personal injury*. All losses arising out of such act or series of acts, regardless of the frequency thereof or number of claimants, shall be deemed to arise out of one offense.

11. **Personal Injury** means injury arising out of one or more of the following offenses: libel, slander, false arrest, wrongful eviction, wrongful detention, wrongful entry, malicious prosecution, false imprisonment, invasion of privacy or defamation of character.

12. **Property Damage** means physical injury to or destruction of real property or tangible personal property including loss of use of the property.

13. **Residence Employee** means your employee or an employee of any *covered person* in your household who performs duties in connection with the maintenance or use of your *residence premises*, including household or domestic services, or who performs duties elsewhere of a similar nature not in connection with any *covered person's business*.

14. **Residence Premises** means:

    a.  A dwelling, condominium, co-operative unit or apartment, other structures and grounds; or

    b.  That part of any other building;

    where you reside and which is shown as your residence in the Coverage Summary.

15. **Theft** refers to property which has been stolen, attempted theft and the loss of property from a known location when it is likely that the property has been stolen.

16. **Total Loss** means that the cost to replace the covered real property is equal to or less than the cost of repairs plus the cost of any **Additional Living Expense, Fair Rental Value, Building Ordinance Increased Costs and Debris Removal**.

**ALST 00079**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993



ENCOMPASS.
INSURANCE

## PROPERTY COVERAGE☐HOME

### REAL PROPERTY☐ INSURING AGREEMENT

1. **Dwelling Owners☐ We cover:**

   a. The dwelling on your *residence premises*;

   b. Other structures on your *residence premises*.

2. **Condominium and Cooperative Owners☐ We cover:**

   a. The alterations, appliances, fixtures and improvements which are part of the building contained within your *residence premises*;

   b. Items of real property which pertain exclusively to your *residence premises*;

   c. Real property which is your insurance responsibility under a corporation or association of property owners agreement or state law;

   d. Structures owned solely by you, other than your *residence premises*, at the location of your *residence premises*.

   The limit of liability for 2.a., 2.b. and 2.c. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

3. **Renters☐ We cover:**

   a. The building improvements or installations:

      (1) Acquired; or

      (2) Made;

   by you to that part of your *residence premises* used exclusively by you;

   b. Structures owned solely by you at the location of your *residence premises* if a limit for that building is shown on the Coverage Summary.

   The limit of liability for 3.a. is shown on the Coverage Summary as "Building Additions and Alterations" and will be at least 10% of the property limit shown in the Coverage Summary for Tangible Personal Property.

### REAL PROPERTY☐ PROPERTY NOT COVERED

We do not cover:

1. Other structures on your *residence premises*:

   a. Used in whole or in part for *business*; or

   b. Rented or held for rental to any person not a tenant of your *residence premises* unless used solely as a private garage.

2. Land, except as specifically provided in **Additional Property Coverages, 7. Land Restoration.**

### REAL PROPERTY☐ LIMIT OF LIABILITY

Covered losses are settled on a replacement cost basis (without deduction for depreciation) subject to the following:

1. Payment will not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The actual cost to replace the real property or any parts of it; or

   c. The aggregate property limit shown in the Coverage Summary for the residence.

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost;

   b. Also increase the aggregate property limit by

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00080

**Your Policy**



ENCOMPASS.
INSURANCE

the same percentage applied to the residence value; and

c.   Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

3.   We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.  Once actual repair or replacement is complete, we will settle the loss according to the replacement cost provisions above.

However, if the cost to repair or replace the damage is less than $3,000 we will settle the loss according to the replacement cost provisions above, whether or not actual repair or replacement is complete.

4.   If the replacement premises is not at the same location, covered losses will be settled on an actual cash value basis (with deduction for depreciation).

5.   You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage on an actual cash value basis.  You may then make claim within one year after loss for any additional liability on a replacement cost basis.

## REAL PROPERTY☐ COVERED PERILS

We cover direct physical loss to property described in **Real Property☐ Insuring Agreement**, unless the loss is not covered under **Property Coverage☐ Losses We Do Not Cover.**

## TANGIBLE PERSONAL PROPERTY☐ INSURING AGREEMENT

We cover tangible personal property owned or used by any *covered person*.

At your request, we cover tangible personal property:

1.   Owned by others while the property is on the part of your *residence premises* occupied by a *covered person*;

2.   Owned by a guest or a *residence employee*,

while the property is in any residence occupied by any *covered person*.

## TANGIBLE PERSONAL PROPERTY☐ PROPERTY SPECIAL LIMITS

To keep your premium as low as possible, we have limited the amount we will pay for certain categories of tangible personal property. We do not provide coverage under these provisions for articles separately described and/or specifically insured elsewhere in this policy.

The limit shown for each numbered category is the most we will pay for that category per loss.  If we could pay for the same item under more than one category, we will pay under only the highest applicable category.

**Category**

1.   $ 250 . . .On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins and medals.

2.   $5,000 . . .On securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, stamps, personal records, passports and tickets.  This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the lost or damaged material.

3.   $5,000 . . .On property at your *residence premises* used in *business*, but if the *business* property is away from your *residence premises* the most we will pay is $2,500.

4.   $2,500 . . .For loss by *theft* of firearms.

5.   $2,500. . .For loss to trading cards, subject to a maximum amount of $250 per card.

6.   $5,000 . . .For loss by *theft* of silverware, silver-plated ware, goldware, gold-plated ware and pewterware.

7.   $5,000 . . .For loss by:

a.   *Theft* of jewelry, watches, precious and semi-precious stones, furs, garments trimmed with fur or consisting primarily of fur; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00081

**Your Policy**

 **ENCOMPASS** INSURANCE

b. Misplacing or losing of jewelry, watches, precious and semi-precious stones.

8. $1,000 . . .For loss to watercraft including their trailers, furnishings, equipment and outboard motors.

9. $1,000 . . .For loss to trailers not used with watercraft.

**TANGIBLE PERSONAL PROPERTY□ PROPERTY NOT COVERED**

We do not cover:

1. Animals, birds or fish.

2. Motor vehicles or any other motorized land conveyances. This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of a motor vehicle or any other motorized land conveyance. Electronic apparatus includes:

      (1) Accessories or antennas; or

      (2) Tapes, wires, records, discs or other media;

      for use with any electronic apparatus.

   The exclusion of property described in 2.a. and 2.b. above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. Used to service a *covered person's* residence; or

   b. Designed for assisting the handicapped.

3. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

4. Property of roomers, boarders or other tenants, except property of roomers and boarders related to a *covered person*.

5. *Business* data stored in:

   a. Books of account, drawings, other paper records; or

b. Electronic data processing tapes, wires, records, discs or other software media.

We do cover the cost of blank or unexposed records and media, and of prerecorded computer programs available on the retail market.

6. Property on a premises regularly rented or held for rental to others by a *covered person*, except as provided in **Additional Property Coverages, 21. Landlords Furnishings**.

7. Credit cards or fund transfer cards, except as provided in **Additional Property Coverages, 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money**.

**TANGIBLE PERSONAL PROPERTY□ LIMIT OF LIABILITY**

1. Covered losses for tangible personal property will be settled on a replacement cost basis (without deduction for depreciation), but not exceeding the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

   c. The amount specified in the section called **Tangible Personal Property□ Property Special Limits**; or

   d. The aggregate property limit shown in the Coverage Summary.

   Personal Property Replacement Cost Coverage will not apply to property that was obsolete or unusable for the originally intended purpose, because of age or condition, prior to the loss.

   At our option, we may repair or we may replace with a new item of similar or like kind and quality.

   If the replacement cost for the entire loss under this "HOME" Segment is more than $3,000 we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993.

ALST 00082

# Your Policy


ENCOMPASS.
INSURANCE

2. You may make claim under this policy for loss or damage on an actual cash value basis (with deduction for depreciation). You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

3. Loss To A Pair Or Set - In case of loss to a pair or set we will:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

4. Our limit of liability for tangible personal property usually located at a *covered person's* residence or premises is 4% of the aggregate property limit shown on the Coverage Summary provided such residence or premises is:

   a. Not shown on the Coverage Summary; or

   b. Shown on the Coverage Summary for **Liability Coverage** only.

   Payment under this provision does not entitle the *covered person* to **Additional Property Coverages**.

5. If we make payment for a loss which is also covered under another Segment of this policy there will be no coverage under this Segment.

## TANGIBLE PERSONAL PROPERTY□ COVERED PERILS

We cover direct physical loss to property described in **Tangible Personal Property□ Insuring Agreement** caused by a Peril listed below unless the loss is excluded under **Property Coverage□ Losses We Do Not Cover.**

1. **Fire or lightning.**

2. **Windstorm or hail.** This peril includes loss to property contained in a building if caused by rain, snow, sleet, sand or dust, but only if the direct force of wind or hail first damages the building causing an opening through which the rain, snow, sleet, sand or dust enters.

   This peril includes loss to watercraft covered under this "HOME" Segment and their trailers, furnishings, equipment, and outboard motors, only while inside a fully enclosed building. This

limitation does not apply to row boats and canoes on the *residence premises*.

3. **Explosion.**

4. **Riot or civil commotion.**

5. **Aircraft,** including self-propelled missiles and spacecraft.

6. **Vehicles.**

7. **Smoke,** meaning sudden and accidental damage from smoke.

   This peril does not include smoke from agricultural smudging or industrial operations.

8. **Vandalism or malicious mischief.**

9. **Theft,** but not including *theft* committed by a *covered person*.

   This peril does not include loss caused by *theft* that occurs off of a *residence premises* of:

   a. Property of a student who is a *covered person* while at a residence away from home if the student has not been there at any time during the 45 days immediately before the loss;

   b. Watercraft covered under this "HOME" Segment including their trailers, furnishings, equipment and outboard motors; or

   c. Trailers and campers covered under this "HOME" Segment.

10. **Falling objects.** This peril does not include loss to property contained in a building unless the building is first damaged by the falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Water or steam** suddenly and accidentally discharged or overflowing from within your plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    This peril does not include loss:

    a. To the system or appliance from which the water or steam escaped;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00083**

## Your Policy



b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

c. On your *residence premises* caused by accidental discharge or overflow which occurs off your *residence premises*.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Cracking, burning, rupture or bulging** of your air conditioner, steam or hot water heating system, or automatic fire protective sprinkler system, or an appliance for heating water. Damage to the system or appliance must be sudden and accidental. We will not cover damage caused by freezing except as indicated below.

14. **Freezing** of plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, but only if you have used reasonable care to keep your *residence premises* heated or have shut off and drained the water from all plumbing and appliances if it is unoccupied.

15. **Sudden and accidental damage caused by artificially generated electricity.** But damage to a tube, transistor, integrated circuit or similar electronic component is not covered.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors. One or more volcanic eruptions within a 72-hour period will be considered as one volcanic eruption.

For property normally kept at your *residence premises*, while at a location other than a premise which you own or rent, the following perils are added:

1. Flood (meaning only rising of waters);

2. Earthquake;

3. Landslide;

4. Mudslide; and

5. Collision or overturn of the conveyance in which covered tangible personal property is carried.

## ADDITIONAL PROPERTY COVERAGES

Unless noted otherwise, the following coverages are in addition to the aggregate property limit in the Coverage Summary.

1. **Additional Living Expense.**

a. If a loss covered under **Property Coverage☐ Home** makes your *residence premises* uninhabitable, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for:

(1) The shortest time required to repair or replace the damaged portion of the premises; or

(2) If you permanently relocate, the shortest time required for your household to settle elsewhere;

But in no case for more than one year.

This period of time is not limited by expiration of this policy. We do not cover loss or expense due to cancellation of a lease or agreement.

b. If your *residence premises* is uninhabitable as a result of public utility plants, transformers, switching stations or substations furnishing heat, light, power or gas to your *residence premises* being damaged or destroyed by a **Tangible Personal Property☐ Covered Peril**, we cover necessary increases in living expenses incurred by you so your household can maintain its normal standard of living. Payment is for a period of time not to exceed seven days. Coverage does not begin until your *residence premises* has been uninhabitable for 48 consecutive hours.

**Property Coverage☐ Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

2. **Fair Rental Value.**

If a loss covered under **Property Coverage☐ Home** makes that part of your *residence premises* rented to others or held for rental uninhabitable, we cover its fair rental value, less any expenses that do not continue.

Payment is for the shortest time required to repair or replace the damaged portion of the rented premises. This period of time is not limited by expiration of this policy. We do not

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00084**

**Your Policy**



cover the loss or expense due to cancellation of a lease or agreement.

3. **Civil Authority.**

   a. If a civil authority prohibits you from use of your *residence premises* as a result of direct damage to neighboring premises by what would be a covered loss under this policy, we cover the **Additional Living Expense or Fair Rental Value** loss as provided under 1. and 2. above for no more than two weeks.

   The period of time under this provision is not limited by the expiration of this policy. Loss or expense due to cancellation of a lease or agreement is not covered.

   b. If a civil authority prohibits you from use of your *residence premises*, we cover the **Additional Living Expense** as provided under 1. above for no more than seven days. Coverage does not begin until the *residence premises* has been uninhabitable for 48 consecutive hours.

   **Property Coverage □ Losses We Do Not Cover,** exclusion 1.g. does not apply to this coverage.

4. **Debris Removal.**

   We will pay your reasonable expense for the removal of:

   a. Debris of covered property for covered losses; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

   a. Your tree(s) felled by the peril of Windstorm or Hail;

   b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   c. A neighbor's tree(s) felled by a **Tangible Personal Property └ Covered Peril;**

   provided the tree(s) damaged a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

5. **Cost of Temporary Repairs**

   If a covered loss damages your *residence premises* we will pay on your behalf the reasonable cost for temporary repairs made to protect covered property from further damage. This coverage does not increase the limit of liability applicable to the covered property.

6. **Building Ordinance Increased Costs.**

   We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. If the amount to be paid for the actual damage to the property plus the ordinance or law increased cost is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for building ordinance increased cost.

7. **Land Restoration.**

   Whenever there is a covered loss to your *residence premises* and the related repair or rebuilding requires excavation, replacement, stabilization or filling of land under or around your foundation or *residence premises*, we will pay up to 7% of the amount of the covered property loss to your *residence premises* for the excavation, replacement, stabilization or filling of the land.

8. **Mortgage Extra Expense Coverage.**

   If a *total loss* occurs to the *residence premises* from a covered loss, we agree to reimburse you for the increased *monthly mortgage expenses*.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00085**

## Your Policy



Reimbursement is limited to $250 monthly up to a total reimbursement of $5,000. We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

In addition, we pay mortgage *acquisition costs* incurred from the construction of a replacement dwelling at the same location, up to a maximum of $2,000.

Coverage is limited to the extra expense of your first mortgage on the *residence premises*.

9. **Personal Home Computer and Data Records Coverage.**

We cover personal home computer(s) that are:

a. Located on your *residence premises*; and

b. Are owned by you;

For direct physical loss except for losses listed in **Property Coverage☐ Losses We Do Not Cover**. We also cover loss of your data caused by magnetic injury or electrical disturbances.

We will pay no more than $10,000 for loss or damage to personal home computer *hardware*, *software* or accessories.

We also pay up to $1,000 for any covered loss, to recreate data which you have created, if not covered by any other provision of this policy.

For the purpose of this coverage the following definitions apply:

**Hardware** means electronic data processing equipment which is a network of machine components capable of accepting information, processing it according to a plan and producing the desired results.

**Software** includes data and media. Data means facts, concepts or instructions converted to a form usable in *hardware* including computer programs. Media means the materials on which data are recorded, such as magnetic tapes, disk packs, paper tapes, cards and cartridges.

10. **Fire Department Service Charge.**

We pay up to $1,000 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a covered loss. The deductible does not apply.

11. **Collapse.**

We cover direct loss to your covered real property and tangible personal property involving collapse of a building or any part of a building, but only if the collapse was caused by:

a. Hidden decay of the structure;

b. Hidden insect or vermin damage;

c. Weight of contents, equipment, animals or people;

d. Weight of rain which collects on a roof;

e. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation; or

f. A **Tangible Personal Property☐ Covered Peril**. These perils apply to real property and tangible personal property for this additional coverage.

Unless the loss is a direct result of the collapse of a covered building, the causes of loss a., b., c. d.and e. listed above do not apply to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

12. **Loss Assessment.**

We will pay up to:

a. $5,000; or

b. If shown in the Coverage Summary, "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged during the policy period against you by a

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00086

# Your Policy



corporation or association of real property owners. This is the most we will pay with respect to any one loss, regardless of the number of assessments.

This coverage applies only when the assessment is made as a result of direct loss:

a. To the property, owned by all members collectively; and

b. Caused by a covered loss other than earthquake or land shock waves or tremors before, during or after a volcanic eruption, unless modified by endorsement.

We will pay no more than $1,000 of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

## 13. Trees and Shrubs.

We will pay up to $2,500 for loss to your lawn, trees, plants or shrubs, on your *residence premises*, for loss caused by:

a. Fire or lightning;

b. Explosion;

c. Riot or civil commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of your *residence premises*;

f. Vandalism or malicious mischief; or

g. *Theft*.

No more than $500 of this limit will be available for any one tree, shrub or plant.

Property grown for sale or *business* purposes is not covered.

## 14. Glass or Safety Glazing Material.

We cover on your *residence premises*:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on your *residence premises* if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

## 15. Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money.

We pay up to $2,500 for:

a. Any legal obligation or loss resulting from *theft* or unauthorized use of a credit card or a fund transfer card used for deposit, withdrawal, or transfer of funds, issued to or registered in any *covered person's* name.

b. Loss to you or any *covered person* caused by forgery or alteration of any check or negotiable instrument.

c. Loss to you or any *covered person* through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover authorized or unauthorized use by a resident of your household or by any person who has been entrusted with the credit card, fund transfer card, check or negotiable instrument, whether in their possession or not.

We do not cover use of a credit card or fund transfer card if a *covered person* has not complied with all terms and conditions under which the card is issued.

All losses resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00087**



We do not cover loss arising out of *business* use or dishonesty of a *covered person*.

No deductible applies to this coverage.

### 16. Property Removed.

We insure covered tangible personal property against direct loss from any cause while being removed from a premises endangered by a **Tangible Personal Property☐ Covered Peril** and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

### 17. Materials and Supplies.

We insure materials and supplies located on or next to your *residence premises* used to construct, alter or repair the dwelling or other structures on your *residence premises* provided loss is caused by a **Real Property☐ Covered Peril** and is not excluded under **Property Coverage☐ Losses We Do Not Cover**.

### 18. Builders Risk.

We insure theft in or to a dwelling under construction, or of materials and supplies for use in the construction on an *insured location*.

The limit of liability stated in the Coverage Summary is provisional. The actual amount of insurance on any date while the policy is in force will be a percentage of the provisional amount. The percentage will be the propotion that the actual value of the property bears to the value at the date of completion.

### 19. Reward Coverage.

We pay 10% of the amount of loss up to a maximum of $1,000 to anyone providing information leading to the arrest and conviction of anyone:

a.  Who perpetrates an arson loss at an *insured location*; or

b.  Who robs, steals or burglarizes any *covered person's* property.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of

the recovered property, up to a maximum of $1,000. The deductible does not apply.

### 20. Refrigerated Products Coverage.

We will pay up to $500 for loss to the contents of deep freeze or refrigerator units on your *residence premises* caused by power interruption or mechanical failure.

The deductible shown in the Coverage Summary applies to this coverage but only one deductible amount shall be applied to each *occurrence*.

**Property Coverage☐ Losses We Do Not Cover**, exclusion 1.g. does not apply to this coverage.

### 21. Landlords Furnishings.

We will pay up to $5,000 for your appliances, carpeting and other household furnishings, in an apartment on your *residence premises* regularly rented or held for rental to others by any *covered person*. This coverage will be provided for loss caused by the **Tangible Personal Property☐ Covered Perils**.

### 22. Lock Replacement.

We will pay up to $250 to replace the locks on your *residence premises* if the keys are lost or stolen. You must notify us within 72 hours of discovering the loss. There is no deductible for this coverage.

### 23. Newly Acquired Principal Residences.

Tangible Personal Property in a newly acquired principal residence is not subject to the 4% limitation described in the **Tangible Personal Property☐ Limit of Liability** for the 30 days from the time you begin to move the property there.

## LOSSES WE DO NOT COVER

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

1.  **Real Property and Tangible Personal Property.** We do not insure for loss:

    a.  Caused by water damage, meaning:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

**ALST 00088**



(1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2) Water which backs up through sewers or drains;

(3) Water below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure; or

(4) Water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

Direct loss by fire, explosion or *theft* resulting from water damage is covered.

b. Caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

(1) Fire;

(2) Explosion; or

(3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

c. Or damage due to neglect, meaning neglect of a *covered person* to use all reasonable means to save and preserve property at and after the time of a loss.

d. Involving intentional or criminal acts of or at the direction of one or more *covered persons*, if the loss that occurs:

(1) May reasonably be expected to result from such acts; or

(2) Is the intended result of such acts.

This exclusion applies regardless of whether or not the *covered person* is actually charged with, or convicted of a crime.

e. Or damage caused directly or indirectly by:

(1) War, including undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction or seizure or use for a military purpose,

including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

f. Or damage arising out of a nuclear hazard meaning:

(1) Any nuclear reaction;

(2) Radiation; or

(3) Radioactive contamination;

all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard shall not be considered loss caused by fire, explosion or smoke. However, direct loss by fire resulting from the nuclear hazard is covered.

g. Or damage arising from power failure meaning the failure of power or utility service if the failure takes place off your *residence premises*. But if a covered loss ensues on your *residence premises*, we will pay only for that ensuing loss.

2. **Real Property.** We do not insure for loss:

a. Involving collapse, other than as provided in **Additional Property Coverages, 11. Collapse**.

b. Caused by freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a fence, pavement, patio, swimming pool, hot tub, foundation, retaining wall, bulkhead, pier, wharf, dock or piling.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00089

# Your Policy



c.  To:

   (1) Condominiums or Cooperatives; or

   (2) Residences rented to you:

Caused by continuous or repeated seepage or leakage of water or steam over a period of time from within a plumbing, heating or air conditioning system, automatic fire protective sprinkler system or from within a household appliance.

d.  Caused by the following:

   (1) Wear and tear, aging, marring, scratching or deterioration;

   (2) Inherent vice, latent defect, electrical or mechanical breakdown or failure;

   (3) Rust or other corrosion, mold, fungi, wet or dry rot;

   (4) Smog, smoke from agricultural smudging or industrial operations;

   (5) Settling, shrinking, bulging, or expansion including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

   (6) Birds, vermin, insects, rodents; or animals kept or owned by a *covered person*;

   (7) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a **Tangible Personal Property□ Covered Peril.**

   Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste whether man-made or natural. Waste includes materials to be recycled, reconditioned or reclaimed.

If any of these cause water not otherwise excluded to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water. We also cover the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

Under exclusions 2.a., 2.b., 2.c. and 2.d., any ensuing loss from a covered peril to covered property not excluded or excepted in this policy is covered.

e.  Caused by freezing of a plumbing, heating, air conditioning, automatic fire protective sprinkler system, a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing, while the real property is vacant, unoccupied or being constructed unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water.

f.  Of the first $5,000 of damages due to vandalism or malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

g.  To covered real property caused by any of the following. However, any ensuing loss not excluded or excepted in this policy is covered.

   (1) Weather conditions. However, this exclusion applies only if weather conditions contribute in any way with a cause on event otherwise excluded to produce the loss.

   (2) Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

   (3) Faulty, inadequate or defective:

      (a) Planning, zoning, development, surveying, siting;

      (b) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00090**

**Your Policy**



(c) Materials used in repair, construction, renovation or remodeling; or

(d) Maintenance;

of part or all of any property whether on or off your *residence premises*.

h.  To property owned by a corporation or association of property owners of which the *covered person* is a shareholder or member. This exclusion does not apply to losses covered under Additional Property Coverages, 12. Loss Assessment.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

1.  **How We Pay Claims.**

    We may pay for loss in money or repair or replace the damaged or stolen property. We may at our expense, return any stolen property to you.

    If we return stolen property we will pay for any damage resulting from *theft*. We may keep all or part of the property at an agreed upon or appraised value.

2.  **Mortgage Clause.**

    The word "mortgagee" includes trustee. A mortgagee is applicable only to real property. If a mortgagee is named in this policy, any loss payable shall be paid to the mortgagee and you, as interests appear. If more than one mortgage is named, the order of payment shall be the same as the order of precedence of the mortgages.

    If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

    a.  Notifies us of any change in ownership or occupancy, or any substantial change in risk of which the mortgagee is aware;

    b.  Pays on demand any premium due if you have neglected to pay the premium; and

    c.  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Who We Pay and Suit

    Against Us apply to the mortgagee.

    If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the date cancellation takes effect.

    If we pay the mortgagee for any loss and deny payment to you:

    a.  We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    b.  At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest at the time of loss. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

    Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

3.  **Insurable Interest.**

    We are not liable for covered property to an extent greater than:

    a.  Your insurable interest in the property; or

    b.  The applicable limit of liability.

4.  **Your Duties After Loss.**

    You agree to see that the following things are done after a loss. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

    a.  Give prompt notice to us or our agent.

    b.  Notify the police in case of loss by *theft*.

    c.  Notify the credit card or fund transfer card company in case of loss under Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage.

    d.  Protect the property from further damage. If repairs to the property are required, you must:

        (1) Make reasonable and necessary repairs to protect the property; and

        (2) Keep an accurate record of repair expenses.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00091**

**Your Policy**


ENCOMPASS.
I N S U R A N C E

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory.

f. As often as we reasonably require:

   (1) Show the damaged property before its repair or disposal, except as provided in 4.d., above;

   (2) Provide us with records and documents we request and permit us to make copies; and

   (3) Submit to examination under oath, while not in the presence of any other *covered person* and sign the same.

g. Allow us to take samples of damaged and undamaged property for inspection, testing and analysis.

h. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   (1) The time and cause of loss.

   (2) The interest of the *covered person* and all others in the property involved and all liens on the property.

   (3) Other insurance which may cover the loss.

   (4) Changes in title or occupancy of the property during the term of the policy.

   (5) Specifications of damaged property and detailed repair estimates.

   (6) The inventory of damaged personal property described in 4.e., above.

   (7) Receipts for Additional Living Expenses incurred and records that support the Fair Rental Value loss.

   (8) If the loss is under **Credit Cards, Fund Transfer Cards, Forgery and Counterfeit Money Coverage**, submitting evidence or affidavit stating the amount and cause of loss.

i. Cooperate with us in the investigation or settlement of the claim.

5. **Appraisal.**

   If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event each party will select a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will select an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where your *residence premises* is located. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its own appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   We do not waive any of our rights under this policy by agreeing to an appraisal.

6. **Suit Against Us.**

   No action can be brought unless the policy provisions have been complied with and the action is started:

   a. Within one year after the date of loss; but

   b. Not until 30 days after the proof of loss has been filed and the amount of loss has been determined.

   However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

7. **Abandonment Of Property.**

   We need not accept any property abandoned by a *covered person*.

8. **Who We Pay.**

   We pay you unless another party is named in the policy or is legally entitled to receive payment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00092

**Your Policy** 

**9. No Benefit To Bailee.**

There is no coverage for anyone holding, storing or transporting property for a fee regardless of any other provision of this policy.

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## LIABILITY COVERAGE□HOME

### PERSONAL LIABILITY □ INSURING AGREEMENT

If a claim or suit is brought against you or any *covered person* for the following:

1. *Personal Injury;*

2. *Bodily Injury,* or

3. *Property Damage,*

caused by an *occurrence* to which this coverage applies, we will:

1. Pay on your behalf claims for which you or any *covered person* are legally liable, including pre-judgment interest awarded against you or any *covered person,* up to our limit of liability; except as excluded by the provisions listed in the **Liability Coverage □ Losses We Do Not Cover;** and

2. Provide defense costs for the counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability.

### PERSONAL LIABILITY □ LIMIT OF LIABILITY

Our total liability under **Personal Liability□ Home** for all damages resulting from any one *occurrence* will not be more than the limit shown on the Coverage Summary. This limit is the same regardless of the number of:

1. *Covered Persons;*

2. Claims or suits made;

3. Persons who sustain injury or damage; or

4. Acts or failure(s) to act.

### MEDICAL EXPENSE□ INSURING AGREEMENT

We will pay *medical expenses* that are incurred or medically ascertained within three years from the date of the *occurrence* causing *bodily injury.*

This coverage applies:

1. To anyone on an *insured location* with the permission of a *covered person;* or

2. To anyone off an *insured location,* if the *bodily injury:*

    a. Arises out of a condition on the *insured location* or the ways immediately adjoining;

    b. Is caused by the activities of you or any *covered person;*

    c. Is caused by a *residence employee* in the course of the *residence employee's* employment by a *covered person;* or

    d. Is caused by an animal owned by or in the care of a *covered person.*

No *covered person* for whom *medical expenses* are payable under this coverage shall recover more than once for the same *medical expense* under this or other insurance.

### MEDICAL EXPENSE□ LIMIT OF LIABILITY

Our total liability under **Medical Expense□ Home** for all *medical expense* payable for *bodily injury* to one person as the result of one accident will not be more than the limit shown in the Coverage Summary. This limit applies to each person injured.

### ADDITIONAL LIABILITY COVERAGES

The following coverages are in addition to the limit of liability described in the Coverage Summary, unless noted otherwise:

1. **First Aid Expenses**

    We will pay expenses for first aid to others incurred by any *covered person* for *bodily injury* covered under this policy. We will not pay for first aid to you or any other *covered person.*

2. **Goodwill Payments.**

    At your request we will pay up to $1,000 per *occurrence* for *property damage* to property of others caused by you or any *family member,*

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00093



including intentional acts of a *family member* under the age of 13. This coverage does not apply to *property damage*:

a. To the extent of any amount recoverable under any other section of this policy;

b. To property;

   (1) Owned by a *covered person*;

   (2) Owned by or rented to a tenant of a *covered person*; or

   (3) Owned by or rented to a resident in your household;

c. Arising out of:

   (1) *Business* pursuits;

   (2) Any act or omission in connection with a premises owned, rented or controlled by a *covered person*, other than an *insured location*; or

   (3) The ownership, maintenance or use of any aircraft, watercraft, motor vehicle or any other motorized land conveyance.

   This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by a *covered person*.

3. **Workers' Compensation.**

If you are required by your state statutes to provide Workers' Compensation insurance for your *residence employees*, we will make any required statutory payments. Any amounts payable under this coverage shall be reduced by any amounts paid or payable under any other section of the policy.

4. **Loss Assessment Coverage.**

We agree to pay, up to:

a. $5,000; or

b. If shown in the Coverage Summary; "Increased Loss Assessment" up to the aggregate amount shown in the Coverage Summary;

for your share of any loss assessment charged

during the policy period against you by a corporation or association of property owners when the assessment is made as a result of:

a. An *occurrence* to which Personal Liability□ Home would apply;

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

   (1) The director, officer or trustee is elected by the members of a corporation or association of real property owners; and

   (2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of real property owners.

Regardless of the number of assessments, this is the most we will pay for loss arising out of:

a. One *occurrence*; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

This coverage does not increase our limit of liability.

We will not pay more than $1,000, of your assessment per unit that results from a deductible in the insurance purchased by the association of real property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of your *residence premises*.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

5. **Other Payments We Make.**

In addition to the limit of liability shown in the Coverage Summary, we pay on your behalf:

a. The expenses described below for a claim or suit we are obligated to defend:

   (1) Defense costs incurred at our discretion;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

**ALST 00094**

**Your Policy**


ENCOMPASS.
I N S U R A N C E

(2) Premiums on appeal bonds and bonds to release attachments in any suit we defend; we have no obligation to secure or provide bonds;

(3) Up to $100 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request;

(4) Other reasonable expenses (other than loss of earnings) incurred at our request;

(5) Expenses incurred by us and costs taxed against any *covered person* in any suit we defend.

b.  Interest accruing after a judgment is entered and before the loss is paid in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

We are not obligated to defend suits brought against a *covered person* in any country where we are prevented from defending because of laws or other reasons. However, we will pay any expense incurred with our written consent for the *covered person's* defense.

Our obligation to pay the above costs ends when our limit of liability has been exhausted.

**LOSSES WE DO NOT COVER**

1.  **Personal Liability and Medical Expense** coverages do not apply to *bodily injury* or *property damage*:

    a.  Arising out of the rendering or failure to render a professional service of any nature even if covered by any other policy.

    b.  Arising out of any property excluded from coverage by endorsements attached to this policy.

    c.  Arising out of the ownership, maintenance, occupancy, renting, loaning, use, entrusting, loading or unloading of any motor vehicles, other than:

        (1) A motorized golf cart when being used to play golf on a golf course, or for travel between the *residence premises* and

its community golf course for golfing purposes only.

        (2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and;

            (a) Not owned by a *covered person*; or

            (b) Owned by a *covered person* and being used on an *insured location* at the time of the accident.

        (3) A vehicle or conveyance not subject to motor vehicle registration which is:

            (a) Being used to service a *covered person's* residence at the time of the accident;

            (b) Designed for assisting the handicapped; or

            (c) In dead storage on an *insured location*;

        (4) Bodily injury to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

    d.  Arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading, or unloading of any watercraft, other than:

        (1) Sailing vessels, with or without auxiliary power, less than 26 feet in length that are owned or rented by a *covered person*;

        (2) Watercraft powered by one or more outboard motors with less than 26 total horsepower;

        (3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned or rented to a *covered person*;

        (4) Any watercraft, which is not:

            (a) A sailing vessel; and

            (b) Motor powered;

            that is owned or rented by a *covered person*;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00095

**Your Policy**



ENCOMPASS. INSURANCE

(5) Watercraft that you or any *family member* do not own as long as they are not furnished or available for the regular use of any *covered person*;

(6) Watercraft that are stored;

but in no instance will coverage be provided for any watercraft:

(1) Designated as an airboat, air cushion or similar type of watercraft; or

(2) Owned by a *covered person* which is a personal watercraft, meaning a craft propelled by water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

e. Which arises out of the transmission of a communicable disease by any *covered person*.

f. Arising out of a premises:

(1) Owned by a *covered person*;

(2) Rented to a *covered person*; or

(3) Rented to others by a *covered person*;

that is not an *insured location*. This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

g. Arising out of the rental or holding for rental of any part of any premises by a *covered person*.

This exclusion (g.) does not apply:

(1) To the rental or holding for rental of an *insured location*:

(a) On an occasional basis if used only as a residence;

(b) In part, unless intended for use as a

residence by more than two roomers or boarders; or

(c) In part, as an office, school, studio or private garage.

(2) When the *residence premises* is a two or more family dwelling and you occupy one part and rent or hold for rental the other part.

(3) To the rental or holding for rental of a dwelling of four families or fewer, or condominium or cooperative units that are indicated on the Coverage Summary and owned by you.

h. Intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *bodily injury* or *property damage* is of a different kind or degree than that intended or reasonably expected; or

(3) Such *bodily injury* or *property damage* is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such *covered person* is actually charged with or convicted of a crime.

i. Arising out of:

(1) The entrustment by a *covered person* to any person; or

(2) Vicarious liability, whether or not statutorily imposed for the actions of a child or minor;

of any watercraft, motor vehicle or trailer which is not covered under **Liability Coverage □ Home**.

j. Arising out of *business* pursuits of you or any *covered person*. This exclusion does not apply to:

(1) Activities which are usual to *non-business* pursuits; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993