## Your Policy



(2) Part-time *business* pursuits of any *covered person* who is under 18 years of age.

k. Arising out of your or any *covered person's* action or failure to act as a director, officer or trustee of an organization, unless:

  (1) In a capacity as a director, officer or trustee you or the *covered person*:

    (a) Serve without deriving any income, and

    (b) The organization is charitable, religious or civic non-profit and chartered as such.

  (2) The organization is a corporation or association of real property owners, and in the capacity as director, officer or trustee, you or any *covered person* incurs liability and:

    (a) Is elected by the members of the corporation or association of real property owners; and

    (b) Serves without deriving any income from the exercise of duties which are solely on the behalf of a corporation or association of real property owners.

l. Arising out of:

  (1) The ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of an aircraft;

  (2) The entrustment by a *covered person* of an aircraft to any person; or

  (3) Vicarious parental liability, whether statutorily imposed or not, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

This exclusion does not apply to *bodily injury* to a *residence employee* arising out of and in the course of the *residence employee's* employment by a *covered person*.

m. Caused directly or indirectly by war, including:

  (1) Undeclared war, civil war, insurrection, rebellion, revolution;

  (2) Warlike act by a military force or military personnel; or

  (3) Destruction or seizure or use for a military purpose;

and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

n. Arising out of the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

2. **Personal Liability** does not apply to:

a. Liability for your share of any loss assessments charged against all members of an association, corporation or community of property owners, except as provided under **Additional Liability Coverages, 4. Loss Assessment Coverage**.

b. *Property damage* to property owned by a *covered person*.

c. *Property damage* to property rented to, occupied or used by or in the care of any *covered person*, if the *covered person* is obligated by contract to provide specified insurance for such property.

We provide no coverage for categories of property listed in **Tangible Personal Property □ Property Not Covered**.

d. *Bodily injury* or *property damage* for which a *covered person* under this policy:

  (1) Is also an insured under a nuclear energy liability policy; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00097

**Your Policy**



(2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors.

e. Liability from any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

f. *Bodily injury* to any person eligible to receive any benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

by the *covered person* under any:

(1) Workers Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law;

except as provided under **Additional Liability Coverages, 3. Workers' Compensation**.

g. *Bodily injury* to you or any *family member*. This exclusion also applies to any claim or suit brought against any *covered person*;

(1) To repay; or

(2) Share damages with;

another person who may be obligated to pay damages because of *bodily injury* to a *covered person*.

3. **Medical Expense** coverage does not apply to *bodily injury*.

a. To a *residence employee* which:

(1) Occurs off the *insured location*, and

(2) Does not arise out of or in the course of the *residence employee's* employment by any *covered person*.

b. To any person eligible to receive benefits:

(1) Voluntarily provided; or

(2) Required to be provided;

under any:

(1) Workers' Compensation law;

(2) Non-occupational disability law; or

(3) Occupational disease law.

c. From any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

d. To any person, other than a *residence employee* of a *covered person*, regularly residing on any part of the *insured location*.

4. **Personal Injury** does not apply to:

a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

b. Injury sustained by any person as a result of an offense directly or indirectly related to the acts of a person in the employment of a *covered person*;

c. Civic or public activities performed for pay by any *covered person*;

d. Injury arising out of;

(1) Oral or written publication of material, if done by or at the direction of any *covered person* with knowledge of its falsity;

(2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

e. Injury to you or a *covered person* within the meaning of part a. or b. of the *covered person* definition.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00098



f.  Injury arising out of a premises:

(1) Owned by or rented to a *covered person*; or

(2) Rented to others by a *covered person*;

that is not an *insured location* or a dwelling in the Coverage Summary.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1. **Your Duties After Loss.**

After an *occurrence*, you and any other *covered person* under this policy must make sure that all of the following are done. We have no duty to provide coverage under this policy unless there has been full compliance with these duties:

a.  Give us or our agent as soon as possible:

(1) All information you know on the time, place and circumstances of the *occurrence*, and in the case of a crime also tell the police; and

(2) Identity of claimants, witnesses and *covered persons*.

b.  Forward to us all written material you receive regarding the *occurrence*.

c.  At our request, assist us in:

(1) Making settlement.

(2) Conducting suits and attending hearings or trials.

(3) Securing and giving evidence.

(4) Enforcing any right of contribution or indemnity against any person or organization who may be liable to a *covered person*.

(5) If the loss is under the coverage **Goodwill Payments**, within 60 days after the loss:

(a) Submitting to us a sworn statement of loss; and

(b) If in a *covered person's* control; showing the damaged property.

d.  You or any other *covered person* shall not, except at your own cost, voluntarily make any payment, assume any obligation or incur any expense. This does not apply to first aid to others.

2. **Duties Of An Injured Person.**

The injured person shall:

a.  Give us written proof of claim;

b.  Authorize us to obtain medical information and other pertinent records;

c.  As often as we reasonably require submit to physical examination by a physician of our choice;

d.  Not construe payment of medical claims as an admission of liability by a *covered person* or us.

3. **Suit Against Us.**

No action can be brought against us unless there has been compliance with the policy provisions.

No action can be brought against us until the obligation of the *covered person* has been determined by final judgment or agreement signed by us.

No person or organization has any right under this policy to bring us into any action to determine the liability of a *covered person*.

## GENERAL PROVISIONS□HOME

1. The "GENERAL PROVISIONS" is amended as follows:

OTHER INSURANCE □ The following exception is added:

Exception:

a.  For Condominium and Cooperative Owners□ If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance.

b.  Any insurance we provide with respect to a watercraft that you or any *family member* do

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00099

## Your Policy



not own shall be excess over other valid and collectible insurance.

c.  For other than losses covered under **Additional Liability Coverage** ⌐ **Workers' Compensation** , this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

2..  The following provisions are added to the "GENERAL PROVISIONS":

a.  **SUBROGATION**

A *covered person* may waive in writing before a loss all rights of recovery against any person.

If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with us.

b.  **ADDITIONAL  INSURED**

The definition of "you"  and "your"  includes the person or organization named in the Coverage Summary as an Additional Insured for the "HOME"  Segment, with respect to:

(1)  **Property Coverage** ☐ **Real Property**;

(2)  **Liability Coverage** ☐ **Personal Liability**; and

(3)  **Liability Coverage** ☐ **Medical Expense**;

but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of the employee's employment by the person or organization.

c.  **THE LAW**

If anything in this policy conflicts with state or local laws, we agree to honor any claim or suit in conformity with the law.

d.  **CHANGES  DURING  THE  POLICY  PERIOD**

If there is a change to the information used to develop the premium for this policy, we may adjust your premium.  Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18534-A Ed. 09-93

ALST 00100

Required
Coverages and Amendments



# AMENDMENT OF HOME AND DWELLING
## FIRE PROVISIONS ☐ LOUISIANA

The following amends the **SPECIAL**, **DELUXE**, and **ELITE-HOME** Segments and the **DWELLING FIRE** Segment. Certain sections of this Amendment modify one or more of the above Segments and are so indicated. If not so indicated, the language below modifies all of the above Segments.

### GENERAL AGREEMENT

We will pay claims and provide coverage as described in this Segment if you pay the premiums and comply with everything outlined in this Segment. The Coverage Summary and the Policy Index form a part of the contract between you and us. Acceptance of this Segment means that you agree that the limits and deductibles shown in the Coverage Summary and in the Segment accurately reflect the limits and deductibles you have chosen.

### DEDUCTIBLES

The deductibles in the Coverage Summary are the amount you are responsible for in each loss. If more than one category of property is damaged in the same loss, only the highest deductible will be applied.

### COVERAGE SUMMARY

When we refer to the Coverage Summary in a Segment, we mean the section of the Coverage Summary that corresponds to the applicable Segment, and which details or lists the applicable coverage limits and deductibles for that Segment. Loss settlement for a covered exposure will only be applicable for the Segment for which coverage was purchased.

### DEFINITIONS

The following definitions are added:

**"You"** and **"your"** refer to the person shown as the "Named Insured" in the Coverage Summary and his or her spouse if a resident of the same household. **"We"** and **"us"** and **"our"** refer to the Company providing this insurance.

For the **SPECIAL-HOME** Segment, including all attached endorsements, any reference to "aggregate property limit" is deleted and replaced by "property location limit".

**Property Location Limit** means the sum of the individual limits of insurance for your residence, tangible personal property and other structures respectively for such residence as specified in the Coverage Summary.

### REAL PROPERTY ∟ LIMIT OF LIABILITY

For the **ELITE** and **DELUXE-HOME** Segments, Item 2. is deleted and replaced by the following:

2. If you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost;

   b. Also increase the aggregate property limit by the same percentage applied to the residence value to pay the loss but no more than 25% for **ELITE-HOME** or 15% for **DELUXE-HOME**; and

   c. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00101

# Required Coverages and Amendments

 ENCOMPASS. INSURANCE

For the **SPECIAL-HOME** Segment, Provisions **1.** and **2.** are deleted in their entirety and replaced by the following:

1. Payment will not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The actual cost to replace the real property or any parts of it;

   c. For dwelling L The estimated residence value shown in the Coverage Summary for that particular residence; or

   d. For Other Structures located on the **residence premises** but physically separated from the dwelling L 10% of the estimated residence value shown in the Coverage Summary. This limit is the most we will pay regardless of the number of Other Structures damaged in the same **occurrence**.

2. If the Coverage Summary indicates that "Specified Additional Amount of Insurance for Dwelling Coverage" applies and you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost of the residence, subject to a maximum increase of 15% of the estimated residence value; and

   b. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

At the time of loss, Other Structures and Tangible Personal Property Coverage percentages will not be increased as a result of Specified Additional Amount of Insurance for Dwelling Coverage on your dwelling.

Current replacement cost does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property. The current replacement cost of the real property is based on either:

   a. A recalculation of your home based on information that you provided or on information gathered from an inspection or both; or

   b. A residential cost index applied to each policy anniversary. The index is an estimate of the increased cost of rebuilding or repairing your home and is based on information provided to us by a major appraisal company and other available information.

Item **4.** is deleted and replaced by the following:

4. If the replacement premises is not at the same location, covered losses will be settled on a replacement cost basis. We will pay no more than the dwelling replacement value shown in the Coverage Summary for equivalent construction and use as the original **residence premises**.

## TANGIBLE PERSONAL PROPERTY L PROPERTY SPECIAL LIMITS

For **DELUXE-HOME**, Category **1.** is deleted and replaced by the following:

1. $500 . . . On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins, and medals.

## TANGIBLE PERSONAL PROPERTY L PROPERTY NOT COVERED

The following Exclusion **8.** is added for the **ELITE-HOME** only:

8. Motorized golf carts while away from an **insured location** for other than:

   a. Golfing purposes; or

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G   Ed. 10-02

**ALST 00102**

# Required Coverages and Amendments



b.  Storage at a golf course.

However, this restriction does not apply to a golf cart in transit in, on, or being towed by another motorized land vehicle in the course of being moved from one location to another.

**TANGIBLE PERSONAL PROPERTY ∟ LIMIT OF LIABILITY**

For the SPECIAL-HOME Segment, Provisions 1. and 2. are deleted in their entirety and replaced by the following:

1.  Tangible Personal Property is insured on an actual cash value basis (with deduction for depreciation) unless the Coverage Summary indicates that "Personal Property Replacement Cost Coverage" applies. When Tangible Personal Property is insured on an actual cash value basis, covered losses for Tangible Personal Property will be settled on an actual cash value basis (without deduction for depreciation), but not exceeding the smallest of:

    a.  The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

    b.  The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

    c.  The amount specified in the section TANGIBLE PERSONAL PROPERTY ∟ PROPERTY SPECIAL LIMITS ; or

    d.  50% of the estimated residence value shown in the Coverage Summary.

2.  If the Coverage Summary indicates that "Personal Property Replacement Cost Coverage" applies, covered losses will be settled on a replacement cost basis (without deduction for depreciation) but not exceed the smallest of:

    a.  The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

    b.  The amount that we could reasonably be expected to pay to replace the article with a

new one substantially identical to the article lost or damaged;

    c.  The amount specified in TANGIBLE PERSONAL PROPERTY ∟ PROPERTY SPECIAL LIMITS ; or

    d.  70% of the estimated residence value shown in the Coverage Summary.

Personal Property Replacement Cost Coverage will not apply to property that is obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

At our option, we may repair or we may replace with a new item of similar or like kind and quality.

If the replacement cost for the entire loss under this SPECIAL-HOME Segment is more than $3,000, we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

**ADDITIONAL PROPERTY COVERAGES**

For the HOME Segment, under Item 1. **Additional Living Expense**, the following is added at the end of 1.a.(1) for the ELITE, DELUXE, and SPECIAL-HOME :

This coverage is limited to 15% of the property location limit shown on your Coverage Summary.

Also, the one year limitation for **Additional Living Expense** for the DELUXE and SPECIAL-HOME contracts is eliminated.

Provision **4. Debris Removal** is deleted from the HOME Segment in its entirety, and it is replaced by the following:

4.  **Debris Removal.**

    We will pay your reasonable expense for the removal of:

    a.  Debris of covered property for covered losses; or

    b.  Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00103



## Required Coverages and Amendments

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a **Tangible Personal Property** ∟ **Covered Peril**; provided the tree(s):

   (1) Damage(s) a covered structure; or

   (2) Block(s) a driveway on the residence premises so that vehicles cannot pass; or

   (3) Block(s) a ramp or driveway for handicapped persons' access to a structure; or

   (4) Prohibit(s) safe entry into a covered structure through any of its normal entryways.

The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For the **DELUXE** and **ELITE-HOME** Segments, item 6. **Building Ordinance Increased Costs** is deleted and replaced by the following:

6. **Building Ordinance Increased Costs.**

We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. This coverage is limited to 15% of the property location limit shown on your Coverage Summary.

For **DELUXE** and **ELITE-HOME** only, Item 8. **Mortgage Extra Expense Coverage** is deleted and replaced by the following:

8. **Mortgage Extra Expense Coverage**

If a *total loss* occurs to the *residence premises* from a covered loss, we agree to reimburse you for the increased *monthly mortgage expenses.*

In addition, we will pay mortgage *acquisition costs* and legal fees incurred from the construction of a replacement dwelling at the same location.

Your limit for this coverage is $20,000. No more than $250 per month of this limit will be available for the *monthly mortgage expenses.*

We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

Coverage is limited to the extra expense of your first mortgage on the *residence premises.*

For **DELUXE** and **ELITE-HOME** only, the first paragraph of Item 9. **Personal Home Computer and Data Records Coverage** is deleted and replaced by the following:

9. **Personal Home Computer and Data Records Coverage**

We cover personal home computer(s) that are:

a. Located on your *residence premises*; and

b. Are owned by you;

For direct physical loss except for losses listed in **PROPERTY COVERAGE** ∟ **LOSSES WE DO NOT COVER**. We also cover loss to data caused by magnetic injury and loss to your personal home computer and data caused by external power failure or external power surge.

For **ELITE-HOME** only, Item 13. **Trees and Shrubs**, the first sentence is deleted and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

**ALST 00104**

**Required Coverages and Amendments**



**13. Trees and Shrubs**

We will pay up to 10% of the covered amount of property on which the loss occurs for loss to your lawn, trees, plants, or shrubs, on your *residence premises*.

For SPECIAL-HOME , Item 16. Lock Replacement and Item 22. Lock Replacement for DELUXE-HOME , the amount of coverage is increased to $500.

For ELITE-HOME only, Item 18. Refrigerated Products Coverage , the amount of coverage is increased to $1,000.

For SPECIAL-HOME , the following is added as Item 20. for DELUXE and ELITE-HOME , the following is added as Item 24.:

**Police Department Service Charge**

We will pay up to $50 per *occurrence* , subject to a maximum of $250 per policy period, for Police Department charges incurred when the Police Department is called due to the accidental activation of a burglary alarm system. The deductible does not apply.

For SPECIAL-HOME , the following is added as Item 21. for DELUXE and ELITE-HOME , the following is added as Item 25.:

**Witness Expense Reimbursement**

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered REAL PROPERTY or TANGIBLE PERSONAL PROPERTY loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

For the SPECIAL-HOME only, the following is added as Item 22.:

**Reward Coverage**

We pay up to 10% of the amount of loss up to a maximum of $1,000 to anyone providing information leading to the arrest and conviction of anyone:

a. Who perpetrates an arson loss at an *insured location*; or

b. Who robs, steals, or burglarizes any *covered person's* property.

We also pay anyone providing assistance in the recovery of stolen property, 10% of the value of the recovered property, up to a maximum of $1,000. The deductible does not apply.

**LOSSES WE DO NOT COVER**

The introductory paragraph is deleted and replaced by the following:

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. However, coverage will be provided for any covered peril that precedes an excluded peril, occurs concurrently with an excluded peril, or occurs as a result of an excluded peril

For the SPECIAL and DELUXE-HOME and DWELLING FIRE, Exclusion **1.d.** is deleted and replaced by the following:

d. Involving intentional acts or omissions of or at the direction of one or more *covered persons*, if the loss that occurs:

   (1) May reasonably be expected to result from such acts; or

   (2) Is the intended result of such acts.

For the SPECIAL and DELUXE-HOME and DWELLING FIRE, the following Exclusion **1.h.** is added:

h. Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2) Such *covered person* is not actually charged with or convicted of a crime.

For the ELITE-HOME , the following is added to Exclusion **1.d.(2)**:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G   Ed. 10-02

ALST 00105

## Required Coverages and Amendments



However, we do cover loss to your personal home computer caused by external power failure or external power surge.

For the **ELITE-HOME** Segment, exclusion **1.e.(1)** is deleted.

For the **ELITE-HOME**, Exclusion **1.h.** is deleted and replaced by the following:

h.  Involving intentional acts or omissions of or at the direction of one or more *covered persons*, if the loss that occurs:

   (1)  May reasonably be expected to result from such acts; or

   (2)  Is the intended result of such acts.

The following exclusions are added under **1. Real Property and Tangible Personal Property** of the **ELITE-HOME** Segment:

m.  We do not insure for loss caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

   (1)  Fire;

   (2)  Explosion; or

   (3)  Breakage of glass or glazing material which is part of a building, ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

n.  Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   (1)  Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2)  Such *covered person* is not actually charged with or convicted of a crime.

The following exclusion is added under **1. Real Property and Tangible Personal Property** under the **SPECIAL, DELUXE,** and **ELITE-HOME** Segments and the **DWELLING FIRE** Segment:

The cost of any testing or monitoring of air or property to confirm the type, absence, presence or

level of fungus, whether performed prior to, during or after removal, repair, restoration or replacement of covered property. Also excluded is the cost of containment or fumigation of the premises, whether fungus is the result of a covered cause of loss or otherwise. For the purposes of this exclusion, fungus means any type or form of fungus, including mold, mildew, mycotoxins, spores, scents or byproducts produced or released by fungi.

Exclusion **c.** under **2. Real Property** in the **DELUXE** and **SPECIAL-HOME, DWELLING FIRE,** and exclusion **c.** under **1. Real Property and Tangible Personal Property** in the **ELITE-HOME** is deleted and replaced by the following:

Continuous or repeated seepage or leakage of water or steam from a:

   (1)  Heating, air conditioning or automatic fire protective sprinkler system;

   (2)  Household appliance; or

   (3)  Plumbing system, including from, within or around any shower stall, shower bath, tub installation, or other plumbing fixture, including their walls, ceilings or floors;

which occurs over a period of time. If loss to covered property is caused by water or steam not otherwise excluded, we will cover the cost of tearing out and replacing any part of the building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which the water or steam escaped.

Exclusion **a.** under **2. Real Property** of the **ELITE-HOME** Segment is deleted.

In the **DELUXE-HOME, SPECIAL-HOME,** and **DWELLING FIRE** Segments, the second paragraph of exclusion **2.d.(7)** is deleted and replaced by the following:

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

For the **DELUXE-HOME** and **DWELLING FIRE** Segments, exclusion **2.g.(1)** is deleted.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00106

# Required Coverages and Amendments



For the SPECIAL-HOME Segment, exclusion **2.h.(1)** is deleted.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

**2. Mortgage Clause.** The following sentence is deleted:

If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the cancellation takes effect.

The following sentences are added to replace the above:

If this Segment is canceled by us, the mortgagee will be notified:

**a.** At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

**b.** At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the Segment is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

**4. Your Duties After Loss.**

The first paragraph is deleted in its entirety and replaced by the following:

You agree to see that the following things are done after a loss. We have no duty to provide coverage under this Segment by the amount your or any other ***covered person's*** action or inaction caused the additional loss.

**5. Appraisal.**

The sentence: "A decision agreed to by any two will be binding." is deleted in its entirety.

**6. Suit Against Us** is deleted and replaced by the following:

No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. However, the one year period is extended by the number of days between the date the

proof of loss is submitted and the date the claim is submitted in whole or in part.

**8. Who We Pay** is deleted and replaced by the following:

**8. Who We Pay.** We will adjust all losses with you. We will pay you unless some other person is named in the Segment or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and any undisputed portions of the claim.

The following is added as Item 10.:

**10. Cost of Preparing Proof of Loss**

We will pay up to $250 for **SPECIAL** and **DELUXE-HOME** and $2,000 for **ELITE-HOME** for the reasonable expenses incurred by you or any ***covered person***, for any outside services necessary to prepare proof of your loss or other exhibits required by this Segment. This includes:

**a.** Building repair estimates;

**b.** Accounting services;

**c.** Appraisals; or

**d.** Other necessary services performed for you or any ***covered person***, by others.

However, we will not pay for any legal services or the services of a public adjuster.

## LIABILITY COVERAGE ⌐ HOME

## PERSONAL LIABILITY ⌐ INSURING AGREEMENT

The second Item **1.** is deleted and replaced by the following:

**1.** Pay up to our limit of liability for the damages which a ***covered person*** is legally liable.

The last sentence in provision **2.** "our duty to settle or defend ends when the amount we pay for damages resulting from an ***occurrence*** equals our limit of liability" is deleted in its entirety.

## LOSSES WE DO NOT COVER

Exclusions **1.d.(2), 1.d.(3), 1.d.(5),** and **1.h.** are deleted and replaced by the following:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

ALST 00107

## Required Coverages and Amendments



ENCOMPASS.
INSURANCE

1. d. (2) Watercraft powered by one or more outboard motors of 50 horsepower or less, which are owned by a *covered person*;

1. d. (3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned by a *covered person*;

1. d. (5) Watercraft that you or a *family member* do not own, as long as they are not furnished or available for the regular use of you or any *covered person*, regardless of the horsepower;

1. h. Intended by, or which may be reasonably expected to result from the intentional acts or omissions of one or more *covered persons*. This exclusion applies even if:

   (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2) Such *bodily injury* or *property damage* is of a different kind, quality, or degree than initially expected or intended; or

   (3) Such *bodily injury* or *property damage* is sustained by a different person, entity, real or personal property, than intended or reasonably expected.

   However, this Exclusion h. does not apply to *bodily injury* resulting from the use of reasonable force by one or more *covered persons* to protect persons of property.

Exclusion 1.l.(3) is deleted in its entirety.

Exclusions 1.o. and 1.p. are added:

1. o. Arising out of sexual molestation, corporal punishment, or physical or mental abuse. However, we will cover your liability for corporal punishment to any pupil if coverage is shown on the Coverage Summary.

1. p. Resulting from criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2) Such *covered person* is not actually charged with or convicted of a crime.

Exclusion 4. is deleted and replaced by the following:

4. Personal Injury does not apply to:

   a. Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

   b. Injury sustained by any person as a result of an offense directly related to the acts of a person in the employment of a *covered person*;

   c. Injury arising out of or in connection with a *business* engaged in by a *covered person*. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*;

   d. Civic or public activities performed for pay by any *covered person*;

   e. Injury arising out of:

      (1) Oral or written publication of material, if done by or at the direction of any covered person with knowledge of its falsity;

      (2) Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

   f. Injury to you or a *covered person* within the meaning of part a. or b. of the *covered person* definition.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1. Your Duties After Loss.

   The first paragraph is deleted in its entirety and replaced by the following:

   After an *occurrence*, you and any other *covered person* under this segment must make sure that all of the following are done. We have no duty to provide coverage under this Segment

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00108



## Required Coverages and Amendments

by the amount your or any other *covered person's* action or inaction caused the additional loss.

3. **Suit Against Us**

This provision is deleted in its entirety and replaced by the following:

A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against a *covered person*; but we will not be liable for damages that are not payable under the terms of this Coverage part or that are in excess of the applicable limit of insurance. An agreed settlement and release of liability signed by us, the *covered person,* and the claimant or the claimant's legal representative.

## GENERAL PROVISIONS ∟ HOME AND DWELLING FIRE

The following replaces the **GENERAL PROVISIONS ∟ HOME** in the **HOME** Segment and the **GENERAL PROVISIONS ∟ DWELLING** in the **DWELLING FIRE** Segment.

1. **WAIVER OR CHANGE OF POLICY PROVISIONS**

A waiver or change of any policy provision must be in writing from us.

2. **LIBERALIZATION CLAUSE**

If we make a change which broadens coverage under this edition of our Segment without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our Segment.

3. **TERMINATION**

**Cancellation**

This Segment may be cancelled during the policy period as follows:

a. The named insured shown in the Coverage Summary may cancel by:

(1) Returning this Segment to us; or

(2) Giving us advance written notice of the date cancellation is to take effect.

b. The following applies with respect to premium payments due on new and renewal policies, including installment payments:

(1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the Segment subject to Paragraphs (2) and (3) below.

(2) We may cancel the Segment effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we received notice of the return check or negotiable instrument.

(3) The cancellation notice will also advise you that the Segment will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

c. The following applies if **b.** above does not apply.

We may cancel this Segment only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, regardless of the period of time this Segment has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00109

# Required Coverages and Amendments



(2) When this Segment has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(3) When this Segment has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item c.(5) below, we may cancel:

   (a) If there has been a material misrepresentation of fact with the intent to deceive:

      (1) In the procurement of the contract; or

      (2) At any other time since the Segment was issued;

     which if known to us would have caused us not to issue the Segment; or

   (b) If the risk has changed substantially since the Segment was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this Segment is written for a period of:

   (a) More than one year; or

   (b) Three years or less;

we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

(5) When this Segment has been in effect and renewed for more than three years, we may cancel for any one of the following:

   (a) If you have committed fraud with the intent to deceive:

      (1) In the procurement of the contract; or

      (2) At any other time since the Segment was issued;

   (b) If the insured risk has undergone a material change;

   (c) If you have filed two or more claims within three years; or

   (d) If the continuation of this Segment endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this Segment, regardless of the period of time this Segment has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this Segment is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

   (1) If you cancel this Segment, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.

   (2) If we cancel this Segment, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.

   (3) If we cancel based on Paragraph b. above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in b.(3). If the Segment was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00110

# Required Coverages and Amendments



## Nonrenewal

a.  We may elect not to renew this Segment, subject to the provisions of paragraphs **b.** and **c.** below. We may do so by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 30 days before the expiration date of this Segment. Proof of mailing will be sufficient proof of notice.

b.  If this Segment has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   (1) When you have not paid the premium;

   (2) If you have committed fraud;

   (3) If the insured risk has undergone a substantial change;

   (4) If you have filed two or more claims within three years; or

   (5) If the continuation of this Segment endangers our solvency.

c.  We will not, however, exercise our right of nonrenewal, regardless of the period of time this Segment has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

## Automatic Termination

If we offer to renew or continue this Segment and you or your representative do not accept, this Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on your covered dwelling, any similar insurance provided by this Segment will terminate as to that dwelling on the effective date of the other insurance.

## Other Termination Provisions

a.  If this Segment is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed on a pro-rata basis. However, making or offering to make the refund is not a condition of cancellation.

b.  The effective date of cancellation stated in the notice shall become the end of the policy period for this Segment.

## 4. BANKRUPTCY OF ANY COVERED PERSON

Bankruptcy or insolvency of you or any *covered person*, as defined in this Segment, shall not relieve us of any of our obligations.

## 5. OTHER INSURANCE

When there is other applicable insurance, we will provide coverage as follows:

a.  In the first year of this policy, prior to the exposure's effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased in excess of the total limits of all other policies.

b.  During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

c.  No one will be entitled to any payment that duplicates payment under any other Segment of the policy or from any other source of recovery for the same element of loss.

Exception:

a.  For Condominium and Cooperative Owners L If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this Segment, this insurance will be excess over the amount recoverable under such other insurance.

b.  Any insurance we provide with respect to a watercraft that *you* or any *family member* do not own shall be excess over other valid and collectible insurance.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G   Ed. 10-02

ALST 00111

## Required Coverages and Amendments



c. For other than losses covered under **Additional Liability Coverage L Workers' Compensation**, this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

6. **POLICY PERIOD**

   Claims under this policy must be for:

   a. Loss under the property coverages; or

   b. Liability arising from an accident or *occurrence* as defined in the Segment;

   which occurs during the policy period shown on the Coverage Summary.

7. **TERRITORY**

   The Segment territory is worldwide.

8. **RECOVERED PROPERTY**

   If you recover any property that we have made payment on under this Segment, you must immediately notify us. If the recovery is made prior to the conclusion of the loss adjustment, you will have the option to retain the property and we will adjust the loss payment based on the value of the property.

9. **TRANSFER OF YOUR INTEREST IN THIS SEGMENT**

   Your rights and duties under this Segment may not be assigned without our written consent.

   However, if any person named in the Coverage Summary dies, coverage will be provided for:

   a. The surviving spouse if a resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Coverage Summary; and

   b. The legal representative of the deceased person as if a named insured shown in the Coverage Summary. This applies only with respect to the property of the deceased covered under the segment at the time of death.

Coverage will be provided only until the end of the policy period.

10. **Concealment of Fraud**

    a. Under PROPERTY COVERAGE L HOME and PROPERTY COVERAGE L DWELLING, with respect to all *covered persons* covered under this Segment, we provide no coverage for loss under PROPERTY COVERAGE if, whether before or after a loss, the *covered person* has:

       (1) Intentionally concealed or misrepresented any material fact or circumstance;

       (2) Engaged in fraudulent conduct; or

       (3) Made false statements;

       relating to this insurance.

    b. Under LIABILITY COVERAGE L HOME and Liability Coverage L DWELLING FIRE, we do not provide coverage to the *covered person* who, before or after a loss, have:

       (1) Intentionally concealed or misrepresented any material fact or circumstance;

       (2) Engaged in fraudulent conduct; or

       (3) Made false statements;

       relating to this insurance.

    c. However, if the conduct specified under a., b., or c., above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the Segment, coverage will only be denied if the conduct was committed with the intent to deceive.

11. **SUBROGATION**

    A *covered person* may waive in writing before a loss all rights of recovery against any person.

    If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by *us*.

    If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with *us*.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00112

## Required Coverages and Amendments



If *we* make any payment under this Segment and the person to or for whom payment is made has a right to recover damages from another, *we* shall be subrogated to that right. However, our right to recover is subordinate to the *covered person's* right to be fully compensated.

12. ADDITIONAL INSURED

The definition of **"you"** and **"your"** includes the person or organization named in the Coverage Summary as an Additional Insured for the HOME Segment, with respect to:

(1) Property Coverage └ Real Property;

(2) Liability Coverage └ Personal Liability; and

(3) Liability Coverage └ Medical Expense;

but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of employee's employment by the person or organization.

13. THE LAW

If anything in this Segment conflicts with state or local laws, *we* agree to honor any claim or suit in conformity with the law.

14. CHANGES DURING THE POLICY PERIOD

If there is a change to the information used to develop the premium for this Segment, *we* may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, *we* will make the premium adjustment in accordance with our manual rules.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G-18733-G  Ed. 10-02

ALST 00113

It's Important For You To Know



**Important Notice**
**Encompass Insurance Privacy Policy**

At Encompass, we value you as a customer and share your concerns about privacy. We hope that this notice, which describes our use and protection of nonpublic personal information ("customer information"), will help you understand how we treat the customer information that we obtain from you or other sources in the course of providing you with products and services.

We want you to know that Encompass respects your privacy and protects your information.

- We do not sell customer information.

- We do not share customer information with persons, companies, or organizations outside of Encompass that would use that information to contact you about their own products and services.

- We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.

- Within Encompass, we communicate regarding the need to protect your information to those individuals who may have access to it, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering. . .

**What kind of customer information do we have, and where did we get it?**
Much of the customer information that we have about you comes directly from you. You gave some of this information to us on your application or request for insurance or other products we offer. We keep information about the types of products and services you purchase from us, as well as account balances and payment history.

Depending on the nature of the transaction you are completing with us, you may be asked to provide information to Encompass, our affiliates, agencies, or other entities working on Encompass' behalf. The kinds of customer information you may be asked to provide could include: information we receive from you on applications or other forms, such as your name, address, and Social Security number; and information about your transactions with our affiliates, others, or us-for example, your policy coverage, premiums, and payment history.

G1-40173-B  Ed. 05-01                                                    Page 1 of 3

ALST 00114

## It's Important For You To Know



**ENCOMPASS**
I N S U R A N C E

We may also collect information from outside sources, including consumer reporting agencies and health care providers. This information includes loss information reports, motor vehicle reports, credit reports, and medical information.

**What do we do with customer information?**
Encompass Insurance does not sell customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Encompass that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with plenty of time for you to respond before the change in our practice took place.

To help you with your overall insurance program, your agent or broker may use customer information for marketing purposes. We may also use customer information to communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. To transact business on your behalf, we may find it necessary to provide customer information, without authorization but only as permitted or required by law, to persons or organizations both inside and outside of Encompass. These include, for example: our affiliated companies, companies that perform marketing services on our behalf, or other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

**How do we protect your customer information?**
When we share customer information with companies working on Encompass' behalf, we expect those companies to use that information only to provide the service we have asked them to perform. Within Encompass, customer information is available to those individuals who may need to see it to fulfill and service the needs of Encompass customers. We communicate regarding the need to protect customer information to all employees and agents, especially those individuals who have access to it. Plus, we've established physical, electronic, and procedural safeguards to protect customer information.

Finally, should your relationship with Encompass end, your customer information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

**How can you find out what information we have about you?**
You may request to either see, or obtain from us by mail, the customer information about you in our records. If you believe that information is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to

G1-40173-B  Ed. 05-01

Page 2 of 3

ALST 00115

## It's Important For You To Know



the disputed customer information. To fulfill your request, we may make arrangements with an insurance support organization or a consumer reporting agency to copy and disclose customer information to you on our behalf. You may also request a more complete description of the entities to whom we disclose customer information, or the circumstances which might warrant such disclosures. Please send any of the requests listed above in writing to: Encompass Insurance Company, 401 Penn Street, Reading, PA 19601 Attn. GLB.

**If you are an Internet user. . .**
encompassinsurance.com provides information about Encompass, our products, and the agencies and brokers that represent us. You may also perform certain transactions on the website. When accessing encompassinsurance.com, please be sure to read the Privacy Statement that appears there.

In addition to the information contained in this Important Notice, the encompassinsurance.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding. 1) our use of online collecting devices known as "cookies," and 2) our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site. The website notice also contains important information you should consider regarding the security of information transmitted over the Internet.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact us as outlined above or visit encompassinsurance.com.

This notice is being provided on behalf of the following companies:

Encompass Insurance Company
Encompass Insurance Company of America
Encompass Property and Casualty Company
Encompass Independent Insurance Company
Encompass Home and Auto Insurance Company
Encompass Indemnity Company
Encompass Insurance Company of Massachusetts
Encompass Insurance Company of New Jersey
Encompass Floridian Insurance Company
Encompass Floridian Indemnity Company

G1-40173-B  Ed. 05-01

Page 3 of 3

**ALST 00116**



# It's Important for You to Know

## IMPORTANT INFORMATION ABOUT YOUR CREDIT REPORT AND HOMEOWNERS INSURANCE PREMIUM

**We Have Ordered Your Credit Report(s)**

Certain credit report information has proved an effective predictor of future insurance losses. It allows insurance companies to keep costs competitive by helping make it possible for customers who are less likely to incur losses to pay less for their insurance. Based on the information in credit reports, and other factors, we offer premium discounts of varying amounts to many of our customers. We've provided you with your specific credit-based Insurance Score. We have also provided the discount level for your premium, which is the insurance score with adjustments, made for key rating factors. These are described in greater detail below.

Residence #:

**Your insurance score:** ____
**Your discount level:** _____

**When Do We Order Credit Information - and How Often?**

We order credit information at the time you apply for insurance, and then, if you request us to do so, annually. This means that your premium could increase or decrease if your credit-based insurance score changes. If your insurance score improves, you may receive a new discount level.

You are receiving this notice because 1) you are new to Encompass and had your credit report ordered as part of the application process; 2) we've just completed an annual re-ordering of your credit information based upon your request; or 3) a previously ordered credit report contained errors or insufficient information that has been corrected or updated. If 3) applies to you, this notice may be accompanied by an Amended Coverage Summary showing any change in premium.

**How Does Insurance Scoring Work?**

Your insurance score is used along with other factors on your policy to determine your discount level. An insurance score of 1 represents the best score and qualifies a customer for the largest discount. However, additional factors are taken into consideration when determining the discount level. For Homeowners insurance, the number of current or prior claims will affect your discount level.

G1-70927-A Ed. 01-04

ALST 00117

# It's Important for You to Know

Please note that many customers, while not qualifying for the highest-level discount, are still qualifying for a discount that they wouldn't have received if we hadn't considered credit information. Some customers may not receive any premium discount based on credit information.

To find your total premium and a listing of all discounts you are receiving, please see your Coverage Summary.

If you want to obtain a copy of your credit report, please contact:

> Trans Union National Disclosure Center
> 2 Baldwin Place
> P.O. Box 1000
> Chester, PA  19022
> 1-800-916-8800

If you have any questions about the information in this notice, or about any aspect of your insurance, please contact your independent Encompass agent who can provide you with a brochure called "What's Credit Got To Do With It" published by the National Association of Independent Insurers. You can also log on to www.encompassinsurance.com to see more information about our company and products we offer.

ALST 00118

## Your Optional Endorsements

 **ENCOMPASS.**
INSURANCE

---

### WINDSTORM OR HAIL DEDUCTIBLE

---

For the premium charged, we will pay only that part of the total of the loss for all Property Coverages that exceeds the windstorm or hail deductible stated in the Coverage Summary. This deductible applies in the event of direct physical loss to property covered under this policy caused directly or indirectly by windstorm or hail. Such deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. No other deductible provision in the policy applies to direct physical loss caused by windstorm or hail.

In no event will the deductible applied for a windstorm or hail loss be less than the property deductible shown in the Coverage Summary.

All other provisions of this policy apply.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 1993

G1-70527-A  Ed. 06-02

**ALST 00119**



**Required Coverages and Amendments**

# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE – LOUISIANA – HOME

For use with the Universal Security Home Segment.

**DEFINITIONS**

The following definitions are added:

**Fungi**

a. *Fungi* means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

b. Under **LIABILITY COVERAGE – HOME**, this does not include any *fungi* that are, are on, or are contained in, a good or product intended for consumption.

**Bacteria**

*Bacteria* means any type, kind or form of bacterium.

**ADDITIONAL PROPERTY COVERAGES**

The following is added:

**Fungi, Wet Or Dry Rot, Or Bacteria**

a. The amount shown in the Coverage Summary is the most we will pay for:

  (1) The total of all loss payable under **PROPERTY COVERAGE – HOME** caused by *fungi*, wet or dry rot, or *bacteria*;

  (2) The cost to remove *fungi*, wet or dry rot, or *bacteria* from property covered under **PROPERTY COVERAGE – HOME**;

  (3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the *fungi*, wet or dry rot, or *bacteria*; and

  (4) The costs of testing of air or property to confirm the absence, presence, or level of *fungi*, wet or dry rot, or *bacteria*, whether performed prior to, during or after removal, repair, restoration, or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of *fungi*, wet or dry rot, or *bacteria*.

b. The coverage described in a. only applies when such loss or costs are a result of a covered peril that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time the covered peril occurred.

c. The amount shown in the Coverage Summary for this coverage is the most we will pay for the total of all loss or costs payable under this **Additional Coverage** regardless of the:

  (1) Number of locations insured; or

  (2) Number of claims made.

This coverage does not increase the limit of liability applying to the damaged covered property.

**LOSSES WE DO NOT COVER**

The following exclusion is added under **1. Real Property and Tangible Personal Property** for all HOME Segments:

Caused by constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all *covered persons* and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Under **2. Real Property** in the DELUXE and SPECIAL-HOME and **1. Real Property and Tangible Personal Property** in the ELITE-HOME, exclusion c. is deleted.

Under **2. Real Property** in the DELUXE and SPECIAL-HOME and under **1. Real Property and Tangible Personal Property** in the ELITE-HOME, exclusion d. (3) is deleted and replaced by the following:

# Required Coverages and Amendments

(3) Rust or other corrosion;

The following exclusion is added to **1. Real Property and Tangible Personal Property** in all HOME Segments:

**Fungi, Wet or Dry Rot, Or Bacteria**

*Fungi,* Wet or Dry Rot, Or *Bacteria* meaning the presence, growth, proliferation, spread, or any activity of *fungi,* wet or dry rot, or *bacteria*.

This exclusion does not apply:

a.  When *fungi,* wet or dry rot, or *bacteria* results from fire or lightning;

b.  To the extent coverage is provided for in the **Fungi, Wet Or Dry Rot, Or Bacteria Additional Coverage** with respect to loss caused by a covered peril other than fire or lightning; or

c.  With respect to *fungi,* wet or dry rot, or *bacteria* that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a covered peril.

However, the exclusion shall continue to apply to:

(1) The cost to treat, contain, remove or dispose of *fungi,* wet or dry rot or *bacteria* beyond that which is required to repair or replace the covered property physically damaged by a covered peril;

(2) The cost of any testing of air or property to confirm the absence, presence or level of *fungi,* wet or dry rot or *bacteria* whether performed prior to, during or after removal, repair, restoration or replacement; and

(3) Any increase in loss under **Additional Living Expense and Debris Removal** resulting from c. (1) and c. (2).

Direct loss by a covered peril resulting from *fungi,* wet or dry rot, or *bacteria* is covered.

## LIABILITY COVERAGE – HOME

## PERSONAL LIABILITY – LIMIT OF LIABILITY

The following is added:

Our total liability for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any *fungi,* wet or dry rot, or *bacteria,* will not be more than the limit shown on the Coverage Summary for Personal Liability – Fungi, Wet or Dry Rot, or Bacteria.

This is the most we will pay regardless of the:

a.  Number of locations insured under the policy to which this endorsement is attached;

b.  Number of persons injured;

c.  Number of persons whose property is damaged;

d.  Number of *covered persons;* or

e.  Number of *occurrences* or claims made.

The following provision is added as regards Fungi, Wet or Dry Rot, or Bacteria Coverage:

## Severability of Insurance

This insurance applies separately to each *covered person* except with respect to the limit of liability described in this endorsement under Personal Liability – Limit of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

**ALST 00121**

G1-71011-A  Ed. 04-04



**Required**
**Coverages and Amendments**

## AMENDMENT OF HOME AND DWELLING
### FIRE PROVISIONS – LOUISIANA

The following amends the **SPECIAL, DELUXE,** and **ELITE-HOME** Segments and the **DWELLING FIRE** Segment. Certain sections of this Amendment modify one or more of the above Segments and are so indicated. If not so indicated, the language below modifies all of the above Segments.

### GENERAL AGREEMENT

We will pay claims and provide coverage as described in this Segment if you pay the premiums and comply with everything outlined in this Segment. The Coverage Summary and the Policy Index form a part of the contract between you and us. Acceptance of this Segment means that you agree that the limits and deductibles shown in the Coverage Summary and in the Segment accurately reflect the limits and deductibles you have chosen.

### DEDUCTIBLES

The deductibles in the Coverage Summary are the amount you are responsible for in each loss. If more than one category of property is damaged in the same loss, only the highest deductible will be applied.

### COVERAGE SUMMARY

When we refer to the Coverage Summary in a Segment, we mean the section of the Coverage Summary that corresponds to the applicable Segment, and which details or lists the applicable coverage limits and deductibles for that Segment. Loss settlement for a covered exposure will only be applicable for the Segment for which coverage was purchased.

### DEFINITIONS

The following definitions are added:

**"You"** and **"your"** refer to the person shown as the "Named Insured" in the Coverage Summary and his or her spouse if a resident of the same household. **"We"** and **"us"** and **"our"** refer to the Company providing this insurance.

For the **SPECIAL-HOME** Segment, including all attached endorsements, any reference to "aggregate property limit" is deleted and replaced by "property location limit".

**Property Location Limit** means the sum of the individual limits of insurance for your residence, tangible personal property and other structures respectively for such residence as specified in the Coverage Summary.

### REAL PROPERTY – LIMIT OF LIABILITY

For the **ELITE** and **DELUXE-HOME** Segments, Item 2. is deleted and replaced by the following:

2.  If you have:

   a.  Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost. The current replacement cost of the real property will be based on the residential construction cost index provided to us by a major appraisal company; and

   b.  Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a.  Increase the residence value to equal the current replacement cost;

   b.  Also increase the property location limit by the same percentage applied to the residence value to pay the loss but no more than 25% for **ELITE-HOME** or 15% for **DELUXE-HOME;** and

   c.  Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

"Current replacement cost" does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property.

**ALST 00122**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 1 of 14

G-18733-H  Ed. 04-04

# Required Coverages and Amendments

For the **SPECIAL-HOME** Segment, Provisions 1. and 2. are deleted in their entirety and replaced by the following:

1. Payment will not exceed the smallest of:

   a. The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

   b. The actual cost to replace the real property or any parts of it;

   c. For dwelling — The estimated residence value shown in the Coverage Summary for that particular residence; or

   d. For Other Structures located on the *residence premises* but physically separated from the dwelling — 10% of the estimated residence value shown in the Coverage Summary. This limit is the most we will pay regardless of the number of Other Structures damaged in the same *occurrence*.

2. If the Coverage Summary indicates that **Specified Additional Amount of Insurance for Dwelling Coverage** applies and you have:

   a. Maintained coverage on the real property at 100% of its full replacement cost by paying renewal premium to reflect the then current replacement cost; and

   b. Notified us within 90 days of the start of any alterations to the real property which increase the replacement cost of the real property by 5% or more;

   Then, if at the time of loss the residence value indicated in the Coverage Summary is less than the current replacement cost, we will:

   a. Increase the residence value to equal the current replacement cost of the residence, subject to a maximum increase of 15% of the estimated residence value; and

   b. Adjust the policy premium from the time of loss for the remainder of the policy term based on the increased limit of liability.

   At the time of loss, Other Structures and Tangible Personal Property Coverage percentages will not be increased as a result of **Specified Additional**

Amount of Insurance for Dwelling Coverage on your dwelling.

Current replacement cost does not include any additional costs necessary to comply with any ordinance or law that regulates the construction, repair or demolition of the property. The current replacement cost of the real property is based on either:

   a. A recalculation of your home based on information that you provided or on information gathered from an inspection or both; or

   b. A residential cost index applied to each policy anniversary. The index is an estimate of the increased cost of rebuilding or repairing your home and is based on information provided to us by a major appraisal company and other available information.

Item 4. is deleted and replaced by the following:

4. If the replacement premises is not at the same location, covered losses will be settled on a replacement cost basis. We will pay no more than the dwelling replacement value shown in the Coverage Summary for material of like kind and quality as the original *residence premises*.

## TANGIBLE PERSONAL PROPERTY — PROPERTY SPECIAL LIMITS

For **DELUXE-HOME**, Category 1. is deleted and replaced by the following:

1. $500 . . . On money, bank notes, bullion, gold (except goldware), silver (except silverware), platinum, coins, and medals.

For the **DELUXE-HOME**, **SPECIAL-HOME**, and **DWELLING FIRE** Segments, the following Category 10. is added:

10. $10,000 . . . For loss, other than water damage, to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

For the **DELUXE-HOME** Segment, the following Category 11. is added:

**ALST 00123**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

Page 2 of 14

G-18733-H  Ed. 04-04



# Required Coverages and Amendments

11. **$5,000** . . . For loss due to water damage to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

For the **SPECIAL-HOME** and **DWELLING FIRE** Segments, the following Category 11. is added:

11. **$2,500** . . . For loss due to water damage to rugs, including but not limited to, any hand-woven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age.

## TANGIBLE PERSONAL PROPERTY — PROPERTY NOT COVERED

The following Exclusion 8. is added for the **ELITE-HOME** only:

8.  Motorized golf carts while away from an *insured location* for other than:

a.  Golfing purposes; or

b.  Storage at a golf course.

However, this restriction does not apply to a golf cart in transit in, on, or being towed by another motorized land vehicle in the course of being moved from one location to another.

## TANGIBLE PERSONAL PROPERTY — LIMIT OF LIABILITY

For the **SPECIAL-HOME** Segment, Provisions 1. and 2. are deleted in their entirety and replaced by the following:

1.  Tangible Personal Property is insured on an actual cash value basis (with deduction for depreciation) unless the Coverage Summary indicates that **Personal Property Replacement Cost Coverage** applies. When Tangible Personal Property is insured on an actual cash value basis, covered losses for Tangible Personal Property will be settled on an actual cash value basis (without deduction for depreciation), but not exceeding the smallest of:

a.  The amount that we could reasonably be expected to pay to have the property repaired to its condition immediately prior to loss;

b.  The amount that we could reasonably be expected to pay to replace the article with a new one substantially identical to the article lost or damaged;

c.  The amount specified in the section **TANGIBLE PERSONAL PROPERTY — PROPERTY SPECIAL LIMITS**; or

d.  50% of the estimated residence value shown in the Coverage Summary.

2.  If the Coverage Summary indicates that **Personal Property Replacement Cost Coverage** applies, covered losses will be settled on a replacement cost basis (without deduction for depreciation) but not exceed the smallest of:

a.  The amount that we could reasonably be expected to have the property repaired to its condition immediately prior to loss;

b.  The amount that we could reasonably be expected to pay to replace the article with a new one of like kind and quality to the article lost or damaged;

c.  The amount specified in **TANGIBLE PERSONAL PROPERTY — PROPERTY SPECIAL LIMITS**; or

d.  70% of the estimated residence value shown in the Coverage Summary.

**Personal Property Replacement Cost Coverage** will not apply to property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

We may repair or we may replace with a new item of like kind and quality.

If the replacement cost for the entire loss under this **SPECIAL-HOME** Segment is more than $3,000, we will pay no more than the actual cash value for the loss or damage until actual repair or replacement is complete.

The first paragraph of provision 4. is deleted and replaced with the following to increase coverage:

Our limit of liability for tangible personal property usually located at a *covered person's* residence or premises is 5% of the property location limit shown

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

Page 3 of 14

ALST 00124

# Required Coverages and Amendments

on the Coverage Summary provided such residence or premises is:

## ADDITIONAL PROPERTY COVERAGES

For the HOME Segment, under Item **1. Additional Living Expense**, the following is added at the end of 1.a.(1) for the ELITE, DELUXE, and SPECIAL-HOME:

This coverage is limited to 15% of the property location limit shown on your Coverage Summary.

Also, the one year limitation for **Additional Living Expense** for the DELUXE and SPECIAL-HOME contracts is eliminated.

Provision **4. Debris Removal** is deleted from the HOME Segment in its entirety, and it is replaced by the following:

**4. Debris Removal.**

We will pay your reasonable expense for the removal of:

a. Debris of covered property for covered losses; or

b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a covered building or covered property contained in the building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 4% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from your *residence premises* of:

a. Your tree(s) felled by the peril of Windstorm or Hail;

b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c. A neighbor's tree(s) felled by a **Tangible Personal Property – Covered Peril;** provided the tree(s):

(1) Damage(s) a covered structure; or

(2) Block(s) a driveway on the residence premises so that vehicles cannot pass; or

(3) Block(s) a ramp or driveway for handicapped persons' access to a structure; or

(4) Prohibit(s) safe entry into a covered structure through any of its normal entryways.

The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

For the DELUXE and ELITE-HOME Segments, item **6. Building Ordinance Increased Costs** is deleted and replaced by the following:

**6. Building Ordinance Increased Costs.**

We cover any increased expenses you incur from any ordinance or law regulating the construction, repair or demolition to the damaged area of your covered real property that results from a covered loss. This coverage is limited to 15% of the property location limit shown on your Coverage Summary.

For DELUXE and ELITE-HOME only, Item **8. Mortgage Extra Expense Coverage** is deleted and replaced by the following:

**8. Mortgage Extra Expense Coverage**

If a *total loss* occurs to the *residence premises* from a covered loss, we agree to reimburse you for the increased *monthly mortgage expenses*.

In addition, we will pay mortgage *acquisition costs* and legal fees incurred from the construction of a replacement dwelling at the same location.

Your limit for this coverage is $20,000. No more than $250 per month of this limit will be available for the *monthly mortgage expenses*.

We will pay you on a semi-annual basis for up to a total of four years or until you no longer occupy the replacement premises, whichever comes first.

Coverage is limited to the extra expense of your first mortgage on the *residence premises*.

For DELUXE and ELITE-HOME only, the first paragraph of Item **9. Personal Home Computer and**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H Ed. 04-04

**ALST 00125**

# Required Coverages and Amendments



**ENCOMPASS.**
I N S U R A N C E

Data Records Coverage is deleted and replaced by the following:

**9. Personal Home Computer and Data Records Coverage**

We cover personal home computer(s) that are:

a. Located on your *residence premises*; and

b. Are owned by you;

For direct physical loss except for losses listed in **PROPERTY COVERAGE — LOSSES WE DO NOT COVER.** We also cover loss to data caused by magnetic injury and loss to your personal home computer and data caused by external power failure or external power surge.

Item 11. Collapse in the DELUXE and ELITE-HOME Segments, item 8. Collapse in the SPECIAL-HOME Segment, and item 7. Collapse in the DWELLING FIRE Segment are deleted in their entirety and replaced by the following:

**Collapse**

a. With respect to this **Additional Coverage**:

1. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

2. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

3. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

4. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered real property and tangible personal property involving a collapse of a building or any part of a building if the collapse was caused by one or more of the following:

1. Decay that is hidden from view, unless the presence of such decay is known to you prior to collapse;

2. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to you prior to collapse;

3. Weight of contents, equipment, animals or people;

4. Weight of rain which collects on a roof;

5. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

6. A **Real Property** covered peril for Elite; and a **Tangible Personal Property** covered peril for Special, Deluxe and Dwelling Fire.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items 1., 2., 3., 4., and 5., unless the loss is a direct result of the collapse of a covered building or any part of a covered building.

This coverage does not increase the limit of liability applying to the damaged covered property.

For **ELITE-HOME** only, Item 13. **Trees and Shrubs**, the first sentence is deleted and replaced by the following:

**13. Trees and Shrubs**

We will pay up to 10% of the covered amount of property on which the loss occurs for loss to your lawn, trees, plants, or shrubs, on your *residence premises.*

For **SPECIAL-HOME**, Item 16. **Lock Replacement** and Item 22. **Lock Replacement** for **DELUXE-HOME**, the amount of coverage is increased to $500.

For **ELITE-HOME** only, Item 18. **Refrigerated Products Coverage**, the amount of coverage is increased to $1,000.

For **SPECIAL-HOME**, the following is added as Item 20. for **DELUXE** and **ELITE-HOME**, the following is added as Item 24.:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**ALST 00126**

# Required
# Coverages and Amendments

## Police Department Service Charge

We will pay up to $50 per *occurrence*, subject to a maximum of $250 per policy period, for Police Department charges incurred when the Police Department is called due to the accidental activation of a burglary alarm system. The deductible does not apply.

For **SPECIAL-HOME**, the following is added as Item 21. for **DELUXE** and **ELITE-HOME**, the following is added as Item 25.:

## Witness Expense Reimbursement

We will pay your reasonable expenses and any lost wages you incur as a result of your appearance at a trial as a prosecution witness. This must result from a person being charged with committing an illegal act related to a covered **REAL PROPERTY** or **TANGIBLE PERSONAL PROPERTY** loss.

Reimbursement is subject to $25 a day for reasonable expenses and $50 a day for lost wages up to a maximum of $300. The deductible does not apply.

For the **SPECIAL-HOME** only, the following is added as Item 22.:

## Reward Coverage

We pay up to **10%** of the amount of loss up to a maximum of **$1,000** to anyone providing information leading to the arrest and conviction of anyone:

a. Who perpetrates an arson loss at an *insured location*; or

b. Who robs, steals, or burglarizes any *covered person's* property.

We also pay anyone providing assistance in the recovery of stolen property, **10%** of the value of the recovered property, up to a maximum of **$1,000**. The deductible does not apply.

## LOSSES WE DO NOT COVER

The introductory paragraph is deleted and replaced by the following:

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. However, coverage will be provided for any covered peril that precedes an excluded peril, occurs concurrently with an excluded peril, or occurs as a result of an excluded peril

For the **SPECIAL** and **DELUXE-HOME** and **DWELLING FIRE**, Exclusion 1.d. is deleted and replaced by the following:

d. Involving intentional loss, meaning any loss arising out of any act committed:

(1) With respect to loss caused by fire:

(a) By or at the direction of the *covered person*; and

(b) With the intent to cause a loss.

(2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy;

(a) By you or at your direction; and

(b) With the intent to cause a loss.

However, this exclusion does not apply to an innocent *covered person* who does not participate in the criminal act or omission.

For the **SPECIAL** and **DELUXE-HOME** and **DWELLING FIRE**, the following Exclusion 1.h. is added:

h. Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

(1) Such *covered person* lacks the mental capacity to govern his or her conduct;

(2) Such *covered person* is not actually charged with or convicted of a crime.

For the **ELITE-HOME**, the following is added to Exclusion 1.d.(2):

However, we do cover loss to your personal home computer caused by external power failure or external power surge.

For the **ELITE-HOME** Segment, exclusion 1.e.(1) is deleted.

For the **ELITE-HOME**, Exclusion 1.h. is deleted and replaced by the following:

h. Involving intentional loss, meaning any loss arising out of any act committed:

includes copyrighted material of Insurance Services Office, Inc., with its permission.



# Required Coverages and Amendments

(1) With respect to loss caused by fire:

    (a) By or at the direction of the *covered person*; and

    (b) With the intent to cause a loss.

(2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy:

    (a) By you or at your direction; and

    (b) With the intent to cause a loss.

However, this exclusion does not apply to an innocent co-insured to the extent of that innocent co-insured's interest in the property based on intentional and/or illegal acts of another insured.

The following exclusions are added under **1. Real Property and Tangible Personal Property** of the ELITE-HOME Segment:

**m.** We do not insure for loss caused by earth movement, meaning: earthquake, including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; mine subsidence; earth subsidence; sinkhole; or earth sinking, rising or shifting; unless direct loss by:

    (1) Fire;

    (2) Explosion; or

    (3) Breakage of glass or glazing material which is part of a building, ensues, and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by *theft*.

**n.** Resulting from the criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

    (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

    (2) Such *covered person* is not actually charged with or convicted of a crime.

However, this exclusion does not apply to an innocent *covered person* who does not participate in the criminal act or omission.

Exclusion **a.** under **2. Real Property** of the ELITE-HOME Segment is deleted.

In the **DELUXE-HOME, SPECIAL-HOME,** and **DWELLING FIRE** Segments, the second paragraph of exclusion **2.d.(7)** is deleted and replaced by the following:

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, and waste. Waste includes materials to be recycled, reconditioned, or reclaimed.

For the **DELUXE-HOME** and **DWELLING FIRE** Segments, exclusion **2.g.(1)** is deleted.

For the **SPECIAL-HOME** Segment, exclusion **2.h.(1)** is deleted.

## HOW WE SETTLE PROPERTY CLAIMS AND WHAT YOU MUST DO

2. **Mortgage Clause.** The following sentence is deleted:

    If the policy is canceled or nonrenewed by us, the mortgagee shall be notified at least ten days before the cancellation takes effect.

    The following sentences are added to replace the above:

    If this Segment is canceled by us, the mortgagee will be notified:

    **a.** At least **10** days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    **b.** At least **30** days before the date cancellation takes effect if we cancel for any other reason.

If the Segment is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

4. **Your Duties After Loss.**

    The first paragraph is deleted in its entirety and replaced by the following:

    You agree to see that the following things are done after a loss. We have no duty to provide coverage under this Segment by the amount your or any other *covered person's* action or inaction caused the additional loss.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H   Ed. 04-04

**ALST 00128**

# Required
# Coverages and Amendments

5. **Appraisal.**

   The sentence: "A decision agreed to by any two will be binding." is deleted in its entirety.

6. **Suit Against Us** is deleted and replaced by the following:

   No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss. However, the one year period is extended by the number of days between the date the proof of loss is submitted and the date the claim is submitted in whole or in part.

8. **Who We Pay** is deleted and replaced by the following:

8. **Who We Pay.** We will adjust all losses with you. We will pay you unless some other person is named in the Segment or is legally entitled to receive payment. Loss will be payable 30 days after we receive your proof of loss and any undisputed portions of the claim.

The following is added as Item 10.:

10. **Cost of Preparing Proof of Loss**

    We will pay up to $250 for SPECIAL and DELUXE-HOME and $2,000 for ELITE-HOME for the reasonable expenses incurred by you or any *covered person*, for any outside services necessary to prepare proof of your loss or other exhibits required by this Segment. This includes:

    a. Building repair estimates;

    b. Accounting services;

    c. Appraisals; or

    d. Other necessary services performed for you or any *covered person*, by others.

    However, we will not pay for any legal services or the services of a public adjuster.

## LIABILITY COVERAGE – HOME

## PERSONAL LIABILITY – INSURING AGREEMENT

The second Item 1. is deleted and replaced by the following:

1. Pay up to our limit of liability for the damages which a *covered person* is legally liable.

The last sentence in provision 2. "our duty to settle or defend ends when the amount we pay for damages resulting from an *occurrence* equals our limit of liability" is deleted in its entirety.

## LOSSES WE DO NOT COVER

Exclusions 1.d.(2), 1.d.(3), 1.d.(5), and 1.h. are deleted and replaced by the following:

1. d. (2) Watercraft powered by one or more outboard motors of 50 horsepower or less, which are owned by a *covered person*;

1. d. (3) Watercraft powered by inboard or inboard-outboard motor power of 50 horsepower or less, which are owned by a *covered person*;

1. d. (5) Watercraft that you or a *family member* do not own, as long as they are not furnished or available for the regular use of you or any *covered person*, regardless of the horsepower;

1. h. Intended by, or which may be reasonably expected to result from the intentional acts or omissions of one or more *covered persons*. This exclusion applies even if:

   (1) Such *covered person* lacks the mental capacity to govern his or her conduct;

   (2) Such *bodily injury* or *property damage* is of a different kind, quality, or degree than initially expected or intended; or

   (3) Such *bodily injury* or *property damage* is sustained by a different person, entity, real or personal property, than intended or reasonably expected.

   However, this Exclusion h. does not apply to *bodily injury* resulting from the use of reasonable force by one or more *covered persons* to protect persons of property.

Exclusion 1.l.(3) is deleted in its entirety.

Exclusions 1.o. and 1.p. are added:

1. o. Arising out of sexual molestation, corporal punishment, or physical or mental abuse. However, we will cover your liability for

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H Ed. 04-04

Page 8 of 14

ALST 00129

# Required Coverages and Amendments



ENCOMPASS.
INSURANCE

corporal punishment to any pupil if coverage is shown on the Coverage Summary.

1.  **p.** Resulting from criminal acts or omissions of or at the direction of one or more *covered persons*. This exclusion applies even if:

   **(1)** Such *covered person* lacks the mental capacity to govern his or her conduct;

   **(2)** Such *covered person* is not actually charged with or convicted of a crime.

Exclusion 4. is deleted and replaced by the following:

4.  **Personal Injury** does not apply to:

   **a.** Injury caused by a violation of a law or ordinance by, or with the knowledge or the expressed or implied consent of a *covered person*;

   **b.** Injury sustained by any person as a result of an offense directly related to the acts of a person in the employment of a *covered person*;

   **c.** Injury arising out of or in connection with a *business* engaged in by a *covered person*. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the *business*;

   **d.** Civic or public activities performed for pay by any *covered person*;

   **e.** Injury arising out of:

   **(1)** Oral or written publication of material, if done by or at the direction of any covered person with knowledge of its falsity;

   **(2)** Discrimination because of race, creed, color, sex, sexual preference, religion, age or national origin.

   **f.** Injury to you or a *covered person* within the meaning of part **a.** or **b.** of the *covered person* definition.

## HOW WE SETTLE LIABILITY CLAIMS AND WHAT YOU MUST DO

1.  **Your Duties After Loss.**

   The first paragraph is deleted in its entirety and replaced by the following:

   After an *occurrence*, you and any other *covered person* under this segment must make sure that all of the following are done. We have no duty to provide coverage under this Segment by the amount your or any other *covered person's* action or inaction caused the additional loss.

3.  **Suit Against Us**

   This provision is deleted in its entirety and replaced by the following:

   A person or organization may bring a suit against us including, but not limited to, a suit to recover on an agreed settlement or on a final judgment against a *covered person;* but we will not be liable for damages that are not payable under the terms of this Coverage part or that are in excess of the applicable limit of insurance. An agreed settlement and release of liability signed by us, the *covered person,* and the claimant or the claimant's legal representative.

## GENERAL PROVISIONS — HOME AND DWELLING FIRE

The following replaces the GENERAL PROVISIONS — HOME in the HOME Segment and the GENERAL PROVISIONS — DWELLING in the DWELLING FIRE Segment.

1.  **WAIVER OR CHANGE OF POLICY PROVISIONS**

   A waiver or change of any policy provision must be in writing from us.

2.  **LIBERALIZATION CLAUSE**

   If we make a change which broadens coverage under this edition of our Segment without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our Segment.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**ALST 00130**

# Required Coverages and Amendments

**3. TERMINATION**

**Cancellation**

This Segment may be cancelled during the policy period as follows:

a. The named insured shown in the Coverage Summary may cancel by:

   (1) Returning this Segment to us; or

   (2) Giving us advance written notice of the date cancellation is to take effect.

b. The following applies with respect to premium payments due on new and renewal policies, including installment payments:

   (1) If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the Segment subject to Paragraphs (2) and (3) below.

   (2) We may cancel the Segment effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within **10** days of the date that we received notice of the return check or negotiable instrument.

   (3) The cancellation notice will also advise you that the Segment will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

c. The following applies if **b.** above does not apply.

We may cancel this Segment only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Coverage Summary.

Proof of mailing will be sufficient proof of notice.

   (1) When you have not paid the premium, regardless of the period of time this Segment has been in effect, we may cancel at any time by letting you know at least **10** days before the date cancellation takes effect.

   (2) When this Segment has been in effect for less than **60** days and is not a renewal with us, we may cancel for any reason by letting you know at least **30** days before the date cancellation takes effect.

   (3) When this Segment has been in effect for **60** days or more, or at any time if it is a renewal with us except as provided in Item **c.(5)** below, we may cancel:

     (a) If there has been a material misrepresentation of fact with the intent to deceive:

       (1) In the procurement of the contract; or

       (2) At any other time since the Segment was issued;

      which if known to us would have caused us not to issue the Segment; or

     (b) If the risk has changed substantially since the Segment was issued.

This can be done by letting you know at least **30** days before the date cancellation takes effect.

   (4) When this Segment is written for a period of:

     (a) More than one year; or

     (b) Three years or less;

     we may cancel for any reason at anniversary by letting you know at least **30** days before the date cancellation takes effect.

   (5) When this Segment has been in effect and renewed for more than three years, we may cancel for any one of the following:

**ALST 00131**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

# Required Coverages and Amendments



(a) If you have committed fraud with the intent to deceive:

  (1) In the procurement of the contract; or

  (2) At any other time since the Segment was issued;

(b) If the insured risk has undergone a material change;

(c) If you have filed two or more claims within three years; or

(d) If the continuation of this Segment endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this Segment, regardless of the period of time this Segment has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**d.** If this Segment is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

  (1) If you cancel this Segment, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.

  (2) If we cancel this Segment, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.

  (3) If we cancel based on Paragraph **b.** above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in b.(3). If the Segment was financed by a premium finance company, or if payment was advanced by the insurance agent, we will

send the return premium directly to such payor.

**Nonrenewal**

**a.** We may elect not to renew this Segment, subject to the provisions of paragraphs **b.** and **c.** below. We may do so by delivering to you or mailing to you at your mailing address shown in the Coverage Summary, written notice at least 30 days before the expiration date of this Segment. Proof of mailing will be sufficient proof of notice.

**b.** If this Segment has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

  (1) When you have not paid the premium;

  (2) If you have committed fraud;

  (3) If the insured risk has undergone a substantial change;

  (4) If you have filed two or more claims within three years; or

  (5) If the continuation of this Segment endangers our solvency.

**c.** We will not, however, exercise our right of nonrenewal, regardless of the period of time this Segment has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

**Automatic Termination**

If we offer to renew or continue this Segment and you or your representative do not accept, this Segment will automatically terminate at the end of the current policy period. Failure to pay the required renewal premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on your covered dwelling, any similar insurance provided by this Segment will terminate as to that dwelling on the effective date of the other insurance.

**ALST 00132**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## Required Coverages and Amendments

**Other Termination Provisions**

a. If this Segment is canceled, you may be entitled to a premium refund. If so, we will send the refund to you or your agent. The premium refund, if any, will be computed on a pro-rata basis. However, making or offering to make the refund is not a condition of cancellation.

b. The effective date of cancellation stated in the notice shall become the end of the policy period for this Segment.

### 4. BANKRUPTCY OF ANY COVERED PERSON

Bankruptcy or insolvency of you or any *covered person*, as defined in this Segment, shall not relieve us of any of our obligations.

### 5. OTHER INSURANCE

When there is other applicable insurance, we will provide coverage as follows:

a. In the first year of this policy, prior to the exposure's effective date shown in the Coverage Summary for what will be a covered Segment, we will pay all covered claims up to the limits you have purchased in excess of the total limits of all other policies.

b. During the first and subsequent years of this policy for those exposures shown effective in the Coverage Summary, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

c. No one will be entitled to any payment that duplicates payment under any other Segment of the policy or from any other source of recovery for the same element of loss.

Exception:

a. For Condominium and Cooperative Owners — If, at the time of loss, there is other insurance in the name of a corporation or association of property owners covering the same property covered by this Segment, this insurance will be excess over the amount recoverable under such other insurance.

b. Any insurance *we* provide with respect to a watercraft that *you* or any *family member* do

not own shall be excess over other valid and collectible insurance.

c. For other than losses covered under **Additional Liability Coverage — Workers' Compensation**, this insurance will be excess over any amounts recoverable under coverage required to be provided by any workers' compensation disability benefits or similar law.

### 6. POLICY PERIOD

Claims under this policy must be for:

a. Loss under the property coverages; or

b. Liability arising from an accident or *occurrence* as defined in the Segment;

which occurs during the policy period shown on the Coverage Summary.

### 7. TERRITORY

The Segment territory is worldwide.

### 8. RECOVERED PROPERTY

If you recover any property that we have made payment on under this Segment, you must immediately notify us. If the recovery is made prior to the conclusion of the loss adjustment, you will have the option to retain the property and we will adjust the loss payment based on the value of the property.

### 9. TRANSFER OF YOUR INTEREST IN THIS SEGMENT

Your rights and duties under this Segment may not be assigned without our written consent.

However, if any person named in the Coverage Summary dies, coverage will be provided for:

a. The surviving spouse if a resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Coverage Summary; and

b. The legal representative of the deceased person as if a named insured shown in the Coverage Summary. This applies only with respect to the property of the deceased covered under the segment at the time of death.

**ALST 00133**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

G-18733-H  Ed. 04-04

# Required Coverages and Amendments



ENCOMPASS.
INSURANCE

Coverage will be provided only until the end of the policy period.

10. **Concealment of Fraud**

    a. Under **PROPERTY COVERAGE – HOME** and **PROPERTY COVERAGE – DWELLING**:

    (1) with respect to loss caused by fire, we do not provide coverage to the *covered person* who, whether before or after a loss, has:

    (a) Intentionally concealed or misrepresented any material fact or circumstance;

    (b) Engaged in fraudulent conduct; or

    (c) Made false statements;

    relating to this insurance.

    (2) With respect to loss caused by a peril other than fire and with respect to all *covered persons* covered under this policy, we provide no coverage for loss under **PROPERTY COVERAGE – HOME** and **PROPERTY COVERAGE – DWELLING** if, whether before or after a loss, one or more *covered persons* have:

    (a) Intentionally concealed or misrepresented any material fact or circumstance;

    (b) Engaged in fraudulent conduct; or

    (c) Made false statements;

    relating to this insurance.

    b. Under **LIABILITY COVERAGE – HOME** and **LIABILITY COVERAGE – DWELLING FIRE**, we do not provide coverage to one or more *covered persons* who, before or after a loss, have:

    (1) Intentionally concealed or misrepresented any material fact or circumstance;

    (2) Engaged in fraudulent conduct; or

    (3) Made false statements;

    relating to this insurance.

    c. However, if the conduct specified under a. or b. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

11. **SUBROGATION**

    A *covered person* may waive in writing before a loss all rights of recovery against any person.

    If not waived, *we* may require an assignment of rights of recovery for a loss to the extent that payment is made by *us*.

    If an assignment is sought, a *covered person* must sign and deliver all related papers and cooperate with *us*.

    If *we* make any payment under this Segment and the person to or for whom payment is made has a right to recover damages from another, *we* shall be subrogated to that right. However, our right to recover is subordinate to the *covered person's* right to be fully compensated.

12. **ADDITIONAL INSURED**

    The definition of **"you"** and **"your"** includes the person or organization named in the Coverage Summary as an Additional Insured for the HOME Segment, with respect to:

    (1) **Property Coverage – Real Property;**

    (2) **Liability Coverage – Personal Liability;** and

    (3) **Liability Coverage – Medical Expense;**

    but only with respect to the premises associated with that "Additional Insured" in the Coverage Summary.

    This coverage extension does not apply to *bodily injury* to an employee arising out of or in the course of employee's employment by the person or organization.

13. **THE LAW**

    If anything in this Segment conflicts with state or local laws, *we* agree to honor any claim or suit in conformity with the law.

ALST 00134

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# Required Coverages and Amendments

### 14. CHANGES DURING THE POLICY PERIOD

If there is a change to the information used to develop the premium for this Segment, *we* may adjust your premium. Changes during the policy term may result in a premium increase or decrease.

If a change requires a premium adjustment, *we* will make the premium adjustment in accordance with our manual rules.

**ALST 00135**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## It's Important for You to Know



ENCOMPASS.
INSURANCE

## THERE ARE SOME MOLD COVERAGE LIMITATIONS ON YOUR RENEWAL POLICY

**Important Notice Regarding Your Renewal
Encompass Home And/Or Dwelling Fire Insurance Policy**

The enclosed renewal Encompass Home or Dwelling Fire policy now contains limitations on coverage for loss due to mold and fungi. The Louisiana Department of Insurance has approved these limitations for insurance companies to use.

The new coverage limitations are shown in form **G1-71011-A (Ed. 04-04) Limited Fungi, Wet or Dry Rot, or Bacteria Coverage — Louisiana — Home** or **G1-71014-A (Ed. 04-04) Limited Fungi, Wet or Dry Rot, or Bacteria Coverage — Louisiana — Dwelling Fire.** You will have received either one of these forms or both with this renewal, depending upon the coverage you have chosen.

There is now a limit for this coverage that appears on your renewal Coverage Summary. This limit is the most we will pay for:

* The total of all loss payable for loss caused by fungi, wet or dry rot, or bacteria.

* The cost to remove the above.

* The cost to tear out and replace any part of the building or other covered property as needed to gain access to the fungi, wet or dry rot, or bacteria.

* The cost of testing of air or property to confirm the absence, presence, or level of fungi, wet or dry rot, or bacteria.

All of the above applies when such a loss are a result of a covered peril that occurs during the policy period and all reasonable means are used to save and preserve the property from further damage.

We have also added an exclusion for covered property that is lost or damaged due to seepage of water, humidity, moisture or vapor. However, if the seepage humidity, moisture or vapor is unknown to all covered persons and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure, this exclusion will not apply.

We have also applied a limit for Liability Coverage for fungi, wet or dry rot, or bacteria. That limit appears on your Coverage Summary.

Again, please read the enclosed **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage,** together with all other applicable policy forms and the enclosed Coverage Summary. If you have any questions, please contact your independent Encompass Insurance agent.

G1-71013-A  Ed. 07/04                                              Page 1 of 1

ALST 00136



## It's Important for You to Know

### WE HAVE MADE SOME CHANGES TO YOUR PROPERTY RENEWAL

With this renewal, we have made the changes listed below to your property renewal. These changes are found in G-18733-H Ed. 04-04 Amendment of Home and Dwelling Fire Provisions — Louisiana.

- We have increased your covered personal property away from premises from 4% of your property location limit to 5% of your property location limit.

- We have added a new internal limit of $10,000 for losses for other than water to rugs for Deluxe Home, Special Home, and Dwelling Fire policies. Elite Home policies do not contain this limitation.

- We have added a new internal limit of $5,000 for losses due to water to rugs for Deluxe Home policies.

- We have added a new internal limit of $2,500 for losses due to water to rugs for Special Home and Dwelling Fire polices.

- We have clarified the definition of Collapse under your Collapse Coverage. There is no change in coverage intent.

- We have deleted mold and seepage exclusion from the Elite Home, Deluxe Home, Special Home, and Dwelling Fire policies. We have new mold and seepage limitations contained in the **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** form that is included with this renewal.

- The Louisiana Department of Insurance has required us to revise the intentional loss exclusion for all Home and Fire policies. Now, if a loss is caused intentionally by fire, a loss will not be covered if caused by or at the direction of a covered person and with the intent to cause a loss. For a non-fire loss, the same will apply to one or more covered persons.

- The Louisiana Department of Insurance has also required us to revise the Concealment or Fraud provision. The new provision mandates that for fire losses, the covered person must not engage in concealment, misrepresentation, fraudulent conduct, or make false statements concerning the loss. For non-fire losses, the same requirements apply to one or more covered persons.

### PERSONAL PROPERTY PLUS

If you have purchased this coverage, we have a new coverage form attached to your renewal. We have removed the mold and seepage language from this form as we have new mold and seepage limitations found in the **Limited Fungi, Wet or Dry Rot, or Bacteria Coverage** form attached to your renewal.

G1-71117-A  Ed. 07-04                                                    Page 1 of 2

ALST 00137

## It's Important for You to Know

**NEWLY ACQUIRED JEWELRY COVERAGE**

If you have an Elite policy and have purchased endorsement form **G-42302-F, Scheduled Tangible Personal Property Endorsement,** we have added, at no additional cost to you, coverage for newly acquired jewelry up to 25% of the scheduled jewelry class amount (subject to a maximum of $10,000). This coverage is good for up to 30 days from the date you acquired the new jewelry.

**IDENTITY THEFT COVERAGE**

If you have an Elite Home policy, we have automatically added Identity Theft Coverage to your policy.  This coverage provides for up to $20,000 available to you due to expenses you incur due to identity theft.  Please read form **G1-40151-B Identity Fraud Expense Coverage Endorsement** attached for the exact details of this coverage.

This notice is for informational purposes only and is not a part of your contract. It is intended to provide a general overview of the coverage changes noted above. Please refer to your policy (including any endorsements) for the actual terms, coverage amounts, conditions and exclusions. If there is anything in this notice that is in conflict with your policy, the policy terms and conditions apply and are not modified by this notice. If you have any questions, please contact your independent agent.

**ALST 00138**