UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WEEKS MARINE, INC. | * | CIVIL ACTION NO. : 06-3545 |
| versus | * | SECTION: "S" |
| | * | JUDGE: MARY ANN VIAL LEMMON |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | * | MAGISTRATE: KAREN WELLS ROBY |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOHN A.V. NICOLETTI'S SWORN MOTION REQUESTING PERMISSION TO PARTICIPATE

MAY IT PLEASE THE COURT:

I, John A.V. Nicoletti file this sworn motion requesting permission to participate in the above cause before this Court, pursuant to the Rules Governing Admission To The Bar of Louisiana:

1. I am a member in good standing of the State Bar of New York, as shown by Exhibit "A" attached hereto and incorporated herein by reference. I am admitted to practice in the federal and state courts. My office address, telephone number and facsimile number are included below.

2. Within the past two (2) years, I have appeared or sought leave to appear in the following cases and causes in Louisiana courts:

   (i) *In re the Complaint of Taira Lynn Marine Ltd. No. 5, L.L.C. as Owner of the M/V MR. BARRY Petitioning for Exoneration from Liability,* Civil Action No. 6:01-CV-1420 et al., USDC, Western District of Louisiana;

   (ii) *Underwriters Insurance Company v. Offshore Marine Contractors, Inc. et al.,* Civil Action No. 04-140, USDC, Eastern District of Louisiana; and

   (iii) *Fireman's Fund Insurance Company, et al. v. Community Coffee, LLC,* Civil Action No. 06-2806, USDC, Eastern District of Louisiana.

3. I have not been the subject of disciplinary action in the last five years by the Bar or Courts of any jurisdiction in which I have been licensed nor have there been any criminal proceedings against me.

4. I have not been denied admission to the Courts of any state or to any Federal Court during the last five years.

5. I am familiar with the State Bar Act, the State Bar rules and the Louisiana Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Louisiana and I will abide by and comply with the rules as long as this cause of action is pending.

2

WHEREFORE, John A.V. Nicoletti respectfully requests that this Court grant his motion pro hac vice and allow him to appear before this Court until the conclusion of this case.

Respectfully submitted,

NICOLETTI HORNIG CAMPISE & SWEENEY

_____
JOHN A.V. NICOLETTI (#JN-7174)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone: (212) 220-3830
Facsimile: (212) 220-3780

THUS DONE AND SIGNED on this the 21st day of JULY, 2006, in the presence of the undersigned competent witnesses and Notary, after due and complete reading of the whole, at New York, New York.

_____
NOTARY PUBLIC

WILLIAM FENNELL
Print Name

Bar No. 02FE6116348

My Commission Expires: Sep. 27 2008

WILLIAM M. FENNELL
Notary Public, State of New York
02FE6116348
Qualified in Nassau County
Commission Expires Sept. 27, 2008

WITNESSES:

_____
Michelle Mariscalco

_____

#1450621

3