```
                FILED
         U.S. DISTRICT COURT
        EASTERN DISTRICT OF LA

         2006 AUG -9 PM 3: 13

          LORETTA G. WHYTE
               CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WEEKS MARINE, INC. | * | CIVIL ACTION NO. : 06-3545 |
| versus | * | SECTION: "S" |
| | * | JUDGE: MARY ALL VIAL LEMMON |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | * | MAGISTRATE: KAREN ROBY WELLS |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE**

MAY IT PLEASE THE COURT:

Frank A. Piccolo of the law firm Preis, Kraft & Roy, counsel for Plaintiff, Weeks Marine, Inc., petitions this Honorable Court to allow Robert A. Novak and the law firm of Nicoletti Hornig Campise & Sweeney to appear before this Court pro hac vice to serve as co-counsel for Plaintiffs in the above-captioned matter, and in support thereof would show as follows:

1. Robert A. Novak is not a resident of the State of Louisiana, but is a member in good standing of the State Bar of New York. See Sworn Motion Requesting Permission to Participate of Robert A. Novak attached hereto as Exhibit "A".

$5.00

2. Robert A. Novak has not been the subject of any disciplinary proceedings by the bar or courts of any jurisdiction in which he has been licensed, no criminal charges have been instituted against him, and he has not been denied admission to the courts of any state or to any federal court. See Sworn Motion Requesting Permission to Participate of Robert A. Novak attached hereto as Exhibit "A".

3. Robert A. Novak is familiar with the Louisiana State Bar Rules and New York Disciplinary Rules of Professional Conduct and he will abide and comply with those rules during the pendency of this action. See Sworn Motion Requesting Permission to Participate of Robert A. Novak attached hereto as Exhibit "A".

4. Frank A. Piccolo is a practicing attorney and member in good standing of the State Bar of Louisiana. Frank A. Piccolo has appeared, and will continue to be attorney in charge for Plaintiffs in this matter.

5. Frank A. Piccolo finds Robert A. Novak to be a reputable attorney and recommends that he be granted permission to participate in this proceeding before the Court.

WHEREFORE, Frank A. Piccolo, counsel for Plaintiffs pray that this Honorable Court grant Robert A. Novak admission to the bar of this Honorable Court pro hac vice to serve as co-counsel for Plaintiffs in the above captioned matter.

Respectfully submitted,

PREIS, KRAFT & ROY
(A Professional Law Corporation

_____
FRANK A. PICCOLO (#02049)
JOSEPH E. LEE III (#26968)
601 Poydras Street, Suite 1700
New Orleans, Louisiana 70130
Telephone: (504) 581-6062
Fax: (504) 522-9129

COUNSEL FOR PLAINTIFF WEEKS MARINE, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Motion for Admission Pro Hac Vice has this date been served on the following counsel of record in this proceeding by:

( )  Hand Delivery          ( x )  Prepaid U.S. Mail

( )  Facsimile              ( )    Federal Express

George B. Hall
Phelps Dunbar
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130

New Orleans, Louisiana this _8th_ day of August, 2006.

_____
FRANK A. PICCOLO
JOSEPH E. LEE III

3