UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WEEKS MARINE, INC. | * | CIVIL ACTION NO. : 06-3545 |
| versus | * | SECTION: "S" |
| | * | JUDGE: MARY ANN VIAL LEMMON |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | * | MAGISTRATE: KAREN WELLS ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ROBERT A. NOVAK'S SWORN MOTION
## <u>REQUESTING PERMISSION TO PARTICIPATE</u>

MAY IT PLEASE THE COURT:

    I, Robert A. Novak file this sworn motion requesting permission to participate in the above cause before this Court, pursuant to the Rules Governing Admission *To The Bar of Louisiana*:

1.    I am a member in good standing of the State Bar of New York, as shown by Exhibit "A" attached hereto and incorporated herein by reference. I am admitted to practice in the federal and state courts.  My office address, telephone number and facsimile number are included below.

2.    Within the past two (2) years, *I* have appeared or sought *leave to appear in the* following cases and causes in Louisiana courts:

        None.

3.   I have not been the subject of disciplinary action in the last five years by the Bar or Courts of any jurisdiction in which I have been licensed nor have there been any criminal proceedings against me.

4.   I have not been denied admission to the Courts of any state or to any Federal Court during the last five years.

5.   I am familiar with the State Bar Act, the State Bar rules and the Louisiana Disciplinary Rules of Professional Conduct governing conduct of members of the State Bar of Louisiana and I will abide by and comply with the rules as long as this cause of action is pending.

WHEREFORE, Robert A. Novak respectfully requests that this Court grant his motion pro hac vice and allow him to appear before this Court until the conclusion of this case.

Respectfully submitted,

NICOLETTI HORNIG CAMPISE & SWEENEY

_Robert A. Novak_

ROBERT A. NOVAK (#RN-7383)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Telephone:    (212) 220-3830
Facsimile:    (212) 220-3780

THUS DONE AND SIGNED on this _24th_ day of _July_____, 2006, in the

presence of the undersigned competent witnesses and Notary, after due and complete reading of

the whole, at New York, New York.

_____
NOTARY PUBLIC

WITNESSES:

_____
Wiliam M. Fennell

Print Name

Bar No.: _02FE6116348_____

My Commission Expires: _Sept. 27, 2008_

WILLIAM M. FENNELL
Notary Public, State of New York
02FE6116348
Qualified in Nassau County
Commission Expires Sept. 27, 200X