

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WEEKS MARINE, INC. | * | CIVIL ACTION NO. : 06-3545 |
| versus | * | SECTION: "S" |
| | * | JUDGE: MARY ANN VIAL LEMMON |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | * | MAGISTRATE: KAREN WELLS ROBY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the foregoing Plaintiff's Motion for Admission Pro Hac Vice filed on behalf of Weeks Marine, Inc., finds same to be meritorious and in the interests of justice; therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Robert A. Novak is hereby admitted to appear before this Court pro hac vice to serve as co-counsel for Plaintiffs, Weeks Marine, Inc., in the above captioned matter.

THUS DONE AND SIGNED this _14_ day of _August_, 2006.

_____
U.S. DISTRICT JUDGE