

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  PM 4:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL.,
VERSUS
BOH BROTHERS CONSTRUCTION CO.,
L.L.C., ET AL

CIVIL ACTION NO. 05-4182
SECTION "K" (2)
CONS. KATRINA CANAL

**THIS DOCUMENT APPLIES TO THIS CASE ONLY**

JULIE E. TAUZIN, ET AL.

CIVIL ACTION NO. 06-0020

VERSUS

SECTION "K" (2)

BOARD OF COMMISSIONERS
FOR THE ORLEANS PARISH
LEVEE DISTRICT, ET AL.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Plaintiffs Julie E. Tauzin, John

M. Holahan, Paulette H. Holahan, Riverbend Fine Wines Inc. and Michelle M. Zornes, who hereby

move this Honorable Court for an order deleting Stephen M. Wiles as counsel of record on behalf

of Plaintiff as Mr. Wiles is leaving the firm of Smith & Fawer, LLC.  Randall A. Smith, Owen B.

St. Amant  and the firm of Smith & Fawer, LLC will remain in their capacity as counsel for

Plaintiffs.

## ORDER

The foregoing Motion is granted.  Stephen M. Wiles is hereby deleted as counsel of record on behalf of Plaintiffs.

Executed in New Orleans, Louisiana this ___ 15th ___ day of August, 2006.

_____

United States District Judge

Respectfully submitted,

_____

**RANDALL A. SMITH, T.A. (#2117)**
**OWEN B. ST. AMANT (#25509)**
**Of**
**SMITH & FAWER, L.L.C.**
201 St. Charles Ave., Suite 3702
New Orleans, LA 70170
Telephone: (504) 525-2200
Fax: (504) 525-2205
**Counsel for Plaintiffs**
**Plaintiffs Julie E. Tauzin, John M. Holahan,**
**Paulette H. Holahan, Riverbend Fine Wines Inc.**
**and Michelle M. Zornes,**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true correct copy of the foregoing has been furnished to all counsel of record in this matter via telecopy this 14th day of August, 2006.

_____

**RANDALL A. SMITH**

-2-