FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16  PM 2:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * * * * | MAGISTRATE JUDGE WILKINSON |

### ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR CONSOLIDATED MEMORANDUM IN SUPPORT OF RULE 12 MOTION

Before the Court is a motion of Defendants The Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America), Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, AEGIS Security Insurance Company, Auto Club Family Insurance Company, The Hanover Insurance Company, and Lafayette Insurance Company for leave to exceed the page limit for their consolidated memorandum in support of their Rule 12 motion. Defendants have moved pursuant to Local Rule 7.8.1.E for an order allowing them an extension of five pages for their consolidated memorandum.

The motion is hereby GRANTED.

Signed this _15th_ day of _August_, 2006.

_____
JUDGE

6

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____