

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE | * | |
| *Chehardy*, Nos. 06-1672, 06-1673, and | * | MAGISTRATE JUDGE WILKINSON |
| 06-1674 | * | |
| | * | |
| | * | |

### CONSOLIDATED RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED AND RESTATED COMPLAINT BY DEFENDANTS THE STANDARD FIRE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AEGIS SECURITY INSURANCE COMPANY, AUTO CLUB FAMILY INSURANCE COMPANY  AND THE HANOVER INSURANCE COMPANY

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants The Standard Fire Insurance Company

(improperly named as Travelers Property Casualty Company of America), Lexington Insurance

Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, AEGIS

Security Insurance Company, Auto Club Family Insurance Company, The Hanover Insurance

Company, and Lafayette Insurance Company (collectively, the "Moving Defendants") hereby

move to dismiss Plaintiffs' Amended and Restated Complaint in the above-captioned matter,

filed on June 2, 2006 (the "Complaint"), in its entirety.[1]

---

[1] In accordance with the Court's Minute Entry of April 6, 2006, the Moving Defendants are filing this motion
jointly, for purposes of judicial economy, because the policy provisions that form the basis for this motion are
identical in all of the Moving Defendants' policies (although the Moving Defendants' policies are not identical in
their entirety).  The Moving Defendants, however, maintain that they are improperly joined with each other and with

1

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

Count I (declaratory judgment) and Count II (breach of contract) of the Complaint should be dismissed on the grounds that, based on the allegations in the Complaint, Plaintiffs cannot recover under their insurance policies as a matter of law. The losses alleged are clearly and unambiguously excluded by the water damage exclusion in the Moving Defendants' policies and other applicable policy provisions, as set forth in the accompanying memorandum of law. Count III (breach of the implied covenant of good faith and fair dealing) fails to state a claim because there is no common law cause of action for insurance bad faith claims handling under Louisiana law. Count IV (violation of La. R.S. 22:1220) fails to state a claim because no cause of action exists under La. R.S. 22:1220 absent a valid underlying claim for insurance coverage, and because, at a minimum, the Moving Defendants' interpretation of the policy provisions is reasonable and formed a good faith basis for the denial of Plaintiffs' water damage claims. Count V (breach of fiduciary duty) should be dismissed because it is not pled against any of the Moving Defendants and does not give the Moving Defendants adequate notice of such a claim. To the extent that Plaintiffs assert that this claim is directed against any of the Moving Defendants, the Moving Defendants hereby join in the portion of the motion and memorandum of law filed by Allstate Insurance Company and Allstate Indemnity Company that address Count V of the Complaint.

The grounds for this motion are more fully stated in the Consolidated Memorandum of Law being submitted by the Moving Defendants contemporaneously herewith.

---

the other defendants in this case. Each of the Moving Defendants reserves the right to move to sever the claims against it from the claims against the other defendants.

Dated this 14th day of August, 2006.

Respectfully submitted:

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

-and-


Stephen E. Goldman
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860)275-8255
Facsimile: (860)275-8299

Attorneys for The Standard Fire Insurance Company

And

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195

-and-

3

Kevin Kamraczewski
Andrew R. Greene
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 7800, 233 South Wacker Drive
Chicago, Illinois 60606-6404
Telephone: (312)876-8000
Facsimile: (312)876-7934

Attorneys for The Hanover Insurance Company

And

MAURA Z. PELLETERI (#8463)
ANDREA MITTLEIDER (#27578)
AMY M. SELTZER (#29882)
KREBS, FARLEY, & PELLETERI, P.L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
ATTORNEYS FOR AEGIS SECURITY
INSURANCE COMPANY

And

LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
KELLY CAMBRE BOGART (#22985)
KEVIN R. DERHAM (#27163)
NICOLE N. BOWEN (#29099)
JAIME M. CAMBRE (#29116)
Duplass, Zwain, Bourgeois, Morton
Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002
Telephone:  (504) 832-3700
Facsimile:   (504) 837-3119
Attorneys for American Insurance Company

And

4

H. Minor Pipes, III, La. Bar No.  24603
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 1800
New Orleans, LA 70112
Direct:  (504) 589-9726
Fax:     (504) 589-9701
Attorney for Liberty Mutual Fire Insurance Company

And

ROBERT I. SIEGEL, ESQUIRE (#12063)
Gieger, Laborde & Laperouse, LLC
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

-and-

RICHARD J. DOREN, ESQUIRE
Gibson, Dunn & Crutcher, LLP
Los Angeles Office
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7038
Facsimile: (213) 229-6038
Counsel for Lexington Insurance Company

And

Neal J. Favret, La. Bar No.:  24412
Alan J. Yacoubian, La. Bar No.:  17213
Johnson Johnson Barrios & Yacoubian
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Tel: 504.528.3001   Fax: 504.528.3030
Direct:504.589.9675   Cell:504.723.9101
Attorneys for Auto Club Family
Insurance Company

And

William J. Wegmann, Jr. T.A. (Bar No. 13317)
110 Beterans Memorial Boulevard, Suite 440
Metairie, Louisiana 70005
Telephone: (504)833-3800
Facsimile:  (504)838-8440

Attorney for Lafayette Insurance Company


## CERTIFICATE OF SERVICE


I hereby certify that a copy of the above and foregoing Consolidated Rule 12(b)(6)

Motion to Dismiss the Complaint has been served upon all known counsel of record by placing

same in the United States mail, postage prepaid and properly addressed, this 14th day of August,

2006.

_____