This is a true & certified copy of the
original policy & subject to the same
terms & conditions as the original policy.

1

08/03/06 BY _____
DATE          FIREMAN'S FUND
              INSURANCE COMPANIES

# Personal Homeowner Policy Declarations

**Policy Number**
NZC 209 14 67

**Effective Date**
07-07-05

**Company**
THE AMERICAN INSURANCE COMPANY

**Named Insured**

GLADYS CHEHARDY
P.O. BOX 23156
NEW ORLEANS  LA  70183

**Your Agent Is**

GAYNELL J. MARTIN INS INC.
P.O. BOX 23685
NEW ORLEANS  LA  70183
(504) 737-8182

**Policy Period**
Your Policy begins on 07-07-05 at 12:01 AM Standard Time and expires on 07-07-06 at 12:01 AM
Standard Time.

## Your Covered Property

Covering Premises and Contents at
7241 CANAL BLVD.,  NEW ORLEANS  LA  70183

**Deductible:** In case of loss under Coverage For Damage To Your Property, this policy covers only that part
of the loss over the deductible stated.
$250 ALL PERILS

SEE 125531 HURRICANE DEDUCT

**Policy Form**
5249   11-02 Prestige Home Standard

| Coverages | Limits of Liability |
|---|---|
| **Coverage For Damage To Your Property** | |
| Dwelling | 379,000 |
| Other Structures | 37,900 |
| Personal Property | 265,300 |
| Loss of Use | 75,800 |
| **Coverage For Liability And Medical Payments To Others** | |
| Personal Liability | 100,000 Each Occurrence |
| Medical Payments to Others | 1,000 Each Person |

Total Policy
Premium      $      3,654.00

INS 000037

2

# Personal Homeowner Policy Declarations

| Policy Number | Effective Date | Company |
|---|---|---|
| NZC 209 14 67 | 07-07-05 | THE AMERICAN INSURANCE COMPANY |

**Named Insured**

GLADYS CHEHARDY
P.O. BOX 23156
NEW ORLEANS  LA  70183

**Your Agent Is**

GAYNELL J. MARTIN INS INC.
P.O. BOX 23685
NEW ORLEANS  LA  70183
(504) 737-8182

## Forms and Endorsements Applicable to this Policy

| Endt. No | Edition Date | Title | Premium |
|---|---|---|---|
| 5249 | 11-02 | Prestige Home Standard | Included |
| 125818 | 04-02 | No Coverage For Home Day Care | Included |
| 5311 | 04-02 | Policy Conditions - LA | Included |
| 125872 | 04-02 | Premises Alarm Or Fire Protection | Included |
| 125531 | 04-02 | 1% Hurricane Deductible - LA | 291.00- |

## Signatures

One of the Fireman's Fund Insurance Companies,
as named in the policy

Date of Issue  05-09-05

President's Signature

Secretary's Signature

Countersignature of
Authorized Agent or Broker

Page 3 of 3
Insured Copy

3355224-99

AIC
2

INS 000038

3

RE:   **Renewal Homeowner Policy**
　　　 Policy No:    **NZC 209 14 67**
　　　 Effective:    **07-07-05**



GLADYS CHEHARDY
P.O. BOX 23156
NEW ORLEANS   LA   70183


Dear Policyholder,

While we haven't changed our high standards, your homeowners policy from one of the Fireman's Fund Insurance Companies ® now has a new name - Prestige ® Home Standard.

Renewing with Fireman's Fund ® should give you comfort in knowing that the coverage truly reflects your growing need for protection beyond the ordinary. That's because you know few other policies truly compare with the extensive coverage Prestige ® Home Standard provides as you expand in acquiring valuables and property.   Consider the basics we offer that ordinary policies often omit or restrict (though they may let you buy this extra coverage).

**As a reminder, your Prestige ® Home Standard policy already includes:**

- *Full cost replacement coverage for your home:* lets you rebuild to the same specifications or opt for a cash settlement in the event of a total loss of your home.

- *Increased protection for your valuables:* gives you higher than usual protection for jewelry, silver, and business property.

- *Liability and personal injury coverage:* covers your homes for liability without the need for an endorsement or an additional policy, and includes broad personal injury coverage for legal defense costs such as libel, slander or false arrest.

In addition to the new product name, you will notice that your policy format and language have changed significantly. We have attempted to highlight some of the changes below but please review your policy closely to ensure that you understand all of the changes that have been made and feel free to have your Fireman's Fund representative explain these modifications to you:

- Added a 5% deductible for homes vacant for more than 30 days.
- Eliminated the intentional loss exclusion for innocent coinsureds.
- Redefined an "insured" -- e.g., children up to age 25 under parental care, domestic partner, estranged spouses, and students away at school.
- Clarified intent of collapse coverage.
- Limited coverage for:
　　 - homes under renovation if vacant or unoccupied for more than 30 days.
　　 - fungi and mold related damages that ensue from a covered loss to $10,000 annually, which includes the cost of testing and remediation.  This does not apply to fungi resulting from a fire or lightning loss.

AIC
3

**INS 000039**

4

- Clarified that there is no coverage for:
  - liability resulting from discrimination, communicable disease, sexual harassment, and representations relating to property sales.
  - errors in computer programming, water damage from repeated seepage, damages resulting from neglect before, at or after a loss and/or voluntarily parting with your property.
- Changed when and how the $1,000 or 10% limit (whichever is greater) for Personal Property at another residence applies.  We will now pay under only one Fireman's Fund ® policy.
- Clarified your duties after a loss and how a loss will be settled.
- Fungi coverage for Personal Liability and Medical Payments to Others now limited to only apply to homes we insure for property.

If ever you have questions about this extraordinary protection, please call your Fireman's Fund insurance representative or write us by e-mail at products@ffic.com.  We appreciate the trust you now place in us and look forward to meeting your ever changing needs.


Your Agent or Broker:                          Your Insurance Company:
GAYNELL J. MARTIN INS INC.                      THE AMERICAN INSURANCE COMPANY
P.O. BOX 23685                                  One of the Fireman's Fund Insurance Companies
NEW ORLEANS  LA  70183
(504) 737-8182

INS 000040

5



## HOME STANDARD

**Policy Contents**

Privacy Statement

Homeowners

General Conditions

INS 000041

6



HOME STANDARD

**Privacy Statement**

INS 000042

7

# Fireman's Fund Insurance Companies
# Privacy and Security Statement

Protecting you and your family from loss is important to Fireman's Fund. Just as important to us is protecting your privacy and the personal information we use to provide you with superior products and service.

At Fireman's Fund, and its subsidiaries, our policy is to maintain appropriate confidentiality with regard to all personal information obtained in the course of doing business with you. Our pledge to protect your privacy is reflected in this Privacy Statement which outlines our principles in collecting, using and safeguarding your personal information and information about your relationship with us.

### Personal Information Fireman's Fund Collects
Fireman's Fund only collects personal information about you when it is necessary to conduct the business of insurance. We limit the collection of personal information to what we reasonably believe is needed to administer your account. As a result, we collect personal information from the following sources:

- Personal information you share with us either directly or through your agent, such as the information on your insurance application, requested policy change information or other forms you may complete.
- Personal information you provide or which is obtained through the process of handling a claim, including medical information, such as from an accident report.
- Personal information about you from your transactions with us, our affiliates or others such as the number of years you have been a policyholder with Fireman's Fund or the types of coverage you purchase.
- Personal information about you from a consumer reporting agency, such as a credit report or a Motor Vehicle Report.

If you visit or use the Fireman's Fund website, or one of our subsidiaries, we may use "cookies" (small text files transferred from our website to your hard drive) to recognize repeat users, track usage and facilitate your access to and use of the site. We do not use "cookies" to gather personal information, and we do not link cookies to identifiable information, such as your policy number. The "cookies" only enable you to use our website more easily.

### Personal Information Fireman's Fund Discloses
Fireman's Fund does not disclose any personal information about current or former customers to anyone, except as permitted by law.

When possible, we advise our vendors and other nonaffiliated third parties, to whom we legally provide your personal information in the course of conducting our insurance business, of our privacy policy. We make every effort to use vendors whose approach to customer privacy reflects our own.

### Fireman's Fund's Policies and Practices with Respect to Security of Personal Information
Fireman's Fund uses a variety of computer hardware and software tools to maintain physical, electronic and procedural safeguards that comply with applicable federal and state regulations to guard your personal information. We restrict access to personal information about you to only those employees who need that information to provide products or services to you.

Fireman's Fund, and its subsidiaries, also work hard to ensure that our websites are secure. We employ firewalls, encryption technology, user authentication systems and access control mechanisms to control access to the personal information that may be shared over these sites.

### Notification of Change
At Fireman's Fund, your trust is one of our most important assets. We will continually work to protect the privacy of our individual customers and will continually review our privacy policy. If at some point in the future we revise our privacy practices that affect your personal information, we will notify you prior to introducing any changes. This Privacy Statement is also displayed on our website. (www.ffic.com)

### For More Information or if You have Questions
Should you have further questions regarding our privacy policy, you can contact us in a number of ways. You may call us directly at 1-800-272-9707, you can email us at Consumeraffairs@ffic.com or you can write to us at:
Fireman's Fund Insurance Company
Consumer Affairs Department
777 San Marin Drive
Novato, CA 94998-1000

PRIVCY 4-01

AIC
7

INS 000043

8

## Prestige
### HOME STANDARD

**Homeowners**

AIC
8

INS 000044

9

## Personal Homeowner Policy Declarations Summary

Listed below is basic information about your policy.

THANK YOU FOR RENEWING YOUR POLICY WITH FIREMAN'S FUND STARTING AT 12:01 AM ON 07/07/05. WE INCREASED YOUR COVERAGES TO PROTECT AGAINST INFLATION. YOUR POLICY HAS BEEN UPDATED.

This Policy Has Been Issued by THE AMERICAN INSURANCE COMPANY
(One of the Fireman's Fund Insurance Companies)

| Policy Number | Policy Period |
|---|---|
| NZC 209 14 67 | 07-07-05   to  07-07-06 |

| Named Insured | Your Agent Is |
|---|---|
| | GAYNELL J. MARTIN INS INC. |
| GLADYS CHEHARDY | P.O. BOX 23685 |
| P.O. BOX 23156 | NEW ORLEANS  LA  70183 |
| NEW ORLEANS  LA  70183 | (504) 737-8182 |

### Homeowner Policy

| Covering Premises and Contents at | | Premium |
|---|---|---|
| REFER TO PAGE 2 OF THE DECLARATIONS FOR A DESCRIPTION OF THE COVERED PROPERTY | $ | 3,654.00 |
| TOTAL PREMIUM | $ | 3,654.00 |

TOTAL PREMIUM INCLUDES THESE CUSTOMER CREDIT(S):
ALARM OR SPRINKLER SYSTEM        $      623

### Your Bill Is Not Enclosed -- Your Bill Will Be Mailed SEPARATELY
#### Approximately 20 Days Before Your Next Scheduled Due Date

335526 10-98

AIC
9

Page 1 of 3
Insured Copy

INS 000045

# About Your Policy

Prestige Home is designed expressly for persons like you who want comprehensive protection for their home and valuable possessions.  You also want broad liability protection against claims and lawsuits arising out of your residences and personal activities.  We are confident Prestige Home Premier meets your expectations in all of these areas.

If you specifically requested, your policy also includes coverage extensions such as Scheduled Personal Property, Personal Catastrophe (excess liability) Cover, or other options.

### Definitions

Certain words and phrases used in this policy (like **insured**, **business,** and **bodily injury**) are defined terms. Their meaning is given under Definitions.

Coverage provided in this policy is divided into two areas - Coverage For Damage To Your Property and Coverage For Liability And Medical Payments To Others.

### Coverage For Damage To Your Property

This part of the policy explains the coverage for damage to your dwelling, household contents and other personal property.  It tells you what coverage we provide for this property, the limitations for certain property, and what property we do not cover.  It also explains which causes of loss you are insured for and which causes are not covered.

### Coverage For Liability And Medical Payments To Others

This part of the policy explains your protection for lawsuits and legal judgments arising out of accidents that involve your home or personal activities.  It also explains our payment of medical expenses of others.  It tells who is covered, when they are covered and which accidents are not covered.

### Policy Conditions

There are **General Policy Conditions** which apply to the entire policy followed by Property Conditions (these conditions apply to **Coverage For Damage To Your Property**) and Liability Conditions (these conditions apply to **Coverage For Liability And Medical Payments To Others**).

### Endorsements

Your policy may include endorsements.  These add or amend coverage or conditions of the policy.

### Policy Declarations

The Declarations show information that applies specifically to you and to the insurance you have purchased. The Declarations may consist of several pages.  Review them carefully and make certain they are accurate and include all the coverages, limits, and property for which you want insurance.

INS 000046

A   Message   for   Our   Louisiana   Customers   .   .   .

## Available Discounts

*There   are   things   you   can   do   to   help   prevent   loss   - they deserve recognition.   That's why we prov
lowing   discounts. . .*

### Optional Hurricane Deductibles

You can get a discount in premium by choosing an optional hurricane deductible.  These deductibles are available at 1%, 2%, and 5% of the amount of insurance you carry on your home (Dwelling).  The hurricane deductible would apply to any loss caused by, increased by, or in any way resulting from either a hurricane that makes landfall at any time, or from wind of a Hurricane Warning or Watch issued by the National Hurricane Center or National Weather Service.

### Protective Devices

We offer discounts to homeowners who have burglar alarms, fire alarms, or fire suppression sprinkler systems installed.  For some of these discounts, we require certification to qualify.

### Guarded Community

We offer a discount in premium for homes located in a guarded community.  We define a guarded community as a community or housing development where guards or locked gates control vehicle access at all times. Proper identification is required to enter.

We may have other options that could reduce your insurance costs -- perhaps a higher deductible would offer you the best value for your insurance dollar.  For more information about available discounts, please contact your Fireman's Fund insurance representative.

3358227-04 LA

INS 000047

12

**A Message for Our Customers . . .**

# Home  Renovation and  Vacancy  Notice  Requirements

### Planning to renovate or vacate your home?

Fireman's Fund requires you to notify us if you plan to renovate your home or leave it vacant, because these conditions create a greater risk of loss.  This message tells you about these requirements.

## Renovations

Full Cost Replacement Coverage increases the Dwelling amount available for a covered loss to your home when the Dwelling amount you purchased is less than the actual cost of repairs.  Changes in building code requirements  or other laws affecting the construction of your home are usually the cause of such increases in repair costs.

If your policy includes Full Cost Replacement Coverage and you are building a new home or planning a renovation, we require you to:

1. **Notify your insurance representative before you leave your home unoccupied for more than 30 consecutive days due to "renovation."**  If you don't, Full Cost Replacement Coverage will not apply if you have a loss and your home was unoccupied for 30 or more days before the loss.

2. **Notify your insurance representative within 90 days of the start of any "renovation" project that will increase the replacement cost (cost to rebuild) of your home by more than $25,000.**  If you provide this notice, we'll increase your Dwelling limit up to 25%.  If you don't, we'll deduct the current replacement cost of the unreported additions and alterations from the current replacement cost of your home to determine the limit that will apply to the loss.  Here's a comparison of how unreported and reported additions would affect your recovery amount:

   **Policy with a Dwelling limit of $500,000 (we'll increase by up to 25% if renovations are reported)**
   **Additions with Replacement Cost of $100,000**

   |  | Unreported | Reported |
   |---|---|---|
   | Replacement cost at the time of loss: | $625,000 | $625,000 |
   | Amount deducted for additions: | -$100,000 | -$      0 |
   | Limit applicable to loss (Your recovery amount before deductible): | $525,000 | $625,000 |

## Vacancies

**We require you to notify your insurance representative whenever your home is "vacant."**  If you don't and your home was vacant for the 30 days prior to a loss, your deductible for the loss might be higher than the one listed on your Declarations page.  Your deductible will be the greater of either the deductible listed or:

- 5% of the Dwelling Limit listed on your Declarations page if we insure your home; or
- 5% of the Personal Property Limit listed on your Declarations page if we insure your condominium.

### Definition of "Renovation" and "Vacancy"

We define "renovation" as any updating, demolition, construction, reconstruction, repair, remodeling, or restoration of a house, other structure, condominium, or cooperative unit (including any additions or alterations) on the "residence premises."  We don't define repair or reconstruction  arising out of a covered loss as a "renovation."

We define a "vacant" home as one that is empty of personal property necessary for normal occupancy.  We also define a home as "vacant" if it is undergoing "renovation" and is empty of personal property necessary for normal occupancy.  We don't define a newly constructed home as "vacant."

Remember, your actual insurance policy, the Declarations page, and the attached endorsements are your legal insurance contract.  They contain details that aren't included in the above summary.  If you have any questions, please contact your Fireman's Fund insurance representative.

3359184-02

AIC
12

INS 000048

13

A Message for Our Customers . . .

# Explanation of  Your  Fungi /  Mold  Coverage

A change has been made to your policy.  Your policy covers water damage that results from a covered loss.
If a loss should occur, we will pay to repair or replace the area directly damaged by the water, up to the
coverage limit.  However, going forward the affiliated damages resulting from fungi/mold that occurs beyond
the water damaged area will be subject to a special aggregate limit of $10,000 unless the cause of the loss
was fire or lightning.   This special limit is the most we will pay for fungi damage during the policy period and
includes all:

- Testing
- Monitoring
- Remediation
- Mitigation
- Loss of Use
- Rebuilding

**The following example illustrates what this means to you:**

A pipe breaks causing water damage to a bedroom.   Your coverage limits are $500,000 on the Dwelling and
$250,000 for Personal Property.  It is determined the loss is covered and the cost to repair the water damage
in the bedroom, including visible fungi that is part of the water damaged area, is $50,000. This amount is
within the coverage limits and would be paid subject to your deductible.

In addition, it was determined that fungi spores were found elsewhere in the room, but were related to the
water damage.  For this damage, we would pay up to $10,000 for any testing, monitoring, remediation, miti-
gation, removal, disposal, Loss of Use or rebuilding related to the fungi spores damage that is not directly
part of the water damaged area.

Your actual insurance policy, the policy Declarations page, and any attached endorsements is your legal in-
surance contract. This is only a notice.  You must refer to your policy for actual coverage terms.  If you have
any questions about your homeowners policy, please call your independent agent or broker.

33590610-03 LA

AIC
13

INS 000049

14

**A Message for Our Louisiana Customers . . .**

## Statewide Rate Change Notification

We are pleased to provide you with the renewal of your Homeowners insurance policy. Louisiana law now requires that we notify you of any rate increase at least thirty days in advance of your policy's renewal effective date.  The overall statewide rate change is +9.2%.    Based on the coverages and limits provided in your policy, the change in your premium may vary.

335915 6-04 LA

INS 000050

15

# Important 1%  Hurricane Deductible Disclosure Notice  -  Building Forms

**CAUTION:**  No coverage is provided by this NOTICE  nor can this NOTICE  be construed to replace any provision of your policy. You should carefully read your policy, and attached endorsements and your declarations page for complete information on the coverage and policy limits you are provided.  If there is any conflict between this notice and the policy, the attached endorsements  and the declarations page, **THE  PROVISIONS   OF  THE  POLICY,  THE  ATTACHED  ENDORSEMENTS**   and the **DECLARATIONS  PAGE SHALL PREVAIL.**

**Special Hurricane Deductible**

We are constantly evaluating how we manage hurricane exposure, and new technology has helped us to better understand the risk.  As a result, we are introducing a new special hurricane deductible.  Your policy will now include a 1% hurricane deductible.  Of course, we will apply a premium credit to your policy associated with this hurricane deductible.  You will continue to receive this premium credit for as long as this hurricane deductible remains in place.  If you decide to remove this hurricane deductible your policy premium will increase accordingly.

**Optional Higher Hurricane Deductible**

You also have the option of selecting a higher hurricane deductible, which will lower your premium.  For example, you may select a 2% or 5% hurricane deductible.

**Where can you find out more about these changes?**

If you have any questions about your renewal policy or the changes we've described above, or wish to remove this hurricane deductible, our representative for the Fireman's Fund ® Insurance Companies can help.  For details about your coverages, deductibles and limits, please read your policy, the declarations and any endorsements or amendments attached.

335799 08-03 LA

AIC
15

INS 000051

## No Coverage for Liability and Medical Payments to Others for Home Care Business

## Limited Coverage for Damage to Your Property for Home Day Care Business

If an insured regularly provides home day care services to a person or persons other than **insureds** and receives monetary or other compensation for such services, that enterprise is a **business**. Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an **insured** to a relative of an **insured** is not considered a **business**.

Therefore, with respect to a home day care enterprise which is considered to be a **business**, this policy:

1.  Does not provide Liability Coverages because a **business** of an **insured** is not covered under A.7. of Coverage for Liability and Medical Payments to Others - Losses Not Covered;

2.  Does not provide Coverage for Damage to Your Property - Other Structures Coverage where other structures are used in whole or in part for **business**;

3.  Limits coverage for property used on or away from the **residence premises** for the home day care enterprise to $10,000, because Personal Property Special Limits of Insurance - item 12. imposes that limit on **business** property on the **residence premises**.

THIS ENDORSEMENT DOES **NOT** CONSTITUTE A REDUCTION OF COVERAGE.

1258184-02
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000052

17

## Premises Alarm or Fire Protection System

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the **residence premises**. You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

1258724-02
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000053

18

**This Endorsement Changes The Policy. Please Read It Carefully.**

# 1%  Hurricane  Deductible -  Louisiana  Building  Forms

In consideration of the premium charged for this policy, you and we agree as follows:

If the National Hurricane Center or National Weather Service issues a Hurricane Watch or Warning for any part of the parish in which the **residence premises** is located, a deductible equal to 1% of the limit of liability of the Dwelling, shown on the Declarations page, applies to your policy.  This deductible applies to any loss caused by, increased by, or in any way resulting from wind for the duration of the Hurricane Warning.

In addition, this deductible applies to any other loss caused by, increased by, or in any way resulting from a hurricane that makes landfall in any part of the state in which the **residence premises** is located, whether or not a Hurricane Warning has been issued.

We will pay only that part of the total of your direct physical loss for the Dwelling, Other Structures, and Personal Property that exceeds the Hurricane deductible in this endorsement.

In no event will your Hurricane deductible be less than $500.

All other provisions of this policy apply.

1255314-02 LA
Copyright, Fireman's Fund Insurance Companies, 2001, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

AIC
18

INS 000054

19

# Prestige Home Standard

## Quick Reference Guide

|  | Beginning On Page |
|---|---|
| **Agreement** | 1 |
| **Definitions** | 1 |
| **Coverage For Damage To Your Property** |  |
| Limits of Insurance | 5 |
| Dwelling | 5 |
| Other Structures | 5 |
| Personal Property | 5 |
| Special Limits of Insurance | 5 |
| Deductible - Coverage for Damage to Your Property | 7 |
| Loss of Use of the Residence Premises | 7 |
| Additional Property Coverages | 7 |
| PROPERTY LOSSES WE COVER | 11 |
| PROPERTY LOSSES NOT COVERED | 12 |
| **Coverage For Liability And Medical Payments To Others** |  |
| Personal Liability | 18 |
| Medical Payments to Others | 18 |
| Additional Liability Coverages | 18 |
| LOSSES NOT COVERED - LIABILITY AND MEDICAL PAYMENTS TO OTHERS | 19 |

### READ YOUR POLICY CAREFULLY

This policy is a legal contract between the policy owner and one of the Fireman's Fund Insurance Companies.

### AGREEMENT

We agree to provide the insurance described in this policy. In return you agree to pay the premium and comply with the policy terms.

### DEFINITIONS

A. **You** and **your** mean the **Named Insured** shown on the Declarations including the legal Spouse who re-sides in the same household.

B. **We, us,** and **our** mean the Company providing insurance.

C. Other words and phrases are defined below. They are **bold-faced** when used in this policy form.

   1. **Bodily Injury** means bodily harm, sickness or disease, including required care, loss of services and death that results.

   2. **Business means:**

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000055

20

   a.   a trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b.   any other activity engaged in for money or other compensation, except the following:

      (1)  one or more activities, not described in (2) below, for which no **Insured** receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

      (2)  volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

3.  **Collapse** means the actual, abrupt falling down of a building or part of a building. A **collapse** occurs only when a building or part of a building has actually and abruptly fallen down. **Collapse** does not include a threat of collapse, even if **collapse** is imminent. **Collapse** does not mean a condition of a building including cracking, bulging, sagging, bending, shifting, leaning, settling, shrinkage, or expansion, that could lead to or contribute to its actual, abrupt falling down.

4.  **Earth Movement** means any natural or man-made **earth movement**, including but not limited to the sinking, rising, shifting, expanding or contracting of earth, all whether combined with water or not; **earthquake**; landslide; avalanche; mine subsidence; settling; sinkholes; or, erosion.

5.  **Earthquake** means a vibration-generating rupture event caused by displacement within the earth's crust through release of strain associated with tectonic processes and includes effects such as ground shaking, liquefaction, seismically-induced land sliding, and damaging amplification of ground motion. **Earthquake** does not mean or include tsunami or volcanic eruption.

6.  **Fungi** means all types of fungus, such as mildew and mold, and all of their resulting spores and by-products, including mycotoxins and allergens. **Fungi** does not mean **fungi** for human ingestion.

7.  **Golf Cart** means a motorized land conveyance owned by an **Insured**, designed to carry up to 4 persons which does not exceed 25 miles per hour on level ground and whose primary purpose is to take or carry individuals from one place to another while playing the game of golf or for other leisure activities.

8.  **Insured** means:

   a.   you and residents of your household who are:

      (1)  your relatives;

      (2)  your **domestic partner**; a **domestic partner** is defined as an individual who:

          (i)  is financially interdependent with you and with whom you are jointly responsible for each other's common welfare;

          (ii)  intends to remain in a committed relationship;

          (iii)  shares the same living quarters and permanent address;

          (iv)  is not so closely related by blood that legal marriage would otherwise be prohibited;

          (v)  is at least age 18 and like you, not legally married to another person;

          (vi)  has not been in a different domestic partner relationship within the last 12 months; and,

          (vii)  is in the current domestic partner relationship which has been in effect for at least 12 months; or

      (3)  any person under the age of 25 in the care of a person described above;

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000056

b.  If your spouse or domestic partner stops being a resident of your household during the policy period or prior to the inception of this policy, they will be considered an **insured** under this policy until the earlier of:

    (1)  the end of 90 days following their change of residency;

    (2)  the effective date of another policy listing him/her as a **Named Insured**; or

    (3)  the end of the policy period.

c.  Under **Liability And Medical Payments To Other Coverages, Insured** also means:

    (1)  with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 8.a.(1), 8.a.(2), or 8.a.(3) above.  A person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner is not an **insured**;

    (2)  with respect to any vehicle to which this policy applies:

        (i)  persons while engaged in your employment or that of any person included in 8.a.(1), 8.a.(2), or 8.a.(3) above; or

        (ii)  other people using a vehicle or watercraft on an **insured location** with an **insured's** express or implied permission.

9.  **Insured location** means:

a.  the **residence premises**;

b.  other premises, structures, and grounds used by you as a residence;

c.  a premises used by you in connection with a residence identified in 9.a. and 9.b. above;

d.  vacant land, other than farm land, owned by or rented to an **insured**;

e.  land owned by or rented to an **insured** on which a one, two, three, or four family dwelling is being built as a residence for an **insured**;

f.  individual or family cemetery plots or burial vaults of an **insured**; or

g.  any part of a premises occasionally rented to an **insured** for other than **business** use.

10.  **Neglect** means an **insured's** failure to use reasonable means to save and preserve property before, at, and after an **occurrence**.

11.  **Occupied** means a dwelling being lived in, or a dwelling or any other building or structure, being used for its intended purpose and which contains furnishings or other property customary to its intended use or occupancy.

12.  **Occurrence** means:

a.  Under Coverage For Damage To Your Property:  accidental loss and damage to covered property which occurs during the policy period and is caused by one or more causes of loss we cover.

    One or more **earthquakes** or volcanic eruptions that occur within a 72-hour period will be considered a single **occurrence**.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000057

   b.  Under Coverage For Liability And Medical Payments To Others:

      (1)  Accidental loss of or damage to, including continuous or repeated exposure to the same or similar harmful conditions, which results, during the policy period, in **bodily injury** or **property damage**; or

      (2)  An act or series of acts of the same or similar nature that occurs during the policy period and which results in **personal injury**.

13.  **Personal injury** means physical or mental harm arising out of the following acts:

   a.  false arrest, detention, or imprisonment;

   b.  malicious prosecution;

   c.  wrongful entry or eviction;

   d.  defamation, libel, slander; or

   e.  invasion of privacy.

14.  **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, chemicals, liquids, waste, fuels or gases; including but not limited to materials to be recycled, reconditioned or reclaimed.

15.  **Property damage** means physical injury to, destruction of, or loss of use of tangible property.

16.  **Renovation** means all updating, demolition, construction, repair, or remodeling on the **residence premises** independent of and not arising out of an **occurrence**.

17.  **Residence employee** means an employee of an **insured** whose duties are related to the maintenance or use of an **insured location**, including household or domestic services not related to a business of an **insured**. However, **residence employee** does not include farm or ranch workers.

18.  **Residence premises** means:

   a.  the Dwelling, Other Structures, and grounds; or

   b.  that part of any other building;

   where you reside and which is shown as the **residence premises** on the Declarations.

19.  **Vacant** means empty of personal property necessary to sustain normal occupancy.  When a **residence premises** is being newly constructed, it is not considered **vacant**.

20.  **War** means:

   a.  Declared, undeclared or civil **war**;

   b.  Insurrection, rebellion or revolution;

   c.  Warlike act by a military or paramilitary force or personnel;

   d.  Destruction, confiscation or seizure for a military purpose;

   e.  Discharge of a nuclear weapon even if accidental; or

   f.  Any consequence of any of the above.

524911-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000058

## COVERAGE FOR DAMAGE TO YOUR PROPERTY

**Limits of Insurance**

The limits of insurance for your Dwelling, Other Structures, Personal Property, and Loss of Use are shown on the Declarations when coverage exists.

**Dwelling**

We cover the primary living structure on the **residence premises** and structures attached to it. We also cover building materials and supplies located on or next to the **residence premises** that are to be used to construct, alter or repair the Dwelling or Other Structures on the **residence premises**, and that are intended to become a permanent part of these structures.

**Other Structures**

We cover other structures on the **residence premises** set apart from the dwelling by a clear space or connected to the dwelling by only a fence, utility line or similar connection. Use of this coverage does not reduce the Dwelling limit of Insurance.

**Personal Property**

We cover:

1. Personal Property owned or used by an **insured** anywhere in the world; and

2. At your request, Personal Property of others who are not tenants while that property is in a residence **occupied** by an **insured**.

**Special Limits of Insurance**

For each occurrence, we will pay up to the limit shown in each category identified below. These limits do not increase the Personal Property Limit of Insurance.

1. $200 on money, scrip, stored value cards, smart cards, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins and medals.

2. $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps.

   This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1,500 on watercraft, including their trailers, furnishings, electronic apparatus, equipment and outboard engines or motors.

4. $1,500 on trailers not used with watercraft.

5. $2,500 for loss by theft of jewelry, watches, furs, precious and semi-precious stones, but not more than $1,000 for any one article.

6. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000059

24

7. $2,500 for loss to property on the **residence premises**, and used at any time or in any manner for any **business** purpose.

8. $500 for loss to property away from the **residence premises** and used at any time or in any manner for any **business** purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 9. and 10. below.

9. $1,500 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

   a.  Accessories or antennas; and

   b.  Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this item 9.

10. $1,500 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

   a.  Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

   b.  Is away from the **residence premises**; and

   c.  Is used at any time or in any manner for any **business** purpose.

   Electronic apparatus includes:

   (1)  Accessories or antennas; and

   (2)  Tapes, wires, records, discs or other media;

   for use with any electronic apparatus described in this item 10.

11. $1,000 for **golf carts** that are not subject to motor vehicle registration and are designed for recreational use off public roads.

12. $1,000 or 10% of the Personal Property limit, whichever is greater, for direct physical loss, caused by an **occurrence**, to Personal Property at an insured's residence that is not the **residence premises**. This special limit also applies to Personal Property of others.

   This special limit does not apply to Personal Property:

   a.  moved or being moved from the **residence premises** to a residence you newly acquire during the policy term; or

   b.  at a location you occupy as your principal residence while the **residence premises** is being built or undergoing **renovations**; or

   c.  temporarily moved or being moved from the **residence premises** due to an occurrence or **renovation**.

   Regardless of the number of policies written by one of the Fireman's Fund Insurance companies, payment for loss to Personal Property will not be made under more than one policy. For **occurrences** at an **insured's** residence that is not the **residence premises**, we will make payment based on the single policy providing the highest limits of coverage for Personal Property.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000060

**Deductible – Coverage for Damage to Your Property**

The deductible shown in the Declarations applies to an **occurrence** unless otherwise stated in this policy or by endorsements attached.

**Loss of Use of the Residence Premises**

The limit of insurance for Loss of Use of the **Residence Premises** is the total limit for all the coverages that follow:

1.  If a loss covered by an **occurrence** under this policy makes that part of the **residence premises** where you reside not fit to live in, we will pay:

    Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living while you live elsewhere.

    Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2.  If a loss covered under this section makes that part of the **residence premises** rented to others or held for rental by you not fit to live in, we will pay the:

    Actual net loss of rental income for that part of the **residence premises** rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

    Payment will be for the shortest time required to repair or replace that part of the **residence premises** rented or held for rental.

3.  If a civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a Property Loss We Cover in this policy, we will pay the Additional Living Expense and actual net loss of rental income as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

**Additional Property Coverages**

The following Additional Property Coverages are in addition to the limits of insurance unless otherwise stated.

1.  Loss of Use Extension

    We will only pay up to $2,000 if you cannot occupy your **residence premises** due to earthquake, landslide, volcanic eruption, or if a civil authority prohibits use of the **residence premises** because any of these have occurred.

2.  **Collapse**

    We cover direct physical loss to covered property that results from a **collapse** caused by:

    a.  decay, insect or vermin damage hidden from view, unless such damage is known to an **insured** prior to **collapse**;

    b.  weight of contents, equipment, rain, or snow that collects on a roof, or the weight of animals or people; or

    c.  use of defective material or methods in construction, remodeling **or renovation** if the **collapse** occurs during the course of construction, remodeling or **renovation**.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Slock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000061

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is included under items a., b., and c. if the loss is a direct result of the **collapse** of a building or part of a building.

This coverage does not increase the applicable limit of insurance.

3. Credit Card, Electronic Fund Transfer Card or Electronic Access Device, Forgery and Counterfeit Money

   a. We will pay up to $1,000 for:

      (1) an **insured's** legal obligation or loss that results from theft or unauthorized use of credit cards, electronic fund transfer cards or electronic access devices issued to or registered in an **insured's** name;

      (2) loss to an **insured** caused by forgery or alteration of a check or negotiable instrument of the **insured's**; or

      (3) loss to an **insured** through acceptance in good faith of counterfeit U.S. or Canadian currency.

   b. We do not cover loss or damage caused by the use of a credit card, electronic fund transfer card or electronic access device:

      (1) by a resident of your household;

      (2) by a person who has been entrusted with any of these cards or devices; or

      (3) if an insured has not complied with all terms and conditions under which the cards are issued or the devices are accessed.

   c. All loss resulting from a series of acts committed by one person or group or in which one person or group is concerned or implicated and which begins during the policy period is one **occurrence**.

   d. We do not cover loss arising out of **business** use or any dishonesty by the **insured**. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the said loss.

   e. No deductible applies to this coverage.

4. Fire Department Service Charge

   a. We will pay up to $500 for costs you must pay if a fire department is called to protect the **residence premises** from an **occurrence**. This coverage also applies to false alarms.

      We do not cover fire department service charges if the property is located within the limits of the city, municipality, or protection district furnishing the fire department response.

   b. No deductible applies to this additional insurance.

5. Lock Replacement

   We will pay up to $500 to re-key or replace locks at the **residence premises** if your keys are lost or stolen. No deductible applies to this coverage.

6. Land

   We will pay up to $10,000 for the Dwelling or Other Structure in order to replace, rebuild, stabilize or otherwise restore the land necessary to support the Dwelling or Other Structure at the **residence premises** after an **occurrence**.

INS 000062

7. **Debris Removal**

We will pay your reasonable costs to remove the debris of covered property resulting from an **occurrence**. Debris Removal costs we cover also include the process necessary to remove the debris. We will also pay:

a.  Your reasonable cost to remove trees and their debris which damage covered property; and

b.  Up to $500 to remove the debris of trees, downed by a storm, that do not cause damage to covered property.

This expense is included in the limit of liability that applies to the damaged property.  If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

8. **Trees, Shrubs, Lawns and Other Plants**

a.  We cover trees, shrubs, plants, or lawns or grounds on the **residence premises** for loss caused by the following causes of loss: Fire or Lightning; Explosion; Riot or Civil Commotion; Aircraft; Vehicles not owned or operated by a resident of the **residence premises**; Vandalism or Malicious Mischief, or Theft.

b.  We will pay up to 5% of the limit of liability that applies to the dwelling, for all trees, shrubs, plants, or lawns or grounds. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for **business** purposes.

9. **Reasonable Repairs**

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

10. **Removal of Property in Danger**

a.  We will pay for covered property damaged in any way when removed from a premises in imminent danger from an **occurrence**.

b.  This coverage applies for 30 days from the date of removal.

c.  The limit of liability for Removal of Property in Danger does not increase the limit of liability.

11. **Loss Assessment**

a.  We will pay up to $1,000 on an annual aggregate basis for loss assessment charged against you during the policy period when the assessment is made because of direct physical loss to collectively owned property by an **occurrence**.

b.  This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises** and only for direct physical loss.

c.  We do not cover assessments charged by a governmental body.

d.  We will only pay up to $1,000 on an annual aggregate basis for an **occurrence** regardless of the number of assessments.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000063

12. Glass or Safety Glazing Material

a. We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage, caused directly by **earth movement,** of glass or safety glazing material which is part of a covered building, storm door or storm window; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

(2) On the **residence premises** if the dwelling has been **vacant** for more than 30 consecutive days immediately before the loss, except when the breakage results directly from **Earth Movement** as provided for in a.(2) above. A dwelling being constructed is not considered **vacant.**

Loss to glass covered under this Additional Property Coverage 12 will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

13. Arson Reward - We will pay up to $5,000 for information leading to a conviction in connection with an arson loss to your covered property.

14. Full Cost Replacement Coverage

a. We will only pay:

(1) the amount needed to replace a Dwelling after an **occurrence** even if the limit of insurance shown on the Declarations is less than the cost of repairs; or

(2) up to 125% of the applicable limit of insurance if, at the time of loss, the Dwelling is being newly constructed or the Dwelling is **vacant** or has not been **occupied** for more than 30 consecutive days while undergoing **renovation.**

b. For this coverage to apply you agree to:

(1) Insure the Dwelling at 100% of its replacement cost as determined by us.

(2) Repair or rebuild the Dwelling with equivalent construction on the **residence premises;** or, for no greater cost, buy or build a Dwelling at another location. If you choose not to repair or replace, we will only pay you the cost to repair or rebuild the damaged Dwelling at the same premises prior to the loss, or the applicable limits of insurance shown on the Declarations, whichever is less.

(3) Notify us prior to the start of a **renovation** which will cause your Dwelling to be:

(i) **vacant;** or

(ii) not occupied for more than 30 days.

INS 000064

(4) Promptly notify us of a **renovation** that increases the replacement cost of the Dwelling by $25,000 or more. The cost of unreported **renovations** prior to an **occurrence** will not be included in the replacement cost calculation for this coverage.

c. When we increase the limit of insurance for your Dwelling, the percentage of increase will also apply to the limit of insurance for Other Structures, Personal Property, and Loss of Use.

d. This coverage includes increased costs you incur due to enforcement of an ordinance or law that regulates the construction, demolition, or repair of the Dwelling after an **occurrence**, unless described under Property Losses Not Covered.

e. This coverage does not include any consideration or payment for land values.

15. Refrigerated Products

Personal Property is extended to cover perishable items in a refrigerator or freezer on the **residence premises** for loss caused by power failure which originates off the **residence premises**. This coverage does not increase the limit of liability applying to the damaged property.

This coverage is subject to a $100 deductible.

16. Landlord's Furnishings

We will pay up to $2,500 for your appliances, carpeting and other household furnishings, in an apartment on the **residence premises** regularly rented or held for rental to others by an **insured**, for loss caused only by the Property Losses We Cover in Personal Property.

The $2,500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

17. Grave Markers

We will pay up to $5,000 for grave markers, including mausoleums, on or away from the **residence premises** for loss caused by the Property Losses We Cover in Personal Property.

## PROPERTY LOSSES WE COVER

**Dwelling and Other Structures**

We will pay for direct physical loss to property described in Dwelling and Other Structures resulting from an **occurrence**.

**Personal Property**

We insure for direct physical loss to Personal Property caused by a cause of loss listed below:

1. Fire or lightning.

2. Windstorm or hail.

   This cause of loss includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3. Explosion.

4. Riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

INS 000065

6. Vehicles.

7. Smoke, meaning sudden and accidental damage from smoke.

8. Vandalism or malicious mischief.

9. Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

10. Falling objects.

11. Weight of ice, snow, or sleet which causes damage to property contained in a building.

12. Accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

13. Sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

14. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

15. Sudden and accidental damage from artificially generated electrical current.

16. Volcanic eruption other than loss caused by earthquake, land shock waves or tremors.  One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

### PROPERTY LOSSES NOT COVERED

A. **Dwelling and Other Structures**

    1. We do not insure for loss:

        a. Involving **collapse**, other than as provided in Additional Property Coverages clause 2 - **Collapse**;

        b. Caused by:

            (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leaking or overflow from within the system or appliance caused by freezing.  This applies only while:

                (i) the dwelling is **vacant** or not occupied and has been so for more than 30 consecutive days; or

                (ii) being constructed

            However, we will pay if you have used reasonable care to:

            (1) maintain heat in the building; or

            (2) shut off the water supply and drain the system and appliances of water.

            (2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

                (i) Fence, pavement, patio, septic system, swimming pool, hot tub, whirlpool, spa or similar structure;

                (ii) Footing, foundation, wall, retaining wall, or bulkhead; or

INS 000066

(iii) Pier, wharf, dock or bridge;

(3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and **occupied**;

(4) Vandalism and malicious mischief if the dwelling has been **vacant** for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered **vacant**;

(5) Any of the following:

    (i)   Wear and tear, marring, scratching, deterioration;

    (ii)  Inherent vice, hidden or latent defect, any quality in property that causes it to damage or destroy itself; or mechanical breakdown;

    (iii) Smog, rust or other corrosion, bacteria, or wet or dry rot;

    (iv) Smoke from agricultural smudging or industrial operations;

    (v)  The actual, alleged, or threatened discharge, dispersal, seepage, migration, release, or escape of **pollutants** including the costs to test for, monitor, clean up, remove, or in any way respond to or assess the effects of **pollutants** on the **residence premises**, unless caused by an **occurrence**.

    This does not apply to an actual discharge, dispersal, seepage, migration, release, or escape of **pollutants** if the **occurrence** is both sudden and accidental.   Such an **occurrence** will be considered sudden if:

        (A) it is abrupt, instantaneous, and demonstrable as having first commenced at a specific time and day during the policy period; and

        (B) substantially all of the damages are detected or were readily detectable within 7 days of actual discharge, dispersal, seepage, migration, release, or escape of **pollutants**;

    (vi) Settling, shrinking, bulging or expansion, including resultant cracking, or the activity or growth of roots from plants, trees, or shrubs, to pavements, patios, foundations, walls, floors, roofs, or ceilings; or

    (vii) Animals owned or kept by an **insured**, or by birds, vermin, rodents, or insects;

    If any of these cause water or steam damage not otherwise described under Property Losses Not Covered, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water or steam.  This includes the cost of tearing out and replacing any part of a Dwelling or Other Structure necessary to repair the system or appliance.  We do not cover loss to the system or appliance from which this water or steam escaped.

c.  Described under Property Losses Not Covered:  A. Dwelling and Other Structures:

    Under items a. and b., any ensuing loss to property described under Dwelling and Other Structures not described under Property Losses Not Covered in this policy is covered.

d.  To Other Structures:

    (1) Used in whole or in part for **business**; or

INS 000067

(2)   Used to store **business** property.  However, we do cover a structure that contains business property solely owned by an **insured** or a tenant of the dwelling provided that business property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

(3)   Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

e.   Land except as described in the Additional Property Coverages clause 6 - Land.

## B.   Personal Property

### 1.   Property Not Covered

a.   We do not cover any of the following property unless otherwise stated or specifically covered by endorsement attached to this policy:

(1)   Personal Property at an **insured's** residence that is not at the **residence premises**, except as provided in the Special Limits of Insurance clause 12.

(2)   Trees, Shrubs, Lawns and Other Plants or Grounds except as described in the Additional Property Coverages clause 8 - Trees, Shrubs, Lawns and Other Plants.

(3)   Animals, including birds or fish;

(4)   Motorized land vehicles.  This includes their equipment, accessories, parts, and electronic apparatus designed to be operated only by use of the power from the vehicle's electrical system.  However, this applies only while the property is in or upon the vehicle.

We do cover Motorized Land Vehicles not subject to motor vehicle registration which are:

(i)   used solely to service an **insured's** residence;

(ii)   designed to assist the handicapped; or

(iii)   **golf carts** designed for recreational use off public roads.

as described in the Special Limits of Insurance clause 11.

(5)   Aircraft or Hovercraft and their parts used or designed to carry people or cargo in flight.

(6)   Any illegal property, substance, or contraband.

(7)   **Business** Property except as provided by Special Limits of Insurance Clause 7 and Clause 8.

(8)   Credit Cards, Electronic Fund Transfer Cards or Electronic Access Devices, Forgery and Counterfeit Money except as provided under Additional Property Coverages Clause 3.

### 2.   Property Losses Not Covered

a.   The following Property Losses are not covered.  The cause of loss of:

1.   windstorm or hail does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000068

2.  smoke, meaning sudden and accidental damage from smoke, does not include loss caused by smoke from agricultural smudging or industrial operations.

3.  theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen does not include loss caused by theft:

    (i)  Committed by the insured;

    (ii)  In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

    (iii)  From that part of a residence premises rented by an insured to other than an insured.

    The cause of loss of Theft does not include loss caused by theft that occurs off the residence premises of:

    (A)  Property while at any other residence owned by, rented to, or occupied by an insured except while an insured is temporarily living there. Property of a student who is an insured is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

    (B)  Watercraft, and their furnishings, equipment and outboard engines or motors; or

    (C)  Trailers and campers.

4.  falling objects does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the Falling object itself is not included.

5.  accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance does not include loss:

    (i)  To the system or appliance from which the water or steam escaped;

    (ii)  Caused by or resulting from freezing except as provided in the cause of loss of freezing below; or

    (iii)  On the residence premises caused by accidental discharge or overflow which occurs off the residence premises.

    In this cause of loss, a plumbing system does not include a sump, sump pump or related equipment.

6.  sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water, if this cause of loss is caused by or results from freezing.

7.  freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leaking or overflow from within the system or appliance caused by freezing. This applies only while:

    (i)  the dwelling is vacant or not occupied and has been so for more than 30 consecutive days; or

    (ii)  being constructed

    However, we will pay if you have used reasonable care to:

INS 000069

    (1)  maintain heat in the building; or

    (2)  shut off the water supply and drain the system and appliances of water.

  **8.**  sudden and accidental damage from artificially generated electrical current does not include loss to a tube, transistor or similar electronic component.

  **b.**  We will not pay for loss or damage arising, in whole or in part, out of, resulting from, caused by, or in any way related to error in computer programming or instructions to the computer, including detrimental code except as provided by Special Limits of Insurance clause 7 and clause 8. Detrimental code means any computer virus, program, routine, sub-routine, trojan horse, worm, script or other code string that destroys, alters, or corrupts, media, software, or data, regardless of how the detrimental code was introduced or acquired.

**C.**  **Dwelling, Other Structures, Personal Property, and Loss of Use of the Residence Premises**

  **1.**  We do not cover loss or damage caused directly or indirectly by any of the following. Such loss or damage is not covered regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

    **a.**  **Earth Movement;**

    However, we do cover direct physical loss to:

     (1)  covered property ensuing from:

      (i)  fire, explosion, or theft;

    **b.**  Water Damage, meaning:

     (1)  flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

     (2)  water which backs up through sewers or drains or which overflows from a sump; or

     (3)  water or water-borne material below the surface of the ground, including water which exerts pressure on, or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

     (4)  continuous or repeated seepage or leakage of water or steam from any source over a period of weeks, months or years unless such loss is sudden and accidental. Sudden and accidental shall include a physical loss that is hidden or concealed for a period of time. A hidden or concealed loss must be reported to us no later than 30 days after the date appreciable loss or damage occurs and is detected or should have been detected.

    We do cover:

      (i)  Direct loss by fire, explosion, or theft that results from water damage;

    **c.**  Power Failure, meaning the failure of power or other utility service if the failure takes place off the **residence premises.** But if the failure of power or other utility service results in a loss, from a cause of loss insured against on the **residence premises**, we will pay for the loss or damage caused by that cause of loss insured against.

    This does not apply to Additional Property Coverages clause 15 - Refrigerated Products.

    **d.**  **Neglect.**

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies. Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001 with its permission.

    e.   **War.**

    f.    Nuclear reaction, radiation, or radioactive contamination, however caused. We do cover direct loss by fire that results.

    g.   Fraudulent, dishonest, or criminal acts by or at the direction of the **insured.**

    h.   Intentional Loss, meaning loss arising out of an act committed by or at the direction of the **insured** with the intent to cause a loss. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the intentional loss.

    i.    Misappropriation, meaning the taking, damaging, or destroying of Personal Property by or at the direction of an **insured.** We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the misappropriation.

    j.    Voluntary parting with any property by an **insured** for more than 60 days. We will cover the insurable interests of an innocent coinsured who did not cause or in any way contribute to the voluntary parting.

2.  We do not cover loss caused by any of the following. However, any ensuing loss not excluded in this policy is covered.

    a.   weather conditions that contribute in any way with a loss not covered in 1. above;

    b.   acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

    c.   faulty, inadequate or defective:

        (1)  planning, zoning, development, surveying, siting;

        (2)  design, specifications, workmanship, repair, construction, **renovation**, remodeling, grading, compaction;

        (3)  materials used in repair, construction, **renovation** or remodeling; or

        (4)  maintenance

       of part or all of any property on or off the **residence premises;**

    d.   the cancellation of a lease or agreement;

    e.   destruction, confiscation or seizure of the Dwelling, Other Structures, or Personal Property by order of a government or public authority. However, we will pay for loss caused by action taken by the authority at the time of a fire to prevent its spread; or

    f.    dampness, dryness or changes in or extremes in temperature, whether atmospheric or not, including any condensation, unless damage is to Additional Property clause 15 - Refrigerated Products or the direct cause of loss is rain, snow, sleet, or hail.

3.  We will not pay for loss or damage arising, in whole or in part, out of, resulting from, caused by, or in any way related to **fungi**. This includes the cost to test for, monitor, abate, mitigate, or remediate **fungi**.

If **fungi** is the result of a cause of loss otherwise covered in this policy, we will pay up to policy limits. However, if the **fungi** is located on a portion of the covered property that did not sustain direct physical damage from the covered peril, we will pay up to $10,000 on an annual aggregate basis for all **property damage** covered under the Dwelling, Other Structures, Personal Property, and Additional

524911-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000071

Property Coverages and related Loss of Use, caused by or resulting from the **fungi**. This includes the cost to test for, monitor, abate, mitigate, or remediate **fungi**.

This limitation does not apply when **fungi** results from fire or lightning.

### COVERAGE FOR LIABILITY AND MEDICAL PAYMENTS TO OTHERS

**Personal Liability**

If a claim is made or a suit is brought against an **insured**, anywhere in the world, for damages because of **bodily injury**, **personal injury**, or **property damage** caused by an **occurrence** we will:

1. Pay on behalf of the **insured** up to the limit of insurance shown on the Declarations for which the **insured** is legally liable; and,

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our liability limits are exhausted by payment following settlement or adjudication.

**Medical Payments to Others**

1. For each person injured, we will pay up to the limit of insurance shown on the Declarations for necessary medical expenses that are incurred within three years from the date of **bodily injury** caused by an **occurrence**.

2. This coverage does not apply to you or residents of your household except **residence employees** while in the course of their employment by an **insured**.

3. This coverage applies:

   a. to a person on an **insured location** with the permission of an **insured**; or

   b. to a person off an **insured location** if the **bodily injury**:

      (1) arises out of a condition on an **insured location**;

      (2) is caused by the activities of an **insured**;

      (3) is caused by a **residence employee** in the course of employment by an **insured**; or

      (4) is caused by an animal owned by or in the care of an **insured**.

**Additional Liability Coverages**

In addition to the limit of insurance, we will pay:

1. Claim Expenses, meaning:

   a. expenses we incur and costs taxed against an **insured** in a suit we defend;

   b. premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of insurance. We need not apply for or furnish any bond;

   c. reasonable expenses incurred by an **insured** at our request, including actual loss of earnings up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

   d. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of insurance.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies. Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000072

2. First Aid Expenses

We will pay expenses for first aid to others incurred by an **insured** for **bodily injury** caused by an **occurrence** under this policy. We will not pay for first aid to an **insured**.

3. Damage to Property of Others

We will pay, at replacement cost, up to $1,000 per **occurrence** for **property damage** caused by an **insured** to property of others specifically not covered in this policy.

4. Loss Assessment

a. We will pay up to $1,000 for loss assessment charged against you during the policy period when the assessment is made as a result of **bodily injury, personal injury,** or **property damage** covered under this policy. This includes damages resulting from an act of a director, officer or trustee in the ca-pacity as a director, officer or trustee, provided:

(1) the director, officer, or trustee is elected by members of a corporation or association of property owners; and

(2) the director, officer, or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

b. This coverage applies only to loss assessments charged against you as part of an assessment against multiple members of a property owner or tenant association managing a **residence premises**.

c. We do not cover assessments charged by a governmental body.

d. We will pay up to $1,000 on an annual aggregate basis for any one **occurrence**, regardless of the number of assessments. An act involving more than one director, officer, or trustee is considered to be a single event.

5. Credit Card, Electronic Fund Transfer Card or Electronic Access Device, Forgery and Counterfeit Money

We will pay up to $1,000 per policy period for damages to others resulting from an **occurrence** arising out of an activity by or on behalf of an **insured**.

### LOSSES NOT COVERED - LIABILITY AND MEDICAL PAYMENTS TO OTHERS

A. Personal Liability and Medical Payments to Others Coverages do not apply to damages resulting from **bodily injury, personal injury,** or **property damage** arising out of:

1. Which is expected or intended by one or more **insureds** even if the **bodily injury** or **property damage**:

a. Is of a different kind, quality, or degree than initially expected or intended; or

b. Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Item A. does not apply to **bodily injury** resulting from the use of reasonable force by one or more **insureds** to protect persons or property.

2. **personal injury** caused by the knowing violation of a penal law or ordinance caused by or at the di-rection of any **insured**;

524911-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000073

3.  discrimination due to age, race, color, sex, religion, national origin, sexual preference, or physical handicap;

4.  sexual molestation, sexual harassment, corporal punishment, or physical or mental abuse by any **insured;**

5.  any communicable disease from any insured. This includes but is not limited to: the transmittal of, exposure to, perceived threat of, or fear of transmittal of or exposure to any communicable disease;

6.  the use, sale, manufacture, delivery, transfer, or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law. However, this does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician;

7.  **business** activities or **business** property of any **insured.** We do cover:

    a.  the rental or holding for rental of an insured **location:**

        (1)  on an occasional basis if used only as a residence;

        (2)  if part of the **insured location** is used as a residence for only up to two roomers or boarders per single family unit; or

        (3)  in part, as an office, school, studio or private garage;

8.  a premises owned by an **insured,** rented to an **insured,** or rented to others by an **insured** that is not an **insured location;**

9.  the providing of home care service. But this does not apply when:

    a.  any **insured** provides the service for a relative of any **insured;**

    b.  a mutual exchange of services involves no compensation in cash or value in an amount in excess of $2,000;or

    c.  the home care service is provided on an occasional or part-time basis by any **insured** under 23 years of age;

10. the rendering of or failure to render professional services by any **insured;**

11. civic activities performed by any **insured,** unless they are performed without compensation;

12. the ownership, maintenance, use, loading or unloading, entrustment to other people, or vicarious liability arising out of motorized land vehicles including hovercraft and their trailers. We do cover:

    a.  a trailer not towed by or carried on a motorized land vehicle;

    b.  a motorized land vehicle designed for recreational use off public roads, not subject to motor vehicle registration, and:

        (1)  not owned by an **insured;** or

        (2)  owned by an **insured** and on an **insured location;**

    c.  a **golf cart;** and

    d.  a motorized land vehicle not subject to motor vehicle registration which is owned, leased, or used by an insured:

        (1)  to service an **insured's** residence;

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000074

(2)  designed to assist the handicapped; or

(3)  in dead storage on an **insured location**;

13.  the ownership, maintenance, use, loading or unloading, entrustment to other people of, or vicarious liability arising out of watercraft other than:

    a.  sailing vessels less than 26 feet in length, with or without auxiliary power;

    b.  other watercraft powered by one or more engines or motors with 50 total horsepower or less;

    c.  watercraft less than 26 feet that are not owned by or rented for more than 30 consecutive days to an **insured**; and

    d.  watercraft that are stored;

14.  the ownership, maintenance, use, loading or unloading, entrustment to other people, or vicarious liability arising from aircraft used or designed to carry people or cargo in flight;

15.  **war;**

16.  any nuclear reaction, radiation, or radioactive contamination however caused.

B.  Personal Liability and Medical Payments to Others do not apply to **bodily injury** for which an **insured** provides or is legally obligated to provide coverage under any:

1.  workers' compensation law;

2.  unemployment compensation;

3.  disability benefits;

4.  occupational disease law; or

5.  other similar laws.

C.  Personal Liability Coverage does not apply to:

1.  Liability to others assumed by an **insured** under a contract or agreement unless that contract or agreement:

    a.  directly relates to the ownership, maintenance or use of an **insured location**;

    b.  is entered into by the **insured** prior to an **occurrence**; and

    c.  is not covered elsewhere in this policy.

2.  **Property damage** to property owned by an **insured**.

3.  **Property damage** to property rented to, **occupied** or used by or in the care of an **insured**, unless the damage is caused by fire, water, smoke or explosion.

4.  **Bodily injury** or **personal injury** to any **insured**.

5.  **Personal injury** sustained by a person as a result of an offense directly or indirectly related to the employment of that person by an **insured**.

6.  **Personal injury** arising out of civic or public activities performed for pay by an **insured**.

5249 11-02RLA
Copyright, Fireman's Fund Insurance Companies. Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001 with its permission.

INS 000075

7. Any claim or liability arising, in whole or in part, out of, resulting from, caused by, or in any way related to **fungi**. This includes the cost to test for, monitor, abate, mitigate, remove, dispose of, or remediate **fungi**. However, this limitation does not apply to the **residence premises**.

The above provision applies regardless of any other cause, event, material, product or building component that contributed concurrently or in any sequence to such liability.

8. Any written or oral statement made, or which should have been made, by you or others on your behalf which is material to the sale of any property.

D. Medical Payments to Others Coverage does not apply to **bodily injury**:

1. to a **residence employee** if the **bodily injury**:

a. occurs off the **insured location**; and,

b. does not arise out of the duties of a **residence employee** as defined.

E. Personal Liability and Medical Payments to Others Coverages do not apply to damages resulting from **bodily injury**, **personal injury**, or **property damage** caused directly or indirectly by any of the following, whether another cause or event contributes concurrently or in any sequence to the loss:

1. Smog, rust or other corrosion, or, wet or dry rot whether caused directly or indirectly **by an insured**. This includes any loss caused by, the result of, or aggravated by any **occurrence** otherwise covered under this policy;

2. Any claim, suit or order by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, or in any way responding to, or assessing, the effects of **pollutants**.

524911-02RLA
Copyright, Fireman's Fund Insurance Companies, Stock Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000076

# Prestige

## HOME STANDARD

**General Conditions**

AIC
41

INS 000077

# Policy Conditions

## Quick Reference Guide

| | Beginning On Page |
|---|---|
| **General Policy Conditions** | |
| Policy Period | 1 |
| Your Duties After An Occurrence | 2 |
| Concealment or Fraud | 3 |
| Liberalization Clause | 4 |
| Waiver or Change to the Policy | 4 |
| Cancellation | 4 |
| Non-Renewal | 5 |
| Assignment | 6 |
| Subrogation | 6 |
| Death | 6 |
| Conformance with State Law | 6 |
| **Property Conditions** | |
| Insurable Interest and Limit of Insurance | 6 |
| Loss Settlement | 6 |
| Appraisal | 8 |
| Other Insurance | 8 |
| Suit Against Us | 8 |
| Our Option | 8 |
| Loss Payment | 8 |
| Abandonment of Property | 8 |
| Mortgage Clause | 8 |
| No Benefit to Bailee | 9 |
| Inflation Protection Coverage | 9 |
| Recovered Property | 9 |
| **Liability Conditions** | |
| Limit of Liability | 10 |
| Severability of Insurance | 10 |
| Suit Against Us | 10 |
| Bankruptcy of an Insured | 10 |
| Other Insurance | 10 |
| Payment under Coverage for Liability and Medical Payments to Others | 10 |

### GENERAL POLICY CONDITIONS

This part of the policy explains the conditions that apply. The conditions apply to your policy in general and to each Coverage in it.

A.  Policy Period - This policy applies to:

  1.  property losses and **bodily injury, personal injury,** or **property damage** that first occur; or

53114-02LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000078

2. loss assessment that is charged against you

during the policy period.

B. Your Duties After An Occurrence - in case of an **occurrence**, we have no duty to provide coverage under this policy unless there has been compliance with the following duties by an **insured** or an **insured's** representative, who must:

1. notify us or your agent of a loss promptly.  Provide details regarding time, place, and circumstances of the loss;

2. notify the police in case of loss by theft in a timely manner;

3. notify the credit card or electronic fund transfer company in case of loss under that coverage in a timely manner;

4. notify the appropriate law enforcement agency in case of loss involving Identity Fraud, or Kidnap and Ransom in a timely manner, if coverage is provided;

5. take all reasonable steps to protect property from further damage.  If repairs to the property are required, you must:

   a. make reasonable and necessary repairs to protect the property; and

   b. keep an accurate record of repair expenses;

6. prepare an inventory of damaged Personal Property showing quantity, description, and amount of loss.  Attach available bills, receipts and other documents that justify the amount of loss;

7. as often as we reasonably require:

   a. show the damaged property to us;

   b. provide us with records and documents we request and permit us to make copies;

   c. submit to an examination under oath, while not in the presence of any other **insured**; and

   d. ensure that any employee, resident of your household, or others will be available for examination under oath to the extent that you reasonably can;

8. within 60 days of our request, or as soon thereafter as practicable, sign and submit a sworn proof of loss on the form we provide or a form which is acceptable to us, including but not limited to:

   a. the time and cause of loss;

   b. the interest of the **insured** and all others in the property involved and all liens on the property;

   c. other insurance which may cover the loss; and

   d. the inventory of damaged personal property described in B.6. above;

9. cooperate with us in our investigation and defense of a loss.  Promptly send us all legal papers, including notices, demands, summons, or other processes relating to the loss;

10. at our request, cooperate and help us:

   a. to make settlement;

   b. to obtain records and other information;

5311 4-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

INS 000079

    c.  to enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured**;

    d.  with the conduct of suits and attend hearing and trials; and

    e.  to secure and give evidence and obtain the attendance of witnesses;

11.  notify us and obtain our permission before voluntarily making payment, assuming obligation, or incurring expense other than to render first aid to others at the time of **bodily injury**.

C.  Concealment or Fraud

    1.  Under Coverage For Damage To Your Property:

        a.  With respect to loss where cause of loss is fire, we do not provide coverage to the **insured** who, whether before or after a loss, has:

            (1)  Intentionally concealed or misrepresented any material fact or circumstance;

            (2)  Engaged in fraudulent conduct; or

            (3)  Made false statements;

        relating to this insurance.

        b.  With respect to loss where cause of loss is other than fire and with respect to all **insureds** covered under this policy, we provide no coverage for loss under Coverage For Damage To Your Property if, whether before or after a loss, one or more **insureds** have:

            (1)  Intentionally concealed or misrepresented any material fact or circumstance;

            (2)  Engaged in fraudulent conduct; or

            (3)  Made false statements;

        relating to this insurance.

    2.  Under Coverage For Liability And Medical Payments To Others, we do not provide coverage to one or more **insureds** who, whether before or after a loss, have:

        a.  Intentionally concealed or misrepresented any material fact or circumstance;

        b.  Engaged in fraudulent conduct; or

        c.  Made false statements;

        relating to this insurance.

    3.  In addition, the entire policy will be deemed void if at time of application, the **insured**, with the intent to deceive:

        a.  Intentionally concealed or misrepresented any material fact or circumstance;

        b.  Engaged in fraudulent conduct; or

        c.  Made false statements;

        relating to this insurance, which, if known to us, would have caused us not to issue the policy.

S3114-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with permission.

A-16

INS 000080

D.  Liberalization Clause - If we make a change which broadens coverage under this edition of our policy and does not create an additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1.  a subsequent edition of this policy; or

2.  an amendatory endorsement.

E.  Waiver or Change to the Policy - A waiver or change of a provision of this policy must be in writing by us to be valid.  Our request for an appraisal or examination will not waive any of our rights.

F.  Cancellation

1.  You may cancel this policy in writing at any time by returning it or advising us or your agent of the cancellation date.

2.  The following applies with respect to premium payments due on new and renewal policies, including installment payments:

    a.  If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs b. and c. below.

    b.  We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

    c.  The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashiers check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

3.  The following applies if 2. above does not apply.

    We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect.  This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

    Proof of mailing will be sufficient proof of notice.

    a.  When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    b.  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

    c.  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in Item 3.(e) below, we may cancel:

        (1)  If there has been a material misrepresentation of fact with the intent to deceive:

INS 000081

      (i)   In the procurement of the contract; or

      (ii)  At any other time since the policy was issued;

      which if known to us would have caused us not to issue the policy; or

  (2)  If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

d.  When this policy is written for a period of:

  (1)  More than one year; or

  (2)  Three years or less;

we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

e.  When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

  (1)  If you have committed fraud with the intent to deceive:

      (i)   In the procurement of the contract; or

      (ii)  At any other time since the policy was issued;

  (2)  If the insured risk has undergone a material change;

  (3)  If you have filed two or more claims within three years; or

  (4)  If the continuation of this policy endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

4.  If this policy is cancelled, we will return any premium refund due, subject to Paragraphs a., b. and c. below. The cancellation will be effective even if we have not made or offered a refund.

a.  If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect.

b.  If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within 30 days after the date cancellation takes effect. We will send the refund to you unless c. below applies.

c.  If we cancel based on Paragraph 2. above, we will return the premium due, if any, within 10 days after the expiration of the 10 day period referred to in 2.c. If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent we will send the return premium directly to such payor.

G.  Non-Renewal is deleted and replaced by the following:

1.  We may elect not to renew this policy, subject to the provisions of Paragraphs b. and c. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration,

5311 4-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.                   Page 5 of 10

INS 000082

written notice at least 30 days before the expiration date of this policy.   Proof of mailing will be sufficient proof of notice.

2.  If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   a.  When you have not paid the premium;

   b.  If you have committed fraud;

   c.  If the insured risk has undergone a substantial change;

   d.  If you have filed two or more claims within three years; or

   e.  If the continuation of this policy endangers our solvency.

3.  We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God.  An Act of God means an incident due directly to natural causes and exclusively without human intervention.

H.  Assignment - Assignment of this policy or a claim will not be valid unless we give our written consent.

I.  Subrogation

   1.  Before a loss, an **insured** may waive, in writing, all rights of recovery against any person.  If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

   2.  If we require assignment, an **insured** will sign and deliver all related papers and cooperate with us.

   3.  Subrogation does not apply to Medical Payments to Others or Damage to Property of Others.

J.  Death - If you die, we insure your legal representative but only with respect to the **residence premises** and property covered under this policy at the time of death.  We also insure a member of your household who is an insured at the time of your death, but only while a resident of the **residence premises**.

K.  Conformance with State Law - If part of this policy does not comply with the laws of the state in which it is written, that part is amended to comply with those laws.

**PROPERTY CONDITIONS**

A.  Insurable Interest and Limit of Insurance - We will pay up to the lesser of:

   1.  each **insured's** interest in covered property at the time of **occurrence**; or

   2.  the applicable limit of insurance;

B.  Loss Settlement - This condition explains how we settle losses.  None of its provisions increase the applicable limit of insurance.  The terms **Replacement Cost** and **Actual Cash Value** as used in this section are defined as follows:

**Replacement Cost means:**

   (i)  For partial losses, the cost to repair or restore damaged property to its condition just before a loss with property of like kind and quality;

53114-02LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000083

(ii) For total losses, the cost to replace damaged property with new property that is identical or if identical property is not available, the cost to replace the property with new property that is of like kind and quality.

**Actual Cash Value** means the value of a new article that is identical or if no longer available, the value of a new article that is similar and of like kind and quality, less reasonable deductions for wear and tear, deterioration and obsolescence.

1.  For Personal Property, we will pay the lesser of the following:

    a.  For property except as provided below, the cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;**

    b.  For unusual or one of a kind items or articles that are obsolete or not usable for their original intended purpose due to age or condition, we will pay the **actual cash value** or the amount required to repair, whichever is less.

    In no event will we pay more for loss or damage than the applicable limits of insurance for the damaged property.

2.  For the Dwelling and Other Structures, we will pay the lesser of the following:

    a.  The cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;** or,

    b.  The amount you actually spend to replace the damaged structure at an other location, excluding land values; or,

    c.  the limit of insurance for the damaged Dwelling or Other Structure, plus any increase that may apply under Additional Property Coverages clause 14 - Full Cost Replacement Coverage.

    If you choose not to repair or replace, we will only pay you the cost to repair or rebuild the damaged structure at the same premises prior to the loss, or the applicable limits of insurance shown on the Declarations, whichever is less.

3.  For Unit-Owners Building Items and Tenants Improvements, we will pay the lesser of the following:

    a.  The cost to repair or replace the damaged property, whichever is less as defined in **replacement cost;** or,

    b.  The amount you actually spent to repair or replace the damaged covered property on the same premises with property of like kind and quality, and used for the same occupancy and purpose; or

    c.  If you chose not to repair or replace the property, the **actual cash value** of the damaged covered property.

    If the **occurrence** involves both covered Personal Property and covered Unit-Owners Building Items or Tenants Improvements, in no event will we pay more for loss or damage than the limit of insurance for Personal Property.

    This includes increased costs due to an ordinance or law that regulates the construction, repair or demolition of covered property after an **occurrence**, unless described under Property Losses Not Covered.

53114-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000084

4. If, at the time of an **occurrence**, the **residence premises** has been **vacant** for a period of 30 or more consecutive days and we were not advised of this fact, payment will be subject to the deductible amount shown on the Declarations, policy provisions, or the following, whichever is greatest:

    a.   for Dwellings, 5% of the limit of insurance for the Dwelling; or,

    b.   for condominiums and cooperative units, 5% of the limit of insurance for Personal Property.

This restriction does not apply to **vacancy** that results from a prior **occurrence**.

5. Loss to a Pair or Set - In case of loss to a pair or set, we may elect to:

    a.   repair or replace a part to restore the pair or set to its value before the loss;

    b.   pay the difference between the value of the property before and after the loss; or,

    c.   receive the undamaged portion of the pair or set. We will then pay the **replacement cost** of the entire pair or set as outlined in clause B.1., a. and b. above.

C. Appraisal - If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose and pay for a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a competent and impartial umpire whose fee will be borne equally by the parties. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the **residence premises** is located. Each party will pay its own costs. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss. If there is an appraisal we still retain the right to deny the claim in whole or in part.

D. Other Insurance - If an **occurrence** is also covered by other insurance, we will pay only the proportion of the loss that the applicable limit of insurance under this policy bears to the total amount of insurance covering the loss. However, if that other insurance is in the name of a corporation or association of property owners, we will provide coverage excess over the amount recoverable from that other insurance. This insurance will also be excess over any compensation you receive as a result of a service or maintenance agreement.

E. Suit Against Us - No action can be brought unless the policy provisions have been complied with and the action is started within two years after the **occurrence**.

F. Our Option - If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the property damaged with new property of like kind and quality.

G. Loss Payment - We will adjust and pay all covered losses with you except as provided below. We will pay you unless some other person is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

We may adjust and pay losses for covered property with the owners of that property, if other than you. If we pay the owners, such payment will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interests in the covered property.

H. Abandonment of Property - We need not accept property abandoned by an **insured**.

I. Mortgage Clause

    1.   The word mortgagee includes trustee.

53114-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000085

2.  If a mortgagee is named in this policy, losses will be paid to the mortgagee and you, as interests appear.  If more than one mortgagee is named, the order of payment will be the same as the order or precedence of the mortgages.

3.  If we deny your claim, that denial will not apply to a valid claim of the mortgagee, provided they:

   a.  notify us of a change in ownership, occupancy or substantial change in risk of which they are aware;

   b.  pay the premium due if you have not; and

   c.  submit a signed, sworn proof of loss within 60 days after receiving notice from us.

4.  Policy conditions that relate to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

5.  If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

   The following sentences are added to replace the above:

   If this policy is cancelled by us, the mortgagee will be notified:

   a.  at least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

   b.  at least 30 days before the date cancellation takes effect if we cancel for any other reasons.

   If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

6.  If we pay the mortgagee for a loss and deny payment to you:

   a.  we are subrogated to the rights of the mortgagee granted under the mortgage on the property; or

   b.  if we choose, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest.  If we do this, we will receive from the mortgagee a full assignment and transfer of the mortgage and all securities held as collateral to the debt.

   Subrogation will not impair the right of the mortgagee to recover the full amount of their claim.

J.  **No Benefit to Bailee** - We will not make payments under this policy for the benefit of a person or organization holding, storing, moving, or having custody of property for a fee.

K.  **Inflation Protection Coverage** - The limit of insurance that applies to the Dwelling, Other Structures, Personal Property, and Loss of Use where applicable, will be adjusted at each renewal to reflect increased costs of construction, labor, and materials due to inflation.  In addition, we will also increase the limits at the time of **occurrence** for any inflation since the last effective date.

L.  **Recovered Property** - If property is recovered after we make payment for it, you may choose to keep the property or allow us to have it.  If you choose to keep the property you must reimburse us as follows:

   1.  The full amount of the loss payment attributed to the returned property if you have not replaced it; or

   2.  The Actual Cash Value of the property at the time of recovery for property that:

      a.  has already been replaced by you; or

53114-02 LA
Copyright, Fireman's Fund Insurance Companies, 2003, Novato, CA.
Includes copyrighted material of Insurance Services Office, Inc., 2001, with its permission.

INS 000086

    b.   has suffered damage as a result of the loss.

**LIABILITY CONDITIONS**

A.   Limit of Liability - We will pay up to the Personal Liability limit shown on the Declarations for any one **occurrence**, regardless of the number of **insureds**, claims made, or persons injured.

B.   Severability of Insurance - This insurance applies separately to each **insured**. This condition does not increase our limit of insurance for any one **occurrence**.

C.   Suit Against Us

   A person or organization may bring a suit against us including, but not limited to a suit to recover on an agreed settlement or on a final judgment against an **insured**; but we will not be liable for damages that are not payable under the terms of the Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the **insured** and the claimant or the claimant's legal representative.

D.   Bankruptcy of an **insured** - Bankruptcy or insolvency of an **insured** will not relieve us of our obligations under this policy.

E.   Other Insurance - This insurance is excess over other valid and collectible insurance except insurance written specifically as excess coverage for coverages provided by this policy.

F.   Payment under Coverage for Liability and Medical Payments to Others is not an admission of liability by an **insured** or us.

INS 000087