| STATE OF MISSOURI | ) | |
|---|---|---|
| | ) | SS |
| COUNTY OF ST. LOUIS | ) | |

WILLIAM A. ERDMAN, being duly sworn, deposes and says that he is Vice-President, General Counsel and Secretary of AUTO CLUB FAMILY INSURANCE COMPANY, and that the attached policy and Declarations Certificate are true and exact copies of the Premier Plus Homeowners Policy for the insurance policy of DANIEL FONTANEZ and JACQUELINE MARTELL which was in effect on August 29, 2005, Policy No. P2-241040-1.

Witness my hand and seal of the said Corporation this 11th day of August, 2006.

_WILLIAM A. ERDMAN_
**WILLIAM A. ERDMAN**
Vice-President/General Counsel/Secretary

Subscribed and sworn to before me this 11th day of August, 2006.

_Notary Public_

IRMA J. JENKINS
Notary Public, State of Missouri
St. Louis County
Commission # 06433968
My Commission Expires April 27, 2010

INS 000122

 **Auto Club Family Insurance Company**
*12901 North Forty Drive · St. Louis, Missouri 63141* 

PLEASE MAKE CHECK PAYABLE TO A.C.F.I.C. · RETURN THIS NOTICE WITH PAYMENT

POLICY NUMBER: P2-241040-1
POLICY PERIOD: 06-27-2005 TO 06-27-2006

DATE PREPARED  05-13-2005
R              #2837-I047

AMOUNT DUE     $3539.00
DATE DUE       06-27-2005

FONTANEZ, DANIEL
MARTELL, JACQUELINE
38 BERESFORD DRIVE
METAIRIE, LA  70005-6156

THIS PAYMENT NOTICE
IS TO BE PAID BY
1ST MORTGAGEE.

222410401 06270535390035390040615142001140526049999999

---

 **Auto Club Family Insurance Company**
*12901 North Forty Drive · St. Louis, Missouri 63141* 

RETAIN THIS NOTICE FOR YOUR RECORDS · SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

POLICY NUMBER: P2-241040-1
POLICY PERIOD: 06-27-2005 TO 06-27-2006

DATE PREPARED  05-13-2005
R              #2837-I047

AMOUNT DUE     $3539.00
DATE DUE       06-27-2005

FONTANEZ, DANIEL
MARTELL, JACQUELINE
38 BERESFORD DRIVE
METAIRIE, LA  70005-6156

THIS PAYMENT NOTICE
IS TO BE PAID BY
1ST MORTGAGEE.



**Bring the Security Home**

Did you know you get special savings when you insure your home with the Auto Club Family Insurance Company and your vehicles with the Automobile Club Inter-Insurance Exchange?

Your AAA agent will be happy to review all your insurance needs to make sure you and your family are adequately protected. If you need any additional coverages, we can help identify these areas before a loss occurs.

Call your AAA agent or your local AAA office to schedule a free review. We will customize an insurance package with competitive rates to suit your individual needs.

INS 000123



## DECLARATIONS

THIS DECLARATIONS CERTIFICATE IS PART OF YOUR
POLICY. PLEASE KEEP IT WITH YOUR POLICY

Auto Club Family Insurance Company (A Stock Company)
12901 North Forty Drive - St. Louis, Missouri 63141

YOUR SALES AGENT

ALLIANCE INSURANCE AGENCY
4444 YORK STREET SUITE 100
METAIRIE, LA  70001
PHONE (504) 831-2196
NAME AND ADDRESS OF INSURED

R  #2837-I047

POLICY NUMBER
P2-241040-1
POLICY PERIOD
FROM 06-27-2005
TO   06-27-2006
12:01 A.M. STANDARD TIME

FONTANEZ, DANIEL
MARTELL, JACQUELINE
38 HEERSFORD DRIVE
METAIRIE, LA  70005-6156

DATE PREPARED

05-13-2005

### LOCATION OF INSURED PROPERTY

SAME ADDRESS AS ABOVE

CONSTRUCTION TYPE: MASONRY VENEER        PRIMARY RESIDENCE
1 FAMILY OCCUPANCY                       0 RESIDENCE EMPLOYEES

### YOUR COVERAGES AND THEIR LIMITS

| POLICY COVERAGES | LIMIT |
|---|---|
| SECTION I - PROPERTY COVERAGES | |
| A. DWELLING | $586,880 |
| B. OTHER STRUCTURES | 358,680 |
| C. PERSONAL PROPERTY | $440,190 |
| D. LOSS OF USE | ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE DATE OF LOSS |
| SECTION II - LIABILITY COVERAGES | |
| E. PERSONAL LIABILITY - EACH OCCURRENCE | $100,000 |
| F. MEDICAL PAYMENTS TO OTHERS - EACH PERSON | $1,000 |

$2,500 ALL PERIL DEDUCTIBLE APPLIES TO COVERAGE A,B & C
EFFECTIVE WITH THIS RENEWAL, THE COVERAGE D. LOSS OF USE LIMIT HAS BEEN
REVISED TO "ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE DATE OF LOSS".

DISCOUNTS APPLIED
  PROTECTION DEVICES CREDIT

COVERAGES A, B AND C HAVE BEEN ADJUSTED ACCORDING TO YOUR
INFLATION GUARD ENDORSEMENT.
AGE OF HOME RATING FACTOR HAS BEEN APPLIED

| PREMIUM INFORMATION | |
|---|---|
| TOTAL PREMIUM FOR THE POLICY PERIOD STATED | $3,539.00 |
| CURRENT BALANCE | $3,539.00 |

### FUTURE BILLING INFORMATION

INS 000124

DECLARATIONS CONTINUED          POLICY P2-2416491          EFFECTIVE: 06-27-2005
                          MANDATORY AND OPTIONAL ENDORSEMENTS INCLUDED ON THIS POLICY

        MANDATORY FORMS AND ENDORSEMENTS
          8106   01/1996   PREMIER PLUS HOMEOWNERS POLICY
          C00015  03/2004   SPECIAL PERSONAL PROPERTY COVERAGE
          C00001  04/1999   INFLATION GUARD
          C00002  04/1999   REFRIGERATED PRODUCTS COVERAGE
          C00007  04/1999   LOCK REPLACEMENT
          H00490  04/1991   PERSONAL PROPERTY REPLACEMENT COST
          H00496  04/1991   NO SECTION II LIABILITY COVERAGE FOR HOME DAY CARE
          C00009  03/2004   EXTENDED REPLACEMENT COST - 120% COV A - DWELLING
          C00012  12/2004   LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
          C00137  03/2005   SPECIAL PROVISIONS - LOUISIANA

        OPTIONAL LIMITS AND ENDORSEMENTS
          PVYPLN  07/2001   NOTICE OF PRIVACY
          H06416  04/1991   PROTECTIVE DEVICE DISCOUNT                         16% DISCOUNT
          C00011  03/2005   SPECIAL HURRICANE DEDUCTIBLE - LA
                   2% SPECIAL HURRICANE DEDUCTIBLE

      YOUR RENEWAL MAY HAVE INCREASED DUE TO A RATE ADJUSTMENT. OUR OVERALL STATEWIDE CHANGE WAS AN INCREASE OF 3.47%

            A COPY OF THIS DECLARATIONS CERTIFICATE HAS BEEN SENT TO THE FOLLOWING MORTGAGEES.
     1ST: ABN AMRO MORTGAGE GROUP INC ISAOA
          PO BOX 57068
          IRVINE, CA 92619-7068          LOAN # 0637429736

FOR OFFICE USE ONLY
ST   T    FD   PC   RA   SB   TR   DIC   EQ   PRIMARY          RELATED POLICIES

INS 000125



## PAYMENT NOTICE

**Auto Club Family Insurance Company**
12901 North Forty Drive · St. Louis, Missouri 63141



PLEASE MAKE CHECK PAYABLE TO A.C.F.I.C. · RETURN THIS NOTICE WITH PAYMENT

| | |
|---|---|
| POLICY NUMBER: P2-241040-1 | DATE PREPARED  05-13-2005 |
| POLICY PERIOD: 06-27-2005 TO: 06-27-2006 | R  #2837-I047 |
| | |
| INSURED: FONTANEZ, DANIEL | AMOUNT DUE  $3539.00 |
| MARTELL, JACQUELINE | DATE DUE  06-27-2005 |

ABN AMRO MORTGAGE GROUP INC ISAOA
PO BOX 57068
IRVINE, CA  92619-7068

THIS PAYMENT NOTICE
IS TO BE PAID BY
1ST MORTGAGEE.

222410401  0627053539003539004061514200114052604999999

---

## YOUR COPY

**Auto Club Family Insurance Company**
12901 North Forty Drive · St. Louis, Missouri 63141



RETAIN THIS NOTICE FOR YOUR RECORDS · SEE REVERSE SIDE FOR ADDITIONAL INFORMATION

| | |
|---|---|
| POLICY NUMBER: P2-241040-1 | DATE PREPARED  05-13-2005 |
| POLICY PERIOD: 06-27-2005 TO: 06-27-2006 | R  #2837-I047 |
| | |
| INSURED: FONTANEZ, DANIEL | AMOUNT DUE  $3539.00 |
| MARTELL, JACQUELINE | DATE DUE  06-27-2005 |

ABN AMRO MORTGAGE GROUP INC ISAOA
PO BOX 57068
IRVINE, CA  92619-7068

THIS PAYMENT NOTICE
IS TO BE PAID BY
1ST MORTGAGEE.



**Bring the Security Home**

Did you know you get special savings when you insure your home with the Auto Club Family Insurance Company and your vehicles with the Automobile Club Inter-Insurance Exchange?

Your AAA agent will be happy to review all your insurance needs to make sure you and your family are adequately protected. If you need any additional coverages, we can help identify these areas before a loss occurs.

Call your AAA agent or your local AAA office to schedule a free review. We will customize an insurance package with competitive rates to suit your individual needs.



## DECLARATIONS

THIS DECLARATIONS CERTIFICATE IS PART OF YOUR POLICY. PLEASE KEEP IT WITH YOUR POLICY.

**Auto Club Family Insurance Company (A Stock Company)**
12901 North Forty Drive · St. Louis, Missouri 63141

YOUR SALES AGENT

ALLIANCE INSURANCE AGENCY
4444 YORK STREET SUITE 100
METAIRIE, LA  70001
PHONE (504) 831-2196
NAME AND ADDRESS OF INSURED

R  #2837-I047

POLICY NUMBER
P2-241040-1
POLICY PERIOD
FROM 06-27-2005
TO   06-27-2006
12:01 A.M. STANDARD TIME

FONTANEZ, DANIEL
MARTELL, JACQUELINE
38 BERESFORD DRIVE
METAIRIE, LA  70005-6156

DATE PREPARED
05-13-2005

### LOCATION OF INSURED PROPERTY

SAME ADDRESS AS ABOVE

CONSTRUCTION TYPE: MASONRY VENEER        PRIMARY RESIDENCE
1 FAMILY OCCUPANCY                       0 RESIDENCE EMPLOYEES

### DESCRIPTION OF COVERAGES AND TYPES OF LIMITS

| POLICY COVERAGES | LIMIT |
|---|---|
| SECTION I - PROPERTY COVERAGES | |
| A. DWELLING | $526,900 |
| B. OTHER STRUCTURES | $55,890 |
| C. PERSONAL PROPERTY | $440,190 |
| D. LOSS OF USE | ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE DATE OF LOSS |
| SECTION II - LIABILITY COVERAGES | |
| E. PERSONAL LIABILITY - EACH OCCURRENCE | $100,000 |
| F. MEDICAL PAYMENTS TO OTHERS - EACH PERSON | $3,000 |

$2,604 ALL PERIL DEDUCTIBLE APPLIES TO COVERAGE A,B & C
EFFECTIVE WITH THIS RENEWAL, THE COVERAGE D. LOSS OF USE LIMIT HAS BEEN
REVISED TO "ACTUAL LOSS SUSTAINED WITHIN 12 MONTHS OF THE DATE OF LOSS".

DISCOUNTS APPLIED
PROTECTION DEVICES CREDIT

COVERAGES A,B AND C HAVE BEEN ADJUSTED ACCORDING TO YOUR
INFLATION GUARD ENDORSEMENT
AGE OF HOME RATING FACTOR HAS BEEN APPLIED

| PREMIUM INFORMATION | |
|---|---|
| TOTAL PREMIUM FOR THE POLICY PERIOD STATED | $3,539.00 |
| CURRENT BALANCE | $3,539.00 |

### FUTURE BILLING INFORMATION

| DECLARATIONS CONTINUED | POLICY P2-241040-1 | EFFECTIVE 06-29-2005 |
|---|---|---|

**MANDATORY AND OPTIONAL ENDORSEMENTS INCLUDED ON THIS POLICY**

MANDATORY FORMS AND ENDORSEMENTS
```
L105   01/1996   PREMIER PLUS HOMEOWNERS POLICY
C06015 03/2004   SPECIAL PERSONAL PROPERTY COVERAGE
C06001 04/1999   INFLATION GUARD
C06002 04/1999   REFRIGERATED PRODUCTS COVERAGE
C06007 04/1999   LOCK REPLACEMENT
H06490 04/1991   PERSONAL PROPERTY REPLACEMENT COST
H06496 04/1991   NO SECTION II LIABILITY COVERAGE FOR HOME DAY CARE
C06009 03/2004   EXTENDED REPLACEMENT COST - 120% COV A - DWELLING
C06012 12/2004   LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE
C06117 03/2005   SPECIAL PROVISIONS - LOUISIANA
```

OPTIONAL LIMITS AND ENDORSEMENTS
```
PTYPLR 07/2001   NOTICE OF PRIVACY
H06416 04/1991   PROTECTIVE DEVICE DISCOUNT                   15% DISCOUNT
C06011 03/2005   SPECIAL HURRICANE DEDUCTIBLE - LA
                 2% SPECIAL HURRICANE DEDUCTIBLE
```

YOUR RENEWAL MAY HAVE INCREASED DUE TO A RATE ADJUSTMENT. OUR OVERALL STATEWIDE CHANGE WAS AN INCREASE OF 3.47%

MORTGAGEES/LOAN NUMBERS
```
1ST:  ABN AMRO MORTGAGE GROUP INC ISAOA
      PO BOX 57068
      IRVINE, CA  92619-7068       LOAN # 0637429736
```

| FOR OFFICE USE ONLY | | | | | | | | | | RELATED POLICIES |
|---|---|---|---|---|---|---|---|---|---|---|
| GT | T | FD | PC | RA | SB | TR | OC | EQ | PRIMARY | |

INS 000128

CO 00 15 03 04

**AAA Insurance**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PERSONAL PROPERTY COVERAGE - LOUISIANA

Form HO 00 03 Only

For an additional premium, the Perils Insured Against under Coverages A, B and C are deleted and replaced by the following:

### SECTION I – PERILS INSURED AGAINST

We insure against risks of direct loss to property described in Coverages A, B and C, only if that loss is a physical loss to property.

We do not insure, however, for loss:

1. Under Coverages A, B and C:

   a. Excluded under SECTION I – EXCLUSIONS;

   b. Caused by:

      (1) Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless **you** have used reasonable care to:

         (a) Maintain heat in the building; or

         (b) Shut off the water supply and drain the system and appliances of water;

      (2) Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

         (a) Fence, pavement, patio or swimming pool;

         (b) Foundation, retaining wall, or bulkhead; or

         (c) Pier, wharf or dock;

      (3) Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

      (4) Any of the following:

         (a) Wear and tear, marring, deterioration;

         (b) Inherent vice, latent defect, mechanical breakdown;

         (c) Smog, rust or other corrosion, mold, wet or dry rot;

         (d) Smoke from agricultural smudging or industrial operations;

         (e) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

      (f) Birds, vermin, rodents, or insects; or

      (g) Animals owned or kept by an insured.

      If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance.

      We do cover loss to the system or appliance from which this water escaped.

      Under items (1) through (4), any ensuing loss to property described in Coverages A, B and C not excluded or excepted in this policy is covered.

2. Under Coverages A and B:

   a. Caused by vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

   b. Involving collapse, other than as provided in Additional Coverages - 8. Collapse. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

3. Under Coverage C caused by:

   a. Breakage of:

      (1) Eyeglasses, glassware, statuary, marble;

      (2) Bric-a-brac, porcelains and similar fragile articles other than jewelry, watches, bronzes, cameras and photographic lenses.

      There is coverage for breakage of the property by or resulting from:

      (1) Fire, lightning, windstorm, hail;

      (2) Smoke, other than smoke from agricultural smudging or industrial operations;

      (3) Explosion, riot, civil commotion;

      (4) Aircraft, vehicles, vandalism and malicious mischief, earthquake or volcanic eruption;

      (5) Collapse of a building or any part of a building;

      (6) Water not otherwise excluded;

      (7) Theft or attempted theft; or

      (8) Sudden and accidental tearing apart, cracking, burning or bulging of:

CO 00 15 03 04

INS 000129

CO 00 01 04 99



THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## INFLATION GUARD ENDORSEMENT
### (AMENDS PREMIER HOMEOWNERS AND PREMIER PLUS HOMEOWNERS POLICIES)

It is agreed that the Limits of Liability specified in the Declarations of this policy for Coverages A, B and C shall be increased at the same rate as the increase in the Boeckh Residential Percent Change Factors.

To determine the limits of liability on a particular date, the latest available Factor level will be divided by the Factor level as of the effective date of this inflation coverage provision and the resulting factor multiplied by the limits of liability for Coverage A, Coverage B and Coverage C separately. In no event will limits of liability be reduced to less than shown in the policy or most recent renewal notice, whichever is greater.

All other provisions of this policy apply.

### AUTO CLUB FAMILY INSURANCE COMPANY

_____
Secretary

_____
President

CO 00 01 04 99

INS 000130

CO 00 02 04 99



THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

REFRIGERATED PRODUCTS COVERAGE ENDORSEMENT

It is agreed that Coverage C - Personal Property under Section I of this policy is extended to cover the contents of deep freeze or refrigerated units on the **residence premises** from the perils of power failure or mechanical failure. **Our** limit of liability for this coverage will not be more than $250 in the aggregate for any one loss.

No deductible applies to this coverage.

If power failure or mechanical failure is known to **you**, all reasonable means must be used to protect the property insured from further damage or this extension of coverage is void.

All other provisions of this policy apply.

AUTO CLUB FAMILY INSURANCE COMPANY

_____
Secretary

_____
President

CO 00 02 04 99

INS 000131

CO 00 07 04 99



THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY

## LOCK REPLACEMENT ENDORSEMENT

We will pay up to $200 to replace the exterior door lock or lock cylinder of the **residence premises** with a lock of like kind and quality when a key to the lock has been stolen during a theft of other personal property for which coverage is provided by this policy. The $200 limit is the most we will pay in any one loss regardless of the number of exterior door locks or lock cylinders.

**You** must report the theft to **us** and to the police within 72 hours after discovery.

The policy deductible does not apply to this coverage.

All other provisions of this policy apply.

AUTO CLUB FAMILY INSURANCE COMPANY

_____
Secretary

_____
President

CO 00 07 04 99

INS 000132

HO 04 90 04 91

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.
## PERSONAL PROPERTY REPLACEMENT COST

**SECTION I**

For an additional premium, covered losses to the following property are settled at replacement cost at the time of loss:

  a.  Coverage C – Personal Property;

  b.  If covered in this policy, awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

Personal Property Replacement Cost coverage will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy:

  a.  Jewelry;

  b.  Furs and garments trimmed with fur or consisting principally of fur;

  c.  Cameras, projection machines, films and related articles of equipment;

  d.  Musical equipment and related articles of equipment;

  e.  Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding pens, pencils, flasks, smoking implements or jewelry; and

  f.  Golfer's equipment meaning golf clubs, golf clothing and golf equipment.

Personal Property Replacement Cost coverage will not apply to other classes of property separately described and specifically insured.

### 1. PROPERTY NOT ELIGIBLE

Property listed below is not eligible for replacement cost settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.

  a.  Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.

  b.  Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.

  c.  Articles not maintained in good or workable condition.

  d.  Articles that are outdated or obsolete and are stored or not being used.

### 2. REPLACEMENT COST

The following loss settlement procedure applies to all property insured under this endorsement.

  a.  We will pay no more than the least of the following amounts:

   (1)  Replacement cost at the time of loss without deduction for depreciation;

   (2)  The full cost of repair at the time of loss;

   (3)  The limit of liability that applies to Coverage C, if applicable;

   (4)  Any applicable special limits of liability stated in this policy; or

   (5)  For loss to any item separately described and specifically insured in this policy, the limit of liability that applies to the item.

  b.  When the replacement cost for the entire loss under this endorsement is more than $500, we will pay no more than the actual cash value for the loss or damage until the actual repair or replacement is complete.

  c.  You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability in accordance with this endorsement.

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1990

Hart Forms & Services
Reorder No. 14-5892

INS 000133

HO 04 96 04 91

## <u>NO</u> SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## <u>LIMITED</u> SECTION I – PROPERTY COVERAGES FOR
## HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business." Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business."

Therefore, with respect to a home day care enterprise which is considered to be a "business," this policy:

1. Does not provide Section II – Liability Coverages because a "business" of an "insured" is excluded under exclusion 1.b. of Section II – Exclusions;

2. Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – Item 8. imposes that limit on "business" property on the "residence premises." (Item 8. corresponds to Item 5. in Form HO 00 08.);

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – Item 9. imposes that limit on "business" property away from the "residence premises." Special Limit of Liability Item 9. does not apply to adaptable electronic apparatus as described in Special Limit of Liability Items 10. and 11. (Items 9., 10. and 11. correspond to Items 6., 7. and 8. respectively in Form HO 00 08.)

THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.

HO 04 96 04 91          Copyright, Insurance Services Office, Inc., 1990          Hart Forms & Services
                                                                                  Reorder No. 14-5990

INS 000134

CO 00 09 03 04



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## EXTENDED DWELLING REPLACEMENT COST COVERAGE
## TO 120% OF STATED COVERAGE A LIMIT - LOUISIANA

We will provide **you** with Replacement Cost Insurance for **your** Dwelling insured under **COVERAGE A - DWELLING. You** may elect to make a claim under the terms of this endorsement if (1) The amount of the loss on the Dwelling exceeds the limit shown on the Declarations Page for **COVERAGE A - DWELLING.** (2) If **you** have complied with the provisions of this endorsement.

For this coverage, **you** agree to:

1.     Insure the Dwelling to 100% of its replacement cost as determined
       by **us**;
2.     Accept any yearly adjustments by **us** of Coverage A reflecting changes
       in the cost of construction for the area;
3.     Notify **us**, within 30 days of completion, of any alterations to the dwelling
       which increase the replacement cost of the dwelling by 5% or more; and
4.     Repair or replace the damaged Dwelling with equivalent construction
       and use on the premises.

The following provision will apply to this coverage:

1.     **Section I - Conditions, 3. Loss Settlement** , paragraph b; shall not apply to
       **COVERAGE A - DWELLING.** It is replaced by the following:

       a.    The limit of liability for **COVERAGE A - DWELLING** will be no more than
             the amount necessarily and actually spent to repair or replace all or
             part of the Dwelling insured under **COVERAGE A - DWELLING**, subject to
             a maximum cap not to exceed 120% of the **COVERAGE A - LIMIT OF
             LIABILITY**, with similar construction based on contemporary methods and
             materials of like kind and quality.
       b.    We will not pay more than the actual cash value of the loss or damages
             until the repair or replacement is completed.
       c.    **You** may file a claim on an actual cash value basis, and then, within
             180 days after the loss, provide written notice to **us** of **your** intent
             to file for any added amount due from this endorsement.

2.     This coverage does not apply to land, including land on which the Dwelling
       is located.

3.     This endorsement does not cover nor increase the coverage available for
       the additional costs incurred due to the enforcement of ordinances, laws,
       changes or revisions in building codes regulating the demolition, repair,
       construction, reconstruction or use of the Dwelling. This applies whether
       the need for such increase or additional cost is preceded by, or
       concurrent with, a covered loss or not.

THIS ENDORSEMENT APPLIES ONLY TO **COVERAGE A - DWELLING** AND DOES NOT INCREASE OR OTHERWISE AFFECT COVERAGE PROVIDED UNDER COVERAGES B, C, OR D, EXTENSION OF COVERAGE, ENDORSEMENT OR OTHER CHANGE.

All other provisions of this policy apply.

AUTO CLUB FAMILY INSURANCE COMPANY

_____          _____
Secretary                         President

CO 00 09 03 04

INS 000135

CO 00 12 12 04



THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.
# LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA
## COVERAGE - LOUISIANA

**DEFINITIONS**

The following definitions are added:

**"Fungi"**

a. **Fungi** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by **fungi.**

b. Under Section II, this does not include any fungi that are, are on, or are contained in, products or goods intended for consumption.

**"Bacteria"**

Bacteria means any type, kind or form of bacterium.

**SECTION I - PROPERTY COVERAGES**

**COVERAGE D - Loss Of Use**

The following is added to Paragraph 1.

However, any expense due to **fungi**, wet or dry rot, or bacteria will not be paid in addition to any amount paid or payable under the Additional Coverage **Fungi, Wet or Dry Rot, or Bacteria.**

The following is added to Paragraph 2.

However, **Fair Rental Value** due to **fungi,** wet or dry rot, or **bacteria** will not be paid in addition to any amount paid or payable under the Additional Coverage **Fungi, Wet or Dry Rot, or Bacteria.**

**ADDITIONAL COVERAGES**

The following additional coverage is added:

12.   **Fungi, Wet or Dry Rot, or Bacteria.** If a loss caused by a Peril Insured Against under Section I results in **fungi**, wet or dry rot, or bacteria, we will pay for:

a.   Remediation of the fungi, wet or dry rot, or bacteria. This includes payment for the reasonable and necessary cost to:

(1)   Remove the **fungi**, wet or dry rot, or **bacteria** from covered property or to repair, restore or replace that property; and

(2)   Tear out and replace any part of the building as needed to gain access to the **fungi,** wet or dry rot, or **bacteria;**

b.   Any reasonable and necessary increase in living expense **you** incur so that **your** household can maintain its normal standard of living or loss of fair rental value if the fungi, wet or dry rot, or **bacteria** makes the **residence premises** not fit to live in. We do not cover loss or expense due to cancellation of a lease or agreement; and

c.   Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the fungi, wet or dry rot, or **bacteria,** whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is reason to believe that there is the presence of **fungi,** wet or dry rot, or **bacteria.**

We will pay under this additional coverage only if:

a.   The covered loss occurs during the policy period;

b.   All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

c.   We receive prompt notice of the covered cause of loss that is alleged to have resulted in **fungi,** wet or dry rot, or **bacteria.**

The most we will pay under this additional coverage is $10,000. This is the most we will pay for the total of all loss or costs regardless of the number of locations or items of property insured under this policy or the number of losses or claims made.

INS 000136

CO 01 17 03 05



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SPECIAL PROVISIONS - LOUISIANA

## SECTION I – PROPERTY COVERAGES

### COVERAGE C – Personal Property

**Property Not Covered**

Under item 3., paragraph 3 is deleted and replaced by the following:

We do cover vehicles or conveyances not subject to motor vehicle registration which are:

    a. Used solely to service an insured's residence; or
    b. Designed for assisting the handicapped;

### COVERAGE D – Loss Of Use

The first paragraph is deleted and replaced by the following:

The limit of liability for Coverage D is the actual loss sustained within 12 months from the date of the loss for 1. and 2. below:

Item 1. is deleted and replaced by the following:

1.  If a loss covered under this Section makes that part of the residence premises where you reside not fit to live in, we cover the Additional Living Expense, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

Item 3. is deleted and the following paragraph is added:

If a civil authority prohibits you from the use of the residence premises as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The paragraph "The periods of time under 1., 2. and 3. above are not limited by expiration of this policy." is deleted and replaced by the following:

The periods of time for all the above are not limited by expiration of this policy.

### ADDITIONAL COVERAGES

2.  **Reasonable Repairs** is deleted and replaced by the following:

2.  **Reasonable Repairs.** We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applied to the property being repaired.

6.  **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money**

Item a. under Defense is deleted and replaced by the following:

    a.  We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the coverage has been exhausted by payment of a judgment or a settlement.

## SECTION I - CONDITIONS

3.  **Loss Settlement**

For Premier and Premier Plus policies, item b.(1)(b) is deleted and replaced by the following:

    (b) The replacement cost of that part of the building damaged with material of like kind and quality and use on the same premises; or

9.  **Our Option** is deleted and replaced by the following:

9.  **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like kind and quality, at our option.

10.  **Loss Payment** is deleted and replaced by the following:

10.  **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable within 30 days on all undisputed claims after we receive satisfactory proof of loss. In the event of a dispute, loss will be payable within 30 days on any undisputed portion of the claim after we receive satisfactory proof of loss.

12.  **Mortgage Clause**

Item b. is deleted and replaced by the following:

    b. Pays any premium due under this policy when notified if you have neglected to pay the premium; and

The sentence "If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect." is deleted and replaced by the following:

If this policy is cancelled by us, the mortgagee will be notified:

    a.  At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or
    b.  At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us; the mortgagee, pledgee, or other known person shown by the policy to have an interest in any loss which may occur, shall be mailed like notice.

## SECTION II – LIABILITY COVERAGES

Under **COVERAGE E - PERSONAL LIABILITY** items 1. and 2. are deleted and replaced by the following:

1.  Pay up to our limit of liability for damages, other than punitive or exemplary damages, for which the insured is legally liable; and

2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false and fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend ends when our limit of liability for the coverage has been exhausted by a payment of a judgment or a settlement.

CO 01 17 03 05            1

INS 000137

CO 01 17 03 05

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us except as provided in item b. (5) below, we may cancel:

    (a) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

    (b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period of:
    (a) More than one year; or
    (b) Three years or less;

we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

(5) When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:
    (a) If you have committed fraud;
    (b) If the insured risk has undergone a material change;
    (c) If you have filed two or more claims within three years; or
    (d) If the continuation of this policy endangers our solvency.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

d. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs (1) and (2) below. The cancellation will be effective even if we have not made or offered a refund.

    (1) If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium is computed on a pro rata basis, subject to the minimum premium requirements. After 30 days from written notice of cancellation, any appropriate return premium will be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund.

    (2) If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis. After 30 days from written notice of cancellation, any appropriate return premium will be accompanied with interest at the rate of one and one-half percent per month of the amount of the refund.

5. Nonrenewal is deleted and replaced by the following:

6. Nonrenewal.

    a. We may elect not to renew this policy, subject to the provisions of paragraphs b. and c. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

    b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

        (1) When you have not paid the premium;
        (2) If you have committed fraud;
        (3) If the insured risk has undergone a substantial change;
        (4) If you have filed two or more claims within three years; or
        (5) If the continuation of this policy endangers our solvency.

    c. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

8. Subrogation. The following paragraph is added:

If we pay an insured for a loss caused by another insured who intentionally commits, or directs another to commit, any act that results in loss by fire, the rights of the insured to recover damages from the insured who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The insured may not waive such rights.

10. Terms of Policy Conformed to Statutes is added as follows:

10. Terms of Policy Conformed to Statutes.

Terms of this policy which are in conflict with the statutes of the state in which this policy is issued are hereby amended to conform to the statutes.

All other provisions of this policy apply.

AUTO CLUB FAMILY INSURANCE COMPANY

_[signature]_
Secretary

_[signature]_
President

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright, Insurance Services Office, Inc., 2004

INS 000138



# Notice of Privacy Policy

**Automobile Club of Missouri**
**Automobile Club Inter-Insurance Exchange**
**Auto Club Family Insurance Company**
**Club Insurance Agency, Inc.**

AAA Missouri serves AAA members in Missouri, Arkansas, Louisiana, Mississippi, Eastern Kansas, Southern Illinois, Southern Indiana, Oklahoma and Alabama.

This notice will explain AAA's policies for collecting, using, securing and sharing nonpublic personal information ("customer information") that you have provided to us or that we have acquired from other sources. After you read this notice, if you have any questions or comments, please contact us by mail, telephone or e-mail.

**Our Privacy Principles**

- We do not sell customer information.

- We value you as a customer and take your personal privacy very seriously.

- We respect your right to privacy. If you notify us of your decision to opt out of receiving AAA solicitations and having your personal information shared with non-affiliated companies, we will gladly honor your request.

- We share customer information within our family of companies (including other affiliates of the American Automobile Association) to improve our service to you.

- We sometimes share customer information with other reputable organizations (non-affiliated companies) with whom AAA has a contractual relationship or joint marketing agreement and whose products and services we believe may suit your needs.

- We do not provide customer information directly to such organizations but to third party processors (service bureaus).

- We have a contractual agreement with third party processors that stipulates that they cannot use your personal information for any other purpose than to process solicitations approved by AAA.

- We afford prospective and former customers the same protections as existing customers with respect to use of personal information.

**Information we may collect**

We collect and use information we believe is necessary to administer our business, to advise you about our products and services and to provide you with customer service. We may collect and maintain several types of customer information needed for these purposes. The types of information we may collect and how we gather it include:

- From you, we gather such information as your address, telephone number and e-mail address (from applications for AAA membership, AAA insurance or on other forms, through telephone interviews, your AAA agent and our Customer Care Center).

- From your transactions with us, we gather such information as your payment history, underwriting and claim documents.

- From non-AAA companies, we gather such information as your age, vehicles you own, your driving record and claim history. And from consumer reporting agencies, we gather such information as your credit history.

**How we use the information**

We use customer information to provide your membership benefits, underwrite your policies, process your claims, ensure proper billing, service your accounts and offer you other AAA products.

**Information disclosure**

We share information about our transactions and experiences with you within our AAA family of companies and with AAA agents to better serve you and to assist in meeting your current product and service needs. We may also disclose customer information about you to persons or organizations inside or outside our family of companies as permitted or required by law, including companies that perform marketing services for us or with whom we have joint marketing agreements. These agreements allow us to provide a broader selection of insurance and financial products to you.

**(over)**

INS 000139

HO 04 16 04 91

## PREMISES ALARM OR FIRE PROTECTION SYSTEM

For a premium credit, we acknowledge the installation of an alarm system or automatic sprinkler system approved by us on the "residence premises." You agree to maintain this system in working order and to let us know promptly of any change made to the system or if it is removed.

HO 04 16 04 91                    Copyright, Insurance Services Office, Inc., 1990                    Hart Forms & Services
                                                                                                      Reorder No. 14-5669

INS 000140

CO 00 11 03 05



THIS ENDORSEMENT CHANGES THE POLICY.   PLEASE READ IT CAREFULLY.

## SPECIAL HURRICANE DEDUCTIBLE - LOUISIANA

(AMENDS PREMIER, PREMIER PLUS AND PREMIER SELECT HOMEOWNERS POLICIES)

For a premium credit, we will pay only that part of the total of the loss for all SECTION I - PROPERTY COVERAGES that exceeds the hurricane deductible noted below.

This deductible does not apply to Coverage D - Loss of Use.

This deductible applies, as described below, in the event of direct physical loss to property covered under this policy, caused directly or indirectly by windstorm, subject to all the exclusions and other provisions of the policy. This deductible provision applies regardless of any other cause or event contributing concurrently or in any sequence to the loss.

In no event will the Special Hurricane Deductible be less than the Section I deductible amount shown on your Declarations page.

The deductible shall be ___ % of the Coverage A limit of liability shown on the Declarations page and shall apply during the period:

1.   Beginning 12 hours before a declared hurricane enters the state of Louisiana;

2.   While that declared hurricane remains; and

3.   Ending 12 hours after the declared hurricane is no longer present anywhere in the state of Louisiana.

"Declared" means declared by the National Weather Service.

The National Weather Service currently uses the Saffir/Simpson Hurricane Scale to categorize hurricanes. This scale specifies that a hurricane is a storm that originates in the tropics and results in either a sustained wind speed of at least 74 miles per hour or a storm surge of at least 4 feet above normal.

Refer to the policy deductible shown on the Declarations page for the deductible that applies if the loss is caused by a windstorm loss that is not a declared hurricane.

All other provisions of this policy apply.

This endorsement forms part of the policy.

**AUTO CLUB FAMILY INSURANCE COMPANY**

_____
Secretary

_____
President

CO 00 11 03 05

INS 000141

# PREMIER PLUS
# HOMEOWNERS
# POLICY

**AUTO CLUB FAMILY INSURANCE COMPANY**
12901 NORTH FORTY DRIVE
ST. LOUIS, MISSOURI 63141
(314) 523-7350

A STOCK COMPANY

A SUBSIDIARY OF THE AUTOMOBILE
CLUB INTER-INSURANCE EXCHANGE

INS 000142

THIS POLICY BOOKLET, WITH THE DECLARATIONS CERTIFICATE AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

**YOUR PREMIER PLUS HOMEOWNERS POLICY - QUICK REFERENCE**

DECLARATIONS CERTIFICATE
     Your Name
     Location of Your Residence
     Policy Period
     Coverages
     Amounts of Insurance
     Deductible

| | Beginning On Page |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| SECTION I - PROPERTY COVERAGES | 3 |
| COVERAGE A - Dwelling | 3 |
| COVERAGE B - Other Structures | 3 |
| COVERAGE C - Personal Property | 4 |
| Special Limits of Liability | 4 |
| Property Not Covered | 6 |
| COVERAGE D - Loss Of Use | 7 |
| ADDITIONAL COVERAGES | 8 |
| Debris Removal | 8 |
| Reasonable Repairs | 9 |
| Trees, Shrubs and Other Plants | 9 |
| Fire Department Service Charge | 9 |
| Property Removed | 10 |
| Credit Card, Fund Transfer Card, Forgery and Counterfeit Money | 10 |
| Loss Assessment | 11 |
| Collapse | 11 |
| Glass or Safety Glazing Material | 12 |
| Landlord's Furnishings | 13 |
| Ordinance or Law | 15 |
| SECTION I - PERILS INSURED AGAINST | 16 |
| COVERAGE A - Dwelling and | 16 |
| COVERAGE B - Other Structures | 16 |
| COVERAGE C - Personal Property | 17 |
| SECTION I - EXCLUSIONS | 20 |

**READ YOUR POLICY CAREFULLY**

This policy is a legal contract between you and us.

INS 000143

SECTION I - CONDITIONS ............................. 22
   Insurable Interest and Limit of
     Liability ............................. 22
   An Insured's Duties After Loss ............................. 22
   Loss Settlement ............................. 24
   Loss to a Pair or Set ............................. 25
   Glass Replacement ............................. 25
   Appraisal ............................. 26
   Other Insurance ............................. 26
   Suit Against Us ............................. 26
   Our Option ............................. 26
   Loss Payment ............................. 26
   Abandonment of Property ............................. 27
   Mortgage Clause ............................. 27
   No Benefit to Bailee ............................. 28
   Nuclear Hazard Clause ............................. 28
   Recovered Property ............................. 28
   Volcanic Eruption Period ............................. 28

SECTION II - LIABILITY COVERAGES ............................. 28
   COVERAGE E - Personal Liability ............................. 28
   COVERAGE F - Medical Payments to Others ............................. 29

SECTION II - EXCLUSIONS ............................. 29

SECTION II - ADDITIONAL COVERAGES ............................. 34
   Claim Expenses ............................. 34
   First Aid Expenses ............................. 35
   Damage to Property of Others ............................. 35
   Loss Assessment ............................. 35

SECTION II - CONDITIONS ............................. 36
   Limit of Liability ............................. 36
   Severability of Insurance ............................. 37
   Duties After Loss ............................. 37
   Duties of an Injured Person -
     Coverage F - Medical Payments to Others ............................. 38
   Payment of Claim - Coverage F
     Medical Payments to Others ............................. 38
   Suit Against Us ............................. 38
   Bankruptcy of an Insured ............................. 38
   Other Insurance - Coverage E -
     Personal Liability ............................. 38

SECTION I AND II - CONDITIONS ............................. 38
   Policy Period ............................. 38
   Concealment or Misrepresentation ............................. 39
   Liberalization Clause ............................. 39
   Waiver or Change of Policy
     Provisions ............................. 39
   Cancellation ............................. 39
   Nonrenewal ............................. 40
   Assignment ............................. 40
   Subrogation ............................. 40
   Death ............................. 41

INS 000144

# HOMEOWNERS 3 — SPECIAL FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

In this policy, "you" and "your" refer to the named insured shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1.   "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2.   "Business" includes trade, profession or occupation.

3.   "Insured" means you and residents of your household who are:

  a.   Your relatives; or

  b.   Other persons under the age of 21 and in the care of any person named above.

Under Section II, "insured" also means:

  c.   With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any business or without consent of the owner is not an insured;

  d.   With respect to any vehicle to which this policy applies:

    (1)   Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or

    (2)   Other persons using the vehicle on an insured location with your expressed consent.

4.   "Insured location" means:

  a.   The residence premises;

  b.   The part of other premises, other structures and grounds used by you as a residence and:

    (1)   Which is shown in the Declarations; or

    (2)   Which is acquired by you during the policy period for your use as a residence;

  c.   Any premises used by you in connection with a premises in 4.a. and 4.b. above;

  d.   Any part of a premises:

    (1)   Not owned by an insured; and

    (2)   Where an insured is temporarily residing;

  e.   Vacant land, other than farm land, owned by or rented to an insured;

  f.   Land owned by or rented to an insured on which a one or two family dwelling is being built as a residence for an insured;

  g.   Individual or family cemetery plots or burial vaults of an insured; or

  h.   Any part of a premises occasionally rented to an insured for other than business use.

5.   "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

  a.   Bodily injury; or

  b.   Property damage.

6.   "Property damage" means physical injury to, destruction of or loss of use of tangible property.

7.   "Residence employee" means:

  a.   An employee of an insured whose duties are related to the maintenance or use of the residence premises, including household or domestic services; or

  b.   One who performs similar duties elsewhere not related to the business of an insured.

1

2

INS 000145

8.   "Residence premises" means:
   a.   The one family dwelling, other structures, and grounds where you reside and which is shown as the residence premises in the Declarations; or
   b.   That part of any other building where you reside and which is shown as the residence premises in the Declarations.

"Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the residence premises in the Declarations.

The term reside, as used in this definition, means continuous day-to-day occupancy.

## SECTION I - PROPERTY COVERAGES

### COVERAGE A — Dwelling
We cover:

1.   The dwelling on the residence premises shown in the Declarations, where you reside on a continuous day-to-day basis, including structures attached to the dwelling; and

2.   Materials and supplies located on or next to the residence premises used to construct, alter or repair the dwelling or other structures on the residence premises.

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B — Other Structures
We cover other structures on the residence premises set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1.   Used in whole or in part for business; or

3

2.   Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C — Personal Property
We cover personal property owned or used by an insured while it is anywhere in the world. At your written request, we will cover personal property owned by:

1.   Others while the property is on the part of the residence premises occupied by an insured; or

2.   A guest or a residence employee, while the property is in any residence occupied by an insured.

Our limit of liability for personal property usually located at an insured's residence, other than the residence premises, is 10% of the limit of liability for Coverage C or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

### Special Limits of Liability
These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1.   $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2.   $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

4

INS 000146

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3.   $1000 on watercraft, including their trailers, coverings, furnishings, equipment and outboard engines or motors.

4.   $1000 on trailers not used with watercraft.

5.   $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6.   $2000 for loss by theft of firearms.

7.   $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8.   $2500 on property, on the residence premises, used at any time or in any manner for any business purpose.

9.   $250 on property, away from the residence premises, used at any time or in any manner for any business purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

10.  $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:
   a.   Accessories and antennas; or
   b.   Tapes, wires, records, discs or other media;
for use with any electronic apparatus described in this item 10.

11.  $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:
   a.   Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;
   b.   Is away from the residence premises; and
   c.   Is used at any time or in any manner for any business purpose.

Electronic apparatus includes:
   a.   Accessories and antennas; or
   b.   Tapes, wires, records, discs or other media;
for use with any electronic apparatus described in this item 11.

**Property Not Covered**
We do not cover:

1.   Articles separately described and specifically insured in this or other insurance;

2.   Animals, birds or fish;

3.   Motor vehicles or all other motorized land conveyances. This includes:
   a.   Their equipment and accessories; or
   b.   Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
     (1)  Accessories or antennas; or
     (2)  Tapes, wires, records, discs or other media;
for use with any electronic apparatus described in this item 3.b.

The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

We do cover vehicles or conveyances not subject to motor vehicle registration which are:
   a.   Used to service an insured's residence; or
   b.   Designed for assisting the handicapped;

4.   Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5.   Property of roomers, boarders and other tenants,

5

6

except property of roomers and boarders related to an insured;

6.    Property in an apartment regularly rented or held for rental to others by an insured, except as provided in Additional Coverages 10.;

7.    Property rented or held for rental to others off the **residence premises**;

8.    Business data, including such data stored in:
    a.    Books of account, drawings or other paper records; or
    b.    Electronic data processing tapes, wires, records, discs or other software media;
However, we do cover the cost of blank recording or storage media and of pre-recorded computer programs available on the retail market; or

9.    Credit cards or fund transfer cards except as provided in Additional Coverages 6.

**COVERAGE D — Loss Of Use**
The limit of liability for Coverage D is the total limit for all the coverages that follow.

1.    If a loss covered under this Section makes that part of the residence premises where you reside not fit to live in, we cover, at your choice, either of the following. However, if the residence premises is not your principal place of residence, we will not provide the option under paragraph b. below.
    a.    **Additional Living Expense**, meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or
    b.    **Fair Rental Value**, meaning the fair rental value of that part of the **residence premises** where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to permanently relocate elsewhere.

2.    If a loss covered under this Section makes that part of the residence premises rented to others or held for rental by you not fit to live in, we cover the:

    **Fair Rental Value**, meaning the fair rental value of that part of the **residence premises** rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3.    If a civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

**ADDITIONAL COVERAGES**

1.    **Debris Removal.** We will pay your reasonable expense for the removal of:
    a.    Debris of covered property if a Peril Insured Against, that applies to the damaged property, causes the loss; or
    b.    Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

We will also pay your reasonable expense, up to $500, for the removal from the residence premises of:

7

8

a.   **Your** tree(s) felled by the peril of Windstorm or Hail;

b.   **Your** tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

c.   A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2.   **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a.   Does not increase the limit of liability that applies to the covered property;

b.   Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I — CONDITION 2. d.

3.   **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the residence premises, for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the residence premises, Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling, for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for business purposes.

This coverage is additional insurance.

4.   **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5.   **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6.   **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**
We will pay up to $500 for:

a.   The legal obligation of an insured to pay because of the theft or unauthorized use of credit cards issued to or registered in an insured's name;

b.   Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an insured's name;

c.   Loss to an insured caused by forgery or alteration of any check or negotiable instrument; and

d.   Loss to an insured through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover use of a credit card or fund transfer card:

a.   By a resident of your household;

b.   By a person who has been entrusted with either type of card; or

c.   If an insured has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of business use or

9

10

dishonesty of an insured or an employee of an insured.

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an insured for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice, subject to a. above.

c. We have the option to defend at our expense an insured or an insured's bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under **COVERAGE A — DWELLING**, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises**.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under **SECTIONS I AND II CONDITIONS**, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a. Perils Insured Against in **COVERAGE C — PERSONAL PROPERTY**. These perils apply to cov-

ered buildings and personal property for loss insured by this additional coverage;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of contents, equipment, animals or people;

e. Weight of rain which collects on a roof; or

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e. and f. unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

a. We cover:

(1) The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window;

(2) The breakage, caused directly by Earth Movement, of glass or safety glazing material which is part of a covered building, storm door or storm window; and

(3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

b. This coverage does not include loss:

(1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

(2) On the residence premises if the dwelling has been vacant or unoccupied for more than 30 consecutive days immediately before the loss,

11

12

except when the breakage results directly from Earth Movement as provided for in a.(2) above. A dwelling being constructed is not considered vacant.

Loss to glass covered under this **ADDITIONAL COVERAGE 9.** will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

10.   **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the residence premises regularly rented or held for rental to others by an insured, for loss caused only by the following Perils Insured Against:

    a.   **Fire or lightning.**

    b.   **Windstorm or hail.** This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

    c.   **Explosion.**

    d.   **Riot or civil commotion.**

    e.   **Aircraft,** including self-propelled missiles and spacecraft.

    f.   **Vehicles.**

    g.   **Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

    h.   **Vandalism or malicious mischief.**

    i.   **Falling objects.** This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

    j.   **Weight of ice, snow or sleet** which causes damage to property contained in a building.

    k.   **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:
    (1)   To the system or appliance from which the water or steam escaped;
    (2)   Caused by or resulting from freezing except as provided in the peril of freezing below; or
    (3)   On the residence premises caused by accidental discharge or overflow which occurs off the residence premises.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

    l.   **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

    m.   **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the **residence premises** while the dwelling is unoccupied, unless you have used reasonable care to:
    (1)   Maintain heat in the building; or
    (2)   Shut off the water supply and drain the system and appliances of water.

    n.   **Sudden and accidental damage from artificially generated electrical current.** This peril does not include loss to a tube, transistor or similar electronic component.

    o.   **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

13

14

INS 000151

11.  Ordinance or Law.
    a.   You may use up to 10% of the limit of liability that applies to COVERAGE A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:
        (1)   The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;
        (2)   The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or
        (3)   The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.
    b.   You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.
    c.   We do not cover:
        (1)   The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or
        (2)   The costs to comply with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

15

# SECTION I - PERILS INSURED AGAINST

## COVERAGE A — DWELLING and
## COVERAGE B — OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not, however, insure for loss:

1.   Involving collapse, other than as provided in Additional Coverage 8.;

2.   Caused by:
    a.   Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed unless you have used reasonable care to:
        (1)   Maintain heat in the building; or
        (2)   Shut off the water supply and drain the system and appliances of water;
    b.   Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1)   Fence, pavement, patio or swimming pool;
        (2)   Foundation, retaining wall or bulkhead; or
        (3)   Pier, wharf or dock;
    c.   Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;
    d.   Vandalism and malicious mischief if the dwelling has been vacant or unoccupied for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;
    e.   Any of the following:
        (1)   Wear and tear, marring, deterioration;
        (2)   Inherent vice, latent defect, mechanical breakdown;
        (3)   Smog, rust or other corrosion, mold, wet or dry rot;
        (4)   Smoke from agricultural smudging or industrial operations;
        (5)   Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or

16

INS 000152

escape is itself caused by a Peril Insured Against under Coverage C of this policy.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
(6)   Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;
(7)   Birds, vermin, rodents or insects; or
(8)   Animals owned or kept by an insured.

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3.   Excluded under SECTION I — EXCLUSIONS.

4.   Which occurs at a time when the residence premises has been vacant or unoccupied by you for a period of time in excess of 60 consecutive days before the loss.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C — PERSONAL PROPERTY
We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I — EXCLUSIONS.

1.   Fire or lightning.

2.   Windstorm or hail. This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

3.   Explosion.

4.   Riot or civil commotion.

5.   Aircraft, including self-propelled missiles and spacecraft.

6.   Vehicles.

7.   Smoke, meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8.   Vandalism or malicious mischief.

9.   Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

This peril does not include loss caused by theft:
a.   Committed by an insured;
b.   In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or
c.   From that part of a residence premises rented by an insured to other than an insured.

This peril does not include loss caused by theft that occurs off the residence premises of:
a.   Property while at any other residence owned by, rented to or occupied by an insured, except while an insured is temporarily living there. Property of a student who is an insured is covered while living away from home if the student has been there at any time during the 45 days immediately before the loss;
b.   Watercraft, and their furnishings, equipment and outboard engines or motors; or

17

18

INS 000153

c.   Trailers and campers.

10.   Falling objects. This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11.   Weight of ice, snow or sleet which causes damage to property contained in a building.

12.   Accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:
   a.   To the system or appliance from which the water or steam escaped;
   b.   Caused by or resulting from freezing except as provided in the peril of freezing below; or
   c.   On the residence premises caused by accidental discharge or overflow which occurs off the residence premises.

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13.   Sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14.   Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the residence premises while the dwelling is unoccupied, unless you have used reasonable care to:
   a.   Maintain heat in the building; or
   b.   Shut off the water supply and drain the system and appliances of water.

19

15.   Sudden and accidental damage from artificially generated electrical current. This peril does not include loss to a tube, transistor or similar electronic component.

16.   Volcanic eruption other than loss caused by earthquake, land shock waves or tremors.

# SECTION I - EXCLUSIONS

1.   We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
   a.   Ordinance or Law, meaning any ordinance or law:

      (1)   Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This exclusion 1.a.(1) does not apply to the amount of coverage that may be provided for under ADDITIONAL COVERAGES, Glass or Safety Glazing Material or Ordinance or Law;
      (2)   The requirements of which result in a loss in value to property; or
      (3)   Requiring any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.
   This exclusion applies whether or not the property has been physically damaged.
   b.   Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; or any earth movement caused by man or man-made forces unless direct loss by:
      (1)   Fire; or
      (2)   Explosion;

20

ensues and then we will pay only for the ensuing loss. This exclusion does not apply to loss by theft.

c.   **Water Damage**, meaning:

(1)   Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

(2)   Water which backs up through sewers or drains or which overflows from a sump; or

(3)   Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d.   **Power Failure**, meaning the failure of power or other utility service if the failure takes place off the residence premises. But, if the failure of power or other utility service results in a loss, from a Peril Insured Against on the residence premises, we will pay for the loss or damage caused by that Peril Insured Against.

e.   **Neglect**, meaning neglect of the insured to use all reasonable means to save and preserve property at and after the time of a loss.

f.   **War**, including the following and any consequence of any of the following:

(1)   Undeclared war, civil war, insurrection, rebellion or revolution;

(2)   Warlike act by a military force or military personnel; or

(3)   Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g.   **Nuclear Hazard**, to the extent set forth in the Nuclear Hazard Clause of SECTION I — CONDITIONS.

h.   **Intentional Loss**, meaning any loss arising out of any act committed:

(1)   By or at the expressed or implied direction of any insured; and

(2)   With the intent to cause a loss.

2.   We do not insure for loss to property described in

Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a.   **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b.   **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body;

c.   **Faulty, inadequate or defective:**

(1)   Planning, zoning, development, surveying, siting;

(2)   Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3)   Materials used in repair, construction, renovation or remodeling; or

(4)   Maintenance;

of part or all of any property whether on or off the residence premises.

# SECTION I - CONDITIONS

1.   **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

a.   To any insured for more than the amount of the insured's interest at the time of loss; or

b.   For more than the applicable limit of liability.

2.   **An Insured's Duties After Loss.** In case of a loss to covered property, you must see that the following duties are complied with. We have no duty or obligation to provide any coverage under this policy unless you or any insured making a claim under this policy have fully complied with the following conditions and duties.

a.   Give prompt notice to us;

b.   Notify the police in case of loss by theft;

c.   Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

d.   Protect the property from further damage. If

21

22

repairs to the property are required, you must:

    (1)  Make reasonable and necessary repairs to protect the property; and

    (2)  Keep an accurate record of repair expenses;

e.  Prepare and submit to us within 60 days of the loss an inventory of damaged personal property using the forms we provide showing the quantity, description, place of purchase, date of purchase, original cost, actual cash value, replacement cost and amount you are claiming as a loss. You must attach all bills, receipts and related documents that justify the figures in the inventory;

f.  As often as we reasonably require:

    (1)  Show the damaged property;

    (2)  Provide us with records and documents we request and permit us to make copies; and

    (3)  Any insured must submit to examination under oath, as often as we may reasonably request, while not in the presence of any other insured, and sign the same;

g.  Send to us, within 60 days after our request, your signed, sworn proof of loss, using the form we provide, which sets forth, to the best of your knowledge and belief:

    (1)  The time and cause of loss;

    (2)  The interest of the insured and all others in the property involved and all liens on the property;

    (3)  Other insurance which may cover the loss;

    (4)  Changes in title or occupancy of the property during the term of the policy;

    (5)  Specifications of damaged buildings and detailed repair estimates;

    (6)  The inventory of damaged personal property described in 2.e. above;

    (7)  Receipts for additional living expenses incurred and records that support the fair rental value loss; and

    (8)  Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

h.  All insureds must help us and cooperate with us in the investigation of any claim presented under this policy.

23

3.  **Loss Settlement.** Covered property losses are settled as follows:

a.  Property of the following types:

    (1)  Personal property;

    (2)  Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

    (3)  Structures that are not buildings;

at actual cash value at the time of loss but not more than the amount required to repair or replace.

b.  Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

    (1)  If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the lesser of the following amounts:

        (a)  The limit of liability under this policy that applies to the building;

        (b)  The replacement cost of that part of the building damaged for like construction and use on the same premises; or

        (c)  The necessary amount actually spent to repair or replace the damaged building.

    (2)  If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

        (a)  The actual cash value of that part of the building damaged; or

        (b)  That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

    (3)  To determine the amount of insurance

24

INS 000156

required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

    (a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

    (b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

    (c) Underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

However, if the cost to repair or replace the damage is both:

    (a) Less than 5% of the amount of insurance in this policy on the building; and

    (b) Less than $2500;

we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

(5) you may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

4.    **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

    a.    Repair or replace any part to restore the pair or set to its value before the loss; or

    b.    Pay the difference between actual cash value of the property before and after the loss.

5.    **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6.    **Appraisal.** If you and we fail to agree on the amount of loss, and any insured claiming coverage has complied with all other conditions of the policy, either may demand an appraisal of the loss in writing.  If both parties agree in writing to appraisal, and to be bound by the results, each party will choose a competent and disinterested appraiser within 20 days after receiving a written request from the other. The two appraisers will choose a disinterested and impartial umpire.  If they cannot agree upon an umpire within 15 days, you or we, upon written notice to the other, may request that the choice be made by a judge of a court of record in the state where the residence premises is located. The appraisers shall separately set the amount of the loss as defined in the policy. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

    a.    Pay its own appraiser; and

    b.    Bear the other expenses of the appraisal and umpire equally.

7.    **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

8.    **Suit Against Us.** No action can be brought unless the policy provisions have been fully complied with and the action is started within one year after the date of loss.

9.    **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property, at our option.

10.    **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss, all

25

26

conditions of the policy of insurance have been complied with and:

    a.   We reach an agreement with you;

    b.   There is an entry of a final judgment; or

    c.   There is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by an insured.

**12. Mortgage Clause.** The word mortgagee includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    a.   Notifies us in writing of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    b.   Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    c.   Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to An Insured's Duties After Loss, Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

    a.   We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    b.   At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all

securities held as collateral to the mortgage debt. Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Nuclear Hazard Clause.**

    a.   **Nuclear Hazard** means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

    b.   Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

    c.   This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**15. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**16. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

# SECTION II - LIABILITY COVERAGES

**COVERAGE E—Personal Liability**

If a claim is made or a suit is brought against an insured for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, we will:

27

28

INS 000158

1.  Pay up to our limit of liability for the damages for which the insured is legally liable. Damages include prejudgment interest awarded against the insured; and

2.  Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the occurrence equals our limit of liability.

**COVERAGE F—Medical Payments to Others**
We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing bodily injury. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except residence employees. As to others, this coverage applies only:

1.  To a person on the insured location with the permission of an insured; or

2.  To a person off the insured location, if the bodily injury:
    a.  Arises out of a condition on the insured location or the ways immediately adjoining;
    b.  Is caused by the activities of an insured;
    c.  Is caused by a residence employee in the course of the residence employee's employment by an insured; or
    d.  Is caused by an animal owned by or in the care of an insured.

## SECTION II - EXCLUSIONS

1.  Coverage E—Personal Liability and Coverage F—Medical Payments to Others do not apply to bodily injury or property damage:
    a.  Which is expected or intended by one or more insureds;
    b.  Arising out of or in connection with a business

29

engaged in by an insured. This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the business;
c.  Arising out of the rental or holding for rental of any part of any premises by an insured. This exclusion does not apply to the rental or holding for rental of an insured location:
    (1)  On an occasional basis if used only as a residence;
    (2)  In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or
    (3)  In part, as an office, school, studio or private garage;
d.  Arising out of the rendering of or failure to render professional services;
e.  Arising out of a premises:
    (1)  Owned by an insured;
    (2)  Rented to an insured; or
    (3)  Rented to others by an insured;
    that is not an insured location;
f.  Arising out of:
    (1)  The ownership, maintenance, use, loading or unloading of any motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an insured;
    (2)  The entrustment by an insured of any motor vehicle or any other motorized land conveyance to any person; or
    (3)  Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a vehicle or conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:
    (1)  A trailer not towed by or carried on a motorized land conveyance.
    (2)  A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:
        (a)  Not owned by an insured; or

30

(b) Owned by an insured and on an insured location;

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Used to service an insured's residence;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an insured location;

g. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an insured of an excluded watercraft described below to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor or are sailing vessels, whether owned by or rented to an insured. This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

(a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an insured;

(b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an insured;

(c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an insured;

(e) Outboard engines or motors of more than 25 total horsepower owned by an

insured if:

(i) You acquire them prior to the policy period; and

(a) You declare them at policy inception; or

(b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

(ii) You acquire them during the policy period.

This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

(a) Less than 26 feet in overall length;

(b) 26 feet or more in overall length, not owned by or rented to an insured.

(3) That are stored;

h. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an insured of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion or revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an insured;

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture,

31

32

delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g. and h. do not apply to **bodily injury** to a residence employee arising out of and in the course of the residence employee's employment by an insured.

2. Coverage E—Personal Liability, does not apply to:
  a. Liability:
    (1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;
    (2) Under any contract or agreement. However, this exclusion does not apply to written contracts:
      (a) That directly relate to the ownership, maintenance or use of an insured location; or
      (b) Where the liability of others is assumed by the insured prior to an occurrence;
    unless excluded in (1) above or elsewhere in this policy;
  b. Property damage to property owned by the insured;
  c. Property damage to property rented to, occupied or used by or in the care of the insured. This exclusion does not apply to property damage caused by fire, smoke or explosion;
  d. Bodily injury to any person eligible to receive any benefits:
    (1) Voluntarily provided; or
    (2) Required to be provided;
  by the insured under any:
    (1) Workers' compensation law;
    (2) Non-occupational disability law; or
    (3) Occupational disease law;
  e. Bodily injury or property damage for which an insured under this policy:
    (1) Is also an insured under a nuclear energy

33

liability policy; or
    (2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:
    (1) American Nuclear Insurers;
    (2) Mutual Atomic Energy Liability Underwriters;
    (3) Nuclear Insurance Association of Canada;
or any of their successors; or
  f. Bodily injury to you or an insured within the meaning of part a. or b. of insured as defined.

3. Coverage F—Medical Payments to Others, does not apply to bodily injury:
  a. To a residence employee if the bodily injury:
    (1) Occurs off the insured location; and
    (2) Does not arise out of or in the course of the residence employee's employment by an insured;
  b. To any person eligible to receive benefits:
    (1) Voluntarily provided; or
    (2) Required to be provided;
  under any:
    (1) Workers' compensation law;
    (2) Non-occupational disability law; or
    (3) Occupational disease law;
  c. From any:
    (1) Nuclear reaction;
    (2) Nuclear radiation; or
    (3) Radioactive contamination;
  all whether controlled or uncontrolled or however caused; or
    (4) Any consequence of any of these; or
  d. To any person, other than a residence employee of an insured, regularly residing on any part of the insured location.

# SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:
1. Claim Expenses. We pay:
  a. Expenses we incur and costs taxed against an insured in any suit we defend;

34

INS 000161

b.    Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c.    Reasonable expenses incurred by an insured at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

d.    Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2.    **First Aid Expenses.** We will pay expenses for first aid to others incurred by an insured for bodily injury covered under this policy. We will not pay for first aid to you or any other insured.

3.    **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per occurrence for property damage to property of others caused by an insured.

We will not pay for property damage:

a.    To the extent of any amount recoverable under Section I of this policy;

b.    Caused intentionally by an insured who is 13 years of age or older;

c.    To property owned by an insured;

d.    To property owned by or rented to a tenant of an insured or a resident in your household; or

e.    Arising out of:

(1)    A business engaged in by an insured;

(2)    Any act or omission in connection with a premises owned, rented or controlled by an insured, other than the insured location; or

(3)    The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an insured.

35

4.    **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a.    Bodily injury or property damage not excluded under Section II of this policy; or

b.    Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

(1)    The director, officer or trustee is elected by the members of a corporation or association of property owners; and

(2)    The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the residence premises.

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a.    One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b.    A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1.    Section II—Coverage E—Personal Liability Exclusion 2.a.(1);

2.    Condition 1. Policy Period, under SECTIONS I AND II—CONDITIONS.

## SECTION II - CONDITIONS

1.    **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one occurrence will not be more than the limit of liability for Coverage E as

36

INS 000162

shown in the Declarations. This limit is the same regardless of the number of insureds, claims made or persons injured. All bodily injury and property damage resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one occurrence.

Our total liability under Coverage F for all medical expense payable for bodily injury to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2.   **Severability of Insurance.** This insurance applies separately to each insured. This condition will not increase our limit of liability for any one occurrence.

3.   **Duties After Loss.** In case of an accident or occurrence, the insured will perform the following duties that apply. You will help us by seeing that these duties are performed:
  a.   Give written notice to us as soon as is practical, which sets forth:
      (1)  The identity of the policy and insured;
      (2)  Reasonably available information on the time, place and circumstances of the accident or occurrence; and
      (3)  Names and addresses of any claimants and witnesses;
  b.   Promptly forward to us every notice, demand, summons or other process relating to the accident or occurrence;
  c.   At our request, help us:
      (1)  To make settlement;
      (2)  To enforce any right of contribution or indemnity against any person or organization who may be liable to an insured;
      (3)  With the conduct of suits and attend hearings and trials; and
      (4)  To secure and give evidence and obtain the attendance of witnesses;
  d.   Under the coverage—Damage to Property of Others—submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the insured's control;
  e.   The insured will not, except at the insured's

own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the bodily injury.

4.   Duties of an Injured Person—Coverage F—Medical Payments to Others. The injured person or someone acting for the injured person will:
  a.   Give us written proof of claim, under oath if required, as soon as is practical; and
  b.   Authorize us to obtain copies of medical reports and records.

The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5.   Payment of Claim—Coverage F—Medical Payments to Others. Payment under this coverage is not an admission of liability by an insured or us.

6.   Suit Against Us. No action can be brought against us unless there has been full compliance with the policy provisions.

No one will have the right to join us as a party to any action against an insured. Also, no action with respect to Coverage E can be brought against us until the obligation of the insured has been determined by final judgment or agreement signed by us.

7.   Bankruptcy of an Insured. Bankruptcy or insolvency of an insured will not relieve us of our obligations under this policy.

8.   Other Insurance—Coverage E—Personal Liability. This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

## SECTION I AND II - CONDITIONS

1.   Policy Period. This policy applies only to loss in Section I or bodily injury or property damage in Section II, which occurs during the policy period.

37

38

INS 000163

**2.  Concealment or Misrepresentation.** This entire policy will be void and all coverages forfeited, and payment will not be made to any insured, if before or after a loss, any insured has knowingly concealed or misrepresented any material fact or circumstance relating to this insurance, the insurance application, the loss, the presentation of the claim or any other fact or circumstance material to the investigation and adjustment of the claim.

**3.  Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

**4.  Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5.  Cancellation.**
a.  You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.
b.  We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1)  When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.
(2)  When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know

at least 10 days before the date cancellation takes effect.
(3)  When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:
(a)  If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or
(b)  If the risk has changed substantially since the policy was issued.
This can be done by letting you know at least 30 days before the date cancellation takes effect.
(4)  When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.
c.  When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.
d.  If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**6.  Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**7.  Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**8.  Subrogation.** An insured may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an insured must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

39

40

INS 000164

9.   **Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies; we insure the legal representative of the deceased, but only with respect to the premises and property of the deceased covered under the policy at the time of death.

**Insured includes:**

a.   Any member of your household who is an insured at the time of your death, but only while a resident of the residence premises; and

b.   With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

**In Witness Whereof,** we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____   Secretary

_____   President

Please keep your Declarations Certificates and Endorsements with your policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.

Copyright, Insurance Services Office, Inc. 1995

41

INS 000165



Form No. 5105 (Ed. 1/96)

INS 000166