THE HANOVER INSURANCE COMPANY          RENEWAL OF   ZHO 4263053

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL INLAND MARINE COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA            70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA            70183 |

| COVERAGES | LIMITS | PREMIUMS |
|---|---|---|
| PROPERTY SPECIAL BROADENING REFER TO FORM 411-0078 | | $450 |
| TOTAL COMMERCIAL INLAND MARINE PART   PREMIUM: | | $450.00 |

FORMS APPLICABLE TO THIS COVERAGE PART:    411-0078   7/97      231-0475   6/89
   IL 09 60 11/02        IL 09 96  5/04

FORM NO. 441-0001A   2/87                    ISSUED 02/15/2005

                                                         AGENCY BILL

                                                         231-1056 (1/95)

COMPANY COPY                    PAGE    7

HAN 000086

INS 000252

PROPERTY SPECIAL
BROADENING ENDORSEMENT

# PROPERTY SPECIAL BROADENING ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM - CP 0010
CAUSES OF LOSS - SPECIAL FORM - CP 1030

Refer to SECTION VI - DEFINITIONS of this form for additional words or phrases with special meaning.

## I.  COVERAGE

### A.  Scheduled Coverages

| Schedule | Limit of Insurance | Page |
|---|---|---|
| 1.  Debris Removal | $ 25,000 | 3 |
| 2.  Pollutant Clean-Up | $ 25,000 | 3 |
| 3.  Arson Reward | $ 30,000 | 4 |
| 4.  Newly Acquired or Constructed Property | | |
|     Buildings | $1,000,000 | 4 |
|     Personal Property | $ 500,000 | 4 |
| 5.  Property Off-Premises | $ 100,000 | 4 |
| 6.  Worldwide Property Off-Premises | $ 45,000 | 5 |
| 7.  Salesperson Samples | $ 25,000 | 5 |
| 8.  Exhibitions | $ 50,000 | 5 |
| 9.  Property In Transit | $ 50,000 | 5 |
| 10. Depositors Forgery | $ 25,000 | 6 |
| 11. Employee Dishonesty Including Welfare and Pension Plan ERISA Compliance | | |
| | $ 50,000 | 6 |
| 12. Money and Securities | $ 25,000 | 8 |
| 13. Foundations and Underground Pipes | $ 250,000 | 8 |
| 14. Tenant Glass | $ 10,000 | 9 |
| 15. Ordinance or Law Coverage | $ 50,000 | 9 |
| 16. Newly Acquired Locations Increased Limits for Business Income and Extra Expenses | | |
| | $ 250,000 | 10 |
| 17. Contractual Penalties | $ 25,000 | 11 |
| 18. Dependent Properties | $ 100,000 | 11 |
| 19. Utility Services | $ 25,000 | 11 |
| 20. Transit Business Income and Extra Expense | | |
| | $ 100,000 | 12 |
| 21. Contingent Transit Business Income and Extra Expense | | |
| | $ 100,000 | 12 |
| 22. Change in Temperature, Electrical Injury, Utility Services and Contamination by Refrigerant | | |
| | $ 50,000 | 12 |
| 23. Water Damage, Other Liquids, Powder or Molten Material Damage | | |
| | $ 25,000 | 12 |
| 24. Underground Water Seepage | $ 10,000 | 13 |

HAN 000087

INS 000253

**B. Blanket Limit of Insurance**                $250,000

The Blanket Limit of Insurance shown above applies to all Coverages shown in Section III, B. of this
Endorsement. The Blanket Limit of Insurance applies separately to each covered premises shown in
the declarations and is subject to the Deductible (Section II. of this endorsement). This Blanket Limit
of Insurance does not apply to premises shown in the Commercial Property Coverage Part
Declarations as *Any Other Location*. At the time of loss, you may elect to apportion this Blanket
Limit of Insurance to one or any combination of the Coverages shown, but under no circumstance will
the aggregate apportionment be permitted to exceed the Blanket Limit of Insurance shown above at
any one covered premises.

Coverage included within this Blanket Limit of Insurance:

| | |
|---|---|
| ACCOUNTS RECEIVABLE | BUSINESS INCOME AND EXTRA EXPENSE |
| CLAIMS EXPENSES | COMPUTER AND COMPUTERIZED EQUIPMENT |
| FINE ARTS | FIRE DEPARTMENT SERVICE CHARGES |
| MOVEMENT OF PROPERTY | OUTDOOR PROPERTY |
| PERSONAL EFFECTS AND PROPERTY | VALUABLE PAPERS AND RECORDS - COST |
| OF OTHERS | OF RESEARCH |

**C. Coverage Extensions**

| | |
|---|---|
| PRESERVATION OF PROPERTY | THEFT DAMAGE TO BUILDING |
| MARRING AND SCRATCHING | BRANDS AND LABELS |
| CONSEQUENTIAL LOSS TO STOCK | FIRE PROTECTION EQUIPMENT |
| | RECHARGE |

HAN 000088

INS 000254

## II.   DEDUCTIBLE

Each loss shall be adjusted separately, and from the amount of such adjusted loss, the sum of $500 shall be deducted for all coverage listed under Section I. COVERAGE.

## III.  COVERED PROPERTY

### A.  Scheduled Coverages

If more than one coverage under this form applies to property that has been damaged from one "occurrence", you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the largest of the limits that would be applicable.

1.  Debris Removal (Section A.4.a. of CP 0010) is replaced by the following:

   a)  We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   b)  The most we will pay under this Additional Coverage is 25% of:

      1)  The amount we pay for the direct physical loss of or damage to Covered Property; plus

      2)  The deductible in this policy applicable to that loss or damage.

   Payments under this Additional Coverage will not increase the applicable Limit of Insurance. But this limitation does not apply to any additional debris removal limit provided below.

   c)  If:

      1)  The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance, or

      2)  The debris removal expense exceeds the amount payable

under the 25% limitation above.

We will pay up to an additional $25,000 for each location in any one "occurrence" under the Debris Removal Additional Coverage. This coverage is an additional amount of insurance.

   d)  No part of this Additional Coverage applies to costs to:

      1)  Extract "pollutants" from land or water; or

      2)  Remove, restore or replace polluted land or water.

   e)  We will also pay up to $1,000 for the costs you incur at each premises to remove debris of outdoor trees, shrubs or plants that are blown onto your premises by wind.

2.  Pollution Clean Up and Removal (Section A.4.d. of CP 00 10) is replaced by the following:

   We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, leakage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

   This coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

HAN 000089

INS 000255

The most we will pay under this Additional Coverage for each described premises is $25,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy. This coverage is an additional amount of insurance.

**3. Arson Reward**

In the event that a covered fire loss was the result of an act of arson, we will reimburse you up to $30,000 for rewards you pay for information leading to convictions for that act of arson.

Arson Reward Condition - Coinsurance and Deductible do not apply to this Additional Coverage. This coverage is not an additional amount of insurance.

**4. Newly Acquired or Constructed Property** (Section A.5.a. of CP 00 10) is replaced by the following:

a) You may extend the insurance that applies to Building to apply to:

1) Your new buildings while being built on the described premises; and

2) Buildings you acquire at locations, other than the described premises, intended for:
   *a.*- similar use as the building described in the Declarations; or
   *b.*- use as a warehouse.

The most we will pay for loss or damage under this Coverage Extension is the Limit of Insurance for Building shown in the Declarations but not more than $1,000,000 at each building.

b) You may extend the insurance that applies to Your Business Personal Property to apply to that property at any location you acquire other than at fairs or exhibitions.

The most we will pay for loss or damage under this Coverage Extension is the limit of Insurance for Your Business Personal Property shown in the Declarations, but not more than $500,000 at each building.

c) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:
   1) this policy expires,
   2) 90 days expire after you acquire or begin to construct the property; or
   3) you report values to us.

We will charge you additional premium for values reported from the date construction begins or you acquire the property. Payment under this Coverage Extension is included within the applicable Limit of Insurance.

**5. Property Off-Premises** (Section A.5.d. of CP 00 10) is replaced by the following:

You may extend the insurance that applies to Your Business Personal Property to apply to Property Off-Premises, other than "stock," that is temporarily at a location you do not own, lease or operate.

This coverage extension applies to "stock" while at:
a) temporary storage locations;
b) processing locations; and
c) installation sites.

Coverage at installation sites ends when the property is installed and tested, whether or not it has become fully operational or accepted by the

HAN 000090

INS 000256

owner.

This Coverage Extension does not apply to Covered Property:
a) In the care custody or control of your salesperson; or
b) At any fair or exhibition; or
c) At newly acquired premises; or
d) Damaged by installation or testing.

The most we will pay for loss or damage under this Coverage is $100,000. This coverage is an additional amount of insurance.

6. **Worldwide Property Off Premises**
You may extend the insurance that applies to Your Business Personal Property and Business Personal Property of Others to apply to that property when it is temporarily outside the coverage territory, while "in transit" or on airborne transportation carriers, for the purpose of exhibition, service or repair.

The most we will pay for loss under this Coverage Extension is $45,000. This coverage is an additional amount of insurance.

7. **Salesperson Samples**
You may extend the insurance that applies to Your Business Personal Property to apply to:
a) Samples of your "stock" in trade (including containers), while off the described premises; and
b) Similar business property of others; when in the custody of your sales representatives, or agents (exclusively for your benefit), or yourself while acting as a sales representative, while off the described premises; or while "in transit" between your premises and your sales representatives.

The most we will pay for loss or damage under this Coverage is

$25,000 for property in the custody of any one sales person. Our payment for loss of or damage to property of others will only be for the account of the owner of the property. "B. EXCLUSIONS 1.e.; 2.a. and 2.d.(4), (5) & (6) of CP 10 30" do not apply to this Coverage. This coverage is an additional amount of insurance.

8. **Exhibitions**
You may extend the insurance that applies to Your Business Personal Property, including property of others that is in your care, custody or control, or for which you have accepted responsibility, to apply to that property while temporarily on display to the public at premises you do not regularly occupy.

The most we will pay for loss or damage under this Coverage is $50,000 at any one exhibition. Our payment for loss of or damage to property of others will only be for the account of the owner of the property. "B. EXCLUSIONS 1.e., 2.a. and 2.d.(5) of CP 10 30" do not apply to this Coverage. This coverage is an additional amount of insurance.

9. **Property In Transit (Section E.1 of CP 10 30)** is replaced by the following:
You may extend the insurance that applies to your Business Personal Property to shipments of such property while "in transit" more than 100 feet from the described premises at your risk, by motor vehicle, rail car or aircraft, between points within the coverage territory. This includes property you have sold when your responsibility continues until the property is delivered.
a) This coverage also applies to:
  1) The necessary additional expenses that you incur to inspect, repackage and reship undamaged Covered property when the shipment is damaged as a result of a

HAN 000091

INS 000257

Covered Cause of Loss.

2) **FOB Shipments**

Outgoing shipments where the risk of loss or damage is transferred to the buyer when such property leaves your premises. You must use all reasonable means to collect the amount due you from the buyer before making a claim under the Property in Transit Additional Coverage Extension. We will not make payment under this Property in Transit Additional Coverage Extension until you grant us the right of recovery against the buyer.

3) Shipments during loading or unloading and within 100 feet of any transporting conveyance.

4) Outgoing shipments which have been rejected by the consignee or are not deliverable while:

    a) In due course of transit, being returned to you; or

    b) Up to 30 days after delivery or attempted delivery awaiting return to you.

b) Under this Property in Transit Additional Coverage Extension, we will not pay for:

1) Property in the care, custody or control of your salesperson.

2) Mail shipments in the custody of the US Postal Service; or

3) Property of others for which you are responsible as a carrier for hire or car loader, consolidator, broker, freight forwarder, shipping association, or other arranger of transportation.

c) We will not pay for loss or damage if you impair our rights to recover from any carrier for hire. But you may accept from carriers for hire bills of lading, receipts or contracts of transportation which contain a limitation of value.

d) The most we will pay under this Property in Transit Additional Coverage Extension is $50,000 for all loss or damage to property in any one conveyance. Our payment for loss of or damage to property of others will be for the account of the owner of the property.

This Coverage is additional insurance. The "Additional Condition, Coinsurance and B. EXCLUSIONS 2.a., 2.d.(4), (6), (7)(a) &(b) and 2.1. of CP 10 30" do not apply to this Coverage.

**10. Depositors Forgery**

You may extend the insurance that applies to Your Business Personal Property to apply to loss you sustain because a written promise or order to pay "money" is forged or altered.

We will pay for this loss whether the promise or order is:

a) Made by you;

b) Drawn upon by you; or

c) Made or drawn by an agent of yours.

The most we will pay for loss in any one "occurrence" of Depositors Forgery under this Coverage Extension is $25,000. This coverage is an additional amount of insurance.

**11. Employee Dishonesty**

You may extend the insurance that applies to Your Business Personal Property to apply to:

a) Loss or damage to any property, other than contraband or property in the course of illegal transportation or trade, resulting from dishonest acts committed by an "employee", whether identified or not, acting alone or in collusion with other persons, except you or a partner, with the manifest intent to:

1) Cause you to sustain loss; and also

2) Obtain financial benefit

HAN 000092

INS 000258

(other than employee benefits earned in the normal course of employment, including: salaries, commissions, fees, bonuses, promotions, awards, profit sharing or pensions) for:

*a.* - the "employee"; or

*b.* - any person or organization intended by the "employee" to receive that benefit.

**b)** We will not pay for loss or damage:

**1)** Resulting from any dishonest or criminal act that you or any of your partners commit whether acting alone or in collusion with any other persons.

**2)** The only proof of which as to its existence or amount is:

a. - an inventory computation; or

b. - a profit and loss computation.

**c)** All loss or damage:

**1)** Caused by one or more person; or

**2)** Involving a single act or series of related acts; is considered one "occurrence".

**d)** We will pay only for loss or damage you sustain through acts committed or events occurring during the Policy Period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

**e)** This coverage does not apply to any "employee" immediately upon discovery by:

**1)** You; or

**2)** Any of your partners, officers or directors not in collusion with the "employee";

of any dishonest act committed by that "employee" before or after being hired by you.

**f)** We will pay only for covered loss or damage discovered no later than one year from the end of the Policy Period.

**g)** If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this coverage, provided:

**1)** This coverage became effective at the time of cancellation or termination of the prior insurance; and

**2)** The loss of damage would have been covered by this coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

**h)** The insurance under paragraph g) above is part of, not in addition to, the Limit of Insurance applying to this Coverage and is limited to the lessor of the amount recoverable under:

**1)** This coverage as of its effective date; or

**2)** The prior insurance had it remained in effect.

**I)** You may extend this coverage to apply to loss caused by any "employee" while temporarily outside the Coverage Territory for a period of not more than 90 days.

The most we will pay for loss in any one "occurrence" of Employee Dishonesty under this Coverage is $50,000. "B. Exclusion 2.h. of CP 10 30" does not apply to this Coverage. This coverage is an additional amount of insurance.

**Welfare and Pension Plan ERISA**

HAN 000093

INS 000259

**Compliance**

In compliance with certain provisions of the Employee Retirement Income Security Act (ERISA):

a) "Employee" also includes any natural person who is:

   1) a trustee, an officer, administrator or a manager, except an administrator or a manager who is an independent contractor, of any Employee Welfare or Pension Benefit Plan (hereinafter called Plan) insured under this insurance, and

   2) your director or trustee while the pension is handling funds or other property of any Plan insured under this insurance.

b) If any Plan is insured with any other entity under this insurance, you or the Plan Administrator must select a Limit of Insurance for the EMPLOYEE DISHONESTY coverage that is sufficient to provide an amount of insurance for each Plan that is at least equal to that required if each Plan were separately insured.

c) If the Insured first named in the Declarations is an entity other than a Plan, any payment we make to that Insured for loss sustained by any Plan will be held by the Insured for the use and benefit of the Plan(s) sustaining loss.

d) If two or more Plans are insured under this insurance, any payments we make for loss:

   1) sustained by two of more Plans or

   2) of commingled funds or other property of two or more Plans that arises out of one "occurrence", is to be shared by each Plan sustaining loss in the proportion that the amount of insurance required for each such Plan under ERISA provisions bears to the total of those amounts.

e) The Deductible Condition, section II.

does not apply to the Welfare and Pension Plan ERISA Compliance.

12. **Money and Securities**

You may extend the Insurance that applies to Your Business Personal Property to apply to loss of your "money" and "securities" resulting directly from "theft", disappearance or destruction while:

a) Inside your premises;

b) Inside the premises of a banking institution or similar safe depository; or

c) Outside your premises in the custody of:

   1) A "messenger"; or

   2) An armored motor vehicle company.

The most we will pay for loss under this Coverage is $25,000.  "B. EXCLUSIONS 1.e., 2.a., 2.d.(1), (4), (5) and (6) of CP 10 30" do not apply to this Coverage.  This coverage is an additional amount of insurance.

13. **Foundations and Underground Pipes**

You may extend the Insurance that applies to Building to apply to loss or damage to:

a) Foundations of buildings, structures, machinery or boilers if their foundations are below;

   1) The lowest basement floor, or

   2) The surface of the ground, if there is no basement;

b) Underground pipes, flues and drains; and

c) The cost of excavation, grading, backfilling or filing.

The most we will pay for loss under this Coverage is 10% of the applicable Limit of Insurance for Building shown in the Declarations, but not more than $250,000. Payment for loss or damage to this property is included within the applicable Limit of Insurance.

Copyright Insurance Service Office, Inc.  1994

HAN 000094

INS 000260

**14. Tenant Glass**
You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to building glass, including encasement, frames, alarm tape, lettering and ornamentation for which you are legally responsible as a tenant.

The most we will pay for loss or damage under this Coverage is $10,000 at each location where you are a tenant.

The Additional Condition, Coinsurance does not apply to these Extensions. This coverage is an additional amount of insurance.

**15. Ordinance or Law Coverages**
If a Covered Cause of Loss occurs to covered Building property at the described premises, we will pay:

**a)  Loss to the Undamaged Portion of the Building Coverage**
For Loss of value to the undamaged portion of the building caused by enforcement of any ordinance, regulation or law that:

1)  Requires the demolition of the undamaged part of the same building caused by a Covered Cause of Loss when the entire building suffering a Covered Cause of Loss must be demolished;

2)  Regulates the construction or repair of that specific portion of the building that has been damaged, or establishes zoning or land use requirements at the described premises; and

3)  Is in force at the time of loss.

Coverage for the undamaged portion of the building is the same as that provided for the damaged portion of the building.

This Loss of the Undamaged Portion of the building Coverage is included within the Limit of Insurance applicable to the Covered Property.  This is not additional amount of insurance.

Payment for the undamaged portion of the building will be on the same valuation basis applicable to the damaged portion of the building.

**b)  Demolition Cost Coverage**
The cost to demolish and clear the site of undamaged parts of the same building when such demolition and site clearing is caused by enforcement of any ordinance, regulation or law that:

1)  Requires the demolition of the undamaged part of the same building that has been damaged by a Covered Cause of Loss when the entire building suffering a Covered Cause of Loss must be demolished;

2)  Regulates construction and repair of that specific portion of the building that has been damaged or establishes zoning or land use requirements at the described premises; and

3)  Is in force at the time of loss.

**c)  Increased Cost of Construction Coverage**

1)  The increased cost to repair, rebuild or reconstruct that specific portion of covered building property damaged by a Covered Cause of Loss due to the enforcement of any building, zoning or land use ordinance, regulation or law; and

2)  To rebuild demolished parts of the building when such demolition was required by enforcement of any ordinance, regulation or law that:

*a)* requires the demolition of

HAN 000095

INS 000261

the undamaged part of the same building that has been damaged by a Covered Cause of Loss when the entire building suffering a Covered Cause of Loss must be demolished;

*b)* regulates construction and repair of that specific portion of the building that has been damaged or establishes zoning or land use requirements at the described premises; and

*c)* is in force at the time of loss.

The repaired or rebuilt property must be intended for similar occupancy as the current property, unless otherwise required by zoning or land use ordinance or law.

We will not pay for increased construction costs unless the property is actually repaired or replaced, at the same or another premises, as soon as reasonably possible after the loss or damage, not to exceed two years.

The most we will pay for loss under **Demolition Cost Coverage** and **Increased Cost of Construction Coverage** of this Coverage is $50,000 at each described premises. However, if the property is demolished, and repaired or replaced at the same premises, or another location, we will not pay more than:

**1)** The amount you actually and necessarily spend to demolish and clear the site where the loss occurred; and

**2)** The amount you actually spend, or would have spent, to repair, rebuild, or construct the property with other property of comparable material and quality, and of the same height, floor

area and style, at the same site on the same premises. **Demolition Cost Coverage and Increased Cost of Construction Coverage are additional insurance.**

We will not pay under this Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The terms of this Coverage apply separately to each building.

**16. Newly Acquired Locations Increased Limits for Business Income and Extra Expense**
You may extend your "business income" and "extra expense" coverage to apply to property at any location you acquire, other than at fairs or exhibitions.

The most we will pay for loss under this Newly Acquired Locations Increased Limits of Business Income and Extra Expense Coverage is the lesser of:

**a)** The highest limit of insurance for "business income" and "extra expense" shown in the Declarations, or

**b)** $250,000

Insurance under this Coverage for each newly acquired location will end when any of the following first occurs:

**a)** This policy expires;

**b)** 180 days expire after you acquire or begin to construct the property; or

**c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property. This coverage is an additional amount of insurance.

HAN 000096

INS 000262

### 17. Contractual Penalties

You may extend your "business income" coverages to apply to penalties that are imposed by a written contract between you and your customers. These penalties must:

a) Result from your failure to timely deliver your product according to contract terms;

b) Result from direct physical loss or damage by a Covered Cause of Loss to Covered Property; and

c) Have been paid to your customer.

The most we will pay under this Coverage is $25,000. This Coverage is an additional amount of insurance.

### 18. Dependent Properties

You may extend your "business income" and "extra expense" coverages to apply to the actual loss of "business income" or "extra expense" you sustain due to the necessary suspension of your "operations" during the "dependent property period of restoration". The suspension must be caused by direct physical loss of or damage to property at the premises of a "dependent property" caused by or resulting from a Covered Cause of Loss.

As respects loss of "business income" caused by direct physical loss of or damage to property at any premises of a "dependent property", the coverage territory is all parts of the world if:

a) Loss of "business income" is sustained due to the necessary suspension of your "operations" during the "period or restoration"; and

b) The suspension is caused by direct physical loss or damage caused by or resulting from any

Covered Cause of Loss to property at the premises of a "dependent property".

The "business income" and "extra expense" coverage provisions respecting direct physical loss or damage at the described premises will apply separately to each "dependent property" premises.

We will reduce the amount of your "business income" loss, other than "extra expense", to the extent you can resume "operations" in whole or in part by using any other available source of materials or outlet for your products.

The most we will pay under this Dependent Properties Coverage is 25% of the applicable Limit of Insurance for "business income" or "extra expense" shown in the Declarations, but not more than $100,000, for loss you sustain from loss of or damage to property at the premises of any one "dependent property". This coverage is an additional amount of insurance.

### 19. Utility Services

You may extend your "business income" and "extra expense" coverages to apply to the actual loss of "business income" or "extra expense" you sustain at the described premises caused by the interruption of service to the described premises. The interruption must result from direct physical loss or damage by a Covered Cause of Loss to property not on the described premises that provides the following services:

a) Water supply services;

b) Communication supply services; or

c) Power supply service.

We will only pay for loss you sustain after the first 12 hours following the direct physical loss or damage to the

HAN 000097

INS 000263

property described above.

The most we will pay for loss or damage under this Coverage is $25,000 at each described premises. This amount is included in the limit of Insurance for "business income" and "extra expense".

20. **Transit Business Income and Extra Expense**
    You may extend your "business income" or "extra expense" coverages to apply to the actual loss of "business income" or "extra expense" you sustain due to direct physical loss or damage to Covered Property "in transit" caused by or resulting from a Covered Cause of Loss.

    The most we will pay for loss under this Coverage is $100,000. This amount is included in the Limit of Insurance for "business income" and "extra expense".

21. **Contingent Transit Business Income and Extra Expense**
    You may extend your "business income" or "extra expense" coverage to apply to the actual loss of "business income" or "extra expense" you sustain due to direct physical loss or damage to Business Personal Property of Others, not in your care, custody or control, while "in transit" caused by or resulting from a Covered Cause of Loss.

    The most we will pay for loss under this Coverage is $100,000. This amount is included in the Limit of Insurance for "business income" and "extra expense".

22. **Change in Temperature, Electrical Injury, Utility Services And Contamination By Refrigerant**
    The most we will pay for loss or damage to Covered Property under this Coverage is $50,000. This limit will apply to all loss or damage

proximately caused by the same event, whether such loss or damage results from change in temperature, electrical injury, off premises services or contamination by refrigerant or any combination of the four. "B. EXCLUSIONS 1.e., 2.a. and 2.d. (6), (7)(a) & (b) of CP 10 30" do not apply to this Coverage.
**Change in Temperature**
Damage to covered property caused by a change in temperature or humidity resulting from a mechanical breakdown or malfunction of heating, refrigerating, cooling or humidity control equipment at the described premises.
**Electrical Injury**
Damage to covered property caused by artificially generated electric current, other than electrical arching, that damages, destroys or otherwise disturbs electrical devices, appliances or wires.
**Utility Premises Services**
Damage to covered property caused by the interruption of service resulting from direct physical loss or damage, by a Covered Cause of loss, to the following property not on the described premises:
a) Water supply services;
b) Communication supply services; or
c) Power supply services.
**Contamination By Refrigerant**
Contamination by refrigerant from refrigerating, cooling or humidity control apparatus or equipment.

Payment under this Coverage is included within the applicable Limit of Insurance.

23. **Water Damage, Other Liquids, Powder or Molten Material Damage (Section E.2. of CP 10 30)** is replaced by the following:
    If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and

HAN 000098

INS 000264

replace any part of the building or structure, or in the case of underground pipes; lawns, shrubs or paved areas, to repair damage to the system or appliance from which the water or other substance escapes.

Payment under the Coverage is included within the applicable Limit of Insurance. The maximum we will pay for loss or damage to lawns, shrubs or paved areas is $25,000.

24. **Water**
    "B. Exclusion 9.(3) of CP 1030 is deleted. Exclusion 9.(4) is amended to read:
    a) **Underground Water Seepage**
       We will pay up to $10,000 at each described premises for loss or damage to covered property caused by or resulting from water under the ground surface pressing on, or flowing or seeping through:
       1) Foundations, walls, floors or paved surfaces;
       2) Basements, whether paved or not; or
       3) Doors, windows or other openings.
    b) This cause of loss does not apply to Personal Property At Other Premises.

B. **Blanket Coverages**

   1. **Accounts Receivable**
      You may extend this insurance to apply to losses and expenses that you incur as a result of loss or damage to your records of accounts receivable.

      Losses and expenses under this coverage mean:
      a) All sums due you from customers, provided you are unable to effect collection;

   b) Interest charges on any loan used to offset impaired collections pending prepayment of such sums made uncollectible by loss or damage.
   c) Collection expenses in excess of normal collection costs made necessary because of loss or damage; or
   d) Other reasonable expenses incurred by you in recreating records of accounts receivable following such loss or damage.

   For accounts receivable, we will pay the lesser of:
   a) The sum of all accounts receivable due (with reasonable deductions);
   b) The reasonable cost to reconstruct your accounts receivable records; or
   c) The applicable limit.

   If we have made payment, you will immediately notify and credit us for any recoveries made by you or others on your behalf.

   "B. EXCLUSIONS 1.e., 2.a., and 2.d.(4) through (7) of CP 10 30" do not apply to this Coverage.

   2. **Business Income and Extra Expense**
      a) **Business Income**
         We will pay for the actual loss of "business income" you incur due to the necessary suspension of "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises, including personal property in the open, or in a vehicle, within 100 feet, caused by or resulting from a Covered Cause of Loss. Loss as defined above must be incurred during the "period of restoration".
      b) **Extra Expense**
         We will pay the actual and

HAN 000099

INS 000265

necessary "extra expense" you sustain due to direct physical loss of or damage to property at the described premises caused by or resulting from any covered cause of loss.  Loss as defined above must be incurred during the "period of restoration".

We will pay for Loss of Business Income or Extra Expense that occurs during the "period of restoration" up to 12 consecutive months after the date of direct physical loss or damage causing the loss of income or "extra expense". This coverage does not extend to cover windfall profits that might have been earned due to any unfavorable conditions caused by the impact of a covered loss.

**c)  Extended Business Income Increased Time Period**
We will pay for the actual loss of "business income" you incur arising from a covered cause of loss to covered property during the period that:
1) Begins on the date property (except "finished stock") is, or should have reached, "substantial completion" and "operations" are resumed; and
2) ends on the earlier of:
   a)  the date you could, or should have been able to, fully restore your earnings to their pre-loss level, whether or not your "operations" were profitable; or
   b)  180 consecutive days after the "period of restoration ends, or 12 consecutive months from the date of the covered loss, whichever is less.

This coverage does not extend to cover windfall profits that might have been earned due to any unfavorable conditions

caused by the impact of a covered loss.

**3.  Claim Expenses**
We will pay for all reasonable expenses you incur at our request to assist us in:
a)  The investigation of a claim; or
b)  The determination of the amount of loss, such as taking inventory.

We will not pay for:
a)  Expenses to prove that loss or damage is covered;
b)  Expenses incurred under **SECTION 2. APPRAISAL OF E. LOSS CONDITION of CP 0010;**
c)  Expenses incurred for examinations under oath; or
d)  Expenses or percentages billed by and payable to attorneys, or independent or public adjusters.

**4.  Computers and Computerized Equipment (EDP)**
You may extend the insurance that applies to Your Business Personal Property to apply to:
a)  Your computer equipment and related component parts, including such property of others that is in your care, custody or control;
b)  Your instructional material and prepackaged software programs purchased for use with your computer system; and
c)  Your blank electronic or magnetic media.

Our payment for loss of or damage to property of others will only be for the account of the owner of the property.  "**B. EXCLUSIONS 1.e., 2.a., and 2.d.(4) through (7) of CP 10 30"** do not apply to this Coverage Extension.

**Business Income Computer Virus**
We will pay for the actual loss of "business income" or "extra expense" you incur due to the

HAN 000100

INS 000266

necessary suspension of "operations" during the "period of restoration" caused by or resulting from "computer virus" that occurs at the premises shown in the Declarations.

**5.   Fine Arts**
You may extend this insurance to apply to "fine arts" that are your property or the property of others that are in your care, custody or control.

Our payment for loss of or damage to property of others will only be for the account of the owner of the property. "B. EXCLUSIONS 1.e., 2.a. and 2.b., 2.d.(4) & (6) of CP 10 30" do not apply to this Coverage.

**6.   Fire Department Service Charge**
(Section A.4.c. of CP 00 10) is replaced by the following:
When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for fire department service charges:
a)   Assumed by contract or agreement prior to loss; or
b)   Required by local ordinance

**7.   Movement Of Property**
If:
a)   You move Covered Property from a described premises to a new premises; and
b)   A Limit of Insurance for such new premises is specifically endorsed to this Coverage Part and the prior described premises has been deleted from this Coverage Part; and
c)   Direct physical loss or damage from a Covered Cause of Loss occurs to Covered Property at the prior described premises before the movement of property to the new premises is completed;

We will pay for loss or damage to covered property at the prior described premises.

Insurance under this Movement Of Property Additional Coverage will end when any of the following first occurs:
a)   The movement of property to the new premises is completed; or
b)   30 days after the effective date of the endorsement adding the new premises

**8.   Outdoor Property** (Section A.5.e. of CP 0010) is replaced by the following:
You may extend the insurance provided by this Coverage Form to apply to:
a)   Bridges, roadways, walks, patios or other paved surfaces;
b)   In-ground sprinkler systems and piping;
c)   Outdoor fences and awnings;
d)   Radio, microwave or television towers, antennas or satellite dishes, including their lead-in wiring and masts;
e)   Retaining walls that are not part of the building;
f)   Signs, whether or not attached to covered buildings, or structures;
g)   Building Glass; or
h)   Trees, shrubs and plants (other than "stock" or lawns;
which you own or which you have a contractual liability to insure, including debris removal expense, caused by or resulting from any Covered Cause of Loss, except for h) above.

Trees, shrubs and plants (other than 'stock' or lawns)" above is covered for loss or damage caused by or resulting from the following causes of loss:
1)   Fire;
2)   Lightning;
3)   Explosion;
4)   Riot or Civil Commotion; or
5)   Falling Objects

   Copyright, Insurance Service Office, Inc., 1994

HAN 000101

INS 000267

9. **Personal Effects and Property of Others** (Section A.5.b. of CP 00 10) is replaced by the following:
You may extend this insurance to apply to Personal Effects owned by you, your officers, your partners or your employees.

Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

10. **Valuable Papers and Records - Cost of Research** (Section A.5.c. of CP 00 10) is replaced by he following:
You may extend this insurance to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media. There will be no payment made with regards to research for any valuable papers or records which are not replaced or restored.

"B. EXCLUSIONS 1.e., 2.a., and 2.d.(4) through (7) of CP 10 30" do not apply to this coverage.

C. **Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If more than one coverage under this form applies to property that has been damaged from one "occurrence", you may choose only one of these coverages to apply to that loss. The most we will pay in this case is the largest of the limits that would be applicable.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend

the insurance provided by this Coverage Part as follows:

1. **Preservation of Property** (Section A.4.b. of CP 00 10) is replaced by the following:
If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:
   a) While it is being moved or while temporarily stored at another location; and
   b) Only if the loss or damage occurs within 90 days after the property is first moved.

Payments under this Additional Coverage will not increase the applicable Limit of Insurance.

2. **Theft Damage To Building**
You may extend the insurance that applies to Your Business Personal Property to apply to damage caused directly by "theft" or attempted "theft" to:
   a) That part of any building containing Covered Property; or
   b) Equipment within the building used to maintain or service the building.
   c) Under this Theft Damage To Building Coverage Extension, we will not pay for damage:
      1) To glass; or
      2) To lettering or artwork on glass or etching to glass.

This Theft Damage To Building Coverage applies only to premises where you are a tenant and are responsible for such damage.

Payment under this Coverage is included within the applicable Limit of Insurance.

3. **Marring And Scratching**
We will pay for loss or damage to

HAN 000102

INS 000268

Covered Property at the described premises due to sudden and accidental marring and scratching of:
a) Your "stock"; and
b) Property of others that is in your care custody or control.

This Cause of Loss does not apply to:
a) Property at other premises; and
b) Property in transit

Payment under this Coverage is included within Your Business Personal Property Limit of Insurance.

4. **Brands And Labels**
If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, and we take all or any part of the damaged property at an agreed or appraised value, you may extend the Insurance that applies to Your Business Personal Property to pay expenses incurred to:
a) Stamp salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or
b) Remove the brands or labels, if doing so will not physically damage the merchandise or its containers, and relabel the merchandise or its containers to comply with the law.

Payment of these expenses is included within the applicable Limit Of Insurance.

5. **Consequential Loss To "Stock"**
We will pay for the reduction in value of the remaining parts of "stock" in process of manufacture when the reduction is caused by direct physical loss or damage from a covered Cause of Loss to other parts of covered "stock" in process of manufacture.

Payment of any reduced value of

"stock" is included within the applicable Limit of Insurance for Your Business Personal Property.

6. **Fire Protection Equipment Recharge**
We will pay expenses you incur to recharge automatic fire protection equipment when such equipment is discharged to fight a fire or as the result of a Covered Cause of Loss.

The deductible does not apply to this Coverage. Payment of these expenses is included within the applicable Limit of Insurance.

IV. **"C. LIMITATIONS"** of CP 10 30 is changed as follows:

LIMITATION 4.b. is replaced as follows:

$2,500 for jewelry, watches, watch movement, jewels, pearls, precious and semi precious stones, and bullion. This limit does not apply to jewelry and watches worth $100. or less per item.

$35,000 for gold, silver, platinum and other precious alloys or metals used in the manufacture of your product.

LIMITATION 4.c. for patterns, dies, molds, and forms is deleted.

V. **"E. LOSS CONDITIONS"** of CP 0010 is changed as follows:

7. **Valuation** is replaced with the following:

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At replacement cost as of the time of loss or damage, except as provided in a.1), 2) or 3), b., c., d., e., f., g., h., i., j., k., l., m., n. or o. below.
1) You may claim for loss or damage covered by this insurance on an actual cash value basis instead of on a

HAN 000103

INS 000269

replacement cost basis.  In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for replacement cost, when applicable, if you notify us of your intent to do so within 180 days after the date loss or damage occurs.

When you make claim on an actual cash value basis we will determine the value of Covered Property at actual cash value.  If applicable, the **ADDITIONAL CONDITIONS,** Coinsurance will continue to apply.

2) We will not pay on a replacement cost basis for any loss or damage:
   a) Until the lost or damaged property is actually repaired or replaced; and
   b) Unless repairs or replacement are made as soon as reasonably possible after the loss or damage.

If the Limit of Insurance for Building satisfies the **ADDITIONAL CONDITION,** Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

3) We will not pay more for loss or damage on a replacement cost basis than the least of:
   a) The Limit of Insurance applicable to the lost or damaged property;
   b) The cost to replace, on the same premises, the lost or damaged property with other property:
      1 - of comparable material and quality; and
      2 - used for the same purpose; or
   c) The amount you actually spend that is necessary to repair or replace the lost or damaged property.

b. The cost of building repairs or

replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as specifically provided for under this Coverage Part.

c. **Inflation Guard**
   1) The Limit of Insurance for Building will automatically increase by 4% or the percentage shown in the Declarations to provide for increase in cost of construction during the preceding policy year.
   2) The amount of increase will be:
      a) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times
      b) The percent expressed as a decimal (example: 4% is .04), times
      c) The number of days since the beginning of the current policy year of the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

   **Example:**
   If:
   The applicable Limit of Insurance is
   $100,000
   The annual percentage increase is
   4%
   The number of days since the
   Beginning of the policy year (Or last policy change) is
   146
   The amount of increase is
   $100,000 x .04 x 146/365 = $1,600

d. **Seasonal Fluctuation**
   1) The Limit of Insurance for Business Personal Property will automatically increase by 25% to provide for seasonal variations.
   2) This increase will apply only if the Limit of Insurance shown for Business Personal Property in

HAN 000104

INS 000270

the Declarations is at least 100% of your average monthly values during the lesser of:

    a) The 12 months immediately preceding the date the loss or damage occurs; or

    b) The period of time you have been in business as of the date the loss or damage occurs.

**e. Manufacturers Selling Price**

We will determine the value of finished "stock" you manufacture at:

    1) The selling price, if no loss or damage occurred;

    2) Less discounts and expenses you otherwise would have had.

**f.** Glass at the cost of replacement with safety glazing material if required by law.

**g.** Tenant's Improvements and Betterments at:

    1) Actual cash value of the lost or damaged property if you make repairs promptly.

    2) A proportion of your original cost if you do not make repairs promptly, depending on the duration of the remaining lease period. If you have no lease, or are on a month-to-month lease, no proportional coverage is available. Where there is an existing lease, we will determine the proportionate value as follows:

        a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

        b) Divide the amount determined in a) above by the number of days from the installation of improvements to the expiration of the lease.

        If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

    3) Nothing if others pay for repairs

or replacement.

**h.** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

    1) Blank materials for reproducing the records; and

    2) Labor to transcribe or copy the records when there is a duplicate.

**i.** The value of the Fine Arts property insured is not agreed upon but will be ascertained at the time of loss or damage. We will not pay more than the least of the following amounts:

    1) The actual cash value of the property at the time of loss or damage; or

    2) The amount for which you could reasonably be expected to pay to have the property repaired to its condition immediately prior to the loss.

**j.** Pairs or sets at our option:

    1) The cost to repair or replace any part to restore the pair or set to its value before the loss; or

    2) The difference between the value of the pair or set before and after the loss.

**k.** Property "in transit" at:

    1) The amount of invoice plus accrued costs, prepaid charges and charges since shipment that are not included in the invoice amount; or

    2) In the absence of an invoice, the value of the Covered Property will be:

        a) Its selling price if no loss or damage had occurred, less discounts and expenses you otherwise would have had if the Covered Property is your finished "stock"; or

        b) Its actual cash value as of the time of loss or damage.

**l.** The amount of "business income", "extra expense" and "resumption of operations" loss will be determined based on:

    **"Business Income"** is

HAN 000105

INS 000271

1) The net income of the business before the direct physical loss or damage occurred;

2) The likely net income of the business if no loss or damage occurred;

3) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

4) Other relevant sources of information, including:

   a) Your financial records and accounting procedures;

   b) Bills, invoices and other vouchers; and

   c) Deeds, liens or contracts.

**"Extra Expense"** Is

1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred.

   We will deduct from the total of such expenses:

   a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

   b) Any "extra expense" that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

2) All necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

**"Resumption of Operations"**

We will reduce the amount of your:

1) "Business income" loss, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or "stock") at the described premises or elsewhere.

2) "Extra expense" loss to the extent you can return "operations" to normal and discontinue such "extra expense".

If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time if would have taken to resume "operations" as quickly as possible.

m. Business Personal Property of Others and Personal Property of Others at Actual Cash Value.

n. Contents of a residence at Actual Cash Value.

o. Manuscripts at Actual Cash Value.

**VI. DEFINITIONS.** The following replaces H. DEFINITIONS OF CP0010:

1. "Business income" means the:

   a) Net income (net profit or loss before income taxes) that would have been earned or incurred; and

   b) Continuing normal operating expenses incurred, including payroll.

2. "Computer Virus" means an intentional unwanted entry into electronic data processing media which results in unintended functions distorting, corrupting or manipulating the electronic data processing media.

3. a. "Dependent property" means property operated by others on whom you depend to:

   1) Deliver materials or services, other than water, communication or power supply services to you, or to others for your account;

   2) Accept your products or services; or

   3) Manufacture products for delivery to your customers under contract of sale.

HAN 000106

INS 000272

b. "Dependent property period of restoration", with respect to "dependent property", means the period of time that:

1) Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

2) Ends on the date when the property at the premises of the "dependent property" is, or should have been repaired, rebuilt or replaced with reasonable speed and similar quality, to a point of "substantial completion". The "period of restoration" also cease when the "operations" at the dependent property" are permanently relocated - for whatever reason.

The expiration date of this policy will not cut short the "period of restoration".

c. "Dependent property period of restoration" does not include any increased period required due to the enforcement of any ordinance of law that:

1) Regulates the construction, use or repair, or requires the tearing down of any property; or

2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

4. "Employee" means any natural person:

a. While in your service and for 30 days after termination of service; and

b. Whom you compensate directly by salary, wages or commissions; and

c. Whom you have the right to direct and control while performing services for you; or

d. Employed by an employment contractor while that person is subject to your direction and control

and performing services for you, excluding, however, any such person while having care and custody of property outside the premises.

"Employee" does not mean any:

a. Agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

b. Director or trustee except while performing acts coming within the scope of the usual duties of an "employee".

5. "Extra expense" means the: Necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

a) To avoid or minimize the suspension of business and to continue "operations" and

b) To minimize the suspension of business if you cannot continue "operations".

c) To repair or replace any property to the extent reduces the amount of loss that otherwise would have been payable under this Business Income and Extra Expense additional coverage. This does not mean that we will pay for property to be repaired or replaced when limits for that property have been, or will be, exhausted.

6. "Fine arts" means antiques and objects d'art of every nature and description which are your property or the property of others in your care, custody or control at the time of loss, while on the premises described in the Declarations or while on public exhibition, "in transit", or in your custody for business related purposes.

7. "Finished stock" means the "stock" you have manufactured, including whiskey and alcoholic products being aged, unless there is a coinsurance percentage shown for business income in the declarations.

HAN 000107

INS 000273

"Finished stock" does not include "stock" you have manufactured that is held for sale on the premises of any retail outlet insured under this coverage part.

8. "In Transit" means in the course of shipment or conveyance from or to the premises shown in the Declarations. It includes such shipments while temporarily stopped or delayed incidental to the delivery, such as overnight rest or for repair of the vehicle. It does not include stops or delays in shipment that are not incidental to the delivery or where the course of delivery as defined above is broken, such as vehicles situated for loading at a warehouse for a period of days.

9. "Messenger" means you, any of your partners or any "employee" while having care and custody of "money" and "securities" outside your premises.

10. "Money" means currency, coins and bank notes and bullion in current use and having a face value and travelers checks, register checks and money orders held for sale to the public.

11. "Occurrence" means an:
    a. Act or series of related acts involving one or more persons; or
    b. Act or event, or a series of related acts or events not involving any person.

12. "Operations" means your business activities occurring at the described premises.

13. "Period of restoration" means the period of time that:
    a. Begins with date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and
    b. Ends on the date when the property at the described premises is, or should have been repaired, rebuilt, or replaced with reasonable speed and similar quality, to a point of "substantial completion". The

"period of restoration" also ceases when your "operations" are permanently relocated - for whatever reason.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:
a. Regulates the construction, use or repair, or requires the tearing down of any property; or
b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way, respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

14. "Perishable goods" means business personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Securities" mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:
    a. Tokens, tickets (lottery tickets held for sale are not "securities"), revenue and other stamps or unused value (whether represented by actual stamps or unused value in a meter) in current use; and
    b. Evidences of debt issued in connection with credit or charge cards which cards are not issued by you;
    but does not include "money".

17. "Specified Causes of Loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or

HAN 000108

INS 000274

vehicles; riot or civil commotion;
vandalism; leakage from fire
extinguishing equipment; sinkhole
collapse; volcanic action; falling objects;
weight of snow, ice or sleet; water
damage.

a. Sinkhole collapse means the sudden
sinking or collapse of land into
underground empty spaces created
by the action of water on limestone or
dolomite. This cause of loss does
not include:

1) The cost of filling sinkholes; or
2) Sinking or collapse of land into
man made underground cavities.

b. Falling objects does not include loss
or damage to:

1) Personal property in the open; or
2) The interior of a building or
structure, or property inside a
building or structure, unless the
roof or an outside wall of the
building or structure is first
damaged by a falling object.

c. Water damage means accidental
discharge or leakage of water or
steam as the direct result of the
breaking apart or cracking of any part
of a system or appliance (other than
a sump system including its related
equipment and parts) containing
water or steam.

18. "Stock" means merchandise held in
storage or for sale, raw materials and in
process or finished goods, including
supplies used in their packing or
shipping.

19. "Substantial completion" means the
property may be used or otherwise
enjoyed for its intended purpose even if
all restoration, repair, replacement or
rebuilding work is not complete. For
example, a building awaiting only exterior
paint must be considered substantially
complete as this aspect of repair does
not prevent it from being used.

20. "Theft" means any act of stealing.

INS 000275

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF ZHO 4263053

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL INLAND MARINE DECLARATIONS - PROPERTY SPECIAL BROADENING

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY 4200 EUPHROSINE ST NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC 1933 HICKORY AVENUE PO BOX 23685 NEW ORLEANS LA          70183 |

TOTAL PREMIUM:          $450

COVERAGE: PROPERTY SPECIAL BROADENING

LOC   BLD
 1     1

PREMIUM :          $350

FORM NO.441-0001A 12/88                    ISSUED 02/15/2005

AGENCY BILL

231-1006 (7/05)

COMPANY COPY                    PAGE    8

HAN 000110

INS 000276

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF ZHO 4263053

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL INLAND MARINE DECLARATIONS - PROPERTY SPECIAL BROADENING

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA          70183 |

TOTAL PREMIUM:        $450

COVERAGE: PROPERTY SPECIAL BROADENING

```
LOC   BLD
 2     1
```

PREMIUM :        $50

FORM NO.441-0001A 12/88                    ISSUED 02/15/2005

AGENCY BILL

COMPANY COPY                    PAGE    9

HAN 000111

INS 000277

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF ZHO 4263053

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL INLAND MARINE DECLARATIONS - PROPERTY SPECIAL BROADENING

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA          70183 |

TOTAL PREMIUM:          $450

COVERAGE: PROPERTY SPECIAL BROADENING

LOC   BLD
 3     1

PREMIUM :          $50

FORM NO. 441-0001A 12/88                    ISSUED 02/15/2005

AGENCY BILL

231-1056 (1/86)

COMPANY COPY                    PAGE   10

HAN 000112

INS 000278

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF   ZHO 4263053

THE HANOVER INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA   01605

EQUIPMENT BREAKDOWN COVERAGE PART DECLARATION

| POLICY NUMBER | FROM POLICY PERIOD TO | | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA          70183 |

THESE COVERAGES APPLY TO ALL LOCATIONS LISTED:
------------------------------------------------
1065 & 1065R S. GAYOSO, NEW ORLEANS, LA 70125

| COVERAGES | LIMITS |
|---|---|
| EQUIPMENT BREAKDOWN LIMIT | $4,297,265 |
| PROPERTY DAMAGE | INCLUDED |
| BUSINESS INCOME | INCLUDED |
| EXTRA EXPENSE | COMBINED W/BUSINESS INCOME |
| SERVICE INTERRUPTION | COMBINED W/BUSINESS INCOME |
| PERISHABLE GOODS | $25,000 |
| COMPUTER EQUIPMENT | $25,000 |
| DEMOLITION AND ICC | $25,000 |
| EXPEDITING EXPENSES | $25,000 |
| HAZARDOUS SUBSTANCES | $25,000 |
| CFC REFRIGERANTS | $25,000 |
| NEWLY ACQUIRED LOCATIONS | INCLUDED |
| DATA RESTORATION | $100,000 |

DEDUCTIBLES
$2,500

OTHER CONDITIONS

ADDITIONAL COVERAGES INCLUDED

FORMS APPLICABLE TO THIS COVERAGE PART:    451-0022      451-0028

PREMIUM:  $1,509

FORM NO. 451-0020A                         ISSUED 02/15/2005
                                               AGENCY BILL
COMPANY COPY                    PAGE  11

231-1096 (1/05)

HAN 000113

INS 000279

# Equipment Breakdown Coverage Form

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties, and what is and is not covered.

Throughout this policy, the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this Insurance. Other words and phrases that appear in quotation marks have special meaning. Refer to Section G - DEFINITIONS, except for "accident" and "covered equipment," which are defined in A.1.a. and b. below.

## A. COVERAGE

### 1. Covered Cause of Loss

The insurance provided by this Coverage Part applies to the direct result of an "accident" to "covered equipment."

**a. "Accident"** means direct physical loss as follows:

(1) Mechanical breakdown, including rupture or bursting caused by centrifugal force;

(2) Artificially generated electrical current, including electrical arcing, that disturbs electrical devices, appliances or wires;

(3) Explosion of steam boilers, steam piping, steam engines or steam turbines owned or leased by you, or operated under your control;

(4) Loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

(5) Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**b. "Covered Equipment,"** unless specified otherwise in the Declarations, means any property built to operate under vacuum or pressure, other than weight of contents, or used for the generation, transmission or utilization of energy.

Such property must be at a location described in the Declarations and must be owned or leased by you or operated under your control, except as specifically provided for under Service Interruption coverage and the Service Interruption component of other coverages.

### 2. Coverages Provided

The following coverages are provided if shown in the Declarations.

The "accident" must occur during the Policy Period, but expiration of the policy does not limit our liability.

**a. Property Damage**

We will pay for direct damage to "covered property."

**b. Business Income**

(1) We will pay your actual loss of "business income" that results directly from the necessary total or partial interruption of your business.

(2) We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(3) We will consider the actual experience of your business before the "accident" and the probable experience you would have had without the "accident" in determining the amount of our payment.

(4) This coverage continues until the date the damaged property is repaired or replaced, plus the number of days shown in the Declarations for Extended Business Income.

**c. Extra Expense**

We will pay the reasonable "extra expense" to operate your business

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
6648 New 3/95

451-0022

1

HAN 000114

INS 000280

during a total or partial interruption of business.

**d. Service Interruption**

(1) Any insurance provided for Business Income and Extra Expense coverages is extended to apply to loss as qualified below.

(2) The "covered equipment" is owned by a

(a) Utility,

(b) Landlord, or

(c) Other supplier

with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

**e. Perishable Goods**

(1) We will pay for your loss of "perishable goods" due to spoilage.

(2) We will also pay for such loss caused by an accident to "covered equipment" owned by a

(a) Utility,

(b) Landlord, or

(c) Other supplier

with whom you have a contract to provide you with any of the following services: electrical power, communications, waste disposal, air conditioning, refrigeration, heating, gas, air, water or steam.

(3) We will also pay for your loss of "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

(4) We will also pay any necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

**f. Computer Equipment**

We will pay for direct damage to computer equipment" that is damaged by an "accident" to such equipment. We will also pay for loss as described in Business Income and Extra Expense coverages caused by such damage, if these coverages are indicated in the Declarations.

**g. Demolition and ICC (Increased Cost of Construction)**

If an "accident" to "covered equipment" damages a building that is "covered property"; and the loss is increased by enforcement of any ordinance or law in force at the time of the "accident" that regulates the construction or repair of buildings, or establishes zoning or land use requirements, we will pay for the following additional costs to comply with such ordinance or law:

(1) Your actual expenditures for the cost to demolish and clear the site of undamaged parts.

(2) Your actual expenditures for increased costs to repair, rebuild or construct the building. If the building is repaired or rebuilt, it must be intended for similar use or occupancy as the current building, unless otherwise required by zoning or land use ordinance or law.

(3) Your loss as described in Business Income and Extra Expense coverages caused by loss covered in (1) or (2) above, if these coverages are indicated in the Declarations.

We will not pay for:

(4) Any fine;

(5) Any liability to a third party;

(6) Any increase in loss due to a "hazardous substance"; or

(7) Increased construction costs until the building is actually repaired or replaced.

**h. Expediting Expenses**

With respect to your damaged "covered property," we will pay the reasonable extra cost to:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

2

HAN 000115

INS 000281

(1) Make temporary repairs; and
(2) Expedite permanent repairs or permanent replacement.

**i. Hazardous Substances**

We will pay for the additional cost to repair or replace "covered property" because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

We will also pay for additional loss as described in Business Income, Extra Expense and Perishable Goods coverages caused by such contamination, if these coverages are indicated in the Declarations.

**j. CFC Refrigerants**

We will pay for the additional cost to repair or replace "covered property" because of the use or presence of a refrigerant containing CFC (chlorinated fluorocarbon) substances. This means the additional expense to do the least expensive of the following:

(1) Repair the damaged property and replace any lost CFC refrigerant;
(2) Repair the damaged property, retrofit the system to accept a non-CFC refrigerant and charge the system with a non-CFC refrigerant; or
(3) Replace the system with one using a non-CFC refrigerant.

Additional costs mean those beyond what would have been required had no CFC refrigerant been involved.

We will also pay for additional loss as described in Business Income, Extra Expense and Perishable Goods coverages caused by such loss, if these coverages are indicated in the Declarations.

**k. Newly Acquired Locations**

All coverages provided by this Coverage Part are extended to a newly acquired location that you have purchased or leased. This automatic coverage begins at the time you acquire the property and is subject to the following conditions:

(1) You agree to pay an additional premium as determined by us. Such additional premium will be computed from the date of acquisition.
(2) You report the location to us no later than the number of days specified in the Declarations for this coverage after the date you acquire the location.
(3) Insurance under this coverage for each newly acquired location will end when any of the following first occurs:
  (a) This Policy expires;
  (b) The number of days specified in the Declarations for this coverage expire after you acquire the location; or
  (c) The location is more specifically insured.
(4) If limits or deductibles vary by location, the highest limits and deductibles will apply.

**l. Defense**

This coverage is automatically included and does not need to be indicated in the Declarations.

(1) If a claim or "suit" is brought against you alleging that you are liable for damage to property of another in your care, custody or control, that was directly caused by an "accident" to "covered equipment," we will either:
  (a) Settle the claim or "suit," or
  (b) Defend you against the claim or "suit" but keep for ourselves the right to settle it at any point.
(2) We will pay, with respect to any claim or "suit" we defend:
  (a) All expenses we incur;
  (b) The cost of bonds to release attachments. We do not have to furnish these bonds;
  (c) All reasonable expenses incurred by you at our request to assist us in the investigation or defense of

HAN 000116

INS 000282

the claim or "suit," including actual loss of earnings up to $250 a day because of time off from work;

   (d) All costs taxed against you in any "suit" we defend;

   (e) Prejudgment interest awarded against you on that part of the judgment we pay. If we make an offer to pay the applicable limits, we will not pay any prejudgment interest based on that period of time after the offer; and

   (f) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limits.

**B. EXCLUSIONS**

1. We will not pay for loss or damage caused by or resulting from:

   a. Depletion, deterioration, corrosion, erosion, wear and tear, or other gradually developing conditions. But if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

   b. The enforcement of any ordinance, law, regulation, rule or ruling regulating or restricting repair, replacement, alteration, use, operation, construction or installation, except as provided under the following coverages: Demolition and ICC, Hazardous Substances or CFC Refrigerants.

   c. Any earth movement, including but not limited to earthquake, subsidence, sinkhole collapse, landslide, mudslide, earth sinking, tsunami or volcanic action.

   d. Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. However, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out, subject to the applicable Property Damage limit and Direct Coverage deductible.

   e. Windstorm or hail. However, we will pay if:

     (1) "Covered equipment" located within a building or structure suffers an "accident" that results from rain, snow, sand or dust; and

     (2) The building or structure did not first sustain wind or hail damage to its roof or walls through which the rain, snow, sand or dust entered.

   f. Nuclear reaction or radiation, or radioactive contamination, however caused.

   g. War, including undeclared or civil war; Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

   h. Fire or combustion explosion, whether or not caused by or resulting from an "accident."

   i. Any of the following tests:

     (1) A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

     (2) An insulation breakdown test of any type of electrical equipment.

   j. Water or other means used to extinguish a fire, even when such an attempt is unsuccessful.

   k. Any of the following causes of loss, if coverage for that cause of loss is provided by another coverage part or policy of insurance you have, whether collectible or not:

     (1) Lightning, Explosion (except for steam or centrifugal explosion); Smoke, Aircraft or Vehicles, Riot or Civil Commotion, Vandalism or Sprinkler Leakage;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    4

HAN 000117

INS 000283

    (2) Breakage of Glass, Falling Objects, Weight of Snow, Ice or Sleet or Water Damage (including Water Damage that is the result of an "accident"); or

    (3) Freezing (caused by cold weather), Collapse or Molten Material.

2. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:

  a. Loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business at the described location;

  b. That part of any loss that is due solely to the suspension, lapse or cancellation of a contract following an "accident" extending beyond the time Business Income is applicable; or

  c. Delay in resuming operations due to the need to reconstruct or reinput data or programs on "media."

3. With respect to Service Interruption coverage and paragraph (2) of Perishable Goods coverage, we will also not pay for loss caused by or resulting from any of the causes of loss named in Exclusion 1.k. above, whether or not coverage for such cause of loss is provided by another coverage part or policy of insurance you have.

4. With respect to Perishable Goods coverage, we will also not pay for loss or damage as a result of your failure to use all reasonable means to protect the perishable goods from damage following an "accident."

5. With respect to Computer Equipment coverage, we will also not pay for loss or damage caused by or resulting from any defect, virus, loss of data or other situation within "media."
But if loss or damage from an "accident" results, we will pay for that resulting loss or damage.

6. None of the following is "covered equipment":

  a. Structure, foundation, cabinet, compartment, or air supported structure or building;

  b. Insulating or refractory material;

  c. Sewer piping, underground vessels or piping, any piping forming a part of a sprinkler system or water piping other than:

    (1) Boiler feed water piping;

    (2) Boiler condensate return piping; or

    (3) Water piping forming a part of refrigerating or air conditioning system;

  d. Vehicle, aircraft, floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel;

  e. Dragline, excavation or construction equipment; or

  f. Equipment manufactured by you for sale.

7. "Covered property" does not include live animals.

**C. LIMITS OF INSURANCE**
Any payment made under this Coverage Part will not be increased if more than one insured is shown in the Declarations. If two or more limits apply to the same portion of a loss, we will pay the smaller limit for that portion of the loss.

1. **Equipment Breakdown Limit**
The most we will pay for loss or damage arising from any "one accident" is the amount shown as the Equipment Breakdown Limit in the Declarations. This total limit applies to all coverages under this Coverage Part except Defense. The costs we incur under the Defense coverage shall not reduce the available Equipment Breakdown Limit.

2. **Coverage Limits**
The limit of your insurance under each of the coverages from loss or damage arising from any "one accident" is the amount shown in the Declarations for that coverage. These limits are a part of, and not in addition to, the Equipment Breakdown Limit. If an amount of time is shown, coverage will continue for no more than that amount of time immediately following the "accident."

EXAMPLE I (Coverages that Do Not Overlap)
If there is "one accident" that results in loss under Property Damage and Business Income coverages, the limits for those coverages will both be available, up to a combined amount not to exceed the Equipment Breakdown Limit.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HAN 000118

INS 000284

**EXAMPLE 2  (Coverages that Overlap)**
If there is "one accident" that results in loss under Property Damage coverage and that is covered because of Newly Acquired Locations coverage, the overlapping portion of the loss, which in this case is the entire loss amount, will be subject to the smaller limit.

**D.  DEDUCTIBLE**
If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," the highest deductibles will apply.

1.  **Direct and Indirect Coverages**
    Unless otherwise shown in the Declarations, the Direct Coverages Deductibles apply to all loss or damage covered by this Coverage Part, with the exception of those coverages subject to the Indirect Coverages Deductibles as noted below. Unless more specifically indicated in the Declarations, the Indirect Coverages Deductibles apply to Business Income, Extra Expense, Service Interruption, and the extensions of those Coverages included in other Coverages.
    Defense Coverage is not subject to a deductible.

2.  **Application of Deductibles**
    a.  **Dollar Deductibles**
        We will not pay for loss or damage resulting from any "one accident" until the amount of loss or damage exceeds the applicable deductible or deductibles shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable deductible or deductibles, subject to the applicable limits shown in the Declarations.

    b.  **Time Deductibles**
        If a time deductible is shown in the Declarations, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

c.  **Multiple of Average Daily Value (ADV) Deductibles**
    If a deductible is expressed as a number times ADV, that amount will be calculated as follows:
    The ADV (Average Daily Value) will be the "business income" that would have been earned had no "accident" occurred during the period of interruption of business divided by the number of working days in that period. No reduction shall be made for the "business income" not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to all locations included in the valuation of the loss.
    The number indicated in the Declarations will be multiplied by the ADV as determined above. The result will be used as the applicable deductible.
    **EXAMPLE**
    Business is interrupted, partially or completely, for 10 days. If there had been no "accident," the total "business income" for those 10 days would have been $5,000. The Indirect Coverages Deductible is 3 Times ADV.

    $5,000 / 10 = $500 ADV

    3 X $500 = $1,500 Indirect Coverages Deductible

d.  **Percentage of Loss Deductibles**
    If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss or damage (prior to any applicable deductible or coinsurance) insured under the applicable coverage extension. If the dollar amount of such percentage is less than the indicated Minimum Deductible, the Minimum Deductible will be the applicable deductible.

**E.  LOSS CONDITIONS**
The following conditions apply in addition to the Common Policy Conditions:

1.  **Abandonment**
    There can be no abandonment of any property to us.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

6

HAN 000119

INS 000285

**2. Appraisal**

If we admit liability for a loss and we and you disagree on the value of the property or "business income", either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property or "business income." If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and
b. Bear the other expenses of the appraisal and umpire equally.

**3. Brands and Labels**

If branded or labeled merchandise that is "covered property" is damaged by an "accident" to "covered equipment", but retains a salvage value, you may, at your expense:

a. Stamp the word SALVAGE on the merchandise or its containers if the stamp will not physically damage the merchandise; or
b. Remove the brands or labels, if doing so will not physically damage the merchandise. You must re-label the merchandise or its containers to comply with the law.

We will pay for any reduction in value of the salvage merchandise resulting from either of these two actions.

If a Brands and Labels Limit is shown on the Declarations, we will not pay more than the indicated amount for coverage under this Condition.

**4. Coinsurance**

a. **Business Income**

Unless otherwise shown in the Declarations, Business Income Coverage is subject to coinsurance. When coinsurance applies, we will not pay the full amount of any "business income" loss if the "business income actual annual value" is greater than the "business income estimated annual value." Instead, we will determine the most

we will pay using the following steps:

(1) Divide the "business income estimated annual value" by the "business income actual annual value" at the time of the "accident";
(2) Multiply the total amount of the covered loss of "business income" by the figure determined in paragraph (1) above;
(3) Subtract the applicable Deductible from the amount determined in paragraph (2) above;

The resulting amount, or the Business Income Limit, whichever is less, is the most we will pay. We will not pay for the remainder of the loss.

This provision applies separately to each insured location.

EXAMPLE 1 (Underinsurance)
When:
The "business income actual annual value" at the location of loss at the time of the "accident" is $200,000.
The "business income estimated annual value" shown in the Declarations for the location of loss is $100,000.
The actual loss of "business income" resulting from the "accident" is $40,000.
The Business Income Limit is $1,000,000.
The Business Income Deductible is $5,000.
Step 1: $100,00/$200,000 = .5
Step 2: $40,000 x .5 = $20,000
Step 3: $20,000 - $5,000 = $15,000
The total "business income" loss recovery, after deductible, would be $15,000. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

EXAMPLE 2 (Adequate insurance)
When:
The "business income actual annual value" at the location of loss at the time of the "accident" is $200,000.
The "business income estimated annual value" shown in the Declarations for the location of loss is $200,000.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HAN 000120

INS 000286

The actual loss of "business income" resulting from the "accident" is $40,000.
The Business Income Limit is $1,000,000.
The business Income Deductible is $5,000.
Step 1:  $200,000/$200,000 = 1
Step 2:  $40,000 X 1 = $40,000
Step 3:  $40,000 - $5,000 = $35,000
The total "business income" loss recovery, after deductible, would be $35,000

b. **Other Coinsurance**

If indicated in the Declarations, specified coverages may be subject to coinsurance. We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable Deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss.

EXAMPLE 1 (Underinsurance)
When:
The value of perishable goods at the location of loss at the time of the "accident" is $200,000.
The Perishable Goods Limit is $200,000 @ 80% Coinsurance.
The actual loss under Perishable Goods Coverage resulting from the "accident" is $40,000.
The Perishable Goods Deductible is $5,000.
Step 1:  $200,000 X 80% = $160,000
Step 2:  $100,000/$160,000 = .625
Step 3:  $40,000 x .625 = $25,000
Step 4:  $25,000 - $5,000 = $20,000
The total Perishable Goods loss recovery, after deductible, would be $20,000. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.
EXAMPLE 2 (Adequate insurance)
When:

The value of perishable goods at the location of loss at the time of the "accident" is $100,000.
The Perishable Goods Limit is $100,000 @ 80% Coinsurance.
The actual loss under Perishable Goods Coverage resulting from the "accident" is $40,000.
The Perishable Goods Deductible is $5,000.
Step 1:  $100,000 X 80% = $80,000
Step 2:  $100,000/$80,000 = 1.25
Coinsurance does not apply.
Step 3:  $40,000 - $5,000 = $35,000
The total Perishable Goods loss recovery, after deductible, would be $35,000.

5. **Duties in the Event of Loss or Damage**

You must see that the following are done in the event of loss or damage:

a.  Give us prompt notice of the loss or damage. Include a description of the property involved;

b.  As soon as possible, give us a description of how, when and where the loss or damage occurred;

c.  Allow us a reasonable time and opportunity to examine the property and premises before repairs are undertaken or physical evidence of the "accident" is removed. But you must take whatever measures are necessary for protection from further damage;

d.  Permit us to inspect the property and records. Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis;

e.  If requested, permit us to question you under oath, at such times as may be reasonable required about any matter relating to this insurance or your claim including your books and records. In such event, your answers must be signed;

f.  Send us a signed sworn proof of loss containing the information we request to settle the claim. You must do this within 60 days after our request;

g.  Cooperate with us in the investigation and settlement of the

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HAN 000121

INS 000287

claim;

h. Promptly send us any legal papers or notices received concerning the loss or damage; and

i. Make no statement that will assume any obligation or admit any liability, for any loss or damage for which we may be liable, without our consent.

We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

6. **Reducing Your Loss**

You must reduce your loss, if possible, by:

a. Resuming business, partially or completely;

b. Making up lost business within a reasonable amount of time. This includes working extra time or overtime at the location of loss or at another location. The reasonable amount of time does not necessarily end when the operations are resumed;

c. Using merchandise or other property available to you;

d. Using the property or services of others; or

e. Salvaging the damaged property.

7. **Salvage and Recoveries**

When, in connection with any loss under this Coverage Part, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis on which it would have been settled had the amount of salvage or recovery been known at the time the loss was originally determined. Any amounts thus found to be due either party from the other shall be paid promptly.

8. **Valuation**

a. Our payment for damaged "covered property" will be the smallest of:

(1) The cost to repair the damaged property;

(2) The cost to replace the damaged property on the same site; or

(3) The amount you actually spend that is necessary to repair or replace the damaged property.

b. You must pay the extra cost of replacing damaged property with property of a better kind or quality or of a different size or capacity.

c. If you do not repair or replace the damaged property within 24 months after the date of the "accident," then we will pay only the smaller of the:

(1) Cost it would have taken to repair at the time of the "accident"; or

(2) Actual cash value; at the time of the "accident."

d. If any of the following conditions are met, property held by you for sale will be valued at the sales price as if no loss or damage had occurred, less any discounts and expenses you otherwise would have had:

(1) The property was manufactured by you;

(2) The sales price of the property is less than the replacement cost of the property; or

(3) You are unable to replace the property before its anticipated sale.

e. "Media" will be valued on the following basis:

(1) For "media" that are mass-produced and commercially available, at the replacement cost.

(2) For all other "media," at the cost of blank material for reproducing the records.

F. **ADDITIONAL CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions:

1. **Additional Insured**

If a person or organization is designated in this Coverage Part as an additional insured, we will consider them to be an insured under this Coverage Part only to the extent of their interest.

2. **Bankruptcy**

The bankruptcy or insolvency of you or your estate will not relieve us of any obligation under this Coverage Part.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

9

HAN 000122

INS 000288

3. **Concealment, Misrepresentation or Fraud**

We will not pay for any loss if you or any other Named Insured at any time intentionally conceal or misrepresent a material fact concerning:

a. This Coverage Part;

b. The "covered property";

c. Your interest in the "covered property"; or

d. A claim under this Coverage Part.

4. **Legal Action Against Us**

No one may bring a legal action against us under this Policy unless:

a. There has been full compliance with all the terms of this Policy; and

b. The action is brought within two years after the date of the "accident" or

c. We agree in writing that you have an obligation to pay for damage to covered property" of others or until the amount of that obligation has been determined by final judgment or arbitration award. No one has the right under this Policy to bring us into an action to determine your liability.

5. **Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

6. **Loss Payable**

a. We will pay you and the loss payee shown in the Declarations for loss covered by this Coverage Part, as interests may appear. The insurance covers the interest of the loss payee unless the loss results from conversion, secretion or embezzlement on your part.

b. We may cancel the policy as allowed by the Cancellation Condition. Cancellation ends this agreement as to the loss payee's interest. If we cancel, we will mail you and the loss payee the same advance notice.

c. If we make any payment to the loss payee, we will obtain their rights

against any other party.

7. **Mortgage Holders**

a. The term mortgage holder includes trustee.

b. We will pay for direct damage to "covered property" due to an "accident" to "covered equipment" to you and each mortgage holder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the "covered property."

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership or material change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holders right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

10

HAN 000123

INS 000289

interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

h. If we suspend coverage, it will also be suspended as respects the mortgage holder. We will give written notice of the suspension to the mortgage holder.

8. **Other Insurance**

a. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable limits under this Coverage Part bear to the Limits of Insurance of all insurance covering on the same basis.

b. If there is other insurance covering the same loss or damage, other than that described in (a) above, we will pay only the amount of covered loss or damaged in excess of the amount due from that other insurance, whether you can collect on it or not.

In no case will we pay more than the applicable limits.

9. **Policy Period, Coverage Territory**

Under this Coverage Part:

a. The "accident" must occur:

(1) During the Policy Period shown in the Declarations; and

(2) Within the Coverage Territory.

b. The Coverage Territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

10. **Privilege to Adjust with Owner**

In the event of loss or damage involving property of others in your care, custody or control, we have the right to settle the loss or damage with respect to such property with the owner of the property. A receipt for payment from the owners of that property will satisfy any claim of yours.

11. **Suspension**

Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by delivering or mailing a written notice of suspension to:

a. Your last known address; or

b. The address where the "covered equipment" is located.

Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment."

If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment." But the suspension will be effective even if we have not yet made or offered a refund.

12. **Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

a. Prior to a loss to your "covered property."

b. After a loss to your "covered property" only if, at time of loss, that party is one of the following:

(1) Someone insured by this insurance; or

(2) A business firm:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

11

HAN 000124

INS 000290

(a) Owned or controlled by you;
or

(b) That owns or controls you.

## G. DEFINITIONS

1. **"Accident"** is defined in A.1.a., COVERAGE - Covered Cause of Loss.

2. **"Boilers and Vessels"** means:

   a. Any boiler, including attached steam, condensate and feedwater piping; and

   b. Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

   This term does not appear elsewhere in this coverage form, but may appear in the Declarations.

3. **"Business Income"** means the sum of:

   a. The Net Income (net profit or loss before income taxes) that would have been earned or incurred; and

   b. Continuing normal operating expenses incurred, including employee payroll.

4. **"Business Income Actual Annual Value"** means the "business income" for the current fiscal year that would have been earned had no "accident" occurred.

   In calculating the "business income actual annual value," we will take into account the actual experience of your business before the "accident" and the probable experience you would have had without the "accident."

5. **"Business Income Estimated Annual Value"** means the anticipated "business income" reported to us and shown in the Declarations. If no value is shown in the Declarations, the "business income estimated annual value" will be the most recent report of anticipated "business income" values on file with us.

6. **"Computer Equipment"** means "covered property" that is electronic computer or other electronic data processing equipment, including "media" and peripherals used in conjunction with such equipment.

7. **"Covered Equipment"** is defined in A.1.b., COVERAGE - Covered Cause of Loss.

8. **"Covered Property"** means property that:

   a. You own; or

   b. Is in your care, custody or control and for which you are legally liable while at a location described in the Declarations.

9. **"Extra Expense"** means the additional cost you incur to operate your business during the interruption over and above the cost that normally would have been incurred to operate the business during the same period had no "accident" occurred.

10. **"Hazardous Substance"** means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

11. **"Media"** means all forms of electronic, magnetic and optical tapes and discs for use in any electronic computer or electronic data processing equipment.

12. **"One Accident"** means:

    If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

13. **"Perishable Goods"** means any "covered property" subject to deterioration or impairment as a result of a change of conditions, including but not limited to temperature, humidity or pressure.

14. **"Production Machinery"** means: Any machine or apparatus that processes or produces a product intended for eventual sale. However, "production machinery" does not mean any fired or unfired pressure vessel other than a cylinder containing a movable plunger or piston. This term does not appear elsewhere in this coverage form, but may appear in the Declarations.

15. **"Suit"** means a civil proceeding in which this insurance applies and includes:

    a. An arbitration proceeding in which damages are claimed and to which you must submit or do submit with our consent; or

    b. Any other alternative dispute resolution proceeding in which damages are claimed and to which you submit with our consent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HAN 000125

INS 000291

# Freestyle Plus Amendatory Endorsement

This endorsement changes the policy. Please read it carefully.

This endorsement modifies insurance provided under the following:
Equipment Breakdown Coverage Form- 451-0022, 6648 New 3/95

### Data Restoration

We will pay for your cost to research, replace and restore data, including programs and operating systems, that is lost or corrupted due to a Covered Cause of Loss. This coverage is provided up to a Data Restoration coverage limit of $100,000. This limit is separate from the Computer Equipment coverage limit. It is part of and not in addition to the Equipment Breakdown Limit.

### Environmental, Safety and Efficiency Improvements

If "covered equipment" requires replacement due to a Covered Cause of Loss, we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to repair or replace with like kind and quality. This coverage does not increase any of the applicable limits. This coverage does not apply to any property valued on an Actual Cash Value basis.

### Jurisdictional Inspections

If any "covered equipment" requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf.

### Machinery Control Computers

Computers used primarily to control or operate "covered equipment" will not be subject to the Computer Equipment coverage limit.

### Modified Vehicle Definition

Exclusion 6.d. states that a vehicle, aircraft or floating vessel will not be considered "covered equipment." However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

451-0028 (3/99)

HAN 000126

INS 000292



**CITIZENS INSURANCE®**
**HANOVER INSURANCE®**

Insured Name: _____
Policy Number: ____ZHO 4263053____
Agents Name: _____
Agency Code: _____

### NOTICE – TO POLICYHOLDERS
### POTENTIAL RESTRICTIONS TO TERRORISM COVERAGE

This notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on the extension of the federal Program. If the federal Program terminates, or is extended with certain changes during the term of your policy, then the treatment of terrorism under your policy may change. This Notice is being provided to you for the purpose of summarizing the potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does not form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Please carefully read your policy, including the endorsements attached to your policy.

<u>**YOUR POLICY AT THE START OF THE NEW POLICY TERM:**</u>

**IL 09 60, IL 09 65 or IL 09 75** – The terrorism endorsement in this policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement, but involves acts of terrorism by or on behalf of a foreign interest). This coverage is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only if the event involves biological or chemical materials under certain circumstances. With respect to "certified acts of terrorism" and "other acts of terrorism", policy exclusions (for example, the nuclear hazard and war exclusions) and other policy provisions continue to apply.

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

401-0145 (8/04)

HAN 000127

INS 000293

**Endorsement IL 09 96 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

- If the federal Terrorism Risk Insurance  Program (TRIP) terminates with respect to the type of insurance provided under this policy (TRIP is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government); or
- If TRIP is extended with changes that redefine terrorism and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP was extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism available to you. Our deductible for 2004 is 10% of the total of our previous year's direct earned premiums. In 2005, that figure is 15%. The government's share is 90% of the terrorism losses paid by us above the deductible.

**Endorsement IL 09 96 treats terrorism as follows:**

- Coverage for injury or damage arising out of terrorism is excluded only if:

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
  - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
  - The terrorism event is carried out by means of the dispersal of application of pathogenic or poisonous biological or chemical materials; or
  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials and it appears that one of the terrorism was to release such materials.

- The Exception Covering Certain Fire Losses applies only in certain states. If the Exception applies in any states under your policy, that is indicated in the Schedule of terrorism endorsement. If the Exception applies, the Schedule indicates the affected types of insurance in the affected states. When the Exception applies, the exclusion of terrorism does not apply to direct loss or damage by fire to Covered Property, with respect to affected types of insurance in affected states.

**Please review the definition of terrorism for purposes of the terrorism exclusion.**

401-0145 (8/04)

HAN 000128

INS 000294



**ALLMERICA FINANCIAL®**

**CITIZENS INSURANCE®**
**I HANOVER INSURANCE®**

Insured Name: _____
Policy Number: _____ ZHO 4263053 _____
Agents Name: _____
Agency Code: _____

## NOTICE – TO POLICYHOLDERS
### POTENTIAL RESTRICTIONS TO TERRORISM COVERAGE

This notice has been prepared in conjunction with the **POTENTIAL** implementation of changes related to coverage of terrorism under your policy.

The Terrorism Risk Insurance Act of 2002 established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. That Program will terminate at the end of December 31, 2005 unless extended by the federal government. Your policy will become effective (or will be renewed) while the federal Program is still in effect, but prior to a decision by the federal government on the extension of the federal Program. If the federal Program terminates, or is extended with certain changes during the term of your policy, then the treatment of terrorism under your policy may change. This Notice is being provided to you for the purpose of summarizing the potential impact on your coverage. The summary is a brief synopsis of significant exclusionary provisions and limitations.

This Notice does **not** form a part of your insurance contract. The Notice is designed to alert you to coverage restrictions and to other provisions in certain terrorism endorsement(s) in this policy. If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) apply.

Please carefully read your policy, including the endorsements attached to your policy.

### YOUR POLICY AT THE START OF THE NEW POLICY TERM:

**CG 21 72** – The terrorism endorsement in this policy makes a distinction between "certified acts of terrorism" and "other acts of terrorism". There is coverage for "certified acts of terrorism" (which is more fully defined in the endorsement but involves acts of terrorism by or on behalf of a foreign interest). This coverage is subject to a limit on our liability pursuant to the federal Terrorism Risk Insurance Act of 2002. The endorsement excludes coverage for "other acts of terrorism" (terrorist acts other than certified acts) but such exclusion applies only of the event qualified as a nuclear event or if the event qualified under certain circumstances as a biological or chemical event. With respect to "certified acts of terrorism", policy exclusions (for example, the war liability exclusion) and other policy provision continue to apply.

401-0139 (8/04)                                                    Page 1 of 2

**HAN 000129**

INS 000295

**POTENTIAL CHANGE DURING THE TERM OF YOUR POLICY:**

**Endorsement CG 21 88 is attached to your policy. Its provisions will become applicable to your policy only if certain events (one or more of them) occur. Those events include the following:**

- If the federal Terrorism Risk Insurance Program (TRIP) terminates with respect to the type of insurance provided under this policy (TRIP is scheduled to terminate at the end of December 31, 2005 unless extended by the federal government); or
- If TRIP is extended with changes that redefine terrorism and we are not required to make such revised coverage available to you; or
- If TRIP is extended with changes that make insurance coverage for terrorism subject to provisions or requirements that differ from those that apply to other events or occurrences under this policy, and we are not required to make such revised coverage available to you; or
- If TRIP was extended with changes that increase insurers' statutory percentage deductible under TRIP for terrorism losses, or decrease the federal government's statutory percentage share in potential terrorism losses, and we are not required to make terrorism available to you. Our deductible for 2004 is 10% of the total of our previous year's direct earned premiums. In 2005, that figure is 15%. The government's share is 90% of the terrorism losses paid by us above the deductible.

**Endorsement CG 21 88 treats terrorism as follows:**

- Coverage for injury or damage arising out of terrorism is excluded only if:

  - The terrorism event involves nuclear materials or results in nuclear reaction or radiation or radioactive contamination; or
  - The terrorism event involves the release of radioactive material, and it appears that one purpose of the terrorism was to release such material; or
  - The terrorism event is carried out by means of the dispersal of application of pathogenic or poisonous biological or chemical materials; or
  - The terrorism event involves the release of pathogenic or poisonous biological or chemical materials and it appears that one of the terrorism was to release such materials.

**Please review the definition of terrorism for purposes of the terrorism exclusion.**

HAN 000130

INS 000296

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF   ZHO 4263053

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

POLICY FORMS RECAP
ATTACH THIS FORM TO YOUR POLICY

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA            70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA            70183 |

FORMS APPLICABLE AT RENEWAL: (ALL NEW FORMS ARE IDENTIFIED WITH AN ASTERISK)

ALL COVERAGE PARTS:

```
221-4708   5/93        401-0079   5/93      *IL 02 77 12/04        IL 00 17 11/98
401-0107   1/03
```

PROPERTY COVERAGE PART:

```
231-0475   6/89        CP 00 90   7/88       CP 01 16 10/91        CP 00 10   6/95
CP 10 30   6/95        IL 09 35   8/98       IL 02 82   7/02       IL 09 60 11/02
*IL 09 96   5/04
```

GENERAL LIABILITY COVERAGE PART:

```
CG 26 84   3/03        CG 00 01 10/01        CG 00 62 12/02        CG 01 25   3/03
CG 21 72 12/02        *CG 28 18   8/97      *421-0022 12/90       *CG 32 10   9/04
*CG 26 75   1/02      *CG 21 47   7/98      *CG 26 72   1/02       *CG 21 62   9/98
*CG 01 18   3/96      *IL 00 21   4/98      *421-0037   6/95      *CG 21.88   5/04
*CG 21 67   4/02      *IL 00 21   7/02
```

INLAND MARINE COVERAGE PART:

```
411-0078   7/97        231-0475   6/89       IL 09 60 11/02       *IL 09 96   5/04
```

FORMS DELETED ON RENEWAL:

```
IL 02 77   7/02        IL 09 55 11/02        CG 00 63 12/02        IL 09 55 11/02
```

COUNTERSIGNED _____ BY _____

(AUTHORIZED REPRESENTATIVE)

FORM NO. 401-0023A   4/90                    ISSUED 02/15/2005

AGENCY BILL   M

COMPANY COPY                    PAGE  12

231-1096 (1/05)

HAN 000131

INS 000297

PAGE:   1   DATE: 02/15/2005

### POLICY PREMIUM RECAP SHEET

POLICY NUMBER   : ZHO 4263053 12 01      INSURED : NEW ORLEANS FLOORING & SUPPLY
EFFECTIVE DATE : 02/09/2005                        COMPANY
EXPIRATION DATE: 02/09/2006                        4200 EUPHROSINE ST
                                                   NEW ORLEANS LA


COMP : THE HANOVER INSURANCE COMPANY    AGENT : GAYNELL J. MARTIN INS. INC
                                                1933 HICKORY AVENUE


COMPANY LINE  : COMMERCIAL PACKAGE


### POLICY PREMIUM TOTALS

TOTAL COMMERCIAL PROPERTY PREMIUM.................................$17,445.00
TOTAL EQUIPMENT BREAKDOWN PREMIUM..................................$1,509.00
TOTAL MISCELLANEOUS GENERAL LIABILITY PREMIUM........................$50.00
TOTAL GENERAL LIABILITY PREMIUM...................................$10,416.00
TOTAL INLAND MARINE PREMIUM.........................................$450.00


            **TOTAL POLICY PREMIUM.........................$29,870.00

**MAY INCLUDE PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE.


RATER: LPM


HAN 000132

INS 000298

**THE HANOVER INSURANCE COMPANY**

AMENDMENT  1

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL LINES POLICY
COMMON DECLARATIONS

CM

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA          70183 |

AMENDMENT OF POLICY EFFECTIVE:    FEB. 09, 2005

THIS SUPERSEDES ANY PREVIOUS DECLARATION BEARING
THE SAME POLICY NUMBER FOR THIS POLICY PERIOD.

POLICY PERIOD:          FROM: FEB. 09  2005  TO: FEB. 09  2006  AT
     12:01 A.M.    STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

BUSINESS DESCRIPTION: WHOLESALE FLOORING & SUPPLY CO

LEGAL ENTITY:   CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

     THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS
     FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY
     BE SUBJECT TO ADJUSTMENT.                              PREMIUM

| | |
|---|---|
| COMMERCIAL PROPERTY COVERAGE | $17,445.00 |
| EQUIPMENT BREAKDOWN COVERAGE | $1,509.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $8,687.00 |
| MISCELLANEOUS GENERAL LIABILITY COVERAGE | $50.00 |
| COMMERCIAL INLAND MARINE COVERAGE | $450.00 |
| **TOTAL PREMIUM: | $28,141.00 |

**MAY INCLUDE PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE.
                              RETURN AMOUNT:      $1,729.00

THE FOLLOWING FORMS HAVE BEEN ADDED:        IL 02 77  7/02
THE FOLLOWING FORMS HAVE BEEN DELETED:      IL 02 77 12/04
COUNTERSIGNED _____ BY _____
                                        (AUTHORIZED REPRESENTATIVE)

THESE DECLARATIONS TOGETHER WITH THE COMMON  POLICY CONDITIONS, COVERAGE PART
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART
THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

FORM NO. 401-0023A  4/90                 ISSUED 03/10/2005

AGENCY BILL   M  231-1008 (9/00)

HAN 000133

INS 000299

**THE HANOVER INSURANCE COMPANY**

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL LINES POLICY
ENDORSEMENT RECAP

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA              70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA              70183 |

AMENDMENT OF POLICY EFFECTIVE: FEB. 09, 2005

AMENDMENT   01

THIS SUPERSEDES ANY PREVIOUS DECLARATION BEARING
THE SAME POLICY NUMBER FOR THIS POLICY PERIOD.

REASON FOR AMENDMENT:

AMEND SALES LOC 1 FROM 12,664,705 TO 10,500,000

FORM NO. 401-0023A   4/90                    ISSUED 03/10/2005

AGENCY BILL

PAGE   2

E21-1898 (1/95)

HAN 000134

INS 000300

**THE HANOVER INSURANCE COMPANY**

AMENDMENT  1

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA            70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA            70183 |

AMENDMENT OF POLICY EFFECTIVE:  FEB. 09, 2005
THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.


AUDIT FREQUENCY: ANNUAL

LIMITS OF INSURANCE:
  GENERAL AGGREGATE LIMIT                                       $2,000,000
  PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT      $2,000,000
  EACH OCCURRENCE LIMIT                              $1,000,000
  PERSONAL AND ADVERTISING INJURY LIMIT             $1,000,000
  FIRE DAMAGE LIMIT, ANY ONE FIRE                  $50,000
  MEDICAL EXPENSE LIMIT, ANY ONE PERSON            $5,000

RETURN PREMIUM IS:        $1,729.00

THE FOLLOWING FORMS HAVE BEEN ADDED:
CG 32 10 09/04        CG 26 84 03/03        CG 28 18 08/97        421-0022 12/90
CG 26 75 01/02        CG 21 47 07/98        CG 00 01 10/01        CG 00 62 12/02
CG 01 18 03/96        IL 00 21 04/98        CG 21 62 09/98        CG 26 72 01/02
CG 21 72 12/02                                                   421-0037 06/95        CG 01 25 03/03

FORM NO. 421-0001A  2/89                    ISSUED 03/10/2005

AGENCY BILL

HAN 000135

INS 000301

**THE HANOVER INSURANCE COMPANY**

AMENDMENT   1

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA            70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA            70183 |

AMENDMENT OF POLICY EFFECTIVE:   FEB. 09, 2005
THIS ENDORSEMENT CHANGES THE POLICY.
PLEASE READ IT CAREFULLY.

THE FOLLOWING COVERAGE HAS BEEN CHANGED:

| LOC | ST | TER | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | LA | 001 | 12797 | 334 | 10,500,000 GROSS SALES | 1000 | $0.540 | $5,670 |
|   |   |   |   | 336 |   |   | $0.259 | $2,720 |

FLOOR COVERING DISTRIBUTORS

THE RETURN PREMIUM AMOUNT IS:                $1,729

SUBLINE 334   PREMISES AND OPERATIONS
SUBLINE 336   PRODUCTS AND COMPLETED OPERATIONS

FORM NO. 421-0001A   2/89                ISSUED 03/10/2005

AGENCY BILL

231-1088 (VIS)

PAGE   4

HAN 000136

INS 000302

THE HANOVER INSURANCE COMPANY

AMENDMENT  1

THE HANOVER INSURANCE COMPANY, 440 LINCOLN ST., WORCESTER, MA 01605

COMMERCIAL LINES POLICY

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZHO 4263053 12 | 02/09/05 | 02/09/06 | THE HANOVER INSURANCE COMPANY | 0404121 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| NEW ORLEANS FLOORING & SUPPLY COMPANY<br>4200 EUPHROSINE ST<br>NEW ORLEANS LA          70125 | GAYNELL J. MARTIN INS. INC<br>1933 HICKORY AVENUE<br>PO BOX 23685<br>NEW ORLEANS LA          70183 |

INSTALLMENT PAYMENT OF PREMIUM ENDORSEMENT                    PLAN M

| PAYMENT DUE DATE | PREMIUM PAYMENT | INST CHGE | ENDORSEMENT PREMIUM PAYMENT | ENDORSEMENT INST CHGE | REVISED AMOUNTS PREMIUM PAYMENT | REVISED AMOUNTS INST CHGE | TOTAL PAYMENT DUE |
|---|---|---|---|---|---|---|---|
| 03/10/05 | | | -353.00 | | -353.00 | | -353.00 |
| 04/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 05/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 06/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 07/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 08/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 09/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 10/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| 11/09/05 | 2,987.00 | | -172.00 | | 2,815.00 | | 2,815.00 |
| TOTALS | 23,896.00 | | -1,729.00 | | 22,167.00 | | 22,167.00 |

NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER, WAIVE OR EXTEND ANY OF THE TERMS, CONDITIONS, AGREEMENTS OR LIMITATIONS OF THE POLICY OTHER THAN AS STATED ABOVE.

EFFECTIVE 02/09/05 THIS ENDORSEMENT FORMS A PART OF POLICY NO. ZHO4263053

ISSUED TO    NEW ORLEANS FLOORING & SUPPLY COMPANY

BY THE HANOVER INSURANCE COMPANY

COUNTERSIGNED BY    _____

FORM NO. 221-4708A 5/93                    ISSUED 03/10/2005

HAN 000137

INS 000303

COMMERCIAL GENERAL LIABILITY
CG 32 10 09 04

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – FUNGI OR
# BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or "bacteria" on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or "bacteria" that are, are on, or are contained in, a good or product intended for consumption.

**B.** The following exclusion is added to Paragraph 2., Exclusions of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or "bacteria" on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or "bacteria", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

**1.** "Bacteria" means any type, kind or form of bacterium.

**2.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

CG 32 10 09 04                    © ISO Properties, Inc., 2004                    Page 1 of 1        □

HAN 000138

INS 000304

```
                                                              AMENDMENT   1
                                              PAGE:    1    DATE: 03/10/2005

                          POLICY PREMIUM RECAP SHEET

POLICY NUMBER  : ZHO 4263053 12 01       INSURED : NEW ORLEANS FLOORING & SUPPLY
EFFECTIVE DATE : 02/09/2005                        COMPANY
EXPIRATION DATE: 02/09/2006                        4200 EUPHROSINE ST
                                                   NEW ORLEANS LA

ENDORSEMENT EFFECTIVE DATE: 02/09/2005   TERM FACTOR: 1.000

COMP : THE HANOVER INSURANCE COMPANY   AGENT : GAYNELL J. MARTIN INS. INC
                                               1933 HICKORY AVENUE

COMPANY LINE  : COMMERCIAL PACKAGE


                         POLICY PREMIUM TOTALS

TOTAL COMMERCIAL PROPERTY PREMIUM................................$17,445.00
TOTAL GENERAL LIABILITY PREMIUM...................................$8,687.00
TOTAL INLAND MARINE PREMIUM.........................................$450.00
TOTAL EQUIPMENT BREAKDOWN PREMIUM.................................$1,509.00
TOTAL MISCELLANEOUS GENERAL LIABILITY PREMIUM........................$50.00


             **TOTAL POLICY PREMIUM.........................$28,141.00

**MAY INCLUDE PREMIUM, IF ANY, FOR TERRORISM; REFER TO DISCLOSURE NOTICE.
                 TOTAL ANNUAL RETURN PREMIUM...................$1,729.00
```

```
                                    RATER: KSZ
```

HAN 000139

INS 000305



ALLMERICA FINANCIAL®

# HANOVER
## INSURANCE

100 North Parkway, Worcester, Massachusetts 01 605

111-1697 (10/97)

HAN 000140

INS 000306