# LOUISIANA OPTIONAL LOSS SETTLEMENT ENDORSEMENT

SECTION I. CONDITIONS

Condition 3. Loss Settlement is deleted and replaced by the following:

3. **Loss Settlement.** Covered property losses are settled as follows:

    a.   Property of the following types:

        (1)  Personal property;

        (2)  Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

        (3)  Structures that are not buildings;

        at actual cash value at the time of loss but not more than the amount required to repair or replace.

    b.   Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

        (1)  We will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts.

            (a)  The limit of liability under this policy that applies to the building;

            (b)  The replacement cost of that part of the building damaged for like kind and quality construction and use on the same premises; or

            (c)  The necessary amount actually spent to repair or replace the damaged building.

        (2)  We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) above.

        However, if the cost to repair or replace the damage is both:

            (a)  Less than 5 % of the amount of insurance in this policy on the building; and

            (b)  Less than $2500;

        We will settle the loss according to the provisions of b.(1) above whether or not actual repair or replacement is complete.

        (3)  You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of this Condition 3. Loss Settlement.

LIB-038

EMHO 2885

INS 000430

## WINDSTORM OR HAIL DEDUCTIBLE

The following special deductible is added to the policy:

With respect to the peril of Windstorm Or Hail, we will pay only that part of the total of all loss payable under Section I that exceeds the windstorm or hail deductible.

The dollar or percentage amount of the windstorm or hail deductible is shown on the policy declaration.

The dollar amount of the percentage windstorm or hail deductible is determined by multiplying the Coverage A limit of liability shown in the Declarations by the deductible percentage amount shown in the Declarations.

*For Example, if your windstorm or hail deductible is 2%, and your Coverage A limit of liability is $100,000, the dollar amount of your windstorm or hail deductible is $2,000.*

No other deductible in the policy applies to loss caused by windstorm or hail.

All other provisions of this policy apply.

FMHO 2136                                                                                     PF

LIB-039

INS 000431

# AMENDATORY SEEPAGE ENDORSEMENT

This endorsement changes your policy. Please read it carefully.

### SECTION I - PERILS INSURED AGAINST

#### Coverage A - Dwelling and Coverage B - Other Structures

Paragraph 2.e. (9) is added:

  (9) Seepage, meaning continuous or repeated seepage or leakage of water, steam or fuel over a period of weeks, months or years:

  a) From a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or

  b) From within or around any plumbing fixtures, including, but not limited to, shower stalls, shower baths, tub installations, sinks or other fixtures, including walls, ceilings or floors.

FMHO 2265                                                          PF

LIB-040

INS 000432

# AMENDATORY MOLD, FUNGUS, WET ROT, DRY ROT OR BACTERIA ENDORSEMENT

**This endorsement changes your policy. Please read it carefully.**

## DEFINITIONS
The following definitions are added:

9.  **"Mold, Fungus, Wet Rot, or Dry Rot"** means any type or form of fungus, or rot. This includes mold, mildew and any mycotoxins, spores, scents or byproducts produced or released by mold, mildew, fungus, or rot.

10. **"Bacteria"** means any type or form of bacteria. This also includes other microbes or byproducts produced or released by bacteria.

## SECTION I -- PROPERTY COVERAGES
Additional Coverages
The following Additional Coverage is added:

11. **Remediation of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" Resulting Directly From A Covered Water Loss**

We will pay up to $5,000 for the "Remediation" of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" resulting directly from a covered water loss. We will pay no more than $5,000 for this coverage during the policy period, regardless of the number of water damage losses or claims submitted.

**"Remediation"** means the reasonable and necessary treatment, containment, decontamination, removal or disposal of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" as required to complete the repair or replacement of property, covered under Section I of the policy, that is damaged by a covered water loss. **"Remediation"** includes payment for any loss of fair rental value, or reasonable increase in additional living expenses that is necessary to maintain your normal standard of living, if "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" resulting from a covered water loss makes your residence premises uninhabitable. **"Remediation"** includes testing or investigation to detect, evaluate or measure "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria".

This Additional Coverage does not increase the limits of liability under Section I of the policy.

## SECTION I -- PERILS INSURED AGAINST
Coverage A -- Dwelling and Coverage B -- Other Structures
Paragraph 2.e. (3) is deleted and replaced by the following:

   (3) Smog, rust or other corrosion;

## SECTION I -- EXCLUSIONS
Exclusion 1.i. is added:

   i.  **"Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria"**, meaning the presence, growth, proliferation or spread of "Mold, Fungus, Wet Rot or Dry Rot" or "Bacteria".

LIB-041

PF

INS 000433

This exclusion does not apply:

(1) to the extent coverage is provided for in Additional Coverage 11. Remediation of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" Resulting Directly From A Covered Water Loss

(2) with respect to "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Peril Insured Against.

However, the exclusion shall continue to apply to:

(a) the cost to treat, contain, decontaminate, remove or dispose of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" beyond that which is required to repair or replace the covered property physically damaged by a Peril Insured Against.

(b) the cost of any testing of air or property to confirm the absence, presence or level of "Mold, Fungus, Wet Rot, or Dry Rot" or "Bacteria" whether performed prior to, during or after removal, repair, restoration or replacement; and

(c) any increase in loss under Coverage D -- Loss of Use and Additional Coverage 1. Debris Removal resulting from (2)(a) and (b).

## SECTION II -- EXCLUSIONS
Coverage E -- Personal Liability and Coverage F -- Medical Payments to Others
Exclusion 1.m. is added:

m. Arising out of or aggravated by, in whole or in part, "Mold, Fungus, Wet Rot or Dry Rot" or "Bacteria".

INS 000434

**Policy Change
Declarations**

 **TRAVELERS**

## HOMEOWNERS POLICY

**Named Insured**

LIONEL N & EDNA PHILLIPS JONES
2307 TENNESSEE ST
NEW ORLEANS LA 70117

**Your Agency's Name and Address**

HARRY KELLEHER & CO INC
5720 SALMEN AVENUE
HARAHAN, LA    70123

---

**Your Policy Number:** 920697018 633 1
**Your Account Number:** 920697018

**For Policy Service Call:** (504) 828-0400
**For Claim Service Call:** 1-800-CLAIM33

---

**Policy Period**
FROM: 11-03-04 To: 11-03-05  12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
2307 TENNESSEE STREET
NEW ORLEANS          LA 70117

**Change Effective Date: 11/03/04**

**Premium for This Change: $ -264.00**

**Reason for Change: Change to Prime Time Credit**

---

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| A - DWELLING | $ 110,000 | $ 1,225.00 |
| B - OTHER STRUCTURES | 11,000 | INCL |
| C - PERSONAL PROPERTY | 77,000 | INCL |
| D - LOSS OF USE | 22,000 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - PERSONAL LIABILITY (BODILY INJURY AND PROPERTY DAMAGE) EACH OCCURRENCE | $ 300,000 | $ 35.00 |
| F - MEDICAL PAYMENTS TO OTHERS- EACH PERSON | 1,000 | INCL |

---

### Policy Forms and Endorsements

| | | | | |
|---|---|---|---|---|
| HO-3 | (04-91) | Homeowners 3 Special Form | | |
| HA-300 LA | (04-03) | Special Provisions | | |
| 56512 LA | (05-99) | Additional Replacement Cost Protection | | $ 12.00 |
| HO-827 LA | (04-03) | Limited Fungi or Rot Remediation | $5,000 | |
| 56494 | (03-92) | Contents Replacement/Repair Cost Coverage | | 186.00 |
| 58182 A | (09-99) | Special Hurricane Deductible | | -41.00 |

**Total Premium**                                                     **$ 1,417.00**

---

**SFIC 000001**

INS 000435

**Your Premium Reflects the Following Credits or State Surcharges**

| | |
|---|---:|
| Security Credit | -93.00 |
| Loss Free Credit | -75.00 |
| Prime Time Credit | -278.00 |

**Policy Deductible:** $ 2,200.00 (2% of Coverage A) Special Hurricane Deductible
$ 500.00 All other perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

**First Mortgagee**

BANK ONE N.A.
RETAIL LOAN SERVICING KY2-1606
PO BOX 11908
LEXINGTON        KY 40578
LOAN NUMBER: 415520432478

**Your Insurer:**    The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

**For Your Information**

## SPECIAL HURRICANE DEDUCTIBLE APPLIES: SEE ENDORSEMENT 58182 A

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions HO-3 (04-91) and any attached endorsements form your Homeowners Insurance Policy.   Please keep them with your policy for future reference.

This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described in the Declarations Page. It is a full, true and complete reproduction of the insurance policy. No insurance is afforded hereunder.

Signature: _Dubia Block_      Date: _7/10/06_

PL-8852 1-97    478/0G4723   DEC#: 12

Page 2 of 2

SFIC 000002

INS 000436

HA-300 LA (04-03)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS - LOUISIANA

**DEFINITIONS**

Under 3. "Insured", paragraph d.(2) is deleted and replaced by the following:

(2) Other persons using the vehicles on an "insured location" with your express or implied consent.

**SECTION I - PROPERTY COVERAGES**
**COVERAGE C - PERSONAL PROPERTY**
**SPECIAL LIMITS OF LIABILITY**

Items 8. and 9. are deleted and replaced by the following:

8. $5,000 on property, on the "residence premises" used at any time or in any manner for any "business" purpose.

9. $1,000 on property away from the "residence premises" used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

**ADDITIONAL COVERAGES**

1. Debris Removal is deleted and replaced by the following:

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500 in the aggregate for any one loss, for the removal from the "residence premises" of:

   a. Your tree felled by the peril of Windstorm or Hail;

   b. Your tree felled by the peril of Weight of Ice, Snow or Sleet (Forms HO-2, HO-3, HO-4 and HO-6 only); or

   c. A neighbor's tree felled by a Peril Insured Against under Coverage C;

   provided the tree damages a covered structure.

2. Reasonable Repairs is deleted and replaced by the following:

2. **Reasonable Repairs.** We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   Defense: Paragraph a. is deleted and replaced by the following:

   Defense:

   a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for judgments or settlements equals our limit of liability.

The following **ADDITIONAL COVERAGE** is added: (Forms HO-2 and HO-3 only)

• **Ordinance or Law.**

   a. You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

      (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

      (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

      (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of

HA-300 LA (04-03)

Page 1 of 4

SFIC 000003

INS 000437

that part of the covered building or other structure damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

## SECTION I - PERILS INSURED AGAINST

In form HO-3 only, paragraph 2.e.(7) is deleted and replaced by the following:

(7) Birds, vermin, rodents, insects or bacteria; or

## SECTION I - EXCLUSIONS

Under 8. Intentional Loss, subparagraph (a) is deleted and replaced by the following:

(a) By or at the direction of the "insured"; and

(This is subparagraph 1.h.(1) in Form HO-3).

## SECTION I - CONDITIONS

3. Loss Settlement. Paragraph 3.b.(1)(b) is deleted and replaced by the following:

(b) The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

9. Our Option is deleted and replaced by the following:

9. Our Option. If we give you written notice within 30 days after we receive your signed, sworn

proof of loss, we may repair or replace any part of the damaged property with other of like kind and quality.

10. Loss Payment is deleted and replaced by the following:

10. Loss Payment. We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive satisfactory proof of loss.

12. Mortgage Clause.

The following sentence is deleted:

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

The following sentences are added to replace the above:

If this policy is cancelled by us, the mortgagee will be notified:

a. At least 30 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

The following condition is added:

## 17. INFLATION PROTECTION

Inflation Protection Coverage, For Policy Forms HO-2, HO-3.

1. During the term of this policy, we will increase monthly the limit of liability for Coverage A at the rate of 1/12 of the annual Residential building cost percentage change for factors as determined by our cost calculation method which is based on a nationally recognized construction cost index.

2. The limit of liability shown on the Declarations Page for Coverage A will be revised yearly at each renewal to reflect any changes in building costs during the policy period as determined in paragraph 1 above. Any adjustment in premium resulting from this change will be made on the basis of rates in use by us at the time of the change. You have the right to refuse this change

SFIC 000004

INS 000438

prior to the renewal date by contacting your agent or us.

## SECTION II - LIABILITY COVERAGES

Under **COVERAGE E - PERSONAL LIABILITY** items **1.** and **2.** are deleted and replaced by the following:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for judgments or settlements resulting from the "occurrence" equals our limit of liability.

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others**, paragraph **a.** is deleted and replaced by the following:

   a. Resulting from an act or omission intended or expected to cause "bodily injury" or "property damage" regardless of whether the "bodily injury" or "property damage" is of a different kind or degree, or is sustained by a different person or property, than that intended or expected.

## SECTION II - ADDITIONAL COVERAGES

Under **SECTION II - ADDITIONAL COVERAGES** the following paragraph is added:

5. **Property Damage Coverage for Military Personnel and Federal Government Employees.**

   If an "insured" is:

   a. A United States Government Employee; or

   b. A member of the United States Military,

   We agree to pay for "property damage" to United States government property, for which such "insured" is responsible under applicable rules or regulations.

   Payment for such "property damage" will be at replacement cost. Under this endorsement "replacement cost" is defined as the amount necessary to repair or replace the damaged property with no deduction for depreciation, subject to the Limit of Liability for this Additional Coverage.

   Our Limit of Liability, per "occurrence", under this Additional Coverage for all damages resulting from any one "occurrence" shall not exceed two months basic pay for the "insured", as of the time of the "occurrence".

We will not pay for "property damage" to:

   a. Aircraft;

   b. Motor vehicles, including vehicles not designed for travel on public roads or subject to registration;

   c. Watercraft; or

   d. Weapons

   We will not pay for "property damage":

   a. To the extent of any amount payable under Section I of this policy; or

   b. Caused intentionally by any "insured" who is 13 years of age or older.

## SECTION II - CONDITIONS

6. Suit Against Us is deleted and replaced by the following:

6. **Suit Against Us.** No action can be brought against us by an "insured" unless there has been compliance with the policy provisions. However, an injured person or his or her survivors or heirs shall have a right of direct action against us and the "insured" jointly within the terms and limits of the policy. An injured person or his survivors or heirs shall have a right of direct action against us alone, provided:

   a. The "insured" has been adjudged a bankrupt by a court of competent jurisdiction or when proceedings to adjudge an "insured" a bankrupt have been commenced before a court of competent jurisdiction;

   b. The "insured" is insolvent;

   c. Service of citation or other process cannot be made on the "insured";

   d. When the cause of action is for damages as a result of an offense or quasi-offense between children and their parents or between married persons; or

   e. The "insured" is deceased.

## SECTIONS I AND II - CONDITIONS

2. Concealment or Fraud is deleted and replaced by the following:

2. **Concealment or Fraud.**

   We provide no coverage if, whether before or after a loss, the "insured" has:

SFIC 000005

INS 000439

(1) Willfully concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

5. **Cancellation. Paragraph 5.b. (2) and 5.d.** are deleted and replaced by the following:

    (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

    d. If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** is deleted and replaced by the following:

6. **Nonrenewal.**

    a. We may elect not to renew this policy, subject to the provisions of paragraph b. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

    b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

      (1) When you have not paid the premium;

      (2) If you have committed fraud;

      (3) If the insured risk has undergone a substantial change;

      (4) If you have filed two or more claims within three years; or

      (5) If the continuation of this policy endangers our solvency.

8. **Subrogation. The second paragraph is deleted** and replaced by the following:

If we make any payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right. However, our right to recover is subordinate to the injured

person's right to be fully compensated for his injuries.

The following condition is added:

10. **Premium:** The premium stated in the Declaration is the initial premium for this policy. On each renewal, continuation or anniversary of the effective date of this policy, the premium shall be computed by us in accordance with rules and rates in effect.

The following material from Endorsement **HO 04 96 04 91** is added:

**NO** SECTION II - LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS

**LIMITED** SECTION I - PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business" pursuit. Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business" pursuit.

Therefore, with respect to a home day care enterprise which is considered to be a "business" pursuit, this policy:

1. Does not provide Section II - Liability Coverages because "business" pursuits of an "insured" are excluded under exclusion **1.b.** of Section II - Exclusions;

2. Does not provide Section I - Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C - Special Limits of Liability - item 8. imposes that limit on "business" property on the "residence premises";

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C - Special Limits of Liability - item 9. imposes that limit on "business" property off the "residence premises". Special Limits of liability item 9. does not apply to adaptable electronic apparatus as described in Special Limit of Liability items 10. and 11.

**THIS DOES NOT** CONSTITUTE A REDUCTION OF COVERAGE.

All other provisions of this policy apply.

SFIC 000006

INS 000440

56512 LA (05-99)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## ADDITIONAL REPLACEMENT COST PROTECTION
### SPECIFIED AMOUNT

(Applies only when loss to the dwelling exceeds the
Coverage A Limit of Liability shown in the Declarations)

To the extent that coverage is provided, we agree to provide an additional amount of insurance in accordance with the following provisions:

A.  If you have:

1.  Allowed us to adjust the Coverage A limit of liability and the premium in accordance with:

    a.  The property evaluations we make; and

    b.  Any increases in inflation; and

2.  Notified us, within 30 days of completion, of any improvements, alterations or additions to the dwelling which increase the replacement cost of the dwelling by 5% or more;

    the provisions of this endorsement will apply after a loss, provided you elect to repair or replace the damaged or destroyed dwelling on the same premises.

B.  If there is a loss to the dwelling that exceeds the Coverage A limit of liability shown in the Declarations, for the purpose of settling that loss only:

1.  We will provide an additional amount of insurance, up to 25% of the Coverage A limit of liability; and

2.  The Section I Condition 3. Loss Settlement paragraph b. is deleted and replaced by paragraphs b., c. and d. as follows:

    b.  The dwelling under Coverage A at replacement cost without deduction for depreciation. We will pay no more than the smallest of the following amounts for like construction and use on the same premises:

        (1) The replacement cost of that part of the dwelling damaged or destroyed;

        (2) The necessary amount actually spent to repair or replace the damaged or destroyed dwelling; or

        (3) The limit of liability under this policy that applies to the dwelling, plus any additional amount provided by this endorsement.

    c.  We will pay no more than the actual cash value of the damage until actual repair or replacement is complete.

    d.  You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to the dwelling on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

### SECTION I - COVERAGES

The following ADDITIONAL COVERAGE is added:

*   **Ordinance or Law.**

    a.  You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

        (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

        (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

        (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of that part of the covered building or other structure damaged by a Peril Insured Against.

    b.  You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

    c.  We do not cover:

        (1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

        (2) The costs to comply with any ordinance or law which requires any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any

56512 LA (05-99)                                                 Page 1 of 2

SFIC 000007

INS 000441

56512 LA (05-99)

way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalies, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

Note: If this coverage is also provided under any other endorsement on this policy, the combined Limits of Liability apply.

All other provisions of this policy apply.

56512 LA (05-99)

Page 2 of 2

SFIC 000008

INS 000442

HO–827 LA (04-03)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**LIMITED FUNGI OR ROT REMEDIATION**

**DEFINITIONS**

The following definition is added:

* "Fungi"

  a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

  b. Under Section II, this does not include any "fungi" that are, are on, or are contained in, products or goods intended for consumption.

**SECTION I – PROPERTY COVERAGES**
**COVERAGE D - LOSS OF USE**

Paragraphs **1.** and **2.** are deleted and replaced by the following:

**1. Additional Living Expense**

If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living. However, additional living expense due to "fungi" or rot remediation will not be paid in addition to any amounts paid or payable under the Additional Coverage **Limited "Fungi" Or Rot Remediation**.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere. This period of time is not limited by expiration of this policy.

**2. Fair Rental Value**

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in. However, fair rental value due to "fungi" or rot remediation will not be paid in addition to any amounts paid or payable under the Additional Coverage **Limited "Fungi" Or Rot Remediation**.

Payment will be for the shortest time required to repair or replace such premises. This period of time is not limited by expiration of this policy.

**ADDITIONAL COVERAGES**

The following additional coverage is added:

* **Limited "Fungi" Or Rot Remediation.**

  a. If a loss caused by a Peril Insured Against under Section I results in "fungi" or rot, we will pay for:

  (1) Remediation of the "fungi" or rot. This includes payment for the reasonable and necessary cost to:

  (a) Remove the "fungi" or rot from covered property or to repair, restore or replace that property; and

  (b) Tear out and replace any part of the building as needed to gain access to the "fungi" or rot;

  (2) Any reasonable and necessary increase in living expense you incur so that your household can maintain its normal standard of living or loss of fair rental value if the "fungi" or rot makes the "residence premises" not fit to live in. We do not cover loss or expense due to cancellation of a lease or agreement; and

  (3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or rot, whether performed prior to, during or after removal, repair, restoration or replacement.

  b. We will pay under this additional coverage only if:

  (1) The covered loss occurs during the policy period;

  (2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

  (3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or rot.

  c. The most we will pay under this additional coverage is the limit of liability shown in the Declarations for **Limited "Fungi" Or Rot Remediation**. This is the most we will pay for the total of all loss or costs regardless of the:

HO–827 LA (04-03)

Page 1 of 2

SFIC 000009

INS 000443

(1) Number of locations or items of property insured under this policy; or

(2) Number of losses or claims made.

d. This is not additional insurance and does not increase the limit of liability that applies to the damaged property.

## SECTION I – PERILS INSURED AGAINST

Exclusion 2.e.(3) in forms HO-3 and 58065 LA, exclusion 1.b.(4)(c) in endorsement HO-15, and exclusion 2.d.(3) in endorsement 57005 LA, if applicable are deleted and replaced by the following:

Smog, rust or other corrosion;

In exclusion 6. in endorsement HA-615 LA, if applicable, the words "mold; wet or dry rot;" are deleted.

## SECTION I – EXCLUSIONS

The following exclusion is added:

9. **"Fungi" or Rot,** meaning any loss or cost resulting from, arising out of, caused by, consisting of, or related to, "fungi" or rot. This exclusion does not apply to:

   a. "Fungi" or rot remediation coverage that may be afforded under the Additional Coverage Limited "Fungi" Or Rot Remediation; or

   b. The immediate, direct physical damage to property described in Coverages A, B and C caused directly by a Peril Insured Against.

This is exclusion 1.i. in form HO-3.

## SECTION II – EXCLUSIONS

The following exclusion is added under item 1. **Coverage E - Personal Liability and Coverage F - Medical Payments To Others:**

m. "Bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot. This includes:

   (1) The cost of testing, monitoring, abating, mitigating, removing, remediating or disposing of "fungi" or rot;

   (2) Any supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot, or the activities described in m.(1) above;

   (3) Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of "bodily injury" or "property damage", damages, loss, cost, payment or expense; and

   (4) Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot.

All other provisions of this policy apply.

SFIC 000010

INS 000444

56494 (03-92)

## CONTENTS REPLACEMENT/REPAIR COST COVERAGE

You and we agree the policy is changed as follows:

**A. SECTION I - CONDITIONS**

**3. Loss Settlement.** For Forms HO-2, HO-3 and HO-6 paragraph a. is deleted and replaced by the following:

   **a. (1)** Personal Property

   **(2)** Awnings, carpeting, outdoor radio and television antennas and aerials, personal property including domestic appliances and outdoor equipment at the cost to replace or repair at the time of loss;

   We have the option either to repair or replace any item under this coverage, or to reimburse the cost to replace it.

   **(3)** Structures that are not buildings at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

**3. Loss Settlement.** The following paragraphs are added:

   **c.** "Cost to replace" means the cost at the time of loss of a new article of like kind and quality to the one damaged, destroyed or stolen. When an article is no longer manufactured or is not available, the "cost to replace" means the cost of a new article, similar to that damaged, destroyed or stolen, which is of comparable quality and usefulness.

   **d.** The limit of liability for loss on any personal property under this endorsement shall not exceed the smallest of the following amounts, subject to any deductible:

   **(1)** The limit of liability of this policy applicable to Coverage C;

   **(2)** The cost to replace, without deduction for depreciation, at the time of loss;

   **(3)** Any special limits of liability described in the policy.

   **e.** When the full cost to replace or repair an article or articles is more than $2,000, we will not be liable for any loss under any part of this provision unless and until you actually repair or replace the article or articles. You may disregard the replacement cost loss settlement provisions and

make an initial claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim, in accordance with the provisions of this Condition 3. Loss Settlement, for the difference between the actual cash value and the full replacement cost within 6 months of the later of:

   **(1)** The last date you received a payment for actual cash value; or

   **(2)** The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement value.

**3. Loss Settlement.** For Form HO-4 the entire Section 3. Loss Settlement is deleted and replaced by the following:

   **a. (1)** Personal Property

   **(2)** Awnings, carpeting, outdoor radio and television antennas and aerials, personal property including domestic appliances and outdoor equipment at the cost to replace or repair at the time of loss;

   We have the option either to repair or replace any item under this coverage, or to reimburse the cost to replace it.

   **(3)** Structures that are not buildings at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

**3. Loss Settlement.** The following paragraphs are added:

   **b.** "Cost to replace" means the cost at the time of loss of a new article of like kind and quality to the one damaged, destroyed or stolen. When an article is no longer manufactured or is not available, the "cost to replace" means the cost of a new article, similar to that damaged, destroyed or stolen, which is of comparable quality and usefulness.

   **c.** The limit of liability for loss on any personal property under this endorsement shall not exceed the smallest of the following amounts, subject to any deductible:

   **(1)** The limit of liability of this policy applicable to Coverage C;

**This endorsement forms a part of the policy.**

56494 (03-92)

SFIC 000011

INS 000445

56494 (03-92)

(2) The cost to replace, without deduction for depreciation, at the time of loss;

(3) Any special limits of liability described in the policy.

d. When the full cost to replace or repair an article or articles is more than $2,000, we will not be liable for any loss under any part of this provision unless and until you actually repair or replace the article or articles. You may disregard the replacement cost loss settlement provisions and make an initial claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim, in accordance with the provisions of this Condition 3. Loss Settlement, for the difference between the actual cash value and the full replacement cost within 6 months of the later of:

(1) The last date you received a payment for actual cash value; or

(2) The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement value.

**EXCLUSIONS** - This endorsement does not apply to the following property:

1. Antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced with new articles;

2. Articles whose age or history contribute substantially to their value, including but not limited to memorabilia, souvenirs, and collector's items;

3. Items scheduled under any other insurance contract.

SFIC 000012

INS 000446

58182 A (09-99)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL HURRICANE DEDUCTIBLE

For a premium credit, we will pay only that part of each loss which exceeds the hurricane deductible shown below in the event of direct physical loss to property covered under SECTION I - PROPERTY COVERAGES caused by the peril of windstorm or hail during the period of a hurricane as defined below. This deductible provision applies regardless of any other cause or event contributing concurrently or in any sequence to the loss.

The applicable hurricane deductible shall be 2% of the Coverage A limit of liability shown on the Declarations and shall apply to loss occurring during the entire period:

1. Beginning at the time the National Hurricane Center of the National Weather Service issues a hurricane warning for any part of the state in which your **residence premises** is located; and

2. Ending twenty-four (24) hours following the termination of the last hurricane warning issued for any part of the state in which your **residence premises** is located.

No other deductible in the policy applies to loss or damage caused by windstorm or hail during a hurricane. Refer to the policy deductible shown on the Declarations page for the deductible that applies if the loss is caused by windstorm or hail that does not occur during a hurricane period described above.

This deductible does not apply to COVERAGE D − LOSS OF USE.

All other provisions of the policy apply.

SFIC 000013

INS 000447



# *Homeowners Policy Booklet*

# *from Travelers Property Casualty*

HO-3 HOMEOWNERS 3 -SPECIAL FORM

SFIC 000014

INS 000448

## YOUR HOMEOWNERS POLICY QUICK REFERENCE

**DECLARATIONS PAGE**
**Your Name**
**Location of Your Residence**
**Policy Period**
**Coverages**
**Amounts of Insurance**
**Deductible Amounts**

| | Beginning On Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |

| **SECTION I COVERAGES** | | |
|---|---|---|
| | COVERAGES | 2 |
| | Coverage A - Dwelling | 2 |
| | Coverage B - Other Structures | 2 |
| | Coverage C - Personal Property | 2 |
| | Coverage D - Loss of Use | 3 |
| | Additional Coverages | 4 |
| | PERILS INSURED AGAINST | 6 |
| | EXCLUSIONS | 8 |
| | CONDITIONS | 9 |
| | Your Duties After Loss | 9 |
| | Loss Settlement | 10 |

| **SECTION II YOUR LIABILITY** | | |
|---|---|---|
| | COVERAGES | 12 |
| | Coverage E —Personal Liability | 12 |
| | Coverage F —Medical Payments to Others | 12 |
| | EXCLUSIONS | 12 |
| | ADDITIONAL COVERAGES | 14 |
| | CONDITIONS | 15 |
| | Limit of Liability | 15 |
| | Duties After Loss | 16 |

| **SECTION I and SECTION II** | | |
|---|---|---|
| | CONDITIONS | 16 |
| | Policy Period | 16 |
| | Cancellation | 17 |
| | Nonrenewal | 17 |

HO-3  (04-91)

SFIC 000015

INS 000449

HO-3 (04-91)

## Homeowners 3 - Special Form

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We," "us" and "our" refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. "Business" includes trade, profession or occupation.

3. "Insured" means you and residents of your household who are:

   a. Your relatives; or

   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, "insured" also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3.a. or 3.b. above. A person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner is not an "insured";

   d. With respect to any vehicle to which this policy applies:

      (1) Persons while engaged in your employ or that of any person included in 3.a. or 3.b. above; or

      (2) Other persons using the vehicle on an "insured location" with your consent.

4. "Insured location" means:

   a. The "residence premises";

   b. The part of other premises, other structures and grounds used by you as a residence and:

      (1) Which is shown in the Declarations; or

      (2) Which is acquired by you during the policy period for your use as a residence;

   c. Any premises used by you in connection with a premises in 4.a. and 4.b. above;

   d. Any part of a premises:

      (1) Not owned by an "insured"; and

      (2) Where an "insured" is temporarily residing;

   e. Vacant land, other than farm land, owned by or rented to an "insured";

   f. Land owned by or rented to an "insured" on which a one or two family dwelling is being built as a residence for an "insured";

   g. Individual or family cemetery plots or burial vaults of an "insured"; or

   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

5. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage."

6. "Property damage" means physical injury to, destruction of or loss of use of tangible property.

7. "Residence employee" means:

   a. An employee of an "insured" whose duties are related to the maintenance or use of the "residence premises," including household or domestic services; or

   b. One who performs similar duties elsewhere not related to the "business" of an "insured."

8. "Residence premises" means:

   a. The one family dwelling, other structures, and grounds; or

   b. That part of any other building;

   where you reside and which is shown as the "residence premises" in the Declarations.

   "Residence premises" also means a two family dwelling where you reside in at least one of the family units and which is shown as the "residence premises" in the Declarations.

Copyright, Insurance Services Office, Inc., 1990

SFIC 000016

INS 000450

## SECTION I - PROPERTY COVERAGES

### COVERAGE A DWELLING

We cover:

1. The dwelling on the "residence premises" shown in the Declarations, including structures attached to the dwelling; and

2. Materials and supplies located on or next to the "residence premises" used to construct, alter or repair the dwelling or other structures on the "residence premises."

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B OTHER STRUCTURES

We cover other structures on the "residence premises" set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:

1. Used in whole or in part for "business"; or

2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for the coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C PERSONAL PROPERTY

We cover personal property owned or used by an "insured" while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the "residence premises" occupied by an "insured";

2. A guest or a "residence employee," while the property is in any residence occupied by an "insured."

Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises," is 10% of the limit of liability for Coverage C or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage Climit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.

3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.

4. $1000 on trailers not used with watercraft.

5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.

6. $2000 for loss by theft of firearms.

7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8. $2500 on property, on the "residence premises," used at any time or in any manner for any "business" purpose.

9. $250 on property, away from the "residence premises," used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits 10. and 11. below.

10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:

    a. Accessories or antennas; or

    b. Tapes, wires, records, discs or other media; for use with any electronic apparatus.

11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:

    a. Is equipped to be operated by power from the electrical system of the vehicle or con-

SFIC 000017

INS 000451

veyance while retaining its capability of being operated by other sources of power;

b. Is away from the "residence premises"; and

c. Is used at any time or in any manner for any "business" purpose.

Electronic apparatus includes:

a. Accessories and antennas; or

b. Tapes, wires, records, discs or other media;

for use with any electronic apparatus.

**Property Not Covered.** We do not cover:

1. Articles separately described and specifically insured in this or other insurance;

2. Animals, birds or fish;

3. Motor vehicles or all other motorized land conveyances. This includes:

   a. Their equipment and accessories; or

   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:

      (1) Accessories or antennas; or

      (2) Tapes, wires, records, discs or other media;

      for use with any electronic apparatus.

   The exclusion of property described in 3.a. and 3.b. above applies only while the property is in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. Used to service an "insured's" residence; or

   b. Designed for assisting the handicapped;

4. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

6. Property in an apartment regularly rented or held for rental to others by an "insured," except as provided in Additional Coverages 10.;

7. Property rented or held for rental to others off the "residence premises";

8. "Business" data, including such data stored in:

   a. Books of account, drawings or other paper records; or

b. Electronic data processing tapes, wires, records, discs or other software media.

   However, we do cover the cost of blank recording or storage media and of pre-recorded computer programs available on the retail market; or

9. Credit cards or fund transfer cards except as provided in Additional Coverages 6.

**COVERAGE D LOSS OF USE**

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. If a loss covered under this Section makes that part of the "residence premises" where you reside not fit to live in, we cover, at your choice, either of the following. However, if the "residence premises" is not your principal place of residence, we will not provide the option under paragraph b. below:

   a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or

   b. **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" where you reside less any expenses that do not continue while the premises is not fit to live in.

   Payment under a. or b. will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a loss covered under this Section makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the:

   **Fair Rental Value,** meaning the fair rental value of that part of the "residence premises" rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

   Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3. If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under 1. and 2. above for no more than two weeks.

The periods of time under 1., 2. and 3. above are not limited by expiration of this policy.

We do not cover loss or expenses due to cancellation of a lease or agreement.

SFIC 000018

INS 000452

## ADDITIONAL COVERAGES

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500, for the removal from the "residence premises" of:

   a. Your tree(s) felled by the peril of Windstorm or Hail;

   b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or

   c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

   provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

   This coverage:

   a. Does not increase the limit of liability that applies to the covered property;

   b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION 1 - CONDITION 2.d.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the "residence premises," for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the "residence premises," Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling, for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for "business" purposes. This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

   This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   We will pay up to $500 for:

   a. The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

   b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

   c. Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

   d. Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

   We do not cover use of a credit card or fund transfer card:

   a. By a resident of your household;

   b. By a person who has been entrusted with either type of card; or

   c. If an "insured" has not complied with all terms and conditions under which the cards are issued.

   All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

SFIC 000019

INS 000453

We do not cover loss arising out of "business" use or dishonesty of an "insured."

This coverage is additional insurance. No deductible applies to this coverage.

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an "insured" for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of any loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under Coverage A - Dwelling, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1.Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8: **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a. Perils Insured Against in Coverage C - Personal Property. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

b. Hidden decay;

c. Hidden insect or vermin damage;

d. Weight of contents, equipment, animals or people;

e. Weight of rain which collects on a roof; or

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b., c., d., e. and f. unless the loss is a direct result of the collapse of a building.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

We cover:

a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and

b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

This coverage does not include loss on the "residence premises" if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the "residence premises" regularly rented or held for rental to others by an "insured," for loss caused only by the following Perils Insured Against:

a. Fire or lightning.

b. Windstorm or hail.

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment and outboard engines or motors, only while inside a fully enclosed building.

c. Explosion.

SFIC 000020

INS 000454

d. **Riot or civil commotion.**

e. **Aircraft**, including self-propelled missiles and spacecraft.

f. **Vehicles.**

g. **Smoke**, meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

h. **Vandalism or malicious mischief.**

i. **Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

(1) To the system or appliance from which the water or steam escaped;

(2) Caused by or resulting from freezing except as provided in the peril of freezing below; or

(3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence permises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

(1) Maintain heat in the building; or

(2) Shut off the water supply and drain the system and appliances of water.

n. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

## SECTION I - PERILS INSURED AGAINST

### COVERAGE A

### DWELLING AND COVERAGE B OTHER STRUCTURES

We insure against risks of direct loss to property described in Coverages A and B only if that loss is a physical loss to property. We do not, however, insure for loss:

1. Involving collapse, other than as provided in Additional Coverage 8.;

2. Caused by:

   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling

is vacant, unoccupied or being constructed unless you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain the system and appliances of water;

   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

   (1) Fence, pavement, patio or swimming pool;

   (2) Foundation, retaining wall or bulkhead; or

   (3) Pier, wharf or dock;

   c. Theft in or to a dwelling under construction, or of materials and supplies for use in the

SFIC 000021

INS 000455

construction until the dwelling is finished and occupied;

d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

e. Any of the following:

    (1) Wear and tear, marring, deterioration;

    (2) Inherent vice, latent defect, mechanical breakdown;

    (3) Smog, rust or other corrosion, mold, wet or dry rot;

    (4) Smoke from agricultural smudging or industrial operations;

    (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

    (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

    (7) Birds, vermin, rodents or insects; or

    (8) Animals owned or kept by an "insured."

    If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

3. Excluded under SECTION I - EXCLUSIONS.

Under items 1. and 2., any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I - EXCLUSIONS.

## PERSONAL PROPERTY

1. Fire or lightning.

2. Windstorm or hail.

    This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

    This peril includes loss to watercraft and their trailers, furnishings, equipment and outboard engines or motors, only while inside a fully enclosed building.

3. Explosion.

4. Riot or civil commotion.

5. Aircraft, including self-propelled missiles and spacecraft.

6. Vehicles.

7. Smoke, meaning sudden and accidental damage from smoke.

    This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. Vandalism or malicious mischief.

9. Theft, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

    This peril does not include loss caused by theft:

    a. Committed by an "insured";

    b. In or to a dwelling under construction or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

    c. From that part of a "residence premises" rented by an " insured " to other than an "insured."

    This peril does not include loss caused by theft that occurs off the "residence premises" of:

    a. Property while at any other residence owned by, rented to or occupied by an "insured," except while an "insured" is temporarily living there. Property of a student who is an " insured" is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

    b. Watercraft and their furnishings, equipment and outboard engines or motors; or

    c. Trailers and campers.

10. Falling objects.

SFIC 000022

INS 000456

HO-3 (04-91)

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.

12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

This peril does not include loss:

   a. To the system or appliance from which the water or steam escaped;

   b. Caused by or resulting from freezing except as provided in the peril of freezing below; or

   c. On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises."

In this peril, a plumbing system does not include a sump, sump pump or related equipment.

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the "residence premises" while the dwelling is unoccupied, unless you have used reasonable care to:

   a. Maintain heat in the building; or

   b. Shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

This peril does not include loss to a tube, transistor or similar electronic component.

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

---

## SECTION I - EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. **Ordinance or Law**, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

   b. **Earth Movement**, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow, earth sinking, rising or shifting; unless direct loss by:

   (1) Fire;

   (2) Explosion; or

   (3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

   c. **Water Damage**, meaning:

   (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray

   from any of these, whether or not driven by wind;

   (2) Water which backs up through sewers or drains or which overflows from a sump; or

   (3) Water below the surface of the ground, including water which exerts pressure on or, seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

   d. **Power Failure**, meaning the failure of power or other utility service if the failure takes place off the "residence premises." But, if a Peril Insured Against ensues on the "residence premises," we will pay only for that ensuing loss.

   e. **Neglect**, meaning neglect of the "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

   f. **War**, including the following and any consequence of any of the following:

   (1) Undeclared war, civil war, insurrection, rebellion or revolution;

HO-3 (04-91)

SFIC 000023

INS 000457

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. **Nuclear Hazard**, to the extent set forth in the Nuclear Hazard Clause of SECTION I - CONDITIONS.

h. **Intentional Loss**, meaning any loss arising out of any act committed:

(1) By or at the direction of an "insured"; and

(2) With the intent to cause a loss.

2. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

a. **Weather conditions**. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 1. above to produce the loss;

b. **Acts or decisions**, including the failure to act or decide, of any person, group, organization or governmental body;

c. **Faulty, inadequate or defective:**

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property whether on or off the "residence premises."

---

## SECTION I - CONDITIONS

1. **Insurable Interest and Limit of Liability**. Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

a. To the "insured" for more than the amount of the "insured's" interest at the time of loss; or

b. For more than the applicable limit of liability.

2. **Your Duties After Loss**. In case of a loss to covered property, you must see that the following are done:

a. Give prompt notice to us or our agent;

b. Notify the police in case of loss by theft;

c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;

d. Protect the property from further damage. If repairs to the property are required, you must:

(1) Make reasonable and necessary repairs to protect the property; and

(2) Keep an accurate record of repair expenses;

e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

f. As often as we reasonably require:

(1) Show the damaged property;

(2) Provide us with records and documents we request and permit us to make copies; and

(3) Submit to examination under oath, while not in the presence of any other "insured" and sign the same;

g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

(1) The time and cause of loss;

(2) The interest of the "insured" and all others in the property involved and all liens on the property;

(3) Other insurance which may cover the loss;

(4) Changes in title or occupancy of the property during the term of the policy;

(5) Specifications of damaged buildings and detailed repair estimates;

(6) The inventory of damaged personal property described in 2.e. above;

(7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and

(8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

SFIC 000024

INS 000458

3. **Loss Settlement.** Covered property losses are settled as follows:

   a. Property of the following types:

      (1) Personal property;

      (2) Awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings; and

      (3) Structures that are not buildings;

      at actual cash value at the time of loss but not more than the amount required to repair or replace.

   b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:

      (1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

         (a) The limit of liability under this policy that applies to the building;

         (b) The replacement cost of that part of the building damaged for like construction and use on the same premises; or

         (c) The necessary amount actually spent to repair or replace the damaged building.

      (2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

         (a) The actual cash value of that part of the building damaged; or

         (b) That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

      (3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

         (a) Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

         (b) Those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

         (c) Underground flues, pipes, wiring and drains.

      (4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of b.(1) and b.(2) above.

         However, if the cost to repair or replace the damage is both:

         (a) Less than 5% of the amount of insurance in this policy on the building; and

         (b) Less than $2500;

         we will settle the loss according to the provisions of b.(1) and b.(2) above whether or not actual repair or replacement is complete.

      (5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provisions of the Condition 3. Loss Settlement.

4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

   a. Repair or replace any part to restore the pair or set to its value before the loss; or

   b. Pay the difference between actual cash value of the property before and after the loss.

5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge

SFIC 000025

INS 000459

of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

a. Pay its own appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

**7. Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

**8. Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.

**9. Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

**10. Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a. Reach an agreement with you;

b. There is an entry of a final judgment; or

c. There is a filing of an appraisal award with us.

**11. Abandonment of Property.** We need not accept any property abandoned by an "insured."

**12. Mortgage Clause.**

The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order or precedence of the mortgages. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and

c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**13. No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

**14. Nuclear Hazard Clause.**

a. "Nuclear Hazard" means any nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused or any consequence of any of these.

b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.

c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

**15. Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

**16. Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

SFIC 000026

INS 000460

HO-3 (04-91)

## SECTION II - LIABILITY COVERAGES

**COVERAGE E**
**PERSONAL LIABILITY**

If a claim is made or a suit is bought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable. Damages include prejudgment interest awarded against the "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the "occurrence" equals our limit of liability.

**COVERAGE F**
**MEDICAL PAYMENTS TO OTHERS**

We will pay the necessary medical expenses that are incurred or medically ascertained within three years

from the date of an accident causing "bodily injury." Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees." As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location," if the "bodily injury":

    a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

    b. Is caused by the activities of an "insured";

    c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

    d. Is caused by an animal owned by or in the care of an "insured. "

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to "bodily injury" or "property damage":

    a. Which is expected or intended by the "insured";

    b. Arising out of or in connection with a "business" engaged in by an "insured." This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed or implied to be provided because of the nature of the "business";

    c. Arising out of the rental or holding for rental of any part of any premises by an "insured." This exclusion does not apply to the rental or holding for rental of an "insured location":

        (1) On an occasional basis if used only as a residence;

        (2) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

        (3) In part, as an office, school, studio or private garage;

    d. Arising out of the rendering of or failure to render professional services;

    e. Arising out of a premises:

        (1) Owned by an "insured";

        (2) Rented to an "insured"; or

        (3) Rented to others by an "insured";

        that is not an "insured location";

    f. Arising out of:

        (1) The ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an "insured";

        (2) The entrustment by an "insured" of a motor vehicle or any other motorized land conveyance to any person; or

        (3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using a conveyance excluded in paragraph (1) or (2) above.

        This exclusion does not apply to:

        (1) A trailer not towed by or carried on a motorized land conveyance.

        (2) A motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

HO-3 (04-91)

SFIC 000027

INS 000461

(a) Not owned by an "insured"; or

(b) Owned by an "insured" and on an "insured location";

(3) A motorized golf cart when used to play golf on a golf course;

(4) A vehicle or conveyance not subject to motor vehicle registration which is:

(a) Used to service an "insured's" residence;

(b) Designed for assisting the handicapped; or

(c) In dead storage on an "insured location";

g. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an excluded watercraft described below;

(2) The entrustment by an "insured" of an excluded watercraft described below to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an excluded watercraft described below.

Excluded watercraft are those that are principally designed to be propelled by engine power or electric motor or are sailing vessels, whether owned by or rented to an "insured." This exclusion does not apply to watercraft:

(1) That are not sailing vessels and are powered by:

(a) Inboard or inboard-outdrive engine or motor power of 50 horsepower or less not owned by an "insured";

(b) Inboard or inboard-outdrive engine or motor power of more than 50 horsepower not owned by or rented to an "insured";

(c) One or more outboard engines or motors with 25 total horsepower or less;

(d) One or more outboard engines or motors with more than 25 total horsepower if the outboard engine or motor is not owned by an "insured";

(e) Outboard engines or motors of more than 25 total horsepower owned by an "insured" if:

(i) You acquire them prior to the policy period; and

(a) You declare them at policy inception; or

(b) Your intention to insure is reported to us in writing within 45 days after you acquire the outboard engines or motors.

(ii) You acquire them during the policy period.

This coverage applies for the policy period.

(2) That are sailing vessels, with or without auxiliary power:

(a) Less than 26 feet in overall length;

(b) 26 feet or more in overall length, not owned by or rented to an "insured."

(3) That are stored;

h. Arising out of:

(1) The ownership, maintenance, use, loading or unloading of an aircraft;

(2) The entrustment by an "insured" of an aircraft to any person; or

(3) Vicarious liability, whether or not statutorily imposed, for the actions of a child or minor using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

i. Caused directly or indirectly by war, including the following and any consequence of any of the following:

(1) Undeclared war, civil war, insurrection, rebellion, revolution;

(2) Warlike act by a military force or military personnel; or

(3) Destruction, seizure or use for a military purpose.

Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

j. Which arises out of the transmission of a communicable disease by an "insured";

k. Arising out of sexual molestation, corporal punishment or physical or mental abuse; or

l. Arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance(s) as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic

SFIC 000028

INS 000462

drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions e., f., g. and h. do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured."

**2. Coverage E - Personal Liability**, does not apply to:

a. Liability:

  (1) For any loss assessment charged against you as a member of an association, corporation or community of property owners;

  (2) Under any contract or agreement. However, this exclusion does not apply to written contracts:

    (a) That directly relate to the ownership, maintenance or use of an "insured location"; or

    (b) Where the liability of others is assumed by the "insured" prior to an "occurrence";

  unless excluded in (1) above or elsewhere in this policy;

b. "Property damage" to property owned by the "insured";

c. "Property damage" to property rented to, occupied or used by or in the care of the "insured." This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

d. "Bodily injury" to any person eligible to receive any benefits:

  (1) Voluntarily provided; or

  (2) Required to be provided;

  by the "insured" under any:

  (1) Workers' compensation law;

  (2) Non-occupational disability law; or

  (3) Occupational disease law;

e. "Bodily injury" or "property damage" for which an "insured" under this policy:

  (1) Is also an insured under a nuclear energy liability policy; or

  (2) Would be an insured under that policy but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

  (1) American Nuclear Insurers;

  (2) Mutual Atomic Energy Liability Underwriters;

  (3) Nuclear Insurance Association of Canada;

or any of their successors; or

f. "Bodily injury" to you or an "insured" within the meaning of part a. or b. of "insured" as defined.

**3. Coverage F - Medical Payments to Others**, does not apply to "bodily injury":

a. To a "residence employee" if the "bodily injury":

  (1) Occurs off the "insured location"; and

  (2) Does not arise out of or in the course of the "residence employee's" employment by an "insured";

b. To any person eligible to receive benefits:

  (1) Voluntarily provided; or

  (2) Required to be provided;

  under any:

  (1) Workers' compensation law;

  (2) Non-occupational disability law; or

  (3) Occupational disease law;

c. From any:

  (1) Nuclear reaction;

  (2) Nuclear radiation; or

  (3) Radioactive contamination;

all whether controlled or uncontrolled or however caused; or

  (4) Any consequence of any of these.

d. To any person, other than a "residence employee" of an "insured," regularly residing on any part of the "insured location."

## SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**1. Claim Expenses.** We pay:

SFIC 000029

INS 000463

a. Expenses we incur and costs taxed against an "insured" in any suit we defend;

b. Premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $50 per day, for assisting us in the investigation or defense of a claim or suit; and

d. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

2. **First Aid Expenses.** We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to you or any other "insured."

3. **Damage to Property of Others.** We will pay, at replacement cost, up to $500 per "occurrence" for "property damage" to property of others caused by an "insured."

We will not pay for "property damage":

a. To the extent of any amount recoverable under Section I of this policy;

b. Caused intentionally by an "insured" who is 13 years of age or older;

c. To property owned by an "insured";

d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

e. Arising out of:

(1) A "business" engaged in by an "insured";

(2) Any act or omission in connection with a premises owned, rented or controlled by an "insured," other than the "insured location"; or

(3) The ownership, maintenance, or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances. This exclusion does not apply to a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an "insured."

4. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a. "Bodily injury" or "property damage" not excluded under Section II of this policy; or

b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

(1) The director, officer or trustee is elected by the members of a corporation or association of property owners; and

(2) The director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the "residence premises."

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1000 is the most we will pay for loss arising out of:

a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1. Section II - Coverage E - Personal Liability Exclusion 2.a.(1);

2. Condition 1. **Policy Period,** under SECTIONS I AND II - CONDITIONS.

---

## SECTION II - CONDITIONS

1. **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of "insureds," claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence."

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person

SFIC 000030

INS 000464

HO-3 (04-91)

as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2. **Severability of Insurance.** This insurance applies separately to each "insured." This condition will not increase our limit of liability for any one "occurrence."

3. **Duties After Loss.** In case of an accident or "occurrence," the "insured" will perform the following duties that apply. You will help us by seeing that these duties are performed:

   a. Give written notice to us or our agent as soon as is practical, which sets forth:

      (1) The identity of the policy and "insured";

      (2) Reasonably available information on the time, place and circumstances of the accident or "occurrence"; and

      (3) Names and addresses of any claimants and witnesses;

   b. Promptly forward to us every notice, demand, summons or other process relating to the accident or "occurrence";

   c. At our request, help us:

      (1) To make settlement;

      (2) To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

      (3) With the conduct of suits and attend hearings and trials; and

      (4) To secure and give evidence and obtain the attendance of witnesses;

   d. Under the coverage - Damage to Property of Others - submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the "insured's" control;

e. The "insured" will not, except at the "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury."

4. **Duties of an Injured Person - Coverage F - Medical Payments to Others.**

   The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

5. **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an "insured" or us.

6. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

   No one will have the right to join us as a party to any action against an "insured." Also, no action with respect to Coverage E can be brought against us until the obligation of the "insured" has been determined by final judgment or agreement signed by us.

7. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

8. **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II - CONDITIONS

---

1. **Policy Period.** This policy applies only to loss in Section I or "bodily injury" or "property damage" in Section II, which occurs during the policy period.

2. **Concealment or Fraud.** The entire policy will be void if, whether before or after a loss, an "insured" has:

   a. Intentionally concealed or misrepresented any material fact or circumstance;

   b. Engaged in fraudulent conduct; or

   c. Made false statements;

relating to this insurance.

3. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

HO-3 (04-91)

SFIC 000031

INS 000465

HO-3 (04-91)

**4. Waiver or Change of Policy Provisions.**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**5. Cancellation.**

a. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us we may cancel:

(a) If there has been a material mis-representation of fact which if known to us, would have caused us not to issue the policy; or

(b) If the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

6.

**Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**7. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**8. Subrogation.** An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under Section II to Medical Payments to Others or Damage to Property of Others.

**9. Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. "insured" includes:

(1) Any member of your household who is an "insured" at the time of your death, but only while a resident of the "residence premises"; and

(2) With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

SFIC 000032

INS 000466

This policy is signed for the company which is the insurer under this policy.

*James M. Michener*

James M. Michener
Secretary

*Robert P. Restrepo Jr.*

Robert P. Restrepo Jr.
Chief Executive Officer
Personal Lines

**IN WITNESS WHEREOF, the Company has executed and attested these presents.**

PL-9107 8-97

SFIC 000033

INS 000467