FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14 P 5: 03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                *
                                       *     CIVIL ACTION NO.: 05-4182 (2)
_____        *
                                       *     JUDGE DUVAL, JR.
PERTAINS TO:                           *
                                       *     MAGISTRATE WILKINSON, JR.
INSURANCE (Chehardy, No. 06-1672       *
               C/W No. 06-1673         *
               C/W No. 06-1674)        *
* * * * * * * * * * * * * * * * * * * * * * * *

## GREAT NORTHERN INSURANCE COMPANY'S
## MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR
## MEMORANDUM IN SUPPPORT OF RULE 12(b) MOTION

Pursuant to Local Rule 7.81E, Defendants Great Northern Insurance Company

(for itself and as erroneously sued as defendant Chubb Group, a non-entity incapable of being

sued) ("Great Northern") respectfully requests that the Court grant it leave to file a Memorandum

in Support of its Rule 12(b) Motion in excess of the seven (7) page limit provided in this Court's

April 11, 2006 Scheduling Order for a Supplemental Brief.

For the Court's convenience, Great Northern has adopted and incorporated

Allstate Insurance Company and Allstate Indemnity Company's Memorandum in Support of its

___ Fee_____
___ Process_____
_X_ Dktd_____      64557
_✓_ CtRmDep_____
___ Doc. No_____

Rule 12(b) Motion (the "Allstate Brief").   Plaintiffs' Amended Complaint contains 100 paragraphs and pleads five separate counts.   It is necessary of Great Northern to address its policy's application to all of these allegations.   Great Northern's memorandum concisely addresses all of the allegations in the Amended Complaint, as well as the applicable policy provisions in its policy, in only ten (10) pages, which is respectfully submitted to be of appropriate length and will aid the Court in its resolution of its motion.

**WHEREFORE**, Great Northern respectfully requests that this Court grant this motion and permit it to file the supplemental memorandum of law which is submitted herewith and is 10 pages in length.

Dated this _14_ day of August, 2006.

Respectfully submitted,

Steven W. Usdin, 12986
Edward R. Wicker, Jr., 27138
Brian J. Capitelli, 27398
        Of
BARRASSO USDIN KUPPERMAN
        FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Great Northern Insurance
Company

64557

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Great Northern Insurance Company's Motion for Leave to Exceed Page Limit for Memorandum in Support of Rule 12(b) Motion has been served upon all counsel of record by electronic mail, facsimile, and/or placing same in the United States mail, postage prepaid and properly addressed this _14_ day of August, 2006.

64557