FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16  PM 2: 56

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION NO.: 05-4182 (2) * * JUDGE DUVAL, JR. |
| PERTAINS TO: | * * MAGISTRATE WILKINSON, JR. |
| INSURANCE (Chehardy, No. 06-1672 C/W No. 06-1673 C/W No. 06-1674) | * * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING GREAT NORTHERN INSURANCE COMPANY'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR <u>MEMORANDUM IN SUPPPORT OF RULE 12(b) MOTION</u>

**CONSIDERING** the motion of Defendants Great Northern Insurance Company (for itself and as erroneously sued as defendant Chubb Group, a non-entity incapable of being sued) ("Great Northern") for leave to exceed the seven (7) page limit for its supplemental brief in support of its Rule 12(b) motion;

```
___ Fee_____
___ Process_____
 X  Dktd_____
 V  CtRmDep_____
___ Doc. No_____
```

64557

**IT IS HEREBY ORDERED THAT** Great Northern Insurance Company is granted leave to file its ten (10) page memorandum in support of its Rule 12(b) motion.

Signed this 15th day of August, 2006.

_____
UNITED STATES DISTRICT JUDGE