

# CHUBB GROUP OF INSURANCE COMPANIES

Sears Tower, Suite 4700, 233 South Wacker Drive, Chicago, Illinois 60606-6303   Phone: (312) 454-4200

---

August 2, 2006

Attn: Mr. Steve Usdin

Policy: 1292611401

Insured: Larry and Glendolyn Forster

Writing Co: Great Northern Insurance Company

I certify that the above mentioned, enclosed policy is a true and accurate copy.

Yours truly,
Chubb & Son
A Division of Federal Insurance Company

By:   *Theresa R. Zarrello*

Theresa R. Zarrello
Personal Lines Service Branch



CH-FOR-001





**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Effective Date**  7/15/05
**Policy no.**  12926114-01
**Issued by**  Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period**  7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P. O. BOX 6738
METAIRIE, LA  70009-6738
504-883-2500

To Our Valued Customer:

Chubb understands what you expect when it comes to insurance - coverage that suits your lifestyle, a policy that gives you choices and no hassles if you have to report a claim. In fact, when it comes to insuring your property and possessions, we offer coverage and service beyond your expectations.

As part of our service commitment, we are proud to offer our web site, www.chubb.com/personal, that allows you to pay your bills online, while giving you secure online access to your policy, bill and claim information.*

To take advantage of our online services, you will first need to establish an account and register your policies online. The process is easy. Simply go to www.chubb.com/personal and select "Register here". Establish your account by creating a user ID and password and agreeing to the terms and conditions of the site.

Next, register your policies on the site by selecting "Add a Policy" and entering the requested information. For security reasons, you MUST have a copy of a recent bill or a current policy, as you will need details from these documents to register each of your policies. Also, you will need the four-digit customer code referenced below. KEEP THIS LETTER IN A SAFE PLACE UNTIL YOU REGISTER.

**Customer Code:**      **1352**

Once your policies are registered, you can access your policy, bill and claim information each time you visit the site simply by logging in with your user ID and password. Chubb utilizes security and encryption technology to ensure the privacy of your online information.

CH-FOR-002

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6600010 (Ed. 8-02)

INSURED 08/01/06 23.31.04

If you need assistance with registration, please contact Chubb's Customer Care Team toll-free at 1-866-324-8222 from 8 a.m. to 8 p.m. EST, Monday through Friday. If you have questions or concerns about your coverage, your agent or broker is your best source of advice and guidance.

Thank you for insuring through Chubb.

Robert Mc Ginley
Customer Relations Manager
Chubb Personal Insurance

*Availability of policy, bill, and claims information is subject to certain system limitations. Not all information is available for all states.

Chubb refers to the insurers of the Chubb Group of Insurance Companies.

CH-FOR-003

© Copyright 1984 by Chubb & Son Inc.   Form no.  06600010 (Ed. 8-02)

# *Masterpiece*®



**CHUBB**

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Effective Date** 7/15/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P. O. BOX 6738
METAIRIE, LA 70009-6738
504-883-2500

## FAIR CREDIT NOTICE

This notice is being furnished to you pursuant to the Fair Credit Reporting Act. We have received information which may have caused us to increase your premium. This decision was based in whole or in part on information provided in your consumer report. Your consumer report was either a Motor Vehicle Report (MVR) or a Comprehensive Loss Underwriting Exchange (CLUE) report, not a credit report.

ChoicePoint or Agency Records prepared this report. However, these agencies did not make the decision to take this adverse action against you and cannot provide you with any specific reasons why the decision was made.

You are entitled to obtain a free copy of the consumer report directly from ChoicePoint or Agency Records by contacting them using the information listed below. You will need to provide positive identification such as a copy of your driver's license, passport or birth certificate.

ChoicePoint
Consumer Disclosure Center
P.O. Box 105108
Atlanta, Georgia 30348-6004
1-800-456-6004

If you have a Pennsylvania driver's license and your vehicle detail premium summary indicates the addition of motor vehicle violations, your report was prepared by:

Agency Records
27 Garfield Street
Newington, Connecticut 06111
1-800-777-6655

Under the Fair Credit Reporting Act, you are also afforded the right to dispute the accuracy or completeness of any information contained in the report, which you believe to be inaccurate or incomplete. In order to resolve these disputes, you must contact Choicepoint or Agency Records, using the address or the telephone number listed above, within 60 days of this notice. That Consumer Reporting Agency will investigate the matter and issue an updated report within thirty (30) days.

CH-FOR-004

© Copyright 1984 by Chubb & Son Inc.  Form no. Q8600001 (Ed. 2-02)

INSURED 08/01/06 23.31.04

# *Masterpiece*®   *Premium Summary*



CHUBB

---

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Page  1**
**Effective Date** 7/15/05
**Policy no.** 12926114-01
**Policy period** 7/15/05 to 7/15/06
**Producer name** INSURANCE UNDERWRITERS LTD

---

We are pleased to enclose your Chubb Masterpiece Policy, customized to provide the coverage you requested.

This chart shows at a glance what coverages you have and the related premiums.

|  | Property covered | Coverage | | Premium |
|---|---|---|---|---|
| **Homes and Contents** | HOUSE AT 10 HUNTER PLACE METAIRIE, LA | HOME, CONTENTS, LIABILITY | $ | 2,555.00 |
| **Valuable Articles** | JEWELRY | VALUABLE ARTICLES | $ | 356.00 |
| **Total Premium** | | | $ | 2,911.00 |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

CH-FOR-005

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0700000 05/85                    INSURED 08/01/06 23.31.04





## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect.** At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

### Chubb's Privacy Policy

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

### "Opt Out" Option

The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

CH-FOR-006

continued on the next page

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

INSURED 08/01/06 23.31.04

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

CH-FOR-007

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 9-01)

# Masterpiece®

**Coverage Summary**



**CHUBB**

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Page 1**
**Effective date** 7/15/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P. O. BOX 6738
METAIRIE, LA  70009-6738
504-883-2500

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT 10 HUNTER PLACE METAIRIE, LA | $531,000 DELUXE COVERAGE | $265,500 DELUXE COVERAGE |
| | EXTENDED REPLACEMENT COST | REPLACEMENT COST |

The base deductible for each occurrence is  $5,000. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

## Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 10 HUNTER PLACE,  METAIRIE,  LA. This amount of coverage for mold remediation expenses cannot be increased except upon a renewal of this policy, subject to underwriting acceptance.

## Valuable Articles

This policy provides you with coverage against physical loss if your valuable articles are lost, damaged, or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

CH-FOR-008

continued on the next page

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0802000 05/85

INSURED 08/01/06 23.31.04

*Coverage Summary*

Page 2
Effective date 7/15/05
Policy no. 12926114-01
Name  LARRY AND GLENDOLYN FORSTER

---

## Valuable Articles
(Continued)

### Blanket coverage

We will pay up to the amount shown in the following chart for each category of valuable articles. However, the most we will pay for any one article is the blanket limit per item shown for that category.

### Itemized articles

The amount of coverage for your valuable articles is shown in the following chart. A list of your itemized valuable articles, and the specific coverage amounts, can be found at the end of the Coverage Summary.

| Class | Amount of blanket coverage | Blanket limit per item | Amount of itemized coverage |
|-------|---------------------------|------------------------|----------------------------|
| JEWELRY | $       25,000 | $       10,000 | NO COVERAGE |

**There is no deductible for this coverage.**

---

## Liability

Amount of liability coverage: **$300,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

---

| Home | HOUSE AT | PERSONAL LIABILITY |
|------|----------|--------------------|
|      | 10 HUNTER PLACE | |
|      | METAIRIE, LA | |

CH-FOR-009

© Copyright 1984 by Chubb & Son Inc.   Form no. Q0802000 05/85

continued on the next page

**Coverage Summary**



CHUBB

**Page 3**
**Effective date** 7/15/05
**Policy no.** 12926114-01
**Name** LARRY AND GLENDOLYN FORSTER

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

_____
Authorized representative

CH-FOR-010

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0802000 05/85

INSURED 08/01/06 23.31.04

# Masterpiece®

*Table of Contents*


CHUBB

**Name and address of insured**

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Effective date** 7/15/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P. O. BOX 6738
METAIRIE, LA 70009-6738
504-883-2500

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents

| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 06/04 | LA | B-1 |
| Deluxe Contents Coverage | 06/04 | LA | C-1 |
| Valuable Articles Coverage | 08/04 | LA | N-1 |
| Personal Liability Coverage | 06/04 | LA | T-1 |
| Policy Terms | 06/04 | LA | Y-1 |
| Policy Information Notice | 06/04 | LA | |

CH-FOR-011

© Copyright 1984 by Chubb & Son Inc.   Form No.Q0903000 05/85

INSURED 08/01/06 23.31.04

# Masterpiece®

**Introduction**



CHUBB

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## Agreement

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## Definitions

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

CH-FOR-012

© Copyright 1985 by Chubb & Son Inc. Form no. 0200000 5/85

# $\mathcal{M}$asterpiece ®

**Deluxe House
Coverage**



This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your house unless stated otherwise or an exclusion applies.

"House" means the main one-family or two-family dwelling at each Louisiana location with Deluxe House Coverage shown in the Coverage Summary.

## Payment for a Loss

### Amount of coverage
The amount of coverage for each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for your house will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

To help you and us agree on the appropriate amount of coverage, we may, but are not obligated to, conduct appraisals of your house and also make periodic adjustments to the amount of coverage. To maintain an appropriate amount of coverage, it is your duty to advise us of additions, alterations or renovations to your house.

### Deductibles
A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

**Vacant house deductible.** In lieu of the base deductible, a 5% vacant house special deductible applies to each occurrence if your house has been substantially empty of furnishings and contents for more than 30 consecutive days at the time of a covered loss, and you did not notify us it would be vacant. This deductible applies to your house, contents and extra coverages. The dollar amount of this deductible is equal to 5% of the amount of coverage for the house at the time of a covered loss. If your house coverage amount is increased because of extended replacement cost, the deductible will be based on the increased amount. However, if any other special deductible applies and the dollar amount of that special deductible is greater than the dollar amount of the vacant house special deductible, the greater special deductible applies. If the dollar amount of the base deductible is greater than the dollar amount of the applicable special deductible, the dollar amount of that special deductible is increased to the dollar amount of the base deductible.

### Payment basis
Your Coverage Summary indicates the payment basis for each house.

"Reconstruction cost" means the lesser of the amount required at the time of loss to repair, replace or rebuild, at the same location, your house or any other permanent structure, using like design, and materials and workmanship of comparable kind and quality.

"Reconstruction cost" does not include any amount required for:
• the excavation, replacement or stabilization of land under or around your house or any other permanent structure;
• conforming to any law or ordinance that regulates the repair, replacement, rebuilding or demolition of your house or any other permanent structure; or
• removing the debris of a covered loss or the property that caused a covered loss.

CH-FOR-013

*Deluxe House*
*Coverage*

---

## Payment for a Loss
(continued)

**Extended replacement cost.** If the payment basis is extended replacement cost, we will pay the reconstruction cost. If the reconstruction cost of your house exceeds the amount of coverage for your house as shown in the Coverage Summary, we will pay up to 50% more than this amount of coverage, if necessary, for the reconstruction cost. If the reconstruction cost of other permanent structures exceeds the amount of coverage for other permanent structures, we will pay up to 50% more than this amount of coverage, if necessary, for the reconstruction cost.

Extended replacement cost is provided on the condition that you maintain at least the amount of coverage for your house as previously agreed to, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

This payment basis is subject to the following limitations:
- If you have a covered partial loss to your house or other permanent structure and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, we will only pay the reconstruction cost, less depreciation.
- If you do not repair, replace, or rebuild your house or other permanent structure at the same location, the payment basis will be verified replacement cost.
- If at any time during any policy period of this coverage:
  - you are newly constructing your house or an other permanent structure; or
  - you are constructing additions, alterations, or renovations to your house or an other permanent structure that results in your living out of the house during any part of the construction;

  your payment basis for your house or other permanent structures will be conditional replacement cost. Conditional replacement cost will remain your payment basis until construction is completed and you and we agree on the appropriate amount of coverage for your house or other permanent structures.

  **Your duty:** To reduce the possibility of being underinsured, you must notify your agent or broker at the beginning of construction so that the amount of coverage for your house or other permanent structures can be adjusted to reflect the proper reconstruction cost.
- If you cannot repair, replace or rebuild your house because your primary mortgagee or its assignees has recalled your mortgage, we will pay up to the amount of coverage shown in the Coverage Summary for your house, minus what is due to the mortgagee.

**Verified replacement cost.** If the payment basis is verified replacement cost, we will pay the reconstruction cost of:
- your house up to the amount of coverage shown in the Coverage Summary; and
- other permanent structures up to the amount of coverage for other permanent structures, whether or not you actually repair, replace or rebuild.

Verified replacement cost is provided on the condition that you maintain at least 90% of the full amount of coverage we recommend for your house, including any adjustments by us based on appraisals, revaluations and annual adjustments for inflation.

If you have a covered partial loss to your house or an other permanent structure, and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, we will only pay the reconstruction cost less depreciation.

CH-FOR-014

*Deluxe House Coverage*


CHUBB

## Payment for a Loss
(continued)

**Conditional replacement cost.** If the payment basis is conditional replacement cost, our payment will be the greater of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary, by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

If you have a covered partial loss to your house or an other permanent structure, and do not begin to repair, replace or rebuild the lost or damaged property within 180 days from the date of loss, our payment will be the lesser of the following:
- the reconstruction cost less depreciation; or
- the proportion of the covered loss to your house or other permanent structure determined by dividing the amount of coverage for your house as shown in the Coverage Summary by 80% of the amount required to rebuild your entire house.

However, our payment will not exceed the lesser of:
- the reconstruction cost; or
- the amount of coverage for your house as shown in the Coverage Summary or the amount of coverage for other permanent structures.

### Special limits

**Water backup.** We will not pay more than $5,000 for each occurrence caused by, contributed to, made worse by, or in any way resulting from the discharge, leakage, seepage, overflow or backup from within a sewer or drain. This special limit also applies to each occurrence which is caused by, contributed to, made worse by, or in any way resulting from the inadequate removal of water or water borne material by a sump pump or other drainage system.

## Deluxe House Coverage

In Deluxe House Coverage, a "covered loss" includes **all risk** of physical loss to your house or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions.**

CH-FOR-015

*Deluxe House
Coverage*

## Extra Coverages

In addition to covering the physical loss to your house, we also provide many related coverages. These payments are in addition to the amount of coverage for your house unless stated otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise. Exclusions to these coverages are described in **Exclusions**.

### Other permanent structures

We cover other permanent structures on the grounds of your house. For each occurrence, we will pay up to a total of 20% of the amount of house coverage for the location at which a covered loss to these structures occurs, plus any additional amount of coverage shown in the Coverage Summary for "other permanent structures" at this location. The same payment basis applies to other permanent structures as to the house itself.

### Additional living expenses

As described below, under certain conditions when your house cannot be lived in, we provide coverage for additional living expenses which consist of extra living expenses, loss of fair rental value and forced evacuation expenses. The maximum amount we will pay for all additional living expenses combined for each occurrence is 30% of the amount of house coverage as shown in your Coverage Summary for the house at which the loss occurs. The amount of coverage for additional living expenses will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy. There is no deductible for this coverage.

**Extra living expenses.** If your house cannot be lived in because of a covered loss, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living. We cover this increase for the reasonable amount of time required to repair, replace or rebuild your house, or if you permanently relocate, the shortest amount of time required for your household to settle elsewhere. This period of time is not limited by the expiration of this policy.

**Fair rental value.** If part of your house which you usually rent to others cannot be lived in because of a covered loss, we cover its fair rental value for the reasonable amount of time required to repair, replace or rebuild the part of the house rented or held for rental, during the period of time it is usually rented. This period of time is not limited by the expiration of this policy.

**Forced evacuation expenses.** If your house cannot be lived in because a civil authority prohibits you from using it, we cover the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living. We also cover any loss in fair rental value if your house is usually held for rental, but we do not cover any loss of rents due to cancellation of a lease or agreement. The prohibition must be a direct result of a loss to neighboring premises that would be a covered loss under this policy. We cover these forced evacuation expenses for up to 30 days, even if the policy period ends during that time.

### Land

Whenever there is a covered loss to your house or other permanent structure and the related repair or rebuilding requires excavation, replacement, or stabilization of land under or around your house or other permanent structure, we will also pay up to 10% of the amount of the covered loss to your house or other permanent structure for the excavation, replacement, or stabilization of the land.

CH-FOR-016

© Copyright 1985 by Chubb & Son Inc. Form no. 0800017 5/85

*Deluxe House Coverage*



---

## Extra Coverages
(continued)

### Landscaping
We cover trees, shrubs, plants, and lawns at your house against certain kinds of perils. These are fire, lightning, explosion, civil disturbance, vandalism, malicious mischief, theft, and loss caused by a vehicle or aircraft.

We will pay up to a total of 5% of the amount of coverage for the house at which the loss occurs, but not more than $1,000 for any one tree, shrub or plant.

This extra coverage applies only if you begin to repair or replace the lost or damaged property within 180 days of the date of loss.

### Fire department charges
If a fire department is called to protect your house or its grounds against a covered loss, we will pay up to $500 for any charges imposed by law or assumed by written agreement. There is no deductible for this coverage.

### Lock replacement
If the keys to your house are lost or stolen, we will pay the cost of replacing the locks, up to $500. But you must notify us in writing within 72 hours of discovering the loss. There is no deductible for this coverage.

### Debris removal
We cover the reasonable expenses you incur to remove debris of a covered loss and of the property that caused a covered loss. We will pay up to 30% of the amount of coverage for your house at this location as shown in your Coverage Summary. The amount of coverage for debris removal will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

### Temporary precautionary repairs
After a covered loss, we cover the reasonable expenses you incur for necessary temporary precautionary repairs made solely to protect your house or other permanent structure against further covered damage. These payments do not increase the amount of coverage for your house or other permanent structures.

### Construction materials
We cover the materials and supplies owned by you at each location listed in the Coverage Summary for use in the construction, alteration, and repair of your house or other permanent structures. These payments apply only to a covered loss, and they do not increase the amount of coverage for your house or other permanent structures.

CH-FOR-017

*Deluxe House
Coverage*

---

## *Extra Coverages*
(continued)

### Rebuilding to code
After a covered loss, we cover the cost of conforming to any law or ordinance that regulates the repair, replacement, rebuilding or demolition of your house or other permanent structure made necessary by the covered loss. If the loss is to your house, we will pay up to 30% of the amount of coverage for the house as shown in your Coverage Summary. If the loss is to an other permanent structure at the location of your house, we will pay up to 30% of the amount of coverage provided under the other permanent structures coverage. This coverage does not apply unless you repair, replace or rebuild your house or other permanent structure at the same location. The amount of coverage for rebuilding to code will not be affected by any increase in the amount of house coverage caused by the application of extended replacement cost payment basis as provided in this policy.

### Mine subsidence
We cover your house and other permanent structures on the grounds of your house against direct loss caused by mine subsidence.

Mine subsidence means loss caused by lateral or vertical movement of a man-made underground mine or underground mine related excavations including any resulting collapse of your house or other permanent structures on the grounds of your house, including but not limited to coal, clay, limestone, and fluorspar mines. Mine subsidence does not mean loss caused by collapse of storm and sewer drains, and rapid transit tunnels.

The amount of coverage is limited to the amount shown in the Coverage Summary.

The exclusions of loss caused by structural movement, and earth movement in this policy do not apply to mine subsidence.

### Mold remediation expenses
We provide coverage for mold remediation expenses you incur, made necessary by a covered loss to your house, other permanent structure, or to contents if contents coverage is provided under this policy. For each occurrence, we will pay up to a total of $10,000, plus any additional amount of coverage shown in the Coverage Summary for mold remediation expenses at this location. This coverage applies only to the portion of the house, other permanent structure or contents, which directly sustained the covered loss. These payments do not increase the amount of coverage for your house, other permanent structures, or contents.

"Mold remediation" means the reasonable and necessary costs not otherwise covered for:
- testing the indoor air quality for mold;
- testing the surfaces and materials of your house, other permanent structure or contents for mold;
- developing a mold remediation plan; and
- implementing a mold remediation plan including the clean up, removal, containment, treatment, or disposal of mold.

"Mold remediation" also means the reasonable and necessary costs, including the increased cost, not otherwise covered for:
- removing debris solely due to mold; and
- repairing or replacing covered property damaged or removed solely due to mold.

CH-FOR-018

*Deluxe House*
*Coverage*



CHUBB

## *Extra Coverages*
(continued)

We also provide coverage for temporary relocation expenses you incur, made necessary by mold remediation. For each occurrence, we will pay up to 20% of the total amount of mold remediation expense coverage. There is no deductible for temporary relocation expenses.

"Temporary relocation expenses" means:
- the reasonable increase in your normal living expenses that is necessary to maintain your household's usual standard of living for the reasonable amount of time required to complete mold remediation; and
- the fair rental value of that part of your house rented or held for rental, for the reasonable amount of time required to complete mold remediation, during the period of time it is usually rented.

"Contents" means personal property you or a family member owns or possesses covered by us.

"Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

We will not make any additional payments for mold remediation expenses or temporary relocation expenses under any other Extra Coverage. The amount of coverage for mold remediation expenses and temporary relocation expenses is the most we will pay for the sum of all mold remediation expenses and temporary relocation expenses, regardless of the number of covered losses that occur during the policy period.

## Exclusions

These exclusions apply to your Deluxe House Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke. Nor do we cover the cost to extract pollutants or contaminants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

CH-FOR-019

*Deluxe House*
*Coverage*

## Exclusions
(continued)

**Loss by animals.** We do not cover any loss caused by birds, vermin, insects, rodents, or domestic animals except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Structural movement.** We do not cover any loss caused by the settling, cracking, shrinking, bulging, or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings except loss to glass that is part of a building, storm door, or storm window. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, Loss by animals, or Structural movement. This coverage also includes the cost of tearing out and replacing any part of the house or other permanent structure necessary to repair the appliance, swimming pool, or system. We do not cover loss to the appliance, swimming pool, or system itself.

**Discharge, overflow or backup.** We do not cover any loss caused by the discharge, leakage, seepage, overflow or backup from within a plumbing system, sewer or drain when the discharge, leakage, seepage, overflow or backup exits the plumbing system, sewer or drain outside the foundation of your house or other permanent structure.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
• flood, surface water, waves, tidal water, or water borne material from any of these;
• overflow of water or water borne material from a body of water;
• run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
• spray from any of these,
from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies.

**Water damage to outside structures.** We do not cover certain kinds of loss to a fence, pavement, patio, swimming pool, hot tub, septic system, foundation, retaining wall, bulkhead, pier, wharf, dock, or bridge. These are losses caused by freezing, thawing, or the pressure or weight of water or ice, even if the water or ice is driven by wind. But we do insure ensuing covered loss unless another exclusion applies.

CH-FOR-020

© Copyright 1985 by Chubb & Son Inc. Form no. 0800017 5/85

*Deluxe House*
*Coverage*



## Exclusions
(continued)

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes.

**Fungi and mold.** We do not provide coverage for the presence of mold or any loss caused by mold, other than as provided under the Extra Coverage, Mold remediation expenses. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Earthquake.** We do not cover any loss caused by earthquake unless shown in your Coverage Summary for that location. But we do insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Earth movement.** We do not cover any loss caused by earth movement including volcanic eruptions, landslides, mud flows, and the sinking, rising, or shifting of land. But we do cover losses caused by the eruption of a volcano when the loss is the result of:
- a volcanic blast or airborne shock waves;
- ash, dust, or particulate matter; or
- lava flow.

We also insure ensuing covered loss due to fire, explosion, theft, or glass breakage unless another exclusion applies.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

CH-FOR-021

 

**Deluxe Contents
Coverage**

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your contents anywhere in the world unless stated otherwise or an exclusion applies.

"Contents" means unscheduled personal property you or a family member owns or possesses.

## Payment for a Loss

### Amount of coverage

The amount of coverage for contents at each house for each occurrence is shown in the Coverage Summary. At the time of a covered loss, the amount of coverage for contents will be adjusted to include any increase in the United States Consumer Price Index calculated from the beginning of the policy period.

If a change in the amount of coverage for your house is made, except for a change resulting from the application of the extended replacement cost payment basis, the amount of coverage for contents will be adjusted proportionately. To reduce the possibility of being underinsured, you should periodically review your amount of coverage for contents and request an increase if you feel the amount of coverage is insufficient.

For a covered loss to contents, the amount of coverage depends on where the loss occurs:

**At a house with contents coverage.** If the covered loss takes place at a listed house with contents coverage in this policy, we will pay up to the amount of contents coverage for that house, for each occurrence.

**Away from your residences.** If the covered loss takes place away from any residence you own or live at, for each occurrence we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

**At your residence not listed in this policy.** If the covered loss takes place at a residence you own or live at that does not have contents, condominium, cooperative or renters coverage listed in this policy, we will pay up to 10% of the highest amount of contents coverage in this policy, for each occurrence. However, contents in a newly acquired principal residence is not subject to this limitation, for the 60 days immediately after you begin to move your contents there.

In either case, we will choose the single listed location on which the payment is to be made, based upon the most favorable combination of the following:
- amount of contents coverage
- payment basis
- type of contents coverage

### Deductibles

A deductible is that amount we will subtract from the amount of a covered loss we pay. Either the base deductible listed in the Coverage Summary or one of the special deductibles applies to each occurrence, unless stated otherwise.

CH-FOR-022

*Deluxe Contents*
*Coverage*

## Payment for a Loss
(continued)

### Payment basis

Your Coverage Summary indicates the payment basis for contents.

**Replacement cost.** If the payment basis is replacement cost, we will pay the full cost to replace the contents without deduction for depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

However, for contents which are obsolete or unusable for the purpose for which they were originally intended because of their age or condition, the payment basis will be actual cash value.

**Actual cash value.** If the payment basis is actual cash value, we will pay the cost to replace the contents less depreciation, or the amount required to repair the damage, whichever is less, up to the amount of coverage.

**Pairs, sets, and parts.** For a covered loss to a pair or set, or to part of a larger unit, we will pay whichever is least:
- the cost to repair the damaged property to its condition before the loss;
- the cost to replace it; or
- the cost to make up the difference between its market value before and after the loss.

However, if you agree to surrender the undamaged article(s) of the pair, set, or parts to us and we agree to accept, we will pay you the full replacement cost of the entire pair, set, or parts.

### Special limits

These special limits do not increase the amount of coverage on your contents or on any item covered elsewhere in this policy.

**Water backup.** We will not pay more than $5,000 for each occurrence caused by, contributed to, made worse by, or in any way resulting from the discharge, leakage, seepage, overflow or backup from within a sewer or drain. This special limit also applies to each occurrence which is caused by, contributed to, made worse by, or in any way resulting from the inadequate removal of water or water borne material by a sump pump or other drainage system.

For a covered loss to the following types of contents, we will not pay more than the amounts shown.

Money, bank notes, bullion, gold, silver, or platinum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $1,000

Securities, accounts, deeds, evidences of debt, letters of credit, notes other than
bank notes, manuscripts, passports, or tickets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000
    However, when this property is located in a bank vault or bank safe deposit box, your full
    contents coverage away from your residences will apply for a covered loss.

Trailers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $3,000

Watercraft, including their furnishings, equipment, and outboard motors . . . . . . . . . . . . . . $2,000

CH-FOR-023

© Copyright 1985 by Chubb & Son Inc. Form no. 1200017 5/85

*Deluxe Contents*
*Coverage*



CHUBB

## Payment for a Loss
(continued)

Jewelry, watches or precious and semi-precious stones, whether set or unset,
that are lost, misplaced, or stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Furs that are lost, misplaced, or stolen . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Plated ware, silverware, goldware, pewterware, tableware, trays, trophies, and
other household and personal articles, other than jewelry, that consist principally
of sterling silver, gold, or pewter that are lost, misplaced, or stolen . . . . . . . . . . . . . . . . . $5,000

Collectible stamps, coins, and medals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000
   However, when this property is located in a bank vault or bank safe deposit box, your full
   contents coverage away from your residences will apply for a covered loss.

Guns that are lost, misplaced, or stolen. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

Grave markers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $5,000

## Deluxe Contents Coverage

In Deluxe Contents Coverage, a "covered loss" includes **all risk** of physical loss to your contents
or other property covered under this part of your Masterpiece Policy, unless stated otherwise or an
exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your contents, we also provide other related coverages.
These payments are in addition to the amount of coverage for your contents unless stated
otherwise or an exclusion applies. All deductibles apply to Extra Coverages unless stated otherwise.
Exclusions to these coverages are described in **Exclusions**.

### Incidental business property
We will pay up to $10,000 for a covered loss to furnishings, supplies, and equipment of an
incidental business conducted at your residence premises, including business data stored in a
computer. The same payment basis applies to incidental business property as to contents.

"Incidental business" is a business activity which meets all of the following requirements:
• does not have gross revenues of $5,000 or more in any one year, other than the management of
one's own investments;
• has no employees subject to workers' compensation or other similar disability laws;
• conforms to local, state, and federal laws.

"Business data" means business facts or records.

CH-FOR-024

*Deluxe Contents*
*Coverage*

## Extra Coverages
(continued)

### Data replacement
We cover personal data stored in a computer in your house. We will pay up to $5,000 for replacing personal data as a result of a covered loss.

"Personal data" means your personal facts or records. It does not include any hardware, software, or materials on which data is recorded, including magnetic tapes, disk packs, paper tapes, and cards.

### Endangered property
Covered contents removed from your house because the house is endangered by a covered peril are covered against any peril for up to 90 days. These payments do not increase the amount of coverage for your contents.

## Exclusions

These exclusions apply to your Deluxe Contents Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Contamination.** We do not cover any loss caused by contamination, pollution, smog, or industrial or agricultural smoke. Nor do we cover the cost to extract pollutants or contaminants from land or water, or the cost to remove, restore or replace polluted or contaminated land or water. A "pollutant" is any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. A "contaminant" is an impurity resulting from the mixture of or contact of a substance with a foreign substance. "Waste" includes materials to be disposed of, recycled, reconditioned or reclaimed.

**Loss by animals.** We do not cover any loss caused by birds, vermin, insects, rodents, or domestic animals. But we do insure ensuing covered loss unless another exclusion applies.

**Special rules for escaping water.** If any of the causes of loss previously described in the exclusions for Gradual or sudden loss, Contamination, or Loss by animals cause water to escape from within a household appliance, swimming pool, or plumbing, heating, or air conditioning system, we cover the loss caused by the water. We provide this coverage unless an exclusion applies other than the exclusions for Gradual or sudden loss, Contamination, or Loss by animals. We do not cover loss to the appliance, swimming pool, or system itself.

CH-FOR-025

© Copyright 1985 by Chubb & Son Inc. Form no. 1200017 5/85

**Deluxe Contents**
**Coverage**



CHUBB

## Exclusions
(continued)

**Discharge, overflow or backup.** We do not cover any loss caused by the discharge, leakage, seepage, overflow or backup from within a plumbing system, sewer or drain when the discharge, leakage, seepage, overflow or backup exits the plumbing system, sewer or drain outside the foundation of your house or other permanent structure.

**Freezing water.** We do not cover any loss caused by water freezing in a plumbing, heating, or air conditioning system, or household appliance if the house is vacant, unoccupied, or being constructed, unless you used reasonable care to maintain heat in the building or shut off and drained the water system or appliance. But we do insure ensuing covered loss unless another exclusion applies.

**Surface water.** We do not cover any loss caused by:
- flood, surface water, waves, tidal water, or water borne material from any of these;
- overflow of water or water borne material from a body of water;
- run off of water or water borne material from a paved surface, driveway, walkway, patio, or other similar surface; or
- spray from any of these,
from any source, even if driven by wind. But we do insure ensuing covered loss unless another exclusion applies. We also cover surface water damage to contents away from any residence you own or live at, unless another exclusion applies.

**Ground water.** We do not cover any loss caused by water or water borne material in the ground, or by its pressure, leakage, or seepage. But we do insure ensuing covered loss unless another exclusion applies. We also cover ground water damage to contents away from any residence you own or live at, unless another exclusion applies.

**Power interruption.** We do not cover food spoilage losses caused by power interruption as a result of brownout or blackout. But we do cover other ensuing physical loss to the insured property unless another exclusion applies.

**Computer error.** We do not cover any loss resulting from an error in computer programming or instructions to the computer.

**Business property.** We do not cover any loss to business property unless it is incidental business property covered as an Extra Coverage.

**Tenant property.** We do not cover any loss to property of roomers, boarders, or other tenants. But we do cover personal property of your guests, domestic workers or relatives while it is in any home occupied by you or a family member.

**Motorized land vehicles.** We do not cover any loss to a motorized land vehicle. But we do cover motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary. We also cover motorized land vehicles used to assist the disabled that are not designed for or required to be registered for use on public roads.

CH-FOR-026

*Deluxe Contents
Coverage*

---

## *Exclusions*
(continued)

**Theft of sound equipment from a motorized land vehicle.** We do not cover any theft of sound reproducing, receiving, and transmitting equipment from a motorized land vehicle if the equipment is operated by power from the electrical system of that vehicle. This includes radios, tape players, CBs, scanning monitors, televisions, and any other similar equipment, including their accessories and antennas.

**Repairs and renovations.** We do not cover loss caused by repairing, refinishing, or renovating any kind of property except jewelry, watches, and furs.

**Watercraft accidents.** We do not cover any loss caused by the sinking, swamping, stranding, or collision of a watercraft or its trailer, equipment, or outboard motor. But we do cover collision of a watercraft with a land vehicle unless another exclusion applies.

**Dampness or temperature.** We do not cover any loss caused by air dampness, water vapor or temperature extremes.

**Fungi and mold.** We do not provide coverage for the presence of mold or any loss caused by mold. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Confiscation.** We do not cover any loss caused by the confiscation, destruction, or seizure of property by any government or public authority.

**Breakage of fragile articles.** We do not cover breakage of fragile articles, including eyeglasses, statues, porcelains, and similar items. But we do cover breakage caused by fire, lightning, windstorm, hail, or smoke (except industrial or agricultural smoke); by explosion, riot, civil commotion, aircraft, or vehicles; by vandalism, malicious mischief, or collapse of a building or part of a building; by earth movement, earthquake, water, theft, or attempted theft; or by the sudden and accidental tearing apart, cracking, burning, or bulging of a plumbing, heating, or air conditioning system or household appliance, unless another exclusion applies.

Fragile articles do not include jewelry, watches, bronzes, cameras, and photographic lenses.

**Loss to animals.** We do not cover any loss to animals, birds, or fish.

**Aircraft.** We do not cover any loss to an aircraft or aircraft parts.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss to contents caused by the taking or other misappropriation of the contents from you or a family member by your spouse or another family member. But we do provide coverage for you or a family member who is not responsible for the misappropriation.

CH-FOR-027

© Copyright 1985 by Chubb & Son Inc. Form no. 1200017 5/85

*Deluxe Contents*
*Coverage*



## *Exclusions*
(continued)

**Faulty planning, construction or maintenance.** We do not cover any loss caused by the faulty acts, errors or omissions of you or any other person in planning, construction or maintenance. It does not matter whether the faulty acts, errors or omissions take place on or off the insured property. But we do insure ensuing covered loss unless another exclusion applies. "Planning" includes zoning, placing, surveying, designing, compacting, setting specifications, developing property and establishing building codes or construction standards. "Construction" includes materials, workmanship, and parts or equipment used for construction or repair.

**Neglect.** We do not cover any loss caused by your failure to use all reasonable means to protect property before, at, or after the time of a loss.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

CH-FOR-028

# Masterpiece®

**Valuable Articles
Coverage**



CHUBB

This part of your Masterpiece Policy provides you with coverage against all risk of physical loss to your valuable articles anywhere in the world unless stated otherwise or an exclusion applies.

"Valuable article" means personal property you own or possess for which an amount of coverage is shown in the **Valuable Articles** section of your Coverage Summary.

## Payment for a Loss

### Amount of coverage
The amount of coverage for each category of valuable articles, and for each itemized article, is shown in your Coverage Summary.

To help you maintain an appropriate amount of coverage, if itemized jewelry is shown in your Coverage Summary, we increase the amount of coverage for each article of itemized jewelry annually by a percentage based on industry trends for jewelry values plus, if you request, an additional percentage amount.

### Itemized articles
For a covered loss to an article listed in your schedule of itemized articles, we will pay as follows:

**Total loss.** If the itemized article is totally destroyed or lost, we will pay the amount of itemized coverage for that article. However, if the market value of the itemized article immediately before the loss exceeds the amount of itemized coverage for that article, we will pay its market value immediately before the loss, up to 150% of the amount of itemized coverage for that article.

**Partial loss.** If the itemized article is partially lost or damaged, you may choose either of the following:
• If you choose to restore the article, we will pay to restore the article to its condition immediately before the loss. If the restored market value is less than the market value immediately before the loss, we will also pay the difference between the restored market value immediately after the loss and the market value immediately before the loss; or
• If you choose not to restore the article, we will pay the difference between the market value immediately before and after the loss.
The maximum amount we will pay is 150% of the amount of itemized coverage for that article.

**In-vault jewelry.** Itemized jewelry described in the Coverage Summary as "in-vault" must be kept in a bank vault. There is no coverage for these items while they are out of a vault, unless we agree in advance to cover them.

### Blanket coverage
For a covered loss to valuable articles with blanket coverage, we will pay the amount required to repair or replace the property, whichever is less, without deduction for depreciation. If the restored value is less than the market value immediately prior to the loss, we will pay the difference. But we will not pay more than the amount of blanket coverage for that category. And we will not pay more than the blanket limit per item for loss to any one article as shown in the Coverage Summary.

The following valuable articles are eligible for blanket coverage:

**Jewelry.** An article of personal adornment containing gemstones, silver, gold, platinum, or other precious metals or alloys.

CH-FOR-029

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 5/85
6/15/04 13:35:14

## *Payment for a Loss*
(continued)

**Furs.** Garments made of, trimmed in, or consisting principally of fur.

**Fine arts.** Private collections of paintings, etchings, pictures, tapestries, art glass windows, other bona fide works of art (for example, statues, antiques, rare books and manuscripts, porcelains, rare glass), and items of historical value or artistic merit.

**Silverware.** Sterling silver, gold, or pewter: plated ware, tableware, trays, trophies, and other household and personal articles other than jewelry.

**Stamps and coins.** Stamps and/or coins contained in an individually owned stamp and/or coin collection and not owned by dealers or auctioneers. This includes other philatelic property, including books, pages and mountings; and other numismatic property including coin albums, containers, frames, cards and display cabinets used with your collection.

**Musical instruments.** Musical instruments and equipment.

**Cameras.** Cameras, projection machines, films, and related equipment.

**Collectibles.** This means private collections of rare, unique or novel items of personal interest (for example, dolls, banks, guns, model trains, wine) including memorabilia.

## Pairs, sets, and parts

If the covered loss is to part of a pair or set, or larger unit listed in your schedule of itemized articles, you may choose either of the following:
- If you do not surrender the undamaged article(s) of the pair, set or unit, we will pay the covered loss as a partial loss for the damaged article(s) of the pair, set or unit as previously described under **itemized articles.**
- If you agree to surrender the undamaged article(s) of the pair, set or unit to us, we will pay the covered loss as a total loss for that pair, set or unit as previously described under **itemized articles.**

If the covered loss is to part of a pair or set, or larger unit with blanket coverage we will pay whichever is least:
- the cost to repair the damaged property to its condition before the loss;
- the cost to replace it; or
- the difference between its market value immediately before and after the loss.

If you agree to surrender the undamaged article(s) of the pair, set or unit to us and we agree to accept, we will pay you the full replacement cost of the entire pair, set or unit, as a total loss, subject to the applicable blanket limit per item and amount of blanket coverage for that valuable articles category.

"Replacement cost" means the amount required to repair or replace the pair, set, or unit, whichever is less.

## Our option

When we pay for a total loss, we may keep all or part of the damaged property.

CH-FOR-030



CHUBB

## Payment for a Loss
(continued)

### Recoveries
If we pay for a covered loss to property and we recover that property, we agree to offer you an opportunity to buy it back. We will offer it to you at no higher an amount than we paid to you for that property.

## Valuable Articles Coverage

In Valuable Articles Coverage, a "covered loss" includes **all risk** of physical loss to valuable articles unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your valuable articles, we also provide other related coverages. These payments are in addition to the amount of coverage for your valuable articles unless stated otherwise or an exclusion applies. Exclusions to these coverages are described in **Exclusions**.

### Newly acquired valuable articles
For some categories of valuable articles, we automatically cover newly acquired articles that you own if you already have itemized articles shown on the Coverage Summary in that category. The amount of coverage for these articles is described below.

**Fine arts.** We cover your newly acquired fine arts for 25% of your total itemized coverage for fine arts. But you must request coverage for the newly acquired fine arts within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

**Jewelry, furs, cameras, musical instruments, and collectibles.** We cover your newly acquired jewelry, furs, cameras, musical instruments, and collectibles for 25% of your total itemized coverage in the same category, up to $50,000 for each category. But you must request coverage for these newly acquired articles within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

CH-FOR-031

*Valuable Articles*
*Coverage*

## Exclusions

These exclusions apply to your Valuable Articles Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Musical and photographic articles used for profit.** We do not cover any loss to musical instruments, cameras, or related equipment used for profit, except in an incidental business activity that does not have gross revenues of $5,000 or more in any year and conforms to local, state and federal laws.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss to valuable articles caused by the taking or other misappropriation of the article(s) from you or a family member by your spouse or another family member.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, warping, insects or vermin. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Computer error.** We do not cover any loss caused by an error in computer programming or instructions to the computer.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

**Special exclusions for fine arts.** We do not cover any loss to fine arts caused by repairing, restoring, or retouching. We also do not cover any loss to fine arts while exhibited at a fair ground, or at the premises of a national or international exposition, unless the premises are covered by this policy.

CH-FOR-032

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 5/85

*Valuable Articles*
*Coverage*



CHUBB

## Exclusions
(continued)

**Special exclusions for stamps and coins.** We do not cover any loss to stamps or coins caused by:
- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, or temperature extremes; or
- handling or being worked on.

We also do not cover the disappearance of an individual stamp, coin, or other item that is insured as part of a collection unless it is mounted in a volume and the page is also lost.

**Special exclusions for collectibles.** We do not cover any loss to collectibles caused by:
- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, change in temperature, or temperature extremes;
- repairing, restoring, retouching or being worked on; or
- use other than as a collectible.

However, we do cover loss to wine due to change in temperature or temperature extremes caused by the sudden and accidental physical loss to utility power equipment or premises power supply, or mechanical or electrical breakdown of climate control equipment.

CH-FOR-033

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 5/85
265                                                                        8/15/04 13:35:14

 **Personal Liability Coverage**



This part of your Masterpiece Policy provides you with personal liability coverage for which you or a family member may be legally responsible anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage

The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which take place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies to Personal Liability Coverage:
"Occurrence" means an accident to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

A "covered person" means:
• you or a family member;
• any other person or organization with respect to liability because of acts or omissions of you or a family member; or
• any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
• bodily injury;
• shock, mental anguish, or mental injury;
• false arrest, false imprisonment, or wrongful detention;
• wrongful entry or eviction;
• malicious prosecution or humiliation; and
• libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

CH-FOR-034

*Personal Liability*
*Coverage*

## Personal Liability Coverage
(continued)

"Property damage" means physical injury to or destruction of tangible property, including the loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
• any motorized land vehicle not designed for or required to be registered for use on public roads;
• any motorized land vehicle which is in dead storage at your residence;
• any motorized land vehicle used solely on and to service a residence premises shown in the Coverage Summary; or
• golf carts.

### Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
• all premiums on appeal bonds required in any suit we defend;
• all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
• all expenses incurred by us;
• all costs taxed against a covered person;
• all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
• all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
• all earnings lost by each covered person at our request, up to $250 a day, to a total of $10,000;
• other reasonable expenses incurred by a covered person at our request; and
• the cost of bail bonds required of a covered person because of a covered loss.

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

CH-FOR-035

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85

*Personal Liability*
*Coverage*



## Extra Coverages

In addition to covering damages and defense costs, we also provide many related coverages. These payments are in addition to the amount of coverage for damages and defense costs unless stated otherwise.

### Medical payments to others
We will pay the necessary medical expenses, up to a total of $10,000 for each person, for personal injury to anyone **except** you or a family member. These expenses must be incurred or medically ascertained within three years of an accident that:
- occurs at a home with liability coverage in this policy, to a person with permission from you or a family member to be there;
- arises from a condition at a home, or at the steps, driveways or sidewalks immediately adjoining, with liability coverage in this policy;
- was caused by the activities of a covered person;
- was caused by a domestic worker in the course of his or her employment by a covered person; or
- was caused by an animal owned by or in the care of a covered person.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

### Damaged property
We cover the replacement cost of other people's property, up to $1,000 for each occurrence, if the property was damaged or destroyed by a covered person.

"Replacement cost" is the amount required to repair or replace other people's property, whichever is less.

But we will **not** pay for property damage to property owned by or rented to a tenant or resident in your household.

### Credit cards, forgery, and counterfeiting
We cover a covered person's legal obligation, up to a total of $10,000 for:
- loss or theft of a credit or bank card issued in the name of you or a family member, provided that all the terms for using the card are complied with;
- loss caused by forgery or alteration of any check or negotiable instrument; or
- loss caused by accepting in good faith any counterfeit paper currency.

We will defend a claim or suit against you or a family member for loss or theft of a credit or bank card. We have the option to defend a claim or suit against you or a family member (or against a bank, with respect to this coverage) for forgery or counterfeiting.

We may investigate, negotiate, and settle any such claim or suit at our discretion. Our obligation to defend ends when our payment for the loss equals $10,000.

CH-FOR-036

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85

3/18/04 11:30:26

*Personal Liability*
*Coverage*

## Extra Coverages
(continued)

If you have a loss under the "credit cards, forgery, and counterfeiting" coverage of this policy, you must:
- notify us or your agent of your loss;
- in case of theft you must notify the police or similar competent authority;
- notify the credit card service company or the issuing bank;
- include evidence or an affidavit supporting your claim, including the amount of and cause of the loss, in any statement you prepare at our request;
- submit to an examination under oath, as often as we may reasonably require, you, family members and other members of your household to do so;
- upon our request submit a signed description of the circumstances surrounding a loss and your interest in it; and
- produce all records and documents we request and permit us to make copies.

### Rented or borrowed vehicles
We cover for damages for personal injury and property damage caused by an occurrence during the policy period resulting from a covered person's use of a rented or borrowed vehicle if the limit of liability shown in the Coverage Summary is $1 million or more, provided the rental or loan does not exceed 30 days.

We will provide this coverage in excess of any underlying insurance that applies to these damages. If no underlying coverage exists, we will pay total damages up to the limit of liability shown in the Coverage Summary.

This Extra Coverage is not provided when:
- you have coverage provided by an excess or umbrella policy with us or another company;
- you or a family member own a private passenger vehicle, a pick-up, panel truck, or van.

### Fungi and mold
We cover damages a covered person is legally obligated to pay, up to $100,000 for each occurrence, for bodily injury or property damage arising out of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. These payments do not increase the amount of personal liability coverage.

## Exclusions

These exclusions apply to this part of your Masterpiece Policy, unless stated otherwise.

**Motorized land vehicles.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any motorized land vehicle. This includes any trailers or any watercraft being towed by or carried on any registered vehicle.

This exclusion does not apply to motorized land vehicles in dead storage at your residence, to motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary, or to golf carts.

CH-FOR-037

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85

*Personal Liability*
*Coverage*



## Exclusions
(continued)

This exclusion does not apply to the Extra Coverage, Rented or Borrowed Vehicles.

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except a chartered aircraft operated and piloted by a professional crew. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 horsepower owned by a covered person, or furnished or rented to a covered person for longer than 30 days. But we do cover watercraft being stored, unless another exclusion applies.

**Motorized land vehicle, watercraft and aircraft racing.** We do not cover any damages arising out of the participation in or practice for competitive racing of any motorized land vehicle, watercraft or aircraft. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage in excess over any other insurance for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. This exclusion does not apply to a not-for-profit corporation or organization, or to a condominium or cooperative association.

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, sexual harassment, or any other discrimination.

**Intentional acts.** We do not cover any damages arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. An intentional act is one whose consequences could have been foreseen by a reasonable person. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without express or implied permission from you or a family member.

CH-FOR-038

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
3/18/04 11:30:25

*Personal Liability*
*Coverage*

## Exclusions
(continued)

**Business pursuits.** We do not cover any damages arising out of a covered person's business pursuits, investment or other for-profit activities, for the account of a covered person or others, or business property.

But we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability unless another exclusion applies.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
• not yield gross revenues in excess of $5,000 in any year;
• have no employees subject to workers' compensation or other similar disability laws;
• conform to local, state, and federal laws.

"Incidental business at home" is a business activity, other than farming, conducted on your residence premises which must:
• not yield gross revenues in excess of $5,000 in any year, except for the business activity of managing one's own personal investments;
• have no employees subject to workers' compensation or other similar disability laws;
• conform to local, state, and federal laws.

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by you, an apartment unit rented to you, a one or two family dwelling owned by you, or a three or four family dwelling owned and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
• a residence of yours that is occasionally rented and that is used exclusively as a residence; or
• part of a residence of yours by one or two roomers or boarders; or
• part of a residence of yours as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
• is incidental to your use of the premises as your residence;
• does not involve employment of others for more than 1,000 hours of farm work during the policy period;
• does not produce more than $2,500 in gross annual revenue from horticultural operations;
• and with respect to the raising or care of animals:
  • does not produce more than $25,000 in gross annual revenues;
  • does not involve more than 10 sales transactions during the policy period;
  • does not involve the sale of more than 25 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
• you do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws;

CH-FOR-039

© Copyright 1985 by Chubb & Son Inc. Form no. 4619017 5/95

## Personal Liability
## Coverage



CHUBB

### Exclusions
(continued)

- you do not earn annual gross revenues in excess of $5,000, if you are a home day care provider;
- there is no other valid and collectible insurance.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury, other than bodily injury, for which you can be held legally liable to a family member or your spouse or for which a family member or your spouse can be held legally liable to you.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold, the fear of mold, or any consequences resulting from mold or the fear of mold, other than as provided under the Extra Coverage, Fungi and mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Parental liability.** We do not cover any damages arising from parental liability for the acts of a minor using a motorized land vehicle, watercraft 26 feet or longer or with more than 50 horsepower, or aircraft. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

CH-FOR-040

*Personal Liability
Coverage*

## Exclusions
(continued)

**Entrustment.** We do not cover any damages arising from the entrustment by any covered person of a motorized land vehicle, watercraft 26 feet or longer or with more than 50 horsepower, or aircraft to any person. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

CH-FOR-041

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85

 **Policy Terms**



This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

**Policy period**
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

**Renewals**
We or our agent may offer to continue this policy for renewal periods, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage.

You may accept our offer by paying the required premium on or before the starting date of each renewal period.

**Transfer of rights**
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

**Concealment or fraud**
We do not provide coverage if you or any covered person, with the intent to deceive has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss. But we do provide coverage for you or any covered person who did not intentionally conceal or misrepresent any material fact relating to this policy before or after a loss.

**Application of coverage**
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

**Duplicate coverages**
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. However, when both Valuable Articles Blanket coverage and Contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of coverage will equal the combined total of both Contents and Valuable Articles Blanket limits subject to the Contents Special Limits and policy provisions. In no event will we make duplicate payments.

CH-FOR-042

*Policy*
*Terms*

---

## General Conditions
(continued)

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

### Policy changes
This policy can be changed only by a written amendment we issue.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

### Liberalization
We may extend or broaden the insurance provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broader insurance will apply to your policy.

### Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.

---

## Liability Conditions

These conditions apply to all liability coverages in this policy.

### Other Insurance
**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that our amount of coverage bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy.

**Uninsured motorists:** If a covered person, other than you or a family member, is injured while occupying a covered vehicle, this policy is primary. If the amount of coverage available under this policy is exhausted due to the extent of damages, the person may recover as excess from another uninsured motorists policy under which he or she is insured.

CH-FOR-043

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

*Policy*
*Terms*


CHUBB

## Liability Conditions
(continued)

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

If your Masterpiece Personal Liability Coverage is cancelled or nonrenewed, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

If you do not have Masterpiece Personal Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the earliest nonrenewal date allowed by law, and an appropriate notice of nonrenewal will be issued.

### Your duties after a loss
In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

## Property Conditions

These conditions apply to all coverage for damage to property.

### Other insurance
When other property insurance applies to a covered loss, we will pay only the portion of the loss that our amount of coverage bears to the total amount of insurance covering the loss.

CH-FOR-044

*Policy*
*Terms*

---

## *Property Conditions*
(continued)

**Condominiums and Cooperatives:** If there is other insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

## Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Protect property.** You must take all reasonable means that are necessary to protect property from further damage.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display property.** You must show us the damaged property when we ask.

**Proof of loss.** At our request you must submit to us your signed sworn proof of loss on a form we have sent to you.

**Examination under oath.** We have the right to examine under oath, as often as we may reasonably require, you, family members and other members of your household. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

## Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

## Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

## Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

CH-FOR-045

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

*Policy
Terms*



## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us

You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, a claimant may bring a suit against us including, but not limited to a suit to recover on a written agreement of settlement between you, us and the claimant or on a final judgement against you. However, we will not pay more than the amount of liability coverage shown in the Coverage Summary. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals

If you and we fail to agree on the amount of loss, you and we may select an independent appraiser in order to reach a mutual agreement. You and we will share the expenses incurred equally and every effort will be made to reach an agreement within a reasonable time.

### Mortgagee or loss payee

The word "mortgagee" includes a trustee. If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees. We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to appraisals and legal action against us, apply to the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur. If the policy is cancelled or not renewed by us, the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur, will be notified at least 30 days before the date cancellation or nonrenewal takes effect, at the last mailing address known by us.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

CH-FOR-046

*Policy*
*Terms*

---

## *Special Conditions*
(continued)

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal
If we decline to renew all or part of this policy, we will mail such nonrenewal to your last mailing address known to us before the policy ends, within the timeframes required by law with any nonrenewal reasons required by law. We will obtain a certificate of mailing. A copy of the notice will also be sent to the last known mortgagee, lienholder, or any other person shown by the policy to have an interest in any loss, which may occur, at the last mailing address known by us.

Our right not to renew applies to each coverage or limit in this policy.

### Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

### Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, or to our agent.

**Vehicle coverage only:**
**Within 60 days.** We may cancel vehicle coverage with 30 days notice for any reason when this policy has been in effect for less than 60 days.

**Valuable Articles and Excess Liability Coverage only:**
**Within 60 days.** We may cancel valuable articles coverage or excess liability coverage with 30 days notice for any reason when this policy has been in effect for less than 60 days.

**Home and Contents Coverage:**
**Under three years.** We may cancel home and contents coverage with 30 days notice for any reason when this policy has been in effect for less than three years.

**Over three years.** When home and contents coverage has been in effect three years or more, we will cancel only if:
• you have not paid the premium;
• you have committed fraud or misrepresentation with the intent to deceive;
• there is a material change in the risk;
• you have filed two or more claims within three years; or
• if the continuation of your policy endangers our solvency.
  For a cancellation, other than nonpayment of premium we will cancel with 30 days notice.

CH-FOR-047

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

**Policy
Terms**

CHUBB

## Special Conditions
(continued)

### Vehicle coverage only:
**Driver's license suspension.** We may cancel any vehicle coverage in this policy with 30 days notice if your driver's license or that of any other driver who lives with you, or customarily uses your car, has been suspended or revoked during the policy period. If this is a renewal policy, we may cancel for these reasons during the policy period or 180 days immediately preceding its effective date.

**Misrepresentation.** We may cancel any vehicle coverage in this policy with 30 days notice if you present a claim through fraud or material misrepresentation with the intent to deceive.

**Returned check.** We may cancel any vehicle coverage in this policy within 10 days notice if your premium is paid by check and it is returned to us, unless, we receive a cashiers check or money order for the total premium prior to the effective date of cancellation.

## Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to you at the last mailing address known to us by certified mail within the timeframes required by law with any cancellation reasons required by law. A copy of any cancellation will be sent to the last known mortgagee, lienholder, or any known person shown by the policy to have an interest in any loss which may occur, at the last mailing address known by us. For nonpayment of premium, we will obtain a United States certificate of mailing. This notice will include the date the cancellation is to take effect and the reason for the cancellation.

## Refund
In the event of cancellation by you, we will refund any unearned premium within 30 days of the effective date of the cancellation. In the event of cancellation by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed pro rata for the unexpired term for each part of the policy.

CH-FOR-048

*Signatures*



In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB INDEMNITY INSURANCE COMPANY
CHUBB INSURANCE COMPANY OF NEW JERSEY
CHUBB NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
GREAT NORTHERN INSURANCE COMPANY
VIGILANT INSURANCE COMPANY

President

Secretary

NORTHWESTERN PACIFIC INDEMNITY COMPANY

President

Secretary

PACIFIC INDEMNITY COMPANY

President

Secretary

CH-FOR-049

© Copyright 1985 by Chubb & Son Inc. Form no. 7200017 5/85

**Louisiana** Signatures

# *Masterpiece*®                    *Policy Information Notice*



You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

> Chubb Personal Insurance
> Attention: Policy Information
> 202 Halls Mill Road
> P.O. Box 1600
> Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period, and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

> 1-800-252-4670

Questions or concerns about your policy should be directed to your producer. If you need further assistance, contact us at the address listed below.

> Policy Information
> CHUBB GROUP of Insurance Companies
> 202 Halls Mill Road
> P.O. Box 1600
> Whitehouse Station, N.J. 08889-1600

CH-FOR-050

*06/14/04*

® Copyright 1985 by Chubb & Son Inc. Form no. 7300017 5/85

**Louisiana** Policy Information Notice

4/23/04 12:11:05

# *Masterpiece*®

**Coverage Update**



CHUBB

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

**Page** 1
**Effective Date** 7/15/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
8338 SUMMA AVE #400
BATON ROUGE, LA 70809
225-763-2822

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$561.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

**Changed**  HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

**Old Coverage**

$5,000 BASE DEDUCTIBLE

**New Coverage**

YOUR BASE DEDUCTIBLE FOR EACH OCCURRENCE HAS BEEN CHANGED TO $2,500. PLEASE REFER TO YOUR POLICY, INCLUDING THE COVERAGE SUMMARY, FOR INFORMATION REGARDING SPECIAL DEDUCTIBLES THAT MAY ALSO APPLY TO YOUR LOCATION(S).

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

CH-FOR-051

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0806000 05/85

INSURED 08/01/06 23.31.04

# *Masterpiece*®     **Coverage Update**



**CHUBB**

---

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

**Page** 1
**Effective Date** 7/15/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
8338 SUMMA AVE #400
BATON ROUGE, LA  70809
225-763-2822

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

---

MAILING ADDRESS HAS BEEN CHANGED.

FROM

LARRY AND GLENDOLYN FORSTER
128 WEST LIVINGSTON PLACE
METAIRIE, LA 70005

TO

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

CH-FOR-052

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0806000 05/85

INSURED 08/01/06 23.31.04

 *Masterpiece*®    **Coverage Update**    

| | |
|---|---|
| **Name and address of Insured** | **Page** 1 |
| | **Effective Date** 11/15/05 |
| LARRY AND GLENDOLYN FORSTER | **Policy no.** 12926114-01 |
| 305 ELKINS LAKE | **Issued by** Great Northern Insurance Company |
| HUNTSVILLE, TX 77340 | a stock insurance company |
| | incorporated in Minnesota |
| | **Policy period** 7/15/05 to 7/15/06 |

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
8338 SUMMA AVE #400
BATON ROUGE, LA  70809
225-763-2822

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

MAILING ADDRESS HAS BEEN CHANGED.

| FROM | TO |
|---|---|
| LARRY AND GLENDOLYN FORSTER | LARRY AND GLENDOLYN FORSTER |
| 10 HUNTER PLACE | 305 ELKINS LAKE |
| METAIRIE, LA 70001 | HUNTSVILLE, TX 77340 |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

CH-FOR-053

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0806000 05/85

 ® **Additional Interests Update**  **CHUBB**

**Name and address of insured**

LARRY AND GLENDOLYN FORSTER
305 ELKINS LAKE
HUNTSVILLE, TX 77340

**Page** 1
**Effective Date** 11/23/05
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
8338 SUMMA AVE #400
BATON ROUGE, LA  70809
225-763-2822

As requested, we have revised your Additional Interests as shown below. To keep your records up to date, please attach this update to your existing policy.

We notify each Additional Interest separately when they are added to your policy. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

Your premium will not change for this revision.

## Mortgagee

This section shows the changes in your Mortgagee information.

HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

**Mortgagee**

Added   WHITNEY NATIONAL BANK
ISAOA /ATIMA
PO BOX 57018
IRVINE, CA  92619-7018
Loan Number FORSTER, LARRY

CH-FOR-054

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6110000 10/89



# Masterpiece ®

**Additional Interests Update**



**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
305 ELKINS LAKE
HUNTSVILLE, TX 77340

Page  1
**Effective Date** 3/6/06
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P.O. BOX 6738
METAIRIE, LA  70009-6738
504-883-2500

As requested, we have revised your Additional Interests as shown below. To keep your records up to date, please attach this update to your existing policy.

We notify each Additional Interest separately when they are added to your policy. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

·Your premium will not change for this revision.

## Mortgagee

This section shows the changes in your Mortgagee information.

HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

| OLD MORTGAGEE | NEW MORTGAGEE |
|---|---|
| **Changed** WHITNEY NATIONAL BANK<br>ISAOA /ATIMA<br>PO BOX 57018<br>IRVINE, CA  92619-7018 | WHITNEY NATIONAL BANK<br>ISAOA /ATIMA<br>PO BOX 57018<br>IRVINE, CA  92619-7018 |
| Loan Number FORSTER, LARRY | Loan Number 1144807 |

CH-FOR-055

© Copyright 1984 by Chubb & Son Inc.   Form no. Q6110000 10/89

INSURED 08/01/06 23.31.04

 

# Masterpiece®

**Coverage Update**

**CHUBB**

| | |
|---|---|
| **Name and address of Insured** | **Page** 1 |
| | **Effective Date** 3/6/06 |
| LARRY AND GLENDOLYN FORSTER | **Policy no.** 12926114-01 |
| 305 ELKINS LAKE | **Issued by** Great Northern Insurance Company |
| HUNTSVILLE, TX 77340 | a stock insurance company |
| | incorporated in Minnesota |
| | **Policy period** 7/15/05 to 7/15/06 |

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P.O. BOX 6738
METAIRIE, LA  70009-6738
504-883-2500

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$170.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

**Changed**   HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

Rating Information on this coverage has been amended.

As the duly authorized representative of the company my signature validates this policy.

_Robert Hamburger_

Authorized representative

CH-FOR-056

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0806000 05/85

INSURED 08/01/06 23.31.04

# *Masterpiece*®

**Coverage Update**

 CHUBB

---

**Name and address of insured**

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

**Page** 1
**Effective Date** 4/19/06
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P.O. BOX 6738
METAIRIE, LA 70009-6738
504-883-2500

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

---

MAILING ADDRESS HAS BEEN CHANGED.

FROM

LARRY AND GLENDOLYN FORSTER
305 ELKINS LAKE
HUNTSVILLE, TX 77340

TO

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

CH-FOR-057

© Copyright 1984 by Chubb & Son Inc.   Form no.   Q9806000 05/85

INSURED 08/01/06 23.31.04

# Masterpiece®

### Coverage Update



CHUBB

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

**Page** 1
**Effective Date** 4/19/06
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P.O. BOX 6738
METAIRIE, LA  70009-6738
504-883-2500

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$63.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

**Changed**   HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

**Old Coverage**

EARTHQUAKE COVERAGE DOES NOT
APPLY

**New Coverage**

EARTHQUAKE COVERAGE DOES APPLY AND IS
SUBJECT TO THE FOLLOWING CONDITIONS:
WE COVER ANY PHYSICAL LOSS CAUSED BY,
CONTRIBUTED TO, MADE WORSE BY, OR IN ANY
WAY RESULTING FROM EARTHQUAKE TO YOUR
HOUSE OR OTHER PERMANENT STRUCTURES
AT 10 HUNTER PLACE, METAIRIE, LA.

An earthquake means an earthquake and all related after-shocks occurring within 72 hours of the initial shock.

In lieu of the base deductible, a 2% earthquake special deductible applies to each occurrence caused by earthquake. This deductible applies separately to each coverage amount for your house and other permanent structures at 10 HUNTER PLACE,  METAIRIE,  LA.

For your house, the dollar amount of this deductible is equal to 2% of the amount of coverage for your house at this location as shown in the Coverage Summary at the time of a covered loss. For other permanent structures, the dollar amount of this deductible is equal to 2% of the amount of coverage for other permanent

CH-FOR-058

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0806000 05/85

continued on the next page
INSURED  06/01/06  23.31.04

*Coverage Update*

**Page** 2
**Effective date** 4/19/06
**Policy no.** 12926114-01
**Name** LARRY AND GLENDOLYN FORSTER

---

## Homes and Contents
(Continued)

structures at this location at the time of a covered loss. If at the time of a covered loss your coverage amount for your house or other permanent structures is increased because of the application of the extended replacement cost payment basis, the dollar amount of the deductible will be based on the increased amounts.

However, if any other special deductible applies and the dollar amount of that special deductible is greater than the total dollar amount of the earthquake special deductible for your damaged property, the greater special deductible applies. If the dollar amount of the base deductible is greater than the total dollar amount of the applicable special deductible, the dollar amount of that special deductible is increased to the dollar amount of the base deductible.

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

CH-FOR-059

© Copyright 1984 by Chubb & Son Inc.   Form no. Q0806000 05/85

# Masterpiece®

**Coverage Update**



CHUBB

**Name and address of Insured**

LARRY AND GLENDOLYN FORSTER
10 HUNTER PLACE
METAIRIE, LA 70001

Page 1
**Effective Date** 4/19/06
**Policy no.** 12926114-01
**Issued by** Great Northern Insurance Company
a stock insurance company
incorporated in Minnesota
**Policy period** 7/15/05 to 7/15/06

**If you have any questions, please contact**
INSURANCE UNDERWRITERS LTD
P.O. BOX 6738
METAIRIE, LA 70009-6738
504-883-2500

As requested, we have revised your Chubb Masterpiece Policy. The changes are shown below. To keep your records up to date, please attach this update to your existing policy.

Your premium will be increased by **$235.00** for this revision. You will receive a separate statement showing the premium adjustment.

## Homes and Contents

This section shows the changes in your Homes and Contents coverage. All other provisions of this coverage remain in effect.

**Changed** | HOUSE AT
10 HUNTER PLACE
METAIRIE, LA

**Old Coverage**

$531,000 DWELLING COVERAGE
AMOUNT
DELUXE COVERAGE

EXTENDED REPLACEMENT COST

$265,500 CONTENTS COVERAGE
AMOUNT
DELUXE COVERAGE

REPLACEMENT COST

**New Coverage**

$636,000 DWELLING COVERAGE
AMOUNT
DELUXE COVERAGE

EXTENDED REPLACEMENT COST

$318,000 CONTENTS COVERAGE
AMOUNT
DELUXE COVERAGE

REPLACEMENT COST

CH-FOR-060

© Copyright 1984 by Chubb & Son Inc.   Form no.   Q0806000 05/85

continued on the next page
INSUREO 06/01/06 23.31.04

**Coverage Update**

**Page 2**
**Effective date** 4/19/06
**Policy no.** 12926114-01
**Name** LARRY AND GLENDOLYN FORSTER

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

_____
Authorized representative

CH-FOR-061

© Copyright 1984 by Chubb & Son Inc.   Form no. 00806000 05/85