UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | |
| | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Great Northern Insurance Company will bring

the attached Memorandum In Support of Motion to Dismiss Pursuant to Rule 12(b) before the

Honorable Stanwood R. Duval, Jr. on the 12th day of September, 2006 at 9:00 *9:30 am* a.m. in the United

States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as

counsel may be heard.

Respectfully Submitted,

Steven W. Usdin, 12986
Edward R. Wicker, Jr., 27138
Brian J. Capitelli, 27398
          Of
BARRASSO USDIN KUPPERMAN
          FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
*Attorneys for Great Northern Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record via electronic mail this 14th day of August, 2006.