

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  P 5: 08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO.: 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | MAGISTRATE JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE
## <u>MEMORANDUM IN EXCESS OF 25 PAGES</u>

**NOW INTO COURT**, through undersigned counsel, come Allstate Insurance Company and Allstate Indemnity Company ("Allstate"), seeking leave pursuant to Local Rule 7.8.1E to file its Memorandum In Support of Motion to Dismiss in a length in excess of 25 pages, exclusive of exhibits, on the following grounds:

1.

The Allstate policies at issue here are different from other insurers, necessitating a separate memorandum by Allstate supporting its Motion to Dismiss. In addition,



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

- 2 -

plaintiffs assert at least one claim (Count Five) that is not directed at every other insurer further necessitating a separate memorandum by Allstate.

2.

To adequately respond to all the issues, Allstate's Memorandum exceeds this Court's page limit. Allstate requests that the Court allow Allstate to exceed the page limitation and to allow it to file its Memorandum in Support of Rule 12 Motion to Dismiss.

WHEREFORE, Allstate Insurance Company and Allstate Indemnity Company request that it be granted leave to file a Memorandum in Support of Motion to Dismiss, in a length not to exceed 28 pages.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company
   and Allstate Indemnity Company

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Memorandum in Excess of 25 Pages has been served upon all counsel of record via electronic mail this 14th day of August, 2006.

_____