FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16 PM 2:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* <br>* JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Excess of 25 Pages;

**IT IS ORDERED** that the Motion is hereby granted and Allstate Insurance Company and Allstate Indemnity Company are allowed permission to file their Memorandum in Excess of 25 Pages.

New Orleans, Louisiana this 15th day of August, 2006.

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No