*Charles Thomas Agcy*
*6027 Chf Menteur #20*
*New Orleans LA 70126*

| Your Quick Insurance Check |
| --- |
| ✓ Verify the information listed in the Policy Declarations. |
| ✓ Please call if you have any questions. |
| ✓ File this package safely away. |
| ✓ Watch the mail for your bill; it will arrive soon. |

Susan & Kernan Brown
2307 Montegut St
New Orleans LA 70117·6832

**A new policy period is about to begin. Here are your renewal materials.**

We're pleased to once again offer you the opportunity to continue your Allstate Insurance Company Deluxe Homeowners policy for another year. We appreciate your business and want to remind you that you're backed by an experienced Allstate team that's ready to help you protect your family and your financial security.

**Your policy documents are inside.**
You'll find listed on the enclosed Policy Declarations your coverages, limits, deductibles, premiums, and any discounts you have. As you read these materials, it would be a good idea to consider whether anything needs updating. We'd be happy to help you make sure that your insurance keeps up with any changes in your life.

*(over)*

**Renewing your policy is easy.**

Here's what will happen and what you'll need to do before the beginning of your next policy period.

- Please carefully check your Policy Declarations to make sure it accurately reflects your information and the choices you've made. Get in touch with your agent right away if there's anything you'd like to change.
- Unless a mortgage company or lienholder pays your insurance premium for you, keep an eye out for your bill, which will include information on payment options.
- If you're paying your premium using the Allstate Easy Pay Plan, you will not receive a bill. Instead, we'll send you a statement detailing your withdrawal schedule for the policy period.
- Carefully read all enclosed materials and store these documents with your other important papers. Keep in mind that the policy documents included may change each time you receive a renewal offer—please read them to make sure you know about any important information or changes related to your insurance.

**We're here to help you.**

Feel free to call your agent at (504) 240-9718. Or take advantage of the online services at *allstate.com,* where you can view your policy information and even make a payment by registering at the Allstate Customer Care Center. And for 24-hour-a-day, 7-day-a-week service and information, just call 1-800-ALLSTATE® (1-800-255-7828).

Remember, insurance is not only protection for today. It helps pave the way to a financially secure future.

We're glad you're with us.

*Edward M. Liddy*

Edward M. Liddy
President, Allstate Insurance Company

ALST 00210

**Allstate Insurance Company**

## RENEWAL
# Deluxe Homeowners
# Policy Declarations

## Summary

| NAMED INSURED(S) | YOUR ALLSTATE AGENT IS: | CONTACT YOUR AGENT AT: |
|---|---|---|
| Susan & Kernan Brown<br>2307 Montegut St<br>New Orleans LA 70117-6832 | Charles Thomas Agcy<br>6027 Chf Menteur #20<br>New Orleans LA 70126 | (504) 240-9718 |

| POLICY NUMBER | POLICY PERIOD | PREMIUM PERIOD |
|---|---|---|
| 9 10 248519 11/13 | Begins on Nov. 13, 2004<br>at 12:01 A.M. standard time,<br>with no fixed date of expiration | Nov. 13, 2004 to Nov. 13, 2005<br>at 12:01 A.M. standard time |

**LOCATION OF PROPERTY INSURED**
2307 Montegut St, New Orleans, LA 70117-6832

## Total Premium for the Premium Period   *(Your bill will be mailed separately)*

| | |
|---|---|
| Premium for Property Insured | $1,098.00 |
| **TOTAL** | **$1,098.00** |

ALST 00211

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13       Your Agent:   Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

## POLICY COVERAGES AND LIMITS OF LIABILITY

| COVERAGE AND APPLICABLE DEDUCTIBLES<br>(See Policy for Applicable Terms, Conditions and Exclusions) | LIMITS OF LIABILITY | |
|---|---|---|
| Dwelling Protection - with Building Structure Reimbursement Extended Limits<br>• $500    Other Peril Deductible Applies<br>• $2,160   Hurricane Deductible Applies | $108,000 | |
| Other Structures Protection<br>• $500    Other Peril Deductible Applies<br>• $2,160   Hurricane Deductible Applies | $10,800 | |
| Personal Property Protection - Actual Cash Value<br>• $500  · Other Peril Deductible Applies<br>• $2,160   Hurricane Deductible Applies | $54,000 | |
| Additional Living Expense | Up To 12 Months | |
| Family Liability Protection | $100,000 | each occurrence |
| Guest Medical Protection | $1,000 | each person |
| Loss Assessments<br>• $250    All Peril Deductible Applies | $1,000 | each occurrence |

## DISCOUNTS   Your premium reflects the following discounts on applicable coverage(s):

| | | | |
|---|---|---|---|
| Protective Device | 5 % | 55 and Retired | 10 % |

## RATING INFORMATION
The dwelling is of Brick construction and is occupied by  1 family

**ALST 00212**

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13      Your Agent:  Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: **Nov. 13, 2004**

## *Your Policy Documents*

Your Homeowners policy consists of this Policy Declarations and the documents listed below. Please keep these together.

- Deluxe Homeowners Policy form AP3339
- Bldg. Struct. Reimb. Ext. Limits End. form AP357
- Standard Fire Policy Provisions form AP4443
- Hurricane Deductible Endorsement form AP546

## *Important Payment and Coverage Information*

Coverage A - Dwelling Protection includes an approximate increase    of $5,000        due to the property insurance adjustment provision using the Boeckh Publications building cost index.  Coverage C - Personal Property Protection adjusted accordingly.

Please note: This is not a request for payment. Your bill will be mailed separately.

IN WITNESS WHEREOF, **Allstate** has caused this policy to be signed by two of its officers at Northbrook, Illinois, and if required by state law, this policy shall not be binding unless countersigned on the Policy Declarations by an authorized agent of **Allstate.**

Edward M. Liddy
President

Robert W. Pike
Secretary

**ALST 00213**

## Allstate Insurance Company

Policy Number:  9 10 248519 11/13      Your Agent:    Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

# Important Notice

## Allstate's Privacy Policy

At Allstate, we value you as a customer and share your concerns about privacy. To help you understand how we treat the nonpublic personal information ("customer information") that we obtain from you or other sources in the course of providing you with products and services, this notice describes our use and protection of that information.

Whether you're doing business with us through your local agent or broker, our Customer Information Center, or allstate.com, we want you to know that Allstate respects your privacy and protects your information.

> • We do not sell customer information.
> • We do not share your customer information with persons, companies, or organizations outside of Allstate that would use that information to contact you about their own products and services.
> • We expect persons or organizations that provide services on our behalf to keep customer information confidential and to use it only to provide the services we've asked them to perform.
> • Within Allstate, we communicate to our employees regarding the need to protect customer information, and we've established physical, electronic, and procedural safeguards to protect customer information.

Below we've provided answers to questions that might be on your mind regarding privacy. You may be wondering...

**What do we do with your customer information?**
Allstate does not sell your customer information, or medical information, to anyone. Nor do we share it with companies or organizations outside of Allstate that would use that information to contact you about their own products and services. If that practice were ever to change, we would, of course, offer you the ability to opt out of this type of information sharing, and we would offer you the opt-out with time for you to respond before the change in our practice took place.

Your agent or broker may use customer information to help you with your overall insurance program. We may also communicate with you about products, features, and options you have expressed an interest in or that we believe may be of interest to you. We may, without authorization but only as permitted or required by law, provide customer information to persons or organizations both inside and outside of Allstate to fulfill a transaction you have requested, service your policy, market our products to you, investigate or handle claims, detect or prevent fraud, participate in insurance support organizations, or comply with lawful requests from regulatory and law enforcement authorities. These persons or organizations may include: our affiliated companies, companies that perform marketing services on our behalf, other financial institutions with which we have a joint marketing agreement for the sale of our own products, and your agent or broker.

**What kind of customer information do we have, and where did we get it?**
Much of the customer information that we have about you comes directly from you. When submitting your application or request for insurance or other products and services we offer, or requesting an insurance quote, you may give us information such as your name, address, and Social Security number. We keep information about your transactions with our affiliates, others or us—for example, the types of products and services you purchase from us, premiums, account balances, and payment history.

PROP *0100017040928670027S2504*



ALST 00214

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13      Your Agent:     Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

We also may collect information from outside sources, including consumer reporting agencies and health care providers. This information may include loss information reports, motor vehicle reports, credit reports, and medical information.

**How do we protect your customer information?**
When we share customer information with companies working on Allstate's behalf, we expect those companies to use that information only to provide the service we have asked them to perform. Within Allstate, customer information is available to those individuals who may need to use it to fulfill and service the needs of Allstate customers. We communicate the need to protect customer information to all employees and agents, especially those individuals who have access to it. Plus, we've established physical, electronic, and procedural safeguards to protect customer information.

Finally, should your relationship with Allstate end, your customer information will remain protected in accordance with our privacy practices as outlined in this Important Notice.

**How can you find out what information we have about you?**
You may request to either see, or obtain from us by mail, the customer information about you in our records. If you believe that information is incomplete or inaccurate, you may request that we make any necessary corrections, additions or deletions to the disputed customer information. To fulfill your request, we may make arrangements with an insurance support organization or a consumer reporting agency to copy and disclose customer information to you on our behalf. You may also request a more complete description of the entities to which we disclose customer information, or the circumstances that might warrant such disclosures. Please send any of the requests listed above in writing to: Allstate Insurance Company, Customer Privacy Inquiries, P.O. Box 11904, Roanoke, VA 24022.

**If you are an Internet user...**
Our website, allstate.com, provides information about Allstate, our products, and the agencies and brokers that represent us. You may also perform certain transactions on the website. When accessing allstate.com, please be sure to read the Privacy Statement that appears there.

To learn more, the allstate.com Privacy Statement provides important information relating to your use of the website, including, for example, information regarding: 1) our use of online collecting devices known as "cookies"; 2) our collection of information such as IP address (the number assigned to your computer when you use the Internet), browser and platform types, domain names, access times, referral data, and your activity while using our site; 3) who should use our web site; 4) the security of information over the Internet and 5) links and co-branded sites.

We hope you have found this Important Notice helpful. If you have any questions or would like more information, please don't hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-Allstate.

X66792-1

This notice is being provided on behalf of the following companies:

| | |
|---|---|
| Allstate County Mutual Insurance Company | Allstate Floridian Indemnity Company |
| Allstate Floridian Insurance Company | Allstate Indemnity Company |
| Allstate Insurance Company | Allstate Investment Management Company |
| Allstate Motor Club, Inc. | Allstate New Jersey Insurance Company |
| Allstate Property and Casualty Insurance Company | Allstate Texas Lloyd's |
| Allstate Texas Lloyd's, Inc. | Forestview Mortgage Insurance Company |
| General Underwriters Agency, Inc. | Roadway Protection Auto Club, Inc. |

Page 2

ALST 00215

# Allstate Insurance Company

Policy Number: 9 10 248519 11/13      Your Agent:   Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

# Important Notice

### Important Information About Your Allstate Policy

The enclosed Policy Declarations lists important information about your policy, such as your address, the location of the insured property, the coverages and coverage limits you've chosen, and mortgagee information, if applicable. Your Policy Declarations also lists any discounts and surcharges applied to your policy.

Because much of the information found on your Policy Declarations is used to help us determine your premium, please be sure to review your Policy Declarations carefully each time you receive one. You may want to add coverage, delete coverage or change your coverage limits — or you may want to update coverage on valuable personal items, such as jewelry or artwork.

Another thing to keep in mind is that you may now qualify for discounts that you previously were not eligible to receive. For instance, in many states, Allstate offers discounts for:

- policyholders who are 55 years of age or older and who are no longer working;
- homes that contain smoke detectors and other protective devices; and
- policyholders who insure both their homes and autos with Allstate.

Please contact your Allstate representative for additional information about discount qualifications, as well as other discounts that may be available.

### Making changes to your policy

If you need to make a change to any of the information listed on your Policy Declarations, please notify your Allstate representative of the change as soon as possible. With a few exceptions, **any changes will be effective as of the date you notify us.**

If you have any questions about this notice, or if you need to update any of the information listed on the enclosed Policy Declarations, please contact your Allstate agent or our Customer Information Center at 1-800-ALLSTATE (1-800-255-7828).

X67106

PROP *01000170409286700275250G*

ALST 00216

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13        Your Agent:     Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

# Important Notice

## Information about Flood Insurance

### Protection against flood damage

Most homeowners, renters and commercial insurance policies do not provide coverage for damage caused by floods. In fact, protection against floods is generally available only through a separate policy.

That's why Allstate is a participant in the National Flood Insurance Program and offers standard flood insurance policies*. A flood policy can help complete the insurance protection for your property and help protect your financial well-being.

### You may need it more than you think

Approximately 90% of all disasters in the U.S. are flood related. While you may think that it couldn't happen to you, over 25% of all flood losses occur in low to moderate risk areas.

And because flood damage is often accompanied by other damage, such as wind and hail (which is typically covered under a property policy), selecting Allstate gives you the convenience and peace of mind that comes with working with just one claim adjuster and one agent, instead of two or more.

### It's affordable

The federal government sets the rates for flood insurance, so there's typically no difference in rates from policy to policy -- you can generally switch to a flood insurance policy administered by Allstate for the same amount of premium. If you choose Allstate, you can have the service, convenience and comfort you've come to expect from us.

For more information about flood insurance, or if you have any questions about your policy in general, please contact your Allstate representative or visit us at *allstate.com.*

* Allstate provides the standard flood insurance policy under the terms of the National Flood Insurance Act of 1968 and its amendments, and Title 44 of the Code of Federal Regulations. The standard flood insurance policy is written by Allstate for the National Flood Insurance Program which is administered by the Federal Insurance Administration, part of the Federal Emergency Management Agency.

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

ALST 00217

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13      Your Agent:   Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning:  Nov. 13, 2004

## *Information about Scheduled Personal Property Coverage*

### *Protection for your valuables*
Allstate offers Scheduled Personal Property (SPP) coverage to help protect your valuables.

These items can include jewelry (such as engagement and wedding rings), fine art and musical instruments. Sports equipment, such as golf clubs, can also be covered by SPP.

In addition, SPP can cover valuables stored outside of your home in a safe deposit box or bank. And if you work from home and use computer or audio-visual equipment for business purposes, SPP can cover these items as well.

### *Already have SPP?*
Even if you currently have SPP coverage, it' s a good idea to review your coverage annually. It' s possible that the value of your property has changed or that you have purchased new items that have not been added to your coverage.

### *Affordable coverage*
The cost of SPP coverage varies, but the value of your property is the best way to determine how much coverage you need —the rates are generally a small percentage of the total value of the items you' re insuring. This could mean that your valuables are being protected for only a fraction of the cost.

To learn more about SPP coverage, or if you have any questions about your insurance policy in general, contact your Allstate representative, or visit us at *allstate.com.*

*Subject to availability and qualifications. Other terms, conditions and exclusions may apply.*

X67372

Page 2

PROP  *0100017040928867002752506*

ALST 00218

## Allstate Insurance Company

Policy Number:   9 10 248519 11/13      Your Agent:      Charles Thomas Agcy   (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

# Important Notice

### *Your coverage limits have been increased*

We are writing to let you know that with this renewal, your Dwelling Protection (Coverage A) limits have been increased and, as a result, your premium has been increased accordingly.

Your policy includes a feature called "Property Insurance Adjustment" (PIA). PIA reflects changes in construction costs in your area, including material and labor costs, that may have occurred during the policy period. This information is useful in estimating the amount of insurance coverage needed to cover the cost of rebuilding your home in the event of a covered total loss.

We would like you to know that your policy's PIA recently indicated that construction costs in your market have increased. Based on this information, we have automatically increased your Dwelling Protection limits to reflect the estimated replacement cost of your home.

While we have increased your limits, we would like you to consider whether the changes we have made are sufficient. It is important for you to understand that while these estimates are based on what we believe are sound assumptions, these are only estimates, and these new limits may not provide sufficient coverage in the event of a loss. For example, if you have done any remodeling to your home which has not been updated in our records, your home's value may be higher than our current records indicate. In that case, you may want to increase your limits even more. Conversely, there is a possibility that your new limits may provide coverage in excess of the actual replacement cost of your home. For example, if you originally insured your home based on your mortgage amount and the amount of your mortgage exceeded the estimated replacement cost, you may want to call your Allstate representative to discuss the current value of your home and the possibility of lowering your limits.

If you have any questions about this change, or if you would like to update your information or discuss any possible changes, please call your Allstate representative. Together, we can help you determine the coverage limits that are right for you.

X67239

ALST 00219

# Allstate Insurance Company

Policy Number: 9 10 248519 11/13      Your Agent:    Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

# Important Notice

## Your Policy Language Has Been Revised

The enclosed policy titled, **Allstate Insurance Company Deluxe Homeowners Policy AP3339** includes new and revised language and replaces language contained in your Allstate Insurance Company Deluxe Homeowners Policy AP2, Amendatory Endorsement AP1290LA and Amendatory Endorsement AP65-1 and should be kept with your important policy papers in order to maintain an up-to-date record of your insurance coverage.

Please note that while this Important Notice highlights significant changes being made to your policy, it is not a part of your policy. For detailed information about the coverage provided by your policy, please read the policy, including the Policy Declarations.

*The following changes have been made to the Table of Contents:*

Under the **General** Section, the Table of Contents title "**What Law Will Apply**" and "**Where Lawsuits May Be Brought**" was added.

Under **Section I—Conditions**, the Table of Contents title "**Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**" was added.

*The following changes have been made to the General section:*

The heading "**General**" has been added.

Under the "**Our Right to Cancel**" portion of "**Cancellation**", the policy previously indicated that for cancellations for any other reason (other than non-renewal), we will provide at least 20 days notice. This has been changed to 30 days.

Also under "**Our Right to Cancel**" portion of "**Cancellation**", the language has been revised to indicate that return premium will be refunded within 30 days of the date of cancellation.

Under "**Concealment or Fraud**", the first paragraph has been changed:

> "This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive."

Additionally, the last paragraph of "**Concealment or Fraud**", the phrase "**any insured person**" has been replaced with "**the insured person.**"

Two provisions have been added to the General section of the policy. Those provisions, which are entitled "**What Law Will Apply**" and "**Where Lawsuits May Be Brought**", specify that, subject to the exceptions set forth in the new provisions, claims or disputes in any way related to the policy will be governed by the laws of Louisiana and lawsuits in any way related to the policy will be brought, heard and decided in a state or federal court located in Louisiana.

Page 1

PROP *01000170490286700272502507*



ALST 00220

# Allstate Insurance Company

Policy Number:   9 10 248519 11/13      Your Agent:     Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning:  Nov. 13, 2004

---

*The following changes have been made to Section I—Your Property*

Under " **Losses We Do Not Cover Under Coverages A and B**", exclusion 9., the term "**an insured person**" is replaced with "**the insured person**".

Under " **Losses We Do Not Cover Under Coverage C**", exclusion 9., the term "**an insured person**" is replaced with "**the insured person**".

---

*The following changes have been made to Section I—Conditions*

The following paragraph has been added to the " **Our Settlement of Loss**":

> "In the event that there is a disagreement between **you** and **us** as to the total amount of loss, we will offer payment to **you** for the amount of loss agreed upon within 30 days of said agreement."

Under " **Suit Against Us**", the sentence "No suit or action can be brought against **us** unless there has been compliance with the terms of this policy." has been removed.

Under " **Suit Against Us**", the sentence "The bankruptcy or insolvency of an **insured person** or that person's estate won't relieve **us** of any obligation." has been added:

Additionally, under " **Suit Against Us**" the following has been added:

> "The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana.
>
> A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by **us**, the insured and the claimant or the claimant's legal representative."

The " **Property Insurance Adjustment**" has been revised. The new provision specifies that at each policy anniversary, **we** may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect one of the following:

a)   the rate of change in the Index identified in the " Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A—Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made.  The resulting amount will be rounded to the nearest $1000; or

Page 2

**ALST 00221**

# Allstate Insurance Company

Policy Number:  9 10 248519 11/13      Your Agent:    Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning:  Nov. 13, 2004

      b)   the minimum amount of insurance coverage **we** are willing to issue for the succeeding
          premium period under **Coverage A—Dwelling Protection** for **your dwelling** and other
          property **we** cover under **Coverage A—Dwelling Protection.**

Additionally, the new provision states that **we** will not reduce the limit of liability shown on the Policy
Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the limits of
liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or
decrease any of the limits of liability shown on the Policy Declarations, **you** must contact **us** to request such a
change.

Under the "**Mortgagee**" provision, after the first paragraph, item b), the policy previously indicated that for
cancellations for any other reason (other than non-renewal), we will provide at least 20 days notice.  This has
been changed to 30 days.

---

*The following changes have been made to Section II—Family Liability and Guest Medical Protection*

**Coverage X —Family Liability Protection**

The second paragraph of the insuring agreement under "**Section II—Coverage X —Family Liability Protection**"
has been changed:

      "**We** may investigate or settle any claim or suit for covered damages against an **insured
      person**, regardless of the amount of damages sought.  If an **insured person** is sued for
      covered damages, **we** will provide a defense with counsel of **our** choice, even if the
      allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or
      judgment after **we** have exhausted **our** limit of liability by the payment of judgments or
      settlements."

Under "**Losses We Do Not Cover Under Coverage X**", exclusion 1., the term "**an insured person**" is replaced
with "**the insured person**".

Under "**Losses We Do Not Cover Under Coverage X**" the sentence "**We** do cover **bodily injury** which results from
such discharge if the discharge is sudden and accidental." has been added to exclusion #9.

---

**Section II**
Coverage Y—Guest Medical Protection

Under "**Losses We Do Not Cover Under Coverage Y**", exclusion 1., the term "**an insured person**" is replaced
with "**the insured person**".

---

*The following changes have been made to Section III—Optional Protection*

**Coverage J**
**Extended Coverage on Jewelry, Watches and Furs**

Under "**Coverage J**", the term "**an insured person**" is replaced with "**the insured person**".

                                                              **Page 3**

PROP *0100017040928670027525O8*



ALST 00222

# Allstate Insurance Company

Policy Number:   **9 10 248519 11/13**      Your Agent:      **Charles Thomas Agcy  (504) 240-9718**
For Premium Period Beginning: **Nov. 13, 2004**

Again, please carefully read the enclosed "Allstate Insurance Company Deluxe Homeowners Policy" together
with all other applicable policy forms and the enclosed Policy Declarations. If you have any questions, please do
not hesitate to contact your Allstate agent or call the Allstate Customer Information Center at 1-800-ALLSTATE®
(1-800-255-7828).

**XC1030**

**Page 4**

**ALST 00223**

# Allstate Insurance Company Deluxe Homeowners Policy

**LOUISIANA**

**Policy:** 9 10 248519 11/13

**Effective:** November 13, 2004

**Issued to:**
Susan & Kernan Brown
2307 Montegut St
New Orleans LA 70117-6832

**By your Allstate agent:**
Charles Thomas Agcy
6027 Chf Menteur #20
New Orleans LA 70126



Allstate Insurance Company
The Company Named in the Policy Declarations
A Stock Company—Home Office: Northbrook, Illinois 60062

PROP *11000176409286700275250B*

AP3339

ALST 00224

## Table of Contents

**General**
Definitions Used In This Policy ......................... 2
Insuring Agreement ......................................... 4
Agreements We Make With You ....................... 4
Conformity To State Statutes ........................... 4
Coverage Changes .......................................... 4
Policy Transfer ............................................... 4
Continued Coverage After Your Death ............. 4
Cancellation .................................................. 4
Concealment Or Fraud .................................... 5
What Law Will Apply ....................................... 5
Where Lawsuits May Be Brought..................... 5

**Section I—Your Property**

**Coverage A**
**Dwelling Protection**
Property We Cover Under Coverage A.............. 5
Property We Do Not Cover Under Coverage A.. 6

**Coverage B**
**Other Structures Protection**
Property We Cover Under Coverage B ............. 6
Property We Do Not Cover Under Coverage B.. 6
Losses We Cover Under Coverages A and B ... 6
Losses We Do Not Cover Under
Coverages A and B ......................................... 6

**Coverage C**
**Personal Property Protection**
Property We Cover Under Coverage C ............. 9
Limitations On Certain Personal Property ....... 9
Property We Do Not Cover Under Coverage C . 10
Losses We Cover Under Coverage C ............... 10
Losses We Do Not Cover Under Coverage C .... 12

**Additional Protection**
Additional Living Expense .............................. 13
Credit Card, Bank Fund Transfer Card,
Check Forgery and Counterfeit Money ........... 14
Debris Removal .............................................. 14
Emergency Removal Of Property .................... 15
Fire Department Charges ............................... 15
Temporary Repairs After A Loss .................... 15
Trees, Shrubs, Plants and Lawns ................... 15
Temperature Change ...................................... 15
Power Interruption ......................................... 15
Arson Reward ................................................ 15

Collapse ........................................................ 15
Land .............................................................. 16

**Section I Conditions**
Deductible ..................................................... 16
Insurable Interest and Our Liability ................. 16
What You Must Do After A Loss ...................... 16
Our Settlement Options .................................. 17
How We Pay For A Loss .................................. 17
Our Settlement Of Loss .................................. 19
Appraisal ....................................................... 19
Abandoned Property ....................................... 20
Permission Granted To You ............................ 20
Our Rights To Recover Payment ..................... 20
Our Rights To Obtain Salvage ........................ 20
Suit Against Us .............................................. 20
Loss To A Pair Or Set .................................... 20
Glass Replacement ........................................ 20
No Benefit To Bailee ...................................... 21
Other Insurance ............................................. 21
Property Insurance Adjustment ...................... 21
Mortgagee ..................................................... 21
Mold, Fungus, Wet Rot and Dry
Rot Remediation as a Direct Result Of a
Covered Loss ................................................. 22

**Section II—Family Liability and
Guest Medical Protection**

**Coverage X**
**Family Liability Protection**
Losses We Cover Under Coverage X .............. 22
Losses We Do Not Cover Under Coverage X ... 22

**Coverage Y**
**Guest Medical Protection**
Losses We Cover Under Coverage Y .............. 24
Losses We Do Not Cover Under Coverage Y ... 24

**Additional Protection**
Claim Expenses ............................................. 26
Emergency First Aid ...................................... 26
Damage To Property Of Others ...................... 26

**Section II Conditions**
What You Must Do After An Accidental Loss .. 26
What An Injured Person Must Do—Coverage Y
Guest Medical Protection ............................... 27
Our Payment of Loss—Coverage Y
Guest Medical Protection ............................... 27

AP3339

**Page 1**

ALST 00225

Our Limits Of Liability ......................................27
Bankruptcy ....................................................27
Our Rights To Recover Payment —Coverage X
Family Liability Protection ................................27
Suit Against Us .............................................27
Other Insurance —Coverage X—Family
Liability Protection ..........................................28

**Section III—Optional Protection**

**Optional Coverages You May Buy**
Coverage BC
Building Codes ...............................................28
Coverage BP
Increased Coverage On Business Property .....28
Coverage DP
Increased Coverage On Electronic
Data Processing Equipment ............................28
Coverage F
Fire Department Charges ................................28
Coverage G
Loss Assessments .........................................28
Coverage J
Extended Coverage On Jewelry, Watches
and Furs ........................................................29
Coverage K
Incidental Office, Private School Or Studio .....29
Coverage LR
Lock Replacement .........................................30
Coverage M
Increased Coverage On Money ......................30
Coverage P
Business Pursuits ..........................................30
Coverage S
Increased Coverage On Securities .................30
Coverage SD
Satellite Dish Antennas ..................................30
Coverage SE
Cellular Communication Systems ...................30
Coverage ST
Increased Coverage On Theft Of Silverware ....31

# General

## Definitions Used In This Policy

1. "**You**" or "**Your**" —means the person named on the Policy Declarations as the insured and that person's resident spouse.

2. "**Allstate**," "**we**," "**us**," or "**our**" —means the company named on the Policy Declarations.

3. "**Insured person(s)**" —means **you** and, if a resident of **your** household:
   a) any relative; and
   b) any dependent person in **your** care.
   Under **Coverage X—Family Liability Protection** and **Coverage Y—Guest Medical Protection** "**insured person**" also means:
   c) any person or organization legally responsible for loss caused by animals or watercraft covered by this policy which an owned by an **insured person**. **We** do not cover any person or organization using or having custody of animals or watercraft in any **business**, or without permission of the owner.
   d) with respect to the use of any vehicle covered by this policy, any person while using the vehicle with **your** consent.

4. "**Bodily injury**" —means physical harm to the body, including sickness or disease, and resulting death, except that **bodily injury** does not include:
   a) any venereal disease;
   b) Herpes;
   c) Acquired Immune Deficiency Syndrome (AIDS);
   d) AIDS Related Complex (ARC);
   e) Human Immunodeficiency Virus (HIV);

   or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

   Under **Coverage Y—Guest Medical Protection**, **bodily injury** means physical harm to the body, including sickness or disease, except that bodily injury does not include:

ALST 00226

a) any venereal disease;
b) Herpes;
c) Acquired Immune Deficiency Syndrome (AIDS);
d) AIDS Related Complex (ARC);
e) Human Immunodeficiency Virus (HIV);

or any resulting symptom, effect, condition, disease or illness related to (a) through (e) listed above.

5. **"Building structure"** —means a structure with walls and a roof.

6. **"Business"** —means:
a) any full or part-time activity of any kind engaged in for economic gain including the use of any part of any premises for such purposes. The providing of home day care services to other than an **insured person** or relative of an **insured person** for economic gain is also a **business**.

However, the mutual exchange of home day care services is not considered a **business**;

b) any property rented or held for rental by an **insured person**. Rental of **your residence** premises is not considered a **business** when:
1) it is rented occasionally for residential purposes;
2) a portion is rented to not more than two roomers or boarders; or
3) a portion is rented as a private garage.

7. **"Residence premises"** —means the **dwelling**, other structures and land located at the address stated on the Policy Declarations.

8. **"Insured premises"** —means:
a) the **residence premises**; and
b) under **Section II** only:
1) the part of any other premises, other structures and grounds used by **you** as a residence. This includes premises, structures and grounds **you** acquire for **your** use as a private

residence while this policy is in effect;
2) any part of a premises not owned by an **insured person** but where an **insured person** is temporarily living;
3) cemetery plots or burial vaults owned by an **insured person**;
4) vacant land, other than farmland, owned by or rented to an **insured person**;
5) land owned by or rented to an **insured person** where a one, two, three or four family dwelling is being built as that person's residence;
6) any premises used by an **insured person** in connection with the **residence premises**;
7) any part of a premises occasionally rented to an **insured person** for other than **business** purposes.

9. **"Occurrence"** —means an accident, including continuous or repeated exposure to substantially the same general harmful conditions during the policy period, resulting in **bodily injury** or **property damage**.

10. **"Property damage"** —means physical injury to or destruction of tangible property, including loss of its use resulting from such physical injury or destruction.

11. **"Residence employee"** —means an employee of an **insured person** while performing duties arising out of and in the course of employment in connection with the maintenance or use of **your residence premises**. This includes similar duties performed elsewhere for an **insured person**, not in connection with the **business** of an **insured person**.

12. **"Dwelling"** —means a one, two, three or four family **building structure**, identified as the insured property on the Policy Declarations, where **you** reside and which is principally used as a private residence.

AP3339

Page 3

ALST 00227

## Insuring Agreement

In reliance on the information **you** have given **us**, **Allstate** agrees to provide the coverages indicated on the Policy Declarations. In return, **you** must pay the premium when due and comply with the policy terms and conditions, and inform **us** of any change in title, use or occupancy of the **residence premises**.

Subject to the terms of this policy, the Policy Declarations shows the location of the **residence premises**, applicable coverages, limits of liability and premiums. The policy applies only to losses or **occurrences** that take place during the policy period. The policy period is shown on the Policy Declarations. This policy is not complete without the Policy Declarations.

The terms of this policy impose joint obligations on the person named on the Policy Declarations as the insured and on that person's resident spouse. These persons are defined as **you** or **your**. This means that the responsibilities, acts and omissions of a person defined as **you** or **your** will be binding upon any other person defined as **you** or **your**.

The terms of this policy impose joint obligations on persons defined as an **insured person**. This means that the responsibilities, acts and failures to act of a person defined as an **insured person** will be binding upon another person defined as an **insured person**.

## Agreements We Make With You

**We** make the following agreements with **you**:

## Conformity To State Statutes

When the policy provisions conflict with the statutes of the state in which the **residence premises** is located, the provisions are amended to conform to such statutes.

## Coverage Changes

When **Allstate** broadens coverage during the premium period without charge, **you** have the new features if **you** have the coverage to which they apply. Otherwise, the policy can be changed only by endorsement.

The coverage provided and the premium for the policy is based on information you have given **us**. **You** agree to cooperate with **us** in determining if this information is correct and complete. **You** agree that if this information changes, is incorrect or incomplete, **we** may adjust **your** coverage and premium accordingly during the policy period.

Any calculation of **your** premium or changes in **your** coverage will be made using the rules, rates and forms on file, if required, for **our** use in **your** state. The rates in effect at the beginning of **your** current premium period will be used to calculate any change in **your** premium.

## Policy Transfer

**You** may not transfer this policy to another person without **our** written consent.

## Continued Coverage After Your Death

If **you** die, coverage will continue until the end of the premium period for:
1)  **your** legal representative while acting as such, but only with respect to the **residence premises** and property covered under this policy on the date of **your** death.
2)  an **insured person**, and any person having proper temporary custody of **your** property until a legal representative is appointed and qualified.

## Cancellation

Your Right to Cancel:
**You** may cancel this policy by notifying **us** of the future date **you** wish to stop coverage.

Our Right to Cancel:
**Allstate** may cancel this policy by mailing notice to **you** at the mailing address shown on the Policy Declarations. When this policy has been in effect for less than 60 days, and it is not a renewal with **us**, **we** may cancel this policy for any reason.

When this policy has been in effect for 60 days or more, or if it is a renewal with **us**, **we** may cancel this policy for one or more of the following reasons: non-payment of premium;

AP3339
PROP *11900170409286700275251*

Page 4

ALST 00228

the policy was obtained by misrepresentation, fraud or concealment of material facts;

material misrepresentation, fraud or concealment of material fact in presenting a claim, or violation of any of the policy terms; or

there has been a substantial change or increase in hazard in the risk we originally accepted.

If the cancellation is for non-payment of premium, we will give you at least 10 days notice before the cancellation takes effect. If cancellation is for any other reason, we will give you at least 30 days notice.

Our mailing the notice of cancellation to you will be deemed to be proof of notice. Coverage under this policy will terminate on the effective date and hour stated on the cancellation notice. Your return premium, if any, will be calculated on a pro rata basis and refunded to you within 30 days of the date of cancellation. However, refund of unearned premium is not a condition of cancellation.

Our Right Not to Continue or Renew:
Allstate has the right not to renew or continue the policy beyond the current premium period. If we don't intend to continue or renew the policy, we will mail you notice at least 30 days before the end of the premium period. Our mailing notice of non-renewal to you will be deemed proof of notice.

## Concealment Or Fraud

This policy is void if it was obtained by misrepresentation, fraud, or concealment of material facts, if such misrepresentation, fraud, or concealment of material facts was made with the intent to deceive.

If it is determined that this policy is void, all premiums paid will be returned to you since there has been no coverage under this policy.

We do not cover any loss or occurrence in which the insured person has concealed or misrepresented any material fact or circumstance.

## What Law Will Apply

This policy is issued in accordance with the laws of Louisiana and covers property or risks principally located in Louisiana. Subject to the following paragraph, the laws of Louisiana shall govern any and all claims or disputes in any way related to this policy.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, claims or disputes regarding that covered loss to property, or any other covered occurrence may be governed by the laws of the jurisdiction in which that covered loss to property, or other covered occurrence happened, only if the laws of that jurisdiction would apply in the absence of a contractual choice of law provision such as this.

## Where Lawsuits May Be Brought

Subject to the following two paragraphs, any and all lawsuits in any way related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana. Any and all lawsuits against persons not parties to this policy but involved in the sale, administration, performance, or alleged breach of this policy, or otherwise related to this policy, shall be brought, heard and decided only in a state or federal court located in Louisiana, provided that such persons are subject to or consent to suit in the courts specified in this paragraph.

If a covered loss to property, or any other occurrence for which coverage applies under this policy happens outside Louisiana, lawsuits regarding that covered loss to property, or any other covered occurrence may also be brought in the judicial district where that covered loss to property, or any other covered occurrence happened.

Nothing in this provision, **Where Lawsuits May Be Brought**, shall impair any party's right to remove a state court lawsuit to a federal court.

# Section I – Your Property

## Coverage A
## Dwelling Protection

AP3339

ALST 00229

## Property We Cover Under Coverage A:

1. **Your dwelling** including attached structures. Structures connected to **your dwelling** by only a fence, utility line, or similar connection are not considered attached structures.

2. Construction materials and supplies at the **residence premises** for use in connection with **your dwelling**.

3. Wall-to-wall carpeting fastened to **your dwelling**.

## Property We Do Not Cover Under Coverage A:

1. Any structure including fences or other property covered under **Coverage B—Other Structures Protection**.

2. Land, except as specifically provided in **Section I—Additional Protection** under item 12, "Land."

3. Satellite dish antennas and their systems, whether or not attached to **your dwelling**.

## Coverage B
## Other Structures Protection

### Property We Cover Under Coverage B:

1. Structures at the address shown on the Policy Declarations separated from **your dwelling** by clear space.

2. Structures attached to **your dwelling** by only a fence, utility line, or similar connection.

3. Construction materials and supplies at the address of the **residence premises** for use in connection with structures other than **your dwelling**.

4. Wall-to-wall carpeting fastened to other **building structures**.

## Property We Do Not Cover Under Coverage B:

1. Structures used in whole or in part for **business** purposes.

2. Any structure or other property covered under **Coverage A—Dwelling Protection**.

3. Land, no matter where located, or the replacement, rebuilding, restoration, stabilization or value of any such land.

4. Construction materials and supplies at the address of the **residence premises** for use in connection with the **dwelling**.

5. Satellite dish antennas and their systems, whether or not attached to **building structures**.

## Losses We Cover Under Coverages A and B:

We will cover sudden and accidental direct physical loss to property described in **Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection** except as limited or excluded in this policy.

## Losses We Do Not Cover Under Coverages A and B:

We do not cover loss to the property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** consisting of or caused by:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

AP3339
PROP *119001704092867002752512*

Page 6

ALST 00230

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

**We** do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure**, other structure or land at the **residence premises**.

**We** do cover sudden and accidental direct physical loss caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to preserve property when the property is endangered by a cause of loss **we** cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

9. Intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:

a) may be reasonably expected to result from such acts; or
b) is the intended result of such acts.

This exclusion applies regardless of whether or not the **insured person** is actually charged with, or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

**We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. War or warlike acts, including but not limited to, insurrection, rebellion or revolution.

12. Collapse, except as specifically provided in **Section I—Additional Protection** under item 11, "Collapse."

13. Soil conditions, including but not limited to, corrosive action, chemicals, compounds, elements, suspensions, crystal formations or gels in the soil.

14. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

In addition, **we** do not cover loss consisting of or caused by any of the following:

15. a) wear and tear, aging, marring, scratching, deterioration, inherent vice, or latent defect;
b) mechanical breakdown;
c) growth of trees, shrubs, plants or lawns whether or not such growth is above or below the surface of the ground;
d) rust or other corrosion;
e) contamination, including, but not limited to the presence of toxic, noxious or hazardous gasses, chemicals, liquids, solids or other substances at the

AP3339

Page 7

ALST 00231

residence premises or in the air, land or water serving the **residence premises**;

e) smog, smoke from the manufacturing of any controlled substance, agricultural smudging and industrial operations;

g) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;

h) insects, rodents, birds or domestic animals. **We** do cover the breakage of glass or safety glazing materials caused by birds; or

i) seizure by government authority.

If any of (a) through (h) cause the sudden and accidental escape of water or steam from a plumbing, heating or air conditioning system, household appliance or fire protective sprinkler system within **your dwelling**, **we** cover the direct physical damage caused by the water or steam. If loss to covered property is caused by water or steam not otherwise excluded, **we** will cover the cost of tearing out and replacing any part of **your dwelling** necessary to repair the system or appliance. This does not include damage to the defective system or appliance from which the water escaped.

16. Freezing of plumbing, fire protective sprinkler systems, heating or air conditioning systems or household appliances, or discharge, leakage or overflow from within the systems or appliances caused by freezing, while the **building structure** is vacant, unoccupied or being constructed unless **you** have used reasonable care to:

a) maintain heat in the **building structure**; or

b) shut off the water supply and drain the system and appliances.

17. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not. This exclusion applies only to fences, pavements, patios, swimming pools, foundations, retaining walls, bulkheads, piers, wharves or docks.

18. Seepage, meaning continuous or repeated seepage or leakage over a period of weeks, months, or years, of water, steam or fuel:

a) from a plumbing, heating, air conditioning or automatic fire protection system or from within a domestic appliance; or

b) from, within or around any plumbing fixtures, including, but not limited to shower stalls, shower baths, tub installations, sinks or other fixtures designed for the use of water or steam.

19. Theft from **your residence premises** while **your dwelling** is under construction, or of materials and supplies for use in construction, until **your dwelling** is completed and occupied.

20. Vandalism or Malicious Mischief if **your dwelling** is vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

21. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

22. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:

a) planning, zoning, development, surveying, siting;

b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

c) materials used in repair, construction, renovation or remodeling; or

d) maintenance;

of property whether on or off the **residence premises** by any person or organization.

23. We do not cover loss to covered property described in **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection** when:

a) there are two or more causes of loss to the covered property; and

b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover**, items 1 through 22 above.

Page 8

AP3339



PROP *11000170409286700252513*

ALST 00232

24. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions —Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

## Coverage C
## Personal Property Protection

### Property We Cover Under Coverage C:

1. Personal property owned or used by an **insured person** anywhere in the world. When personal property is located at a residence other than the **residence premises**, coverage is limited to 10% of **Coverage C—Personal Property Protection**. This limitation does not apply to personal property in a newly acquired principal residence for the 30 days immediately after **you** begin to move property there or to personal property in student dormitory, fraternity or sorority housing.

2. At **your** option, personal property owned by a guest or **residence employee** while the property is in a residence **you** are occupying.

### Limitations On Certain Personal Property:

Limitations apply to the following groups of personal property. If personal property can reasonably be considered a part of two or more of the groups listed below, the lowest limit will apply. These limitations do not increase the amount of insurance under **Coverage C—Personal Property Protection**. The total amount of coverage for each group in any one loss is as follows:

1. $200 — Money, bullion, bank notes coins and other numismatic property.

2. $250 — Property used or intended for use in a **business** while the property is away from the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

3. $2,500 — Property used or intended for use in a **business**, including property held as samples or for sale or delivery after sale, while the property is on the **residence premises.** This does not include electronic data processing equipment or the recording or storage media used with that equipment.

4. $1,000 — Trading cards, subject to a maximum amount of $250 per card.

5. $1,000 — Accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, and stamps, including philatelic property.

6. $1,000 — Manuscripts, including documents stored on electronic media.

7. $1,000 — Watercraft, including their attached or unattached trailers, furnishings, equipment, parts, and motors.

8. $1,000 — Trailers not used with watercraft.

9. $1,000 — Theft of jewelry, watches, precious and semi-precious stones, gold other than goldware, silver other than silverware, platinum and furs, including any item containing fur which represents its principal value.

10. $1,000 — Any motorized land vehicle parts, equipment or accessories not

Page 9

AP3339

ALST 00233

attached to or located in or upon any motorized land vehicle.

11. $2,000 — Theft of firearms.

12. $2,500 — Theft of silverware, pewterware and goldware.

13. $5,000 — Electronic data processing equipment and the recording or storage media used with that equipment whether or not the equipment is used in a **business**. Recording or storage media will be covered only up to:
   a) the retail value of the media, if pre-programmed; or
   b) the retail value of the media in blank or unexposed form, if blank or self-programmed.

14. $10,000 — Theft of rugs, including, but not limited to any handwoven silk or wool rug, carpet, tapestry, wall-hanging or other similar article whose principal value is determined by its color, design, quality of wool or silk, quality of weaving, condition or age; subject to a maximum amount of $2,500 per item.

## Property We Do Not Cover Under Coverage C:

1. Personal property specifically described and insured by this or any other insurance.

2. Animals.

3. Motorized land vehicles, including, but not limited to any land vehicle powered or assisted by a motor or engine. **We** do not cover any motorized land vehicle parts, equipment or accessories attached to or located in or upon any motorized land vehicle. **We** do cover motorized land vehicles designed for assisting the handicapped or used solely for the service of the **insured premises** and not licensed for

use on public roads.

4. Aircraft and aircraft parts. This does not include model or hobby craft not designed to carry people or cargo.

5. Property of roomers, boarders, tenants not related to an **insured person**.

6. Property located away from the **residence premises** and rented or held for rental to others.

7. Any device, cellular communication system, radar signal reception system, accessory or antenna designed for reproducing, detecting, receiving, transmitting, recording or playing back data, sound or picture which may be powered by electricity from a motorized land vehicle or watercraft and while in or upon a motorized land vehicle or watercraft.

8. Satellite dish antennas and their systems.

## Losses We Cover Under Coverage C:

**We** will cover sudden and accidental direct physical loss to the property described in **Coverage C—Personal Property Protection**, except as limited or excluded in this policy, caused by:

1. Fire or Lightning.

2. Windstorm or Hail.

   **We** do not cover:
   a) loss to covered property inside a **building structure**, caused by rain, snow, sleet, sand or dust unless the wind or hail first damages the roof or walls and the wind forces rain, snow, sleet, sand or dust through the damaged roof or wall;
   b) loss to watercraft and their trailers, furnishings, equipment and motors unless inside a fully enclosed **building structure**. However, **we** do cover canoes and rowboats on the **residence premises**.

3. Explosion.

4. Riot or Civil Commotion, including pillage and looting during, and at the site of, the riot or

Page 10

AP3339
PROP *110001704092867002752514*

ALST 00234

civil commotion.

5.   Aircraft, including self-propelled missiles and spacecraft.

6.   Vehicles.

7.   Smoke.

We do not cover loss caused by smoke from the manufacturing of controlled substances, agricultural smudging or industrial operations.

8.   Vandalism and Malicious Mischief.

We do not cover vandalism or malicious mischief if **your dwelling** has been vacant or unoccupied for more than 30 consecutive days immediately prior to the vandalism or malicious mischief. A **dwelling** under construction is not considered vacant or unoccupied.

9.   Falling objects.

We do not cover loss to personal property inside a **building structure** unless the falling object first damages the exterior walls or roof of the **building structure**.

10.  Weight of ice, snow or sleet which causes damage to personal property in a **building structure**, but only if the **building structure** is damaged due to the weight of ice, snow or sleet.

11.  Increase or decrease of artificially generated electrical current to electrical appliances, fixtures and wiring.

12.  Bulging, burning, cracking or rupture of a steam or hot water heating system, an air conditioning system, an automatic fire protection system or an appliance for heating water.

13.  Water or steam that escapes from a plumbing, heating or air conditioning system, an automatic fire protection system, or from a household appliance due to accidental

discharge or overflow.

We do not cover loss to the system or appliance from which the water or steam escapes, or loss from water which backs up through sewers or drains or overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

14.  Freezing of a plumbing, heating or air conditioning system or a household appliance.

We do not cover loss at the **residence premises** under perils (12), (13), and (14) caused by or resulting from freezing while the **building structure** is vacant, unoccupied or under construction unless **you** have used reasonable care to:
a)   maintain heat in the **building structure**; or
b)   shut off the water supply and drain the water from the systems and appliances.

15.  Theft, or attempted theft, including disappearance of property from a known place when it is likely that a theft has occurred. Any theft must be promptly reported to the police.

We do not cover:
a)   theft or attempted theft committed by an **insured person**;
b)   theft in or from the **residence premises** while under construction or of materials and supplies for use in construction, until the **dwelling** is completed and occupied;
c)   theft of any property while at any other residence owned, rented to or occupied by an **insured person** unless the **insured person** is temporarily residing there;
d)   theft of trailers, campers, watercraft, including furnishings, equipment and outboard motors, away from the **residence premises**;
e)   theft from that part of the **residence premises** rented by **you** to other than an **insured person**.

16.  Breakage of glass, meaning damage to covered personal property caused by breakage

AP3339

ALST 00235

of glass constituting a part of any **building structure** on the **residence premises**. This does not include damage to the glass.

## Losses We Do Not Cover Under Coverage C:

We do not cover loss to the property described in **Coverage C—Personal Property Protection** caused by or consisting of:

1. Flood, including, but not limited to surface water, waves, tidal water or overflow of any body of water, or spray from any of these, whether or not driven by wind.

2. Water or any other substance that backs up through sewers or drains.

3. Water or any other substance that overflows from a sump pump, sump pump well or other system designed for the removal of subsurface water which is drained from a foundation area of a structure.

4. Water or any other substance on or below the surface of the ground, regardless of its source. This includes water or any other substance which exerts pressure on, or flows, seeps or leaks through any part of the **residence premises**.

We do cover sudden and accidental direct physical loss caused by fire, explosion or theft resulting from items 1 through 4 listed above.

5. Earth movement of any type, including, but not limited to earthquake, volcanic eruption, lava flow, landslide, subsidence, mudflow, pressure, sinkhole, erosion, or the sinking, rising, shifting, creeping, expanding, bulging, cracking, settling or contracting of the earth. This exclusion applies whether or not the earth movement is combined with water.

We do cover sudden and accidental direct physical loss caused by fire, explosion, theft or breakage of glass or safety glazing materials resulting from earth movement.

6. Enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, placement or demolition of any **building structure** or other structure at the **residence premises**.

We do cover sudden and accidental direct physical loss to covered property caused by actions of civil authority to prevent the spread of fire.

7. The failure by any **insured person** to take all reasonable steps to save and preserve property when the property is endangered by a cause of loss we cover.

8. Any substantial change or increase in hazard, if changed or increased by any means within the control or knowledge of an **insured person**.

9. Intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:
   a) maybe reasonably expected to result from such acts; or
   b) is the intended result of such acts.

   This exclusion applies regardless of whether or not the **insured person** is actually charged with or convicted of a crime.

10. Nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination, or any consequence of any of these. Loss caused by nuclear action is not considered loss by fire, explosion or smoke.

    We do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

11. Vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

PROP *1100017040928670027525I5*



**ALST 00236**

12. War or warlike acts, including, but not limited to insurrection, rebellion or revolution.

13. Weather Conditions that contribute in any way with a cause of loss excluded in this section to produce a loss.

14. Planning, Construction or Maintenance, meaning faulty, inadequate or defective:
    a) planning, zoning, development, surveying, siting;
    b) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    c) materials used in repair, construction, renovation or remodeling; or
    d) maintenance;

    of property whether on or off the **residence premises** by any person or organization.

15. We do not cover loss to covered property described in **Coverage C—Personal Property Protection** when:
    a) there are two or more causes of loss to the covered property; and
    b) the predominant cause(s) of loss is (are) excluded under **Losses We Do Not Cover,** items 1 through 14 above.

16. Mold, fungus, wet rot or dry rot. This includes any loss which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

    This exclusion applies regardless of whether mold, fungus, wet rot or dry rot arises from any other cause of loss, including but not limited to a loss involving water, water damage or discharge, which may otherwise be covered by this policy, except as specifically provided in **Section I, Conditions -- Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

## Additional Protection

1. **Additional Living Expense**

a) We will pay the reasonable increase in living expenses necessary to maintain **your** normal standard of living when a direct physical loss we cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection** makes **your residence premises** uninhabitable. However, additional living expense solely due to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions—Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

Payment for additional living expense as a result of a covered loss under **Coverage A —Dwelling Protection, Coverage B— Other Structures Protection or Coverage C—Personal Property Protection** will be limited to the least of the following:
1) the time period required to repair or replace the property we cover, using due diligence and dispatch; or
2) if **you** permanently relocate, the shortest time for **your** household to settle elsewhere;
3) 12 months.

b) We will pay **your** lost fair rental income resulting from a covered loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection or Coverage C—Personal Property Protection**, less charges and expenses which do not continue, when a loss we cover under **Coverage A— Dwelling Protection, Coverage B—Other Structures Protection or Coverage C— Personal Property Protection** makes the part of the **residence premises you** rent to others, or hold for rental, uninhabitable. We will pay for lost fair rental income for the shortest time required to repair or replace the part rented or held for rental but not to exceed 12 months. However, payments for **your** lost fair rental income

AP3339

Page 13

ALST 00237

expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

c) **We** will pay the reasonable and necessary increase in living expenses and the lost fair rental income for up to two weeks should civil authorities prohibit the use of the **residence premises** due to a loss at a neighboring premises caused by a loss we insure against. However, payments for increase in living expenses or **your** lost fair rental income expense due solely to remediation of mold, fungus, wet rot or dry rot will not be paid in addition to any amounts paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss.**

These periods of time are not limited by the termination of this policy.

**We** do not cover any lost income or expense due to the cancellation of a lease or agreement.

No deductible applies to this protection.

2. **Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money**
   **We** will pay for loss:
   a) that an **insured person** is legally required to pay for the unauthorized use of any credit card or bank fund transfer card issued to or registered in the name of an **insured person;**
   b) caused by forgery or alteration of a check or negotiable instrument made or drawn upon an **insured person's** account;
   c) to an **insured person** through acceptance in good faith of counterfeit United States or Canadian paper currency.

**Our** maximum limit of liability for any one loss is $1,000. All loss due to forgery or unauthorized use by or involving any one person is considered one loss.

**We** do not cover:
a) loss arising from any **business** of an **insured person;**
b) loss caused by or at the direction of an **insured person** or any other person who has been entrusted with any credit card or bank fund transfer card;
c) loss arising out of dishonesty of an **insured person.**

When loss is discovered, the **insured person** must give **us** immediate written notice. If the loss involves a credit card, charge plate or bank fund transfer card, the **insured person** must also give immediate written notice to the company or bank that issued the card or plate. Failure to comply with the terms and conditions of the card or plate voids this protection.

**We** will pay only for loss occurring during the policy period, including those losses discovered and reported to **us** within one year after the policy has terminated. **We** have the right to investigate and settle any claim or suit as **we** deem appropriate. Full payment of the amount of insurance for any one loss ends **our** obligation under each claim or suit arising from the loss.

**We** will defend any suit brought against an **insured person** for the enforcement of payment covered under paragraph 2(a) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

**We** have the option to defend an **insured person** or the **insured person's** bank against a suit for the enforcement of payment covered under paragraph 2(b) of this protection. The defense will be at **our** expense, with counsel of **our** choice.

No deductible applies to this protection.

Page 14

AP3339
PROP *110001704092867002752516*

ALST 00238

3.  **Debris Removal**
    We will pay reasonable expenses you incur to remove debris of covered property damaged by a loss we cover. If the loss to the covered property and the cost of debris removal are more than the limit of liability shown on the Policy Declarations for the covered property, we will pay up to an additional 5% of that limit for debris removal.

4.  **Emergency Removal Of Property**
    We will pay for sudden and accidental direct physical loss to covered property from any cause while removed from a premises because of danger from a loss we cover. Protection is limited to a 30-day period from date of removal. This protection does not increase the limit of liability that applies to the covered property.

5.  **Fire Department Charges**
    We will pay up to $500 for service charges made by fire departments called to protect your property from a loss we cover at the residence premises. No deductible applies to this protection.

6.  **Temporary Repairs After A Loss**
    We will reimburse you up to $5,000 for the reasonable and necessary cost you incur for temporary repairs to protect covered property from further imminent covered loss following a loss we cover. This coverage does not increase the limit of liability applying to the property being repaired.

7.  **Trees, Shrubs, Plants and Lawns**
    We will pay up to an additional 5% of the limit of liability shown on the Policy Declarations under **Coverage A—Dwelling Protection** for loss to trees, shrubs, plants and lawns at the address of the **residence premises. We will** not pay more than $500 for any one tree, shrub, or plant including expenses incurred for removing debris. This coverage applies only to direct physical loss caused by fire or lightning, explosion, riot or civil commotion, aircraft, vehicles not owned by an occupant of the **residence premises**, vandalism or malicious

mischief, theft or collapse of a **building structure** or any part of a **building structure.**

We will pay up to $500 for reasonable expenses you incur for the removal of debris of trees at the address of the **residence premises** for direct physical loss caused by windstorm, hail, or weight of ice, snow or sleet. The fallen tree must have caused damage to property covered under **Coverage A—Dwelling Protection.**

We do not cover trees, shrubs, plants, or lawns grown for **business** purposes.

8.  **Temperature Change**
    We will pay for loss to covered personal property in a **building structure** at the **residence premises** resulting from a change in temperature. The change in temperature must result from a covered loss to the **building structure.**

    This coverage does not increase the limit of liability applying to the damaged property.

9.  **Power Interruption**
    We will pay for loss to the contents of freezers and refrigerated units on the **residence premises** caused by the interruption of power which occurs off the **residence premises**. If a power interruption is known to an **insured person**, all reasonable means must be used to protect the contents of freezers and refrigerated units.

    This coverage does not increase the limit of liability applying to the damaged property.

10. **Arson Reward**
    We will pay up to $5,000 for information leading to an arson conviction in connection with a fire loss to property covered under **Section I** of this policy. The $5,000 limit applies regardless of the number of persons providing information.

11. **Collapse**
    We will cover:

AP3339

ALST 00239

a) the entire collapse of a covered **building structure**;
b) the entire collapse of part of a covered **building structure**; and
c) direct physical loss to covered property caused by (a) or (b) above.

For coverage to apply, the collapse of a **building structure** specified in (a) or (b) above must be a sudden and accidental direct physical loss caused by one or more of the following:

a) a loss **we** cover under **Section I, Coverage C—Personal Property Protection**;
b) hidden decay of the **building structure**;
c) hidden damage to the **building structure** caused by insects or vermin;
d) weight of persons, animals, equipment or contents;
e) weight of rain or snow which collects on a roof;
f) defective methods or materials used in construction, repair, remodeling or renovation, but only if the collapse occurs in the course of such construction, repair, remodeling or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

This protection does not change the limit of liability that applies to the covered property.

12. **Land**
If a sudden and accidental direct physical loss results in both a covered loss to the **dwelling**, other than the breakage of glass or safety glazing material, and a loss of land stability, **we** will pay up to $10,000 as an additional amount of insurance for repair costs associated with the land. This includes the costs required to replace, rebuild, stabilize or otherwise restore the land necessary to support that part of the **dwelling** sustaining the covered loss.

The Section I—Losses We Do Not Cover Under Coverages A and B reference to earth movement does not apply to the loss of land

stability provided under this Additional Protection.

### Section I Conditions

1. **Deductible**
We will pay when a covered loss exceeds the deductible shown on the Policy Declarations. We will then pay only the excess amount, unless **we** have indicated otherwise in this policy.

2. **Insurable Interest and Our Liability**
In the event of a covered loss, we will not pay for more than an **insured person's** insurable interest in the property covered, no more than the amount of coverage afforded by this policy.

3. **What You Must Do After A Loss**
In the event of a loss to any property that may be covered by this policy, **you** must:
a) promptly give **us** or our agent notice. Report any theft to the police as soon as possible. If the loss involves a credit card, charge plate or bank fund transfer card, give written notice to the company or bank that issued the card or plate.
b) protect the property from further loss. Make any reasonable repairs necessary to protect it. Keep an accurate record of any repair expenses.
c) separate damaged from undamaged personal property. Give **us** a detailed list of the damaged, destroyed or stolen property, showing the quantity, cost, actual cash value and the amount of loss claimed.
d) give **us** all accounting records, bills, invoices and other vouchers, or certified copies, which **we** may reasonably request to examine and permit **us** to make copies.
e) produce receipts for any increased costs to maintain **your** standard of living while **you** reside elsewhere, and records supporting any claim for loss of rental income.
f) as often as **we** reasonably require:
   1) show **us** the damaged property.

AP3339
PROP *11000170409286700275251?*



ALST 00240

2) at our request, submit to examinations under oath, separately and apart from any other person defined as **you** or **insured person** and sign a transcript of the same.

3) produce representatives, employees, members of the insured's household or others to the extent it is within the **insured person's** power to do so; and

g) within 60 days after the loss, give **us** a signed, sworn proof of the loss. This statement must include the following information:

1) the date, time, location and cause of loss;

2) the interest **insured persons** and others have in the property, including any encumbrances;

3) the actual cash value and amount of loss for each item damaged, destroyed or stolen;

4) any other insurance that may cover the loss;

5) any changes in title, use, occupancy or possession of the property that have occurred during the policy period;

6) at **our** request, the specifications of any damaged **building structure** or other structure;

7) evidence supporting any claim under the Credit Card, Bank Fund Transfer Card, Check Forgery and Counterfeit Money protection. State the cause and amount of loss.

4. **Our Settlement Options**
In the event of a covered loss, **we** have the option to:

a) repair, rebuild or replace all or any part of the damaged, destroyed or stolen property with property of like kind and quality within a reasonable time; or

b) pay for all or any part of the damaged, destroyed or stolen property as described in Condition 5 "How We Pay For A Loss". Within 30 days after **we** receive **your** signed, sworn proof of loss **we** will notify **you** of the option or options **we** intend to

exercise.

5. **How We Pay For A Loss**
Under **Coverage A—Dwelling Protection**, **Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection**, payment for covered loss will be by one or more of the following methods:

a) Special Payment. At **our** option, **we** may make payment for a covered loss before **you** repair, rebuild or replace the damaged, destroyed or stolen property if:

1) the whole amount of loss for property covered **under Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection**, without deduction for depreciation, is less than $2,500 and if the property is not excluded from the Building Structure Reimbursement provision, or;

2) the whole amount of loss for property covered under **Coverage C—Personal Property Protection** without deduction for depreciation, is less than $2,500 and if **your** Policy Declarations shows that the Personal Property Reimbursement provision applies, and the property is not excluded from the Personal Property Reimbursement provision.

b) Actual Cash Value. If **you** do not repair or replace the damaged, destroyed or stolen property, payment will be on an actual cash value basis. This means there may be a deduction for depreciation. Payment will not exceed the limit of liability shown on the Policy Declarations for the coverage that applies to the damaged, destroyed or stolen property, regardless of the number of items involved in the loss.

**You** may make claim for additional payment as described in paragraph "c", and paragraph "d" below if applicable, if **you** repair or replace the damaged, destroyed or stolen covered property within 180 days of the actual cash value payment.

AP3339

**Page 17**

ALST 00241

c) Building Structure Reimbursement. Under **Coverage A—Dwelling Protection** and **Coverage B—Other Structures Protection, we** will make additional payment to reimburse **you** for cost in excess of actual cash value **if you** repair, rebuild or replace damaged, destroyed or stolen covered property within 180 days of the actual cash value payment. This additional payment includes the reasonable and necessary expense for treatment or removal and disposal of contaminants, toxins or pollutants as required to complete repair or replacement of that part of a **building structure** damaged by a covered loss. This additional payment shall not include any amounts which may be paid or payable under **Section I, Conditions — Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss,** and shall not be payable for any losses excluded in **Section I — Your Property,** under **Losses We Do Not Cover Under Coverages A and B,** item 24.

Building Structure Reimbursement will not exceed the smallest of the following amounts:

1) the replacement cost of the part(s) of the **building structure(s)** for equivalent construction for similar use on the same premises;

2) the amount actually and necessarily spent to repair or replace the damaged **building structure(s)** with equivalent construction for similar use on the same **residence premises;** or

3) the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for **Coverage A—Dwelling Protection** or **Coverage B—Other Structures Protection,** regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

If **you** replace the damaged **building structure(s)** at an address other than shown on the Policy Declarations through construction of a new structure or purchase of an existing structure, such replacement will not increase the amount payable under Building Structure Reimbursement describe above. The amount payable under Building Structure Reimbursement described above does not includes the value of any land associated with the replacement structure(s).

Building Structure Reimbursement payment will be limited to the difference between any actual cash value payment made for the covered loss to **building structures** and the smallest of 1); 2) or 3) above.

Building Structure Reimbursement will not apply to:

1) property covered under **Coverage C—personal Property Protection;**

2) property covered under **Coverage B—Other Structures Protection** that is not a **building structure;**

3) wall-to-wall carpeting, fences, awnings and outdoor antennas whether or not fastened to a **building structure;** or

4) land.

Payment under " a ", " b ", or " c " above will not include any increased cost due to the enforcement of building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair, relocation or demolition of **building structures** or other structures.

d) Personal Property Reimbursement. When the Policy Declarations shows that the Personal Property Reimbursement provision applies under **Coverage C—Personal Property Protection, we** will

ALST 00242

make additional payment to reimburse **you** for cost in excess of actual cash value if **you** repair, rebuild or replace damaged, destroyed or stolen covered personal property or wall-to-wall carpeting within 180 days of the actual cash value payment.

Personal Property Reimbursement payment will not exceed the smallest of the following amounts:
1) the amount actually and necessarily spent to repair or replace the property with similar property of like kind and quality;
2) the cost of repair or restoration; or
3) the limit of liability shown on the Policy Declarations for **Coverage C— Personal Property Protection**, or any special limit of liability described in the policy, regardless of the number of items of personal property involved in the loss.

Personal Property Reimbursement will be limited to the difference between any actual cash value payment made for the covered loss to personal property and the smallest of 1), 2) or 3) above.

Personal Property Reimbursement will not apply to:
1) property insured under **Coverage A— Dwelling Protection and Coverage B —Other Structures Protection**, except wall-to-wall carpeting;
2) antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced.
3) articles whose age or history contribute substantially to their value. This includes, but is not limited to memorabilia, souvenirs and collector's items; or
4) property that was obsolete or unusable for the originally intended purpose because of age or condition prior to the loss.

e) In the event of the total loss of **your dwelling** and all attached structures covered under **Coverage A—Dwelling Protection, we** will pay the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection.**

   In the event of the total loss of all structures covered under **Coverage B— Other Structures Protection, we** will pay the limit of liability shown on the Policy Declarations for **Coverage B—Other Structures Protection.**

6. **Our Settlement Of Loss**
   **We** will settle any covered loss with **you** unless another payee is named in the policy. **We** will settle within 30 days after the amount of loss is finally determined. This amount may be determined by an agreement between **you** and **us**, an appraisal award, or a court judgment.

   In the event that there is a disagreement between **you** and **us** as to the total amount of loss, **we** will offer payment to **you** for the amount of loss agreed upon within 30 days of said agreement.

7. **Appraisal**
   If **you** and **we** fail to agree on the amount of loss, either party may make written demand for an appraisal. Upon such demand, each party must select a competent and impartial appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire with 15 days, **you** or **we** can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

   The appraisers shall then determine the amount of loss, stating separately the actual cash value and the amount of loss to each item. If the appraisers submit a written report of an agreement to **you** and to **us** the amount agreed upon shall be the amount of loss. If

AP3339

Page 19

ALST 00243

they cannot agree, they will submit their differences to the umpire. A written award agreed upon by any two will determine the amount of loss.

Each party will pay the appraiser it chooses, and equally bear expenses for the umpire and all other appraisal expenses.

8. **Abandoned Property**
We are not obligated to accept any property or responsibility for any property abandoned by an **insured person**.

9. **Permission Granted To You**
   a) The **residence premises** may be vacant or unoccupied for any length of time, except where a time limit is indicated in this policy for specific perils. A **building structure** under construction is not considered vacant.
   b) **You** may make alterations, additions or repairs, and **you** may complete structures under construction.

10. **Our Rights To Recover Payment**
When **we** pay for any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. However, **our** right to recover is subordinate to the injured person's right to be fully compensated for their injuries. **You** may waive **your** rights to recover against another person for loss involving the property covered by this policy. This waiver must be in writing prior to the date of loss.

11. **Our Rights to Obtain Salvage**
We have the option to take all or any part of the damaged or destroyed covered property upon replacement by **us** or payment of the agreed or appraised value.

We will notify **you** of **our** intent to exercise this option within 30 days after **we** receive **your** signed, sworn proof of loss.

When **we** settle any loss caused by theft or disappearance, **we** have the right to obtain all or part of any property which may be recovered. An **insured person** must protect this right and inform **us** of any property recovered. **We** will inform **you** of **our** intent to exercise this right within 10 days of **your** notice of recovery to **us**.

12. **Suit Against Us**
Any suit or action must be brought within one year after the inception of loss or damage.

The bankruptcy or insolvency of an insured person or that person's estate will not relieve **us** of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an **insured**; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by **us**, the **insured** and the claimant or the claimant's legal representative.

13. **Loss To A Pair Or Set**
If there is a covered loss to a pair or set, **we** may:
   a) repair or replace any part of the pair or set to restore it to its actual cash value before the loss; or
   b) pay the difference between the actual cash value of the pair or set before and after the loss.

14. **Glass Replacement**
Payment for loss to covered glass includes the cost of using safety glazing materials when required by law.

ALST 00244

15. **No Benefit To Bailee**

This insurance will not benefit any person or organization who may be caring for or handling **your** property for a fee.

16. **Other Insurance**

If both this insurance and other insurance apply to a loss, **we** will pay the proportionate amount that this insurance bears to the total amount of all applicable insurance. However, in the event of a loss by theft, this insurance shall be excess over any other insurance that covers loss by theft.

17. **Property Insurance Adjustment**

When the Policy Declarations indicates that the Property Insurance Adjustment condition applies, **you** agree that, at each policy anniversary, **we** may increase the limit of liability shown on the Policy Declarations for **Coverage A—Dwelling Protection** to reflect one of the following:

a) the rate of change in the Index identified in the "Important Payment and Coverage Information" section of the Policy Declarations. The limit of liability for **Coverage A—Dwelling Protection** for the succeeding premium period will be determined by changing the existing limit in proportion to the change in the Index between the time the existing limit was established and the time the change is made. The resulting amount will be rounded to the nearest $1000; or

b) the minimum amount of insurance coverage **we** are willing to issue for the succeeding premium period under **Coverage A—Dwelling Protection** for **your** dwelling and other property **we** cover under **Coverage A—Dwelling Protection**.

Any adjustment in the limit of liability for **Coverage A—Dwelling Protection** will result in an adjustment in the limit of liability for **Coverage B—Other Structures Protection** and **Coverage C—Personal Property Protection** in

accordance with **our** manual of Rules and Rates.

Any adjustment in premium resulting from the application of this condition will be made based on premium rates in use by **us** at the time a change in limits is made.

**We** will not reduce the limit of liability shown on the Policy Declarations without **your** consent. **You** agree that it is **your** responsibility to ensure that each of the limits of liability shown on the Policy Declarations are appropriate for **your** insurance needs. If **you** want to increase or decrease any of the limits of liability shown on the Policy Declarations, **you** must contact **us** to request such a change.

18. **Mortgagee**

A covered loss will be payable to the mortgagees named on the Policy Declarations, to the extent of their interest and in the order of precedence. All provisions of **Section I** of this policy apply to these mortgages.

**We** will:

a) protect the mortgagee's interest in a covered **building structure** in the event of an increase in hazard, intentional or criminal acts of, or directed by, an **insured person**, failure by any **insured person** to take all reasonable steps to save and preserve property after a loss, a change in ownership, or foreclosure if the mortgagee has no knowledge of these conditions; and

b) give the mortgagee at least 10 days notice if **we** cancel this policy for nonpayment of premium, or at least 30 days notice if **we** cancel for any other reason.

The mortgagee will:

a) furnish proof of loss within 60 days after notice of the loss if an **insured person** fails to do so;

b) pay upon demand any premium due if an **insured person** fails to do so;

c) notify **us** in writing of any change of ownership or occupancy or any increase

ALST 00245

in hazard of which the mortgagee has knowledge;
d) give **us** the mortgagee's right of recovery against any party liable for loss; and
e) after a loss, and at our option, permit **us** to satisfy the mortgage requirements and receive full transfer of the mortgage.

This mortgagee interest provision shall apply to any trustee or loss payee or other secured party.

19. **Mold, Fungus, Wet Rot and Dry Rot Remediation as a Direct Result of a Covered Loss**
In the event of a covered loss under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection, we** will pay up to $10,000 for mold, fungus, wet rot or dry rot **remediation**. This Condition does not increase or decrease the limits of liability under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection, or Coverage C—Personal Property Protection.**

**Remediation** means:
a) the reasonable and necessary treatment, removal or disposal of mold, fungus, wet rot or dry rot as required to complete repair or replacement of property **we** cover under **Coverage A—Dwelling Protection, Coverage B—Other Structures Protection** or **Coverage C—Personal Property Protection** damaged by a covered loss;
b) payment for any reasonable increase in living expenses necessary to maintain **your** normal standard of living if mold, fungus, wet rot or dry rot makes **your residence premises** uninhabitable; and
c) any investigation or testing to detect, measure or evaluate mold, fungus, wet rot or dry rot.

**Remediation** does not include any amounts other than those described in (a), (b), or (c) above.

## Section II—Family Liability and Guest Medical Protection

### Coverage X
### Family Liability Protection

#### Losses We Cover Under Coverage X:
Subject to the terms, conditions and limitations of this policy, **Allstate** will pay damages which an **insured person** becomes legally obligated to pay because of **bodily injury** or **property damage** arising from an **occurrence** to which this policy applies, and is covered by this part of the policy.

We may investigate or settle any claim or suit for covered damages against an **insured person**, regardless of the amount of damages sought. If an **insured person** is sued for covered damages, **we** will provide a defense with counsel of our choice, even if the allegations are groundless, false or fraudulent. **We** are not obligated to pay any claim or judgment after **we** have exhausted our limit of liability by the payment of judgments or settlements.

#### Losses We Do Not Cover Under Coverage X:
1. **We** do not cover any **bodily injury** or **property damage** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, the **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **bodily injury** or **property damage** is of a different kind or degree than intended or reasonably expected; or
   c) such **bodily injury** or **property damage** is sustained by a different person than intended or reasonably expected.

   This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2. **We** do not cover **bodily injury** to an **insured person** or **property damage** to property owned by an **insured person** whenever any benefit of



ALST 00246

this coverage would accrue directly or indirectly to an **insured person.**

3. **We** do not cover **bodily injury** to any person eligible to receive benefits required to be provided or voluntarily provided by an **insured person** under any worker's compensation, non-occupational disability or occupational disease law.

4. **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises;**
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises;**
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf cart owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn or garden implements under 40 horsepower;
   h) **bodily injury** to a **residence employee.**

6. **We** do not cover **bodily injury** or **property damage** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:

   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or imilar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

   This exclusion does not apply to **bodily injury** to a **residence employee.**

7. **We** do not cover **bodily injury** or **property damage** arising out of:
   a) the negligent supervision by any **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person**

   arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8. **We** do not cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   **We** do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. **We** do not cover any **property damage** consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

AP3339

ALST 00247

We do cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

10. We do not cover any **bodily injury** or **property damage** arising out of any liability statutorily imposed upon any **insured person** in any manner, consisting of or caused by vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

11. We do not cover **bodily injury** or **property damage** arising out of the rendering of, or failure to render, professional services by an **insured person**.

12. We do not cover **bodily injury** or **property damage** arising out of the past or present **business** activities of an **insured person**.

   We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

13. We do not cover **bodily injury** or **property damage** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

14. We do not cover **property damage** to property rented to, occupied or used by, or in the care of, an **insured person**. This exclusion does not apply if the **property damage** is caused by fire, explosion or smoke.

15. We do not cover any liability an **insured person** assumes arising out of any contract or agreement.

16. We do not cover **bodily injury** or **property damage** caused by war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

17. We do not cover **bodily injury** or **property damage** which, in whole or in part, arises out

of, is aggravated by or results from mold, fungus, wet rot or dry rot .

18. **We** do not cover any liability imposed upon any **insured person** by any governmental authority for **bodily injury** or **property damage** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Coverage Y
## Guest Medical Protection

### Losses We Cover Under Coverage Y:
Allstate will pay the reasonable expenses incurred for necessary medical, surgical, x-ray and dental services; ambulance, hospital, licensed nursing and funeral services; and prosthetic devices, eye glasses, hearing aids, and pharmaceuticals. These expenses must be incurred and the services performed within three years from the date of an **occurrence** causing **bodily injury** to which this policy applies, and is covered by this part of the policy.

Each person who sustains **bodily injury** is entitled to this protection when that person is:
1. on the **insured premises** with the permission of an **insured person**; or
2. off the **insured premises**, if the **bodily injury**:
   a) arises out of a condition on the **insured premises** or immediately adjoining ways;
   b) is caused by the activities of an **insured person** or a **residence employee**;
   c) is caused by an animal owned by or in the care of an **insured person**; or
   d) is sustained by a **residence employee**.

### Losses We Do Not Cover Under Coverage Y:
1. We do not cover any **bodily injury** intended by, or which may reasonably be expected to result from the intentional or criminal acts or omissions of, the **insured person**. This exclusion applies even if:
   a) such **insured person** lacks the mental capacity to govern his or her conduct;
   b) such **bodily injury** is of a different kind or degree than intended or reasonably expected; or

PROP *11000170409286700027525521*

ALST 00248

c) such **bodily injury** is sustained by a different person than intended or reasonably expected.

This exclusion applies regardless of whether or not such **insured person** is actually charged with, or convicted of a crime.

2. **We** do not cover **bodily injury** to any **insured person** or regular resident of the **insured premises**. However, this exclusion does not apply to a **residence employee**.

3. **We** do not cover **bodily injury** to any person eligible to receive any benefits voluntarily provided, or required to be provided, under any workers' compensation, non-occupational disability or occupational disease law.

4. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of aircraft.

5. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any motor vehicle or trailer. However, this exclusion does not apply to:
   a) a motor vehicle in dead storage or used exclusively on an **insured premises**;
   b) any motor vehicle designed principally for recreational use off public roads, unless that vehicle is owned by an **insured person** and is being used away from an **insured premises**;
   c) a motorized wheel chair;
   d) a vehicle used to service an **insured premises** which is not designed for use on public roads and not subject to motor vehicle registration;
   e) a golf car owned by an **insured person** when used for golfing purposes;
   f) a trailer of the boat, camper, home or utility type unless it is being towed or carried by a motorized land vehicle;
   g) lawn or garden implements under 40 horsepower;
   h) **bodily injury** to a **residence employee**.

6. **We** do not cover **bodily injury** arising out of the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of watercraft away from an **insured premises** if the watercraft:
   a) has inboard or inboard-outboard motor power of more than 50 horsepower;
   b) is a sailing vessel 26 feet or more in length;
   c) is powered by one or more outboard motors with more than 25 total horsepower;
   d) is designated as an airboat, air cushion, or similar type of watercraft; or
   e) is a personal watercraft, meaning a craft propelled by a water jet pump engine and designed to be operated by a person or persons sitting, standing or kneeling on the craft.

This exclusion does not apply to a **bodily injury** to a **residence employee**.

7. **We** do not cover **bodily injury** arising out of:
   a) the negligent supervision by any **insured person** of any person; or
   b) any liability statutorily imposed on any **insured person** arising from the ownership, maintenance, use, occupancy, renting, loaning, entrusting, loading or unloading of any aircraft, watercraft, motorized land vehicle or trailer which is not covered under **Section II** of this policy.

8. **We** do cover any **bodily injury** which results in any manner from the discharge, dispersal, release or escape of vapors, fumes, acids, toxic chemicals, toxic gasses, toxic liquids, toxic solids, waste materials or other irritants, contaminants or pollutants.

   **We** do not cover **bodily injury** which results from such discharge if the discharge is sudden and accidental.

9. **We** do not cover **bodily injury** arising out of the rendering of, or failure to render professional services by, an **insured person**.

AP3339                                                          Page 25

ALST 00249

10. We do not cover **bodily injury** arising out of the past or present business activities of an **insured person**.

    We do cover the occasional or part-time **business** activities of an **insured person** who is a student under 21 years of age.

11. We do not cover **bodily injury** to any person on the **insured premises** because of a **business** activity or professional service conducted there.

12. We do not cover **bodily injury** arising out of any premises, other than an **insured premises**, owned, rented or controlled by an **insured person**. This exclusion does not apply to **bodily injury** to a **residence employee**.

13. We do not cover **bodily injury** caused by war or warlike acts, including, but not limited to insurrection, rebellion, or revolution.

14. We do not cover **bodily injury** which, in whole or in part, arises out of, is aggravated by or results from mold, fungus, wet rot or dry rot.

## Additional Protection

We will pay, in addition to the limits of liability:
1.  **Claim Expense**
    We will pay:
    a)  all costs **we** incur in the settlement of any claim or the defense of any suit against an **insured person**;
    b)  interest accruing on damages awarded until such time as **we** have paid, formally offered, or deposited in court the amount for which **we** are liable under this policy; interest will be paid only on damages which do not exceed **our** limits of liability;
    c)  premiums on bonds required in any suit **we** defend; **we** will not pay bond premiums in an amount that is more than **our** limit of liability; **we** have no obligation to apply for or furnish bonds;
    d)  up to $150 per day for loss of wages and salary, when **we** ask **you** to attend trials and hearings;

    e)  any other reasonable expenses incurred by an **insured person** at **our** request. prejudgment interest awarded against an **insured person** on the part of the judgment **we** pay. After **we** make an offer to pay the applicable limit of liability, **we** are not obligated to make any further prejudgment interest payments.

2.  **Emergency First Aid**
    **We** will pay reasonable expenses incurred by an **insured person** for first aid to other persons at the time of an accident involving **bodily injury** covered under this policy.

3.  **Damage To Property Of Others**
    At **your** request, **we** will pay up to $500 each time an **insured person** causes **property damage** to someone else's property. At **our** option, **we** will pay the cost to either repair or replace the property damaged by an **insured person**, without deduction for depreciation.

    **We** will not pay for **property damage**:
    a)  to property covered under **Section I** of this policy;
    b)  to property intentionally damaged by an **insured person** who has attained the age of 13;
    c)  to property owned by or rented to an **insured person**, any tenant of an **insured person**, or any resident in **your** household; or
    d)  arising out of:
        1)  past or present **business** activities;
        2)  any act or omission in connection with a premises, other than an **insured premises**, owned, rented or controlled by an **insured person**; or
        3)  the ownership or use of a motorized land vehicle, trailer, aircraft or watercraft. **We** will pay up to $500 for damage to property of others caused by motorized land vehicles designed principally for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured person**.

AP3339

PROP *11000170409286700275252Z*

ALST 00250

## *Section II Conditions*

1. **What You Must Do After An Accidental Loss**
   In the event of **bodily injury** or **property damage, you** must do the following:
   a) Promptly notify **us** or **your** agent stating:
      1) **your** name and policy number;
      2) the date, the place and the circumstances of the loss;
      3) the name and address of anyone who might have a claim against an **insured person;**
      4) the names and addresses of any witnesses.
   b) Promptly send **us** any legal papers relating to the accident.
   c) At **our** request, an **insured person** will:
      1) cooperate with **us** and assist **us** in any matter concerning a claim or suit;
      2) help **us** enforce any right of recovery against any person or organization who may be liable to an **insured person;**
      3) attend any hearing or trial.
   d) Under the **Damage To Property Of Others** protection, give **us** a sworn statement of the loss. This must be made within 60 days after the date of loss. Also, an **insured person** must be prepared to show **us** any damaged property under that person's control.

   Any **insured person** will not voluntarily pay any money, assume any obligations or incur any expense, other than for first aid to others at the time of the loss as provided for in this policy.

2. **What An Injured Person Must Do — Coverage Y — Guest Medical Protection**
   If someone is injured, that person, or someone acting for that person, must do the following:
   a) Promptly give **us** written proof of the loss. If **we** request, this must be done under oath.
   b) Give **us** written authorization to obtain copies of all medical records and reports.

   c) Permit doctors **we** select to examine the injured person as often as **we** may reasonably require.

3. **Our Payment Of Loss — Coverage Y — Guest Medical Protection**
   **We** may pay the injured person or the provider of the medical services. Payment under this coverage is not an admission of liability by **us** or an **insured person.**

4. **Our Limits Of Liability**
   Regardless of the number of **insured persons,** injured persons, claims, claimants or policies involved, **our** total liability under **Coverage X — Family Liability Protection** for damages resulting from one **occurrence** will not exceed the limit shown on the Policy Declarations. All **bodily injury** and **property damage** resulting from continuous or repeated exposure to the same general conditions is considered the result of one **occurrence.**

   **Our** total liability under **Coverage Y — Guest Medical Protection** for all medical expenses payable for **bodily injury,** to any one person, shall not exceed the "each person" limit shown on the Policy Declarations.

5. **Bankruptcy**
   **We** are not relieved of any obligation under this policy because of the bankruptcy or insolvency of an **insured person.**

6. **Our Rights to Recover Payment — Coverage X — Family Liability Protection**
   When **we** pay any loss, an **insured person's** right to recover from anyone else becomes **ours** up to the amount **we** have paid. An **insured person** must protect these rights and help **us** enforce them. However, **our** right to recover is subordinate to the injured person's right to be fully compensated for their injuries.

7. **Suit Against Us**
   No suit or action can be brought against **us** under **Coverage X — Family Liability Protection** until the obligation of an **insured person** to pay is finally determined either by

ALST 00251

judgment against the **insured person** after actual trial, or by written agreement of the **insured person**, injured person, and **us**.

No one shall have any right to make **us** a party to a suit to determine the liability of an **insured person**.

The bankruptcy or insolvency of an insured person or that person's estate won't relieve **us** of any obligation.

The following provision applies to all actions in any way related to accidents or injury occurring in the state of Louisiana:

A person or organization may bring a lawsuit against **us**, including, but not limited to a lawsuit to recover on an agreed settlement or on a final judgment against an insured; but **we** will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

8.  **Other Insurance—Coverage X—Family Liability Protection**
    This insurance is excess over any other valid and collectible insurance except insurance that is written specifically as excess over the limits of liability that apply to this policy.

## Section III—Optional Protection

### Optional Coverages You May Buy

The following Optional Coverages may supplement coverages found in **Section I** or **Section II** and apply only when they are indicated on the Policy Declarations. The provisions of this policy apply to each Optional Coverage in this section unless modified by the terms of the specific Optional Coverage.

1.  **Coverage BC**
    **Building Codes**
    **We** will pay up to 10% of the amount of insurance on the Policy Declarations under

**Coverage A—Dwelling Protection** to comply with local building codes after covered loss to **dwelling** or when repair or replacement results in increased cost due to the enforcement of any building codes, ordinances or laws regulating the construction, reconstruction, maintenance, repair or demolition of the **dwelling**.

2.  **Coverage BP**
    **Increased Coverage On Business Property**
    The $1,000 limitation on **business** property located on the **residence premises**, under **Coverage C—Personal Property Protection**, is increased to the amount shown on the Policy Declarations. This increased coverage includes property held as samples or for sale or delivery after sale, while the property is on the **residence premises**.

3.  **Coverage DP**
    **Increased Coverage On Electronic Data Processing Equipment**
    The $5,000 limitation on electronic data processing equipment under **Coverage C—Personal Property Protection**, and the recording or storage media used with that equipment, is increased to the amount shown on the Policy Declarations.

4.  **Coverage F**
    **Fire Department Charges**
    The $500 limit applying to the fire department service charges under **Additional Protection** is increased to the amount shown on the Policy Declarations.

5.  **Coverage G**
    **Loss Assessments**
    If **your residence premises** includes a **building structure** which is constructed in common with one or more similar buildings, and **you** are a member of, and subject to the rules of, an association governing the areas held in common by all building owners as members of the association, the **insured premises** means the **building structure** occupied exclusively by **your** household as a private residence, including the grounds, related structures and

AP3339

PROP *1180017040928670027529523*


ALST 00252

private approaches to them.

**We** will pay **your** share of any special assessments charged against all building owners by the association up to the limit of liability shown on the Policy Declarations, when the assessment is made as a result of:

a)   sudden and accidental direct physical loss to the property held in common by all building owners caused by a loss **we** cover under **Section I** of this policy; or

b)   **bodily injury** or **property damage** covered under **Section II** of this policy.

Any reduction or elimination of payments for losses because of any deductible applying to the insurance coverage of the association of building owners collectively is not covered under this protection.

**Allstate** will pay only when the assessment levied against the **insured person**, as a result of any one loss, for **bodily injury** or property damage exceeds $250 and then only for the amount of such excess. This coverage is not subject to any deductible applying to **Section I** of this policy.

In the event of an assessment, this coverage is subject to all the exclusions applicable to **Sections I** and **II** of this policy and the **Section I** and **II Conditions**, except as otherwise noted.

This coverage is excess over any insurance collectible under any policy or policies covering the association of building owners.

6.   **Coverage J**
     **Extended Coverage On Jewelry, Watches and Furs**
     **Coverage C —Personal Property Protection** is extended to pay for sudden and accidental direct physical loss to the following property, subject to the provisions in this coverage:

a)   jewelry, watches, gems, precious and semi-precious stones, gold, platinum; and

b)   furs, including any item containing fur which represents its principal value.

The total amount of coverage and per item limit is shown on the Policy Declarations. This amount is not in addition to the amount of insurance applying to **Coverage C —Personal Property Protection**. However, in no event will coverage be less than would have applied in the absence of **Coverage J**.

**We** do not cover loss caused by or consisting of:

a)   intentional or criminal acts of, or at the direction of, the **insured person**, if the loss that occurs:
     1)   may be reasonably expected to result from such acts; or
     2)   is the intended result of such acts.

b)   wear and tear, gradual deterioration, inherent vice, insects or vermin;

c)   nuclear action, meaning nuclear reaction, discharge, radiation or radioactive contamination or any consequence of any of these. Loss caused by nuclear action is not considered a loss by fire, explosion or smoke.

     **We** do cover sudden and accidental direct physical loss by fire resulting from nuclear action.

d)   war or warlike acts, including, but not limited to insurrection, rebellion or revolution.

e)   failure by any insured person to take all reasonable steps to preserve property during and after a loss or when the property is endangered by a cause of loss **we** cover.

Any deductible shown on the Policy Declarations applicable to **Coverage C — Personal Property Protection**, also applies to a loss under this coverage.

7.   **Coverage K**
     **Incidental Office, Private School Or Studio**

a)   The $200 and $1,000 limits applying to property used or intended for use in a **business** under **Coverage C —Personal Property Protection** do not apply to equipment, supplies and furnishings used in a described office, private school or studio at **your residence premises**. This does not include electronic data

AP3339                                                                                                    **Page 29**

ALST 00253

processing equipment or the recording or storage media used with that equipment.

The **Coverage K** limits are shown on the Policy Declarations. The first limit applies to property on the **residence premises**. The second limit applies to property while away from the **residence premises**. These limits are not in addition to **Coverage C — Personal Property Protection, Limitations On Certain Personal Property** on property used or intended for use in a **business**. The increased coverage does not include property held for sample, sale or delivery after sale.

b) **Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover a described office, private school or studio occupied by an **insured person**. The occupancy of the described property shall not be considered a **business**.

We do not cover **bodily injury** to:
a) any employee other than a **residence employee**; or
b) any person arising out of corporal punishment administered by or at the direction of an **insured person**.

8. **Coverage LR**
**Lock Replacement**
**Coverage A — Dwelling Protection** is extended to include reasonable expenses you incur to replace or re-key exterior door locks at the **residence premises** with locks or cylinders of like kind and quality. Coverage is provided when a key to a lock is stolen as part of a covered theft loss. The limit of liability under this coverage following any one theft loss is $250.

9. **Coverage M**
**Increased Coverage On Money**
The $200 limitation on money, bullion, bank notes, coins and other numismatic property under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

10. **Coverage P**
**Business Pursuits**

**Coverage X — Family Liability Protection** and **Coverage Y — Guest Medical Protection** are extended to cover specified business pursuits of an insured person.

We do not cover:
a) **bodily injury** or **property damage** arising out of the **business pursuits** of an **insured person** when the **business** is owned or financially controlled by the **insured person**. This also means a partnership or joint venture of which an **insured person** is a partner or member;
b) **bodily injury** or **property damage** arising out of the rendering or failure to render a professional service of any nature, other than teaching;
c) **bodily injury** to a fellow employee of an **insured person** arising out of and in the course of employment;
d) **bodily injury** or **property damage** when an **insured person** is a member of a teaching staff or faculty of any school or college and the **bodily injury** or **property damage** arises out of the maintenance or use of saddle animals, vehicles used with saddle animals, motorized land vehicles, aircraft or watercraft when owned, hired or operated by an **insured person** or used for the purpose of instruction; or
e) **bodily injury** to any person arising out of corporal punishment administered by or at the direction of an **insured person** when an **insured person** is a member of the teaching staff or faculty of any school of instruction.

11. **Coverage S**
**Increased Coverage On Securities**
The $1,000 limitation on accounts, bills, deeds, evidences of debt, letters of credit, notes other than bank notes, passports, securities, tickets, or stamps, including philatelic property, covered under **Coverage C — Personal Property Protection**, is increased to the amount shown on the Policy Declarations.

12. **Coverage SD**
**Satellite Dish Antennas**
**Coverage C — Personal Property Protection** is extended to pay for sudden and accidental

PROP *110001704092867002752524*



ALST 00254

direct physical loss to satellite dish antennas and their systems on **your residence premises**, subject to the provisions of **Coverage C —Personal Property Protection.**

The amount of coverage is shown on the Policy Declarations

13. **Coverage SE**
**Portable Cellular Communication Systems**
**Coverage C —Personal Property Protection** is extended to portable cellular communication systems in or upon a motorized land vehicle or watercraft. This coverage applies only to portable systems that can be powered by electricity from a motorized land vehicle or watercraft. Coverage applies whether or not the portable cellular communication system is used in a **business**.

The amount of coverage is shown on the Policy Declarations.

14. **Coverage ST**
**Increased Coverage On Theft Of Silverware**
The $2,500 limitation on theft of silverware, pewterware and goldware under **Coverage C — Personal Property Protection** is increased to the amount shown on the Policy Declarations.

ALST 00255

*This Endorsement Changes Your Policy — Keep It With Your Policy*  AP357 (4-94)

*Building Structure Reimbursement*
*Extended Limits Endorsement*

For an additional premium and when the Policy Declarations indicates that the "**Building Structure Reimbursement Extended Limits Endorsement**" applies, the following amendment is made to condition 5 (titled "**How We Pay For A Loss**") in Section I Conditions:

In provision c) ( titled "Building Structure Reimbursement."), item 3) of the second paragraph is replaced by the following:

3) 120% of the limit of liability applicable to the **building structure(s)** as shown on the Policy Declarations for Coverage A — Dwelling Protection or Coverage B — Other Structures Protection, regardless of the number of **building structures** and structures other than **building structures** involved in the loss.

This endorsement applies only if:

1) You insure **your dwelling**, attached structures and detached **building structures** to 100% of replacement cost as determined by:
   a) an Allstate Home Replacement Cost Estimator completed and based on the accuracy of information **you** furnished; or
   b) **our** inspection of **your residence premises**;

2) You have accepted the Property Insurance Adjustment Condition, agree to accept each annual adjustment in the Coverage A — Dwelling Protection limit of liability, and pay any additional premium charged; and

3) You notify **us** within 60 days of the start of any modifications that increase the aggregate value of **your dwelling**, attached structures and detached **building structures** at the residence premises by $5,000 or more, and pay any resulting additional premium due for the increase in value.

All other policy terms and conditions apply.

AP357
(4/94)

**Allstate**
You're in good hands.

ALST 00256

# Allstate Insurance Company

Policy Number:   9 10 248519 11/13        Your Agent:     Charles Thomas Agcy  (504) 240-9718
For Premium Period Beginning:  Nov. 13, 2004

---

# Policy Endorsement

*The following endorsement changes your policy. Please read this document carefully and keep it with your policy.*

## Louisiana Standard Fire Policy Provisions — AP4443

This form contains the provisions of the Standard Fire Policy. Whenever the terms and provisions of Section I can be construed to perform a liberalization of the provisions found in the Standard Fire Policy, the terms and provisions of Section I shall apply.

**In Consideration of the Provisions and Stipulations Herein or Added Hereto and of the Premium Specified in the Declarations** (or specified in endorsement attached thereto), **Allstate, for the term shown in the Declarations from inception date shown in the Declarations until cancelled or expiration** at location of property involved, to an amount not exceeding the limit of liability specified, does insure **the Insured named in the Declarations** and legal representatives, to the extent of the actual cash value of the property at the time of loss, but not exceeding the amount which it would cost to repair or replace the property with material of like kind and quality within a reasonable time after such loss, without allowance for any increased cost of repair or reconstruction by reason of any ordinance or law regulating construction or repair, and without compensation for loss resulting from interruption of business or manufacture, nor in any event for more than the interest of the insured, against all **DIRECT LOSS BY FIRE, LIGHTNING AND OTHER PERILS INSURED AGAINST IN THIS POLICY INCLUDING REMOVAL FROM PREMISES ENDANGERED BY THE PERILS INSURED AGAINST IN THIS POLICY, EXCEPT AS HEREINAFTER PROVIDED,** to the property described herein while located or contained as described in this policy, or pro rata for five days at each proper place to which any of the property shall necessarily be removed for preservation from the perils insured against in this policy, but not elsewhere.

Assignment of this policy shall not be valid except with the written consent of Allstate.

This policy is made and accepted subject to the foregoing provisions and stipulations and those hereinafter stated, which are hereby made a part of this policy, together with such other provisions, stipulations and agreements as may be added hereto, as provided in this policy.

AP4443

PROP  *11000170409288700275252S*

ALST 00257

# Allstate Insurance Company

Policy Number: 9 10 248519 11/13      Your Agent:   Charles Thomas Agcy (504) 240-9718
For Premium Period Beginning: Nov. 13, 2004

1  **Concealment,** This entire policy shall be void if, whether
2  **fraud** before or after a loss, the insured has
3  wilfully concealed or misrepresented any
4  material fact or circumstance concerning this insurance or the subject
5  thereof, or the interest of the insured therein, or in case of any fraud or
6  false swearing by the insured relating thereto.
7  **Uninsurable** This policy shall not cover accounts, bills,
8  **and** currency, deeds, evidence of debt, money
9  **excepted property** or securities; nor, unless specifically named
10 herein in writing, bullion or manuscripts.
11 **Perils not** This Company shall not be liable for loss
12 **included** by fire or other perils insured against in this
13 policy caused, directly or indirectly, by: (a)
14 enemy attack by armed forces, including action taken by military, naval
15 or air forces in resisting an actual or an immediately impending enemy
16 attack; (b) invasion; (c) insurrection; (d) rebellion; (e) revolution; (f) civil
17 war; (g) usurped power; (h) order of any civil authority except acts of
18 destruction at the time of and for the purpose of preventing the spread
19 of fire, provided that such fire did not originate from any of the perils
20 excluded by this policy; (i) neglect of the insured to use all reasonable
21 means to save and preserve the property at and after a loss, or when
22 the property is endangered by fire in neighboring premises; (j) nor
23 shall this Company be liable for loss by theft.
24 **Other insurance** Other insurance may be prohibited or the
25 amount of insurance may be limited by
26 endorsement attached hereto.
27 **Conditions suspending or restricting insurance. Unless otherwise**
28 **Provided in writing added herein this Company shall not be liable for**
29 **loss occurring:**
30 (a) while the hazard is increased by any means within the control or
31 knowledge of the insured; or
32 (b) while a described building, whether intended for occupancy by
33 owner or tenant, is vacant, or unoccupied beyond a period of sixty
34 consecutive days; or
35 (c) as a result of explosion or riot, unless fire ensue, and in that event
36 for loss by fire only.
37 **Other perils** Any other peril to be insured against or
38 **or subjects** subject of insurance to be covered in this
39 policy shall be by endorsement in writing
40 hereon or added hereto.
41 **Added provisions** The extent of the application of insurance
42 under this policy and of the contribution to
43 be made by this Company in case of loss, and any other provision or
44 agreement not inconsistent with the provisions of this policy, may be
45 provided for in writing added hereto, but no provisions may be waived
46 except such as by the terms of this policy is subject to change.
47 **Waiver** No permission affecting this insurance
48 **provisions** shall exist, or waiver of and provision be
49 valid unless granted herein or expressed in
50 writing added hereto. No provision, stipulation, or forfeiture shall be
51 held to be waived by any requirement or proceeding on the part of this
52 Company relating to appraisal or to any examination provided for
53 herein.
54 **Cancellation** This policy shall be cancelled at any time
55 **of policy** at the request of the insured, in which
56 case this Company shall, upon
57 demand and surrender of this policy, refund the excess of paid
58 premium above the customary short rates for the expired time. This
59 policy may be cancelled at any time by this Company by giving to the
60 insured a thirty days written notice of cancellation, or ten days written
61 notice when cancellation is for nonpayment of premium, with or
62 without tender of the excess paid premium above the pro rata
63 premium for the expired time which excess, if not tendered, shall be
64 refunded on demand. Notice of cancellation shall state that said
65 excess premium, if not tendered, will be refunded on demand. Upon
66 the written request of the named insured, the insurer shall provide to
67 the insured in writing the reasons for cancellation of the policy. There
68 shall be no liability on the part of and no cause of action of any nature
69 shall arise against any insurer or its agents, employees, or
70 representatives for any action taken by them to provide the reasons for
71 cancellation as required by this Paragraph.
72 **Mortgagee** If loss hereunder is made payable in whole
73 **Interest and** or in part, to a designated mortgagee not
74 **obligations** named herein as the insured, such interest
75 in this policy may be cancelled by delivering
76 or mailing to such mortgagee a twenty days written notice of
77 cancellation, or a ten days written notice of cancellation if cancellation
78 is for nonpayment of premium.
79 If the insured fails to render proof of loss such mortgagee, upon notice,
80 shall render proof of loss in form herein specified within sixty (60) days
81 thereafter and shall be subject to the provisions hereof relating to
82 appraisal and time of payment and of bringing suit. If this Company
83 shall claim that no liability existed as to the mortgagor or owner, it
84 shall, to the extent of payment of loss to the mortgagee, be subrogated
85 to all the mortgagee's rights of recovery, but without impairing
86 mortgagee's rights to sue; or it may pay off the mortgage debt and
87 require an assignment thereof and of the mortgage. Other provisions
88 relating to the interests and obligations of such mortgagee may be
89 added herein by agreement in writing.
90 **Pro rata liability** This Company shall not be liable for a
91 greater proportion of any loss than the
92 amount hereby insured shall bear to the whole insurance covering the

93 property against the peril involved; whether collectible or not.
94 **Requirements in** The insured shall give immediate written
95 **case loss occurs** notice to this Company of any loss, protect the
96 property from further damage, and forthwith
97 separate the damaged and undamaged personal property, put it in the
98 best possible order, furnish a complete inventory of the destroyed,
99 damaged, and undamaged property, showing in detail quantities,
100 costs, actual cash value, and amount of loss claimed; and within
101 sixty days after loss, unless such time is extended in writing by
102 this Company, the insured shall render to this Company a proof
103 of loss, signed and sworn to by the insured, stating the knowledge
104 and belief of the insured as to the following: the time and origin of the
105 loss, the interest of the insured and of all others in the property, the
106 actual cash value of each item thereof and the amount of loss therein;
107 all encumbrances thereon, all other contracts of insurance, whether
108 valid or not, covering any of said property, any changes in the title,
109 use, occupation, location, possession, or exposures of said property
110 since the issuing of this policy, by whom and for what purpose any
111 building herein described and the several parts thereof were occupied
112 at the time of loss and whether or not it then stood on leased ground,
113 and shall furnish a copy of all the descriptions and schedules in all
114 policies and, if required, verified plans and specifications of any
115 building, fixtures, or machinery destroyed or damaged. The insured,
116 as often as may be reasonably required shall exhibit to any person
117 designated by this Company all that remains of any property herein
118 described, and submit to examinations under oath by any person
119 named by this Company, and subscribe the same; and, as often as
120 may be reasonably required, shall produce for examination all books
121 of account, bills, invoices and other vouchers, or certified copies
122 thereof if originals be lost, at such reasonable time and place as may
123 be designated by this Company such umpire for the selected by a proof
124 extracts and copies thereof to be made.
125 **Appraisal** In case the insured and this Company shall
126 fail to agree as to the actual cash value or
127 the amount of loss, then, on the written demand of either, each shall
128 select a competent and disinterested appraiser and notify the other of
129 the appraiser selected within twenty days of such demand. The
130 appraisers shall first select a competent and disinterested umpire; and
131 failing for fifteen days to agree upon such umpire, then on request of
132 the insured or this Company such umpire shall be selected by a judge
133 of a court of record in the state in which the property covered is
134 located. The appraisers shall then appraise the loss, stating
135 separately actual cash value and loss to each item; and failing to
136 agree, shall submit their differences, only, to the umpire. An award in
137 writing, so itemized, of any two when filed with this Company shall
138 determine the amount of actual cash value and loss. Each appraiser
139 shall be paid by the party selecting him and the expenses of appraisal
140 and umpire shall be paid by the parties equally.
141 **Company's** It shall be optional with this Company to
142 **options** take all, or any part, of the property at the
143 agreed or appraised value, and also to
144 repair, rebuild, or replace the property destroyed or damaged with
145 other of like kind and quality within a reasonable time, on giving notice
146 of its intention so to do within thirty days after the receipt of the proof
147 of loss herein required.
148 **Abandonment** There can be no abandonment to this
149 Company of any property.
150 **When loss** The amount of loss for which this Company
151 **payable** may be liable shall be payable sixty days
152 after proof of loss, as herein provided, is
153 received by this Company and ascertainment of the loss is made
154 either by agreement between the insured and this Company
155 expressed in writing or by filing with this Company of an award as
156 herein provided.
157 **Suit** No suit or action on this policy for the
158 recovery of any claim shall be sustainable
159 in any court of law or equity unless all the requirements of this policy
160 shall have been complied with, and unless commenced within twelve
161 months next after the inception of the loss.
162 **Subrogation** This Company may require from the
163 insured an assignment of all right of
164 recovery against any party for loss to the extent that payment therefor
165 is made by this Company.

AP4443

ALST 00258

*A*

*This Endorsement Changes Your Policy — Keep It With Your Policy*

*Hurricane Deductible Endorsement*

It is agreed that **your** policy is amended as follows:

I.  In the **General** section of the policy, under **Definitions Used In This Policy**, the following definitions are added:

"**National Hurricane Center**" — means the National Hurricane Center or, if the National Hurricane Center ceases to exist, ceases to perform the function of declaring weather systems to be **hurricanes or tropical storms,** or ceases to perform the function of issuing hurricane watches or warnings, such other entity as determined by **Allstate.**

"**Hurricane**" — means a weather system declared by the **National Hurricane Center** to be a "hurricane".

"**Tropical Storm**" — means a weather system declared by the **National Hurricane Center** to be a "tropical storm".

"**Windstorm**" — means wind, wind gusts, hail, rain, snow, sleet, sand, dust, tornadoes or cyclones caused by or resulting from a **hurricane** or a **tropical storm**.

II.  Under **Section I Conditions**, Condition 1. **Deductible,** the following is added:

**Hurricane Deductible**
The hurricane deductible applies to any loss caused by **windstorm** to property covered under Section I of this policy during the following time period:
a.   beginning 24 hours prior to the time a hurricane watch or hurricane warning is issued by the **National Hurricane Center** for any part of the state in which **your residence premises** is located;
b.   during the duration of such **hurricane**; and
c.   ending 72 hours after the **National Hurricane Center** declares that the **hurricane** has been downgraded to a **tropical storm.**

The hurricane deductible amount will appear on **your** Policy Declarations. **We** will pay only when a covered loss caused by **windstorm** exceeds the hurricane deductible amount. **We** will then pay only the excess amount. **We** reserve the right to limit changes to this and other deductibles at any time.

(over)

**Allstate®**
You're in good hands.

AP546

**ALST 00259**

The hurricane deductible applies regardless of any other cause or event contributing concurrently or in any sequence to the loss. If another deductible applicable to the loss exceeds the hurricane deductible, the greater deductible will be applied to the loss.

All other provisions of the policy apply.

2

ALST 00260