UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  *  CIVIL ACTION *  NO.: 05-4182 "K" (2) *  *  JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 | *  *  MAGISTRATE JUDGE WILKINSON *  * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Allstate Insurance Company and Allstate Indemnity Company will bring the attached Memorandum In Support of Motion to Dismiss Pursuant to Rule 12(b) before the Honorable Stanwood R. Duval, Jr. on the 12th day of September, 2006 at 9:30 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

Respectfully Submitted,

/s/ Judy Y. Barrasso

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Of BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company
    and Allstate Indemnity Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record via electronic mail this 14th day of August, 2006.

_____