

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 15 PM 2: 43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:<br>INSURANCE<br>Civil Action Nos.<br>06-1672, 06-1673, 06-1674 | JUDGE DUVAL<br><br>MAG. WILKINSON |

### AEGIS SECURITY INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CONSOLIDATED RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' AMENDED AND RESTATED COMPLAINT BY DEFENDANTS THE STANDARD FIRE INSURANCE COMPANY, LEXINGTON INSURANCE COMPANY, LIBERTY MUTUAL FIRE INSURANCE COMPANY, THE AMERICAN INSURANCE COMPANY, AEGIS SECURITY INSURANCE COMPANY, AUTO CLUB FAMILY INSURANCE COMPANY, LAFAYETTE INSURANCE COMPANY AND THE HANOVER INSURANCE COMPANY

Aegis Security Insurance Company ("Aegis"), through undersigned counsel, moves the Court for leave to file the attached Supplemental Memorandum in Support of Consolidated Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended and Restated Complaint by Defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, Aegis Security Insurance Company, Auto Club Family Insurance Company, Lafayette Insurance Company

___ Fee_____
___/Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

and The Hanover Insurance Company ("Supplemental Memorandum"). This Supplemental Memorandum is filed in accordance with the Court's minute entry dated April 6, 2006. While Aegis has joined with certain other defendant insurers in the filing of a Consolidated Memorandum in Support of Rule 12(b)(6) Motion to Dismiss, Aegis seeks to file its Supplemental Memorandum to emphasize certain facts which are unique to Aegis. As such, the Supplemental Memorandum would assist the Court and the parties in the resolution of pending issues, and the interests of fairness and equity warrant its filing. Accordingly, Aegis requests that the Court grant it leave to file the attached Supplemental Memorandum.

                KREBS, FARLEY, & PELLETERI, P.L.L.C.

                _____
                MAURA Z. PELLETERI (8463)
                ANDREA MITTLEIDER (27578)
                AMY M. SELTZER (28992)
                400 Poydras Street, Suite 2500
                New Orleans, Louisiana 70130
                Telephone: (504) 299-3570
                Facsimile: (504) 299-3582

                ATTORNEYS FOR AEGIS SECURITY
                INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of August, 2006, served a copy of the foregoing pleading upon all counsel of record by facsimile and/or by electronic mail.

_____
MAURA Z. PELLETERI