FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 16  PM 2:55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE | JUDGE DUVAL |
| Civil Action Nos. 06-1672, 06-1673, 06-1674 | MAG. WILKINSON |

### O R D E R

Considering Aegis Security Insurance Company's Motion for Leave to File Supplemental Memorandum in Support of Consolidated Rule 12(b)(6) Motion to Dismiss Plaintiffs' Amended and Restated Complaint by Defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, Aegis Security Insurance Company, Auto Club Family Insurance Company, Lafayette Insurance Company and The Hanover Insurance Company;

IT IS ORDERED that Aegis Security Insurance Company be and is hereby granted leave to file the attached Supplemental Memorandum in Support of Consolidated Rule

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

12(b)(6) Motion to Dismiss Plaintiffs' Amended and Restated Complaint by Defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, Aegis Security Insurance Company Auto Club Family Insurance Company, Lafayette Insurance Company and The Hanover Insurance Company.

New Orleans, Louisiana, this 15th day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE