

**CT**
a Wolters Kluwer business

CT
8550 United Plaza Boulevard
Baton Rouge, LA 70809

www.ctlegalsolutions.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 14  PM 3: 52

LORETTA G. WHYTE
CLERK

August 8, 2006

A. J. Rebennack
2202 Avenue B
Metairie, LA 70001

Re:  Fellosea Ackerson, et al., Pltfs. vs. Bean Dredging, L.L.C., et al., Dfts.
     To: *Natco Dredging Limited Partnership*
     Case No. 06-4066

Dear Sir/Madam:

We are herewith returning the Summons, Complaint, Request for Notice, Motion and Order and Attachments which we received regarding the above captioned matter.

*NATCO DREDGING LIMITED PARTNERSHIP* terminated its license to do business in the State of LA on 2/21/2003. When an entity terminates, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

*Shawna Smith*

Shawna Smith
Fulfillment Specialist

Log# 511376710

cc:  United States District Court, Eastern District
     Clerk of Court
     C151 U. S. Courthouse
     500 Camp Street
     New Orleans, La 70130

cc:  New York SOP Support

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____