UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 05-4182 |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | SECTION "K"(2) |
| **L.L.C., ET AL.** | * | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 05-6359 | 06-2287 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR LEAVE TO FILE THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.**

NOW INTO COURT, come Plaintiffs who, through their undersigned counsel, respectfully move this Honorable Court to allow Plaintiffs to file the attached Sur-Reply to the Engineers' Responses and Supplemental Memoranda to Plaintiffs' Omnibus Memorandum in Opposition to the Rule 12(B)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. ("Sur-Reply" attached hereto as Exhibit "A"). Plaintiffs request that this Honorable Court allow them to supplement

their previously filed Omnibus Opposition for the reasons set forth in the incorporated memorandum in support.

Counsel for Plaintiffs have contacted counsel for Defendants and counsel for Defendants have/ have no opposition to the filing of the foregoing Motion.

**WHEREFORE,** Plaintiffs pray that this Honorable Court grant Plaintiffs' Motion and file the attached Sur-Reply.

        Respectfully submitted,

        BRUNO & BRUNO, LLP

BY:     /s/ Joseph M. Bruno
        JOSEPH M. BRUNO, ESQ. (La. Bar No. 3604)
        DAVID S. SCALIA, ESQ. (La. Bar No. 21369)
        L. SCOTT JOANEN, ESQ. (La. Bar No. 21431)
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        **LIAISON COUNSEL**
        **ON BEHALF OF THE LEVEE**
        **BREACH LITIGATION GROUP**

        AND

        Daniel E. Becnel, Jr., Esq. La Bar No. 2926
        Calvin Fayard, Esq. La Bar No. 5486
        Hugh P. Lambert, Esq., La Bar No. 7933
        Gerald E. Meunier, Esq. La Bar No. 9471
        **EXECUTIVE COMMITTEE OF THE LEVEE BREACH**
        **LITIGATION GROUP**

        AND

        Walter C. Dumas, Esq. La Bar No. 5163
        F. Gerald Maples, Esq. La Bar No. 25960
        Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166
        Darleen Jacobs, Esq. La Bar No. 7208

        Dennis C. Reich, Esq. TX Bar No. 16739600
        Peyton Murphy, Esq.
        Jerry Parker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this 17th day of August, 2006.

        /s/ Joseph M. Bruno
        JOSEPH M. BRUNO, ESQ.