UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-4181   05-6314   06-0020   06-2346 | * | |
| 05-4182   05-6324   06-0886   06-2545 | * | |
| 05-5237   05-6327   06-2278 | * | |
| 05-6073   05-6359   06-2287 | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.**

NOW INTO COURT, come Plaintiffs who, through their undersigned counsel, respectfully submit this Memorandum in Support of Plaintiffs' Motion for Leave to File the Levee Breach Litigation Group's Sur-Reply to the Engineers' Responses and Supplemental Memoranda to Plaintiffs' Omnibus Memorandum in Opposition to the Rule 12(B)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. and offer as follows:

1.

Plaintiffs request that this Honorable Court allow Plaintiffs to supplement their previously filed Omnibus Opposition for the reason that, since the filing of Plaintiffs' Omnibus Opposition, the Engineers have filed a Response Memorandum, another Motion for Summary Judgment, and a Supplemental Affidavit - an approximate two hundred and eighty five (285) additional pages of information.

2.

These Supplemental Memoranda, Motions and Affidavits require a response by Plaintiffs in order for this Honorable Court to have a full and complete record before it from which to render judgment.

3.

Specifically, Plaintiffs should be allowed to oppose GOTECH, INC.'S Motion for Summary Judgment. Moreover, Eustis' Supplemental Affidavit leads Plaintiffs to question the veracity of Modjeski and Master, Inc.'s Affidavit in Support of the Engineers' original Motion for Summary Judgment which must come to light before this Honorable Court. Last, Defendants' Response to Plaintiffs' Omnibus Opposition raises points that simply require clarification as Defendants have misinterpreted certain caselaw and facts.

Counsel for Plaintiffs have contacted counsel for Defendants and counsel for Defendants oppose the filing of the foregoing Motion.

**WHEREFORE,** Plaintiffs pray that this Honorable Court grant Plaintiffs' Motion and file the attached Sur-Reply.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY: _____/s/ Joseph M. Bruno_____
      JOSEPH M. BRUNO, ESQ. (La. Bar No. 3604)
      DAVID S. SCALIA, ESQ. (La. Bar No. 21369)
      L. SCOTT JOANEN, ESQ. (La. Bar No. 21431)
      855 Baronne Street
      New Orleans, Louisiana 70113
      Telephone: (504) 525-1335
      **LIAISON COUNSEL**
      **ON BEHALF OF THE LEVEE**
      **BREACH LITIGATION GROUP**

      AND

      Daniel E. Becnel, Jr., Esq. La Bar No. 2926
      Calvin Fayard, Esq. La Bar No. 5486
      Hugh P. Lambert, Esq., La Bar No. 7933
      Gerald E. Meunier, Esq. La Bar No. 9471
      **EXECUTIVE COMMITTEE OF THE LEVEE BREACH**
      **LITIGATION GROUP**

      AND

      Walter C. Dumas, Esq. La Bar No. 5163
      F. Gerald Maples, Esq. La Bar No. 25960
      Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166
      Darleen Jacobs, Esq. La Bar No. 7208
      Dennis C. Reich, Esq. TX Bar No. 16739600
      Peyton Murphy, Esq.
      Jerry Parker, Esq.

**CERTIFICATE OF CONFERENCE**

    Pursuant to the Local Rules, counsel for Plaintiffs have contacted counsel for Defendants and counsel for Defendants oppose the filing of the foregoing Motion.

                                                              /s/ Joseph M. Bruno

DATED:      August 17, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this 17th day of August, 2006.

                                                /s/ Joseph M. Bruno
                                        JOSEPH M. BRUNO, ESQ.