**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**COLLEEN BERTHELOT, ET AL.,**                    *                    CIVIL ACTION
                                                                   *
**VERSUS**                                                        *                    NO. 05-4182
                                                                   *
**BOH BROTHERS CONSTRUCTION CO.,**        *                    SECTION "K"(2)
**L.L.C., ET AL.**                                              *       CONS. KATRINA CANAL
                                                                   *
**THIS DOCUMENT RELATES TO:**                   *
**05-4181    05-6314    06-0020    06-2346**   *
**05-4182    05-6324    06-0886    06-2545**   *
**05-5237    05-6327    06-2278**                      *
**05-6073    05-6359    06-2287**                      *
                                                                   *
                                                                   *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER GRANTING MOTION FOR LEAVE TO FILE THE LEVEE BREACH**</u>
<u>**LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND**</u>
<u>**SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN**</u>
<u>**OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT**</u>
<u>**MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF**</u>
<u>**PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS'**</u>
<u>**COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-**</u>
<u>**KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.**</u>

CONSIDERING THE FOREGOING Motion for Leave to File the Levee Breach

Litigation Group's Sur-Reply,

IT IS ORDERED that the Levee Breach Litigation Group is granted leave to file

the Sur-Reply.

New Orleans, Louisiana, this _____ day of August, 2006.


_____
United States District Court Judge