**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | SECTION "K"(2) |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| 05-4181   05-6314   06-0020   06-2346 | * | |
| 05-4182   05-6324   06-0886   06-2545 | * | |
| 05-5237   05-6327   06-2278 | * | |
| 05-6073   05-6359   06-2287 | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.**

NOW INTO COURT, come Plaintiffs who, through their undersigned counsel, respectfully submit this Memorandum in Support of Plaintiffs' Motion for Leave to allow Plaintiffs to file a Sur-Reply to the Engineers' Responses and Supplemental Memoranda to Plaintiffs' Omnibus Memorandum in Opposition to the Rule 12(B)(6) Joint Motion and Rule 56 Joint Motion for Summary Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski and Masters, Inc. that is in excess of the page limitations set forth in the Local Rules and offer as follows:

1.

Plaintiffs request that this Honorable Court allow Plaintiffs to supplement their previously filed Omnibus Opposition for the reason that, since the filing of Plaintiffs' Omnibus Opposition, the Engineers have filed a Response Memorandum, another Motion for Summary Judgment, and a Supplemental Affidavit - an approximate two hundred and eighty five (285) additional pages of information.

2.

These Supplemental Memoranda, Motions and Affidavits require a response by Plaintiffs in order for this Honorable Court to have a full and complete record before it from which to render judgment.  It is necessary for Plaintiffs to address certain allegations raised in Defendants' Response, as well as respond to the Motion for Summary Judgment and attachments to Eustis' Affidavit.

3.

Plaintiffs' Sur-Reply is approximately twenty-nine (29) pages in length in response to almost three hundred pages (300) of newly submitted information.  Plaintiffs respectfully submit that the twenty-nine (29) page sur-reply is reasonable and of appropriate length so as to put before the Court crucial issues in the most succinct manner possible.

Counsel for Plaintiffs have contacted counsel for Defendants and counsel for Defendants oppose the filing of the foregoing Motion.

**WHEREFORE,** Plaintiffs pray that this Honorable Court grant Plaintiffs' Motion for Leave to Exceed Page Limitation for the Levee Breach Litigation Group's Sur-Reply.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY: _____/s/ Joseph M. Bruno_____
         JOSEPH M. BRUNO, ESQ. (La. Bar No. 3604)
         DAVID S. SCALIA, ESQ. (La. Bar No. 21369)
         L. SCOTT JOANEN, ESQ. (La. Bar No. 21431)
         855 Baronne Street
         New Orleans, Louisiana 70113
         Telephone: (504) 525-1335
         **LIAISON COUNSEL**
         **ON BEHALF OF THE LEVEE**
         **BREACH LITIGATION GROUP**

         AND

         Daniel E. Becnel, Jr., Esq. La Bar No. 2926
         Calvin Fayard, Esq. La Bar No. 5486
         Hugh P. Lambert, Esq., La Bar No. 7933
         Gerald E. Meunier, Esq. La Bar No. 9471
         **EXECUTIVE COMMITTEE OF THE LEVEE BREACH**
         **LITIGATION GROUP**

         AND

         Walter C. Dumas, Esq. La Bar No. 5163
         F. Gerald Maples, Esq. La Bar No. 25960
         Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166
         Darleen Jacobs, Esq. La Bar No. 7208
         Dennis C. Reich, Esq. TX Bar No. 16739600
         Peyton Murphy, Esq.
         Jerry Parker, Esq.

## CERTIFICATE OF CONFERENCE

  Pursuant to the Local Rules, counsel for Plaintiffs have contacted counsel for Defendants and counsel for Defendants oppose the filing of the foregoing Motion.

                     /s/ Joseph M. Bruno

DATED:  August 17, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this 17th day of August, 2006.

                                                          /s/ Joseph M. Bruno
                                          JOSEPH M. BRUNO, ESQ.