## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL.** | * * | **SECTION "K"(2) CONS. KATRINA CANAL** |
| | * | |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 05-6359 | 06-2287 | |

*******************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs will bring the foregoing Motion For Leave to Exceed Page Limitation for the Levee Breach Litigation Group's Sur-reply to The Engineers' Responses And Supplemental Memoranda to Plaintiffs' Omnibus Memorandum in Opposition to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion For Summary Judgment on the Affirmative Defense of Peremption to Dismiss The Levee and MRGO Groups of Plaintiffs' Complaints on Behalf of Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., and Modjeski And Masters, Inc., and Modjeski and Masters, Inc. for hearing before the United States District Court for the Eastern District of Louisiana on the ___ day of _____, 2006 at ___ o'clock __.m., or as soon thereafter as counsel for Plaintiffs can be heard.

You are hereby invited to appear and take part in such a manner as you may deem fit and proper.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY:      /s/ Joseph M. Bruno
JOSEPH M. BRUNO, ESQ. (La. Bar No. 3604)
DAVID S. SCALIA, ESQ. (La. Bar No. 21369)
L. SCOTT JOANEN, ESQ. (La. Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL
ON BEHALF OF THE LEVEE
BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE BREACH
LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960
Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166
Darleen Jacobs, Esq. La Bar No. 7208
Dennis C. Reich, Esq. TX Bar No. 16739600
Peyton Murphy, Esq.
Jerry Parker, Esq.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing pleading upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means, this 17th day of August, 2006.

                                                          /s/ Joseph M. Bruno
                                       JOSEPH M. BRUNO, ESQ.