UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * * | SECTION "K"(2) CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
05-4181   05-6314   06-0020   06-2346
05-4182   05-6324   06-0886   06-2545
05-5237   05-6327   06-2278
05-6073   05-6359   06-2287

*********************************************************

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.

CONSIDERING THE FOREGOING Motion for Leave to Exceed Page Limitation for the Levee Breach Litigation Group's Sur-Reply,

IT IS ORDERED that the Levee Breach Litigation Group is granted leave to Exceed Page Limitation for the Levee Breach Litigation Group's Sur-Reply.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
United States District Court Judge