

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, Defendants The Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America), Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, AEGIS Security Insurance Company, Auto Club Family Insurance Company, The Hanover Insurance Company, and Lafayette Insurance Company (collectively, the "Moving Defendants"), who pursuant to Local Rule 43.1, request oral argument on its Consolidated Rule 12(b)(6) Motion to Dismiss.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant them permission to provide oral argument relating to Defendants Consolidated Rule 12(b)(6) Motion to Dismiss.

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

Respectfully submitted:

/s/ Ralph S. Hubbard III

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

-and-

Stephen E. Goldman
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860)275-8255
Facsimile: (860)275-8299

Attorneys for The Standard Fire Insurance Company

And

Ralph S. Hubbard III, T.A., La. Bar. # 7040
Joseph P. Guichet, La. Bar # 24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

-and-

2

Kevin Kamraczewski
Andrew R. Greene
Sonnenschein Nath & Rosenthal LLP
Sears Tower, Suite 7800, 233 South Wacker Drive
Chicago, Illinois 60606-6404
Telephone: (312)876-8000
Facsimile: (312)876-7934

Attorneys for The Hanover Insurance Company

And

MAURA Z. PELLETERI (#8463)
ANDREA MITTLEIDER (#27578)
AMY M. SELTZER (#29882)
KREBS, FARLEY, & PELLETERI, P.L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: (504) 299-3570
Facsimile: (504) 299-3582
ATTORNEYS FOR AEGIS SECURITY
INSURANCE COMPANY

And

LAWRENCE J. DUPLASS (#5199)
C. MICHAEL PFISTER (#14317)
KELLY CAMBRE BOGART (#22985)
KEVIN R. DERHAM (#27163)
NICOLE N. BOWEN (#29099)
JAIME M. CAMBRE (#29116)
Duplass, Zwain, Bourgeois, Morton
Pfister & Weinstock
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, LA 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
Attorneys for American Insurance Company

3

And

H. Minor Pipes, III, La. Bar No. 24603
Barrasso Usdin Kupperman Freeman & Sarver, L.L.C.
909 Poydras St., Suite 1800
New Orleans, LA 70112
Direct: (504) 589-9726
Fax: (504) 589-9701
Attorney for Liberty Mutual Fire Insurance Company

And

ROBERT I. SIEGEL, ESQUIRE (#12063)
Gieger, Laborde & Laperouse, LLC
Suite 4800 - One Shell Square
701 Poydras Street
New Orleans, LA 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

-and-

RICHARD J. DOREN, ESQUIRE
Gibson, Dunn & Crutcher, LLP
Los Angeles Office
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7038
Facsimile: (213) 229-6038
Counsel for Lexington Insurance Company

And

Neal J. Favret, La. Bar No.: 24412
Alan J. Yacoubian, La. Bar No.: 17213
Johnson Johnson Barrios & Yacoubian
701 Poydras Street, Suite 4700
New Orleans, Louisiana 70139-7708
Tel: 504.528.3001   Fax: 504.528.3030
Direct:504.589.9675  Cell:504.723.9101
Attorneys for Auto Club Family
Insurance Company

And

William J. Wegmann, Jr. T.A. (Bar No. 13317)
110 Beterans Memorial Boulevard, Suite 440
Metairie, Louisiana 70005
Telephone: (504)833-3800
Facsimile: (504)838-8440

Attorney for Lafayette Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 14th day of August, 2006.

_____