UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * * * | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Request for Oral Arguments filed by Defendants The Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America), Lexington Insurance Company, Liberty Mutual Fire Insurance Company, The American Insurance Company, AEGIS Security Insurance Company, Auto Club Family Insurance Company and The Hanover Insurance Company;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2006.

*File unsigned.
See L.R. 78.1* _____
JUDGE

6