UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | : : : : : : : : : : : | CIVIL ACTION  NO. 05-4182 "K" (2)  JUDGE DUVAL  MAGISTRATE WILKINSON |
| LEVEE NO: 05-4181, 05-4182, 05-5237, 05-6073      05-6314, 05-6324, 05-6327, 05-6359      06-0020, 06-0886, 06-2278, 06-2287      06-2346, 06-2545 | | |

### ENGINEERS' OBJECTION TO LATE FILING OF SURREPLY BY PLAINTIFFS TO ENGINEER'S JOINT MOTION FOR SUMMARY JUDGMENT AND REPLY TO PLAINTIFF'S OPPOSITION

Engineers object to Plaintiffs' filing on Friday, August 18, a Motion for Leave to file a twenty-seven page "Surreply," on the general grounds that it violates the Scheduling Order, contains new and inadmissible statements, and is no more than an attempt to make the issues appear more complex than they are; and on the following specific grounds:

I.

Plaintiffs claim that after Plaintiffs' Omnibus Opposition, the Engineers filed a Reply, and then "another Motion for Summary Judgment, and a Supplement Affidavit – an

approximately two hundred and eighty-five (285) additional pages of information." That is grossly misleading.  The Engineers filed their Joint Reply on July 10.

The only additional "fact material" in the Engineers' Joint Reply was in BKI's reply and is a page and a half Declaration and a map.  It is easily read and understood in ten minutes.  And it elicited no complaint by  Plaintiffs, nor prayer for additional time to respond.   Several weeks after filing the Reply, Eustis, itself a victim of Katrina flooding, discovered additional records and immediately moved to disclose that information. Eustis' Supplemental Affidavit made only one minor adjustment to a "material end-date fact," an adjustment that made no difference.  Claims on this project are perempted under the adjusted date, and under the original, alternative basis of acceptance-of-the- work end-date.  But little of the Surreply deals with material in Eustis' Supplemental Affidavit, and it never addresses the single relevant fact of the adjusted end-date in the Supplemental Affidavit.

Rather the Surreply attempts to inject for the first time a new issue (see paragraph 2 below), and to add information or positions which should have been included in the original Plaintiffs' Omnibus Opposition, (See Paragraphs 4 to 6, below.)

Plaintiffs give no reason why anything in the Surreply could not, or should not, have been filed in Omnibus Opposition.

II.

Paragraphs 11 through 26 should be excluded, because they seek to expand tardily the minimal argument Plaintiffs made in the Omnibus Opposition, that La. R. S. 9:2772 applies to the Engineers. (See Paragraphs 15 to 18 of Omnibus Opposition.) All of these arguments should have been Plaintiff's Omnibus Opposition on June 29.

Plaintiffs offer no reason why the arguments could not have been in the Omnibus Opposition. In any event, if the court does allow the filing at this late date, Engineers should be allowed until Tuesday at 5:00 P.M. to file a short reply.

III.

The affidavit of David Rosenberg, P.E. and the arguments springing from it (pages 5 and 11 of the proposed Surreply) should also be disallowed. The affidavit does not state Rosenberg's qualifications to opine as to licensure, education or experience. The Rosenberg affidavit does not even address peremption facts. It attempts to provide tardily, what Rule 56(F) required of Plaintiffs in the Omnibus Opposition, i.e., a sworn statement to support Plaintiffs' argument that the Engineer's Motion should be denied or delayed for discovery. It does not state what <u>facts</u> discovery will provide, and it makes no statement that discovery will enable Plaintiffs to prove a causal connection between the remote projects and the breaches. There is no reason why it was not filed with the Omnibus Opposition; its essence, Paragraph 5, is so generic and non-specific it could, and should, have been written and filed last June.

If the affidavit is allowed, Engineers should be allowed to provide a brief explication of why this affidavit fails to create any material issue of fact, or other reason to deny Engineers' Motion.

IV.

Plaintiffs' seek to add additional argument (Paragraph 5 of the Surreply) on their right to amend to allege fraud. That argument was made in the June Omnibus Opposition and this is a tardy attempt to expand it. Moreover, there is no Motion before the Court for Leave to Amend to add fraud, which Plaintiffs admittedly avoided out of fear of Rule 11 sanctions. This part should be disallowed.

Respectfully submitted:

DEUTSCH, KERRIGAN & STILES, L.L.P.   DEUTSCH, KERRIGAN & STILES, L.L.P.


 /s/ Francis J. Barry, Jr.                         /s/ Charles F. Seeman, Jr.
Francis J. Barry, Jr. (#02830)            Charles F. Seemann, Jr., (Bar #11912)
Victor E. Stilwell, Jr., T.A. (#12484)    755 Magazine Street
Keith J. Bergeron (#25574)                New Orleans, LA 70130
755 Magazine Street                       Telephone: (504) 581-5141
New Orleans, LA 70130                     Facsimile: (504) 566-1201
Telephone: (504) 581-5141
Facsimile: (504) 566-1201                 Attorney for Burk-Kleinpeter, Inc. and
                                            Burk-Kleinpeter, LLC
Attorneys for Modjeski and Masters, Inc.
  Defendant and Mover

GARDNER & KEWLEY
A Professional Law Corporation

 /s/ Thomas F. Gardner
Thomas F. Gardner, T.A. (#1373)
Douglas A. Kewley (#7355)
Erin E. Dearie (#29052
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile:  (504) 832-7223

Attorneys for Eustis Engineering
 Company, Inc.
 Defendant and Mover

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection has been served on the following counsel:

Clayton Morris Connors
Mumphrey Law Firm, LLL (New Orleans)
625 Baronne Street
New Orleans, LA 70113

Jack J. Crowe
Winston & Strawn, LLP (Chicago)
35 W. Wacker Dr.
Chicago, IL 60601

Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Frank Jacob D'Amico , Jr
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

Andrew R. Greene
Sonnenschein, Nath & Rosenthal (Chicago)
7800 Sears Tower
Chicago, IL 60606

Duane M. Kelley
Winston & Strawn, LLP (Chicago)
35 W. Wacker Dr.
Chicago, IL 60601

Barbara L. Lyons
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

Christopher R. Farrell
Jones Day (Washington)
5 1 Louisiana Avenue, NW
Washington, DC 20001

Thomas V. Girardi
Girardi & Keese
1 126 Wilshire Blvd.
Los Angeles, CA 90017-1904

Joseph W. Hecker
Joseph W. Hecker
619 Europe Street
2nd Floor
Baton Rouge, LA 70806

Ronald Joseph Kitto
Montgomery, Barnett, Brown, Read, Harnrnond & Mintz
1100 Poydras St., Suite 3200
New Orleans, LA 70163-3200

George T. Manning
Jones Day (Atlanta)
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053

Julia E. McEvoy
Jones Day (Washington)
5 1 Louisiana Avenue, NW
Washington, DC 20001

| | |
|---|---|
| J. J. (Jerry) McKernan<br>McKernan Law Firm<br>87 10 Jefferson Hwy.<br>Baton Rouge, LA 70809 | John W. deGravelles<br>deGravelles, Palmintier, Holthaus & Fruge'<br>6 18 Main Street<br>Baton Rouge, LA 70801-1910 |
| Clay Mitchell<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA<br>316 S. Baylen St.<br>Post Office Box 12308, Suite 600<br>Pensacola, FL 32581 | Andre J. Mouledoux<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St., Suite 4250<br>New Orleans, LA 70139 |
| John Herr Musser , IV<br>John H. Musser, IV, Attorney at Law<br>322 Lafayette St.<br>Third Floor<br>New Orleans, LA 70130 | Pierce O'Donnell<br>O'Donnell & Mortimer, LLP<br>550 South Hope Street<br>Suite 2000<br>Los Angeles, CA 90071-2627 |
| Ashton Robert O'Dwyer , Jr<br>Ashton R. O'Dwyer, Jr., Attorney at Law<br>One Canal Place<br>Suite 2670<br>New Orleans, LA 70130 | James C. Rather, Jr<br>McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel<br>3445 N. Causeway Blvd., Suite 800<br>Metairie, LA 70002 |
| David R. Simonton<br>Sonnenschein, Nath & Rosenthal (Chicago)<br>7800 Sears Tower<br>Chicago, IL 60606 | John H Smith<br>McKernan Law Firm<br>8710 Jefferson Hwy.<br>Baton Rouge, LA 70809 |
| Elwood C. Stevens , Jr<br>Law Office of Elwood C. Stevens, Jr., APLC<br>1205 Victor I1 Blvd.<br>Post Office Box 2626<br>Morgan City, LA 70381 | Victor Elbert Stilwell , Jr<br>Deutsch, Kerrigan & Stiles LLP (New Orleans)<br>755 Magazine St.<br>New Orleans, LA 70130 |

| | |
|---|---|
| Vernon Palmer Thomas<br>Vernon P. Thomas, Attorney at Law<br>1524 N. Claiborne Ave.<br>New Orleans, LA 70116 | Lawrence D. Wiedemann<br>Wiedemann & Wiedemann<br>821 Baronne St.<br>New Orleans, LA 70113 |

Deborah Louise Wilson
Deborah L. Wilson, Attorney at Law
3 17 Magazine Street
New Orleans, LA 70130

by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed, this

  18th day of August, 2006.


                                                          ___/s/ Francis J. Barry, Jr._____

Engineers Objection to Surreply.WPD