**The Engineers' Exhibit 1**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT ET AL      CIVIL ACTION

VERSUS      NO. 05-4182

BOH BROTHERS CONSTRUCTION      SECTION "K" (2)
CO., L.L.C. ET AL      CONS. KATRINA CANAL

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| 05-4182 "K" (2) | (Berthelot, et al) |
| 05-5237 "K" (2) | (Vodanovich, et al) |
| 05-6073 "K" (2) | (Kirsch, et al) |
| 05-6314 "K" (2) | (Ezell, et al) |
| 05-6324 "K" (2) | (Brown, et al) |
| 05-6327 "K" (2) | (LeBlanc, et al) |
| 06-0020 "K" (2) | (Tauzin, et al) |
| 06-0886 "K" (2) | (Finney, et al) |

**COURT ORDERED DISCLOSURE BY DEFENDANTS,
BURK-KLEINPETER, INC. AND BURK KLEINPETER, L.L.C.**

In accordance with the Court's order at the April 6th conference, as supplemented by the written Order entered on April 11, 2006, Burk Kleinpeter, Inc. and Burk-Kleinpeter, L.L.C., make the following disclosure of their respective involvements with work on the Industrial, London Avenue and 17th Street Canals.

I.     **Burk-Kleinpeter, L.C.C.** – Burk-Kleinpeter, L.C.C. is not an engineering or architecture firm, and has never engaged in the practice of either profession. Burk-

2. Construction of new Canal Street Canal Pump Station discharge piping across 17th Street Canal floodwall including new stilling basin in canal in 1992 in the Canal Street right-of-way on the west side of the 17th Street Canal.

3. Construction of new T-Wall Floodwall, discharge piping and stilling basin for the NSRR/I-10 Drainage Pump Station in 2004 on east side of 17th Street Canal in the south right-of-way of I-10.

4. Construction in 2000 of a new sheet pile bulkhead to protect the Bruning House at the Lake, on the north end of the west side of the 17th Street Canal, which is the other side of the canal from the breach at the north end of the canal.

Respectfully submitted:

CHARLES F. SEEMANN, JR., ESQ. (Bar #11912)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
Attorneys for Burk-Kleinpeter, Inc. and
Burk-Kleinpeter, LLC

**The Engineers' Exhibit 2**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |

* * * * * * *

THIS DOCUMENT RELATES TO:   05-4181
                            05-6314
                            05-6327
                            06-0020
                            05-6073

## PRELIMINARY DISCLOSURES BY EUSTIS ENGINEERING COMPANY, INC. PURSUANT TO JUDGE DUVAL'S APRIL 6, 2006 ORDER

NOW INTO COURT, through undersigned counsel comes Eustis Engineering Company, Inc. ("Eustis") for the purpose of complying with the Court's April 6, 2006 pre-Rule 26 disclosure requirement.

absolutely extinguished by peremption. Therefore, all claims for damages arising out of the breaches in the Flood Wall projects made against Eustis should be dismissed with prejudice immediately.[2]

After August 28, 2000, Eustis rendered engineering services in connection with the following projects, although none of these services were related to areas of the Flood Wall of Canals that breached on or about August 29, 2005:

1. An emergency generator project at Pump Station No. 19 which is associated with the IHNC System;

2. Monitoring ground water levels during the construction of Fronting Protection at Pump Station No. 4 which is associated with the London Avenue Canal System; and

3. Testing services on soil samples provided to Eustis by the Corps for Work Packet No. 48 and Work Packet No. 57, which are associated with the IHNC System.

Additionally, Eustis has attached a listing of all projects on which Eustis provided engineering services after 1980 on any project associated with the Canal Systems. Exhibit A. After August 29, 2000, no related or subsidiary companies were involved in any project.

---

[2] Images of the Geotechnical Engineering Reports that Eustis rendered on the last Flood Wall Project for each Canal will be sent to counsel upon receipt of a written request. Eustis' reports may also be reviewed at various public offices and images of the reports may also be included on the IPET website.

**The Engineers' Exhibit 3**
In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
EDLA CV No. 05-4182"K"(2)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAUREEN O'DWYER, et al. | |
| Plaintiffs | CIVIL ACTION NO. 05-4181 |
| VS. | SECTION "K" |
| UNITED STATES, et al. | MAGISTRATE "2" |
| Defendants | |

and

| | |
|---|---|
| COLLEEN BERTHELOT, et al. | |
| Plaintiffs | CIVIL ACTION NO. 05-4182 |
| VS. | SECTION "K" |
| BOH BROTHERS CONSTRUCTION CO., et al. | MAGISTRATE "2" |
| Defendants | |

and

| | |
|---|---|
| ANN VODANOVICH, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-5237<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| DAVID J. KIRSCH, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-6073<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| JIM EZELL, et al.<br><br>    Plaintiffs<br><br>VS.<br><br>BOH BROTHERS CONSTRUCTION CO., et al.<br><br>    Defendants | CIVIL ACTION NO. 05-6314<br><br>SECTION "K"<br><br>MAGISTRATE "2" |

and

| | |
|---|---|
| DAVID M. BROWN, SR., et al ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 05-6324 |
| ) | |
| VS. ) | SECTION "K" |
| ) | |
| BOH BROTHERS CONSTRUCTION CO., et ) al. ) | MAGISTRATE "2" |
| ) | |
| Defendants ) | |

and

| | |
|---|---|
| BETH A. LEBLANC, et al. ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 05-6327 |
| ) | |
| VS. ) | SECTION "K" |
| ) | |
| BOH BROTHERS CONSTRUCTION CO., et ) al. ) | MAGISTRATE "2" |
| ) | |
| Defendants ) | |

and

| | |
|---|---|
| FREDERICK BRADLEY, et al. ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 05-6359 |
| ) | |
| VS. ) | SECTION "K" |
| ) | |
| MODJESKI And MASTERS, INC. ) | MAGISTRATE "2" |
| ) | |
| Defendants ) | |

and

- 3 -

| | |
|---|---|
| JULIE TAUZIN, et al. ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 06-0020 |
| ) | |
| VS. ) | SECTION "K" |
| ) | |
| BOARD OF COMMISSIONERS OF THE ) ORLEANS LEVEE DISTRICT, et al. ) | MAGISTRATE "2" |
| ) | |
| Defendants ) | |

and

| | |
|---|---|
| MARY BETH FINNEY, et al. ) | |
| ) | |
| Plaintiffs ) | CIVIL ACTION NO. 06-0886 |
| ) | |
| VS. ) | SECTION "K" |
| ) | |
| BOH BROTHERS CONSTRUCTION CO., et ) al. ) | MAGISTRATE "2" |
| ) | |
| Defendants ) | |

> This pleading applies to the above-captioned cases which are among twenty-one cases that were consolidated for certain pretrial purposes by Minute Entry signed by Judge Stanwood R. Duval, Jr. in Case No. 05-4182, bearing Document No. 69, which was filed on 04/11/2006.

## RESPONSE OF MODJESKI AND MASTERS, INC. TO COURT-ORDERED DISCLOSURE OF INVOLVEMENT WITH CANALS AND WATERWAYS

Modjeski and Masters, Inc. (sometimes hereinafter "Modjeski"), discloses herewith its involvement with canals and waterways in response to the order of this Court.

- 4 -

No. 6. Modjeski's services for this project did not include construction inspection, which was undertaken by the U.S. Army Corps of Engineers ("Corps").

All claims against Modjeski involving these projects are perempted.

Modjeski performed engineering services for other projects involving the 17th Street Canal which did not involve and which were totally unrelated to that reach of the east levee and floodwall which was breached. A project done for the Water Board included flood protection and dredging between the Hammond Highway Bridge and Lake Pontchartrain. Projects done for OLD included West End drainage improvements, design of a "toe wall" at Pump Station No. 6, and raising and floodproofing the Veterans Highway Bridges which cross the 17th Street Canal. This project included approximately 45 linear feet of new floodwall and gates, between the Bridges and adjacent to and abutting the Bridges on the north and south sides, at the east side of the Canal. Another project, done for the Board of Levee Commissioners of the East Jefferson Levee District and the Water Board, involved the west levee and floodwall, and dredging of the west side of the 17th Street Canal.

Any claims in connection with these other projects are also perempted.

Modjeski also prepared drawings and specifications for and undertook construction inspection of the Florida Avenue Bridge Replacement (over the Inner Harbor Navigation Canal) for the Board of Commissioners of the Port of New Orleans ("Dock Board"), which included modifications to the existing concrete floodwall and

- 6 -