AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

2006 AUG 21 PM 12: 41
LORETTA G. WHYTE
CLERK

CATHY ADAMS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4065 "K"(2)

BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL

TO: (Name and address of defendant)

EUSTIS ENGINEERING CO., INC.
Through its agent for service of process:
WILLIAM W. GWYN
3011 28TH STREET
METAIRIE, LA 70002

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

LORETTA G. WHYTE

DATE  AUG - 3 2006

(BY) DEPUTY CLERK  B. Gregory

**RETURN OF SERVICE**

| Service of the Summons and Complaint was made by me [1] | DATE Aug 9, 2006 | |
|---|---|---|
| Name of SERVER (PRINT) CHARLES VICKNAIR | | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: PAT PIQUE

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 9, 2006
  Date

Signature of Server
4016 COLORADO AVE
KENNER, LA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.