# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 21  PM 12: 41

LORETTA G. WHYTE
CLERK

CATHY ADAMS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4065 "K"(2)

BOH BROS.CONSTRUCTION COMPANY,
L.L.C., ET AL

TO: (Name and address of defendant)

PITTMAN CONSTRUCTION COMPANY OF LA,
INC.
Through its agent for service of process:
CHARLES R. PITTMAN
3021 FRANKLIN AVE.
NEW ORLEANS, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
LORETTA G. WHYTE

DATE
AUG - 3 2006

(BY) DEPUTY CLERK   B. Gregory

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Aug 10, 2006 |

Name of SERVER (PRINT)  CHARLES VICKNAIR    TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Jimmy Ward @ 821 Baronne Ave NOLA

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 10, 2006
Date

_Signature of Server_

_Address of Server_

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.