# United States District Court
### EASTERN DISTRICT OF LOUISIANA

CATHY ADAMS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4065 "K"(2)

BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 AUG 21 PM 12:41 LORETTA G. WHYTE CLERK — RETURN*

TO: (Name and address of defendant)

BOH BROS. CONSTRUCTION CO., L.L.C.
Through its agent for service of process:
MICHAEL G. CULLEN,
12203 AIRLINE HWY.
BATON ROUGE, LA 70817

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: **LORETTA G. WHYTE**

DATE: **AUG - 3 2006**

(BY) DEPUTY CLERK: *B. Gregory*

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: Aug 8, 2006

Name of SERVER (PRINT): CHARLES VICKNAIR

TITLE: Sp

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: LISA WESLEY

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 8, 2006
Date

Signature of Server: [signature]

Address of Server: 40 (?) Colorado Ave, Kinder, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.