# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
2006 AUG 21 PM 2:39
LORETTA G. WHYTE
CLERK

RETURN

CATHY ADAMS, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL

06-4065 "K" 2

TO: (Name and address of defendant)

BOARD OF COMMISSIONERS FOR THE
ORLEANS LEVEE DISTRICT
THROUGH:
MICHEAL McCROSSEN
6001 Stars&Stripes Blvd
Admin Bldg, Ste 202
New Orleans, LA 70126-8006

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: Loretta G. Whyte

DATE: AUG - 4 2006

(BY) DEPUTY CLERK: B. Gregory

**RETURN OF SERVICE**

AO 440 (Rev. 10/93) Summons in a Civil Action

|  |  |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Aug 7, 2006 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: CORNELIA ULLMANN

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 7, 2006
         Date

Signature of Server
4016 COLORADO AVE
KENNER, LA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.