# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 21 PM 12: 36
LORETTA G. WHYTE
CLERK

**RETURN**

FELLOSEA ACKERSON, ET AL

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 06-4066 "K" (2)

BEAN DREDGING, L.L.C., ET AL

TO: (Name and address of defendant)

BEAN DREDGING L.L.C.
Through its agent for service of process:
C T CORPORATION SYSTEM
8550 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  LORETTA G. WHYTE

DATE  AUG - 3 2006

(BY) DEPUTY CLERK  B. Gregory

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: Aug 8, 2006 |
| Name of SERVER (PRINT): CHARLES VICKNAIR | TITLE: SP |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SHAWANDA SMITH

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 8, 2006
  Date

Signature of Server: Charles Vicknair
Address of Server: 4016 COLORADO AVE, KENNER, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.