# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 21  PM 12: 40

LORETTA G. WHYTE
CLERK

FELLOSEA ACKERSON, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4066 "K" (2)

BEAN DREDGING, L.L.C., ET AL

TO: (Name and address of defendant)

MANSON GULF, L.L.C.
Through registered agent for service of process:
VINCENT DINKLER,
392 OLD BAYOU DULARGE RD.
HOUMA, LA 70363

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK   **LORETTA G. WHYTE**

DATE   AUG - 3 2006

(BY) DEPUTY CLERK   *B. Gregory*

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *Aug 10, 2006* |
| Name of SERVER (PRINT) *CHARLES VICKNAIR* | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: *CARLA AUTHEMENT*

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Aug 10, 2006*
             Date

Signature of Server
*4016 Colorado Ave*
*Kenner, LA*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.