OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG 21  PM 12: 49
LORETTA G. WHYTE
CLERK

Date: _____AUG 21 2006_____

vs.

Case No. 06-4046 Section "K" (2)

Dear Sir:

    Please (issue) ((re-issue)) summons on the ((complaint)) (amended complaint) ( _____ amended complaint) (third party complaint) (other : _____ ) to the following:

1.    (name) NATCO DREDGING LIMITED PARTNERSHIP
(address) Through registered agent for service of process:
LOUISIANA SECRETARY OF STATE
8549 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

Very truly yours,
/s/
"Signature"

Attorney for PLAINTIFFS
Address 2203 AVENUE B
METAIRIE, LA 70001