OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 21  PM 12: 45

LORETTA G. WHYTE
CLERK

Date:  ___AUG 2 1 2006___

                              vs.

                    Case No. _06-4066_ Section _K-2_

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( _____ amended complaint) (third party complaint)
(other : _____ ) to the following:

1.    (name) ROYAL BOSKALIS WESTMINSTER, NV
      (address) Through registered agent for service of process:
      LOUISIANA SECRETARY OF STATE
      8549 UNITED PLAZA BLVD.
      BATON ROUGE, LA 70809

                              Very truly yours,

                              "Signature"
                              Attorney for _____

                              Address _2202 Avenue B_
                                      _Metairie, La 70001_