U.S. DISTRICT FILED
EASTERN DISTRICT COURT
OF LA
2006 AUG 21  PM 4:52
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### PLAINTIFFS LIASION COUNSEL AND DEFENDANTS LIAISON COUNSEL'S JOINT SUBMISSION RE: PROTOCOL FOR AUGUST 25, 2006 ORAL ARGUMENT

**NOW INTO COURT**, come Plaintiffs Liaison Counsel, Joseph Bruno, and Defendants Liaison Counsel, Ralph S. Hubbard III, who, pursuant to the Court's Minute Entry of July 14, 2006, do hereby jointly provide the following suggested protocol for the motions presently set for oral argument on August 25, 2006:

| | Moving Parties | Document Number(s) | Collective[1] Minutes for Defendants | Collective Minutes for Plaintiffs |
|---|---|---|---|---|
| 1. | State Farm Fire and Casualty Company, Unitrin Preferred Insurance Company, Hartford Insurance Company of the Midwest, The Standard Fire Insurance Company and The Hanover Insurance Company | 570, 598, 572, 569, and 568 | 35 | 35 |
| 2. | Eustis Engineering Company, Inc., Burk Kleinpeter, Inc., and Modjeski and Masters, Inc. | 463 | 30 | 30 |
| 3. | Boh-Bros. Construction Co., LLC and B&K Construction Company, Inc. | 560 and 624 | 30 | 30 |
| 4. | OLD and S&WBNO | 573 | 30 | 30 |
| 5. | S&WBNO | 563 | 20 | 20 |
| 6. | Burk Kleinpeter, L.L.C. | 552 | 5 | 5 |

The parties do not agree on one point only. Prior to commencing the opposition to Items Numbered 2, 3, 4, and 5 above, Plaintiffs Liaison Counsel requests ten (10) minutes to provide the Court with a general introduction and discussion regarding the applicability of maritime law and respective implications should maritime law apply at specific breach sites to the pending motions before the Court. Defendants Liaison Counsel objects to this request and to the substance of the request.

---

[1] Defendants' time for rebuttal should be deducted from the time allotted in the "Collective Minutes for Defendants" column.

Respectfully submitted, this 21st day of August, 2006.

_____
RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

And

JOSEPH BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 21, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

_____