UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | : | CIVIL ACTION |
| CONSOLIDATION LITIGATION | : | |
| | : | NO. 05-4182 "K" (2) |
| | : | |
| | : | JUDGE DUVAL |
| LEVEE | : | |
| NO: 05-4181, 05-4182, 05-5237, 05-6073 | : | MAGISTRATE WILKINSON |
| 05-6314, 05-6324, 05-6327, 05-6359 | : | |
| 06-0020, 06-0886, 06-2278, 06-2287 | : | |
| 06-2346, 06-2545 | : | |

**OBJECTION BY ENGINEERS' TO CONSIDERATION OF
(1) LATE PRESENTED MEMORANDUM BY PLAINTIFFS IN O'DWYER CASE
RE: NEW SUIT BASED ON MARITIME LAW, AND
(2) REQUEST BY PLAINTIFFS' COMMITTEE FOR
LEAVE TO ADDRESS THE COURT ON THIS ISSUE PRIOR TO
HEARING ON SUMMARY JUDGMENTS**

I.

Late Monday afternoon (August 21), Engineers were emailed with a copy of a Memorandum in Opposition to Engineers' Joint Motion.  That Memorandum reported that the O'Dwyer plaintiffs had filed a second suit (06-4389, somehow allotted to Section "S,") against the same "non-federal" defendants, asserting for the first time that maritime law governed Engineers' alleged derelictions, and that maritime law preempted and eliminated Engineers peremption defense.

Engineers object to consideration of that memorandum in the O'Dwyer Suit (05-4181). Engineers have seen no evidence that the Court gave leave for filing the Memorandum, and Engineers object to it on the following additional grounds:

A.  The Memorandum urges denial of Engineers' Joint Motion for Summary Judgment (MSJ) because plaintiffs' in the O'Dwyer suit (05-4181) have filed a second suit arising from the facts identical to 05-4181, but stating a legal claim previously unstated in 05-4181, that Engineers (and others) committed maritime torts which caused the Katrina flooding, and that maritime law preempts state substantive law, particularly the peremption statute. Issues of maritime law were pled by O'Dwyer's counsel in other suits (specifically numbers 05-4181, 05-4419, and 06-1885) showing familiarity with maritime law concepts; and he is no stranger to it, thus this issue should have been raised in the Complaint and raised in Plaintiffs' Omnibus Opposition, or by separate Opposition, and filed by June 29, the deadline set by the Court.

B.  In any event, the issue is improperly raised at the impending (August 25) hearing, because the issue of maritime law as applied to Engineers' performance was not timely raised in the Omnibus Opposition.

II.

Engineers further object to the request by Plaintiffs' Committee efforts to raise the same maritime/preemption issue informally, in the "Plaintiffs' Liaison Counsel and Defendants Liaison Counsel's Joint Submission, Re: Protocol for August 25, 2006 Oral Argument." In that document Plaintiffs' Committee requests "ten (10) minutes to provide the Court with a general introduction and discussion regarding the applicability of maritime law and respective implications should maritime law apply at specific breach sites to the pending motions before the Court."

- A. With all respect, the Court should not consider "the applicability of maritime law" to the pending motions, or the "implications" should "maritime law apply . . . to specific breach sites" until that issue is raised in their Complaints, or at least in some formal writing.

    Plaintiffs' Omnibus Opposition does not mention a maritime tort against Engineers and so it is not before the Court. Nor did they include this claim in their attempted Surreply.

- B. To permit Plaintiffs' to argue maritime tort and federal peremption without some written presentation, would be grossly unfair to Engineers. It would permit Plaintiffs the benefit of arguing issues that have not been properly framed or briefed.

Fundamental fairness dictates that if any plaintiff wanted a maritime law/preemption claim heard in connection with these Motions for Summary Judgment, that those claims should have been properly before the court long before August 25.

Respectfully submitted:

DEUTSCH, KERRIGAN & STILES, L.L.P.

  s/Francis J. Barry, Jr.
Francis J. Barry, Jr. (#02830)
Victor E. Stilwell, Jr., T.A. (#12484)
Keith J. Bergeron (#25574)
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorneys for Modjeski and Masters, Inc.
  Defendant and Mover

GARDNER & KEWLEY


/s/ Thomas F. Gardner, T.A.
Thomas F. Gardner, T.A. (#1373)
Douglas A. Kewley (#7355)
Erin E. Dearie (#29052
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile:  (504) 832-7223

Attorneys for Eustis Engineering
 Company, Inc.
 Defendant and Mover

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ Charles F. Seeman, Jr.
Charles F. Seemann, Jr., (Bar #11912)
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorney for Burk-Kleinpeter, Inc. and
  Burk-Kleinpeter, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Objection has been served on the following counsel:

Clayton Morris Connors
Mumphrey Law Firm, LLL
625 Baronne Street
New Orleans, LA 70113

Jack J. Crowe
Winston & Strawn, LLP (Chicago)
35 W. Wacker Dr.
Chicago, IL 60601

John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

Andrew R. Greene
Sonnenschein, Nath & Rosenthal (Chicago)
7800 Sears Tower
Chicago, IL 60606

Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Frank Jacob D'Amico , Jr
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Floor
New Orleans, LA 70113

Christopher R. Farrell
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

Joseph W. Hecker
619 Europe Street
2nd Floor
Baton Rouge, LA 70806

Duane M. Kelley
Winston & Strawn, LLP (Chicago)
35 W. Wacker Dr.
Chicago, IL 60601

Barbara L. Lyons
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Christopher W. Martin
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

J. J. (Jerry) McKernan
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

Clay Mitchell
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
316 S. Baylen St., Suite 600
Post Office Box 12308
Pensacola, FL 32581

John Herr Musser , IV
John H. Musser, IV, Attorney at Law
322 Lafayette St.
Third Floor
New Orleans, LA 70130

Ronald Joseph Kitto
Montgomery, Barnett, Brown, Read, Harnrnond & Mintz
1100 Poydras St., Suite 3200
New Orleans, LA 70163-3200

George T. Manning
Jones Day (Atlanta)
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053

Julia E. McEvoy
Jones Day (Washington)
5 1 Louisiana Avenue, NW
Washington, DC 20001

John W. deGravelles
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett, LLC
One Shell Square
701 Poydras St., Suite 4250
New Orleans, LA 70139

Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

Ashton Robert O'Dwyer , Jr
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place
Suite 2670
New Orleans, LA 70130

David R. Simonton
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

Elwood C. Stevens , Jr
Law Office of Elwood C. Stevens, Jr., APLC
1205 Victor I1 Blvd.
Post Office Box 2626
Morgan City, LA 70381

Vernon Palmer Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Ave.
New Orleans, LA 70116

James C. Rather, Jr
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

John H. Smith
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

Victor Elbert Stilwell , Jr
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

Deborah Louise Wilson
Deborah L. Wilson, Attorney at Law
3 17 Magazine Street
New Orleans, LA 70130

by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed, this 23rd day

of August, 2006.

                /s/ Francis J. Barry, Jr.

Engineers Objection Late Filed Memorandum.WPD