UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:  MRGO, *Robinson* (06-2268)

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF CONSENT/EX PARTE MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES IN OPPOSITION TO DEFENDANT, UNITED STATES' MOTION TO DISMISS

Plaintiffs, **NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY**, have moved, pursuant to Local Rule 7.8.1E, for leave to file its Memorandum in Opposition of Defendant, United States' Motion to Dismiss, which is in excess of 25 pages. Plaintiffs' agreed to and the United States was granted leave to file its Motion to Dismiss in excess of 25 pages. Plaintiffs will require at least 70 pages to adequately respond to the United States' Rule 12 motion. Tess Finnegan (Counsel for the United States) has indicated that she does not oppose the relief sought. Thus, plaintiffs respectfully request that leave to file their Memorandum in Opposition be granted and plaintiffs be permitted to file their Memorandum in Opposition with an additional 45 pages beyond the 25-page limit found in the Local Rules.

Respectfully submitted,

The Andry Law Firm, LLC

By: _____
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**O'Donnell & Mortimer LLP**

Pierce O'Donnell (pro hac vice)
Nina D. Froeschle (pro hac vice)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**Domengeaux Wright Roy & Edwards LLC**

James P. Roy (LSBA No. 11511)
Bob F. Wright (LSBA No. 13691)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Bruno & Bruno**

Joseph M. Bruno (LSBA No. 3604)
David S. Scalia (LSBA No. 21369)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**

Thomas V. Girardi (pro hac vice)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (pro hac vice)
Matt Schultz (pro hac vice)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett (pro hac vice)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr.**

Frank J. D'Amico, Jr. (LSBA No. 17519)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, I served a true copy of the Plaintiffs' Motion for Leave to File Memorandum in Opposition to Defendant, United States' Motion to Dismiss in Excess of 25 Pages, Memorandum in Support thereof, and Proposed Order upon counsel for the United States of America by electronic mail, facsimile, or first class mail.

_____
JONATHAN B. ANDRY