UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:   MRGO, *Robinson* (06-2268)

### CERTIFICATE OF COMPLIANCE

Counsel for plaintiffs has contacted Tess Finnegan, counsel for defendant, United States of America and she has **no opposition** to plaintiff filing the aforementioned Ex Parte Motion for Leave to File Memorandum in Excess of 25 pages to Defendant, United States' Motion to Dismiss.

Respectfully submitted,

The Andry Law Firm, LLC

By: _____
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788