UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   AUG 21 2006
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:   MRGO, *Robinson* (06-2268)

### ORDER

Considering the foregoing unopposed motion;

**IT IS ORDERED** that plaintiffs, **NORMAN ROBINSON, KENT LATTIMORE, LATTIMORE & ASSOCIATES, TANYA SMITH, ANTHONY FRANZ, JR., and LUCILLE FRANZ, INDIVIDUALLY,** be allowed to file their Memorandum in Opposition to Defendant, Unite States' Motion to Dismiss with an expanded page limit of 70 pages total, instead of the 25 pages allowed by the local rules.

**THUS DONE AND SIGNED** on this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

* This order is also to put all parties on notice that in the event a party wants to file a memorandum in excess of the page limitation, it MUST request permission PRIOR to the filing of the pleading for the Court to review PRIOR to the deadline for filing same.

This order is to further put the parties on notice that leave will no longer be freely given, as it is the Court's experience after twelve years on the bench, that generally memoranda in excess of these limits are prolix, superfluous, not incisive and generally counterproductive.

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____