UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*<br>(No. 6-2268) | |

## PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE PURSUANT TO FED. R. EVID. 201 OF EXHIBITS SUPPORTING PLAINTIFFS' OPPOSITION TO THE GOVERNMENT'S MOTION TO DISMISS

Plaintiffs have objected to all but one of the Government's Exhibits to its Motion to Dismiss ("Motion") which were improper on several grounds, including the failure to even attempt to establish a foundation or to authenticate the exhibits by providing an accompanying declaration and request for judicial notice. In their Opposition, Plaintiffs have requested the Court to deny the Motion based on the Government's improper attempt to attack the merits of Plaintiffs' case in its Motion to Dismiss brought pursuant to Fed. R. Civ. P. 12(b)(1). In an abundance of caution, however, Plaintiffs have submitted the Declaration of Nina Froeschle

1

incorporating their own documentary evidence to establish the many disputed facts concerning the issues on the merits that the Government has attempted to argue in its Motion.

Without waiving their Evidentiary Objections, Plaintiffs therefore request the Court to take judicial notice of the following documents, all of which are Exhibits to the Froeschle Declaration, only under the limited circumstances that the Court does not deny the Government's Motion on procedural grounds and considers the issues on the merits raised by the Government. If this would occur, Plaintiffs then request the Court to take judicial notice of such documents only for the limited purposes of the Court's consideration of Plaintiffs' Request for Discovery, filed concurrently herewith, and, in reaching its decision on the Motion:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | Excerpts from *The Storm, What Went Wrong and Why During Hurricane Katrina- the Inside Story from One Louisiana Scientist*, Ivor van Heerden (Viking 2006). |
| B | Excerpts from *The Great Deluge, Hurricane Katrina, New Orleans, and the Mississippi Gulf Coast*, Douglas Brinkley (William Morrow 2006) |
| C | Michael D. Grunwald, *Canal May Have Worsened City's Flooding*, Washington Post, September 14, 2005 |
| D | James Gill, *Mississippi River Gulf Outlet, the Washout*, Times-Picayune, February 29, 2004 |
| E | Matthew Brown, *Corps Rethinking Floodgate Plans*, Times-Picayune, August 13, 2006 |
| F | U.S. Fish and Wildlife Service, *Water Resource Development Acts*, available at http://www.fws.gov/habitatconservation/wrda.htm (last accessed on August 16, 2006) |
| G | Congressional Research Service, *Army Corps of Engineers Water Resources Activities: Authorization and Appropriations* (February 4, 2005) Doc. No. RL32064 |
| H | River and Harbor Act of 1920, P.L. 66-263, ch. 252, 41 Stat. 1009 (June 5, 1920) |

| | |
|---|---|
| I | Report of the Board of Engineers for Rivers and Harbors, House Committee on Rivers and Harbors Resolution (February 27, 1929) |
| J | Army Corps' Report of the Board of Engineers for Rivers and Harbors on Review of Reports Heretofore Submitted on Mississippi River-Gulf Outlet and New Orleans Industrial Canal, the House Committee on Rivers and Harbors (H. R. Doc. No. 71-46 (June 11, 1930 )) |
| K | Report of the Board of Engineers for Rivers and Harbors on the Mississippi River-Gulf Outlet and the Mobile to New Orleans Intracoastal Waterway in response to Senate Committee on Commerce and the House Committee on Rivers and Harbors Resolutions of April 19, 1945 and May 5, 1945 (April 20, 1948) |
| L | The River and Harbor Act of 1945, Pub. Law 14-79, 50 Stat. 10 (March 2, 1945) |
| M | The Fish and Wildlife Coordination Act, Law of March 10, 1934, ch. 55, § 1, 48 Stat. 401 (1934) (codified at 16 U.S.C. § 662) |
| N | Act of August 14, 1946, § 1, ch. 965, 60 Stat. 1080 (1946) |
| O | Army Corps report to Congress on MR-GO (H. Doc. No. 245, September 25, 1951) |
| P | H.R. 5218, "A Bill for the Improvement of the Mississippi River-Gulf Outlet and the Mobile to New Orleans Intracoastal Waterway," (September 18, 1951) |
| Q | H.R. 6181 and 6309, "To Authorize Construction of the Mississippi River-Gulf Outlet," (July 21, 1955) |
| R | H.R. 6309, "An Act To Authorize Construction of the Mississippi River-Gulf Outlet," (January 19-20, 1958) |
| S | H.R. Report No. 1437, "Authorizing Construction of the Mississippi River-Gulf Outlet," (July 26, 1955) |
| T | H.R. Report No. 1637, "Authorizing Construction of the Mississippi River-Gulf Outlet," (March 7, 1956) |
| U | Pub. L. 84-455, "Authorize Construction of the Mississippi River Gulf-Outlet,", 70 Stat. 65 (March 29, 1956) |
| V | Public Works Appropriation Act of 1958, P. L. 85-167, 71 Stat. 416 (August 26, 1957) |

|     |     |
| --- | --- |
| W   | Letter from United States Secretary of the Interior, Fred A. Seaton, to former Army Secretary Wilber M. Bruckner dated August 22, 1957 |
| X   | Pub. L. 85-624 Act, "Fish and Wildlife Coordination Act," 72 Stat. 463 (August 12, 1958) |
| Y   | Army Corps Report, *An Interim Report on Fish and Wildlife Resources as Related to Mississippi River-Gulf Outlet Project, Louisiana and an Outline of Proposed Fish and Wildlife Studies* (April 1958) |
| Z   | Memorandum from F. C. Gillett, Acting Regional Director for the United States Fish and Wildlife Service to the Director of the Fish and Wildlife Service in Washington, D.C., dated September 24, 1959 |
| AA  | Draft letter from the former Secretary of the Interior to the former Secretary of the Army dated February 11, 1959 |
| BB  | Letter from W. L. Towns, Acting Regional Director for the Fish and Wildlife Service to the Army Corps District Engineer dated May 4, 1959 |
| CC  | Letter from Cary W. Kerlin, Field Supervisor for the United States Fish and Wildlife Service in Lafayette, Louisiana to Jack A. Stephen, Director-Secretary of the St. Bernard Parish Planning Commission dated May 31, 1979 |
| DD  | Chapter 4, "History of the New Orleans Flood Protection System," from final report by the Independent Levee Investigation Team entitled *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, May 22, 2006 |
| EE  | H. R. Doc. 89-231, Lake Pontchartrain and Vicinity, Louisiana (July 6, 1965) |
| FF  | *Final Environmental Statement, Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity Louisiana*, Army Corps, New Orleans District (March 1976) |
| GG  | *Geological Investigation of the Mississippi River-Gulf Outlet* (Miscellaneous Paper No. 3-259), Army Corps (February 1958) |
| HH  | Chapter 2, "Overview of Hurricane Katrina and its Aftermath," from final report by the Independent Levee Investigation Team entitled *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005*, May 22, 2006 |
| II  | *Design and Construction of Levees*, EM 1110-2-1913, Army Corps (April 30, 2000) |

| JJ | Section IV, Appendix 6, "Note on the Influence of the Mississippi River Gulf Outlet on Hurricane Induced Storm Surge in New Orleans and Vicinity," from the Interagency Performance Evaluation Taskforce report, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (June 2006) |
|---|---|
| KK | *The Mississippi River Gulf Outlet: A Study of Bank Stabilization*, Coastal Environments, Inc. (December 1984) |
| LL | *Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project: Reevaluation Study*, Army Corps (July 1984) |
| MM | *Mississippi River – Gulf Outlet: Design Memorandum No. 1-A*, Army Corps, New Orleans District (June 1957) |
| NN | Order and Opinion of the Hon. Herbert Christenberry Denying Motion to Dismiss, *Graci v. United States*, Case Nos. 15962, 15976, 16091 (September 30, 1966; June 15, 1967 |

Dated: August 21, 2006

Respectfully submitted,

**O'Donnell & Mortimer LLP**

By: /s/ P. O'Donnell

Pierce O'Donnell (*pro hac vice*)
Nina D. Froeschle (*pro hac vice*)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**The Andry Law Firm, LLC**

By: /s/

Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

5

**Bruno & Bruno**

Joseph M. Bruno (LSBA No. 3604)
David S. Scalia (LSBA No. 21369)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**

Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**

Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Ranier, Gayle & Elliot, LLC**

N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile:  (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile:  (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile:  (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile:  (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**

Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, I served a true copy of the Plaintiffs' Request for Judicial Notice Pursuant to Fed. R. Evid. 201 of Exhibits Supporting Plaintiffs' Opposition to the Government's Motion to Dismiss upon counsel for the United States of America by electronic mail, facsimile, or first class mail.

JONATHAN B. ANDRY