UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | |

## DECLARATION OF DR. PAUL KEMP

G. Paul Kemp, under penalty of perjury, states as follows:

1. This declaration is submitted to address: (a) the effect of the design, construction, operation, and maintenance of the Mississippi River Gulf Outlet ("MR-GO") on the storm surges that occurred during Hurricane Katrina ("Katrina"); and (b) the effect of the MR-GO on the ability of the surrounding wetlands and marshes to serve as a source of protection against storm surges during Katrina. I have devoted much of my professional career in the past several years to considering issues of storm surges and environmental impact caused and/or exacerbated by the MR-GO. In particular, I have conducted extensive research with respect to the effects of the MR-GO on the storm surges and devastation during Katrina and Hurricane Rita.

2. My declaration is divided into several sections. Section I provides an overview of my qualifications to serve as an expert on the storm surge dynamics of the MR-GO and the effects of the MR-GO on the surrounding wetlands. Section II provides a sectional overview of the MR-GO in order to assess and understand MR-GO's effects of the storm surges and surrounding environment, including the wetlands and marshes. Section III explains the hydrological consequences of connecting the MR-GO and the Gulf Intracoastal Waterway ("GIWW"), including the storm surge dynamics that created the "funnel effect" that caused much of Katrina's devastation. Section IV discusses the MR-GO's impact on the surrounding wetlands and marshes, which -- had they not been destroyed by the MR-GO -- would have protected Greater New Orleans from much of Katrina's devastation.

## I. QUALIFICATIONS

3. I am an Associate Research Professor for the School of the Coast and Environment at Louisiana State University and have served in that position since 1994. I received my Bachelor of Science in Natural Resources from Cornell University in 1975, my Master of Science in Marine Sciences from Louisiana State University in 1978, and my Doctorate in Marine Sciences with a minor in Geology from Louisiana State University in 1986. My areas of expertise include hydrodynamic modeling of high-intensity, short-term events, such as hurricanes, and low-intensity long-term phenomena, such as delta formation, coastal wetlands, coastal erosion processes, ecosystem modeling, estuarine geochemistry, and natural resources/science policy. Attached hereto as Exhibit A is a true and correct copy of my current *curriculum vitae*.

4. Before and after Katrina, I conducted research on the storm surge impacts of the funnel formed by the convergence of the levees[1] that follow the south bank of the MR-GO and the north bank of the Gulf Intracoastal Waterway (GIWW) for various state agencies including the State Department of Homeland Security (FEMA Hurricane Pam exercise), the Louisiana Department of Transportation and Development and the Louisiana Attorney General's Office. Some of this work has been published in the peer-reviewed literature.

## II.  SECTIONAL OVERVIEW OF THE MR-GO AND KATRINA'S PATH OF DESTRUCTION

5. As explained below, the design and construction of the MR-GO to connect with the GIWW, and the alignment of its pathway into two separate directional "reaches," caused much of the devastation of Katrina to Greater New Orleans. In order to understand the effect of the MR-GO on storm surges and Katrina, it is important to understand the layout of the regions of Greater New Orleans and the individual components of the MR-GO.

6. The pertinent geography to these issues discussed herein consists of the Mississippi River east bank portion of Greater New Orleans, which is comprised of three low-lying polders: Orleans Metro, Orleans East and St. Bernard. The Orleans Metro polder west of the Industrial Canal includes the Central Business District. The Orleans East and St. Bernard polders extend east from the Industrial Canal on the north and south sides, respectively, of the GIWW. All three of these polders flooded catastrophically during Katrina through breaches and, in some places, overtopped levees, floodwalls and spoilbanks that were too low to stop it.

---

[1] I have been informed that there is presently a dispute as to whether certain earthen structures constructed by the Army Cops along portions of the MR-GO are "levees." My use of the term "levees" in this declaration is for ease of reference and discussion and should not be construed or interpreted as an opinion as to the legal definition, requirements, or nature of these structures.

3

7. The MR-GO is a man-made navigational waterway approximately 76 miles long, and runs generally on a northwest direction from Breton Sound in the Gulf of Mexico through the parishes of St. Bernard and Plaquemines to New Orleans. As depicted in Graphic 1, below, the MR-GO connects with the GIWW and runs towards the west into the Industrial Canal (also referred to as the "Inner Harbor Navigational Canal"). The Army Corps' Katrina forensics team, the Interagency Performance Evaluation Task Force ("IPET"), has discussed the MR-GO as two separate sections -- "Reach 1" and "Reach 2" – for purposes of understanding MR-GO's destructive effects on Katrina's storm surge:

   a. **Reach 1**: the east-west oriented section running between the Industrial Canal and the confluence of the GIWW and the MR-GO near Paris Road Bridge. This reach constitutes the throat of the funnel and is the critical reach from a hydraulic standpoint.

   b. **Reach 2**: the much longer southeast-northwest section extending from just east of the Paris Road Bridge down through Breton Sound into the Gulf of Mexico. The levees constructed on and of MR-GO spoils along the south bank form the south side of the storm surge funnel.



GRAPHIC 1. Source: Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006). The "Funnel" and "Funnel's Throat" text boxes and arrows are not in the original graphic.

## III. THE HYDROLOGICAL CONSEQUENCES OF CONNECTING THE MR-GO AND THE GIWW

### A. Storm Surge Dynamics

8. A storm surge, unlike a river flood that lasts for days or months, is an event that is measured in hours. The storm will typically build up a surge sequentially against different landscape features as it approaches and moves through an area. Similarly, the cyclonic winds at any single coastal location may initially be along the shore, then onshore, and finally offshore. The coastal currents generated by the winds do not generally flow exactly in the direction of the winds but are strongly influenced by features like channels and levees even when these features are largely or completely submerged.

9. In the case of the MR-GO, for example, while the hurricane winds may blow across the channel, the highest flow velocity is always along the axis of the channel. Whenever I analyze storm surge effects on levees, I consider not only how high the water was, but the duration of exposure to high water, and whether the high water made it possible for waves to reach the face of any levees in its path. An important concept to note is called the "hurricane time dimension." The concept of "hurricane time dimension" is essentially a simple one based on the observation that if an efficient channel is absent, it will take longer for the storm surge to reach a given height. Thus, a fast moving storm may move on before that height is attained or, for a slower storm, the duration of high water is reduced. In both cases, the stress on the levees and floodwalls is also diminished. For a small, fast moving storm, distant landscape features like offshore islands, low ridges and wetlands may block the propagation of surge inland. These features will have less effect on a large or slow-moving storm, where levees must take more of the brunt of the impact.

10. Like a tsunami, the elevation of the surge is trivial in deep water but rises up against any barrier, whether such barrier is an island, beach, spoilbank, floodwall or levee, particularly if there is no ready avenue for the water to escape. In coastal Louisiana, the hurricane protection features and river embankments are the highest features in the landscape, so this is where the surge rises to its greatest height.

### B. The "Funnel Effect" Of The MR-GO

11. While the Army Corps intended the MR-GO to be a navigational shortcut for cargo ships and other vessels, what it actually built was an excellent storm surge delivery system that magnifies the load potential for hurricane generated storm surge. The MR-GO is a conduit into the heart of Greater New Orleans for surge that builds up in Lake Borgne.

6

12. Since at least the time of Hurricane Betsy in 1965, research scientists and engineers have known that the convergence of the MR-GO's Reach 2 and GIWW formed a man-made hurricane storm surge accelerator that is commonly referred to as the "funnel." While the GIWW and Reach 2 are initially more than ten miles apart, they merge into a throat that is just 260 yards wide but with a cross-section nearly 12 times that of the shallow-draft barge channel it replaced when MR-GO was constructed. This efficient conduit has the potential to magnify exponentially hurricane-generated storm surge entering the Industrial Canal by 20 to 40 percent when that storm surge is delivered off of Lake Borgne, which lies just to the funnel's east. (*See* Graphic 1 above).

13. This "throat" is six miles long and runs the length of MR-GO's Reach 1. While Reach 1 is a large navigation channel (approximately 40 feet by 500 feet), it is small relative to the gape of Reach 2 and GIWW (approximately 10 miles) so that water pushed and focused into the funnel tends to pile up and increases in velocity. Reach 1 connects with the Industrial Canal at its west end.

14. While water could enter MR-GO's Reach 1 from anywhere in the funnel, it is apparent that MR-GO's Reach 2 is the main source. MR-GO's Reach 1, the throat of the funnel, has an appetite for water, as well as a conveyance capacity that will be satisfied either by water entering from the MR-GO or the GIWW, or, alternatively, from across the degraded wetlands situated at the funnel's mouth.

15. After Katrina, the Army Corps commissioned a study by various experts whose findings and conclusions are set forth in the IPET's report, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System* (the "*IPET Report*"). The *IPET Report* acknowledges Reach 1 as the "critical reach" with regard to the storm surge propagation

7

into central New Orleans. When fellow L.S.U. Hurricane Center scientist, Hassan Mashriqui, and I modeled the Katrina surge, we located the critical reaches in the MR-GO navigational canal by looking at the zones of peak velocity. One of these peak velocity zones occurs in Reach 1, showing that surge propagation would be most sensitive to changes of cross-section in this region. As actually occurred in Katrina, the storm surge in our model flowed into the funnel from the east and found the most efficient route to the drain at the funnel's throat. (*See* Graphic 1 above). Although water can flow relatively slowly over flooded wetlands that are shallow and offer a relatively high resistance, that water moves much more quickly in a deep channel that offers far less resistance as was the case with the MR-GO impact on Katrina's storm surge.

16. As happened during Katrina and would be true for many critical storm tracks, the surge from Lake Borgne was higher and earlier that that in Lake Pontchartrain and was communicated into the Industrial Canal via MR-GO's Reach 1. Without the Reach 1 connector, the Industrial Canal's floodwalls would have seen a surge of 11 to 12 feet coming from Lake Pontchartrain and would have escaped most catastrophic levee failure and overtopping.

17. The Lake Borgne surge – delivered by the MR-GO funnel – added an additional three feet to Katrina's storm surge. The flow from the funnel also prolonged the period of high water by bringing it in earlier. Both of these outcomes resulted from the decision to join the MR-GO and the GIWW and the design and construction of the MR-GO in a manner that created and intensified storm surges to cause the catastrophic inundation and destruction during Katrina.

C. **Storm Surge Modeling Of The MR-GO**

18. Dr. Mashriqui and I used storm surge modeling to explore the dimensions of this critical and fundamental flaw built into the New Orleans hurricane protection system, known collectively as the "funnel," in the design and construction of the MR-GO prior to Katrina's

landfall. Unfortunately, as we discovered in Katrina's wake, our analyses and predictions of the MR-GO's funneling effect – and its destructive consequences – proved accurate.

19. Based on several Advanced Circulation Hydrodynamic Model ("ADCIRC") runs of simulated hurricanes with statistics similar to those of Katrina's, I have concluded that had the MR-GO not been defectively designed and constructed, Greater New Orleans would have experienced minimal levee overtopping and occasional flooding in Katrina's wake as opposed to the catastrophic devastation that actually occurred.

### III. THE MR-GO'S IMPACT ON NEW ORLEANS' WETLANDS

#### A. Wetlands Are Natural Storm Surge Buffers

20. The wetlands and marshes surrounding the MR-GO would have formed a natural buffer against storm surges that would have protected Greater New Orleans from much of the ravaging effects of Katrina. Nature's protection, however, was destroyed by the defective route alignment, construction, operation, and maintenance of the MR-GO. In order to understand how this degradation of the natural environment occurred and contributed to the devastation of Katrina, it is important to understand the placement and function of the wetlands and marshes that now exist only as remnants of the natural barrier system that existed before the destructive influences of the MR-GO accelerated its conversion swamp to marsh, and from marsh to open water.

21. Southern Louisiana has a low-lying coastal floodplain adjacent to a broad continental shelf. The wetlands that fringe this coast were created by Mississippi River sedimentation as it has been modified by storms, subsidence, coastal currents, and sea level rise over the last 10,000 years. A majority of Greater New Orleans' populace lives at or below sea

level. New Orleans relies on a system of levees, floodwalls, and pumped drainage systems to protect from inundation during storms.

22. It is an established fact that wetlands act as a natural storm surge buffer. The concept is a simple one. As a hurricane's storm surge moves across thriving wetlands, the flora, trees and other organic materials quickly dissipate the storm surge's velocity, height and destructive energy. (*See* Graphics 2 & 3 below). A standard measurement for wetland impact on storm surge is that for every three to four miles of healthy wetlands, storm surge is reduced by one foot. The 2.7 miles per foot value used by the USACE for design of the Greater New Orleans hurricane protection system in the late 1960s was derived largely from analysis of storms hitting western Louisiana.

23. The storm surge defenses of Greater New Orleans are a composite of tidal wetlands, impounded wetlands and levees that were exposed to variable amounts of wave action during Katrina.



GRAPHIC 2. Source: Dan Swenson, *Times-Picayune*, March 2006.

### B. The MR-GO Destroyed Valuable Wetlands

24. Upon its completion in 1968, the MR-GO was authorized to a depth of 36 feet, a surface width of 650 feet, and a bottom width of 500 feet. As it sat before Katrina in 2005, the MR-GO had grown nearly threefold to more than 2,000 feet across. The reasons for this dramatic increase are the MR-GO's delivery of saltwater to Greater New Orleans' wetlands, the impact of ships' wakes that travel the MR-GO, and the constant dredging of the eroded materials from the canal. Saltwater from the Gulf of Mexico travels up the MR-GO and erodes freshwater swamps and brackish marshes by killing vegetation and fauna. This saltwater intrusion, coupled

11

with the wake impact from ship traffic, erodes swamp and brackish marsh materials into the MR-GO which are then need dredged out and dumped along its banks. This cycle has continued unabated since the completion of the MR-GO's construction in 1968.

25. The MR-GO is acknowledged to have contributed to the destruction or degradation of over 65,000 acres (101 square miles) of hurricane buffering wetlands. If man does not intervene again, it will continue to threaten the stability of one of the main hurricane protection levees just south of Lake Borgne, forming one leg of the hurricane funnel. In addition to the MR-GO's funneling effect on hurricane storm surges, the MR-GO exacerbated and intensified Katrina's storm surge another way: it destroyed tens of thousands of acres of Greater New Orleans wetlands that once stood as natural line of defense against hurricane-driven waters.

26. Most levees in south Louisiana are constructed adjacent to dredged channels, from which material is often "borrowed" to build the levees. Most of the catastrophic destruction of the levees and floodwalls occurred where the levees were constructed with the dredged channel near the toe on the unprotected side, rather than on the protected side of the MR-GO. The bulk of the failures also occurred along levees and floodwalls without a significant wetlands buffer on the seaward side. This was spectacularly true of the unarmored earth levees on the south bank of the MR-GO that were exposed for 5 hours to 15 second waves. Miles of these embankments were built of sandy spoil dredged from the channel and were washed away by waves long before the surge reached the crown elevation. This wave damage could have been been thwarted by a relatively narrow intervening buffer of wetland vegetation.

27. While other factors can be important, levees fronted by swamps and marshes suffered much less or no damage even if they were overtopped. Analysis of debris lines and

12

aerial photographs suggests that swamps and wetlands acted as flow obstructions that resulted in lower wave energy, surge elevation and currents on the faces of the levees and spoil banks.

28. As was observed with Hurricane Rita in September 2005, computer simulations of Katrina's storm surge showed the locations of surge buildup and patterns of high-velocity circulation along the south side of the St. Bernard polder and in the funnel that opens to the east between the GIWW and the MR-GO. Since the 1920's three navigation canals – the Industrial Canal, the GIWW and the MR-GO – were dredged through the swamp and marshland. To accommodate MR-GO's maritime traffic, Reach 1 was dredged and the cross section was enlarged by a factor of 12 times the GIWW's original size.

29. Simulated flowlines indicate that most of the water that was delivered to New Orleans and the Lower Ninth Ward came via the GIWW and the MR-GO (Reach 1) rather than across the wetlands west of Lake Borgne. Prior to the MR-GO's construction, New Orleans was protected by about 10 miles of wetlands consisting of very dense swamp (average 445 trees/ac.), marsh (1m height with a density of 586 stems/yd$^2$) and a forested natural ridge. As was found after the 2004 tsunami in southeast asia, shorelines protected by dense mangrove forests experienced far less damage than areas where the mangroves had been logged. The stems of the vegetation provide resistance to flow, slowing down the mean velocity and delaying the buildup of surge. The storm surge also came off of Lake Borgne, swept over a remnant fringe of degraded wetlands that had relatively little effect, destroyed the earthen embankments along the MR-GO's Reach 2, and eventually overtopped the 40 Arpent Canal protecting St. Bernard Parish and the Lower 9th Ward. If these wetlands had not been destroyed by the MR-GO's construction and maintenance, they would have reduced surge from Katrina by about 3 feet

13

(assuming the same relationship holds here as was found for Hurricane Rita in southwest Louisiana).



GRAPHIC 3. Source: Interagency Performance Evaluation Task Force, Army Corps of Engineers, *Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System*, at IV-134, Figure 93 (June 2006). The "Wetlands" text box and arrows are not in the original graphic.

30.     Thus, the destruction of the wetlands and marshes greatly exacerbated Katrina to its catastrophic proportions. If the MR-GO had not destroyed the natural environment around it, nature's defenses would have battled Katrina quite effectively. By destroying the natural balance, however, the MR-GO became a lethal weapon of destruction at the hands of Katrina.

31.     The manner in which Greater New Orleans flooded from Katrina on August 29, 2005 reflected the "open back door" to hurricane storm surge created by the MR-GO. As can be seen in the following time line, storm surge from the funnel and the MR-GO caused the water level in the combined MR-GO/GIWW channel and the Industrial Canal to rise, resulting in

14

flooding in Orleans East and St. Bernard Parish. It was not until later in the morning that hurricane storm surge from Lake Pontchartrain to the north – the direction from which the New Orleans area had historically suffered the greatest problem prior to the construction of the MR-GO – assaulted the lake front defenses:

> 5:00 A.M. or shortly before: The relatively minor breaches at the intersection of the CSX Railroad and the northern arm of the Industrial Canal send water into Orleans East and Orleans Metro bowls to the west. This flooding lasts about thirteen hours. Also, Katrina's storm surge begins its assault on the levees along MR-GO's Reach 2.
>
> 6:30 A.M. The levees in the infamous "Funnel" are attacked by waves as the surge rises and begin to erode and fail, flooding the Orleans East Bowl and adding to the flood in the St. Bernard Bowl.
>
> 6:50 A.M. The levees on both sides of the Industrial Canal are overtopped, with water pouring into the Orleans East, St. Bernard, and Orleans Metro bowls.
>
> 7:30 A.M. Sections of the levees on the west side of the Industrial Canal at the railroad yard are breached. This flooding lasts for twelve to fifteen hours.
>
> 7:45 A.M. The levee on the east side of the southern end of the Industrial Canal catastrophically breaches in two sections, sending a wall of water into the Lower Ninth Ward and other neighborhoods of the St. Bernard Bowl.
>
> 8:30 A.M. After Reach 2's levees fail catastrophically, waters advance across wetlands fronting St. Bernard, and overtop the 40 Arpent Canal flooding neighborhoods from Poydras to Chalmette.
>
> 9:00 A.M. The storm surge from Lake Pontchartrain peaks in the three drainage canals in the Orleans Metro Bowl, with no overtopping of the levees.

This timeline, taken from the 2006 book *The Storm* (Viking 2006) at 93-94, written by my Louisiana State University colleague Professor Ivor van Heerden, and the Times-Picayune

15

interactive graphic available at http://www.nola.com/katrina/graphics/flashflood.swf, shows the destructive flooding from the south that would not have taken place but for the funnel effect and the MR-GO's destruction of the southern marshland.

## V. CONCLUSION

32. For the foregoing reasons, it is my opinion that the catastrophic inundation of Katrina in St. Bernard Parish, New Orleans East, and the Lower Ninth Ward was caused by the storm surge dynamics and the destruction of the wetlands and marshes surrounding the MR-GO, both of which detrimental effects were caused by the design, construction, operation, and maintenance of the MR-GO.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2006, in Baton Rouge, Louisiana.

_____
G. PAUL KEMP, Ph.D.