| | |
|---|---|
| **G. PAUL KEMP** | 633 Magnolia Wood Avenue |
| 1002-Q Energy Coast and Environment Bldg | Baton Rouge, La. 70808 |
| Louisiana State University | Office 225-578-2734 |
| Baton Rouge, La. 70803 | Cell   225-772-1426 |
| gpkemp@lsu.edu | Home 225-769-5943 |

## EDUCATION

| | |
|---|---|
| Ph.D. | Louisiana State University, Baton Rouge, 1986. Marine Sciences; minor in Geology. |
| M.S. | Louisiana State University, Baton Rouge, 1978. Marine Sciences. |
| B.S. | Cornell University, Ithaca, N.Y., 1975. Natural Resources. |

## DISSERTATION

<u>Mud Deposition at the Shoreface: wave and sediment dynamics on the Chenier Plain of Louisiana.</u>
under John T. Wells, Jr., Coastal Studies Institute, Louisiana State University, Baton Rouge.

## INTERESTS

Hydrodynamic models to deal with high-intensity, short-term events like hurricanes and low-intensity long-term phenomena like delta formation, coastal wetlands, coastal erosion processes, ecosystem modeling, estuarine geochemistry, natural resources/science policy.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1994 - Present | Associate Research Professor, School of the Coast and Environment, Louisiana State University |
| 1991 - 1994 | Science and Technology Director, Coalition to Restore Coastal Louisiana, and Assistant Research Professor, Louisiana State University. |
| *One Year Sabbatical 1989-1990, Executive Director, Coalition to Restore Coastal Louisiana* | |
| 1987 - 1991 | Project Scientist, Director, Coastal Sciences Unit Woodward-Clyde Consultants, Baton Rouge. |
| 1985 - 1987 | Hydrogeologist / Project Manager, Groundwater Technology, Inc., South-Central Office, Mandeville, LA. |
| 1984 | NOAA/Knauss Congressional Fellow, Office of Senator Edward M. Kennedy, Washington, D.C. |
| 1983 | Geologist, Navarin Basin Project, Woodward-Clyde Oceaneering, Inc., Dutch Harbor, AK and Houston, TX |
| 1980 - 1983 | Consulting geologist / Graduate Research Assistant |

## PERSONAL

Born May 2, 1954, in Port Jefferson, N.Y.; Married to Linda C. Fowler; Two sons, Andrew P. (12/17/88) and Nathan M. (8/21/92)

## PUBLICATIONS AND REFERENCES (On request.)

1

Amplified Resume                                            G. Paul Kemp
                                                            - page 2 -

## EMPLOYMENT HIGHLIGHTS

Associate Professor, Research (30% June 1992-January 1994, 80% February - September 1994, 100% since), Natural Systems Modeling Group, School of the Coast and Environment (SC&E), Louisiana State University, Baton Rouge, Louisiana

Dr. Kemp became a member of the research faculty in 1994 with the formation of the Natural Systems Program in the LSU School of the Coast & Environment. He is also affiliated with the Center for the Study of Public Health Impacts of Hurricanes in the LSU Hurricane Center in the College of Engineering. As part of planning initiatives funded by the U.S. Army Corps of Engineers and U.S. Environmental Protection Agency, he has applied various hydrodynamic, sediment transport and ecosystem models to reduce the cost and increase the effectiveness of river management and coastal wetlands restoration projects. He has directed efforts to mate hydrodynamic computer models with ecological algorithms that simulate various aspects of ecosystem response, and advocated the use of such technology in natural resource policy decision-making. More recently, he is leading an effort to use both numerical and a small-scale physical model to predict deltaic landform development. One surprising outgrowth of a focus on making long, continuous hydrodynamics simulations (up to 100 years) has been an invitation to provide operational storm surge forecasting using the massively parallel ADCIRC hydrodynamic model. For this work, the challenge was to provide very high-resolution results over a vast domain for up to 5 days within the 3- to 6-hour advisory window when emergency managers must make decisions on hurricane evacuations, road closures, etc. This model now runs on up to 250 processors simultaneously and provides the most reliable results operationally available. At the other end of the spatial and temporal spectrums, Dr. Kemp has also worked extensively with municipalities to introduce best management practices for incorporating natural and created wetlands into non-point source runoff abatement plans, and to provide communities with low-cost, high-quality tertiary treatment of sewer effluents using isolated, nutrient starved natural wetland systems to sequester nutrients and carbon. Dr. Kemp directs a research team including post-doctoral researchers, research associates, graduate research assistants and undergraduate students, that catalyzes creative solutions to environmental resource problems with the support of federal and state governmental agencies, municipalities, private foundations, and various sectors of industry. He led a multi-disciplinary effort to characterize conditions in the Barataria and Terrebonne estuaries for the EPA National Estuary Program. Dr. Kemp has also served as a member of the National Research Council Marine Board Committee on Marine Pipeline Safety. The National Research Council is the research arm of the National Academy of Sciences and the Committee issued its findings in early 1994. He has been appointed by various Governors to serve on three advisory task forces charged with developing environmental and wetlands policy, and from 1998 – 2003 was more directly engaged in policy-making on coastal restoration under contract to the Governor's Office of Coastal Activities. Dr. Kemp has been accepted by 6 different jurisdictions as an expert witness in hydrology and sedimentology.

Amplified Resume                                                                   G. Paul Kemp
                                                                                     - page 3 -

PROJECTS: La. Dept. Transportation & Development – Hurricane Katrina Forensics Study, La. Board of Regents -- Hurricane Surge Modeling, La. DEQ/ East Baton Rouge City-Parish Planning Commission – Mitigating Nonpoint Source Pollution in Urban Watersheds, EPA – Modeling Support for Design of Maurepas Diversion, La. DNR Louisiana Coastal Area Study – Hydrodynamic and Landscape Modeling, La. DNR Castille Pass - Hydrodynamics and Sediment Transport, La. DNR Davis Pond – Hydrodynamic Modeling and Assessment, EPA/NSF Watershed Program, - Importance of pulsed physical events for watershed sustainability, USACE - Atchafalaya River Reevaluation, Office of the Governor - Scientific Advice to Amplified Resume the Office of Coastal Activities, EPA/ La. DEQ-PI, Characterization Report, Barataria-Terrebonne National Estuary Program; USGS - Critical physical processes of wetland loss; NOAA (Estuarine Habitat Research Program) - Use of sediment fences for marsh restoration and creation; USFWS - An evaluation of the impact of hydroperiod on marsh surface elevation change in marshes subjected to varying rates of relative sea-level rise; USACE (Waterways Experiment Station) - Wave action and erodibility of cohesive sediments in wetlands; USACE (Waterways Experiment Station) - The Fina-Laterre mitigation bank: monitoring designed to evaluate the effects of management decision making; City of Breaux Bridge - Use attainability analysis of municipal wastewater discharge to forested wetlands at Breaux Bridge, La.; Lake Pontchartrain Basin Foundation - Re-analysis of the Bonnet Carre spillway project; City of Morgan City - Flood damage reduction analysis and planning; USGS - Subsidence of wetlands associated with forced drainage.

Science Director (Sept. 1991 - Jan. 1994), Executive Director (June 1989 - June 1990), Coalition to Restore Coastal Louisiana, Baton Rouge, Louisiana

Beginning during a one year sabbatical from Woodward-Clyde, Dr. Kemp became the first Executive Director of the Coalition to Restore Coastal Louisiana (Coalition) and assisted in the framing of needed legislation at the state and federal levels. The Coalition is a broad-based non-profit organization dedicated to returning Louisiana's Mississippi River delta area to environmental (and economic) sustainability. Later, he returned to work full-time as Science Director and was responsible for daily operations and, with others, for the growth of this organization to an annual budget of nearly $300,000, solicited primarily from private charitable foundations. The Coalition has emerged as a responsible, scientifically credible source of information about the nature of wetland loss in Louisiana and the full range of solutions available. Coalition advice and testimony have been solicited in both technical and civic forums, including the U.S. Congress and Senate. These efforts have contributed to passage of legislation at the state and federal level and in approval of a state constitutional amendment, really the first statewide environmental referendum. The Coalition currently heads up citizen involvement with the multi-agency Task Force that has controlled coastal restoration planning and the expenditure of approximately $60 million annually since 1991 in one of the most ambitious habitat restoration efforts in progress anywhere. More recently, the Coalition has been effective in bringing more of the nation's leading wetland scientists into the agency planning effort to increase scientific credibility. The Coalition sponsors educational field trips to coastal research facilities for primary and secondary school children and has coordinated statewide planning for recycling Christmas trees into marsh building sedimentation fences.

Amplified Resume                                    G. Paul Kemp
                                                    - page 4 -


Project Scientist (Nov., 1987 - Aug., 1991) Woodward-Clyde Consultants, Baton Rouge, Louisiana

Initiated Coastal Sciences group for the Gulf Coast Operating Unit, headquartered in Baton Rouge. Helped introduce GIS and other technology and otherwise contributed to success of an office that grew from 35 to 200 persons. Dr. Kemp headed several successful proposal teams that resulted in major

projects with various petrochemical and metals firms. Managed groundwater assessment and remediation projects in several states. Contributed nationwide to the solution of sediment transport problems unique to wetland and coastal projects. For two rivers in the Great Lakes region, Dr. Kemp carried out sampling and hydrographic characterization programs to guide remediation of PCB-contaminated sediments. He also played an on-site role in developing the shoreline cleanup assessment team (SCAT) approach to providing clean-up options following the grounding of the Exxon Valdez in Prince William Sound, Alaska. He was principal investigator on two coastal sedimentation research projects, one in King's Bay, Georgia, and the other in the marshes of Terrebonne Parish, Louisiana.

Post-Doctoral Researcher (Jan., 1987 - Oct., 1987), Coastal Ecology Institute, Louisiana State University

Reduced data generated by a multi-disciplinary research team into a final project report for the United States Fish and Wildlife Service. Work involved development of artificial methods to enhance deposition of fine-grained sediments in sea-level wetlands undergoing rapid submergence. Duties included collaboration with scientists from The Netherlands, technical overview, development of conceptual and numerical models, and interaction with the public. Drafted collaborative papers and proposals based on this work.

Hydrogeologist (1985 – 1986), Groundwater Technology, Inc., Mandeville, LA.

Employed with start-up office as a hydrogeologist to manage several projects in the south-central U.S. with annual budgets from $30 to $500 K. Supervised in-house technical staff and subcontractors in all phases of work, from emergency response to aquifer rehabilitation. This involved the design, permitting, and construction of specialized water well systems and treatment facilities to decontaminate air and groundwater, as well as recover free-phase hydrocarbons (liquid or gas). Prepared technical proposals, reports, and permit applications, usually under severe time constraints, for clients and regulatory authorities. Trained geological staff in investigative methods, and upgraded PC-based data management and modeling capabilities at new regional office with a six state territory. Left to complete dissertation after IPO.

4

Amplified Resume                                    G. Paul Kemp
                                                    - page 5 -

NOAA / Knauss Congressional Fellow (1984), Office of Senator Edward M. Kennedy, Washington, D.C.

One of 10 graduate students selected in 1984 by the National Oceanic and Atmospheric Administration (NOAA). Served on the personal staff of Senator Edward M. Kennedy. Duties varied widely, ranging from background research to speechwriting and drafting of legislation. Contributed to several legislative initiatives dealing with space and ocean science, environmental protection, and resource management. Worked with the Senator, Hill staff, and constituents to see that two of these bills passed both houses of Congress (Striped Bass).

Consulting Geologist (1983), Woodward-Clyde Oceaneering, Inc., Houston, TX

Division of Oceaneering, Inc., providing geochemical, geophysical, and geotechnical consulting to the offshore oil industry (acquired wholly from Woodward-Clyde Consultants, Inc. in 1985). Employed as a Geologist on a part-time basis through most of the academic year, and full-time in the summer, collecting and evaluating geochemical and seismic data from the Navarin Basin area of the Bering Sea. Spent 2.5 months aboard ship as a scientific crew chief and subsequently drafted much of project report.

Consulting Geologist (1980 – 1983)

Free-lance consulting for companies involved in offshore oil exploration and development while a graduate student. Worked with Professors James Coleman and David Prior to analyze side-scan sonar and high-resolution sub-bottom seismic data from lease blocks slated for bidding. Purpose of work was to identify areas of potential geologic instability unsuited to the placement of fixed structures (rigs and pipelines).

Research Associate / Laboratory Manager (1977 – 1979), Department of Engineering Research, Louisiana State University

Set up a laboratory to analyze water from Louisiana wetlands for nitrogen, phosphorus, organic carbon, and other dissolved chemical species under a grant from the Water Resources Research Institute. Hired and supervised laboratory personnel in conduct of experiments into the effects of microbial decomposition on materials exchange across the sediment / water interface. Worked closely with principal investigator to analyze results and present them at scientific meetings. Research resulted in several publications.

Amplified Resume                                                    G. Paul Kemp
                                                                     - page 6 -

## PUBLICATIONS

Kemp, G.P., H.S. Mashriqui, I.Ll. van Heerden, M. Levitan, D. Braud, B.D. Ropers-Huilman, R. Cunningham, E. Evers, E. Hyfield and D. Dartez. Submitted. Forecasting surge flooding of New Orleans during Hurricane Katrina. EOS.

Mashriqui, H.S., G.P. Kemp, I.Ll. van Heerden, B.D. Ropers-Huilman, E. Hyfield, Y. Yang, K. Streva and A. Binselam. Accepted. Experimental storm surge simulations for Hurricane Katrina. Am. Inst. Hydrology

Day, J., J. Barras, E.J. Clairain, J. Johnston, D Justic, G.P. Kemp, J-Y. Ko, R. Lane, W. Mitsch, G. Steyer, and P. Templet. 2005. Implications of Global Climatic Change and Energy Cost and Availability for the Restoration of the Mississippi Delta. Ecological Engineering 24: 253-265.

Barras, J., S. Beville, D. Britsch, S. Hartley, S. Hawes, J. Johnston, G.P. Kemp, Q. Kinler, A. Martucci, J. Porthouse, D. Reed, K. Roy, S. Sapkota and J. Suhayda. 2004. Historical and Projected Coastal Louisiana Land Changes: 1978 - 2050. USGS Open File Report OFR 03-334. 40 pp.

Day, J.W., Jr., **Kemp**, G.P., Mashriqui, H.S., Lane, R.R., Dartez, D., and R. Cunningham. 2004. Development Plan for a Diversion into Maurepas Swamp Water Quality & Hydrologic Modeling Components. U.S. Environmental Protection Agency, Region 6, Coop. Agreement X-986946-01 (http://www.epa.gov/Arkansas/6wq/ecopro/em/cwppra/maurepas/).

Reyes, E., J. Martin, J. Day, P. Kemp, and H. Mashriqui. 2004. River forcing at work: ecological modeling of prograding and regressive deltas. Wetlands Ecology and Management. 12(2): 103-114.

Day, J., P. Templet, J.-Y. Ko, W. Mitsch, P. Kemp, J. Johnston, G. Steyer, J. Barras, D. Justic, E. Clairain, and R. Theriot. 2004. El delta del Rio Misisipi: Funcionamiento del sistema, impactos ambientales y manejo sustentable (The Mississippi Delta: System Functioning, Environmental Impacts, and Sustainable Management). Pp. 851-882. In M. Caso, I. Pisanty and E. Ezcurra (Eds.). Diagnostico Ambinetal del Gulfo de Mexico (Environmental Diagnosis of the Gulf of Mexico). Instituto Nacional de Ecologia (INE-SEMARNAT), Mexico City, Mexico.

Lane, R., Kemp, G. P., Mashriqui, H. S., Day, J. W., and Hamilton, A. 2003. Potential nitrate removal from a river diversion into a Mississippi delta forested wetland. Ecological Engineering 20: 237-249.

Reyes, E., J.F. Martin, J.W. Day, G.P. Kemp, H. Mashriqui. 2003. Impact of sea level rise on coastal landscapes. Chpt. 7. In: Ning, Z.H., R. E. Turner, T. Doyle, and K. Abdollahi. 2002. Integrated Assessment of the Climate Change Impacts on the Gulf Coast Region - Foundation Document. Published by GCRCC and LSU Press.

6

Reyes E., J.F. Martin, M.L. White, J.W. Day, G.P. Kemp, 2003. Habitat changes in the Mississippi Delta: future scenarios and alternatives. Chap. 5. 119-142, In: R. Costanza and A. Voinov (eds.), Landscape Simulation Modeling: A spatially explicit, dynamic approach. Springer-Verlag. New York.

Lane, R., J. Day, G. Kemp, and B. Marx. 2002. Seasonal and spatial water quality changes in the outflow plume of the Atchafalaya River, Louisiana, USA. 2001. Estuaries. 25 (1): 30-42.

Martin, J., E. Reyes, P. Kemp, H. Mashriqui, and J. Day. 2002. Landscape modeling of the Mississippi delta. BioScience. 52: 357-365.

Are, D., P. Kemp, G. Guistina, J. Day and F. Scarton. 2002. A portable, electrically-driven Dutch cone penetrometer for geotechnical measurements in soft estuarine sediments. Journal of Coastal Research. 18: 372-378.

Lane, R., J. Day, G. Kemp, and D. Demcheck. 2001. The 1994 experimental opening of the Bonnet Carre spillway to divert Mississippi River water into Lake Pontchartrain, Louisiana. Ecological Engineering. 17: 411-422.

Reyes, E., M. L. White, J.F. Martin, G.P. Kemp, J.W. Day, Jr., and V. Aravamuthan. 2000. Landscape modeling of coastal habitat change in the Mississippi delta. Ecology 81(8): 2331-2349.

Martin, J. F., M. L. White, G.P. Kemp, J.W. Day, Jr., and H. Mashriqui. 2000. Evaluation of coastal management plans with a spatial model: Mississippi Delta, Louisiana, USA. Environmental Management 26(2): 117-129.

Cardoch, L., J. Day, J. Rybczyk, and G.P. Kemp. 2000. An economic analysis of using wetlands for treatment of shrimp processing wastewater -- a case study in Dulac, LA. Ecological Economics. 33(1): 93-101.

Kemp, G. P., J.W. Day, Jr., D.J. Reed, D. R. Cahoon and M. Wang. 1999. Sedimentation, consolidation and surface elevation change in two salt marshes of the Mississippi River deltaic plain: Geotechnical aspects of wetland loss. IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed and R.E. Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P.15-34.

Reyes, E., J.F. Martin, M.L. White, J.W. Day, Jr., G.P. Kemp. 1999. Landscape modeling in coastal Louisiana: regional mechanisms of wetland loss. IN Rozas, L.P., J.A. Nyman, C.E. Proffitt, N.N. Rabalais, D.J. Reed and R.E. Turner (eds.)Proc. Conf. Recent Research in Coastal Louisiana, February 2-5, 1998, Lafayette, LA. P. 202-217.

Boumans, R., J. Day, G.P. Kemp, and K. Kilgen. 1997. The effect of intertidal sediment fences on wetland surface elevation, wave energy, and vegetation establishment in two Louisiana coastal marshes. Ecological Engineering. 9:37-50.

Kemp, G.P., J.N. Suhayda, H.S. Mashriqui, I. Ll. van Heerden and O. Malbrough. 1995. Assessment of the Impact of the Wax Lake Outlet Weir on the Water Levels and Sedimentation with the Lower Atchafalaya River. Open File Report to City of Morgan City, Natural Systems Management and Engineering Program, Louisiana State University.

Day, J.W., Jr., D. Reed, J.N. Suhayda, G.P. Kemp, D. Cahoon, R.M. Boumans and N. Latif. 1994. Physical Processes of Marsh Deterioration In (H.H. Roberts, ed.) Critical Physical Processes of Wetland Loss 1988-1994, Final Report to U.S. Geol. Survey, Reston, Va.

Templet, P. H., M. A. Reams, G. P. Kemp. 1993. Hazardous Waste Taxes in Louisiana and Their Effect on Importation. Hazardous Waste and Hazardous Materials 10 (1): 97 - 104.

Suhayda, J.N., G. P. Kemp, R. S. Jones and J. Peckham. 1991. Restoration of wetlands using pipeline transported sediments, IN Coastal Depositional Systems in the Gulf of Mexico, Proc. GCS/SEPM Found. 12th Ann. Res. Conf., Dec. 8-11, Houston, TX.

Nakashima, L. D., S. V. Cofer-Shabica, J. W. Day, Jr., R. Knaus, R. Delaune, D. Reed, G. P. Kemp and E. H. Owens. 1991. Marsh/mudflat sedimentation, Cumberland Island, Georgia., Coastal Zone '91, Seventh Symposium on Coastal and Ocean Management, July 8-12, 1991, Long Beach, CA.

Owens, E. H., and G. P. Kemp. 1989. Toxic Materials in the Coastal Zone - The Implications of Sea-Level Rise for Siting Analyses and Risk Assessment; Proc. 1989 Pacific Basin Conf. on Hazardous Waste, Singapore, April 2-7, East-West Center, Honolulu.

Kemp, G. P., and J. T. Wells. 1987. Observations of shallow-water waves over a fluid mud bottom: implications to sediment transport , In (N. C. Kraus, ed.) Coastal Sediments '87, Proc. Spec. Conf. Adv. in Understanding Coastal Sediment Processes, New Orleans, LA., 12-14 May, 1987. Am. Soc. Civil Engrs., Vol I: 363-378.

Wells, J. T., and G. P. Kemp. 1985. Interaction of surface waves and cohesive sediments: field observations and geologic significance. In (A. J. Mehta, ed.) Cohesive Sediment Dynamics: Lecture Notes on Coastal and Estuarine Studies No. 14. Springer-Verlag, New York.

Kemp, G. P., W. H. Conner, and J. W. Day, Jr. 1985. Effects of flooding on decomposition and nutrient cycling in a Louisiana swamp forest. Wetlands 5: 35-51.

Amplified Resume                                         G. Paul Kemp
                                                         - page 10 -

Presented Papers

Kemp, G. P., D. Davis, C. Willson, J. Day, E. Reyes, and E. Hyfield. The role of very large, infrequent diversions in the formation, maintenance and restoration of the Mississippi Delta. Coastal Restoration and Enhancement Through Science and Technology (CREST). Lafayette, LA April 12-13, 2005.

Kemp, G. P. Role of Wetlands for Water Quality Improvement and Implications for East Baton Rouge Parish. Wetlands Steering Committee Meeting. Baton Rouge, LA. August 12, 2005.

Kemp, G. P. and H. S. Mashriqui. Accepted. Using SWAMPSUSTAIN to forecast coastal swamp forest response to reintroduction of Mississippi River water after a century of isolation. 17th Biennial Conference of the Estuarine Research Federation, October 16-21, 2005, Norfolk, VA.

Kemp, G. P. A Louisiana perspectives on the U.S. Oceans Commission and Pew Commissions Reports. 19th International Conference. The Coastal Society. Newport, RI May 23 – 26, 2004.

Kemp, G. P., and D. J. Reed. Quantifying and reducing uncertainty in wetland restoration forecasts for the Mississippi River deltaic plain: the CLEAR Program. First National Conference on Ecosystem Restoration. December 6-10, 2004 Orlando

Kemp, G.P., Suhayda, J.N., Day, J.W., Jr., and R. M. J. Boumans. The WESWAVES project: wave action and the erodibility of salt marsh soils. Proc. National Interagency Workshop on Wetlands Technology Advances for Wetlands Science. 3-7 April, 1995. 264-268.

Kemp, G. P., Suhayda, J. N., Boumans, R. M., Day, J. W., Jr. and G. Williams. Wave/sediment interactions in coastal wetland ponds in Louisiana. Coastal Zone '93, Eighth Symp. on coastal and Ocean Management, New Orleans, 19- 23 July, 1993

Kemp, G. P., and J. T. Wells. Dynamics of nearshore mud deposition: Louisiana Chenier Plain. Eleventh Int. Cong. on Sedimentology, McMaster Univ., Hamilton, Ontario. 22-27 August, 1982.

Kemp, G. P., I. Ll. van Heerden, and R. Hamiter. Statistical classification of cold fronts in coastal Louisiana. Ann. Mtg. La. Acad. Sci., Alexandria, LA. March, 1981.

Kemp, G. P., and J. W. Day, Jr. Floodwater processing in a Louisiana swamp. Ann. Mtg., Gulf Estuarine Res. Fed., Pensacola, FL. 9-11 October, 1980.

Kemp, G. P., and J. W. Day, Jr. Nutrient dynamics in a hydrologically disrupted Louisiana delta swamp. Ann. Mtg., Am. Soc. Limnol. and Oceonogr., Stony Brook, NY. 18-21, June 1979.

Amplified Resume                                                    G. Paul Kemp
                                                                    - page 11 -

Kemp, G. P., D. Lindstedt, and L. Peeler. Effects of storm water pumpage on Lake Pontchartrain, Louisiana. 27th Ann. Mtg., Am. Inst. Bio. Sci. 1-4 June, 1976.