UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO:  MRGO, *Robinson,* (No. 06-2268) | |

## PLAINTIFFS' REQUEST FOR DISCOVERY PURSUANT TO RULE 56(f)

Plaintiffs' Opposition to the Government's Motion to Dismiss filed concurrently herewith argues that (1) the Government's Motion, while purporting to be filed pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction, is in reality a *de facto* motion for summary judgment under Rule 56 that inappropriately contests the merits of Plaintiffs' case; (2) substantial disputed issues of material fact are evident from Defendants' Motion and its unauthenticated evidence; and (3) Plaintiffs are entitled to conduct discovery before any determination of disputed facts raised in the Motion.  Plaintiffs have requested in their Opposition that if the Court does not deny the Motion, any ruling on the Motion should be held in abeyance until Plaintiffs have had a reasonable opportunity to conduct discovery

1

with respect to the controverted facts.  Plaintiffs have filed concurrently herewith the Declaration of Nina Froeschle ("Froeschle Declaration") in support of this Request.   As required under Rule 56(f), the accompanying Froeschle Declaration describes numerous factual controversies that the Government has placed at issue in its Motion and references Plaintiffs' evidence supporting the existence of the contested facts.

These areas in which Plaintiffs request discovery include:

- What is a "flood control project";

- Whether the construction of the Seabrook Lock was authorized by Congress;

- Whether the Seabrook Lock was ever built;

- Whether the Seabrook Lock was considered a flood control project;

- Whether if the Seabrook Lock was considered a flood control project, it altered the purpose of the MR-GO as a navigational waterway;

- What is the definition of a "levee";

- What is the definition of a "flood wall";

- Whether "levees" were placed along the MR-GO as part of the Lake Pontchartrain and Vicinity Hurricane Protection Project;

- If structures or spoilbanks were placed along the MR-GO, did those structures or spoilbanks meet the specifications and objective criteria for "levees" set by professional standards and/or the Army Corps;

- Assuming there are "levees" along the MR-GO, what was the purpose of the "levees" (*i.e.*, to assist in navigation or to protect against flooding or was there a dual purpose of both navigation and flood control); and

- Whether any "levees" along the MR-GO were built and financed by state or local government.

At this early stage of the litigation, Plaintiffs have had no opportunity to conduct discovery and require the protections afforded by Rule 56(f) in order to ascertain the facts, documents, and testimony necessary to respond to the attack on the merits launched in the Government's Motion. *See* Rule 56(f); *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 256 (1986) ("[T]he plaintiff must present affirmative evidence in order to defeat a properly supported motion for summary judgment. This is true even where the evidence is likely to be within the possession of the defendant, *as long as the plaintiff has had a full opportunity to conduct discovery*.") (emphasis added); *accord Brown v. Mississippi Valley State University*, 311 F.3d 328, 333 (5th Cir. 2002); *see also McAllister v. F.D.I.C.*, 87 F.3d 762, 766 (5th Cir. 1996) ("When a district court makes factual determinations decisive of a motion to dismiss for lack of jurisdiction, it must give plaintiffs an opportunity for discovery and a hearing that is appropriate to the nature of the motion to dismiss.").

For all of these reasons, Plaintiffs respectfully request the Court to grant this Request for Discovery if it determines to consider the Government's attack on the merits of Plaintiffs' case.

Dated: August 21, 2006                  Respectfully submitted,

                                        **O'Donnell & Mortimer LLP**

                                        By: _____
                                        Pierce O'Donnell (*pro hac vice*)
                                        Nina D. Froeschle (*pro hac vice*)
                                        550 South Hope Street, Suite 2000
                                        Los Angeles, California 90071-2627
                                        Telephone: (213) 532-2000
                                        Facsimile:  (213) 532-2020

**The Andry Law Firm, LLC**

By:

    Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile:  (504) 585-1788

**Bruno & Bruno**
Joseph M. Bruno (LSBA No. 3604)
David S. Scalia (LSBA No. 21369)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile:  (337) 233-2796

**Fayard & Honeycutt**
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile:  (213) 481-1554

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Levin, Papantonio, Thomas, Mitchell**
**Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier &**
**Warshauer, LLC**
Gerald E. Meunier  (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a**
**Professional Law Corporation**
Elwood C. Stevens, Jr.  (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett  (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577

**Law Office of Frank J. D'Amico, Jr. APLC**
Frank J. D'Amico, Jr. (LSBA No. 17519)
Richard M. Exnicios, Esq. (LSBA No. 25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone: (504) 799-3080
Facsimile:  (504) 799-3085

**Attorneys for Plaintiffs**


## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of August, 2006, I served a true copy of the

Plaintiffs' Request for Discovery Pursuant to Rule 56(f) upon counsel for the United States

of America by electronic mail, facsimile, or first class mail.

JONATHAN B. ANDRY