UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| VERSUS | NO: 05-4182 |
| | SECTION: "K" (2) |

ATTACHMENTS TO DOCUMENT NO. ~~1002~~ 1003

DESCRIPTION: Plaintiff's Opposition to Government's Motion to Dismiss Exhibits A-NN (4 Volumes)

FILED BY: Jonathan Andry counsel for plaintiffs (06-2268)

FILE DATE: 8/21/06

ARE LOCATED IN THE CLERK'S OFFICE.