UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION TO RESET HEARING DATE OF DEFENDANT UNITED STATES' MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

Defendant United States' Motion to Dismiss is scheduled for hearing on October 4, 2006 with oral argument.

Several of undersigned counsel are unavailable to attend the hearing as scheduled for October 4, 2006 and respectfully request that the Court continue the hearing to September 27, 28, or 29, 2006. Defense counsel for the United States, Tess Finnegan and Ralph Hubbard have consented to the instant motion and are available on September 27, 28, and 29, 2006.

WHEREFORE, the plaintiffs respectfully request that the hearing of Defendant United States' Motion to Dismiss, presently scheduled for October 4, 2006, be rescheduled and set on September 27, 28, or 29, 2006.

Respectfully submitted,

**Domengeaux Wright Roy & Edwards LLC**

By: _____
James P. Roy (LSBA No. 11511)
Bob F. Wright (LSBA No. 13691)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**O'Donnell & Mortimer LLP**

Pierce O'Donnell (pro hac vice)
Nina D. Froeschle (pro hac vice)
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**The Andry Law Firm, LLC**

Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Bruno & Bruno**

Joseph M. Bruno (LSBA No. 3604)
David S. Scalia (LSBA No. 21369)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**Fayard & Honeycutt**

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**Girardi & Keese**

Thomas V. Girardi (pro hac vice)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**

Clay Mitchell (pro hac vice)
Matt Schultz (pro hac vice)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**McKernan Law Firm**

Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**

Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**

Elwood C. Stevens, Jr. (LSBA No. 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Cotchett, Pitre, Simon & McCarthy**

Joseph W. Cotchett (pro hac vice)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Frank J. D'Amico, Jr.**

Frank J. D'Amico, Jr. (LSBA No. 17519)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561

**Salas & Co., LC**

Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I, James Parkerson Roy, hereby certify that on this ___21st___ day of ___August___, 2006, I served a true copy of the Plaintiffs' Memorandum in Support of Motion to Reset Defendant, United States' Motion to Dismiss upon counsel for the United States of America and liaison counsel for plaintiffs and defendants by electronic mail, facsimile, or first class mail.

_____
JAMES PARKERSON ROY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: MRGO, *Robinson* (06-2268)

### CERTIFICATE OF COMPLIANCE

Nina Froeschle (one of counsel for plaintiffs) has informed undersigned that they contacted Tess Finnegan and Ralph Hubbard, counsel for defendant, United States of America and they have **no opposition** to plaintiffs filing the aforementioned Motion to Reset the hearing date of Defendant, United States' Motion to Dismiss.

Respectfully submitted,

**Domengeaux Wright Roy & Edwards LLC**

By: _____
James P. Roy (LSBA No. 11511)
Bob F. Wright (LSBA No. 13691)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796