UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## ORDER

**Considering the foregoing** unopposed Motion to Reset Defendant, United States' Motion to Dismiss;

**DENIED**

**IT IS HEREBY ORDERED** that United States' Motion to Dismiss, previously set for October 4, 2006, is reset for hearing at _____ a.m. on the _____ day of September, 2006.

New Orleans, Louisiana, this 21st day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

The Court scheduled this matter telephonically and the Court cannot reschedule this matter as its schedule will not allow it.

___ Fee
___ Process
_X_ Dktd
_/_ CtRmDc
___ Doc. No.