

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | | |
| RESPONDER CASES AND TO * | | JUDGE DUVAL |
| NOS.  05-4181 * | | |
|         06-1850 * | | MAGISTRATE WILKINSON |
|         06-1885 * | | |
|         06-4024 * | | |
|         06-4389 * | | |
| * * * * * * * * * * * * * * * * * | | |

### MOTION FOR SANCTIONS

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885, 06-4024 and 06-4389, appearing through undersigned counsel, and move this Honorable Court for the imposition of sanctions against the attorney for Boh Bros. Construction Co., L.L.C., namely Michael R.C. Riess, Esq. The grounds for this Motion for Sanctions are that Mr. Riess is guilty of Misconduct, as that term is used in the Louisiana Rules of Professional Conduct and more particularly in Rule 8.4, and for his violation of Rules 8.4(a), (c), (d) and (g), as well as his violation of Rules 3.1, 3.3(a) (1) and (a)(3), and 3.4(a), (b) and (d). This Motion for Sanctions will be supported in due course with the official transcripts of Mr. Riess' representations to the Court, and misconduct, and by affidavit evidence, which is dependent, in part, on the preparation of the transcripts.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 22nd day of August 2006.

_____