UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | | |
| RESPONDER CASES AND TO * | | JUDGE DUVAL |
| NOS. 05-4181 * | | |
| 06-1850 * | | MAGISTRATE WILKINSON |
| 06-1885 * | | |
| 06-4024 * | | |
| 06-4389 * | | |
| * * * * * * * * * * * * * * * * * | | |

MEMORANDUM IN SUPPORT OF
MOTION FOR SANCTIONS

MAY IT PLEASE THE COURT:

This memorandum is filed primarily to comply with Local Rule 7.4, which requires that a "Memorandum in Support" accompany all motions noticed for hearing. Today's date, August 22, 2006, is the last day on which Motions to be heard on Wednesday, September 6, 2006, can be filed and noticed for hearing. Undersigned counsel previously attempted to have Mr. Riess' Motion to Impose Sanctions and/or for Protective Order continued, so as to permit the preparation of the relevant official transcripts and affidavits, so that both Sanctions Motions could be heard at one and the same date. However, the Court *sua sponte* refused to continued the September 6th

-1-

hearing date. Since the official transcripts have not yet been prepared by the Court Reporter(s), neither the transcripts nor supporting affidavits can be filed at this time. Accordingly, movers reserve the right to supplement once the official transcripts are in hand.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 22ND day of August 2006.

_____