UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NOS.  05-4181 | * | |
| 06-1850 | * | MAGISTRATE WILKINSON |
| 06-1885 | * | |
| 06-4024 | * | |
| 06-4389 | * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

To:   MICHAEL R. C. RIESS, ESQ.
      201 St. Charles Avenue, Suite 3300
      New Orleans, LA 70170-3300

PLEASE TAKE NOTICE that Plaintiffs will bring the attached Motion for Sanctions for hearing before the Honorable Stanwood R. Duval, at 9:30 A.M., on September 6, 2006, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____

Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 22ND day of August 2006.