## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE   (06-1672, 06-1673, 06-1674) | § | |
| _____ | § | |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

**MAY IT PLEASE THE COURT:**

Additional time is required to answer the numerous motions filed by defendants due to the complex nature and voluminous pleading and exhibits. It is respectfully submitted that a ten day extension of time will not bias this matter.

Response to these motions are due on August 29, 2006, therefore this matter must be held on an expedited basis.

Respectfully submitted,

Joseph Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 525-1335
Fax: (504) 561-6775

-and-

Calvin C. Fayard, Jr. (No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

-and-

John N. Ellison, Esq.
Darin McMullen, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Ph: (215) 568-4202
Fax: (215) 568-4375

-and-

Joseph J. McKernan (La. Bar No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

-and-

2

Drew Ranier (La. Bar No. 8320)
N. Frank Elliot III (La. Bar No. 23054)
Larry D. Dyess (La. Bar No. 19555)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

**Attorneys For Representative Policyholders**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and attached order has been served upon counsel of record, via U.S. Mail, postage prepaid and properly addressed, and via facsimile and/or electronic mail, this 23rd day of August, 2006.

_____

JOSEPH BRUNO

3