## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE   (06-1672, 06-1673, 06-1674) | § § § § § | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that plaintiff's attorney **JOSEPH BRUNO** will bring for hearing the attached Motion on the 25th day of August, 2006 at 8:30 a.m. before the United States District Court for the Eastern District of Louisiana, 600 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

_____
Joseph Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 525-1335
Fax: (504) 561-6775

-and-

Calvin C. Fayard, Jr. (No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

-and-

John N. Ellison, Esq.
Darin McMullen, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Ph: (215) 568-4202
Fax: (215) 568-4375

-and-

Joseph J. McKernan (La. Bar No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

-and-

Drew Ranier (La. Bar No. 8320)
N. Frank Elliot III (La. Bar No. 23054)
Larry D. Dyess (La. Bar No. 19555)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

**Attorneys For Representative Policyholders**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and attached order has been served upon counsel of record, via U.S. Mail, postage prepaid and properly addressed, and via facsimile and/or electronic mail, this 23rd day of August, 2006.

_____
JOSEPH BRUNO