## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE   (06-1672, 06-1673, 06-1674) | § | |
| | § | |

### MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSES/OPPOSITIONS TO MOTIONS

**NOW COME** the plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Shawn and Angelina Burst, Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, who are the Representative Policyholders in the Chehardy matters, by and through the undersigned counsel of record, who respectfully move this Honorable Court for an Order granting them ten (10) additional days

to file responses/oppositions to the various motions filed by the defendant insurance companies on August 15, 2006.

1.

Under the Court's current Scheduling Order, the plaintiffs' responses/oppositions pleadings are required to be filed by August 29, 2006. The defendants have filed several motions and voluminous pleadings and exhibits. Those motions were filed on August 15, 2006. The plaintiffs are only requesting ten (10) additional days to prepare and file their responses/oppositions to these motions.

2.

The plaintiffs request an extension of time to file their responses/oppositions to the defendant insurance companies' recently filed motions until Friday, September 8, 2006.

3.

Counsel for the plaintiffs has spoken to Liaison Counsel for the defendant insurance companies, and he has no objection to the granting of a ten (10) day extension of time for the plaintiffs to file their responses/oppositions, as long as defendants have a like time for reply before a hearing.

4.

No party will be prejudiced by the granting of this motion for extension of time.

WHEREFORE, the plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Shawn and Angelina Burst, Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, respectfully request that this Honorable Court grant a ten (10) day extension of time from August 29, 2006,

until September 8, 2006, to file responses/oppositions to the defendant insurance companies' motions filed on August 15, 2006, in this matter.

                Respectfully submitted,

                _____
                Joseph Bruno (La. Bar No. 3604)
                David S. Scalia (La. Bar No. 21369)
                BRUNO & BRUNO
                855 Baronne Street
                New Orleans, LA 70113
                Ph: (504) 525-1335
                Fax: (504) 561-6775

-and-

Calvin C. Fayard, Jr. (No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

-and-

John N. Ellison, Esq.
Darin McMullen, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA  19103
Ph: (215) 568-4202
Fax: (215) 568-4375

-and-

Joseph J. McKernan (La. Bar No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

-and-

Drew Ranier (La. Bar No. 8320)
N. Frank Elliot III (La. Bar No. 23054)
Larry D. Dyess (La. Bar No. 19555)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

**Attorneys For Representative Policyholders**


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and attached order has been served upon counsel of record, via U.S. Mail, postage prepaid and properly addressed, and via facsimile and/or electronic mail, this 22nd day of August, 2006.

_____
JOSEPH BRUNO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE  (06-1672, 06-1673, 06-1674) | § | |
| | § | |

## ORDER

Considering the foregoing Motion for Extension of Time to File Responses/Oppositions to Motions,

IT IS ORDERED, that the plaintiffs are GRANTED a ten (10) day extension of time from August 29, 2006, until September 8, 2006, to file responses/oppositions to the defendant insurance companies' motions filed on August 15, 2006.

New Orleans, Louisiana, this _____ day of August, 2006.

```
                                        _____
                                        THE HONORABLE STANWOOD R. DUVAL, JR.
```