# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § PERTAINS TO: § INSURANCE   (06-1672, 06-1673, 06-1674) § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

## ORDER

Considering the foregoing Motion for Extension of Time to File Responses/Oppositions to Motions,

IT IS ORDERED, that the plaintiffs are GRANTED a ten (10) day extension of time from August 29, 2006, until September 8, 2006, to file responses/oppositions to the defendant insurance companies' motions filed on August 15, 2006.

New Orleans, Louisiana, this _____ day of August, 2006.

_____
THE HONORABLE STANWOOD R. DUVAL, JR.