UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE: WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

Pursuant to the Court's Minute Entry of July 14, 2006, Liaison Counsel on behalf of the Levee Breach Litigation Group, Joseph M. Bruno, hereby respectfully requests leave to file the attached Motion to Use Laptop Computers at Oral Argument.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and permit leave to file the attached motion. A Proposed Order is attached.

Dated this 23rd day of August, 2006.

Respectfully submitted,

_____
JOSEPH M. BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
L. SCOTT JOANEN (La. Bar No. 21431)
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL
ON BEHALF OF THE LEVEE
BREACH LITIGATION GROUP**

-1-

Daniel E. Becnel, Jr. (La. Bar No. 2926)<br>
Calvin Fayard (La. Bar No. 5486)<br>
Hugh P. Lambert (La. Bar No. 7933)<br>
Gerald E. Meunier (La. Bar No. 9471)<br>
**EXECUTIVE COMMITTE OF THE**<br>
**LEVEE BREACH LITIGATION GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23 day of August, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

_____
JOSEPH M. BRUNO

-2-