UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

**MOTION FOR LEAVE
AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendant, **GOTECH, Inc.,** (GOTECH), respectfully requests leave to file (1) a Disclosure in accordance with this Court's Order and (2) a Reply Memorandum in response to the Omnibus Memorandum and Sur-Reply filed by the Levee Breech Litigation Group ("Plaintiffs") in opposition to the motions for summary judgment of GOTECH, Inc.

GOTECH's Motion for Summary Judgment is set for **August 25, 2006.**

**DISCLOSURE**

1.

On April 11, 2006, this Court issued an Order, requiring, among other things, that "all defendants shall disclose **no later than April 20, 2006**, any connection they may have relative to the design, construction, or maintenance of the 17th Street, London Avenue or Industrial Canal Levees with specificity and shall include in these Disclosure[s] whether any related or subsidiary companies were also involved." [Doc. 69].

2.

GOTECH was not brought in to this consolidated lawsuit until July, 2006. (GOTECH was served in Civil Action No. 05-6073(Kirsch) in July, 2006 and was served in Civil Action No. 05-4181(O'Dwyer) on July 27, 2006).

.                                  3.

On August 3, 2006, GOTECH filed a Motion for Summary Judgment based on peremption [Doc. 894], which is currently set for hearing on August 25, 2006 [Doc. 893].

4.

To date, GOTECH has not filed a Disclosure in accordance with this Court's Order of April 11, 2006.

5.

GOTECH wishes to file its Disclosure to prevent Plaintiffs from arguing that GOTECH's peremption motion is premature because GOTECH has not made the court ordered disclosure.

6.

Plaintiffs will not be prejudiced by the filing of GOTECH's Disclosure because the information contained in the disclosure is already contained in the affidavits attached to GOTECH's Motion for Summary Judgment. *See,* Exhibits "A" and "B" to the GOTECH motion and supporting documents attached thereto. [Doc. 894-3].

**REPLY MEMORANDUM**

7.

On June 1, 2006, defendants Burk-Kleinpeter, Inc. (BKI), Modjeski and Masters, Inc.

(M&M) and Eustis Engineering Company, Inc. (Eustis), (collectively the "Engineers"), filed a Joint Motion based on peremption. [Doc. 463.]

8.

On June 29, 2006, Plaintiffs filed an Omnibus Memorandum in Opposition to the Joint Motion of Eustis, BKI and M&M. [Doc. 694].

9.

On July 10, 2006, Eustis, BKI and M&M filed a Joint Reply to Plaintiffs' Omnibus Memorandum in Opposition to the Joint Motion of the Engineers. [Doc. 747]

10.

GOTECH was served in Civil Action No. 05-6073(Kirsch) in July, 2006 and was served in Civil Action No. 05-4181(O'Dwyer) on July 27, 206.

11.

On August 3, 2006, GOTECH filed a Motion for Summary Judgment based on peremption, similar to that of the Engineers' Joint Motion. [Doc. 894].

12.

On August 18, 2006, Plaintiffs filed a Motion for Leave to file a Sur-Reply to the Joint Reply Memorandum of the Engineers' **and GOTECH, Inc.'s Motion for Summary Judgment.** [Doc. 946].

13.

The Sur-Reply adopts all of the arguments, affidavits and exhibits set for in Plaintiffs' Omnibus Memorandum and Sur-Reply in opposition to GOTECH's Motion. [Doc. 946].

14.

GOTECH respectfully requests that it be allowed to respond to the arguments, exhibits and affidavits in Plaintiffs' Omnibus Memorandum and Sur-Reply that the Plaintiffs are seeking to adopt in opposition to the GOTECH Motion.

By attorneys:

**LONG LAW FIRM, L.L.P.**

  s/Adrian G. Nadeau
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana   70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com

## CERTIFICATE

I HEREBY CERTIFY that on August 24, 2006, I electronically filed the foregoing with the Clerk or Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Adrian G. Nadeau
**ADRIAN G. NADEAU**