## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL |
| | MAG. WILKINSON |

### DISCLOSURE

In accordance with this Court's order of April 11, 2006, which requires, among other things, that "all defendants shall disclose **no later than April 20, 2006**, any connection they may have relative to the design, construction, or maintenance of the 17th Street, London Avenue or Industrial Canal Levees with specificity and shall include in these disclosure[s] whether any related or subsidiary companies were also involved," GOTECH, Inc. (GOTECH), makes the following disclosure.

1.

GOTECH provided no engineering services relative to the design, construction or maintenance of the 17th Street or the Industrial Canal Levees. *See*, Affidavits of Rhaoul Guillaume and Bruce Dyson and supporting documents attached thereto, attached as Exhibits "A" and "B" [Doc. 894-3], respectfully, to GOTECH's Motion for Summary Judgment [Doc. 894-1].

2.

GOTECH provided no services relative to the design, construction or maintenance of the Mississippi Gulf River Outlet (MRGO). *Id.*

3.

In 1993, GOTECH performed engineering services on the London Avenue Canal as a sub-consultant to Burk-Kleinpeter, Inc. (BKI) on a project known as the London Avenue Canal Flood Wall Improvements, Contract Three (the Project).  *Id.*

4.

GOTECH began its work on the Project in January, 1993.  *Id*

5.

GOTECH completed its design and surveying work on the Project by November, 1993.  *Id*

6.

The agreement between GOTECH and BKI specifically states: "...construction administration services and resident inspection services are not required of [GOTECH] unless the U.S. Army Corps of Engineers authorizes the OWNER [Orleans Levee Board] to perform these services."  *Id*.

7.

BKI did not request that GOTECH provide construction administration services and resident inspection services for the Project.  *Id*.

8.

GOTECH did not provide construction administration services or resident inspection services for this Project.  *Id*.

9.

GOTECH provided no other engineering services on any other London Avenue Canal project other than the Project described above.  *Id*.

By attorneys:

**LONG LAW FIRM, L.L.P.**


    s/Adrian G. Nadeau

**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana   70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com




## CERTIFICATE

I HEREBY CERTIFY that on August 24, 2006, I electronically filed the foregoing with the Clerk or Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/Adrian G. Nadeau
**ADRIAN G. NADEAU**