

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED CASES | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO | * | |
| LEVEE     (Cathy Adams, et al., | * | |
| Case No. 06-4065) | * | |

* * * * * * * * * * * * * * * * * *

## *EX PARTE* MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire & Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to Plaintiffs' Complaint for a period of 20 days, from August 28, 2006 until September 18, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the Complaint on August 8, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), St. Paul's current

<2>
</2>

deadline for filing responsive pleadings is August 28, 2006. St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

_____
RALPH S. HUBBARD, III, La. Bar. # 7040
JOSEPH P. GUICHET, La. Bar # 24441
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for St. Paul Fire & Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____