

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED CASES | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| PERTAINS TO | * | |
| LEVEE   (Cathy Adams, et al., | * | |
| Case No. 06-4065) | * | |

* * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire & Marine Insurance Company, be and is hereby granted a twenty (20) day extension of time until September 18, 2006 within which to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this ___23rd___ day of ___August___, 2006.

_____
UNITED STATES DISTRICT JUDGE

P:\RSH\06472\doc\extension.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____