

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 21 P 4:39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANTS' MOTION FOR LEAVE TO FILE
### MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

Pursuant to the Court's Minute Entry of July 14, 2006, Defendants' Liaison Counsel, Ralph S. Hubbard III, hereby respectfully requests leave to file the attached Motion to Use Laptop Computers at Oral Argument.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and permit leave to file the attached motion. A Proposed Order is attached.

Dated this 21st day of August, 2006.

___ Fee ___
___ Process ___
X / Dktd ___
✓ CtRmDep ___
___ Doc. No ___

1

Respectfully submitted,

_____
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195.

**Defendant Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Defendants' Motion to Use Laptop Computers at Oral Argument has been served upon all known counsel of record via electronic mail this 21st day of August, 2006.

_____