

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

Having considered the Defendants' Motion for Leave to File Motion to Use Laptop Computers;

**IT IS HEREBY ORDERD** that said motion is hereby GRANTED.

Signed this 23rd day of *Aug*, 2006 in New Orleans, Louisiana.

_____
JUDGE

3

___ Fee_____
___ Process_____
_X_ Dktd_____
_/_ CtRmDep_____
___ Doc No_____