FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 21 PM 4:49

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO: ALL LEVEE, MRGO RESPONDER CASES AND TO NOS. 05-4181 06-1850 06-1885 06-2268 06-4024 | MAGISTRATE (2) JUDGE DUVAL MAGISTRATE WILKINSON |

**MOTION FOR LEAVE TO
FILE SUPPLEMENTAL AMICUS MEMORANDUM**

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885 and 06-4024, appearing through undersigned counsel on the authority of This Honorable Court's Minute Entry of August 1, 2006 (Record Document No. 843), which contemplated "Amicus briefing", and move the Court for an order granting movers leave to file a Supplemental Amicus Memorandum in Opposition to the Government's Motion to Dismiss (Record Document No. 822) in Civil Action No. 06-2268. This Motion is filed upon the grounds that movers wish to bring to the Court's attention the inconsistent positions being taken by our Government, and more particularly the inconsistency between the Government's Motion to Dismiss in Civil Action No. 06-2268 on grounds of



immunity, as contrasted with admissions of liability by the Commander of the U.S. Army Corps of Engineers, Lt. Gen. Carl Strock in April 2006.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 21st day of August 2006.

-2-