UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NOS.  05-4181 | * | |
| 06-1850 | * | MAGISTRATE WILKINSON |
| 06-1885 | * | |
| 06-2268 | * | |
| 06-4024 | * | |
| * * * * * * * * * * * * * * * * * * | | |

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE
## SUPPLEMENTAL AMICUS MEMORANDUM

**MAY IT PLEASE THE COURT:**

This memorandum is filed primarily to comply with the Local Rule that requires that a Memorandum accompany all motions noticed for hearing.  Briefly, the motion being the subject of this memorandum is filed upon the grounds that movers wish to bring to the Court's attention the inconsistent positions being taken by our Government, and more particularly the inconsistency between the Government's Motion to Dismiss in Civil Action No. 06-2268 on grounds of immunity, as contrasted with admissions of liability by the Commander of the U.S. Army Corps of Engineers, Lt. Gen. Carl Strock, in April 2006.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 21st day of August 2006.

_____

-2-