

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 24  AM 10: 11

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:  * | MAGISTRATE (2) |
| ALL LEVEE, MRGO  * | |
| RESPONDER CASES AND TO  * | JUDGE DUVAL |
| NOS.  05-4181  * | |
| 06-1850  * | MAGISTRATE WILKINSON |
| 06-1885  * | |
| 06-2268  * | |
| 06-4024  * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering Certain Plaintiffs' Motion for Leave to File Supplemental Amicus
Memorandum in Opposition to the Government's Motion to Dismiss in Civil Action No.
06-2268, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs in Civil Action
Nos. 05-4181, 06-1850, 06-1885 and 06-4024 be and they are hereby granted leave to file
the referenced Supplemental Amicus Memorandum in Opposition to the Government's
Motion to Dismiss in Civil Action No. 06-2268.

New Orleans, Louisiana, this 23rd day of _____, 2006.

_____
JUDGE

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No._____