

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" |
| PERTAINS TO: <br> ALL LEVEE, MRGO <br> RESPONDER CASES AND TO <br> NOS. 05-4181 <br>        06-1850 <br>        06-1885 <br>        06-2268 <br>        06-4024 <br>        06-4389 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

### CERTAIN PLAINTIFFS'
### FIRST SUPPLEMENTAL AMICUS MEMORANDUM
### IN OPPOSITION TO THE GOVERNMENT'S
### <u>MOTION TO DISMISS</u>

**MAY IT PLEASE THE COURT:**

Who's on first?

Attached hereto and marked for identification as Exhibit Nos. 1 and 2 are fairly recent articles quoting the Commander of the U.S. Army Corps of Engineers', Lt. Gen. Carl Strock's, admission of liability for "a design failure", which caused much of the flooding of the Greater New Orleans Metropolitan Area in the wake of Hurricane KATRINA.[1] Lt. Gen. Strock has since announced his intention to retire.

---

[1] Counsel for plaintiffs is attempting to obtain the "official transcript" of Gen. Strock's admission of liability, but thus far the Public Affairs Office of the Corps' District Office are maintaining a "simian-like

-1-



Who's on first?

On the heels of General Strock's admission of liability, the U.S. Department of Justice filed a Motion to Dismiss in Civil Action No. 06-2268, invoking immunity from liability pursuant to the provisions of the Flood Control Act of 1928 and the due care and discretionary function exceptions to the Federal Tort Claims Act.

Who's on first?

What was the purpose of General Strock's admission of liability to Congress and the Press if the Department of Justice intended filing pleadings invoking immunity from liability?

Who's on first?

Plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885, 06-4024 and 06-4389 give notice to the United States of America that they will be treating General Stock's statements as precisely what they are, viz., an admission of liability, with all remaining from plaintiffs being proof of damages and causation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
**One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560**

---

stance" of see-no-evil, hear-no-evil, speak-no-evil. Accordingly, the only pubic record available at the moment are news articles.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 21st day of August 2006.

*[signature]*