* Dutile's Law of Education
* Coughlin's Professional Responsibility
* Deposition Skills

Any thoughts on teaching styles, exam/paper and attendance-policy type info, etc., or anything else really, is welcomed. Feel free to comment anonymously and/or e-mail me (bloy [at] nd.edu)… and please don't libel anyone in my comments section. :)

**Categories:** Law School                                            Comments (12) | Permalink

### Berlusconi apparently loses, won't concede
Posted by Brendan Loy on Tuesday, April 11, 2006 at 2:46 pm

Florida… King County… and now, Italy.

**Categories:** International News & Politics                         Comments (11) | Permalink

### Newt: Iraq occupation a mistake
Posted by Brendan Loy on Tuesday, April 11, 2006 at 12:07 pm

Newt Gingrich says it was "an enormous mistake for us to try to occupy [Iraq] after June of 2003," and we should now (quoting the *Argus Leader*, not Gingrich directly) "pull out of Iraq and leave a small force there, just as [we] did post-war in Korea and Germany."

**UPDATE:** Newt says the *Leader* report was misleading. Clarification here. (Hat tip: Andrew.)

**Categories:** Iraq, Iran & the Middle East                          Comments (32) | Permalink

### Report: Iran has enriched uranium
Posted by Brendan Loy on Tuesday, April 11, 2006 at 12:03 pm

Yesterday, Iran's nutjob president told his people there would be "good news" today. Today, a former president of the country said Iran has enriched uranium. (Hat tip: Malkin.)

**Categories:** Iraq, Iran & the Middle East                          Comments (14) | Permalink

### Army Corps of Engineers admits "design failure" flooded New Orleans
Posted by Brendan Loy on Tuesday, April 11, 2006 at 11:21 am

Harry Shearer at the Huffington Post points out a major Katrina blame-game development from last week that no one in the media seems to care about:

> It's still big news to most of the country, apparently, that what happened in New Orleans was a man-made, not a natural disaster. Now we're learning that there's an even better place to bury embarassing admissions than in late Friday afternoon press releases, timed to get into the least-read papers and least-watched newscasts of the week: testimony mid-week before a Senate Appropriations sub-committee.
>
> The Times Picayune, alone among the nation's major media, has the story:

EXHIBIT No 1

> In the closest thing yet to a mea culpa, **the commander of the Army Corps of Engineers acknowledged Wednesday that a "design failure" led to the breach of the 17th Street Canal levee** that flooded much of the city during Hurricane Katrina.
>
> Lt. Gen. Carl Strock told a Senate committee that **the corps neglected to consider the possibility that floodwalls atop the 17th Street Canal levee would lurch away from their footings under significant water pressure** and eat away at the earthen barriers below.
>
> "We did not account for that occurring," Strock said after the Senate Appropriations subcommittee hearing. **"It could be called a design failure."**

Nice use of the subjunctive. What else could it be called? Nixon must be kicking himself that he doesn't have Nixon to kick around any more. He should have said, "Mistakes could be said to have been made."

It could be called a journalism failure that this story will go no farther on today's news agenda. Yet, **here is the Corps admitting responsibility for the disaster in much of New Orleans, admitting, in effect, that federal taxpayers paid to drown the center of the Crescent City.**

I, for one, apologize for the journalistic failure of not blogging about this sooner. But I have an excuse: I didn't know about it, because the MSM didn't tell me! As Shearer points out in a second post, this story has not appeared in the *New York Times*, the *Washington Post*, the TV networks, NPR, etc. Nor has it been on the Drudge Report, so far as I've seen. Why not? I have no idea. In Shearer's words, **"The fact that a high-ranking official of a federal agency took the blame for the worst man-made disaster in American history should, by all reasonable criteria, be some kind of news in this country."**

More from the *Times-Picayune* article:

> A botched design has long been suspected by independent forensic engineers probing the levee failures. A panel of engineering experts confirmed it last month in a report saying the "I-wall" design could not withstand the force of the rising water in the canal and triggered the breach.
>
> But until Wednesday the corps, which designed and oversaw construction of the levees, had not explicitly taken responsibility for the mistake.
>
> "We have now concluded we had problems with the design of the structure," Strock told members of the subcommittee that finances corps operations. "We had hoped that wasn't the case, but we recognize it is the reality."
>
> **Experts from the National Science Foundation, the external review panel for the corps, said potential problems have been known for some time. They cited a 1986 corps study that warned of just such separations in the floodwalls.**
>
> But Strock told the panel that the corps was unaware of the potential hazard before Aug. 29, when Hurricane Katrina drove a massive surge of water against New Orleans' storm-protection system. He said the corps is evaluating all the levees to see whether they, too, could fail in the same way.

"There may be other elements in the system designed that way that may have to be addressed," Strock said.

Hurricane season officially starts on June 1. Just saying.

(Hat tip: Mickey Kaus.)

---

Categories: Weather, Natural Disasters, Space & Astronomy                          Comments (10) | Permalink

## Natural gas smell in downtown South Bend

Posted by Brendan Loy on Tuesday, April 11, 2006 at 10:33 am

Breaking news from downtown South Bend: Several buildings have been evacuated due to a "strong smell of natural gas." Excerpt:

> NewsCenter 16 spoke to NIPSCO Public Affairs Manager Mark Charbonneau Tuesday morning. He tells us that the gas is a "mystery moving gas".
>
> Charbonneau also tells us that the origin of this gas leak is uncertain at this time. However, NIPSCO officials are taking various readings throughout the downtown area, in an attempt to determine what the "mystery gas" is.

Categories: South Bend, Michiana & Indiana                                          Comments (3) | Permalink

## Washington state realizes trusting the Internet not to cheat in its unsecured online poll was a bad idea

Posted by Brendan Loy on Tuesday, April 11, 2006 at 9:32 am

The Washington state quarter poll, previously discussed here, has been suspended due to voter fraud:

> State officials overseeing the balloting realized something was fishy when the poll, launched last Thursday, swelled to more than 1 million votes during the weekend.
>
> The State Quarter Advisory Commission initially allowed an unlimited number of votes from a single Internet address so family members sharing a computer could each register their favorite, spokesman Mark Gerth said.
>
> But that philosophy was abandoned after the weekend's voting, which showed some computers casting repeated choices for a quarter design faster than humanly possible. ...
>
> **"We hadn't counted on, I guess, the over-enthusiasm of people,"** Gerth said.

(Hat tip: Lisa.)

Look, I don't mean to make a mountain over a molehill here; it's just a silly quarter vote, not a legitimately important election. But, c'mon. The officials' failure to "count on...the over-enthusiasm of people" is just plain stupid. At the risk of playing the "clairvoyant law-student blogger" card again, I saw this coming before I had even the slightest whiff of a hint that something was amiss:



**REUTERS FOUNDATION**
Alerting humanitarians to emergencies

About AlertNet | Why join AlertNet? | Help

Print

# Army leader who admitted New Orleans errors quits

**Source: Reuters**

Printable view   Email this article   RSS

– Text +

BACKGROUND
Hurricane Katrina
Floods

More

By Will Dunham

WASHINGTON, Aug 10 (Reuters) - The head of the U.S. Army Corps of Engineers, who in June admitted that design flaws in the levees his agency built to protect New Orleans caused most of the flooding during Hurricane Katrina, has asked to retire, the Army said on Thursday.

In an after-hours announcement, the Army issued a statement saying Lt. Gen. Carl Strock, commander and chief engineer of the corps, had requested his retirement from the military "based on family and personal reasons."

Suzanne Fournier, spokeswoman for the agency, said Strock was not fired and that Pentagon and Army leaders had not requested his retirement after 35 years in the Army. Fournier said she could not elaborate on his reasons for retiring.

"He said we are accountable for the work that we do. And he stands by that, and the agency stands by that," Fournier said.

The announcement came a bit more than two months after the corps issued a 6,100-page report admitting to its blunders in the design of storm walls and earthen levees that were supposed to protect the New Orleans area. The system failed after Katrina slammed into the U.S. Gulf Coast last August. About 1,500 died in Louisiana due to the hurricane.

In addition to heading the agency during the Katrina disaster, Strock was involved in reconstruction efforts in Iraq and Afghanistan, the Army said.

The statement said Army Secretary Francis Harvey and Army Chief of Staff Gen. Peter Schoomaker agreed to submit Strock's request for retirement to Defense Secretary Donald Rumsfeld. The statement said Harvey "honors and supports" Strock's reasons for retirement.

Strock assumed leadership of the Army Corps of Engineers, the world's largest public engineering, design and construction management agency, in July 2004.

The flood protection system for the New Orleans region, built by the corps over the past 40 years, was compromised by "incompleteness in the system" and inconsistent standards of construction and protection levels, according to a report issued by

http://www.alertnet.org/printable.htm?URL=/thenews/newsdesk/N10204250.htm


EXHIBIT
No 25

Strock's agency in June.

The corps acknowledged that its long effort to build a system to protect the region from hurricanes had yielded a patchwork of projects that "was a system in name only."

"It's been sobering for us, but really this is the first time that the Corps of Engineers has had to stand up and say we had a catastrophic failure of one of our projects," Strock said on June 1 in announcing the findings of the report.

The statement said Harvey will now begin the process of finding a replacement for Strock.

AlertNet news is provided by   REUTERS

© 1998-2006 Reuters Limited. All rights reserved. Republication or redistribution of Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Reuters. Reuters shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.