UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 24  AM 10: 08

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:

| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 06-6359 | 06-2287 | |

*****************************************************************

### ORDER GRANTING MOTION FOR LEAVE TO FILE THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.

CONSIDERING THE FOREGOING Motion for Leave to File the Levee Breach Litigation Group's Sur-Reply,

IT IS ORDERED that the Levee Breach Litigation Group is granted leave to file the Sur-Reply.

New Orleans, Louisiana, this 24th day of August, 2006.

\_\_\_\_ Fee \_\_\_\_
\_X\_ Process \_\_\_\_
\_X\_ Dktd \_\_\_\_
\_\_\_\_ CtRmDep \_\_\_\_
\_\_\_\_ Doc. No \_\_\_\_

United States District Court Judge

*It is noted that sur-replies were not contemplated in the scheduling order and that in the future such arguments should be raised at oral argument on any motion and a request be made as to the need for additional briefing at that time.