FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 24  AM 10: 08

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 05-4182** |
| | * | |
| **BOH BROTHERS CONSTRUCTION CO.,** | * | **SECTION "K"(2)** |
| **L.L.C., ET AL.** | * | **CONS. KATRINA CANAL** |
| | * | |

**THIS DOCUMENT RELATES TO:**

| | | | |
|---|---|---|---|
| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 05-6359 | 06-2287 | |

*********************************************************

<u>**ORDER GRANTING MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC., AND MODJESKI AND MASTERS, INC.**</u>

CONSIDERING THE FOREGOING Motion for Leave to Exceed Page Limitation

for the Levee Breach Litigation Group's Sur-Reply,

IT IS ORDERED that the Levee Breach Litigation Group is granted leave to

Exceed Page Limitation for the Levee Breach Litigation Group's Sur-Reply.

New Orleans, Louisiana, this _24th_ day of August, 2006.

_____
United States District Court Judge

— Fee_____
X Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____

IT IS FURTHER ORDERED that there will be no further granting of Motions to Exceed Page Limits without a demonstration of need PRIOR to the deadline for filing same and PRIOR to the eve of oral argument on any motion.