UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | | |
|---|---|---|---|---|---|
| COLLEEN BERTHELOT, ET AL., | | | | * | CIVIL ACTION |
| | | | | * | |
| VERSUS | | | | * | NO. 05-4182 |
| | | | | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | | | | * | SECTION "K"(2) |
| | | | | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | | | | * | |
| 05-4181 | 05-6314 | 06-0020 | 06-2346 | * | |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 | * | |
| 05-5237 | 05-6327 | 06-2278 | | * | |
| 05-6073 | 05-6359 | 06-2287 | | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**CAYCE PETERSON**

who, after being first duly sworn, deposes and states the following:

1. This Affidavit is based upon my personal knowledge;

2. I am employed as a law clerk at Lambert & Nelson, PLC;

3. While researching an assigned project in June of 2006, I printed out a page from Burk-Kleinpeter, Inc.'s website located at www.bkiusa.com/Engineering/londoncanal.htm;

4. I attach hereto a copy of the website page;

The foregoing is true and correct to the best of Affiant's knowledge and belief.

_____
CAYCE PETERSON

Sworn to and subscribed
before me, this 17th day of
August, 2006.

_____
NOTARY PUBLIC
E. ALEXIS BEVIS
Bar Roll No. 29091
My commission expires with life.

Case 2:05-cv-04182-SRD-JCW   Document 1021-1   Filed 08/24/06   Page 2 of 2
Case 2:05-cv-04182-SRD-JCW   Document 694-2   Filed 06/29/2006   Page 2 of 19
londoncanal.htm                                                                                   Page 1 of 2



# BURK-KLEINPETER, IN

ENGINEERING **London Avenue Canal Floodwall and Levee Improvements**



In order to protect the City of New Orleans from hurricane tidal flooding from Lake Pontchartrain, the Orleans Levee District chose Burk-Kleinpeter, Inc. to design six miles of earthen levees and sheetpile floodwalls along the London Avenue Canal.

The levees were designed to withhold a 100-year frequency storm, while the I-wall and T-wall floodwalls were designed to withhold a 300-year frequency storm.

BKI prepared a general design memorandum, construction plans and specifications, and provided construction administration including resident inspection for the levee.

The project design included right-of-way plans for temporary and permanent servitudes to implement the flood protection improvements as well as plans for relocating the New Orleans Sewerage and Water Board's primary electrical cable in the vicinity of Drainge Pumping Station No. 4.

The construction cost for the completed levees and sheet-pile wall was $6.5 million.