UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | | |
|---|---|---|---|---|---|
| COLLEEN BERTHELOT, ET AL., | | | | * | CIVIL ACTION |
| | | | | * | |
| VERSUS | | | | * | NO. 05-4182 |
| | | | | * | |
| BOH BROTHERS CONSTRUCTION CO., | | | | * | SECTION "K"(2) |
| L.L.C., ET AL. | | | | * | CONS. KATRINA CANAL |
| | | | | * | |
| THIS DOCUMENT RELATES TO: | | | | * | |
| 05-4181 | 05-6314 | 06-0020 | 06-2346 | * | |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 | * | |
| 05-5237 | 05-6327 | 06-2278 | | * | |
| 05-6073 | 05-6359 | 06-2287 | | * | |

*************************************************************

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**DAVID ROSENBERG, PE**

who, after being first duly sworn, deposes and states the following:

1. This Affidavit is based upon my personal knowledge;

2. I have been retained in the above-captioned litigation to evaluate and determine certain mechanisms of failure in connection with the levee systems and/or waterways and/or canals made the basis of this litigation;

3. I have personally reviewed various governmental agency documents, reports, correspondence, and memoranda from a variety of different agencies;

4. I have personally inspected certain of the levee systems at issue in the above-captioned litigation including, but not limited to, the breaches at issue, as well as parts of each levee system that did not breach, pump stations, railroad trestles, and appurtenances to the levee systems;

5. It is my opinion, to a reasonable degree of scientific certainty, that work performed in a given area of each levee system, though possibly not in the area of a breach site, more likely than not had a material affect on the system as a whole from a design and/or construction standpoint. It is my opinion that, to a reasonable degree of scientific certainty, work performed and/or knowledge gained from work performed on a certain part of a canal and/or levee system would more likely than not have a material affect on the integrity of the system as a whole and that more information is necessary in this regard to determine the particulars of the impacts of these effects.

6. I have reviewed the submissions of certain Engineers including, but not limited to, Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., Modjeski and Masters, Inc., and GOTECH, Inc.;

7. These Engineers performed work over the years, some unknown as to date and/or particulars in terms of both design and/or construction involvement;

The foregoing is true and correct to the best of Affiant's knowledge and belief.

DAVID ROSENBERG, PE

Sworn to and subscribed before me, this 17th day of August, 2006.

NOTARY PUBLIC
E. ALEXIS BEVIS
Bar Roll No. 29091
My commission expires with life.