UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2) |
| PERTAINS TO: Levee (05-4181 and 05-6073)<br>MRGO (05-4181)<br>Responder (05-4181) | JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

_____ Considering the forgoing;

IT IS HEREBY ORDERED that GOTECH, Inc. is granted leave to file:

1. The attached Disclosure in accordance with this Court's Order of April 11, 2006; and

2. The attached Reply Memorandum in response to Plaintiffs' Omnibus Memorandum and Sur-Reply in opposition to the Motion for Summary Judgment of GOTECH, Inc.

New Orleans, Louisiana, this  28th  day of _____August_____, 2006.

_____
JUDGE, USDC EASTERN DISTRICT