UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4181 |
| PERTAINS TO: *Chehardy*  06-1672, 06-1673, 06-1674 | SECTION "K"(2) |
| and | |
| KELLY A. HUMPHREYS | CIVIL ACTION |
| VERSUS | NO. 06-0169 |
| ENCOMPASS INSURANCE CO., ET AL | SECTION "K" |

## ORDER

Considering the Motion to Expedite (Doc. No. 1007) and the Motion for Extension of Time (Doc. No. 1008) filed with respect to the *Chehardy* cases and considering the request by counsel in the *Humphreys* matter ( C.A. No. 06-0169) to have plaintiffs' Motion for Partial Summary Judgment (Doc. No. 39) to be heard at the same time,

**IT IS ORDERED** that the hearing and oral argument on plaintiff's Motion for Partial Summary Judgment (Doc. 39) in *Humphreys* is **CONTINUED to October 27, 2006 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the hearing and oral argument on the Motions to Dismiss filed by various insurers (Doc. Nos. 903, 923, 932, 936 and 939) in the Katrina Canal Breaches Consolidated Litigation–*Chehardy* are **CONTINUED** to **October 27, 2006 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that the Motion to Expedite (Doc. No. 1007) and the Motion for Extension of Time (Doc. No. 1008) is **GRANTED** and the following briefing schedule shall apply for all motions set herein:

Oppositions to all motions subject to this order shall be filed **no later than September 19, 2006 at 5:00 p.m.**

Reply briefs thereto shall be no longer than 10 pages and shall be filed **no later than October 9, 2006 at 5:00 p.m.**

No sur-reply briefs shall be filed without prior leave of Court and without extreme good cause shown.

New Orleans, Louisiana, this 28th day of August, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**