```
                                              FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 AUG 23  PM 2:56

                                         LORETTA G. WHYTE
                                              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANN VODANOICH, ET AL | * | |
| | * | CIVIL ACTION |
| | * | NO.: 05-5237 |
| | * | |
| VERSUS | * | SECTION: "X" K |
| | * | |
| BOH BROS. CONSTRUCTION CO., | * | MAGISTRATE: X 2 |
| ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION AND ORDER TO ENROLL
## AS CO-COUNSEL OF RECORD

NOW INTO COURT comes Gerald E. Meunier, Justin I. Woods, and Kara M. Hadican of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. who, pursuant to Local Rule 20.12, respectfully request that they and the firm be permitted to enroll as co-counsel of record for plaintiffs Charlie and Ann Vodanovich herein, and who further represents to the Court that present counsel of record for plaintiffs Charlie and Ann Vodanovich consent and do not oppose this request.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID,**
**MEUNIER & WARSHAUER, L.L.C.**

BY: _____
GERALD E. MEUNIER, #9471, (T.A.)
JUSTIN I. WOODS, #24713
KARA M. HADICAN, #29234
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone:   504/522-2304
Facsimile:   504/528-9973

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 23rd day of August, 2006.

_____
JUSTIN I. WOODS