

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 24 PM 1:54

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| ANN VODANOICH, ET AL | * | |
|---|---|---|
| | * | CIVIL ACTION |
| | * | NO.: 05-5237 |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| BOH BROS. CONSTRUCTION CO., | * | MAGISTRATE: 2 |
| ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion,

IT IS ORDERED that Gerald E. Meunier, Justin I. Woods, and Kara M. Hadican of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. be enrolled as co-counsel of record for plaintiffs Charlie and Ann Vodanovich in this matter.

THIS DONE the 23rd day of August, 2006, New Orleans, Louisiana.

_____
JUDGE