Case 2:05-cv-04182-SRD-JCW   Document 1035   Filed 08/15/06   Page 1 of 4



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO INSURANCE:<br>CHEHARDY, 06-1672, 06-1673, 06-1674 | |

**STATE FARM'S *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE SEPARATE PLEADING IN EXCESS OF PAGE LIMIT**

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Insurance Company ("State Farm") who respectfully moves for an Order allowing it to file a separate Motion to Dismiss Plaintiffs' Amended and Restated Complaint and Memorandum in Support in excess of the page limit. In support of this Motion State Farm represents as follows:



1

**1.**

In its April 11, 2006 Order, the Court directed that it was expected that Rule 12 motions, among others, concerning issues that apply to groups of plaintiffs or defendants, should be filed by the respective committees and that briefs supplemental to those joint pleadings should be limited to seven pages.

**2.**

The *Chehardy* plaintiffs filed this action on behalf of themselves and a putative class of all owners of immovable property in Orleans, St. Bernard, and Jefferson Parish against State Farm and fourteen other homeowners insurers seeking recovery under homeowners insurance policies for damage caused by flooding during Hurricane Katrina. State Farm is the largest homeowners insurer in the State of Louisiana, with a market share in excess of 30%.

**3.**

The Insurer Defendants in the *Chehardy* case are seeking dismissal pursuant to Rule 12 of the Federal Rules of Civil Procedure based on their contentions that the provisions in each of their respective homeowners' policies exclude coverage for the flood losses allegedly incurred by each of their insureds who are plaintiffs. State Farm seeks to have the complaints of its insureds dismissed based on discrete coverage and exclusion language that is contained only in the State Farm insurance policies.

**4.**

To properly brief the issues, discuss the policy language and apply that language to pleadings related to plaintiffs who are insured by State Farm, State Farm believes a separate

Motion to Dismiss and Memorandum in Support are necessary and will assist the Court in disposing of this case.

5.

State Farm believes that this separate filing complies with the Court's April 11 Order, in that it does not concern issues that apply to the entire group of Insurer Defendants in *Chehardy* because the basis for the Motion is State Farm's policy provisions, which are different from those of the rest of the Insurer Defendants. In addition, State Farm's Motion raises arguments not briefed by the other Insurer Defendants. Specifically, State Farm's Motion to Dismiss raises authorities and arguments in support of dismissal based on the filed rate doctrine, the National Flood Insurance Program as well as protections afforded by both the United States and Louisiana constitutions. Further, Count V of plaintiffs' Complaint raises claims directed only to State Farm and three other insurers which must be specifically addressed.

6.

State Farm's Memorandum in Support of its Motion to Dismiss consists of 31 pages exclusive of the table of contents, table of authorities, and certificate of service.

7.

State Farm respectfully submits that given the multiple claims at issue exceeding the twenty-five page limit is reasonably necessary. The additional argument and authorities presented in State Farm's Memorandum in Support will aid this Court in deciding State Farm's Motion to Dismiss.

For the foregoing reasons, State Farm respectfully requests leave to file a separate Motion to Dismiss Plaintiffs' Amended and Restated Complaint and Memorandum in Support in excess of the page limit.

Dated: August 15, 2006

Respectfully submitted,

*/s/ Sarah H. Barcellona*

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Attorneys for State Farm Fire & Casualty Company

### CERTIFICATE

I hereby certify that a copy of the foregoing State Farm's *Ex Parte* Motion for Leave to File Separate Pleading In Excess of Page Limit has been served upon each counsel of record by electronic mail or by United States mail, postage pre-paid and properly addressed, this 15th day of August, 2006.

*/s/ Sarah H. Barcellona*