FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 28  AM 10: 07

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO INSURANCE:<br>CHEHARDY, 06-1672, 06-1673, 06-1674 | * * * * * * * | |

## ORDER

Considering State Farm Fire and Casualty Company's Motion to File Separate Pleading In Excess of Page Limit,

**IT IS ORDERED** that State Farm Fire and Casualty Company's Motion is hereby **GRANTED**. State Farm may file a separate Motion to Dismiss Plaintiffs' Amended and Restated Complaint and Memorandum in excess of the page limit.

New Orleans, Louisiana, this ___ day of _August_, 2006.

_____
JUDGE

\* On the condition that in the future counsel request permission prior to the filing deadline to file a brief in excess with a full explanation why such excess is required

Fee_____
Process___
X Dktd____
  824114ktg
  CtRmDep___
  Doc. No.___