UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: CHEHARDY, 06-1672, 06-1673, 06-1674 | * * * * * * * * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant State Farm Fire and Casualty Company will bring for hearing its Motion to Dismiss Plaintiffs' Amended and Restated Complaint on September 12, 2006 at 9:30 a.m., before the Honorable Stanwood R. Duval, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: August 15, 2006

1

823596v.1

Respectfully submitted,

*/s/ Sarah H. Barcellona*

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:  (504) 581-3200

Attorneys for State Farm Fire & Casualty Company

## CERTIFICATE

I hereby certify that a copy of the foregoing Notice of Hearing has been served upon each counsel of record by electronic mail or by United States mail, postage pre-paid and properly addressed, this 15th day of August, 2006.

*/s/ Sarah H. Barcellona*