```
                                             FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                         2006 AUG 28  AM 10: 07

                                          LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES    * <br>        CONSOLIDATED LITIGATION    * <br>   * <br>   * <br>   * <br>   * <br>   * <br>   * <br>   * <br> PERTAINS TO INSURANCE:    * <br>   * <br> CHEHARDY, 06-1672, 06-1673, 06-1674    * <br>   * <br>   * | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

### REQUEST FOR ORAL ARGUMENT

State Farm Fire and Casualty Company ("State Farm") respectfully moves this Court to allow the parties to present oral argument on State Farm's Motion to Dismiss Plaintiffs' Amended and Restated Complaint. In support, State Farm states that the Motion to Dismiss is a dispositive motion. Oral argument will clarify the issues of fact and law and assist the Court in disposition of this motion.



1

**WHEREFORE**, State Farm Fire and Casualty Company respectfully moves this Court for an order granting oral argument on its Motion to Dismiss Plaintiffs' Amended and Restated Complaint.

Respectfully submitted,

*/s/ Sarah H. Barcellona*
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Sarah H. Barcellona, 28080
Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Attorneys for State Farm Fire & Casualty Company

## CERTIFICATE

I hereby certify that a copy of the foregoing Request for Oral Argument has been served upon each counsel of record by electronic mail or by United States mail, postage pre-paid and properly addressed, this 15th day of August, 2006.

*/s/ Sarah H. Barcellona*