UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: CHEHARDY, 06-1672, 06-1673, 06-1674 | | |

## ORDER

Considering the foregoing Request for Oral Argument;

**IT IS HEREBY ORDERED** that the Request be and the same is hereby granted;

**IT IS FURTHER ORDERED** that the Court will hear oral argument on State Farm's Motion to Dismiss Plaintiffs' Amended and Restated Complaint on the ___ day of _____, 2006 at ___ o'clock.

*file unsigned*

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
JUDGE

*See LR 78.1E*

823594v.1