MINUTE ENTRY
WILKINSON, M.J.
AUGUST 25, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

     At the request of counsel, a status hearing was conducted on this date in open court concerning certain evidence preservation and inspection issues at the 17th Street Canal breach site.  Participating were: Hugh P. Lambert and E. Alexis Bevis, representing plaintiffs; Traci Colquette and Jim McConnom, representing the United States; Chuck Colvin, representing defendant, Boh Bros. Construction Company.  Also in attendance were David Rosenberg, plaintiff's engineering expert, and Warren Perkins, Vice-President of Boh Bros.

     At the conclusion of the hearing, it was agreed that the United States would file and serve as soon as possible the affidavit of a Corps of Engineers official with

MJSTAR:  **1 : 20**

knowledge concerning the work that was described by counsel; that the Corps and/or Boh Bros. would provide plaintiffs with "as-built drawings" of the area where the upcoming work will occur; that the Corps and/or its contractor would provide plaintiffs in a timely manner (to be agreed-upon by counsel) with the survey information collected during the removal procedure concerning the materials removed from the site; and that observation of the operation would be permitted as provided in the previously approved site and inspection protocols.

No action was taken on the other requests for relief made during the hearing, including proposals for payment of fees and costs and for interruption of the planned work under some circumstances, reserving to all parties their rights to file any appropriate motions.

The Clerk of Court's Court Reporter Section is hereby directed to take possession of the tape of the hearing conducted on this date and recorded in the above-captioned case and hold same for further use.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.