UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG. WILKINSON |
| PERTAINS TO:  06-4066<br>MRGO  (ACKERSON, ET AL.) | § § § § § § | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME IN WHICH TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Manson Construction Co. ("Manson"), and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which Manson must file pleadings responsive to Plaintiffs' Complaint for a period of 20 days, from August 30, 2006 until September 19, 2006.

In support of its request, Manson represents that it was formally served with a copy of the Complaint on August 10, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), Manson's current deadline for filing responsive pleadings is August 30, 2006. Manson submits that it requires additional time to formulate a response in order to appropriately respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.9, Manson certifies that there has been no previous

extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, Manson respectfully requests a 20-day extension of time for filing of responsive pleadings in this matter.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: *(signature)*

George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and first class postage prepaid on this 29th day of August 2006.

*(signature)*