UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| | * | |
| O'DWYER, NO. 05-4181 | * | MAG. WILKINSON |
| | * | |

## MOTION TO SEVER CSX CORPORATION
## AND CSX TRANSPORTATION, INC.

Defendants CSX Corporation and CSX Transportation, Inc. (collectively "CSXT"),

sought to be made defendants herein, move this Court to sever the claims filed against CSXT in

the plaintiffs' complaint in Civil Action 05-4181, as supplemented and amended by "Twelfth

Supplemental and Amending Complaint in a Class Action Lawsuit," for these reasons:

- 1 -

The plaintiffs in Civil Action 05-4181 filed "Twelfth Supplemental and Amending

Complaint in a Class Action," Docket No. 641, adding several new defendants, including CSXT,

mover herein.

915836-1

- 2 -

## MOTION TO SEVER CSXT, Rule 21

Severance of CSXT from *O'Dwyer* is proper and sensible for three separate reasons. First, CSXT is misjoined, and Rule 21 specifically permits severance when parties are misjoined. Second, this case can be severed even if the Court rules that the parties are properly joined for judicial efficiency and sensible case management.  Third, the Court can sever CSXT to preserve diversity jurisdiction.  Severance of CSXT should therefore be granted under Fed. R. Civ. P. 21.

- 3 -

The basis for this motion is further stated in a supporting memorandum, which is attached to this motion.

- 4 –

Exhibits to this motion are:

**EXHIBIT A**: Order and Reasons (July 19, 2006) (Dkt. No. 788)

**EXHIBIT B**: Twelfth Amended Complaint (June 21, 2006) (Dkt. No. 641)


**WHEREFORE** CSX Transportation, Inc. moves this Court to sever CSX Corporation and CSX Transportation, Inc., from this putative class action filed by plaintiffs in the *O'Dwyer* matter (Civil Action No. 05-4181) as supplemented and amended by "Twelfth Supplemental and Amending Complaint in a Class Action Lawsuit."

s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX CORPORATION
and CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall