UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

**MOTION FOR DISMISSAL UNDER**
**RULE 12(b)(6) (FAILURE TO STATE A CLAIM)**

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, moves this Court to dismiss the plaintiffs' complaint filed against CSXT in Civil Action 05-4181, as supplemented and amended by "Twelfth Supplemental and Amending Complaint in a Class Action Lawsuit," for these reasons:

- 1 -

The plaintiffs in Civil Action 05-4181 filed "Twelfth Supplemental and Amending Complaint in a Class Action," Docket No. 641, adding several new defendants, including CSXT, mover herein.

915849-1

- 2 -

## FAILURE TO STATE A CLAIM, Rule 12(b)(6)

The plaintiffs have failed to state a claim against CSXT upon which relief may be granted, in that (1) plaintiffs' complaint alleges no duty owed by CSXT to plaintiffs; (2) plaintiffs' claim is preempted by the Interstate Commerce Commission Termination Act of 1995 and the Federal Railroad Safety Act; and (3) plaintiffs' complaint fails to meet the requirements for pleading a class action. The complaint against CSXT should therefore be dismissed under Fed. R. Civ. P. 12(b)(6).

- 3 -

The basis for this motion is further stated in a supporting memorandum, which is attached to this motion.

**WHEREFORE** CSX Transportation, Inc. moves this Court to dismiss the plaintiffs' complaint against CSX Transportation, Inc., as supplemented and amended by "Twelfth Supplemental and Amending Complaint in a Class Action Lawsuit."

                              s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
         -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

        ROY J. RODNEY, JR. (#02079)
        JOHN K. ETTER (#25042)
        -of-
        **RODNEY & ETTER, L.L.C.**
        1232 Camellia Boulevard, Suite "C"
        Lafayette, Louisiana 70508
        Telephone: (337) 981-5293
        Telefax: (337) 988-6918

        **ATTORNEYS FOR CSX**
        **TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                    s/ Jonathan C. McCall