UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

MOTION FOR DISMISSAL UNDER
12(b)(5) (INSUFFICIENCY OF SERVICE OF PROCESS) AND
FED. R. CIV. P. 12(b)(2) (LACK OF JURISDICTION OVER THE PERSON)

CSX Corporation, sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' complaint filed against CSX Corporation in Civil Action 05-4181, as supplemented and amended by "Twelfth Supplemental and Amending Complaint in a Class Action Lawsuit," for these reasons:

915695-1

- 1 -

The plaintiffs in Civil Action 05-4181 filed "Twelfth Supplemental and Amending Complaint in a Class Action," Docket No. 641, adding several new defendants, including CSX Corporation, mover herein.

- 2 -

### INSUFFICIENCY OF SERVICE, Rule 12(b)(5)

The plaintiffs have failed to make proper service of the summons and complaint on CSX Corporation in that their only attempt to serve CSX Corporation was by service on an entity that is not and was not authorized, by law or by contract, to accept service on CSX Corporation. The complaint against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(5).

- 3 -

### LACK OF JURISDICTION OVER THE PERSON, Rule 12(b)(2)

This Court does not have jurisdiction over the person of CSX Corporation, because CSX Corporation has not had the minimum contacts with the State of Louisiana necessary for this court's exercise of jurisdiction over the person of CSX Corporation. The complaint against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(2).

- 4 -

The basis for this motion is further stated in a supporting memorandum, which is attached to this motion.

- 5 -

## EXHIBITS

Exhibits to this motion are:

**Exhibit One:** Certificate from the Louisiana Secretary of State (CSX Corporation).
**Exhibit Two:** Certificate from the Louisiana Secretary of State (Corporation Service Company).
**Exhibit Three:** Declaration of Peter J. Shudtz, dated August 29, 2006.
**Exhibit Four:** Summons and Return on Service, comprising Docket No. 832.

**WHEREFORE** CSX Corporation moves this Court to dismiss the plaintiffs' complaint against CSX Corporation, as supplemented and amended by "Twelfth Supplemental and Amending Complaint in a Class Action Lawsuit."

                          s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
       -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
       -of-
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                    s/ Jonathan C. McCall