

# UNITED STATES OF AMERICA
# State of Louisiana

## Al Ater
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that* a search of our records fails to reveal a corporation presently qualified by the exact name

**CSX CORPORATION**

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
August 23, 2006

ABA [signature]

*Secretary of State*



CERTIFICATE SS 102 PRINTED SEAL (Rev. 07/05)

**EXHIBIT 1**



# United States of America
# State of Louisiana

## Al Ater
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*
CORPORATION SERVICE COMPANY

A DELAWARE corporation domiciled at WILMINGTON,

Filed charter and qualified to do business in this State on October 22, 1990,

I further certify the records of this office indicate that the registered agent for service of process is the Prentice-Hall Corporation System, Inc., 320 Somerulos Street, Baton Rouge, Louisiana 70802-6129.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
August 24, 2006

ABA 34366332F

*Secretary of State*



EXHIBIT 2

CERTIFICATE SS 102 PRINTED SEAL (Rev. 07/05)

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL.,<br>    Plaintiffs | \*  CIVIL ACTION<br>\*  NO. 05-4182<br>\* |
| VERSUS | \*  SECTION "K"<br>\*  Judge Duval |
| BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C., ET AL.<br>    Defendants | \*<br>\*<br>\*  MAGISTRATE (2)<br>\*  Magistrate Judge Wilkinson |
| PERTAINS TO: 05-4181-O'DWYER | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF PETER J. SHUDTZ

PETER J. SHUDTZ, under penalty of perjury, declares as follows:

1. I make the following declaration based on my own personal knowledge and my review of CSX corporate records in my capacity as Vice-President – Federal Regulation and General Counsel.

2. I am employed by CSX CORPORATION as Vice-President – Federal Regulation and General Counsel, and my duties include advising on matters related to regulatory affairs, regulatory compliance and corporate governance. As part of those duties I am required to be familiar with the type and extent of business conducted by CSX Corporation.

3. CSX Corporation is a corporation incorporated in 1978 under the laws of the Commonwealth of Virginia, with a principal place of business in the State of Florida.

4. CSX Corporation acts as a holding company and owns various subsidiaries including CSX Transportation, Inc. CSX Corporation owns all of the outstanding capital stock of CSX Transportation, Inc.

1

EXHIBIT 3

5. CSX Corporation does not operate as a railroad, nor has it ever operated as a railroad. It was authorized by the Interstate Commerce Commission, and later the Surface Transportation Board, only to own and control common carrier railroads. CSX Corporation has never itself been a common carrier railroad.

6. CSX Corporation has never constructed, maintained, or operated any railroad rolling equipment, any railroad track, roadbed, or any other railroad equipment.

7. CSX Corporation has never been authorized to conduct business in the State of Louisiana.

8. To the best of my knowledge and based on review of available corporate records and information, CSX Corporation has never had any of the following: an office in the State of Louisiana, an officer or other employee working in the State of Louisiana, or assets in the State of Louisiana.

9. CSX Corporation does not have an agent for service of process in Louisiana. In particular, on July 20 and 21, 2006, neither Corporate Service Company nor any other entity had been appointed as agent for service of process on CSX Corporation in Louisiana.

I declare under the penalty of perjury, under the laws of the United States including 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: August 29, 2006        _____
                                            Peter J. Shudtz

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET. AL.            SUMMONS IN A CIVIL CASE

V.                                    Case Number: 05-4182 (REF: 05-4181 Maureen O'Dwyer v. USA)   K(2)

BOH BROTHERS CONSTRUCTION, CO., ET. AL.

TO: (Name and address of defendant)

B&K Construction Company, Inc.          GeoTech, Inc.
Burk Kleinpeter, Inc.                   Pittman Construction Co., Inc.
CSX Corporation                         Washington Group International, Inc.
CSX Transportation, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place, Suite 2670
New Orleans, LA 70130

an answer to the **twelfth amended complaint** which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte                        June 22, 2006
Clerk                                   Date

(By) Deputy Clerk

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

EXHIBIT 4

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/20/06 |
| NAME OF SERVER (PRINT) Michael Porteous | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Vedra Muller thru: Corporation Service Company 320 Somerulus

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/24/06
            Date

Signature of Server: Michael Porteous

Address of Server: 138 N. Cortez NOLA 70119

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.