FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 23 PM 2:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| JARED VODANOICH | * | CIVIL ACTION | 05-4182 e/w |
| | * | NO.: 05-4191 | |
| VERSUS | * | SECTION: "N" | |
| BOH BROS. CONSTRUCTION CO., ET AL | * | MAGISTRATE: 5 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION AND ORDER TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT comes Gerald E. Meunier, Justin I. Woods, and Kara M. Hadican of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. who, pursuant to Local Rule 20.12, respectfully request that they and the firm be permitted to enroll as co-counsel of record for plaintiff herein, and who further represents to the Court that present counsel of record for plaintiff consent and do not oppose this request.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: _/s/ Justin I. Woods_
GERALD E. MEUNIER, #9471, (T.A.)
JUSTIN I. WOODS, #24713
KARA M. HADICAN, #29234
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone:   504/522-2304
Facsimile:    504/528-9973

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 23rd day of August, 2006.

_/s/ Justin I. Woods_
JUSTIN I. WOODS