

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### DEFENDANTS' MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

**NOW INTO COURT**, comes Defendants' Liaison Counsel, Ralph S. Hubbard III, who, pursuant to the Court's Minute Entry of July 14, 2006, respectfully moves this Court to enter an Order allowing the use of laptop computers at oral argument scheduled for August 25, 2006. The following counsel have advised that they wish to use laptop computers during the August 25, 2006 hearing:

| PARTY | COUNSEL |
|---|---|
| Eustis Engineering, Co. | Erin Dearie and Tom Gardner |
| Washington Group International, Inc. | William Treeby |
| Burk-Kleinpeter, Inc. and Burk-Kleinpeter, LLC | Charles Seemann |

1



| Modjeski and Masters, Inc. | Francis Barry and Victor E. Stilwell |
|---|---|

**WHEREFORE**, Defendants' Liaison Counsel respectfully requests this Honorable Court enter an order allowing the use of laptop computers in accordance with the proposed order.

Respectfully submitted,

RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195.

**Defendant Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that, on August 21st, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

2