UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| MRGO: NOS. 06-2152 and 06-2824 | * | |

## ORDER

Considering the foregoing Defendants' Motion to Use Laptop Computers at Oral Argument:

**IT IS HEREBY ORDERED** that all counsel listed below will be allowed to use laptop computers at the oral argument scheduled for August 25, 2006.

| PARTY | COUNSEL |
|---|---|
| Eustis Engineering, Co. | Erin Dearie and Tom Gardner |
| Washington Group International, Inc. | William Treeby |
| Burk-Kleinpeter, Inc. and Burk-Kleinpeter, LLC | Charles Seemann |
| Modjeski and Masters, Inc. | Francis Barry and Victor E. Stilwell |

Signed August 28, 2006
in New Orleans, Louisiana

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

1