UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Katrina Canal Breaches Consolidated Litigation | * * * Civil Action No. 05-4182 "K" (2) * * Judge Duval * Mag. Wilkinson |
| PERTAINS TO: *Chehardy*, 06-1672<br>06-1673<br>06-1674 | * * * |

## MOTION FOR ADMISSION PRO HAC VICE – MATTHEW D. SCHULTZ

COME all Plaintiffs in the designated actions, by and through their counsel, Calvin C. Fayard, Jr., a member of good standing of the State Bar of Louisiana, and respectfully requests an Order enrolling the following attorney as co-counsel of record in the above-captioned matter.

Matthew D. Schultz, with the law firm of Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A., is a member in good standing of the Bar of the State of Florida. A supporting Affidavit and Certificate of Good Standing for Mr. Schultz seeking pro hac vice admission are attached hereto, as is a proposed order.

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Schultz to appear *pro hac vice* in the above-captioned consolidated matter.

FAYARD & HONEYCUTT, APLC

_____
CALVIN C. FAYARD, JR. (No. 5486)
519 Florida Avenue, SW
Denham Springs, LA 70726
225/664-4193 (Tel)
225/664-6925 (Fax)