UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches <br> Consolidated Litigation | * <br> * <br> * <br> * <br> * <br> * | Civil Action No. 05-4182 "K" (2) <br><br> Judge Duval <br> Mag. Wilkinson |
| PERTAINS TO: *Chehardy*, <br> 06-1672 <br> 06-1673 <br> 06-1674 | * <br> * <br> * | |

### ORDER FOR PRO HAC VICE ADMISSION – MATTHEW D. SCHULTZ

Considering the foregoing motion:

**IT IS ORDERED** that attorney MATTHEW D. SCHULTZ is hereby allowed to appear as additional co-counsel on behalf of the Plaintiffs in the above-captioned matters.

THUS DONE AND SIGNED on this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE