Exhibit 1

# BKI PROJECTS

### INDUSTRIAL CANAL

No Projects

### LONDON AVENUE CANAL

Only one project identified in the Complaint, and Perempted

### 17TH STREET CANAL

Four, none for Corps of Engineers

| CLIENT | PROJECT | LOCATION |
|---|---|---|
| Sewerage & Water Board (S&WB) | Expansion of S&WB Drainage Pump Station No. 6 located at south end of 17th Street Canal in 1985.  Added 2 new horizontal pumps to west end of pump station, modified floodwalls at tie-in to pump station, constructed new frontal protection floodwall at four vertical pumps, added new swing gates to floodwall at NSRR east and west of canal at discharge side of DPS No. 6. | Both sides, Pump Station 6, for South end of Canal (More than a mile from breach) |
| Jefferson Parish Department of Public Works | Construction of new Canal Street Canal Pump Station discharge piping across 17th Street Canal floodwall including new stilling basin in canal in 1992 in the Canal Street right-of-way on the west side of the 17th Street Canal. | West side of Canal, South side of I-10 (More than a mile from breach) |
| La. Department of Transportation | Construction of new T-Wall Floodwall, discharge piping and stilling basin for the NSRR/I-10 Drainage Pump Station in 2004 on east side of the 17th Street Canal in the south right-of-way of I-10. | East side of Canal South side of I-10 I-10 right-of-way (More than a mile from breach) |
| Jefferson Parish Department of Public Works | Construction of a new sheet pile bulkhead to protect the Bruning House from wave damage on the west side of the 17th Street Canal, opposite side of canal from breach, at the north end of the canal, in 2000. | North face of peninsula west side of north end of Canal, outside Hurricane Protection Levee (Locations on Eustis Exhibit 2.11 to Gwyn Affidavit (more then .25 miles) **AND** Exhibit "J" to BKI's Court Ordered Disclosure (Doc No.: 152-2) |

**EXHIBIT 2**
**MODJESKI PROJECTS**

| # | TITLE |
|---|-------|
| 1 | 17th Street Canal, preparation of drawings and specifications, and construction inspection, for dredging of the East side of the canal, levee work and initial sheet pile driving from the Hammond Highway Bridge to the Southern Railway track bridge just North of Pumping Station No. 6, pursuant to engagements by Orleans Levee District and Sewerage and Water Board of New Orleans.  Recorded acceptance on August 24, 1992.  (See Conway Affidavit, paragraph 13, attached to Engineers' Joint Motion.) |
| 2 | 17th Street Canal, preparation of drawings and specifications for redriving sheet piles and adding a concrete cap to the East floodwall, from the Hammond Highway Bridge to the Southern Railway track bridge just North of Pumping Station No. 6, pursuant to engagement by Orleans Levee District.  Accepted by Corps as complete on April 25, 1995.  (See Conway Affidavit, paragraph 14, attached to Engineers' Joint Motion.) |
| 3 | 17th Street Canal, engineering study for flood protection and dredging between Hammond Highway Bridge and Lake Pontchartrain, pursuant to engagement by Sewerage and Water Board of New Orleans.  Recorded acceptance on December 27, 1989.  (See Conway Affidavit, paragraph 17, attached to Engineers' Joint Motion.) |
| 4 | 17th Street Canal, engineering study for West End drainage improvements, pursuant to engagement by Orleans Levee District.  Recorded acceptance on October 12, 1992.  (See Conway Affidavit, paragraph 18, attached to Engineers' Joint Motion.) |
| 5 | 17th Street Canal, engineering study for design of "toe wall" at Pump Station No. 6, pursuant to engagement by Orleans Levee District.  Recorded acceptance on April 17, 1989.  (See Conway Affidavit, paragraph 16, attached to Engineers' Joint Motion.) |
| 6 | 17th Street Canal, engineering study for raising and floodproofing the Veterans Highway Bridges across canal, pursuant to engagement by Orleans Levee District.  (Modjeski's last services on November 30, 1997.)  (See Conway Affidavit, paragraph 20, attached to Engineers' Joint Motion.) |
| 7 | 17th Street Canal, engineering study of West side levee and floodwall and for dredging of West side of canal, pursuant to engagement by East Jefferson Levee District and Sewerage and Water Board of New Orleans.  Recorded acceptance on March 29, 1994.  (See Conway Affidavit, paragraph 19, attached to Engineers' Joint Motion.) |
| 8 | Inner Harbor Navigation Canal (Industrial Canal), engineering drawings, |

| # | TITLE |
|---|---|
|  | specifications and construction inspection of Florida Avenue Bridge Replacement, pursuant to engagement by Board of Commissioners of the Port of New Orleans (Dock Board).  (See Modjeski Disclosure of Involvement with Canals and Waterways, filed on April 12, 2006 — but not reflected on Pacer.)<br><br>Modjeski did not seek dismissal of Industrial Canal claims for the reason that this project is not perempted. |
| 9 | London Avenue Canal, engineering study regarding any effect on Norfolk & Southern railroad trestle embankment by proposed dewatering of collection basin at Pump Station No. 3 at southern end of canal, pursuant to engagement by Norfolk & Southern Railroad Co.  This location is 7,500 feet south of southmost breach of London Avenue Canal levee.  Services performed in 2001.  (See Engineers Joint Opposition, Record Doc. No. 952, pages 7-8, filed 8/21/06.) |

*   *   *   *   *

All of Modjeski's projects (Nos. 1-7) on the 17th Street Canal are perempted.

Modjeski's project (No. 8) on the Industrial Canal is not the subject of this motion for reason that it is not perempted.

Modjeski's project (No. 9) on the London Avenue Canal, although done in 2001, was not a floodwall, levee or flood control project, and is remote from the southernmost breach by approximately 7,500 feet.

Modjeski performed no floodwall, levee, or flood control projects on the Orleans Canal, Gulf Intracoastal Waterway, or MRGO.

Exhibit 2.wpd

# EXHIBIT 3
# COMPREHENSIVE LISTING OF EUSTIS' PROJECTS

| # | TITLE |
|---|---|
| 1 | Sewerage and Water Board - Pump Station No. 6, Seventeenth Street, Canal, Metairie, Louisiana |
| 2 | Metairie Relief Canal Levees Orleans and Jefferson Parishes, Louisiana |
| 3 | Orleans Levee District - Proposed Flood Wall, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana |
| 4 | Orleans Levee District Slope Stability Study, London Avenue Canal, East Side, Stations 113+00 to 119+00, New Orleans, Louisiana |
| 5 | Orleans Levee District Proposed Bulkhead Analysis, East Side of London Avenue Canal New Orleans, Louisiana |
| 6 | Gulf South Research Institute Soil Borings for Sediment Deposit at 17th Street Canal New Orleans, Louisiana |
| 7 | Sewerage and Water Board of New Orleans - Pump Station 19, St. Bernard Avenue, New Orleans, Louisiana |
| 8 | Orleans Levee District - Project No. 78-M-13-2, Floodwall and Floodgate Construction, West Bank of Inner Harbor Navigation Canal at Florida Avenue, New Orleans, Louisiana |
| 9 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 554+00 to 670+00 Orleans and Jefferson Parishes, Louisiana |
| 10 | Sewerage and Water Board of New Orleans Metairie Relief Canal, Stations 539+00 to 554+00 Jefferson and Orleans Parishes, Louisiana |
| 11 | Orleans Levee Board 17th Street Canal Levee, Vicinity of Hammond Highway New Orleans, Louisiana |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*     1

| # | TITLE |
|---|---|
| 12 | Orleans Levee Board<br>London Avenue Canal Levee, East Side Riprap Slope Construction<br>Filmore Avenue to Prentiss Street Pump Station<br>New Orleans, Louisiana |
| 13 | Sewerage and Water Board of New Orleans - Proposed Additions to<br>Drainage Pump Station No. 6, Orleans Parish, Louisiana |
| 14 | Orleans Levee Board<br>London Avenue Canal East Site<br>Between Filmore Avenue and Prentiss Street Pumping Station<br>New Orleans, Louisiana |
| 15 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Station 617+50 to Station 663+00<br>Orleans and Jefferson Parishes, Louisiana |
| 16 | Sewerage and Water Board of New Orleans<br>Metairie Relief Canal, Floodwall and Slope Stability Re-analyses<br>Stations 539+00 to 670+00<br>Orleans and Jefferson Parishes, Louisiana |
| 17 | Orleans Levee District<br>17th Street Canal Floodwall, New Orleans, Louisiana |
| 18 | Sewerage and Water Board of New Orleans<br>Installation and Monitoring of Ground Water Wells<br>Metairie Relief Canal, Approximate Stations 640+00 to 670+00<br>Orleans and Jefferson Parishes, Louisiana |
| 19 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-0304, New Orleans, Louisiana |
| 20 | Orleans Levee District - Orleans Avenue Outfall Canal,<br>OLB Project No. 2048-03-4, Borings and Piezometers for<br>the U.S. Corps Engineers, Kenner, Louisiana |
| 21 | Orleans Levee District- Seabrook Floodwall Extension,<br>OLB Project No. 2042-0320, New Orleans Louisiana |
| 22 | Orleans Levee District<br>London Avenue Canal, Levee and Floodwall Improvements<br>OLB Project No. 2049-0269, New Orleans, Louisiana |
| 23 | Orleans Levee Board<br>Metairie Relief Canal, New Orleans, Louisiana |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*          2

| # | TITLE |
|---|---|
| 24 | Orleans Levee District - Field Services and Geotechnical Analyses, Orleans Avenue Outfall Canal, New Orleans, Louisiana OLB Project No. 2048-0304 |
| 25 | Orleans Levee District Revised Condition, Metairie Relief Canal, Stations 539-554, Orleans and Jefferson Parish, Louisiana |
| 26 | Sewerage and Water Board of New Orleans Metairie Relief Canal Supplementary Bulkhead Analyses, Metairie, Louisiana |
| 27 | Orleans Levee District - Floodwall Re-analysis, Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| 28 | Orleans Levee District Metairie Relief Canal (17th Street Canal), New Orleans, Louisiana |
| 29 | London Avenue Outfall Canal Flood Protection Improvement Project Supplemental Geotechnical Analysis, OLB Project No. 2049-0333 |
| 30 | Orleans Levee District London Avenue Outfall Canal Field Services and Engineering Analyses, New Orleans, Louisiana |
| 31 | Orleans Levee District, London Avenue Outfall Canal interim Flood Protection, Phase 1B1, Contact No. 24905, New Orleans, Louisiana |
| 32 | Orleans Levee District - Orleans Avenue Outfall Canal, Test Pile Program, OLB Project No. 24804, New Orleans, Louisiana |
| 33 | Orleans Levee District, London Avenue Canal, Interim Flood Protection, Phase 1B-2, Contact No. 24905, New Orleans, Louisiana |
| 34 | Orleans Levee District - Orleans Avenue Canal Floodwall, Phase IIC (West Side, Station 30 to 64), OLB Project No. 24816, DEI Project No. 1006IIC, New Orleans, Louisiana |
| 35 | Orleans Levee District - Orleans Avenue Outfall Canal, Additional Analyses, New Orleans, Louisiana |
| 36 | Bridge Crossing Veterans Memorial Boulevard & 17th Street Canal Orleans & Jefferson Parishes, Louisiana |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*     3

| # | TITLE |
|---|---|
| 37 | Revised Cross-Sections, London Avenue Outfall Canal, Proposed I-Walls and T-Walls, Mirabeau Avenue to Leon C. Simon Boulevard, New Orleans, Louisiana |
| 38 | Orleans Levee District (Board of Comm.) Vibration Monitoring, London Avenue Outfall Canal Between Pump Station No. 3 and Mirabeau Avenue, New Orleans, Louisiana |
| 39 | London Avenue Outfall Canal-Proposed Levee Crown Degrading, Mirabeau Avenue to Leon C. Simon Boulevard, New Orleans, Louisiana |
| 40 | London Avenue Outfall Canal-Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana |
| 41 | Orleans Levee District - Orleans Avenue Outfall Canal at Robert E. Lee Boulevard and Harrison and Filmore Avenues and London Avenue Canal at Leon C. Simon, Mirabeau and Gentilly Boulevards, New Orleans, Louisiana |
| 42 | London Avenue Outfall Canal, Frontal Protection at Pumping Station No. 3, New Orleans, Louisiana |
| 43 | U.S. Army Corps of Engineers - Fronting Protection at Pump Station Number 6, 17th Street Outfall Canal, New Orleans, Louisiana/Contract Number DACW29-95-R-0005 |
| 44 | Orleans Levee District, London Avenue Canal, Design of Floodwalls Recommendation of Pile Capacities, New Orleans, Louisiana |
| 45 | East Jefferson Levee District Floodproofing Veterans Memorial Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes, LA U.S. Army Corps of Engineers Contract No. DACW29-96-0093 East Jefferson Levee District Harahan, Louisiana |
| 46 | Sewerage and Water Board of New Orleans - Proposed Addition at Pump Station Number 19, New Orleans, Louisiana |
| 47 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IIB, Floodproofing of Bridge Crossings at Robert E. Lee Boulevard, New Orleans, Louisiana |
| 48 | Orleans Levee District, Geotechnical Engineering Analyses, London Avenue Canal Bridges at Gentilly Boulevard and Leon C. Simon Boulevard, New Orleans, Louisiana |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*                    4

| # | TITLE |
|---|---|
| 49 | U.S. Army Corps of Engineers, Work Order number 14, Test of soil borings for London Avenue outfall canal, Second Lift, East and West Reaches, New Orleans, Louisiana, Contract Number DACW29-95-D-0012 |
| 50 | Orleans Levee District, London Avenue Canal, Gentilly Boulevard Bridge, New Orleans, Louisiana |
| 51 | Orleans Levee District, London Avenue and Pavement approaches at Robert E. Lee Boulevard, New Orleans, Louisiana/S.P. No. 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; F.A.P. No. 8567 (002); City Project No. 88-US-002 |
| 52 | Orleans Levee District - Orleans Avenue Outfall Canal, Phase IB, Filmore and Harrison Avenues Bridges, New Orleans, Louisiana |
| 53 | Orleans Levee District-London Avenue Canal, Mirabeau Bridge and Filmore Bridge, New Orleans, Louisiana/OLB Project Number 24912, Engineering Analyses Only |
| 54 | Environmental Soil Borings, 17th Street Canal at Interstate 10, Metairie, Louisiana |
| 55 | Sewerage & Water Board of New Orleans, London Avenue Outfall Canal, Pumping Station No. 3, Frontal Protection, New Orleans, Louisiana |
| 56 | Vibration Monitoring at London Avenue Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd. Bridge, New Orleans, Louisiana |
| 57 | Orleans Levee District - Wave Analysis for 24-in. Square Concrete Pile, Orleans Avenue Outfall Canal Bridges at Filmore and Harrison Avenue, New Orleans, Louisiana |
| 58 | Orleans Levee District, London Avenue Canal Bridges at Gentilly and Leon C. Simon Boulevards, New Orleans, Louisiana, Engineering Analyses Only |
| 59 | Orleans Levee District - Vibration Monitoring at Pumping Station No. 6, New Orleans, Louisiana, OLB Project No. 24924 |
| 60 | U.S. Army Corps of Engineers, Testing of Submitted Core, Floodproofing of Leon C. Simon Boulevard Bridge at the London Avenue Canal, New Orleans, Louisiana |
| 61 | Sewerage & Water Board of New Orleans - Piezometer Installations at Pump Station No. 4, London Avenue Canal, New Orleans, Louisiana |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*         5

| # | TITLE |
|---|---|
| 62 | Orleans Levee District - Robert E. Lee Bridge at Orleans Avenue Outfall Canal, New Orleans, Louisiana |
| 63 | Orleans Levee District, Bridge at Lakeshore Drive and London Avenue Canal, New Orleans, Louisiana, OLB Project Number 27821 |
| 64 | U.S. Army Corps of Engineers - Inner Harbor Navigation Canal to Paris Road, Chalmette Area and Citrus Back Levees and the St. Rose Drainage Structure, Contract No. DACW29-98-D-0003, Work Packet No. 48 |
| 65 | U.S. Army Corps of Engineers - Testing of Undisturbed Samples for Soil Borings CAU-1AU, 7A-CAU, AND 8A-CAU, Chalmette Area Plan, Inner Harbor Navigation Canal to Paris Road, Orleans Parish, Louisiana. Contract No. DACW29-98-D-0003, Work Packet No. 57 |
| 66 | Norfolk Southern Railroad, Trestle at London Avenue Canal, Pump Station No. 3, New Orleans, Louisiana |
| 67 | Orleans Levee District, Lakeshore Drive Improvements, Reach 3 and Bridge at London Avenue Canal, Orleans Parish, Louisiana, OLB Project Number 27805 |
| 68 | Orleans Levee District, Dynamic Pile Analysis, Filmore Avenue Bridge over London Avenue Canal, New Orleans, Louisiana |
| 69 | Orleans Levee District, Lakeshore Drive Improvements, Bridge at Orleans Avenue Canal, Orleans Parish, Louisiana, OLB Project Number 27825 |
| 70 | Sewerage & Water Board of New Orleans Sewer Force Main Crossings, Orleans Avenue Canal at Porteous Street, Filmore Avenue at Bayou St. John, Filmore Avenue at Marconi Drive, New Orleans, Louisiana |
| 71 | Lawsuit-Henry J. Helm, et al v. Johnson Bros. Corp, et al, Veterans Bridge, 17th Street Canal |

*Exhibit 3_Eustis Projects_082906_tfgasa#1F.wpd*                    6