**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES  ) <br> CONSOLIDATED LITIGATION ) <br> ) <br> ) <br> ) <br> _____) <br> ) <br> PERTAINS TO: *Savoy (06-3552)* ) <br> ) <br> _____) | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSION |

**CERTIFICATE OF ALEX KRIEGSMAN IN SUPPORT OF
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

I, ALEX KRIEGSMAN, declare that the following is true and correct to the best of my knowledge:

1.  I have spoken with Plaintiffs' counsel regarding Defendants' request for an additional sixty (60) days to respond to Plaintiffs' Complaint in the above entitled action.

2.  Plaintiffs' counsel stated that Plaintiffs are unopposed to this request.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

August 30, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
Environment and Natural Resources Division

_____/s/Alex Kriegsman_____
ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tel.:   (202) 305-3022
Fax:    (202) 305-0506

Attorneys For Defendant

## **CERTIFICATE OF SERVICE**

      I, Alex Kriegsman, hereby certify that on August 30, 2006, I served a true copy of the Certificate of Alex Kriegsman in Support of Defendants' Unopposed Motion for Extension of Time upon the following parties by ECF, electronic mail, facsimile, or first class mail:

William Aaron
waaron@goinsaaron.com
Neil Abramson
abramson@phelps.com
Jonathon Beauregard Andry
jandry@andrylawfirm.com
Thomas P. Anzelmo
tanzelmo@mcsalaw.com
Judy Barrasso
jbarrasso@barrassousdin.com
Daniel E. Becnel, Jr.
dbecnel@becnellaw.com
Robert Becnel
ROBBECNEL@aol.com
Kelly Cambre Bogart
kbogart@duplass.com
Terrence L. Brennan
tbrennan@dkslaw.com
Joseph Bruno
jbruno@brunobrunolaw.com
Thomas Darling
tdarling@grhg.net
Kevin Derham
kderham@duplass.com
Walter Dumas
wdumas@dumaslaw.com
Lawrence Duplass
lduplass@duplass.com
Calvin Fayard
calvinfayard@fayardlaw.com
Thomas Francis Gardner
gardner@bayoulaw.com
Thomas Gaudry
tgaudry@grhg.net
Joseph Guichet
jguichet@lawla.com
Jim S. Hall
jodi@jimshall.com
Robert Harvey
rgharvey@bellsouth.net
Herman C. Hoffmann, Jr.
hhoffmann@spsr-law.com
David Blayne Honeycutt
DBHoneycutt@aol.com
Ralph Hubbard

rhubbard@lawla.com
Tamara Kluger Jacobson
tkjacobson@aol.com
Michael Courtney Keller
kellerm@ag.state.la.us
Stephen Kreller
sskreller@gmail.com
Hugh Lambert
hlambert@lambertandnelson.com
John M. Landis
jlandis@stonepigman.com
Mickey Landry
mlandry@landryswarr.com
Wade Langlois
wlanglois@grhg.net
Wayne J. Lee
wlee@stonepigman.com
F. Gerald Maples
federal@geraldmaples.com
Ben Louis Mayeaux
bmayeaux@ln-law.com
Gordon McKernan
gemckernan@mckernanlawfirm.com
Gerald A. Melchiode
jmelchiode@gjtbs.com
Gerald Edward Meunier
dmartin@gainsben.com
James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com

i

David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com
Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com
Charles F. Seemann, Jr.
cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com

David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com

Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com
Thomas V. Girardi
tgirardi@girardikeese.com
John W. deGravelles
deidson@dphf-law.com
Craig Frank Holthaus
fholthaus@dphf-law.com
Samuel Gabb
sgabb@lundydavis.com
James Roussel
jroussel@bakerdonelson.com
Arthur Gordon Grant, Jr.
ggrant@monbar.com
Clayton Morris Connors
cconnors@mumphreylaw.com
William Larzelere
blarzelere@lpw-law.com
Andre J. Mouledoux
amouledoux@mblb.com
James A. Cobb, Jr.
jac@ecwko.com
William Everard Wright, Jr.
wwright@dkslaw.com
George Moore Gilly
gillyg@phelps.com
Evans Martin McLeod
mcleodm@phelps.com
Maura Zivalich Pelleteri
mpelleteri@kfplaw.com
Nyka Scott
nscott@bakerdonelson.com
Jack Crowe
jcrowe@winston.com
Duane Kelley
dkelley@winston.com
Philip S. Brooks
pbrooks@monbar.com
Ronald Kitto
rkitto@monbar.com
Mark Hanna
mhanna@mcsalaw.com
mfarrell@mcsalaw.com
Kyle Kirsch
kpk@mcsalaw.com
John Ellison
jellison@andersonkill.com
Christopher Farrell
crfarrell@jonesday.com
Pierce O'Donnell

pod@osmlaw.com
John Smith
jsmith@mckernanlawfirm.com

attyecf@aol.com
Joseph Cotchett
plee@cpsmlaw.com
Barbara Lyons
blyons@cpsmlaw.com

Lawrence D. Wiedemann
FAX: 504-581-4336

Joseph W. Hecker
619 Europe Street , 2nd Floor
Baton Rouge, LA 70806

Elwood Stevens

Vernon Palmer Thomas
1524 N. Claiborne Ave.
New Orleans, LA 70116

Frank D'Amico
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

      ___/s/ *Alex Kriegsman*_____
                Alex Kriegsman