UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) ) ) ) ) _____) ) PERTAINS TO: *Savoy (06-3552)* ) ) _____) | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSION |

[PROPOSED] **ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT**

This matter is presently before the Court upon Defendants' unopposed motion to extend time and the accompanying Certificate of Alex Kriegsman. The Court hereby GRANTS Defendants' motion.

It is ORDERED that Defendants United States of America, United States Army Corps of Engineers and Francis J. Harvey, Secretary of the Army are granted up to and including November 10, 2006 within which to file responsive pleadings.

Dated September _____, 2006

_____
United States District Judge