UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE - 06-4065 | | |

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6  DISCLOSURE STATEMENT ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

**NOW INTO COURT,** through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis") for the sole purpose of complying with the compulsory disclosure required in Rule 7.1.

1.

Eustis is a corporate entity, and there is no parent corporation.

2.

No publicly traded company owns 10% or more of the stock of Eustis.

*r7-1_727409_Adams_083006_eedasa#1FS.wpd.wpd*

1

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/ Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:   (504) 832-7223

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.**


## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of August, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by e-mailing or mailing the same by United States mail, properly addressed, and first class postage prepaid.

s/ Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:   (504) 832-7223
E-Mail:      gardner@bayoulaw.com
             dearie@bayoulaw.com