FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 29  PM 2: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| PERTAINS TO: ALL CASES | * * | JUDGE DUVAL |
| | * * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

### REQUEST FOR ORAL ARUGMENT

In accordance with Local Rule 78.1, Boh Bros. Construction Co., L.L.C., respectfully requests to orally argue its Motion for Sanctions before Judge Stanwood R. Duval, Jr. Oral argument will clarify any issues of fact or law which the court may have and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, undersigned counsel for Boh Bros. Construction Co., L.L.C. respectfully moves this Court for an order granting oral argument on Boh Bros. Construction Co., L.L.C.'s Motion for Sanctions on the scheduled hearing date of September 6, 2006, at 9:30 a.m.

1

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

AND

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument on Boh Bros. Construction Co., L.L.C.'s Motion for Sanctions has this day been served upon all counsel of record by hand, by fax, and/or by depositing same in the United States mail, postage prepaid and properly addressed this 29 day of August, 2006.

_____

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) |
| PERTAINS TO:<br>ALL LEVEE | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING**, Boh Bros. Construction Co., L.L.C.'s Request for Oral Argument on its Motion for Sanctions;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there shall be oral argument on Boh Bros. Construction Co., L.L.C.'s Motion for Sanctions on **September 6, 2006, at 9:30 a.m.**

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

3