UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG. WILKINSON |
| PERTAINS TO:   06-4066<br>MRGO           (ACKERSON, ET AL.) | § § § § § § | |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, Manson Construction Co., be and is hereby granted a twenty (20) day extension of time until September 19, 2006 within which to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this __1st__ day of __September__, 2006.

_____
UNITED STATES DISTRICT JUDGE

NO.99626025.1