UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*, (No. 06-2268) | |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF RENEWED MOTION TO ADVANCE HEARING DATE OF DEFENDANT UNITED STATES' MOTION TO DISMISS

Defendant United States' Motion to Dismiss is scheduled for hearing on October 4, 2006 with oral argument.

Several of undersigned counsel are unavailable to attend the motion presently scheduled for October 4, 2006, including co-lead counsel who are to argue matters scheduled for the hearing. Therefore, plaintiffs' counsel respectfully renew their request that the Court continue the hearing to any date on or before September 29, 2006, for the following reasons:

1

1) Plaintiffs' counsel are scheduled to be out of the country on October 4, 2006, attending a previously scheduled international conference of attorneys, judges, and government officials in Eastern Europe, resulting in counsel making travel arrangements prior to the setting of the October 4, 2006 hearing.

2) While counsel are mindful of the Court's previous scheduling order, whereby each party to this litigation must have designees available to the Court in the event lead counsel is unable to attend a hearing, given the importance of the scheduled motion, coupled with the agreement of opposing counsel, plaintiffs respectfully re-urge dispensation and modification of the Court's previous order in this instance.

3) Defense counsel, Tess Finnegan for the United States, and Ralph Hubbard, Liaison Counsel, have previously consented to the instant motion and are available on or before September 29, 2006.

Counsel for all parties previously suggested September 27, 2006 as a mutually agreeable date to reschedule the October 4 hearing should the Court be available on that date.

Further, undersigned counsel is mindful of the Court's docket and should the September 27, 2006 date not be available, will nevertheless urge the Court to reschedule on a date on or before September 29, 2006. Counsel is prepared to argue the motions on whatever new date and time the Court should choose.

WHEREFORE, the plaintiffs respectfully request that the hearing of Defendant United States' Motion to Dismiss, presently scheduled for October 4, 2006, be rescheduled and set for September 27, 2006, or alternatively, to any date on or before September 29, 2006.

Dated: September 1, 2006

Respectfully submitted,

**Fayard & Honeycutt**

By: /s/ Calvin C. Fayard, Jr.

Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, S.W.
Denham Springs, Louisiana 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**O'Donnell & Mortimer LLP**
Pierce O'Donnell (*pro hac vice*)
Nina D. Froeschle (*pro hac vice*)
550 South Hope Street, Suite 2000
Los Angeles, CA 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

**The Andry Law Firm, LLC**
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

**Bruno & Bruno**
Joseph M. Bruno (LSBA No. 3604)
David S. Scalia (LSBA No. 21369)
855 Baronne Street
New Orleans, Louisiana 70133
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**Domengeaux Wright Roy & Edwards LLC**
Bob F. Wright (LSBA No. 13691)
James P. Roy (LSBA No. 11511)
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, Louisiana 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

**Ranier, Gayle & Elliot, LLC**
N. Frank Elliot III
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337).494.7218

**Girardi & Keese**
Thomas V. Girardi (*pro hac vice*)
1126 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: (213) 489-5330
Facsimile: (213) 481-1554

**McKernan Law Firm**
Joseph Jerry McKernan (LSBA No 10027)
John Smith (LSBA No. 23308)
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

**Cotchett, Pitre, Simon & McCarthy**
Joseph W. Cotchett (*pro hac vice*)
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

**Law Office of Elwood C. Stevens, Jr., a Professional Law Corporation**
Elwood Stevens (LSBA No 12459)
1205 Victor II Boulevard
P.O. Box 2626
Morgan City, Louisiana 70381
Telephone: (985) 384-8611
Facsimile: (985) 385-4861

**Salas & Co., LC**
Camilo K. Salas, III (LSBA No. 11657)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085

**Attorneys for Plaintiffs**

**Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.**
Clay Mitchell (*pro hac vice*)
Matt Schultz (*pro hac vice*)
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC**
Gerald E. Meunier (LSBA 9471)
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 522-2304
Facsimile: (504) 528-9973

**Law Office of Frank D'Amico, Jr.**
Frank D'Amico (LSBA No. 17519)
Richard Exnicios (LSBA No25666)
622 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-9561
Fax: 504-525-9522