UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*, (No. 06-2268) | |

## CERTIFICATE OF COMPLIANCE

Nina Froeschle (one of counsel for plaintiffs) has informed undersigned that they contacted Tess Finnegan and Ralph Hubbard, counsel for defendant, United States of America and they have **no opposition** to plaintiffs filing the aforementioned Motion to Rest the hearing date of Defendant, United States' Motion to Dismiss.

1

Respectfully submitted,

**Fayard & Honeycutt**

By: _____
Calvin C. Fayard, Jr. (LSBA No. 5486)
Blayne Honeycutt (LSBA No. 18264)
519 Florida Avenue, SW
Denham Springs, LA  70726
Telephone: (225) 664-4193
Facsimile:  (225) 664-6925