UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson*,<br>(No. 06-2268) | |

### ORDER

**Considering the foregoing** unopposed Renewed Motion to Reset Defendant United States' Motion to Dismiss;

**IT IS HEREBY ORDERED** that United States' Motion to Dismiss, previously set for October 4, 2006, is reset for hearing at _____ a.m. on the \_\_\_\_\_ day of September, 2006.

New Orleans, Louisiana, this \_\_\_\_\_ day of September, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

1