

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -1  PM 5: 15

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL. | * | NO. 05-4181 |
| VERSUS | * | SECTION "K" |
| THE UNITED STATES OF AMERICA, ET AL. | * | MAGISTRATE "3" |

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel, and request oral

argument on the Motion for Sanctions against Counsel for Plaintiffs, which is to be heard

before This Honorable Court on September 6, 2006.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA  70130
Tel. (504) 561-6593
Fax. (504) 561-6560

Fee_____
Process_____
X/Dktd_____
CtRmDep_____
Doc. No_____

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of

record via E-mail, this $\underline{1st}$ day of September 2006.

-2-