**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

May 5, 2006

**VIA FACSIMILE**

Michael R. C. Riess, Esq.
Charles B. Colvin, Esq.
Kingsmill, Riess, L.L.C.
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300

Terrence L. Brennan, Esq.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130

        Re:    Colleen Berthelot, et al. vs.
                   Boh Brothers Construction Co., LLC, et al.
                   No. 05-4182 "K" (2)
                   Relates to All Actions

Gentlemen:

      I have not named Boh Brothers Construction Co., LLC, as a party defendant because, at this time, I have no factual basis for doing so. However, during my visit to the 17th Street Canal breach site on May 3rd, I was appalled by the ongoing destruction of evidence at the site. Although I assume that the destruction of evidence is being orchestrated by the United States Army Corps of Engineers, the actual destruction of the evidence is being carried out by your client. Each of you will find attached a copy of my facsimile of May 4, 2006, to counsel for the Corps of Engineers and the United States of America. This will serve as formal notice to your client that further spoliation of evidence at the 17th Street Canal breach site will be viewed as establishing a cause of action by my clients against your client, whether the actual destruction of evidence prior to the opportunity for me and my experts to observe and document the evidence is ordered by the Corps of Engineers or not.

May 5, 2006
Page 2

Yours very truly,

Ashton R. O'Dwyer, Jr.

AROD/vtb
cc:   All Plaintiffs' Counsel (via E-mail)

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TELEPHONE: (504) 561-6561
FACSIMILE: (504) 561-6560**

May 4, 2006

**<u>VIA FACSIMILE</u>**

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C. Merchant, Esq.
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

The United States Army Corps of Engineers
c/o Its Attorney-in-Fact
Robin D. Smith, Esq.
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

> Re: Colleen Berthelot, et al. vs.
> Boh Brothers Construction Co., LLC, et al.
> No. 05-4182 "K"(2)
> Relates to All Actions
> Freedom of Information Act Requests

Gentlemen:

    This is to confirm my comments and requests, and the requests of one of my experts, Mr. Bartlett, to Mr. Merchant and the other Corps of Engineer's representatives, who where present at the 17th Street Canal breach site, yesterday afternoon.

    The Corps of Engineers is orchestrating a massive destruction of evidence at the site, to the prejudice of my clients and the other litigants. I reiterate my requests for the following:

    1)    Access to the site to observe evidence and its excavation. After Mr. Merchant left the site yesterday, at the end of approximately an hour to an

May 4, 2006
Page 2

hour and a half of observation, Mr. Bartlett and I were evicted from the site by the Corps' Mr. Kuykendall and denied further access to evidence.

2) Excavation of the site in order to permit inspection of the bottoms of the concrete monolith panels, where they make contact with the steel sheet piles. My experts and I also want the same access to the trench enjoyed by the Corps' representatives and contractors.

3) Excavation of and access to the joints between concrete monolith panels, so that we can inspect the concrete lips which house the water stops, and the water stops themselves. This also includes access to the trench.

4) That the Corps immediately cease and desist any further destruction of concrete monolith panels at the site, which is totally unnecessary and is destroying vital evidence necessary to the plaintiffs' case.

5) Reasonable notice about when steel sheet piles will be pulled at the sites and access to and the opportunity to observe this work.

I also reiterate my request that the Government send someone to the site with a vocabulary that includes words other than "NO".

This is also notice to the United States of America and the U.S. Army Corps of Engineers that further destruction of evidence without granting me and my clients, and their experts, proper access will be accomplished at your peril, to include the invocation of adverse presumptions and sanctions for spoliation of evidence, including the striking of defenses.

This is a Freedom of Information Act request.

Yours very truly,

Ashton R. O'Dwyer, Jr., on his own behalf
and as Agent for, Attorney-in-Fact and
Legal Representative of the previously
identified Individual Claimants

cc: Ms. Tess Finnegan (via facsimile)
Peter Myer, Esq. (via facsimile)
Ms. Traci Colquette (via facsimile)
All Plaintiffs' Counsel of Record