

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION No.: 2:05-cv-4182<br><br>Honorable Stanwood R. Duval, Jr.<br>Magistrate Joseph C. Wilkinson, Jr. |
| PERTAINS TO:<br>**MRGO**<br>FELLOSEA ACKERSON<br>NO. 06-4066 | |

## MOTION FOR EXTENSION OF TIME

NOW COMES King Fisher Marine Service, Inc., through undersigned counsel, solely for the purpose of obtaining an extension of time within which to plead, and upon representing to the Court that counsel has only recently received the Complaint, moves for an Order granting an additional ~~thirty (30)~~ 20 days, ~~to September 29, 2006~~, within which to file responsive pleadings. This is the first request for an extension. No opposition in the record.

Respectfully submitted,

**MCALPINE & COZAD**

_____
RICHARD A. COZAD **T.A.** (#4537)
MICHAEL L. McALPINE (#9195)
EMMA A. MEKINDA (#28151)
701 South Peters Street, Suite 300
New Orleans, LA 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
*Attorneys for King Fisher Marine Services, L.P.*

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of August, 2006, the foregoing document was filed with the Clerk of Court and is available for viewing and downloading from the CM/ECF system. Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list.

I further certify that I mailed and/or faxed the foregoing document to:

>A. J. Rebennack, Esq.
>2202 Avenue B
>Metairie, LA   70001

*[signature]*

EAM/92020.1                                    -2-