FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -6  AM 7:50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br> **MRGO** <br> FELLOSEA ACKERSON <br> NO. 06-4066 | CIVIL ACTION No.: 2:05-cv-4182 <br><br> Honorable Stanwood R. Duval, Jr. <br> Magistrate Joseph C. Wilkinson, Jr. |

## ORDER

Considering the above and foregoing Motion for Extension of Time;

IT IS ORDERED that King Fisher Marine Service, Inc., be granted ~~an additional thirty (30)~~ up to and including September 18, 2006 ~~days, to September 29, 2006,~~ within which to file responsive pleadings.

New Orleans, Louisiana, this _6th_ day of _September_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____