UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION                                   NO. 05-4181
                                                                          SECTION "K"(5)


PERTAINS TO ALL CASES as to Doc. 875
PERTAINS TO 05-4181, 06-1850, 06-1885, 06-4024
           and 06-4389 as to Doc. 1006


## ORDER

Before the Court came a Motion to Impose Sanctions and/or For Protective Order filed by Boh Bros. Construction Co., L.L.C. (Doc. No. 875) and a Motion for Sanctions (Doc. No. 1006) filed by Ashton O'Dwyer. For the reasons stated in open court,

**IT IS ORDERED** that the Motion to Impose Sanctions and/or For Protective Order filed by Boh Bros. Construction Co., L.L.C. (Doc. No. 875) is **GRANTED** insofar as Mr. Ashton O'Dwyer is to refrain from any e-mail correspondence to Mr. Michael Reiss**,** and Mr. Reiss shall not e-mail Mr. O'Dwyer with the sole exception of either counsel forwarding pleadings and the like by e-mail, and **DENIED** with respect to monetary sanctions.

**IT IS FURTHER ORDERED** that the Motion for Sanctions (Doc. No. 1006) is **DENIED**.

**IT IS FURTHER ORDERED** that Mr. O'Dwyer has been placed on notice that any more unprofessional conduct may result in sanctions on properly filed motion supported by evidence and after a full evidentiary hearing.  However, it is the hope of this Court that after today's proceedings, this warning is unnecessary.

New Orleans, Louisiana, this  6th   day of September, 2006.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**