UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES

CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4181

SECTION "K"(5)

**PERTAINS TO:**
| | |
|---|---|
| 05-4182 (Berthelot) | 06-0020 (Tauzin) |
| 05-5237 (Vodanovich) | 06-0886 (Finney) |
| 05-6073 (Kirsch) | 06-2346 (Fitzmorris) |
| 05-6314 (Brown) | 06-2228 (Christenberry) |
| 05-6327 (LeBlanc) | |

## ORDER

For the reasons assigned in open court on August 25, 2006,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Burk-Kleinpeter, L.L.C. (Doc. 55) is **GRANTED** dismissing with prejudice all claims against it filed in the above-noted cases.

New Orleans, Louisiana, this  6th   day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE