UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | | | |
|---|---|---|---|---|---|
| COLLEEN BERTHELOT, ET AL., | | | | * | CIVIL ACTION |
| | | | | * | |
| VERSUS | | | | * | NO. 05-4182 |
| | | | | * | |
| BOH BROTHERS CONSTRUCTION CO., | | | | * | SECTION "K"(2) |
| L.L.C., ET AL. | | | | * | CONS. KATRINA CANAL |
| | | | | * | |
| THIS DOCUMENT RELATES TO: | | | | * | |
| 05-4181 | 05-6314 | 06-0020 | 06-2346 | * | |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 | * | |
| 05-5237 | 05-6327 | 06-2278 | | * | |
| 05-6073 | 05-6359 | 06-2287 | | * | |
| | | | | * | |
| | | | | * | |

*********************************************************

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE LEVEE BREACH
LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND
SUPPLEMENTAL MEMORANDA TO PLAINTIFFS' OMNIBUS MEMORANDUM IN
OPPOSITION TO THE RULE 12(B)(6) JOINT MOTION AND RULE 56 JOINT MOTION
FOR SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSE OF PEREMPTION
TO DISMISS THE LEVEE AND MRGO GROUPS OF PLAINTIFFS' COMPLAINTS ON
BEHALF OF EUSTIS ENGINEERING COMPANY, INC., BURK-KLEINPETER, INC.,
AND MODJESKI AND MASTERS, INC.**

**NOW INTO COURT,** through undersigned counsel, comes the Levee Breach Litigation

Group (hereinafter, "Plaintiffs"), who respectfully offers the following Supplemental

Memorandum in Support of their Sur-Reply to Eustis Engineering Company, Inc., Burk-

Kleinpeter, Inc., Modjeski and Masters, Inc., and GOTECH, Inc.'s (hereinafter, "The

Engineers") Responses and Supplemental Memoranda to Plaintiffs' Omnibus Memorandum

in Opposition to the Rule 12(b)(6) Joint Motion and Rule 56 Joint Motion for Summary

Judgment on the Affirmative Defense of Peremption to Dismiss the Levee and MRGO Groups of Plaintiffs' Complaints:

1.

During the Hearing before this Honorable Court on Friday, August 25, 2006, Plaintiffs offered to supplement the record with a listing of acts by the various engineering entities as they relate in time and location to the failed levee systems on the London Avenue Canal, Inner Harbor Navigational Canal (IHNC or Industrial Canal), and the 17th Street Canal. (Plaintiffs adopt all previous arguments regarding the Engineers' Motion for Summary Judgment as though copied herein verbatim.)

2.

Plaintiffs submit that the defense of peremption should not be available to Engineers, Eustis, Modjeski & Masters, and Burk-Kleinpeter, Inc. because these entities performed work within the peremptive period which work, to a reasonable degree of scientific certainty, performed in a given area of each levee system, though possibly not in the area of a breach site, more likely than not had a material affect on the system as a whole from a design and/or construction standpoint. Please see Affidavits of David Rosenberg attached hereto as Exhibits "A" (Eustis - 5 years), "B" (Modjeski - 5 years), and "C" (BKI - 5 years) in connection with work performed within the last five years.

3.

The work performed by the Engineers within the 5 year peremptive period includes, but is not limited to, the following projects set forth in Table A:

| TABLE A | Eustis | Modjeski & Masters | Burk-Kleinpeter, Inc. |
|---|---|---|---|
| London Avenue | **July 6, 2001**<br>Norfolk Southern Railroad Trestle at **London Avenue** Canal Pump Station No. 3 | **July 6, 2001**<br>Norfolk Southern Railroad Trestle at **London Avenue** Canal Pump Station No. 3 | |
| | **October 12, 2001**<br>Orleans Levee District Bridge at Lakeshore Drive and **London Avenue** Can al | | |
| | **March 7, 2002**<br>Orleans Levee District Dynamic Pile Analysis Filmore Avenue Bridge over **London Avenue** Canal | | |
| | **April 5, 2002**<br>Sewerage and Water Board Piezometer Installations at Pump Station No. 4 **London Avenue** Canal | | |
| | **May 29, 2002**<br>Orleans Levee District Lakeshore Drive Improvements Reach 3 and Bridge at **London Avenue** Canal | | |
| | **October 22, 2002**<br>Sewerage & Water Board of New Orleans **London Avenue** Outfall Canal Pumping Station No. 3, Frontal Protection | | |
| | **January 9, 2004**<br>Orleans Levee District **London Avenue** Canal Mirabeau Bridge and Filmore Bridge Engineering Analyses | | |

|  |  |  |  |
|---|---|---|---|
|  | **Service rendered after August 29, 2000** Monitoring groundwater levels during the construction of Fronting Protection at Pump Station No. 4 associated with the **London Avenue** Canal system |  |  |
| **Industrial Canal** | **September 22, 2000** IHNC **(Industrial Canal)** to Paris Road, Chalmette area and Citrus Back Levees and St. Rose Drainage Structure |  |  |
|  | **November 13, 2000** Testing of samples for soil borings - Chalmette Area Plan, IHNC **(Industrial Canal)** to Paris Road |  |  |
|  | **March 8, 2002** Sewerage and Water Board Proposed Addition at Pump Station Number 19 on the IHNC **(Industrial Canal)** |  |  |
|  | **Service rendered after August 29, 2000** Emergency Generator Project at Pump Station No. 19 associated with the IHNC **(Industrial Canal)** system |  |  |
|  | **Service rendered after August 29, 2000** Testing services on soil samples provided to Eustis by the Corps associated with the IHNC **(Industrial Canal)** system |  |  |
| **17th Street Canal** |  |  | **2000** Construction of a new sheet pile bulkhead to protect the Bruning House at the Lake, on the north end of the west side of the **17th Street Canal** |

| | | | 2004<br>Construction of new T-Wall Floodwall, discharge piping and stilling basin for the NSRR/I-10 Drainage Pump Station on east side of 17th Street Canal in the south right-of-way of I-10. |
|---|---|---|---|

4.

Should the Court rule that the 10 year peremptive period applies, the following additional projects listed in Table B should be considered. Please see Affidavits of David Rosenberg attached hereto as Exhibits "D" (Eustis - 10 years) and "E" (Modjeski - 10 years) in connection with the additional work performed within the last ten years.

| TABLE B | Eustis | Modjeski & Masters | Burk-Kleinpeter, Inc. |
|---|---|---|---|
| 17th Street Canal | November 16, 1995<br>Bridge Crossing<br>Veterans Blvd. and the 17th Street Canal<br>Orleans and Jefferson Parishes, Louisiana | November 30, 1997<br>Dredging under certain bridges on the 17th Street Canal | |
| | May 7, 1996<br>Fronting Protection at Pump Station No. 6<br>17th Street Canal Outfall Canal, New Orleans, Louisiana | December 3, 1997<br>45 linear feet of new floodwall and gates, of the I-Wall type, between the Bridges and adjacent to and abutting the north and south sides of the Bridges, on east and west sides of the 17th Street Canal | |
| | September 12, 1996<br>Floodproofing Veterans Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes | | |
| | December 15, 1998<br>Environmental Soil Borings, 17th Street Canal at Interstate 10<br>Metairie, Louisiana | | |

| | | | |
|---|---|---|---|
| | **January 14, 2000**<br>Vibration Monitoring at Pump Station No. 6 - **17th Street Canal**, New Orleans, Louisiana | | |
| **London Avenue Canal** | **October 31, 1996**<br>Revised Cross-Sections **London Avenue** Outfall Canal Proposed I-Wall and T-Walls Mirabeau Avenue to Leon C. Simon Blvd. | | |
| | **February 5, 1997**<br>Test of soil borings for **London Avenue** Outfall Canal, Second Lift, East and West Reaches<br>New Orleans, Louisiana | | |
| | **June 23, 1997**<br>**London Avenue** Outfall Canal - Frontal Protection at Pumping Station No. 3<br>New Orleans, Louisiana | | |
| | **March 5, 1998**<br>**London Avenue** Canal, Gentilly Blvd. Bridge<br>New Orleans, Louisiana | | |
| | **May 26, 1999**<br>**London Avenue** Canal Bridges at Gentilly and Leon C. Simon Blvds.<br>New Orleans, Louisiana<br>Engineering Analysis Only | | |
| | **November 30, 1999**<br>Geotechnical Engineering Analysis, **London Avenue** Canal Bridges at Gentilly Blvd. and Leon C. Simon Blvd. | | |
| | **January 18, 2000**<br>Testing of submitted core, Floodproofing of Leon C. Simon Blvd. Bridge at the **London Avenue** Canal<br>New Orleans, Louisiana | | |
| | **March 8, 2000**<br>Vibration Monitoring at **London Avenue** Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd.<br>New Orleans, Louisiana | | |

5.

Accordingly, the Engineers' Motions for Summary Judgment should be denied

because the work performed as identified herein, though possibly not in the area of a breach

site, more likely than not had a material affect on the system as a whole from a design and/or

construction standpoint. For all of the foregoing reasons, Plaintiffs respectfully submit that the

Engineers' Motions for Summary Judgment be denied.

Respectfully submitted,

BRUNO & BRUNO, LLP

BY:   s/Joseph M. Bruno
JOSEPH M. BRUNO, ESQ. (La. Bar No. 3604)
DAVID S. SCALIA, ESQ. (La. Bar No. 21369)
L. SCOTT JOANEN, ESQ. (La. Bar No. 21431)
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL**
**ON BEHALF OF THE LEVEE**
**BREACH LITIGATION GROUP**

AND

Daniel E. Becnel, Jr., Esq. La Bar No. 2926
Calvin Fayard, Esq. La Bar No. 5486
Hugh P. Lambert, Esq., La Bar No. 7933
Gerald E. Meunier, Esq. La Bar No. 9471
**EXECUTIVE COMMITTEE OF THE LEVEE BREACH**
**LITIGATION GROUP**

AND

Walter C. Dumas, Esq. La Bar No. 5163
F. Gerald Maples, Esq. La Bar No. 25960
Ashton R. O'Dwyer, Jr., Esq. La Bar No. 10166

-7-

Darleen Jacobs, Esq. La Bar No. 7208
Dennis C. Reich, Esq. TX Bar No. 16739600
Peyton Murphy, Esq.
Jerry Parker, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading upon all

counsel of record by placing same in the United States mail, properly addressed and with first

class postage prepaid, or by hand delivery, or by facsimile, e-mail, or other electronic means,

this 7th day of September, 2006.

s/Joseph M. Bruno
JOSEPH M. BRUNO, ESQ.