# EXHIBIT D

(Eustis - 10 years)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: | * | |
| 05-4181  05-6314  06-0020  06-2346 | * | |
| 05-4182  05-6324  06-0886  06-2545 | * | |
| 05-5237  05-6327  06-2278 | * | |
| 05-6073  05-6359  06-2287 | * | |

*************************************************************

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**DAVID ROSENBERG, PE**

who, after being first duly sworn, deposes and states the following:

1. This Affidavit is based upon my personal knowledge;

2. I am a Professional Engineer in the field of Civil Engineering. I received by BS in Civil Engineering from the University of California at Berkeley in 1996;

3. I have been retained in the above-captioned litigation to evaluate and determine certain mechanisms of failure in connection with the levee systems and/or waterways and/or canals made the basis of this litigation;

4. It is my opinion, to a reasonable degree to scientific certainty, that the New Orleans flood protection levee systems act "in-series" and are susceptible to failure by means of a loss of individual parts;

5. I have personally inspected certain of the levee systems at issue in the above-captioned litigation including, but not limited to, the breaches at issue, as well as parts of each levee system that did not breach, pump stations, railroad trestles, and appurtenances to the levee systems;

6. I have reviewed the submissions of certain Engineers including, but not limited to, Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc., Modjeski and Masters, Inc., and GOTECH, Inc.;

7. It is my opinion that important and relevant facts may be revealed in historical testing records, submittals, reports and other items required by contract, as outlined in the Plans and Specifications, however, these materials are not currently available from the Engineers in this matter;

8. While the Engineers have submitted some information regarding certain projects on each of the levee systems, namely, the 17th Street Canal system, the London Avenue Canal system, the Orleans Avenue Canal system, and the Industrial Canal system (IHNC), it is my opinion that more materials are necessary regarding <u>all</u> projects on the levee systems and their supporting documentation which would demonstrate how the work was performed including, but not limited to:

    A. Consistency or inconsistency with other projects with similarities in function, form or in terms of engineering and/or construction and other requirements;

    B. Site-specific and unanticipated conditions;

    C. Change order history and other contract amendments;

    D. Geotechnical, pile-driving, earthwork records and other construction records;

    E. Survey records;

    F. Permits, permit applications, and any associated documentation and/or correspondence;

    G. Hydrology/groundwater/drainage records, surveys, and/or data; and

    H. Any and all correspondence and/or records and/or inquiries regarding warranty, operation, maintenance, and/or repairs of the facilities.

9. Eustis performed work on the following 17th Street Canal Projects from November 16, 1995 through January 14, 2000:

    A. November 16, 1995    Bridge Crossing
    Veterans Blvd. and the 17th Street Canal

|   |   |   |
|---|---|---|
|   |   | Orleans and Jefferson Parishes, Louisiana |
| B. | May 7, 1996 | Fronting Protection at Pump Station No. 6 17th Street Canal Outfall Canal, New Orleans, Louisiana |
| C. | September 12, 1996 | Floodproofing Veterans Blvd. Bridges over 17th Street Canal, Jefferson and Orleans Parishes |
| D. | December 15, 1998 | Environmental Soil Borings, 17th Street Canal at Interstate 10 Metairie, Louisiana |
| E. | January 14, 2000 | Vibration Monitoring at Pump Station No. 6 - 17th Street Canal, New Orleans, Louisiana |

It is my opinion, to a reasonable degree of scientific certainty, that the engineering design, construction, operation, and maintenance of the projects and facilities referenced above had structural and other engineering impacts upon the flood protection system as a whole.

It is my opinion, to a reasonable degree of scientific certainty, that knowledge and experience gained during work performed on the above referenced projects, regardless of their incorporation into certain work, more likely than not had an impact on the planning, design, construction, operation, and maintenance of the facilities referenced above had structural and other impacts upon the flood protection system as a whole.

It is my opinion, to a reasonable degree of scientific certainty, that mechanical items and systems which may be part of the above referenced projects more likely than not had an effect on the performance of the flood protection system as a whole.

10. Eustis performed work on the following London Avenue Canal Projects from October 31, 1996 through March 8, 2000:

|   |   |   |
|---|---|---|
| A. | October 31, 1996 | Revised Cross-Sections London Avenue Outfall Canal Proposed I-Wall and T-Walls Mirabeau Avenue to Leon C. Simon Blvd. |

| | | |
|---|---|---|
| B. | February 5, 1997 | Test of soil borings for London Avenue Outfall Canal, Second Lift, East and West Reaches New Orleans, Louisiana |
| C. | June 23, 1997 | London Avenue Outfall Canal - Frontal Protection at Pumping Station No. 3 New Orleans, Louisiana |
| D. | March 5, 1998 | London Avenue Canal, Gentilly Blvd. Bridge New Orleans, Louisiana |
| E. | May 26, 1999 | London Avenue Canal Bridges at Gentilly and Leon C. Simon Blvds. New Orleans, Louisiana Engineering Analysis Only |
| F. | November 30, 1999 | Geotechnical Engineering Analysis, London Avenue Canal Bridges at Gentilly Blvd. and Leon C. Simon Blvd. |
| G. | January 18, 2000 | Testing of submitted core, Floodproofing of Leon C. Simon Blvd. Bridge at the London Avenue Canal New Orleans, Louisiana |
| H. | March 8, 2000 | Vibration Monitoring at London Avenue Canal, Orleans Levee District Floodproofing Leon C. Simon Blvd. New Orleans, Louisiana |

It is my opinion, to a reasonable degree of scientific certainty, that the engineering design, construction, operation, and maintenance of the projects and facilities referenced above had structural and other engineering impacts upon the flood protection system as a whole.

It is my opinion, to a reasonable degree of scientific certainty, that knowledge and experience gained during work performed on the above referenced projects, regardless of their incorporation into certain work, more likely than not had an impact on the planning, design, construction, operation, and maintenance of the facilities referenced above had structural and other impacts upon the flood protection system as a whole.

It is my opinion, to a reasonable degree of scientific certainty, that mechanical

items and systems which may be part of the above referenced projects more likely than not had an effect on the performance of the flood protection system as a whole.

The foregoing is true and correct to the best of Affiant's knowledge and belief.

_____
DAVID ROSENBERG, PE

Sworn to and subscribed before me, this 5th day of September, 2006.

_____
NOTARY PUBLIC
E. ALEXIS BEVIS
Bar Roll No. 29091
My commission expires with life.