MINUTE ENTRY
DUVAL, J.
SEPTEMBER 6, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

THIS DOCUMENT RELATES TO:
REC. DOC. 875 & 1006

## ORAL ARGUMENT

 ALL LEVEE:  MOTION to Impose Sanctions and/or for Protective Order by Boh Bros. Construction Company, LLC.   (Doc. No. 875).

 ALL LEVEE, MRGO, RESPONDER CASES and (05-4181, 06-1850, 06-1885, 06-4024, 06-4389): MOTION for Sanctions by plaintiffs. (Doc No. 1006)

COURTROOM DEPUTY:  SHEENA DEMAS
COURT RECORDER: CINDY USNER

APPEARANCES:
Ashton O'Dwyer, Jr., Michael Riess, & Charles Colvin

Case called.  All present and ready.
Oral argument by parties.  Pltfs' offer exhibit O'Dwyer 1, admitted.
Deft's motion to impose sanctions, doc. 875 - Court DENIED & GRANTED in part.  Parties are precluded from emailing each other.
Pltfs' motion for sanctions, doc. 1006 - Court DENIED, for the oral reasons stated on the record.
Court shall issue an order.
Court adjourns at 11:05 a.m.

JS-10 (1:00)