

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| VERSUS | * | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE (2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | |

* * * * * * * * * * * * *

### EX PARTE MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Defendant, Boh Bros. Construction Co., L.L.C., in order to address the opposition filed by Mr. Ashton O'Dwyer, in response to the Motion for Sanctions pending against him, moves this Honorable Court for leave to file a reply memorandum to same.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No____

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
*Attorneys for Boh Bros. Construction Co., L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has this day been served upon all counsel of record by facsimile, electronic transmittal and/or by United States mail, postage prepaid and properly addressed this ___5___ day of September, 2006.

_____