FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -6 PM 4:37

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | * | CIVIL ACTION NO. 05-4182 |
| VERSUS | * | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE (2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | |

* * * * * * * * * * * * *

### ORDER

The foregoing motion considered:

**IT IS ORDERED** that Boh Bros. Construction Co., L.L.C. is granted leave to file its reply memorandum to opposition.

New Orleans, Louisiana this 5 day of September, 2006.

United States District Judge

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

S:\Boh Bros - 106\106-219 Berthelot\Pleadings\USDC\05-4182 Berthelot\060905 Ex Parte Motion to File Reply Memorandum.doc