FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 18 PM 1:54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION NO. 05-4182 |
| VERSUS | * | SECTION "K" |
| BOH BROS. CONSTTRUCTION CO., L.L.C., ET AL | * | MAGISTRATE (2) |
| | * | CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO ALL ACTIONS | * | |

* * * * * * * * * * * *

## PARTIAL DISCLOSURE ORDERED BY THIS HONORABLE COURT

**MAY IT PLEASE THE COURT:**

Pursuant to Judge Duval's order at the status conference on April 6, 2006, we are submitting this "disclosure" information on behalf of Boh Bros. Construction Co., LLC ("Boh Bros."). Specifically, we are disclosing information relating to the two separate projects performed by Boh Bros. at the "17th Street Outfall Canal" (commonly referred to as the "17th Street Canal") and the "Inner Harbor Navigation Canal" (commonly referred to as the "Industrial Canal") that have been identified and sued upon in the lawsuits that are now pending before Judge Duval. These two projects discussed below involve locations where the levees were breached and/or overtopped during Hurricane Katrina (collectively the "disclosure information").

___ Fee___
___ Process___
X_ Dktd___
___ CtRmDep___
___ Doc. No___

## 1. 17th Street Outfall Canal Project

Boh Bros. signed a contract with the Board of Commissioners of the Orleans Levee District ("OLD"), who in turn had been authorized to contract out the job by the U.S. Army Corps of Engineers. This contract no. 2043-0489 was signed by and between Boh Bros. and the OLD on or about May 9, 1990. Boh Bros. drove sheet piles on the New Orleans side of the 17th Street Canal and dredged the canal in various locations to specified depths, all in accordance with the drawings and specifications prepared by other parties. Boh Bros. performed its work in accordance with the drawings and specifications prepared on behalf of the OLD, and as directed and inspected by the OLD's consulting engineer, Modjeski and Masters, Inc.

Boh Bros.' work was accepted by the OLD as substantially complete as of March 11, 1992, and the OLD filed a formal "notice of acceptance" of Boh Bros.' work as a public record filed with the Orleans Parish Mortgage and Conveyance Office on August 24, 1992. We emphasize that Boh Bros. was not involved in any subsequent construction work, beyond what is described herein at the 17th Street Canal, which has been loosely referred to as the "Pittman job," during which time the same sheet piling was allegedly driven to deeper depths by that particular Pittman entity, as set forth in the separate drawings and specifications for this subsequent job performed after Boh Bros.' work was accepted and Boh Bros. left the site. Boh Bros. will show that its work was performed, as evidenced by the "as-built" drawings that were prepared after Boh Bros. completed its work, in conformity with the Army Corps of Engineers' design drawings on the 17th Street Canal project.

We also point out that sheet pilings immediately adjacent to the north and south sides of the 17th Street Canal breach were pulled under the supervision of the U.S. Army Corps of Engineers and other representatives, including numerous plaintiffs' counsel, approximately four

months ago. The pulling of the sheet piles by the U.S. Army Corps of Engineers confirmed that Boh Bros. did, in fact, procure and install sheet piling at lengths slightly in excess of 23'3", in the immediate area of the breach, in accordance with the drawings and specifications of the OLD/Boh Bros. project.

## II.   "Industrial Canal"

Boh Bros. contracted directly with the U.S. Army Corps of Engineers ("Corps") to perform a "test pile" project in the batture of the Industrial Canal in October, 1999, pursuant to contract no. DACW29-99-C-0064. Specifically, Boh Bros. was to drive test piles in an area roughly 200 feet from the existing levee structure, all as shown on the drawings and specifications prepared by the Corps. Boh Bros. work was constantly monitored for both noise and vibration levels by Eustis Engineering, and the reports issued by Eustis Engineering confirmed that there were no noise or vibration anomalies or problems relating to this test pile project.

Boh Bros.' work on this particular test pile project was completed on or before May 31, 2000. Boh Bros.' work complied with all drawings and specifications and was performed under the direction and control of the Corps. Upon completion of the test pile project, Boh Bros. left the batture area of the Industrial Canal in the same condition as Boh Bros. found it.

## III.   Conclusion

We intend to provide all plaintiffs' counsel in the cases in which Boh Bros. has been named a party defendant with all applicable documentation and information which will establish that (i) Boh Bros. is immune from any liability in these actions based on Louisiana's peremption statute, La. R.S. 9:2772; (ii) Boh Bros. is immune in these cases based on the "government contractor" defense; and (iii) Boh Bros. is immune from liability in these cases based on its

compliance with all drawings and specifications prepared by the owner and/or the owner's consulting engineer under La. R.S. 9:2771. That information and documentation will be sent to all plaintiffs' counsel under separate cover letter, together with the relevant motions to dismiss in all cases relating to both the 17th Street Canal and Industrial Canal projects, in accordance with the scheduling order in these cases.

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone: (504) 581-3300
Facsimile: (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Partial Disclosure Ordered by this Honorable Court has this day been served upon all counsel of record by hand, by fax, and/or by depositing same in the United States mail, postage prepaid and properly addressed this 18 day of April, 2006.

_____

S:\Boh Bros - 106\106-219 Berthelot\Pleadings\USDC\05-4182 Berthelot\060418 Partial Disclosure Ordered by Court.doc

# KINGSMILL RIESS, L.L.C.
COUNSELLORS AT LAW

MARGUERITE K. KINGSMILL*
MICHAEL R. C. RIESS
JOHN M. DUBREUIL
CHARLES B. COLVIN*
THOMAS P. HENICAN
CHRISTY R. BERGERON*
CYNTHIA BOLOGNA MCINTYRE
*ALSO ADMITTED IN TEXAS

201 ST. CHARLES AVENUE
SUITE 3300
NEW ORLEANS, LOUISIANA 70170-3300
TELEPHONE (504) 581-3300
TELECOPIER (504) 581-3310

JP MORGAN CHASE TOWER
SUITE 7070
600 TRAVIS STREET
HOUSTON, TEXAS 77002
TELEPHONE (713) 222-6950
TELECOPIER (713) 222-6955

WRITER'S E-MAIL:
MRIESS@KINGSMILLRIESS.COM

May 31, 2006

***Via Federal Express***

Joseph M. Bruno, Esq.
855 Baronne Street
New Orleans, Louisiana 70113

Daniel E. Becnel, Jr., Esq.
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084

Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130

Calvin C. Fayard, Jr., Esq.
Fayard & Honeycutt
519 Florida Boulevard
Denham Springs, Louisiana 70726

Gerald E. Meunier, Esq.
Gainsburgh, Benjamin, David,
 Meunier & Warshauer
1100 Poydras Street, Suite 2800
Energy Centre
New Orleans, Louisiana 70163-2800

Re:   *Colleen Berthelot, et al. v. Boh Bros. Construction Co., L.L.C., et al.*
      United States District Court, Eastern District of Louisiana
      Civil Action No. 05-4182, Section K, Magistrate (2), Cons. Katrina Canal

Dear Counselors:

In accordance with the Court's Minute Entry dated May 12, 2006, Document No. 380, Boh Bros. is providing copies of its contracts with the Army Corps of Engineers and Board of Commissioners of the Orleans Levee District ("Orleans Levee District"). As per our Disclosure Statement submitted to all counsel last month, Boh Bros. was hired by the Orleans Levee District to construct certain improvements in the 17th Street Canal back in 1990. All the work performed by Boh Bros. pursuant to its contract with the Orleans Levee District was substantially completed as of March 11, 1992, and accepted by the Orleans Levee District, as per that certain "Acceptance of Contract No. 24306" dated August 20, 1992, filed of record with the Mortgage Office for the Parish of Orleans.

Additionally, as it relates to the Industrial Canal, Boh Bros. was hired directly by the Army Corps of Engineers to perform a test pile project, as per the attached Bid Proposal submitted by Boh Bros. to the Army Corps of Engineers, dated September 1, 1999. All work

Plaintiff Master Committee
May 31, 2006
Page 2

was completed and accepted by the Army Corps of Engineers on this Industrial Canal test pile project by June 5, 2000.

Based on the foregoing, Boh Bros. is submitting the following documentation relating to the two contracts the subject of this dispute:

1. A copy of the Orleans Levee District Contract No. 24306 filed of record with the Mortgage Office on May 29, 1990, is attached hereto as **Exhibit "A"**;

2. A copy of the "Specifications" for the excavation and flood protection project performed by Boh Bros. for the Orleans Levee District dated February, 1990, is attached hereto as **Exhibit "B"**;

3. A true copy of the "Acceptance of Contract No. 24306" filed of record with the Mortgage Office of the Parish of Orleans, State of Louisiana, on August 24, 1992, is attached hereto as **Exhibit "C"**. This Acceptance of Contract confirms that Boh Bros.' work was substantially complete as of March 11, 1992, and accepted by the Board of Commissioners for the Orleans Levee District as having been satisfactorily performed in accordance with all pertinent plans and specifications; and

4. A complete copy of Boh Bros.' Bid Proposal and Contract relating to Boh's contract with the Army Corps of Engineers dated September 1, 1999 and awarded by the Army Corps of Engineers on September 16, 1999, is attached hereto as **Exhibit "D"**.

If you have any questions, please call me.

Best regards.

Yours very truly,

*Michael R. C. Riess*
Michael R. C. Riess

MRCR/lmb

Enclosures

Plaintiff Master Committee
May 31, 2006
Page 3

bcc:  **Via E-mail Only (w/out enclosures)**
      Mr. Warren C. Perkins, Jr.
      Mr. Jeffrey K. Clement
      Ms. Iris Hall (Excess Claim No. 169-181174)