UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br>PERTAINS TO: LEVEE & MRGO<br>05-4181   05-6314   06-0020   06-2346<br>05-4182   05-6324   06-0886   06-2545<br>05-5237   05-6327   06-2278<br>05-6073   05-6359   06-2287 | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**ENGINEERS' JOINT OBJECTION ON BEHALF OF BURK-KLEINPETER, INC., EUSTIS ENGINEERING COMPANY, INC., AND MODJESKI AND MASTERS, INC., TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE LEVEE BREACH LITIGATION GROUP'S SUR-REPLY TO THE ENGINEERS' RESPONSES AND SUPPLEMENTAL MEMORANDUM TO PLAINTIFFS' OMNIBUS MEMORANDUM IN OPPOSITION TO ENGINEERS' RULE 12(b)(6) JOINT MOTION AND RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT**

**MAY IT PLEASE THE COURT:**

On September 7, 2006, Plaintiffs filed a Supplemental Memorandum with 5 new supporting affidavits (Document 1084) to their previously filed Sur-Reply. Defendant Engineers object on the same grounds set forth in their Joint Opposition (Document 952). Plaintiffs' new affidavits are duplicative and dilatory.

Plaintiffs' filing, which was made without leave of Court, adds nothing of substance and is further imposition on the Court. The Court heard oral argument on Defendant Engineers' underlying Rule 12(b)6 and Rule 56 Motions on August 25th, after which the Court asked the parties to submit a list of projects. The Court did **not** request further briefing or affidavits.

Plaintiffs' Supplemental Memorandum and 5 new supporting affidavits make no new legal arguments, do not change the end - dates of the Engineers' services, and create no material issues of fact relevant to the Engineers' Motions.[1]

---

[1] Plaintiffs continue to ignore the will of the legislature, the jurisprudence which requires peremption statues to be applied as written, and the effect of peremption on remote projects. The holding in Ewing v. State, 757 So. 2d 843 (La. App. 3 Cir 2000), and R.S. 9:5607 are clear: All claims are perempted five years after the end-date for services rendered on a project. Subsequent engagements are irrelevant.

Defendant Engineers urge this Court to disallow and disregard Plaintiffs' Supplemental Memorandum and new affidavits or, alternatively, allow Defendant Engineers reasonable opportunity to respond.

DEUTSCH, KERRIGAN & STILES, L.L.P.     DEUTSCH, KERRIGAN & STILES, L.L.P.


s/Francis J. Barry, Jr.                                s/Charles F. Seemann, Jr.
FRANCIS J. BARRY, JR. (#02830)           CHARLES F. SEEMANN, JR. (#11912)
VICTOR E. STILWELL, JR., T.A. (#12484)   755 Magazine Street
KEITH J. BERGERON (#25574)               New Orleans, Louisiana 70130
755 Magazine Street                      Telephone: (504) 581-5141
New Orleans, Louisiana 70130             Facsimile: (504) 566-1201
Telephone: (504) 581-5141                cseemann@dkslaw.com
Facsimile: (504) 566-1201                **ATTORNEYS FOR: BURK-**
fbarry@dkslaw.com                        **KLEINPETER, INC., AND DEFENDANT**
**ATTORNEYS FOR: MODJESKI AND**
**MASTERS, INC., DEFENDANT**

-3-

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


s/Thomas F. Gardner
THOMAS F. GARDNER, T.A. (#1373)
DOUGLAS A. KEWLEY (#7355)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana 70005
Telephone: (504) 832-7222
Facsimile: (504) 832-7223
gardner@bayoulaw.com
**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY,**
**INC., DEFENDANT**


## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the 8th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1)    abramson@phelps.com           4)    tanzelmo@mcsalaw.com
2)    wackerman@rc.com              5)    aakers@lpw-law.com
3)    jandry@andrylawfirm.com       6)    BabinS@ag.state.la.us

-4-

| | | | |
|---|---|---|---|
| 7) | sbarcellona@stonepigman.com | 41) | jke@rodneylaw.com |
| 8) | jbarrasso@barrassousdin.com | 42) | calvinfayard@fayardlaw.com |
| 9) | dbecnel@becnellaw.com | 43) | tess.finnegan@usdoj.gov |
| 10) | darrylbecnel@becnellaw.com | 44) | sgabb@lundydavis.com |
| 11) | ROBBECNEL@AOL.COM | 45) | gardner@bayoulaw.com |
| 12) | kbergeron@dkslaw.com | 46) | sgaspard@burglass.com |
| 13) | bilbron@phelps.com | 47) | tgaudry@grhg.net |
| 14) | kbogart@duplass.com | 48) | gillyg@phelps.com |
| 15) | nbowen@duplass.com | 49) | glazerp@ag.state.la.us |
| 16) | tbrennan@dkslaw.com | 50) | sgoldman@rc.com |
| 17) | pbrooks@monbar.com | 51) | ggrant@monbar.com |
| 18) | dbrowne@brownelaw.com | 52) | jguichet@lawla.com |
| 19) | jbruno@brunobrunolaw.com | 53) | khadican@gainsben.com |
| 20) | sbullock@stonepigman.com | 54) | jodi@jimshall.com |
| 21) | jcambre@duplass.com | 55) | mhanna@mcsalaw.com |
| 22) | adc@longlaw.com | 56) | lharris@stonepigman.com |
| 23) | jac@ecwko.com | 57) | rgharvey@bellsouth.net |
| 24) | Traci.ColQuette@usdoj.gov | 58) | pdhatch@dumaslaw.com |
| 25) | ccolvin@kingsmillriess.com | 59) | dhoerner@mblb.com |
| 26) | rcozad@mpc-law.com | 60) | hhoffmann@spsr-law.com |
| 27) | rcreely@aol.com | 61) | fholthaus@dphf-law.com |
| 28) | daiglec@phelps.com | 62) | mindy@fayardlaw.com |
| 29) | rdaigre@duganbrowne.com | 63) | rhubbard@lawla.com |
| 30) | tdarling@grhg.net | 64) | dollyno@aol.com |
| 31) | tdavis2@cableone.net | 65) | tkjacobson@aol.com |
| 32) | jdegruy@mblb.com | 66) | kellerm@ag.state.la.us |
| 33) | dearie@bayoulaw.com | 67) | kewley@bayoulaw.com |
| 34) | kderham@duplass.com | 68) | kpk@mcsalaw.com |
| 35) | jvdirosa@cityofno.com | 69) | federal@geraldmaples.com |
| 36) | wdumas@dumaslaw.com | 70) | rkitto@monbar.com |
| 37) | lduplass@duplass.com | 71) | sskreller@gmail.com |
| 38) | eeagan@joneswalker.com | 72) | alex.kriegsman@usdoj.gov |
| 39) | jfe@ecwko.com | 73) | ajl@mcsalaw.com |
| 40) | bemory@mblb.com | 74) | hlambert@lambertandnelson.com |

| | | | |
|---|---|---|---|
| 75) | jlandis@stonepigman.com | 109) | rgp@rgplaw.com |
| 76) | wlanglois@grhg.net | 110) | mpfister@duplass.com |
| 77) | blarzelere@lpw-law.com | 111) | dphayer@burglass.com |
| 78) | tleblanc@lundydavis.com | 112) | fap@pkrlaw.com |
| 79) | jel@pkrlaw.com | 113) | doug@duganbrowne.com |
| 80) | wlee@stonepigman.com | 114) | mfp@ecwko.com |
| 81) | hlonian@stonepigman.com | 115) | dranier@rgelaw.com |
| 82) | ederal@geraldmaples.com | 116) | kreasonover@smithfawer.com |
| 83) | jwmartin@spt.com | 117) | ajrebennack@cox.net |
| 84) | bmayeaux@ln-law.com | 118) | mriess@kingsmillriess.com |
| 85) | mmcalpine@mpc-law.com | 119) | riviereb@phelps.com |
| 86) | mccall@chaffe.com | 120) | RJR@rodneylaw.com |
| 87) | gmcdonald@bfrob.com | 121) | jroussel@bakerdonelson.com |
| 88) | gmckernan@mckernanlawfirm.com | 122) | jimr@wrightroy.com |
| 89) | mcleodm@phelps.com | 123) | csalas@salaslaw.com |
| 90) | em@mpc-law.com | 124) | DAVID@brunobrunolaw.com |
| 91) | jmelchiode@gjtbs.com | 125) | sschmeeckle@lawla.com |
| 92) | dmartin@gainsben.com | 126) | mschultz@levinlaw.com |
| 93) | kara.k.miller@usdoj.gov | 127) | nscott@bakerdonelson.com |
| 94) | pmfields@cityofno.com | 128) | aseltzer@kfplaw.com |
| 95) | bmullin@spsr-law.com | 129) | gsimno@swbno.org |
| 96) | jwmumphrey@mumphreylaw.com | 130) | jsimpson@lpw-law.com |
| 97) | wbmumphrey@mumphreylaw.com | 131) | tslack@gainsben.com |
| 98) | emurov@dkslaw.com | 132) | rasmith3@bellsouth.net |
| 99) | musser@bellsouth.net | 133) | robin.doyle.smith@usdoj.gov |
| 100) | agn@longlaw.com | 134) | Spencer@chaffe.com |
| 101) | nelson@lambertandnelson.com | 135) | ostamant@smithfawer.com |
| 102) | jfnevares-law@microjuris.com | 136) | fswarr@landryswarr.com |
| 103) | jnicoletti@nicoletthihornig.com | 137) | talbot@chaffe.com |
| 104) | mnoble@monbar.com | 138) | ctankersley@burglass.com |
| 105) | mpalmintier@dphf-law.com | 139) | ktheard@dkslaw.com |
| 106) | vlpapai@cityofno.com | 140) | storres@torres-law.com |
| 107) | jpate@ln-law.com | 141) | wtreeby@stonepigman.com |
| 108) | mpelleteri@kfplaw.com | 142) | tyler@joneswalker.com |

143) jtynan@monbar.com
144) jtynan@monbar.com
145) gvarga@rc.com
146) jean.michel.voltaire@usdoj.gov
147) rjw@ecwko.com
149) ewicker@barrassousdin.com
150) smwiles@bellsouth.net
151) wimberly@nternet.com
152) bobw@wrightroy.com
153) wwright@dkslaw.com

   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) NaTashia Carter Benoit
Dumas & Associates Law Corporation
1261 Government St.
P. O. Box 1366
Baton Rouge, LA 70821

2) Evelyn Alexis Bevis
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130

3) Meghan Becnel Burns
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
Laplace, LA 70068

4) Clayton Morris Connors
Mumphrey Law Firm, LLC
625 Baronne Street
New Orleans, LA 70113

5) Thomas J. Corrington
The Corrington Law Firm
3431 Prytania St.
New Orleans, LA 70115

6) Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

7)    Jack J. Crowe
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

8)    Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

9)    N. Frank Elliot, III
Ranier, Gayle & Elliot, LLC
1419 Ryan St.
P. O. Box 1890
Lake Charles, LA 70602-1890

10)    John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

11)    Christopher R. Farrell
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

12)    John Marston Fowler
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St.
Suite 4040
New Orleans, LA 70130

13)    Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

14)    Scott Hubert Fruge
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

15)    Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

16)    Paul E.B. Glad
Sonnenschein, Nath & Rosenthal 7800 Sears Tower
Chicago, IL 60606

17) Andrew R. Greene  
Sonnenschein, Nath & Rosenthal 7800 Sears Tower  
Chicago, IL 60606

18) Joseph W. Hecker  
619 Europe Street  
2nd Floor  
Baton Rouge, LA 70806

19) Kevin P. Kamraczewski  
Sonnenschein, Nath & Rosenthal  
7800 Sears Tower  
Chicago, IL 60606

20) Duane M. Kelley  
Winston & Strawn, LLP  
35 W. Wacker Dr.  
Chicago, IL 60601

21) Barbara L. Lyons  
Cotchett Pitre Simon & McCarthy  
840 Malcolm Road  
Suite 200  
Burlingame, CA 94010

22) George T. Manning  
Jones Day  
1420 Peachtree Street, NE  
Suite 800  
Atlanta, GA 30309-3053

23) Christopher W. Martin  
Martin, Disiere, Jefferson & Wisdom, LLP  
808 Travis Street  
Suite 1800  
Houston, TX 77002

24) Meredith Anne Mayberry  
Law Offices of F. Gerald Maples, P.A.  
902 Julia St.  
New Orleans, LA 70113

25) James F. McConnon, Jr.  
U.S. Department of Justice (Box 888)  
Torts Branch, Civil Division  
Benjamin Franklin Station  
P. O. Box 888  
Washington, DC 20044

26) Julia E. McEvoy  
Jones Day  
51 Louisiana Avenue, NW  
Washington, DC 20001

27) J. J. (Jerry) McKernan  
McKernan Law Firm  
8710 Jefferson Hwy.  
Baton Rouge, LA 70809

28) Darin J. McMullen  
Anderson Kill & Olick, PC  
1600 Market St.  
Suite 2500  
Philadelphia, PA 19103

29) Clay Mitchell
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
316 S. Baylen St.
P. O. Box 12308 - St. 600
Pensacola, FL 32581

30) Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett, LLC
One Shell Square  - 701 Poydras St.
Suite 4250
New Orleans, LA 70139

31) Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

32) Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place
Suite 2670
New Orleans, LA 70130

33) William A. Percy, III
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

34) James C. Rather, Jr.
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

35) Martin R. Sadler
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

36) Alfred Ambrose Sarrat, Jr.
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

37) Charles F. Seemann, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

38) David R. Simonton
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

39) John H Smith
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

40) Elwood C. Stevens, Jr.
Law Office of Elwood C. Stevens, Jr., APLC
1205 Victor II Blvd.
P. O. Box 2626
Morgan City, LA 70381

41) Victor Elbert Stilwell, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

42) Vernon Palmer Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Ave.
New Orleans, LA 70116

43) Travis J. Turner
Dumas & Associates Law Corporation
1263 Government St.
P. O. Box 1366
Baton Rouge, LA 70821

44) Gerard Michael Victor
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165

45) Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

46) John W. deGravelles
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

/s/ Francis J. Barry, Jr.
Francis J. Barry, Jr. (Bar No. 2830)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
fbarry@dkslaw.com

#276745v1<DKS> -EngJointObj