UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 "K" (2) <br> * |
| PERTAINS TO: | * JUDGE DUVAL <br> * |
| LEVEE | * MAGISTRATE WILKINSON <br> * |
| ALL CASES | * |

## JOINT EX PARTE MOTION FOR ENTRY OF STIPULATION AND PROTECTIVE ORDER BETWEEN PLAINTIFFS AND WASHINGTON GROUP INTERNATIONAL, INC.

NOW INTO COURT, through undersigned counsel, come Plaintiffs' Liaison Counsel and Washington Group International, Inc., who, after conferring amongst themselves, and in order to protect against unauthorized use or disclosure of confidential information produced during discovery, move for entry of the attached Stipulation and Protective Order.

**WHEREFORE**, movers pray that this motion be granted and the attached Order be signed by the Court.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

826895v.1

Dated:      August 31, 2006

*[signature]*

Joseph M. Bruno, Bar No. 3604
David S. Scalia, Bar No. 21369
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Phone: 504 525-1355
Fax:  504-581-1493

Plaintiffs' Liaison Counsel

Respectfully submitted,

*[signature]*

William D. Treeby, Bar No. 12901
John M. Landis, Bar No. 7958
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:  504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, GA 30309-3053
Phone:  404-521-3939
Fax:  404-581-8330

Adrian Wager-Zito
Julie E. McEvoy
Debra S. Clayman
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International*

826895v.1

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Joint Ex Parte Motion for Entry of Stipulation and Protective Order has been served upon all counsel of record by e-mail this 31st day of August, 2006.

*William Treeley* (signature)