

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -1  PM 5: 16

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NOS.  05-4181 * | |
| 06-1850 * | MAGISTRATE WILKINSON |
| 06-1885 * | |
| 06-4024 * | |
| 06-4389 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTAIN PLAINTIFFS'
### EX PARTE MOTION TO
### CONTINUE HEARING ON MOTION
### FOR SANCTIONS AGAINST MR. RIESS

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-1850, 06-1885 and 06-4024 and 06-4389, appearing through undersigned counsel, and move This Honorable Court to continue the hearing on the Motion for Sanctions against counsel for Boh Bros. Construction Co., L.L.C., namely Michael R.C. Riess, Esq., from September 6, 2006, until the Court's next hearing date.  This Motion is filed upon the grounds that, in support of the Motion for Sanctions, transcripts of the proceedings in Open Court on the following dates must be prepared:

1)    Evidentiary Hearing before Magistrate Wilkinson on May 2, 2006;

2)    Status Conference before Judge Duval on May 12, 2006;  and

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

3)      Hearing on Motion before Judge Duval on May 24, 2006.

As of the present time, only the transcript of the Evidentiary Hearing before Magistrate Wilkinson on May 2, 2006 has been prepared, and was only completed this week. All of the referenced transcripts must be prepared and received in sufficient time to review videotapes of what actually transpired at the 17th Street Canal Breach site on May 9, 2006, July 7, 2006, and on other dates, meet with plaintiffs' engineering experts, and prepare Affidavits and Memoranda documenting Mr. Riess' sanctionable conduct. In short, the evidence of Mr. Riess' sanctionable conduct is not yet ready for presentation to the Court,[1] and it is respectfully submitted that the Court cannot decide the Motion for Sanctions against Mr. Riess without evidence. The undersigned attempted to obtain Mr. Riess' "no objection" to this Motion to Continue, but Mr. Riess demurred. See exchange of E-mails between counsel dated August 30, 2006, attached as Exhibit Nos. 1 and 2. The undersigned warrants that continuance of the hearing on the Motion for Sanctions against Mr. Riess will in no way retard the progress of this litigation.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:_____
      **Ashton R. O'Dwyer, Jr.
      In Proper Person**

---

[1]  Another dimension to Mr. Riess' sanctionable conduct was recently discovered when it was disclosed that his client, Boh Bros. Construction Co., L.L.C., is not simply a "third-party contractor to the corps of Engineers, but a party which dredged the 17th Street Canal prior to KATRINA, which makes Boh Bros. an active party litigant.

**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. 504-561-6561**
**Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 1st day of September 2006.