## Ashton O'Dwyer

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, August 30, 2006 12:39 PM
**To:** 'mriess@kingsmillriess.com'

Dear Michael:

I still have not received all of the transcripts and videotapes which I need to document your violations of the Louisiana Rules of Professional Conduct, nor have I been able to meet with my experts to review those materials so that I can prepare and submit affidavit evidence of your violations to the Court. Accordingly, I am soliciting your "no objection" to continuing the hearing on my Motion for Sanctions against you in order to give me sufficient time to receive and review the referenced materials and prepare the affidavit evidence.

Do you have any objection?

*[signature: O'Dwyer Jr.]*

**Ashton R. O'Dwyer, Jr.**
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@odwyerlaw.com

EXHIBIT No. 7

9/1/2006

# Victoria Broussard

**From:** Ashton O'Dwyer [arod@odwyerlaw.com]
**Sent:** Wednesday, August 30, 2006 3:05 PM
**To:** 'Victoria Broussard'
**Subject:** FW: Extension of time

```
Law Offices of
Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
AROD@O'Dwyerlaw.com

-----Original Message-----
From: Michael Riess [mailto:mriess@kingsmillriess.com]
Sent: Wednesday, August 30, 2006 2:42 PM
To: arod@odwyerlaw.com
Subject: Re: Extension of time

Ashton:  I have your e-mail below.Given that the Court has already denied your request you
now make to me,I must likewise object to any cotinuance of the Motion for Sanctions you
have filed against me and which is now set for hearing on 9/06/06 at 9:30. I have already
filed my Opposition Memo in accordance with the Court's deadlines.Michael

Michael R. C. Riess
Kingsmill Riess, L.L.C.
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana 70170-3300
Telephone:   (504) 581-3300
Facsimile:   (504) 581-3310

CONFIDENTIALITY NOTICE:

This e-mail may contain confidential information which is legally privileged.  The
information is intended only for the use of the intended recipient. If you received this
e-mail in error, please immediately notify us by return e-mail or telephone.  You are
hereby notified that any disclosure, copying, distribution, or the taking of any action in
reliance on the contents of this email or any information contained therein is strictly
prohibited.




>>> "Ashton O'Dwyer" <arod@odwyerlaw.com> 08/30/06 12:38 PM >>>
Dear Michael:
           I still have not received all of the transcripts and videotapes which I need
to document your violations of the Louisiana Rules of Professional Conduct, nor have I
been able to meet with my experts to review those materials so that I can prepare and
submit affidavit evidence of your violations to the Court. Accordingly, I am soliciting
your "no objection"
to continuing the hearing on my Motion for Sanctions against you in order to give me
sufficient time to receive and review the referenced materials and prepare the affidavit
evicence.

           Do you have any objection?
```

EXHIBIT No 2

1

Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. (504) 561-6561
Fax. (504) 561-6560
 <mailto:AROD@odwyerlaw.com> AROD@odwyerlaw.com