

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> ALL LEVEE, MRGO * <br> RESPONDER CASES AND TO * <br> NOS. 05-4181 * <br> 06-1850 * <br> 06-1885 * <br> 06-4024 * <br> 06-4389 <br> * * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### ORDER

Considering Certain Plaintiffs' Motion to Continue the Hearing on the Motion to Impose Sanctions against counsel for Boh Bros. Construction Co., L.L.C., namely Michael R.C. Riess, Esq., which the Court has duly noted, **DENIED**

**IT IS ORDERED** that the Motion for Sanctions against Mr. Riess be and it is hereby continued from September 6, 2006, until _____, 2006, in order to permit the preparation of transcripts, affidavits and other evidence documenting Mr. Riess' allegedly sanctionable conduct.

New Orleans, Louisiana, this 6th day of September 2006.

_____
JUDGE

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____