

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

RETURN

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 SEP -8 A 9:41 LORETTA G. WHYTE CLERK

CATHY ADAMS, ET AL

V.

BOH BROS.CONSTRUCTION COMPANY, L.L.C., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4065 "K"(2)

TO: (Name and address of defendant)

BURK-KLEINPETER, L.L.C.
Through its agent for service of process:
WILLIAM R. BURK, III
4176 CANAL STREET
NEW ORLEANS, LA 70119

and GEORGE C. KLEINPETER, JR.
4176 CANAL STREET
NEW ORLEANS, LA 70119

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK LORETTA G. WHYTE

DATE AUG - 3 2006

(BY) DEPUTY CLERK B. Gregory

___ Fee___
___ Process___
X Dktd ___
___ CtRmDep___
___ Doc. No.___

**RETURN OF SERVICE**

AO 440 (Rev. 10/93) Summons in a Civil Action

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 9/4/06 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: 4176 CANAL ST 2ND FLOOR NOLA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other *(specify)*: ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $25.00 | $35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/06
Date

[signature]
*Signature of Server*

4016 COLORADO AVE
KENNER, LA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.