# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FELLOSEA ACKERSON, ET AL

V.

BEAN DREDGING, L.L.C., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06-4066 "K"(2)

FILED
US DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP -8  A 9:38

LORETTA G. WHYTE
CLERK

RETURN

TO: (Name and address of defendant)
PINE BLUFF SAND AND GRAVEL COMPANY
Through registered agent for service of process:
ROY G. REAP,
HIGHWAY 1 NORTH,
P.O. BOX 7721
ALEXANDRIA, LA 71306

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                               DATE
**LORETTA G. WHYTE**                                AUG - 3 2006

(BY) DEPUTY CLERK
B. Gregory

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 18 Aug. 2006

Name of SERVER (PRINT): DAVID A. WESTMORELAND

TITLE: Lic. Private Investigator

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served:
Roy G. Reap, Pine Bluff Sand & Gravel Company, Hwy. 1 North, Alexandria, La.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 21 x .50 = 10.50 | $80.00 | $90.50 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 18 Aug. 2006

Signature of Server: [signature]

Address of Server: 798 Walker Gravel Pit Rd, Dry Prong, LA 71423

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

