# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FELLOSE ACKERSON, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06-4006 "K" (2)

BEAN DREDGING, L.L.C., ET AL

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 SEP -8 A 9:3_ LORETTA G. WHYTE CLERK*

TO: (Name and address of defendant)

ROYAL BOSKALIS WESTMINSTER, NV
Through registered agent for service of process:
LOUISIANA SECRETARY OF STATE
8549 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  **LORETTA G. WHYTE**

DATE  **AUG 2 1 2006**

*/s/ Charles A. Amora*
(BY) DEPUTY CLERK

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Aug 23, 2006 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____

*[Stamp: SERVED ON HELEN CUMBO AUG 23 2006 ADMINISTRATOR COMMERCIAL DIVISION]*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Aug 23, 2006
    Date

Signature of Server: Charles Vicknair
Address of Server: 4016 Colorado Ave, Kenner, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.