UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>MRGO, *Robinson* C.A. No. 06-2268 | SECTION "K"(5) |
| INSURANCE, *Chehardy* C.A.Nos. 06-1672,<br>06-1673 and 06-1674 | |

and

| | |
|---|---|
| KELLY A. HUMPHREYS | CIVIL ACTION |
| VERSUS | NO. 06-0169 |
| ENCOMPASS INSURANCE CO. AND<br>THE NEW ORLEANS LEVEE DISTRICT | SECTION "K"(2) |

## AMENDED ORDER

Having conducted a telephonic status conference concerning Plaintiffs' Renewed Motion and Order to Reset Hearing Date of Defendant United States' Motion to Dismiss (Doc. 1069) wherein Mssrs. Peirce O'Donnell, Joe Bruno, Calvin C. Fayard, Ralph Hubbard and Robin Smith and Ms. Tess Finnegan participated,

**IT IS ORDERED** that Plaintiffs' Renewed Motion and Order to Reset Hearing Date of Defendant United States' Motion to Dismiss (Doc. 1069) is **GRANTED** and the hearing and oral argument on the Defendant United States' Motion to Dismiss (Doc. 822) is **CONTINUED** to **October 27, 2006 at 9:00 a.m.**

**IT IS FURTHER ORDERED** that time of the hearing and oral argument on plaintiff's Motion for Partial Summary Judgment (Doc. 39) in *Humphreys* is **RESET** to commence at **1:00 p.m. on October 27, 2006.**

**IT IS FURTHER ORDERED** that time of the hearing and oral argument on the Motions to Dismiss filed by various insurers (Doc. Nos. 903, 923, 932, 936 and 939) in the Katrina Canal Breaches Consolidated Litigation –*Chehardy* is **RESET** to commence at **1:00 p.m. on October 27, 2006.**

New Orleans, Louisiana, this  11th  day of September, 2006.

                        **STANWOOD R. DUVAL, JR.**
                        **UNITED STATES DISTRICT COURT JUDGE**