# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 SEP -8 A 4:31 LORETTA G. WHYTE CLERK*

FELLOSEA ACKERSON, ET AL

**RETURN**

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4066 "K"(2)

BEAN DREDGING, L.L.C., ET AL

**TO:** (Name and address of defendant)

GREAT LAKES TRAILING COMPANY
Through registered agent for service of process:
GREAT LAKES DREDGE & DOCK COMPANY,
2122 YORK RD.
OAK BROOK, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| CLERK | DATE |
|---|---|
| LORETTA G. WHYTE | AUG - 3 2006 |

(BY) DEPUTY CLERK

*B. Gregory*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8/17/06 |
| Name of SERVER (PRINT) MARTIN MROZ | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): LEFT COPIES WITH OFFICER OF COMPANY
STEVE BECKER - CHIEF MECHANICAL ENGINEER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/06
              Date

Signature of Server

3221 N. ASHLAND, CHGO, IL 60657
Address of Server

*[Notary seal: Rosemarie Villalobos, Notary Public - State of Illinois]* 8/17/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**DHL Waybill**

Waybill Number: 4493525040

**1. Sender**
- Sender Account Number: 791042662
- FROM (Company): AJ Rebennack
- Street Address: 2202 Avenue B
- City: Metairie
- State: LA
- ZIP CODE: 70001
- Sent by (Name/Dept): Mary
- Phone: 504-782-0512

**2. TO**
- TO (Company): MSI Detectives
- Street Address: 322 N. Ashland Ave, Suite 2W
- City: Chicago
- State: IL
- ZIP CODE: 60657
- Attention: Peggy or Monique
- Phone: 773-404-7400
- Description: Katrina Ackerson

Sender's Signature: (signed)
Date: 2/16

Service Type: Next Day 10:30