AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP -8 A 9:40
LORETTA G. WHYTE
CLERK

LOSEA ACKERSON, ET AL

V.

BEAN DREDGING, L.L.C., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

06-4066 "K"(2)

TO: (Name and address of defendant)

KFMSGP, L.L.C.
Through registered agent for service of process:
LOUISIANA SECRETARY OF STATE
8549 UNITED PLAZA BLVD.
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK          **LORETTA G. WHYTE**                    DATE

AUG - 3 2006

(BY) DEPUTY CLERK

_B. Gregory_

| | |
|---|---|
| ___ Fee_____ | |
| ___ Process_____ | |
| X Dktd _____ | |
| ___ CtRmDep_____ | |
| ___ Doc. No_____ | |

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *Aug 8 2006* |

Name of SERVER (PRINT) *CHARLES DICKNAIR*        TITLE

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and __ discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *LA SEC OF STATE* _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Aug 8, 2006*
              Date

*Charles Dicknair*
Signature of Server
*4016 COLORADO AVE*
*KENNER, LA*
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.