AUG-21-2006 10:25 P.02
AO 440 (Rev. 10/93 Summons in a Civil Action)
Case 2:05-cv-04182-SRD-JCW   Document 1113   Filed 09/08/06   Page 1 of 2

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP -8 A 9:40
LORETTA G. WHYTE
CLERK

FELLOSEA ACKERSON, ET AL

**RETURN**

V.

**SUMMONS IN A CIVIL CASE**

BEAN DREDGING, L.L.C., ET AL

CASE NUMBER: 06-4066 "K"(2)

TO: (Name and address of defendant)

GREAT LAKES TRAILING COMPANY
Through registered agent for service of process:
GREAT LAKES DREDGE & DOCK COMPANY,
2122 YORK RD.
OAK BROOK, IL 60521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: LORETTA G. WHYTE

DATE: AUG - 3 2006

(BY) DEPUTY CLERK: B. Gregory

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

# RETURN OF SERVICE

DATE 8/17/06

Service of the Summons and Complaint was made by me [1]

Name of SERVER (PRINT): MARTIN MROZ

TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT COPIES WITH OFFICER OF COMPANY STEVE BECKER - CHIEF MECHANICAL ENGINEER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/06
            Date

Signature of Server

3221 N. ASHLAND, CHGO, IL 60657
Address of Server

OFFICIAL SEAL
ROSEMARIE VILLALOBOS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

8/17/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.