AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

EMMA BROCK, ET AL

v.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **06-4931**

**SECT. K MAG. 2**

FILED 2006 SEP 11 PM 12:21
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

TO: (Name and address of defendant)

BOH BROS. CONSTRUCTION CO., LLC,
THROUGH ITS AGENT FOR SERVICE OF
PROCESS, MICHAEL G. CULLEN

12203 AIRLINE HWY.

BATON ROUGE, LA 70817

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                              AUG 28 2006

CLERK                                                                    DATE

(BY) DEPUTY CLERK

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/7/06 |
| Name of SERVER (PRINT)  CHARLES VICKNAIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DENISE SACCARO

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $25.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/7/06
                    Date

Signature of Server

4016 Colorado Ave
Kenner, LA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.