# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

EMMA BROCK, ET AL

V.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **06-4931**

**SECT. K MAG. 2**

TO: (Name and address of defendant)

BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, THROUGH AGENT FOR SERVICE OF PROCESS, MICHAEL MCCROSSEN OR JAMES HUEY

6920 FRANKLIN AVENUE

NEW ORLEANS, LA 70122

FILED 2006 SEP 11 PM 12:21
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT EASTERN DISTRICT OF LA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 2 8 2006

CLERK

(BY) DEPUTY CLERK

DATE

_ Fee_____
_ Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No_____

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: 9/6/06

Name of SERVER (PRINT): CHARLES VICKNAIR

TITLE: [illegible]

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ~~BROOKE~~ CORNELIA ULLMAN

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $25.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/6/06

Signature of Server: *[signed] Charles Vicknair*

Address of Server: 4016 Colorado Ave, Kenner, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.