# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

EMMA BROCK, ET AL

V.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **06-4931**

**SECT. K MAG. 2**

FILED 2006 SEP 11 PM 12: 21
LORETTA G. WHYTE CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

TO: (Name and address of defendant)

THE CITY OF NEW ORLEANS, THROUGH MAYOR RAY NAGIN

1300 PERDIDO STREET

NEW ORLEANS, LA 70112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 28 2006

CLERK                                          DATE

(BY) DEPUTY CLERK

Fee _____
Process _____
X Dkt _____
___ CtRmDep _____
___ Doc. No _____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: Sept 6, 2006

Name of SERVER (PRINT): CHARLES VICKNAIR

TITLE: (illegible)

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DETRICH HEBERT

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| $10.00 | $25.00   | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 6, 2006
Date

Signature of Server: (signed) Charles Vicknair

Address of Server: 4016 COLORADO AVE, KENNER, LA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.