AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
### EASTERN DISTRICT OF LOUISIANA



EMMA BROCK, ET AL

v.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER **06 - 4931**

**SECT. K MAG. 2**

2006 SEP 11  PM 12: 21
LORETTA G. WHYTE
CLERK
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

TO: (Name and address of defendant)

BURK-KLEINPETER, INC. THROUGH ITS
AGENT FOR SERVICE OF PROCESS,
CHARLES F. SEEMAN, JR.

755 MAGAZINE STREET

NEW ORLEANS, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

AUG 2 8 2006

CLERK

DATE

(BY) DEPUTY CLERK

Fee
Process
X Dktd
CtRmDep
Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 9/6/06 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| CHARLES VICKNAIR | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: RITA DUPLANTIER
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $25.00 | $35.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___9/6/06___
Date

_____
Signature of Server

4016 COLORADO AVE.
KENNER, LA
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.