UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION No.: 2:05-cv-4182<br><br>Honorable Stanwood R. Duval, Jr.<br>Magistrate Joseph C. Wilkinson, Jr. |
| PERTAINS TO:<br>**MRGO**<br>PHILIP REED<br>NO. 06-2152<br>FELLOSEA ACKERSON<br>NO. 06-4066 | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that undersigned counsel for Defendant, King Fisher Marine Service, L.P., has moved. Their new address is:

McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA   70130

All future correspondence in the above captioned matter should be mailed to this address.

        Respectfully submitted,

        **MCALPINE & COZAD**

        S/   EMMA A. MEKINDA
        RICHARD A. COZAD, (#4537) T.A.
        MICHAEL L. MCALPINE, (#9195)
        EMMA A. MEKINDA (#28151)
        365 Canal Street, Suite 3180
        New Orleans, LA  70130
        Telephone: (504) 561-0323
        Facsimile:  (504) 528-9442
        Attorneys for King Fisher Marine Service, L.P.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a the foregoing document was filed with the Clerk of Court and is available for viewing and downloading from the CM/ECF system.  Notice of Electronic Case Filing has been sent automatically to all counsel on the e-mail service list.

        S/   EMMA A. MEKINDA

92254.1