UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>05-5237 Vodanovich<br>05-6327 LeBlanc | SECTION "K"(5) |

### ORDER AND REASONS

Before the Court are a Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 318) filed in *Vodanovich, et al. v. Boh Brothers, et al.*, C.A. No. 05-5237 and a Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 319) filed in *LeBlanc, et al. v. Boh Brothers, et al.,* C.A. No. 05-6327.  There being no opposition filed to these motions and the Court finding the motions to have merit,

**IT IS ORDERED** that the Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 318) filed in *Vodanovich, et al. v. Boh Brothers, et al.*, C.A. No. 05-5237 and the Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 319)  filed in *LeBlanc, et al. v. Boh Brothers, et al.,* C.A. No. 05-6327 are **GRANTED** dismissing without prejudice, to the extent said parties have not already been dismissed from this matter with prejudice by another motion, City of New Orleans, Burke-Kleinpeter, L.L.C., Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc. and Gulf Group Inc., of Florida.

New Orleans, Louisiana, this  13th  day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE