UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>05-6314 *Ezell , et al. v. Boh Bros., et al.* | SECTION "K"(5) |

## ORDER AND REASONS

Before the Court is a Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 381) filed in *Ezell, et al. v. Boh Bros., et al.*, C.A. No. 05-6314. There being no opposition filed to this motion and the Court finding the motion to have merit,

**IT IS ORDERED** that the Motion for Voluntary Dismissal of Certain Defendants Without Prejudice (Doc. 381) filed in *Ezell, et al. v. Boh Bros., et al.*, C.A. No. 05-6314 is **GRANTED** dismissing without prejudice, to the extent said parties have not already been dismissed from this matter with prejudice by another motion, City of New Orleans, Burke-Kleinpeter, L.L.C., Miller Excavating Service, Inc., James Construction Company, Inc., C.R. Pittman Construction Company, Inc. and Gulf Group Inc., of Florida.

New Orleans, Louisiana, this   13th   day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE