UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., | * | MAGISTRATE: WILKINSON |
| L.L.C., ET AL. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

Having considered the Motion for Leave to File Motion to Use Laptop Computers;

**IT IS HEREBY ORDERED** that said motion is hereby GRANTED.

Signed this 13th day of September, 2006.

_____
JUDGE