UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | NUMBER: 05-4182 |
| VERSUS | * | SECTION: "K" |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

NOW INTO COURT, comes Liaison Counsel on behalf of the Levee Breach Litigation Group, Joseph M. Bruno, who, pursuant to the Court's Minute Entry of July 14, 2006, respectfully moves this Court to enter an Order allowing the use of laptop computers at oral argument scheduled for August 25, 2006. The following counsel have advised that they wish to use laptop computers during the August 25, 2006 hearing:

| **PARTY** | **COUNSEL** |
|---|---|
| Ali Haghighi | HUGH P. LAMBERT |
| Frederick Bradley | GERALD E. MEUNIER |
| New Orleans Flooring Supply, Inc. | JOHN N. ELLISON |

WHEREFORE, Liaison Counsel on behalf of the Levee Breach Litigation Group, Joseph M. Bruno respectfully requests this Honorable Court enter an order allowing the use of laptop computers in accordance with the proposed order.

-1-

Respectfully submitted,

JOSEPH M. BRUNO (La. Bar No. 3604)
DAVID S. SCALIA (La. Bar No. 21369)
L. SCOTT JOANEN (La. Bar No. 21431)
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
**LIAISON COUNSEL
ON BEHALF OF THE LEVEE
BREACH LITIGATION GROUP**

Daniel E. Becnel, Jr. (La. Bar No. 2926)
Calvin Fayard (La. Bar No. 5486)
Hugh P. Lambert (La. Bar No. 7933)
Gerald E. Meunier (La. Bar No. 9471)
**EXECUTIVE COMMITTE OF THE
LEVEE BREACH LITIGATION GROUP**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 23rd day of August, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this action by U.S. Mail, properly addressed and first class postage prepaid, by hand delivery or by fax transmission.

JOSEPH M. BRUNO

-2-