UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 05-4182 |
| | * | |
| VERSUS | * | SECTION: "K" |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING MOTION TO USE LAPTOP COMPUTERS AT ORAL ARGUMENT

Considering the foregoing Motion to Use Laptop Computers at Oral Argument:

**IT IS HEREBY ORDERED** that all counsel listed below will be allowed to use laptop computers at the oral argument scheduled for August 25, 2006.

| **PARTY** | **COUNSEL** |
|---|---|
| Ali Haghighi | HUGH P. LAMBERT |
| Frederick Bradley | GERALD E. MEUNIER |
| New Orleans Flooring Supply, Inc. | JOHN N. ELLISON |

Signed this 13th day of September, 2006.

_____
JUDGE