UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4181 |
| PERTAINS TO: *Chehardy*  06-1672, 06-1673, 06-1674 | SECTION "K"(2) |
| and | |
| KELLY A. HUMPHREYS | CIVIL ACTION |
| VERSUS | NO. 06-0169 |
| ENCOMPASS INSURANCE CO., ET AL | SECTION "K" |

## ORDER

It has come to the Court's attention that in its Order (Doc. 1106) resetting all of the hearing and oral argument on the Motions to Dismiss filed by various insurers (Doc. Nos. 903, 923, 932, 936 and 939) in the Katrina Canal Breaches Consolidated Litigation–*Chehardy* to **October 27, 2006 at 9:00 a.m.**, the Court inadvertantly omitted the Motion to Dismiss Plaintiffs' Amended and Restated Complaint filed by State Farm Fire and Casualty Company (Doc. 1037) in the order.  Accordingly,

**IT IS ORDERED** that the Motion to Dismiss Plaintiffs' Amended and Restated Complaint  filed by State Farm Fire and Casualty Company (Doc. 1037) is **CONTINUED** to **October 27, 2006 at 9:00 a.m.**

New Orleans, Louisiana, this  13th   day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE