UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches<br>Consolidated Litigation | * * * * * | Civil Action No. 05-4182 "K" (2)<br><br>Judge Duval<br>Mag. Wilkinson |
| PERTAINS TO: *Chehardy*,<br>06-1672<br>06-1673<br>06-1674 | * * * * | |

### ORDER FOR PRO HAC VICE ADMISSION – MATTHEW D. SCHULTZ

Considering the foregoing motion:

**IT IS ORDERED** that attorney MATTHEW D. SCHULTZ is hereby allowed to appear as additional co-counsel on behalf of the Plaintiffs in the above-captioned matters.

THUS DONE AND SIGNED on this 13th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE