UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                             CIVIL ACTION
CONSOLIDATED LITIGATION
                                                         NO. 05-4182

PERTAINS TO ALL CASES                                    SECTION "K"(2)

## ORDER

It has come to the Court's attention that two cases, *Sims v. Board of Commissioners*, C.A. No. 06-5116 and *DePass v. Board of Commissioners*, C.A. No. 06-5127 have been filed and include allegations against the Parish of Jefferson.  As such, Magistrate Judge Wilkinson has had to recuse from these cases, and the Court has re-allotted them to Mag. Judge Daniel E. Knowles. In order to insure the smooth prosecution of these cases, the Court would like to discuss possible procedures with respect to sharing discovery between the Katrina Canal Breaches Consolidated Litigation and these other two matters.  Accordingly,

**IT IS ORDERED** that Liaison Counsel Ralph Hubbard and Joe Bruno shall attend a status conference to be held in open court on September 20, 2006 at 1:00 p.m. to discuss how these matters shall proceed.

The Court would also request that Magistrate Judges Jay Wilkinson and Daniel Knowles, III attend and participate in this conference.

New Orleans, Louisiana, this  14th  day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE