# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-1672, 06-1673, 06-1674) AND HUMPHREYS (06-0169) | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSES/OPPOSITIONS TO MOTIONS

**NOW COME** the plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Shawn and Angelina Burst, Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, who are the Representative Policyholders in the Chehardy matters, by and through the undersigned counsel of record, who respectfully move this Honorable Court for an Order granting them seven (7) additional days to file responses/oppositions to the various motions filed by the defendant insurance companies (Doc. Nos. 39, 903, 923, 932, 936 and 939).

1.

Under the Court's current Scheduling Order in the <u>Vanderbook</u> proceedings, the Plaintiffs' (as amicus) are required to file a post-hearing reply brief on Monday, September 18, 2006.

2.

One day later, under the Court's current Scheduling Order in the <u>Chehardy</u> matter (Doc. 1029), oppositions to all motions subject to the order are required to be filed no later than September 19, 2006 at 5:00 p.m.

3.

The defendants have filed numerous motions and voluminous pleadings and exhibits. The plaintiffs are respectfully requesting seven (7) additional days to prepare and file their responses/oppositions to these motions (Doc. Nos. 39, 903, 923, 932, 936 and 939).

4.

The plaintiffs request an extension of time to file their responses/oppositions to the defendant insurance companies' recently filed motions (Doc. Nos. 39, 903, 923, 932, 936 and 939) until Tuesday, September 26, 2006.

5.

Counsel for the plaintiffs has spoken to Liaison Counsel for the defendant insurance companies, who consents to the granting of a seven (7) day extension of time for the plaintiffs to file their responses/oppositions. Further, Liaison Counsel for defendant insurance companies has also requested an additional seven (7) days for their reply brief which is made a part of this motion.

6.

No party will be prejudiced by the granting of this motion for extension of time.

WHEREFORE, the plaintiffs, Gladys Chehardy, Daniel and Jacquelyn Fontanez, Larry and Glendy Forster, Kenneth and Judy Maier, Randy and Lori Gervais, Andre and Marlin Mauberret, Debbie and Dave Strawn, Stephanie and Brad Boyd, New Orleans Flooring Supply, Inc., Shawn and Angelina Burst, Patricia Brown, Marie Fatheree, Katrina Daniels, Lionel and Edna Jones, Karen Lewis, Shane Sylvester, Austra Zapata, Sabrina Perkins, Eldridge Pollard, Michael Peterson, Wendell Glation and Mack Barham, respectfully request that this Honorable Court grant a seven (7) day extension of time from September 19, 2006, until September 26, 2006, for all Plaintiffs in the <u>Chehardy</u> and <u>Humphreys</u> matters to file responses/oppositions to the defendant insurance companies' motions that are subject to the August 28, 2006 Order (Doc. Nos. 39, 903, 923, 932, 936 and 939) and to grant to defendant insurance companies an additional seven (7) days to file their reply brief.

Respectfully submitted,

_____
Calvin C. Fayard, Jr. (No. 5486)
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

-and-

Joseph Bruno (La. Bar No. 3604)
David S. Scalia (La. Bar No. 21369)
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 525-1335
Fax: (504) 561-6775

-and-

John N. Ellison, Esq.
Darin McMullen, Esq.
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Ph: (215) 568-4202
Fax: (215) 568-4375

-and-

Joseph J. McKernan (La. Bar No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

-and-

Drew Ranier (La. Bar No. 8320)
N. Frank Elliot III (La. Bar No. 23054)
Larry D. Dyess (La. Bar No. 19555)
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

**Attorneys For Representative Policyholders**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion and attached order has been served upon counsel of record, via U.S. Mail, postage prepaid and properly addressed, and via facsimile and/or electronic mail, this 14th day of September, 2006.

CALVIN C. FAYARD, JR.