## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| _____ | § § | |
| PERTAINS TO: INSURANCE   (06-1672, 06-1673, 06-1674) | § § § | |
| AND HUMPHREYS (06-0169)_____ | § § | |

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Responses/Oppositions to Motions (Doc. No. ___),

**IT IS ORDERED** that the Consent Motion For Extension Of Time To File Responses/Oppositions To Motions (Doc. No. ____) is **GRANTED**.

**IT IS FURTHER ORDERED** that the briefing schedule set forth by this Court's August 28, 2006 Order (Doc. No. 1029) is hereby **AMENDED** and the following briefing schedule shall apply to all motions set in the August 28, 2006 Order (Doc. No. 1029):

Oppositions to all motions subject to this order (Doc. Nos. 39, 903, 923, 932, 936 and 939) shall be filed **no later than September 26, 2006 at 5:00 p.m.**

Reply briefs thereto shall be no longer than 10 pages and shall be filed **no later than October 16, 2006 at 5:00 p.m.**

New Orleans, Louisiana, this _____ day of September, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE