UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

PERTAINS TO: MRGO, *Robinson* (06-2268)

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF
CONSENT/EX PARTE MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION TO DISMISS IN EXCESS OF 10 PAGES**

Defendant United States of America has moved, pursuant to Local Rule 7.8.1E, for leave to file its Reply in Support of its Motion to Dismiss, which is in excess of 10 pages. Specifically, the United States has requested an additional 25 pages beyond the 10 pages provided in the local rules. Good cause exists for leave to be granted, and plaintiffs, though counsel, have indicated that they do not oppose the relief sought.

The United States' Motion to Dismiss and accompanying Memorandum in support contained a thorough discussion of the United States' chief legal defenses to this action, namely the Flood Control Act, 33 U.S.C. § 702c, and the Federal Tort Claims Act exceptions found at 28 U.S.C. § 2680(a). These defenses are complex, requiring analysis of congressional history,

1

factual background on the MR-GO, and discussion of relevant legal opinions. Plaintiffs have filed opposition papers totaling 120 pages (a 70-page principal brief and a 50-page companion declaration). In order to address all the issues raised in Plaintiffs' opposition papers, the United States requires more than the 10 pages allotted for reply briefs by the local rules. A full airing of these issues now will streamline the litigation of this matter. Moreover, resolution of these issues will impact the legal posture of pending and future Katrina Levee Breach and MR-GO cases. Thus, the United States respectfully requests that the instant motion be granted and the United States be permitted to file its Reply in Support of its Motion to Dismiss with an additional 25 pages beyond the 10-page limit found in the Local Rules.

                                          Respectfully submitted,

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/Traci L. Colquette
TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 305-7536
(202) 616-5200 (fax)
Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

  I, Traci L. Colquette, hereby certify that on September 14, 2006, I served a true copy of the United States' Ex Parte/Consent Motion for Leave to File Reply in Support of Motion to Dismiss in Excess of 10 Pages, Memorandum in Support thereof, and Proposed Order upon the following parties by ECF, electronic mail, facsimile, or first class mail:

| | |
|---|---|
| William Aaron | Jim S. Hall |
| waaron@goinsaaron.com | jodi@jimshall.com |
| Neil Abramson | Robert Harvey |
| abramson@phelps.com | rgharvey@bellsouth.net |
| Jonathon Beauregard Andry | Herman C. Hoffmann, Jr. |
| jandry@andrylawfirm.com | hhoffmann@spsr-law.com |
| Thomas P. Anzelmo | David Blayne Honeycutt |
| tanzelmo@mcsalaw.com | DBHoneycutt@aol.com |
| Judy Barrasso | Ralph Hubbard |
| jbarrasso@barrassousdin.com | rhubbard@lawla.com |
| Daniel E. Becnel, Jr. | Tamara Kluger Jacobson |
| dbecnel@becnellaw.com | tkjacobson@aol.com |
| Robert Becnel | Michael Courtney Keller |
| ROBBECNEL@aol.com | kellerm@ag.state.la.us |
| Kelly Cambre Bogart | Stephen Kreller |
| kbogart@duplass.com | sskreller@gmail.com |
| Terrence L. Brennan | Hugh Lambert |
| tbrennan@dkslaw.com | hlambert@lambertandnelson.com |
| Joseph Bruno | John M. Landis |
| jbruno@brunobrunolaw.com | jlandis@stonepigman.com |
| Thomas Darling | Mickey Landry |
| tdarling@grhg.net | mlandry@landryswarr.com |
| Kevin Derham | Wade Langlois |
| kderham@duplass.com | wlanglois@grhg.net |
| Walter Dumas | Wayne J. Lee |
| wdumas@dumaslaw.com | wlee@stonepigman.com |
| Lawrence Duplass | F. Gerald Maples |
| lduplass@duplass.com | federal@geraldmaples.com |
| Calvin Fayard | Ben Louis Mayeaux |
| calvinfayard@fayardlaw.com | bmayeaux@ln-law.com |
| Thomas Francis Gardner | Gordon McKernan |
| gardner@bayoulaw.com | gemckernan@mckernanlawfirm.com |
| Thomas Gaudry | Gerald A. Melchiode |
| tgaudry@grhg.net | jmelchiode@gjtbs.com |
| Joseph Guichet | Gerald Edward Meunier |
| jguichet@lawla.com | dmartin@gainsben.com |

James Bryan Mullaly
jamesmullaly1@hotmail.com
Betty Finley Mullin
bettym@spsr-law.com
J. Wayne Mumphrey
jwmumphrey@mumphreylaw.com
John Francis Nevares
jfnevares-law@microjuris.com
James L. Pate
jpate@ln-law.com
Ronnie Penton
rgp@rgplaw.com
Drew A. Ranier
dranier@rgelaw.com
Michael R.C. Riess
mriess@kingsmillriess.com
Camilo Kossy Salas
csalas@salaslaw.com
David Scott Scalia
DAVID@brunobrunolaw.com
George Simno
gsimno@swbno.org
Randall A. Smith
rasmith3@bellsouth.net
Christopher Kent Tankersley
ctankersley@burglass.com
Sidney Torres
storres@torres-law.com
William Treeby
wtreeby@stonepigman.com
Richard John Tyler
rtyler@joneswalker.com
Gregory Varga
gvarga@rc.com
Jesse L. Wimberly
wimberly@nternet.com
Bob Wright
bobw@wrightroy.com
Ashton R. O'Dwyer, Jr.
arod@odwyerlaw.com
Victor Elbert Stilwell, Jr.
vstilwell@dkslaw.com

Charles F. Seemann, Jr.
cseemann@dkslaw.com
Christopher W. Martin
martin4@mdjwlaw.com
Martin R. Sadler
sadler@mdjwlaw.com
David R. Simonton
dsimonton@sonnenschein.com
John Herr Musser
jmusser@bellsouth.net
Dennis Phayer
dphayer@burglass.com
Julia E. McEvoy
jmcevoy@JonesDay.com
George T. Manning
gtmanning@jonesday.com
Wystan M. Ackerman
wackerman@rc.com
Adrian Wagerzito
adrianwagerzito@jonesday.com
Andy Greene
agreene@sonnenschein.com
Jerry McKernan
jemckernan@mckernanlawfirm.com
Belhia Martin
belhiamartin@bellsouth.net
James Rather
jrather@mcsalaw.com
Seth Schmeeckle
sschmeeckle@lawla.com
Matthew D. Schultz
mschultz@levinlaw.com
Clay Mitchell
cmitchell@levinlaw.com
ksmith@levinlaw.com
Nina D. Froeschle
nfroeschle@osmlaw.com
Thomas V. Girardi
tgirardi@girardikeese.com
John W. deGravelles
deidson@dphf-law.com
Craig Frank Holthaus
fholthaus@dphf-law.com

Samuel Gabb
sgabb@lundydavis.com
James Roussel
jroussel@bakerdonelson.com
Arthur Gordon Grant, Jr.
ggrant@monbar.com
Jean Michel Voltaire
jean.michel.voltaire@usdoj.gov
Clayton Morris Connors
cconnors@mumphreylaw.com
William Larzelere
blarzelere@lpw-law.com
Andre J. Mouledoux
amouledoux@mblb.com
James A. Cobb, Jr.
jac@ecwko.com
William Everard Wright, Jr.
wwright@dkslaw.com
George Moore Gilly
gillyg@phelps.com
Evans Martin McLeod
mcleodm@phelps.com
Maura Zivalich Pelleteri
mpelleteri@kfplaw.com
Nyka Scott
nscott@bakerdonelson.com
Jack Crowe
jcrowe@winston.com
Duane Kelley
dkelley@winston.com
Philip S. Brooks
pbrooks@monbar.com
Ronald Kitto
rkitto@monbar.com
Mark Hanna
mhanna@mcsalaw.com
mfarrell@mcsalaw.com
Kyle Kirsch
kpk@mcsalaw.com
John Ellison
jellison@andersonkill.com
Christopher Farrell
crfarrell@jonesday.com

Pierce O'Donnell
pod@osmlaw.com
John Smith
jsmith@mckernanlawfirm.com
Elwood Stevens
attyecf@aol.com
Joseph Cotchett
plee@cpsmlaw.com
Frank Anthony Piccolo
fap@pkrlaw.com
Barbara Lyons
blyons@cpsmlaw.com
Sarah Barcellona
sbarcellona@stonepigman.com
Albert D. Clary
adc@longlaw.com
rhondad@longlaw.com
Richard Cozad
rcozad@mpc-law.com
Stephen Goldman
sgoldman@rc.com
Alex Kriegsman
alex.kriegsman@usdoj.gov
Emma Alexandra Mekinda
em@mpc-law.com
Adrian Girard Nadeau
agn@longlaw.com
shs@longlaw.com
Albert Joseph Rebennack, Jr.
ajrebennack@cox.net
Orr Adams
orradams@aol.com
William John Wegmann
wjwegmann@aol.com
Howard Kaplan
hkaplan@bernard-cassisa.com
Gregory McDonald
gmcdonald@bfrob.com
John Nicoletti
jnicoletti@nicolettihornig.com
Roy Rodney, Jr.
RJR@rodneylaw.com

| | |
|---|---|
| Brent Talbot | Justin Woods |
| talbot@chaffe.com | jwoods@gainsben.com |
| Alan J. Yacoubian | Steven Usdin |
| ajy@jjbylaw.com | susdin@barrassousdin.com |
| Robert Novak | |
| rnovak@nicolettihornig.com | Lawrence D. Wiedemann |
| Christian Daigle | FAX: 504-581-4336 |
| daiglec@phelps.com | |
| Jonathan Christopher McCall | Joseph W. Hecker |
| mccall@chaffe.com | 619 Europe Street, 2nd Floor |
| H. Minor Pipes | Baton Rouge, LA 70806 |
| mpipes@barrassousdin.com | |
| Matthew Popp | Vernon Palmer Thomas |
| mfp@ecwko.com | 1524 N. Claiborne Ave. |
| Robert Siegel | New Orleans, LA 70116 |
| rsiegel@glllaw.com | |
| Kevin P. Kamraczewski | Frank D'Amico |
| kevink@sonnenschein.com | 622 Baronne St. |
| N. Frank Elliot | 2nd Fl. |
| felliot@rgelaw.com | New Orleans, LA 70113 |

Charles C. Foti, Jr.
Southalll@ag.state.la.us

                                s/Traci L. Colquette
                                TRACI L. COLQUETTE