UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## ORDER

Having considered Defendant United States of America's Ex Parte/Consent Motion for Leave to File Reply in Support of Motion to Dismiss in Excess of 10 Pages, finding no opposition thereto, and for good cause shown, it is hereby ORDERED that Defendant United States of America is granted leave to file its Reply in Support of its Motion to Dismiss with an additional 25 pages beyond the 10-page limit in the Local Rules.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana