

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 11 PM 4:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO: 05-4181 |
| | * | SECTION: "K"(2) |
| VERSUS | * * | JUDGE: DUVAL |
| PERTAINS TO Vanderbrook 05-6323 | * * | MAGISTRATE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* ALLSTATE INSURANCE COMPANY AND ALLSTATE INDEMNITY COMPANY

**NOW INTO COURT**, through undersigned counsel, come Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate") who respond to the Court's August 28, 2006 Order requesting additional briefing in *Vanderbrook*, and submit the attached brief of *amici curiae* in support of the defendant insurers. For the following reasons, the Motion should be granted.

1.

Allstate is a defendant in the *Chehardy* class action pending before this Court.[1] In *Chehardy*, the plaintiffs allege, *inter alia*, that flood damage caused to their homes as a result of Hurricane Katrina is covered under their Allstate homeowner policies because such damage was

---

[1] No. 06-1672, c/w 06-1673, c/w 06-1674.

Fee_____
Process_____
X Dktd_____
   CtRmDep_____
   Doc. No_____

caused by windstorm, storm surge, and/or the negligent maintenance, design, and construction of the levees.

2.

The coverage issues raised by the allegations against Allstate in *Chehardy* are different than those raised against the defendants in *Vanderbrook* because, *inter alia*, the policy language is different.

3.

Despite the differences between the cases, the *Chehardy* plaintiffs and their counsel nevertheless have interjected themselves into this case by filing amicus briefs that relate to the claims they have asserted against Allstate and other insurance carriers in *Chehardy*.

4.

Allstate is filing this amicus brief in an effort to protect its interests in *Chehardy* to the extent they overlap with the issues in the present case.

5.

This brief addresses certain questions raised by this Court in its August 28, 2006 order: (1) whether the homeowner policies exclude floods caused by third party negligence; and (2) whether the flood exclusion in the homeowner policies is ambiguous.

6.

Allstate respectfully submits that its brief will assist the Court in answering the questions raised in its August 28, 2006 Order, and in reaching a proper determination of this matter.

Respectfully submitted,

_____
Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
   Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company
  and Allstate Indemnity Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Brief of *Amici Curiae* Allstate Insurance Company and Allstate Indemnity Company has been served upon all counsel of record via electronic mail, facsimile and/or the United States Mail, postage prepaid and properly addressed this 11th day of September, 2006.

_____

66188