

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 9:21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO: 05-4181 |
| VERSUS | * * * | SECTION: "K"(2) |
| PERTAINS TO Vanderbrook 05-6323 | * * | JUDGE: DUVAL |
| | * | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Allstate Indemnity Company and Allstate Insurance Company's ("Allstate") Motion for Leave to File Brief of *Amici Curiae*;

**IT IS ORDERED** that the Motion be and hereby is **GRANTED**, and that Allstate is permitted to file the attached brief of *amici curiae* in support of the defendant insurers.

New Orleans, Louisiana, this 13th day of September, 2006.

_____
JUDGE

___ Fee _____
___ Process _____
X  Dktd _____ 66188
✓  CtRmDep _____
___ Doc. No _____