

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 12  PM 2: 03

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND | * | CIVIL ACTION |
| BONNIE EZELL | * | |
| | * | NO.  05-6314 |
| VERSUS | * | |
| | * | SECTION "K" |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | |
| | * | MAG. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

On Motion of **RONNIE G. PENTON**, Attorney at Law, and on suggesting to this Honorable Court that he has heretofore represented the Plaintiffs, **JIM EZELL, husband of/and BONNIE EZELL** in this cause as Co-Counsel, and that Counsel wishes to withdraw as Co-Counsel for Plaintiffs. Counsel avers that Plaintiffs have been advised of this Motion to Withdraw and all Counsel of Record have been notified. Counsel further avers that Jesse L. Wimberly, III will continue to be Counsel for Plaintiffs in this matter.

Counsel certifies that he has complied with Rule 9.13 of the Louisiana Rules of Court and Rule 1.16 of the Rules of Professional Conduct, Louisiana State Bar Association, Articles of Incorporation, Art. 16.

Counsel avers that the granting of this Motion to Withdraw as Co-Counsel will not impede the progress of this litigation.



LAW OFFICES OF
RONNIE G. PENTON

2250 Gause Blvd. East, Ste. 310
Slidell, LA 70458
Tel: 985.643.1747
Toll Free: 800.419.3445
Fax: 985.646.1487

—1—

\_\_\_ Fee_____
\_\_\_ Process_____
X Dktd _____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No_____

Respectfully Submitted

**LAW OFFICES OF RONNIE G. PENTON**
**209 HOPPEN PLACE**
**BOGALUSA, LOUISIANA 70427**
**TELEPHONE: (985) 732-5651**
**TELECOPIER:(985) 735-5579**

_____

**RONNIE G. PENTON**
**Bar Roll No: 10462**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been mailed to all Counsel

of Record by placing same in the U. S. Mail, postage prepaid and properly addressed on this

_____ day of September, 2006.

_____

**RONNIE G. PENTON**



LAW OFFICES OF
RONNIE G. PENTON

2250 Gause Blvd. East, Ste. 310
Slidell, LA 70458
Tel: 985.643.1747
Toll Free: 800.419.3445
Fax: 985.646.1487

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been mailed to all Counsel

of Record by placing same in the U. S. Mail, postage prepaid and properly addressed on this

_____ day of September, 2006.

**RONNIE G. PENTON**



LAW OFFICES OF
RONNIE G. PENTON

2250 Gause Blvd. East, Ste. 310
Slidell, LA 70458
Tel: 985.643.1747
Toll Free: 800.419.3445
Fax: 985.646.1487

–4–