FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 9: 20

G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIM EZELL, HUSBAND OF/AND BONNIE EZELL | * | CIVIL ACTION |
| | * | NO. 05-6314 |
| VERSUS | * | |
| | * | SECTION "K" |
| BOH BROTHERS CONSTRUCTION CO., ET AL | * | |
| | * | MAG. "2" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion to Withdraw as Co-Counsel of Record,

**IT IS ORDERED** by the Court that **RONNIE G. PENTON**, be permitted to withdraw from this cause and that his name be erased from the records thereof.

New Orleans, Louisiana this 13th day of September, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

LAW OFFICES OF
RONNIE G. PENTON

2250 Gause Blvd. East, Ste. 310
Slidell, LA 70458
Tel: 985.643.1747
Toll Free: 800.419.3445
Fax: 985.646.1487

—3—

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____