

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: 06-2152 (REED)<br>MRGO | | |

### RE-NOTICE OF HEARING

To: Daniel E. Becnel, Jr.
William Percy, III
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, Louisiana 70084

Camilo K. Salas III
Salas & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130

John F. Nevares
John F. Nevares & Associates, PSC
P. O. Box 13667
San Juan, P.R. 00908-3667

PLEASE TAKE NOTICE that undersigned counsel for Manson Gulf, L.L.C. will bring its Motion to Dismiss, or in the alternative, Motion for Summary Judgment for hearing on

NO.99629400.1

October 18, 2006, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 14th day of September, 2006.

_____