FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 14  AM 9: 21

LORETTA G. WHYTE
            CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES      )   CIVIL ACTION
       CONSOLIDATED LITIGATION     )   NO. 05-4182 "K" (2)
                                   )   JUDGE DUVAL
                                   )   MAG. WILKINSION
                                   )
                                   )
PERTAINS TO: *Savoy (06-3552)*     )
                                   )
                                   )

ORDER GRANTING
DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO COMPLAINT

This matter is presently before the Court upon Defendants' unopposed motion to extend time and the accompanying Certificate of Alex Kriegsman. The Court hereby GRANTS Defendants' motion.

It is ORDERED that Defendants United States of America, United States Army Corps of Engineers and Francis J. Harvey, Secretary of the Army are granted up to and including November 10, 2006 within which to file responsive pleadings.

New Orleans, LA
Dated September 13th, 2006

_____
United States District Judge

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____