UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182 "K"(2)<br>*<br>*  JUDGE DUVAL<br>*<br>*  MAG. WILKINSON<br>* |
| PERTAINS TO:<br>MRGO - C.A. 06-2152 (Reed)<br>C. A. 06-4066 (Ackerson) | *<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

RULE 12(b)(6) MOTION TO DISMISS AND/OR RULE 56
MOTION FOR SUMMARY JUDGMENT ON THE
AFFIRMATIVE DEFENSE OF PEREMPTION
TO DISMISS MRGO PLAINTIFFS' COMPLAINTS
AGAINST BEAN DREDGING LLC, STUYVESANT DREDGING CORP,
and BEAN STUYVESANT LLC

Defendants, Bean Dredging L.L.C., as successor in interest to Bean Dredging Corporation and Bean Horizon Corporation and Stuyvesant Dredging Company and Bean Stuyvesant L.L.C., (hereinafter "Bean") through undersigned counsel, move this Court to dismiss all claims asserted by plaintiffs in the *Reed* and *Ackerson* suits against Bean, pursuant to Rule 12(b)(6), FRCP, because plaintiffs have failed to state claims upon which relief can be granted, and/or to grant summary

judgment in favor of Bean, pursuant to Rule 56, FRCP, on the affirmative defense of peremption under La. R.S. 9:2772, in regard to all contracts completed by April 24, 2001, for the reasons more fully set forth in the accompanying Memorandum in Support and attached Affidavits of Barclay D. Beery and Robert J. Dugas.

WHEREFORE, Defendant prays that this Court grant the motions and dismiss the claims of the MRGO plaintiffs against Bean and Stuyvesant, because said claims are perempted by operation of law under La. R.S. 9:2772.

/s/William E. Wright, Jr.
William E. Wright, Jr. (Bar Roll No.8564)
Terrence L. Brennan (Bar Roll No. 3434)
Kelly E. Theard (Bar Roll No. 29445)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
ketheard@dkslaw.com
Attorneys for Bean Dredging, L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) abramson@phelps.com
2) wackerman@rc.com
3) jandry@andrylawfirm.com
4) tanzelmo@mcsalaw.com
5) aakers@lpw-law.com
6) BabinS@ag.state.la.us
7) sbarcellona@stonepigman.com
8) jbarrasso@barrassousdin.com
9) dbecnel@becnellaw.com
10) darrylbecnel@becnellaw.com
11) ROBBECNEL@AOL.COM
12) kbergeron@dkslaw.com
13) bilbron@phelps.com
14) kbogart@duplass.com
15) nbowen@duplass.com
16) tbrennan@dkslaw.com
17) pbrooks@monbar.com
18) dbrowne@brownelaw.com
19) jbruno@brunobrunolaw.com
20) sbullock@stonepigman.com
21) jcambre@duplass.com
22) adc@longlaw.com
23) jac@ecwko.com
24) Traci.ColQuette@usdoj.gov
25) ccolvin@kingsmillriess.com
26) rcozad@mpc-law.com
27) rcreely@aol.com
28) daiglec@phelps.com
29) rdaigre@duganbrowne.com
30) tdarling@grhg.net
31) tdavis2@cableone.net
32) jdegruy@mblb.com
33) dearie@bayoulaw.com
34) kderham@duplass.com
35) jvdirosa@cityofno.com
36) wdumas@dumaslaw.com
37) lduplass@duplass.com
38) eeagan@joneswalker.com
39) jfe@ecwko.com
40) bemory@mblb.com
41) jke@rodneylaw.com
42) calvinfayard@fayardlaw.com
43) tess.finnegan@usdoj.gov
44) sgabb@lundydavis.com
45) gardner@bayoulaw.com
46) sgaspard@burglass.com
47) tgaudry@grhg.net
48) gillyg@phelps.com
49) glazerp@ag.state.la.us
50) sgoldman@rc.com
51) ggrant@monbar.com
52) jguichet@lawla.com
53) khadican@gainsben.com
54) jodi@jimshall.com
55) mhanna@mcsalaw.com
56) lharris@stonepigman.com
57) rgharvey@bellsouth.net
58) pdhatch@dumaslaw.com
59) dhoerner@mblb.com
60) hhoffmann@spsr-law.com
61) fholthaus@dphf-law.com
62) mindy@fayardlaw.com
63) rhubbard@lawla.com
64) dollyno@aol.com

| | | | | |
|---|---|---|---|---|
| 65) | tkjacobson@aol.com | | 106) | vlpapai@cityofno.com |
| 66) | kellerm@ag.state.la.us | | 107) | jpate@ln-law.com |
| 67) | kewley@bayoulaw.com | | 108) | mpelleteri@kfplaw.com |
| 68) | kpk@mcsalaw.com | | 109) | rgp@rgplaw.com |
| 69) | federal@geraldmaples.com | | 110) | mpfister@duplass.com |
| 70) | rkitto@monbar.com | | 111) | dphayer@burglass.com |
| 71) | sskreller@gmail.com | | 112) | fap@pkrlaw.com |
| 72) | alex.kriegsman@usdoj.gov | | 113) | doug@duganbrowne.com |
| 73) | ajl@mcsalaw.com | | 114) | mfp@ecwko.com |
| 74) | hlambert@lambertandnelson.com | | 115) | dranier@rgelaw.com |
| 75) | jlandis@stonepigman.com | | 116) | kreasonover@smithfawer.com |
| 76) | wlanglois@grhg.net | | 117) | ajrebennack@cox.net |
| 77) | blarzelere@lpw-law.com | | 118) | mriess@kingsmillriess.com |
| 78) | tleblanc@lundydavis.com | | 119) | riviereb@phelps.com |
| 79) | jel@pkrlaw.com | | 120) | RJR@rodneylaw.com |
| 80) | wlee@stonepigman.com | | 121) | jroussel@bakerdonelson.com |
| 81) | hlonian@stonepigman.com | | 122) | jimr@wrightroy.com |
| 82) | ederal@geraldmaples.com | | 123) | csalas@salaslaw.com |
| 83) | jwmartin@spt.com | | 124) | DAVID@brunobrunolaw.com |
| 84) | bmayeaux@ln-law.com | | 125) | sschmeeckle@lawla.com |
| 85) | mmcalpine@mpc-law.com | | 126) | mschultz@levinlaw.com |
| 86) | mccall@chaffe.com | | 127) | nscott@bakerdonelson.com |
| 87) | gmcdonald@bfrob.com | | 128) | aseltzer@kfplaw.com |
| 88) | gmckernan@mckernanlawfirm.com | | 129) | gsimno@swbno.org |
| 89) | mcleodm@phelps.com | | 130) | jsimpson@lpw-law.com |
| 90) | em@mpc-law.com | | | |
| 91) | jmelchiode@gjtbs.com | | | |
| 92) | dmartin@gainsben.com | | | |
| 93) | kara.k.miller@usdoj.gov | | | |
| 94) | pmfields@cityofno.com | | | |
| 95) | bmullin@spsr-law.com | | | |
| 96) | jwmumphrey@mumphreylaw.com | | | |
| 97) | wbmumphrey@mumphreylaw.com | | | |
| 98) | emurov@dkslaw.com | | | |
| 99) | musser@bellsouth.net | | | |
| 100) | agn@longlaw.com | | | |
| 101) | nelson@lambertandnelson.com | | | |
| 102) | jfnevares-law@microjuris.com | | | |
| 103) | jnicoletti@nicolettihornig.com | | | |
| 104) | mnoble@monbar.com | | | |
| 105) | mpalmintier@dphf-law.com | | | |

131) tslack@gainsben.com
132) rasmith3@bellsouth.net
133) robin.doyle.smith@usdoj.gov
134) Spencer@chaffe.com
135) ostamant@smithfawer.com
136) fswarr@landryswarr.com
137) talbot@chaffe.com
138) ctankersley@burglass.com
139) ktheard@dkslaw.com
140) storres@torres-law.com
141) wtreeby@stonepigman.com
142) tyler@joneswalker.com
143) jtynan@monbar.com
144) jtynan@monbar.com
145) gvarga@rc.com
146) jean.michel.voltaire@usdoj.gov
147) rjw@ecwko.com
149) ewicker@barrassousdin.com
150) smwiles@bellsouth.net
151) wimberly@nternet.com
152) bobw@wrightroy.com
153) wwright@dkslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) NaTashia Carter Benoit
   Dumas & Associates Law Corporation
   1261 Government St.
   P. O. Box 1366
   Baton Rouge, LA 70821

2) Evelyn Alexis Bevis
   Lambert & Nelson
   701 Magazine St.
   New Orleans, LA 70130

3) Meghan Becnel Burns
   Law Offices of Robert M. Becnel
   425 West Airline Highway
   Suite B
   Laplace, LA 70068

4) Clayton Morris Connors
   Mumphrey Law Firm, LLC
   625 Baronne Street
   New Orleans, LA 70113

5) Thomas J. Corrington
   The Corrington Law Firm
   3431 Prytania St.
   New Orleans, LA 70115

6) Joseph W. Cotchett
   Cotchett Pitre Simon & McCarthy

San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

7) Jack J. Crowe
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

8) Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

9) N. Frank Elliot, III
Ranier, Gayle & Elliot, LLC
1419 Ryan St.
P. O. Box 1890
Lake Charles, LA 70602-1890

10) John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

11) Christopher R. Farrell
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

12) John Marston Fowler
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St.
Suite 4040
New Orleans, LA 70130

13) Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

14) Scott Hubert Fruge
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

15) Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

16) Paul E.B. Glad
Sonnenschein, Nath & Rosenthal 7800
Sears Tower
Chicago, IL 60606

17) Andrew R. Greene
Sonnenschein, Nath & Rosenthal 7800

|    |                                                                                                       |     |                                                                                                                                                     |
|----|-------------------------------------------------------------------------------------------------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------|
|    | Sears Tower<br>Chicago, IL 60606                                                                      | 25) | James F. McConnon, Jr.<br>U.S. Department of Justice (Box 888)<br>Torts Branch, Civil Division<br>Benjamin Franklin Station<br>P. O. Box 888<br>Washington, DC 20044 |
| 18)| Joseph W. Hecker<br>619 Europe Street<br>2nd Floor<br>Baton Rouge, LA 70806                           |     |                                                                                                                                                     |
|    |                                                                                                       | 26) | Julia E. McEvoy<br>Jones Day<br>51 Louisiana Avenue, NW<br>Washington, DC 20001                                                                     |
| 19)| Kevin P. Kamraczewski<br>Sonnenschein, Nath & Rosenthal<br>7800 Sears Tower<br>Chicago, IL 60606     |     |                                                                                                                                                     |
|    |                                                                                                       | 27) | J. J. (Jerry) McKernan<br>McKernan Law Firm<br>8710 Jefferson Hwy.<br>Baton Rouge, LA 70809                                                          |
| 20)| Duane M. Kelley<br>Winston & Strawn, LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601                     |     |                                                                                                                                                     |
|    |                                                                                                       | 28) | Darin J. McMullen<br>Anderson Kill & Olick, PC<br>1600 Market St.<br>Suite 2500<br>Philadelphia, PA 19103                                           |
| 21)| Barbara L. Lyons<br>Cotchett Pitre Simon & McCarthy<br>840 Malcolm Road<br>Suite 200<br>Burlingame, CA 94010 |     |                                                                                                                                           |
|    |                                                                                                       | 29) | Clay Mitchell<br>Levin, Papantonio, Thomas, Mitchell,<br>Echsner & Proctor, PA<br>316 S. Baylen St.<br>P. O. Box 12308<br>Suite 600<br>Pensacola, FL 32581 |
| 22)| George T. Manning<br>Jones Day<br>1420 Peachtree Street, NE<br>Suite 800<br>Atlanta, GA 30309-3053   |     |                                                                                                                                                     |
| 23)| Christopher W. Martin<br>Martin, Disiere, Jefferson & Wisdom, LLP<br>808 Travis Street<br>Suite 1800<br>Houston, TX 77002 |     |                                                                                                                          |
|    |                                                                                                       | 30) | Andre J. Mouledoux<br>Mouledoux, Bland, Legrand & Brackett, LLC<br>One Shell Square<br>701 Poydras St.<br>Suite 4250<br>New Orleans, LA 70139       |
| 24)| Meredith Anne Mayberry<br>Law Offices of F. Gerald Maples, P.A.<br>902 Julia St.<br>New Orleans, LA 70113 |     |                                                                                                                                               |

31) Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

32) Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place
Suite 2670
New Orleans, LA 70130

33) William A. Percy, III
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

34) James C. Rather, Jr.
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

35) Martin R. Sadler
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

36) Alfred Ambrose Sarrat, Jr.
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

37) Charles F. Seemann, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

38) David R. Simonton
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

39) John H Smith
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

40) Elwood C. Stevens, Jr.
Law Office of Elwood C. Stevens, Jr., APLC
1205 Victor II Blvd.
P. O. Box 2626
Morgan City, LA 70381

41) Victor Elbert Stilwell, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

42) Vernon Palmer Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Ave.
New Orleans, LA 70116

43) Travis J. Turner
Dumas & Associates Law Corporation
1263 Government St.
P. O. Box 1366
Baton Rouge, LA 70821

44) Gerard Michael Victor
Sewerage & Water Board Legal Department

625 St. Joseph St.  
Room 201  
New Orleans, LA 70165

45) Lawrence D. Wiedemann  
Wiedemann & Wiedemann  
821 Baronne St.  
New Orleans, LA 70113

46) John W. deGravelles  
deGravelles, Palmintier, Holthaus & Fruge'  
618 Main Street  
Baton Rouge, LA 70801-1910

s/William E. Wright, Jr.  
**WILLIAM E. WRIGHT, JR.**  
of  
**DEUTSCH, KERRIGAN & STILES, L.L.P.**  
**755 Magazine Street**  
**New Orleans, Louisiana  70130**  
**Telephone:  (504) 581-5141**  
**Facsimile:  (504) 566-1201**  
wwright@dkslaw.com  
**Attorneys for Bean Dredging, L.L.C., Defendant C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C.**