UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| MRGO - C.A. 06-2152 (Reed) | * | |
| C. A. 06-4066 (Ackerson) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### STATEMENT OF UNCONTESTED MATERIAL FACTS SUBMITTED BY BEAN DREDGING LLC, STUYVESANT DREDGING COMPANY, and BEAN STUYVESANT LLC

Movants Bean Dredging L.L.C., (as corporate successor in interest to Bean Dredging Corporation, Bean Horizon Corporation), Stuyvesant Dredging Company, Bean Stuyvesant L.L.C. (hereinafter "Bean") submit the following uncontested material facts in support of Bean's motion on peremption under La. R.S. 9:2772:

(1)     The dredging contracts awarded to Bean or Stuyvesant by the Corps of Engineers identified in the Complaints filed by plaintiffs were for dredging of the MRGO during the period 1993 through 2005.

(2) The dredging constitutes construction or improvements to immovable property under Louisiana law.

(3) The plaintiffs first filed complaint was on April 24, 2006, more than five years after Bean completed its dredging contracts for the Corps in the years 1993 through 1999.

(4) The claims for the Bean or Stuyvesant dredging contracts identified in the Affidavits of Robert J. Dugas and Barclay D. Beery, specifically in Exhibit 2 of Barclay D. Beery's Affidavit, as Item Nos. 1 through 8, are perempted under La. R.S. 92772.

/s/**William E. Wright, Jr.**
Terrence L. Brennan (Bar Roll No. 3434)
William E. Wright, Jr. (Bar Roll No.8564)
Kelly E. Theard (Bar Roll No. 29445)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
tbrennan@dkslaw.com
wwright@dkslaw.com
ktheard@dkslaw.com
Attorneys for Bean Dredging L.L.C.,
Stuyvesant Dredging Company,
Bean Stuyvesant L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) abramson@phelps.com
2) wackerman@rc.com
3) jandry@andrylawfirm.com
4) tanzelmo@mcsalaw.com
5) aakers@lpw-law.com
6) BabinS@ag.state.la.us
7) sbarcellona@stonepigman.com
8) jbarrasso@barrassousdin.com
9) dbecnel@becnellaw.com
10) darrylbecnel@becnellaw.com
11) ROBBECNEL@AOL.COM
12) kbergeron@dkslaw.com
13) bilbron@phelps.com
14) kbogart@duplass.com
15) nbowen@duplass.com
16) tbrennan@dkslaw.com
17) pbrooks@monbar.com
18) dbrowne@brownelaw.com
19) jbruno@brunobrunolaw.com
20) sbullock@stonepigman.com
21) jcambre@duplass.com
22) adc@longlaw.com
23) jac@ecwko.com
24) Traci.ColQuette@usdoj.gov
25) ccolvin@kingsmillriess.com
26) rcozad@mpc-law.com
27) rcreely@aol.com
28) daiglec@phelps.com
29) rdaigre@duganbrowne.com
30) tdarling@grhg.net
31) tdavis2@cableone.net
32) jdegruy@mblb.com
33) dearie@bayoulaw.com
34) kderham@duplass.com
35) jvdirosa@cityofno.com
36) wdumas@dumaslaw.com
37) lduplass@duplass.com
38) eeagan@joneswalker.com
39) jfe@ecwko.com
40) bemory@mblb.com
41) jke@rodneylaw.com
42) calvinfayard@fayardlaw.com
43) tess.finnegan@usdoj.gov
44) sgabb@lundydavis.com

| | | | |
|---|---|---|---|
| 45) | gardner@bayoulaw.com | 83) | jwmartin@spt.com |
| 46) | sgaspard@burglass.com | 84) | bmayeaux@ln-law.com |
| 47) | tgaudry@grhg.net | 85) | mmcalpine@mpc-law.com |
| 48) | gillyg@phelps.com | 86) | mccall@chaffe.com |
| 49) | glazerp@ag.state.la.us | 87) | gmcdonald@bfrob.com |
| 50) | sgoldman@rc.com | 88) | gmckernan@mckernanlawfirm.com |
| 51) | ggrant@monbar.com | 89) | mcleodm@phelps.com |
| 52) | jguichet@lawla.com | 90) | em@mpc-law.com |
| 53) | khadican@gainsben.com | 91) | jmelchiode@gjtbs.com |
| 54) | jodi@jimshall.com | 92) | dmartin@gainsben.com |
| 55) | mhanna@mcsalaw.com | 93) | kara.k.miller@usdoj.gov |
| 56) | lharris@stonepigman.com | 94) | pmfields@cityofno.com |
| 57) | rgharvey@bellsouth.net | 95) | bmullin@spsr-law.com |
| 58) | pdhatch@dumaslaw.com | 96) | jwmumphrey@mumphreylaw.com |
| 59) | dhoerner@mblb.com | 97) | wbmumphrey@mumphreylaw.com |
| 60) | hhoffmann@spsr-law.com | 98) | emurov@dkslaw.com |
| 61) | fholthaus@dphf-law.com | 99) | musser@bellsouth.net |
| 62) | mindy@fayardlaw.com | 100) | agn@longlaw.com |
| 63) | rhubbard@lawla.com | 101) | nelson@lambertandnelson.com |
| 64) | dollyno@aol.com | 102) | jfnevares-law@microjuris.com |
| 65) | tkjacobson@aol.com | 103) | jnicoletti@nicolettihornig.com |
| 66) | kellerm@ag.state.la.us | 104) | mnoble@monbar.com |
| 67) | kewley@bayoulaw.com | 105) | mpalmintier@dphf-law.com |
| 68) | kpk@mcsalaw.com | 106) | vlpapai@cityofno.com |
| 69) | federal@geraldmaples.com | 107) | jpate@ln-law.com |
| 70) | rkitto@monbar.com | 108) | mpelleteri@kfplaw.com |
| 71) | sskreller@gmail.com | 109) | rgp@rgplaw.com |
| 72) | alex.kriegsman@usdoj.gov | 110) | mpfister@duplass.com |
| 73) | ajl@mcsalaw.com | 111) | dphayer@burglass.com |
| 74) | hlambert@lambertandnelson.com | 112) | fap@pkrlaw.com |
| 75) | jlandis@stonepigman.com | 113) | doug@duganbrowne.com |
| 76) | wlanglois@grhg.net | 114) | mfp@ecwko.com |
| 77) | blarzelere@lpw-law.com | 115) | dranier@rgelaw.com |
| 78) | tleblanc@lundydavis.com | 116) | kreasonover@smithfawer.com |
| 79) | jel@pkrlaw.com | 117) | ajrebennack@cox.net |
| 80) | wlee@stonepigman.com | 118) | mriess@kingsmillriess.com |
| 81) | hlonian@stonepigman.com | 119) | riviereb@phelps.com |
| 82) | ederal@geraldmaples.com | 120) | RJR@rodneylaw.com |

| | | | |
|---|---|---|---|
| 121) | jroussel@bakerdonelson.com | 131) | tslack@gainsben.com |
| 122) | jimr@wrightroy.com | 132) | rasmith3@bellsouth.net |
| 123) | csalas@salaslaw.com | 133) | robin.doyle.smith@usdoj.gov |
| 124) | DAVID@brunobrunolaw.com | 134) | Spencer@chaffe.com |
| 125) | sschmeeckle@lawla.com | 135) | ostamant@smithfawer.com |
| 126) | mschultz@levinlaw.com | 136) | fswarr@landryswarr.com |
| 127) | nscott@bakerdonelson.com | 137) | talbot@chaffe.com |
| 128) | aseltzer@kfplaw.com | 138) | ctankersley@burglass.com |
| 129) | gsimno@swbno.org | 139) | ktheard@dkslaw.com |
| 130) | jsimpson@lpw-law.com | 140) | storres@torres-law.com |
| | | 141) | wtreeby@stonepigman.com |
| | | 142) | tyler@joneswalker.com |
| | | 143) | jtynan@monbar.com |
| | | 144) | jtynan@monbar.com |
| | | 145) | gvarga@rc.com |
| | | 146) | jean.michel.voltaire@usdoj.gov |
| | | 147) | rjw@ecwko.com |
| | | 149) | ewicker@barrassousdin.com |
| | | 150) | smwiles@bellsouth.net |
| | | 151) | wimberly@nternet.com |
| | | 152) | bobw@wrightroy.com |
| | | 153) | wwright@dkslaw.com |

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) NaTashia Carter Benoit
Dumas & Associates Law Corporation
1261 Government St.
P. O. Box 1366
Baton Rouge, LA 70821

2) Evelyn Alexis Bevis
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130

3) Meghan Becnel Burns
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
Laplace, LA 70068

4) Clayton Morris Connors
Mumphrey Law Firm, LLC
625 Baronne Street
New Orleans, LA 70113

5) Thomas J. Corrington
The Corrington Law Firm
3431 Prytania St.
New Orleans, LA 70115

6) Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

7) Jack J. Crowe
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

8) Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

9) N. Frank Elliot, III
Ranier, Gayle & Elliot, LLC
1419 Ryan St.
P. O. Box 1890
Lake Charles, LA 70602-1890

10) John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

11) Christopher R. Farrell
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

12) John Marston Fowler
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras St.
Suite 4040
New Orleans, LA 70130

13) Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

14) Scott Hubert Fruge
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

15) Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

16) Paul E.B. Glad
Sonnenschein, Nath & Rosenthal 7800
Sears Tower
Chicago, IL 60606

17) Andrew R. Greene
    Sonnenschein, Nath & Rosenthal 7800
    Sears Tower
    Chicago, IL 60606

18) Joseph W. Hecker
    619 Europe Street
    2nd Floor
    Baton Rouge, LA 70806

19) Kevin P. Kamraczewski
    Sonnenschein, Nath & Rosenthal
    7800 Sears Tower
    Chicago, IL 60606

20) Duane M. Kelley
    Winston & Strawn, LLP
    35 W. Wacker Dr.
    Chicago, IL 60601

21) Barbara L. Lyons
    Cotchett Pitre Simon & McCarthy
    840 Malcolm Road
    Suite 200
    Burlingame, CA 94010

22) George T. Manning
    Jones Day
    1420 Peachtree Street, NE
    Suite 800
    Atlanta, GA 30309-3053

23) Christopher W. Martin
    Martin, Disiere, Jefferson & Wisdom, LLP
    808 Travis Street
    Suite 1800
    Houston, TX 77002

24) Meredith Anne Mayberry
    Law Offices of F. Gerald Maples, P.A.
    902 Julia St.
    New Orleans, LA 70113

25) James F. McConnon, Jr.
    U.S. Department of Justice (Box 888)
    Torts Branch, Civil Division
    Benjamin Franklin Station
    P. O. Box 888
    Washington, DC 20044

26) Julia E. McEvoy
    Jones Day
    51 Louisiana Avenue, NW
    Washington, DC 20001

27) J. J. (Jerry) McKernan
    McKernan Law Firm
    8710 Jefferson Hwy.
    Baton Rouge, LA 70809

28) Darin J. McMullen
    Anderson Kill & Olick, PC
    1600 Market St.
    Suite 2500
    Philadelphia, PA 19103

29) Clay Mitchell
    Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
    316 S. Baylen St.
    P. O. Box 12308
    Suite 600
    Pensacola, FL 32581

30) Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett, LLC
One Shell Square
701 Poydras St.
Suite 4250
New Orleans, LA 70139

31) Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

32) Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place
Suite 2670
New Orleans, LA 70130

33) William A. Percy, III
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

34) James C. Rather, Jr.
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

35) Martin R. Sadler
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

36) Alfred Ambrose Sarrat, Jr.
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

37) Charles F. Seemann, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

38) David R. Simonton
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

39) John H Smith
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

40) Elwood C. Stevens, Jr.
Law Office of Elwood C. Stevens, Jr., APLC
1205 Victor II Blvd.
P. O. Box 2626
Morgan City, LA 70381

41) Victor Elbert Stilwell, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

42) Vernon Palmer Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Ave.
New Orleans, LA 70116

43) Travis J. Turner
Dumas & Associates Law Corporation
1263 Government St.
P. O. Box 1366
Baton Rouge, LA 70821

44) Gerard Michael Victor
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165

45) Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

46) John W. deGravelles
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

s/William E. Wright, Jr.
**WILLIAM E. WRIGHT, JR.**
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana 70130**
**Telephone: (504) 581-5141**
**Facsimile: (504) 566-1201**
**wwright@dkslaw.com**
**Attorneys for Bean Dredging, L.L.C., Defendant C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C.**

#277550v1<DKS> -Statement of Uncontested Material Facts