UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| MRGO - C.A. 06-2152 (Reed) | * | |
| C. A. 06-4066 (Ackerson) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

To: All Counsel of Record (See Annexed List)

Please take Notice that Bean Dredging L.L.C., Stuyvesant Dredging Company, and Bean Stuyvesant L.L.C. (hereinafter "Bean") will bring on for hearing the foregoing Motion to Dismiss under Rule 12(b) and/or Motion for Summary Judgment under Rule 56, FRCP, on the grounds of Peremption under La. R.S. 9:2772, before the Honorable Stanwood R. Duval, Jr, on October 12,

2006, at 9:30 a.m. or as soon thereafter as counsel may be heard, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

/s/ **William E. Wright, Jr.**
Terrence L. Brennan (Bar Roll No. 3434)
William E. Wright, Jr. (Bar Roll No.8564)
Kelly E. Theard (Bar Roll No. 29445)
of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
tbrennan@dkslaw.com
wwright@dkslaw.com
ktheard@dkslaw.com
Attorneys for Bean Dredging, L.L.C.,
Stuyvesant Dredging Company,
Bean Stuyvesant L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | | | | |
|---|---|---|---|---|
| 1) | abramson@phelps.com | | 30) | tdarling@grhg.net |
| 2) | wackerman@rc.com | | 31) | tdavis2@cableone.net |
| 3) | jandry@andrylawfirm.com | | 32) | jdegruy@mblb.com |
| 4) | tanzelmo@mcsalaw.com | | | |
| 5) | aakers@lpw-law.com | | 33) | dearie@bayoulaw.com |
| 6) | BabinS@ag.state.la.us | | 34) | kderham@duplass.com |
| 7) | sbarcellona@stonepigman.com | | 35) | jvdirosa@cityofno.com |
| 8) | jbarrasso@barrassousdin.com | | 36) | wdumas@dumaslaw.com |
| 9) | dbecnel@becnellaw.com | | 37) | lduplass@duplass.com |
| 10) | darrylbecnel@becnellaw.com | | 38) | eeagan@joneswalker.com |
| 11) | ROBBECNEL@AOL.COM | | 39) | jfe@ecwko.com |
| 12) | kbergeron@dkslaw.com | | 40) | bemory@mblb.com |
| 13) | bilbron@phelps.com | | 41) | jke@rodneylaw.com |
| 14) | kbogart@duplass.com | | 42) | calvinfayard@fayardlaw.com |
| 15) | nbowen@duplass.com | | 43) | tess.finnegan@usdoj.gov |
| 16) | tbrennan@dkslaw.com | | 44) | sgabb@lundydavis.com |
| | | | 45) | gardner@bayoulaw.com |
| 17) | pbrooks@monbar.com | | 46) | sgaspard@burglass.com |
| 18) | dbrowne@brownelaw.com | | 47) | tgaudry@grhg.net |
| 19) | jbruno@brunobrunolaw.com | | 48) | gillyg@phelps.com |
| 20) | sbullock@stonepigman.com | | 49) | glazerp@ag.state.la.us |
| 21) | jcambre@duplass.com | | 50) | sgoldman@rc.com |
| 22) | adc@longlaw.com | | 51) | ggrant@monbar.com |
| 23) | jac@ecwko.com | | 52) | jguichet@lawla.com |
| 24) | Traci.ColQuette@usdoj.gov | | 53) | khadican@gainsben.com |
| 25) | ccolvin@kingsmillriess.com | | 54) | jodi@jimshall.com |
| 26) | rcozad@mpc-law.com | | 55) | mhanna@mcsalaw.com |
| 27) | rcreely@aol.com | | 56) | lharris@stonepigman.com |
| 28) | daiglec@phelps.com | | 57) | rgharvey@bellsouth.net |
| 29) | rdaigre@duganbrowne.com | | 58) | pdhatch@dumaslaw.com |

59) dhoerner@mblb.com
60) hhoffmann@spsr-law.com
61) fholthaus@dphf-law.com
62) mindy@fayardlaw.com
63) rhubbard@lawla.com
64) dollyno@aol.com
65) tkjacobson@aol.com
66) kellerm@ag.state.la.us
67) kewley@bayoulaw.com
68) kpk@mcsalaw.com
69) federal@geraldmaples.com
70) rkitto@monbar.com
71) sskreller@gmail.com
72) alex.kriegsman@usdoj.gov
73) ajl@mcsalaw.com
74) hlambert@lambertandnelson.com
75) jlandis@stonepigman.com
76) wlanglois@grhg.net
77) blarzelere@lpw-law.com
78) tleblanc@lundydavis.com
79) jel@pkrlaw.com
80) wlee@stonepigman.com
81) hlonian@stonepigman.com
82) ederal@geraldmaples.com
83) jwmartin@spt.com
84) bmayeaux@ln-law.com
85) mmcalpine@mpc-law.com
86) mccall@chaffe.com
87) gmcdonald@bfrob.com
88) gmckernan@mckernanlawfirm.com
89) mcleodm@phelps.com
90) em@mpc-law.com
91) jmelchiode@gjtbs.com
92) dmartin@gainsben.com
93) kara.k.miller@usdoj.gov
94) pmfields@cityofno.com
95) bmullin@spsr-law.com
96) jwmumphrey@mumphreylaw.com
97) wbmumphrey@mumphreylaw.com
98) emurov@dkslaw.com
99) musser@bellsouth.net
100) agn@longlaw.com
101) nelson@lambertandnelson.com
102) jfnevares-law@microjuris.com
103) jnicoletti@nicolettihornig.com
104) mnoble@monbar.com
105) mpalmintier@dphf-law.com
106) vlpapai@cityofno.com
107) jpate@ln-law.com
108) mpelleteri@kfplaw.com
109) rgp@rgplaw.com
110) mpfister@duplass.com
111) dphayer@burglass.com
112) fap@pkrlaw.com
113) doug@duganbrowne.com
114) mfp@ecwko.com
115) dranier@rgelaw.com
116) kreasonover@smithfawer.com
117) ajrebennack@cox.net
118) mriess@kingsmillriess.com
119) riviereb@phelps.com
120) RJR@rodneylaw.com
121) jroussel@bakerdonelson.com
122) jimr@wrightroy.com
123) csalas@salaslaw.com
124) DAVID@brunobrunolaw.com
125) sschmeeckle@lawla.com
126) mschultz@levinlaw.com
127) nscott@bakerdonelson.com
128) aseltzer@kfplaw.com
129) gsimno@swbno.org
130) jsimpson@lpw-law.com

131) tslack@gainsben.com
132) rasmith3@bellsouth.net
133) robin.doyle.smith@usdoj.gov
134) Spencer@chaffe.com
135) ostamant@smithfawer.com
136) fswarr@landryswarr.com
137) talbot@chaffe.com
138) ctankersley@burglass.com
139) ktheard@dkslaw.com
140) storres@torres-law.com
141) wtreeby@stonepigman.com
142) tyler@joneswalker.com
143) jtynan@monbar.com
144) jtynan@monbar.com
145) gvarga@rc.com
146) jean.michel.voltaire@usdoj.gov
147) rjw@ecwko.com
149) ewicker@barrassousdin.com
150) smwiles@bellsouth.net
151) wimberly@nternet.com
152) bobw@wrightroy.com
153) wwright@dkslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) NaTashia Carter Benoit
   Dumas & Associates Law Corporation
   1261 Government St.
   P. O. Box 1366
   Baton Rouge, LA 70821

2) Evelyn Alexis Bevis
   Lambert & Nelson
   701 Magazine St.
   New Orleans, LA 70130

3) Meghan Becnel Burns
   Law Offices of Robert M. Becnel
   425 West Airline Highway
   Suite B
   Laplace, LA 70068

4) Clayton Morris Connors
   Mumphrey Law Firm, LLC
   625 Baronne Street
   New Orleans, LA 70113

5) Thomas J. Corrington
The Corrington Law Firm
3431 Prytania St.
New Orleans, LA 70115

6) Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

7) Jack J. Crowe
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

8) Frank Jacob D'Amico, Jr.
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

9) N. Frank Elliot, III
Ranier, Gayle & Elliot, LLC
1419 Ryan St.
P. O. Box 1890
Lake Charles, LA 70602-1890

10) John N. Ellison
Anderson Kill & Olick, PC
1600 Market St.
Suite 2500
Philadelphia, PA 19103

11) Christopher R. Farrell
Jones Day (Washington)
51 Louisiana Avenue, NW
Washington, DC 20001

12) John Marston Fowler
Galloway, Johnson, Tompkins, Burr &
Smith
One Shell Square
701 Poydras St.
Suite 4040
New Orleans, LA 70130

13) Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

14) Scott Hubert Fruge
deGravelles, Palmintier, Holthaus &
Fruge'
618 Main Street
Baton Rouge, LA 70801-1910

15) Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

16) Paul E.B. Glad
Sonnenschein, Nath & Rosenthal 7800
Sears Tower
Chicago, IL 60606

17) Andrew R. Greene
    Sonnenschein, Nath & Rosenthal 7800
    Sears Tower
    Chicago, IL 60606

18) Joseph W. Hecker
    619 Europe Street
    2nd Floor
    Baton Rouge, LA 70806

19) Kevin P. Kamraczewski
    Sonnenschein, Nath & Rosenthal
    7800 Sears Tower
    Chicago, IL 60606

20) Duane M. Kelley
    Winston & Strawn, LLP
    35 W. Wacker Dr.
    Chicago, IL 60601

21) Barbara L. Lyons
    Cotchett Pitre Simon & McCarthy
    840 Malcolm Road
    Suite 200
    Burlingame, CA 94010

22) George T. Manning
    Jones Day
    1420 Peachtree Street, NE
    Suite 800
    Atlanta, GA 30309-3053

23) Christopher W. Martin
    Martin, Disiere, Jefferson & Wisdom, LLP
    808 Travis Street
    Suite 1800
    Houston, TX 77002

24) Meredith Anne Mayberry
    Law Offices of F. Gerald Maples, P.A.
    902 Julia St.
    New Orleans, LA 70113

25) James F. McConnon, Jr.
    U.S. Department of Justice (Box 888)
    Torts Branch, Civil Division
    Benjamin Franklin Station
    P. O. Box 888
    Washington, DC 20044

26) Julia E. McEvoy
    Jones Day
    51 Louisiana Avenue, NW
    Washington, DC 20001

27) J. J. (Jerry) McKernan
    McKernan Law Firm
    8710 Jefferson Hwy.
    Baton Rouge, LA 70809

28) Darin J. McMullen
    Anderson Kill & Olick, PC
    1600 Market St.
    Suite 2500
    Philadelphia, PA 19103

29) Clay Mitchell
    Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
    316 S. Baylen St.
    P. O. Box 12308
    Suite 600
    Pensacola, FL 32581

30) Andre J. Mouledoux
Mouledoux, Bland, Legrand & Brackett, LLC
One Shell Square
701 Poydras St.
Suite 4250
New Orleans, LA 70139

31) Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

32) Ashton Robert O'Dwyer, Jr.
Ashton R. O'Dwyer, Jr., Attorney at Law
One Canal Place
Suite 2670
New Orleans, LA 70130

33) William A. Percy, III
Law Offices of Daniel E. Becnel, Jr.
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

34) James C. Rather, Jr.
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002

35) Martin R. Sadler
Martin, Disiere, Jefferson & Wisdom, LLP
808 Travis Street
Suite 1800
Houston, TX 77002

36) Alfred Ambrose Sarrat, Jr.
Jacobs & Sarrat
823 St. Louis St.
New Orleans, LA 70112

37) Charles F. Seemann, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

38) David R. Simonton
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

39) John H Smith
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809

40) Elwood C. Stevens, Jr.
Law Office of Elwood C. Stevens, Jr., APLC
1205 Victor II Blvd.
P. O. Box 2626
Morgan City, LA 70381

41) Victor Elbert Stilwell, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

42) Vernon Palmer Thomas
    Vernon P. Thomas, Attorney at Law
    1524 N. Claiborne Ave.
    New Orleans, LA 70116

43) Travis J. Turner
    Dumas & Associates Law Corporation
    1263 Government St.
    P. O. Box 1366
    Baton Rouge, LA 70821

44) Gerard Michael Victor
    Sewerage & Water Board Legal Department
    625 St. Joseph St.
    Room 201
    New Orleans, LA 70165

45) Lawrence D. Wiedemann
    Wiedemann & Wiedemann
    821 Baronne St.
    New Orleans, LA 70113

46) John W. deGravelles
    deGravelles, Palmintier, Holthaus & Fruge'
    618 Main Street
    Baton Rouge, LA 70801-1910


s/William E. Wright, Jr.
**WILLIAM E. WRIGHT, JR.**
of
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana 70130**
**Telephone: (504) 581-5141**
**Facsimile: (504) 566-1201**
wwright@dkslaw.com
**Attorneys for Bean Dredging, L.L.C., Defendant C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C. F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C.**

#277591v1<DKS> -Notice 9-11-06