UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| MRGO - C.A. 06-2152 (Reed) | * | |
| C. A. 06-4066 (Ackerson) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**AFFIDAVIT OF ROBERT J. DUGAS IN BEHALF OF
STUYVESANT DREDGING COMPANY, IN SUPPORT OF
MOTION TO DISMISS PURSUANT TO
RULE (b)(6) AND/OR FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56, FRCP**

**STATE OF LOUISIANA:**

**PARISH OF JEFFERSON:**

    BEFORE ME, the undersigned Notary, duly came and appeared:

# Robert J. Dugas

who, being duly sworn, did depose and say that:

1) He is a Certified Public Accountant performing services for Stuyvesant Dredging Company and is now Custodian of Records for same.

2) He is also a person of the full age of majority, domiciled in Jefferson Parish, and knows the following from his review of the corporate records of the Stuyvesant Dredging Company, the records available from the U.S. Army Corps of Engineers, and his personal knowledge as duly authorized agent of Stuyvesant Dredging Company to execute this Affidavit.

3) Stuyvesant Dredging Company is a company formed under the laws of New York, authorized to do business in Louisiana.

4) He has identified from business records, maintained in the normal course of business, one (1) dredging contract awarded by the Corps to Stuyvesant regarding work on the Mississippi River Gulf Outlet ("MRGO"), particularly contract number DACW 29-96-C-0068, regarding Stuyvesant Dredging Company.

5) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per Standard Form 1442, issued by the Corps, and correspondence, all in regard to Contract Number DACW 29-96-C-0068, are annexed hereto as Exhibit "1", which is a true copy of records obtained from Stuyvesant's files.

6) Stuyvesant Dredging Company did not provide dredging services in the MRGO after the construction end dates identified in the Corps documents; and

7) At all material times, Stuyvesant Dredging Company performed its dredging activities in the MRGO as a government contractor pursuant to requirements, plans, and specifications of the Corps.

_____
Robert J. Dugas

SWORN TO AND SUBSCRIBED
before me, this ____ day of
September, 2006.

FRANCIS JULIAN BARRY, JR.
NOTARY PUBLIC
Louisiana Bar No. 2830
Parish of Orleans, State of Louisiana
My Commission Expires at Death.

#278634v1<DKS>-AFF-BeanDredging-Dugas

-3-