# EXHIBIT 1

TAB 8:

| | |
|---|---|
| Contract No.: | DACW29-96-C-0068 |
| Contractor: | Stuyvesant Dredging Company |
| Description: | Maintenance Dredging, MRGO, leased Hopper Dredge, Plaquemines, LA {RENTAL} |
| Date of Award: | 8.14.96 |
| Date of Notice to Proceed: | |
| Date Work Began: | 8.29.96 |
| Date of Original K Completion: | 9.25.96 |
| Date Work Accepted: | |
| Original K Amount: | $ 1,540,840.00 |
| Modifications/Amendments: | $ 3,447.00 deletion of survey boat |
| Liquidated Damages: | N/A |
| Final Amt. Paid to Contractor: | $ 1,537,393.00 |
| Quantity Dredged: | |
| Compliance/Evaluation/Notes: | |

| | 1. SOLICITATION NO. | 2. TYPE OF SOLICITATION | 3. DATE ISSUED | PAGE OF PAGES |
|---|---|---|---|---|
| **SOLICITATION, OFFER, AND AWARD** (Construction, Alteration, or Repair) | DACW29-96-B-0033 | ☒ SEALED BID (IFB)<br>☐ NEGOTIATED (RFP) | 04/12/96 | |

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. | 6. PROJECT NO. |
|---|---|---|
| DACW29-96-C-0068 | CMOD00-5306-0125 | DACW29-96-B-0033 |

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO | OFFER1 |
|---|---|---|---|---|
| US ARMY ENGR DIST NEW ORLEANS<br>PO BOX 60267<br>NEW ORLEANS LA 70160-0267 | | | US ARMY ENGR DIST NEW ORLEANS<br>ATTN CELMN-CT<br>PO BOX 60267<br>NEW ORLEANS LA 70160-0267 | |

| 9. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) |
|---|---|---|
| | Kelly M. Perez    SC4 | (504) 862-1515 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):










11. The Contractor shall begin performance within See pg 00010-13 para 4c calendar days and complete it within See pg 00010-12 para 4b calendar days after receiving

☐ award,   ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See _____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)

☒ YES   ☐ NO

12B. CALENDAR DAYS: 007

13. ADDITIONAL SOLICITATION REQUIREMENTS:

. Sealed offers in original and __0__ copies to perform the work required are due at the place specified in Item 8 by __1400__ (hour) local time 05/15/96 7/22/96. If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

. An offer guarantee ☒ is,   ☐ is not required.

. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

. Offers providing less than __30__ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

SN 7540-01-155-3212           1442-101
                              00010-1

STANDARD FORM 1442 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| STUYVESANT DREDGING COMPANY<br>32 NINTH AVENUE<br>Haddon Heights N.J. 08035 | 609-546-0191 |
| | 16. REMITTANCE ADDRESS (Include only if different than Item 14)<br>STUYVESANT DREDGING COMPANY<br>3525 N. CAUSEWAY BLVD<br>SUITE 612<br>METAIRE, LA. 70002 |
| CEC NO. F.A. 65 | |
| CODE           FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within **30** calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 5/3/96 | 7/11/96 | | | | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)<br>DONALD A ROEDER<br>DIRECTOR U.S. OPERATIONS | 20B. SIGNATURE<br>*[signature]* | 20C. OFFER DATE<br>22 July 1996 |
|---|---|---|

**AWARD (To be completed by Government)**

21. ITEMS ACCEPTED:
Contract No. DACW29-96-C-0068      Bidding Schedule Items 0001 and 0002

Mississippi River-Gulf Outlet Bar Channel, 1996 Maintenance Dredging, Leased Hopper Dredge, Plaquemines Parish, LA

| 22. AMOUNT<br>$1,540,840.00 | 23. ACCOUNTING AND APPROPRIATION DATA<br>96X3123 CA0833311APDBR6 (Cont.Contracts Clause-Sect. 00800, para. 4b) |
|---|---|
| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) ▶ ITEM 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)( )      ☐ 41 U.S.C. 253(c)( ) |
| 26. ADMINISTERED BY      CODE<br>NEW ORLEANS AREA OFFICE<br>U.S. ARMY, CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 | 27. PAYMENT WILL BE MADE BY<br>DISBURSING OFFICE<br>U.S. ARMY, CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return ____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference or attached to this contract.

☐ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print)<br>Diane K. Pecoul |
|---|---|
| 30B. SIGNATURE    30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY *[signature]* | 31C. AWARD DATE<br>14 August 1996 |

STANDARD FORM 1442 BACK (REV. 4-85)

00010-2

SOLICITATION DACW29-96-B-003.
AMENDMENT NO. 0002
PAGE 4 of 13

SOLICITATION NO. DACW29-96-B-0033
SECTION 00010
BIDDING SCHEDULE

MISSISSIPPI RIVER - GULF OUTLET BAR CHANNEL 1996 MAINTENANCE DREDGING

LEASED HOPPER DREDGE, PLAQUEMINES PARISH, LA

LOT ONE BID: 33.5-in. Inside Diameter (ID) Pump Suction, 8800 cy Nominal Hopper Capacity.

| Bid Item | Description | Estimated Quantity | Unit | Unit Price | Total Price |
|---|---|---|---|---|---|
| 0001 | MOBILIZATION AND DEMOBILIZATION of hopper dredge and all attendant plant | 1 | Lump Sum | $40,000.00 | $40,000.00 |
| 0002 | DREDGING Rental of a trailing-type hopper dredge with the following characteristics: Pump Suction I.D. = 33.5 in. Hopper Capacity = 8800 cu. yd. including all attendant plant | 758 | Hours | $1980.00 3240 447 3687 | $1,500,840.00 3447 → |
| OPTION 0003 | DREDGING same plant listed in item 0002 of this bid lot | 190 | Hours | XXXXXXXXX | $376,200.00 |

Total Lot TWO Bid  $1,917,040.00

NOTES:

. Bidders must bid on all items including optional items. Failure to bid on all items will result in a nonresponsive bid.
. Bidders shall use the Item No. 0002 unit price to compute Item Nos. 0002 and 0003 total prices.
. Any bid may be rejected if the Contracting Officer determines in writing that it is unreasonable as to price. Unreasonableness of price includes not only the total price of the bid, but the prices for individual line items as well. Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (see FAR 15.814).

00010-3



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Construction Service Branch

August 14, 1996

Stuyvesant Dredging Co.
32 Ninth Ave.
Haddon Heights, NJ 08035

Gentlemen:

You are hereby notified that your bid in response to Solicitation No. DACW29-96-B-0033 which opened on July 22, 1996, for Mississippi River-Gulf Outlet Bar Channel, 1996 Maintenance Dredging, Leased Hopper Dredge, Plaquemines Parish, Louisiana, in the amount of $1,540,840.00 for basic items numbered 0001 and 0002, is accepted and award is hereby made. Please note item number 0003 is an option. In the event it becomes necessary to exercise this option, a modification will be issued at the option prices stated for the quantities required. As indicated in Section 00800, paragraph 4b, funds in the amount of $500,000.00 are available for this procurement.

Contract No. DACW29-96-C-0068, is enclosed along with the performance and payment bonds. In accordance with the terms of your bid, you are required to execute and return the original of each bond to this office, ATTN: Contracting Division, no later than seven (7) days after receipt. Failure to comply with this requirement will be considered a breach of your bid guarantee. Rate and amount of premium must be shown on the reverse of the performance bond. A copy of each bond is enclosed for the surety company. Please acknowledge receipt of contract on the enclosed copy of this letter and return to this office.

The New Orleans Area Engineer will arrange with you for the required preconstruction conference at which the attendance of a responsible representative of your firm is essential.

In accordance with Section 00100, paragraph 7, titled "Work to Be Performed by Contractor's Own Organization", of the specifications, you are required within seven (7) days after award to furnish the Contracting Officer a description of items of work which will be performed with your own forces and the estimated cost of those items.

099163

CERTIFIED MAIL NO. _____
RETURN RECEIPT REQUESTED

-2-

    LMV Forms 385-7-R and 385-6-R along with LMV Form 414-R and ENG Form 4288 referred to in Section 01100 of the General Requirements are enclosed. The accident prevention plan, which includes these forms, should be submitted in quadruplet within 15 days after receipt of this Notice of Award. The preconstruction conference will not be held until these forms have been in possession of the Administrative Contracting Officer a minimum of seven (7) days.

    Please acknowledge receipt of the enclosed delegations of authority in the spaces provided and return one copy of each to this office, ATTN: Contracting Division.

UNITED STATES OF AMERICA

By: *[signature]*
Diane K. Pecoul
Contracting Officer

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Date 8/17/96
(Received)

(Contractor)
By *[signature]*

## Occupancy - USA 1996

| | Contract # | | | |
|---|---|---|---|---|
| Arrive Tampa | | 02/08/96 | | |
| Shipyard (Tampa) | Repairs | 02/08/96 | 03/05/96 | 27 days |
| Tampa Harbor | DACW17-96-C-0015 | 03/06/96 | 05/23/96 | 79 days |
| Transit / idle | | 05/24/96 | 05/31/96 | 9 days |
| Miss. River - SW Pass | DACW29-96-C-0024 | 06/01/96 | 08/08/96 | 69 days |
| Florida Ave. Wharf - New Orleans | | 08/09/96 | 08/21/96 | 13 days |
| Miss. River - Gulf OUtlet | DACW29-96-C-0068 | 08/22/96 | 09/25/96 | 35 days |
| Bender Shipyard, Mobile | Pump Ashore | 09/26/96 | 12/31/96 | 97 days |

## Occupancy - 1997

| | Contract/ Job # | | | |
|---|---|---|---|---|
| Bender Shipyard, Mobile | Pump Ashore | 01/01/97 | 01/16/97 | 16 |
| Mobile - Rental | 5026 | 01/17/97 | 01/17/97 | 1 |
| Transit | | 01/18/97 | 01/19/97 | 2 |
| Galveston | 5027 | 01/20/97 | 02/09/97 | 21 |
| Transit | | 02/10/97 | 02/10/97 | 1 |
| Calcasieu | 5028 | 02/11/97 | 02/25/97 | 15 |
| Galveston | 5027 | 02/26/97 | 02/28/97 | 3 |
| Transit | | 03/01/97 | 03/02/97 | 2 |
| Idle | | 03/03/97 | 03/03/97 | 1 |
| Tampa | 5029 | 03/04/97 | 04/18/97 | 46 |
| Transit | | 04/19/97 | 04/19/97 | 1 |
| Mobile | 5026 | 04/20/97 | 04/29/97 | 10 |
| Repairs | | 04/30/97 | 05/13/97 | 14 |
| Mobile | 5026 | 05/14/97 | 07/13/97 | 61 |
| Repairs | | 07/14/97 | 07/24/97 | 11 |
| Mobile | 5026 | 07/25/97 | 08/01/97 | 8 |
| Transit | | 08/02/97 | 08/02/97 | 1 |
| Mississippi River | 5031 | 08/03/97 | 08/15/97 | 13 |
| Transit | | 08/16/97 | 08/21/97 | 6 |
| Panama | 5032 | 08/22/97 | 08/27/97 | 6 |
| Transit | | 08/28/97 | 09/05/97 | 9 |
| Idle | | 09/06/97 | 09/07/97 | 2 |
| San Diego | 5030 | 09/08/97 | 09/30/97 | 23 |
| Standby | | 10/01/97 | 10/09/97 | 9 |