UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| MRGO - C.A. 06-2152 (Reed) | * | |
| C. A. 06-4066 (Ackerson) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF BARCLAY D. BEERY IN BEHALF OF BEAN DREDGING L.L.C.,
and BEAN STUYVESANT, L.L.C., IN SUPPORT OF
MOTION TO DISMISS PURSUANT TO
RULE (b)(6) AND/OR FOR SUMMARY JUDGMENT
PURSUANT TO RULE 56, FRCP

**STATE OF LOUISIANA:**

**PARISH OF ORLEANS:**

BEFORE ME, the undersigned Notary, duly came and appeared:

# Barclay D. Beery

who, being duly sworn, did depose and say that:

1) He is Corporate Counsel and Secretary of Bean Dredging, L.L.C. and Secretary of Bean Stuyvesant, L.L.C.

2) He is also a person of the full age of majority, domiciled in Orleans Parish, and knows the following from his review of the corporate records of the aforementioned corporate entities, the records available from the U.S. Army Corps of Engineers, and his personal knowledge as Corporate Counsel and Secretary of Bean Dredging, L.L.C.

3) Bean Dredging L.L.C., (Louisiana License No. 41999) and Bean Stuyvesant, L.L.C. (Louisiana License No. 43039) are contractors licensed by the Louisiana State Licensing Board for Contractors, per the Louisiana State Licensing Board for Contractors website (www.lslbc.louisiana.gov), as shown on Exhibit "1" annexed.

4) Bean Dredging, L.L.C. is the corporate successor to Bean Dredging Corporation and Bean Horizon Corporation.

5) Bean has identified from its business records, maintained in the normal course of business, eleven (11) dredging contracts awarded by the Corps to Bean or Stuyvesant entities regarding work on the Mississippi River Gulf Outlet ("MRGO").

> DACW 29-91-C-0064
> DACW 29-91-C-0069
> DACW 29-93-C-0028
> DACW 29-96-C-0018
> DACW 29-96-C-0028
> DACW 29-97-C-0085
> DACW 29-99-C-0015
> DACW 29-96-C-0068
> DACW 29-02-C-0014
> DACW 29-02-C-0008
> W 912P8-04-C-0037

which are described in a table annexed hereto as Exhibit "2", and has provided true copies of said documents as describes below, in regard to each contract.

6) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per the Performance Evaluation Form (exception to Standard Form 1420), issued by the Corps, and Corps correspondence, all in regard to Contract Number DACW 29-91-C-0064, are annexed hereto as Exhibit "3".

7) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original

contract amount, contract amount modification/amendments, total amount paid to contractor, per Performance Evaluation Form (exception to Standard Form 1420), issued by Corps, in regard to Contract Number DACW 29-91-C-0069, are annexed hereto as Exhibit "4".

8) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per the Performance Evaluation Form (exception to Standard Form 1420), Standard Form 1442, Standard Form 1413, issued by the Corps, and Corps correspondence, all in regard to Contract Number DACW 29-93-C-0028, are annexed hereto as Exhibit "5".

9) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, as per Standard Form 1442, Eng. Form 93, DD Form 2626, issued by the Corps, and correspondence all in regard to Contract Number DACW 29-96-C-0018, are annexed hereto as Exhibit "6".

10) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to

contractor, as per Standard Form 1442, Eng. Form 93, DD Form 2626, issued by the Corps and Corps correspondence, all in regard to Contract Number DACW 29-96-C-0028, are annexed hereto as Exhibit "7".

11) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per Form DD 2626, Standard Form 1442, Standard Form 30, issued by the Corps, all in regard to Contract Number DACW 29-97-C-0085, are annexed hereto as Exhibit "8".

12) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per Standard Form 1442, DD Form 2626, issued by the Corps, and correspondence, all in regard to Contract Number DACW 29-99-C-0015, are annexed hereto as Exhibit "9".

13) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per Standard Form 1442, Standard Form 30, Eng. Form 93, DD Form

2626, issued by the Corps, and correspondence, all in regard to Contract Number DACW 29-02-C-0014 are annexed hereto as Exhibit "10".

14) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per Standard Form 1442, Standard Form 30, Eng. Form 30, DD Form 2626, issued by the Corps, and Corps correspondence all in regard to Contract Number DACW 29-02-C-0008, are annexed hereto as Exhibit "11".

15) The contract number, identity of contractor, description of job, date of award, date of original contract completion, date of "acceptance" of work by the Corps, original contract amount, contract amount modification/amendments, total amount paid to contractor, per DD Form 2626, issued by the Corps, and Corps correspondence, all in regard to Contract Number W 912P8-04-C-0037 are annexed hereto as Exhibit "12".

16) In certain Corps contracts identified above, Bean subcontracted and/or joint ventured with other dredge owners, such as Weeks Marine, Inc. in the 1991 contracts, and Manson Construction in the 2004 contract.

-7-

17) At all material times, Bean performed its dredging activities in the MRGO as a government contractor pursuant to requirements, plans, and specifications of the Corps.

                                                **Barclay D. Beery**

SWORN TO AND SUBSCRIBED
before me, this ___13th___ day of
September, 2006

_____
NOTARY PUBLIC

**FRANCIS JULIAN BARRY, JR.**
Notary Public
Louisiana Bar No. 2830
Parish of Orleans, State of Louisiana
My Commission Expires at Death.