# Louisiana State
# Licensing Board for Contractors

**LOUISIANA STATE LICENSING BOARD FOR CONTRACTORS**

| | |
|---|---|
| Home | **Find A Contractor** |
| About LSLBC | |
| Find a Contractor | **Search Results - Contractor Detail** |
| Need a Form | |
| Contractor's License Law | **Business Name:**   BEAN DREDGING L.L.C. |
| How to Apply | **Main Address:**   1055 St. Charles Avenue, Suite 500 |
| Public Education | New Orleans, LA 70130 |
| Renew Online | **Phone Number:**   (504) 587-8600 |
| Newsletter & Violations | **Fax Number:**   ()- |
| Frequently Asked Questions | **Email Address:**   jbeanjr@cfbean.com |
| Links | **Website:** |
| Contact Us | **License Info:**   Lic#   Lic Type |
| Search | 41999   Commercial License Certificate |
| | **Classifications:**   HEAVY CONSTRUCTION |
| | Qualifying Party - BEAN JAMES |

Start New Contractor Search

| Home | About LSLBC | Find a Contractor | Need a Form | Contractor's License Law | How to Apply | Public Education | Renew Online | Newsletter & Violations | Frequently Asked Questions | Links | Contact Us | Search |

State Licensing Board For Contractors
P.O. Box 14419 · Baton Rouge, LA 70898
Phone: (225) 765-2301 · Fax: (225) 765-2431

© Copyright 2006 - Louisiana State Licensing Board Fo
Site designed & maintained by Keith A
For questions or commen
Em



EXHIBIT

# Louisiana State
# Licensing Board for Contractors

**L O U I S I A N A   S T A T E   L I C E N S I N G   B O A R D   F O R   C O N T R A C T O R S**

| | |
|---|---|
| **Home** | **Find A Contractor** |
| **About LSLBC** | |
| **Find a Contractor** | **Search Results – Contractor Detail** |
| **Need a Form** | |
| **Contractor's License Law** | **Business Name:**   BEAN STUYVESANT, L.L.C. |
| **How to Apply** | **Main Address:**   1055 St. Charles Avenue, Suite 520 |
| | New Orleans, LA 70131 |
| **Public Education** | **Phone Number:**   (504) 587-8600 |
| **Renew Online** | **Fax Number:**   (504) 586-8717 |
| **Newsletter & Violations** | **Email Address:**   jbeanjr@cfbean.com |
| **Frequently Asked Questions** | **Website:** |
| **Links** | **License Info:**   **Lic#**   **Lic Type** |
| | 43039   Commercial License Certificate |
| **Contact Us** | |
| **Search** | **Classifications:**   HEAVY CONSTRUCTION |
| | Qualifying Party - BEAN JAMES |

Start New Contractor Search

| Home | About LSLBC | Find a Contractor | Need a Form | Contractor's License Law | How to Apply | Public Education
| Renew Online | Newsletter & Violations | Frequently Asked Questions | Links | Contact Us | Search |

State Licensing Board For Contractors
P.O. Box 14419 · Baton Rouge, LA  70898
Phone:  (225) 765-2301 · Fax:  (225) 765-2431

© Copyright 2006 - Louisiana State Licensing Board Fo
Site designed & maintained by Keith A
For questions or commen
Em

EXHIBIT 2

TABLE OF BEAN'S DREDGING CONTRACTS IN MRGO, 1991-2005

| | K. No.: | Corporation Name/ Description of K | Date of Award / Date work began | Original K Completion date/work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor |
|---|---|---|---|---|---|---|
| 1 | DACW29-91-C-0064 | Bean Dredging Corp./ Weeks Marine, Inc. MRGO, Brenton Sound Leased Cutterhead Dredge, St. Bernard, LA. | 4.18.91 | 12.31.91 (original) 4.28.91 (accepted) | $1,349,500.00 ($507,600.00) | $1,628,799.50 |
| 2 | | Bean Dredging Corp./ Weeks Marine, Inc. MRGO, Baton Rouge to the Gulf of Mexico, Cubit's Gap and Southwest Pass, Leased Hopper Dredge, Number 5-91, Plaquemines, LA | 5.31.91 | 12.31.91 | $1,484,184.00 | $1,484,184.00 |

| | K No.: | Corporation Name / Description of K | Date of Award / Date work began | Original K Completion date / work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor | Quantity Dredged |
|---|---|---|---|---|---|---|---|
| 3 | DACW29-93-C-0028 | Bean Dredging Corporation<br><br>MRGO, Maintenance Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile 49.9), St Bernard, LA | 1.22.93<br><br>2.5.93<br>(Work began) | 8.15.93 | $ 3,508,00.00 (Original)<br><br>$ 59,774.04 (Modification) | $ 3,861,915/85 | 4,000,000 cy (Estimate)<br><br>4,620,000 cy (dredged) |

| K No.: | Corporation Name / Description of K | Date of Award / Date work began | Original K Completion date / work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor | Quantity Dredged |
|---|---|---|---|---|---|---|
| 4 | DACW29-96-C-0018<br><br>Bean Horizon Corporation<br><br>MRGO, Maintenance Dredging, C/L Station 2275+00 to Station 2540+00, Mile 23.0 to Mile 17.9, St Bernard Parish, LA. | 12.13.95<br><br>Notice to Proceed: 12.18.95 (must begin within 10 days) | 3.17.96 (Original)<br><br>1.29.96 (Accepted) | $ 1,271,000.00 (Original) | $ 1,240,640.00 | 3,300,000 (Estimate)<br><br>3,208,648 (Dredged) |
| 5 | DACW29-96-C-0028<br><br>Bean Horizon Corporation<br><br>MRGO, Maintenance dredging, Mile 27.0 to 23.0 and excavation of the New Canal and Parish Drainage Canal, Vicinity of the MRGO, St Bernard, LA. | 2.13.96<br><br>3.17.96 (Work began) | 6.12.96 (Original)<br><br>6.17.96 (Completed-5 days late) | $1,143,400.00<br><br>($9,542.67 modification)<br><br>($5000.00 liquidated damages) | $975,698.00 | MRGO:<br><br>1,700,000 (Estimate)<br><br>1,335,700 (Dredged)<br><br>Canal:<br><br>120,000 (Estimate)<br><br>110,334 (Dredged) |

| | K No.: | Corporation Name / Description of K | Date of Award / Date work began | Original K Completion date / work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor | Quantity Dredged |
|---|---|---|---|---|---|---|---|
| 6 | DACW29-97-C-0085 | Bean Horizon Corporation | 8.22.97 | 12.22.97 (Original) 12.11.97 (Accepted) | $683,230.53 (modifications/increases due to increased variations in the quantity) | $ 1,660,478.61 | 1,477,263 cy |
| 7 | DACW29-99-C-0015 | Bean Horizon Corporation MRGO, Maintenance Dredging C/L Station 2853+00 to C/L Station 3065+00, Mile 12.0 to 8.0, Plaquemines, LA | 12.9.98 12.16.98 (Work Began) | 2.28.99 (Original) 3.6.99 (Accepted-6 days late) | $ 1,635,000.00 ($8K liquidated damages) | $1,429,793.40 | 1,600,000 cy (Originally estimated quantity) Can't tell how much actually dredged. |
| 8 | DACW29-96-C-0068 RENTAL | Stuyvesant Dredging Company Maintenance dredging. MRGO, leased Hopper Dredge, Plaquemines, LA | 8.14.96 8.26.96 (Work Began) | 9.25.96 | $ 1,540,840.00 (-$ 3,447.00 modification/ deletion of survey boat) | $ 1,537,393.00 | |

| | K No.: | Corporation Name / Description of K | Date of Award / Date work began | Original K Completion date / work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor | Quantity Dredged |
|---|---|---|---|---|---|---|---|
| 9 | DACW29-02-C-0014 | Bean Stuyvesant, LLC | 12.20.01<br><br>12.30.01 (Work Began)<br><br>Suspension of work beginning 2.16.02<br><br>4.28.02 (Work began again) | 3.21.02 (Original)<br><br>Suspension of work on 2.16.02<br><br>5.10.02 (Accepted)<br><br>6.1.02 (Revised K date) | $ 3,649,000.00 | $ 3,602,868.51 | 1,700,000 cy<br><br>887,000 cy (overdredged) |
| 10 | DACW29-02-C-0008 | Bean Stuyvesant, LLC<br><br>RENTAL CONTRACT:<br><br>MRGO 2001-Maintenance Dredging Bar Channel Hopper Dredge Rental No. 1-01, St Bernard and Plaquemines Parish, LA | 11.30.01<br><br>12.5.01 (Notice to Proceed) | 12.21.01 (Original)<br><br>12.23.01 (Accepted) | $ 426,800.00 (Original)<br><br>$ 119,600.00 (Modification) | $ 546,400.00 | Rental Equipment:<br>Pump Suction ID – 33.5 in.<br><br>Hopper Capacity – 9,500 cy<br><br>2 dragams including all attendant plants |

| | K No.: | Corporation Name / Description of K | Date of Award / Date work began | Original K Completion date / work accepted date | Original Amount K ($ Modification) | Final Amount Paid to Contractor | Quantity Dredged |
|---|---|---|---|---|---|---|---|
| 11 | W912P8-04-C-0037 | Bean Stuyvesant, LLC<br><br>MRGO, 2004 Maintenance Dredging, Bar Channel, Hopper Dredge Rental No. 2-2004, St Bernard and Plaquemines Parish (Lot 2) | 9.23.04 | 5.4.05 (Original)<br><br>2.17.05 (Accepted) | $ 6,001,808.00<br><br>$ 1,880,084.00 (Modification) | $ 7,881,902.00 | |

# EXHIBIT 3

TAB 1:

| | |
|---|---|
| Contract No.: | DACW29-91-C-0064 |
| Contractor: | Bean Dredging Corp./Weeks Marine, Inc. |
| Description: | MRGO, Breton Sound, Leased Cutterhead Dredge, St. Bernard, LA. |
| Date of Award: | 4.18.91 |
| Date of Original K Completion: | 12.31.91 |
| Date Work Accepted: | 4.28.91 |
| Original K Amount: | $ 1,349.500.00 |
| Modifications/Amendments: | $ 507,600.00 |
| Final Amt. Paid to Contractor: | $ 1,628,799.00 |
| Quantity Dredged: | |
| Compliance/Evaluation/Notes: | Satisfactory |

```
FOR OFFICAL USE ONLY
(WHEN COMPLETED)
```

| PERFORMANCE EVALUATION - CONSTRUCTION CONTRACTS | 1. Contract Number DACW2991C0064 | DUNS Number 061875117 |

```
PART I - GENERAL CONTRACT DATA
```

| 2. Contractor (Name, address and ZIP code) | 3. Type of Contract-> | A. Advertised | [X] | |
|---|---|---|---|---|
| BEAN DREDGING CORP/WEEKS MARINE, INC. PO BOX 237, 619 ENGINEERS ROAD BELLE CHASSE, LA 70037 | | B. Negotiated | Firm          Other Price | |

| Final Evaluation    Prime Contractor | 4. Complexity of Work  [ ] Difficult     [X] Routine |

**5. Description and Location of Work**

Mississippi River Gulf Outlet, Breton Sound, Leased Cutterhead Dredge, St. Bernard Parish, Louisiana

| 6. Fiscal Data => | A. Amount of Basic Contract | B. Total Amount of Modification | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor | Currency Type |
|---|---|---|---|---|---|
| | $ 1,349,500.00 | $ 507,600.00 | $ 0.00 | $ 1,628,799.50 | US |

| 7. Significant Dates => | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 18 APR 91 | 31 DEC 91 | 31 DEC 91 | 28 JUL 91 |

**8. Type and Extent of Subcontracting**

NONE

```
PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)
```

| 9. Performance Elements | Outstanding | Satisfactory | Unsatisfactory | N/A |
|---|---|---|---|---|
| A. Quality of Work | | X | | |
| B. Timely Performance | | X | | |
| C. Effectiveness of Management | | X | | |
| D. Compliance with Labor Standards | | X | | |
| E. Compliance with Safety Standards | | X | | |

**10. Overall Evaluation**

[ ] Outstanding (Explain in Item 13)     [X] Satisfactory     [ ] Unsatisfactory (Explain in Item 14)

**11. Evaluated By**

A. Organization   U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT, NEW ORLEANS AREA OFFICE

| B. Name and Title | C. Signature | D. Date |
|---|---|---|
| CHESTER ASHLEY, AREA ENGINEER | *Chester Ashley* | 28 AUG 91 |

**12. Evaluation Reviewed By**

A. Organization  - U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT, CONSTRUCTION DIVISION

| B. Name and Title | C. Signature | D. Date |
|---|---|---|
| DONALD F. HULL, CHIEF, CONSTRUCTION DIVISION | *Donald F. Hull* | 04 SEP 91 |

FOR OFFICIAL USE ONLY (WHEN COMPLETED)     EXCEPTION TO STANDARD FORM 1420 (10-83)  ·  APPROVED BY GSA/IRMS 6-88

| | FOR OFFICIAL USE ONLY (WHEN COMPLETED) | |
|---|---|---|
| 13. REMARKS ON OUTSTANDING PERFORMANCE. N/A | | |
| 14. EXPLANATION OF UNSATISFACTORY EVALUATION FOR EACH UNSATISFACTORY ELEMENT. N/A | | |

FOR OFFICIAL USE ONLY (WHEN COMPLETED)    EXCEPTION TO STANDARD FORM 1420 BACK (10-83)    . APPROVED BY GSA/IRMS 6-88



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

MAY 24 1990

BEAN DREDGING CORP.

REPLY TO
ATTENTION OF:

May 23, 1991

New Orleans Area Office

SUBJECT:  Contract No. DACW29-91-C-0064, Mississippi River-Gulf Outlet, Breton Sound Leased Cutterhead Dredge, St. Bernard Parish, Louisiana, Preconstruction Conference Minutes

Bean Dredging Corporation/Weeks
  Marine, Incorporation
A Joint Venture
Post Office Box 237
Belle Chasse, Louisiana  70037

Gentlemen:

     Please review the following minutes of the Preconstruction Conference and indicate your concurrence/nonconcurrence on the sheet provided.  The original should be returned within 2 weeks from the date of this letter to the U. S. Army Corps of Engineers, ATTN:  CELMN-CD-NO, Post Office Box 60267, New Orleans, Louisiana  70160-0267.  Please retain the duplicate for your file.

                PRECONSTRUCTION CONFERENCE MINUTES

     The Preconstruction Conference on the above subject contract was held on April 19, 1991, at 9 a.m. in the New Orleans Area Office with the following in attendance:

| | | |
|---|---|---|
| Tom Bernard | COE NOAO | Supv Civ Engr |
| Jerry Hutson | COE NOAO | Const Rep |
| James Scarabin | COE NOAO | Const Rep |
| John Beaudette | COE NOAO | Proj Insp |
| Joe Sensebe | COE Const Div | Civ Engr |
| Fred Schilling | COE O&R Div-Nav Br | Civ Engr |
| Molly Block | COE Contr Div | Contr Admin |
| Allen Gerard | Bean Dredg Corp/Weeks Marine | Dredge Supt |
| Roy Woods | Bean Dredg Corp/Weeks Marine | Div Mgr |

     Mr. Tom Bernard chaired the conference and asked all attendees to introduce themselves.  After the introductions, Mr. Bernard discussed the following topics:

-2-

a. CONTRACT SPECIFICATIONS: Mr. Bernard stated that he will suspense from going through the specifications since the contractor is familiar with the job and knows exactly how the Government is going to handle it.

b. ASSIGNMENT: Mr. Bernard stated that Mr. Schilling has some drawings of the area where the dredge is going to be working and the location of the disposal areas. Mr. Bernard turned the meeting over to Mr. Schilling, Operations and Readiness Division.

Mr. Schilling using the drawings discussed the initial assignment which will start at station 2680+00 = Mile 15.3. Mr. Schilling stated that there is a gap around Mile 15.0 and coming back to the inside all the work will be marsh creation and disposal will be behind the jetty. Mr. Schilling stated that the specification states that all material from this point starting at station 2660+00 and at the elevations as stated shall be placed in marsh creation. Mr. Schilling stated that the contractor must adhere strictly to what the specifications states for the marsh creation heights. Strict controls on the elevation of the disposal according to the specifications. Mr. Schilling stated not to tear up the marsh, keep the tracks down to a minimum.

Mr. Schilling stated that right now the assignment will be from Mile 15.3 all the way to Mile 24. Mr. Schilling stated that the Government wants to place the dredge on the centerline and swing all the dredge can swing comfortable with which is 450 feet. Mr. Schilling stated what the Government is trying to accomplished is get the gut open as quickly as possible going down to elevation -43 MLG. The Government will start off dredging to the maximum depth and width. The width and depth may be changed later after the Government sees what kind of advance is made by the dredge.

Mr. Schilling stated that the dredge needs to be in the position to move out of the way of the traffic. Mr. Schilling stated that the dredge must communicate back and forth with the pilots so when a ship comes, the dredge can be moved out of the way.

Mr. Schilling stated if the contractor needs priority locking, to call Mr. Bernard with the details of the tows and the Government will get the tows through the locks.

-3-

Mr. Schilling asked Mr. Woods when would the bonds be in so the Government could give the Notice to Proceed; Mr. Woods stated before lunch today.

c.  ACCOMMODATIONS:  Mr. Bernard stated that the Government will have 24-hour inspections aboard the dredge.  Mr. Bernard stated that the Government needs accommodations for two persons and also linen service to be provided.  Mr. Gerard stated that they already have all the necessary accommodations set up for the inspectors.

d.  CREW BOATS:  Mr. Woods stated that the crew boats would be running out of Hopedale, Louisiana, at the Crew Boats, Incorporated, dock.

e.  SURVEYS:  Mr. Bernard stated that the dredge is required to have a track plotter in the lever room.  Mr. Bernard stated that is not necessary to have a printout but as long as the computer shows where the dredge is located in the channel. Mr. Woods stated that the  dredge has everything possible as far as monitoring where the dredge is in the channel.  Mr. Schilling stated that the Government will be asking for complete surveys on hard copies fairly often, so the Government can monitor the progress of the dredge.  Mr. Schilling stated that this information will be passed on to the world, river pilots and everybody that is involved, so they can see how the progress is going on.

f.  ORDER OF WORK:  Mr. Woods suggested that the dredge moved up approximately 4000 feet from the start of station 2680+00, the same station the Dredge MISSOURI H will start also.  Mr. Woods stated that the Dredge DAVE BLACKBURN would move downstream to station 2680+00 and then turn around.  Mr. Woods stated that this would give the MISSOURI H ample time to be out of the way. Mr. Bernard and Mr. Schilling stated that they didn't have any problems with starting at station 2640+00.

g.  EXCAVATION:  Mr. Woods asked Mr. Schilling if the Government wanted to leave 43 feet of water.  Mr. Schilling stated that the Government would like to leave 42 feet of water. Mr. Schilling stated that the only reason for digging 43 feet would be to get 42 feet.  Mr. Gerard stated that the dredge would have to dig to 46 to leave 43.  Mr. Schilling stated lets go with leaving 43 feet of water.  Mr. Schilling stated lets see what is necessary to leave it clean at 43 feet of water.

-4-

h.   ACCIDENT PREVENTION PLAN:  Mr. Bernard stated that the
Area Office was going to review the Accident Prevention Plan,
hopefully we can do that today.  Mr. Bernard asked Mr. Woods when
he would start up the dredge.  Mr. Woods stated he wouldn't start
before Monday.  Mr. Bernard stated between now and Monday the
Government will review the plan and hopefully the Government can
approved the plan so you can start to work Monday.  Even though
you have the Notice to Proceed, you must have the plan approved
before you can start.  Mr. Bernard stated that the contractor
will receive a letter of approval or disapproval of the Accident
Prevention Plan.

Mr. Bernard stated the contractor will be given a verbal
approval, so he can get started.

i.   SAFETY LETTERS:  Mr. Bernard gave the contractor two
letters on safety awareness and the responsibility of the
Government Inspector on the job site regarding safety.

j.   COMPLETION OF ASSIGNMENT:  Mr. Woods asked Mr. Schilling
what is after reaching Mile 24.  Mr. Schilling stated the
Government will keep the dredge for all the hours in the
contract.  Mr. Schilling stated that what hours are left after
reaching Mile 24, the Government will have the dredge to come
back and catch the corners and maybe go back in the worse area
digging deeper to 46 if 39 feet of water was left.  Mr. Schilling
stated that it also depends on which dredge finishes first, that
dredge may have to go and help the other dredge.

k.   RADIOS AND CELLULAR PHONE:  Mr. Woods stated that the
dredge has the required radios and also has a cellular phone on
aboard.

Mr. Bernard asked if any body had anything to add or if there
were any questions.  Since there were neither comments or
questions, Mr. Bernard adjourned the meeting at 9:30 a.m. after
all required documents were signed by the contractor.

A tape of this meeting is on file in the New Orleans Area
Office.

Sincerely,


Chester Ashley
Administrative Contracting
Officer

TO:      Area Engineer, New Orleans Area Office

FROM:    Bean Dredging Corp/Weeks Marine, Inc.

I (do) (do not) concur with the minutes of the Preconstruction Conference.

CONTRACT NO. DACW29-91-C-0064

_____
NAME

_____
TITLE                          DATE

#63



# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:                    April 19, 1991

New Orleans Area Office

SUBJECT:  Contract No. DACW29-91-C-0064, Mississippi
River-Gulf Outlet, Breton Sound, Leased Cutterhead
Dredge, St. Bernard Parish, Louisiana, Inspector's
Responsibility


Bean Dredging Corporation/Weeks
Marine, Incorporation
A Joint Venture
Post Office Box 237
Belle Chasse, Louisiana  70037

Gentlemen:

     The following responsibilities have been delegated
to Government inspection personnel with regard to
enforcement of the provisions of your contract:

     a.  GENERAL RESPONSIBILITY - GOVERNMENT INSPECTORS

          1.  Government inspectors will inspect contract
operations for safety compliance at the same time and
in the same manner as required for compliance with
other terms of the contract.

          2.  The Government inspector will call the
attention of the foreman to any violations of safe
practices and will request that the unsafe condition be
corrected.

          3.  If the foreman fails to correct the
condition after being given a reasonable opportunity to
do so, the Government inspector will immediately
discuss the matter with his supervisor.  With the
concurrence of the supervisor, the Government inspector
will then require the foreman to suspend the operation
until the unsafe condition noted is corrected.

-2-

b.   ACTION OF INSPECTORS IN CASES OF IMMEDIATE HAZARD

1.   Whenever any Government inspector observes a condition, work practice or act involving immediate hazard to workers, equipment, materials, or structures, or a work condition is being performed at the risk of life or limb, the Government inspector will immediately require the foreman or other contractor's representative to remove workers immediately from the area of danger, or otherwise desist from the dangerous operation or practice.

2.   In case the foreman is not at the site of the dangerous condition or operation, the Government inspector will order the workers to remove themselves from the dangerous location and to cease the hazardous operation.

3.   The Government inspector will see that the work is not resumed in the area of danger and that further use of defective equipment, tools, or other facilities is not made until recommendations for correction are fully complied with.

4.   The Government inspector will make an immediate report of any cessation of a dangerous operation to his immediate superiors.

5.   The Government inspector will then follow the same procedure as outlined in paragraph (a) preceding in obtaining immediate corrective action by the contractor for, in the event of a refusal by the contractor to take corrective action, for a suspension of work in the contract by the Area Engineer.

Under the authorities for enforcement delegated to the inspection personnel, the decision of such personnel and/or the undersigned in such matters will be conclusive, except that you are not denied the right of appeal.

-3-

    You are reminded that the primary responsibility
for accident prevention is yours, and in that regard, I
expect all the provisions and requirements of CONTRACT
CLAUSE I.3 - ACCIDENT PREVENTION and SPECIAL CLAUSE
H-32 - SAFETY PROVISIONS to be strictly complied with
on this project.

    Your cooperation is urged and is most necessary
in the accomplishment of a safe job.

                            Sincerely,

                            Chester Ashley
                            Administrative Contracting
                              Officer

464



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:                    April 18, 1991

Contracting Division
Construction Service Section


Bean Dredging Corp./Weeks Marine, Inc.
A Joint Venture
P.O. Box 237
Belle Chasse, LA   70037

Gentlemen:

    Reference is made to your offer of 17 April 1991,
for Mississippi River, Gulf Outlet, Breton Sound, Leased
Cutterhead Dredge, St. Bernard Parish, Louisiana,
in the total amount of $1,349,500.00.  Your offer is
accepted and award is hereby made.  Contract No.
DACW29-91-C-0064 has been assigned to this procurement.
Formal contract is being prepared and will be forwarded
in the near future.  In accordance with the terms of your
offer, you are required to execute and provide
performance and payment bonds to this office, Attn:
Contracting Division, no later than (24 hours) after
receipt of this notice.  In accordance with paragraph
H-32b, four copies of your Accident Prevention Plan is
required within twenty four (24 hours) after receipt of
this notice.


                    UNITED STATES OF AMERICA



                  BY_____
                    James V. Hall
                    LTC, Corps of Engineers
                    Contracting Officer


4/19/91
*Lee S. Wood*

#64

RECEIVED

APR 25 1990

DEAN DREDGING CORP.

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

Contract No. DACW29-91-C-0064        April 18, 1991

INFORMATION TO CONTRACTORS

The following is for the purpose of emphasizing certain requirements of contracts awarded by the U. S. Army Engineer District, New Orleans, and to establish administrative procedures.

All work being performed by contract with the U. S. Army Engineer District, New Orleans, is under the supervision of a Contracting Officer's Representative in my office. Copies of letters appointing and delegating these authorities are enclosed with the letter awarding this contract. My field Administrative Contracting Officer's Representative is also appointed Administrative Contracting Officer for purpose of formalizing change orders to improve the effectiveness of contract administration. A Field Contracting Officer's Representative is authorized to conduct all business with the Contractor and/or the Contractor's Representative as necessary to accomplish the work. You are requested to furnish this office, in writing, the name of the individual who will be designated as your authorized representative at the site of the work.

It is requested that you direct all matters pertaining to the contract to the appropriate Field Contracting Officer's Representative unless otherwise directed.

It is further requested that all correspondence pertaining to the contract be addressed to the Contracting Officer, but that it be mailed or delivered, to the designated Field Contracting Officer's Representative. Matters on which action is required by the District Staff, the Contracting Officer, or the District Engineer will be forwarded by the Field Contracting Officer's Representative to District Headquarters for appropriate action and/or reply.

Shop drawings when required by specifications may be submitted directly to the Field Contracting Officer's Representative.

The requirements of paragraph 05.B.02 of Em 385-1-1 (General Safety Requirements dated 1 April 1981, Revised October 1987, will not apply to leverman on hydraulic dredges or operators of bucket dredges provided Contractor's safety record on previous and current work is deemed acceptable by the Contracting Officer and the Contractor incorporates in his and any subcontractor's safety program satisfactory provisions to insure that all

personnel will be restricted to areas where an error in judgement of the leverman or operator cannot result in injury to anyone. <u>Written request for waiver will not be necessary.</u>.

I must inform you that the existing Corps of Engineers policy which implements Federal Laws prohibits our employees accepting gratuities, gifts or courtesies from anyone with whom we do business. This prohibition not only applies to the Contracting Officer, the Administrative Contracting Officer, Contracting Officer's Representative, Inspectors, etc., but also to <u>any</u> employee of the Corps. Your cooperation, and that of your personnel, in adhering to this policy at all times is requested.

If you have any questions relative to the above outlined duties or responsibilities, please feel free to call on the Contracting Officer's Representative or other members of my staff for such clarification as may be necessary.

## ACCIDENT REPORTING INSTRUCTION

1. <u>Reportable Accidents.</u>  The following accidents will be reported on ENG Form 3394, available from the Government inspector assigned to the job.  One copy will be forwarded to the Field Contracting Officer's Representative within 5 days of the accident.

   a. <u>Disabling Injuries.</u>  A disabling injury is defined as an injury or occupational illness incurred on the job which results in the employee's disablement for one full day or more. injury.  (Examples: If a laborer is injured at 6:30 a.m. on a Tuesday morning, is sent to a physician and returns to work the following day, the injury is not classified as disabling. However, if this man was injured on Friday and in the opinion of the attending physician <u>could not</u> have worked on Saturday, but does return to work Monday, the injury must be reported as disabling.)

   b. <u>Property Damages.</u>  An accidental damage to property or equipment amounting to $100 or more is reportable.  However, costs due to fair wear and tear are not reportable.

2.    All reportable accidents must be <u>immediately</u> thoroughly, and objectively investigated by the line supervisor assisted by others as necessary.  The purpose of the investigation  is to prevent similar accidents:  therefore, the accent is on fact finding, not fault finding.  The unsafe acts and/or conditions that led to the accident must be determined and an attempt must be made to find the reason why they existed.  Then positive, effective corrective action must be implemented to control the accident cause factors.

3.    The Government inspector has instructions for preparation of the accident investigation report, ENG FORM 3394.  The inspector will render assistance as necessary.  A free-hand sketch to clarify the accident will be appreciated; a picture is worth a thousand words.  Improperly prepared reports will be returned to you for correction.  The contractor's superintendent must review the report and sign in Item 42.

James V. Hall
LTC, Corps of Engineers
Contracting Officer

# EXHIBIT 4

TAB 2:

Contract No.:                                DACW29-91-C-0069

Contractor:                                  Bean Dredging Corp./Weeks Marine, Inc.

Description:                                 MRGO, Baton Rouge to the Gulf of Mexico,
                                             Cubit's Gap and Southwest Pass, Leased Hopper
                                             Dredge, Number 5-91, Plaquemines, LA

Date of Award:                               5.3.91

Date of Original K Completion:               12.31.91

Date Work Accepted:                          6.10.91

Original K Amount:                           $ 1,484,184.00

Modifications/Amendments:                    N/A

Final Amt. Paid to Contractor:               $ 1,484,184.00

Quantity Dredged:

Compliance/Evaluation/Notes:                 Satisfactory

FOR OFFICAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION - CONSTRUCTION CONTRACTS | 1. Contract Number | DUNS Number |
|---|---|---|
| | DACW2991C0069 | 618751127 |

PART I - GENERAL CONTRACT DATA

| 2. Contractor (Name, address and ZIP code) | 3. Type of Contract-> | A. Advertised [X] |
|---|---|---|
| BEAN DREDGING CORP/WEEKS MARINE, INC. P.O. BOX 237, 619 ENGINEERS ROAD BELLE CHASSE, LA 70037 | | B. Negotiated    Firm    Other    Price |

| Final Evaluation    Prime Contractor | 4. Complexity of Work [ ] Difficult    [X] Routine |
|---|---|

5. Description and Location of Work

Mississippi River, Baton Rouge to the Gulf of Mexico, Cubit's Gap and Southwest Pass, Leased Hopper Dredge Number 5-91, Plaquemines Parish, Louisiana

| 6. Fiscal Data => | A. Amount of Basic Contract | B. Total Amount of Modification | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor | Currency Type |
|---|---|---|---|---|---|
| | $ 1,484,184.00 | $ 0.00 | $ 0.00 | $ 1,484,184.00 | US |

| 7. Significant Dates => | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 03 MAY 91 | 31 DEC 91 | 31 DEC 91 | 10 JUN 91 |

8. Type and Extent of Subcontracting

NONE

PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

| 9. Performance Elements | Outstanding | Satisfactory | Unsatisfactory | N/A |
|---|---|---|---|---|
| A. Quality of Work | | X | | |
| B. Timely Performance | | X | | |
| C. Effectiveness of Management | | X | | |
| D. Compliance with Labor Standards | | X | | |
| E. Compliance with Safety Standards | | X | | |

10. Overall Evaluation

[ ] Outstanding (Explain in Item 13)    [X] Satisfactory    [ ] Unsatisfactory (Explain in Item 14)

11. Evaluated By

A. Organization   U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT, NEW ORLEANS AREA OFFICE

| B. Name and Title | C. Signature | D. Date |
|---|---|---|
| CHESTER ASHLEY, AREA ENGINEER | Chester Ashley | 12 JUN 91 |

12. Evaluation Reviewed By

A. Organization  -  U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT, CONSTRUCTION DIVISION

| B. Name and Title | C. Signature | D. Date |
|---|---|---|
| DONALD F. HULL, CHIEF, CONSTRUCTION DIVISION | Donald F. Hull PE | 6-24 |

FOR OFFICIAL USE ONLY (WHEN COMPLETED)    EXCEPTION TO STANDARD FORM 1420 (10-83)    APPROVED BY GSA/IRMS 6-86

# EXHIBIT 5

TAB 3:

| | |
|---|---|
| Contract No.: | DACW29-93-C-0028 |
| Contractor: | Bean Dredging Corporation |
| Description: | MRGO, Maintenance Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile 49.9), St. Bernard, LA |
| Date of Award: | 1.22.93 |
| Date of Original K Completion: | 2.5.93 |
| Date Work Accepted: | |
| Original K Amount: | $ 3,508,000.00 |
| Modifications/Amendments: | $ 59,774.04 |
| Final Amt. Paid to Contractor: | $ 3,861,915.85 |
| Quantity Dredged: | 4,000,000 cy [estimated] 4,620,000 cy [dredged] |
| Compliance/Evaluation/Notes: | Outstanding |

#94

**14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)**

Bean Dredging Corporation
619 Engineers Road, P.O. Box 237
Belle Chasse, LA  70037

CAGE NO:  0DRB1
DUNS NO.  09-694-4517

CODE _____ FACILITY CODE _____

**15. TELEPHONE NO. (Include area code)**

(504)391-7000

**16. REMITTANCE ADDRESS (Include only if different than Item 14)**

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _30_ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | 10/30/92 | 11/23/92 | 12/14/92 | | | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** (Type or print)

Ancil Taylor - Assistant Secretary

**20B. SIGNATURE**

**20C. OFFER DATE**

29 December 1992

**AWARD (To be completed by Government)**

21. ITEMS ACCEPTED:    Contract No. DACW29-93-C-0028

Items 0001 through 0003

**22. AMOUNT**

$3,508,000.00

**23. ACCOUNTING AND APPROPRIATION DATA**

96x3123 "MRGO"

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN**
(4 copies unless otherwise specified)

ITEM

26

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**

☐ 10 U.S.C. 2304(c)(    )        ☐ 41 U.S.C. 253(c)(    )

**26. ADMINISTERED BY**    CODE _____

New Orleans Area Office
P.O. Box 60267
Foot of Prytania Street, Rm 186
New Orleans, LA  70160-0267

**27. PAYMENT WILL BE MADE BY**

Disbursing Officer
U.S. Army Engineer District, New Orleans
P.O. Box 60267
New Orleans, LA  70160-0267

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

☐ **28. NEGOTIATED AGREEMENT**    (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ **29. AWARD**    (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** (Type or print)

**31A. NAME OF CONTRACTING OFFICER** (Type or print)

AUDREY A. TILDEN

**30B. SIGNATURE**

**30C. DATE**

**31B. UNITED STATES OF AMERICA**

BY

**31C. AWARD DATE**

22 January 1993

STANDARD FORM 1442 BACK   (REV. 4-85)

A-2

DUPLICATE ORIGINAL

| **SOLICITATION, OFFER, AND AWARD** (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-92-B-0096 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED | PAGE OF PAGES 1 2 |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-2234-0144 | 6. PROJECT NO. DACW29-92-B-0096 |
|---|---|---|

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO |
|---|---|---|---|

US ARMY ENGR DIST  NEW ORLEANS
PO  BOX  60267
NEW ORLEANS  LA  70160-0267

US ARMY ENGR DIST  NEW ORLEANS
ATTN  CELMN-CT
PO  BOX  60267
NEW ORLEANS  LA  70160-0267

| 9. FOR INFORMATION CALL: | A. NAME Molly M. Block          SC2 | B. TELEPHONE NO. (include area code)  (NO COLLECT CALLS) (504)862-2879 |
|---|---|---|

## SOLICITATION

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within ____5____ calendar days and complete it within __see H-1__ calendar days after receiving

☐ award,   ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See _____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)

☒ YES   ☐ NO

12B. CALENDAR DAYS
007

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A.  Sealed offers in original and ___0___ copies to perform the work required are due at the place specified in Item 8 by ___1400___ (hour) local time _12/29/92_ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time.  Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B.  An offer guarantee ☒ is,   ☐ is not required.

C.  All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D.  Offers providing less than ___30___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212

1442-101
A-1

STANDARD FORM 1442 (REV. 4-85)
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

FOR OFFICAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION - CONSTRUCTION CONTRACTS | 1. Contract Number DACW2993C0028 | DUNS Number 096944517 |
|---|---|---|

## PART I - GENERAL CONTRACT DATA

| 2. Contractor (Name, address and ZIP code) | 3. Type of Contract-> | A. Advertised [X] |
|---|---|---|
| BEAN DREDGING CORPORATION 619 ENGINEERS ROAD, P.O. BOX 237 BELLE CHASSE, LA  70037 | | B. Negotiated      Firm       Other |
| | | Price |
| Final Evaluation      Prime Contractor | 4. Complexity of Work [ ] Difficult      [X] Routine | |

5. Description and Location of Work

Mississippi River Gulf Outlet, Maintenance Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile 49.9), St. Bernard Parish, Louisiana

| 6. Fiscal Data    => | A. Amount of Basic Contract | B. Total Amount of Modification | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor (E) | Currency Type |
|---|---|---|---|---|---|
| | $  3,508,000.00 | $  -59,774.84 | $  0.00 | $  3,861,915.85 | US |

| 7. Significant Dates    => | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 22 JAN 93 | 17 AUG 93 | 15 AUG 93 | 30 JUN 93 |

8. Type and Extent of Subcontracting

C. F. Bean Corporation - 24%    dike construction

## PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

| 9.  Performance Elements | Outstanding | Satisfactory | Unsatisfactory | N/A |
|---|---|---|---|---|
| A. Quality of Work | X | | | |
| B. Timely Performance | X | | | |
| C. Effectiveness of Management | X | | | |
| D. Compliance with Labor Standards | X | | | |
| E. Compliance with Safety Standards | X | | | |

10. Overall Evaluation

[X] Outstanding (Explain in Item 13)      [ ] Satisfactory      [ ] Unsatisfactory (Explain in Item 14)

11. Evaluated By

| A. Organization  U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS | | |
|---|---|---|
| B. Name and Title CHESTER J. ASHLEY, AREA ENGINEER | C. Signature *[signature]* | D. Date 9/13/93 |

12. Evaluation Reviewed By

| A. Organization  -  U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS | | |
|---|---|---|
| B. Name and Title RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | C. Signature *[signature]* | D. Date 9/15/93 |

FOR OFFICIAL USE ONLY (WHEN COMPLETED)      EXCEPTION TO STANDARD FORM 1420 (10-83)      APPROVED BY GSA/IRMS 6-88

STATEMENT AND ACKNOWLEDGMENT

FORM APPROVED
OMB NO.
3090-0119

## PART I — STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| DACW29-93-C-0028 | | |

| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* | 5. SUBCONTRACTOR *(Name, address and ZIP code)* |
|---|---|
| Bean Dredging Corporation<br>619 Engineers Road<br>P.O. Box 237<br>Belle Chasse, LA · 70037 | C.F. Bean Corporation<br>619 Engineers Road<br>P.O. Box 237<br>Belle Chasse, LA  70037 |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on date shown in Item 2 by (Name of Awarding Firm) Bean Dredging Corporation

to the subcontractor identified in Item 5, for the following work:

Item 2    Dike Construction

| 7. PROJECT Mississippi River Gulf Outlet<br>Mile 56.1 to 49.9 | 8. LOCATION<br>St. Bernard Parish, Louisiana | |
|---|---|---|
| 9. NAME AND TITLE OF PERSON SIGNING<br><br>Bean Dredging Corporation | 10. BY *(Signature)*<br>Roy B. Woods<br>Roy B. Woods | 11. DATE SIGNED<br>2-10-93 |

## PART II — ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety
    Standards Act — Overtime
    Compensation — Construction
Payrolls and Basic Records
Withholding of Funds

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Regulations
Subcontracts
Contract Termination-Debarment

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| 14. NAME AND TITLE OF PERSON SIGNING<br><br>C.F. Bean Corporation | 15. BY *(Signature)*<br>James Stockstill | 16. DATE SIGNED<br>2-10-93 |
|---|---|---|

NSN 7540-01-151-4297          U.S. GOVERNMENT PRINTING OFFICE : 1984 O - 435-468          STANDARD FORM 1413 (10-83)

Contracting Division

## SMALL BUSINESS AND SMALL DISADVANTAGED
## BUSINESS SUBCONTRACTING PLAN

DATE:5 January 1993

CONTRACTOR BEAN DREDGING CORPORATION

ADDRESS   619 ENINGEERS ROAD, P.O. BOX 237, BELLE CHASSE, LA  70037

SOLICITATION NO. DACW29-92-B-0096   CONTRACT NO.

ITEM/SERVICE MAINTENANCE DREDGING - MRGO - MILE 56.8 to MILE 49.9

The following, together with any attachments, is hereby submitted as a Subcontracting Plan to satisfy the applicable requirements of Public Law 95-5007 as implemented by OFPP Policy Letter 80-2, and FAR 19.702.

1.  The following goals (expressed in terms of dollar values and percentage of total planned subcontracting dollars) are applicable to the contract cited above or to the contract awarded under the solicitation cited.

(a) Total Estimate Contract Cost   *Total Estimated Dollars Planned to be Subcontracted

$3,508,000.00                      $1,248,100.00

*(b) Of the Total Estimated Dollar Planned to be Subcontracted the following breakdown is established:

(i)    To Large Business          $ 686,455.00          55%

(ii)   To Small Business          $ 499,240.00          40%

(iii)  To Small Disadvantaged $  62,405.00          5%

(c) The following principal products and/or services will be under this contract, and the distribution among large (LB), small (SB) and small disadvantaged (SDB) business concerns is as follows:

(LB) FOOD, SUPPLIES, REPAIRS, EQUIPMENT, RENTALS

(SB) FUEL, SUPPLIES, REPAIRS, SURVEYING, EQUIPMENT, RENTAL, BONDS

(SDB) REPAIRS, SUPPLIES, PARTS, RENTALS, SMALL TOOLS, COMMISSARY GOODS& EQUIPMENT

(Attachment May Be Used if Additional Space is Required).



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Planning Division
Environmental Analysis Branch

## FINDING OF NO SIGNIFICANT IMPACT

### MISSISSIPPI RIVER-GULF OUTLET
### ST. BERNARD AND PLAQUEMINES PARISHES, LOUISIANA

Marsh Enhancement/Creation and Berm Construction

EA # 162

Description of Action. The U.S. Army Corps of Engineers, New Orleans District, proposes to designate new disposal sites provided for the beneficial use of dredged material for the Mile 49.9 to 56.1, Mile 23.0 to 27.0, and Mile 0.0 to -2.5 reaches of the Mississippi River-Gulf Outlet (MR-GO) channel, St. Bernard and Plaquemines Parishes, Louisiana. Material removed during routine channel maintenance would be used to enhance and create approximately 2,255 acres of marsh and shallow open water within the two inland reaches. Furthermore, material removed from the bar channel in Breton Sound would be used to construct a pilot berm southwest of the channel near Breton Island. The pilot berm would be used to investigate the feasibility of berm construction to protect and/or nourish Breton Island.

The proposed activity would result in the creation and nourishment of wetlands and associated wildlife habitat. Approximately 1,705 acres of marsh and shallow open water would be temporarily impacted through the coverage of existing habitat, as would 20 acres of Breton Sound water bottom due to berm construction. These impacts would be short-term in that marsh would re-vegetate with native wetland plants while water bottom would be recolonized by aquatic species native to the area. Approximately 550 acres of water bottom would be impacted over the long-term as 25 acres of canal water bottom and 525 acres of Breton Sound water bottom would be converted to marsh and shallow open water.

# ENVIRONMENTAL ASSESSMENT

## MISSISSIPPI RIVER-GULF OUTLET
## ST. BERNARD AND PLAQUEMINES PARISHES, LOUISIANA

### Marsh Enhancement/Creation and Berm Construction

EA #162

## INTRODUCTION

This Environmental Assessment has been prepared to evaluate the potential impacts associated with the proposed disposal of material dredged during routine maintenance of the Mississippi River-Gulf Outlet (MR-GO), St. Bernard and Plaquemines Parishes, Louisiana. New disposal sites designated for the beneficial use of dredged material have been proposed for the Mile 49.9 to 56.1, Mile 23.0 to 27.0, and Mile 0.0 to -2.5 reaches of the MR-GO. This document complements the Final Composite Environmental Statement for Operation and Maintenance Work on Three Navigation Projects in the Lake Borgne Vicinity, Louisiana, filed with the Council on Environmental Quality on May 21, 1976, and is prepared in accordance with the National Environmental Policy Act of 1969, as reflected by the U.S. Army Corps of Engineers Regulation ER 200-2-2. The following sections include a discussion of the need, alternatives, resources of the area, and the impacts of the proposed activity on these resources.

## NEED FOR ACTION

### PURPOSE

Severe erosion is occurring in many areas within the low-lying marshes adjacent to the MR-GO navigational channel. Within 19 years of its completion in 1968, the top width of the MR-GO channel increased from the designed 650 feet to an average of 1,500 feet. Approximately 4,200 acres of highly productive marsh adjacent to the waterway have eroded as a result.

The purpose of the proposed activity is to provide for the beneficial use of material dredged during routine maintenance of the MR-GO. Marsh would be created or enhanced within two inland reaches of the channel. Additionally, a "pilot" berm would be constructed near Breton Island adjacent to the bar channel in order to investigate the mounding potential of the extremely fine-grained sediment and to monitor dispersion of the berm.

#44

CELMN-CD-NO-Q

RECEIVED

OCT 25 1993        14 Sep 93

BEAN DREDGING CORP.

MEMORANDUM THRU

Area Engineer, NOAO
C/Const Div  ATTN:  Contr Admin Br

FOR C/Engr Div

SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0028, Mississippi River - Gulf Outlet, Maintenance
Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile
49.9), St. Bernard Parish, Louisiana

1.   The subject contract dated 22 Jan 93 was awarded to Bean Dredging
Corporation, 619 Engineers Road, Post Office Box 237, Belle Chasse,
Louisiana 70037, in the amount of $3,508,000.00.  Item No. 0001 (mob
and demob) lump sum in the amount of $318,000.00, Item No. 0002 (dike
construction) lump sum in the amount of $910,000.00, Item No. 0003
(dredging) 4,000,000 cubic yards at $0.57 per cubic yard for the sum
of $2,280,000.00.

2.   The preconstruction conference was held at the New Orleans Area
Office on 3 Feb 93.  At this meeting the Notice to Proceed was
acknowledged.  The original date fixed for completion was
17 Aug 93.  The contract was accepted as substantially complete on
30 Jun 93.

3.   The coordinating meeting was held on 4 Feb 93.  The
preconstruction safety meeting was held on 5 Feb 93.

4.   The commencement of work occurred on 5 Feb 93.  The subcontractor,
C. F. Bean, 619 Engineers Road, Post Office Box 237, Belle Chasse,
Louisiana 70037, began constructing retaining dikes around the
Government-furnished disposal areas.  These retention dikes were built
to prevent any effluent from escaping into the Mississippi River -
Gulf Outlet or Lake Borgne.  The dike material was excavated from
borrow canals within the disposal areas using six bucket dredges.
Dike construction was completed on 29 Mar 93.  After this date, only
one bucket dredge was kept on site to perform repair work on the
dikes.  The following bucket dredges were used for dike construction:

CELMN-CD-NO-Q
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-93-C-0028, Mississippi River - Gulf Outlet, Maintenance
Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile
49.9), St. Bernard Parish, Louisiana

| Number | Equipment and Description |
|---|---|
| 6 Bucket Dredges | Dredge, BEAN 1, 145' x 39' x7.5, 2400 Lima, 120'boom, 6-7 cy drag bucket, three spud system |
| | Dredge, BEAN 2, 145'x45'x9.6', 2400 Lima, 120'boom, 6-7 cy drag bucket, three spud system |
| | Dredge BEAN 3, 130'x39'x7.0', 4500 Manitowac, 120' boom, 6-7 cy drag bucket, three spud system. |
| | Dredge, BEAN 5, 150x45'x8.0', 4600 Manitowoc, 120' boom, 6-7 cy drag bucket, three spud system. |
| | Dredge, BEAN 7, 140'x40'x7.6', 4600 Manitowoc, 120'boom, 6-7 cy drag bucket, three spud system. |
| | Dredge BEAN 8, 135'x39'x8.0', 2400 Lima, 120' boom, 6-7 cy drag bucket, three spud system. |

5.  Modifications:
    P00001 - Addition of Contract Clauses (Labor Clauses)
    P00002 - Deletion of 800' of dredging, (-)$69,774.84
    P00003 - Funding
    P00004 - Funding
    P00005 - Funding
    P00006 - Cleanup of Shell Beach Bayou, (+) $10,000.00

6.  The 27" cutterhead Dredge DAVE BLACKBURN was brought on-site
12 Mar 93.  The dredge began pumping material into Disposal Area (D/A)
"A" on 17 Mar 93 near Station 663+00 and moved downstream to the limit
of dredging (Station 850+00).  The dredge then moved upstream and
dredged from Station 663+00 to Station 496+00.  Contractor was
dredging to required "after dredging" depth of -40.0'MLG and a bottom

2

CELMN-CD-NO-Q
SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0028, Mississippi River – Gulf Outlet, Maintenance
Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile
49.9), St. Bernard Parish, Louisiana

width of 500' up to Station 496+00. On 26 Jun 93, a levee failure
occurred near Station 550+00 in DIA "D". The dredge halted all
pumping operations, due to the levee material sliding into the
pipeline canal.

This resulted in a modification (P00002, CIN-01) under the CHANGES
Clause. The change was necessary because the disposal area specified
had inadequate capacity to hold the amount of material to be dredged
and because a small reach of the dike had a poor foundation and began
failing into the adjacent pipeline canal, necessitating an immediate
end to the dredging. However, the part of the remaining channel to be
dredged was of similar depth, as that outside the limits of dredging.

7.  The following equipment was moved to the job site along with the
Dredge DAVE BLACKBURN:

| Number | Equipment and Description |
|---|---|
| 4 | Tug JOHN STERLING<br>Tug HW CLARK<br>Tender GLEN BAUER<br>Tender CHIEF CORUM |
| 6 | Barges –<br>3900 Manitowoc Crane Barge<br>Skidder Barge<br>Derrick (AB 1116) Barge<br>Derrick (AB 1115) Barge<br>Supply Barge<br>Fuel Barge |
| 1 | Crewboat CAPT SHANE II |
| 1 | Survey Boat RECON I |

8.  There were no weather related delays during this contract.
Contractor countered a small delay when the levee in disposal area "A"
failed and pumping of material was halted at 0950 hours on 22 Mar 93.
Total delay for levee repair as 14 hours and 13 minutes.

3

CELMN-CD-NO-Q
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-93-C-0028, Mississippi River – Gulf Outlet, Maintenance
Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile
49.9), St. Bernard Parish, Louisiana

9.  Dredge material was deposited in the Government-furnished disposal
areas as specified in Section C2-7.3, PLACEMENT OF DREDGED MATERIAL.
The contractor continually managed the dredge discharge conditions to
optimize the consistency of the slurry in order to allow the material
to "run" and avoid material buildup at the point of discharge.

    (1)  Mile 54 (C/L Station 630+00) to mile 53.1 (Station 680+00)
placed 363,300 CY into D/A "A".

    (2)  Mile 53.1 (C/L Station 680+00) to Mile 49.9 (C/L Station
850+00) placed 1,002,600 CY into D/A "B", 945,270 CY into D/A "C/E",
and 456,890 CY into D/A "F".

    (3)  Mile 56.8 (C/L Station 485+00) to Mile 54.0 (C/L Station
630+00 placed 1,851,944CY into D/A "D".

10.  Horizontal control of the dredge was maintained by use of a
Del Norte positioning system with fixed stations (antenna locations)
located at various points along the MRGO.  Vertical control was
controlled by staff gauges set on light towers from the PBM's given on
the contract drawings..  The surveys were performed using a
fathometer.

11.  There were no lost-time accidents during this project.  The
dredge captain held weekly safety meetings and monthly drills (man
overboard, fire and abandon ship).  The dredge and attendant plants
were checked daily for proper housekeeping, unsafe conditions, fire
hazards, wearing of hard hats and work vests (PFD), eye and ear
protection, and safety footwear.  On some occasions crew members were
instructed to wear the proper safety apparel, but overall everyone
complied with EM 385-1-1 regulations.  Also, all safety deficiencies
(verbal) were corrected in a timely fashion by the contractor.

12.  Recommendations:  We had a situation on this job where there was
a "No Work" area which split the disposal areas between areas "A" &
"D".  This "No Work" area resulted in making disposal area "A" too
small.  More diking was necessary to seal off the different areas.
The open marsh area between the two disposal areas, which remains,
will now be a weak spot where a channel may be created in the future.

4

CELMN-CD-NO-Q
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-93-C-0028, Mississippi River – Gulf Outlet, Maintenance
Dredging, C/L Station 485+00 to C/L Station 850+00 (Mile 56.8 to Mile
49.9), St. Bernard Parish, Louisiana

13.  Deficiencies:  No written deficiencies were issued on this
contract.

14.  Claim:  There were none submitted or anticipated.

15.  As-Built:  drawings are attached.

16.  POC is Dave Derbes, Construction Rep, New Orleans Area Office,
X1216.

17.  A summary of bid items:

| Item No. | Description | Qty | Unit Price | Est Amt | Act Qty | Act Earning |
|---|---|---|---|---|---|---|
| 0001 | MOB & DEMOB | LS | LS | $318,000 | 100% | $318,000 |
| 0002 | Dike Const | LS | LS | $920,000 | 100% | $920,000 |
| 0003 | Dredging | 3,877,588cy | .57 | 2,210,225.16 | 4,620,905 | $2,633,915.85 |

TOTAL              $3,871,915.85

18.  On 10 Sep 93, the contractor received an outstanding rating on
his final performance evaluation.

Atch

JULES BOUDREAUX
Proj Inspector
New Orleans Area Office

CF:
Const Rep (Derbes)
Proj Insp (Boudreaux)
Ofc Engr w/as-builts
CELMN-CD-Q /
CELMN-ED-C √
CELMN-PA
CELMN-CD-B
CELMN-CT
CELMN-CD-CC

5

Contracting Division

## SMALL BUSINESS AND SMALL DISADVANTAGED
## BUSINESS SUBCONTRACTING PLAN

DATE: 5 January 1993

CONTRACTOR BEAN DREDGING CORPORATION

ADDRESS    619 ENINGEERS ROAD, P.O. BOX 237, BELLE CHASSE, LA  70037

SOLICITATION NO. DACW29-92-B-0096    CONTRACT NO.

ITEM/SERVICE MAINTENANCE DREDGING - MRGO - MILE 56.8 to MILE 49.9

The following, together with any attachments, is hereby submitted as a Subcontracting Plan to satisfy the applicable requirements of Public Law 95-5007 as implemented by  OFPP Policy Letter 80-2, and FAR 19.702.

1.  The following goals (expressed in terms of dollar values and percentage of total planned subcontracting dollars) are applicable to the contract cited above or to the contract awarded under the solicitation cited.

(a) Total Estimate Contract Cost    *Total Estimated Dollars Planned to be Subcontracted

$3,508,000.00                        $1,248,100.00

*(b) Of the Total Estimated Dollar Planned to be Subcontracted the following breakdown is established:

(i)    To Large Business          $ 686,455.00          55%

(ii)   To Small Business          $ 499,240.00          40%

(iii)  To Small Disadvantaged $ 62,405.00          5%

(c) The following principal products and/or services will be under this contract, and the distribution among large (LB), small (SB) and small disadvantaged (SDB) business concerns is as follows:

(LB) FOOD, SUPPLIES, REPAIRS, EQUIPMENT, RENTALS

(SB) FUEL, SUPPLIES, REPAIRS, SURVEYING, EQUIPMENT, RENTAL, BONDS

(SDB) REPAIRS, SUPPLIES, PARTS, RENTALS, SMALL TOOLS, COMMISSARY GOODS& EQUIPMENT

(Attachment May Be Used if Additional Space is Required).

# EXHIBIT 6

TAB 4:

Contract No.:                         DACW29-96-C-0018

Contractor:                           Bean Horizon Corporation

Description:                          MRGO, Maintenance Dredging, C/L Station
                                      2275+00 to Station 2540+00, Mile 23.0 to
                                      Mile 17.9, St. Bernard, LA

Date of Award:                        12.13.95

Date of Notice to Proceed:            12.18.95 [ must begin w/in 10 days]

Date Work Began:

Date of Original K. Completion:       3.17.96

Date Work Accepted:                   1.29.96

Original K Amount:                    $1,271,000.00

Modifications/Amendments:

Final Amt. Paid to Contractor:        $ 1,240,640.00

Quantity Dredged:                     3,300,000 [estimated]
                                      3,208,648  [dredged]

Compliance/Evaluation/Notes:          Satisfactory

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-96-B-0012 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 10/25/95 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW29-96-C-0018 | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-5227-0058 | | 6. PROJECT NO. DACW29-96-B-0012 |
|---|---|---|---|

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO | OFFER1 |
|---|---|---|---|---|

US ARMY ENGR DIST  NEW ORLEANS
PO  BOX  60267
NEW ORLEANS  LA  70160-0267

US ARMY ENGR DIST  NEW ORLEANS
ATTN  CELMN-CT
PO  BOX  60267
NEW ORLEANS  LA  70160-0267

| 9. FOR INFORMATION CALL: | A. NAME Kelly M. Perez                SC4 | B. TELEPHONE NO. (Include area code)   (NO COLLECT CALLS) (504) 862-1515 |
|---|---|---|

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within _____10_____ calendar days and complete it within _____90_____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See _____.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)  ☒ YES   ☐ NO | 12B. CALENDAR DAYS 007 |
|---|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___0___ copies to perform the work required are due at the place specified in Item 8 by ___1400___ (hour) local time ___11/28/95___ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___30___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

*Eagle*

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-97-B-0097 | 2. TYPE OF SOLICITATION  ☒ SEALED BID (IFB)  ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 07/17/97 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW29-97-C-0085 | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-7175-0057 | 6. PROJECT NO. DACW29-97-B-0097 |
|---|---|---|

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO | OFFER1 |
|---|---|---|---|---|

US ARMY ENGR DIST  NEW ORLEANS
PO BOX 60267
NEW ORLEANS  LA  70160-0267

US ARMY ENGR DIST  NEW ORLEANS
ATTN  CELMN-CT
PO BOX 60267
NEW ORLEANS  LA  70160-0267

| 9. FOR INFORMATION CALL: | ► | A. NAME Sheila W. Enclade          SC1 | B. TELEPHONE NO. (include area code)  (NO COLLECT CALLS) (504) 862-1514 |
|---|---|---|---|

## SOLICITATION

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within ____10____ calendar days and complete it within ____90____ calendar days after receiving ☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See _____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) ☒ YES   ☐ NO      | 12B. CALENDAR DAYS 007

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___0___ copies to perform the work required are due at the place specified in Item 8 by ___1400___ (hour) local time  08/06/97 (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___30___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 | 1442-101 00010-1 | STANDARD FORM 1442 (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |
|---|---|---|

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| Bean Horizon Corporation<br>619 Engineers Road, P.O. Box 237<br>Belle Chasse, LA 70037<br><br>CAGE NO: 059E1<br>CEC NUMBER 83968799D | (504)391-7000<br>16. REMITTANCE ADDRESS (Include only if different than Item 14)<br><br>P.O. Box 95171<br>New Orleans, LA 70195 |

| CODE | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within <u>30</u> calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)

| AMENDMENT NO. | | | |
|---|---|---|---|
| DATE | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Ancil Taylor - Vice President | | 6 August 1997 |

### AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

CONTRACT NO. DACW29-97-C-0085          Bidding Schedule Items 0001 through 0002
Mississippi River Gulf Outlet, Maintenance Dredging, C/L Station 3659+00 to C/L Station 3865+00, Mile (-)3.3 to Mile (-)7.2, Plaquemines Parish, Louisiana

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA | | |
|---|---|---|---|
| $1,467,000.00 | 96x3123      001VBP      B2M1300      $1,000.00 | | |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>(4 copies unless otherwise specified) ▶ | ITEM<br><br>26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c)(    )          ☐ 41 U.S.C. 253(c)(    ) |
|---|---|---|

| 26. ADMINISTERED BY          CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| NEW ORLEANS AREA OFFICE<br>U.S. ARMY, CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 | DISBURSING OFFICE<br>U. S. ARMY, CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 |

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Diane K. Pecoul |
| **30B. SIGNATURE** | **30C. DATE** | **31B. UNITED STATES OF AMERICA**<br><br>BY | **31C. AWARD DATE**<br>22 August 1997 |

STANDARD FORM 1442 BACK  (REV. 4-85)

00010-2

#131

| PAYMENT ESTIMATE - CONTRACT PERFORMANCE | 1. DATE FEB 1 2 1996 | | SHEET 1 OF 1 |
|---|---|---|---|
| For use of this form, see ER 37-2-10 and ER 37-345-10 | | | |

| 2. CONTRACTOR AND ADDRESS | 3. CONTRACT NO. | 4. DISTRICT |
|---|---|---|
| Bean Horizon Corporation<br>619 Engineers Road, P. O. Box 237<br>Belle Chasse, LA  70037 | DACW29-96-C-0018 | New Orleans |

| 5. DESCRIPTION OF WORK | 6. APPROPRIATION AND PROJECT | 7. REQUIRED COMPLETION DATE |
|---|---|---|
| Mississippi River Gulf Outlet, Maintenance Dredging. C/L<br>Sta. 2275+00 to C/L Sta. 2540+00, Mile 23.0 to Mile 17.9 | 95X3123 | 17 March 1996 |

| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE | 10. JOB ORDER NO. | 11. ESTIMATE NO. |
|---|---|---|---|
| St. Bernard Parish, LA | 1 January 1996 - 29 January 1996 | | 2nd Partial |

| ITEM NO.<br>a | DESCRIPTION<br>b | CONTRACT | | | TOTAL TO DATE | |
|---|---|---|---|---|---|---|
| | | QUANTITY AND UNIT<br>c | UNIT PRICE<br>d | AMOUNT<br>e | QUANTITY AND UNIT<br>f | AMOUNT<br>g |
| | ORIGINAL DATE SET FOR COMPLETION | 17 Mar 96 | | | | |
| | REVISED DATE SET FOR COMPLETION | | | | | |
| | DATE COMPLETED | 29 Jan 96 | | | | |
| | ORIGINAL VALUE OF CONTRACT | | | $1,271,000.00 | | |
| | REVISIONS DUE TO SUPPLEMENTAL AGREEMENTS | | | $0.00 | | |
| | REVISIONS DUE TO CHANGE ORDER NOS. | | | $0.00 | | |
| | REVISIONS DUE TO VARIATION IN EST QUANTITIES | | | ($30,146.16) | | |

| INCLUDES MODIFICATION THRU: | TOTAL CONTRACT | $1,240,853.84 | TOTAL EARNINGS TO DATE | $1,240,853.84 |
|---|---|---|---|---|

| 12. PRESENTED FOR PAYMENT | 14A. PREVIOUS DEDUCTIONS OTHER THAN | |
|---|---|---|
| PAYEE                            PER | RETAINED PERCENTAGE** | 0.00 |
| Bean Horizon Corporation | B. PREVIOUS RETAINED PERCENTAGE | 0.00 |
| 619 Engineers Road, P O Box 237/SEE ATTACHED INVOICE | C. PREVIOUS PAYMENTS | 471,255.55 |
| Belle Chasse, LA  70037 | D. PREVIOUS EARNINGS (A+B+C) | 471,255.55 |
| DATE                            TITLE | E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | 769,598.29 |
| 13. APPROVED FOR PAYMENT | F. LESS RETAINED PERCENTAGE | 0.00 |
| I CERTIFY THAT I HAVE CHECKED THE QUANTITIES COVERED BY THIS BILL OR ESTIMATE, | G. LESS DEDUCTIONS OTHER THAN | |
| THAT THE WORK WAS ACTUALLY PERFORMED, THAT THE QUANTITIES ARE CORRECT AND | RETAINED PERCENTAGE | 0.00 |
| CONSISTENT WITH ALL PREVIOUS COMPUTATIONS AS ACTUALLY CHECKED, THAT THE | H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | 0.00 |
| QUANTITIES AND AMOUNTS ARE WHOLLY CONSISTENT WITH THE REQUIREMENTS | I. RETAINAGE REFUNDED | 0.00 |
| OF THE CONTRACT OR OTHER INSTRUMENT INVOLVED | J. OTHER REFUNDS | 0.00 |
| SIGNATURE                       DATE | K. TOTAL REFUNDS THIS PERIOD (I+J) | 0.00 |
| | L. AMOUNT DUE CONTRACTOR (E-H+K) | $769,598.29 |
| David R. Derbes Jr. | 15. RECAPITULATION: | |
| Construction Representative | | |
| CONTRACTING OFFICER APPROVAL (SIGNATURE)       DATE | TOTAL RETAINED PERCENTAGE: (B+F-I)        TOTAL PAID: (C+L) | |
| | $0.00                              $1,240,853.84 | |

ENG FORM 93   1 Mar 78  PREVIOUS EDITION OF THIS FORM IS OBSOLETE

#131

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

PERFORMANCE EVALUATION
(CONSTRUCTION)

| 1. Contract Number |
| DACW2996C0018 |
| 2. CEC/DUNS Number |
| B39687990 |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

3. TYPE OF EVALUATION   [ ] INTERIM   [X] FINAL   [ ] AMENDED   | 4. TERMINATED FOR DEFAULT [ ]

| 5. Contractor (Name, address and ZIP code) | 6A. PROCUREMENT METHOD |
| BEAN HORIZON CORPORATION | [X] SEALED BID  [ ] NEGOTIATED |
| 619 ENGINEERS ROAD, P. O. BOX 237 | |
| BELLE CHASSE, LA 70037    US | 6B. TYPE OF CONTRACT |
| Prime Contractor | [X] FFP   [ ] COST REIM   [ ] OTHER |

7. Description and Location of Work

    Mississippi River-Gulf Outlet, Maintenance Dredging, C/L Sta. 2275+00 to
    Sta. 2540+00, Mile 23.0 to Mile 17.9, St. Bernard Parish, LA.

8. Type and Percent of Subcontracting

        None

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
| | $       1,271,000.00 | $          0.00 | $          0.00 | $       1,240,640.00 |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
| | 13 DEC 95 | 17 MAR 96 | 17 MAR 96 | 29 JAN 96 |

## PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

   [ ] Outstanding   [ ] Above Average   [X] Satisfactory   [ ] Marginal   [ ] Unsatisfactory

### 12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers   Comm.   -  (504) 862-1200   Autovon - |
| C. Name and Title | D. Signature | E. Date |
| CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE | | 2/13/96 |

### 13. EVALUATION REVIEWED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers   Comm.   -  (504) 862-2235   Autovon - |
| C. Name and Title | D. Signature | E. Date |
| RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | | 2/22/96 |

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)        DD FORM 2626

FOR OFFICIAL USE ONLY (WHEN COMPLETED)

N/A = Not Applicable   O = Outstanding   A = Above Average   S = Satisfactory   . = Marginal   U = Unsatisfactory

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

| 15. QUALITY CONTROL | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. Quality of workmanship | | | X | | | |
| b. Adequacy of the CQC plan | | | X | | | |
| c. Implementation of the CQC plan | | | X | | | |
| d. Quality of QC documentation | | | X | | | |
| e. Storage of materials | X | | | | | |
| f. Adequacy of materials | X | | | | | |
| g. Adequacy of submittals | | | X | | | |
| h. Adequacy of QC testing | X | | | | | |
| i. Adequacy of as-builts | | | X | | | |
| j. Use of specified materials | X | | | | | |
| k. Identification/correction of deficient work in a timely manner | X | | | | | |

| 17. TIMELY PERFORMANCE | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. Adequacy of initial progress schedule | | | X | | | |
| b. Adherence to approved schedule | | | X | | | |
| c. Resolution of delays | | X | | | | |
| d. Submission of required documentation | | | X | | | |
| e. Completion of punchlist items | | X | | | | |
| f. Submission of updated and revised progress schedules | | | X | | | |
| g. Warranty Response | X | | | | | |

| 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. Cooperation and responsiveness | | | X | | | |
| b. Management of resources/personnel | | | X | | | |
| c. Coordination and control of subcontractor(s) | X | | | | | |
| d. Adequacy of site clean-up | | | X | | | |
| e. Effectiveness of jobsite supervision | | | X | | | |
| f. Compliance with laws and regulations | | | X | | | |
| g. Professional conduct | | | X | | | |
| h. Review/resolution of subcontractor's issues | X | | | | | |
| i. Implementation of sub-contracting plan | X | | | | | |

| 18. COMPLIANCE WITH LABOR STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. Correction of noted deficiencies | X | | | | | |
| b. Payrolls properly completed and submitted | | | X | | | |
| c. Compliance with labor laws and regulations with specific attention to the Davis-Bacon Act and EEO requirements | | | X | | | |

| 19. COMPLIANCE WITH SAFETY STANDARDS | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|
| a. Adequacy of safety plan | | | X | | | |
| b. Implementation of safety plan | | | X | | | |
| c. Correction of noted deficiencies | | | X | | | |

FOR OFFICIAL USE ONLY (WHEN COMPLETED)          DD FORM 2626

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

20. REMARKS: Explanation of unsatisfactory evaluation is required. Other Comments are optional. Provide facts
concerning specific events or actions to justify the evaluation. These data must be in sufficient
detail to assist contracting officers in determining the contractor's responsibility. (Continue on
separate sheet, if needed.)

N/A

FOR OFFICIAL USE ONLY (WHEN COMPLETED)        DD FORM 2626

# Bean Horizon
# Corporation

U.S. Army Engineer District, New Orleans
November 29, 1995 - Page 3

- Tools - SB, SDB
- Repairs - SB, SDB, LB
- Marine Supplies - SB, SDB, LB
- Bonds - SB
- Office Supplies - SB, SDB
- Professional Services - SB, SDB, LB
- Technical Services - SB, SDB, HBCU/MI, LB
- Outside Services SB, SDB, LB

We intend to continue the use of known SB/SDB Concerns in the supplies and services above and will make every effort to expand the list.  Note (SB) signifies Small Business, (SDB) signifies Small Disadvantaged Business, (HBCU) signifies Historically Black College University/Minority Institutions, and (LB) signifies large business.

(b)   Specific suppliers to be utilized in Subcontracting Plan

The list of acceptable SB/SDB suppliers, which we have used to date in the above mentioned categories, is as follows (all are small business; SDB signifies Small Disadvantaged Business, and HBCU signifies Historically Black College-University/Minority Institutions.

Fuel/Lubricants
John Stone Oil Company
Plaza Marine

Commissary Goods
Pelican Groceries
Mac's Groceries

Equipment Rental
Mayer Hammat
Crew Boats, Inc.

Rentals
Colby Services
New Orleans Diesel - SDB
Stow-A-Way Mini Storage

Tools
American Carbon Industries

#131



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA  70160-0267



FEB 27 ...

REPLY TO
ATTENTION OF:

February 21, 1996



Construction Division
Contract Administration Branch
Civil Section

SUBJECT:  Safe Completion With No Recordable Accidents, Contract
Number DACW29-96-C-0018, Mississippi River-Gulf Outlet,
Maintenance Dredging C/L Station 2275+00 to C/L Station 2540+00,
Mile 23.0 to Mile 17.9, St. Bernard Parish, Louisiana


Bean Horizon Corporation
619 Engineers Road
Post Office Box 237
Belle Chasse, Louisiana   70037

Gentlemen:

    Enclosed is a certificate of achievement for your company's
safe completion of the maintenance dredging of the Mississippi
River-Gulf Outlet from Mile 23.0 to Mile 17.9.

    I would  like to take this opportunity to express our
appreciation for a job well done.  Effective management,
compliance with labor standards, and compliance with safety
standards resulted in a safe work environment.  Please express
our gratitude to all concerned for their safe and accident-free
performance.

                            Sincerely,

                            R Hill

                            Richard T. Hill
                            Chief, Construction Division


Enclosure



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

DEC 1 8 1995

Contracting Division
Construction Service Branch

Subject:   NOTICE TO PROCEED, Contract No. DACW29-96-C-0018

Bean Horizon Corporation
619 Engineers Road, P. O. Box 237
Belle Chasse, LA  70037

Gentlemen:

    Reference is made to Contract No. DACW29-96-C-0018
covering Mississippi River Gulf Outlet, Maintenance Dredging,
C/L Station 2275+00 to C/L Station 2540+00, Mile 23.0 to Mile 17.9,
St. Bernard Parish, Louisiana.

    You are hereby notified to commence work within ten (10)
calendar days after date of receipt of Notice to Proceed.

    Please return the original of this Notice to
Proceed, with date of acknowledgement to agree with date
of certified mail receipt, to this office, ATTN:
Contracting Division.  The carbon copy is for your files.

                        Sincerely,

                        Diane K. Pecoul
                        Contracting Officer

CERTIFIED MAIL NO._____
RETURN RECEIPT REQUESTED

Receipt is hereby acknowledged of the above Notice to
Proceed.

                        Date received  12/18/95
                        BEAN HORIZON CORPORATION


                        By  Jimmy Bean Jr



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division                     December 13, 1995
Construction Service Branch


Bean Horizon Corporation
619 Engineers Road, P. O. Box 237
Belle Chasse, LA   70037

Gentlemen:

     You are hereby notified that your bid in response to
Solicitation No. DACW29-96-B-0012 which opened on 28 Nov.
1995, for Mississippi River Gulf Outlet, Maintenance Dredging,
C/L Station 2275+00 to C/L Station 2540+00, Mile 23.0 to Mile
17.9, St. Bernard Parish, Louisiana in the amount of
$1,271,000.00 is accepted and award is hereby made.

     Contract No. DACW29-96-C-0018, is enclosed along with the
performance and payment bonds.  In accordance with the terms of
your bid, you are required to execute and return the original of
each bond to this office, ATTN:  Contracting Division, no later
than seven (7) days after receipt.  Failure to comply with this
requirement will be considered a breach of your bid guarantee.
Rate and amount of premium must be shown on the reverse of the
performance bond.  Copy of each bond is enclosed for the surety
company.  Please acknowledge receipt of contract on the enclosed
copy of this letter and return to this office.

     The New Orleans Area Engineer will arrange with you for the
required preconstruction conference at which the attendance of a
responsible representative of your firm is essential.

     In accordance with section 00100, paragraph 8, titled "Work
to Be Performed by Contractor's Own Organization", of the
specifications, you are required within seven (7) days after
award to furnish the Contracting Officer a description of items
of work which will be performed with your own forces and the
estimated cost of those items.

     LMV Forms 385-7-R and 385-6-R, along with LMV Form 414-R and
ENG Form 4288 referred to in section 01100, paragraph titled
"Safety Provisions", are enclosed.  The accident prevention plan,
which includes these forms, should be submitted in quadruplet

within 15 days after receipt of this Notice of Award.   The preconstruction conference will not be held until these forms have been in possession of the Administrative Contracting Officer a minimum of seven (7) days.

Progress chart is enclosed in compliance with Contract Clause, titled:  "Schedules for Construction Contracts", in section 00700.

Please acknowledge receipt of the enclosed delegations of authority in the spaces provided and return one copy of each to this office, ATTN:  Contracting Division.

UNITED STATES OF AMERICA


By: _Diane K. Pecoul_
Diane K. Pecoul
Contracting Officer


CERTIFIED MAIL_____
RETURN RECEIPT REQUESTED


Date _____
          (Received)
_____
          (Contractor)
By _____



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0257

REPLY TO
ATTENTION OF:

Contracting Division                                   December 13, 1995
Construction Service Branch


Bean Horizon Corporation
619 Engineers Road, P. O. Box 237
Belle Chasse, LA   70037

Gentlemen:

        You are hereby notified that your bid in response to
Solicitation No. DACW29-96-B-0012 which opened on 28 Nov.
1995, for Mississippi River Gulf Outlet, Maintenance Dredging,
C/L Station 2275+00 to C/L Station 2540+00, Mile 23.0 to Mile
17.9, St. Bernard Parish, Louisiana in the amount of
$1,271,000.00 is accepted and award is hereby made.

        Contract No. DACW29-96-C-0018, is enclosed along with the
performance and payment bonds.  In accordance with the terms of
your bid, you are required to execute and return the original of
each bond to this office, ATTN:  Contracting Division, no later
than seven (7) days after receipt.  Failure to comply with this
requirement will be considered a breach of your bid guarantee.
Rate and amount of premium must be shown on the reverse of the
performance bond.  Copy of each bond is enclosed for the surety
company.  Please acknowledge receipt of contract on the enclosed
copy of this letter and return to this office.

        The New Orleans Area Engineer will arrange with you for the
required preconstruction conference at which the attendance of a
responsible representative of your firm is essential.

        In accordance with section 00100, paragraph 8, titled "Work
to Be Performed by Contractor's Own Organization", of the
specifications, you are required within seven (7) days after
award to furnish the Contracting Officer a description of items
of work which will be performed with your own forces and the
estimated cost of those items.

        LMV Forms 385-7-R and 385-6-R, along with LMV Form 414-R and
ENG Form 4288 referred to in section 01100, paragraph titled
"Safety Provisions", are enclosed.  The accident prevention plan,
which includes these forms, should be submitted in quadruplet

within 15 days after receipt of this Notice of Award.  The preconstruction conference will not be held until these forms have been in possession of the Administrative Contracting Officer a minimum of seven (7) days.

Progress chart is enclosed in compliance with Contract Clause, titled:  "Schedules for Construction Contracts", in section 00700.

Please acknowledge receipt of the enclosed delegations of authority in the spaces provided and return one copy of each to this office, ATTN:  Contracting Division.

UNITED STATES OF AMERICA

By: _Diane K. Pecoul_
Diane K. Pecoul
Contracting Officer

CERTIFIED MAIL_____
RETURN RECEIPT REQUESTED