# EXHIBIT 7

TAB 5:

| | |
|---|---|
| Contract No.: | DACW29-96-C-0028 |
| Contractor: | Bean Horizon Corporation |
| Description: | MRGO, Maintenance dredging, Mile 27.0 to 23.0 and excavation of the New Canal and Parish Canal, Vicinity of the MRGO, St. Bernard, LA. |
| Date of Award: | 2.13.96 |
| Date Work Began: | 3.17.96 |
| Date of Original K Completion: | 6.12.96 |
| Date Work Accepted: | 6.17.96 [ completed 5 days late] |
| Original K Amount: | $ 1,143,400.00 |
| Modifications/Amendments: | $ 9,542.37 [modification] |
| Liquidated Damages: | $ 5,000.00 |
| Final Amt. Paid to Contractor: | $ 975,698.00 |

Quantity Dredged:

| | | |
|---|---|---|
| MRGO: | 1,700,000 | [estimate] |
| | 1,335,700 | [dredged] |
| Canal: | 120,000 | [estimate] |
| | 110,334 | [dredged] |

Compliance/Evaluation/Notes:  Satisfactory       (overall)

Unsatisfactory rating for adequacy of initial progress schedule completed the project 5 days late
Bean complained that there were [1] differing site conditions, and [2] variations in estimated quantities.
Subcontractors: C.F. Bean Corporation for bucket dredging of New canal and parish drawing canals and building of retainage dikes for dredge disposal

**14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code)**

Bean Horizon Corporation
619 Engineers Road, P.O. Box 237
Belle Chasse, LA 70037
CAGE NO: Applied for 11/28/95 N.O. District
CEC NO. 09-694-4517

**15. TELEPHONE NO. (Include area code)**
(504) 391-7000

**16. REMITTANCE ADDRESS (Include only if different than Item 14)**

| CODE | | FACILITY CODE | |

**17.** The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within 30 calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶

**18.** The offeror agrees to furnish any required performance and payment bonds.

**19. ACKNOWLEDGMENT OF AMENDMENTS**
(The offeror acknowledges receipt of amendments to the solicitation – give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | |
|---|---|---|---|---|---|---|
| DATE | 12/6/95 | 12/21/95 | 01/16/96 | | | |

**20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER** (Type or print)

Ancil Taylor - Vice President

**20B. SIGNATURE**

**20C. OFFER DATE**
1 February 1996

**AWARD (To be completed by Government)**

**21. ITEMS ACCEPTED:**

Contract No. DACW29-96-C-0028    Bidding Schedule Items 0001 through 0C03

Mississippi River Gulf Outlet, Maintenance Dredging, Mile 27.0 to Mile 23.0, and Excavation of the New Canal and Parish Drainage Canal, Vicinity of the MR-GO, St. Bernard Parish, LA

**22. AMOUNT**
$1,143,400.00

**23. ACCOUNTING AND APPROPRIATION DATA**
96X3123   CA0833311ANDL96

**24. SUBMIT INVOICES TO ADDRESS SHOWN IN**
(4 copies unless otherwise specified) ▶

| ITEM | 26 |

**25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO**

☐ 10 U.S.C. 2304(c)(   )          ☐ 41 U.S.C. 253(c)(   )

**26. ADMINISTERED BY**     CODE

New Orleans Area Office
U.S. Army, Corps of Engineers
P.O. Box 60267
New Orleans, LA 70160-0267

**27. PAYMENT WILL BE MADE BY**

Disbursing Officer
U.S. Army, Corps of Engineers
P.O. Box 60267
New Orleans, LA 70160-0267

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

☐ **28. NEGOTIATED AGREEMENT** (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract.

☐ **29. AWARD** (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

**30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN** (Type or print)

**31A. NAME OF CONTRACTING OFFICER** (Type or print)
Diane K. Pecoul

**30B. SIGNATURE**

**30C. DATE**

**31B. UNITED STATES OF AMERICA**
BY

**31C. AWARD DATE**
13 Feb 96

STANDARD FORM 1442 BACK   (REV. 4–85)

00010-2



JOB #601
1996

PAYMENT ESTIMATES
CONTRACT NO. DACW29-96-C-0028
Mississippi River Gulf Outlet,
Maintenance Dredging, Mile 27.0 to
Mile 23.0, and Excavation of the New
Canal and Parish Drainage Canal,
Vicinity of the MR-GO, St. Bernard
Parish, Louisiana

BOX 6465

Payment Estimate - Contract Performance

| Contract No.: | DACW29-96-C-0028 | Project: | MRGO, Maintenance Dredging, Mile 27.0 to 23.0 and Excavation of the New Canal and Parish Drainage Canal, Vicinity of the MRGO, St. Bernard Parish, LA |
|---|---|---|---|
| Contractor: | Bean Horizon Corporation 619 Engineers Road, P. O. Box 237 Belle Chasse, LA 70037 | | |
| Period Covered: | 1 June 1996 - 17 June 1996 | Estimate: | 3rd Partial |

| Item Number | Description | Quantity & Unit | Unit Price | Estimated Amount | Quantity | Earnings This Month | Earnings to Date |
|---|---|---|---|---|---|---|---|
| 0001 | Mobilization and Demobilization | Lump Sum | L.S. | $211,000.00 | 100.00% | $42,200.00 | $211,000.00 |
| 0002 | Dredging, Mississippi River Gulf Outlet, C/L Station 2060+00 to C/L Station 2275+00 | 1,700,000 CY | $0.48 | $816,000.00 | 1,335,700 | $254,945.28 | $641,136.00 |
| 0003 | Dredging - New Canal, B/L Station 50+00 to B/L Station 275+00, and Parish Drainage Canal, B/L Station 0+00 to B/L Station 10+00 | 120,000 CY | $0.97 | $116,400.00 | 110,334.00 | ($113.49) | $107,023.98 |
| 0004 | New Canal Access (A00001/CIN-01) | Lump Sum | L.S. | $9,542.67 | 100.00% | $9,542.67 | $9,542.67 |
| | TOTALS | | | $1,152,942.67 | | $306,574.46 | $968,702.65 |

| PAYMENT ESTIMATE - CONTRACT PERFORMANCE<br>For use of this form, see ER 37-2-10 and ER 37-345-10 | 1. DATE<br><br>JUL 1 1 1996 | | | | SHEET 1 OF 1 | |
|---|---|---|---|---|---|---|
| 2. CONTRACTOR AND ADDRESS<br>Bean Horizon Corporation<br>619 Engineers Road, P. O. Box 237<br>Belle Chasse, LA  70037 | 3. CONTRACT NO.<br><br>DACW29-96-C-0028 | | | | 4. DISTRICT<br><br>New Orleans | |
| 5. DESCRIPTION OF WORK<br>MRGO, Maintenance Dredging, Mile 27.0 to<br>23.0 and Excavation of the New Canal and Parish<br>Drainage Canal, Vicinity of the MRGO. | 6. APPROPRIATION AND PROJECT<br>96X3123, MRGO | | | | 7. REQUIRED COMPLETION DATE<br><br>12 Jun 96 | |
| 8. LOCATION<br>St. Bernard Parish, LA | 9. PERIOD COVERED BY THIS ESTIMATE<br>1 June 1996 - 17 June 1996 | | | | 10. JOB ORDER NO. | 11. ESTIMATE NO.<br>3rd Partial |

| ITEM NO.<br>a | DESCRIPTION<br>b | CONTRACT | | | TOTAL TO DATE | |
|---|---|---|---|---|---|---|
| | | QUANTITY AND UNIT<br>c | UNIT PRICE<br>d | AMOUNT<br>e | QUANTITY AND UNIT<br>f | AMOUNT<br>g |
| | ORIGINAL DATE SET FOR COMPLETION | 12 Jun 96 | | | | |
| | REVISED DATE SET FOR COMPLETION | | | | | |
| | DATE COMPLETED | 17 Jun 96 | | | | |
| | ORIGINAL VALUE OF CONTRACT | | | 1,143,400.00 | | |
| | REVISIONS DUE TO SUPPLEMENTAL AGREEMENTS | | | 9,542.67 | | |
| | REVISIONS DUE TO CHANGE ORDER NOS. | | | (184,240.02) | | |
| | REVISIONS DUE TO VARIATION IN EST QUANTITIES | | | | | |
| INCLUDES MODIFICATION THRU: A00001/CIN-01 | | TOTAL CONTRACT | | $968,702.65 | TOTAL EARNINGS TO DATE | $968,702.65 |

| 12. PRESENTED FOR PAYMENT | 14A. PREVIOUS DEDUCTIONS OTHER THAN | |
|---|---|---|
| PAYEE                                       PER | RETAINED PERCENTAGE** | 0.00 | |
| Bean Horizon Corporation | B. PREVIOUS RETAINED PERCENTAGE | 0.00 | |
| 619 Engineers Road, P O Box 237   SEE ATTACHED INVOICE | C. PREVIOUS PAYMENTS | 662,128.19 | |
| Belle Chasse, LA  70037 | D. PREVIOUS EARNINGS (A+B+C) | | 662,128.19 |
| DATE                     TITLE | E. EARNINGS THIS PERIOD (TOTAL | | |
| | EARNINGS TO DATE MINUS D) | | 306,574.46 |
| 13. APPROVED FOR PAYMENT | F. LESS RETAINED PERCENTAGE | 0.00 | |
| I CERTIFY THAT I HAVE CHECKED THE QUANTITIES COVERED BY THIS BILL OR ESTIMATE; | G. LESS DEDUCTIONS OTHER THAN | | |
| THAT THE WORK WAS ACTUALLY PERFORMED; THAT THE QUANTITIES ARE CORRECT AND | RETAINED PERCENTAGE | 5,000.00 | |
| CONSISTENT WITH ALL PREVIOUS COMPUTATIONS AS ACTUALLY CHECKED; THAT THE | H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 5,000.00 |
| QUANTITIES AND AMOUNTS ARE WHOLLY CONSISTENT WITH THE REQUIREMENTS | I. RETAINAGE REFUNDED | 0.00 | |
| OF THE CONTRACT OR OTHER INSTRUMENT INVOLVED. | J. OTHER REFUNDS | 0.00 | |
| SIGNATURE                    DATE | K. TOTAL REFUNDS THIS PERIOD (I+J) | | 0.00 |
| | L. AMOUNT DUE CONTRACTOR (E-H+K) | | $301,574.46 |
| David R. Derbes Jr. | 15. RECAPITULATION: | | |
| Construction Representative | TOTAL RETAINED PERCENTAGE: (B+F-I) | TOTAL PAID: (C+L) | |
| CONTRACTING OFFICER APPROVAL (SIGNATURE)     DATE<br><br>CHESTER CACCW, ADMIN CONT OFCR<br>7-11-96 | $0.00 | $963,702.65 | |

ENG FORM 93   1 Mar 78  PREVIOUS EDITION OF THIS FORM IS OBSOLETE



JOB #601
1996

CONTRACT CORRESPONDENCE
CONTRACT NO. DACW29-96-C-0028
Mississippi River Gulf Outlet,
Maintenance Dredging, Mile 27.0 to
Mile 23.0, and Excavation of the New
Canal and Parish Drainage Canal,
Vicinity of the MR-GO, St. Barnard
Parish, Louisiana

HASTINGS, MN

Smead®

No. 503-BE

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

PERFORMANCE EVALUATION
(CONSTRUCTION)

1. Contract Number
DACW2996C0028

2. CEC/DUNS Number
83968799D

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

PART I - GENERAL CONTRACT DATA

3. TYPE OF EVALUATION   [ ] INTERIM    [X] FINAL    [ ] AMENDED    | 4. TERMINATED FOR DEFAULT [ ]

5. Contractor (Name, address and ZIP code)
BEAN HORIZON CORPORATION
619 ENGINEERS ROAD, P. O. BOX 237
BELLE CHASSE, LA  70037    US
Prime Contractor

6A. PROCUREMENT METHOD
[X] SEALED BID  [ ] NEGOTIATED

6B. TYPE OF CONTRACT
[X] FFP   [ ] COST REIM   [ ] OTHER

7. Description and Location of Work

Mississippi River Gulf Outlet, Maintenance Dredging, Mile 27.0 to Mile 23.0
and Excavation of the New Canal and Parish Drainage Canal, Vicinity of the
MRGO, St. Bernard Parish, LA.

8. Type and Percent of Subcontracting

C. F. Bean Corp., P. O. Box 237, Belle Chasse, LA  70037 - (Approx 11% of
the work), sub-contractor for the bucket dredging of the new canal & parish
drainage canal and the building of retaining dikes for dredge disposal.

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
|---|---|---|---|---|
| | $    1,143,400.00 | $        9,542.67 | $        5,000.00 | $        975,698.00 |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 13 FEB 96 | 12 JUN 96 | 12 JUN 96 | 17 JUN 96 |

PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

[ ] Outstanding    [ ] Above Average    [X] Satisfactory    [ ] Marginal    [ ] Unsatisfactory

12. EVALUATED BY

A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD,
CONSTRUCTION DIVISION

B. Phone Numbers
Comm. -   (504) 862-1200
Autovon -

C. Name and Title
CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE

D. Signature
*Chester Ashley*

E. Date
12 JUL 96

13. EVALUATION REVIEWED BY

A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD,
CONSTRUCTION DIVISION

B. Phone Numbers
Comm. -   (504) 862-2235
Autovon -

C. Name and Title
RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION

D. Signature
*R Hill*

E. Date
7/22/96

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)        DD FORM 2626



#601

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA  70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Construction Service Branch

February 13, 1996

Bean Horizon Corporation
619 Engineers Road
Belle Chasse, LA  70037

Gentlemen:

You are hereby notified that your bid in response to Solicitation No. DACW29-96-B-0024 which opened on February 1, 1996, for Mississippi River Gulf Outlet, Maintenance Dredging, Mile 27.0 to Mile 23.0, and Excavation of the New Canal and Parish Drainage Canal, Vicinity of the MR-GO, St. Bernard Parish, Louisiana, in the amount of $1,143,400.00 is accepted and award is hereby made.

Contract No. DACW29-96-C-0028, is enclosed along with the performance and payment bonds. In accordance with the terms of your bid, you are required to execute and return the original of each bond to this office, ATTN: Contracting Division, no later than seven (7) days after receipt. Failure to comply with this requirement will be considered a breach of your bid guarantee. Rate and amount of premium must be shown on the reverse of the performance bond. Copy of each bond is enclosed for the surety company. Please acknowledge receipt of contract on the enclosed copy of this letter and return to this office.

The New Orleans Area Engineer will arrange with you for the required preconstruction conference at which the attendance of a responsible representative of your firm is essential.

In accordance with page 00100-5, paragraph 8, titled "Work to Be Performed by Contractor's Own Organization", of the specifications, you are required within seven (7) days after award to furnish the Contracting Officer a description of items of work which will be performed with your own forces and the estimated cost of those items.

LMV Forms 385-7-R and 385-6-R along with LMV Form 414-R and ENG Form 4288 referred to in Section 01100 of the General Provisions are enclosed. The accident prevention plan, which includes these forms, should be submitted in quadruplet within 15 days after receipt of this Notice of Award. The preconstruction conference will not be held until these forms have been in possession of the Administrative Contracting Officer a minimum of seven (7) days.

Progress chart is enclosed in section 00700 for compliance with Contract Clause, titled:  "Schedules for Construction Contracts".

-2-

In accordance with Section 01100, General Provisions. enclosed for your use and guidance is EP 715-1-2, a Contractor's Quality Control. pamphlet.

Please acknowledge receipt of the enclosed delegations of authority in the spaces provided and return one copy of each to this office, ATTN:  Contracting Division.

UNITED STATES OF AMERICA

By: _Diane K. Pecoul_
Diane K. Pecoul
Contracting Officer

CERTIFIED MAIL_____
RETURN RECEIPT REQUESTED

Date _2 - 21 - 96_
(Received)
_Bean Horizon Corp_
(Contractor)
By _William D Hoffman_
V.P. · Operations; & CFO

# EXHIBIT 8

TAB 6:

| | |
|---|---|
| Contract No.: | DACW29-97-C-0085 |
| Contractor: | Bean Horizon Corporation |
| Description: | |
| Date of Award: | 8.22.97 |
| Date of Notice to Proceed: | |
| Date Work Began: | |
| Date of Original K Completion: | 12.22.97 |
| Date Work Accepted: | 12.11.97 |
| Original K Amount: | $ 683,230.53 |
| Modifications/Amendments: | Increases due to variations in quantity |
| Liquidated Damages: | |
| Final Amt. Paid to Contractor: | $ 1,660,478.61 |
| Quantity Dredged: | 1,477.263 cy |
| | |
| Compliance/Evaluation/Notes: | |

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. Contract Number DACW2997C0085 |
| | 2. DUNS Number 83968799D |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse.

## PART I - GENERAL CONTRACT DATA

3. TYPE OF EVALUATION    [ ] INTERIM    [X] FINAL    [ ] AMENDED    4. TERMINATED FOR DEFAULT [ ]

| 5. Contractor (Name, address and ZIP code) Bean Horizon Corporation 619 Engineers Road, P.O. Box 237 Belle Chasse, LA  70037    US Prime Contractor | 6A. PROCUREMENT METHOD [X] SEALED BID  [ ] NEGOTIATED |
| | 6B. TYPE OF CONTRACT [X] FFP  [ ] COST REIM  [ ] OTHER |

7. Description and Location of Work

Mississippi River Gulf Outlet, Maintenance Dredging, C/L Station 3659+00 to C/L Station 3865+00, Mile (-) 3.3 to Mile (-) 7.2, Plaquemines Parish, LA.

8. Type and Percent of Subcontracting

None.

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
| | $    1,467,000.00 | $    0.00 | $    0.00 | $    1,461,809.42 | (E) |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
| | 22 AUG 97 | 22 DEC 97 | 22 DEC 97 | 11 DEC 97 |

## PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

[ ] Outstanding    [ ] Above Average    [X] Satisfactory    [ ] Marginal    [ ] Unsatisfactory

12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-1200 Autovon |
| C. Name and Title CHESTER J. ASHLEY, AREA ENGR, NEW ORLEANS AREA OFC | D. Signature *Chester Ashley* | E. Date 1-21-98 |

13. EVALUATION REVIEWED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-2235 Autovon |
| C. Name and Title RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | D. Signature | E. Date 1/21/98 |

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)    DD FORM 2626

*Eagle*

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-97-B-0097 | 2. TYPE OF SOLICITATION ☒ SEALED BID (IFB) ☐ NEGOTIATED (RFP) | 3. DATE ISSUED 07/17/97 | PAGE OF PAGES |

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW29-97-C-0085 | | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-7175-0057 | 6. PROJECT NO. DACW29-97-B-0097 |

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO | OFFER1 |

US ARMY ENGR DIST NEW ORLEANS
PO BOX 60267
NEW ORLEANS LA 70160-0267

US ARMY ENGR DIST NEW ORLEANS
ATTN CELMN-CT
PO BOX 60267
NEW ORLEANS LA 70160-0267

| 9. FOR INFORMATION CALL: | A. NAME Sheila W. Enclade | SC1 | B. TELEPHONE NO. (Include area code) (NO COLLECT CALLS) (504) 862-1514 |

## SOLICITATION

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within ___10___ calendar days and complete it within ___90___ calendar days after receiving
☐ award, ☒ notice to proceed. This performance period is ☒ mandatory, ☐ negotiable. (See _____.)

| 12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in item 12B.) ☒ YES ☐ NO | 12B. CALENDAR DAYS 007 |

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___0___ copies to perform the work required are due at the place specified in item 8 by ___1400___ (hour) local time ___08/06/97___ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is, ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___30___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

| NSN 7540-01-155-3212 | 1442-101 00010-1 | STANDARD FORM 1442 (REV. 4-85) Prescribed by GSA FAR (48 CFR) 53.236-1(e) |

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1 CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|
| | 060 | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P10007 | 03/04/98 | | |

| 6. ISSUED BY | CODE | ISSUE1 | 7. ADMINISTERED BY (If other than Item 6) | CODE | ADMIN1 |
|---|---|---|---|---|---|

6. ISSUED BY

US ARMY ENGR DIST  NEW ORLEANS
PO BOX 60267
NEW ORLEANS LA  70160-0267

Mike Johnson           SC5(504) 862-2879

7. ADMINISTERED BY

US ARMY ENGR DIST, NEW ORLEANS
ATTN CELMN-CT
PO BOX 60267
NEW ORLEANS LA  70160-0267

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)     Vendor ID: 00016970 | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

BEAN HORIZON CORPORATION
P O BOX 237
619 ENGINEERS ROAD
BELLE CHASSE LA 70037-0237

9B. DATED (SEE ITEM 11)

| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
|---|---|---|
| | | DACW29-97-C-0085 |

10B. DATED (SEE ITEM 13)
08/22/97

| CODE | 0DRB1 | FACILITY CODE | |
|---|---|---|---|

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14.  The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers.  FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER.  If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Mod Obligated Amount US | $-9,738.06 |
|---|---|---|
| 96X3123  001VBP | | EFT:  T |

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)  Variations in Estimated Quantities - Subdivided Items |

E. IMPORTANT:     Contractor  ☒ is not.    ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The above numbered contract for Mississippi River Gulf Outlet, Maintenance
Dredging, C/L Station 3659+00 to C/L Station 3865+00, Mile (-)3.3 to Mile
(-)7.2, Plaquemines Parish, La., is modified to closeout this contract. The
contract was awarded for $1,467,000.00. Change Orders resulted in a
deobligation of $499,751.92  and due to the Variations in Quantity the
contract price was increased by $683,230.53.  Total contract amount was
increased to $1,650,478.61. The continuation sheet contains the final
amounts and quantities. This contract is now closed.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Diane K. Pecoul                              002 |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| (Signature of person authorized to sign) | | BY  (Signature of Contracting Officer) | 4 Mar 98 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105

DUPLICATE ORIGINAL

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.263

SUPPLIES OR SERVICES AND PRICES/COSTS

| ITEM | DESCRIPTION | QUANTITY | U/I | UNIT PRICE | AMOUNT |
|------|-------------|----------|-----|------------|--------|
| 0001 | MOBILIZATION AND DEMOBILIZATION | 1.00 | LS | 50000.000000 | 50,000.00 |
| 0002 | Dredging, Mile (-)3.3 to Mile (-)7.2 | 1,468,329.00 | CY | 1.090000 | 1,600,478.61 |

The quantity has been reduced to release
the dredge to another corp activity.
Qty reduced from 1300,000.00 to 841,512
CY. Price reduction of $499,751.00.

Price increase of $193,216.67 per
variation.

Closeout quantity is as shown. This is
an increase from the awarded amount of
1,300,000.00 CY.

# EXHIBIT 9

TAB 7:

| | |
|---|---|
| Contract No.: | DACW29-99-C-0015 |
| Contractor: | Bean Horizon Corporation |
| Description: | MRGO, Maintenance Dredging C/L Station 2853+00 to C/L Station 3065+00, Mile 12.0 to 8.0, Plaquemines, LA. |
| Date of Award: | 12.9.98 |
| Date of Notice to Proceed: | |
| Date Work Began: | 12.16.98 |
| Date of Original K Completion: | 2.28.99 |
| Date Work Accepted: | 3.6.99 {6 days late} |
| Original K Amount: | $ 1,635,000.00 |
| Modifications/Amendments: | |
| Liquidated Damages: | $ 8,000.00 |
| Final Amt. Paid to Contractor: | $ 1,429,793.40 |
| Quantity Dredged: | 1,600,000 {estimate} Can't tell how much actually dredged |
| Compliance/Evaluation/Notes: | Satisfactory |
| | Some unsatisfactory marks for inadequate progress charts and finishing project 6 days late. |

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| Bean Horizon Corporation<br>19 Engineers Road, P.O. Box 237<br>Belle Chasse, LA  70037<br>  CAGE CODE  059E1<br>  CEC NO.: 838677896 | (504)391-7000 |
| | 16. REMITTANCE ADDRESS (Include only if different than Item 14) |

| CODE | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _30_ calendar days after the date offers are due.  (Insert any number equal to or greater than the minimum requirement stated in Item 13D.  Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶

18. The offeror agrees to furnish any required performance and payment bonds.

### 19. ACKNOWLEDGMENT OF AMENDMENTS
[The offeror acknowledges receipt of amendments to the solicitation – give number and date of each]

| AMENDMENT NO. | 0001 | | | |
|---|---|---|---|---|
| DATE | 1/24/98 | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| ANCIL TAYLOR, VICE PRESIDENT | | 3 DEC 98 |

### AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

   Contract No. DACW29-99-C-0015             Bidding Schedule Items 0001 thru 0002
Mississippi River Gulf Outlet, Maintenance Dredging, C/L Station 2853+00 to C/L Station 3065+00, Mile 12.0 to Mile 8.0, Plaquemines Parish, Louisiana

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $1,635,000.00 | 96X3123        002DG5 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN<br>(4 copies unless otherwise specified) | ITEM<br><br>26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br><br>☐ 10 U.S.C. 2304(c)( )      ☐ 41 U.S.C. 253(c)( ) |
|---|---|---|

| 26. ADMINISTERED BY        CODE | | 27. PAYMENT WILL BE MADE BY |
|---|---|---|
| NEW ORLEANS AREA OFFICE<br>U. S. ARMY CORPS OF ENGINEERS<br>P. O. BOX 60267<br>NEW ORLEANS, LA.  70160-0267 | | USACE, Finance Center<br>ATTN: CEFC-AD<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN  38053-5005 |

### CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☐ 28. NEGOTIATED AGREEMENT   (Contractor is required to sign this document and return _____ copies to issuing office.)  Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract.  The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒ 29. AWARD   (Contractor is not required to sign this document.)  Your offer on this solicitation, is hereby accepted as to the items listed.  This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award.  No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Loretta E. Castay |
| . SIGNATURE              30C. DATE | 31B. UNITED STATES OF AMERICA<br><br>BY                               31C. AWARD DATE<br>                                       9 Dec 98 |

STANDARD FORM 1442 BACK   (REV. 4-85)

00010-2

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-99-R-0006 | 2. TYPE OF SOLICITATION ☐ SEALED BID (IFB) ☒ NEGOTIATED (RFP) | 3. DATE ISSUED 11/23/98 | PAGE OF PAGES |
|---|---|---|---|---|

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW29-99-C-0015 | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-9324-0076 | 6. PROJECT NO. DACW29-99-R0006 |
|---|---|---|

| 7. ISSUED BY | CODE | ISSUE1 | 8. ADDRESS OFFER TO | OFFER1 |
|---|---|---|---|---|

US ARMY ENGR DIST  NEW ORLEANS
PO  BOX  60267
NEW ORLEANS  LA  70160-0267

US ARMY ENGR DIST  NEW ORLEANS
ATTN  CELMN-CT
PO  BOX 60267
NEW ORLEANS  LA  70160-0267

| 9. FOR INFORMATION CALL: | A. NAME Mike Johnson | SC5 | B. TELEPHONE NO. (include area code)  (NO COLLECT CALLS) (504) 862-2879 |
|---|---|---|---|

## SOLICITATION

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within _____ 10 _____ calendar days and complete it within _____ 75 _____ calendar days after receiving ☐ award,  ☒ notice to proceed. This performance period is ☒ mandatory,  ☐ negotiable. (See _____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.)  ☒ YES  ☐ NO

| 12B. CALENDAR DAYS 072 |
|---|

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and _____ 0 _____ copies to perform the work required are due at the place specified in Item 8 by _____ 1600 _____ (hour) local time _12/03/98_ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee ☒ is,  ☐ is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than _____ 30 _____ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-3212

1442-101

00010-1

STANDARD FORM 1442 (REV. d
Prescribed by GSA
FAR (48 CFR) 53.236-1(e)

SECTION 00010 - BIDDING SCHEDULE          DACW29-99-R-0006

Mississippi River Gulf Outlet, Maintenance Dredging,
C/L Station 2853+00 to C/L Station 3065+00,
Mile 12.0 to Mile 8.0,
Plaquemines Parish, Louisiana

| Item | DESCRIPTION | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|-------------------|------|-----------|------------------|
| 0001 | Mobilization and Demobilization | Lump Sum | LS | | $ 275,000.00 |
| 0002 | Dredging | 1,600,000 | CY | $0.85 | $1,360,000.00 |
| | | | | TOTAL: $ | 1,635,000.00 |

Award will be made as a whole to one bidder.

NOTE 1:  Bidders shall furnish unit prices for all items listed on schedule of bid items which require unit prices.  If the bidder fails to insert a unit price in the appropriate blank for required items but does furnish an extended total or an estimated amount for such items, the Government will deem his unit price to be the quotient obtained by dividing the extended estimated amount for that line item by the quantity.  IF THE BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED ESTIMATED AMOUNT FOR ANY REQUIRED ITEM, HIS BID WILL BE DECLARED NON-RESPONSIVE.

NOTE 2:  Any bid may be rejected if the Contracting Officer determines in writing that it is unreasonable as to price.  Unreasonableness of price includes not only total price of bid, but the price for individual line items as well.  Any bid may be rejected if the prices for any line items or subline items are materially unbalanced (See FAR 15.814).

NOTE 3: EXPEDITING THE NOTICE TO PROCEED (NTP): The NTP for this contract will be expedited.  The successful bidder is advised that performance and payment bonds shall be submitted within three (3) days after Notice of Award.  The NTP will be issued immediately after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contracting Officer or his authorized representative will meet with the Contractor to discuss the submittal process.  Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract, have been conducted

**COPY**



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS   3-30-99
P.O. BOX 60267
NEW ORLEANS, LOUISIANA  70160-0267

REPLY TO
ATTENTION OF:

March 25, 1999

Construction Division
Contract Administration Branch
Civil Section

SUBJECT:  Contract Number DACW29-99-C-0015, Mississippi River-Gulf Outlet,
Maintenance Dredging, C/L Station 2853+00 to C/L Station 3065+00, Mile 12.0 to 8.0,
Plaquemines Parish, Louisiana, Contractor Performance Evaluation

Bean Horizon Corporation
Post Office Box 237
Belle Chasse, Louisiana  70037

Gentlemen:

In accordance with EFAR, Paragraph 36.201, your company's performance on the
subject contract has been evaluated on form DD2626, a copy of which is enclosed for
your records.

Sincerely,

Bruce A. Terrell
Acting Chief, Construction Division

Enclosure

CF (w/o encl):
CEMVN-CD-CV (Legendre)
CEMVN-CD-NO (Bruno)

FOR OFFICIAL USE ONLY   *(WHEN COMPLETED)*

**PERFORMANCE EVALUATION**
**(CONSTRUCTION)**

| 1. CONTRACT NUMBER DACW2999C0013 | b. DEL ORDER |
|---|---|
| 2. DUNS NUMBER 838677896 | b. SIC CODE |

IMPORTANT:   Be sure to complete Part III - Evaluation of Performance Elements on reverse

## PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION: FINAL | 4. TERMINATED FOR |
|---|---|

**5. CONTRACTOR**   *(Name, Address, and Zip Code)*
Bean Horizon Corporation
Post Office Box 237, 619 Engineers Road
Belle Chasse, LA 70037
PRIME CONTRACTOR

6.a. PROCUREMENT METHOD: SEALED BID

b. TYPE OF CONTRACT: FIRM FIXED PRICE

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**
Mississippi River - Gulf Outlet, Maintenance Dredging, C/L Station 2853+00 to C/L Station 3065+00, Mile 12.0 to 8.0, Plaquemines Parish, Louisiana.

**8. TYPE OF SUBCONTRACTING**
None

| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT | b. TOTAL AMOUNT OF MODIFICATIONS | c. LIQUIDATED DAMAGES ASSESSED | d. NET AMOUNT PAID TO DATE |
|---|---|---|---|---|
| | $1,635,000.00 | $0.00 | $8,010.00 | $1,429,793.40 |

| 10. SIGNIFICANT DATES | a. DATE OF AWARD | b. ORIGINAL CONTRACT/DO DATE | c. REVISED CONTRACT/DO DATE | d. DATE WORK ACCEPTED |
|---|---|---|---|---|
| | 09DEC99 | 28FEB99 | 28FEB99 | 06MAR99 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING: SATISFACTORY**

**12. EVALUATED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-1200 |
|---|---|

| c. NAME AND TITLE CHESTER ASHLEY, AREA ENGE, N. O. AREA OFFICE | d. SIGNATURE | e. DATE 3/23/99 |
|---|---|---|

**13. EVALUATION REVIEWED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-2235 |
|---|---|

| c. NAME AND TITLE BRUCE A. TERRELL, ACTING CHIEF, CONSTRUCTION DIV | d. SIGNATURE | e. DATE 3/25/99 |
|---|---|---|

**14. AGENCY USE (DISTRIBUTION, ETC.)**

FOR OFFICIAL USE ONLY   *(WHEN COMPLETED)*      DD Form 2626      SOURCE SELECTION INFORMATION

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A = NOT APPLICABLE   O = OUTSTANDING   A = ABOVE AVERAGE   S = SATISFACTORY   M = MARGINAL   U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U | 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | | X | | | a. COOPERATION AND RESPONSIVENESS | | | | | | X |
| b. ADEQUACY OF THE CQC PLAN | | | | X | | | b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | | | | X | | | c. COORDINATION & CNTRL OF SUBCNTRCTR | X | | | | | |
| d. QUALITY OF QC DOCUMENTATION | | | | X | | | d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. STORAGE OF MATERIALS | X | | | | | | e. EFFECTIVENESS OF JOBSITE SUPERVISION | | | | X | | |
| f. ADEQUACY OF MATERIALS | X | | | | | | f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | | g. PROFESSIONAL CONDUCT | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | | X | | | h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | X | | | | | |
| i. ADEQUACY OF AS-BUILTS | X | | | | | | i. IMPLEMENTATION OF SUBCONTRACTING PLAN | X | | | | | |
| j. USE OF SPECIFIED MATERIALS | X | | | | | | 18. COMPLIANCE WITH LABOR STANDARDS | | | | | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | | X | | | | | | | | | |
| 17. TIMELY PERFORMANCE | | | | | | | a. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | | | | X | b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | | | | X | c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS: DAVIS-BACON/SERVICE ACT & EEO REQUIREMENTS | | | | X | | |
| c. RESOLUTION OF DELAYS | | | | | | X | 19. COMPLIANCE WITH SAFETY STANDARDS | | | | | | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | X | | | | | | | | | |
| e. COMPLETION OF PUNCHLIST ITEMS | X | | | | | | a. ADEQUACY OF SAFETY PLAN | | | | X | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | | | | | X | b. IMPLEMENTATION OF SAFETY PLAN | | | | X | | |
| g. WARRANTY RESPONSE | X | | | | | | c. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |

20. REMARKS    Explanation of unsatisfactory evaluation is required. Other comments are optional.

The reason for the unsatisfactory elements under Timely Performance is the contractor's time started on December 16, 1998. He was to start no later than December 26, 1998 and was to complete all work by February 28, 1999. This contract was not completed until March 6, 1999. The contract was assessed 6 days of liquidated damages. The contractor also sent in an inadequate progress chart and failed to correct it.

FOR OFFICE USE ONLY   *(WHEN COMPLETED)*            DD Form 2626                    SOURCE SELECTION INFORMATION



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA  70160-0267

3-23-99

**COPY**

REPLY TO
ATTENTION OF:

March 18, 1999

Construction Division
Contract Administration Branch
Civil Section

SUBJECT:  Safe Completion With No Recordable Accidents, Contract Number
DACW29-99-C-0015, Mississippi River-Gulf Outlet, Maintenance Dredging,
C/L Sta 2853+00 to C/L Sta 3065+00, Mile 12.0 to Mile 8.0, Plaquemines
Parish, Louisiana

Bean Horizon Corporation
619 Engineers Road
Post Office Box 237
Belle Chasse, Louisiana 70037

Gentlemen:

Enclosed is a certificate of achievement for your company's safe
completion of the Mississippi River-Gulf Outlet, Maintenance Dredging,
C/L Sta 2853+00 to C/L Sta 3065+00, Mile 12.0 to Mile 8.0.

I would like to take this opportunity to express our appreciation
for a job well done. Effective management, compliance with labor
standards, and compliance with safety standards resulted in a safe work
environment. Please express our gratitude to all that participated for
their safe and accident-free performance.

Sincerely,

Bruce A. Terrell
Acting Chief, Construction Division

Enclosure



# NEW ORLEANS DISTRICT

# CERTIFICATE OF ACHIEVEMENT

AWARDED TO

*Bean Horizon Corporation*

*for the safe completion of contract DACW 29-99-C-0015, Mississippi River - Gulf Outlet, Maintenance Dredging, CL Sta. 2853+00 to 3065+00, Mile 12 to Mile 8, Plaquemines Parish, Louisiana.*

*The contract was completed with no recordable accidents.*

*March 1999*

_____
William K. Claudanor, Chief
*Safety, Security and Occupational Health*

MN Form 385-44
December 1997

_____
Bruce Terrell, Acting Chief
*Construction Division*

(Proponent: CEMVN-SS)

**Bean Horizon
Corporation**

619 Engineers Road
P.O. Box 237
Belle Chasse, LA 70037
Telephone: 504-391-7000
FAX: 504-392-1087



December 23, 1998

U. S. Army Engineer District, New Orleans
P. O. Box 60267
New Orleans, LA 70160-0267

Attn:   Contracting Officer

Re: "Unsolicited Proposal", DACW29-99-C-0015, Mississippi River Gulf
Outlet, Maintenance Dredging C/L Station 2853+00 to C/L Station 3065+00

Dear Sir:

In regard to the above-referenced contract recently awarded to Bean Horizon
Corporation, we wish to offer the following proposal for the consideration of the
Government.

As the existing contract was issued as an RFP in response to the degradation of the
channel by Hurricane Georges, we note that the scope of work does not include dredging
the channel to its design depth of −40 feet but rather to a prioritized intermediate depth of
−36 feet. Recognizing that further dredging of this reach will necessarily be required
under a subsequent contract, Bean Horizon Corporation offers to expand the scope of our
existing contract by removing that material between −36 feet and −40 feet, thereby
restoring the channel to its design depth. With no additional mobilization or
demobilization expenses incurred by utilizing the plant already on site, we feel that this
could be an efficient alternative, both in cost and overall time required, to performing the
work under separate contracts.

Should it be acceptable to the Government, Bean Horizon Corporation offers to perform
that dredging in excess of the original scope of work at the unit price per cubic yard of
$1.15, estimated by the Government as being fair and reasonable for this contract.

We welcome the opportunity to discuss this matter with you further. Should you have
any questions, please do not hesitate to contact us.

Sincerely,

BEAN HORIZON CORPORATION

Walter E. Lee, III
Estimating Manager

# EXHIBIT 10

TAB 9:

| | |
|---|---|
| Contract No.: | DACW29-02-C-0014 |
| Contractor: | Bean Stuyvesant LLC |
| Description: | |
| Date of Award: | 12.20.01 |
| Date of Notice to Proceed: | |
| Date Work Began: | 12.30.01 |
| Suspension of Work: | 2.16.02 |
| Work begin AGAIN: | 4.28.02 |
| Date of Original K Completion: | 3.21.02 (before suspension)<br>6.1.02 (after suspension) |
| Date Work Accepted: | 5.10.02 |
| Original K Amount: | $3,649,000.00 |
| Modifications/Amendments: | |
| Liquidated Damages: | N/A |
| Final Amt. Paid to Contractor: | $ 3,602,868.51 |
| Quantity Dredged: | 1,700,000 cy dredged<br>887,000 cy overdredged |
| Compliance/Evaluation/Notes: | |

OFFER *(Must be fully completed by offeror)*

| 14. NAME AND ADDRESS OF OFFEROR   *(Include ZIP Code)* | 15. TELEPHONE NO.   *(Include area code)* |
|---|---|
| BEAN STUYVESANT, L.L.C.<br>P.O. BOX 51118<br>NEW ORLEANS, LA  70151-1118 | (504)587-8600        Fax No. (504) 587-8657 |

16. REMITTANCE ADDRESS   *(Include only if different than Item 14)*

DUNS # 025982195          CAGE CODE # 1HNF4

| CODE | FACILITY CODE |
|---|---|

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within ____30____ calendar days after the date offers are due.    (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

## 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | 0002 |
|---|---|---|
| DATE | 12/5/01 | 12/13/01 |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER   *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| ANCIL TAYLOR<br>VICE PRESIDENT and GENERAL MANAGER | | 19 DECEMBER 2001 |

AWARD *(To be completed by Government)*

| 21. ITEMS ACCEPTED: | |
|---|---|
| Contract No. DACW29-02-C-0014 | Bidding Schedule Items 0001 thru 0002 |

Mississippi River Gulf Outlet Maintenance Dredging C/L Station 3650+00 to C/L Station 3935+00 Mile (-)3.1 to Mile (-)8.5 Plaquemines Parish, Louisiana
**The subcontracting plan is hereby incorporated and made a part of this contract.**

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA | |
|---|---|---|
| $3,649,000.00 | 96X3123         W42HEM13384220 | $10,000.00 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN   *(4 copies unless otherwise specified)* ▶ | ITEM<br>26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) (    )    ☐ 41 U.S.C. 253(c) (    ) |
|---|---|---|

| 26. ADMINISTERED BY | CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|---|
| NEW ORLEANS AREA OFFICE<br>U.S. ARMY CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 | | USAED NEW ORLEANS<br>C/O USACE FINANCE CENTER (UFC)<br>ATTN:   CEFC-AO-P<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☐ 28. NEGOTIATED AGREEMENT  Contractor is required to sign this document and return ____ copies to issuing office.)   Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)*   Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER   *(Type or print)* | |
|---|---|---|
| | Diane K. Pecoul | |
| 30B. SIGNATURE            30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY | 31C. AWARD<br>DATE<br>20 Dec 01 |

STANDARD FORM 1442 BACK (REV. 4-85)

SECTION 00010 – BIDDING SCHEDULE

Mississippi River Gulf Outlet
Maintenance Dredging
C/L Station 3650+00 to C/L Station 3935+00
Mile (-)3.1 to Mile (-)8.5
Plaquemines Parish, Louisiana

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 0001 | Mobilization and Demobilization | 1 | LS | $300,000. ea | $300,000.00 |
| 0002 | Dredging | 1,700,000 | CY | $1.97 | $3,349,000.00 |
| 0003 | OPTION - Sea Turtle Observers | 40 | DAY | $450.00 | $18,000.00 |
| 0004 | OPTION – Mobilization and Demobilization for Sea Turtle Trawling and Relocation | 1 | LS | $7,000.00 | 7,000.00 |
| 0005 | OPTION – Sea Turtle Trawling and Relocation | 40 | DAY | $4,500.00 | $180,000.00 |

TOTAL:   $ 3,854,000.00

Award will be made as a whole to one bidder.

NOTE 1:  Bidders shall furnish unit prices for each item listed in the Schedule requiring a unit price.  If the bidder fails to insert a unit price in the appropriate blank for required item(s), but does furnish an extended total, or an estimated amount for such item(s), the Government shall deem the unit price to be the quotient obtained by dividing the extended amount for that line item by the quantity. IF THE A BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED TOTAL OR ESTIMATED AMOUNT FOR ANY ITEM, ITS BID SHALL BE DECLARED NON-RESPONSIVE AND THEREFORE INELIGIBLE FOR AWARD.

NOTE 2:  THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award.  The NTP will be issued immediately after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or resident Engineer or his authorized representative.  Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract, have been conducted.

EVALUATION OF OPTIONS (FAR 52.217-5 JUL 1990).  The Government will evaluate offers for award purposes by adding the total price for all options to the total price for this basic requirement.  Evaluation of options will not obligate the Government to exercise the option(s).

ED 01-052

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | 2 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00005 | 07-Aug-2002 | | Close-out, F. Pitts |

| 6. ISSUED BY | CODE | DACW29 | 7. ADMINISTERED BY (If other than item 6) | CODE | CW29 |
|---|---|---|---|---|---|
| ACE, CONTRACTING DIVISION<br>1 LEAKE AVE, ATTN: CEVMN-CT, RM 172<br>N ORLEANS LA 70118 | | | USACE, CONTRACTING DIVISION<br>ATTN: CEMVN-CT, ROOM 172    7400<br>LEAKE AVENUE<br>NEW ORLEANS LA 70118 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BEAN STUYVESANT, L.L.C.<br>BART PROPPER<br>P O BOX 51118<br>NEW ORLEANS, LA 70151-1118 | | **9B. DATED (SEE ITEM 11)** |
| | X | **10A. MOD. OF CONTRACT/ORDER NO.**<br>DACW29-02-C-0014 |
| | X | **10B. DATED (SEE ITEM 13)**<br>20-Dec-2001 |
| CODE  1HNF4 | FACILITY CODE | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

| | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer | | is extended, | | is not extended. |
|---|---|---|---|---|---|

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>FAR 4.804, Close-Out and FAR 52.243-4 Changes (Aug 1987) |

| E. IMPORTANT:  Contractor | X | is not, | | is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|---|---|

**14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)**

The above numbered contract for Mississippi River Gulf Outlet, Maintenance Dredging, C/I Station 3650+00 to C/L Station 3935+00, Mile (-) 3.1 to Mile (-) 8.5, Plaquemines Parish, Louisiana, is modified to close-out this contract. The total contract price and obligated amount is $3,602,868.51. The attached page is the FINAL pay estimate and reflects finalized contract quantities and amounts. This contract is now closed.

Block 12. Accounting and Appropriation Data reads: No funds are obligated or deobligated.  This contract is now complete.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>TIMOTHY D BLACK / CONTRACTING OFFICER<br>TEL: 504-862-2070        EMAIL: Timothy.D.Black@mvn02.usace.army.mil |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>_____<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>07-Aug-2002 |

EXCEPTION TO SF 30
APPROVED BY OIRM 11-84

30-105-04

STANDARD FORM 30 (Rev. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continue)
PAYMENT ESTIMATE CLIN DETAILS

Sh.. 3 of 3

2. CONTRACT NO.

DACW29-02-C-0014   NA

4. PERIOD COVERED BY THIS ESTIMATE

FROM 10 May 2002 THRU 10 May 2002

CONTRACTOR AND ADDRESS Bean Stuyvesant, L.L.C.

Post Office Box 51118, New Orleans, LA 70151-1118

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | AMOUNT f | QUANTITY AND UNIT g | AMOUNT h |
|---|---|---|---|---|---|---|---|
| | | | | | | | $300,000.0 |
| 0001 | | Mobilization & Demobilization | 1.00 LS | $300,000.00 | $300,000.00 | 100% | $3,302,868.5 |
| 0002 | N00001 | Dredging | 1,700,000.00 CY | $1.97 | $3,302,868.51 | 1,676,583.00 CY | |
| | | Quantity Underrun | -23,417.00 CY | | | | |
| | | Revised Amount CLIN 0002 | 1,676,583.00 CY | | | | |

TOTALS THIS PAGE                                           3,602,868.51                              3,602,868.51

**(USE REVERSE SIDE FOR DETAILED EXLANATION AND OR REMARKS)

ENG FORM 93            PREVIOUS EDITION OF THIS FORM IS OBSOLETE

SF 30 CONTINUATION SHEET
Contract DACW29-02-C-0014, CIN-01

14. Description of Amendment/ Modification (Cont.)

CHANGES TO THE BIDDING SCHEDULE: There are no changes to the bidding schedule.

CHANGES TO THE CONTRACT SPECIFICATIONS: The following changes are made to the contract specifications:

Section 01100 – GENERAL PROVISIONS, insert the following as paragraph 16:

"16.   SUSPENSION OF WORK

The Government and the Contractor have mutually agreed to temporarily suspend work on the contract and release the dredge STUYVESANT from the contract, effective 20 February 2002, to work for the Jacksonville District at no additional cost to this contract (Mississippi River Gulf Outlet, Maintenance Dredging, C/L Station 3650+00 to C/L Station 3935+00, Mile (-)2 to Mile (-)8.5, Plaquemines Parish, Louisiana, Contract No. DACW29-02-C-0014). The contract time will be suspended during the performance of the work for the Jacksonville District. Upon completion of the work for the Jacksonville District, the dredge shall immediately mobilize to the Mississippi River Gulf Outlet, Contract No. DACW29-02-C-0014, and resume work. The Government is not responsible for costs associated with remobilizing the dredge to the Mississippi River Gulf Outlet. When the dredge returns to the Mississippi River Gulf Outlet, if dredging operations continue past 30 March 2002 (see Section 01352, Paragraph 1.4.11), the Contractor shall be responsible for bearing the burden of any costs associated with sea turtle observing, trawling and relocation, mobilization and demobilization for sea turtle trawling and relocation, and the installation of sea turtle deflectors. The Contractor is to perform after dredging cross sections and profiles of the entire contract reach immediately after the departure of the dredge STUYVESANT for Jacksonville District. Upon return to the Mississippi River Gulf Outlet, but before dredging commences; the Contractor shall perform Before Dredging Surveys, at no cost to the Government. The Contractor shall perform After Dredging Surveys to include cross sections and profiles after all dredging operations are completed, at no cost to the Government."

CHANGES TO THE CONTRACT DRAWINGS: There are no changes to the contract drawings.

CHANGES TO THE CONTRACT PRICE: The contract price remains unchanged.

CHANGES TO THE CONTRACT TIME: The contract time remains unchanged and is subject to the suspension conditions stated in Section 01100, paragraph 16.

It is further understood and agreed that this adjustment constitutes compensation in full on behalf of the contractor, its subcontractors and suppliers for all costs and markups directly or indirectly attributable to the changes ordered, for all delays, impacts and extended overhead related thereto, and for performance of the change within the time frame stated.



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

*C.C J-fell*
*Btt*
*MRG-0*

*APR 2 9 2002*

REPLY TO
ATTENTION OF:

April 25, 2002

New Orleans Area Office

SUBJECT:  Contract DACW29-02-C-0014, Mississippi River Gulf
Outlet Maintenance Dredging, C/L Sta 3650+00 to C/L Sta 3935+00,
Mile (-)3.1 to Mile (-)8.5, Plaquemines Parish, Louisiana

Bean Stuyvesant, L.L.C.
P.O. Box 51118
New Orleans, LA  70151-1118

Gentlemen:

Our letter of March 21, 2002 directed you to return to the
Mississippi River Gulf Outlet Bar Channel after completion of
contractual obligations with the Jacksonville District.  Because
of discrepancies with the survey data submitted by you for the
subject contract, you were allowed to report to your present
contract, DACW29-02-C-0033, in Southwest Pass of the Mississippi
River.

The discrepancies with the survey data have been resolved and
the Government directs you to take a new set of before dredging
sections from Mile (-)3.1 to Mile (-)8.0, at the same stations as
the original before dredging sections were taken.  You should
take these sections with a Government inspector on board to
witness the survey.  The data obtained from the survey should be
used to compute the cubic yards of material remaining to be
dredged, which may include shoaling, and prepare cross sections
of the stations taken.  As soon as these are prepared please
notify the point contact below to arrange a meeting to discuss
the remainder of work to be performed.  After a review of the
data by the Government a decision will be made as to what reach
will be required to be dredged.

A modification will be prepared granting an extension of
contract time for the no cost suspension.

You are reminded that sea turtle season has begun and turtle
excluder devices are required as well as having turtle observers
aboard.  Part of the agreement of the no cost suspension on the
subject contract was that you would incur all costs associated
with sea turtle requirements.

Point of contact is Mr. Ronald Legendre at (504)862-2929.

Sincerely,

Domingo J. Elguezabal, P.E.
Administrative Contracting Officer

FOR OFFICIAL USE ONLY   *(WHEN COMPLETED)*

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. CONTRACT NUMBER DACW29-02-C-0014 | b. DEL ORDER |
|---|---|---|
| | 2. DUNS NUMBER 025982195 | b. SIC CODE |

IMPORTANT:   Be sure to complete Part III - Evaluation of Performance Elements on reverse

## PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION: FINAL | 4. TERMINATED FOR |
|---|---|

| 5. CONTRACTOR   *(Name, Address, and Zip Code)* | 6.a. PROCUREMENT METHOD: SEALED BID |
|---|---|
| Bean Stuyvesant, L.L.C. P.O. Box 51118 New Orleans, LA 70151-1118 UNITED STATES PRIME CONTRACTOR | b. TYPE OF CONTRACT: FIRM FIXED PRICE |

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**

Mississippi River Gulf Outlet Maintenance Dredging C/L Station
3650+00 to C/L Station 3935+00 Mile (-)3.1 to Mile (-)8.5,
Plaquemines Parish, Louisiana

**8. TYPE OF SUBCONTRACTING**

None

| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT | b. TOTAL AMOUNT OF MODIFICATIONS | c. LIQUIDATED DAMAGES ASSESSED | d. NET AMOUNT PAID TO DATE |
|---|---|---|---|---|
| | $3,649,000.00 | $0.00 | $0.00 | $3,602,868.51 |

| 10. SIGNIFICANT DATES | a. DATE OF AWARD | b. ORIGINAL CONTRACT/DO DATE | c. REVISED CONTRACT/DO DATE | d. DATE WORK ACCEPTED |
|---|---|---|---|---|
| | 20DEC01 | 21MAR02 | 01JUN02 | 10MAY02 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING: SATISFACTORY**

**12. EVALUATED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-1200 |
|---|---|

| c. NAME AND TITLE DOMINGO J. ELGUEZABAL, AREA ENGR, N.O. AREA OFFICE | d. SIGNATURE | e. DATE 9/24/02 |
|---|---|---|

**13. EVALUATION REVIEWED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-2235 |
|---|---|

| c. NAME AND TITLE JAMES L. MILES, JR., CHIEF, CONSTRUCTION DIVISION | d. SIGNATURE | e. DATE 10-2-02 |
|---|---|---|

**14. AGENCY USE (DISTRIBUTION, ETC.)**

FOR OFFICIAL USE ONLY   *(WHEN COMPLETED)*        DD Form 2626        SOURCE SELECTION INFORMATION

| MRGO | | | | dd 01.539 | | | 11-Dec-01 RMA | | |
|---|---|---|---|---|---|---|---|---|---|
| Quick guess | | Meridian | | | | | | | |
| cutface | removed | width | width eff | Soil | | m3/hr | cyd/hr | vol% | |
| 2.40 | 1.45 | 90.00 | 70.00 | sand | | 1,120 | 1,465 | 0.06 | |
| 2.40 | 1.45 | 90.00 | 70.00 | mud | | 1,654 | 2,164 | 0.30 | |
| 2.40 | 1.45 | 90.00 | 80.00 | sand | | 1,280 | 1,674 | 0.05 | |
| 2.40 | 1.45 | 90.00 | 80.00 | mud | | 1,890 | 2,472 | 0.25 | |
| 2.70 | 1.60 | 90.00 | 85.00 | sand | | 1,530 | 2,001 | 0.04 | |
| 2.70 | 1.60 | 90.00 | 85.00 | mud | | 2,260 | 2,956 | 0.18 | |
| 3.00 | 1.80 | 90.00 | 70.00 | sand | | 1,400 | 1,831 | 0.02 | |
| 3.00 | 1.80 | 90.00 | 70.00 | mud | | 1,982 | 2,593 | 0.10 | |
| | | | | | | | | 1 | |
| | | Average | production | | | 1,734 | 2,268 | | |
| | | | nett hours | | | 99 | 99 | (dd 00.466) | |
| | | | weekly prod | | | 171,632 | 224,515 | | |
| | | | exec. Time | | | 10.65 | wks | | |

Soil: Dense fine sand along the toeline     say 1/6   approx
     Silt/mud/sand, rho si= 1.55 t/m3 for the middle part    say 5/6   approx
     documents of 96462 indicate, rhosi= 1.55 t/m3, 38 mu

| | | m' | ft | |
|---|---|---|---|---|
| Channel section | length | 8687 | 28500 | |
| | width | 152 | 500 | |
| | area | 1320424 | 14250000 | |

| | | | | avg OD m' |
|---|---|---|---|---|
| Volumes | Bill | 1,700,000 | cyd | |
| | | 1,299,574 | m3 | |
| | OD   meridian | 528,170 | m3 | 0.4 |
| | Total volume | 1,827,744 | m3 | |
| | Factor dredged/paid | 1.41 | | |
| | OD   Stuyvesant | 660,212 | m3 | 0.5 |
| | Total Volume | 1,959,786 | m3 | |
| | Factor dredged/paid | 1.51 | | |

Stuyvesant experience 1996      Will be checked by P. Datson, due depth in dump

Loading at vohomax, lowering overflow before entering the dump
It seems not possible: 4529* 1.55+ 500*1.01 requires 8.85 m' draft
which ends at a required waterdepth due to doors of 10.35 m' at the dump
This means that probably another dump is used

Dump in the deeper parts of the dump

| | | Stuyvesant (m3) | | Eagle I (scaled) (m3) | (cyd) |
|---|---|---|---|---|---|
| Load | (m3) | 4529 | | 2,631 | 3,462 |
| dredge | (mins) | 66 | | 54 | 54 |
| Turn | (mins) | 4 | | 4 | 4 |
| sail | (mins) | 65 | | 59 | 59 |
| dump | (mins) | 6 | | 5 | 5 |
| cycle | (mins) | 141 | | 122 | 122 |
| prod | (m3/hr) | 1,927 | | 1,294 | 1,703 |
| noh | (hrs) | 150 | | 150 | 150 |
| prod | (m3/wk) | 289,085 | | 194,090 | 255,382 |
| exec. Time | (wks) | 6.8 | | 10.1 | 10.1 |

RbW 571 A



DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:                    DEC 20 2001

Contracting Division
Construction Services Branch

Bean Stuyvesant, L.L.C.
Post Office Box 51118
New Orleans, Louisiana 70151-1118

Gentlemen:

An award is hereby made in response to your bid under
DACW29-02-B-0036 for Mississippi River Gulf Outlet, Maintenance
Dredging, C/L Station 3650+00 to C/L Station 3935+00, Mile (-)3.1 to
Mile (-)8.5, Plaquemines Parish, Louisiana.

Your bid in the amount of $3,649,000.00 for Contract Line Item
Number(s) (CLINs) 0001 and 0002 is accepted and award is hereby made.

CLINs 0003, 0004, and 0005 are optional. Section 00700, FAR
52.217-7, titled "Option for Increased Quantity - Separately Priced
Line Item" sets forth the conditions under which these CLINs shall be
awarded.

Formal contract DACW29-02-C-0014 will be forwarded within
approximately 7 days. Payment and Performance bonds, as well as
four copies of the Accident Prevention Plan, shall be forwarded
to this office within 24 hours after receipt of the Notice to Proceed.

In accordance with the Continuing Contracts Clause, Section
00700, EFARS 52.232-5001, funds in the amount of $10,000.00 are
currently available for this award.

UNITED STATES OF AMERICA


Kelly M. Gele
Contracting Officer

CF:        CEMVN-SO                    CEMVN-VE
           CEMVN-C-NO (6)              CEMVN-PM
           CEMVN-CD-C (3)              CEMVN-PM-P
           CEMVN-OD                    CEMVN-ED-E   (B. FAIRLESS)
           CEMVN-RE
           CEMVN-CT-R  (PELREAN)

CC: D. Stolk.



DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

P.O. BOX 60267

NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

January 7, 2002

Contracting Division
Construction Service Branch

Bean Stuyvesant, L L C
Post Office Box 51118
New Orleans, Louisiana  70151-1118

Gentlemen:

Reference is made to our FAX notice of award to your firm on December 20, 2001, regarding Contract No. DACW29-02-C-0014, for, Mississippi River Gulf Outlet Maintenance Dredging C/L Station 3650+00 to C/L Station 3935+00 Mile (-)3.1 to Mile (-)8.5 Plaquemines Parish Louisiana, in the amount of $3,649,000.00

Forwarded for your use is a copy of the formal contract.

Please acknowledge receipt of the enclosed delegation of authority, in the spaces provided and return one copy of each to this office, Attn:  Contracting Division.

UNITED STATES OF AMERICA

BY
Kelly M. Gele
Contracting Officer

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Date  01/16/02
(Received)
BEAN STUYVESANT, LLC
(Contractor)

By
B.J.H. Propper
Vice President

**Bean**  **Stuyvesant**

1055 St. Charles Avenue
Suite 520
P. O. Box 511118
New Orleans, LA 70130
Telephone: 504-587-8700
Fax: 504-587-8717

## DOCUMENT TRANSMITTAL

| | |
|---|---|
| **TO:** | Dennis Stolk |
| **Cc:** | |
| **FROM:** | Sharon Hill |
| **DATE:** | Wednesday, January 16, 2002 |
| **RE:** | MRGO Maintenance – Contract No: DACW29-02-C-0014 |
| **DESCRIPTION:** | Contract and Drawings |

**CONFIDENTIALITY NOTICE**

This entire document transmission may contain confidential information belonging to the sender. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (504) 587-8708 to arrange for return of the documents. Thank you very much!

Hi Dennis –

Attached is a copy of the above referenced contract executed by the COE, along with drawings.

Receipt of the above documents were acknowledged and returned to COE.

Copies of these documents are included.

shill



**REPLY TO**
**ATTENTION OF:**

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

May 2, 2002

New Orleans Area Office

SUBJECT:  Contract DACW29-02-C-0014, Mississippi River Gulf
Outlet Maintenance Dredging, C/L Sta 3650+00 to C/L Sta 3935+00,
Mile (-)3.1 to Mile (-)8.5, Plaquemines Parish, Louisiana

Bean Stuyvesant, L.L.C.
P.O. Box 51118
New Orleans, LA   70151-1118

Gentlemen:

     As a result of our meetings on April 29, 2002 and May 1, 2002,
along with the submittal of the survey data taken on April 24,
2002 for the subject contract, we have reached a decision as to
the limits and extent of dredging to be performed.

     You are to dredge only the north half of the channel (250')
from C/L Sta 3710+00 to C/L Sta 3864+00. Before dredging over
the existing pipelines identified in the contract at C/L Stations
3712+00, 3732+50, 3733+50, 3738+50, and 3826+24, you will be
required to verify the location and elevation of the pipelines.
You should notify the owners of the pipelines as specified in
SECTION 02482 - DREDGING, paragraphs 3.2.2 and 3.2.3.

     You are again reminded that sea turtle season has begun and
turtle excluder devices are required as well as having turtle
observers aboard.

     Points of contact are Mr. Ronald Legendre at (504)862-2929 or
Mr. Jerry Hutson at (985)534-6005.

                         Sincerely,

                         Domingo J. Elguezabal, P.E.
                         Administrative Contracting Officer



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

May 8, 2002

New Orleans Area Office

SUBJECT: Contract DACW29-02-C-0014, Mississippi River Gulf
Outlet Maintenance Dredging, C/L Sta 3650+00 to C/L Sta 3935+00,
Mile (-)3.1 to Mile (-)8.5, Plaquemines Parish, Louisiana

Bean Stuyvesant, L.L.C.
P.O. Box 51118
New Orleans, LA 70151-1118

Gentlemen:

We have received your letter dated May 6, 2002, requesting no
dredging be performed in the reach from C/L Sta 3710+00 to C/L
Sta 3740+00 as directed in our letter of May 2, 2002.

The Government has no objection to your not dredging between
these stations but does require that you dredge the north half of
the channel from C/L Sta 3740+00 to C/L Sta 3864+00.

You are still required to verify the location and elevation
of the pipeline at C/L Sta 3826+24 and notify the owners of the
pipelines as specified in SECTION 02482 - DREDGING, paragraphs
3.2.2 and 3.2.3.

Points of contact are Mr. Ronald Legendre at (504)862-2929 or
Mr. Jerry Hutson at (985)534-6005.

Sincerely,

Domingo J. Elguezabal, P.E.
Administrative Contracting Officer

# PLANT PERFORMANCE REPORT

Destination:   Bean Stuyvesant LLC, New Orleans
Fax number:   1 504 587 8717
Attention:

| | | | |
|---|---|---|---|
| Project name: | MRGO Maintenance | Equipment: | THSD Eagle1 |
| Project no.: | 9101-5077 | Site reference: | Report no.    2 |
| Project fax no.: | | Reported period: | 05-May-02   to   11-May-02 |
| Approved by: | Chris Bonn | No. of pages: | |

| Code Number | Description (refer also guidelines) | Value per production unit | | | |
|---|---|---|---|---|---|
| | | | *MRGO* | | |
| 1 | Start Date Reported Week | 05-May-02 | | | |
| 2 | Plant Code | 23084055 | | | |
| 3 | Project Identification Number | 9101-5077 | | | |
| 4a | Realised Gross Working Hours | Hrs | 127.50 | | |
| 4b | Estimated Gross Working Hours | Hrs | 127.50 | | |
| 5a | Realised Net Working Hours | Hrs | 127.50 | | |
| 5b | Estimated Net Working Hours | Hrs | 102.46 | | |
| 6 | Amount Dredged (paid quantity realised) | Cyd m3 | 68,258 *52,187* | | |
| 6a | Amount Dredged (incl. Unpaid quantity realised) | Cyd m3 | 116,623 *89,164* | | |
| 7 | Amount to be Dredged (estimated quantity) | Cyd m3 | | | |
| 7a | Amount to be Dredged (incl. Unpaid quantity part) | Cyd m3 | | | |
| 8 | First Production Day (particular production unit) | 2-May-02 | | | |
| 9 | Last Production Day (particular production unit) | 4-Jul-02 | | | |
| 10 | Remarks    Sea turtle take. Logger head turtle found on load # 86. Project was completed on Friday @ 0730. Dredge Eagle 1 left site and went to Jourdan St. wharf to repair rudders | | | | |

RBW-571a: Plant Performance Report (filename. R571.xls, last update 1999-07)

Cc A. Taylor    R. Van de Ven
   J. Bean    H. Van de Assam
   B. Hoffman    R. Van Maastrigt
   H. Sanders    File
   G. Brandwijk

| | | | Stuyvesant | | |
|---|---|---|---|---|---|
| Total quantity paid | 1,700,000 cy | | | | |
| Unpaid overdredge | 887,000 cy | | | | |
| | ---------------- | | | | |
| Total dredged | 2,587,000 cy | | | | |

| Weekly costs | | | Stuyvesant | |
|---|---|---|---|---|
| Dredger | | | 321.000 $/wk | |
| Service launch | | | 7.000 $/wk | |
| Surveylaunch | | | 8.000 $/wk | |
| Supervision/survey | | | 16.100 $/wk | |
| | | | -------------- | |
| Total weekly costs | | | 352.100 $/wk | |

| | | | | | |
|---|---|---|---|---|---|
| Mob./demob./preparation | 0.11 wks | 96,162 | | | |
| add. Works/costs | | 167,293 | | | |
| | | ------------- | | | |
| Dredging | 6.84 wks | | 263,455 | 1.471 | 387,543 |
| Sea Turtle Observers | | | 2,409,743 | 1.471 | 3,544,731 |
| Mob.and Demob. for Sea TurtleTrawling | | | 16,768 | 1.471 | 24,665 |
| Sea Turtle Trawling and Relocation | | | 5,000 | 1.471 | 7,355 |
| | | | 160,000 | 1.471 | 235,360 |
| | | | ------------- | | ------------- |
| TOTAL COSTS | | | 2,854,965 | 1.471 | 4,199,654 |
| total hire | 6.96 wks 115,000 $/wk | | 799,898 | | |

| Total | Out of pocket | 2,055,067 |
|---|---|---|

| Mark-up proposal (over total costs) | |
|---|---|
| Overhead | 8.50% |
| Margine | 23.50% |
| | -------- |
| | 32.00% |
| Factor over costs | 1.471 |

| TOTAL | 4,199,654 |
|---|---|

| Cashflow | | | |
|---|---|---|---|
| | hire | 799,898 | |
| | margine | 986,919 | |
| | overheads | 356,971 | |
| | | ----------- | |
| | | 2,143,788 | 51.0% |

# EXHIBIT 11

TAB 10:

| | |
|---|---|
| Contract No.: | DACW29-02-C-0008 |
| Contractor: | Bean Stuyvesant, LLC |
| Description: | MRGO, 2001 Maintenance Dredging Bar Channel Hopper Dredge Rental No. 1-01, St Bernard and Plaquemines Parish, LA |
| Date of Award: | 11.30.01 |
| Date of Notice to Proceed: | 12.05.01 |
| Date Work Began: | |
| Date of Original K Completion: | 12.21.01 |
| Date Work Accepted: | 12.23.01 |
| Original K Amount: | $ 426,800.00 |
| Modifications/Amendments: | $ 119,600.00 |
| Liquidated Damages: | N/A |
| Final Amt. Paid to Contractor: | $ 546,400.00 |
| Quantity Dredged: | Rental Equipment: |
| | Pump Section ID - 33.5 in. |
| | Hopper Capacity - 9,500 cy |
| | 2 dragams including all attendant plants |
| Compliance/Evaluation/Notes: | Satisfactory |

| 14 NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)* | OFFER *(Must be fully completed by offeror)* | 15 TELEPHONE NO *(Include area code)* |
|---|---|---|

14 NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

BEAN STUYVESANT, L.L.C.
P.O. BOX 51118
NEW ORLEANS, LA 70151-1118

DUNS NO.: 025982195
CAGE CODE NO. 1HNF4          DUNS NO.

15 TELEPHONE NO *(Include area code)*
(504)587-8600     •    Fax No. (504) 586-1007

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

| CODE | FACILITY CODE |
|---|---|

17 The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____30_____ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶

18. The offeror agrees to furnish any required performance and payment bonds.

## 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 0001 | | | | |
|---|---|---|---|---|---|
| DATE | 11/15/01 | | | | |

| 20A NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| ANCIL TAYLOR<br>VICE PRESIDENT and GENERAL MANAGER | | 27 NOVEMBER 2001 |

AWARD *(To be completed by Government)*

21. ITEMS ACCEPTED

Contract No. DACW29-02-C-0008                         Bidding Schedule Items 0001 & 0002 (Lot 1)
Mississippi River Gulf Outlet, 2001 Maintenance Dredging, Bar Channel Hopper Dredge Rental No. 1-01,
St. Bernard and Plaquemines Parishes, Louisiana

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $426,800.00 | 96X3123<br>W42HEM13313472     $10,000.00 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ | ITEM<br>26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO<br>☐ 10 U.S.C. 2304(c) (    )     ☐ 41 U.S.C. 253(c) (    ) |
|---|---|---|

| 26 ADMINISTERED BY                    CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| NEW ORLEANS AREA OFFICE<br>U.S. ARMY CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA 70160-0267 | USAED NEW ORLEANS<br>C/O USACE FINANCE CENTER (UFC)<br>ATTN: CEFC-AO-P<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN 38054-5005 |

CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE

| ☐ 28. NEGOTIATED AGREEMENT *Contractor is required to sign this document and return _____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☒ 29 AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A NAME OF CONTRACTING OFFICER *(Type or print)*<br>Cynthia A. Nicholas |
|---|---|
| 30B SIGNATURE | 30C DATE | 31B UNITED STATES OF AMERICA<br>BY *Cynthia A. Nicholas* | 31C AWARD DATE<br>30 Nov 01 |

STANDARD FORM 1442 BACK (REV 4-85)

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. | 2 |
|---|---|

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO.(If applicable) |
|---|---|---|---|
| P00003 | 22-Feb-2002 | | Close-Out,S.Enclade |

| 6. ISSUED BY | CODE | DACW29 | 7. ADMINISTERED BY (If other than item 6) | CODE | CW29 |
|---|---|---|---|---|---|
| CE, CONTRACTING DIVISION <br> BOX 60267 <br> NEW ORLEANS LA 70160-0267 | | | USACE, CONTRACTING DIVISION <br> ATTN: CEMVN-CT, ROOM 172    7400 <br> LEAKE AVENUE <br> NEW ORLEANS LA 70118 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., Street, County, State and Zip Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| BEAN STUYVESANT, L.L.C. <br> BART PROPPER <br> P O BOX 51118 <br> NEW ORLEANS, LA 70151-1118 | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MOD. OF CONTRACT/ORDER NO. <br> DACW29-02-C-0008 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    1HNF4 | FACILITY CODE | X    30-Nov-2001 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offer ☐ is extended, ☐ is not extended.

Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted;
or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE
RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN
REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter,
provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | A.THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE <br> CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying <br> office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(B). |
| | C.THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D.OTHER (Specify type of modification and authority) <br> FAR 4.804, Close-Out |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter
where feasible.)

The above numbered contract for Mississippi River Gulf Outlet, 2001 Maintenance Dredging, Bar Channel Leased Hopper Dredge No. 1-01, St.
Bernard & Plaquemines Parishes, LA, is modified to close-out this contract. Total contract price & obligated amount is $546,400.00. The attached
page is the FINAL pay estimate & reflects finalized contract quantities & amounts. This contract is now closed.

Block 12. Accounting & Appro. Data reads:  No funds are obligated or deobligated. This contract is complete.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) <br> CYNTHIA A NICHOLAS / CONTRACTING OFFICER |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| | | BY _Cynthia A. Nicholas_ (Signature of Contracting Officer) | 22-Feb-2002 |
| (Signature of person authorized to sign) | | | |

| EPTION TO SF 30 | 30-105-04 | STANDARD FORM 30 (Rev. 10-83) |
|---|---|---|
| APPROVED BY OIRM 11-84 | | Prescribed by GSA <br> FAR (48 CFR) 53.243 |

Original infite —
Copy D. Stolb.
R. Colon

PAYMENT ESTIMATE - CONTRACT PERFORMANCE (Continuation)

PAYMENT ESTIMATE CLIN DETAILS

2. CONTRACT NO.

DACW29-02-C-0008   NA

Sheet 2 c

3. CONTRACTOR AND ADDRESS   Bean Stuyvesant, L.L.C.

P.O. Box 51118, New Orleans, LA  7015101118

4. PERIOD COVERED BY THIS ESTIMATE

FROM 23 Dec 2001  THRU 23 Dec 2001

| ITEM NO. a | MOD. NO. b | DESCRIPTION CONTRACT LINE ITEMS c | QUANTITY AND UNIT d | CONTRACT UNIT PRICE e | AMOUNT f | TOTAL TO DATE | |
|---|---|---|---|---|---|---|---|
| | | | | | | QUANTITY AND UNIT g | AMOUNT h |
| 0001 | | Mobilization & Demobilization | 1.00 LS | $185,000.00 | $185,000.00 | 100% | $185,000.00 |
| 0002 | | Dredging | 93.00 HR | $2,600.00 | $241,800.00 | 93.00 HR | $241,800.00 |
| 0003 | P00002 | Option - Dredging Revised Amount CLIN 0003 | 46.00 HR 46.00 HR | $2,600.00 | $119,600.00 | 46.00 HR | $119,600.00 |
| | | TOTALS THIS PAGE | | | 546,400.00 | | 546,400.00 |

ENG FORM 1 MAR 78   PREVIOUS EDITION OF THIS FORM IS OBSOLETE

*(USE REVERSE SIDE FOR DETAILED EXLANATION AND -OR REMARKS)



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

December 12, 2001

New Orleans Area Office

SUBJECT: Contract DACW29-02-C-0008, Mississippi River Gulf
Outlet, 2001 Maintenance Dredging, Bar Channel Hopper Dredge
Rental No. 1-01, St. Bernard and Plaquemines Parishes, Louisiana

Bean Stuyvesant, L.L.C.
Post Office Box 51118
New Orleans, LA 70151

Gentlemen:

The Notice to Proceed (NTP) of the subject contract was
issued on December 5, 2001. Reference is made to Paragraph 1-
DELIVERY OF PLANT, as per section 0800- SPECIAL CONTRACT
REQUIREMENTS of the contract specifications. Delivery of the
dredge and attendant plant had to be completed within 120 hours
after receipt of the NTP. This requirement had to be fulfilled
on December 10, 2001 and it has not been met. The dredge is
currently scheduled to arrive on mid-morning of December 13,
2001, 3 days late, and this will be reflected on your
Contractor's Performance Evaluation.

Sincerely,

Domingo J. Elguezabal, PE
Administrative Contracting Officer

*Original in file - 5075.*
*CC: Dennis Stolk.*

# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

P.O. BOX 60267

NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

March 18, 2002

Construction Division
Contract Administration Branch
Civil Section

SUBJECT: Contract Number DACW29-02-C-0008, Mississippi River Gulf Outlet, 2001
Maintenance Dredging, Bar Hopper Dredge Rental No. 1-01, St. Bernard and
Plaquemines Parishes, Louisiana, Contractor Performance Evaluation

Bean Stuyvesant, LLC
Post Office Box 51118
New Orleans, Louisiana 70151-1118

Gentlemen:

   In accordance with EFAR, Paragraph 36.201, your company's performance on the
subject contract has been evaluated on form DD2626, a copy of which is enclosed for
your records.

Sincerely,

James L. Miles Jr.
Chief, Construction Division

Enclosure

FOR OFFICIAL USE ONLY    (WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. CONTRACT NUMBER DACW29-02-C-0008 | b. DEL ORDER |
|---|---|---|
| | 2. DUNS NUMBER 025982195 | b. SIC CODE: |

IMPORTANT:  Be sure to complete Part III - Evaluation of Performance Elements on reverse

## PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION: FINAL | 4. TERMINATED FOR |
|---|---|

| 5. CONTRACTOR   (Name, Address, and Zip Code)<br><br>Bean Stuyvesant, LLC<br>P.O. Box 51118<br>New Orleans, LA 70151-1118 UNITED STATES<br><br>PRIME CONTRACTOR | 6.a. PROCUREMENT METHOD: SEALED BID<br><br>b. TYPE OF CONTRACT: FIRM FIXED PRICE |
|---|---|

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**

```
Mississippi River Gulf Outlet, 2001 Maintenance Dredging, Bar Hopper
Dredge Rental No 1-01, St. Bernard and Plaquemines Parishes,
Louisiana
```

**8. TYPE OF SUBCONTRACTING**

```
None
```

| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT<br>$426,800.00 | b. TOTAL AMOUNT OF MODIFICATIONS<br>$119,600.00 | c. LIQUIDATED DAMAGES ASSESSED<br>$0.00 | d. NET AMOUNT PAID TO DATE<br>$546,400.00 |
|---|---|---|---|---|
| 10. SIGNIFICANT DATES | a. DATE OF AWARD<br>30NOV01 | b. ORIGINAL CONTRACT/DO DATE<br>21DEC01 | c. REVISED CONTRACT/DO DATE<br>23DEC01 | d. DATE WORK ACCEPTED<br>23DEC01 |

## PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING: SATISFACTORY**

**12. EVALUATED BY**

| a. ORGANIZATION (NAME AND ADDRESS)<br><br>US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER<br>(504) 862-1200 |
|---|---|
| c. NAME AND TITLE<br><br>DOMINGO J. ELGUEZABAL, AREA ENGR, N.O. AREA OFFICE | d. SIGNATURE | e. DATE<br>3/15/02 |

**13. EVALUATION REVIEWED BY**

| a. ORGANIZATION (NAME AND ADDRESS)<br>US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER<br>(504) 862-2235 |
|---|---|
| c. NAME AND TITLE<br><br>JAMES L. MILES, JR., CHIEF, CONSTRUCTION DIVISION | d. SIGNATURE | e. DATE<br>3-18-02 |

AGENCY USE (DISTRIBUTION, ETC.)

FOR OFFICIAL USE ONLY    (WHEN COMPLETED)        DD Form 2626        SOURCE SELECTION INFORMATION

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

## PART III - EVALUATION OF PERFORMANCE ELEMENTS

N/A =NOT APPLICABLE   O = OUTSTANDING   A = ABOVE AVERAGE   S = SATISFACTORY   M = MARGINAL   U = UNSATISFACTORY

| 15. QUALITY CONTROL | N/A | O | A | S | M | U | 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | X | | | | a. COOPERATION AND RESPONSIVENESS | | | | X | | |
| b. ADEQUACY OF THE CQC PLAN | X | | | | | | b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | X | | | | | | c. COORDINATION & CNTRL OF SUBCNTRCTR | X | | | | | |
| d. QUALITY OF QC DOCUMENTATION | | | X | | | | d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. STORAGE OF MATERIALS | | | X | | | | e. EFFECTIVENESS OF JOBSITE SUPERVISION | | | | X | | |
| f. ADEQUACY OF MATERIALS | X | | | | | | f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | X | | | | g. PROFESSIONAL CONDUCT | | | | X | | |
| h. ADEQUACY OF QC TESTING | | | X | | | | h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | X | | | | | |
| i. ADEQUACY OF AS-BUILTS | X | | | | | | i. IMPLEMENTATION OF SUBCONTRACTING PLAN | X | | | | | |
| j. USE OF SPECIFIED MATERIALS | X | | | | | | 18. COMPLIANCE WITH LABOR STANDARDS | | | | | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | X | | | | a. CORRECTION OF NOTED DEFICIENCIES | X | | | | | |
| 17. TIMELY PERFORMANCE | | | | | | | b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | X | | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | | X | | | | c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS: DAVIS-BACON/SERVICE ACT & EEO REQUIREMENTS | | | | X | | |
| b. ADHERENCE TO APPROVED SCHEDULE | | | | | X | | | | | | | | |
| c. RESOLUTION OF DELAYS | | | | X | | | 19. COMPLIANCE WITH SAFETY STANDARDS | | | | | | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | X | | | | | | | | | |
| e. COMPLETION OF PUNCHLIST ITEMS | X | | | | | | a. ADEQUACY OF SAFETY PLAN | | | | X | | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | X | | | | | | b. IMPLEMENTATION OF SAFETY PLAN | | | | X | | |
| g. WARRANTY RESPONSE | X | | | | | | c. CORRECTION OF NOTED DEFICIENCIES | | | | X | | |

20. REMARKS    Explanation of unsatisfactory evaluation is required. Other comments are optional.



12/05/2001 08:47 FAX 504 862 2889         USACE                                    ☑002



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division                          DEC    5 2001
Construction Service Branch

Subject:  NOTICE TO PROCEED
          Contract No. DACW29-02-C-0008

Bean Stuyvesant, L.L.C.
P. O. Box 51118
New Orleans, LA 70151-1118

Gentlemen:

      Reference is made to Contract No. DACW29-02-C-0008 covering Mississippi River Gulf Outlet, 2001 Maintenance Dredging, Bar Channel Hopper Dredge Rental No. 1-01, St. Bernard and Plaquemines Parishes, LA.

      You are hereby notified to delivery the dredge within 120 hours after the date of receipt of this Notice to Proceed.

                            Sincerely,

                            Cynthia A. Nicholas
                            Contracting Officer

Receipt is hereby acknowledged of the above Notice to Proceed.

                          Bean Stuyvesant          12/05/01
                          Date Received:

# EXHIBIT 12

TAB 11:

| | |
|---|---|
| Contract No.: | W912P8-04-C-0037 |
| Contractor: | Bean Stuyvesant, LLC |
| Description: | MRGO, 2004 Maintenance Dredging, Bar Channel Hopper Dredge Rental No. 2-2004, St Bernard and Plaquemines Parish, LA (Lot 2) |
| Date of Award: | 9.23.04 |
| Date of Notice to Proceed: | |
| Date Work Began: | |
| Date of Original K Completion: | 5.4.05 |
| Date Work Accepted: | 2.17.05 |
| Original K Amount: | $ 6,001,808.00 |
| Modifications/Amendments: | $ 1,880,084.00 |
| Liquidated Damages: | N/A |
| Final Amt. Paid to Contractor: | $ 7,881,902.00 |
| Quantity Dredged: | |
| Compliance/Evaluation/Notes: | Subcontracting: |

Turtle Trawling to Coast wise Consulting

Dredging to Manson Construction





# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

Contracting Division
Projects West Branch

24 September 2004

Subject:  NOTICE TO PROCEED
          Contract No. W912P8-04-C-0057

Bean Stuyvesant, LLC
P.O. Box 51118
New Orleans, LA 70151-1118

Gentlemen:

Reference is made to Contract No. W912P8-04-C-0057, for Mississippi River Gulf Outlet, 2004 Maintenance Dredging, Bar Channel Hopper Dredge Rental No. 2-2004, St. Bernard and Plaquemines Parish, LA

You are hereby notified to commence work within 120 hours after the date receipt of this Notice to Proceed .

Sincerely,

Patricia R. Perkins
Contracting Officer

Receipt is hereby acknowledged of the above Notice to Proceed.

Bean Stuyvesant LLC
Date Received:        9/24/04

VICE PRESIDENT



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

March 21, 2005

Construction Division
Contract Administration Branch
Civil Section

SUBJECT:  Contract No. W912P804C0057, Mississippi River Gulf Outlet, 2004
Maintenance Dredging Bar Channel, Hopper Dredge Rental No. 2-2004, St. Bernard and
Plaquemines Parishes, Louisiana, Contractor Performance Evaluation

Bean Stuyvesant, L.L.C.
P.O. Box 51118
New Orleans, Louisiana 70151-1118

Gentlemen:

In accordance with EFAR, Paragraph 36.201, your company's performance on the
subject contract has been evaluated on form DD2626, a copy of which is enclosed for
your records.

Sincerely,

Bruce A. Terrell, P.E.
Chief, Construction Division

Enclosure

FOR OFFICIAL USE ONLY    *(WHEN COMPLETED)*

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. CONTRACT NUMBER W912P8-04-C-0057 | b. DEL ORDER |
|---|---|---|
| | 2. DUNS NUMBER 025982195 | b. SIC CODE |

IMPORTANT:   Be sure to complete Part III - Evaluation of Performance Elements on reverse

### PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION: FINAL | 4. TERMINATED FOR |
|---|---|

**5. CONTRACTOR** *(Name, Address, and Zip Code)*
Bean Stuyvesant, L.L.C.
Post Office Box 51118
New Orleans, LA 70151-1118 UNITED STATES
PRIME CONTRACTOR

**6.a. PROCUREMENT METHOD:** SEALED BID

**b. TYPE OF CONTRACT:** FIRM FIXED PRICE

**7. DESCRIPTION OF REQUIREMENTS AND LOCATION OF WORK**

Mississippi River Gulf Outlet, 2004 Maintenance Dredging, Bar Channel Hopper Dredge Rental No. 2-2004, St. Bernard and Plaquemines Parish, Louisiana

**8. TYPE OF SUBCONTRACTING**

CLIN 08-11, Turtle Trawling, (9%) to Coastwise Consulting
CLIN 05 & 06, Dredging, (20%) to Manson Construction

| 9. FISCAL DATA | a. AMT. OF BASIC CONTRACT $6,001,808.00 | b. TOTAL AMOUNT OF MODIFICATIONS $1,880,094.00 | c. LIQUIDATED DAMAGES ASSESSED $0.00 | d. NET AMOUNT PAID TO DATE $7,881,902.00 |
|---|---|---|---|---|
| 10. SIGNIFICANT DATES | a. DATE OF AWARD 23SEP04 | b. ORIGINAL CONTRACT/DO DATE 04MAY05 | c. REVISED CONTRACT/DO DATE 04MAY05 | d. DATE WORK ACCEPTED 17FEB05 |

### PART II - PERFORMANCE EVALUATION OF CONTRACTOR

**11. OVERALL RATING:** SATISFACTORY

**12. EVALUATED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-1200 |
|---|---|
| c. NAME AND TITLE ALAN F. HUNTER, AREA ENGR, N.O. AREA OFFICE | d. SIGNATURE *Alan F. Hunter* | e. DATE MAR 2 3 2005 |

**13. EVALUATION REVIEWED BY**

| a. ORGANIZATION (NAME AND ADDRESS) US ARMY CORPS OF ENGINEERS, MVD, NOD, CONSTRUCTION DIVISION | b. TELEPHONE NUMBER (504) 862-2235 |
|---|---|
| c. NAME AND TITLE BRUCE A. TERRELL, CHIEF, CONSTRUCTION DIVISION | d. SIGNATURE *Bruce A. Terrell* | e. DATE 4/4/05 |

AGENCY USE (DISTRIBUTION, ETC.)

FOR OFFICIAL USE ONLY    *(WHEN COMPLETED)*          DD Form 2626          SOURCE SELECTION INFORMATION

FOR OFFICIAL USE ONLY *(WHEN COMPLETED)*

## PART II - EVALUATION OF PERFORMANCE ELEMENTS

"A =NOT APPLICABLE   O = OUTSTANDING   A = ABOVE AVERAGE   S = SATISFACTORY   M = MARGINAL   U = UNSATISFACTORY

| QUALITY CONTROL | N/A | O | A | S | M | U | 16. EFFECTIVENESS OF MANAGEMENT | N/A | O | A | S | M | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| a. QUALITY OF WORKMANSHIP | | | | X | | | a. COOPERATION AND RESPONSIVENESS | | | | X | | |
| b. ADEQUACY OF THE CQC PLAN | X | | | | | | b. MANAGEMENT OF RESOURCES/ PERSONNEL | | | | X | | |
| c. IMPLEMENTATION OF THE CQC PLAN | X | | | | | | c. COORDINATION & CNTRL OF SUBCNTRCTR | X | | | | | |
| d. QUALITY OF QC DOCUMENTATION | | | | X | | | d. ADEQUACY OF SITE CLEAN-UP | | | | X | | |
| e. STORAGE OF MATERIALS | X | | | | | | e. EFFECTIVENESS OF JOBSITE SUPERVISION | | | | X | | |
| f. ADEQUACY OF MATERIALS | X | | | | | | f. COMPLIANCE WITH LAWS AND REGULATIONS | | | | X | | |
| g. ADEQUACY OF SUBMITTALS | | | | X | | | g. PROFESSIONAL CONDUCT | | | | X | | |
| h. ADEQUACY OF QC TESTING | X | | | | | | h. REVIEW/RESOLUTION OF SUBCONTRACTOR'S ISSUES | | | | X | | |
| i. ADEQUACY OF AS-BUILTS | X | | | | | | i. IMPLEMENTATION OF SUBCONTRACTING PLAN | | | | X | | |
| j. USE OF SPECIFIED MATERIALS | X | | | | | | 18. COMPLIANCE WITH LABOR STANDARDS | | | | | | |
| k. IDENTIFICATION/CORRECTION OF DEFICIENT WORK IN A TIMELY MANNER | | | | X | | | a. CORRECTION OF NOTED DEFICIENCIES | | | | | X | |
| 17. TIMELY PERFORMANCE | | | | | | | b. PAYROLLS PROPERLY COMPLETED AND SUBMITTED | | | | | X | |
| a. ADEQUACY OF INITIAL PROGRESS SCHEDULE | | X | | | | | c. COMPLIANCE WITH LABOR LAWS AND REGULATIONS: DAVIS-BACON/SERVICE ACT & EEO REQUIREMENTS | | | | | X | |
| b. ADHERENCE TO APPROVED SCHEDULE | | X | | | | | 19. COMPLIANCE WITH SAFETY STANDARDS | | | | | | |
| c. RESOLUTION OF DELAYS | | X | | | | | a. ADEQUACY OF SAFETY PLAN | | | | | X | |
| d. SUBMISSION OF REQUIRED DOCUMENTATION | | | | X | | | b. IMPLEMENTATION OF SAFETY PLAN | | | | | X | |
| e. COMPLETION OF PUNCHLIST ITEMS | | X | | | | | c. CORRECTION OF NOTED DEFICIENCIES | | | | | X | |
| f. SUBMISSION OF UPDATED AND REVISED PROGRESS SCHEDULES | | X | | | | | | | | | | | |
| g. WARRANTY RESPONSE | | X | | | | | | | | | | | |

20. REMARKS   Explanation of unsatisfactory evaluation is required. Other comments are optional.

OR OFFICE USE ONLY   *(WHEN COMPLETED)*          DD Form 2626          SOURCE SELECTION INFORMATION