UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4181 |
| PERTAINS TO: *Chehardy* C.A. Nos. 06-1672, 06-1673, 06-1674<br>*Robinson* C.A. No. 06-2268<br>and | SECTION "K"(2) |
| KELLY A. HUMPHREYS | CIVIL ACTION |
| VERSUS | NO. 06-0169 |
| ENCOMPASS INSURANCE CO., ET AL | SECTION "K" |

## AMENDED ORDER

In its Order entered September 13, 2005 (Doc. No. 1141), the Court continued the hearing on the omitted Motion to Dismiss Plaintiffs' Amended and Restated Complaint filed by State Farm Fire and Casualty Company (Doc. 1037) for hearing with all the other the Motions to Dismiss filed by various insurers (Doc. Nos. 903, 923, 932, 936 and 939) in the Katrina Canal Breaches Consolidated Litigation–*Chehardy* to **October 27, 2006;** however, the Court made a typographic error and set the State Farm motion for 9:00 a.m.  This time was incorrect.

For the sake of clarification, the United States' Motion in *Robinson* will be heard at **9:00 a.m. on Friday, October 27, 2006**, and the insurance companies motions filed in *Chehardy* will be heard at **1:00 p.m on Friday October 27, 2006**.  The Court apologizes for any confusion that this string of orders might have caused.  Accordingly,

**IT IS ORDERED** that hearing and oral argument on the Motion to Dismiss Plaintiffs' Amended and Restated Complaint filed by State Farm Fire and Casualty Company (Doc. 1037)

shall be held at **1:00 p.m. on October 27, 2006.**

    New Orleans, Louisiana, this  14th  day of September, 2006.

                                              **STANWOOD R. DUVAL, JR.**
                                     **UNITED STATES DISTRICT COURT JUDGE**