UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

### DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FOURTH CAUSE OF ACTION PURSUANT TO F.R.C.P. 12(c)

NOW INTO COURT, come Bean Dredging, L.L.C.; C.F. Bean L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging, Inc.; Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation; C.F. Bean Corporation; Bean Horizon Corporation; Bean Horizon L.L.C.; Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C., on its on behalf and as successor by merger to T.L. James Marine, Inc., and T.L. James Marine, L.L.C.; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; Natco Dredging Limited Partnership; Great Lakes Trailing Company;

1

Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; and King Fisher Marine Service, L.P. (collectively the "Dredging Defendants"), through their respective undersigned counsel, and pursuant to Federal Rules of Civil Procedure12(c) respectfully move that Plaintiffs' Fourth Cause of Action in the *Reed* and *Ackerson* suits asserting a right of recovery under the Federal Water Pollution Control Act, 33 U.S.C. §1251 *et seq.* ("Clean Water Act") be dismissed for the reasons more fully stated in the Memorandum submitted in support of this motion.

Respectfully submitted,

James H. Roussel ( Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
jroussel@bakerdonelson.com
nscott@bakerdonelson.com

Attorneys for Great Lakes Dredge & Dock
Company

/s/ William E. Wright, Jr.
William E. Wright, Jr. (Bar Roll No. 8564)
Terrence L. Brennan (Bar Roll No. 3434)
Kelly E. Theard (Bar Roll No. 29445)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
kthread@dkslaw.com

Attorneys for Bean

/s/ James a Cobb, Jr.
James A. Cobb, Jr. (Bar Roll No. 4213)
Emmet, Cobb, Waits & Henning
1515 Poydras St., Ste. 1950
New Orleans, LA 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020
jac@ecwko.com

Attorney for Weeks Marine, Inc.

/s/ Richard Cozad
Richard Cozad (Bar Roll No. 4537)
Emma A. Mekinda (Bar Roll No. 28151)
Michael McAlpine (Bar Roll No. 9195)
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
emmaekinda@yahoo.com

Attorneys for King Fisher Marine Service, L.P.

/s/ A. Gordon Grant, Jr.
A. Gordon Grant, Jr. (Bar Roll No. 6221)
Philip S. Brooks, Jr. (Bar Roll No. 21501)
Montgomery, Barnett, Brown, Read,
 Hammond & Mintz, L.L.P.
Energy Centre - 1100 Poydras St.
Suite 3200
New Orleans, LA 70163-3200
Telephone: (504) 585-7681
Facsimile: (504) 200-8981
ggrant@monbar.com

Attorneys for Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C., on its on behalf and as successor by merger to T.L. James Marine, Inc., and T.L. James Marine, L.L.C.

/s/ Samuel B. Gabb
Samuel B. Gabb (Bar Roll No.22378)
Thomas P. LeBlanc (Bar Roll No. 22832)
Lundy & Davis
501 Broad St.
P.O. Box 3010
Lake Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
sgabb@lundydavis.com

Attorneys for Mike Hooks, Inc.

/s/ William J. Larzelere, Jr.
William J. Larzelere, Jr. (Bar Roll No. 8057)
T. Justin Simpson (Bar Roll No. 18437)
Angie L. Arceneaux (Bar Roll No. 26786)
Larzelere, Picou, Wells, Simpson & Lonero
3850 B. Causeway Blvd., Suite 1100
Tow Lakeway Center
Metairie, LA 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
jsimpson@lpw-law.com

Attorneys for Luhr Bros., Inc.

3

/s/ Andre J. Mouledoux
Andre J. Mouledoux (Bar Roll No. 9788)
C. William Emory (Bar Roll No. 20179)
Daniel J. Hoerner (Bar Roll No. 21706)
Jacques P. DeGruy (Bar Roll No. 29144)
Mouledoux, Bland, Legrand & Brackett
701 Poydras St., Ste. 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1)   jfnevares-law@microjuris.com

2)   dbecnel@becnellaw.com

3)   csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1)   A.J. Rebaneck