UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

## ORDER

Considering the Dredging Defendants Motion to Dismiss Plaintiffs' Fourth Cause of Action Pursuant to F.R.C.P. 12(c),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dredging Defendants Motion to Dismiss Plaintiffs' Fourth Cause of Action Pursuant to F.R.C.P. 12(c) is hereby GRANTED dismissing, with prejudice, the Fourth Cause of Action in the *Reed* and *Ackerson* suits.

New Orleans, Louisiana, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1