UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | ) | |
| CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to:  MRGO, *Reed* (06-2152) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**DEFENDANT UNITED STATES' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
[FRCP 12(b)(1)]**

Comes now the United States of America and moves to dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). This motion is supported by Defendant United States' Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Declaration of Angela Jean Drinkwitz, filed herewith.

Dated: September  14 , 2006

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

JIM LETTEN
United States Attorney


s/Stephen G. Flynn
STEPHEN G. FLYNN
Assistant Director for Admiralty
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4070