## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | ) | |
| CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to: MRGO, *Reed* (06-2152) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

### NOTICE OF HEARING OF
### DEFENDANT UNITED STATES' MOTION TO DISMISS
### FOR LACK OF SUBJECT MATTER JURISDICTION
### [FRCP 12(b)(1)]

Comes now the United States of America and gives notice that the hearing on its motion to dismiss for lack of subject matter jurisdiction will take place before Judge Stanwood Duval on Wednesday, October 18, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Dated: September  14 , 2006

                                            Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            JIM LETTEN
                                            United States Attorney

            s/Stephen G. Flynn
            STEPHEN G. FLYNN
            Assistant Director for Admiralty
            U.S. Department of Justice
            Torts Branch, Civil Division
            P.O. Box 14271
            Washington, D.C.  20044-4271
            Telephone:  (202) 616-4070