UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) MRGO, *Reed* ( 06-2152 ) ) ) ) ) | CIVIL ACTION NO. 05-4182-"K"(2) Judge Duval Magistrate Judge Wilkinson |

### DECLARATION OF ANGELA JEAN DRINKWITZ

I, ANGELA JEAN DRINKWITZ, declare and state the following:

1.  I am over eighteen years of age. I am a Paralegal for the U.S. Army Corps of Engineers, New Orleans District, Office of Counsel. I have been in my present position since March, 2005.

2.A part of my duties, I routinely receive administrative claims for the New Orleans District. I routinely receive and process administrative claims (other than contract claims), pursuant to the guidelines of Army Regulation 27-20, that are filed with this agency. These claims are delivered to our office normally by mail, through our mailroom, which are then forwarded to this office. Once these claims are received in this office, I will log the claim into the Case Management System for the U.S. Army Claims Service for assignment of a claim number from the Claims Service.

3.On June 9, 2006, the Agency received an SF-95 attached to a cover letter, dated June 7, 2006, signed by Mr. Camilo K. Salas, III. The letter and claim were sent by certified mail, return receipt requested; was signed for in the Agency's Mail Room; transmitted to Office of Counsel, and forwarded to the undersigned. The SF-95, dated June 7, 2006, was signed by Mr. Salas as well. On the form itself, the named claimant was Phillip Reed at the address of 7300 Morrison Road, New Orleans, Louisiana 70126. In the part of Section 9 asking for a description of the property, the form states "ALL PROPERTY IN ORLEANS AND ST. BERNARD PARISHES WAS DAMAGED." The SF-95 has been assigned Claims Service Number 06N15T17818.

4.As of the date of this Declaration, no final action has been taken on the claim set forth above. Nor have any Katrina-related claims been denied by the Agency.

5.     This Declaration is based on my personal knowledge and information contained in the Office of Counsel's files and in the Claims Service database. The documents attached hereto are kept in the course of regularly conducted activity.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed this 5th day of September, 2006.

_____
Angela Jean Drinkwitz