UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:  KATRINA CANAL BREACHES** | ) | |
| **CONSOLIDATED LITIGATION,** | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| **Pertains to:  MRGO,** *Reed* **(06-2152)** | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**[Proposed]**
**ORDER DISMISSING ACTION AS TO DEFENDANT UNITED STATES**
**FOR LACK OF SUBJECT MATTER JURISDICTION**

For good cause shown, the Court hereby dismisses all claims and causes of action of Plaintiff against the United States of America.

Done at New Orleans, Louisiana this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: September  14 , 2006

                                              Respectfully submitted,

                                              PETER D. KEISLER
                                              Assistant Attorney General

                                              JIM LETTEN
                                              United States Attorney


                                               s/Stephen G. Flynn
                                                  STEPHEN G. FLYNN
                                              Assistant Director for Admiralty
                                              U.S. Department of Justice
                                              Torts Branch, Civil Division
                                              P.O. Box 14271
                                              Washington, D.C.  20044-4271
                                              Telephone:  (202) 616-4070