UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

## ORDER

Considering the Dredging Defendants Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to F.R.C.P. 12(c) and 9(b),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dredging Defendants Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to F.R.C.P. 12(c) and 9(b), is hereby GRANTED, with prejudice.

New Orleans, Louisiana, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1

NO NMS 122913 v1
2902907-000001