UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | § <br>§ <br>§ <br>§ |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants Bean Dredging, L.L.C.; C.F. Bean L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging, Inc.; Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation; C.F. Bean Corporation; Bean Horizon Corporation; Bean Horizon L.L.C.; Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C., on its on behalf and as successor by merger to T.L. James Marine, Inc.; and T.L. James Marine, L.L.C.; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; Natco Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; and King Fisher Marine

1

Service, L.P. (collectively the "Dredging Defendants"), will bring on for hearing their .Motion to Plaintiffs' Concealment and Implied Warranty claims Dismiss pursuant to Federal Rules of Civil Procedure 12(c) and 9(b) in the *Reed* and *Ackerson* suits before this Honorable Court on the 12th day of October, 2006 at 9:30 a.m. at 500 Poydras Street, New Orleans, Louisiana 70130.

    Respectfully submitted,

    */s/ James H. Roussel*

    James H. Roussel (Bar Roll No. 11496)
    Nyka M. Scott (Bar Roll No. 28757)
    Baker, Donelson, Bearman, Caldwell &
    Berkowitz, PC
    201 St. Charles Ave., Ste. 3600
    New Orleans, LA 70170
    Telephone: (504) 566-5278
    Facsimile:  (504) 636-3978
    jroussel@bakerdonelson.com
    nscott@bakerdonelson.com

    Attorneys for Great Lakes Dredge &
    Dock Company

/s/ William E. Wright, Jr.
William E. Wright, Jr. (Bar Roll No. 8564)
Terrence L. Brennan (Bar Roll No. 3434)
Kelly E. Theard (Bar Roll No. 29445)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com
fbarry@dkslaw.com

Attorneys for Bean Dredging, L.L.C.

/s/ James a Cobb, Jr.
James A. Cobb, Jr. (Bar Roll No.4213)
Emmet, Cobb, Waits & Henning
1515 Poydras St., Ste. 1950
New Orleans, LA 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020
jac@ecwko.com

Attorney for Weeks Marine, Inc.

/s/ Richard Cozad
Richard Cozad (Bar Roll No. 4537)
Emma A. Mekinda (Bar Roll No. 28151)
Michael McAlpine (Bar Roll No. 9195)
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com

Attorneys for King Fisher Marine Services, L.P.

/s/ A. Gordon Grant, Jr., (#6221) (T.A.)
Philip S. Brooks, Jr.   (Bar Roll No. 21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax:    504-585-7688

Attorneys Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C., on its on behalf and as successor by merger to T.L. James Marine, Inc.; and T.L. James Marine, L.L.C.

/s/ Samuel B. Gabb
Samuel B. Gabb (Bar Roll No.22378)
Thomas P. LeBlanc (Bar Roll No. 22832)
Lundry & Davis
501 Broad St.
P.O. Box 3010
Lake Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
sgabb@lundydavis.com

Attorneys for Mike Hooks, Inc.

/s/ William J. Larzelere, Jr.
William J. Larzelere, Jr. (Bar Roll No. 8057)
T. Justin Simpson (Bar Roll No. 18437)
Angie L. Arceneaux (Bar Roll No. 26786)
Larzelere, Picou, Wells, Simpson & Lonero
3850 B. Causeway Blvd., Suite 1100
Tow Lakeway Center
Metairie, LA 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
jsimpson@lpw-law.com

Attorneys for Luhr Bros., Inc.

3

<u>/s/ Andre J. Mouledoux</u>
Andre J. Mouledoux (Bar Roll No. 9778)
C. William Emory (Bar Roll No. 20179)
Daniel J. Hoerner (Bar Roll No. 21706)
Jacques P. DeGruy (Bar Roll No. 29144)
Mouledoux, Bland, Legrand & Brackett
701 Poydras St., Ste. 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.

4
NO NMS 122785 v1
2902907-000001

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) A.J. Rebaneck

5