UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO:  MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | § §<br>§<br>§ |

## ORDER

Considering the Dredging Defendants Motion to Dismiss Plaintiffs' Claims Pursuant to F.R.C.P. 12(b)(1) and 12(c),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dredging Defendants Motion to Dismiss Plaintiffs' Claims Pursuant to F.R.C.P. 12(b)(1) and 12(c) is hereby GRANTED, with prejudice, dismissing the *Reed* and *Ackerson* suits.

New Orleans, Louisiana, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE