UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO:  MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | § §<br>§<br>§ |

## ORDER

Considering the Dredging Defendants Motion to Dismiss Plaintiffs' Claims Pursuant to the Suits in Admiralty Act and F.R.C.P. 12(c),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dredging Defendants Motion to Dismiss Plaintiffs' Claims Pursuant to the Suits in Admiralty Act and F.R.C.P. 12(c), is hereby GRANTED, with prejudice.

New Orleans, Louisiana, this the _____ day of _____, 2006.

                                                                          UNITED STATES DISTRICT JUDGE

1