UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

## ORDER

Considering the Dredging Defendants Motion for Judgment on the Pleadings Pursuant to La. R.S. 9:5624 and Fed. R. Civ. P. 12(c),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Dredging Defendants Motion for Judgment on the Pleadings Pursuant to La. R.S. 9:5624 and Fed. R. Civ. P. 12(c), is hereby GRANTED, with prejudice.

New Orleans, Louisiana, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

1