## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | § **CIVIL ACTION**<br>§ **No. 05-4182 "K"(2)**<br>§<br>§ **JUDGE DUVAL**<br>§ **MAG. WILKINSON**<br>§<br>§<br>**PERTAINS TO:  MRGO,** *Reed***, No. 06-2152**<br>§<br>**MRGO,** *Ackerson***, No. 06-4066**<br>§<br>§ |

### DREDGING DEFENDANTS' MOTION FOR JUDGMENT
### ON THE PLEADINGS PURSUANT TO LA. R.S. 9:2772 and  F.R.C.P. 12(c)

NOW INTO COURT, come Gulf Coast Trailing Company; T.L. James & Company, Inc.;

TLJIC, L.L.C., on its on behalf and as successor by merger to T.L. James Marine, Inc., and T.L.

James Marine, L.L.C.; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock

Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; Natco

Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike

Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; and King Fisher Marine

Service, L.P. (collectively the "Dredging Defendants"), through their respective undersigned

1

NO NMS 122698 v1
2902907-000001

counsel, and pursuant to La. R.S. 9:2772 and Federal Rules of Civil Procedure12(c) respectfully move that Plaintiffs' claims in the *Reed* and *Ackerson* suits be dismissed for the reasons more fully stated in the Memorandum submitted in support of this motion.

Respectfully submitted,

James H. Roussel (Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No.28757)
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978
jroussel@bakerdonelson.com
nscott@bakerdonelson.com

Attorneys for Great Lakes Dredge & Dock
Company

2

/s/ James a Cobb, Jr.
James A. Cobb, Jr. (Bar Roll No. 4213)
Emmet, Cobb, Waits & Henning
1515 Poydras St., Ste. 1950
New Orleans, LA 70112
Telephone: (504) 581-1301
Facsimile: (504) 581-6020
jac@ecwko.com


Attorney for Weeks Marine, Inc.


/s/ Richard Cozad
Richard Cozad (Bar Roll No. 4537)
Emma A. Mekinda (Bar Roll No. 28151)
Michael McAlpine (Bar Roll No. 9195)
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone: (504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com


Attorneys for King Fisher Marine Service,
L.P.

/s/ Andre J. Mouledoux
Andre J. Mouledoux (Bar Roll No. 9778)
C. William Emory (Bar Roll No. 20179)
Daniel J. Hoerner (Bar Roll No. 21706)
Jacques P. DeGruy (Bar Roll No. 29144)
Mouledoux, Bland, Legrand & Brackett
701 Poydras St., Ste. 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com


Attorneys for Pine Bluff Sand & Gravel Co.

/s/A. Gordon Grant, Jr.,  (#6221) (T.A.)
Philip S. Brooks, Jr.   (#21501)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax:    504-585-7688

Attorneys for Gulf Coast Trailing Company;
T.L. James & Company, Inc.; TLJIC, L.L.C.,
on its on behalf and as successor by merger to
T.L. James Marine, Inc., and T.L. James
Marine, L.L.C.

/s/ Samuel B. Gabb
Samuel B. Gabb (Bar Roll No.22378)
Thomas P. LeBlanc (Bar Roll No. 22832)
Lundy & Davis
501 Broad St.
P.O. Box 3010
Lake Charles, LA 70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
sgabb@lundydavis.com


Attorneys for Mike Hooks, Inc.

/s/ William J. Larzelere, Jr.
William J. Larzelere, Jr. (Bar Roll No. 8057)
T. Justin Simpson (Bar Roll No. 18437)
Angie L. Arceneaux (Bar Roll No. 26786)
Larzelere, Picou, Wells, Simpson & Lonero
3850 B. Causeway Blvd., Suite 1100
Tow Lakeway Center
Metairie, LA 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565
jsimpson@lpw-law.com

Attorneys for Luhr Bros., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of September, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1)  jfnevares-law@microjuris.com

2)  dbecnel@becnellaw.com

3)  csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1)  A.J. Rebaneck

4