FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15  AM 11: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:   O'DWYER LEVEE CASE NO. NO. 05-4181 "K" (3) | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

************************************************

## ANSWER TO TWELFTH SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes defendant, The Board of Commissioners for the Orleans Levee District (hereinafter "Orleans Levee District"), and for answer to plaintiffs' Twelfth Supplemental and Amending Complaint respectfully represents:

I.

The allegations of paragraph I are denied for lack of sufficient information to justify a belief therein.

II.

Paragraph II does not require an answer from this defendant; however, to the extent an answer is required, the allegations of paragraph II are denied for lack of sufficient information to justify a belief therein.

III.

Except to admit that several of the newly added defendants did perform some work on the levee's and/or flood walls, the allegations of paragraphs III and XIXXXIV, as amended, are denied for lack of sufficient information to justify a belief therein.

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDoc___
___ Doc. No____

IV.

The allegations of paragraphs IV and XIXXV, as amended do not require an answer from this defendant; however, to the extent an answer is required, all allegations are denied for lack of sufficient information to justify a belief therein.

V.

Defendant re-avers and re-alleges each and every answer and affirmative defense its original pleadings as if pled herein *in extensio*.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (19336)
JAMES C. RATHER, JR. (25839)
KYLE P. KIRSCH (26363)
ANDRE' J. LAGARDE (28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
LABORDE & NEUNER
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
COUNSEL FOR DEFENDANT, OLD

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this 15th day of September, 2006.