FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 15 AM 10: 46
LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | § | **CIVIL ACTION** |
| | § | **NO. 05-4182** |
| | § | **SECTION "K"** **JUDGE STANWOOD R. DUVAL, JR.** |
| **PERTAINS TO: 06-4066** **MRGO (ACKERSON, ET AL.)** | § | **MAG. DIV. 2** **MAG. JOSEPH C. WILKINSON, JR.** |

**MANSON GULF, L.L.C.'S**
**CORPORATE DISCLOSURE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Manson Gulf, L.L.C., and pursuant to Local Rule 5.6E, states that its parent company presently is Manson Construction Co., and that no publicly held corporation owns 10% or more of its shares.

NO.99625771.1

___ Fee___
___ Process___
_X_ Dktd ___
_✓_ CtRmDep___
___ Doc. No___

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: [signature]

George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 15th day of September, 2006.

[signature]