FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15 PM 4:58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: 06-2152 (REED) AND 06-4066 (ACKERSON)<br><br>MRGO | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### MOTION FOR DISMISSAL AND/OR PARTIAL DISMISSAL ON BEHALF OF MANSON CONSTRUCTION CO. AND MANSON GULF, LLC

NOW INTO COURT, through undersigned counsel, come Manson Construction Co. and Manson Gulf, LLC, sought to be made defendants herein in the sub-captioned "MRGO" civil actions pertaining to the dredging of the MRGO, and respectfully move this Honorable Court to dismiss all claims (filed on behalf of all personal injury, death and/or property damage claimants), or, alternatively, certain specific, non-maintainable claims and causes of action, filed against them on the following basis:

1. Failure to state a claim upon which relief can be granted under the Federal Water Pollution Control Act, 33 USC § 1251, *et seq.* ("Clear Water Act"), pursuant to Federal Rule of Civil Procedure 12(c).

2. Failure of plaintiffs to state a claim for concealment, and/or to adequately plead their claim for concealment and implied warranty, pursuant to Federal Rule of Civil Procedure 12(c) and 9(b).

NO.99628495.1

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

3. Dismissal pursuant to multiple forms of government contractor immunity, pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(c).

4. Dismissal pursuant to the Suits in Admiralty Act and Federal Rule of Civil Procedure 12(c).

The rationale supporting the dismissal of all claims, or, alternatively, of certain specific non-maintainable claims and causes of action, asserted by all plaintiffs in the sub-captioned civil actions against Manson Construction Co. and Manson Gulf, L.L.C. is more fully set forth in the accompanying Memorandum in Support hereof.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO. AND MANSON GULF, L.L.C.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 15th day of September, 2006.

_____