UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: 06-2152 (REED); AND 06-4066 (ACKERSON)<br><br>MRGO | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR DISMISSAL AND/OR PARTIAL**
**DISMISSAL ON BEHALF OF MANSON CONSTRUCTION CO.**
**AND MANSON GULF, L.L.C.**

MAY IT PLEASE THE COURT:

Manson Construction Co. ("Manson") and Manson Gulf, L.L.C. ("Manson Gulf"), sought to be made defendants herein, respectfully request that this Honorable Court dismiss them from the captioned civil actions, or, alternatively, dismiss certain non-maintainable claims filed against them, by all plaintiffs in the sub-captioned civil actions which have been served upon them.

In support of the motion, and solely for purposes herein, Manson acknowledges that it has been made a defendant in these proceedings pursuant to certain limited alleged dredging work performed on the MRGO for the United States Army Corps of Engineers with its Dredges NEWPORT and BAYPORT during the year 2003, as has been alleged by all plaintiffs in the

NO.99628505.1

sub-captioned civil actions, said alleged dredging at all times being in conformity with the contract let pursuant to Congressional authorization by the United States Army Corps of Engineers.[1]

Because the rationale for dismissal of Manson and Manson Gulf, or, alternatively, dismissal of certain non-maintainable causes of action, has been fully and comprehensively briefed in a collective manner by other co-defendant dredgers that also performed similar work on the MRGO at other points in time, Manson and Manson Gulf assert that they equally are entitled to the same relief being requested by those co-defendant dredgers in their identical motions on the same issues and/or defenses at issue herein. As a matter of brevity and convenience for the Court and the parties, and as authorized pursuant to Federal Rule of Civil Procedure 10(c), Manson and Manson Gulf fully adopt by reference, and incorporate herein by attachment as Exhibits "A" – "D," the factual and legal assertions set forth in the co-defendant dredgers' Joint Memoranda in Support on these issues.

Manson and Manson Gulf aver they are entitled to outright dismissal from the sub-captioned civil actions on the basis of the factual and legal assertions set forth in the following Memoranda in Support, which are adopted by reference and incorporation:

1. Memorandum of Law in Support of the Dredging Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) (Docket Document No. 1160, attached hereto as Exhibit "A").

2. Memorandum of Law in Support of Dredging Defendants' Motion to Dismiss Pursuant to the Suits in Admiralty Act and Fed. R. Civ. P. 12(c) (Docket Document No. 1161, attached hereto as Exhibit "B").

Manson and Manson Gulf further assert that they are entitled to partial dismissal of certain non-maintainable causes of action on the basis of the factual and legal assertions set forth in the following Memoranda in Support, which are adopted by reference and incorporation:

---

[1] Manson Gulf never performed any dredging work on the MRGO, has no involvement with the subject matter of this consolidated action, and a separate motion seeking its dismissal with prejudice on that basis has already been filed in the Reed case (Civil Action No. 06-2152).

NO.99628505.1

1. Memorandum of Law in Support of the Dredging Defendants' Motion to Dismiss Plaintiffs' Fourth Cause of Action Pursuant to F.R.C.P. 12(c) (Docket Document No. 1157, attached hereto as Exhibit "C").

2. Memorandum of Law in Support of Dredging Defendants' Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to F.R.C.P. 12(c) and 9(b) (Docket Document 1159, attached hereto as Exhibit "D").

For the reasoning and rationale set forth above, and as is incorporated herein in the form of the attached Exhibits "A" – "D," Manson Construction Co. and Manson Gulf, L.L.C. respectfully requests that this Honorable Court dismiss them from the sub-captioned civil actions.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO. AND MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 15th day of September, 2006.

_____