UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| **PERTAINS TO: 06-2152 (REED); AND 06-4066 (ACKERSON)**<br><br>**MRGO** | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned counsel for Manson Construction Co. and Manson Gulf, L.L.C. will bring their Motion for Dismissal and/or Partial Dismissal for hearing before the Honorable Stanwood K. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 12th day of October, 2006, at 9:30 a.m.

NO.99628500.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION
CO. AND MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 15th day of September, 2006.

_____