UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § PERTAINS TO: 06-2152 (REED); AND § 06-4066 (ACKERSON) § § MRGO § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Dismissal and/or Partial Dismissal filed on behalf of Manson Construction Company and Manson Gulf, L.L.C.,

IT IS HEREBY ORDERED that Manson Construction Co. and Manson Gulf, L.L.C.'s Motion for Dismissal and/or Partial Dismissal is hereby granted, and all claims asserted in the above referenced subtitled civil actions against Manson Construction Co. and Manson Gulf, L.L.C. are hereby dismissed with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99629999.1