UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>             CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| | * | |
| O'DWYER, NO. 05-4181 | * <br> * | MAG. WILKINSON |

**CORPORATE DISCLOSURE STATEMENT OF CSX CORPORATION**

Defendant CSX Corporation files this corporate disclosure statement in Civil Action No. 05-4181 in compliance with Uniform Local Rule 5.6E.  No publicly traded company owns ten per cent or more of the stock of CSX Corporation.

        /S/ Jonathan C. McCall
_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
     -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

917711-1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                              /S/ Jonathan C. McCall