UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: O'DWYER, NO. 05-4181 | * * * * * | JUDGE DUVAL MAG. WILKINSON |

**CORPORATE DISCLOSURE STATEMENT OF CSX TRANSPORTATION, INC.**

CSX Transportation, Inc. files this corporate disclosure statement in Civil Action No. 05-4181 in compliance with Uniform Local Rule 5.6E.  CSX Transportation, Inc. is wholly owned by CSX Corporation, a publicly traded company.  No publicly held company owns ten per cent or more of the stock of CSX Corporation.

      /S/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

917709-1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana  70508
Telephone:  (337) 981-5293
Telefax:  (337) 988-6918

**ATTORNEYS FOR CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                            /S/ Jonathan C. McCall