# Exhibit 4A

TC202
N46M5G8
no.1-A
1957

US-CE-C Property of the United States Government

CORPS OF ENGINEERS, U. S. ARMY

MR-GO
1D, 2D...

MISSISSIPPI RIVER - GULF OUTLET
LOUISIANA

---

DESIGN MEMORANDUM NO. 1-A

CHANNELS

MILE 63.77 - MILE 68.85

---

N.O. to St. Bernard
1D, 2D, 3D, 3U, 4D, 5D

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

APRIL 1957

(Revised July 1957)

Plans and Specifications."

4. **Purpose.** The purpose of this design memorandum is to present pertinent information and data compiled and utilized in the design of the channel for that portion of the seaway canal extending from the existing Inner Harbor Navigation Canal to the vicinity of Louisiana State Highway 47 (Paris Road, formerly Hwy. No. 61). The remainder of the route between Highway No. 47 and the Gulf of Mexico will be presented in Design Memoranda 1-B, and 1-C, which will be prepared and submitted at a later date as the overall project planning progresses.

## CHANNEL LOCATION

5. **General.** The detail location of the proposed channel between the Inner Harbor Navigation Canal and Louisiana State Highway No. 47 (Paris Road) is shown on Plate 2. The proposed alignment follows the project document alignment utilizing the existing Intracoastal Waterway - Gulf Section for this reach of the channel. Inasmuch as the Intracoastal Waterway with project dimensions of 12 ft. by 150 ft. is much smaller than the proposed channel, of 36 ft. by 500 ft., major enlargement of this section of the Intracoastal Waterway is necessary.

6. **Route selection.** In selecting the route for the overall project, numerous factors are being considered and carefully weighed in arriving at a proposed alignment. For the short reach covered by this design memorandum however, the route follows the existing Gulf Intracoastal Waterway and the selection is largely a matter of determination of the centerline of the proposed channel with respect to the existing waterway centerline. The Board of Commissioners of the Port of New Orleans in permit application dated 27 July 1956, requested permission to enlarge, realign and deepen the Gulf Intracoastal Waterway from its

