# Exhibit 5A



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

CELMN-PD-FC

February 1988

MISSISSIPPI RIVER-GULF OUTLET,

ST. BERNARD PARISH, LOUISIANA

RECONNAISSANCE REPORT

ON

CHANNEL BANK EROSION

Failure to reduce bank erosion will result in a significant increase in the required maintenance dredging of the waterway in the future. Annual average maintenance dredging requirements are projected to increase six-fold within the next 15 years (by the year 2002). The dredged material disposal area located on the MR-GO south bank between mile 23 and mile 27 could be exhausted by the year 2017. An estimated 970 additional acres of disposal area would be required on the MR-GO north bank. The preliminary assessment of this additional maintenance dredged material disposal area requirement is shown on Plate 4.

Structural Bank Protection

North Bank Disposal Area Options

These options would involve purchasing a suitable quantity of marsh area adjacent to the north bank of the MR-GO for disposal of material from channel maintenance. The options are structural only in the sense that construction of temporary earthen dikes would be required to contain dredged material deposited in the dedicated disposal areas. Possible plans include purchasing and dedicating marsh acreage at specific locations or along the entire inland portion of the waterway.

Local experience has shown that, ideally, dredged material disposal areas should be a minimum of 2,000 feet wide perpendicular to the channel. This minimum width has proven to be near optimal for the existing south bank disposal area. Smaller, more restrictive disposal areas increase disposal costs, impair liquid-solids separation, and make control of the quality of effluent returned to adjacent waterways more difficult.

New Disposal Areas Option 1--MR-GO Critical Reaches--Three reaches of the inland portion of the waterway have been identified as having critical erosion trends. Two of these three reaches correspond to portions of the waterway that have been dredged most frequently for maintenance purposes. The third critical reach is in a portion of the waterway where extensive dredging has been performed to obtain construction fill for the

Lake Pontchartrain and Vicinity Hurricane Protection levees. Marsh acreage would be purchased and dedicated as dredged material disposal areas at these three locations: mile 51 to mile 56, mile 38 to mile 45, and mile 23 to mile 30. Two of the dredged material disposal areas would be roughly 7 miles long by 2,000 feet wide perpendicular to the channel, and the other about 5 miles long by 2,000 feet wide. These critical reaches correspond to those proposed for structural bank protection in Structural Option 1 discussed in a subsequent section.

New Disposal Areas Option 2--MR-GO North Bank mile 60 to mile 23--For this option marsh acreage would be purchased for a dedicated dredged material disposal area approximately 37 miles long by 2,000 feet wide. The area would extend along the entire north bank of the inland portion of the waterway similar to the disposal area presently located on the south bank. The portion of the waterway that would be affected by this option is the same as that proposed for structural bank protection in Structural Option 2 discussed in a subsequent section.

Costs associated with these options would include the following:

[ ]   disposal easement acquisitions

[ ]   constructing temporary earthen retention dikes, and

[ ]   possibly, mitigation costs for oyster lease damage.

Benefits associated with these options are difficult to assess but could include the following:

[ ]   avoiding substantially increased future maintenance dredging quantities, and

[ ]   reducing, to some extent, marsh loss with attendant recreation, fish and wildlife, and cultural resources preservation benefits.

32

The major difficulty with the potential effectiveness of these options, in terms of reducing marsh loss, is the lack of an annual maintenance dredging requirement in the inland reaches of the MR-GO. On average, only one reach of the waterway is dredged for maintenance purposes every two years. No single or any combination of reaches require maintenance dredging annually. Actual intervals between maintenance dredging of the same reach are highly variable. Even the most frequently maintenance dredged reaches of the waterway have only been dredged four times between 1970 and the present, or on average, about once every four or more years.

The situation is paradoxical in that in order to have enough material from channel maintenance to create a relatively stable disposal area on the north bank of the MR-GO, the north bank would have to be allowed to erode away. The south bank disposal area owes most of its stability to the vast quantities of material deposited there from the initial excavation of the navigation channel. If the restrictive waterway were made deeper and wider, large quantities of material would be available for use in stabilizing the channel north bank.

Even though disposal areas could be purchased and dedicated on the north bank, the unprotected banks of these areas would continue to retreat at the present or an accelerated rate until material from channel maintenance was available for disposal. After the disposal operations were completed the unconsolidated disposal material would erode at some rate substantially higher than the present average (about 15 feet per year) until the next dredging cycle. Required dredging frequency would increase. At best, the scenario envisaged would consist of a continuing cycle of dredging-disposal-redredging and redisposal of essentially the same material. Even if the obvious inefficiency of this scenario were ignored, it is unlikely that dredged material deposition could outpace, or keep pace with, retreat of channel banks that have not yet been subject to erosion.

An alternative to reliance on material from channel maintenance would be to dredge as much material as deemed necessary to produce relatively stable continuous disposal areas at the critical locations or along the entire waterway. This concept was evaluated and determined to be prohibitively expensive.

Bank Protection Structure Options

Plans for structural bank erosion abatement were developed for three lengths of application along the MR-GO: the "critical reaches" of the north bank, the entire north bank from mile 60 (its intersection with the GIWW) to mile 23 (the jetties at Breton Sound), and the unleveed north bank from mile 60 to mile 23 and south bank from mile 47 to mile 23.

Structural Option 1--MR-GO North Bank Critical Reaches--Three reaches along the north bank have been designated "critical" based on the potential for eminent loss of the buffering marsh between the MR-GO and Lake Borgne. These reaches total about 19 miles and extend from mile 51 to mile 56 (5 miles), mile 38 to mile 45 (7 miles), and mile 23 to mile 30 (7 miles). Mile 38 to mile 45, and mile 23 to mile 30 are the reaches of the inland portion of the waterway that have been most frequently dredged for channel maintenance. The "critical reaches" are indicated on Plate 5.

Structural Option 2--MR-GO North Bank mile 60 to mile 23--The entire north bank (including the reaches in Option 1 above) was considered for application of structural bank protection measures. Structural bank protection would be provided for a distance of roughly 37 miles as indicated on Plate 6. The bank protection structure would parallel the current bank as much as possible. Major streams and bayous would remain open; however, many small waterways which enter the marsh areas on the north bank of the MR-GO would be closed.

Structural Option 3--All Unleveed Reaches of the MR-GO--All unleveed reaches of the MR-GO: the north bank from mile 60 to mile 23 (Option 2

34