# Exhibit 12

TC202
N46M5G8
no.1-C
1959

Pt. Chicot

C Property of the United States Government

18

# U. S. ARMY, CORPS OF ENGINEERS

## MISSISSIPPI RIVER - GULF OUTLET
## LOUISIANA

MR-2-10
Plate 5-8
MRGO "B" series

### DESIGN MEMORANDUM NO. 1-C

### CHANNELS

MILE 0 TO MILE 36.43 (BAYOU LA LOUTRE)

MILE 0 TO MILE -9.75 (38 FT. CONTOUR)

PREPARED IN THE OFFICE OF THE DISTRICT ENGINEER
U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
NEW ORLEANS, LOUISIANA

November 1959



<u>PRELIMINARY DRAFT</u>
<u>OF PROPOSED REPORT</u>
<u>SUBJECT TO REVISION</u>
<u>NOT FOR PUBLIC RELEASE</u>

October 30, 1959

District Engineer
Corps of Engineers, U.S. Army
New Orleans, Louisiana

Dear Sir:

     Pursuant to the Fish and Wildlife Coordination Act, 48 Stat. 401, as amended; 16 U.S.C. 661 et seq; the U.S. Fish and Wildlife Service has reviewed your proposed plans for "Route B" access channel construction, a feature of the Mississippi River-Gulf Outlet Project. The recommendations contained herein are based on preliminary design data for construction segments between Bayou La Loutre and Breton Sound which were provided our field representatives and are intended to minimize loss of fish and wildlife habitat and reduce anticipated adverse project effects on the oyster industry. This should not be interpreted to imply concurrence by this Service of this channel alignment.

     The Louisiana Wildlife and Fisheries Commission cooperated in the preparation of these comments. The recommendations were reviewed with members of your staff to facilitate preparation of your design memorandum for "Route B," which is scheduled to be forwarded to higher authority on or about November 14, 1959, and preparation of subsequent construction contracts.

     "Route B" traverses approximately 17 miles of brackish marsh and estuarine habitat from Bayou La Loutre southeasterly to the six foot depth in Breton Sound, and continues some 28 miles across Breton Sound to the 38 foot contour in the Gulf of Mexico.

     Two construction segments of about equal length are planned in the marsh area with the division near Bayou Pointe-en-Pointe. Three construction phases will be employed similar to those for segments between Paris Road/Intracoastal Waterway and Bayou La Loutre. Approximately four miles of permanent retention dikes are planned on each side of the channel in Breton Sound from the marsh proper to the six foot depth. Neither permanent dikes across Breton Sound nor Gulf entrance jetties will be constructed unless their future need becomes evident.

     The estuarine areas in the two segments from Bayou La Loutre to Breton Sound are of vital importance to the Louisiana oyster industry. Studies to date indicate that serious adverse project effects resulting from canalization and spoiling will destroy habitat in the project area rights-of-way and spoil area. There is no practical way to reduce damage in these construction areas. In addition, the areas adjacent to the construction area and those farther removed but connected by water will be subject to varying degrees of deterioration. Inclusion in the project design of proper spoil placement and retention measures and provisions for maintaining natural water exchange would minimize these adverse effects.