# Exhibit 13

# MISSISSIPPI RIVER-GULF OUTLET AND THE MOBILE TO NEW ORLEANS INTRACOASTAL WATERWAY

No. 82-6

## HEARINGS

BEFORE THE

### SUBCOMMITTEE ON RIVERS AND HARBORS

OF THE

## COMMITTEE ON PUBLIC WORKS
## HOUSE OF REPRESENTATIVES

EIGHTY-SECOND CONGRESS

FIRST SESSION

ON

# H. R. 5218

A BILL FOR THE IMPROVEMENT OF THE MISSISSIPPI RIVER-GULF OUTLET AND THE MOBILE TO NEW ORLEANS INTRACOASTAL WATERWAY

SEPTEMBER 18, 1951

Printed for the use of the Committee on Public Works

PROPERTY OF
THE UNITED STATES GOVERNMENT
"US-CE-C"

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1951

NEW ORLEANS DISTRICT LIBRARY

Gulf, approved by the Corps of Engineers, "would unlock the greatest port of this Nation and the greatest potential region for national defense."

He urged the people of the Mississippi Valley to "make their voices heard" in Washington for the immediate construction of the channel.

New Orleans is "the bridge, the fountainhead, the gateway" in the Western Hemisphere, Elliott told convention delegates.

He termed New Orleans the "transshipper for the world's richest valley" and credited the industry and agriculture of the Mississippi Valley, and "not our own industry in New Orleans or Louisiana," for making the Crescent City "great in export." He went on to give industry and consumers in the valley the credit for New Orleans being "great in export."

### LATIN-AMERICAN TIES

Elliott urged increased trade and stronger economic ties with Latin America. He said the nations to the south have "plenty of dollars with prospects of more to come."

Part of the reason for more money in Latin America, according to Elliott, is the increased price of coffee and the increased stockpile buying for defense purposes by the United States in Latin America.

[From the Times-Picayune, June 27, 1950]

OFFICIALS SILENT ON GULF CHANNEL—WON'T SAY WHETHER OR NOT THEY FAVOR PROJECT

Two top-ranking United States Bureau of the Budget officials refused to comment here Monday on whether they are in favor of the proposed tidewater channel to the Gulf of Mexico.

Following an all-day, on-the-spot study of the channel route, made by boat and by plane, the officials said they were in no position to comment at this time regarding what their recommendations may be on the channel. They must report their findings first to President Truman, they added.

The visiting budget officials, Donald B. MacPhail, Assistant Director of the Bureau of the Budget, and Floyd C. Peterson, the Bureau's chief engineer, arrived here Monday morning following an inspection trip down the Mississippi River.

Accompanied by Brig. Gen. Peter A. Feringa, president of the Mississippi River Commission; Congressmen Hale Boggs and F. Edward Hébert, as well as numerous civic and engineering leaders, they boarded the dock board yacht Good Neighbor for a tour of harbor facilities, then board an Eastern Air Lines, Inc., plane for a trip to the mouth of the river.

On the flight down, the plane followed the winding river route, while on the return flight the more direct route of the proposed tidewater channel was followed.

During the trip, the local group told the budget officials that the proposed channel to the Gulf of Mexico would be beneficial to New Orleans and to the Nation as well.

The budget officials were shown how the proposed channel would shorten the route to the Gulf to approximately 64 miles. They were told that such a channel would increase immeasurably shipping facilities and help build up the port.

Value of the channel to the armed forces in time of war, in the event an enemy managed to block the river passes, also was cited.

Congressman Boggs said MacPhail and Peterson came down at an invitation extended to them by him and by Lester F. Alexander, president of the New Orleans Tidewater Channel Association.

"In Washington," said Boggs, "the Director of the Bureau of the Budget agreed that we need the tidewater harbor but questioned our need of a tidewater channel. I told him it was impossible to have a tidewater harbor without the channel because you would have to have a lock system and such a system is very costly to operate. Also, it still would not solve the problem of the filling in of south and southwest passes at the mouth of the Mississippi River."

Alexander told the Bureau of the Budget officials that every known method has been utilized during the past 100 years in effort to obtain a safe, deep, dependable ship channel from New Orleans to the sea; that millions of dollars have been expended.