# Exhibit 14

the construction of any project heretofore authorized or undertaken, which projects have been specifically approved by the Secretary of the Navy, with approximate costs as indicated: Ship repair and laying-up facilities, $230,222,000; fleet training facilities, amphibious and operational, $12,000,000; aviation facilities, $59,416,500; storage facilities, $19,950,000; Marine Corps housing and training, $14,190,000; ordnance facilities, $65,500,000; personnel training and housing facilities, $40,022,000; hospital facilities, $28,519,000; shore radio facilities, $3,230,000; Naval Research Laboratory, $225,000; miscellaneous structures and facilities, $41,265,000; advance base construction, material and equipment, $986,000,000: *Provided*, That the approximate cost indicated for each of the classes of projects enumerated above may, in the discretion of the Secretary of the Navy, be varied upward or downward, but the total cost shall not exceed $1,500,539,500.

*Cost variance and limitation.*

*Report to Congress.*

SEC. 2. The Secretary of the Navy from time to time, but not less frequently than every sixty days, shall transmit to the Congress a full report of all acquisitions of land, by lease or otherwise, effected under the authority of this Act.

*Appropriation authorized.*
*Post, p. 211.*

SEC. 3. There is hereby authorized to be appropriated, out of any money in the Treasury not otherwise appropriated, such sums as may be necessary to effectuate the purpose of this Act.

Approved March 1, 1945.

---

[CHAPTER 19]

March 2, 1945
[S. 35]
[Public Law 14]

AN ACT
Authorizing the construction, repair, and preservation of certain public works on rivers and harbors, and for other purposes.

*Rivers and harbors, improvements.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That in connection with the exercise of jurisdiction over the rivers of the Nation through the construction of works of improvement, for navigation or flood control, as herein authorized, it is hereby declared to be the policy of the Congress to recognize the interests and rights of the States in determining the development of the watersheds within their borders and likewise their interests and rights in water utilization and control, as herein authorized to preserve and protect to the fullest possible extent established and potential uses, for all purposes, of the waters of the Nation's rivers; to facilitate the consideration of projects on a basis of comprehensive and coordinated development; and to limit the authorization and construction of navigation works to those in which a substantial benefit to navigation will be realized therefrom and which can be operated consistently with appropriate and economic use of the waters of such rivers by other users.

*Policy of Congress.*

In conformity with this policy—

*Navigation or flood control.*
*Plans, reports, etc.*

(a) Plans, proposals, or reports of the Chief of Engineers, War Department, for any works of improvement for navigation or flood control not heretofore or herein authorized, shall be submitted to the Congress only upon compliance with the provisions of this paragraph (a). Investigations which form the basis of any such plans, proposals, or reports shall be conducted in such a manner as to give to the affected State or States, during the course of the investigations, information developed by the investigations and also opportunity for consultation regarding plans and proposals, and, to the extent deemed practicable by the Chief of Engineers, opportunity to cooperate in the investigations. If such investigations in whole or part are concerned with the use or control of waters arising west of the ninety-seventh meridian, the Chief of Engineers shall give to the Secretary of the Interior, during the course of the investigations,

*Investigations.*

*Waters arising west of 97th meridian.*

| | |
|---|---|
| Alabama and Florida. | Chipola River, Alabama and Florida, with a view to its improvement in the interest of navigation, flood control, power, and other related purposes. |
| | Waterway from the Intracoastal Waterway south across Santa Rosa Island, Florida, to a point at or near Deer Point Light. |
| | La Grange Bayou, Florida. |
| | Saint Josephs Bay, Florida. |
| | Aucilla River, Florida. |
| | East Pass from the Gulf of Mexico into Choctawhatchee Bay, Florida. |
| | Bayou Texar, Florida. |
| | Pensacola Harbor, Florida. |
| Alabama and Florida. | Entrance to Perdido Bay, Alabama and Florida, from the Gulf of Mexico to deep water in Perdido Bay, via the most practicable route. |
| Georgia and Florida. | Columbus, Georgia, to Pensacola, Florida: Waterway via Chattahoochee, Conecuh, and Escambia Rivers. |
| Florida and Alabama. | Waterway from the Escambia River to the Alabama River, Florida and Alabama. |
| Alabama and Mississippi. | Tombigbee River, Alabama and Mississippi, and canal connecting the Tombigbee and Tennessee Rivers. |
| | Tennessee, Tombigbee, and Mobile Rivers, with a view to securing a through waterway of twelve feet depth and suitable width between the Ohio River and the Gulf of Mexico. |
| | Fly Creek, Fairhope, Alabama. |
| | Channel forty feet deep, to serve as a deepwater outlet to the Gulf of Mexico from the harbors of Mobile, Alabama, and Pascagoula, Biloxi, and Gulfport, Mississippi. |
| | Pearl River, in the interest of flood control in Pearl River, Marion, Hinds, and Lawrence Counties, Mississippi. |
| Louisiana. | Grand Bayou Pass, Louisiana, from the Gulf of Mexico to Buras and Empire. |
| | Bayou Schofield, Louisiana, from the Gulf of Mexico to Buras and Empire. |
| | Ship canal to extend from the Mississippi River at a point at or near the city of New Orleans, Louisiana, to the Gulf of Mexico, by way of the best available route or routes. |
| | Barge channel in vicinity of Baton Rouge, Louisiana, extending from the Mississippi River through Devils Swamp or along its eastern edge. |
| | Grand Bayou, connecting Bayou Boeuf and Bayou Chevreuil, Louisiana. |
| | Barataria Bay and connecting channels, Louisiana, to provide a continuous waterway from the Gulf of Mexico to the Intracoastal Waterway. |
| | Bayou Boeuf, La Fourche Parish, Louisiana. |
| | Lake Pontchartrain, Louisiana, with a view to the construction of a seaplane base in the vicinity of New Orleans and with a view to the protection of the shoreline and repairs to the existing protective works on Lake Pontchartrain at Mandeville, Louisiana. |
| | For flood control, irrigation, navigation, and drainage, and for the prevention of stream pollution and salt-water intrusion, on all streams and bayous in southwest Louisiana, west of the West Atchafalaya Basin protection levee, and south of the latitude of Boyce; on all streams and bayous in Louisiana lying between the East Atchafalaya Basin protection levee and the Mississippi River; and on Amite and Tangipahoa Rivers and tributaries, Louisiana. |
| | Mermentau River, Louisiana, from Grand Chenier to the Gulf. |
| | Bell City Drainage Canal, Louisiana. |
| | Bayou La Fourche, Louisiana, from the Gulf of Mexico to Leeville or to Golden Meadow. |