UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: 06-2346 FITZMORRIS | SECTION "K"(2) |

### ORDER

Before the Court is the United States' Motion to Dismiss (Doc. 718) which seeks the dismissal of plaintiffs' action for lack of subject matter jurisdiction. The United States maintains that plaintiffs have failed to exhaust their administrative remedies before filing suit under the Federal Tort Claims Act, 28 U.S.C. § 2671. Failure to meet this jurisdictional prerequisite to suit renders plaintiffs' tort suit premature and subject to dismissal without prejudice. No opposition was filed to this motion, and indeed, a Rule 41(a)(1) Notice of Voluntary Dismissal of the United States under Rule 41(a)(1) was filed and granted. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 718) is **MOOT** as this matter was dismissed without prejudice as to the United States on August 14, 2006.

New Orleans, Louisiana, this  19th  day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE