

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 13  PM 3: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | :  CIVIL ACTION |
| | :  NO. 05-4182 |
| | :  SECTION "K" (2) |
| LEVEE CASES PERTAINS TO: 06-5367 | : |
| CAROLE A. BREITHOFF (WELLER), WIFE OF/AND FRANCIS G. WELLER | :  JUDGE DUVAL |
| VERSUS MODJESKI AND MASTERS, INC., ET AL. | :  MAGISTRATE WILKINSON |

---

### CONSENT MOTION FOR EXTENSION OF TIME

---

**NOW INTO COURT**, through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and reserving all rights and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time under ULR 7.9E, and respectfully represents that:

___ Fee_____
___ Process_____
_X_/Dktd _____
_✓_ CtRmDep_____
___ Doc. No_____

1.     Modjeski was made a party to this proceeding by virtue of Plaintiffs' Complaint filed on August 29, 2006.

2.     Modjeski was served with the Complaint on September 7, 2006, making Modjeski's responsive pleadings due September 27, 2006.

3.     Modjeski needs and requests additional time within which to investigate Plaintiffs' claims and prepare responsive pleadings.

4.     ULR 7.9E provides that an extension of time for a period of 20 days may be granted on an ex parte motion.

5.     Accordingly, Modjeski moves for an extension of twenty (20) days, or until October 16, 2006, within which to answer or otherwise respond to the Complaint.

6.     Modjeski certifies that it has not sought or been granted a previous extension of time to file responsive pleadings.

7.     Modjeski certifies that Plaintiffs have not filed in the record an objection to an extension of time.  Further, undersigned counsel for Modjeski represents that he has contacted the counsel for Plaintiffs, and that Plaintiffs have no objection to the requested extension of twenty (20) days.

**WHEREFORE**, defendant, Modjeski and Masters, Inc., prays that an order be entered granting it an additional twenty (20) days, or until October 16, 2006, within which to respond to Plaintiff's Complaint.

-2-

Respectfully Submitted,

_____
VICTOR E. STILWELL, JR., T.A. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
        of
DEUTSCH, KERRIGAN & STILES,
L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
vstilwell@dkslaw.com
**ATTORNEYS FOR MODJESKI AND
MASTERS, INC., DEFENDANT AND
MOVER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion

has been served on all counsel of record by hand delivery, facsimile, or by placing in the

United States Mail, postage prepaid, and properly addressed this _11th_ day of

September, 2006.

_____
Victor E. Stilwell, Jr.

#277241v1<DKS> -Consent Motion for Extension of Time 9-11-06

-3-