

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : CIVIL ACTION<br>:<br>: NO. 05-4182<br>:<br>: SECTION "K" (2)<br>:<br>: JUDGE DUVAL<br>:<br>: MAGISTRATE WILKINSON |
| LEVEE CASES<br>PERTAINS TO: 06-5367<br>CAROLE A. BREITHOFF (WELLER),<br>WIFE OF/AND FRANCIS G. WELLER<br>VERSUS<br>MODJESKI AND MASTERS, INC., ET AL. | |

**ORDER**

Considering the foregoing *Ex Parte* Motion by Modjeski and Masters, Inc. For Extension of Time Within Which to Plead (the "Motion"); **IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that Modjeski and Masters, Inc. is granted an extension of time through and including October 16, 2006 within which to file a response to the Complaint filed by Plaintiffs.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc No_____
```

New Orleans, Louisiana, this ___ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

#278885v1<DKS> -Order-Ex Parte Motion 9-13-06