

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 13 PM 3: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : CIVIL ACTION |
| | : |
| | : NO. 05-4182 |
| | : |
| LEVEE CASES | : SECTION "K" (2) |
| PERTAINS TO: 06-4931 | : |
| EMMA BROCK | : JUDGE DUVAL |
| VERSUS | : |
| BOH BROS., ET AL. | : MAGISTRATE WILKINSON |

### CONSENT MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, Modjeski and Masters, Inc. ("Modjeski"), and reserving all rights and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time under ULR 7.9E, and respectfully represents that:

```
___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____
```

1. Modjeski was made a party to this proceeding by virtue of Plaintiffs' Complaint filed on August 23, 2006.

2. Modjeski was served with the Complaint on September 6, 2006, making Modjeski's responsive pleadings due September 26, 2006.

3. Modjeski needs and requests additional time within which to investigate Plaintiffs' claims and prepare responsive pleadings.

4. ULR 7.9E provides that an extension of time for a period of 20 days may be granted on an ex parte motion.

5. Accordingly, Modjeski moves for an extension of twenty (20) days, or until October 15, 2006, within which to answer or otherwise respond to plaintiff's Complaint.

6. Modjeski certifies that it has not sought or been granted a previous extension of time to file responsive pleadings.

7. Modjeski certifies that Plaintiffs have not filed in the record an objection to an extension of time. Further, undersigned counsel for Modjeski represents that he has contacted the counsel for Plaintiffs, and that Plaintiffs have no objection to the requested extension of twenty (20) days.

**WHEREFORE,** defendant, Modjeski and Masters, Inc., prays that an order be entered granting it an additional twenty (20) days, or until October 15, 2006, within which to respond to Plaintiff's Complaint.

Respectfully Submitted,

*[signature]*

VICTOR E. STILWELL, JR., T.A. (#12484)
FRANCIS J. BARRY, JR. (#02830)
KEITH J. BERGERON (#25574)
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
vstilwell@dkslaw.com
**ATTORNEYS FOR MODJESKI AND MASTERS, INC., DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent Motion has been served on all counsel of record by hand delivery, facsimile, or by placing in the United States Mail, postage prepaid, and properly addressed this 12th day of September, 2006.

*[signature]*
Victor E. Stilwell, Jr.

#277277v1<DKS> -Consent Motion for Extension of Time (2) 9-11-06