

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | :  CIVIL ACTION |
| | :  NO. 05-4182 |
| LEVEE CASES | :  SECTION "K" (2) |
| PERTAINS TO: 06-4931 | |
| EMMA BROCK | :  JUDGE DUVAL |
| VERSUS | |
| BOH BROS., ET AL. | :  MAGISTRATE WILKINSON |

**ORDER**

Considering the foregoing *Ex Parte* Motion by Modjeski and Masters, Inc. For Extension of Time Within Which to Plead (the "Motion"); **IT IS ORDERED** that the Motion be and hereby is **GRANTED** and that Modjeski and Masters, Inc. is granted an extension of time through and including October 15, 2006 within which to file a response to the Complaint filed by Plaintiffs.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Katrina 05-4182
Brock
06-4931
p. 2

New Orleans, Louisiana, this 14TH day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

#278887v1<DKS> -Order(2) - Ex Parte Motion 9-13-06