

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMMA BROCK, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 06-4931 |
| BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL. | * | SECTION "K-2" |

\* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, come defendants, the **City of New Orleans**, who move the Court for an extension of time of twenty (20) days within which to file responsive pleadings for reason that counsel has only recently been retained and additional time is required to conduct an investigation and prepare responsive pleadings, and upon further suggesting that no other extensions have been granted and no opposition has been filed in the record.

Respectfully submitted,

JAMES B. MULLALY/LSB# 28296
ASSISTANT CITY ATTORNEY
1300 Perdido Street
Room 5-E03

___ Fee ___
___ Process ___
X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

1

New Orleans, LA 70112
Telephone: (504) 658-9800
Facsimile: (504) 658-9800

## CERTIFICATE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 18th day of September 2006.

_____
JAMES B. MULLALY