FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19 PM 3:26

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMMA BROCK, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 06-4931 |
| BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL. | * | SECTION "K-2" |

\* \* \* \* \* \* \* \* \*

### ORDER

IT IS ORDERED BY THE COURT, that the defendant herein be allowed ~~an~~ up to and including Oct. 9, 2006 ~~additional twenty (20) days~~ to file responsive pleadings in this matter.

NEW ORLEANS, LOUISIANA, this _19_ day of September 2006.

_____
U. S. DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

3