UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   05-4181 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' STATEMENTS OF MATERIAL FACT
AS TO WHICH THERE IS GENUINE ISSUE IN
OPPOSITIONS TO THE MOTIONS TO DISMISS
FILED BY THE CSX DEFENDANTS

1.

Genuine issues of material fact exist as to what statutes govern the penetration of the New Orleans Flood Protection System on the West side of the Industrial Canal immediately to the South of the I-10 Highway bridge, namely Railroad or Interstate Commerce Statutes, navigation statutes, flood control statutes, rivers and harbor works statutes, or other statutes.

2.

Genuine issues of material fact exist as to what engineering design and construction criteria were used for the penetration of the New Orleans penetration system

on the West side of the Industrial Canal immediately to the South of the I-10 Highway

bridge by the CSX railroad tracks.

3.

Genuine issues of material fact exist as to who had care, custody and control of

the penetration of the West side of the Industrial Canal immediately to the South of the I-

10 Highway bridge by the CSX railroad tracks.

4.

Genuine issues of material fact exist as to whether the penetration of the Orleans

Flood Protection System on the West side of the Industrial Canal immediately to the

South of the I-10 Highway bridge, failing to replace the steel floodgate prior to Hurricane

KATRINA, utilizing sandbags for temporary closure, which proved to be totally

inadequate, and failing to do anything about the pervious ballast in the track bed, which

served as a conduit for water to erode the Port of New Orleans roadbed immediately

adjacent to the location, was negligent.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By:_____
       **Ashton R. O'Dwyer, Jr.
In Proper Person
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Tel. 504-561-6561
Fax. 504-561-6560**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail, this 9th day of September 2006.