

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 13 P 5: 03
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE AND MRGO | * | |
| CASES AND TO | * | JUDGE DUVAL |
| NOS.  05-4181 | * | |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED EX PARTE MOTION
### TO CONTINUE HEARINGS ON MOTION

**COME NOW** Plaintiffs in Civil Action No. 05-4181, appearing through undersigned counsel, and upon suggesting to the Court that the following motions are set for hearing on the 20th day of September, 2006:

1)     Motion by CSX Transportation, Inc. for Dismissal Under Rule 12(b)(6) (Failure to State a Claim);

2)     Motion by CSX Corporation for Dismissal Under 12(b)(5) (Insufficiency of Service of Process) and Fed. R. Civ. P. 12(b)(2) (Lack of Jurisdiction Over the Person);  and

3)     Motion to Sever Claims against CSX Corporation and CSX Transportation, Inc.

Fee_____
Process_____
X Dktd _____
CtRmDep_____
Doc. No_____

-1-

And upon further suggesting to the Court that plaintiffs in Civil Action No. 05-4181 desire a continuance of the hearings of the said motions in order to have additional time within which to attempt to cure any insufficiency of service, and to oppose the other motions and, accordingly, move This Honorable Court to Continue the Hearings until Wednesday, October 4, 2006.  Undersigned counsel hereby certifies that counsel for CSX Corporation and CSX Transportation, Inc. have no objection to the granting of this Motion to Continue Hearings.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs**

By: _____
**Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA  70130
Tel. (504) 561-6561
Fax. (504) 561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 13th day of September, 2006.