FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19  PM 4:18

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NOS. 05-4181 | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * *

### ORDER RESETTING HEARING DATE

Considering the Unopposed Ex Parte Motion to Continue Hearings on Motions, which the Court has duly noted,

**IT IS ORDERED** that the hearings on the pending motions filed by CSX Corporation and CSX Transportation, Inc. now set for September 20, 2006, be and they are hereby continued to and re-set for hearing on Wednesday, October 4, 2006, at nine-thirty a.m.

New Orleans, Louisiana, this 19th day of September, 2006.

_____
JUDGE

____ Fee_____
____ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
____ Doc. No_____

-1-