MINUTE ENTRY
WILKINSON, M.J.
SEPTEMBER 20, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

    Today, I participated in a status conference conducted by Judge Duval with Magistrate Judge Daniel E. Knowles III.

                                JOSEPH C. WILKINSON, JR.
                            UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **1 : 10**