UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | CIVIL ACTION NO. 06-0516 |
| VERSUS | SECTION "R" MAG "2" |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | |

*******************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned will bring for hearing the attached Motion for Partial Summary Judgment to be heard with oral argument before the Honorable United States District Judge Sara S. Vance, on Wednesday, September 20, 2006, at 10:00 a.m., at the United States District Court, 500 Poydras Street, New Orleans, Louisiana.

1

Respectfully Submitted:

_____
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA  70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Motion for Partial Summary Judgment has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA  70130
Attorneys for Travelers Property Casualty Company of America

by placing same in the United States Mail, postage prepaid, this 24 day of Sept, 2006.

_____
JAMES M. GARNER

2