# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Xavier* 06-516 | SECTION "K"(5) |

## ORDER

**IT IS ORDERED** that the Motion for Partial Summary Judgment (Doc. 1217) that was previously set for oral argument on **September 20, 2006 at 10:00 a.m. is RESET** to be heard in conjunction with the other Insurance motions contained in *Chehardy* and *Humphreys* on **October 27, 2006 at 1:00 p.m.**

New Orleans, Louisiana, this  21st  day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE