UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

DEFENDANT UNITED STATES' MOTION FOR LEAVE TO AMEND EXHIBIT 12 TO ITS
REPLY IN SUPPORT OF MOTION TO DISMISS (DOC. 1183-7)

The United States moves for an order allowing it to amend Exhibit 12 to its reply in support of its motion to dismiss (Doc. 1183-7) by attaching an additional page to the exhibit. In support of this motion, the Court is respectfully referred to the attached Memorandum in Support. A proposed Order granting the motion and the amended exhibit are also attached.

//

//

//

//

1

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

 /s/ Traci L. Colquette
TRACI L. COLQUETTE
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 305-7536
(202) 616-5200 (fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on September 21, 2006, I served a true copy of Defendant United States' Motion for Leave to Amend Exhibit 12 to Its Reply in Support of Motion to Dismiss, Memorandum in Support, Proposed Order, and Amended Exhibit 12 upon all counsel of record by ECF, electronic mail, or first class mail.

/s/ Traci L. Colquette
Traci L. Colquette