UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT OF
MOTION FOR LEAVE TO AMEND EXHIBIT 12 TO ITS REPLY IN
SUPPORT OF MOTION TO DISMISS (DOC. 1183-7)

The United States has moved for an order allowing it to amend Exhibit 12 to its Reply in Support of Motion to Dismiss (Doc. 1183-7) by attaching an additional page to the exhibit. The page was inadvertently left out of the exhibit when it was scanned and electronically filed with the Clerk's office on September 18, 2006. Both the Court and Plaintiffs' counsel already have received courtesy copies of the exhibits to the United States' reply. These courtesy copies contain the missing page. In order for the official case record to be complete, however, the United States respectfully requests permission to add the missing page to Exhibit 12. Because no parties have been prejudiced, the motion to amend should be granted.

//

1

          Respectfully submitted,

          PETER D. KEISLER
          Assistant Attorney General

          JEFFREY S. BUCHOLTZ
          Principal Deputy Assistant Attorney General

          C. FREDERICK BECKNER III
          Deputy Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          /s/ Traci L. Colquette
          TRACI L. COLQUETTE
          Trial Attorney
          Torts Branch, Civil Division
          U.S. Department of Justice
          P.O. Box 888
          Benjamin Franklin Station
          Washington, D.C.  20044
          (202) 305-7536
          (202) 616-5200 (fax)
          Attorneys for the United States

**CERTIFICATE OF SERVICE**

I, Traci L. Colquette, hereby certify that on September 21, 2006, I served a true copy of Defendant United States' Motion for Leave to Amend Exhibit 12 to Reply in Support of Motion to Dismiss, Memorandum in Support, Proposed Order, and Amended Exhibit 12 upon all counsel of record by ECF, electronic mail, or first class mail.

/s/ Traci L. Colquette
Traci L. Colquette