UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES § CIVIL ACTION
        CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2)
       § JUDGE DUVAL
_____§ MAG. WILKINSON
       §
PERTAINS TO: MR-GO, *Robinson* (06-2268) §
_____§

ORDER

Considering the foregoing Motion for Leave to Amend filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion for Leave to Amend is hereby **GRANTED** and the United States shall be permitted to amend Exhibit 12 to its Reply in Support of Motion to Dismiss by adding an additional page.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana