

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| • | | NO. 05-4182 "K"(2) |
| * | | |
| PERTAINS TO LEVEE: * | | JUDGE DUVAL |
| * | | |
| O'DWYER, NO. 05-4181 | | |
| * | | MAG. WILKINSON |

**MOTION FOR LEAVE TO FILE MOTION TO CONTINUE HEARING
SET FOR SEPTEMBER 20, 2006 AT 9:30 A.M.**

**NOW INTO COURT** come Keith C. Ferdinand, M.D., APMC, Carol and Byron James, Sr., Beatrice Turner, Alyn J. and Mack Quinn, and all other persons identified in the first allegation of the Complaint filed herein in Case No. 06-5132, residing in, or doing business in the By-water and Mid City sections of the City of New Orleans, State of Louisiana and Susan and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C. Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and others persons identified in the first allegation of the Complaint filed herein in Case No. 06-5137, residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, through undersigned counsel, to move for

___ Fee_____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

leave to file the attached Motion to Continue Hearing on the Motion of CSX Transportation, Inc. to Dismiss the action against it (Docket No. 1045-1).

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.

Respectfully submitted,

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W353257

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/ William C. Gambel

W353257