UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| • | NO. 05-4182 "K"(2) |
| * | |
| * | |
| PERTAINS TO LEVEE: * | JUDGE DUVAL |
| * | |
| O'DWYER, NO. 05-4181 * | |
| * | MAG. WILKINSON |

MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
MOTION AND ORDER TO RESET HEARING DATE
OF DEFENDANT CSX TRANSPORTIAON, INC.'S MOTION TO DISMISS

NOW INTO COURT comes Keith C. Ferdinand, M.D., APMC, Carol and

Byron James, Sr., Beatrice Turner, Alyn J. and Mack Quinn, and all other persons

identified in the first allegation of the Complaint filed herein in Case No. 06-5132,

residing in, or doing business in the By-water and Mid City sections of the City of New

Orleans, State of Louisiana, (hereinafter "By-water and Mid City Plaintiffs") and , Susan

and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C.

Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and others persons identified in

the first allegation hereof, residing in, or doing business in the Kenilworth Subdivisions,

Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder

Boulevard and its environs to the Lakefront Airport, as herein defined, (hereinafter

"Kenilworth, Lake and Lakefront Plaintiffs") through undersigned counsel, to file this Memorandum in Support of their Motion for Leave to Continue Hearing.

By-water and Mid-City Plaintiffs and Kenilworth, Lake and Lakefront Plaintiffs are presently before this Court on their own Complaints for Declaratory Judgment and Damages and Request for Jury Trial filed on August 28, 2006, and assigned Case Nos. 06-5132 and 06-5137, respectively, also allotted to Division K.  Upon filing the Complaints, Movers filed a Rule 3 Certificate identifying the newly filed cases as related to the lead case, No. 05-4181.  By-water and Mid City Plaintiff and Kenilworth, Lake and Lakefront Plaintiffs have only now learned that on August 29th, 2006, CSX Transportation, Inc. filed the Motions to Dismiss and Sever, representing to the Court that it had not otherwise been sued and that no other railroad had been sued in this action or related actions.. By-water and Mid City Plaintiffs and Kenilworth, Lake and Lakefront Plaintiffs thus seek leave to advise the Court of the pendency of their action, the Court and to seek to continue the hearing to give Movers the opportunity to oppose the relief sought.

The Motion of Defendant CSX Transportation, Inc. to Dismiss was filed on August 27th.  It is set for hearing on September 20, 2006, at 9:30 a. m.  Movers, By-water and Mid City Plaintiffs and Kenilworth, Lake and Lakefront Plaintiffs, filed suit against CSX Transportation, Inc. and others on August 28, 2006, for damages plaintiffs suffered when rail cars operated by CSX damaged Floodgate I-W on September 30, 2004. Plaintiffs learned that the Motion to Dismiss set for September 20, 2006, was set on August 29, 2006.

By-water and Mid-City Plaintiffs have asserted class against CSX Transportation, Inc. and Kenilworth, Lake and Lakefront Plaintiffs have asserted class against Northfolk and Southern Rail Road.

Movers respectively seek leave to move to continue and reset CSX's Motion to Dismiss to give Movers an opportunity to address the issues raised in the Motion of CSX Transporation, Inc..

Dated:  September 19, 2006

OF COUNSEL:

MILLING BENSON WOODWARD LLP

Respectfully submitted,

_____
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (LA. Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W353272