

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION* <br> * <br> * <br> PERTAINS TO LEVEE: * <br> * <br> O'DWYER, NO. -05-4181 <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to file Motion and Memorandum,

IT IS ORDERED THAT Motion to File Motion and Memorandum is hereby GRANTED.

New Orleans, Louisiana, this 20th day of September 2006.

_____
UNITED STATES DISTRICT JUDGE

W352364

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____