FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 19  PM 2: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION* | * <br> • <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: <br><br> O'DWYER, NO. -05-4181 | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAG. WILKINSON |

### MOTION TO CONTINUE HEARING
### SET FOR SEPTEMBER 20, 2006 AT 9:30 A.M.

**NOW INTO COURT** come Keith C. Ferdinand, M.D., APMC, Carol and Byron James, Sr., Beatrice Turner, Alyn J. and Mack Quinn, and all other persons identified in the first allegation of the Complaint filed herein in Case No. 06-5132, residing in, or doing business in the By-water and Mid City sections of the City of New Orleans, State of Louisiana and Susan and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C. Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and others persons identified in the first allegation hereof, residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Lakefront Airport, through undersigned counsel, to move to continue hearing on the Motion of CSX Transportation, Inc. to Dismiss the action against it (Docket No. 1045-1).

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.

Respectfully submitted,

_____
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W353257