# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES * CIVIL ACTION
   CONSOLIDATED LITIGATION *
           ● NO. 05-4182 "K"(2)
           *
——————————————— *
           *
PERTAINS TO LEVEE:    * JUDGE DUVAL
           *
O'DWYER, NO. 05-4181   *
           * MAG. WILKINSON

## MEMORANDUM IN SUPPORT OF
## MOTION AND ORDER TO RESET HEARING DATE
## OF DEFENDANT CSX TRANSPORTIAON, INC.'S MOTION TO DISMISS

**NOW INTO COURT** comes Keith C. Ferdinand, M.D., APMC, Carol and

Byron James, Sr., Beatrice Turner, Alyn J. and Mack Quinn, and all other persons

identified in the first allegation of the Complaint filed herein in Case No. 06-5132,

residing in, or doing business in the By-water and Mid City sections of the City of New

Orleans, State of Louisiana, (hereinafter "By-water and Mid City Plaintiffs") and , Susan

and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C.

Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and others persons identified in

the first allegation hereof, residing in, or doing business in the Kenilworth Subdivisions,

Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder

Boulevard and its environs to the Lakefront Airport, as herein defined, (hereinafter

"Kenilworth, Lake and Lakefront Plaintiffs") through undersigned counsel, to file this Memorandum in Support of their Motion to Continue Hearing.

The Motion of Defendant CSX Transportation, Inc. to Dismiss was filed on August 27th. It is set for hearing on September 20, 2006, at 9:30 a. m.   Movers, By-water and Mid City Plaintiffs and Kenilworth, Lake and Lakefront Plaintiffs, filed suit against CSX Transportation, Inc. and others on August 28, 2006, for damages plaintiffs suffered when rail cars operated by CSX damaged Floodgate I-W on September 30, 2004. Plaintiffs learned that the Motion to Dismiss set for September 20, 2006, was set on August 29, 2006.

By-water and Mid-City Plaintiffs have asserted class against CSX Transportation, Inc. and Kenilworth, Lake and Lakefront Plaintiffs have asserted class against Northfolk and Southern Rail Road.

Dated:  September 19, 2006

OF COUNSEL:

MILLING BENSON WOODWARD LLP

Respectfully submitted,

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (LA. Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W352364

CERTIFICATE OF SERVICE

I hereby certify that on this _19th_ day of September, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_William C. Rambel_

W353264