FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 21  PM 12:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * | CIVIL ACTION <br> NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: * <br> O'DWYER, NO. -05-4181 | JUDGE DUVAL <br> MAG. WILKINSON |

### ORDER

Considering the foregoing Motion for Leave to file Motion and Memorandum,

IT IS ORDERED THAT Motion for Leave to File Motion and Memorandum is hereby GRANTED. **DENIED**

New Orleans, Louisiana, this 20th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

\* The Motion is presently set for October 4, 2006. These plaintiffs may file Amicus Curiae no later than September 26, 2006.

W353257

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____