FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 20  AM 10: 50

LORETTA G. WHYTE
CLERK

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.** | * | CIVIL ACTION NO.: ~~06-5162~~ 06-5164 |
| | * | |
| **VERSUS** | * | JUDGE: |
| | * | STANWOOD R. DUVAL, JR. |
| **AEGIS SECURITY INSURANCE** | * | |
| **COMPANY, ET AL.** | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | MAG (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, with full reservation of all rights, including the right to object to the jurisdiction and/or venue of this Honorable Court, with respect, comes **Defendants, LAFAYETTE INSURANCE COMPANY (LAFAYETTE), UNITED FIRE & INDEMNITY COMPANY (UNITED FIRE) AND UNITED FIRE & CASUALTY COMPANY (UNITED)** appearing herein through its undersigned attorney, and moves this Honorable Court for the appropriate order, to wit:

I.

Mover hereby certifies that no previous extensions of time to plead have been obtained by mover regarding plaintiff's Complaint and plaintiff has not filed in the record an objection to an extension of time.

motion for extension of time.wpd

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

II.

Pursuant to Local Rules of Court 7.9 E, mover requests that the Court grant an extension of twenty 20 ~~thirty (30)~~ days from the time pleadings would otherwise be due by mover during which time mover may object and/or otherwise plead to the Complaint filed by plaintiff.

Respectfully Submitted,

**HOWARD B. KAPLAN (#14414)**
**STEPHEN N. ELLIOTT (#5326)**
**WILLIAM L. BROCKMAN (#3485)**
**AIMEE E. DUREL (#28901)**
**BERNARD, CASSISA, ELLIOTT & DAVIS**

_____
1615 Metairie Road/P.O. Box 55490
Metairie, Louisiana 70055-5490
Telephone: (504) 834-2612

**COUNSEL FOR,**
**LAFAYETTE INSURANCE COMPANY**
**UNITED FIRE & INDEMNITY COMPANY**
**AND UNITED FIRE & CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has mailed a copy of the foregoing pleading to all counsel of record, by hand delivery or by placing a copy of the same properly addressed in the U.S. Mail, with adequate postage affixed thereto, this 19th day of September, 2006.

_____
HOWARD B. KAPLAN (#14414)