UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 21 PM 12: 17
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | CIVIL ACTION NO.: ~~06-5162~~ 065164 |
| VERSUS | * | JUDGE: |
| | * | STANWOOD R. DUVAL, JR. |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | * | SECTION "K" |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | MAG (2) |

*****************************************

## ORDER

Considering the foregoing:

IT IS ORDERED that the defendants, **LAFAYETTE INSURANCE COMPANY, UNITED FIRE & INDEMNITY COMPANY, AND UNITED FIRE & CASUALTY COMPANY**, are hereby granted an additional ~~thirty(30)~~ twenty 20 days until October 26, 2006 to file responsive pleadings.

New Orleans, Louisiana, this 21st day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

motion for extension of time.wpd          3

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___