UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE SIMMS, JR., ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-5116 |
| BOARD OF COMMISSIONERS, ET AL. | SECTION "K"(3) |
| AND | |
| ELIZABETH DEPASS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 06-5127 |
| BOARD OF COMMISSIONERS, ET AL. | SECTION "K"(3) |

### ORDER

Because of the necessity for Magistrate Judge Jay Wilkinson to recuse from any matter that concerns the Parish of Jefferson and because of a countervailing need for these two cases to remain under the umbrella litigation of *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182, as plaintiffs' counsel in both matters argued during a full discussion of this matter at a status conference held on September 20, 2006,

**IT IS ORDERED** that these two cases shall be consolidated with *In re Katrina Canal Breaches Consolidated Litigation,* C.A. No. 05-4182; however, as to these two cases Magistrate Judge Daniel Knowles, III shall remain designated as the magistrate judge for these matters and Magistrate Judge Jay Wilkinson will refer any matter that arises with respect to Jefferson Parish to him for determination.

New Orleans, Louisiana, this 21st day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE