UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

ORDER

Considering the foregoing Motion for Leave to Amend filed on behalf of the United States of America:

**IT IS ORDERED** that the Motion for Leave to Amend is hereby **GRANTED** and the United States shall be permitted to amend Exhibit 12 to its Reply in Support of Motion to Dismiss by adding an additional page.

New Orleans, Louisiana, this 25th day of September, 2006.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana