UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO:   INSURANCE *CHEHARDY*, 06-1672, 06-1673, 06-1674 | § § § § | JUDGE DUVAL MAG. WILKINSON |

### MOTION FOR LEAVE TO FILE
### MEMORANDUM IN EXCESS OF 25 PAGES

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs in *Chehardy et al. v. State Farm, et al.*, 06-1672; *Chehardy et al. v. State Farm, et al.*, 06-1673; and *Chehardy et al. v. State Farm, et al.*, 06-1674, who respectfully move this Honorable Court for an Order, pursuant to Local Rule 7.8.1, allowing them to file their Memorandum in Opposition to various defendants' Motions to Dismiss; Motions for Judgment on the Pleadings; or Rule 12 Motions in a length in excess of 25 pages, for the following reasons:

1.

The Plaintiffs herein submit that their Memorandum in Opposition must address all the issues set forth by every defendant in these proceedings. In order to effectively provide the Court with all the information necessary to reach a proper and just determination as to the myriad of issues presented by the defendants, Plaintiffs request permission to file a 45- page brief.

2.

The information is reasonably necessary to assist the Court in making its determination regarding the various motions. The arguments and authorities presented in Plaintiffs' Memorandum in Opposition to Dismiss will allow an adequate response on behalf of Plaintiffs and will aid the Court

in deciding said motions.

WHEREFORE, Plaintiffs in the above captioned matter respectfully request leave to file a Memorandum in Opposition to various defendants' Motions to Dismiss, Motions for Judgment on the Pleadings, and Rule 12 Motions in excess of twenty-five pages to a length of 45 pages.

Respectfully submitted,

_____
Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

-and-

John N. Ellison *(Pro Hac Vice)*
Darin J. McMullen *(Pro Hac Vice)*
ANDERSON, KILL, & OLICK. P.C.
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375

-and-

Drew Ranier (La. Bar Roll No. 8320)
N. Frank Elliot III (La. Bar Roll No. 23054)
Larry D. Dyess (La. Bar Roll No. 19555)
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

-and-

Joseph J. McKernan (La. Bar Roll No. 10027)
MCKERNAN LAW FIRM

8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

-and-

Joseph Bruno (La. Bar Roll No. 3604)
David S. Scalia (La. Bar Roll No. 21369)
BRUNO & BRUNO L.L.P.
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

-and-

Matt Schultz *(Pro Hac Vice)*
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**ATTORNEYS FOR REPRESENTATIVE POLICYHOLDERS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion and attached order has been served upon counsel of record, via U.S. Mail, postage prepaid and properly addressed, and via facsimile and/or electronic mail, this 26th day of September, 2006.

_____