UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:  INSURANCE<br>*CHEHARDY*, 06-1672, 06-1673, 06-1674 | | |

## ORDER

Considering the Chehardy Plaintiffs' Motion for Leave to File Memorandum in Excess of 25 Pages, in response to various defendants' Motions to Dismiss, Motions for Judgment on the Pleadings, or Rule 12 Motions,

**IT IS ORDERED** that the Chehardy Plaintiffs' Motion for Leave to File Memorandum in Excess of 25 Pages is **GRANTED.**

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE