# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

FELLOSEA ACKERSON, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4066 "K"(2)

BEAN DREDGING, L.L.C., ET AL

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 22 P 2:05
LORETTA G. WHYTE
CLERK

TO: (Name and address of defendant)

T. L. JAMES & COMPANY, INC.
Through registered agent for service of process:
RICHARD G. BRANTLEY
300 NORTH VIENNA STREET
RUSTON, LA 71270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

**LORETTA G. WHYTE**

DATE  **AUG - 3 2006**

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

(BY) DEPUTY CLERK   B. Gregory

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-18-06 |
| Name of SERVER (PRINT)<br>Rebekah C. Fuller | TITLE<br>Process Server |

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: 300 N. Vienna St.
Ruston, LA. 71270

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $ 33 ³³ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  18 August 2006
                     Date

Signature of Server

Address of Server: 364 Pine Hills Dr., Calhoun, LA 71225

State of Louisiana
Parish of Ouachita
Signed before me this 20th day of August 2006
Anna Marie Fuller
Notary Public
016280

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.