# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 22 P 2:09
LORETTA G. WHYTE
CLERK

RETURN

FELLOSEA ACKERSON, ET AL

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06-4066 "K"(2)

BEAN DREDGING, L.L.C., ET AL

TO: (Name and address of defendant)

T.L. JAMES MARINE, L.L.C.
Through registered agent for service of process:
RICHARD BRANTLEY
106 W. MISSISSIPPI AVE
RUSTON, LA 71270

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

A.J. REBENNACK
2202 AVENUE B
METAIRIE, LA 70001

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK
**LORETTA G. WHYTE**

DATE
AUG - 3 2006

(BY) DEPUTY CLERK
B. Gregory

State of Louisiana
Parish of Ouachita

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 8-18-06 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Rebekah Fuller | Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served: 300 N. Vienna St. Ruston, LA. 71270

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $33 34 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  18 August 2006
             Date

Signature of Server: Rebekah Fuller

Address of Server: 364 Pine Hills Dr. Calhoun, LA 71225

State of Louisiana
Parish of Ouachita
Signed before me this 20th day of August, 2006
Anna Mary Fuller
Notary Public
016280

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.