UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 26 PM 2:31
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE: | * JUDGE DUVAL |

O'DWYER,      NO. 05-4181
KIRSH,         NO. 05-6073
TAUZIN,        NO. 05-4182

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

**MOTION FOR RECONSIDERATION OF ORDER DISMISSING CLAIMS AGAINST THE LOUISIANA DODT OR ALTERNATIVELY AMENDING THE CONSOLIDATION ORDERS ENTERED IN THEIR CASES**

**NOW INTO COURT COMES,** Sims, et al, Case No. 06-5116, Christophe, et al, Case No. 06-5134, Richard, et al, Case No. 06-5118, Williams, et al, Case No. 06-5137, Augustine, et al, Case No. 06-5142, DePass, et al, Case No. 06-5127, Ferdinand, et al, Case No. 06-5132, Adams, et al, Case No. 06-5128, Bourgeois, et al, Case No. 06-5131, Porter, et al, Case No. 06-5140, Plaintiffs, move the Court to Reconsider this Court's Order and Reasons granting the Motion of the Louisiana Department of Transportation ("DOTD") to Dismiss the Complaints and Amended Complaints in O'Dwyer, Kirsh and Tauzin under the Eleventh Amendment, or alternatively to enter the appropriate order under FRCP 42(a) that the Court's Order and Reasons (Doc. 1231) does not apply to Movers' cases given they were filed and consolidated after the Motion to Dismiss the DOTD has been submitted and they had not been earned on the issues

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

presented. For the reasons set forth in the attached Memorandum in Support sovereign immunity was waived in the Louisiana Constitution of 1974, Article 10 A, and given that waiver, neither the Eleventh Amendment nor the state venue statute, La. R. S. 13:5106(A) defeat this Court's Article III jurisdiction founded on federal question or supplemental jurisdiction over state law claims under 28 U.S.C. 1367, so related to claims in the action within such original jurisdiction, that they form part of the same case or controversy under Article III of the United States Constitution.

September 26, 2006.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.

_____
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W353425

## CERTIFICATE OF SERVICE

    I hereby certify that on this ___ day of September, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_____

W353425