## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE: | * JUDGE DUVAL |

O'DWYER,      NO. 05-4181
KIRSH,        NO. 05-6073
TAUZIN,       NO. 05-4182

NO. 06-5116 (SIMS)          NO. 06-5134 (CHRISTOPHE)
NO. 06-5118 (RICHARD)       NO. 06-5137 (WILLIAMS)
NO. 06-5142 (AUGUSTINE)     NO. 06-5127 (DEPASS)
NO. 06-5132 (FERDINAND)     NO. 06-5128 (ADAMS)
NO. 06-5131 (BOURGEOIS)     NO. 06-5140 (PORTER)

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs, Sims, Richard, Augustine, Ferdinand, Bourgeois, Christophe, Williams, DePass, Adams and Porter, et al, will bring on for hearing the attached Motion for Reconsideration of Order Dismissing Claims Against the Louisiana DOTD or Alternatively Amending the Consolidation Orders Entered in Their Cases before Judge Stanwood Duval of the United States District Court for the Eastern District of Louisiana, Section "K", 500 Camp Street, New Orleans, Louisiana 70130, on the 18th day of October, 2006, a6 9:30 a.m.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.   _____
                                 William C. Gambel (LA Bar No. 5900)
                                 909 Poydras Street, Suite 2300

New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W353494