UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHED CONSOLIDATED LITIGATION | * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| O'DWYER, | NO. 05-4181 |
| KIRSH, | NO. 05-6073 |
| TAUZIN, | NO. 05-4182 |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

## ORDER

Considering the foregoing Motion for Reconsideration of Order Dismissing Claims against the Louisiana Department of Transportation or Alternatively Amending the Consolidated Orders Entered in Their Cases and the Memorandum in Support,

IT IS ORDERED THAT the Motion is hereby GRANTED.

New Orleans, Louisiana, this ____ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

W353425

4