UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | SECTION "K" (2)<br>JUDGE DUVAL |
| RELATES TO: Docket Nos. 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5142 | MAGISTRATE WILKINSON |

## MOTION AND ORDER
## FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD

NOW COMES defendant, The Board of Commissioners for the Port of New Orleans, through undersigned attorneys and appears herein; and upon suggesting to the Court that it requires additional time to investigate this claim and requests an additional twenty days from the date hereof to answer, except or otherwise plead. There has been no previous extension of time and attorney for plaintiff has not filed in the record an objection to the requested twenty day extension.

- 2 -

Respectfully submitted, this 27th day of September, 2006.

        DAIGLE FISSE & KESSENICH, PLC

BY:   s/J. Fredrick Kessenich
       J. FREDRICK KESSENICH (7354)
       JONATHAN H. SANDOZ (23928)
       MICHAEL W. MCMAHON (23987)
       JON A. VAN STEENIS (27122)
       P. O. Box 5350
       Covington, Louisiana  70434-5350
       Telephone:  985/871-0800
       Facsimile:   985/871-0899
       Attorneys for Board of Commissioners
       of the Port of New Orleans

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 27th day of September, 2006.

        s/J. Fredrick Kessenich
        J. FREDRICK KESSENICH