UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | SECTION "K" (2)<br>JUDGE DUVAL |
| RELATES TO: Docket Nos. 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 05-5140, 06-5142 | MAGISTRATE WILKINSON<br><br>RE: KATRINA LEVEES |

## O R D E R

NOW THEREFORE, the foregoing motion considered:

IT IS ORDERED that defendant, The Board of Commissioners for the Port of New Orleans, be and it is hereby granted an extension of twenty (20) days from the date hereof within which to answer except or otherwise plead.

New Orleans, Louisiana, this _____ day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE