UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 21  PM 3: 58
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | |
| PERTAINS TO : LEVEE BREACH | * | JUDGE DUVAL |
| *FITZMORRIS*, NO. 06-2346 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

### MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD ON BEHALF OF PLAINTIFFS

**NOW COMES** Stephen A. Wiles, attorney at law, and upon suggesting that mover has become associated with Maples and Kirwan, L.L.C. and therefore desires to enroll as additional counsel of record on behalf of plaintiffs in the above-captioned matter.

**WHEREFORE** mover prays that he be enrolled as additional counsel of record on behalf of plaintifs herein.

Respectfully submitted,

MAPLES & KIRWAN, L.L.C.

F. Gerald Maples T.A. (La. #25960)
J. Stuart Kirwan, III (La. #27534)
Meredith A. Mayberry (La. #28958)
Carlos A. Zelaya, II (La. #22900)
Stephen M. Wiles (La.#17865)
902 Julia Street
New Orleans, Louisiana 70113
Telephone: (504) 569-8732
Facsimile: (504) 525-6932

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No.____

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon all counsel of record by filing this document with the Clerk of Court for Electronic Case Management Notice to ECF parties and/or by facsimile transmission or by placing such pleading in the United States Mail, postage pre-paid to all non-ECF counsel of record.

_____
Carlos A. Zelaya