FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 27  PM 1:22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | NO.: 05-4182 "K" (2) |
| | * | |
| PERTAINS TO : LEVEE BREACH | * | JUDGE DUVAL |
| *FITZMORRIS*, NO. O6-2346 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Considering the above and foregoing Motion to Enroll as additional counsel of record,

**IT IS ORDERED** that Stephen A. Wiles, be and hereby is enrolled as additional counsel of record on behalf of plaintiffs herein.

**ORDERED AND SIGNED** this 26TH day of September, 2006

_____
UNITED STATES DISTRICT JUDGE

Fee\_\_\_\_\_
Process\_\_\_\_\_
X Dktd\_\_\_\_\_
✓ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No\_\_\_\_\_