

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 25 PM 3: 36

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (EMMA BROCK, No. 06-4931) | * * * * * | |

### *EX PARTE* MOTION FOR
### EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to Plaintiffs' Complaint for Damages for a period of 20 days, from September 27, 2006 until October 17, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the Complaint, through the Louisiana Secretary of State, on September 7, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), St. Paul's current deadline for filing responsive pleadings is

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

September 27, 2006. St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

_____
RALPH S. HUBBARD, III, La. Bar. # 7040
JOSEPH P. GUICHET, La. Bar # 24441
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for St. Paul Fire and Marine Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2006, a copy of this pleading has been served upon all counsel of record in this action via electronic mail and/or United States Mail, properly addressed, first class postage prepaid.

_____

P:\RSH\06609\doc\Extension092506.wpd                -2-