FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 27  PM 1:22

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (EMMA BROCK, No. 06-4931) | * * * * * | |

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, Travelers Property Casualty Company of America, be and is hereby granted a twenty (20) day extension of time until October 17, 2006 within which to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this 26TL day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____