UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 06-4024 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: *O'Dwyer* (06-4024) | § | |
| | § | |

**UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD**

The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court for a 20 day extension of time, through and including October 23, 2006, in which to respond to the Complaint and First Amended Complaint herein.[1]  The Complaint and First Amended Complaint were served on the United States Attorney's Office on August 1 and 3, 2006, respectively, so the United States' response is due October 2, 2006.

Counsel for the United States require additional time to formulate their response before responding to the plaintiff's Complaint and Amended Complaint.  Pursuant to Local Rule 7.9, the United States certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

---

[1] The 20th day is October 22, 2006, a Sunday.  Accordingly, per F.R.C.P. 6(a), the United States' response would be due on October 23, 2006.

A proposed Order is attached hereto.

                                        Respectfully submitted,

                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        JEFFREY S. BUCHOLTZ
                                        Principal Deputy Assistant Attorney General

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch

                                        /s/ James F. McConnon, Jr.
                                        _____

                                        James F. McConnon, Jr.
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 353-2604 /(202) 616-5200 (Fax)
                                        Attorneys for the United States

Dated: September 29, 2006.

## CERTIFICATE OF SERVICE

    I, James F. McConnon, Jr., hereby certify that on September 29, 2006, I served a true copy of "United States' Ex Parte Motion for Extension of Time to Plead" upon all counsel of record by ECF, electronic mail, or first class mail.

/s/ James F. McConnon, Jr.
James F. McConnon, Jr.
