FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 22 PM 2:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION* <br> • <br> * <br> _____ * <br> * <br> **PERTAINS TO LEVEE:** * <br> * <br> O'DWYER, NO. 05-4181 <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**MOTION TO CONTINUE HEARING
SET FOR OCTOBER 4, 2006, AT 9:30 A.M.
TO NOVEMBER 1, 2006, AT 9:30 A.M.**

**NOW INTO COURT** come Keith C. Ferdinand, M.D., APMC, et al, plaintiffs in Case No. 06-5132, residing in, or doing business in the By-water and Mid City sections of the City of New Orleans, State of Louisiana and Susan and August Williams, et al, plaintiffs in Case No. 06-5137, residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, through undersigned counsel, to move to reset the hearing on the Motions of CSX Transportation, Inc. to Dismiss Claims asserted against it in *O'Dwyer*, Case No. 05-4191,. and to Sever same now set for October 4, 2006, at 9:30 a.m. to November 1, 2006, at 9:30 a.m on the Motion of CSX Transportation, Inc. to Dismiss the action against it (Docket No. 1045-1). for the reasons set forth in the attached Memorandum in Support

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

September ____, 2006.

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.

Respectfully submitted,

_____
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W353392