UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES *  CIVIL ACTION
  CONSOLIDATED LITIGATION  *
            • NO. 05-4182 "K"(2)
            *
            *
PERTAINS TO LEVEE:   * JUDGE DUVAL
            *
O'DWYER, NO. 05-4181   *
            * MAG. WILKINSON

**MEMORANDUM IN SUPPORT OF MOTION TO RESET HEARING DATE
OF OCTOBER 4, 2006, AT 9:30 A.M. TO NOVEMBER 1, 2006, AT 9:30 A.M.
OF DEFENDANT CSX TRANSPORTIAON, INC.'S MOTION TO DISMISS**

**NOW INTO COURT** comes Keith C. Ferdinand, M.D., APMC, et al, plaintiffs

in Case No. 06-5132, residing in, or doing business in the By-water and Mid City

sections of the City of New Orleans, State of Louisiana, (hereinafter "By-water and Mid

City Plaintiffs") and , Susan and August Williams, et al, plaintiffs in Case No. 06-5137,

residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake,

Lake Willow and Pines Village communities to Crowder Boulevard and its environs to

the Lakefront Airport, as herein defined, (hereinafter "Kenilworth, Lake and Lakefront

Plaintiffs") through undersigned counsel, to file this Memorandum in Support of their

Motion to Continue Hearing.

This Court set for hearing on October 4, 2006, at 9:30 a.m., the Motions to

Dismiss (Document 1045-1) or Sever (Document 1044-1)the claims asserted in *O'Dwyer*

against CSX Transportation, Inc., having continued same from September 20, 2006.

Movers also filed suit against CSX Transportation, Inc. and others on August 28, 2006

for the damages plaintiffs suffered. At the September 20, 2006, Status Conference

conducted by this Court with Judges Wilkinson and Knowles also present, Movers'

counsel indicated that added time was required to respond, and the Court and opposing

counsel were amenable under the circumstances.

Movers respectively seek to continue and reset said hearing to November 1, 2006,

at 9:30 a.m., on CSX's Motion to Dismiss or Sever to give Movers an opportunity to

address the issues raised in the Motions of CSX Transportation, Inc..

Dated: September ___, 2006                    Respectfully submitted,

OF COUNSEL:

                                              _____
                                              William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD LLP                    909 Poydras Street, Suite 2300
                                              New Orleans, LA 70112-1010
                                              Telephone: (504) 569-7000
                                              Telecopy: (504) 569-7001
                                              wgambel@millinglaw.com

                                              Attorneys for Plaintiffs


John J. Cummings, III (LA. Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com


W353393

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of September, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

W353392