FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L
2006 SEP 29 A 11: 38
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION* <br> * <br> ——————————————— * <br> * <br> PERTAINS TO LEVEE: * <br> * <br> O'DWYER, NO. -05-4181 <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br><br> JUDGE DUVAL <br><br><br> MAG. WILKINSON |

### ORDER

Considering the foregoing Motion to Reset Hearing set for October 4, 2006, at 9:30 a.m. to November 1, 2006, at 9:30 a.m., and Memorandum in Support,

IT IS ORDERED THAT the Motion is hereby GRANTED and the Motion to Sever (Doc. No. 1044), the Motion to Dismiss Party (Doc. 1045) and the Motion to Dismiss Party under 12(b)(5) (Doc. 1046) are CONTINUED to November 1, 2006 at 9:30 a.m.

New Orleans, Louisiana, this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

W353392

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___