UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 20  AM 11:01
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | * CIVIL ACTION |
| | * NUMBER: 06-3552 |
| | * SECTION: K/2 |
| Plaintiffs, | * |
| v. | * **KATRINA RELATED LITIGATION** |
| | * |
| THE UNITED STATES OF AMERICA, THE UNITED STATES ARMY CORPS OF ENGINEERS, and FRANCIS J. HARVEY, THE SECRETARY OF THE ARMY | * |
| | * |
| Defendants. | * |
| | * |

## MOTION FOR ADMISSION *PRO HAC VICE*

COME the Plaintiffs, CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, by and through their counsel, Jonathan B. Andry, a member of good standing of the State Bar of Louisiana, and respectfully request an Order enrolling the following attorney as co-counsel of record in the above-captioned matter:

Philip L. Gregory, with the law firm of Cotchett, Pitre, Simon & McCarthy, is a member in good standing of the Bar of the State of California. Supporting affidavits and certificates of good standing for Mr. Gregory seeking *pro hac vice* admission are attached hereto.

Fee $5.00
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

WHEREFORE, PREMISES CONSIDERED, undersigned counsel respectfully requests that this Court allow Mr. Gregory to appear *pro hac vice* in the above-captioned consolidated matter.

Respectfully Submitted by,

**The Andry Law Firm, LLC**

By: _____
Jonathan B. Andry (LSBA No. 20081)
610 Baronne Street
New Orleans, Louisiana 70502
Telephone: (504) 586-8899
Facsimile: (504) 585-1788

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all known counsel of record, by United States mail, postage prepaid and properly addressed, this 20 day of July, 2006.