## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | * | CIVIL ACTION |
| | * | NUMBER: |
| | * | SECTION: |
| Plaintiffs, | | |
| | * | **KATRINA RELATED LITIGATION** |
| v. | | |
| | * | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES ARMY CORPS OF ENGINEERS, and FRANCIS J. HARVEY, THE SECRETARY OF THE ARMY | * | |
| | * | |
| Defendants. | * | |
| | * | |

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

### AFFIDAVIT OF PHILIP L. GREGORY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME, the undersigned authority, personally appeared, **PHILIP L. GREGORY** who, being duly sworn by me, deposes and says the following:

My name is **PHILIP L. GREGORY**. I am over 18 years of age, have never been convicted of a felony and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: Ninth Circuit Court of Appeals, United States District Court, Central District of California (as well as the Southern District and Northern Districts), California Supreme Court, California Court of Appeal and the Superior Courts of the State of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

_____
PHILIP L. GREGORY

SUBSCRIBED AND SWORN TO BEFORE ME on this 19 day of July, 2006, to certify which witness my hand and official seal.

_____
Irma Marina Martinez
Notary Public in and for
The State of California

My Commission Expires: June 3, 2006



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PHILIP LAWRENCE GREGORY, JR.

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that PHILIP LAWRENCE GREGORY, JR. was on the 16TH day of DECEMBER 1980, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 14th day of JULY, 2006.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk