UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES "PETE" SAVOY, MARK MADARY, PAM NEVLE, AND GERARD NEVLE, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | * | CIVIL ACTION |
| | * | NUMBER: 06-3552 |
| | * | SECTION: K/2 |
| Plaintiffs, | * | |
| | * | **KATRINA RELATED LITIGATION** |
| v. | * | |
| THE UNITED STATES OF AMERICA, THE UNITED STATES ARMY CORPS OF ENGINEERS, and FRANCIS J. HARVEY, THE SECRETARY OF THE ARMY | * | |
| | * | |
| Defendants. | * | |

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Philip L. Gregory is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this 28th day of Sept., 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____