

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION No. 06-4066 JUDGE DUVAL MAG. JUDGE WILKINSON |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152 MRGO, *Ackerson*, No. 06-4066 | * * | |

## ORDER

Considering the Ex-Parte Motion for Extension of Time to File Responses/Oppositions to Nine Motions Filed by the United States of America and the Dredging Defendants and to Continue Hearings of Those Motions, filed by Plaintiff, Phillip Reed, on behalf of himself and all others similarly situated ("Plaintiff");

IT IS HEREBY ORDERED that the date by which Plaintiff is required to file his response/opposition to the motion filed September 15, 2006 by the United States of America be and the same is hereby extended ~~by sixty days~~, from September 29, 2006 until November 21, 2006;

IT IS HEREBY FURTHER ORDERED that the date by which Plaintiff is required to file his responses/oppositions to the eight motions filed September 15, 2006 by the Dredging Defendants be and the same is hereby extended ~~by ____ days~~, from September 29, 2006 until November 21, 2006.

IT IS HEREBY FURTHER ORDERED that the date by which the United States of America and the Dredging Defendants are required to file their reply briefs is extended until December 4, 2006; and

IT IS HEREBY FURTHER ORDERED that oral arguments on the motions filed September 15, 2006 by the United States of America and the Dredging Defendants shall be held on December 15, 2006 at 9:30 ~~o'clock~~ a.m.

New Orleans, Louisiana, this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE