UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHED CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| O'DWYER, | NO. 05-4181 |
| KIRSH, | NO. 05-6073 |
| TAUZIN, | NO. 05-4182 |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

**FILED 2006 SEP 29 A 11: 37 LORETTA G. WHYTE CLERK**

## ORDER

Considering the foregoing Motion for Reconsideration of Order Dismissing Claims against the Louisiana Department of Transportation or Alternatively Amending the Consolidated Orders Entered in Their Cases and the Memorandum in Support, (Doc. 1241)

IT IS ORDERED THAT the Motion is hereby ~~GRANTED.~~ DENIED*

New Orleans, Louisiana, this 28th day of September, 2006.

UNITED STATES DISTRICT JUDGE

W353425

*The Court will not entertain a Motion for Reconsideration on this issue. No hearing will be held on this motion.

_\_\_ Fee\_\_\_\_
\_\_\_ Process\_\_\_\_
X\_ Dktd\_\_\_\_
\_\_ CtRmDep\_\_\_\_
\_\_\_ Doc. No\_\_\_\_

4