FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 12 PM 4:34

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-0516 |
| | * | |
| TRAVELERS PROPERTY CASUALTY | * | SECTION "R" |
| COMPANY OF AMERICA | * | |
| | * | MAGISTRATE (2) |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## *EX PARTE* MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Travelers Property Casualty

Company of America ("Travelers"), which pursuant to Local Rule 83.2.6, respectfully moves this

Court to grant admission *pro hac vice* to the following attorneys so that they may appear and

participate as co-counsel in the captioned matter:

Stephen E. Goldman

Wystan M. Ackerman

In support of the present motion, Travelers asserts as follows:

1.      Travelers requests that this Court allow Stephen E. Goldman and Wystan M.

Ackerman to appear as counsel *pro hac vice* in this matter in association with its counsel of record,

Ralph S. Hubbard III, Louisiana Bar No. 7040, Simeon B. Reimonenq, Jr., Louisiana Bar No. 19755,

____ Fee $10-Pd
____ Process
_X_ Dktd
____ CtRmDep
____ Doc. No

19755, Louisiana Bar No. 27076, the latter of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2.  Stephen E. Goldman is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.  Mr. Goldman is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A.  The oath of Mr. Goldman, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

3.  Wystan M. Ackerman is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.  Mr. Ackerman is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit C.  The oath of Mr. Ackerman, as required by Local Rule 83.2.6 is attached hereto as Exhibit D.

4.  Pursuant to Local Rule 83.2.6, the $25.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, defendant, Travelers Property Casualty Company of America, respectfully requests that this Court permit Stephen E. Goldman and Wystan M. Ackerman to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

**RALPH S. HUBBARD III, #7040**
**SIMEON B. REIMONENQ, JR., #19755**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property**
**Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 12th day of September, 2006.

SIMEON B. REIMONENQ, JR.