

# State of Connecticut
## Supreme Court

I, **Michéle T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

**Do hereby certify** that, in the Superior Court at _____Hartford_____, on the ____twenty-first____, day of ____October____, ..1980....:

Stephen Edward Goldman

of

West Hartford, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, and that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

**In Testimony Whereof**, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this ____sixth____ day of ____September____, 20 _06_ .

*Michéle T. Angers*

Michéle T. Angers

*Chief Clerk*



EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | * | CIVIL ACTION NO.: 06-0516 |
| | * | |
| | * | SECTION "R" |
| VERSUS | * | |
| | * | JUDGE VANCE |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * | |
| | * | MAGISTRATE NO. 2 |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

### AFFIDAVIT OF STEPHEN E. GOLDMAN

STATE OF CONNECTICUT

COUNTY OF HARTFORD

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared STEPHEN E. GOLDMAN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant Travelers Property Casualty Company of America.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

    a. that I have never had any disciplinary or criminal charges instituted against me.

HART1-1352912-1


EXHIBIT B

      b.      that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further affiant sayeth not.

_____
Stephen E. Goldman

SWORN TO and SUBSCRIBED this __11th__ day of September, 2006.

_____
Notary Public

My commission expires: _____

**BETTY ANN BOWMAN**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES MAR. 31, 2011



# State of Connecticut
## Supreme Court

I, **Michele T. Angers**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify that, in the Supreme ~~Superior~~ Court at  Hartford ,

on the  seventh  , day of  June ,  2002 ,

Wystan Michael Ackerman

of

Haddam, Connecticut

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all the courts of this state, that said attorney is a member in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this  eighth  day of  September , 2006 .

Michele T. Angers

Chief Clerk



EXHIBIT
C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | * | CIVIL ACTION NO.: 06-0516 |
| | * | |
| | * | SECTION "R" |
| VERSUS | * | |
| | * | JUDGE VANCE |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * | |
| | * | MAGISTRATE NO. 2 |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## AFFIDAVIT OF WYSTAN M. ACKERMAN

STATE OF CONNECTICUT

COUNTY OF HARTFORD

BEFORE ME, the undersigned authority, a Notary Public duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared WYSTAN M. ACKERMAN, who, after being duly sworn, did depose and state as follows:

1. I am an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendant Travelers Property Casualty Company of America.

3. In support of this request, and in compliance with Local Rule 83.2.6, I do solemnly swear:

   a. that I have never had any disciplinary or criminal charges instituted against me.


EXHIBIT D

  b.  that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear (or affirm or promise) that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

  Further affiant sayeth not.

*[signature]*
Wystan M. Ackerman

SWORN TO and SUBSCRIBED this 11th day of September, 2006.

*[signature]*
Notary Public

My commission expires: 12/31/2008

**MARY ANN ZUP**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES DEC. 31, 2008**