## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-0516 |
| | * | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * | SECTION "R" |
| | * | |
| | * | MAGISTRATE (2) |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER

Considering the *Ex Parte* Motion by Travelers Property Casualty Company of America for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that Stephen E. Goldman and Wystan M. Ackerman of the law firm of Robinson & Cole LLP are hereby admitted *pro hac vice* as co-counsel of record for Travelers Property Casualty Company of America in the captioned matter.

New Orleans, Louisiana, this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____