FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 15  PM 4: 15

LORETTA G. WHYTE
        CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **XAVIER UNIVERSITY OF LOUISIANA** | **CIVIL ACTION NO. 06-0516** |
| **VERSUS** | **SECTION "R" MAG "2"** |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | |

*********************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana, who respectfully requests leave of this Honorable Court to file the attached reply memorandum to the opposition memorandum submitted by Defendant Travelers Property Casualty Company of America ("Travelers") to Xavier's Motion for Partial Summary Judgment. Xavier submits that this reply memorandum is necessary to address certain issues raised by Travelers and will greatly assist this Honorable Court in understanding and addressing the issues raised in its Motion for Partial Summary Judgment concerning the interpretation of the purported "flood exclusion" in the policy of insurance issued by Travelers to Xavier.

For the foregoing reasons, Xavier respectfully requests that this Honorable Court grant its

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Motion for Leave to File Reply Memorandum and that the attached Reply Memorandum be filed into the record of this case.

        Respectfully Submitted:

        _/s/ James M. Garner_
        JAMES M. GARNER, #19589
        DARNELL BLUDWORTH, #18801
        TIMOTHY B. FRANCIS, #14973
        KEVIN M. MCGLONE, #28145
        **SHER GARNER CAHILL RICHTER**
        **KLEIN & HILBERT, L.L.C.**
        909 Poydras St., 28th Floor
        New Orleans, LA  70112
        Telephone:  504-299-2100
        Facsimile: 504-299-2300
        COUNSEL FOR XAVIER UNIVERSITY
        OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

        Ralph S. Hubbard, III
        Simeon B. Reimonenq, Jr.
        601 Poydras St., Suite 2775
        New Orleans, LA  70130
        Attorneys for Travelers Property Casualty Company of America

via e-mail and by placing same in the United States Mail, postage prepaid, this 15 day of September, 2006.

        _/s/ James M. Garner_
        JAMES M. GARNER