UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | CIVIL ACTION NO. 06-0516 |
| VERSUS | SECTION "R" MAG "2" |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion of Plaintiff Xavier University of Louisiana to File Reply Memorandum to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment,

IT IS ORDERED that said motion be hereby GRANTED and that the Clerk shall file the attached Reply Memorandum into the record of this case.

New Orleans, Louisiana this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

3

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____