FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 28   PM 4:09

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

TRAVELERS PROPERTY CASUALTY         CIVIL ACTION NO. **06-5111**
CASUALTY COMPANY OF AMERICA,
IMPERIAL TRADING COMPANY, INC.
AND ZLN HOLDINGS, L.L.C.
                                    SECTION **SECT. B MAG 1**
**VERSUS**

                                    MAGISTRATE _____

BRAZOS URETHANE, INC.,
BAYSYSTEMS NORTH AMERICA LLC
AND EVEREST COATINGS, INC.

### COMPLAINT FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, come Travelers Property Casualty Company of America, Imperial Trading Co., Inc., and ZLN Holdings, L.L.C. and for their Complaint for Damages against Defendants, respectfully aver:

### I. THE PARTIES

1.

Travelers is a Connecticut corporation licensed to do and doing business in the State of Louisiana. Travelers appears as subrogee to its insured, Imperial Trading Company, Inc.

2.

Plaintiff, Imperial Trading Co., Inc. ("Imperial Trading") is a Louisiana corporation licensed to do and doing business in the State of Louisiana, with its principal place of business in the Parish of Jefferson.



Fee 350.00
Process____
X  Dktd____
___ CtRmDep____
___ Doc. No____

EXHIBIT
1

NO.99625497.7

3.

Plaintiff, ZLN Holdings, LLC ("ZLN"), is a Louisiana limited liability company licensed to do and doing business in Louisiana, with its principal place of business in the Parish of Jefferson (Travelers, Imperial Trading, and ZLN collectively referred to as "Plaintiffs").

4.

Defendant, Brazos Urethane, Inc. ("Brazos') is a Texas corporation, with its principal place of business in Texas, licensed to do and doing business in the State of Louisiana.

5.

Defendant, BaySystems North America LLC ("BaySystems"), is a Delaware limited liability company, with its principal place of business in Texas, doing business in Louisiana.

6.

Defendant, Everest Coatings, Inc. ("Everest"), is a Texas corporation, doing business in Louisiana. On June 24, 2006, Everest filed Articles of Dissolution stating that, inter alia, adequate provisions have been made for the liabilities of Everest. On information and belief, BaySystems Inc. is an alter ego of Everest. Substantially all of the assets of Everest were sold to BaySystems. BaySystems' website is www.everestcoatings.com and warranty forms of Everest are contained on the website. Thomas A. Sparks, the registered agent of Everest, lists the same address as BaySystem's business. (Brazos, BaySystems, and Everest are sometimes collectively referred to as "Defendants").

## II. VENUE AND JURISDICTION

7.

Jurisdiction is proper in this judicial district pursuant to 28 U.S.C. §1332. Venue is proper pursuant to 28 U.S.C. §1391(a)(2).

## III. FACTUAL BACKGROUND

8.

In early 2005, Brazos contracted with Imperial Trading Co., Inc. ("Imperial Trading") to design, construct and install a new roof (the "Roof") located at 701 Edwards Avenue, Harahan, Louisiana (the "Property"). The Property was at all relevant times owned by ZLN and leased to Imperial Trading.

9.

BaySystems and/or Everest manufactured the Evercoatings, SPF system which was installed by Brazos on the Property. BaySystems and/or Everest sometimes also refer to their system as the EVERESTORATION system or the Evercoat® SPF roofing system (the " Roofing System"). BaySystems sells the Everest Coatings system and promotes itself as a leader for years in engineered roofing specifications.

10.

Brazos issued to Imperial Trading an Everest Coatings Fifteen-year warranty to cover the Roofing System.

11.

On or about August 29, 2005, Hurricane Katrina struck the New Orleans area.

12.

During Hurricane Katrina, the Roof failed, causing severe and extensive damage to the Property.

13.

As a consequence of the Roof failure, the Property and its contents were severely damaged, causing Plaintiffs to suffer substantial business losses and requiring Plaintiffs to incur major expenses in rebuilding the Property, replacing damaged inventory, furniture, fixtures, and equipment, and taking on additional business expense as a result of the failed Roof (the "Loss").

14.

Imperial Trading is an insured of Travelers. Travelers insured the Property and has paid for some of the Loss. Pursuant to the terms and conditions of the policy, Travelers is entitled to seek recovery from the Defendants based on legal and/or conventional subrogation.

## IV. CLAIMS FOR DAMAGES

15.

The Roof failure was directly and proximately caused by Defendants' negligence and failure to act with reasonable care. Defendants breached their contract and warranties and caused the Loss and damages to Plaintiffs.

16.

Upon information and belief, Brazos improperly adhered or attached the Roof to the Property.

17.

Upon information and belief, Brazos did not follow the manufacturer's instructions with respect to the Roof, and failed to consult a structural engineer and/or roof consultant with respect to the Roof.

18.

Upon information and belief, Defendants failed to properly perform, supervise and/or inspect the work performed on the Roof.

19.

Upon information and belief, Defendants failed to properly and adequately follow all applicable standards, codes, guidelines, regulations and industry standards and guidelines with respect to installing the Roof System. Brazos breached its contract by not installing the Roof in a workmanship like manner, in compliance with all codes and applicable laws, and in conformity with industry standards and norms.

20.

The Roofing System was defective. As the Roofing System manufacturer and warrantor, BaySystems and Everest are conclusively presumed to know, and knew of, the defects in the system. Additionally, BaySystems and Everest were negligent in the manufacture, design, sale, testing, distribution, promotion, and warranting of the Roofing System which was a product in a defective condition and not adequate for its intended use.

21.

BaySystems and Everest failed to properly and adequately follow all applicable standards, codes, guidelines, regulations and industry standards with reference to the manufacture of this roofing system. The Loss was directly and proximately caused by BaySystems and Everest's negligence and failure to act with reasonable care.

22.

BaySystems and Everest expressly and/or impliedly warranted that the Roofing System would be free from defects in material and workmanship under normal operation and use, and that the Roofing System would be fit for the purpose of which it was intended to be used. BaySystems and Everest breached their express and/or implied warranties in one or more of the following ways: designing, engineering, inspecting, testing, distributing, selling and/or supplying a defectively designed and/or product which they knew or should have known was not fit for the purpose for which it was intended and would not comply with applicable law and industry norms.

**WHEREFORE**, Plaintiffs, Travelers Property Casualty Company of America, Imperial Trading Co., Inc., and ZLN Holdings, LLC respectfully pray that the Court deem its Complaint good and sufficient, that the Defendants be served and cited to appear herein, and that, after due proceedings are had, there be judgment in its favor and against Defendants, Brazos Urethane, Inc., BaySystems North America LLC and Everest Coatings, Inc.. for all damages, legal and

NO.99625497.7

5

equitable, to which Plaintiffs are entitled under the premises, together with attorney's fees, interest and costs, and that Plaintiffs be provided such other and further relief as may be just and equitable.

        Respectfully submitted,

        PHELPS DUNBAR LLP

BY: _____
        Brent B. Barriere (Bar No. 02818)
        David L. Patrón (La. Bar No. 22566)
        Robert R. Wood, Jr. (La. Bar No. 29488)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, IMPERIAL TRADING COMPANY, INC. AND ZLN HOLDINGS, L.L.C.**

**PLEASE SERVE:**

**Brazos Urethane, Inc.**
Through its registered agent for service:
**CT Corporation System**
8550 United Plaza Blvd.
Baton Rouge, Louisiana 70809

**PLEASE SERVE VIA**
**LONG-ARM STATUTE:**

**BaySystems North America LLC**
Through its registered agent for service:
**CT Corporation**
350 North St. Paul St.
Dallas, TX 75201

**Everest Coatings, Inc.**
Through its registered agent for service:
**Thomas A. Sparks**
2400 Spring Stuebner Rd
Spring, TX 77389-4819