

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | CIVIL ACTION NO. 06-0516 |
| VERSUS | SECTION "K" MAG "2" |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | |

*************************************************************

### MOTION FOR LEAVE TO FILE ADDITIONAL REPLY MEMORANDUM TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana, who respectfully requests leave of this Honorable Court to file the attached additional reply memorandum to the opposition memorandum submitted by Defendant Travelers Property Casualty Company of America ("Travelers") to Xavier's Motion for Partial Summary Judgment. Xavier submits that this reply memorandum is necessary to provide the Court with additional case law pertinent to the issues raised by Xavier and Travelers in the briefing of this motion. Xavier intends to rely on these cases during oral argument before the Court on September 20, 2006. In addition, Xavier submits that the policy's windstorm endorsement creates an ambiguity because it contains a "concurrent cause" clause that is at odds with the "anti-concurrent cause" clause relied on by Travelers.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

For the foregoing reasons, Xavier respectfully requests that this Honorable Court grant its Motion for Leave to File Additional Reply Memorandum and that the attached Additional Reply Memorandum be filed into the record of this case.

Respectfully Submitted:

/s/ James M. Garner

JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
KEVIN M. MCGLONE, #28145
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA  70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA  70130
Attorneys for Travelers Property Casualty Company of America

via e-mail and by placing same in the United States Mail, postage prepaid, this 19 day of September, 2006.

/s/ James M. Garner

JAMES M. GARNER

2