UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **XAVIER UNIVERSITY OF LOUISIANA** | **CIVIL ACTION NO. 06-0516** |
| **VERSUS** | **SECTION "R" MAG "2"** |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion of Plaintiff Xavier University of Louisiana to File Additional Reply Memorandum to Defendant's Opposition to Plaintiff's Motion for Partial Summary Judgment,

IT IS ORDERED that said motion be hereby GRANTED and that the Clerk shall file the attached Additional Reply Memorandum into the record of this case.

New Orleans, Louisiana this 28th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____