```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP 2 9 2006
LORETTA G. WHYTE
CLERK

Date: __Sept. 29, 2006__

__O'Dwyer__
vs.
__USA__

Case No __05-4181__ Section __K__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __CSX Corporation__
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for __Plaintiffs__
Address __One Canal Place__

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____