**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
|      CONSOLIDATED LITIGATION | § | NO. 06-4024 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: *O'Dwyer* (06-4024) | § | |
| _____ | § | |

**ORDER**

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that defendant, United States of America, is **GRANTED** a

twenty (20) day extension of time, through and including October 23, 2006, within which to

respond to plaintiff's Complaint and Amended Complaint.

New Orleans, LA, this  1st day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE