UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO:                                        SECTION "K"(2)
*O'Dwyer,* C.A. No. 05-4181
*Bradley,* C.A. No. 06-225
*Vanderbrook,* C.A. No. 6323

**ORDER AND REASONS**

Before the Court are a Joint Motion to Dismiss Punitive Damage Claims filed by defendants the Board of Commissioners of the Orleans Levee District ("OLD") and the Sewerage and Water Board of New Orleans ("SWB")(Doc. 576) with respect to the *O'Dwyer v. United States,* C.A. No. 05-4181 and a Joint Motion to Dismiss Claims for Attorneys' Fees (Doc. 577) filed by the same parties with respect to the *O'Dwyer, et al. v. United States, et al.,* C.A. No. 05-4181, *Bradley, et al v. Pittman Constr. Co, Inc., et al.,* C.A. 06-225, and *Vanderbrook v. State Farm Fire and Casualty Co., et al.* , C.A. 05-6323[1].  The Court has reviewed the pleadings, memoranda and the relevant law and is prepared to rule thereon.

With respect to the Joint Motion to Dismiss Punitive Damage Claims, it is beyond cavil that under Louisiana law, punitive damages are available only when authorized by statute. *See Ross v. Conoco, Inc.,* 828 So.2d 546, 555 (La.2002); *Cristia v. Systems Engineering and Security, Inc.,* 2004 WL 1801326, *17 (E.D.La.,2004).  Plaintiffs have failed to identify and the Court is unaware of a single statute that would allow for the recovery of punitive damages under

---

[1]On June 1, 2006, this Court severed the claims against OLD in the *Vanderbrook* matter and remanded them to Civil District Court for Parish of Orleans.  As such, this motion would have no bearing on *Vanderbrook* with respect to OLD as it is no longer a defendant therein.

Louisiana law with respect to these allegations.  As such, the Court finds merit in this motion and will grant same.

As to the Joint Motion to Dismiss Claims for Attorneys' Fees (Doc. 577), the Court finds this motion premature as attorneys' fees can be awarded in the context of a class actions under La. Code of Civ. Pro. 595, and certification for these suits has not been decided.  Accordingly,

**IT IS ORDERED** that the  Joint Motion to Dismiss Punitive Damage Claims filed by defendants the Board of Commissioners of the Orleans Levee District ("OLD") and the Sewerage and Water Board of New Orleans ("SWB")(Doc. 576) with respect to the *O'Dwyer v. United States,* C.A. No. 05-4181 is **GRANTED** and a Joint Motion to Dismiss Claims for Attorneys' Fees (Doc. 577) filed by the same parties with respect to the *O'Dwyer, et al.  v. United States, et al.,*  C.A. No. 05-4181, *Bradley, et al v. Pittman Constr. Co, Inc., et al.,*  C.A. 06-225, and *Vanderbrook v. State Farm Fire and Casualty Co., et al.* , C.A. 05-6323 is **DENIED**.

New Orleans, Louisiana, this  2nd   day of October, 2006.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**