UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO MRGO/DREDGING<br>*Reed,*  C.A.NO. 06-2152 | SECTION "K"(2) |

### ORDER

**IT IS ORDERED** that the hearing on the Motion to Dismiss or Alternatively for Summary Judgment (Doc. 825) filed by Manson Gulf, L.L.C. is **CONTINUED** to **December 15, 2006 at 9:30 a.m.** to be heard in conjunction with those other motions continued by Order of this Court on September 28, 2006, entered on September 29, 2006 (Doc. No. 1258) with that briefing schedule applying to the Motion to Dismiss (Doc. 825) as well.

New Orleans, Louisiana, this   2nd  day of October, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE