FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 29  PM 4:20

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| PERTAINS TO: | * | JUDGE DUVAL |
| O'Dwyer C.A. No. 05-4181 | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action No. 05-4181:

> Maureen O'Dwyer
> Alexis O'Dwyer Navarro
> Shirley D. O'Dwyer
> Lisa Marie O'Dwyer
> Harold Joseph Gagnet
> Sally Egerton Richards
> Shane Porter and
> Stephanie Porter
> Interior Specialties LLC
> Shelia Jones Jordan
> Charles Edward Jordon
> Wayne M. Jones
> Gloria Agnes Griffin, individually and as Administration of the
>   Succession of her brother Stephen Williams, and on behalf of any
>   and all heirs, survivors, relatives and beneficiaries of the deceased
> Leticia Brown
> Jo Anna McLean

-1-

Fee_NOT PAID_
___ Process____
_X_ Dktd____
___ CtRmDep_____
___ Doc. No_____

Lee Davidson McLean III
Kathryn Frank
Richard Springer Favor
 And
Miriam McMichael Favor d/b/a The Garden Smith
Philip B. Alford
Gerald Pipes Guice
Beverly Anne Ferguson Guice
Madeleine Alise Guice
Kenneth Hastings Guice
Anthony Phillip Hende4rson
Louis Joseph O'Dwyer, Jr.
Maurleen M. O'Dwyer
Aaron Jacob O'Dwyer
Henry Grady Hardy, Jr.
Letizia Hardy
Jane Veronica Hardy
Brian Southerland Hardy
Martin Ramos
Richard Ehret
Leslie Ehret
Anthony Phillip Henderson
Frances Y. Bellerino
Louise J. Young
Edward R. Young
 And
Veronica F. Young d/b/a Floor Crafters Wood Interiors
Joseph Rauchwerk
Cheryl Sweat Rauchwerk
Marilyn Von Schmidt
Susan G. Jeanfreau, M.D.
Wallace E. Jeanfreau, M.D.
Robert J. Jeanfreau, M.D.
Jerry Victor Jacob
Gloria Pohlman Hecker
Joseph W.P. Hecker, in proper person
Nicholas S. Lindner
Ruth B. Ragas
Paul J. Ragas
Jason P. Ragas
Walter J. Morgan
Katie L. Ragas
Arthur Tracy Abel
Kathleen C. Abel
Kitty B. Hoffman
Craig Anthony Miller

**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**
**Jimmie Martin**

Harry Nobles
Alma Sanders
Barbara Sanders
Albertha Skinner
Gilda Skinner
Irinika Skinner
Irvin Skinner
Brandon Smith
Felix Augustin
Pauline Augustin
Cynthia Bell
Rhona Causey
Winnette Lang
Ferdinand Leon
Lydia Leon
Caroll Denesse
Lucien Denesse
Ashley Navarre
Doreine Navarre
Melvin Navarre
Sylvia Byrd
William Byrd
Blair Bundy
Dawn Bundy
Jill Bundy
John Collins
Sherlene Collins
Janice Collins, on her own behalf and on behalf of her son,
  John Henry Collins
Jamie Collins, on her own behalf and on behalf of her son,
  Jacobi Glover
Mitchell Armour
Vanessa Carter
Kerry Carter
Joshua Billon and his spouse,
 Monica Billon, on their own behalf and on behalf of their minor
 Children,
  Isaiah Billon and
  Monica Billon
Betty Christy
De-Fean Christy
La-Shawn D. Robinson
Patricia Granger, on her own behalf and on behalf of her daughter
  Tomika Edwards
Charmeine Jefferson, on her own behalf and on behalf of her children,
  Lemor James,

    Ariel James,
    Yolanda Jefferson, and
    Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her children,
    Yasemine and
    Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
    Karim Kemp
    Karen Kemp
    Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
    Dajohon Recasner,
    Kurshell Recasner and
    Charleston Recasner
    Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Erica Kemp
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
    Emanuel Bundy
    Shekinah Bundy
    Jane Bundy, and
    Blair Bundy, Jr.

Roxchell Panika Santee', on her own behalf and on behalf of her minor son,
   Tyree Santee'
Samuel Bourne
Nicole Bryan
Alton J. Crowden, on his own behalf and on behalf of his minor children,
   Cameron Crowden and
   Kelli Crowden
Ashley Navarre
Shana Patterson
Keana Quinn
Niketsa Ramsey, on her own behalf and on behalf of her minor children,
   Desmonisha Ramsey,
   Kenyel Rochon and
   Desmond Ramsey
Darylynn Ramsey
Julie Ramsey, on her own behalf and on behalf of her minor children,
   Dalisha Ramsey and
   Charli Ramsey
Robert Rhone
Joshua Smith
Cynthia Tibbet, on her own behalf and on behalf of her children,
   Brittany Tibbet,
   Sidney Tibbet,
   Chelesa Tibbet, and
Janice Tollins, on her own behalf and on behalf of her minor son,
   John Tollins
Glenda Medina
Michele Elizabeth Omes
Jim Richard Pazos
Avery Scott
Frank Duncan Macpherson Strachan III
Joshua Dillon and his spouse,
Monica Dillon, on their own behalfs and on behalf of their minor children,
   Isaiah Dillon and
Monica Pollard
Donald G. Deaton
Pamela A. Morgan
Frank Butler, Jr., on his own behalf And on behalf of his minor children,
   Frank Butler III,
   Charles Butler and
   Tachmonite Butler

Lorenzo Butler
Alonzo W. Butler and his spouse,
Laquinta Butler, on their own behalfs and on behalf of their minor children,
   Alonzo W. Butler, Jr.
   Jasmyn Butler, and
   Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor child,
  Dasia Washington
Mercedes Ann Washington
Roy Junior Washington
Tony Green
Eva McGee
Levi Johnson
Patricia Johnson
Lequecia Bunn, on her own behalf and on behalf of her minor child,
  Jada Gibson
Imelda Johnson
Michael Johnson
Mulkina Coates, on her own behalf and on behalf of her minor children,
  Keshina Coates and
  Malik Coates
Benjamin Morgan
Chandra Maxon, on her own behalf and on behalf of her minor children,
  Byron Maxon,
  Darianne Maxon,
  Janea Maxon,
  Willie Maxon,
  Devante Maxon, and
  Chandray Maxon

Marylyn Maxon, on her own behalf and on behalf of her minor children,
  Shancanacia Maxon,
  Ravanell Maxon, and
  Robert Maxon
Lois Torregano
Loisha Breaux, on her own behalf and on behalf of her minor children,
  Loishell Williams and
  Mikayla Breaux
Vanesa Davis
James Cook
Daniel Davis
Joan A. Miller
Linda Boyd, on her own behalf and on behalf of her minor children,
  Caress Boyd, and
  Charles Boyd
Elijah Washington
Keineisha Richard, on her own behalf and on behalf of her minor children,
  Marlon Richard,
  Marcel Richard, and
  Emyjah Washington
Anthony Barnes
Janice Barnes
Shena Barnes
Falish Barnes
Melanie Barnes
Darryle Lee Johnson, Sr.
Tameko Benjamin, on her own behalf and on behalf of her minor children,
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
Delilah Milton
Kimmie Ferdinand
Ashley Ferdinand
Cornell Batiste
James Hollins and his wife,
Lakvina Coates, on their own behalf and on behalf of their minor children,
  Semaj Hollins, and
  Jamaya Hollins
Tamaya Coates
Maria Washington, on her own behalf and on behalf of her minor children,

   Janisha Washington,
   Andrew Washington,
   Charles Washington, and
   Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
   Jamay Johnson
   Lakeisha Fernandez, on her own behalf and on behalf of her minor child,
   Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor children,
   Kavon Lang, and
   Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
   Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor children,
   Shaune Bakewell, and
   LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,
   Victor Lyn Morgan
   Pamelor Morgan
   Vicknesha Morgan, and
   Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor children,
   Shaune Bakewell, and
   LaShay Johnson

David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
  Aaron Pulliam and
  Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
  Natiasha Lewis and
  Shaila Lewis
Christoopher Patterson, and his spouse,
  Linda Johnson, on their own behalfs and on behalf of their minor children,
  Christopher Edward Patterson, Jr. and
  Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
  Sherman Singleton
  Shermont Singleton and
  Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
  Rodney James, Jr. and
  Alexis James
Robert Young
Cornelius Young

Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
  Charles Arington
  Tyriel Arington and
  Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
  Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
  William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,
  Caliyah Porter and
  Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor children,
  Eric Arrington and
  Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
  Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
  Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,
  Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor
Marsha Taylor

Erica Kemp
Latonya Caldwell, on her own behalf and on behalf of her minor children,
  Onyell Caldwell and
  Charles Dears
Larose Taylor
Stephan Sawyer
Ms. Eprsy Livas
Brandon Livas
Clifford Coates
Tammie Chattman, on her own behalf and on behalf of her minor children,
  Rudarion Chattman
  Randel Chattman, and
  Joseph Chattman
Linzie Brown
Emargie C. Brumfield
Leonard Brumfield
Brandon Carr
Jessie Arbuthnot
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc
Michael LeBlanc and his spouse,
  Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,
  Mika Jane LeBlanc
Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,
  Jamechia Smith, and
  Diamond Beam
Michael Gaines
William B. English, Jr.
Rosaria English
Hazel McGuire
Mary H. Johnson
Jerry Matthews
Dennis Jones, Jr.
Raquel Roth, on her own behalf and on behalf of her minor children,
  Dennis Jones III and
  Kellie Ann Jones
Linda Roth
Toya Roth, on her own behalf and on behalf of her minor children,
  Jerrell White and
  Terrell Roth

Courtney Little, on her own behalf and on behalf of her minor children,
  Tezanne Allen,
  Rashad Little, and
  Fabian Earls, Jr.
Reynell Santee, and his spouse,
  Tawana Rayford, on their own behalfs and on behalf of their minor children,
  Ranisha Rayford,
  Wynell Rayford, and
  Reynell Rayford
Darron Meyers
Troylyn Meyers, on her own behalf and on behalf of her minor children,
  Keiera Minor and
  Ashley Meyers, and on behalf of her grandchild,
  Daniah Williams
Roxchell Santee, on her own behalf and on behalf of her minor child,
  Tyree Santee
Phillip Lazard
Marguerite Lazard
Joel Frank
Juliet Johnson
Ronald Rome
Aunna Johnson, on her own behalf and on behalf of her minor children,
  Darryl Johnson and
  Carlos Johnson
John Washington
Bernadine Washington
Wanda Washington
Alexis Washington
Hazel Taylor
Christina Taylor
Sophia Taylor, on her own behalf and on behalf of her minor child,
  Alex Taylor
Yolanda Washington, on her own behalf and on behalf of her minor children,
  Alecia Washington,
  Alacia Washington and
  Tyrell Washington
Tyronne Washington
Bruce Washington
Larry Rowe
Dianne Santee
Toni Santee, on her own behalf and on behalf of her minor children,

Paris Johnson,
Traychell White and
Kani Santee
Reynell Santee and his spouse,
Tawana Rayford, on their own behalf and on behalf of their minor children,
Ranisha Rayford,
Wynell Rayford and
Reynell Rayford
Kelly Simon
Robert Santee
Diana Santee, on her own behalf and on behalf of her minor children,
Timothy Santee,
Marvin Santee,
Ireal Santee,
Tiffany Santee,
Teianna Santee
Teriane Santee and
Niecal Santee
Wilson Ricks
Brent Smith, Jr., on his own behalf and on behalf of his minor child,
Brent Smith III
Michael Gaines
Kim Gaines, on her own behalf and on behalf of her minor children,
Jamechia Smith and
Diamond Beam
Victor Moore and his spouse,
Pamelyn Morgan, on their own behalf and on behalf of their minor children,
Victor Lyn Morgan,
Pamelor Morgan,
Vicknesha Morgan and
Victoria Moore
Louise Ragas
Fayann Ragas
Terrill Morris
Linda Morris
Vanesa Davis
James Cook
Daniel Davis
Jeanette Williams
Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church
Mary P. Mingo
Rachel Goldsmith
Gayle LeBlanc

Michael LeBlanc, and his spouse,
  Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,
  Mika Jane LeBlanc
Jessie Arbuthnot
Curtis Coleman, Sr.
Curtis Coleman, Jr.
Jerome Coleman
Keith Coleman
Carnese Williams
Raymond Hunter
William Hunter
Andrew Williams
Eric Williams
Winston Williams
Paul Mosley, Sr.
Paul Mosley, Jr.
Brandon Mosley
Hope Mosely
Shaqual Mosley
Shannel Mosely
Ivan Mosley
Betty Mosley
Margarite Rochon
Raymond Hunter
Naomi Hunter
Wilson M. Simmons
Procula D. Simmons
Tammy Amos
Michael Green
Ronald M. Farve, on his own behalf and on behalf of his minor daughter,
  Rhonda Farve
Renee' Farve, on her own behalf and on behalf of her minor children,
  Jalicia Slick,
  Darvell Burgess and
  Dwight Clark
Silas Battie
Wrenel Hill
Janice Hill
Shinedel Hill
Janet Ausbrook, on her own behalf and on behalf of her mother,
  Anna Ausbrook, and her brother,
  James Ausbrook
Trenese Simon, on her own behalf and on behalf of her minor daughter,

    Lashal Simon
    Jocelyn Causey
    Shelita Simon, on her own behalf and on behalf of her minor children,
      Roger Simon,
      Rogerrikka Simon,
      Terrell Simon,
      Terrell Byrd and
      Tyrell Byrd
    Coleen Mooney
    Paul Mosely
    Judith Chauppette
    Tarita B. Smith, on her own behalf and on behalf of her minor children,
      Byron Smith and
      Royce Smith
    Trey McCrory
    Ether Bullock, on her own behalf and on behalf of her minor grandson,
      Tharnell Bullock
    Charles Terrell
    Evelyn McDowell, on her own behalf and on behalf of her deceased mother,
      Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,
      Gino McDowell, her minor grandson,
      Bishop Thomas, minor nephew,
      Lewis Johnson, and minor niece,
      Jaleesa Robinson

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the September 22, 2006 Order and Reasons of the Honorable Stanwood R. Duval, Jr., a copy of which is appended hereto and marked for identification as Exhibit No. 1.

                          Respectfully submitted,

                          LAW OFFICES OF
                          ASHTON R. O'DWYER, JR.

                          By: _____
                              Ashton R. O'Dwyer, Jr.
                              In Proper Person
                              Bar No. 10166

One Canal Place<br>
365 Canal Street<br>
Suite 2670<br>
New Orleans, LA 70130<br>
Telephone: (504) 561-6561<br>
Facsimile: (504) 561-6560

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 29th day of September 2006.

_[signature]_