# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K"(2)
§ JUDGE DUVAL
§ MAG. WILKINSON
§
§
PERTAINS TO: §
INSURANCE  (06-1672, 06-1673, 06-1674) §
§
AND HUMPHREYS (06-0169) §

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -2  PM 4:28

LORETTA G. WHYTE
CLERK

## ORDER

Considering the foregoing Consent Motion for Extension of Time to File Responses/Oppositions to Motions (Doc. No. 1145),

**IT IS ORDERED** that the Consent Motion For Extension Of Time To File Responses/Oppositions To Motions (Doc. No. 1145) is **GRANTED**.

**IT IS FURTHER ORDERED** that the briefing schedule set forth by this Court's August 28, 2006 Order (Doc. No. 1029) is hereby **AMENDED** and the following briefing schedule shall apply to all motions set in the August 28, 2006 Order (Doc. No. 1029):

Oppositions to all motions subject to this order (Doc. Nos. 39, 903, 923, 932, 936 and 939) shall be filed **no later than September 26, 2006 at 5:00 p.m.**

Reply briefs thereto shall be no longer than 10 pages and shall be filed **no later than October 16, 2006 at 5:00 p.m.**

New Orleans, Louisiana, this 29th day of September, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____