Representative Policyholders have alleged a valid claim for relief against those Insurance Company Defendants who, in directly selling their policies to Representative Policyholders, acted as brokers to the policyholder and, consequently, had a fiduciary duty to the policyholders.

IV. **CONCLUSION**

For all of the foregoing reasons, Defendants' Motions to Dismiss should be denied in their entirety.

Respectfully submitted,

_____
Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
FAYARD & HONEYCUTT, APC
519 Florida Avenue, SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

-and-

John N. Ellison *(Pro Hac Vice)*
Darin J. McMullen *(Pro Hac Vice)*
ANDERSON, KILL, AND OLICK
1600 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone: (215) 568-4202
Facsimile: (215) 568-4375

-and-

Drew Ranier (La. Bar Roll No. 8320)
N. Frank Elliot III (La. Bar Roll No. 23054)
Larry D. Dyess (La. Bar Roll No. 19555)
RANIER, GAYLE & ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Telephone: (337) 494-7171
Facsimile: (337) 494-7218

and-

Joseph J. McKernan (La. Bar Roll No. 10027)
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

and-

Joseph Bruno (La. Bar Roll No. 3604)
David S. Scalia (La. Bar Roll No. 21369)
BRUNO & BRUNO L.L.P.
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

and-

Matt Schultz *(Pro Hac Vice)*
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7140
Facsimile: (850) 436-6123

**ATTORNEYS FOR REPRESENTATIVE POLICYHOLDERS**

# TABLE OF AUTHORITIES

## CASES

Aetna Casualty & Surety Co. v. Haas,
  422 S.W.2d 316 (Mo. 1968) .................................................................................. 35

Andover Newton Theological School, Inc. v. Continental Casualty Co.,
  930 F.2d 89 (1st Cir. 1991) .................................................................................... 34

Atwater Creamery Co. v. Western National Mutual Insurance Co.,
  366 N.W.2d 271 (Minn. 1985) ................................................................................. 5

Bellizan v. Easy Money of La., Inc., 2001 WL 121909 (E.D. La. 2001) ................. 3

Billiot v. Terrebonne Parish Sheriff's Office,
  735 So.2d 17 (La. App. 1st Cir. 1999) ..................................................................... 9

Breland v. Schilling,
  550 So.2d 609 (La. 1989) ......................................................................................... 4

Brinston v. Automotive Casualty Insurance Co.,
  703 So.2d 813 (La. App. 4 Cir. 2002) .................................................................... 38

Cadwallader v. Allstate Insurance Co.,
  848 So.2d 577 (La. 2003) ........................................................................ 4, 7, 10, 31

Calogero v. Safeway Insurance Co. of Louisiana,
  753 So.2d 170 (La. 2000) ....................................................................................... 38

Carrier v. Reliance Insurance Co., 759 So.2d 37 (La. 2000) ............................... 10

Champion International Corp. v. Liberty Mutual Insurance Co.,
  129 F.R.D. 63 (S.D.N.Y. 1989) ............................................................................... 34

Cincinnati Insurance Co. v. Clark,
  No. 91-0820, 1992 U.S. Dist. LEXIS 2054 (E.D. Pa. Feb. 18, 1992) ............. 34

City of New Orleans v. United Gas Pipeline Company,
  517 So.2d 145 (La. App. 4th Cir. 1987) ................................................................ 43

Defazio v. City of Baton Rouge,
  625 So.2d 733 (La. App. 1st Cir. 1993), writ denied, 631 So.2d 1164
  (La. 1994) ................................................................................................................ 38

Doerr v. Mobil Oil Corp.,
  774 So.2d 119 (La. 2000) ............................................................................ 4, 23, 30

Employers' Liability Assururance Corp. v. Enos Coal Corp.,
   457 F.2d 402 (7th Cir. 1972) ............................................................................... 9

Evana Plantation, Inc. v. Yorkshire Insurance Co., 58 So.2d 797 (Miss.
   1952) ................................................................................................................ 19

Garcia v. St. Bernard Parish School Board,
   576 So.2d 975 (La. 1991) ................................................................................... 4

Gibbs Construction Company, Inc. v. Thomas, 500 So.2d 764 (La. 1987) .......... 43

Glens Falls Insurance Co. of Glens Falls, N.Y. v. Linwood Elevator,
   130 So.2d 262 (Miss. 1961) .............................................................................. 19

Grace v. Lititz Mutual Insurance Co.,
   257 So.2d 217 (Miss. 1972) ........................................................................ 27, 38

Graham v. Public Employees Mutual Insurance Co.,
   656 P.2d 1077 (Wash. 1983) ............................................................................ 18

Halter v. Allmerica Fin. Life Ins. & Annuity Co., 1998 WL 516109 (E.D. La.
   Aug. 19, 1998) .................................................................................................. 44

Harris v. Fontenot,
   606 So.2d 72 (La. App. 3d Cir. 1992) ............................................................... 38

Hendricks v. American Employers Insurance Co.,
   176 So.2d 827 (La. Ct. App. Cir. 2 1965) ........................................................... 9

Holden v. Connex - Metalna, 2001 WL 96413 (E.D. La.) .................................... 4

Howell v. State Farm Fire & Casualty Co.,
   218 Cal. App.3d 1446 (Cal. App. 1st Dist. 1990) ............................................. 16

Husband v. Lafayette Insurance Co.,
   635 So.2d 309 (La. App. Cir. 5 1994) ......................................................... 30, 31

Kane v. Royal Insurance Co. of America,
   768 P.2d 678 (Colo. 1984) ................................................................................ 12

Lake Charles Harbor & Terminal District v. Imperial Casualty & Indemnity
   Co.,
   857 F.2d 286 (5th Cir. 1988) ............................................................................. 31

Land Offshore Company v. Martin,
   469 So.2d 1177 (La. App. 3 Cir. 1985) ............................................................. 40

Leonard v. Nationwide Mutual Insurance Co.,
   438 F. Supp. 2d 684 (S.D. Miss. 2006) ....................................................... 23, 31

Lorio v. Aetna Insurance Co.,
 232 So.2d 490 (La. 1970) ............................................................................................. 18

Louisiana Insurance Guaranty Association v. Interstate Fire & Casualty
 Co.,
 630 So.2d 759 (La. 1994) ........................................................................................ 4, 14

Makofsky v. Cunningham,
 568 F.2d 1223 (5th Cir. 1978) ............................................................................... 39, 43

Marcel v. Allstate Insurance Co.,
 536 So.2d 632 (La. App. 1st Cir. 1988), writ denied, 539 So. 2d 631
 (La. 1989) .................................................................................................................. 38

McDill v. Utica Mutual Insurance Co.,
 475 So.2d 1085 (La. 1985) ......................................................................................... 38

McMillon v. Corridan, 1988 WL 560334 (E.D. La. 1998) ....................................................... 3

Murray v. State Farm Fire & Casualty Co.,
 509 S.E.2d 1(W. Va. 1998) ................................................................................ 4, 10,
14, 16

National Life Corporation v. Benedict and Myrrick,
 371 So.2d 792 (La. 1979) ........................................................................................... 43

Nestle Foods Corp. v. Aetna Casualty & Surety Co.,
 135 F.R.D. 101 (D.N.J. 1990) .................................................................................... 35

Nerness v. Christian Fidelity Life Insurance Co.,
 733 So.2d 146 (La. App. Ct. 1999) ............................................................................ 34

In re: Northeast Enterprises, Inc. v. Allstate Insurance Co., No. 91-15394,
 1992 U.S. Dist. LEXIS 4800 (Bankr. E.D. Pa. Apr. 9, 1992) .................................... 34

Peterson v. Schimek,
 729 So.2d 1024 (La. 1999) ......................................................................................... 32

Roach-Strayhan-Holland Post No. 20, America Legion Club, Inc. v.
 Continental Insurance Co., 112 So.2d 680 (La. 1959) .......................................... 18, 19

Rodriguez v. United States,
 66 F.3d 95 (5th Cir. 1995) ............................................................................................ 3

Sea Trek v. Sunderland Marine Mutual Insurance Co.,Ltd.,
 757 So.2d 805 (La. App. Cir. 3 2000) ........................................................................ 25

Shell Offshore, Inc. v. Marr, 916 F.2d 1040 (5th Cir. 1990) .............................. 42

Sherwood v. Stein, 259 So.2d 876 (La. 1972) ............................................... 4

South Central Bell Telephone Co. v. Ka-Jon Food Stores, Inc.,
    644 So.2d 357, vacated on other grounds, 644 So.2d 368 (La. 1994) ........ 33

Sterling v. U.S. Agencies Casualty Co.,
    818 So.2d 1053 (La. App. 4 Cir. 2002) ................................................. 38

St. Paul Insurance of Bellaire v. Afia Worldwide Insurance,
    937 F.2d 274 (4th Cir. 1991) ............................................................... 3

Sudwischer v. Estate of Hoffpauir,
    705 So.2d 724 (La. 1997) ................................................................... 38

Talley v. Blue Cross Blue Shield of Louisiana,
    760 So.2d 1193 ......................................................................... 9, 11, 25

Theriot v. Midland Risk Insurance Co., 664 So.2d 547 (La. App. 3 Cir.
    1995) reversed on other grounds, 694 So.2d 184 (La. 1997) ................... 38

Tuepker v. State Farm Fire and Casualty Co., 2006 WL 1442489 (S.D.
    Miss.) ............................................................................................ 23, 25

Western Assurance Co. v. Hann,
    78 So. 232 (Ala. 1917) ....................................................................... 19

Yount v. Maisano,
    627 So.2d 148 (La. 1993) ................................................................... 4

## STATUTES AND CODES

44 C.F.R. § 59.1 ........................................................................................ 11, 12

44 C.F.R. § 61.4 ........................................................................................ 12

Civ. Code Arts. 1759 ................................................................................. 39, 41

Civ. Code. Art. 2053 ................................................................................. 4, 23

Civ. Code Art. 1983 ................................................................................... 39, 41

Louisiana Civ. Code art. 7 .......................................................................... 40

La. R.S. § 5 ............................................................................................... 40

La. R.S. § 10:1-203 ................................................................................... 40

PHIDOCS-50644.1

La. R. S. 22:658.2 .................................................................................. 24, 37, 38

La. R.S. 22:1220 ..................................................................................... 36, 40, 41

La. R.S.10:1-201(19), 1-203 ................................................................................ 40

## MISCELLANEOUS

5 Litvinoff, The Law of Obligations ........................................................................ 39

Litvinoff, Good Faith, 71 Tulane Law Rev. 1645 ................................................... 39

Litvinoff, Stipulation As To Liability And As To Damages, 52 Tulane Law Rev. 258 ................................................................................................................. 41

Keeton, Insurance Law Rights at Variance with Policy Provisions, 83 Harv. L. Rev. 961 .................................................................................................. 5

VI Planiol et Ripert, Trait Pratique de Droit Civil Franais 510 .............................. 41

Weill et Terr, Droit Civil:Les Obligations 397 ........................................................ 41

2 Starck, Droit Civil: Les Obligations 468 .............................................................. 42