# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: MRGO, *Robinson* (06-2268)

## ORDER

Having considered Defendant United States of America's Ex Parte/Consent Motion for Leave to File Reply in Support of Motion to Dismiss in Excess of 10 Pages, finding no opposition thereto, and for good cause shown, it is hereby ORDERED that Defendant United States of America is granted leave to file its Reply in Support of its Motion to Dismiss with an additional 25 pages beyond the 10-page limit in the Local Rules.

New Orleans, Louisiana, this 2nd day of October, 2006.

Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Doc. 1146