

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP 29 PM 1:59
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| THIS DOCUMENT RELATES TO: ALL CASES | * | |

### PLAINTIFFS LIASION COUNSEL AND DEFENDANTS LIAISON COUNSEL'S JOINT MOTION TO EXTEND DEADLINE FOR LIAISON COUNSEL TO SUBMIT PRELIMINARY COMPREHENSIVE PLAN

**NOW INTO COURT**, come Plaintiffs Liaison Counsel, Joseph Bruno, and Defendants Liaison Counsel, Ralph S. Hubbard III, who respectfully aver as follows:

I.

Pursuant to the Court's Minute Entry of June 15, 2006, Plaintiffs and Defendants Liaison Counsel are to submit a preliminary comprehensive plan to the Court on or before October 2, 2006.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep._____
___ Doc. No_____

1

II.

Plaintiffs and Defendants Liaison Counsel aver that judicial economy would be best served if the preliminary comprehensive plan is submitted after this Honorable Court issues its rulings on the dispositive motions currently under submission and/or scheduled for hearing in the immediate future. Whether or not certain defendants remain parties to the litigation significantly impacts the development of a preliminary comprehensive plan.

**WHEREFORE**, Plaintiffs and Defendants Liaison Counsel pray that this Court enter an order extending the deadline for them to submit a preliminary comprehensive plan to December 8, 2006.

Respectfully submitted, this 28th day of September, 2006.

_____
RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

And

JOSEPH BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 20, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.

3