| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| Plaintiffs, | * | |
| | * | SECTION "K" |
| VERSUS | * | |
| | * | JUDGE DUVAL |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL. | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Defendants. | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| ALL CASES | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Extend Deadline for Liaison Counsel to Submit Preliminary Comprehensive Plan filed by Plaintiffs Liaison Counsel and Defendants Liaison Counsel,

**IT IS HEREBY ORDERED** that the deadline contained in the June 15, 2006, Minute Entry requiring Plaintiffs and Defendants Liaison Counsel to submit a preliminary comprehensive plan to the Court on or before October 2, 2006, be and is hereby extended to December 7, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

New Orleans, Louisiana
this 3rd day of October, 2006.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____