

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | SECTION "K" (2) <br> JUDGE DUVAL |
| RELATES TO: Docket Nos. 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 05-5140, 06-5142 | MAGISTRATE WILKINSON <br><br> RE: KATRINA LEVEES |

## O R D E R

NOW THEREFORE, the foregoing motion considered:

IT IS ORDERED that defendant, The Board of Commissioners for the Port of New Orleans, be and it is hereby granted ~~an extension of twenty (20) days from the date here~~ up to and including Oct. 17, 2006 of within which to answer except or otherwise plead.

New Orleans, Louisiana, this 29th day of September, 2006.

_____
UNITED STATES DISTRICT JUDGE

- 3 -