FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  PM 12: 12

LORETTA G. WHYTE
     CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER LUSCY DEANE, ET AL. | * | CIVIL ACTION NO. 06-6473 |
| VERSUS | * | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., LLC, ET AL. | * | MAGISTRATE (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CONSENT TO REMOVAL

Boh Bros. Construction Co., L.L.C., co-defendant in the above-captioned action, hereby consents to removal of the above-captioned action, as noticed by Modjeski and Masters, Inc., without waiving any right to service or to challenge service, and concurs in the basis for same, as per the Affidavit of Stanley A. Vicknair, Jr., attached hereto as Exhibit "A".

Respectfully submitted,

KINGSMILL RIESS, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, Louisiana  70170-3300
Telephone: (504) 581-3300
Facsimile:  (504) 581-3310
*Attorneys for Boh Bros. Construction Co., L.L.C.*

-1-

-2-

AND

Terrence L. Brennan (#3434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent to Removal has this day been served upon all counsel of record by hand, by fax, and/or by depositing same in the United States mail, postage prepaid and properly addressed this 3 day of October, 2006.

_____