## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME**, the undersigned authority personally came and appeared:

### STANLEY A. VICKNAIR, JR.

who, after being duly sworn, did depose and say:

1. This Affidavit is based on my personal knowledge and belief;

2. I was the Project Manager of Boh Bros. Construction Co., L.L.C. on Contract No. DACW 29-99-C-0064;

3. As Project Manager, I am familiar with Boh Bros.' performance pursuant to a construction contract entered into between Boh Bros. and the U. S. Army Corps of Engineers ("Corps") for driving of test piles at the Industrial Canal in the City of New Orleans, Louisiana (the "Project"). Said contact was designated DACW 29-99-C-0064;

4. As Project Manager of Boh Bros., I am also familiar with how the Corps administered the construction contract;

5. The Corps had direct and detailed control over the work of Boh Bros. in that the Corps occupied and staffed a full-time field office at the Project site and performed daily inspection of the work being performed by Boh Bros. to verify that the work was in compliance with the specifications of the Corps;

6. Prior to performing major items of work, as required by the Corps' contract, Boh Bros. was required to submit to the Corps for its approval the proposed methods of performing the work;



7.  Boh Bros. was also required to submit to the Corps for its approval the items of equipment it planned on using to perform the work;

8.  Prior to commencing work, preparatory meetings were held as required by the Corps to go over the submittals to verify and approve precisely how the work was to be performed;

9.  The Project was completed in May, 2000, and the Corps informed Boh Bros. that after inspection the Corps found that the work of Boh Bros. was done in accordance with the Project plans and specifications and was accepted, as per the Performance Evaluation issued on August 28, 2000.

_____
Stanley A. Vicknair, Jr.

Sworn to and subscribed before me

this _26_ day of _September_, 2006.

_____
Notary Public

Print name: __MICHAEL R.C. RIESS__

MICHAEL R. C. RIESS
LA. BAR # 2073
NOTARY PUBLIC
Parish of Orleans, State of Louisiana
My Commission is for Life

C:\DOCUME~1\ADMINI~1\LOCALS~1\Temp\060925 Affidavit of Stanley Vicknair.doc