OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM II: 07

LORETTA G. WHYTE
CLERK

Date: October 4, 2006

Sims Et al

vs.

Board of Commissioners et al

Case No.06-5116 Section K

Dear Sir:

    Please re-issue summons on the complaint to the following:

East Jefferson Levee District
203 Plache Court, Harahan, LA 70123

                    Very truly yours,

                    "Signature"

                    Attorney for Dr. Errol Quintal
                    909 Poydras Street 2300
                    New Orleans, Louisiana 70112

Fee_____
Process_____  BGQsms
Dktd_____
CtRmDep_____
Doc. No._____