OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 11: 07

LORETTA G. WHYTE
CLERK

Date: October 4, 2006

DePass Et al

vs.

Board of Commissioners et al

Case No. 06-5127 Section K

Dear Sir:

  Please re-issue summons on the complaint to the following:

  East Jefferson Levee District
  203 Plache Court, Harahan, LA 70123

Very truly yours,

"Signature"

Attorney for Dr. Errol Quintal
909 Poydras Street 2300
New Orleans, Louisiana 70112