OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM II: 06

LORETTA G. WHYTE
CLERK

Date: October 4, 2006

Bourgeois et al

vs.

Port of New Orleans et al

Case No.06-5131 Section K

Dear Sir:

Please re-issue summons on the complaint to the following:

1) CSX Transportation, INC

320 Somerulos Street, Baton Rouge, LA 70802

2) BNSF RAILWAY COMPANY

8550 United Plaza BLVD, Baton Rouge, LA 70802

Very truly yours,

"Signature"

Attorney for Dr. Errol Quintal
909 Poydras Street 2300
New Orleans, Louisiana 70112