OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: October 4, 2006

Williams et al

vs.

Port of New Orleans et al

Case No. 06-5137 Section K

Dear Sir:

Please re-issue summons on the complaint to the following:

Norfolk and Southern Railroad

8549 United Plaza Blvd, Baton Rouge, LA 70809

Very truly yours,

"Signature"

Attorney for Dr. Errol Quintal
909 Poydras Street 2300
New Orleans, Louisiana 70112