Case 2:05-cv-04182-SRD-JCW   Document 1311   Filed 10/02/06   Page 1 of 2



## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER LUSCY DEANE, et al.** | * | |
| *Plaintiffs* | * | **CIVIL ACTION NO. 06-6473** |
| **VERSUS** | * | |
| | * | **SECTION   "K"** |
| **BOH BROS. CONSTRUCTION CO., L.L.C. ET AL.** | * | |
| | * | **JUDGE: DUVAL** |
| *Defendants* | * | |
| | * | **MAGISTRATE: WILKINSON** |
| ****************************************** | * | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to Plaintiffs' Petition for Damages for a period of 20 days from its original due date of October 3, 2006 to October 23, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the Complaint, through the Louisiana Secretary of State, on September 12, 2006. Defendant, Modeski and Masters, Inc., removed this action on September 26, 2006. Pursuant to Federal Rule of Civil Procedure 81(c), St. Paul's current deadline for filing responsive pleadings is

October 3, 2006.  St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to Plaintiffs' Petition.  Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this Court and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

<div style="text-align: right;">
Respectfully submitted,

_____
**JOSEPH P. GUICHET, # 24441**
**RALPH S. HUBBARD, III, # 7040**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for St. Paul Fire and Marine**
**Insurance Company**
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 2ND day of October, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____