

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER LUSCY DEANE, et al. | * | |
| *Plaintiffs* | * | CIVIL ACTION NO. 06-6473 |
| | * | |
| VERSUS | * | SECTION   "K" |
| | * | |
| BOH BROS. CONSTRUCTION CO., L.L.C. | * | JUDGE: DUVAL |
| ET AL. | * | |
| *Defendants* | * | MAGISTRATE: WILKINSON |
| | * | |
| ****************************************** | * | |

## O R D E R

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), be and is hereby granted a twenty (20) day extension of time from its original due date of October 3, 2006, until October 23, 2006, within which to file responsive pleadings to Plaintiffs' Petition for Damages.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE