```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA
                              2006 OCT -4  PM 4:02
                                LORETTA G. WHYTE
                                     CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (O'DWYER, NO. 05-4181) | |

### ST. PAUL MARINE AND FIRE INSURANCE COMPANY'S ANSWER TO PLAINTIFFS' TWELFTH SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT**, through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), which, for its Answer to the Twelfth Supplemental and Amending Complaint (the "Twelfth Amended Complaint") filed by Plaintiffs Maureen O'Dwyer, et al. (collectively, the "Plaintiffs"), respectfully responds to the particular paragraphs of the Twelfth Amended Complaint as follows:

I.

Paragraph I of the Twelfth Amended Complaint contains no factual allegations directed at St. Paul or any other party and, consequently, requires no response. To the extent a response



may be deemed necessary, St. Paul denies the allegations in this paragraph for lack of sufficient information to justify a belief therein.

II.

Paragraph II contains no factual allegations directed at St. Paul or the Board of Commissioners for the Orleans Levee District (the "OLD") and, consequently, requires no answer from St. Paul. To the extent an answer is deemed necessary, St. Paul denies the allegations of Paragraph II for lack of sufficient information to justify a belief therein.

III.

Paragraph III contains no factual allegations directed at St. Paul or the OLD and, consequently, requires no answer from St. Paul. To the extent an answer is deemed necessary, St. Paul denies the allegations of Paragraph III for lack of sufficient information to justify a belief therein.

IV.

Paragraph IV contains no factual allegations directed at St. Paul or the OLD and, consequently, require no answer from St. Paul. To the extent an answer is deemed necessary, St. Paul denies the allegations of Paragraph IV for lack of sufficient information to justify a belief therein.

V.

St. Paul re-avers and re-alleges each and every answer and affirmative defense in its original pleadings as if pled herein *in extenso*.

VI.

The final paragraph of the Twelfth Amended Complaint contains no factual allegations against St. Paul but states only a prayer for relief. Consequently, this paragraph requires no

response from St. Paul. To the extent a response from St. Paul may be deemed necessary, St. Paul denies the allegations in this paragraph and affirmatively denies any liability to Plaintiffs.

**WHEREFORE,** defendant, St. Paul prays that this answer be deemed good and sufficient and that, after due proceedings are had, there be judgment herein in favor of St. Paul and against Plaintiffs (and members of the putative class), dismissing all of the claims of the Plaintiffs (and members of the putative class) against St. Paul, with prejudice, at Plaintiffs' (and members of the putative class') cost.

Respectfully submitted,

_____
RALPH S. HUBBARD III, T.A., Bar. #7040
JOSEPH P. GUICHET, Bar #24441
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine**
**Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 4th day of October, 2006.

_____

3