# GRADY, SCHNEIDER & NEWMAN, L.L.P.
### ATTORNEYS AND COUNSELORS
✦ ✦ ✦

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -4  AM 11: 49

LORETTA G. WHYTE
CLERK

October 3, 2006

<u>*Via Federal Express 8512 0022 2580*</u>

Attn: Ms. Bridget Gregory
Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Re:     Case No.: 06-5260; *Bobby L. Leduff, et al., Plaintiffs v. BOH Bros, Construction Company, Defendant*; In the United States District Court Eastern District of Louisiana.

---

Enclosed please find two copies of Summons for each of the Defendants in the above referenced case. Please complete as necessary and return to me in the enclosed package.

(x)     File among papers in the above cause.
(x)     File stamp the enclosed copy of same and return to the undersigned in the Reusable Fed-Ex Envelope with the tracking number of 8512 0022 3303.
( )     A filing fee is enclosed in the amount of $_____.
( )     Service requested and fee included for citation.
( )     Please note submission.
( )     Present to Judge for (hearing date and) signature.
( )     Demand for Jury.
(x)     By copy hereof, those persons whose names appear below are being notified of this filing.

Should you have any questions or comments, please feel free to call the office. If I am unavailable, please speak with my Legal Secretary, Margie Fisch.

Respectfully,

William T. Jones, Jr.

WTJ/mf
Enclosures

801  CONGRESS ✦ 4th  FLOOR ✦ HOUSTON, TEXAS ✦ 77002
TELEPHONE:  (713)  228-2200 ✦ FAX:  (713)  228-2210
WEBSITE:  WWW.GSNLAW.COM
EMAIL:  BJONES@GSNLAW.COM