FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -5 AM 10: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIMMY COCHRAN, SR. AND<br>CYNTHIA COCHRAN | * * * | CIVIL ACTION NO. 06-5785 |
| | * | SECTION: K |
| VERSUS | * | |
| | * | MAG. 2 |
| BOARD OF COMMISSIONERS FOR<br>THE ORLEANS LEVEE DISTRICT, ET AL | * | JUDGE: Stanwood R. Duval |

\* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO 28 U.S.C. §1447(b) REQUIREMENTS

In accordance with the requirements of 28 U.S.C. §1447(b) and this Court's local practice, B&K Construction Company, Inc., submits the following:

(1)  A list of all parties still remaining in this action:

    (a)  Jimmy Cochran, Sr.

    (b)  Cynthia Cochran

    (c)  Boh Bros. Construction Company, LLC

    (d)  Gulf Coast, Inc.

    (e)  Washington Group International, Inc.

    (f)  Virginia Wrecking Company, Inc.



- (g) Gulf Group, Inc. Of Florida
- (h) Modjeski and Masters, Inc.
- (I) C.R. Pittman Construction Company, Inc.
- (j) Pittman Construction Company of LA, Inc.
- (k) Burk-Kleinpeter, Inc.
- (l) Burk-Kleinpeter, LLC
- (m) B&K Construction Co., Inc.
- (n) Miller Excavating Services, Inc.
- (o) James Construction Group, LLC

(2) Copies of all pleadings, including answers, filed by the parties in state court: See attached.

(3) Copies of the return on service of process on the parties filed in state court: See attached.

**SEE FOLLOWING PAGE FOR SIGNATURE BLOCK**

Respectfully submitted,

*[signature]*

Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B&K Construction Co., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response to 28 U.S.C. §1447(b) Requirements (**without attachments** including copies of all pleadings, including answers, filed by those parties in state court and copies of the return on service of process on those parties filed in state court), has been served upon all counsel in this matter by United States mail, first class postage prepaid and properly addressed, on this 4th day of October, 2006.

*[signature]*

Betty F. Mullin

N:\DATA\K\03409023\Cochran\Response-1447-Notice.wpd