34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NUMBER: 107-942

DIVISION " "



JIMMY COCHRAN, SR. and CYNTHIA COCHRAN

VERSUS

BOH BROTHERS CONSTRUCTION CO., L.L.C. GULF COAST, INC. WASHINGTON GROUP INTERNATIONAL INC., VIRGINIA WRECKING COMPANY INC., GULF GROUP INC. OF FLORDIA, MODJESKI AND MASTERS INC., CR PITMAN AND CONSTRUCTION COMPANY INC., PITMAN CONSTRUCTION CO. OF LOUISIANA INC., BURK-KLEINPETER INC., BURK-KLIENPETER, L.L.C., B & K CONSTRUCTION COMPANY INC. MILLER EXCAVATING SERVICES INC., AND JAMES CONSTRUCTION GROUP, L.L.C.

FILED: AUG 23 2006
11:10 AM

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Jimmy Cochran, Sr. and Cynthia Cochran, both persons of the full age of majority, domiciled in the Parish of St. Bernard, State of Louisiana respectfully represents:

I.

The defendant, Boh Brothers Construction Company is a Louisiana Liability Company doing business in the Parish of Orleans, State of Louisiana. The defendant, Washington Group International Inc., is a non-Louisiana Corporation authorized to do and doing business in the State of Louisiana and the Parish of Orleans, that is domiciled in the State of Ohio, its principal place of business is in the State of Idaho and its Louisiana principal place of business is in Baton Rouge, Louisiana. The defendant, Virginia Wrecking Company, Inc., is a non-Louisiana Corporation authorized to do and doing business in the State of Louisiana and in the Parish of Orleans that is domiciled in the State of Alabama, its principal place of business in the State of Alabama and its Louisiana principal place of business in Jefferson Louisiana. The defendant, Gulf Group, Inc. of Florida is a non-Louisiana Corporation authorized to do and doing business

in the State of Louisiana and in the Parish Orleans, that is domiciled in the State of Florida and its principal place of business in the State of Florida and its Louisiana principal place of business in New Orleans, Louisiana. The defendant, Modjeski and Masters Inc. Florida is a non-Louisiana Corporation authorized to do and doing business in the State of Louisiana and in the Parish Orleans, that it is domiciled in the State of Pennsylvania and its principal place of business in the State of Pennsylvania and its Louisiana principal place of business in New Orleans, Louisiana. The defendant, CR Pittman Construction Inc., is a Louisiana Corporation that is domiciled in the Parish of Orleans and is doing business in the Parish of Orleans, State of Louisiana. The defendant, Pittman Construction Company of Louisiana is a Louisiana Corporation that is domiciled in the Parish of Orleans and doing business in the Parish of Orleans, State of Louisiana. The defendant, Burk- Kleinpeter, Inc., is a Louisiana Corporation that is domiciled in the Parish of Orleans and doing business in the Parish of Orleans, State of Louisiana. The defendant, Burk- Kleinpeter, L.L.C. is a Louisiana Limited Liability Company that is domiciled in the Parish of Orleans and doing business in the Parish of Orleans, State of Louisiana. The defendant, B& K Construction Company Inc., is a Louisiana Corporation that is domiciled in the Parish of St. Tammany and doing business in the Parish of Orleans, State of Louisiana. The defendant, Miller Excavating Services Inc., is a Louisiana Corporation that is domiciled in the Parish of St. Charles and doing business in the Parish of Orleans, State of Louisiana. The defendant, James Construction Group, L.L.C. is a non-Louisiana Limited Liability Company that is domiciled in the State of Florida and its principal place of business in the State of Louisiana and its Louisiana principal place of business in Baton Rouge, Louisiana.

II.

On August 29, 2005, Hurricane Katrina made landfall in Southeast Louisiana. On that same date, the levees protecting the Industrial Canal, the 17th Street Canal and the London Avenue Canals in New Orleans were breached as a direct and proximate result of the breach of these canal levees, your petitioners home in Violet, Louisiana was subjected to extensive flooding causing damages to your petitioners as further described below.

III.

The breach of the Industrial Canal, the 17th Street Canal and the London Avenue Canal levees was caused by inadequate and improper construction and maintenance of the levees. Moreover, the breach in the levees was a result of improper or negligent design, construction and maintenance of the levees and/or flood walls by the defendants name herein and/or by the weakening of the levees and/or flood walls caused by the negligence of the defendants while engaged in various other activities along these canals.

IV.

As a direct and proximate result of the breach of the levees and the subsequent flooding, described herein, your petitioners suffered extensive damage to their home, were displaced and required to purchase a new home, experienced and continue to experience severe physical and mental stress, loss of property and other damages.

WHEREFORE, your petitioners, pray that, after due proceedings had there be judgment herein in their favor and against the defendants, Boh Brothers Construction Company, L.L.C., Gulf Coast, Inc., Washington Group International Inc., Virginia Wrecking Company Inc., Gulf Group Inc. of Florida, Modjeski and Masters Inc., CR Pittman and Construction Company Inc., Pittman Construction Company of Louisiana Inc., Burk-Kleinpeter Inc., Burk-Kleinpeter, L.L.C., B & K Construction Company Inc., Miller Excavating Services Inc., and James Construction Group, L.L.C. in an amount which is reasonable in the premises, together with interest from date of judicial demand and for all costs of these proceedings.

Respectfully submitted:

STANGA & MUSTIAN
A Professional Law Corporation

BY: _____
WILLIAM R. MUSTIAN, III (# 9865)
3117 22nd Street, Suite 6
Metairie, Louisiana 70002
Telephone: (504) 831-0666
Facsimile: (504) 831-0726

PLEASE HOLD SERVICE: