34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. 107-042                    DIVISION "C"

JIMMY COCHRAN, SR. AND CYNTHIA COCHRAN

VERSUS

BOH BROS. CONSTRUCTION CO., L.L.C., ET AL

FILED: SEP 0 8 2006
@ 11:30 AM

_____
DEPUTY CLERK

### NOTICE OF REMOVAL

Notice is hereby given that on September 8, 2006, defendant, B&K Construction Co., Inc., filed a Notice of Removal in the United States District Court for the Eastern District of Louisiana, a copy of which is attached hereto.

In accordance with 28 U.S.C. §1446(d), this Court shall proceed no further with this case unless and until the case is remanded.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr., (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Facsimile: (504) 569-2999

Attorneys for B&K Construction Co., Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served upon all counsel in this matter by United States mail, first class postage prepaid and properly addressed, on this 8th day of September 2006.

_____
Betty F. Mullin

N:\DATA\K\03409023\Cochran\state court removal notice.wpd