JS 44 (Rev. 11/04)                           CIVIL COVER SHEET                               **06-5785**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JIMMY COCHRAN, SR. AND CYNTHIA COCHRAN

**DEFENDANTS**
See Attached

(b) County of Residence of First Listed Plaintiff  ORLEANS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

SECT. K MAG. 2

(c) Attorney's (Firm Name, Address, and Telephone Number)
WILLIAM R. MUSTIAN, III, ESQ.

Attorneys (If Known)
See Attached

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | / ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 810 Selective Service |
|  | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud |  | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | / ☐ 385 Property Damage Product Liability |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| XX 240 Torts to Land |  | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
|  |  | ☐ 550 Civil Rights |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition |  |  |  |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- XX 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC 1442(a)(1), 1441, 1331

Brief description of cause:
property damage caused by levee failure

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ unspecified    CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):    JUDGE Duval    DOCKET NUMBER 05-4182

DATE 9/7/06    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

## ATTACHMENT TO CIVIL COVER SHEET - PARTIES AND THEIR COUNSEL

1. **Plaintiff's Counsel**

   William R. Mustian, III, Esq.
   Stanga & Mustian
   3117 22nd Street, Suite 6
   Metairie, Louisiana 70002
   504-831-0666
   504-831-0726 FAX

2. **Defendant's Counsel**

   **Boh Brothers Construction Co., LLC**

   Terrence L. Brennan, Esq.
   Deutsch, Kerrigan & Stiles, L.L.P.
   755 Magazine Street
   New Orleans, Louisiana 70130-3672
   Telephone: (504) 581-5141
   Fax: (504) 561-1201
   E-mail: tbrennan@dkslaw.com

   Michael C. Riess, Esq.
   Charles "Chuck" B. Colvin, Esq.
   Kingsmill Riess, LLC
   201 St. Charles Avenue, Ste. 3300
   New Orleans, La. 70170-3300
   Telephone: (504) 581-3300
   Fax: (504) 581-3310
   E-mail: mriess@kingsmillriess.com
   ccolvin@kingsmillriess.com

   **Burk-Kleinpeter, Inc. and Burk-Kleinpeter, LLC**

   Charles F. Seemann, Jr.
   Deutsch, Kerrigan & Stiles, LLP
   755 Magazine Street
   New Orleans, La. 70130-3672
   Telephone: (504)581-5141
   Cellular: (504) 593-0608
   Fax: (504) 566-1201
   E-mail: cseemann@dkslaw.com

**Modjeski and Masters, Inc.**

Victor E. Stilwell, Jr.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130-3672
Telephone: (504) 581-5141
Fax: (504) 561-1201
E-mail: vstilwell@dkslaw.com

**Washington Group International, Inc.**

William D. Treeby, Esq.
Wayne J. Lee, Esq.
John Landis, Esq.
Heather S. Lonian, Esq.
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200
(Treeby direct line) 504 593-0807
(fax no.) 504 581-3361
E-mail: wtreeby@stonepigman.com
   wlee@stonepigman.com
   hlonian@stonepigman.com
   jlandis@stonepigman.com

**Virginia Wrecking Company, Inc.**

Thomas Gaudry, Esq.
Gaudy, Ranson, Higgins & Gremillion
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, La. 70056
Telephone: (504) 362-2466
Fax: (504) 362-5938
E-mail: tgaudry@grhg.net

2

Thomas W. Darling, Esq.
Wade A. Langlois, III, Esq.
Gaudy, Ranson, Higgins & Gremillion
888 Tara Blvd., Suite C
Baton Rouge, La. 70806
Telephone: (225) 231-4916
Fax: (225) 231-4917
E-mail: tdarling@grhg.net
         wlanglois@grhg.net

## C. R. Pittman Construction Company, Inc.

Gerald A. Melchiode, Esq.
Morrison Fowler, Esq.
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, La. 70139
Telephone: (504) 525-6802
Fax: (504) 525-2456
E-mail: jmelchiode@gjtbs.com
         mfowler@gtbs.com

## Pittman Construction Co. of LA, Inc.

Lawrence D. Wiedemann, Esq.
Wiedemann & Wiedemann
821 Baronne Street
New Orleans, Louisiana 70113
581-6180

## James Construction Group, LLC

Richard Tyler, Esq.
Emily Eagan, Esq.
Jones Walker, Waechter, Poitevent, Carrere & Denegre, LLP
201 St. Charles Avenue
New Orleans, La. 70170
Telephone: (504) 582-8000
Fax: (504) 582-8010
E-mail: rtyler@JonesWalker.com
         eeagan@joneswalker.com