

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABRAHAM YACOB, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | No. 06-5937 |
| | * | |
| BOARD OF COMMISSIONERS FOR | * | SECTION "K" |
| THE ORLEANS LEVEE DISTRICT, ET AL. | * | |
| | * | MAGISTRATE (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire and Marine Insurance Company, be and is hereby granted a twenty (20) day extension of time from its original due date of October 9, 2006, *that being October 30, 2006, a Monday,* within which to file responsive pleadings to Plaintiffs' Class Action Petition for Damages.

New Orleans, Louisiana, this 5th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE