FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -5 PM 2: 14

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO INSURANCE: <br><br> CHEHARDY, 06-1672, 06-1673, 06-1674 | * * * * * * * * * | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

### STATE FARM'S EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM IN EXCESS OF PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, comes Defendant State Farm Fire and Casualty Insurance Company ("State Farm"), who respectfully moves this Court for leave to file its Reply Memorandum in Support of Rule 12(b)(6) Motion to Dismiss in excess of Local Rule 7.8.1E's page limit. State Farm's Reply Memorandum is due to be filed October 16. However, this Court advised the parties that any requests for leave to exceed the page limit should be filed prior to the briefing deadline. Rec. Doc. 1002. Pursuant to Local Rule 7.8.1E, a reply memorandum shall not exceed 10 pages. State Farm requests that this Court allow State Farm to exceed that limitation and allow it to file a Reply Brief of not more than twenty (20) pages.



-1-

833303v.1

State Farm must respond to the arguments presented in plaintiffs' forty-four (44) page opposition memorandum which includes various arguments in support of plaintiffs' assertion that the "water damage" exclusion is inapplicable as well as in support of the viability of plaintiffs' bad faith and breach of fiduciary duty counts. In order to adequately address plaintiffs' opposition and because of the multiple claims and issues before the Court, an extension of the page limit to twenty (20) pages is warranted in this case. The additional pages will assist the Court in its consideration of State Farm's Rule 12(b)(6) Motion to Dismiss.

**WHEREFORE**, State Farm respectfully requests leave of Court to allow it to file a Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss in excess of the Local Rule 7.8.1E page limit, but not more than twenty (20) pages in length.

Dated this 5th day of October, 2006.

*/s/ Sarah H. Barcellona*
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
   WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Attorneys for State Farm Fire and
Casualty Company

833303v.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing State Farm's *Ex Parte* Motion and Memorandum for Leave to File in Excess of Page Limit has been served upon each counsel of record, via electronic mail or by United States mail, postage pre-paid and properly addressed, on October 5, 2006.

*/s/ Sarah H. Barcellona*