FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 10 AM 7:45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO INSURANCE: | * | |
| | * | |
| CHEHARDY, 06-1672, 06-1673, 06-1674 | * | |

## ORDER

Considering the foregoing motion, it is hereby ordered that State Farm Fire and Casualty Insurance Company is granted leave to file a Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss in excess of the Local Rule 7.8.1E page limit, but not more than twenty (20) pages in length.

New Orleans, Louisiana, this 5th day of October, 2006.

_____
JUDGE

833303v.1