AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 10 PM 12:47

LORETTA G. WHYTE
CLERK

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-4389 "S" (3)

K(2)

TO: THE BOARD OF COMMISSIONERS FOR THE
PORT OF NEW ORLEANS
1350 PORT OF NEW ORLEANS PLACE
NEW ORLEANS, LA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
_____
CLERK
*Cherie Bourgeois*
(BY) DEPUTY CLERK

august 23, 2006
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 10/6/06 |
|---|---|
| Service of the Summons and Complaint was made by me | |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Personal service on Joseph Fritz, Esq. Gen Counsel for Bd.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/6/06
         Date

Signature of Server

10/6/06

Address of Server

10/6/06

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.