# UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER LUSCY DEANE, ET AL** | * | **CIVIL ACTION** |
| | * | |
| | * | **NUMBER: 06-6473** |
| | * | |
| **VERSUS** | * | |
| | * | |
| | * | |
| **BOH BROS. CONSTRUCTION CO.,** | * | **SECTION: K** |
| **L.L.C., ET AL** | * | |
| | * | |
| | * | **MAGISTRATE: 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO REMOVAL

Defendant, C.R. Pittman Construction Company, by and through its respective attorneys, consents to the removal of the above referenced action, pending in the Civil District Court for Orleans Parish, State of Louisiana under Case No. 2006-9125 Division "K-3" reserving all rights to raise any exceptions, defenses, objections, defects in service, and any and all other deficiencies.

Respectfully submitted,

/s/ Gerald A. Melchiode
_____
GERALD A. MELCHIODE (#22525)
J. MARSTON FOWLER (#29717)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras St., 40th Floor
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Attorneys for C. R. Pittman Construction
Company**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of October, 2006 a copy of the foregoing was filed
electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be
sent to William J. Luscy, III, Esquire; Victor Elbert Stilwell, Jr., Esq.;  Francis J. Barry, Jr., Esq.;
and Keith J. Bergeron, Esq.,  by operation of the court's electronic filing system.

/s/ Gerald A. Melchiode
_____
**GERALD A. MELCHIODE**