UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C. SARGENT; LUCY T. SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR; MR. & MRS. H.J. BOSWORTH; ROTHFOS CORP. AND INTERAMERICAN COFFEE, INC. AND NOBLE AMERICAS CORPOR. | * * * * * * * * * * | CIVIL ACTION<br><br>NUMBER: 06-6642 |
| VERSUS | * * * | |
| THE SEWERAGE AND WATER BOARD OF NEW ORLEANS; THE CITY OF NEW ORLEANS; THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DIST.; MODEJESKI AND MASTERS, INC.; BOH BROS CONSTRUCTION CO., LLC; GULF GROUP, INC., C.R. PITTMAN CONSTRICTION CO., INC.; AND JAMES CONSTRCTION GROUP, LLC | * * * * * * * * * * * | SECTION: K<br><br>MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT TO REMOVAL

Defendant, C.R. Pittman Construction Company, by and through its respective attorneys, consents to the removal of the above referenced action, pending in the 24th Judicial District Court for Jefferson Parish, State of Louisiana under Case No. 635-94, reserving all rights to raise any exceptions, defenses, objections, defects in service, and any and all other deficiencies.

Respectfully submitted,

/s/ Gerald A. Melchiode
_____
GERALD A. MELCHIODE (#22525)
J. MARSTON FOWLER (#29717)
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras St., 40th Floor
New Orleans, LA 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Attorneys for C. R. Pittman Construction Company**

### CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to William E. O'Neil, Esquire; Don M. Richard, Esq.; Susan Molero Vance, Esq.; and Richard John Tyler, Esq., by operation of the court's electronic filing system.

/s/ Gerald A. Melchiode
_____
**GERALD A. MELCHIODE**