UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 11 PM 4:18

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE Duval<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE   (06-4065 - Adams, Cathy) | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, VIRGINIA WRECKING CO., INC.

**NOW INTO COURT**, come Plaintiffs in Cathy Adams, et al v. Boh Brothers Construction Co., et al, Docket No. 06-4065, on behalf of themselves and all other similarly situated and based upon the representations made to counsel for Plaintiffs by counsel for Defendant, Virginia Wrecking Co., Inc., move to dismiss their Complaint herein against Virginia Wrecking Co., Inc. without prejudice. Plaintiffs specifically reserve all rights against all other parties to this lawsuit and not dismissed herein. Defendant, Virginia Wrecking Co., Inc. has no objection to this motion.

**WHEREFORE**, Plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice Plaintiffs' Complaint as to Defendant, Virginia Wrecking Co., Inc. Plaintiffs specifically reserve their rights and causes of action against all other parties not dismissed herein.

Respectfully submitted,

A. J. Rebennack, Bar No. 18677
2202 Avenue B
Metairie, LA 70001
Telephone: 504-782-0512

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and forgoing has been mailed via first class U.S. Mail to all counsel of record on this _____ day of _____, 2006.

A. J. Rebennack