UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| | | * | |
| | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (06-4065 – Adams, Cathy) | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## MOTION FOR VOLUNTARY DISMISSAL OF
## DEFENDANT, VIRGINIA WRECKING CO., INC.

Plaintiffs in the matter entitled Cathy Adams, et al v. Boh Brothers Construction Co., et al, Docket No. 06-4065, on behalf of themselves and all others similarly situated have received representations for the Defendant, Virginia Wrecking Co., Inc. regarding the nature and extent of its involvement in the construction of levees and flood walls at issue in this matter.  Specifically, Virginia Wrecking Co., Inc. has represented that it did not design, construct, or maintain any levee on the 17th Street, London Avenue, or Industrial Canals.  Virginia Wrecking Co., Inc. performed no work on the Industrial Canal levee or flood wall. Virginia Wrecking Co., Inc.'s only involvement with the Industrial Canal was the demolition of the Galvez Street Wharf and an adjacent storeroom.  This work was performed at the end of Galvez Street on the west side of the Industrial Canal, and no breach occurred at this site.  Based upon these representations, Plaintiffs wish to dismiss their complaint without prejudice as against the above referenced defendant, Virginia Wrecking Co., Inc.  Plaintiffs specifically reserve all rights against all other parties not dismissed herein.