UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: | KATRINA CANAL BREACHES * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION * | NO. 05-4182 "K" (2) |
| | * | JUDGE Duval |
| | * | MAG. WILKINSON |

PERTAINS TO:

LEVEE   (06-4065 - Adams, Cathy)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs in the matter entitled Cathy Adams, et al v. Boh Brothers Construction Co, et al, Docket No. 06-4065, on behalf of themselves and all other similarly situated, through undersigned counsel, will bring on for hearing the attached Motion for Voluntary Dismissal on the ___1st___ day of ___November___, 2006, at __9:30 a.m.__ o'clock, or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2006.

_____
STANDWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
A. J. Rebennack, Bar No. 18677
2202 Avenue B
Metairie, LA 70001
Telephone: 504-782-0512

## CERTIFICATE OF SERVICE

I certify that a copy of the above and forgoing has been mailed, via first class U.S. Mail to all counsel of record on this _____ day of _____, 2006.

_____
A. J. Rebennack