*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT -6 PM 3:02
LORETTA G. WHYTE
CLERK*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.** | * | |
| | * | **CIVIL ACTION NO: 06-5164** |
| | * | |
| | * | **SECTION: K** |
| **VERSUS** | * | |
| | * | **MAGISTRATE: 2** |
| **AEGIS SECURITY INSURANCE COMPANY, ET AL.** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel of record, comes Fidelity and Deposit Company of Maryland, and respectfully moves this Honorable Court pursuant to Local Rule 3.15, to enter an Order granting Fidelity and Deposit Company of Maryland, an extension of time of 20 days in which to file responsive pleadings, since undersigned counsel has only been recently retained, has not received any pleadings and is in need of additional time in which to conduct an investigation necessary to properly respond; and on further suggesting that defendant has not previously requested an extension of time for the filing of responsive pleadings, and that no other party has filed an objection to such an extension in the record of this matter.



Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE**

BY: _____
**DOMINIC J. OVELLA, #15030**
E-mail Address: **novella@hmhlp.com**
**SEAN P. MOUNT, #27584**
One Galleria Blvd., Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
***Attorney for Defendant, Fidelity and Deposit Company of Maryland***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below at Metairie, Louisiana, this 5th day of October, 2006.

Joseph M. Bruno, Esq.
**Bruno & Bruno**
855 Baronne Street
New Orleans, Louisiana 70113

_____