FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13  AM 8:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE ABADIE, ET AL.** | * |
| | *   CIVIL ACTION NO: 06-5164 |
| | * |
| | *   SECTION: K |
| **VERSUS** | * |
| | *   MAGISTRATE: 2 |
| **AEGIS SECURITY INSURANCE** | * |
| **COMPANY, ET AL.** | * |

*********************************  *********************************

## ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, Fidelity and Deposit Company of Maryland, be and is hereby granted an extension of time of twenty (20) days in which to file responsive pleadings in the above entitled and numbered cause of action.

New Orleans, Louisiana, this ____ day of October, 2006.

_____
JUDGE