```
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LOUISIANA

                                            OCT 1 0 2006
                                    FILED

                                    LORETTA G. WHYTE
                                         CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | CIVIL ACTION NO. 06-5164 |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| AEGIS SECURITY INS. CO., ET AL. | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, come American Bankers Insurance Company of Florida, American Security Insurance Company, Standard Guaranty Insurance Company, and Voyager Indemnity Company and/or Voyager Insurance Company (hereinafter referred to as "Insurance Companies"), sought to be made defendants herein, and on suggesting to the Court that Insurance Companies were just recently served with a copy of the Citation and Petition in the above captioned and entitled litigation and that attorneys for Insurance Companies need additional time to review the matter and prepare appropriate defenses hereto, hereby move that this Honorable Court grant Insurance Companies an additional thirty (30) days, or until November 3, 2006, within which to file responsive pleadings in the above captioned and entitled litigation. Insurance Companies certify that there has been no previous extension of time to plead and that no opposing party has filed into the record any objection to the extension of time requested herein.

```
                                        ___Fee_____
                                        ___Process_____
                                         X  Dktd_____
                                        ___CtRmDep_____
                                           Doc.No._____
```

CERTIFICATE OF SERVICE

I hereby certify that I have on the 5th day of October, 2006, served a copy of the foregoing pleading on counsel for all parties to the proceeding, either by facsimile, hand delivery, email and/or mailing the same by United States mail, properly addressed, and first class postage prepaid.

/s/ Maria N. Rabieh
MARIA N. RABIEH

Respectfully submitted,

/s/ Maria N. Rabieh
SALLEY, HITE, RIVERA & MERCER, L.L.C.
**DAVID P. SALLEY (#19770)**
**MARIA N. RABIEH (#21037)**
365 Canal Street
One Canal Place, Suite 1710
New Orleans, Louisiana 70130
Phone: (504) 566-8805
Fax:    (504) 566-8828
Attorneys for defendants, American Bankers Insurance Company of Florida, American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Company and/or Voyager Insurance Company