FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13 AM 7:58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.** | * | **CIVIL ACTION NO. 06-5164** |
| **VERSUS** | * | **SECTION "K"** |
| **AEGIS SECURITY INS. CO., ET AL.** | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing;

IT IS ORDERED, ADJUDGED AND DECREED that American Bankers Insurance Company of Florida, American Security Insurance Company, Standard Guaranty Insurance Company, Voyager Indemnity Company and/or Voyager Insurance Company be and the same are hereby granted an additional thirty (30) days, or until November 3, 2006, to file responsive pleadings in the above captioned and entitled litigation.

New Orleans, Louisiana, this ___11___ day of ___October___, 2006.

_____
JUDGE

G:\LitOpen\20437\pld Mtn Ext tm.wpd

_____ Fee
_____ Process
__X__ Dktd
_____ CtRmDep
_____ Doc.No.