

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FLORA FLEMING, ET AL. | *  CIVIL ACTION 05-4182 |
| | *  |
| VERSUS | *  No. 06-5159  c/w |
| | *  |
| THE UNITED STATES OF AMERICA; THE | *  SECTION "K" |
| UNITED STATES ARMY CORPS OF | *  |
| ENGINEERS; ET AL. | *  MAGISTRATE 2 |
| | *  |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR
### EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to Plaintiffs' Complaint for Damages – Class Action ("Complaint") for a period of 20 days from its original due date of October 16, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the Complaint, through the Louisiana Secretary of State, on September 26, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), St. Paul's current deadline for filing responsive pleadings is October 16, 2006. St. Paul submits that it requires additional time to formulate a response in

order to appropriately respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

_____
JOSEPH P. GUICHET, T.A., La. Bar # 24441
RALPH S. HUBBARD, III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for St. Paul Fire and Marine Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____