UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FLORA FLEMING, ET AL. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | No. ~~06-5159~~ 05-4182 |
| | * | c/w 06-5159 |
| THE UNITED STATES OF AMERICA; THE UNITED STATES ARMY CORPS OF ENGINEERS; ET AL. | * | SECTION "K" |
| | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire and Marine Insurance Company, be and is hereby granted a twenty (20) day extension of time from its original due date ~~of October 16, 2006~~, within which to file responsive pleadings to Plaintiffs' Complaint for Damages – Class Action.

New Orleans, Louisiana, this 12 day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE