UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * * | MAGISTRATE JUDGE JOSEPH WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## REPLY BRIEF IN SUPPORT OF RULE 12(B)(6) MOTION BY LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

Defendant Louisiana Citizens Property Insurance Corporation ("LCPIC"), a non-profit corporation created by the Legislature (*LRS 22:1430, et seq.*) to operate residual market insurance programs for the State of Louisiana, has moved to dismiss Plaintiffs' Amended Complaint pursuant to Fed.R.Civ.Proc. 12(b)(6), Docket No. 903. The Chehardy Representative Policyholders ("Plaintiffs") filed memorandum in opposition on October 2, 2006, Docket No. 1278 to all defendants' Rule 12(b)(6) motions to dismiss, including that by LCPIC. LCPIC,

-1-

whose policies' language is somewhat different, responds to the memorandum in opposition by adopting the Consolidated Reply Brief in Support of Rule 12(b)(6) Motion to Dismiss of defendants The Standard Fire Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, AEGIS Security Insurance Company, The American Insurance Company, Lafayette Insurance Company, and the Hanover Insurance Company, as well as the Allstate Insurance Company and Allstate Indemnity Company's Reply Brief in Support of Motion To Dismiss, and the Reply Memorandum in Support of State Farm's Motion to Dismiss.  LCPIC has submitted the policies issued by the residual market insurance plan administered by LCPIC to those plaintiffs identified as its insureds in plaintiffs' *Amended and Restated Complaint*.

LCPIC's motion to dismiss pursuant to Rule 12(b)(6) should be granted, as its policies unambiguously excluded coverage for plaintiffs' claims for flood damage asserted herein.

        Respectfully submitted,

        BIENVENU, FOSTER, RYAN & O'BANNON


        BY:  *s/Gregory J. McDonald*
            JOHN W. WATERS, JR. T.A. (#13258)
            DAVID E. WALLE (#13199)
            GREGORY J. McDONALD (#1933)
            1010 Common Street, Suite 2200
            New Orleans, LA 70112-2401
            Telephone:  (504) 310-1500

| | |
|---|---|
| Fax: | (504) 310-1501 |
| Email: | Jwaters@bfrob.com |
| Email: | Dwalle@bfrob.com |
| Email: | Gmcdonald@bfrob.com |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, or depositing same in the United States Mail, postage pre-paid on October 16, 2006.

*s/Gregory J. McDonald*