

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 5 2006

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 3, 2006

Charles R. Fulbruge III
Clerk

No. 06-30840

cv 05-4182 k
cv 05-4181 k

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON
RICHARDS; STEPHANIE PORTER, doing business as Interior
Specialties LLC; SHEILA JORDAN JORDAN; ET AL

Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA, through its agencies &
instrumentalities the United States Army Corps of Engineers
and the Federal Emergency Mangaement Ageny (a/k/a Fema);
KATHLEEN BLANCO, Louisiana State Govenernor, both
individually & in her elected capacity; LOUISIANA STATE; RAY
NAGIN, Mayor, both individually & in his elected capacity;
NEW ORLEANS CITY; EDDIE COMPASS, Chief of police, both
individually & in his appointed capacity; EDDIE JORDAN,
District Attorney, both individually & in his appointed
capacity; JIM HUEY, President of Orleans Parish Levee Board,
both individually & in his official capacity; ORLEANS PARISH
LEVEE BOARD; RAY NAGIN, Orleans Parish Sewerage & Water
Board, both individually & in his capacity; CRIMINAL SHERIFF
FOR THE PARISH OF ORLEANS; CLERK OF COURT, PARISH OF
ORLEANS, CRIMINAL DISTRICT; UNIDENTIFIED PARTIES; ORLEANS
PARISH SEWERAGE AND WATER BOARD; AARON BROUSSARD,
individually & in his capacity as President for the Parish
of Jefferson; JEFFERSON PARISH; KIMBERLY WILLIAMSON BUTLER,
Clerk of Court, Orleans Parish Criminal District Court;
EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; C
RAY NAGIN, Honorable Mayor, sued as Ray Nagin; EDWIN
COMPASS, III, former Superintendent of Police, sued as Eddie
Compass; ORLEANS LEVEE DISTRICT, Board of Commissioners,
sued as Orleans Parish Levee Board; ST PAUL FIRE & MARINE
INSURANCE CO; LOUISIANA DEPARTMENT OF TRANSPORTATION AND
DEVELOPMENT; SEWERAGE AND WATER BOARD OF NEW ORLEANS; B & K
CONSTRUCTION COMPANY INC; BURK KLEINPETER, INC; CSX
TRANSPORTATION INC; GEOTECH, INC; PITTMAN CONSTRUCTION CO,
INC; WASHINGTON GROUP INTERNATIONAL INC

Defendants - Appellees

--------------------------
Appeals from the United States District Court
Eastern District of Louisiana, New Orleans
--------------------------

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

CLERK'S OFFICE:

Under 5ᵀᴴ CIR. R. 42.3, the appeals are dismissed as of October 3, 2006, for want of prosecution.  The appellant failed to timely pay docketing fees.

CHARLES R. FULBRUGE III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Renee McDonough*

Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS-2

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit

By

Deputy

New Orleans, Louisiana          OCT 0 3 2006