# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 3, 2006

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

    No. 06-30840 O'Dwyer v. USA
        USDC No.  2:05-CV-4182
                  2:05-CV-4181

Enclosed is a certified copy of the judgment issued as the mandate.

                                Sincerely,

                                CHARLES R. FULBRUGE III, Clerk

                            By: _____
                                Renee S. McDonough, Deputy Clerk
                                504-310-7673

cc: w/encl:
    Mr Joseph W Hecker
    Mr William D Aaron Jr
    Mr Thomas P Anzelmo Sr
    Mr Joseph Vincent DiRosa Jr
    Ms Catherine J Finnegan
    Mr Thomas F Gardner
    Mr Ralph S Hubbard III
    Mr Michael C Keller
    Ms Penya M Moses-Fields
    Mr James B Mullaly
    Mr George R Simno III
    Mr Victor E Stilwell Jr
    Mr Christopher Kent Tankersley
    Ms Deborah Louise Wilson

MDT-1