FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13 PM 2:22

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| **PERTAINS TO:** | * | **NO. 05-4182 "K" (2)** |
| | * | **JUDGE DUVAL** |
| **O'Dwyer C.A. No. 05-4181** | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL**

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action No. 05-4181:

**Maureen O'Dwyer**
**Alexis O'Dwyer Navarro**
**Shirley D. O'Dwyer**
**Lisa Marie O'Dwyer**
**Harold Joseph Gagnet**
**Sally Egerton Richards**
**Shane Porter and**
**Stephanie Porter**
**Interior Specialties LLC**
**Shelia Jones Jordan**
**Charles Edward Jordon**
**Wayne M. Jones**
**Gloria Agnes Griffin, individually and as Administration of the Succession of her brother Stephen Williams, and on behalf of any and all heirs, survivors, relatives and beneficiaries of the deceased**
**Leticia Brown**

Fee NOT PAID
Process
X Dktd
CtRmDep
Doc. No.

**Jo Anna McLean**
**Lee Davidson McLean III**
**Kathryn Frank**
**Richard Springer Favor**
**And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Hende4rson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
***Aaron Jacob O'Dwyer***
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
**And**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
***Katie L. Ragas***
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**

**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**

**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy**
**Dawn Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
**John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
**Jacobi Glover**
**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
**Monica Billon, on their own behalf and on behalf of their minor Children,**
**Isaiah Billon and**
**Monica Billon**
**Betty Christy**
**De-Fean Christy**
**La-Shawn D. Robinson**
**Patricia Granger, on her own behalf and on behalf of her daughter**
**Tomika Edwards**
**Charmeine Jefferson, on her own behalf and on behalf of her children,**

**Lemor James,**
**Ariel James,**
**Yolanda Jefferson, and**
**Erika Thornton**
**Chris McCormick**
**Michele Armour**
**Monique Armour**
**Mitchell Armour III**
**Augustine Greenwood**
**Rosemary Greenwood, on her own behalf an don behalf of her children,**
**Yasemine and**
**Jasemine Greenwood**
**Byrne Sherwood**
**Linda Morgan**
**Lokea Morgan**
**Denisha Morgan**
**Shelia Smith**
**Jacqueline Smith**
**James Smith, Jr.**
**Nina Baughn, on her own behalf an don behalf of her minor child,**
**Karim Kemp**
**Karen Kemp**
**Erica Kemp**
**Patricia Green**
**Tanaka Johnson**
**Bobby Johnson**
**Charles Williams**
**Laura Recasner, on her own behalf and on behalf of her children,**
**Dajohon Recasner,**
**Kurshell Recasner and**
**Charleston Recasner**
**Agnes Recasner**
**Charmaine Rhome**
**Judy Starks**
**Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore**
**Troylyn Washington**
**Mercedes Washington**
**Shanika Taylor**
**Marsha Taylor**
**Erica Kemp**
**Karen Kemp**
**Dawn Bundy, on her own behalf and on behalf of her minor children,**
**Emanuel Bundy**
**Shekinah Bundy**
**Jane Bundy, and**

**Blair Bundy, Jr.**
**Roxchell Panika Santee', on her own behalf and on behalf of her minor son,**
**Tyree Santee'**
**Samuel Bourne**
**Nicole Bryan**
**Alton J. Crowden, on his own behalf and on behalf of his minor children,**
**Cameron Crowden and**
**Kelli Crowden**
**Ashley Navarre**
**Shana Patterson**
**Keana Quinn**
**Niketsa Ramsey, on her own behalf and on behalf of her minor children,**
**Desmonisha Ramsey,**
**Kenyel Rochon and**
**Desmond Ramsey**
**Darylynn Ramsey**
**Julie Ramsey, on her own behalf and on behalf of her minor children,**
**Dalisha Ramsey and**
**Charli Ramsey**
**Robert Rhone**
**Joshua Smith**
**Cynthia Tibbet, on her own behalf and on behalf of her children,**
**Brittany Tibbet,**
**Sidney Tibbet,**
**Chelesa Tibbet, and**
**Janice Tollins, on her own behalf and on behalf of her minor son,**
**John Tollins**
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**Frank Duncan Macpherson Strachan III**
**Joshua Dillon and his spouse,**
**Monica Dillon, on their own behalfs and on behalf of their minor children,**
**Isaiah Dillon and**
**Monica Pollard**
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor children,**
**Frank Butler III,**
**Charles Butler and**

Tachmonite Butler
Lorenzo Butler
Alonzo W. Butler and his spouse,
Laquinta Butler, on their own behalfs and on behalf of their minor children,
Alonzo W. Butler, Jr.
Jasmyn Butler, and
Rashaad Butler
Rita Bailey
Tony Green
Lina Vaughn
William Byrd
Sylvia Byrd
Ruth Harris
Clifford Harris
Jonathan Washington
Vicky Michel
Simon Kleindorf
Bertha Kleindorf
David Kleindorf
Connie Kleindorf
Troylyn Washington, on her own behalf and on behalf of her minor child,
Dasia Washington
Mercedes Ann Washington
Roy Junior Washington
Tony Green
Eva McGee
Levi Johnson
Patricia Johnson
Lequecia Bunn, on her own behalf and on behalf of her minor child,
Jada Gibson
Imelda Johnson
Michael Johnson
Mulkina Coates, on her own behalf and on behalf of her minor children,
Keshina Coates and
Malik Coates
Benjamin Morgan
Chandra Maxon, on her own behalf and on behalf of her minor children,
Byron Maxon,
Darianne Maxon,
Janea Maxon,
Willie Maxon,
Devante Maxon, and

**Chandray Maxon**
**Marylyn Maxon, on her own behalf and on behalf of her minor children,**
**Shancanacia Maxon,**
**Ravanell Maxon, and**
**Robert Maxon**
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor children,**
**Loishell Williams and**
**Mikayla Breaux**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
**Caress Boyd, and**
**Charles Boyd**
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor children,**
**Marlon Richard,**
**Marcel Richard, and**
**Emyjah Washington**
**Anthony Barnes**
**Janice Barnes**
**Shena Barnes**
**Falish Barnes**
**Melanie Barnes**
**Darryle Lee Johnson, Sr.**
**Tameko Benjamin, on her own behalf and on behalf of her minor children,**
**Jovana Benjamin**
**Darione Benjamin**
**Darryle Lee Johnson, Jr., and**
**Darielle Benjamin**
**Delilah Milton**
**Kimmie Ferdinand**
**Ashley Ferdinand**
**Cornell Batiste**
**James Hollins and his wife,**
**Lakvina Coates, on their own behalf and on behalf of their minor children,**
**Semaj Hollins, and**
**Jamaya Hollins**
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor**

**children,**
**Janisha Washington,**
**Andrew Washington,**
**Charles Washington, and**
**Mekhi Washington**
**Andrew Hill**
**Leslie Johnson, on her own behalf and on behalf of her minor child,**
**Jamay Johnson**
**Lakeisha Fernandez, on her own behalf and on behalf of her minor child,**
**Eddie McGee, Jr.**
**Lessie Johnson**
**Zelda McKendall**
**Ellsworth P. McKendall**
**Kimberly McKendall**
**Michael McKendall**
**Russell Gardner**
**Winnette Lang, on her own behalf and on behalf of her minor children,**
**Kavon Lang, and**
**Lashanice Jones**
**Lisa Byrd, on her own behalf and on behalf of her minor child,**
**Sadzisya Byrd**
**Michael Anthony Snipes, Jr.**
**JoAnn Snipes**
**Michael A. Snipes, Sr.**
**Garry Bougeois**
**Cheryl Bernard**
**Johndra Patterson**
**Terrill Morris**
**Dianne Thompson**
**Michael Thompson**
**Ruby Ann Washington, on her own behalf an don behalf of her minor children,**
**Shaune Bakewell, and**
**LaShay Johnson**
**Victor Moore and his wife,**
**Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,**
**Victor Lyn Morgan**
**Pamelor Morgan**
**Vicknesha Morgan, and**
**Victoria Moore**
**Ruby Ann Washington, on her own behalf and on behalf of her minor children,**
**Shaune Bakewell, and**

LaShay Johnson
David Bealer
Roseann Bealer
Stacy Bealer
Roland Rodrigue
Cheryl Rodrigue
John Elmer Smith
Wanda Jean Smith
Robin Marie Smith
Linda R. Breaux
Larry Robert Reinhardt
Rosa A. Reinhardt
Robert E. Stone
Linda Dufrene
Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.
Josephine J. Dupree-Dean
Herbert C. Jackson
Gail Brown, on her own behalf and on behalf of her minor children,
Aaron Pulliam and
Brandon Pulliam
Myron Mack
Sheila Lewis
Pernell Lewis
Ashanti Lewis
Natasha Leevis, on her own behalf and on behalf of her minor children,
Natiasha Lewis and
Shaila Lewis
Christoopher Patterson, and his spouse,
Linda Johnson, on their own behalfs and on behalf of their minor children,
Christopher Edward Patterson, Jr. and
Chrisha Patterson
Shanipa Patterson, on her own behalf and on behalf of her minor children,
Sherman Singleton
Shermont Singleton and
Reggineka Rice
Sharie Johnson
Rachel Johnson
Joan Bundy
Michelle Renee' Alexander
Rodney James, on her own behalf and on behalf of his minor children,
Rodney James, Jr. and
Alexis James
Robert Young

Cornelius Young
Shactha (spelled phonetically) Williams
Rose Marie Young
Tykesha Arington, on her own behalf and on behalf of her minor children,
Charles Arington
Tyriel Arington and
Braione Arington
Lloyd Joseph
Juanita Arington
PTC Petroleum & Industrial Supplies, Inc.
Ronald D. Pitisci
Kathleen Pitisci
Gerald Anthony Picquet
Lynn Picquet
Darnell Williams, on her own behalf and on behalf of her minor child,
Chad Williams
Anthony Barnes
Janice Barnes
Falisha Barnes
Shena Barnes
Melanie Barnes
Glennis Livas, on her own behalf and on behalf of her minor child,
William E. Patterson
Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,
Caliyah Porter and
Aaron Batiste
Christopher Arrington
Noema Arrington, on her own behalf and on behalf of her minor children,
Eric Arrington and
Aaron Arrington
Phillip Martin
Paulette Biggs, on her own behalf and on behalf of her minor child,
Arkasia McFarland
Aldo Gofredo Hernandez, Sr., and his spouse,
Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,
Emmanuel Goffredo Hernandez
Aldo Gofredo Hernandez, Jr.
Lloyd Loup III
Alaina Loup
Kenneth Arcement
Marlene Arcement
Shanika Taylor

**Marsha Taylor**
**Erica Kemp**
**Latonya Caldwell, on her own behalf and on behalf of her minor children,**
**Onyell Caldwell and**
**Charles Dears**
**Larose Taylor**
**Stephan Sawyer**
**Ms. Eprsy Livas**
**Brandon Livas**
**Clifford Coates**
**Tammie Chattman, on her own behalf and on behalf of her minor children,**
**Rudarion Chattman**
**Randel Chattman, and**
**Joseph Chattman**
**Linzie Brown**
**Emargie C. Brumfield**
**Leonard Brumfield**
**Brandon Carr**
**Jessie Arbuthnot**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**
**Michael LeBlanc and his spouse,**
**Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,**
**Mika Jane LeBlanc**
**Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,**
**Jamechia Smith, and**
**Diamond Beam**
**Michael Gaines**
**William B. English, Jr.**
**Rosaria English**
**Hazel McGuire**
**Mary H. Johnson**
**Jerry Matthews**
**Dennis Jones, Jr.**
**Raquel Roth, on her own behalf and on behalf of her minor children,**
**Dennis Jones III and**
**Kellie Ann Jones**
**Linda Roth**
**Toya Roth, on her own behalf and on behalf of her minor children,**
**Jerrell White and**
**Terrell Roth**

**Courtney Little, on her own behalf and on behalf of her minor children,**
**Tezanne Allen,**
**Rashad Little, and**
**Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
**Tawana Rayford, on their own behalfs and on behalf of their minor children,**
**Ranisha Rayford,**
**Wynell Rayford, and**
**Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor children,**
**Keiera Minor and**
**Ashley Meyers, and on behalf of her grandchild,**
**Daniah Williams**
**Roxchell Santee, on her own behalf and on behalf of her minor child,**
**Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**
**Ronald Rome**
**Aunna Johnson, on her own behalf and on behalf of her minor children,**
**Darryl Johnson and**
**Carlos Johnson**
**John Washington**
**Bernadine Washington**
**Wanda Washington**
**Alexis Washington**
**Hazel Taylor**
**Christina Taylor**
**Sophia Taylor, on her own behalf and on behalf of her minor child,**
**Alex Taylor**
**Yolanda Washington, on her own behalf and on behalf of her minor children,**
**Alecia Washington,**
**Alacia Washington and**
**Tyrell Washington**
**Tyronne Washington**
**Bruce Washington**
**Larry Rowe**
**Dianne Santee**
**Toni Santee, on her own behalf and on behalf of her minor children,**

**Paris Johnson,**
**Traychell White and**
**Kani Santee**
**Reynell Santee and his spouse,**
**Tawana Rayford, on their own behalf and on behalf of their minor children,**
**Ranisha Rayford,**
**Wynell Rayford and**
**Reynell Rayford**
**Kelly Simon**
**Robert Santee**
**Diana Santee, on her own behalf and on behalf of her minor children,**
**Timothy Santee,**
**Marvin Santee,**
**Ireal Santee,**
**Tiffany Santee,**
**Teianna Santee**
**Teriane Santee and**
**Niecal Santee**
**Wilson Ricks**
**Brent Smith, Jr., on his own behalf and on behalf of his minor child,**
**Brent Smith III**
**Michael Gaines**
**Kim Gaines, on her own behalf and on behalf of her minor children,**
**Jamechia Smith and**
**Diamond Beam**
**Victor Moore and his spouse,**
**Pamelyn Morgan, on their own behalf and on behalf of their minor children,**
**Victor Lyn Morgan,**
**Pamelor Morgan,**
**Vicknesha Morgan and**
**Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**

**Michael LeBlanc, and his spouse,**
**Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
**Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Shaqual Mosley**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Wilson M. Simmons**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Ronald M. Farve, on his own behalf and on behalf of his minor daughter,**
**Rhonda Farve**
**Renee' Farve, on her own behalf and on behalf of her minor children,**
**Jalicia Slick,**
**Darvell Burgess and**
**Dwight Clark**
**Silas Battie**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Janet Ausbrook, on her own behalf and on behalf of her mother,**
**Anna Ausbrook, and her brother,**
**James Ausbrook**
**Trenese Simon, on her own behalf and on behalf of her minor daughter,**

**Lashal Simon**
**Jocelyn Causey**
**Shelita Simon, on her own behalf and on behalf of her minor children,**
**Roger Simon,**
**Rogerrikka Simon,**
**Terrell Simon,**
**Terrell Byrd and**
**Tyrell Byrd**
**Coleen Mooney**
**Paul Mosely**
**Judith Chauppette**
**Tarita B. Smith, on her own behalf and on behalf of her minor children,**
**Byron Smith and**
**Royce Smith**
**Trey McCrory**
**Ether Bullock, on her own behalf and on behalf of her minor grandson,**
**Tharnell Bullock**
**Charles Terrell**
**Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**
**Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,**
**Gino McDowell, her minor grandson,**
**Bishop Thomas, minor nephew,**
**Lewis Johnson, and minor niece,**
**Jaleesa Robinson**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons of the Honorable Stanwood R. Duval, Jr. dated September 13, 2006, a copy of which is appended hereto and marked Exhibit No. 1.

Respectfully submitted,

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**

**By:**__________________________
**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**

**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Telephone: (504) 561-6561**
**Facsimile: (504) 561-6560**

**CERTICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record via E-mail, this 12th day of October 2006.