AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 16 PM 1:49
LORETTA G. WHYTE
CLERK

**RETURN**

SIMS ET AL

V.

BOARD OF COMMISSIONERS ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-5116

Sect. "K"(2)

TO: (Name and address of Defendant)

EAST JEFFERSON LEVEE DISTRICT
THROUGH ITS EXECUTIVE DIRECTOR FRAN CAMPBELL
EAST JEFFERSON LEVEE DISTRICT ADMINISTRATION OFFICE
203 PLAUCH COURT
HARAHAN, LA 70123

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. GAMBEL
909 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LA 70112

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

_____
(By) DEPUTY CLERK

DATE  OCT - 4 2006

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 10-16-06 |
| NAME OF SERVER (PRINT) Tony Chrismas | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 703 Plush Cant, itany Han W, Thru - Jowell Blowers

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-16-06
  Date           Signature of Server

  201 St. Charles Ave NO
  Address of Server              LA
                                  70170

ondee Blowers

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.