AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | LOUISIANA |

**RETURN**

BOURGEOIS ET AL

V.

PORT OF NEW ORLEANS ET AL

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 06-5131

Sect. "K" (2)

FILED 2006 OCT 17 PM 4:03
LORETTA G. WHYTE
CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

TO: (Name and address of Defendant)

CSX TRANSPORTATION, INC.
THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. GAMBEL
MILLING, BENSON, WOODWARD, L.L.P.
909 POYDRAS STREET SUITE 2300
NEW ORLEANS, LA 70112

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                           OCT - 4 2006
CLERK                                       DATE

(By) DEPUTY CLERK  /s/ B. Gregory

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-10-06 |
| NAME OF SERVER (PRINT) Ron Powell | TITLE Process Server |

Check one box below to indicate appropriate method of service

- [x] Served personally upon the defendant. Place where served: Corp. Service Co. 320 Somerulos St, Baton Rouge, LA.

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-10-06            _Ron Powell_
              Date                Signature of Server

                                  201 St. Charles #114-320
                                  Address of Server
                                  NO, LA. 70170

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.