AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ LOUISIANA

FERDIAND ET AL

**SUMMONS IN A CIVIL ACTION**

V.

PORT OF NEW ORLEANS ET AL

CASE NUMBER:   06-5132

TO: (Name and address of Defendant)

CSX TRANSPORTATION, INC.
THROUGH THEIR REGISTERED AGENT FOR SERVICE OF PROCESS
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. GAMBEL
MILLING, BENSON, WOODWARD, L.L.P.
909 POYDRAS STREET SUITE 2300
NEW ORLEANS, LA 70112

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHITE

CLERK

(By) DEPUTY CLERK

DATE    OCT - 4 2006

___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 10-10-06 |
| NAME OF SERVER *(PRINT)* Ron Powell | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: *Corp. Service Co. 320 Somerulos Baton Rouge, LA.   Aledia Muller*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10-10-06___
                    Date

_____
Signature of Server

_____
Address of Server      *201 St. Charles 114 300
                        N.O. LA. 70170*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.