≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| EASTERN | District of | LOUISIANA |

2006 OCT 17 PM 4:04
LORETTA G. WHYTE
CLERK

RETURN

WILLIAMS ET AL

V.
PORT OF NEW ORLEANS ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-5137

Sect. "K"(2)

SERVED ON
HELEN CUMBO

OCT 1 0 2006

ADMINISTRATOR
COMMERCIAL DIVISION

TO: (Name and address of Defendant)

Norfolk and Southern Railroad
THROUGH THEIR AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8549 UNITED PLAZA BLVD
BATON ROUGE, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM C. GAMBEL
MILLING, BENSON, WOODWARD, L.L.P.
909 POYDRAS STREET SUITE 2300
NEW ORLEANS, LA 70112

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

/s/ B. Gregory
(By) DEPUTY CLERK

DATE OCT - 4 2006

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 10/10/06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Melanie Shell | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Sent via Certified Mail to Sec. of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/13/06
Date

Signature of Server: Melani Shell

Address of Server: 909 Poydras Suite 2300
NO, LA 70112

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.