

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 17 PM 5: 30
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * NO.: 05-4182 "K" (2) <br> * <br> * JUDGE DUVAL |
| PERTAINS TO: INSURANCE <br> *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * <br> * MAGISTRATE JUDGE WILKINSON <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ENCOMPASS INDEMNITY COMPANY'S REPLY BRIEF IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS AND INCORPORATED MEMORANDUM

Encompass Indemnity Company ("Encompass") hereby adopts in support of its Motion to Dismiss the arguments and authorities that The Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America), Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, AEGIS Security Insurance Company, The American Insurance Company, Lafayette Insurance Company, and The Hanover Insurance Company (collectively "Moving Defendants") submitted

___ Fee_____
___ Process_____
✗ Dktd_____
___ CtRmDep_____
___ Doc. No_____

in their Consolidated Reply Brief in Support of their Rule 12(b)(6) Motion To Dismiss in this matter. The Court should grant Encompass' motion and dismiss all of plaintiffs' claims.

Respectfully submitted,

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr., 27138
Of
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Encompass Indemnity Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Reply Brief in Support of Rule 12(B)(6) Motion to Dismiss and Incorporated Memorandum has been served upon all counsel of record via facsimile or by placing same in the United States mail, postage prepaid and properly addressed, this 16th day of October, 2006.