UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| XAVIER UNIVERSITY OF LOUISIANA | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-0516 |
| | * | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | * | SECTION "R" |
| | * | |
| | * | MAGISTRATE (2) |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## AFFIDAVIT OF RALPH S. HUBBARD III

STATE OF LOUISIANA

PARISH OF ORLEANS

**BEFORE ME**, the undersigned Notary, duly commissioned and qualified in and for the aforesaid Parish and State, personally came and appeared

**Ralph S. Hubbard III**

who being by me duly sworn, did depose and state:

**1.**

That he is counsel for Travelers Property Casualty Company of America ("Travelers") in connection with the above-captioned proceeding.

**2.**

Attached as Exhibit A hereto is a certified copy of the commercial insurance policy issued by Travelers to Xavier University of Louisiana ("Xavier"), bearing Policy No. Y-630-528D9763-TIL-04, for the period September 1, 2004 to September 1, 2005 (the "Policy").

**3.**

Attached as Exhibit B hereto is a true copy of Xavier's Responses to Interrogatories Propounded by Travelers in this case. The answer to Interrogatory No. 15 addresses the flood insurance coverage purchased by Xavier.

**4.**

Attached as Exhibit C hereto is a true copy of an October 31, 2005 e-mail with attachments from Darnell Bludworth, counsel for Xavier, to George Claypool, an independent adjuster working on behalf of Travelers, regarding Xavier's flood insurance coverage. This is the communication referenced by Xavier in its answer to Interrogatory No. 15.

**4.**

Attached as Exhibit D hereto is a true copy of excerpts from the Draft Final Report of the Interagency Performance Evaluation Task Force entitled "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System," dated June 1, 2006.

5.

That the above and foregoing is true and correct to the best of his knowledge, information and belief.

                                               _____
                                               RALPH S. HUBBARD III

Sworn to and subscribed before me,
this 12th day of September, 2006.

_____
Notary Public

SIMEON B. REIMONENQ, JR.
NOTARY PUBLIC
LA BAR No. 19755
Parish of Orleans, State of Louisiana
My Commission is issued for Life

3