**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# CAUSES OF LOSS – EARTHQUAKE

This endorsement modifies insurance provided under the Deluxe Property Coverage Part.

## A.  COVERED CAUSES OF LOSS

When Causes of Loss-Earthquake is attached to the Deluxe Property Coverage Part, Covered Causes of Loss is revised to include the following as Covered Causes of Loss only for Covered Property at building number(s) shown in the Declarations, including if insured, personal property in the open:

1. Earthquake, meaning a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or shifting of rock beneath the surface of the ground from natural causes.

2. Volcanic Eruption, meaning the eruption, explosion or effusion of a volcano.

All earthquake shocks or volcanic eruptions that occur within any 168-hour period will constitute a single Earthquake or Volcanic Eruption. The expiration of this policy will not reduce the 168-hour period. We will not pay for loss or damage caused by or resulting from earthquakes or volcanic eruptions which began before the effective date of this policy.

## B.  ADDITIONAL EXCLUSIONS AND LIMITATIONS

1. The following EXCLUSIONS are added as respects coverage provided by this endorsement:

   We will not pay under this endorsement for loss or damage caused directly or indirectly by the following, regardless of any other cause or event that contributes concurrently or in any sequence to the loss:

   a. Fire,

   b. Explosion, or

   c. Mudslide or mudflow which is caused or precipitated by accumulation of water on or below ground.

2. The following LIMITATION is added as respects coverage provided by this endorsement:

We will not pay for loss or damage to exterior masonry veneer (except stucco) on wood frame walls caused by or resulting from Earthquake or Volcanic Eruption. The value of such veneer will not be included in the value of Covered Property or the amount of loss when applying the Deductible applicable to this endorsement.

This limitation does not apply if:

1. Less than 10% of the total outside wall area is faced with masonry veneer (excluding stucco); or

2. The Cause of Loss - Earthquake Masonry Veneer Coverage endorsement is attached to this policy.

## C.  UNDERGROUND PIPES, FLUES AND DRAINS

Covered Property is revised to include underground pipes, flues and drains when BUILDING coverage is provided and the building number is indicated in the Declarations.

## D.  DEDUCTIBLES

The following deductible provisions apply to the building number(s) shown in the Declarations:

1. If a percentage (%) is shown in the Declarations the following applies:

   a. In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, 5%, or 10% (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage at each of the buildings shown in the Declarations. The value(s) to be used are those shown in the most recent Statement of Values on file with us. If there is no Statement of Values on file with us or the Covered Property is a building in the course of construction or Newly Acquired or Constructed Property, we will use the value(s) of the property at the time of loss that has sustained loss or damage.

TRAV 000435

This Deductible is calculated separately for, and applies separately to:

(1) Each building, if two or more buildings sustain loss or damage;

(2) The building and to personal property in that building, if both sustain loss or damage;

(3) Personal property at each building, if personal property at two or more buildings sustains loss or damage;

(4) Personal property in the open; and

(5) Any other property insured under this Coverage Part.

b. If both a percentage and dollar amount deductible are shown in the Declarations, one of the following also applies:

(1) the least we will deduct in any one occurrence is the dollar amount shown in the Declarations; or

(2) the least we will deduct in any one occurrence at each premises location is the dollar amount shown in the Declarations.

c. We will not pay for loss or damage until the amounts of loss or damage exceeds the deductibles. We will then pay the amount of loss or damage in excess of the deductibles, up to the applicable Limits of Insurance.

2. If a dollar amount is shown in the Declarations the following applies:

a. We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

b. We will not pay for loss or damage in any one occurrence at each premises location until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductibles up to the applicable Limits of Insurance.

3. The following is applicable to:

BUSINESS INCOME COVERAGE FORMS

When an hourly deductible is stated in the Declarations the following is applicable to Business Income Coverage:

We will only pay for loss you sustain after the number of consecutive hours indicated in the Declarations after direct physical loss or damage caused by or resulting from Earthquake or Volcanic Eruption. We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance.

4. No Deductible applies to Extra Expense.

E. **LIMITS OF INSURANCE**

The most we will pay for loss caused by any earthquake or volcanic eruption is:

1. The Limit(s) of Insurance shown in the Declarations, even if the loss involves more than one coverage. Amounts payable under any Additional Coverage or Coverage Extensions do not increase the Limit(s) of Insurance.

2. The Limit(s) of Insurance in the Declarations that applies to any one occurrence subject to the Annual Aggregate Limit(s) for all losses occurring in any one policy year commencing with the inception or anniversary date of this endorsement, whichever is less.

3. If more than one Annual Aggregate Limit applies in any one occurrence, the most we will pay during the policy period is the largest of the Annual Aggregate limits shown.

F. The most we will pay for loss or damage for the Newly Constructed or Acquired Property Coverage Extension under this endorsement is a total of $100,000 in any one occurrence and in any one policy year.

G. The "Period of Restoration" DEFINITION found in the BUSINESS INCOME COVERAGE FORMS is deleted as respects this endorsement and is replaced with the following:

"Period of Restoration" means the period of time that:

1. Begins with the date of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

2. Ends on the earlier of:

DX T3 01 03 98

TRAV 000436

**a.** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**b.** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

1. Regulates the construction, use or repair or requires the tearing down of any property; or

2. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

H. Coverage provided by this endorsement also applies to the Additional Coverages–Pollutant Cleanup and Removal.

I. **ADDITIONAL CONDITION - CANCELLATION**

"We" or "you" may cancel this endorsement as provided by the Common Policy Conditions–Deluxe without canceling the entire Coverage Part.

DX T3 01 03 98

TRAV 000437

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE FORM

The following is added to the LOSS CONDITIONS-Loss Payment provision as indicated by an "X" in the Schedule below:

**A. LOSS PAYABLE**

For Covered Property in which both you and a Loss Payee shown in the Schedule below have an insurable interest, we will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

1. The Loss Payee shown in the Schedule below is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   a. Warehouse receipts;

   b. A contract for deed;

   c. Bills of lading;

   d. Financing statements; or

   e. Mortgages, deeds of trust, or security agreements.

2. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

   c. If we deny your claim because of your acts or because you have failed to comply with terms of this Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

   (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Part will then apply directly to the Loss Payee.

   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   (2) The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

3. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

4. If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

TRAV 000438

POLICY NUMBER: Y-630-528D9763-TIL-04                     ISSUE DATE: 10-28-04

**C. CONTRACT OF SALE**

1. The Loss Payee shown in the Schedule below is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interest may appear.

3. The following is added to the OTHER INSURANCE Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**D. SCHEDULE**

| Prem.<br>No. | Bldg.<br>No. | | | |
|---|---|---|---|---|

**Description of Property**

SEE DX T8 93 03 99

**Loss Payee (Name & Address)**

|  | Loss<br>Payable | Lenders<br>Loss Payable | Contract<br>of Sale |
|---|---|---|---|
| **Provisions Applicable:** | | | |

DX T3 79 03 98

TRAV 000439

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

GMAC COMMERCIAL MORTGAGE, MASTER
SERVICER
P O BOX 1687

HORSHAM                          PA  19044-6657

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|------------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000440

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

LIBERTY BANK & TRUST COMPANY

3801 CANAL STREET

NEW ORLEANS                    LA   70119

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000441

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

NORSTAN FINANCIAL SERVICES, INC.
C/O LEASE PROCESSING CENTER
P O BOX 168647

IRVING                      TX  75016

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|------------------------|
| 1 | 1 | YOUR BUSINESS PERSOANL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000442

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**
STEELCASE FINANCIAL SERVICES, INC.

475 SANSOME STREET, 19TH FLOOR

SAN FRANCISCO                    CA   94111

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000443

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
UNIVERSITY LEASE
A DIVISION OF CA FIRST NATIONAL BK
18201 VON KARMAN AVE., SUITE 420

IRVINE                          CA  92612

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000444

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

**Loss Payee (Name & Address)**
UPS CAPITAL CORPORATION

35 GLENLAKE PARKWAY, NE

ATLANTA                         GA   30328

| Prem.<br>No. | Bldg.<br>No. | Description of Property | Provisions<br>Applicable |
|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000445

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)
PITNEY BOWES CREDIT CORPORATION
ACCOUNT #6171326
P O BOX 56460

LOUISVILLE                        KY  40285-6460

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 16 | 16 | POSTAGE METER/MAILING EQUIPMENT ACCOUNT #6171326, INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000446

POLICY NUMBER: Y-630-528D9763-TIL-04

COMMERCIAL PROPERTY
ISSUE DATE: 10-28-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

J P MORGAN LEASING, INC

1 CHASE SQUARE

ROCHESTER                      NY  14643

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000447

POLICY NUMBER: Y-630-528D9763-TIL-04

# LOSS PAYABLE PROVISIONS SCHEDULE

Loss Payee (Name & Address)

TCF LEASING, INC

11100 WAYVATA BLVD., #801

MINNETONKA                    MN  55305

| Prem. No. | Bldg. No. | Description of Property | Provisions Applicable |
|-----------|-----------|-------------------------|-----------------------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | Loss Payable |

DX T8 93 03 99

TRAV 000448

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# TERRORISM RISK
# INSURANCE ACT OF 2002 DISCLOSURE

This endorsement applies to the insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

On November 26, 2002, the President of the United States signed into law the Terrorism Risk Insurance Act of 2002 (the "Act"). The Act establishes a short-term program under which the Federal Government will share in the payment of *Insured Losses* caused by certain *Acts of Terrorism* (each as defined in the Act).

In the event of an *Insured Loss*, Travelers is responsible for a deductible of one percent (1%) of Travelers *Direct Earned Premiums* (as used in the Act) for the calendar year 2001 for *Insured Losses* occurring from November 26, 2002 through December 31, 2002; seven percent (7%) of Travelers *Direct Earned Premiums* for the calendar year 2002 for *Insured Losses* occurring during calendar year 2003; ten percent (10%) of Travelers *Direct Earned Premiums* for the calendar year 2003 for *Insured Losses* occurring during calendar year 2004; or fifteen percent (15%) of Travelers *Direct Earned Premiums* for the calendar year 2004 for *Insured Losses* occurring during calendar year 2005. The Federal Government's share of compensation for *Insured Losses* in each year is 90% of the amount of *Insured Losses* in excess of Travelers deductible for that year. Travelers is responsible for the payment of the remaining 10% of *Insured Losses*. In no event, however, will the Federal Government or any *"Insurer"* (as defined in the Act) be required to pay any portion of the amount of aggregate *Insured Losses* occurring in any one year that exceeds $100,000,000,000, provided that such *Insurer* has met its deductible.

As a requirement of the Act, *Insurers* must make available *"Property and Casualty Insurance"* (as defined in the Act) coverage for *Insured Losses* that does not differ materially from the terms, amounts and other coverage limitations that apply to losses arising from events other than *Acts of Terrorism*. In other words, a loss will not be excluded just because it was caused by an *Act of Terrorism*; conversely, a loss will not be covered just because it was caused by an *Act of Terrorism*. The Act also requires *Insurers* to disclose to policyholders the premium charge for providing such terrorism coverage.

Please note that this Coverage Part does not contain an exclusion that specifically excludes coverage for *Insured Losses*. The charge for this exposure is included in the Coverage Part premium. The charge that has been included for this Coverage Part is:

- 7% of your total Deluxe Property Coverage Part premium if your primary location is in a Designated City (as listed below).

- 3% of your total Deluxe Property Coverage Part premium if your primary location is not in a Designated City (as listed below).

**Designated Cities are:**

| | | | |
|---|---|---|---|
| Albuquerque, NM | El Paso, TX | Miami, FL | San Diego, CA |
| Atlanta, GA | Fort Worth, TX | Milwaukee, WI | San Antonio, TX |
| Austin, TX | Fresno, CA | Minneapolis, MN | San Francisco, CA |
| Baltimore, MD | Honolulu, HI | Nashville-Davidson, TN | San Jose, CA |
| Boston, MA | Houston, TX | New Orleans, LA | Seattle, WA |
| Charlotte, NC | Indianapolis, IN | New York, NY | St. Louis, MO |
| Chicago, IL | Jacksonville, FL | Oakland, CA | Tucson, AZ |
| Cleveland, OH | Kansas City, MO | Oklahoma City, OK | Tulsa, OK |
| Colorado Springs, CO | Las Vegas, NV | Omaha, NE | Virginia Beach, VA |
| Columbus, OH | Long Beach, CA | Philadelphia, PA | Washington, DC |
| Dallas, TX | Los Angeles, CA | Phoenix, AZ | Wichita, KS |
| Denver, CO | Memphis, TN | Portland, OR | |
| Detroit, MI | Mesa, AZ | Sacramento, CA | |

DX T4 02 11 02

TRAV 000449

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LOUISIANA CHANGES

This endorsement modifies insurance provided under the following:

> DELUXE PROPERTY COVERAGE PART

**A.** The following is added when a Coinsurance percentage is shown in the Declarations or in the Coinsurance – Direct Damage endorsement.

The rate or premium for your policy is based on the use of a Coinsurance percentage that is shown in the Declarations.

**B.** The **Transfer of Rights of Recovery Against Others to Us** Additional Condition is replaced by the following:

**9.  Transfer of Rights of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing.

1.  Prior to a loss to your Covered Property or Covered Income.

2.  After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

a.  Someone insured by this insurance;

b.  A business firm:

(1)  Owned or controlled by you; or

(2)  That owns or controls you;

c.  Your employee or employer;

d.  The owner, lessor or tenant of the:

(1)  Described premises; or

(2)  Premises where loss or damage occurred;

including their employees, partners and stockholders; or

e.  Your relative by blood or marriage.

If you waive your rights against another party in writing after a loss, we can recover from you any amount you received

for that waiver. But we cannot recover more than the amount we paid you for that loss.

If we make any payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right.

**C.** Whenever the Legal Liability Coverage Endorsement **DX T3 90** is attached to this Coverage Part, the **Legal Action Against Us** Loss Condition is deleted and replaced by the following:

**2.  Legal Action Against Us**

No person or organization has a right under this endorsement to join us as a party or otherwise bring us into "suit" asking for damages from you.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against you obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this endorsement or that are in excess of the Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, you and the claimant or the claimant's legal representative.

**D.** The **Appraisal** Loss Condition is deleted and replaced by the following:

**2.  Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will not be binding on either party. Each party will:

Copyright, Insurance Services Office, Inc., 2003
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

TRAV 000450

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

E. When the Fungus, Rot, Bacteria and Other Causes of Loss Changes Endorsement **DX T3 97**

is attached to the policy, the following definition is added:

**"Bacteria"**

"Bacteria" means any type, kind or form of bacterium.

TRAV 000451

POLICY NUMBER: Y-630-528D9763-TIL-04                    ISSUE DATE: 10-28-04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# FUNGUS, ROT, BACTERIA AND OTHER CAUSES OF LOSS CHANGES

This endorsement modifies insurance provided under the Deluxe Property Coverage Part.

**A. SCHEDULE**

Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage:

Direct Damage – Increased Limit of Insurance $

Business Income/Extra Expense – Increased Number of Days

**B.** The EXCLUSIONS contained in Section **B.** of the Deluxe Property Coverage Form are amended as follows. These changes apply to all coverages under the Deluxe Property Coverage Part that are subject to these exclusions.

**1.** The following exclusion is added to Section **B.1.:**

**"Fungus", Wet Rot, Dry Rot and Bacteria**

**a.** We will not pay for loss or damage, or any increase in the amount of loss or damage, caused directly or indirectly by or resulting from the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**(1)** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**(2)** To the extent that coverage is provided in the Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage in **b.** below with respect to loss or damage by a cause of loss other than fire or lightning.

**b.** Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage

**(1)** The coverage described in **b.(2)** and **b.(3)** below only applies when the "fungus", wet or dry rot or bacteria is the result of a "specified cause of loss", other than fire or lightning, that

occurs during the policy period, and only if all reasonable means have been used to save and preserve the property from further damage at the time of and after the occurrence of the "specified cause of loss".

**(2)** Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage

**(a)** We will pay for direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including:

**(i)** The cost of removal of the "fungus", wet or dry rot or bacteria;

**(ii)** The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

**(iii)** The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

**(b)** The coverage described in **(2)(a)** above is limited to $15,000 unless an Increased Limit of Insurance is indicated in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and

DX T3 97 04 02                                                                 Page 1 of 4

TRAV 000452

Bacteria Coverage –Direct Damage. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage under this coverage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12 month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of this annual limit even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

**(c)** The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage -- Direct Damage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more for the total of all loss or damage than the applicable Limit of Insurance on the Covered Property.

**(d)** If there is covered loss or damage to Covered Property that is not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Direct Damage.

**(3)** Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense

The following Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage provisions for Business Income and Extra Expense apply only if Business Income and/or Extra Expense coverage applies to the described premises and only if the suspension of "operations" satisfies all of the terms of the applicable Business Income and/or Extra Expense coverage:

**(a)** If the loss which results in the "fungus", wet or dry rot or bacteria does not in itself necessitate a suspension of "operations", but such suspension of "operations" is necessary due to loss or damage to property at the described premises caused by "fungus", wet or dry rot or bacteria, then our payment for Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

**(b)** If a covered suspension of "operations" is caused by loss or damage at the described premises by other than "fungus", wet or dry rot or bacteria, but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay, regardless of when such a delay occurs during the "period of restoration", but such coverage is limited to 30 days. The days need not be consecutive.

When an Increased Number of Days is indicated in the Schedule of this endorsement for Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense, the "30 days" in paragraphs (3)(a) and (3)(b) above is deleted and replaced by the number of days indicated in the Schedule.

The coverage provided under this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage – Business Income and Extra Expense is included in, and does not increase the

DX T3 97 04 02

TRAV 000453

applicable Business Income and/or Extra Expense Limit of Insurance.

(4) The terms of this Limited "Fungus", Wet Rot, Dry Rot and Bacteria Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder or Molten Material Damage Coverage Extension or the coverage provided for collapse of buildings or structures under the Collapse of Buildings exclusion.

2. The exclusions contained in Section B.2. are amended as follows:

a. Under exclusion B.2.c.(2), reference to fungus is deleted.

b. The following exclusion is added:

We will not pay for loss or damage caused by or resulting from:

(1) Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor that occurs over a period of 14 days or more; or

(2) Water, other liquids, or powders that leak or flow from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(a) You do your best to maintain heat in the building or structure; or

(b) You drain the equipment and shut off the supply if the heat is not maintained.

C. The following is added to the LIMITATIONS contained in Section C. of the Deluxe Property Coverage Form. This change applies to all coverages under the Deluxe Property Coverage Part that are subject to these limitations:

We will not pay for loss of or damage to, or any loss that is a consequence of loss or damage to the interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

a. The building or structure first sustains damage by a Covered Cause of Loss to

its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

b. The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

D. The DEFINITIONS contained in Section I. of the Deluxe Property Coverage Form are amended as follows. These definition changes apply wherever such defined terms are used in the Deluxe Property Coverage Part.

1. The definition of "Specified Causes of Loss" is deleted and replaced by the following:

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects as limited below; weight of snow, ice or sleet; and water damage as defined below; all only as otherwise insured against in this Coverage Part.

a. Falling objects does not include loss or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object. Any portion of a building or structure that is within the exterior-facing surface material of a building or structure shall constitute the interior of that building or structure.

b. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

When the Causes of Loss – Earthquake endorsement, Causes of Loss – Earthquake Sprinkler Leakage endorsement or Causes of Loss – Broad Form Flood endorsement is included in this policy, "specified causes of loss" also includes such cause of loss, but

TRAV 000454

only to the extent such cause of loss is insured against under this Coverage Part.

2. The following definition is added:

"Fungus" means any type or form of fungus, including but not limited to mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

E. Under:

1. The Ordinance or Law Coverage in Section **A.4.f.** of the Deluxe Property Coverage Form;

2. Ordinance or Law Coverage endorsement DX T3 39;

3. The Ordinance or Law – Increased "Period of Restoration" Additional Coverage in Section **A.3.f.** of the Deluxe Business Income Coverage Form (And Extra Expense) and the Deluxe Business Income Coverage Form (Without Extra Expense);

4. The Ordinance or Law – Increased "Period of Restoration" Additional Coverage Extension in Section **A.3.d.** of the Deluxe Extra Expense Coverage Form; and

5. Any other Ordinance or Law coverage or Ordinance or Law Increased "Period of Restoration" coverage provided under this Coverage Part;

the following exclusion is added:

This coverage does not apply to:

a. Loss caused by or resulting from the enforcement of any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

b. Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "fungus", wet or dry rot or bacteria.

DX T3 97 04 02

TRAV 000455

# INTERLINE ENDORSEMENTS

TRAV 000456

# INTERLINE
# ENDORSEMENTS

TRAV 000457

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
FARM COVERAGE PART
GOVERNMENT CRIME COVERAGE FORM
GOVERNMENT CRIME POLICY
KIDNAP/RANSOM AND EXTORTION COVERAGE FORM
KIDNAP/RANSOM AND EXTORTION POLICY
STANDARD PROPERTY POLICY

**A. Cap On Certified Terrorism Losses**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act of 2002. The criteria contained in that Act for a "certified act of terrorism" include the following:

1. The act resulted in aggregate losses in excess of $5 million; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

With respect to any one or more "certified acts of terrorism" under the federal Terrorism Risk Insurance Act of 2002, we will not pay any amounts for which we are not responsible under the terms of that Act (including subsequent action of Congress pursuant to the Act) due to the application of any clause which results in a cap on our liability for payments for terrorism losses.

**B. Application Of Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

IL 09 52 11 02                      © ISO Properties, Inc., 2002                      Page 1 of 1

TRAV 000458

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER--RELATED LOSSES DUE TO DATES OR TIMES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
DELUXE PROPERTY COVERAGE PART

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by any of the following.  Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including microprocessors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times.  An example is the inability of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

    **1.** In a Covered Cause of Loss under the Boiler and Machinery Coverage Part, the Commercial Crime Coverage Part or the Commercial Inland Marine Coverage Part; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft (if insured) under the Causes of Loss – Special Form; or

        **b.** In a Covered Cause of Loss under the Causes of Loss – Basic Form or the Causes of Loss – Broad Form; or

    **3.** In a "Specified Cause of Loss", in elevator collision resulting from mechanical breakdown, or from theft under the Deluxe Property Coverage Part;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, theft, or a Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

TRAV 000459

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
DELUXE PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A), forgery or alteration (Coverage Form B), or public employee dishonesty (Coverage Forms O and P).

**A.** Paragraphs **2.** and **5.** of the CANCELLATION Common Policy Conditions – Deluxe are replaced by the following:

 **2.** NOTICE OF CANCELLATION

 **a.** CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

 If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

 (1) Cancellation for nonpayment of premium

 We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

 (2) Cancellation for any other reason

 We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

 **b.** CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

(1) Nonpayment of premium;

(2) Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

(3) Activities or omissions by you which change or increase any hazard insured against;

(4) Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

(5) Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

(6) The insured's violation or breach of any policy terms or conditions; or

(7) Any other reasons that are approved by the Commissioner of Insurance.

Copyright, Insurance Services Office, Inc., 1987, 1989
Copyright, ISO Commercial Risk Services, Inc., 1987, 1989

We will mail or deliver written notice of cancellation under this item **2.b.**, to the first Named Insured at least:

   (a) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (b) 60 days before the effective date of cancellation if we cancel for a reason described in 2.b.(2) through (7) above.

5.  PREMIUM REFUND

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs 5.a. and 5.b. The cancellation will be effective even if we have not made or offered a refund.

   a.  If we cancel, the refund will be pro rata.

   b.  If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B.  Paragraph f. of the MORTGAGE HOLDERS Condition in the Deluxe Property Coverage Form is replaced by the following:

   If we cancel this policy, we will give written notice to the mortgage holder at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 20 days before the effective date of cancellation. If we cancel for any other reason

C.  The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1.  If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2.  We need not mail or deliver this notice if:

   a.  We or another company within our insurance group have offered to issue a renewal policy; or

   b.  You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3.  Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1987, 1989
Copyright, ISO Commercial Risk Services, Inc., 1987,1989
IL T9 44 04 98

TRAV 000461



300 ARBORETUM PLACE  STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 10-28-04

1.  **CERTIFICATE HOLDER:**                     Policy Number: Y-630-528D9763-TIL-04

     GMAC COMMERCIAL MORTGAGE, MASTER
     SERVICER
     P O BOX 1687
     HORSHAM PA 19044-6657

2.  **NAMED INSURED:**
          XAVIER UNIVERSITY OF LOUISIANA
          ONE DREXEL DRIVE, BOX 46A

          NEW ORLEANS              LA 70125-1098

3.  **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as
    identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other
    document with respect to which this Certificate may be issued, the insurance is that which we customarily
    provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only
    and does not amend, extend or alter the coverage afforded by the policy.

4.  **POLICY PERIOD:** 09-01-04  to  09-01-05

5.  **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

    **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its
    Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                       **X** Deluxe Property Form

7.  **SPECIAL PROVISIONS** (if any):
    *BLANKET LIMIT
    LOAN #20023901

IL T0 10 04 94                                                                Page 1 of 2

TRAV 000462

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____
Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000463



**ST PAUL
TRAVELERS**

300 ARBORETUM PLACE  STE 160
RICHMOND  VA            23236

LENDER'S CERTIFICATE OF
INSURANCE – FORM A
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**          Policy Number: Y-630-528D9763-TIL-04

 LIBERTY BANK & TRUST COMPANY
 3801 CANAL STREET
 NEW ORLEANS LA 70119

2. **NAMED INSURED:**

 XAVIER UNIVERSITY OF LOUISIANA
 ONE DREXEL DRIVE, BOX 46A

 NEW ORLEANS                LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

 **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

 Coverage - Covered Causes of Loss:  ____ Basic Form   ____ Broad Form   ____ Special Form
                                        X  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

 *BLANKET LIMIT
 LEASE #47368/006115

IL T0 10 04 94                                                     Page 1 of 2

TRAV 000464

8.  **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2

TRAV 000465

 **ST PAUL TRAVELERS**

300 ARBORETUM PLACE    STE 160
RICHMOND    VA            .    23236

**LENDER'S CERTIFICATE OF
INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

Policy Number: Y-630-528D9763-TIL-04

NORSTAN FINANCIAL SERVICES, INC.
C/O LEASE PROCESSING CENTER
P O BOX 168647
IRVING TX 75016

2. **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS            LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04 to 09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSOANL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
                                                           X  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
MASTER EQUIPMENT LEASE #021-0154780-000

IL T0 10 04 94

Page 1 of 2

TRAV 000466

8. **NOTICE OF CANCELLATION** -- If we elect to cancel the policy or the Coverage Part which applies to the property described in Item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** -- As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000467



**ST PAUL
TRAVELERS**

300 ARBORETUM PLACE   STE 160
RICHMOND   VA          23236

**LENDER'S CERTIFICATE OF
INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**  Policy Number: Y-630-528D9763-TIL-04

    STEELCASE FINANCIAL SERVICES, INC.
    475 SANSOME STREET, 19TH FLOOR
    SAN FRANCISCO CA 94111

2. **NAMED INSURED:**

    XAVIER UNIVERSITY OF LOUISIANA
    ONE DREXEL DRIVE, BOX 46A

    NEW ORLEANS                LA 70125-1098

3. **CERTIFICATION -**  We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

    Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
                                        __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

    *BLANKET LIMIT
    MASTER LEASE AGREEMENT #22151

IL T0 10 04 94                                                    Page 1 of 2

TRAV 000468

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

   Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000469



ST PAUL
TRAVELERS
300 ARBORETUM PLACE  STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**      Policy Number: Y-630-528D9763-TIL-04

UNIVERSITY LEASE
A DIVISION OF CA FIRST NATIONAL BK
18201 VON KARMAN AVE., SUITE 420
IRVINE CA 92612

2. **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS          LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                          X  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
LEASE AGREEMENT ORDER NO. BL-00258; LEASE SCHEDULE NOS. 01,02,03
& 04 AND LEASE AGREEMENT NO. UL0008564, LEASE SCHEDULE NO. 01

IL T0 10 04 94                                        Page 1 of 2

**TRAV 000470**

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2

TRAV 000471

 **ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA          23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   UPS CAPITAL CORPORATION
   35 GLENLAKE PARKWAY, NE
   ATLANTA GA 30328

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS               LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss:  _____ Basic Form   _____ Broad Form   _____ Special Form
   __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #40000646

IL T0 10 04 94                                                                Page 1 of 2

TRAV 000472

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the properly described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

TRAV 000473



ST PAUL
TRAVELERS
300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF**
**INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

      PITNEY BOWES CREDIT CORPORATION
      ACCOUNT #6171326
      P O BOX 56460
      LOUISVILLE KY 40285-6460

2. **NAMED INSURED:**

      XAVIER UNIVERSITY OF LOUISIANA
      ONE DREXEL DRIVE, BOX 46A

      NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION** – We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 16 | 16 | POSTAGE METER/MAILING EQUIPMENT ACCOUNT #6171326, INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY | $ 32,257 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                           **X**  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94

TRAV 000474

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000475

**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA            23236

LENDER'S CERTIFICATE OF
INSURANCE — FORM A
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   J P MORGAN LEASING, INC
   1 CHASE SQUARE
   ROCHESTER NY 14643

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
   **X** Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #23109-1

IL T0 10 04 94                                                                Page 1 of 2

TRAV 000476

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000477

300 ARBORETUM PLACE STE 160
RICHMOND VA 23236

LENDER'S CERTIFICATE OF INSURANCE – FORM A
Issue Date: 10-28-04

1. CERTIFICATE HOLDER: Policy Number: Y-630-528D9763-TIL-04

TCF LEASING, INC
11100 WAYVATA BLVD., #801
MINNETONKA MN 55305

2. NAMED INSURED:

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04 to 09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form _____ Broad Form _____ Special Form
__X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
LEASE #23190-2

8. **NOTICE OF CANCELLATION —** If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS —** As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY:  _____
                   Signature of Authorized Representative


IL T0 10 04 94                                                                                    Page 2 of 2


TRAV 000479


**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE – FORM B**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**   Policy Number: Y-630-528D9763-TIL-04

    LOUISIANA PUBLIC FACILITIES
    AUTHORITY & HANCOCK BANK AS TRUSTEE
    P O BOX 591
    BATON ROUGE LA 70821

2. **NAMED INSURED:**

    XAVIER UNIVERSITY OF LOUISIANA
    ONE DREXEL DRIVE, BOX 46A

    NEW ORLEANS          LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From 09-01-04  to  09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

    **Buildings or Buildings Under Construction** – The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance $ | Coins % |
|----------|-----------|---------|----------------------|---------|
|          |           |         |                      |         |
|          |           |         |                      |         |

    Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
    _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any)

IL T0 11 03 96

Page 1 of 2

TRAV 000480

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS – BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

Page 2 of 2

TRAV 000481



**ST PAUL
TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA         23236

**LENDER'S CERTIFICATE OF
INSURANCE – FORM B**
Issue Date: 10-28-04

1.  **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

        J P MORGAN TRUST COMPANY, NATIONAL
        ASSOCIATION
        6525 WEST CAMPUS OVAL, SUITE 200
        NEW ALBANY OH 43054

2.  **NAMED INSURED:**

            XAVIER UNIVERSITY OF LOUISIANA
            ONE DREXEL DRIVE, BOX 46A

            NEW ORLEANS            LA 70125-1098

3.  **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4.  **POLICY PERIOD:** From 09-01-04  to  09-01-05

5.  **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

    **Buildings or Buildings Under Construction** – The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

    Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                        _____ Deluxe Property Form

7.  **SPECIAL PROVISIONS** (if any)
    XAVIER UNIVERSITY OF LOUISIANA REVENUE BONDS SERIES 2002

IL T0 11 03 96                                                    Page 1 of 2

TRAV 000482

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

  **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

  **(2)** Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

  **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

  All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

  **(1)** The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

  **(2)** The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

  At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

  **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

TRAV 000483

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut .06183

**LENDER'S CERTIFICATE OF INSURANCE – FORM B – SCHEDULE**
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|---|---|---|---|---|---|---|---|
| 13 | 13 | ONE (18) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | $ 585,880 | N/A | DELUXE |
| 17 | 17 | 3713 (36) SHORT STREET NEW ORLEANS | LA | 70125 | 6,542,696 | N/A | DELUXE |
| 18 | 18 | 3713 (37) SHORT STREET NEW ORLEANS | LA | 70125 | 9,603,528 | N/A | DELUXE |

IL T8 97 03 96

TRAV 000484


ST PAUL
TRAVELERS
300 ARBORETUM PLACE   STE 160
RICHMOND  VA            23236

**LENDER'S CERTIFICATE OF
INSURANCE – FORM B**
Issue Date: 10-28-04

1. CERTIFICATE HOLDER:

Policy Number: Y-630-528D9763-TIL-04

J P MORGAN TRUST COMPANY, NATIONAL
ASSOCIATION
6525 WEST CAMPUS OVAL, SUITE 200
NEW ALBANY OH 43054

2. NAMED INSURED:

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS                        LA 70125-1098

3. CERTIFICATION - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. POLICY PERIOD: From 09-01-04  to  09-01-05

5. INSURING COMPANY: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. INSURANCE

**Buildings or Buildings Under Construction** – The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
|  |  | SEE IL T8 97 03 96 | $ |  |

Coverage - Covered Causes of Loss: ____ Basic Form   ____ Broad Form   ____ Special Form
____ Deluxe Property Form

7. SPECIAL PROVISIONS (if any)
XAVIER UNIVERSITY OF LOUISIANA BUILDING BONDS OF 1967
BANK ONE ACCOUNT #3660032500

IL T0 11 03 96

Page 1 of 2

TRAV 000485

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

Page 2 of 2

TRAV 000486

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

LENDER'S CERTIFICATE OF
INSURANCE — FORM B – SCHEDULE
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL
ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|---|---|---|---|---|---|---|---|
| 12 | 12 | ONE (14) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | $ 5,620,437 | N/A | DELUXE |
| 15 | 15 | ONE (24) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | 1,608,385 | N/A | DELUXE |

IL T8 97 03 96

TRAV 000487