

**US Army Corps
of Engineers®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

### Volume IV – The Storm

2006

29 Aug 2005
11:45 UTC

**FINAL DRAFT**
(Subject to Revision)

EXHIBIT
D

# Executive Summary

Hurricane Katrina produced unparalleled wave and storm surge conditions for the New Orleans vicinity. Hurricane Katrina was a very large Category 3 storm when it passed the New Orleans area on the morning of August 29th. Twenty-four hours earlier this storm had been the largest Category 5 and most intense (in terms of central pressure) storm on record within the northern Gulf of Mexico. Due east of the Mississippi River delta, a deepwater National Oceanic and Atmospheric Administration (NOAA) buoy recorded the highest significant wave height ever measured in the Gulf of Mexico (55 ft). The large size of Katrina throughout its history, combined with the extreme waves generated during its most intense phase, enabled this storm to produce the largest storm surges that have ever been observed within the Gulf of Mexico (reliable observations up to 28 ft), as determined from analyses of historical records. As another example of Katrina's strength in terms of storm surge, the previous highest high water mark from Hurricane Camille was 24.6 ft, the only Category 5 storm to make landfall in the Gulf of Mexico over the interval that records have been kept (approximately 150 years). In the vicinity of Biloxi, Mississippi, the surge produced by Camille was 15.8 ft, the highest surge that had ever been recorded at that location prior to Katrina. Katrina generated surges of 24-26 ft at Biloxi. In other words, Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall) in the area where they both made a direct hit. Whereas the Saffir-Simpson scale is a good predictor of wind damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms. Hurricane Katrina had much greater wave and storm surge generation potential than the Standard Project Hurricane (SPH) storms used to design the hurricane protection system. In Louisiana, the east-facing protection levees of Orleans, St. Bernard, and Plaquemines Parishes bore the brunt of the storm's surge, and coupled with energetic long-period wave conditions, the hurricane protection system was overwhelmed in many places.

This volume presents the regional hydrodynamic conditions created by Katrina (waves and water levels). Local high-resolution hydrodynamic waves and water levels at the levees and floodwalls, as well as hydrostatic and hydrodynamic forces and loadings that the levees and floodwalls were subjected to during the storm, are also presented. In addition to maximum conditions, temporal variation of waves and water levels and loadings are of great interest, as are timing and phasing of different types of loadings and forces. All conditions were evaluated. A time line of inundation and notable project responses is presented, based on many eyewitness accounts and analyses of information and observations.

A combination of numerical model results and measured data was used to assess the regional-scale wave and water level conditions along the entire periphery of the hurricane protection system. The WAM and STWAVE wave models, and the ADCIRC storm surge model, all "workhorse" models used by the Corps of Engineers, were used to characterize the regional wave and storm surge climate produced by the hurricane. All models needed very high resolution to capture the complex geographical features of the system, and they were forced with high-accuracy, data-assimilated surface wind and atmospheric pressure fields. Computations were made on high-performance supercomputers.

In spite of the fact that Katrina exceeded the design storm, water levels and waves roughly corresponded to design conditions in some parts of the New Orleans area. In other parts of the hurricane protection system, waves and water levels significantly exceeded design conditions. Observed peak water levels at the entrances to canals along the south shore of Lake Pontchartrain were 10.8 to 11.8 ft, which were slightly less than or at the design peak water levels of 12.0 ft. In the Inner Harbor Navigation Canal (IHNC), north of the intersection of IHNC with the Gulf Intracoastal Waterway (GIWW)/Mississippi River Gulf Outlet (MRGO), there was a large gradient in observed peak water level, from 15 ft at the intersection to 11.8 ft at the IHNC entrance to Lake Pontchartrain. In this reach of canal, peak water levels were at, above, or below design levels, depending on location. Between this intersection and the IHNC Lock to the south, peak water levels exceeded the design water level of 13.5 ft by as much as 2 ft. Along the east/west-oriented GIWW/MRGO channel section, peak water levels exceeded the design value of 13.5 ft by approximately 2 ft. Along the MRGO adjacent to the St. Bernard Parish hurricane protection levee, peak water levels were 16 to 18 ft, which exceeded design levels by as much as 5 ft. Along the east-facing hurricane protection levees in south Plaquemines Parish, peak water levels reached 20 ft, exceeding design levels by as much as 5.5 ft. All water levels cited in this volume are referenced to the North American Vertical Datum of 1988 (NAVD 88) 2004.65 datum. Appropriate adjustments have been made to design water levels to convert them to this datum.

Peak significant wave height along the south shore of Lake Pontchartrain reached at least 8.7 ft, exceeding design values by about 1.0 ft. Wave periods were about equal to design values. Along the levees adjacent to Lake Borgne, computed significant wave heights were consistent with or less than design values, but wave periods (15-16 sec) exceeded the design wave periods by a factor of 3. In south Plaquemines Parish maximum significant wave heights reached as high as 10 ft and wave periods were 15-16 sec; design wave height conditions were exceeded by up to 4 ft, and design wave periods were exceeded by a factor of 2 to 3. Since both wave height and wave period influence the potential for wave run-up and overtopping, the design wave height and period values should be re-examined for these east-facing levee systems, as well as the west-facing levees in Plaquemines Parish.

An analysis was performed to examine the influence of the MRGO channel on storm surge propagation into the New Orleans vicinity. The section of waterway where the GIWW and MRGO occupy the same channel allows Lake Pontchartrain and Lake Borgne to be hydraulically connected to each other via the IHNC. Storm surge experienced in the IHNC and the GIWW/MRGO section of waterway is influenced by storm surge conditions in both lakes due to this hydraulic connection. The long northwest/southeast-oriented section of the MRGO channel to the east of Paris Road Bridge, which seems to be the section of canal that has raised much concern, has little influence on water levels in the IHNC and GIWW/MRGO for high storm surge events such as Hurricanes Betsy and Katrina. It has a more important role for low surges, less than 4 ft in amplitude, but still creates changes of less than 0.6 ft in some cases and less than 0.3 ft in most cases. The MRGO role in propagation of low-amplitude astronomical tide and influx of higher saline water into Lake Pontchartrain has been established; the low-amplitude tide propagates primarily through channels, of which the MRGO is one. However, during high storm surge conditions, when the wetlands become inundated, this reach of the MRGO becomes

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

much less important regarding storm surge propagation into the IHNC. A more detailed analysis is provided in the form of a white paper on the subject (Appendix 6).

As storm effects propagated onto the large flood protection levees and into the outfall and navigation canals, local wave and water level conditions exerted very large forces on the flood protection system. Detailed hydrodynamic and engineering models were nested inside the model domains used in the regional hydrodynamics to represent conditions in the vicinity of a range of engineering structures within the New Orleans area. As part of these calculations, forces on structures, overtopping rates, and fine-scale velocity fields were estimated for periods of interest. At this scale of estimation, accurate specification of these forces requires a combination of very careful detailed-scale hydrodynamic modeling and assimilation of all available observations. To obtain the most reliable representation possible for the outfall canals, a series of digital photographs at the northern ends of the 17th Street Canal and the IHNC, along with interpolations of these water levels at the London Avenue and Orleans Avenue Canals, were used as the final boundary conditions for detailed wave and water level simulations.

Fine-scale ADCIRC simulations showed that, in the absence of breaching or overtopping within the outfall canals, even for the case of high rates of pumping into these canals, time histories of water levels in these canals would essentially mirror those at the entrances. However, this simple situation was not the case in the 17th Street and London Canals, where outflows via breaching had a significant effect on water levels throughout the canals. Debris on the north side of the Hammond Highway Bridge near the entrance of the 17th Street Canal also appeared to have had a significant affect on water levels within this canal. The net effect of these factors is that estimated water levels within the 17th Street Canal are about 3 feet lower than water levels at the entrance to this canal at the peak of the storm. Since there was no major source of debris within the London Avenue Canal and since the breaches were smaller than the breach in the 17th Street Canal, the water levels were not reduced as much within this canal, with peak conditions about 2 feet lower than those at the entrance. A low section of levee in the Orleans Avenue Canal acted as a weir at its southern end; consequently, once water levels exceed the weir height (about 9.5 feet), water levels within the canal sloped somewhat from north to south.

A physical model study was conducted for the northern portion of the 17th Street Canal in order to obtain objective estimates of wave decay in the entrance to this canal and the dissipative effects of the hurricane proof bridges on waves propagating under these structures. Results from this model showed that most wave energy was removed by the combination of entrance losses and dissipation under these bridges. In the physical model wave heights over of over 8 feet that were incident on the canal entrances at the peak of the storm were reduced to less than one foot in the vicinity of the breach site within the 17th Street Canal. COULWAVE (Boussinesq) model runs corroborated estimates of entrance loss effects and, once tuned to similar dissipation rates under bridges, showed that long-period wave energy also remained quite small over the length of the canal. Since neither the physical model nor COULWAVE includes the effects of local wind generation, STWAVE, modified to simulate the physical model's estimated bridge dissipation, was exercised to investigate the effects of local wind generation inside the canal; however, results from these runs indicate that wave heights remained under 1 to 1.5 feet in all areas of the canal. Simulations with COULWAVE and STWAVE show that wave conditions past the first

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

500 feet or so within both the London Avenue and Orleans Canals were also quite small, with wave heights remaining less than 1 to 1.5 feet throughout these canals during the storm.

Estimated forces on the canal floodwalls are provided. As a close approximation, these forces are similar to what would be expected if the water level at the wave crests were simply taken as the still water level for force estimation. Maximum individual crest heights are estimated to be about 1 foot above the still water levels in the vicinity of the breaches in the 17th Street and London Avenue Canals. Depending on the type of failure experienced by these floodwalls, contributions due to waves could be significant in causing gap formation in these locations.

Breaching within the IHNC occurred in locations near the junction of the GIWW/MRGO and IHNC and south of this junction. In this area, waves entering from the north from Lake Pontchartrain and from the east from the Gulf of Mexico are largely dissipated; however, during peak conditions for winds out of the east (around 0400 to 0600 CDT), wave heights of 4 feet or larger were generated within the GIWW/MRGO. These waves propagated into the IHNC and were diffracted and reflected from side to side within this canal. Estimated wave heights are in the 2 to 3 foot range for the area along the Lower Ninth Ward that may have breached early around 0430. Later in the morning, around 0930, winds had rotated to where they coming from the north, roughly aligned with the axis of the IHNC, and waves in the 2 to 3 foot range were generated near the southern end of the IHNC.

Similar to the approach used for the canals, observational data were assimilated into water levels along the large flood protection levees in St. Bernard Parish, New Orleans East, and Plaquemines Parish in order to ensure the maximum accuracy possible for calculations at the detailed scale. Mean water levels ranged from slightly below the levee crest to 2 – 3 feet above the levee crests in the St. Bernard Parish area facing northeast along the MRGO. Overtopping would have been extensive along the central portion of this section of levees, even without erosion/breaching; however, extensive erosion/breaching substantially increased the rate of discharge into this area. Results from COULWAVE show that combined wave and mean flow velocities were higher on the back faces of levees than on the front face of the levees (the part of the levee exposed to direct wave attack). This is consistent with observations of partially eroded levees in this area which show much greater erosion on levee back faces in many areas where there is no erosion on the levee front face.

Along New Orleans East levees, the mean water level appears to have been very close to the levee crest elevation. These levees were exposed to wave overtopping for several hours on the morning of Katrina; and significant erosion/breaching occurred. An interesting contrast was seen along the GIWW, where water levels were also near the crest of the levee but waves were propagating parallel to the crest of the levee rather than normal to it. In this case, even though the wave heights were similar to those along the exposed section of levees in New Orleans East, velocities on the back face of the GIWW levee section were about 50% lower than those estimated for the exposed levee section. Levees along this GIWW section exhibited only minor erosion.

In Plaquemines Parish, the major levees and floodwalls were massively overtopped and many of these failed. Calculations with a Navier-Stokes model were used to show the

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

magnitudes and distribution of forces on the vertical walls. Wave and mean flow overtopping were extensive with jets of water propelled 6 – 12 feet beyond the crest of the floodwalls.

## Participants

This report represents a combined effort by individuals from various governmental, private and academic institutions. The following is a list of individuals that actively participated on this project during the period October 2005 through May 2006, and directly contributed to this report.

| NAME | AGENCY | ROLE |
|---|---|---|
| **Regional Hydrodynamics** | | |
| Bruce Ebersole | USACE/ERDC-CHL | Co-Lead, Regional Hydrodynamics |
| Joannes Westerink | University of Notre Dame | Co-Lead, Regional Hydrodynamics |
| Andrew Garcia | USACE/ERDC-CHL | High Water Marks/Hydrographs |
| Kevin Knuuti | USACE/ERDC-CHL | High Water Marks/Hydrographs |
| Mary Claire Allison | USACE/ERDC-CHL | High Water Marks/Hydrographs |
| Brian Jarvinen | NOAA NWS (Retired) | High Water Marks/Hydrographs |
| Phil Turnipseed | USGS | High Water Marks/Hydrographs |
| Robert Mason | USGS | High Water Marks/Hydrographs |
| Van Wilson | USGS | High Water Marks/Hydrographs |
| Shabbar Saifee | DHS/FEMA | High Water Marks/Hydrographs |
| Lynn Mayo | URS (for DHS/FEMA) | High Water Marks/Hydrographs |
| Vincent Cardone | Oceanweather, Inc. | Winds/Pressures |
| Andrew Cox | Oceanweather, Inc. | Winds Pressures |
| Brian Callahan | Oceanweather, Inc. | Winds Pressures |
| Erin Harris | Oceanweather, Inc. | Winds Pressures |
| Mark Powell | NOAA AOML HRD | Winds/Pressures |
| Shirley Murillo | NOAA AOML HRD | Winds/Pressures |
| Peter Dodge | NOAA AOML HRD | Winds/Pressures |
| John Gamache | NOAA AOML HRD | Winds/Pressures |
| Peter Black | NOAA AOML HRD | Winds/Pressures |
| Sonia Otero | University of Miami (NOAA CIMAS) | Winds/Pressures |

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

**17th Street**

The location of the 17th Street study area is shown in Figure 116. Also shown in Figure 116 are the approximate locations of eyewitness accounts for which times of flooding were available. Although this area has been covered extensively, the number of people identified as having remained in the area during Hurricane Katrina is fairly small. However, there is a good degree of confidence in the results in this area, owing to the consistency of the eyewitness accounts and supporting time-stamped data. The general consensus is that the initial breach occurred early on the morning of Monday, August 29.

Stage hydrograph information in the flooded area affected by the 17th Street breach was very limited. However a gauge was maintained on the suction side of Pump Station (OP)10 (Figure 116), which allowed the development of a stage hydrograph for that area shown (see Figure 117). The stage data in Figure 117 are referenced to NAVD 1988. Unless otherwise noted, all elevations are referenced to NAVD 1988 (2004.65) and times are referenced to central daylight time. The variability in stage from 0500 until about 0900 reflects the pumping operations at this site. However, after about 0900, the pumps were no longer able to keep up with the rising water and pumping ceased. Another stage hydrograph was developed in this area at site 12 (Figure 116) based on an eyewitness account. The homeowner at this site called a friend and left messages on her cell phone concerning water levels. Each message was time tagged, beginning at 0649 on Monday morning and ending at 2030 Monday evening. A survey of these points produced the stage hydrograph which is shown along with the Pump Station 10 data in Figure 117. As shown in Figure 117, the Site 12 stages are significantly higher in the early morning period than at Pump Station 10. This likely reflects the effects of pumping at Pump Station 10. However, by about 1400, the two are in close agreement. The Pump Station 10 data indicate that by midnight on Monday, the water elevations had begun to level off with stage of about 3.2 ft, which matches closely with the high water marks in this area. It should be noted that both these hydrographs represent the water levels about 2 miles south of the breach, and therefore, do not illustrate the rapid water level increases experienced near the breach.

A hydrograph of canal water levels was developed from the gauge data at OP#6 pump station located at the south end of the 17th Street Canal. However, after a detailed analysis of the data, it was determined that the data was unreliable and was not considered in this study. A detailed description of the analysis of this gauge data is contained in Appendix 1.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 116. 17th Street area with approximate locations of eyewitness accounts and stopped clocks

This is a preliminary report subject to revision; It does not contain final conclusions of the United States Army Corps of Engineers.



Figure 117. Stage hydrograph at Pump Station 10 and at Site 12.

While there is the expected range of eyewitness times throughout this area, two reliable accounts state that the initial breach was first observed around daybreak (about 0630) on Monday morning. One account is from a man in the Lake Marina Tower high-rise building just north of the breach (site 1 in Figure 116) who had a telescope trained on the floodwall area. He reported that just as dawn broke, he saw one section of the wall was breached (leaning over). Sometime later when he looked the breach had fully developed. He also reported that there was a large amount of debris piled up against the north side of Hammond Hwy bridge (Figure 118). Another eyewitness, who lived on the west side of the canal in Jefferson Parish used a pallet as a ladder and looked over the west floodwall directly across from the breach area (site 2). He observed a single section (probably a panel) leaning over at about daybreak. He also reported that the water was moving very fast in the canal with no significant waves, and that the water was about one foot below the top of the wall at that time (approximately 0630). He also reported that the water was going over the top of wall where the wall was leaned over. He left and came back about 2 to 3 hours later and observed that there were a number of sections all the way down or gone, suggesting full development of the breach. Based on these two accounts, it appears that there was a small breach that had occurred early in the morning by about daybreak (about 0630). According to eyewitness accounts in the immediate vicinity of the breach there was no significant flooding in the area in the early morning prior to about 0900 suggesting that the flow through the breach during this period was not large. However, according to eyewitness accounts closest to the breach (sites 3-5 in Figure 116), the situation changed dramatically about 0900,

IV-168

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

with a rush of water being reported. One account is from an eyewitness whose house was within 100 yards of the breach (site 3 in Figure 116).



Figure 118. This image shows debris accumulated on North side of Hammond Highway Bridge over the 17th Street Canal shortly before 3 p.m. on Monday, 29 August 2005. The bridge railing is visible in lower left corner.

He reported that about 0830 he observed clear water in the streets near the top of the curb, and was not concerned. However, at 0900 he heard loud noises and observed black water (filled with garbage) pouring into his house. He was certain of the time because he had just heard the radio announcer announce the time as 0855. He noted that the water was flowing from the west with tremendous force (knocking over oak trees in his yard) and that within 10 minutes his first floor was filled with water. He estimated the water depth in his house to be about 6 to 7 feet based on his floating sofa hitting the 8-foot ceilings. The other eyewitness accounts (sites 4, and 5 in Figure 116) reported similar occurrences with times of the initial wave of water ranging from 0845 to 0915, and a rapid filling of their homes. Video taken from the Lake Marina Tower (site 1) just north of the breach area shows initial flooding of the Lake Mariana parking lot between 0900 and 0915. Shortly after 1100, the video clearly shows the fully developed breach in the 17th Street Canal (Figure 119).



Figure 119. This video frame shows the breach in the 17th Street Canal floodwall and flooding in Lakeview about 11:20 a.m. on Monday, 29 August 2005. The portion of the breach shown in this image is near the intersection of Bellaire Drive and Stafford Place. (Video provided by National Geographic Television)

There were a number of stopped clocks recorded in the vicinity of the breach with the elevation of four being surveyed (sites C1-C4 in Figure 116). The times on these clocks range from 0800 to 0845, which might suggest the breaches occurred earlier than the eyewitness accounts. However, it's not clear at this time whether these readings represent A.M. or P.M. While it is possible that the water reached levels high enough to stop the clocks in the morning, it is also possible that these times could reflect the flooding later in the evening. The surveyed elevations of the clocks were generally between 2.3 ft and 2.8 ft, with one clock at 3.1 ft. These elevations are all slightly less than the observed high water in this area of 3.4 ft. According to the stage hydrograph (Figure 117) at Pump Station No. 10, which is about 2 miles south of the breach (Figure 116), the stages between 2000 and 2100 range from about 2.2 ft to 2.6 ft, which is in the same range as the clock data. Therefore, it is difficult at this time to state with certainty whether the clocks represent A.M. or P.M. Eyewitness accounts appear to be more reliable for the initial flooding times.

East of the slightly elevated West End Blvd, the eyewitness accounts generally suggest (with one unexplained outlier at site 10) a slight time lag, with the first signs of flooding occurring between 0930 and 1000 (sites 6-9 in Figure 116). One eyewitness (site 6) remembers looking at his watch, and places the onset of flooding at precisely 0932. Thus, it appears that within

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

30 minutes to one hour following the major breach, the floodwaters had moved into the area between West End Blvd and Orleans Canal. Further south near I-10 between Canal Street and Orleans Canal, there are three early accounts (sites 11-13) that report the onset of flooding between 0700 and 0800. At this time these early flooding times are unexplained. At sites 11 and 12 (Figure 116), it is possible that the initial reports of water may have simply been rain water piling up in the streets, while the major flooding may have occurred sometime later. At site 13 (Figure 116), water is definitely reported in the home, which is on a slab foundation, at 0700, but it is possible that the timing may be off. It is equally possible that these accounts are accurate, resulting from some, as yet determined, source of water. A possible explanation of this water source could be the backflow from the Orleans Canal, but this has not been conclusively documented.

An eyewitness account at site 14 (Figure 116) just south of the I-610 Loop, states that the first signs of flooding were not observed until about 1230 on Monday afternoon. Based on the ground elevation at this site (about -2 to -3 ft), this appears to be compatible with the Pump Station 10 hydrograph. At site 15 (Figure 116), the homeowner reported water flowing under her house into the canal on the suction side of Pump Station 6 about 2330 on Monday evening. The ground elevation at this site is about 1 to 2 ft. At site 16 (Figure 116), which is on the high ground of Gentilly Ridge, water was not observed until about 1000 on Tuesday morning. This homeowner also reported that the water level in the canal equalized with the water level in the street about 0200 Wednesday morning. An eyewitness who returned on Tuesday to assist with rescue efforts reported strong north-to-south currents in the vicinity of the I-10/I-610 interchange on Tuesday morning. The eyewitness at site 12 reported strong north-to-south currents at the Canal Street railroad underpass Monday night about 2100.

Based on the above data, it appears that the initial failure of the floodwall (single panel) occurred early on the morning of the 29th and was at least by about 0630, and was probably fully developed (probably catastrophically) by about 0900. If the initial breach occurred around 0630 in the morning, then according to the constructed Lake Pontchartrain stage hydrograph based on digital pictures and eyewitness accounts (Figure 120), the stage in the canal would only have been at about elevation 7.3 ft, which would be well below the top of the wall. According to post-Katrina surveys, the top of the 17th Street floodwall is about 12.4 feet at the breach. However, there are some eyewitness accounts that might suggest higher water elevations in the canal during this early time period. As noted above the eyewitness who observed the initial breach from the west side of the canal reported that the water was about a foot below the top of the wall at this time (0630). The other eyewitness who observed the initial failure with the telescope reported that there were no significant waves in the canal, and that the water level was only about 1.5 ft below the top of the floodwall. He also reported a large amount of debris piled up against the north side of the Hammond Hwy Bridge, but no significant amount of debris south of the bridge in the canal. Another eyewitness who lives in Jefferson Parish immediately behind the west side of the wall reported waves overtopping the wall at about 0800 (site 17 in Figure 116). He also took a picture, which shows the wave splash (wave splash is partially hidden by tree limbs). He also noted that while there was wave overtopping, there were no significant amounts of water building up in this area.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 120. Stage Hydrograph for 17th Street Canal entrance and vicinity based on digital photographs and eyewitness account.

   At about 1000, he looked over the floodwall and reported that the water level was about two feet below the wall, which is consistent with the Lake hydrograph. Another eyewitness at site 18 (Figure 116) reported water and wood debris coming over the wall with the waves. He was not sure of the time, but said that it was between 0500 and 0700. After about 0900 he no longer saw the waves. The 0900 observation is consistent with a catastrophic breach at 0900 that would likely lower canal water levels. At present, it is difficult to reconcile these eyewitness accounts of higher water levels with the stage hydrograph in Figure 120.

**London West**

   The location of the London West study area is shown in Figure 121. Unfortunately there were no eyewitnesses found in the immediate vicinity of the breach. However, there were a number of stopped clocks recorded within about a ten-block area near the breach. Figure 122 is a stage hydrograph developed from the stopped clock data.

   As shown in Figure 122, the earliest stopped clock time is about 0600. However, since there are no other data supporting a breach at this early time, this time is not considered to be reliable. The next earliest time in Figure 122 is at 0730, which is also shown as site C1 in Figure 121. At site C2, another stopped clock was located adjacent to the breach and was found to indicate a

 This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

time of 0710. This clock was not surveyed and therefore is not included in Figure 122, however, it was at a relatively low elevation in the house, and would have been inundated early. This was also a wind-up clock, but was considered to be reliable because the homeowner was sure that he had wound it the night before the hurricane. Eyewitness accounts at sites 1 and 2 (Figure 121) reported major flooding at 0700 while the eyewitness at site 3 experienced flooding at 0720. Other eyewitnesses who live on the east side of the canal crossed the bridge at Fillmore in the 0800 to 0830 timeframe heading towards Paris Street, and observed water flowing on the west side of the canal from north to south. Therefore, based on these data, it appears that the breach in the London West floodwall occurred in the 0700 to 0730 timeframe. Sites 4-6 indicate flooding times between 0945 and 1000. These later times probably reflect distance from the breach and/or higher ground elevations at these locations. Sites 7 and 8 are located on higher ground, and show times of 1800 and 1200, respectively.

South of Mirabeau Avenue (Figure 121), there is a wide variation in times, but it appears that flooding in this area generally occurred in the late morning to mid afternoon. Thus, it appears that the flood waters from the breach had to fill the low lying areas to the north of Mirabeau Avenue, before the higher areas south of Mirabeau Avenue were affected. Further south near the high ground of Gentilly Ridge, there are two reports at sites 19 and 20 of flooding at about 1300 on Monday afternoon. Two eyewitnesses at sites 17 and 18 near Gentilly Ridge did not report flooding until Tuesday morning. However, the reports at sites 17 and 18 are not consistent with the other reported times in this area. This discrepancy probably reflects uncertainty with respect to the timing at sites 17 and 18. Another eyewitness reported that between 1000 and 1100, water was flowing over Gentilly Ridge from south to north towards the Humanity Street area near the end of the London Avenue Canal.

In summary, it appears that the breach on London West occurred in the 0700 to 0730 timeframe. According to eyewitness accounts and the hydrograph in Figure 122, water levels continued on a slow rise reaching an elevation of about 0 ft by about 1600 on Monday afternoon, and peaking at about 2.8 ft on Tuesday morning about 0100. The 2.8 ft elevation is equal to the high water mark elevations in this area. If it is assumed that the breach occurred at 0730, then the corresponding stage in the canal according to the hydrograph in Figure 120, then the corresponding stage would be about 8.9 ft. which would be about 4 ft below the top of the wall based on a Floodwall height of 12.9 ft. According to the two eyewitnesses that ran across the Fillmore Bridge towards Paris Street, the water level in the canal was only about a foot below the top of the wall in the 0800 to 0830 timeframe. Although these appear to be credible eyewitnesses, uncertainty exists with respect to the exact times these observations were made.

IV-173

Volume IV The Storm
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 121. London West area with approximate locations of eyewitness accounts and stopped clocks

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 122. Stage hydrograph for London West based on stopped clock data.

**London East**

The location of the London East study area is shown in Figure 123. As shown in Figure 123, there were a large number of people who remained in their homes during the hurricane. The earliest reported account of flooding was between 0700 and 0800 on Monday morning by an individual that lives right at the breach (site 1 in Figure 123). Another individual at site 2 reported that the water came up really fast from the west at about 0800. Another report of an early time was at site 3. This individual reported that at 0730 there was not much water in the street, so he decided to go back to sleep. However, before he could get to sleep, he heard a gurgling sound and when he got out of bed there was water in his house. He said that the water was up to the window ledges and coming into his house. He and a friend got the neighbor from next door and went up on the floodwall berm and headed south. At one point they lifted one of them up to look over the wall and said that the water was about one foot below the top of the wall. As they got to the location of the breach they heard a loud cracking sound and at the same instant, the wall burst open in front of them and water gushed out "like twenty fire hydrants". They immediately reversed direction and ran back to Fillmore Street and crossed over at the bridge towards Paris Street. They reported seeing water moving in this area from north to south, and had to swim to reach the Beacon Light Church, where they stayed for several days. The interview with the neighbor revealed a similar account. He reported that he was asleep between about 0630 and 0700 when a friend woke him up and he found water coming into his house. He said that by the time he got dressed, the water was about knee deep in the house and was flowing

Volume IV The Storm
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

up through the toilets and sinks. He and his friends went west up onto the levee and headed towards Mirabeau Avenue.



Figure 123. London East area with approximate locations of eyewitness accounts.

When they got to the breach location, he said that water was poring through the breach like a river. He estimated that the time between waking up and getting to the breach site was about 30 minutes, which would be in the 0700 to 0730 timeframe. He said that he is 5'9", and that the water coming through the breach was over his head while he was standing on the levee. He also stated that he felt that the breach had occurred sometime before they got there due to the large amount of water in the streets and houses in the area. He said that they walked north to Fillmore Street where they crossed over going west towards Paris Street. At the Fillmore Bridge, he climbed up on a ladder and looked across the canal. He reported that the water level was about one foot below the top of the floodwall, and that the water was moving very fast towards the south. After crossing the canal, they encountered water and eventually had to swim to get to Paris Street. When they finally got to the Beacon Light Church he noticed a clock on the wall that read 0848. He thought the clock was operational, but could not say for certain. He also said that the time between seeing the breach at Mirabeau and getting to the church was about an hour. If it is assumed that the clock at the church was correct, then he would have been at the breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

around 0745. Based on all these accounts, it appears that the London East breach occurred in the 0700 to 0800 timeframe.

At site 4 (Figure 123), the eyewitness reported that by 0900 there was two feet of water in the street moving with a strong current from south to north. By 1200, they reported that the water was about six feet high in the street. Another eyewitness at site 6 (Figure 123) reported flooding between 0830 and 0900.

North and east of the breach there are several reports (sites 8-12) of flooding occurring around 1000 that morning, which probably reflect the time required to fill up the low lying areas north of Mirabeau Avenue. However, there are several early times of flooding reported in the northern part of the area (sites 13-16) that can not be explained at this time. Just east of Elysian Fields, there are three accounts (sites 18-20 in Figure 123) that place the flooding times between 1400 and 1530. These later times seem to be reasonable given the higher ground elevations in this area. However, just east of these sites are two accounts (sites 22-23 in Figure 123) that place the flooding much earlier, between 0845 and 0945. Both eyewitnesses at sites 22 and 23 reported that the water was flowing south to north from the Gentilly Ridge area, suggesting that water was flowing over Gentilly Ridge from the IHNC West area. Just south of here at site 32 (Figure 123), an eyewitness had video footage showing water flowing down Franklin Street from Gentilly Ridge to the north at about 1230 (Figure 124). As noted in the London West section of this report, an eyewitness reported flow going over Gentilly Ridge near the south end of the London Avenue Canal between 1000 and 1100. Thus, it seems possible that the flow from the IHNC West area could have been supplying water to the London East and West areas by mid-morning. However, these early times for flow going over Gentilly Ridge must be reconciled with the later observed flooding times along the ridge itself. For instance, at sites 29-33 near Gentilly Ridge, the reported times of flooding range from 1230 to 1500. However, it is possible that the water could have been flowing over some selected low areas in the streets through Gentilly Ridge into the northern areas in the mid morning time frame, and that it was only later in the day before the higher areas along the ridge itself were actually flooded. In particular, Franklin Avenue provides a flow path with an invert elevation of about 0 ft while the surrounding ground elevations range from about 2 ft to 4 ft. The potential for water crossing the Gentilly Ridge in morning is also supported by the IHNC West data discussed in the next section.

For this area, a stage hydrograph was developed from an eyewitness video located at site 34 in Figure 123 during the storm. The hydrograph is shown in IV-125. The video starts about 1125 on Monday morning and extends through Wednesday at 1300. There were also three surveyed stopped clock data points (also shown in Figure 125) that matched well with the hydrograph. This set of stopped clock data was collected for the specific purpose of evaluating the reliability of stopped clock data as source of data for construction of stage hydrographs. As shown in Figure 125, the stopped clock data match well with the hydrograph from the observed points from the video. According to the hydrograph in Figure 125, the water level rose at a little less than about one foot per hour from about noon to 2100. After that it rises very slowly, peaking at about 2.8 ft. on Tuesday at 0100, an elevation consistent with surveyed high water marks in this area.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

In summary it appears that the London East Breach occurred between about 0700 and 0800 on Monday morning. Assuming the breach occurred at 0800, the corresponding elevation in the canal would have been about 9.5 ft, according to the stage hydrograph for London Avenue Canal (see Appendix 1). The elevation of the floodwall in this vicinity is about 12.9 ft.



Figure 124. This image shows a south to north flow on Franklin Avenue at the Gentilly Road intersection about 12:30 p.m. on Monday, 29 August 2005

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.