useful information for future design and planning efforts of the type needed for the New Orleans area.

## Findings and Lessons Learned

During the course of work to characterize regional and local hydrodynamic conditions created by Hurricane Katrina, as well as the forces and loadings on levees and floodwalls, a number of findings were established. From these findings valuable lessons were learned. Key findings and lessons learned are summarized here.

**Katrina generated a storm surge and wave environment unparalleled in the history of New Orleans.** Hurricane Katrina was a very large Category 3 storm when it passed the New Orleans area on the morning of August 29th. Twenty-four hours earlier this storm had been the largest Category 5 and most intense (in terms of central pressure) storm on record within the northern Gulf of Mexico. During Katrina, at a location due east of the Mississippi River delta and just offshore in deep water, National Oceanic and Atmospheric Administration (NOAA) Buoy 42040 recorded the highest significant wave height ever measured in the Gulf of Mexico (55 ft). That observation matched the largest significant wave height ever recorded by a sensor within NOAA's buoy network, in any ocean. The large size of Katrina throughout its history, combined with the extreme waves generated during its most intense phase, enabled this storm to produce the largest storm surges that have ever been observed within the Gulf of Mexico, as determined from analyses of historical records. Reliable high water marks in Mississippi measured as much as 28 ft. As another example of Katrina's strength, the previous highest high water mark was from Hurricane Camille, 24.6 ft, the only Category 5 storm to make landfall in the Gulf of Mexico over the interval that records have been kept (approximately 150 years). The maximum storm surge created by Katrina along the southeastern Louisiana coast was approximately 20 ft, which surpassed all previous observed high water levels for the area.

**Accurate simulation of surge and waves requires high resolution definition of geographic features and highly accurate wind information.** Representation of the physical system and accurate model input are the two most important factors that define accuracy of wave and storm surge modeling. Geography of southeastern Louisiana is very complex: many circuitous channels some very deep, large expanses of irregularly-shaped wetland, a vast network of levees and elevated roadways, and complicated inundation/drainage pathways that dictate water movement throughout the region. Accurate regional-scale surge modeling requires that all these important geographic features to be resolved with sufficient detail. The unstructured spatial discretization features of the ADCIRC model allow accurate representation of such a complex physical system in an optimal manner. Accurate wave modeling and wave-surge model coupling require high resolution of shallow water areas and areas with large depth gradients; this enables sufficient resolution of the breaking wave zone. Model results produced in this study demonstrated a very high degree of skill for this type of complex-phenomenon modeling. Correlation coefficients ("r squared" values) between 0.8 and 0.9 were achieved for both wave and surge predictions, compared to measurements. Modeling success also was attributed in large part to the very high quality of wind input, the key driver of wave and storm surge generation.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

The more sophisticated modeling available today provides significantly more detailed insight on variations in surge and wave environments with time and location. The wave and storm surge modeling (using the Corps' WAM, STWAVE and ADCIRC workhorse prediction models) provided considerable insight into how water surrounding such a complex physical system responds to an equally complex hurricane wind system. The hurricane protection system in southeastern Louisiana is very long and expansive, having a highly irregular layout. These factors coupled with a translating counter-clockwise rotating wind field about the center of a hurricane produced a complicated pattern of wave and storm surge development and evolution. Propagation of an evolving storm surge wave influences the water depth, which in turn exerts strong influence on the local wave field. The wave field is not only a function of what is locally generated by the wind. It is also heavily influenced by wave conditions generated by the hurricane generated while it was still well off the coast. Those waves propagated into the region well ahead of the storm's arrival. As a consequence of all these factors, there is considerable spatial variation in the peaks and temporal variability in wave and storm surge as a hurricane passes through the region. Where data were available that captured the temporal variation of wave and water level conditions, it was evident that the models reproduced the dominant features of this complex evolutionary process. For example, storm surge development in Lake Pontchartrain occurs through a filling process, which is driven by the water surface gradient between it and Lake Borgne and local wind which acts to tilt the water surface of the Lake toward the downwind direction. Another obvious behavior of the system was the dramatic difference between surge and wave climate generated by Katrina along the east-facing levees of the east bank of the Mississippi River, versus wave and water level conditions experienced along the northern parts of the west bank. The levee systems along the Mississippi River exert considerable control on the movement of water and development of the storm surge and wave conditions. In general, conditions on the east side of the Mississippi River levee systems were much more severe than those along most of the west bank. This suggests that there might be some opportunity to exploit this pronounced difference in system-wide behavior in preparations for future approaching hurricanes that track similar to, or east of, the track taken by Hurricane Katrina.

**While the Katrina generated surge in Lake Pontchartrain was comparable to the hurricane protection system design criteria, for the remainder of the system, Katrina surge was significantly greater than design assumptions.** Peak water levels along the south shore of Lake Pontchartrain, at lakefront entrances to the three drainage canals and the IHNC, ranged from 10.8 to 11.8 ft NAVD88 (2004.65). These values were slightly below or at the design water levels. The same is true for the northernmost section of the IHNC, north of the I-10 Bridge over the canal, and for some distance to the east of Lakefront Airport along the Lake Pontchartrain shoreline of east Orleans Parish. Everywhere else along the east bank portion of the protection system, the maximum water levels produced by Katrina (14-20 ft) exceeded design values. Along the east-facing levees of St. Bernard and Plaquemines Parishes, the storm piled water up against the levee system to levels that exceeded design values by as much as 5.5 ft.

**With the exception of Plaquemines Parish, Katrina-generated wave heights were similar to hurricane protection system design assumptions. Wave periods along the GIWW, MRGO and Plaquemines protection levees were approximately 3 times those considered in the SPH design, dramatically increasing wave run up and overtopping.** Along

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

the south shore of Lake Pontchartrain, significant wave heights produced by Katrina were between 8 and 9 ft, slightly exceeding design values. Wave periods were consistent with design values, about 7 sec Wave heights and periods were consistent with design values along the east-facing levees of eastern Orleans Parish. Levees adjacent to Lake Borgne, and the east-facing levees to the south in Plaquemines Parish, were subjected to long-period storm wave energy from the Gulf of Mexico that propagated between and over the inundated barrier islands and inundated wetlands. Wave periods along these east-facing levees were 15-16 sec, approximately 3 times greater than design values. Wave heights along the east-facing St. Bernard Parish protection levees (heights as great as 6 ft) were less than or consistent with design values. Along the east-facing levees of Plaquemines Parish, wave heights reached 10 ft and they significantly exceeded design values in places. In light of the exposure of levees in St. Bernard and Plaquemines Parishes to long-period hurricane wave energy from the Gulf, design wave values should be reassessed for these levee systems. Wave height and period are both important in dictating runup and overtopping of levees and floodwalls.

**For significant storm events, the southeast trending MRGO channel has little influence on the water levels inside the IHNC. The channel into IHNC from the GIWW has a very large influence on storm water levels.** From the perspective of storm surge propagation into the IHNC and New Orleans Metropolitan area, the critical section of channel is the one where the GIWW and MRGO occupy the same channel. It is through this connection that Lakes Pontchartrain and Borgne are hydraulically connected to one another via the IHNC. A water level gradient is established within the IHNC and the GIWW/MRGO; the gradient is determined by the storm surge levels in both Lakes. The presence of an open channel is the key factor. The hydraulic connectivity existed prior to construction of the MRGO, due to the presence of the GIWW channel. Three previous studies have been performed to examine the influence of the southeast-trending section of the MRGO on storm surge propagation into the New Orleans vicinity. This issue was also examined as part of this study. All studies have reached the same conclusion. For storm surges of a magnitude produced by Hurricane Katrina, which overwhelmed the wetland system, the influence of the southeast-trending MRGO channel on storm water levels is quite small. For Katrina the influence was only a few tenths of a foot at most in the IHNC and GIWW/MRGO channel sections. These small changes represent only a few percent of the surge amplitude. When the expansive wetland is inundated, the storm surge propagates primarily through the water column over this much larger flooded area, and the channels become a much smaller contributor, as a percentage, to total water movement.

**Meteorological designations alone, such as the Saffir-Simpson Scale, are misleading with regard to the criteria for design or performance of effective hurricane protection systems.** Katrina, a Category 3 storm at landfall, generated surges of 24-26 ft at Biloxi, Mississippi. In the vicinity of Biloxi, the surge produced by Camille was 15.8 ft, the highest surge that had ever been recorded at that location prior to Katrina. In other words, Katrina (a Category 3 storm at landfall) generated substantially higher surges than Camille (a Category 5 storm at landfall) in the area where they both made a direct hit. Maximum sustained wind speed is the hurricane parameter used to define hurricane strength, or Category, in the Saffir-Simpson intensity scale. Through time, storm surge values have been tagged to different Categories of intensity. Although maximum sustained wind speed is a very important parameter, storm surge levels are dictated by many more factors. Radius-to-maximum-winds and the rate at which wind

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

speed decreases away from the maximum wind zone both determine the extent of the storm's wind fields which are of primary importance in storm surge and wave generation. Geographic, or topographic, controls that limit the movement of water pushed by the wind in shallow water are crucial in storm surge generation for southeastern Louisiana and Mississippi. The Mississippi River delta and levee systems along the River act to "catch" water that is blown into the region along the Mississippi and Alabama continental shelves. Forward speed of the hurricane is also important, as is phasing of peak storm surge with the astronomical tide. Whereas the Saffir-Simpson scale is a good predictor of wind damage from hurricanes, it is not a particularly good predictor of the surge and wave generation potential for these storms.

**Current models have uncertain accuracy in treating the effects of wetland and marsh environments on storm surge and waves.** Sensitivity tests showed that wave and surge model computations are somewhat sensitive to the methods used to characterize frictional resistance of wetlands and to the values of frictional resistance assigned to different types of wetland landscape. Results showed that storm surge is reduced in some areas, whereas it is increased in others. Likewise, wave height is reduced in some areas and increased in others. Wave height increases are primarily due to the fact that increased water depths associated with increases in storm surge enable larger local wave heights to be sustained. The interactive coupling between waves and storm surge, and the effects of frictional resistance on both phenomena is a complicated physical process. This is certainly a technical area where more research and development is needed, as are data sets that that can be used to definitively characterize the role of wetland vegetation in altering wave and storm surge conditions in southeastern Louisiana, for varying states of inundation. The effect of marsh environments on storm surge and waves is expected to vary with the degree of inundation.

**Measurements of temporal variation in wave and water level conditions, and wind, through the peak of the storm were extremely scarce. Of the few sensors deployed in the high impact zone, nearly all were damaged or malfunctioned.** None of the self-recording instruments that were in place to record water levels successfully captured water level changes through the peak of the storm in the high impact zone. All malfunctioned prior to the peak. A lock operator reading a staff gauge during the storm was able to capture a reliable hydrograph in the IHNC. Two other hydrographs that captured the peak along the south shore of Lake Pontchartrain, one a partial hydrograph, were able to be reconstructed after the storm from a series of digital photographs of water surface relative to a physically identifiable object. These reconstructed hydrographs proved to be very valuable. Use of carefully shot digital imagery provides an alternate means for acquiring such crucial data sets. A series of three very small wave buoys were deployed in Lake Pontchartrain just prior to the storm. Two of three buoys were recovered, but data quality at the peak of the storm for both gages that survived are considered suspect. Most anemometers for measuring surface winds also failed prior to the storm peak. There is a great need for hardened, self-powered instrumentation that can reliably capture temporal changes in waves and water levels, and wind, throughout the storm. Such information is essential for evaluating design assumptions and approaches. Hurricanes are the design events, and there is a paucity of data for characterizing waves and water levels during hurricanes along the periphery of the hurricane protection system, particularly those portions of the system that are most exposed to high wave and surge conditions coming in from the east and southeast.

**10-15 percent of high water marks were considered to be reliable measures of peak storm water level.** Of the many hundreds of high water marks collected in Louisiana and Mississippi, a relatively small percentage of high water marks were rated to be reliable measures of storm surge (the peak "still" water level that was experienced during the storm). The most reliable marks were those measured in the interior of structures on walls, in places where oscillatory wave motions were minimized. Exterior debris lines and marks, wrack lines, debris that had settled into position on a horizontal surface, or debris that had lodged in a fence were deemed to be less reliable indicators of peak storm water level. This judgment was made in light of other processes that might be reflected in those types of marks. High water mark collection that is intended to capture peak storm surge (i.e., "still" water) should focus on the interior of structures, which are not so completely sealed that water could not easily enter but where influences of local wave and wind action are minimized. Multiple marks should be sought and acquired if possible within the same structure to reduce uncertainty in high water estimation at that location. Debris lines and wrack lines on levees might be reliable indicators of wave runup, if that measure of water surface elevation is sought. Likewise, exterior marks which include the influence of water surface fluctuations associated with passage of wave crests may also be of value if that measure of water surface is sought. Digital photographs or imagery that show the water surface in relation to some physically identifiable, and surveyable, object can provide highly reliable estimates of storm water levels.

**Resolution of wave setup is a critical element in the estimation of design levels of levees in this area.** Hurricane Katrina produced extremely energetic wave conditions along the entire coast of Louisiana. Significant offshore wave heights along the southeastern Louisiana coast varied from 55 ft due east from the tip of the Mississippi River delta to 20-25 ft just north of the Chandeleur Island chain, with peak wave periods of approximately 15-16 sec. Considerable wave breaking took place seaward of the Chandeleur Islands. In Lake Pontchartrain, wave heights reached 8-9 ft with periods of about 7 sec. High resolution (as fine as 300 ft) was added to the ADCIRC grid mesh to resolve areas of intense wave breaking along the barrier islands, the periphery of the coastal wetlands fronting southeastern Louisiana, and along the periphery of Lake Pontchartrain. The STWAVE model was run at fine resolution. The high resolution adopted and use of coupled wave and surge models was able to capture the contribution of wave setup to storm surge away from coastal structures, a contribution of up to 2.5 ft depending on location. But even though the ADCIRC model contained contributions of both direct forcing and wave-related radiation stresses in its estimates of storm surge heights, local wave setup not resolved by the ADCIRC grid contributed 1.5 to 2 feet of additional setup along exposed levees in St. Bernard Parish, Plaquemines Parish, and New Orleans East, as well as along the south shore of Lake Pontchartrain. This additional setup contribution was estimated using Boussinesq wave modeling applied with much higher resolution.

**Wave and surge overtopping created very high water velocities on the top and land side of exposed levees along MRGO and in Plaquemines Parish.** Maximum velocities from combined waves and storm surge overtopping, which appear capable of eroding unarmored earthen levees, occurred along the back sides of levee crests. These velocities were related to the passage of waves overtop levees in situations where the water levels were near or above the elevation of the levee crest. Small differences in water levels make a substantial difference in

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

overtopping rates; consequently, it is critical to ensure maximum accuracy in all water level estimates used in planning and design in this area.

**Small differences in water levels make a substantial difference in overtopping rates.** Analyses of overtopping along the MRGO in St. Bernard Parish showed that estimated overtopping rate was only about 1 cubic foot per second per foot along the levee when the water level was approximately equal to the elevation of the levee; while, for the situation with the water level about 4 feet above the elevation of the levee, the overtopping rate was over 20 cubic feet per second per foot along the levee. Consequently, it is critical to ensure maximum accuracy in all water level estimates used for planning and design in this area.

**Velocities along overtopped levees are significantly affected by variations in wave direction.** In studies of velocities along the New Orleans East levee, wave propagation direction relative to the crest of a levee made a substantial difference in the velocities along the crest and back side of levees, with normally incident waves creating about 50% higher velocities than the same waves propagating parallel to the crest. This means that estimates of wave-generated currents along levees for design must consider wave direction in their formulation.

**Local wave generation can contribute significantly to wave conditions within outfall and navigation canals in the New Orleans area.** Local wave generation in the outfall canals during Katrina generated higher wave conditions over much of the length of the canal than were associated with the waves entering the canals from primary generation areas (either Lake Pontchartrain or the Gulf of Mexico). In the most extreme case examined here, wave heights of over 4 feet were generated within the GIWW/MRGO canal entering the IHNC from the east. This occurred early on the 29th when wind speeds of 80 knots were aligned almost directly parallel to the axis of the GIWW/MRGO.

**Barge impacts in high-wind/high-wave situations have the potential to inflict consequential damage to floodwalls.** During high wind events, as might be expected intuitively, barges floating in the vicinity of floodwalls can be rapidly accelerated to velocities capable of exerting impact forces on floodwalls that are comparable or larger than hydrostatic forces typically used for design.



# US Army Corps of Engineers

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance – Levees and Floodwalls



29 Aug 2005
11:45 UTC

**FINAL DRAFT**
(Subject to Revision)

## Shear Strength Assessment for Analysis of the 17th Street Canal Breach

A considerable number of borings had been made in the breach area and in neighboring areas before the failure. Additional borings have been drilled, cone penetration tests have been performed, and test pits have been excavated since the failure. Figure 15 shows the locations of the available borings and Cone Penetration Test probes. Several hundred unconfined compression tests and unconsolidated-undrained (UU) tests have been conducted on the soils at the site. A summary of these is presented in the Appendix "Data Report on 17th Street Canal breach."

A detailed representation of the soil stratification along the centerline of the levee in the breach area is shown in Figure 16. Figure 17 shows the cross section for Station 10+00, from the west bank to the east bank where the breach occurred. The subsurface in the breach area was divided into six soil types over the depth of the investigation, as shown in Table 1.

| Table 1 Major Soil Groups at the 17th Street Outfall Canal Breach Site | | | | |
|---|---|---|---|---|
| Layer | Approximate Elevation of Top of Layer, ft (NAVD88) | Approximate Elevation of Bottom of Layer, ft (NAVD88) | Soil Type | Consistency |
| Embankment | 5 | -11.5 | Clayey (CL's and CH) | Stiff |
| Marsh | -11.5 | -16.5 | Organic/Peat | Very Soft |
| Lacustrine | -16.5 | -36.5 | Clays (CH) | Very Soft |
| Beach Sand | -36.5 | -45 | Sand | |
| Bay Sound/Estuarine | -45 | -75 | Clayey (CH) | Stiff to V. Stiff |
| Pleistocene (Undifferentiated) Prairie Formation | -75 | | Clays – Generally CH with some sand | Stiff |



Figure 15. Boring and CPT Location Map – 17th Street Canal Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 16. Centerline (CL) Longitudinal Section – 17th Street Canal Breach



Figure 17. Prefailure Cross Section 17th Stree Canal Breach (New Stationing Sta 10+00) / (GDM Stationing Sta. 562+75)

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

The data available from previous and new studies in the 17th Street Canal area were used to develop a shear strength model, called here the "IPET strength model," for use in analyzing the stability of the I-wall in the breach and adjacent areas.

The levee fill is compacted CL or CH material, with an average liquid limit of about 45%. Beneath the fill is a layer of marsh 5 ft to 10 ft thick. The marsh is composed of organic material from the cypress swamp that occupied the area, together with silt and clay deposited in the marsh. The average moist unit weight of the marsh is about 80 pcf. Beneath the marsh is a lacustrine clay layer, with an average liquid limit of about 95%. The clay is normally consolidated throughout its depth, having been covered and kept wet by the overlying layer of marsh.

The measured shear strengths of the levee fill scatter very widely, from about 120 psf to more than 5,000 psf, and cannot be interpreted without applying judgment. The values used are based on the combined judgment of the IPET team to make the most reasonable interpretation of the scattered data. Placing the greatest emphasis on data from UU tests on 5-in.-diameter samples, which appear to be the best-quality data available, $s_u = 900$ psf is a reasonable value to represent the levee fill. This strength can be compared to a value of 500 psf for the levee fill used in the design analyses. The marsh (or peat) deposit is stronger beneath the levee crest where it was consolidated under the weight of the levee, and weaker at the toe of the levee and beyond, where it less compressed. The measured shear strengths of the marsh scatter very widely, from about 50 psf to about 920 psf. Values of $s_u = 400$ psf beneath the levee crest and $s_u = 300$ psf beneath the levee toe appear to be representative of the measured values. These strengths can be compared to a value of 280 psf at all locations that was used in the design analyses.

The clay (which has been found to be the most important material with respect to stability of the I-wall and levee) is normally consolidated. Its undrained shear strength increases with depth at a rate of 11 psf per foot of depth. This rate of increase of strength with depth corresponds to a value of $s_u/p' = 0.24$. There is very little scatter in the results of the CPTU tests, and these values provide a good basis for establishing undrained strength profiles in the clay. The undrained strength at the top of the clay is equal to 0.24 times the effective overburden pressure at the top of the clay. With this model, the undrained shear strength of the clay varies with lateral position, being greatest beneath the levee crest where the effective overburden pressure is greatest and least at the levee toe and beyond where the pressure is lowest, and varying with depth, increasing at a rate of 11 psf per foot at all locations.

The design analyses used undrained strengths for the levee fill, the marsh, and the clay, and a drained friction angle to characterize the strength of the sand layer beneath the clay, as does the strength model described above. Thus, the strengths are directly comparable. Strengths from the IPET strength model are compared to the design strengths in Table 2:

| Table 2 | | |
|---|---|---|
| Comparison of Strengths of the Levee and Marsh Used in the Design with the IPET Strength Model | | |
| Material | Strength Uses for Design | Strength Model Based on all Data Available in February 2006 |
| Levee fill | $s_u = 500$ psf, $\phi = 0$ | $s_u = 900$ psf, $\phi = 0$ |
| Marsh | $s_u = 280$ psf, $\phi = 0$ | $s_u = 400$ psf, $\phi = 0$ beneath levee crest<br>$s_u = 300$ psf, $\phi = 0$ beneath levee toe |

It can be seen that the strengths for the levee fill and the marsh used in the design are consistently lower that those for the IPET strength model, which were estimated using all of the data available in February 2006.

The values of strength for the clay vary with depth and laterally, as discussed above. The rate of increase of strength with depth (11 psf per foot in the IPET strength model) is essentially the same in the IPET strength model as for the design strengths. Beneath the levee crest, the design strengths are very close to the IPET strength model. At the toe of the levee, however, the strengths used in the design are considerably higher than the strengths from the IPET strength model.

Field observations and preliminary analyses show that the most important shear strength is the undrained strength of the clay. Critical slip surfaces intersect only small sections within the marsh and the levee fill, and do not intersect the sand layer beneath the clay at all. Therefore, the strengths of these materials have small influence on stability, and minor variations in these strengths from section to section would not control the location of the failure. For this reason, the comparison of strengths in the breach area with strengths elsewhere has been focused on the undrained strength of the clay.

Although the data is sparse, it is fairly consistent, and it appears that the clay strengths in the areas north and south of the breach are higher than those in the breach. Based on data available for comparison, the undrained strengths of the clay in the areas adjacent to the breach are 20% to 30% higher than those in the breach area. Strength differences of this magnitude are significant. They indicate that the reason the failure occurred where it did is very likely that the clay strengths in that area were lower than in adjacent areas to the north and south.

A more complete description of the IPET strength model and the tests that support it is contained in Appendix, "17th Street Shear Strength Final Draft."

**Limit Equilibrium Stability Assessment**

Limit equilibrium analyses were used to examine stability of the levee and I-wall. The results of these analyses are interpreted in terms of factors of safety and probabilities of failure.

Stability analyses were performed for three cross sections within the breach area using the IPET shear strength model. The results of these analyses were compared with the results of the analyses on which the design of the I-wall was based, and additional analyses were performed

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

for the design cross-section geometry and shear strengths, using Spencer's method and the computer program, SLIDE[1]. The SLIDE analysis results were checked using UTEXAS4[2].

It was found that:

- The calculated factors of safety decreased as the elevation of the water level on the canal side of the wall increased, and

- Smaller factors of safety were calculated when it was assumed that a gap existed between the wall and the soil on the canal side of the wall, with hydrostatic water pressures acting within this gap, increasing the load on the wall.

It seems likely that, as the water level in the canal rose, the I-wall deflected towards the land side, causing it to pull away from the levee fill. When the resulting gap between the fill and the wall filled with water, the increased hydrostatic pressure became a significant factor in decreasing the wall stability.

The results of the analyses are consistent with the performance of the I-wall in the breach area. Calculated water levels for factors of safety equal to 1.0 for the condition with a gap behind the wall vary from 9.8 ft to 10.6 ft, as compared with a water level of 7 ft to 8 ft at the time failure began based on an eyewitness report. It appears that wave effects might raise the effective water level by 1 to 2 ft, to as much as 10 ft. In addition, it was found that using non-circular slip surfaces reduced the calculated factors of safety by about 5% as compared with those calculated using circular slip surfaces. Thus, considering the influence of waves increasing the effective average water level, and non-circular slip surfaces resulting in lower factors of safety, it is apparent that the results of the stability analyses are in close agreement with the observed performance.

The calculated factors of safety are about 25% lower when it is assumed that a separation or gap develops between the wall and the levee fill on the canal side of the wall. The results calculated assuming that a gap formed and full hydrostatic water pressure acted in the gap, are consistent with field observations, indicating that it is highly likely that a gap did form in the areas where the wall failed. It seems likely that when a gap formed and the portion of the wall below the levee crest was loaded by water pressures, the factor of safety would have dropped quickly by about 25%. Soil-structure interaction analyses and centrifuge model tests have confirmed this mode of behavior.

The New Orleans District Method of Planes[3] used for the design analyses is a conservative method of slope stability analysis. All other things being equal, the factor of safety calculated

---

[1] Available from Rocscience Inc., 31 Balsam Avenue, Toronto, Ontario, Canada M4E 3B5
[2] Available from Shinoak Software, 3406 Shinoak Drive, Austin, TX 78731
[3] A study of the Method of Planes, undertaken by IPET at the request of the New Orleans District Task Force Guardian, indicates that the Method of Planes gives lower factors of safety than more accurate methods of analysis, such as Spencer's method. The magnitude of the difference between the two varies from case to case.

using the Method of Planes was about 10% lower than the factor of safety calculated using Spencer's method[4], which satisfies all conditions of equilibrium.

The factors of safety calculated in the design analyses were higher than the factors of safety calculated for the conditions that are believed to best represent the actual shear strengths, geometrical conditions, and loading at the time of failure. The principal differences between the design analyses and the conditions described in this report relate to (1) the assumption that a gap formed between the wall and the levee soil on the canal side of the wall, and (2) the fact that the design analyses used the same strength for the clay beneath the levee slopes, and for the area beyond the levee toe, as for the zone beneath the crest of the levee. The IPET strength model has lower strengths beneath the levee slopes and beyond the toe.

Factors of safety for areas adjacent to the breach, where clay strengths are higher, were about 15% higher than those calculated for the breach area. These differences in calculated factor of safety are not large; and it thus appears that the margin of safety was small in areas that did not fail. It is possible that gaps did not form in those areas, and the wall was, therefore, less severely loaded.

Estimates of probability of failure for a water level of 7.0 ft NAVD88 are about 12% in the breach area, and 1% in adjacent areas with clay strengths 20% higher. For a water level of 10.0 ft, the estimated probability of failure is 58% in the breach area and 16% in adjacent areas.

A more complete description of the stability analyses and results is contained in the Appendix, "17th Street Stability Final Draft."

## Centrifuge Modeling Results for the 17th Street Canal Breach

The physical (centrifuge) models of the levees on 17th Street, London Avenue, and Orleans canals have provided detailed insights into the mechanisms that led to the breach. A more complete description of the centrifuge modeling effort is contained in the Appendix, "IPET Centrifuge Model Test Report." The centrifuge modeling has contributed to the overall understanding of the performance of the outfall canal levees.

The centrifuge model results revealed that the gap formation had a major contribution to all of the beaches on the outfall canals. In all of the scale models where the toe of the sheet pile wall terminated in the clay layer, like the 17th Street Canal breach location, a translational failure occurred through the clay when the gap opened and filled with water. This is clearly seen in the instruments recording movement of the wall and in the video imagery, Figure 18.

The sliding surface developed near the top of the clay layer and progressed landwards until it was outside the levee, then turned upward to exit through the marsh layer. This mechanism is similar to the observations in the field from 17th Street. The movement of the model wall was arrested before larger displacements took place to capture the final state of the 17th Street model (Model 1), Figure 19. Despite the fairly significant lateral movement, there is minimal heave of the swampy marsh layer on the landward side at the stage shown in Figure 19.

---

[4] Spencer, E. (1967) "A Method of Analysis of the Stability of Embankments Assuming Parallel Inter-Slice Forces," *Geotechnique*, Institution of Civil Engineers, Great Britain, Vol. 17, No. 1, March, pp. 11-26.



Figure 31. Tilted I-Wall Opposite the North Breach on the London Avenue Canal

At both the south and north breach locations, it seems likely that underseepage and internal erosion caused or contributed to the failures.

It is not possible to establish the cause of the south breach with certainty based on the field observations made after the failure. The failed sections of the I-wall have not yet been found, and large volumes of sand were moved by the inflow of water through the breach, covering the landscape. The failure might have resulted from underseepage erosion and piping, or from sliding instability aggravated by under-seepage and uplift pressures. Analyses have been performed to examine both of these possibilities.

As shown in Figure 29, a long section of the floodwall at the north breach was displaced laterally, and it seems likely that sliding instability was likely the primary mode of failure, with seepage and high pore pressures in the sand as a significant contributing factor. It seems likely that the failure and breach were the result of insufficient passive resistance to counteract the water pressure forces to which the wall was subjected. The passive resistance was likely reduced by the effects of water seeping through the foundation soils beneath the levee and the marsh layer inland, inducing uplift pressures and reducing shear strengths. Analyses have been performed to examine the likelihood of erosion and piping, and instability due to uplift and reduced shear resistance.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

It appears that the I-walls were not designed to withstand overtopping. The survivability of this type of wall could be significantly improved by providing erosion protection such as grouted rip-rap or concrete erosion mats running from the base of the wall down the face of the levee on the protected side.

While overtopping of the I-walls led to significant scour and damage in many cases, overtopping of T-walls did not lead to extensive scour and erosion. In general, T-walls did not suffer severe scour on the protected side, likely because the base of the inverted T-wall section extends out on the protected side, preventing scour adjacent to the T-wall stem.

### Transitions

A common problem observed throughout the flood protection system was the scour and washout found at the transition between structural features and earthen levees. In many cases, the structural features were at higher elevations than the adjacent earthen levee, resulting in scour and washout of the levee at the end of the structural feature. At these locations, the dissimilar geometry concentrates the flow of water at the intersection of the levee with the structure, causing high flow velocities and turbulence that resulted in the erosion of the levee soil. The performance at transitions could be improved by fully embedding the structural walls within the levee fill, and using the levee to transition the difference in elevation from the structure to the main section of the levee. In a few cases, observations indicated that this type of transition performed successfully. The embedded area and the transition to the main section of the levee should have erosion protection such as grouted rip-rap or concrete erosion mats.

In some cases, the structures were lower than the connecting earthen levees. At these sites, the flow of the water is channeled over the structural feature, causing erosion of soil on the protected side of the structure. The performance in these cases can be improved by providing erosion protection on the protected side of the structures and along the transition section.

## Floodwall and Levee Performance Findings and Lessons Learned

### Findings

The majority of approximately 50 levee and floodwall breaches resulted from overtopping and subsequent erosion, or from erosion-induced instability of I-walls.

A single design cross section was used for long sections of the I-walls, and was applied in areas where the protected side ground elevation was lower than considered in the design analysis.

Four major floodwall breaches, three in the outfall canals and one on the IHNC, resulted from shear failure or erosion and piping through the foundation soils at water elevations below the original design elevations. The foundation-induced breaches had the common element that a gap opened between the levee and floodwall, on the canal side of the wall, as the water rose against the wall. Water entering these gaps imposed increased loads on the walls.

Where the foundation soil was permeable sand, water flowing down through the gaps increased the water pressure in the sand, reduced the capacity of the foundation to resist load, and increased the likelihood of erosion and piping.

In sections where the foundation soils were clay, the shear strength of the clay was smaller beneath the levee slopes and beyond the toe than beneath the crest where the clay was compressed under higher pressures, and was therefore stronger.

No levee breaches occurred without overtopping. The degree of erosion and breaching of overtopped levees was directly related to the character of the in-place levee materials and the severity of the surge and wave action. Hydraulically filled levees with higher silt and sand content in the embankment material that were subjected to high overtopping surge and wave action suffered the most severe damage. Rolled clay levees performed well, even when overtopped.

I-walls throughout the hurricane protection system (HPS) that were subjected to overtopping suffered extensive erosion and scour of the foundation of the wall on the protected side. The only exceptions were walls that had paved surfaces adjacent to the walls on the protected side.

Significant scour and erosion occurred at many transitions between concrete structures and earthen levees.

While overtopping of the I-walls led to significant scour and damage in many cases, overtopping of T-walls did not lead to extensive scour and erosion, because the base of the inverted T-wall sections extended over the protected side.

T-walls performed well during Katrina. Because of their pile foundations, they are better able to transfer high lateral water loads into stronger underlying foundation materials.

## Lessons Learned

Floodwall design criteria should consider a broad range of potential failure modes.

I-walls should be designed to be stable with a gap between the wall and the levee on the water side of the wall, with hydrostatic pressure acting through the depth of the gap.

Both horizontal and vertical variation of the strengths of clay foundation soils with overburden pressure should be considered in evaluations of levees and I-walls.

Water pressures in sand foundations beneath levees and I-walls should be evaluated by means of seepage analyses that reflect very conservative assumptions regarding hydraulic boundary conditions, and seepage control measures should be included in design as needed to reduce the potential for erosion and piping.

Rolled clay fill embankments are generally able to withstand overtopping without erosion for many hours, and should be used to construct levees wherever possible. Armoring can augment existing levee materials to provide improved erosion resilience.

Improved resistance against erosion at transitions between earthen levees and structures can be achieved by embedding the structural walls within the levee fill, and protecting the transition by armoring.

Design methods should be updated periodically to include the review of recent research and case histories.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.