UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG WILKINSON |

**PERTAINS TO:**

**LEVEE:** *Yacob*, 06-05937

## CONSENT TO REMOVAL

Defendant, James Construction Group, LLC, by and through its attorneys, consents to the removal of the matter captioned *Abraham Yacob, et al v. Board of Commissioners for the Orleans Levee District, et al*, bearing Case No. 06-10372, originally filed in the Civil District Court for the Parish of Orleans, reserving all rights to raise any exceptions, defenses, objections, defects in service, and any and all other deficiencies.

Respectfully submitted,

___/s/ Emily E. Eagan_____
RICHARD J. TYLER, T.A. (#1155)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.

{N1570729.1}

                                        201 St. Charles Avenue, 49th Floor
                                        New Orleans, LA 70170-5100
                                        (504) 582-8266
                                        Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF, e-mail, hand delivery, or facsimile this 20th day of October, 2006.

                                          _____/s/ Emily E. Eagan_____

{N1570729.1}