UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                 NO. 05-4182 "K"(2)
                                                 JUDGE DUVALL
                                                 MAG WILKINSON

PERTAINS TO:

LEVEE:  *Cochran*, 06-05785

CONSENT TO REMOVAL

Defendant, James Construction Group, LLC, by and through its attorneys, consents to the removal of the matter captioned *Jimmy Cochran Sr. and Cynthia Cochran v. Boh Bros. Construction Co., et al*, bearing Case No. 107-042, originally filed in the 34th JDC for St. Bernard Parish, reserving all rights to raise any exceptions, defenses, objections, defects in service, and any and all other deficiencies.

                              Respectfully submitted,


                              ____/s/ Emily E. Eagan_____
                              RICHARD J. TYLER, T.A. (#1155)
                              EMILY E. EAGAN (#29166)
                              Jones, Walker, Waechter, Poitevent,
                               Carrère & Denègre L.L.P.

{N1570729.1}

201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of

record via ECF, e-mail, hand delivery, or facsimile this 20th day of October, 2006.


_____/s/ Emily E. Eagan_____

{N1570729.1}