OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: October 12, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance
  Company, et al.

Case No. 06-5383   Section

Dear Sir:

Please (issue) summons on the (complaint) to the following:

1. Allstate Fire and Casualty Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. Allstate Indemnity Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
3. Allstate Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

                         Very truly yours,

                         Joseph J. McKernan
                         McKernan Law Firm
                         8710 Jefferson Hwy.
                         Baton Rouge, LA 70809
                         Telephone: (225) 926-1234
                         Facsimile: (225) 926-1202

                         Attorney for Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____