OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: October 12, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance
  Company, et al.

Case No. 06-5383   Section ⟂ K(2)

Dear Sir:

   Please (issue)summons on the (complaint)to the following:

1. Republic Fire and Casualty Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. Lexington Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
3. Lafayette Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

                              Very truly yours,

                              *[signature]*
                              Joseph J. McKernan
                              McKernan Law Firm
                              8710 Jefferson Hwy.
                              Baton Rouge, LA 70809
                              Telephone: (225) 926-1234
                              Facsimile: (225) 926-1202

                              Attorney for Plaintiffs

                              ___ Fee_____
                              ___ Process__
                               X  Dktd_____
                              ___ CtRmDep__
                              ___ Doc. No__