OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130



Date: October 12, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance
 Company, et al.

Case No. 06-5383   Section I

Dear Sir:

    Please (issue)summons on the (complaint)to the following:

1.  Encompass Property and Casualty Company
    through its agent for service of process:
    Louisiana Secretary of State
    8549 United Plaza Blvd.
    Baton Rouge, LA 70809
2.  Encompass Insurance Company of America
    through its agent for service of process:
    Louisiana Secretary of State
    8549 United Plaza Blvd.
    Baton Rouge, LA 70809
3.  Allstate Property and Casualty Insurance Company
    through its agent for service of process:
    Louisiana Secretary of State
    8549 United Plaza Blvd.
    Baton Rouge, LA 70809

                        Very truly yours,

                        Joseph J. McKernan
                        McKernan Law Firm
                        8710 Jefferson Hwy.
                        Baton Rouge, LA 70809
                        Telephone: (225) 926-1234
                        Facsimile: (225) 926-1202

                        Attorney for Plaintiffs

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____