FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 20  PM 3: 16

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NABIL HANNA**<br><br>                      Plaintiff,<br><br>**VERSUS**<br><br>**FARM BUREAU INSURANCE COMPANIES, SUSAN BOWMAN AND/OR SUSAN BOWMAN AGENCY, AND ABC INSURANCE COMPANY**<br><br>                      **Defendants** | CIVIL ACTION NO.: 06-6481<br><br>JUDGE:<br>      STANWOOD R. DUVAL, JR.<br><br>SECTION: "K"<br><br>MAGISTRATE: ALMA L. CHASEZ<br><br>MAG. (5) |

## **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Nabil Hanna, who hereby moves to remand this matter to the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana and related attorney's fees and costs. As discussed more fully in the accompanying Memorandum, this case presents only claims arising under state tort law between non-diverse parties. Defendant has improperly removed this case to Federal Court and therefore it should be remanded back to State Court.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____
```

Respectfully submitted,

_____
RICHARD M. EXNICIOS (LSBN 25666)
FRANK J. D'AMICO, JR. (LSBN 17519)
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-9561
Facsimile:   (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties and all counsel of record by depositing a copy of the same in the United States Mail, properly addressed and first-class postage prepaid, this 20th day of October 2006.

_____
RICHARD M. EXNICIOS