UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NABIL HANNA<br><br>                      **Plaintiff,**<br><br>VERSUS<br><br>FARM BUREAU INSURANCE COMPANIES, SUSAN BOWMAN AND/OR SUSAN BOWMAN AGENCY, AND ABC INSURANCE COMPANY<br><br>                      **Defendants** | CIVIL ACTION NO.: 06-6481<br><br>JUDGE:<br>      STANWOOD R. DUVAL, JR.<br><br>SECTION: "K"<br><br>MAGISTRATE: ALMA L. CHASEZ<br><br>MAG. (5) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing of Plaintiff's Motion to Remand has been scheduled and set for 27th day of December 2006 at 9:30 AM before the Honorable Stanwood R. Duval, Jr., United States District Judge for the Eastern District of Louisiana.

Respectfully submitted,

_____
RICHARD M. EXNICIOS (LSBN 25666)
FRANK J. D'AMICO, JR. (LSBN 17519)
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-9561
Facsimile:    (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all parties and all counsel of record by depositing a copy of the same in the United States Mail, properly addressed and first-class postage prepaid, this 20th day of October 2006.

_____
RICHARD M. EXNICIOS