# Exhibit 1

Address: 5939 Vicksburg St
New Orleans, LA 70124

