# Exhibit 2

Public Law 455                              CHAPTER 112
AN ACT

To authorize construction of the Mississippi River-Gulf outlet.

March 29, 1956
[H. R. 6309]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the existing project for Mississippi River, Baton Rouge to the Gulf of Mexico, is hereby modified to provide for the Mississippi River-Gulf outlet to be prosecuted under the direction of the Secretary of the Army and supervision of the Chief of Engineers, substantially in accordance with the recommendation of the Chief of Engineers contained in House Document Numbered 245, Eighty-second Congress, at an estimated cost of $88,000,000: *Provided,* That when economically justified by obsolescence of the existing industrial canal lock, or by increased traffic, replacement of the existing lock or an additional lock with suitable connections is hereby approved to be constructed in the vicinity of Meraux, Louisiana, with type, dimensions, and cost estimates to be approved by the Chief of Engineers: *Provided further,* That the conditions of local cooperation specified in House Document Numbered 245, Eighty-second Congress, shall likewise apply to the construction of said lock and connection channels.

Mississippi River-Gulf outlet.

Approved March 29, 1956.


Public Law 456                              CHAPTER 113
AN ACT

To authorize the Secretary of the Interior to convey certain federally owned land under his jurisdiction to the school district numbered 24 of Lake County, Oregon.

March 29, 1956
[H. R. 6772]

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the Secretary of the Interior shall convey all the right, title, and interest of the United States in and to the land described in section 2 of this Act to the school district numbered 24 of Lake County, Oregon, upon payment by it of the fair market value of the land as determined by the Secretary.

Lake County, Oreg.
Conveyance.

SEC. 2. The land referred to in the first section of this Act is more particularly described as follows:

(1) All of the southeast quarter southeast quarter southeast quarter section 32, township 25 south, range 14 east, Willamette meridian, except the following: Lot 1 described as beginning at the southeast corner of the southeast quarter, section 32, township 25 south, range 14 east, Willamette meridian, thence running north 244 feet, thence west 130 feet, thence south 244 feet, thence east 130 feet to place of beginning; lot 2, beginning at a point 130 feet due west of the southeast corner, section 32, township 25 south, range 14 east, Willamette meridian, thence running north 144 feet, thence 133 feet 6 inches west, thence 144 feet south, thence 133 feet 6 inches east to the point of beginning, being a tract of land 144 feet by 133 feet and 6 inches; lot 3, beginning at a point 27 rods due west of the southeast corner, section 32, township 25 south, range 14 east, Willamette meridian, thence running north 220 feet, thence west 198 feet, thence south 220 feet, thence east 198 feet to point of beginning; the land thus described contains 7.75 acres.

(2) The northeast quarter southeast quarter southeast quarter section 32, township 25 south, range 14 east of Willamette meridian, Lake County, Oregon.

Approved March 29, 1956.