# Exhibit 6

79th Congress, 1st Session - - - - - House Document No. 96

# INTRACOASTAL WATERWAY FROM MOBILE, ALA., TO NEW ORLEANS, LA., INCLUDING THE VIOLET CANAL ROUTE, LOUISIANA

## LETTER

FROM

# THE SECRETARY OF WAR

TRANSMITTING

THE LETTER FROM THE CHIEF OF ENGINEERS, UNITED STATES ARMY, DATED APRIL 27, 1942, SUBMITTING A REPORT, TOGETHER WITH ACCOMPANYING PAPERS AND TWO ILLUSTRATIONS, ON A REVIEW OF REPORTS ON THE INTRACOASTAL WATERWAY FROM MOBILE, ALA., TO NEW ORLEANS, LA., INCLUDING THE VIOLET CANAL ROUTE, LOUISIANA, REQUESTED BY RESOLUTIONS OF THE COMMITTEE ON RIVERS AND HARBORS, HOUSE OF REPRESENTATIVES, ADOPTED ON MAY 12, 1938, AND JANUARY 24, 1939, AND ALSO AUTHORIZED BY THE RIVER AND HARBOR ACT APPROVED ON JUNE 20, 1938, AND SUBSEQUENT CORRESPONDENCE IN RELATION THERETO



UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1945

# INTRACOASTAL WATERWAY FROM MOBILE, ALA., TO NEW ORLEANS, LA., INCLUDING THE VIOLET CANAL ROUTE, LOUISIANA

WAR DEPARTMENT,
OFFICE OF THE CHIEF OF ENGINEERS,
*Washington, D. C., April 27, 1942.*

The CHAIRMAN, COMMITTEE ON RIVERS AND HARBORS,
*House of Representatives, Washington, D. C.*

MY DEAR MR. CHAIRMAN: 1. The Committee on Rivers and Harbors of the House of Representatives, by resolution adopted May 12, 1938, requested the Board of Engineers for Rivers and Harbors to review the reports on Intracoastal Waterway from Mobile, Ala., to New Orleans, La., submitted in House Document 341, Seventy-first Congress, second session, with a view to determining whether it is advisable to modify the existing project in any way at this time; and under date of January 24, 1939, requested the Board of Engineers for Rivers and Harbors to review the reports on Intracoastal Waterway, Mobile, Ala., to New Orleans, La., submitted to Congress October 23, 1935, by the Chief of Engineers with a view to determining whether any change in the recommendation contained therein is justified at the present time. I inclose the report of the Board in response thereto. Included is a report on preliminary examination and survey of Violet Canal route, Louisiana, authorized by the River and Harbor Act approved June 20, 1938.

2. After affording local interests full opportunity to be heard the Board recommends that the project for the Intracoastal Waterway, Mobile Bay, Ala., to New Orleans, La., be modified to provide for: (a) A dredged channel 12 feet deep and 150 feet wide on the bottom from the mouth of the Rigolets to the Mississippi River near New Orleans, La., substantially as indicated by the alinement, route B, shown on the accompanying map; with the construction of a 4-lane highway bascule bridge of 160-foot horizontal clearance with approaches at Louisiana State Highway No. 61; and enlargement of the existing channel in Lake Borgne and Mississippi Sound from 9 feet deep and 100 feet wide to 12 feet deep and 150 feet wide on the bottom, all at an estimated construction cost to the United States of $3,176,000, of which $32,000 is for aids to navigation, with $118,900 annually for maintenance in addition to the latest approved estimate for annual cost of maintenance; (b) acquisition from the Board of Commissioners of the Port of New Orleans of control of that part of the Inner Harbor Navigation Canal prism south of a point 3,000 feet north of Florida Avenue, together with the lock, forebay and the St. Claude Avenue and Florida Avenue Bridges at an annual rental, in addition to the foregoing estimated construction cost, to be fixed by

1

69470—45——2

negotiation with the Board of Commissioners of the Port of New Orleans subject to the approval of the Secretary of War but not to exceed $168,600, this rental to continue until such time as fee simple title to the facilities is desired and can be acquired by the United States at a price satisfactory to the Federal Government, or until substitute facilities have been constructed by the United States; and with approximately $81,000 annually for maintenance and operation of the lock and the bridges at St. Claude Avenue and Florida Avenue by the United States, provided that prior to initiating any work under the modified project, local interests shall furnish assurances to the Secretary of War that they are empowered to convey to the United States satisfactory rights to control, operate and maintain the necessary Inner Harbor Canal facilities, and to comply with all other conditions of local cooperation to which the modified project may be subject and that such compliance will be effected promptly as required, and that they will assume the costs of all rights-of-way, easements, and flowage damages and major repairs to the lock and shall furnish, free of cost to the United States, suitable spoil disposal areas required for construction and future maintenance, and shall hold and save the United States free from damage claims incident to or growing out of the improvement and operation of the waterway.

3. After due consideration of this report, I concur in the recommendations of the Board.

Very truly yours,

E. REYBOLD,
*Major General, Chief of Engineers.*

---

REPORT OF THE BOARD OF ENGINEERS FOR RIVERS AND HARBORS

WAR DEPARTMENT,
THE BOARD OF ENGINEERS FOR RIVERS AND HARBORS,
*Washington, D. C., April 20, 1942.*

Subject: Intracoastal Waterway from Mobile, Ala., to New Orleans, La., including Violet Canal route, Louisiana.

To: The Chief of Engineers, United States Army.

1. *Authority.*—This report is submitted in response to the following resolutions:

(a) *Resolved by the Committee on Rivers and Harbors of the House of Representatives, United States,* That the Board of Engineers for Rivers and Harbors created under section 3 of the River and Harbor Act, approved June 13, 1902, be and is hereby, requested to review the reports on Intracoastal Waterway from Mobile, Alabama, to New Orleans, Louisiana, submitted in House Document 341, Seventy-first Congress, second session, with a view to determining whether it is advisable to modify the existing project in any way at this time.—Adopted May 12, 1938.

(b) *Resolved by the Committee on Rivers and Harbors of the House of Representatives, United States,* That the Board of Engineers for Rivers and Harbors created under section 3 of the River and Harbor Act, approved June 13, 1902, be and is hereby, requested to review the reports on Intracoastal Waterway, Mobile, Alabama, to New Orleans, Louisiana, submitted to Congress October 23, 1935, by the Chief of Engineers with a view to determining whether any change in the recommendation contained therein is justified at the present time.—Adopted January 24, 1939.

Included is a report on preliminary examination and survey of Violet Canal route, Louisiana, authorized by the River and Harbor Act, approved June 20, 1938.