# Exhibit 8

United States Government Accountability Office

# GAO

Testimony

Before the Committee on Environment and Public Works, U.S. Senate

For Release on Delivery
Expected at 9:30 a.m. EST
Wednesday, November 9, 2005

# ARMY CORPS OF ENGINEERS

## History of the Lake Pontchartrain and Vincinity Hurricane Protection Project

Statement of Anu Mittal, Director
Natural Resources and Environment



GAO
Accountability * Integrity * Reliability

GAO-06-244T

**GAO**
Accountability · Integrity · Reliability

# Highlights

Highlights of GAO-06-244T, a testimony before the Committee on Environment and Public Works, U.S. Senate

November 2005

# ARMY CORPS OF ENGINEERS

## History of the Lake Ponchartrain and Vicinity Hurricane Protection Project

## Why GAO Did This Study

The greatest natural threat posed to the New Orleans area is from hurricane-induced storm surges, waves, and rainfalls. A hurricane surge that can inundate coastal lowlands is the most destructive characteristic of hurricanes and accounts for most of the lives lost from hurricanes. Hurricane surge heights along the Gulf and Atlantic coasts can exceed 20 feet. The effects of hurricane Katrina flooded a large part of New Orleans and breeched the levees that are part of the U.S. Army Corps of Engineers (Corps) Lake Pontchartrain, and Vicinity, Louisiana Hurricane Protection Project. This project, first authorized in 1965, was designed to protect the lowlands in the Lake Pontchartrain tidal basin from flooding by hurricane-induced sea surges and rainfall.
GAO is providing information on (1) the purpose and history of the Lake Pontchartrain, and Vicinity, Louisiana Hurricane Protection Project and (2) funding of the project.

GAO is not making any recommendations in this testimony.

www.gao.gov/cgibin/getrpt?GAO-06-244T

To view the full product, including the scope and methodology, click on the link above. For more information, contact Anu Mittal at (202) 512-3841 or mittala@gao.gov.

## What GAO Found

Congress first authorized the Lake Pontchartrain and Vicinity, Louisiana Hurricane Protection Project in the Flood Control Act of 1965. The project was to construct a series of control structures, concrete floodwalls, and levees to provide hurricane protection to areas around Lake Pontchartrain. The project, when designed, was expected to take about 13 years to complete and cost about $85 million. Although federally authorized, it was a joint federal, state, and local effort.

The original project designs were developed based on the equivalent of what is now called a fast-moving Category 3 hurricane that might strike the coastal Louisiana region once in 200-300 years. As GAO reported in 1976 and 1982, since the beginning of the project, the Corps has encountered project delays and cost increases due to design changes caused by technical issues, environmental concerns, legal challenges, and local opposition to portions of the project. As a result, in 1982, project costs had grown to $757 million and the expected completion date had slipped to 2008. In the mid-1980s, the Corps shifted to an alternative project design; however, this change did not affect the level of protection provided to New Orleans because the alternative design selected was expected to provide the same level of protection as the original design. When Hurricane Katrina struck, the project, including about 125 miles of levees, was estimated to be from 60-90 percent complete in different areas with an estimated completion date for the whole project of 2015. The floodwalls along the drainage canals that were breached were complete when the hurricane hit.

The pre-Katrina estimated cost of construction for the completed project was $738 million with the federal share being $528 million and the local share $210 million. Federal allocations for the project were $458 million as of the enactment of the fiscal year 2005 federal appropriation. This represents 87 percent of the federal government's responsibility of $528 million with about $70 million remaining to complete the project. Over the last 10 fiscal years (1996-2005), federal appropriations have totaled about $128.6 million and Corps reprogramming actions resulted in another $13 million being made available to the project. During that time, appropriations have generally declined from about $15-20 million annually in the earlier years to about $5-7 million in the last three fiscal years. While this may not be unusual given the state of completion of the project, the Corps' project fact sheet from May 2005 noted that the President's budget request for fiscal years 2005 and 2006, and the appropriated amount for fiscal year 2005 were insufficient to fund new construction contracts. The Corps had also stated that it could spend $20 million in fiscal year 2006 on the project if the funds were available. The Corps noted that several levees had settled and needed to be raised to provide the level of protection intended by the design.

_____ United States Government Accountability Office

Mr. Chairman and Members of the Committee:

We are pleased to be here today to discuss the U.S. Army Corps of Engineers (Corps) Lake Pontchartrain, and Vicinity, Louisiana Hurricane Protection Project. This project, first authorized in 1965, was designed to protect the lowlands in the Lake Pontchartrain tidal basin within the greater New Orleans metropolitan area from flooding by hurricane-induced sea surges and rainfall. As you know, the effects of Hurricane Katrina breeched the levees that are part of this project and flooded a large part of New Orleans. In my testimony, I will discuss (1) the purpose and history of the project and (2) funding of the project. This statement is based on GAO's past reports on the Lake Pontchartrain and Vicinity, Louisiana Hurricane Protection Project and on the Corps' flood control efforts in general, which we updated as necessary.[1]

In summary, the Lake Pontchartrain hurricane project was designed to protect areas around the lake from flooding caused by a storm surge or rainfall associated with a standard project hurricane, which is roughly the same as what is now classified as a fast moving Category 3 hurricane. The project, when designed in the mid-1960s, was expected to take about 13 years to complete and cost about $85 million. Over the years, the project has undergone some significant design changes as a result of a successful court challenge, local opposition to certain aspects of the proposed design, and changed Corps thinking about the most cost-effective approach. None of these changes, however, affected the level of protection provided to New Orleans because the alternative design selected was expected to provide the same level of protection. As of early 2005, the project was not expected to be completed until 2015—nearly 50 years after it was first authorized—and cost about $738 million, much of the cost increase is due to inflation over the years and changes to the scope and design of the project. In recent years, questions have been raised about the ability of the project to protect the New Orleans area from hurricanes greater than Category 3. This issue was only beginning to be studied by the Corps when Hurricane Katrina hit the area in August 2005.

---

[1] GAO, *Cost, Schedule, And Performance Problems Of The Lake Pontchartrain And Vicinity, Louisiana, Hurricane Protection Project*, GAO/PSAD-76-161 (Washington, D.C.: Aug. 31, 1976); GAO, *Improved Planning Needed By The Corps Of Engineers To Resolve Environmental, Technical, And Financial Issues On The Lake Pontchartrain Hurricane Protection Project*, GAO/MASAD-82-39 (Washington, D.C.: Aug. 17, 1982); and GAO, *Army Corps of Engineers: Lake Pontchartrain and Vicinity Hurricane Protection Project*, GAO-05-1050T (Washington, D.C.: Sept. 28, 2005).

certain other parts of the project until a revised environmental impact statement was prepared and accepted. After the court order, the Corps decided to change course and completed a project reevaluation report and prepared a draft revised Environmental Impact Statement in the mid-1980s that recommended abandoning the barrier plan and shifting to the high-level plan originally considered in the early 1960s. Local sponsors executed new agreements to assure their share of the non-federal contribution to the revised project. The level of protection provided to New Orleans was not expected to change because the high-level design was expected to provide the same level of protection as the original barrier design.

As of 2005, the project as constructed or being constructed included about 125 miles of levees and the following major features:

- New levee north of Highway U.S. 61 from the Bonnet Carré Spillway East Guide Levee to the Jefferson-St. Charles Parish boundary

- Floodwall along the Jefferson-St. Charles Parish boundary

- Enlarged levee along the Jefferson Parish lakefront

- Enlarged levee along the Orleans Parish lakefront

- Levees, floodwalls, and flood proofed bridges along the 17th Street, Orleans Avenue and London Avenue drainage canals

- Levees from the New Orleans lakefront to the Gulf Intracoastal Waterway

- Enlarged levees along the Gulf Intracoastal Waterway and the Mississippi River-Gulf Outlet

- New levee around the Chalmette area.

The project also includes a mitigation dike on the west shore of Lake Pontchartrain.

The pre-Katrina estimated cost of construction for the completed project was $738 million with the federal share being $528 million and the local share $210 million. The estimated completion date as of May 2005 for the whole project was 2015. Prior to Katrina, the project was estimated to be from 60-90 percent complete in different areas. The work in Orleans Parish was estimated to be 90 percent complete with some work remaining for