# Exhibit 11

# National Response Plan

December 2004



scenarios. These plans are linked to the NRP in the context of Incidents of National Significance (defined on page 4), but remain as stand-alone documents in that they also provide detailed protocols for responding to routine incidents that normally are managed by Federal agencies without the need for Department of Homeland Security (DHS) coordination. The NRP also incorporates other existing Federal emergency response and incident management plans (with appropriate modifications and revisions) as integrated components, operational supplements, or supporting tactical plans. Further details on NRP-supporting plans and documents are included in section VI (page 60).

### Existing Authorities

Nothing in this plan alters or impedes the ability of Federal, State, local, or tribal departments and agencies to carry out their specific authorities or perform their responsibilities under all applicable laws, Executive orders, and directives. Additionally, nothing in this plan is intended to impact or impede the ability of any Federal department or agency head to take an issue of concern directly to the President, the Assistant to the President for Homeland Security, the Assistant to the President for National Security Affairs, or any other member of the President's staff.

# Purpose

The purpose of the NRP is to establish a comprehensive, national, all-hazards approach to domestic incident management across a spectrum of activities including prevention, preparedness, response, and recovery.

The NRP incorporates best practices and procedures from various incident management disciplines—homeland security, emergency management, law enforcement, firefighting, hazardous materials response, public works, public health, emergency medical services, and responder and recovery worker health and safety—and integrates them into a unified coordinating structure.

> **Purpose**
>
> To establish a comprehensive, national, all-hazards approach to domestic incident management across a spectrum of activities including prevention, preparedness, response, and recovery.

The NRP provides the framework for Federal interaction with State, local, and tribal governments; the private sector; and NGOs in the context of domestic incident prevention, preparedness, response, and recovery activities. It describes capabilities and resources and establishes responsibilities, operational processes, and protocols to help protect the Nation from terrorist attacks and other natural and manmade hazards; save lives; protect public health, safety, property, and the environment; and reduce adverse psychological consequences and disruptions. Finally, the NRP serves as the foundation for the development of detailed supplemental plans and procedures to effectively and efficiently implement Federal incident management activities and assistance in the context of specific types of incidents.

The NRP, using the NIMS, establishes mechanisms to:
- Maximize the integration of incident-related prevention, preparedness, response, and recovery activities;
- Improve coordination and integration of Federal, State, local, tribal, regional, private-sector, and nongovernmental organization partners;
- Maximize efficient utilization of resources needed for effective incident management and Critical Infrastructure/Key Resources (CI/KR) protection and restoration;
- Improve incident management communications and increase situational awareness across jurisdictions and between the public and private sectors;
- Facilitate emergency mutual aid and Federal emergency support to State, local, and tribal governments;
- Facilitate Federal-to-Federal interaction and emergency support;
- Provide a proactive and integrated Federal response to catastrophic events; and
- Address linkages to other Federal incident management and emergency response plans developed for specific types of incidents or hazards.