# Exhibit 12

YOUR GOVERNMENT   KIDS   ESPAÑOL   CONTACT   PRIVACY POLICY   SITE MAP   SEA

The White House
PRESIDENT GEORGE W. BUSH
HOME
EMAIL UPDATES          SEARC

Home > News & Policies > February 2003

PRINTER-FRIENDLY VER
E-MAIL THIS PAGE

Issues
  Budget Management
  Education
  Energy
  Health Care
  Homeland Security
  Hurricanes
  Immigration
  Jobs & Economy
  Medicare
  National Security
  Pandemic Flu
  Patriot Act
  Renewal in Iraq
  Social Security
  More Issues

News
  Current News
  Press Briefings
  Proclamations
  Executive Orders
  Radio
  RSS Feeds

News by Date
  July 2006
  June 2006
  May 2006
  April 2006
  March 2006
  February 2006
  January 2006
  December 2005
  November 2005
  October 2005
  September 2005
  August 2005
  July 2005
  June 2005
  May 2005
  April 2005
  March 2005
  February 2005
  January 2005
  December 2004
  November 2004
  October 2004
  September 2004
  August 2004
  July 2004
  June 2004
  May 2004
  April 2004
  March 2004
  February 2004
  January 2004

For Immediate
Office of the Press S
February

## Homeland Security Presidential Directive/HSPD-5

Subject: Management of Domestic Incidents

Purpose

(1) To enhance the ability of the United States to manage domestic incidents by establishing a single comprehensive national incident management system.

Definitions

(2) In this directive:

(a) the term "Secretary" means the Secretary of Homeland Security.

(b) the term "Federal departments and agencies" means those executive departments enumerated in U.S.C. 101, together with the Department of Homeland Security; independent establishments as defi by 5 U.S.C. 104(1); government corporations as defined by 5 U.S.C. 103(1); and the United States P Service.

(c) the terms "State," "local," and the "United States" when it is used in a geographical sense, have the same meanings as used in the Homeland Security Act of 2002, Public Law 107-296.

Policy

(3) To prevent, prepare for, respond to, and recover from terrorist attacks, major disasters, and other emergencies, the United States Government shall establish a single, compre-hensive approach to domestic incident management. The objective of the United States Government is to ensure that all l of government across the Nation have the capability to work efficiently and effectively together, using national approach to domestic incident management. In these efforts, with regard to domestic incider the United States Government treats crisis management and consequence management as a single, integrated function, rather than as two separate functions.

(4) The Secretary of Homeland Security is the principal Federal official for domestic incident manage Pursuant to the Homeland Security Act of 2002, the Secretary is responsible for coordinating Federa operations within the United States to prepare for, respond to, and recover from terrorist attacks, maj disasters, and other emergencies. The Secretary shall coordinate the Federal Government's resourc utilized in response to or recovery from terrorist attacks, major disasters,

or other emergencies if and when any one of the following four conditions applies: (1) a Federal department or agency acting under its own authority has requested the assistance of the Secretary; ( resources of State and local authorities are overwhelmed and Federal assistance has been requeste the appropriate State and local authorities; (3) more than one Federal department or agency has bec substantially involved in responding to the incident; or (4) the Secretary has been directed to assume responsibility for managing the domestic incident by the President.

(5) Nothing in this directive alters, or impedes the ability to carry out, the authorities of Federal depar and agencies to perform their responsibilities under law. All Federal departments and agencies shall cooperate with the Secretary in the Secretary's domestic incident management role.

December 2003
November 2003
October 2003
September 2003
August 2003
July 2003
June 2003
May 2003
April 2003
March 2003
February 2003
January 2003
December 2002
November 2002
October 2002
September 2002
August 2002
July 2002
June 2002
May 2002
April 2002
March 2002
February 2002
January 2002
December 2001
November 2001
October 2001
September 2001
August 2001
July 2001
June 2001
May 2001
April 2001
March 2001
February 2001
January 2001

**Appointments**

Nominations
Application

**Federal Facts**

Federal Statistics

**West Wing**

History



PHOTO ESSAYS



WHITE HOUSE
FEATURES

learn more

(6) The Federal Government recognizes the roles and responsibilities of State and local authorities in domestic incident management. Initial responsibility for managing domestic incidents generally falls on State and local authorities. The Federal Government will assist State and local authorities when their resources are overwhelmed, or when Federal interests are involved. The Secretary will coordinate with State and local governments to ensure adequate planning, equipment, training, and exercise activities. Secretary will also provide assistance to State and local governments to develop all-hazards plans and capabilities, including those of greatest importance to the security of the United States, and will ensure State, local, and Federal plans are compatible.

(7) The Federal Government recognizes the role that the private and nongovernmental sectors play in preventing, preparing for, responding to, and recovering from terrorist attacks, major disasters, and other emergencies. The Secretary will coordinate with the private and nongovernmental sectors to ensure adequate planning, equipment, training, and exercise activities and to promote partnerships to address incident management capabilities.

(8) The Attorney General has lead responsibility for criminal investigations of terrorist acts or terrorist threats by individuals or groups inside the United States, or directed at United States citizens or institutions abroad, where such acts are within the Federal criminal jurisdiction of the United States, as well as for related intelligence collection activities within the United States, subject to the National Security Act of 1947 and other applicable law, Executive Order 12333, and Attorney General-approved procedures pursuant to that Executive Order. Generally acting through the Federal Bureau of Investigation, the Attorney General, in cooperation with other Federal departments and agencies engaged in activities to protect our national security, shall also coordinate the activities of the other members of the law enforcement community to detect, prevent, preempt, and disrupt terrorist attacks against the United States. Following a terrorist threat or an actual incident that falls within the criminal jurisdiction of the United States, the full capabilities of the United States shall be dedicated, consistent with United States law, with activities of other Federal departments and agencies to protect our national security, to assisting Attorney General to identify the perpetrators and bring them to justice. The Attorney General and the Secretary shall establish appropriate relationships and mechanisms for cooperation and coordination between their two departments.

(9) Nothing in this directive impairs or otherwise affects the authority of the Secretary of Defense over Department of Defense, including the chain of command for military forces from the President as Commander in Chief, to the Secretary of Defense, to the commander of military forces, or military command and control procedures. The Secretary of Defense shall provide military support to civil authorities for domestic incidents as directed by the President or when consistent with military readiness and appropriate under the circumstances and the law. The Secretary of Defense shall retain command military forces providing civil support. The Secretary of Defense and the Secretary shall establish appropriate relationships and mechanisms for cooperation and coordination between their two departments.

(10) The Secretary of State has the responsibility, consistent with other United States Government activities to protect our national security, to coordinate international activities related to the prevention preparation, response, and recovery from a domestic incident, and for the protection of United States citizens and United States interests overseas. The Secretary of State and the Secretary shall establish appropriate relationships and mechanisms for cooperation and coordination between their two departments.

(11) The Assistant to the President for Homeland Security and the Assistant to the President for National Security Affairs shall be responsible for interagency policy coordination on domestic and international incident management, respectively, as directed by the President. The Assistant to the President for Homeland Security and the Assistant to the President for National Security Affairs shall work together ensure that the United States domestic and international incident management efforts are seamlessly united.

(12) The Secretary shall ensure that, as appropriate, information related to domestic incidents is gathered and provided to the public, the private sector, State and local authorities, Federal departments and agencies, and, generally through the Assistant to the President for Homeland Security, to the President. The Secretary shall provide standardized, quantitative reports to the Assistant to the President for Homeland Security on the readiness and preparedness of the Nation -- at all levels of government -- prevent, prepare for, respond to, and recover from domestic incidents.

(13) Nothing in this directive shall be construed to grant to any Assistant to the President any authority issue orders to Federal departments and agencies, their officers, or their employees.

Tasking

(14) The heads of all Federal departments and agencies are directed to provide their full and prompt cooperation, resources, and support, as appropriate and consistent with their own responsibilities for protecting our national security, to the Secretary, the Attorney General, the Secretary of Defense, an Secretary of State in the exercise of the individual leadership responsibilities and missions assigned paragraphs (4), (8), (9), and (10), respectively, above.

(15) The Secretary shall develop, submit for review to the Homeland Security Council, and administe National Incident Management System (NIMS). This system will provide a consistent nationwide app for Federal, State, and local governments to work effectively and efficiently together to prepare for, respond to, and recover from domestic incidents, regardless of cause, size, or complexity. To provide interoperability and compatibility among Federal, State, and local capabilities, the NIMS will include a set of concepts, principles, terminology, and technologies covering the incident command system; m agency coordination systems; unified command; training; identification and management of resource (including systems for classifying types of resources); qualifications and certification; and the collecti tracking, and reporting of incident information and incident resources.

(16) The Secretary shall develop, submit for review to the Homeland Security Council, and administe National Response Plan (NRP). The Secretary shall consult with appropriate Assistants to the Presic (including the Assistant to the President for Economic Policy) and the Director of the Office of Scienc Technology Policy, and other such Federal officials as may be appropriate, in developing and implementing the NRP. This plan shall integrate Federal Government domestic prevention, prepared response, and recovery plans into one all-discipline, all-hazards plan. The NRP shall be unclassified. certain operational aspects require classification, they shall be included in classified annexes to the N

(a) The NRP, using the NIMS, shall, with regard to response to domestic incidents, provide the struct and mechanisms for national level policy and operational direction for Federal support to State and lc incident managers and for exercising direct Federal authorities and responsibilities, as appropriate.

(b) The NRP will include protocols for operating under different threats or threat levels; incorporation existing Federal emergency and incident management plans (with appropriate modifications and revi as either integrated components of the NRP or as supporting operational plans; and additional opera plans or annexes, as appropriate, including public affairs and intergovernmental communications.

(c) The NRP will include a consistent approach to reporting incidents, providing assessments, and m recommendations to the President, the Secretary, and the Homeland Security Council.

(d) The NRP will include rigorous requirements for continuous improvements from testing, exercising experience with incidents, and new information and technologies.

(17) The Secretary shall:

(a) By April 1, 2003, (1) develop and publish an initial version of the NRP, in consultation with other Federal departments and agencies; and (2) provide the Assistant to the President for Homeland Sec with a plan for full development and implementation of the NRP.

(b) By June 1, 2003, (1) in consultation with Federal departments and agencies and with State and lc governments, develop a national system of standards, guidelines, and protocols to implement the NI and (2) establish a mechanism for ensuring ongoing management and maintenance of the NIMS, inc regular consultation with other Federal departments and agencies and with State and local governme

(c) By September 1, 2003, in consultation with Federal departments and agencies and the Assistant President for Homeland Security, review existing authorities and regulations and prepare recommendations for the President on revisions necessary to implement fully the NRP.

(18) The heads of Federal departments and agencies shall adopt the NIMS within their departments agencies and shall provide support and assistance to the Secretary in the development and mainten: of the NIMS. All Federal departments and agencies will use the NIMS in their domestic incident management and emergency prevention, preparedness, response, recovery, and mitigation activities well as those actions taken in support of State or local entities. The heads of Federal departments ar agencies shall participate in the NRP, shall assist and support the Secretary in the development and maintenance of the NRP, and shall participate in and use domestic incident reporting systems and protocols established by the Secretary.

(19) The head of each Federal department and agency shall:

(a) By June 1, 2003, make initial revisions to existing plans in accordance with the initial version of th NRP.

(b) By August 1, 2003, submit a plan to adopt and implement the NIMS to the Secretary and the Assi to the President for Homeland Security. The Assistant to the President for Homeland Security shall a the President on whether such plans effectively implement the NIMS.

(20) Beginning in Fiscal Year 2005, Federal departments and agencies shall make adoption of the N requirement, to the extent permitted by law, for providing Federal preparedness assistance through g contracts, or other activities. The Secretary shall develop standards and guidelines for determining w a State or local entity has adopted the NIMS.

Technical and Conforming Amendments to National Security Presidential Directive-1 (NSPD-1)

(21) NSPD-1 ("Organization of the National Security Council System") is amended by replacing the fi sentence of the third paragraph on the first page with the following: "The Attorney General, the Secre of Homeland Security, and the Director of the Office of Management and Budget shall be invited to a meetings pertaining to their responsibilities.".

Technical and Conforming Amendments to National Security Presidential Directive-8 (NSPD-8)

(22) NSPD-8 ("National Director and Deputy National Security Advisor for Combating Terrorism") is amended by striking "and the Office of Homeland Security," on page 4, and inserting "the Departmer Homeland Security, and the Homeland Security Council" in lieu thereof.

Technical and Conforming Amendments to Homeland Security Presidential Directive-2 (HSPD-2)

(23) HSPD-2 ("Combating Terrorism Through Immigration Policies") is amended as follows:

(a) striking "the Commissioner of the Immigration and Naturalization Service (INS)" in the second ser of the second paragraph in section 1, and inserting "the Secretary of Homeland Security" in lieu there

(b) striking "the INS," in the third paragraph in section 1, and inserting "the Department of Homeland Security" in lieu thereof;

(c) inserting ", the Secretary of Homeland Security," after "The Attorney General" in the fourth paragr section 1;

(d) inserting ", the Secretary of Homeland Security," after "the Attorney General" in the fifth paragrap section 1;

(e) striking "the INS and the Customs Service" in the first sentence of the first paragraph of section 2 inserting "the Department of Homeland Security" in lieu thereof;

(f) striking "Customs and INS" in the first sentence of the second paragraph of section 2, and insertin Department of Homeland Security" in lieu thereof;

(g) striking "the two agencies" in the second sentence of the second paragraph of section 2, and inse "the Department of Homeland Security" in lieu thereof;

(h) striking "the Secretary of the Treasury" wherever it appears in section 2, and inserting "the Secret Homeland Security" in lieu thereof;

(i) inserting ", the Secretary of Homeland Security," after "The Secretary of State" wherever the latter appears in section 3;

(j) inserting ", the Department of Homeland Security," after "the Department of State," in the second sentence in the third paragraph in section 3;

(k) inserting "the Secretary of Homeland Security," after "the Secretary of State," in the first sentence fifth paragraph of section 3;

(l) striking "INS" in the first sentence of the sixth paragraph of section 3, and inserting "Department of

(m) striking "the Treasury" wherever it appears in section 4 and inserting "Homeland Security" in lieu thereof;

(n) inserting ", the Secretary of Homeland Security," after "the Attorney General" in the first sentence section 5; and

(o) inserting ", Homeland Security" after "State" in the first sentence of section 6.

Technical and Conforming Amendments to Homeland Security Presidential Directive-3 (HSPD-3)

(24) The Homeland Security Act of 2002 assigned the responsibility for administering the Homeland Security Advisory System to the Secretary of Homeland Security. Accordingly, HSPD-3 of March 11, ("Homeland Security Advisory System") is amended as follows:

(a) replacing the third sentence of the second paragraph entitled "Homeland Security Advisory Syste with "Except in exigent circumstances, the Secretary of Homeland Security shall seek the views of th Attorney General, and any other federal agency heads the Secretary deems appropriate, including o members of the Homeland Security Council, on the Threat Condition to be assigned."

(b) inserting "At the request of the Secretary of Homeland Security, the Department of Justice shall p and facilitate the use of delivery systems administered or managed by the Department of Justice for purposes of delivering threat information pursuant to the Homeland Security Advisory System." as a paragraph after the fifth paragraph of the section entitled "Homeland Security Advisory System."

(c) inserting ", the Secretary of Homeland Security" after "The Director of Central Intelligence" in the sentence of the seventh paragraph of the section entitled "Homeland Security Advisory System".

(d) striking "Attorney General" wherever it appears (except in the sentences referred to in subsection and (c) above), and inserting "the Secretary of Homeland Security" in lieu thereof; and

(e) striking the section entitled "Comment and Review Periods."

GEORGE W. BUSH

### 

PRINTER-FRIENDLY VERSION

E-MAIL THIS PAGE

President | Vice President | First Lady | Mrs. Cheney | News & Policies

History & Tours | Kids | Your Government | Appointments | Jobs | Contact | Text only

Accessibility | Search | Privacy Policy | Help