```
                                              FILED
                                         U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2006 OCT -5  PM 4:04

                                         LORETTA G. WHYTE
                                              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA LEVEE BREACHES | * | |
| | * | CIVIL ACTION |
| | * | NO.: 05-4182 |
| | * | |
| PERTAINS TO: LEVEE BREACH | * | SECTION: "K" |
| | * | |
| BRADLEY, NO. 06-225 | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW COUNSEL OF RECORDS ON BEHALF OF PLAINTIFFS

NOW INTO COURT comes Todd R. Slack of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. who respectfully request that he be withdrawn as counsel of record for plaintiffs.

Respectfully submitted,
**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY: _Todd Sl_____
TODD R. SLACK # 24647
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Telephone: 504/522-2304
Facsimile: 504/528-9973
**ATTORNEYS FOR PLAINTIFFS**

```
___ Fee_____
___ Process____
_X_ Dktd_____
 ✓  CtRmDep___
___ Doc. No____
```

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each properly addressed and postage prepaid on this 5th day of October, 2006.

_____
Todd R. Slack