UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA LEVEE BREACHES  &ast;
&ast;      CIVIL ACTION
&ast;      NO.: 05-4182
&ast;
&ast;      SECTION: "K"
&ast;
BRADLEY, NO. 06-225            &ast;      JUDGE DUVAL
&ast;      MAGISTRATE  WILKINSON
&ast;

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing motion,

IT IS ORDERED that Todd R. Slack of the law firm of Gainsburgh, Benjamin, David,

Meunier & Warshauer, L.L.C. be withdrawn as counsel of record for plaintiffs in this matter.

THIS DONE the _23th_ day of _October_, 2006, New Orleans, Louisiana.

_____
J U D G E

Fee_____
Process_____
X  Dktd_____
CtRmDep_____
Doc. No_____