

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| CONNIE ABADIE, ET AL. | CIVIL ACTION NO.: 06-5164 |
| | CLASS ACTION |
| VERSUS | JUDGE Duval |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | SECT. K MAG.2 |

### COLUMBIA MUTUAL INSURANCE COMPANY'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER AND/OR OTHERWISE DEFEND

NOW INTO COURT, through undersigned counsel, comes COLUMBIA MUTUAL INSURANCE COMPANY, (hereinafter "COLUMBIA"), a named Defendant herein, who, pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves the Court for an order allowing Defendant an enlargement of time of twenty(20) days to answer and/or otherwise defend the above-captioned proceeding for the following reasons:

1.

This class action suit was filed on August 28, 2006.

2.

Defendant referred this action to the undersigned attorney for defense promptly

upon its receipt of service.

3.

This action raises serious and complex issues of fact and law and other issues which require extensive research and review prior to the filing of an answer and/or defenses, and defendant, therefore, desires and requests that it be given an additional twenty (20) days from the date of the filing of this Motion in which to answer or otherwise defend.

4.

Mover has spoken with counsel for Plaintiffs regarding this Motion and Plaintiffs consent to this extension of time.

WHEREFORE, DEFENDANT PRAYS for an appropriate Order granting its Motion for Enlargement of Time to Answer and/or Otherwise Defend allowing Defendant an additional twenty (20) days from the date of the filing of this Motion within which to Answer and/or otherwise defend.

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: _____
Brian A. Homza   #6980
333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850

ATTORNEYS FOR DEFENDANT,
COLUMBIA MUTUAL INS. CO.

## CERTIFICATE

I hereby certify that I have this day mailed a copy of the above and foregoing motion to counsel for plaintiffs by placing same in the United States mail, properly addressed, and with sufficient postage affixed thereto and addressed to:

CONNIE ABADIE, ET AL.
Through its attorney of record
Mr. Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Shreveport, LA, this _____ day of October, 2006.

_____
OF COUNSEL

-3-