

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 1:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

CONNIE ABADIE, ET AL.          CIVIL ACTION NO.: 06-5164
                               CLASS ACTION

VERSUS                         JUDGE _____

AEGIS SECURITY INSURANCE
COMPANY, ET AL.                SECT. K MAG.2

**ORDER GRANTING COLUMBIA MUTUAL INSURANCE
COMPANY'S ENLARGEMENT OF TIME TO
ANSWER AND/OR OTHERWISE DEFEND**

THE FOREGOING PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the time allowed Defendant, COLUMBIA MUTUAL INSURANCE COMPANY, to file its answer, other responsive pleadings, or otherwise defend this action be and is extended for a period of twenty (20) days from the date of this order.

THUS DONE AND SIGNED in Chambers, in __New Orleans__, Louisiana. this __20th__ day of October, 2006.

_____
UNITED STATES MAGISTRATE
DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

-4-