

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 13  P 4: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 2005-4182 <br><br> JUDGE: STANWOOD R. DUVAL, JR. "K" |
| PERTAINS TO: INSURANCE ABADIE et al. v. AEGIS SECURITY INSURANCE CO. ET AL 2006-5164 | * * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. (2) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME

Defendants, Scottsdale Indemnity Company and Scottsdale Insurance Company (collectively "Scottsdale"), without waiving any defenses or objections, hereby move *ex parte* pursuant to Local Rule 7.9E for a twenty-day extension of time up to and including November 6, within which to answer or otherwise respond to the plaintiffs' Petition. The answer would otherwise be due on October 16, 2006.

Undersigned counsel hereby certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this court in this action and that the plaintiffs have not filed in the record an objection to an extension of time.

_____Fee_____
_____Process_____
_X__Dktd_____
_____CtRmDep_____
Doc.No._____

**WHEREFORE**, Defendants respectfully move this Court on an *ex parte* basis for an extension of time up to and including November 6, 2006, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

Judy Y. Barrasso, #2814
Steven W. Usdin, #12986
Shera J. Finn, 29184
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Scottsdale Indemnity Company and
Scottsdale Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing First *Ex Parte* Motion for Extension of Time on behalf of Defendants, Scottsdale Indemnity Company and Scottsdale Insurance Company, has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 13th day October, 2006.

– 2 –

69353