FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 1:57

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 2005-4182 <br> * <br> * JUDGE: STANWOOD R. DUVAL, JR. <br> * "K" |
| PERTAINS TO: <br> INSURANCE <br> ABADIE et al. v. AEGIS SECURITY INSURANCE CO. ET AL <br> 2006-5164 | * MAGISTRATE: JOSEPH C. WILKINSON, <br> * JR. (2) <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing First *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendants, Scottsdale Indemnity Company and Scottsdale Insurance Company, be and hereby are granted a twenty-day extension of time up to and including November 6, 2006, within which to answer or otherwise respond to the plaintiffs' Petition.

New Orleans, Louisiana, this 20th day of October, 2006.

JUDGE

- 3 -

Doc. No. 69353