

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: INSURANCE<br>XAVIER UNIVERSITY OF LA., NO. 06-0516 | * * * | |

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MOTION FOR LEAVE TO FILE ITS SURREPLY TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW COMES** defendant, Travelers Property Casualty Company of America ("Travelers"), who requests leave to file the attached Surreply Memorandum In Opposition to Plaintiff's Motion for Partial Summary Judgment. This memorandum is necessary to clarify the issues and to address arguments made by plaintiff in its Reply Memorandum. In addition, these same issues and arguments were recently made by counsel for plaintiff in another matter that was recently remanded to state court and it is imperative and in the interest of justice that these issues and arguments be addressed by Travelers herein.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

**WHEREFORE**, Travelers Property Casualty Company of America prays that this Court grant leave to allow the filing of its attached Surreply Memorandum In Opposition to Plaintiff's Motion for Partial Summary Judgment.

Respectfully submitted,

/s/ B. Reimonenq, Jr./
Ralph S. Hubbard III, La. Bar #7040
Simeon B. Reimonenq, Jr., La. Bar #19755
Seth A. Schmeeckle, La. Bar #27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:    (860) 275-8255
Facsimile:    (860) 275-8299

**Attorneys for Travelers Property Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 13th day of October, 2006.

/s/ B. Reimonenq/
SIMEON B. REIMONENQ, JR.