FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 1:54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONNIE ABADIE, ET AL. | CIVIL ACTION 06-5164 |
| VERSUS | SECTION "K" |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | DISTRICT JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

## ORDER

**CONSIDERING THE FOREGOING,**

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Extension of Time filed by and on behalf of American Empire Insurance Company ("American Empire") be, and is hereby GRANTED.

IT IS FURTHER ORDERED that American Empire be, and is hereby granted an additional twenty (20) days, or through and until November 6, 2006 for the purpose of filing responsive pleadings to plaintiffs' Complaint.

New Orleans, Louisiana, this 20th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

NO.99698841.1