

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONNIE ABADIE, ET AL. | CIVIL ACTION 06-5164 |
| VERSUS | SECTION "K" |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | DISTRICT JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### EX PARTE MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Defendant, Republic Indemnity Company of America ("Republic"), which, with a full reservation of all rights and defenses, respectfully moves this Honorable Court for an extension of twenty (20) days for the purpose of filing responsive pleadings in connection with the Complaint filed by and on behalf of Plaintiffs, Connie Abadie, *et al.*

Pursuant to Local Rule 7.9, Republic certifies that there has been no previous extension of time to plead and that plaintiff has not filed in the record any objection to an extension of time. Accordingly, Republic respectfully urges this Court to grant the instant *Ex Parte* Motion for Extension of Time.

NO.99698837.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George B. Hall, Jr. (#6432)
Jennifer W. Wall (#18157)
Pablo Gonzalez (#29215)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130

**ATTORNEYS FOR REPUBLIC INDEMNITY COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served on all known counsel of record via facsimile and/or First Class United States Mail, properly addressed and postage prepaid, this 16th day of October, 2006.



NO.99698837.1