FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 1:55

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE ABADIE, ET AL.** | **CIVIL ACTION 06-5164** |
| **VERSUS** | **SECTION "K"** |
| **AEGIS SECURITY INSURANCE COMPANY, ET AL.** | **DISTRICT JUDGE STANWOOD R. DUVAL, JR.** |
| | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### ORDER

**CONSIDERING THE FOREGOING,**

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Extension of Time filed by and on behalf of Republic Indemnity Company of America ("Republic") be, and is hereby GRANTED.

IT IS FURTHER ORDERED that Republic be, and is hereby granted an additional twenty (20) days, or through and until November 6, 2006 for the purpose of filing responsive pleadings to plaintiffs' Complaint.

New Orleans, Louisiana, this 23th day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee____
Process____
X / Dktd____
  / CtRmDep____
    Doc. No.____

NO.99698837.1