UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO:<br><br>ALL CASES | § § § § § § § |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Case Name | Case Number | Pertains To |
|---|---|---|
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | No. 05-4568 | *Levee* |
| Conlay v. Encompass Insurance Company et al | No. 06-0151 | Insurance |
| Xavier University of Louisiana v. Travelers Property Casualty Company of America | No. 06-0516 | Insurance |

---

[1] This list reflects all cases that were not listed on the most recently filed Notice of Designation dated August 15, 2006 (Doc. 922).

1

| Case Name | Case Number | Pertains To |
|---|---|---|
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | *06-3529* | *Levee* |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3544 | MRGO |
| O'Dwyer v. The United States of America | No. 06-4024 | MRGO |
| O'Dwyer, et al. v. Department of Transportation and Development, et al. | No. 06-4389 | Levee, MRGO |
| G. Adams, et al. vs. Boh Brothers Construction Company, LLC, et al. | No. 06-4634 | Levee |
| Brock, et al. vs. Boh Brothers Construction Company, L.L.C., et al. | No. 06-4931 | Levee |
| Joseph, et al. v. New Orleans Sewage and Water Board, et al. | No. 06-5032 | Levee |
| Sims et al.v. Board of Commissioner for the Orleans Levee District et al. | No. 06-5116 | Levee |
| Richard et al. v. Port of New Orleans et al. | No. 06-5118 | Levee, MRGO |
| DePass et al. v. Board of Commissioners for the Orleans Levee District et al. | No. 06-5127 | Levee |
| M. Adams et al. v. Port of New Orleans et al. | No. 06-5128 | Levee, MRGO |
| Bourgeois et al. v. Port of New Orleans et al. | No. 06-5131 | Levee, MRGO |
| Ferdinand et al v. Port of New Orleans et al | No. 06-5132 | Levee, MRGO |
| Christophe et al v. Port of New Orleans et al | No. 06-5134 | Levee, MRGO |
| S. Williams et al v. Port of New Orleans et al | No. 06-5137 | Levee, MRGO |
| Porter et al v. Port of New Orleans et al | No. 06-5140 | Levee, MRGO |
| Augustine et al v. Port of New Orleans et al | No. 06-5142 | Levee, MRGO |
| Fleming, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5159 | Levee |
| Holmes, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5161 | Levee |
| Anderson et al v. United States of America et al | No. 06-5162 | MRGO |
| Gordon, et al. v. United States of America, et al. | No. 06-5163 | Levee |
| Abadie, et al. v. Aegis, et al. | No. 06-5164 | Insurance |
| LeDuff et al v. Boh Bros. Construction Company, LLC et al | No. 06-5260 | Levee, MRGO |
| Gisevius, Jr., et al. v. Boh Brothers Construction Company, LLC, et al. | No. 06-5308 | Levee |
| Breithoff (Weller), et al. v. Modjeski and Masters, Inc., et al. | No. 06-5367 | Levee |
| Austin et al v. Allstate Fire and Casualty Insurance Company et al | No. 06-5785 | Insurance |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Cochran et al v. Boh Brothers Construction Co., LLC et al | No. 06-5785 | Levee |
| O'Dwyer v. Department of Transportation And Development, State of Louisiana et al | | Levee, Responder |
| Yacob, et al. v. Board of Commissioners for the Orleans Levee District, et al. | No. 06-5937 | Levee |
| Deane et al v. Boh Bros. Construction Co., L.L.C. et al | No. 06-6473 | Levee |
| Hanna v. Farm Bureau Insurance Companies et al | No. 06-6481 | Insurance |
| Rodrigue et al v. Buffman, Inc. et al | No. 06-6639 | St. Rita |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 24 day of October, 2006.

_____
JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

3

## CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2006, a copy of the foregoing was filed. A copy of this filing will be sent by e-mail to all parties who have appeared in the above-captioned actions pursuant to the Court's service instructions.