# Exhibit A

## In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

Case List as of October 23, 2006

| Case Name | Case Number | Pertains To |
|---|---|---|
| O'Dwyer et al v. USA et al | No. 05-4181 | Levee, MRGO, Responder |
| In Re: Katrina Canal Breaches Litigation (Lead Case) | No. 05-4182 | Levee |
| J. Vodanovich v. Boh Brothers Construction Co., LLC et al | No. 05-4191 | Levee |
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | *No. 05-4568* | *Levee* |
| A. Vodanovich et al v. Boh Bros. Construction Co., LLC et al | No. 05-5237 | Levee |
| Kirsch et al v. Boh Brothers Construction Co. et al | No. 05-6073 | Levee |
| Ezell et al v. Boh Brothers Construction Co. et al | No. 05-6314 | Levee |
| Vanderbrook et al v. State Farm Fire and Casualty Company et al | No. 05-6323 | Insurance |
| Brown et al v. Boh Brothers Construction Company, LLC et al | No. 05-6324 | Levee |
| LeBlanc et al v. Boh Bros. Construction Co., LLC et al | No. 05-6327 | Levee |
| Bradley et al v. Modjeski and Masters, Inc. | No. 05-6359 | Levee |
| Tauzin et al v. Board of Commissioners for the Orleans Parish Levee District et al | No. 06-0020 | Levee |
| Conlay v. Encompass Insurance Company et al | No. 06-0151 | Insurance |
| Bradley et al v. Pittman Construction Co., Inc et al | No. 06-0225 | Levee |
| Xavier University of Louisiana v. Travelers Property Casualty Company of America | No. 06-0516 | Insurance |
| Finney et al v. Boh Brothers Construction Company, LLC et al | No. 06-0886 | Levee |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1672 | Insurance |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1673 | Insurance |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1674 | Insurance |

| Case Name | Case Number | Pertains To |
|---|---|---|
| O'Dwyer v. United States Army Corps of Engineers | No. 06-1850 | Levee, MRGO, Responder (Freedom of Information Act) |
| O'Dwyer et al v. United States of America | No. 06-1885 | MRGO |
| Reed v. USA et al | No. 06-2152 | MRGO |
| Robinson et al v. United States of America et al | No. 06-2268 | MRGO |
| Christenberry et al v. Board of Commissioners for the Orleans Levee District et al | No. 06-2278 | Levee |
| Sanchez et al v. Boh Brothers Construction Co. et al | No. 06-2287 | Levee |
| Fitzmorris et al v. Board of Commissioners for the Orleans Parish Levee District et al | No. 06-2346 | Levee |
| Marcello et al v. Boh Bros. Construction Company, LLC et al | No. 06-2545 | Levee |
| Artus et al v. United States of America et al | No. 06-2824 | MRGO |
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | *06-3529* | *Levee* |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3544 | MRGO |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3545 | MRGO |
| Savoy et al v. USA et al | No. 06-3552 | MRGO |
| O'Dwyer v. The United States of America | No. 06-4024 | MRGO |
| C. Adams et al v. Boh Bros. Construction Company, L.L.C. et al | No. 06-4065 | Levee |
| Ackerson et al v. Bean Dredging, L.L.C. et al | No. 06-4066 | MRGO |
| O'Dwyer, et al. v. Department of Transportation and Development, et al. | No. 06-4389 | Levee, MRGO, Responder |
| G. Adams, et al. vs. Boh Brothers Construction Company, LLC, et al. | No. 06-4634 | Levee |
| Brock, et al. vs. Boh Brothers Construction Company, L.L.C., et al. | No. 06-4931 | Levee |
| Joseph, et al. v. New Orleans Sewage and Water Board, et al. | No. 06-5032 | Levee |
| Sims et al.v. Board of Commissioner for the Orleans Levee District et al. | No. 06-5116 | Levee |
| Richard et al. v. Port of New Orleans et al. | No. 06-5118 | Levee, MRGO |
| DePass et al. v. Board of Commissioners for the Orleans Levee District et al. | No. 06-5127 | Levee |
| M. Adams et al. v. Port of New Orleans et al. | No. 06-5128 | Levee, MRGO |
| Bourgeois et al. v. Port of New Orleans et al. | No. 06-5131 | Levee, MRGO |
| Ferdinand et al v. Port of New Orleans et al | No. 06-5132 | Levee, MRGO |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Christophe et al v. Port of New Orleans et al | No. 06-5134 | Levee, MRGO |
| S. Williams et al v. Port of New Orleans et al | No. 06-5137 | Levee, MRGO |
| Porter et al v. Port of New Orleans et al | No. 06-5140 | Levee, MRGO |
| Augustine et al v. Port of New Orleans et al | No. 06-5142 | Levee, MRGO |
| Fleming, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5159 | Levee, MRGO |
| Holmes, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5161 | Levee, MRGO |
| Anderson et al v. United States of America et al | No. 06-5162 | MRGO |
| Gordon, et al. v. United States of America, et al. | No. 06-5163 | Levee |
| Abadie, et al. v. Aegis, et al. | No. 06-5164 | Insurance |
| LeDuff et al v. Boh Bros. Construction Company, LLC et al | No. 06-5260 | Levee, MRGO |
| Gisevius, Jr., et al. v. Boh Brothers Construction Company, LLC, et al. | No. 06-5308 | Levee |
| Breithoff (Weller), et al. v. Modjeski and Masters, Inc., et al. | No. 06-5367 | Levee |
| Austin et al v. Allstate Fire and Casualty Insurance Company et al | No. 06-5785 | Insurance |
| Cochran et al v. Boh Brothers Construction Co., LLC et al | No. 06-5785 | Levee |
| O'Dwyer v. Department of Transportation And Development, State of Louisiana et al | 06-5786 | Levee, Responder |
| Yacob, et al. v. Board of Commissioners for the Orleans Levee District, et al. | No. 06-5937 | Levee |
| Deane et al v. Boh Bros. Construction Co., L.L.C. et al | No. 06-6473 | Levee |
| Hanna v. Farm Bureau Insurance Companies et al | No. 06-6481 | Insurance |
| Rodrigue et al v. Buffman, Inc. et al | No. 06-6639 | St. Rita |