UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

### EX PARTE MOTION TO ENROLL VISITING CO-COUNSEL AND DESIGNATE TRIAL ATTORNEY FOR CSX TRANSPORTATION, INC.

By and through undersigned counsel, a member of good standing of the Bar of this Court and the State of Louisiana, come defendants, CSX Transportation, Inc. and CSX Corporation, pursuant to LR 83.2.6E, and respectfully request an Order from this Honorable Court enrolling the following visiting attorneys as co-counsel of record in the above-captioned matter:

>Scott L. Winkelman, Esq.
>Beth M. Kramer, Esq.
>CROWELL & MORING LLP
>1001 Pennsylvania Avenue, N.W.
>Washington, D.C. 20004

Mr. Winkelman and Ms. Kramer are ineligible to become members of the Bar of this Court because they are not members of the Bar of the State of Louisiana. They are members of

the Bar of the District of Columbia. Certificates of good standing from the District of Columbia Court of Appeals and the affidavits of Mr. Winkelman and Ms. Kramer are attached.

Respectfully submitted,

s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC. and CSX CORPORATION**

### CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

**AFFIDAVIT**

Washington, D.C.
District of Columbia

I, the undersigned, hereby state under oath that I am a member in good standing of the Bar of the District of Columbia and that no disciplinary proceedings or criminal charges have ever been instituted against me. This affidavit is submitted in support of the Ex Parte Motion to Enroll Visiting Co-Counsel for CSX Transportation, Inc. and CSX Corporation in the above-referenced matter.

BETH M. KRAMER

Sworn to and subscribed before me, notary, this 23rd day of October, 2006.

**NOTARY PUBLIC**

My Commission expires: November 30, 2008



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

BETH M. KRAMER

was on the   7TH   day of   JULY, 1997   duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

## AFFIDAVIT

_Washington, D.C._

_District of Columbia_

I, the undersigned, hereby state under oath that I am a member in good standing of the Bar of the District of Columbia and that no disciplinary proceedings or criminal charges have ever been instituted against me. This affidavit is submitted in support of the Ex Parte Motion to Enroll Visiting Co-Counsel for CSX Transportation, Inc. and CSX Corporation in the above-referenced matter.

_/s/ ScL_

SCOTT L. WINKELMAN

Sworn to and subscribed before me, notary, this 23rd day of October, 2006.

_/s/ Jena K. Talarico_

NOTARY PUBLIC

Jena K. Talarico
Notary Public, District of Columbia
My Commission Expires 8-14-2010



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Scott L . Winkelman

was on the  19th  day of  December, 1988  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 20, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk