```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                    2006 OCT 23  PM 1:55

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE ABADIE, ET AL.** | CIVIL ACTION 06-5164 |
| **VERSUS** | SECTION "K" |
| **AEGIS SECURITY INSURANCE COMPANY, ET AL.** | DISTRICT JUDGE STANWOOD R. DUVAL, JR. |
| | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

**ORDER**

**CONSIDERING THE FOREGOING,**

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Extension of Time filed by and on behalf of American Empire Surplus Lines Insurance Company ("AESLIC") be, and is hereby GRANTED.

IT IS FURTHER ORDERED that AESLIC be, and is hereby granted an additional twenty (20) days, or through and until November 6, 2006 for the purpose of filing responsive pleadings to plaintiffs' Complaint.

New Orleans, Louisiana, this 24th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
_√_ CtRmDep_____
___ Doc. No_____
```

NO.99698825.1