U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    OCT 2 3 2006

LORETTA G. WHYTE
CLERK

RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

## MAUREEN O'DWYER, ET AL.

### SUMMONS IN A CIVIL CASE

**V.**                          CASE NUMBER:

**DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL.**        06-4389 ~~"S" (3)~~

K (2)

**TO:   GEORGE E. LOPEZ, INDIVIDUALLY AND AS PRESIDENT OF
THE BOARDOF COMMISSIONERS FOR THE LAKE BORGNE BASIN
LEVEE DISTRICT**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name
and address)

**Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130**

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action
Lawsuit, which is herewith served upon you, within twenty (20) days after service of this summons upon
you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

LORETTA G. WHYTE                          august 23, 2006

CLERK                                     DATE

Cherie Bourgeois
(BY) DEPUTY CLERK

_____ Fee_____
_____ Process_____
_X__ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/19/06 |
| NAME OF SERVER (PRINT)  ASHTON O'DWYER | TITLE  Director |

Check one box below to indicate appropriate method of service

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): __  Lake Borgne Levee District
6136 East St. Bernard Highway
St. Bernard, LA 70085

*personal service on PEGGY SEMBERA, Administrative Asst. for the Board, who received on behalf of Mr. Lopez*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____10/19/06_____
      Date

Signature of Server

N.O., LA.

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.