AO 399 (Rev. 10/95)

**WAIVER OF SERVICE OF SUMMONS**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 2 0 2006

LORETTA G. WHYTE
CLERK

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __St. Paul Ins Co__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Flora Fleming, et al v. USA, et al__,
(CAPTION OF ACTION)

which is case number __06-5159 K__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 2 6 2006

_____  /s/ Helen J Cumbo
DATE            SIGNATURE

Printed/Typed Name: _____

ADMINISTRATOR
COMMERCIAL DIVISION      of   St. Paul Ins Co
(TITLE)                       (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 399 (Rev. 10/95)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 20 2006

LORETTA G. WHYTE
CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Port of New Orlean</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Flora Fleming, et al v. USA, et al</u>,
(CAPTION OF ACTION)

which is case number <u>06-5159 K</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

<u>Sept 29, '06</u>            Signature: (signed)
DATE
Printed/Typed Name: <u>JOSEPH W FRITZ JR</u>

As <u>Staff Counsel</u> of <u>Port of New Orlean</u>
(TITLE)                  (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee ___
___ Process ___
 X  Dktd ___
___ CtRmDep ___
___ Doc. No ___

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 20 2006

LORETTA G. WHYTE
CLERK

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Sewerage & Water Bd__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Flora Fleming, et al v. USA, et al__,
(CAPTION OF ACTION)

which is case number __06-5159 K__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

__10/16/06__
DATE

SIGNATURE
Printed/Typed Name: __George R. Simno III__

As __Attorney__ of __Sewerage & Water Bd__
(TITLE)     (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.



___ Fee___
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No___