AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED OCT 2 0 2006

LORETTA G. WHYTE
CLERK

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA  70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __TLJIC, LLC__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Eric Anderson et al v USA et al__,
(CAPTION OF ACTION)

which is case number __06-5162__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

__Oct. 2, 2006__
DATE

_Richard N. Brantley_ (signature)
SIGNATURE

Printed/Typed Name: __Richard G. Brantley__

As __Agent__ of __TLJIC, LLC__
(TITLE)        (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  OCT 20 2006
LORETTA G. WHYTE
CLERK

I, __TLJames MarineInc__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Eric Anderson et al v USA et al__,
(CAPTION OF ACTION)

which is case number __06-5162 K__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

Oct. 2, 2006
DATE

Signature: _Richard N. Brantley_
Printed/Typed Name: Richard G. Brantley

As __Agent__ of __TLJames MarineInc__
   (TITLE)            (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 20 2006

LORETTA G. WHYTE
CLERK

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Pine Bluff Sand Co__, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Eric Anderson et al v USA et al__,
(CAPTION OF ACTION)

which is case number __06-5162__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

10/12/06
DATE

SIGNATURE

Printed/Typed Name: André J. Mouledoux

As __Attorney__ of __Pine Bluff Sand Co__
(TITLE)        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____