AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 2 0 2006

LORETTA G. WHYTE
CLERK

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____Travelers Indem CT_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of ___Connie Abadie, et al v. Aegis, etal___
(CAPTION OF ACTION)

which is case number _____06-5164 K_____ in the United States District Court
(DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___9/25/06___ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____
DATE

_Helen J Cumbo_
SIGNATURE

Printed/Typed Name: _____

_____ (TITLE) of ___Travelers Indem CT___
(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Independant MutFir</u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_Helen J Cumbo_
<div align="center">SIGNATURE</div>

DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

Printed/Typed Name: _____

_____ (TITLE)   of   <u>Independant MutFir</u>
<div align="right">(CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I <u>        Allstate Fire        </u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>        06-5164        </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>    Eastern    </u> District of <u>        Louisiana        </u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____    _____
DATE              SIGNATURE

Printed/(Typed Name): _____

As _____ of <u>Allstate Fire</u>
(TITLE)         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ __Horace Mann Prop__ _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__ ,
(CAPTION OF ACTION)

which is case number _____ __06-5164__ _____ in the United States District Court
(DOCKET NUMBER)

for the _____ __Eastern__ _____ District of _____ __Louisiana__ _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_Helen J Cumbo_
SIGNATURE

Printed/Typed Name: _____

_____ (TITLE) _____ of __Horace Mann Prop__
(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Voyager Prop InsCo , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal ,
(CAPTION OF ACTION)

which is case number 06-5164 in the United States District Court
(DOCKET NUMBER)

for the Eastern District of Louisiana .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/25/06 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION As

DATE _____

Signature: *Helen J Cumbo*
(SIGNATURE)

Printed/Typed Name: _____

_____ (TITLE) of Voyager Prop InsCo (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **American Security** , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,

(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court

(DOCKET NUMBER)

for the **Eastern** District of **Louisiana** .

     I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

     I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

     I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

     I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _**9/25/06**_ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SIGNATURE

Printed/Typed Name SEP 26 2006

As    **ADMINISTRATOR** of **American Security**
**COMMERCIAL DIVISION**

(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
<div style="text-align:center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, _____ Zurich Bermuda _____ , acknowledge receipt of your request
<div style="text-align:center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of   Connie Abadie, et al v. Aegis, etal ,
<div style="text-align:center">(CAPTION OF ACTION)</div>

which is case number _____ 06-5164 _____ in the United States District Court
<div style="text-align:center">(DOCKET NUMBER)</div>

for the_____ Eastern _____ District of _____ Louisiana _____ .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _9/25/06_ ,
<div style="text-align:right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

<div style="text-align:center">SERVED ON<br>HELEN CUMBO</div>

_____                    _____
DATE                                               SIGNATURE

                              SEP 2 6 2006
                              Printed/Typed Name:_____

                    ADMINISTRATOR
           As  COMMERCIAL DIVISION        Zurich Bermuda
                        (TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>American ZurichIns</u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="center">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

_____      _____      *Helen Cumbo*
     DATE                  (SIGNATURE)

Printed/Typed Name: ADMINISTRATOR
COMMERCIAL DIVISION

As _____ ADMINISTRATOR of American ZurichIns
            (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Southwest Bus Corp** , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,

(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court

(DOCKET NUMBER)

for the **Eastern** District of **Louisiana** .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06** ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____          SEP 26 2006 SIGNATURE
DATE

Printed/Typed Name:
ADMINISTRATOR
As     COMMERCIAL DIVISION of  **Southwest Bus Corp**
(TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ American Southern _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of    Connie Abadie, et al v. Aegis, etal ,

(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court

(DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 26 2006                                          *Helen Cumbo*

_____                    _____
DATE                              (SIGNATURE)

Printed/Typed Name: ADMINISTRATOR
COMMERCIAL DIVISION

As _____ of __American Southern__

(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>          Scottsdale Ins Co          </u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>          06-5164          </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>     Eastern     </u> District of <u>     Louisiana     </u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

<u>          </u>          <u>  SEP 28 2006  </u>   _Helen Cumbo_
DATE                    SIGNATURE

Printed/Typed name: ADMINISTRATOR
COMMERCIAL DIVISION

As <u>          </u> of <u>Scottsdale Ins Co</u>
        (TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ Hanover Am Ins _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of __ Connie Abadie, et al v. Aegis, etal __ ,

(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court

(DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _9/25/06_ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_Helen Cumbo_

DATE

SEP 2 6 2006   SIGNATURE

Printed/Typed Name:
ADMINISTRATOR
As _ COMMERCIAL DIVISION _  Hanover Am Ins

(TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property.  A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____Zurich Am Ins_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal ,
(CAPTION OF ACTION)

which is case number _____06-5164_____ in the United States District Court
(DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _____9/25/06_____ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____                    _____
DATE                                           SIGNATURE

SEP 2 6 2006

Printed/Typed Name:
ADMINISTRATOR
As _____COMMERCIAL DIVISION_____ of _____Zurich Am Ins_____
(TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>American Ins Co</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
(CAPTION OF ACTION)

which is case number <u>06-5164</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____         SEP 2 6 2006        _____
DATE                                          SIGNATURE

Printed/Typed Name ADMINISTRATOR
COMMERCIAL DIVISION

As _____ of <u>American Ins Co</u>
(TITLE)        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>         Hartford Accident          </u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>        06-5164        </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>     Eastern     </u> District of <u>       Louisiana       </u>.

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

<div align="center">SERVED ON<br>HELEN CUMBO</div>

_____        _____
DATE                                                     SIGNATURE

SEP 2 6 2006

Printed/Typed Name: _____

<div align="center">ADMINISTRATOR<br><s>COMMERCIAL DIVISION</s></div>

As _____        <u>Hartford Accident</u>
           (TITLE)                       (CORPORATE DEFENDANT)

<div align="center">**Duty to Avoid Unnecessary Costs of Service of Summons**</div>

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Safeco InsCo of Am</u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="center">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

<div align="center">SERVED ON<br>HELEN CUMBO</div>

<u>                    </u>        <u>     SEP 2 6 2006     </u>   *Helen Cumbo*
DATE                                    SIGNATURE

Printed/Typed Name **ADMINISTRATOR**
**COMMERCIAL DIVISION** Safeco InsCo of Am

As <u>                    </u> of <u>                    </u>
(TITLE)                          (CORPORATE DEFENDANT)

---

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113
<center>(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</center>

I, _____ Travelers Excess _____ , acknowledge receipt of your request
<center>(DEFENDANT NAME)</center>

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal ,
<center>(CAPTION OF ACTION)</center>

which is case number _____ 06-5164 _____ in the United States District Court
<center>(DOCKET NUMBER)</center>

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after 9/25/06 ,
<center>(DATE REQUEST WAS SENT)</center>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE        SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

Printed/Typed Name: _____

As _____ of   Travelers Excess
<center>(TITLE)        (CORPORATE DEFENDANT)</center>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
<div style="text-align:center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, _____ Stonington Ins Co _____ , acknowledge receipt of your request
<div style="text-align:center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__ ,
<div style="text-align:center">(CAPTION OF ACTION)</div>

which is case number _____ 06-5164 _____ in the United States District Court
<div style="text-align:center">(DOCKET NUMBER)</div>

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,
<div style="text-align:right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE   SEP 2 6 2006

ADMINISTRATOR As
COMMERCIAL DIVISION

*Helen J Cumbro*
<div style="text-align:center">SIGNATURE</div>

Printed/Typed Name: _____

_____ of __Stonington Ins Co__
<div style="text-align:center">(TITLE)          (CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____Encompass Ins._____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal ,

(CAPTION OF ACTION)

which is case number _____06-5164_____ in the United States District Court

(DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after  9/25/06 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_Helen J Cumbo_

SIGNATURE

_____            SEP 2 6 2006
DATE

Printed/Typed Name: _____

ADMINISTRATOR
COMMERCIAL DIVISION  (TITLE)          of    Encompass Ins.

(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>            AIG National Ins            </u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>            06-5164            </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>    Eastern    </u> District of <u>        Louisiana        </u>.

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____        _____
DATE                                           SEP 2 6 2006 SIGNATURE

Printed/Typed Name
ADMINISTRATOR
COMMERCIAL DIVISION National Ins
As _____ of _____
(TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
<div style="text-align:center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, _____Bankers Multiple_____ , acknowledge receipt of your request
<div style="text-align:center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal ,
<div style="text-align:center">(CAPTION OF ACTION)</div>

which is case number _____06-5164_____ in the United States District Court
<div style="text-align:center">(DOCKET NUMBER)</div>

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___9/25/06___ ,
<div style="text-align:right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_Helen Cumbo_

_____        _____
DATE                          SIGNATURE

Printed/Typed Name:    SEP 26 2006

As    ADMINISTRATOR Bankers Multiple
      COMMERCIAL DIVISION
      (TITLE)            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>National Fire&Indm</u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

<div align="center">SERVED ON<br>HELEN CUMBO</div>

_____                         _____
DATE                                            SIGNATURE

<div align="center">SEP 2 6 2006</div>
Printed/Typed Name: _____

<div align="center">ADMINISTRATOR</div>
As ~~COMMERCIAL DIVISION~~ of <u>National Fire&Indm</u>
<div align="center">(TITLE)</div>                    (CORPORATE DEFENDANT)

---

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ Metro Group Prop _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of   Connie Abadie, et al v. Aegis, etal

(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court

(DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after   9/25/06 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____                                         _____ Helen Cumbo
DATE                                              SIGNATURE

Printed/Typed Name:  SEP 26 2006

As   ADMINISTRATOR   of   Metro Group Prop
COMMERCIAL DIVISION        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
    (NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)


I, _____ Harleysville Mutua _____ , acknowledge receipt of your request
                              (DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal ,
                                                         (CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court
                                        (DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

    I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after  9/25/06 ,
                                                                           (DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

                                       SERVED ON
                                       HELEN CUMBO

_____                        SEP 26 2006        Helen Cumbo
      DATE                                                  SIGNATURE

                         Printed/Typed Name ADMINISTRATOR
                                COMMERCIAL DIVISION
                    As _____ of  Harleysville Mutua
                              (TITLE)              (CORPORATE DEFENDANT)


### Duty to Avoid Unnecessary Costs of Service of Summons

    Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and
complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive
service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the
waiver.
    It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an
improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons
retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the
court or to the place where the action has been brought.
    A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a
response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default
judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually
served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ Harleysville Ins _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal ,
(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court
(DOCKET NUMBER)

for the_____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after  9/25/06 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____          _____  SEP 2 0 2006  _Helen Cumbo_
DATE                                                   SIGNATURE

Printed/Typed Name: ADMINISTRATOR
COMMERCIAL DIVISION

As _____ ADMINISTRATOR COMMERCIAL DIVISION _____ of  Harleysville Ins
(TITLE)                                                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and
complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive
service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the
waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an
improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons
retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the
court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a
response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default
judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually
served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>      National Ins Assn      </u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>
<div align="right">(CAPTION OF ACTION)</div>

which is case number <u>      06-5164      </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>    Eastern    </u> District of <u>      Louisiana      </u> .

   I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

<div align="center">SERVED ON<br>HELEN CUMBO</div>

_____                    _____
DATE                                              SEP 2 0 2006      SIGNATURE

                          Printed/Typed Name:
                                       ADMINISTRATOR
                          As _____ of National Ins Assn
                                COMMERCIAL DIVISION
                                       (TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

   Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

   It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

   A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Republic Mort Ins__ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__ ,
(CAPTION OF ACTION)

which is case number __06-5164__ in the United States District Court
(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____       SERVED ON       _Helen Cumbo_
DATE                    HELEN CUMBO       SIGNATURE

Printed/Typed Name: SEP 2 6 2006

As __ADMINISTRATOR__ __Republic Mort Ins__
(TITLE)       COMMERCIAL DIVISION       (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I,          National LloydsIns          , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of   Connie Abadie, et al v. Aegis, etal
<div align="right">(CAPTION OF ACTION).</div>

which is case number          06-5164          in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the      Eastern      District of      Louisiana      .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after   9/25/06   ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 26 2006       SIGNATURE

Printed/Typed Name:

ADMINISTRATOR
As      COMMERCIAL DIVISION   National LloydsIns
<div align="center">(TITLE)            (CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Balboa Ins Co</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
(CAPTION OF ACTION)

which is case number <u>06-5164</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____        SEP 2 6 2006 _____
DATE                                            (SIGNATURE)

Printed/Typed Name:
ADMINISTRATOR
As _____ COMMERCIAL DIVISION of <u>Balboa Ins Co</u>
(TITLE)                                  (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Financial Guar Ins</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
(CAPTION OF ACTION)

which is case number <u>06-5164</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

<u>10/19/06</u>
DATE

SIGNATURE

Printed/Typed Name: DANIEL T PLUNKETT

As <u>ATTORNEY</u> of <u>Financial Guar Ins</u>
(TITLE)                         (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.