AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED     OCT 2 0 2006
LORETTA G. WHYTE
CLERK

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113**
　　　　(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Financial Indmn Co** , acknowledge receipt of your request
　　　　　(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,
　　　　　　　　　　　　　　　　　　　　(CAPTION OF ACTION)

which is case number _____ **06-5164** _K_ _____ in the United States District Court
　　　　　　　　　　　　　(DOCKET NUMBER)

for the _____ **Eastern** _____ District of _____ **Louisiana** _____

　　　I have also received a copy of the complaint in the action, two copies of this instrument, and a means
by which I can return the signed waiver to you without cost to me.

　　　I agree to save the cost of service of a summons and an additional copy of the complaint in this
lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in
the manner provided by Rule 4.

　　　I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to
the jurisdiction or venue of the court except for objections based on a defect in the summons or in the
service of the summons.

　　　I understand that a judgment may be entered against me (or the party on whose behalf I am acting)
if an answer or motion under Rule 12 is not served upon you within 60 days after _9/25/06_ ,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(DATE REQUEST WAS SENT)
or within 90 days after that date if the request was sent outside the United States.

　　　　　　　　　　　　　　　　SERVED ON
　　　　　　　　　　　　　　　　HELEN CUMBO

_____          _____
DATE                              SIGNATURE
　　　　　　　　　　　　SEP 2 6 2006

　　　　　　　　　Printed/Typed Name: _____
　　　　　　　　　　　　ADMINISTRATOR
　　　　　As _____ COMMERCIAL DIVISION ____ **Financial Indmn Co**
　　　　　　　　　　　　(TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

____ Fee _____
____ Process _____
_X_ Dktd _____
____ CtRmDep _____
____ Doc. No _____

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**
<span style="font-size:small">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</span>

I, **Fireman Fund InsCo**, acknowledge receipt of your request
<span style="font-size:small">(DEFENDANT NAME)</span>

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal**
<span style="font-size:small">(CAPTION OF ACTION)</span>

which is case number **06-5164** in the United States District Court
<span style="font-size:small">(DOCKET NUMBER)</span>

for the **Eastern** District of **Louisiana** .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06** ,
<span style="font-size:small">(DATE REQUEST WAS SENT)</span>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____
DATE

_____
SIGNATURE

SEP 2 6 2006

Printed/Typed Name: _____

ADMINISTRATOR
COMMERCIAL DIVISION
<span style="font-size:small">(TITLE)</span>

As _____ of **Fireman Fund InsCo**
<span style="font-size:small">(CORPORATE DEFENDANT)</span>

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>      Fidelity Natnl Ins      </u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>        06-5164        </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>    Eastern    </u> District of <u>        Louisiana        </u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

<div align="center">SEP 2 6 2006</div>

_____                    _____
     DATE                                         (SIGNATURE)

                              Printed/Typed Name: _____

                          As  ____ADMINISTRATOR____  ____Fidelity Natnl Ins____
                              COMMERCIAL DIVISION
                                     (TITLE)              (CORPORATE DEFENDANT)

## Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Amica Mut Ins Co** , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal**
(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court
(DOCKET NUMBER)

for the **Eastern** District of **Louisiana** .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06** ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE    SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

SIGNATURE

Printed/Typed Name: _____

As _____ of **Amica Mut Ins Co**
(TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div style="text-align:center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Safeco InsCo of IL</u> , acknowledge receipt of your request
<div style="text-align:center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div style="text-align:center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div style="text-align:center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div style="text-align:center">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

DATE <u>*Helen J Cumbo*</u>
<div style="text-align:right">(SIGNATURE)</div>

*[Stamp: SERVED ON HELEN CUMBO SEP 2 6 2006 ADMINISTRATOR COMMERCIAL DIVISION]*

Printed/Typed Name: _____

_____ of <u>Safeco InsCo of IL</u>
<div style="text-align:center">(TITLE)                    (CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____AIG Centennial Ins_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__ ,
(CAPTION OF ACTION)

which is case number _____06-5164_____ in the United States District Court
(DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

DATE _____   _____
SIGNATURE

Printed/Typed Name: _____

As _____ of __AIG Centennial Ins__
(TITLE)                          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113__

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, ___AIG Indemnity Ins___ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of ___Connie Abadie, et al v. Aegis, etal___ ,

(CAPTION OF ACTION)

which is case number ___06-5164___ in the United States District Court

(DOCKET NUMBER)

for the___Eastern___ District of ___Louisiana___ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ___9/25/06___ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_SERVED ON_
_HELEN CUMBO_

DATE _SEP 2 6 2006_

_ADMINISTRATOR_
_COMMERCIAL DIVISION_

_Helen J Cumbo_

SIGNATURE

Printed/Typed Name: _____

As _____ of ___AIG Indemnity Ins___

(TITLE)          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ANPAC LA Ins Co_____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal ,
(CAPTION OF ACTION)

which is case number _____06-5164_____ in the United States District Court
(DOCKET NUMBER)

for the_____Eastern_____ District of _____Louisiana_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _____9/25/06_____ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 2 6 2006
ADMINISTRATOR
COMMERCIAL DIVISION

DATE _____

SIGNATURE _____

Printed/Typed Name: _____

As _____(TITLE)_____ of _____ANPAC LA Ins Co_____
(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ **Lafayette Ins Co** _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,

(CAPTION OF ACTION)

which is case number _____ **06-5164** _____ in the United States District Court

(DOCKET NUMBER)

for the _____ **Eastern** _____ District of _____ **Louisiana** _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _**9/25/06**_ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 2 6 2006
ADMINISTRATOR
COMMERCIAL DIVISION

_____          _Helen J Cumbo_
     DATE                              SIGNATURE

Printed/Typed Name: _____

As _____ of **Lafayette Ins Co**
        (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I <u>Lexington Ins Co</u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____     _____
DATE                        SIGNATURE

Printed/Typed Name: _____

As _____ of <u>Lexington Ins Co</u>
        (TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Safeco InsCo of IN , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal
(CAPTION OF ACTION)

which is case number 06-5164 in the United States District Court
(DOCKET NUMBER)

for the Eastern District of Louisiana .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/25/06 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 26 2006
ADMINISTRATOR
COMMERCIAL DIVISION

DATE _____    _Helen J Cumbo_____
                                              SIGNATURE

Printed/Typed Name: _____

As _____ of Safeco InsCo of IN
         (TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ Meritplan Ins _____ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of   Connie Abadie, et al v. Aegis, etal ,
(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court
(DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after   9/25/06 ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_____          _____
DATE                                            SIGNATURE

*SERVED ON*
*HELEN CUMBO*
*SEP 2 6 2006*
*ADMINISTRATOR*
*COMMERCIAL DIVISION*

Printed/Typed Name: _____

_____  of   Meritplan Ins
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time prescribed on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>    Metropolitan Casu    </u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>    06-5164    </u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>    Eastern    </u> District of <u>    Louisiana    </u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

_SERVED ON_
_HELEN CUMBO_
DATE _____
_SEP 2 6 2006_
_ADMINISTRATOR_
_COMMERCIAL DIVISION_

_____   _____
                                        (SIGNATURE)

                              Printed/Typed Name: _____

As _____ of <u>Metropolitan Casu</u>
<div align="center">(TITLE)                    (CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Kemper CasualtyIns__ , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__ ,
(CAPTION OF ACTION)

which is case number _____ __06-5164__ _____ in the United States District Court

for the ____ __Eastern__ ____ District of ____ __Louisiana__ ____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 2 6 2006
ADMINISTRATOR
COMMERCIAL DIVISION

_____   _____
DATE                         SIGNATURE

Printed/Typed Name: _____

As _____ of __Kemper CasualtyIns__
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, **American NatnlGenl**, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal**,
<div align="center">(CAPTION OF ACTION)</div>

which is case number **06-5164** in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the **Eastern** District of **Louisiana**.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06**,
<div align="center">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

*SERVED ON*
*HELEN CUMBO*
DATE **SEP 2 6 2006**
*ADMINISTRATOR*
*COMMERCIAL DIVISION*

Signature: *Helen J Cumbo*
<div align="center">SIGNATURE</div>

Printed/Typed Name: _____

As _____ of **American NatnlGenl**
<div align="center">(TITLE)                        (CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Hartford Midwest__ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__

(CAPTION OF ACTION)

which is case number __06-5164__ in the United States District Court

(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
DATE
SEP 26 2006
ADMINISTRATOR
COMMERCIAL DIVISION

_Helen J Cumbo_

(SIGNATURE)

Printed/Typed Name: _____

As _____ of __Hartford Midwest__

(TITLE)                 (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113
<span style="font-size:small">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</span>

I, _____ Travelers Cas CT _____ , acknowledge receipt of your request
<span style="font-size:small">(DEFENDANT NAME)</span>

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal ,
<span style="font-size:small">(CAPTION OF ACTION)</span>

which is case number _____ 06-5164 _____ in the United States District Court
<span style="font-size:small">(DOCKET NUMBER)</span>

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _____ 9/25/06 _____ ,
<span style="font-size:small">(DATE REQUEST WAS SENT)</span>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 26 2006
ADMINISTRATOR
COMMERCIAL DIVISION

DATE _____    _____ *Helen J Cumbo*
                                          SIGNATURE

                                          Printed/Typed Name: _____

As _____ of Travelers Cas CT
<span style="font-size:small">(TITLE)</span>              <span style="font-size:small">(CORPORATE DEFENDANT)</span>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Zurich Am IL</u>, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
(CAPTION OF ACTION)

which is case number <u>06-5164</u> in the United States District Court
(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
SEP 2 6 2006
ADMINISTRATOR
COMMERCIAL DIVISION

DATE

*Helen J Cumbo*
SIGNATURE

Printed/Typed Name: _____

As _____ of <u>Zurich Am IL</u>
        (TITLE)                      (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____**Delta Lloyds**_____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,

(CAPTION OF ACTION)

which is case number _____**06-5164**_____ in the United States District Court

(DOCKET NUMBER)

for the _____**Eastern**_____ District of _____**Louisiana**_____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after _____**9/25/06**_____ ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

_SERVED ON_
_HELEN CUMBO_
DATE _____

_SEP 2 6 2006_
_ADMINISTRATOR_
_COMMERCIAL DIVISION_

_Helen JCumbo_

SIGNATURE

Printed/Typed Name: _____

_____ of **Delta Lloyds**

(TITLE)          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Hartford Underwrit**, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal**
(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court
(DOCKET NUMBER)

for the **Eastern** District of **Louisiana**.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06**,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

DATE

*(signature)* Helen J Cumbo
SIGNATURE

Printed/Typed Name: _____

_____ (TITLE) of **Hartford Underwrit**
(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, <u>Hartford Insurance</u> , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,

(CAPTION OF ACTION)

which is case number <u>06-5164</u> in the United States District Court

(DOCKET NUMBER)

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 2 5 2006

ADMINISTRATOR
COMMERCIAL DIVISION

SIGNATURE

Printed/Typed Name: _____

(TITLE) of <u>Hartford Insurance</u>

(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
<center>(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</center>

I, <u>Aegis Security Ins</u> , acknowledge receipt of your request
<center>(DEFENDANT NAME)</center>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<center>(CAPTION OF ACTION)</center>

which is case number <u>06-5164</u> in the United States District Court
<center>(DOCKET NUMBER)</center>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<center>(DATE REQUEST WAS SENT)</center>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____     _____
DATE                        SIGNATURE

Printed/Typed Name: _____

As _____ of <u>Aegis Security Ins</u>
(TITLE)                        (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA     70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Allstate Indemn Co</u>, acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u>.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u>,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_Helen J Cumbo_
SIGNATURE

Printed/Typed Name: _____

_____ of <u>Allstate Indemn Co</u>
(TITLE)                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, Allstate Prop Ins , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal ,

(CAPTION OF ACTION)

which is case number 06-5164 in the United States District Court

(DOCKET NUMBER)

for the Eastern District of Louisiana .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/25/06 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_Helen J Cumbo_

(SIGNATURE)

Printed/Typed Name: _____

As _____ of Allstate Prop Ins

(TITLE)            (CORPORATE DEFENDANT)

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113

<p style="text-align:center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</p>

I, _____ American Bankers _____ , acknowledge receipt of your request

<p style="text-align:center">(DEFENDANT NAME)</p>

that I waive service of summons in the action of Connie Abadie, et al v. Aegis, etal

<p style="text-align:center">(CAPTION OF ACTION)</p>

which is case number _____ 06-5164 _____ in the United States District Court

<p style="text-align:center">(DOCKET NUMBER)</p>

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__ ,

<p style="text-align:right">(DATE REQUEST WAS SENT)</p>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE   SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_Helen J Cumbo_

<p style="text-align:right">(SIGNATURE)</p>

Printed/Typed Name: _____

As _____ of   American Bankers

<p>(TITLE)                        (CORPORATE DEFENDANT)</p>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Fireman Fund OH**                , acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal**,
(CAPTION OF ACTION)

which is case number                **06-5164**                in the United States District Court
(DOCKET NUMBER)

for the            **Eastern**            District of            **Louisiana**            .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06**,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO
_____    _____
DATE                                    SIGNATURE

SEP 2 6 2006    Printed/Typed Name: _____

ADMINISTRATOR
COMMERCIAL DIVISION  (TITLE)        of    **Fireman Fund OH**
(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Fireman Fund NE</u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

SIGNATURE

Printed/Typed Name: _____

(TITLE) of <u>Fireman Fund NE</u>
<div align="right">(CORPORATE DEFENDANT)</div>

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint.  A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court.  If the answer or motion is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Horace Mann Ins Co</u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div align="center">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____        _____
DATE                                          SIGNATURE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

Printed/Typed Name: _____

_____        of <u>Horace Mann Ins Co</u>
(TITLE)                                       (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **Homesite Ins Co**, acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, et al**,

(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court

(DOCKET NUMBER)

for the **Eastern** District of **Louisiana**.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06**,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

*(signature)* Helen J Cumbo

SIGNATURE

Printed/Typed Name: _____

As _____ (TITLE) of **Homesite Ins Co**

(CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: **Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113**

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, **AIG Premier Ins Co** , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of **Connie Abadie, et al v. Aegis, etal** ,

(CAPTION OF ACTION)

which is case number **06-5164** in the United States District Court

(DOCKET NUMBER)

for the **Eastern** District of **Louisiana** .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after **9/25/06** ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____   _~Helen J Cumbo~_
DATE              SIGNATURE

Printed/Typed Name: _____

of **AIG Premier Ins Co**

(TITLE)              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

TO: __Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113__
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ __Washington NatlIns__ _____, acknowledge receipt of your request
(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__,
(CAPTION OF ACTION)

which is case number _____ __06-5164__ _____ in the United States District Court
(DOCKET NUMBER)

for the ____ __Eastern__ ____ District of ____ __Louisiana__ ____.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9|25|06__ ,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____        _Helen J Cumbo_
DATE                                    SIGNATURE
SEP 2 6 2006

ADMINISTRATION        Printed/Typed Name: _____
COMMERCIAL DIVISION
As _____ (TITLE) _____ of __Washington NatlIns__
(TITLE)                              (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA 70113
<br>(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, __Travelers Cas Am__, acknowledge receipt of your request
<br>(DEFENDANT NAME)

that I waive service of summons in the action of __Connie Abadie, et al v. Aegis, etal__
<br>(CAPTION OF ACTION)

which is case number __06-5164__ in the United States District Court
<br>(DOCKET NUMBER)

for the __Eastern__ District of __Louisiana__.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __9/25/06__,
<br>(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

DATE _____

_____ SIGNATURE

Printed/Typed Name: _____

As _____ of __Travelers Cas Am__
<br>(TITLE) (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA   70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, <u>Columbia Casualty</u> , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u>
<div align="right">(CAPTION OF ACTION)</div>

which is case number <u>06-5164</u> in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the <u>Eastern</u> District of <u>Louisiana</u> .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting)

if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

_____   _Helen J Cumbo_____
DATE                                              SIGNATURE

Printed/Typed Name: _____

As _____ of <u>Columbia Casualty</u>
           (TITLE)                                    (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

## WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: <u>Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113</u>
<div align="center">(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)</div>

I, _____<u>Colonial Lloyds</u>_____ , acknowledge receipt of your request
<div align="center">(DEFENDANT NAME)</div>

that I waive service of summons in the action of <u>Connie Abadie, et al v. Aegis, etal</u> ,
<div align="center">(CAPTION OF ACTION)</div>

which is case number _____ <u>06-5164</u> _____ in the United States District Court
<div align="center">(DOCKET NUMBER)</div>

for the_____ <u>Eastern</u> _____ District of _____ <u>Louisiana</u> _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>9/25/06</u> ,
<div align="right">(DATE REQUEST WAS SENT)</div>

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

DATE

SEP 2 6 2006

ADMINISTRATOR
COMMERCIAL DIVISION

*Helen J Cumbo*
<div align="center">SIGNATURE</div>

Printed/Typed Name:_____

_____ of <u>Colonial Lloyds</u>
(TITLE)            (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

AO 399 (Rev. 10/95)

# WAIVER OF SERVICE OF SUMMONS

Joseph M. Bruno

TO: Joseph M. Bruno, 855 Baronne Street, New Orleans, LA    70113

(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _____ Columbia Mut Ins _____ , acknowledge receipt of your request

(DEFENDANT NAME)

that I waive service of summons in the action of  Connie Abadie, et al v. Aegis, etal

(CAPTION OF ACTION)

which is case number _____ 06-5164 _____ in the United States District Court

(DOCKET NUMBER)

for the _____ Eastern _____ District of _____ Louisiana _____ .

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 9/25/06 ,

(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.

SERVED ON
HELEN CUMBO

_____        _Helen J Cumbo_
DATE                                        SIGNATURE

SEP 2 6 2006

Printed/Typed Name: _____

ADMINISTRATOR
COMMERCIAL DIVISION _____ of  Columbia Mut Ins

(TITLE)                                (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.