

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (CREATO GORDON, 06-5163) | \*   CIVIL ACTION<br>\*   NO. 05-4182 "K" (2)<br>\*   JUDGE DUVAL<br>\*   MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire and Marine Insurance Company, be and is hereby granted a twenty (20) day extension of time from its original due date, October 23, 2006, within which to file responsive pleadings to Plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this ___24th___ day of ___October___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____