1810-62461-DJO/cal



## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL** | * | |
| | * | **CIVIL ACTION NO: 06-5164** |
| **VERSUS** | * | |
| | * | **SECTION: K** |
| **AEGIS SECURITY INSURANCE** | * | |
| **COMPANY, ET AL** | * | **MAGISTRATE: 2** |
| | * | |

*************************** ***************************

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel of record, comes ZC Sterling Insurance Agency, Inc., and respectfully moves this Honorable Court pursuant to Local Rule 3.15, to enter an Order granting ZC Sterling Insurance Agency, Inc., an extension of time of 20 days in which to file responsive pleadings, since undersigned counsel has only been recently retained, has not received any pleadings and is in need of additional time in which to conduct an investigation necessary to properly respond; and on further suggesting that defendant has not previously requested an extension of time for the filing of responsive pleadings, and that no other party has filed an objection to such an extension in the record of this matter.

**[SIGNATURE BLOCK ON NEXT PAGE]**

1810-62461-DJO/cal

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE**

BY: _____
DOMINIC J. OVELLA, #15030
SEAN P. MOUNT, #27584
DANIEL M. REDMANN, #30685
One Galleria Blvd., Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Attorneys for Defendant, ZC Sterling
Insurance Agency, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below.

Joseph M. Bruno, Esq.
David S. Scalia, Esq.
Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113

This, the ___18___ day of ___Oct___, 2006.

_____