1810-62461-DJO/cal

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 25 A 11: 46

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE ABADIE, ET AL** | * |
| | *    **CIVIL ACTION NO: 06-5164** |
| **VERSUS** | * |
| | *    **SECTION: K** |
| **AEGIS SECURITY INSURANCE** | * |
| **COMPANY, ET AL** | *    **MAGISTRATE: 2** |

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, ZC Sterling Insurance Agency, Inc., be and is hereby granted an extension of time of twenty (20) days in which to file responsive pleadings in the above entitled and numbered cause of action. _from time pleading would have been due._

New Orleans, Louisiana, this ____ day of _____ 2006.

_____
J U D G E

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____