AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-4389 "S" (3) K(2)

FILED OCT 23 2006
LORETTA G. WHYTE CLERK

RETURN

**TO:** EUSTIS ENGINEERING, INC.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                August 23, 2006
CLERK                                           DATE
Cherie Bourgeois
(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/20/06 |
| NAME OF SERVER (PRINT) VICTORIA BROUSSARD | TITLE ADMINISTRATIVE ASSISTANT |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Eustis Engineering Company, Inc. Through its agent for Service of Process: William W. Gwyn, 3011 28th Street, Metairie, LA 70002 — PERSONAL SERVICE ON PATRICIA PIQUE, WHO REZEIVED FOR MR GWYN

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/20/06
Date

Signature of Server: [signature]

Address of Server: METAIRIE, LA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.