AO 440 (Rev. 10/93) Summons in a Civil Action

**U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED OCT 2 3 2006
LORETTA G. WHYTE
CLERK**

**RETURN**

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4389 "S" (3) K(2)

TO: **MODJESKI AND MASTERS, INC.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                      August 23, 2006
CLERK                                     DATE

*Cherie Bourgeois*
(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

DATE: 10/19/06

Service of the Summons and Complaint was made by me¹

NAME OF SERVER (PRINT): ASHTON O'DWYER

TITLE: DIRECTOR

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):
Modjeski and Masters, Inc.
Through its agent for service of process:
William B. Conway
1055 St. Charles Avenue
New Orleans, LA 70130

Personal service on M&M Receptionist, Ms. ANNE HEBERT, who received on behalf of Mr. Conway

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/19/06

Signature of Server: [signature] O'Dwyer

Address of Server: New Orleans, La.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.