AO 440 (Rev. 10/93) Summons in a Civil Action

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  OCT 2 3 2006

LORETTA G. WHYTE
CLERK

RETURN

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL.**

06-4389 "S" (3)

K (2)

TO:   THE BOARDOF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                         August 23, 2006
CLERK                                         DATE

*Cherie Bourgeois*
(BY) DEPUTY CLERK

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No_____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me ¹ | DATE 10/19/06 |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE Director |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
Lake Borgne Levee District
6136 East St. Bernard Highway
St. Bernard, LA 70085

☐ Other (specify): _____

*personal service on Peggy Sembera, Administrative asst. for the Board, who received on behalf of the Board*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.