AO 440 (Rev. 10/93) Summons in a Civil Action



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 24  AM 11: 34

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

                **SUMMONS IN A CIVIL CASE**
V.                                CASE NUMBER:

**DEPARTMENT OF TRANSPORTATION**
**AND DEVELOPMENT, ET AL.**          06-4389 "S" (3)

                                                  "K" (2)

TO:   **WASHINGTON GROUP INTERNATIONAL, INC.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

      LORETTA G. WHYTE                         August 23, 2006
_____         _____
CLERK                                                                DATE

   Cherie Bourgeois
(BY) DEPUTY CLERK

                                                      ___ Fee_____
                                                      ___ Process___
                                                      _X_ Dktd____
                                                      ___ CtRmDep___
                                                      ___ Doc. No____

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/23/06 |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Washington Group International, Inc. Through its agent for service of process: Corporation Services Company 320 Somerulos Street Baton Rouge, LA 70802-6129

PERSONAL SERVICE ON RECEPTIONIST MS. SANDY GUIDRY W/ FIRM OF GUGLIELMO, MARKS, SCHUTTE, ET AL

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/23/06
Date

Signature of Server: [signed] O'Dwyer, Jr.

Address of Server: N.O., LA. 70130

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.