# United States District Court

## EASTERN DISTRICT OF LOUISIANA

MAUREEN O'DWYER

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 06-4389, Sect. K, Mag. 2

DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL

TO: (Name and address of defendant)

**Johnny D. Bradberry**
individually and in his official capacity
as Secretary of the Department of
Transportation and Development, State of Louisiana

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Place
Suite 2670
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

**August 23, 2006**
Date

(By) Deputy Clerk

___ Fee___
___ Process___
X  Dktd___
___ CtRmDep___
___ Doc. No.___

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 10/23/06 |

| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |
|---|---|

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _personal service on NITA LINTON ~~ANGELA SIMMONS~~ ADMIN. ASST. TO GENERAL COUNSEL_

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/06
         Date

Signature of Server: [signed] O'Dwyer

Address of Server: NO, LA.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.