# United States District Court

## EASTERN DISTRICT OF LOUISIANA

MAUREEN O'DWYER, ET AL

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 06-4389, Sect. 8, Mag. 2
K  2

DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL

TO: (Name and address of defendant)

**CSX Transportation, Inc.**

*[FILED stamp: 2006 OCT 24 P 1:02, LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF LA]*

*[RETURN stamp]*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Place
Suite 2670
New Orleans, LA 70130

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

*[signature: Cherie Bourgeois]*
(By) Deputy Clerk

**August 23, 2006**
Date

___ Fee
___ Process
 X  Dkt
___ CtRmDep
___ Doc. No.

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 10/20/06 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): CERTIFIED MAIL TO CSX CHAIRMAN & CEO, MR WARD, VIA CERTIFIED MAIL 7004-1350-0005-5684-2943 PURSUANT TO LONG ARM STATUTE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/20/06
       Date

Signature of Server

N.O, LA.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.