AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

                                **SUMMONS IN A CIVIL CASE**
V.                                CASE NUMBER:

**DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, ET AL.**           06-4389 "S" (3)

                                       K (2)

TO:   **ST. PAUL FIRE AND MARINE INSURANCE COMPANY
3900 NORTH CAUSEWAY BLVD.
METAIRIE, LA 70002**

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 OCT 24 AM 11:43 LORETTA G. WHYTE CLERK — RETURN*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Complaint and First Supplemental and Amending Complaint in a Class Action Lawsuit, which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**LORETTA G. WHYTE**                              *August 23, 2006*
CLERK                                                             DATE
*Cherie Bourgeois*
(BY) DEPUTY CLERK

                                                                   ___ Fee
                                                                   ___ Process
                                                                   X  Dktd
                                                                   ___ CtRmDep
                                                                   ___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 10/23/06 |
| NAME OF SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____through the Sec. of State_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/23/06
         Date

Signature of Server

N.O, LA
Address of Server

SERVED ON
HELEN CUMBO through
OCT 23 2006  Arlene
              Bankston
ADMINISTRATOR
COMMERCIAL DIVISION

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.