

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 24 P 4: 07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: LEVEE 05-4181 MAUREEN O'DWYER, ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

**ANSWER OF MODJESKI AND MASTERS, INC. TO THE TWELFTH SUPPLEMENTAL AND AMENDING PURPORTED CLASS ACTION COMPLAINT**

Modjeski and Masters, Inc. ("Modjeski"), for answer to the Twelfth Supplemental and Amending purported class action Complaint, respectfully avers:

___ Fee___
___ Process___
X Dktd___
___ CtRmDep___
___ Doc. No___

**PRELIMINARY STATEMENT AND DEFENSES**

Modjeski reavers, reiterates and incorporates herein by reference, as if copied herein *in extenso*, all of its prior Answers to the Complaint, as supplemented and amended.

**MODJESKI'S ANSWER TO THE TWELFTH SUPPLEMENTAL AND AMENDING COMPLAINT**

Modjeski responds to plaintiffs' allegations in the Twelfth Supplemental and Amending Complaint as follows:

1.

Modjeski is without knowledge or information sufficient to justify a belief as to the truth of the allegations of Paragraph I, and therefore denies each and every allegation contained therein.

2.

Modjeski is without knowledge or information sufficient to justify a belief as to the truth of the allegations of Paragraph II, and therefore denies each and every allegation contained therein.

3.

Modjeski is without knowledge or information sufficient to justify a belief as to the truth of the allegations of Paragraph III, which adds Paragraph XIXXIV, and therefore denies each and every allegation contained therein.

4.

Modjeski is without knowledge or information sufficient to justify a belief as to the truth of the allegations of Paragraph IV, which adds Paragraph XIXXV, and therefore denies each and every allegation contained therein.

5.

In answer to Paragraph V, Modjeski reavers, reiterates and incorporates herein by reference, as if copied herein *in extenso*, all of its prior Answers to the Complaint, as supplemental and amended.

**WHEREFORE**, Modjeski and Masters, Inc. prays that this Answer be deemed good and sufficient and that, after due proceedings, all claims against it be dismissed with prejudice at plaintiffs' costs, that it recover all attorneys fees and all costs of these proceedings, and for all further relief which justice and equity require.

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Keith J. Bergeron (#25574)
of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

Attorneys for MODJESKI AND MASTERS, INC., Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Answer has been served this 24th day of October, 2006, by placing a copy of same in the United States Mail, postage prepaid and properly addressed unto:

Ashton R. O'Dwyer, Jr., Esq.
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Attorney for Plaintiffs

James Bryan Mullaly, Esq.
City Attorney's Office
City Hall
1300 Perdido St.
Room 5E01
New Orleans, LA 70112
Attorney for City of New Orleans

Thomas P. Anzelmo, Esq.
McCranie, Sistrunk, Anzelmo, Hardy,
Maxwell, & McDaniel, P.C.
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002
Attorney for Orleans Levee Board

Thomas Francis Gardner, Esq.
Gardner & Kewley, APLC
1615 Metairie Rd.
Suite 200
Metairie, LA 70005
Attorney for Eustis Engineering Company, Inc.

Herman C. Hoffmann, Jr.
Simon Peragine, Smith and Redfearn, LLP.
Energy Centre
1100 Poydras St.
30th Floor
New Orleans, LA 70163-3000
Attorney for B&K Construction Co., Inc.

Michael R.C. Riess
Kingsmill Riess, LLC
201 St. Charles Ave.
Suite 3300
New Orleans, LA 70170-3300
Attorney for Boh Bros. Construction Company, LLC

Charles F. Seeman, Jr.
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130
Attorney for Burk-Kleinpeter, Inc.

George R. Simno, III
Sewerage &Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165
Attorney for Sewerage &Water Board of New Orleans

Ralph Shelton Hubbard, III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St.
Suite 2775
New Orleans, LA 70130
Attorney for St. Paul Fire & Marine Insurance Company

William D. Treeby
Stone Pigman Walther Wittman, LLC
546 Carondelet St.
New Orleans, LA 70130-3588
Attorney for Washington Group International, Inc.

Roy J. Rodney, Jr.
Rodney & Etter, LLC
1232 Camellia Blvd.
Suite C
Lafayette, LA 70506
Attorney for CSX Corporation

Michael D. Spencer
Chaffe McCall, LLP
1100 Poydras Street.
Suite 2300
New Orleans, LA 70163-2300
Attorney for CSX Transportation, Inc.

Victor E. Stilwell, Jr.

#119314v1<DKS> -O'Dwyer-answer to supplemental complaint