UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

### *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO SEVER FILED BY CSX CORPORATION AND CSX TRANSPORTATION, INC.

Defendants CSX Corporation and CSX Transportation, Inc., move this Court for leave to file the attached Reply Memorandum in Support of Motion to Sever, Dkt. 1044. The Reply Memorandum responds to the plaintiffs' opposition memorandum and does not simply reargue the original memorandum in support of the Motion to Sever. CSX Corporation and CSX Transportation, Inc. respectfully suggest that the Reply Memorandum will assist the Court in ruling on the Motion to Sever. A proposed order is attached in compliance with Uniform District Court Rule 7.3E.

926790-1

Respectfully submitted,

_____s/ Jonathan C. McCall_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile: (337) 988-6918

*ATTORNEYS FOR CSX CORPORATION and CSX TRANSPORTATION, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2006, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_____s/ Jonathan C. McCall_____

926790-1

2