UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE, MRGO: FERDINAND, NO. 06-5132 | * * * * | JUDGE DUVAL MAG. WILKINSON |

### *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO PLEAD UNDER LR 7.9E

Pursuant to LR7.9E, CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, advises the Court that its delay for responding to service of the Plaintiffs' Complaint will expire on October 30, 2006, and, on suggesting to the Court that CSXT needs additional time to investigate this matter and to prepare and serve its objections, motions, or responsive pleadings, moves for an additional twenty (20) days, or through Monday, November 20, 2006, within which to respond to plaintiffs' Complaint. CSXT has not been granted a prior extension of time to plead by this Court, and the plaintiffs have not filed an

objection in the record to an extension of time to plead. A proposed order is attached, in compliance with LR7.3E.

Respectfully submitted,

s/Brent A. Talbot
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile: (337) 988-6918

*ATTORNEYS FOR CSX TRANSPORTATION, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/Brent A. Talbot