UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| | **CONSOLIDATED LITIGATION** | * | |
| | | * | **NO. 05-4182 "K"(2)** |
| | | * | |
| **PERTAINS TO LEVEE, MRGO:** | | * | **JUDGE DUVAL** |
| **FERDINAND, NO. 06-5132** | | * | |
| | | * | **MAG. WILKINSON** |
| | | * | |

**O R D E R**

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E

filed herein by defendant CSX Transportation, Inc.:

**IT IS HEREBY ORDERED** that CSX Transportation, Inc. be and it hereby is

**GRANTED** an additional twenty (20) days, or through Monday, November 20, 2006, within

which to respond to the plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of October, 2006.

_____

**UNITED STATES DISTRICT COURT JUDGE**