UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION** **NO. 05-4182 "K"(2)** |
| **PERTAINS TO LEVEE:** **BOURGEOIS, NO. 06-5131** | * * * * | **JUDGE DUVAL** **MAG. WILKINSON** |

### O R D E R

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E filed herein by defendant CSX Transportation, Inc.:

**IT IS HEREBY ORDERED** that CSX Transportation, Inc. be and it hereby is **GRANTED** an additional twenty (20) days, or through Monday, November 20, 2006, within which to respond to the plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of October, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

**Error! Unknown document property name.**   1