MINUTE ENTRY
DUVAL, J.
OCTOBER 27, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) |
| | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
REC. DOC. 822

## ORAL ARGUMENT

**MRGO (06-2268): MOTION to Dismiss Party United States of America by United States of America, filed 7/26/06, doc. 822.**

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER:  JODI SIMCOX

APPEARANCES:  Robin Smith, Scott Joanein, Drew Ranier, David Blayne Honeycutt, Pierce O'Donnell, Matt Schultz, Walter Dumas, Calvin Fayard, N. Frank Elliot, III, Joseph Bruno, Larry Dyess, Camilo Salas,III, Richard Exnicius, Jonathan Andry, Richard Martin, Philip Gregory, Elwood Stevens, Gilbert Andry, Daniel Becnel, Jr., & Jerry Meunier

Case called.  All present and ready.
Oral argument by parties.  Deft, USA referred to a map and Pltfs' referred to a power point presentation during their argument.   A copy was given to the Court for its' review.
This matter is SUBMITTED.
Court adjourns at 11:45 a.m.

JS-10 (2:35)