UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

ORDER

"*Ex parte* Motion for Leave to File Reply in Support of Motion to Sever Filed by CSX Corporation and CSX Transportation, Inc." having been considered:

**IT IS ORDERED** that leave be hereby **GRANTED** to defendants CSX Corporation and CSX Transportation, Inc., to file a Reply in Support of the Motion to Sever filed by CSX Corporation and CSX Transportation, Inc., Dkt. 1044.

New Orleans, Louisiana, this 27th day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

926790-1