UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

### ORDER

"*Ex Parte* Motion for Leave to File Reply in Support of CSX Corporation's Motion to Dismiss" having been considered:

**IT IS ORDERED** that leave be hereby **GRANTED** to defendant CSX Corporation to file a Reply in Support of CSX Corporation's Motion to Dismiss, Dkt. 1046.

New Orleans, Louisiana, this __27th__ day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

926314-1