UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-4389 | * * | MAG. WILKINSON |

### ORDER

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E filed herein by CSX Corporation:

IT IS HEREBY ORDERED that CSX Corporation be and it is hereby granted an additional twenty (20) days, or through November 8, 2006, within which to respond to the plaintiffs' complaint.

New Orleans, Louisiana, this __31st__ day of October, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE