UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

## O R D E R

Based upon the above and foregoing Motion, and for good cause shown,

**IT IS HEREBY ORDERED** that Scott L. Winkelman, Esq. and Beth M. Kramer, Esq. of the firm of Crowell & Moring LLP be admitted *pro hac vice* as co-counsel for CSX Transportation, Inc. and CSX Corporation in this matter.

New Orleans, Louisiana, this __30th__ day of _____October_____, 2006.

_____
UNITED STATES DISTRICT JUDGE