```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2006 OCT 31  AM 7:42

                                    LORETTA G. WHYTE
                                          CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NO.   05-4181 * | |
| * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

### O R D E R

Considering the Motion of plaintiffs in Civil Action No. 05-4181 for leave to file a Supplemental Memorandum in Opposition to the Motions to Dismiss filed by CSX Corporation and CSX Transportation Company, Inc.,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs be and they are hereby **GRANTED** leave to file their Supplemental Memorandum.

New Orleans, Louisiana, this 30 day of October 2006.

_____
JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
 √  CtRmDep____
___ Doc. No.____
```