FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 27  AM 8: 57

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| ************************************ | | |
| | * | SECTION "K" |
| PERTAINS TO MRGO, *Robinson* (06-2268) | * | |
| | * | MAGISTRATE (2) |
| ************************************ | | |

**MOTION FOR LEAVE TO FILE
AMICUS CURIAE BRIEF IN OPPOSITION TO THE UNITED STATES' MOTION
TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

NOW INTO COURT, through undersigned counsel, come the named Plaintiffs[1] in the

below-listed lawsuits now before Civil District Court for the Parish of Orleans, State of

---

[1] (1) *Claude W. Baudot, Dyane Lewis and Sun Fowler v. Sewerage and Water Board of New Orleans, et al.*, No. 06-9718 Division "J-13"; (2) *Audrey Robinson, David Bell and Jacinta Bell v. Sewerage and Water Board of New Orleans, et al.*, No. 06-9726 Division "A-5"; (3) *Ray Rieth, Nancy Rieth, Crescent City Property Redevelopment, L.L.C., and Side-By-Side Redevelopment, L.L.C. v. Sewerage and water Board of New Orleans, et al.*, No. 06-9744 Division "I-14"; (4) *Gwendolyn Diggs, Peter Waring and Audrey Gates v. Sewerage and water Board of New Orleans, et al.*, No. 06-9753 Division "F-10"; and (5) *Lisa Rodriguez, Anthony Russo, Curtis Amann and Laura Amann v. Sewerage and water Board of New Orleans, et al.*, No. 06-9763 Division "D-16"

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____

Louisiana, who respectfully move this Honorable Court for an Order granting them leave to file an *amicus curiae* brief into the record of the above-captioned matter. As ground for this privilege, they suggest that the issue of governmental immunity under 33 U.S.C. § 702c will in all likelihood affect the property damage claims which they have asserted in state court. In the alternative, insofar as their cases may hereafter be removed to this Court, they should be permitted to present their arguments against the U.S. Government's Fed.R.Civ.P. 12 (b)(1) motion to dismiss .

Respectfully submitted,

RICHARD M. MARTIN, Bar # 8998
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423


JOHN J. CUMMINGS, III, Bar # 4652
**CUMMINGS & CUMMINGS**
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

SUZETTE BAGNERIS, Bar # 2224
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Phone: (504) 368-1911

ARTHUR MORRELL, Bar # 1494
J.P. MORRELL, Bar # 29635
1660 Treasure Street
New Orleans, LA 70119
Phone:  (504) 261-0535

RICHARD A. WEIGAND, Bar # 13324
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, LA 70130
Phone: (504) 568-1256
Fax: (504) 525-3368

DEBORAH SULZER, Bar # 19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Phone: (504) 299-3380
Fax: (504) 299-3385

Of Counsel:

WILLIAM C. GAMBEL, Bar # 5900
**MILLING BENSON WOODWARD, LLP**
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Phone: (504) 569-7210
Fax: (504) 569-7001

## CERTIFICATE OF SERVICE

I do hereby certify that I have on October 27, 2006, forwarded a copy of the above and foregoing pleading to Liaison Counsel of record by placing the same in the U.S. Mail, properly addressed and first-class postage prepaid.

Richard M. Martin, Jr.