FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 31  AM 7:43

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br>SECTION "K"<br>MAGISTRATE (2) |
| PERTAINS TO MRGO, *Robinson* (06-2268) | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)

Considering the above and foregoing motion submitted on behalf of the Plaintiffs in the below-listed lawsuits now before the Civil District Court for the Parish of Orleans, State of Louisiana,[1] it is **ORDERED** that these Plaintiffs be and hereby are **GRANTED** leave to file an *amicus curiae* brief into the record of the above-captioned matter.

New Orleans, Louisiana, this 30th day of Oct, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] (1) *Claude W. Baudot, Dyane Lewis and Sun Fowler v. Sewerage and Water Board of New Orleans, et al.*, No. 06-9718 Division "J-13"; (2) *Audrey Robinson, David Bell and Jacinta Bell v. Sewerage and Water Board of New Orleans, et al.*, No. 06-9726 Division "A-5"; (3) *Ray Rieth, Nancy Rieth, Crescent City Property Redevelopment, L.L.C., and Side-By-Side Redevelopment, L.L.C. v. Sewerage and water Board of New Orleans, et al.*, No. 06-9744 Division "I-14"; (4) *Gwendolyn Diggs, Peter Waring and Audrey Gates v. Sewerage and water Board of New Orleans, et al.*, No. 06-9753 Division "F-10"; and (5) *Lisa Rodriguez, Anthony Russo, Curtis Amann and Laura Amann v. Sewerage and water Board of New Orleans, et al.*, No. 06-9763 Division "D-16"

___ Fee_____
___ Process___
_X_ Dktd_____
_√_ CtRmDep__