UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Cathy Adams,* C.A. No.06-4065 | SECTION "K"(5) |

## ORDER AND REASONS

A Motion for Voluntary Dismissal of Defendant Virginia Wrecking Co., Inc. (Doc.1346) was filed and noticed for hearing on November 1, 2006. Plaintiffs seek to dismiss this party without prejudice. Considering there is no opposition that has been filed and thus finding the motion unopposed,

**IT IS ORDERED** that the Motion for Voluntary Dismissal of Defendant Virginia Wrecking Co., Inc. (Doc. 783) is **GRANTED**.

New Orleans, Louisiana, this  1st  day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE