UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Berthelot,* C.A.No. 05-4182<br>*Robinson*, C.A. No. 06-2268 | SECTION "K"(2) |

## SUBSTITUTE ORDER

**IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** in the above-captioned matter to discuss the Berthelot plaintiffs' Motion to Intervene in the *Robinson* matter is **SET** on **NOVEMBER 6, 2006 AT 10:00 A.M. CST** with the office of Joseph M. Bruno initiating the conference call.

**IT IS FURTHER ORDERED** that Robin A. Smith, Department of Justice, and Daniel Becnel shall be reached on their cell numbers and Ralph Hubbard and Calvin Fayard shall be reached at their respective office numbers.

New Orleans, Louisiana, this  2nd  day of November, 2006.

                                                                        STANWOOD R. DUVAL, JR.
                                                                 UNITED STATES DISTRICT COURT JUDGE