FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT -6 PM 1: 31

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHIRLEY CHAMBERLAIN, wife of/and ROBERT CHAMBERLAIN | * | CIVIL ACTION |
| | * | NO.  06-6479 |
| VERSUS | | |
| | * | SECTION "K" |
| LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY and JAMES L. FRANCE | * | MAGISTRATE 2 |

\* \* \* \* \* \* \* \*

## PLAINTIFF\S' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come the plaintiffs, SHIRLEY CHAMBERLAIN, wife of/and ROBERT CHAMBERLAIN, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___4___ day of _October_, 20_06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____