# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHIRLEY CHAMBERLAIN, wife of/and ROBERT CHAMBERLAIN** | * | **CIVIL ACTION** |
| | * | **NO. 06-6479** |
| **VERSUS** | * | **SECTION "K"** |
| **LOUISIANA FARM BUREAU CASUALTY INSURANCE COMPANY and JAMES L. FRANCE** | * | **MAGISTRATE 2** |

* * * * * * * *

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 15th day of November, 2006, at 9:30 o'clock a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 4 day of October, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____