📄 - *Click the drill down icon to view detailed return information*

### Service Detail

| | | | |
|---|---|---|---|
| Serial # | 2 | Date Released for Service | 9/7/2006 |
| Service Code | C/P | Amount | $20.00 |
| Description | Citation & Petition | Balance Due | $0.00 |
| Attorney | Pendergast, Gary | | |

### Paper Information

| | | | |
|---|---|---|---|
| Name | JAMES FRANCE | Street | 1801 CAROL SUE AVENUE |
| Assigned Deputy | Jefferson, Sheriff of | City | GRETNA |
| Due Date | 10/11/2006 | State | LA |
| Returned | Yes | Zip | |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served | Com |
|---|---|---|---|---|---|---|
| 📄 9/12/2006 | | Yes | Personal | Jefferson, Sheriff of | 1801 CAROL SUE AVENUE GRETNA, LA | |

Back to Case Summary

**EXHIBIT 1**