UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | |
|     Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| VERSUS | * | |
| | * | SECTION: K |
| WASHINGTON NATIONAL | * | |
| INSURANCE COMPANY, ET AL. | * | MAGISTRATE: 2 |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF WASHINGTON NATIONAL INSURANCE COMPANY, WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiffs, who on suggesting to this Honorable Court that Plaintiffs desire to dismiss all claims against Washington National Insurance Company arising out of the instant factual scenario with prejudice. Plaintiffs seek the dismissal of Washington National Insurance Company only, and specifically reserve all rights against all parties not dismissed herein. Plaintiffs move to have all claims asserted in this action against Washington National Insurance Company dismissed, with prejudice, with each party to bear their own costs.

Respectfully submitted,

**BRUNO & BRUNO**

By: ___s/ Joseph M. Bruno___ .
JOSEPH M. BRUNO, Bar No. 3604
DAVID S. SCALIA, Bar No. 21369
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail: jbruno@brunobrunolaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on November _2_, 2006, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                __s/ Joseph M. Bruno__.
                                                Joseph M. Bruno