UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | |
|     Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| VERSUS | * | |
| | * | SECTION: K |
| WASHINGTON NATIONAL | * | |
| INSURANCE COMPANY, ET AL. | * | MAGISTRATE: 2 |
|     Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF VOLUNTARY DISMISSAL OF
### WASHINGTON NATIONAL INSURANCE COMPANY WITH PREDJUICE

Considering Plaintiffs' foregoing Motion For Voluntary Dismissal of Washington National Insurance Company with Prejudice;

IT IS HEREBY ORDERED that all claims of Plaintiffs against Washington National Insurance Company, be and are hereby dismissed, with prejudice, with each party to bear their own costs, specifically reserving all rights against all parties not dismissed herein.

New Orleans, Louisiana, this ___ day of _____, 2006.

 

_____
JUDGE