UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | |
| Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| VERSUS | * | |
| | * | SECTION: K |
| WASHINGTON NATIONAL | * | |
| INSURANCE COMPANY, ET AL. | * | MAGISTRATE: 2 |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF WASHINGTON NATIONAL INSURANCE COMPANY, WITH PREJUDICE

MAY IT PLEASE THE COURT

Plaintiffs desire to dismiss all claims against Washington National Insurance Company only arising out of the instant factual scenario with prejudice. Plaintiffs seek the dismissal of Washington National Insurance Company only, and specifically reserve all rights against all parties not dismissed herein, based upon representations by Washington National Insurance Company that it has never offered, nor sold, policies of insurance to insure property damage, and that it only offers and provides insurance for health, life and annuity products. (See Exhibit "A").

WHEREFORE, Plaintiffs seek the dismissal of all claims against Washington National Insurance Company only, and specifically reserve all rights against all parties not dismissed herein, arising out of the instant factual scenario with prejudice, with each party to bear their own costs.

Respectfully submitted,

**BRUNO & BRUNO**

By: <u>s/ Joseph M. Bruno</u> .
JOSEPH M. BRUNO, Bar No.3604
DAVID S. SCALIA, Bar No. 21369
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493
E-Mail: jbruno@brunobrunolaw.com
ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on November _2_, 2006, I presented the foregoing pleading to the Clerk of Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>s/ Joseph M. Bruno</u> .
Joseph M. Bruno