UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | |
| Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| VERSUS | * | |
| | * | SECTION: K |
| WASHINGTON NATIONAL | * | |
| INSURANCE COMPANY, ET AL. | * | MAGISTRATE: 2 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

**STATE OF INDIANA**

**COUNTY OF HAMILTON**

**BE IT KNOWN**, that on the 24th day of October, 2006, before me, the

undersigned Notary, personally came and appeared:

## REBECCA ARNOTT

To me personally known, and who, being duly sworn did depose and state:

1.      That she is of the full age of majority and a resident of the State of Indiana;

2.      That she is an employee of Conseco Services LLC, which provides services to all

of its affiliates, including Washington National Insurance Company ("Washington

National"). Washington National is an affiliate of Conseco Services LLC.

3.      That in the position of Business Analyst she is in a position to confirm that

Washington National *soley* offers and provides insurance for health, life and

annuity products to its customers;



4.      That in the position of Business Analyst she is in a position to confirm that Washington National *has never offered, nor sold, policies of insurance to insure property damage*; and,

5.      That the above statements were made based upon her personal knowledge.

Rebecca Arnott

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS 24 DAY OF October, 2006
My Commission Expires:

NOTARY PUBLIC

Angela Callahan
PRINTED NAME