UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL** | * | |
| **Plaintiffs** | * | **CIVIL ACTION NO. 06-5164** |
| | * | |
| **VERSUS** | * | **SECTION: K** |
| | * | |
| **AEGIS SECURITY INSURANCE** | * | **MAGISTRATE: 2** |
| **COMPANY, ET AL** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Partial Dismissal of Claims of Plaintiff, Vicky Sunseri, without Prejudice;

IT IS HEREBY ORDERED that Vicky Sunseri, withdraw as a plaintiff from the instant lawsuit, thus dismissing any and all of her claims without prejudice only and specifically reserving all rights of all other plaintiffs as against all parties not dismissed herein.

_____
JUDGE