UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL | * | |
|         Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| AEGIS SECURITY INSURANCE | * | MAGISTRATE: 2 |
| COMPANY, ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFF VICKY SUNSERI WITHOUT PREJUDICE

**MAY IT PLEASE THE COURT:**

Plaintiff Vicky Sunseri wishes to withdraw as a plaintiff from the instant lawsuit, thus dismissing any and all of her claims without prejudice only and specifically reserving all rights of all other plaintiffs as against all parties not dismissed herein.

                Respectfully submitted,

                **BRUNO & BRUNO**

                  /s/   David S. Scalia
                **Joseph M. Bruno (3604)**
                **David S. Scalia (21369)**
                855 Baronne Street
                New Orleans, LA 70113
                PH (504) 525-1335
                FX:(504) 581-1493
                EM:   jbruno@brunobrunolaw.com
                            dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile or other electronic transmission this __2nd__ day of November, 2006.

                                                __/s/ David S. Scalia__
                                                **DAVID S. SCALIA**