FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 26 AM 10:07
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL PRO HAC VICE BY DEFENDANT LEXINGTON INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant Lexington Insurance Company ("Lexington"), and pursuant to Rule 83.2.6E of this Court, respectfully moves for entry of an order permitting Daniel W. Nelson to appear pro hac vice and participate in this proceeding as co-counsel for Lexington.

Mr. Nelson is not a member of the Bar of the State of Louisiana. Mr. Nelson is a member in good standing of the Bar of the District of Columbia and a member of the law firm of Gibson, Dunn & Crutcher LLP. The required affidavit by Mr. Nelson and certificate by the Clerk of the District of Columbia Court of Appeals are attached hereto as "Exhibit 1" and "Exhibit A" thereto, respectively. The addition of Mr. Nelson as co-counsel for Lexington will not delay these proceedings in any respect.

**WHEREFORE** defendant Lexington Insurance Company prays that the Court enter an order admitting Daniel W. Nelson of the law firm of Gibson, Dunn & Crutcher LLP as co-counsel in this proceeding, pro hac vice.

Fee $5.00
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully submitted:

*[signature]*

Robert I. Siegel, T.A. (#12063)
Daniel G. Rauh (#27280)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square - Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

*Attorneys for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties in this proceeding by facsimile and/or by United States Mail, properly addressed, first class postage prepaid, this 24th day of October, 2006.

*[signature]*

Daniel G. Rauh