UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Chehardy*, Nos. 06-1672, 06-1673, and | * | MAGISTRATE JUDGE WILKINSON |
| 06-1674 | * | |
| | * | |
| | * | |

### AFFIDAVIT OF DANIEL W. NELSON

### IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

District of Columbia}

I, Daniel W. Nelson, being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Gibson, Dunn & Crutcher LLP, 1050 Connecticut Avenue, N.W., Washington D.C., 20036-5306. My business telephone number is (202) 887-3687. My e-mail address is dnelson@gibsondunn.com.

2. I received a J.D. from the University of Michigan Law School in 1993. In 1996, I was admitted to the bar of the District of Columbia, and my attorney registration number is 433415. As the certificate of good standing (attached hereto as Ex. A) shows, I am a member in good standing of the bar of the District of Columbia.

3. Additionally, in 1994, I was admitted to the bar of the State of New York, where I am a member in good standing, and my attorney registration number is 2592699. I am also a member in good standing of the bars of the United States Courts of Appeals for the Second, Fifth, Ninth, Eleventh, and Federal Circuits, the United States District Courts for the District of Maryland and District of Columbia, and the United States Court of Federal Claims.



4.      No disciplinary proceedings have ever been initiated against me in any state or federal court or bar organization.  I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding from the practice of law in any jurisdiction.

5.      In addition, no criminal charges have ever been instituted against me.

6.      I respectfully request this Court to permit me to appear as counsel pro hac vice in this matter on behalf of Lexington Insurance Company.

Further affiant sayeth naught.

_____

Daniel W. Nelson

Sworn and subscribed before me
this 25 day of October 2006.

_____
Notary Public

JUDITH T. FELDMAN
Notary Public, District of Columbia
My Commission Expires April 30, 2007



### District of Columbia Court of Appeals
#### Committee on Admissions
#### 500 Indiana Avenue, N.W. — Room 4200
#### Washington, D. C. 20001
#### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

Daniel W. Nelson

was on the ___8th___ day of ___March, 1996___

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 23, 2006.

GARLAND PINKSTON, JR., CLERK

By: _____

Deputy Clerk

EXHIBIT

A