Effective 4/10/06

**FINANCIAL & CIVIL ALLOTMENT SHEET**

Receipt No.: 335739
Deputy Clerk: dj

OCT 2 6 2006

ACCOUNT CODE

855XX Accounts
- Restitution
- U.S. Postal Service Forms
- Petty Offense

REGISTRY FUND:

604700 Accounts
- Cash Bonds
- Land Condemnation
- Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
- Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
- Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
    085000 - $5.00 / 510000 - $10.00

**FILING FEES**
- Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
- Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
    086900 - $20.00 / 510000 - $19.00
- Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
- Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
- Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

**COPY FEES**
- Copies from public terminal (.10 per page - # of pages _____ ) 5114CR
- Copies (.50 per page - # of pages _____ ) 322350
- Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
- Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

**MISCELLANEOUS ACCOUNTS**
- Certification (# of Cert. _____ ) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
- Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
- Records Search (TOTAL $26.00 Each) (# of names _____ ) 322360 - $15.00 / 510000 - $11.00
- Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
- NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
    Recovery of Costs - Jury Assessment _____ 322360

**FINES & MISCELLANEOUS ACCOUNTS**
- Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
- ✓ Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
- Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Gieger Laborde & Laperouse

CASE NUMBER: 05-4182   SECTION: K(2)

CASE TITLE: _____

PAYMENT OF: 5.00   CASH _____   CHECK ✓ # 75834   MONEY ORDER _____
SEAMAN _____   PAUPER _____   NON CASH _____

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
2. Class Action
3. Antitrust
4. Patent, Trademark, Copyright
5. Civil Rights Case

6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
7. Petitions for Stay of Execution Death Sentence
8. Social Security Case
9. All Others

Is a THREE JUDGE COURT? _____ Yes _____ No
Is a RELATED CASE? _____ Yes _____ No

Attorney of Record