UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 31   AM 7:40

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * * * * | JUDGE DUVAL  MAGISTRATE JUDGE WILKINSON |

### ORDER

*The Court*, having considered the foregoing Ex Parte Motion to Enroll Additional Counsel Pro Hac Vice by defendant Lexington Insurance Company; *accordingly*

**IT IS ORDERED** that the Ex Parte Motion to Enroll Additional Counsel Pro Hac Vice be and hereby is granted as prayed for, and therefore Daniel W. Nelson of the law firm of Gibson, Dunn & Crutcher LLP is admitted pro hac vice as additional counsel for defendant Lexington Insurance Company in this proceeding.

New Orleans, Louisiana, this 27th day of October, 2006.

_____
JUDGE

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____

3