UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES            CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE:<br>BOURGEOIS, NO. 06-5131 | * * * * | JUDGE DUVAL<br><br>MAG. WILKINSON |

**O R D E R**

Considering the First *Ex Parte* Motion for Extension of Time to Plead under LR7.9E filed herein by defendant CSX Transportation, Inc.:

**IT IS HEREBY ORDERED** that CSX Transportation, Inc. be and it hereby is **GRANTED** an additional twenty (20) days, or through Monday, November 20, 2006, within which to respond to the plaintiffs' Complaint.

New Orleans, Louisiana, this ___1st___ day of November, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

**Error! Unknown document property name.**   1