UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO: LEVEE, MRGO<br>O'Dwyer, No. 06-4389 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**FIRST UNOPPOSED EXPARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

NOW INTO COURT, through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis"), without making an appearance and with full reservation of all defenses and objections, advises the Court that Eustis is in need of additional time to respond to the plaintiffs' "Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the Federal Rules of Civil Procedure" and "First Supplemental and Amending Complaint in A Class Action Lawsuit" ("Complaints"). Pursuant to Local Rule 7.9E, Eustis moves for an additional twenty (20) days, or through November 29, 2006, within which to respond to

the plaintiffs' Complaints. Undersigned counsel contacted counsel for the 06-4389 plaintiffs, who have no objection to this extension. Exhibit 1. Eustis has not requested or been granted any prior extensions of time to plead in the 06-4389 action.

WHEREFORE, Eustis Engineering Company, Inc. prays that the Court allow Eustis until November 29, 2006 to file responsive pleadings to the plaintiffs' Complaints.

                                      Respectfully Submitted,

                                      GARDNER & KEWLEY
                                      A Professional Law Corporation

                                      s/Erin E. Dearie
                                      THOMAS F. GARDNER, T.A. (#1373)
                                      ERIN E. DEARIE (#29052)
                                      1615 Metairie Road, Suite 200
                                      Metairie, Louisiana 70005
                                      Telephone:  (504) 832-7222
                                      Facsimile:   (504) 832-7223

                                      **ATTORNEYS FOR:**
                                      **EUSTIS ENGINEERING COMPANY, INC.,**
                                      **DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of November, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronically filing or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

                                      s/Erin E. Dearie
                                      ERIN E. DEARIE