# GARDNER & KEWLEY
### A PROFESSIONAL LAW CORPORATION

1615 METAIRIE ROAD, SUITE 200
METAIRIE, LOUISIANA 70005

TELEPHONE: (504) 832-7222
FACSIMILE: (504) 832-7223
E-MAIL: dearie@bayoulaw.com

ERIN E. DEARIE

Licensed in Louisiana,
Pennsylvania & New Jersey
L.L.M. in Taxation

November 3, 2006
7274-09_O'Dwyer 06-4389

### VIA EMAIL: AROD@odwyerlaw.com

Ashton R. O'Dwyer, Jr., Esq.
Law Offices of Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street, Suite 2670
New Orleans, Louisiana 70130

IN RE:   **KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
No. 05-4182 "K"(2)
PERTAINS TO: O'DWYER 06-4389**

Dear Ashton:

Thank you very much for speaking with me this morning and for agreeing to grant to Eustis Engineering Company, Inc. ("Eustis") an additional thirty (30) days in which to respond to the plaintiffs' "Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the Federal Rules of Civil Procedure" and the "First Supplemental and Amending Complaint in A Class Action Lawsuit." After reviewing the Local Court rules, I realized that at this time, only a twenty (20) day extension is allowed. Accordingly, my motion will reflect November 29, 2006, as the new date that Eustis's responsive pleadings are due.

Thank you for the courtesies that you have extended to my client. With best regards, I remain

Sincerely,

ERIN E. DEARIE

EED/asa



eo_ODwyer 06-4389_727409_110306_eedasa#1F.wpd