UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL. |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO:   INSURANCE | * | |
| (CASE NO. 06-0516 Xavier University) | * | |
| | * | |
| _____ | * | |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER AND CONTINUATION OF TRIAL DATE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Travelers Property Casualty Company of America ("Travelers"), who for the reasons set forth in the accompanying memorandum, moves to continue the trial in this action presently set for January 16, 2007, and stay all case management deadlines.  Counsel for plaintiff has been contacted and opposes this motion.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR., #19755
RALPH S. HUBBARD III, #7040
**LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for Travelers Property
Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2006, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via the court's electronic filing system and by U.S. Mail, postage prepaid, to all counsel identified by the court to receive by mail..

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.