UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL. |
| | * | MAGISTRATE WILKINSON |
| | * | |
| **PERTAINS TO:   INSURANCE** | * | |
| (CASE NO. 06-0516 Xavier University) | * | |
| | * | |
| _____ | * | |

## CERTIFICATE OF COUNSEL

The undersigned counsel for Travelers Property Casualty Company of America hereby certifies to the Court that this Motion for Modification of Scheduling Order and Continuation of Trial Date has been discussed with his client and that Travelers Property Casualty Company of America consents to this motion, and has been provided with a copy of said motion.  Further, the undersigned has contacted counsel for Xavier University of Louisiana who does not consent to this motion.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR., #19755
RALPH S. HUBBARD III, #7040
**LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for Travelers Property
Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2006, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via the court's electronic filing system and by U.S. Mail, postage prepaid, to all counsel identified by the court to receive by mail..

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.