UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| | * | |
| **PERTAINS TO:**     INSURANCE | * | |
| (CASE NO. 06-0516 Xavier University) | * | |
| | * | |
| _____ | * | |

## O R D E R

Considering the foregoing Motion for Modification of Scheduling Order and Continuation of Trial Date,

**IT IS ORDERED** that the Motion for Modification of Scheduling Order and Continuation of Trial date filed by Travelers Property Casualty Company of America is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE