UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL. |
| | * | MAGISTRATE WILKINSON |
| | * | |
| **PERTAINS TO:**     **INSURANCE** | * | |
| (CASE NO. 06-0516 Xavier University) | * | |
| | * | |
| _____ | * | |

## NOTICE OF MOTION

TO:    Plaintiff, Xavier University of Louisiana
       Through its attorney of record:
       James M. Garner, Esq.
       Darnell Bludworth, Esq.
       Timothy B. Francis, Esq.
       Sher Garner Cahill Richter
       Klein & Hilbert LLC
       909 Poydras Street, 28th Floor
       New Orleans, LA 70112

**PLEASE TAKE NOTICE** that defendant, Travelers Property Casualty Company of America, will bring on for hearing its "Motion for Modification of Scheduling Order and

Continuation of Trial Date" before this Honorable Court on the 29th day of November, 2006 at 9:30 o'clock a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

                Respectfully submitted,

                s/Simeon B. Reimonenq, Jr.
                SIMEON B. REIMONENQ, JR., #19755
                RALPH S. HUBBARD III, #7040
                **LUGENBUHL, WHEATON, PECK,**
                    **RANKIN & HUBBARD**
                601 Poydras Street, Suite 2775
                New Orleans, LA 70130
                Telephone:  (504) 568-1990
                Facsimile: (504) 310-9195
                **Attorneys for Travelers Property**
                **Casualty Company of America**

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 3rd day of November, 2006, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via the court's electronic filing system and by U.S. Mail, postage prepaid, to all counsel identified by the court to receive by mail..

                s/Simeon B. Reimonenq, Jr.
                SIMEON B. REIMONENQ, JR.