UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Katrina Canal Breeches Litigation | Civil Action No. 05-4182 |
| Norman Robinson, et al, **Plaintiffs** | Civil Action No. 06-2268 |
| | Judge Duval |
| v. | Magistrate Judge Wilkinson |
| United States of America, et al **Defendants** | |

### Motion for Expedited Hearing on Motion and Incorporated Memorandum in Support of Intervention

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff who respectfully requests that this Honorable Court to grant the instant Motion and Incorporated Memorandum in Support of Intervention for the following reasons:

1.

Plaintiff Colleen Berthelot filed a *Complaint* on September 9, 2006, Colleen Berthelot, et al v. Boh Brothers Construction Company, LLC, Civil Action Number 05-4182, in order to address injuries suffered as a result of defendants Boh Brothers Construction Company and other parties as a result of levee breeches and flooding in the aftermath of Hurricane Katrina.

2.

Subsequently, on April 25, 2006, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr. and Lucille Franz filed a Complaint in Federal Court naming numerous defendants including the Army Corps of

Engineers as defendants as a result of damages caused by levee breeches during Hurricane Katrina.

3.

Plaintiffs Berthelot and Robinson have numerous overlapping issues. These issues include several claims against the United States of America.

4.

Currently, Defendant United States' Motion to Dismiss is set for hearing on October 27, 2006 in the above captioned matter.

5.

It is believed that the issues raised and to be ruled upoin will have a direct bearing on any and all issues in the case of Colleen Berthelot, et al v. Boh Brothers Construction Company, LLC, Civil Action Number 05-4182.

6.

In light of the foregoing, Plaintiff, Colleen Berthelot prays that this Honorable Court will grant the instant motion and order that an the hearing on the Motion and Incorporated Memorandum in Support of Intervention be heard on this date.

RESPECTFULLY SUBMITTED,

*[signature]*

Law Offices of Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (LA 2926)
MATTHEW B. MORELAND (LA 24567)
106 W. 7th St., P.O. Drawer H
Reserve, LA  70084
(985) 536-1186
(985) 536-6445 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon all counsel of record for all parties to this litigation by facsimile and by placing a copy of same in the United States Postal Service, postage prepaid and properly addressed this 26th day of October, 2006.

_____
Matthew B. Moreland