UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Katrina Canal Breeches Litigation | Civil Action No. 05-4182 |
| Norman Robinson, et al, Plaintiffs | Civil Action No. 06-2268 |
| | Judge Duval |
| v. | Magistrate Judge Wilkinson |
| United States of America, et al Defendants | |

### Motion and Incorporated Memorandum in Support of Intervention

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff who respectfully requests that this Honorable Court to grant the instant Motion and Incorporated Memorandum in Support of Intervention for the following reasons:

1.

Plaintiff Colleen Berthelot filed a Complaint on September 9, 2006, Colleen Berthelot, et al v. Boh Brothers Construction Company, LLC, Civil Action Number 05-4182, in order to address injuries suffered as a result of defendants Boh Brothers Construction Company and other parties as a result of levee breeches and flooding in the aftermath of Hurricane Katrina.

2.

Subsequently, on April 25, 2006, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith, Anthony Franz, Jr. and Lucille Franz filed a Complaint in Federal Court naming numerous defendants including the Army Corps of

Engineers as defendants as a result of damages caused by levee breeches during Hurricane Katrina.

3.

Plaintiffs Berthelot and Robinson have numerous overlapping issues. These issues include several claims against the United States of America.

4.

Currently, Defendant United States' Motion to Dismiss is set for hearing on October 27, 2006 in the above captioned matter.

5.

It is believed that the issues raised and to be ruled upoin will have a direct bearing on any and all issues in the case of Colleen Berthelot, et al v. Boh Brothers Construction Company, LLC, Civil Action Number 05-4182.

6.

In light of the foregoing, Plaintiff, Colleen Berthelot prays that this Honorable Court will grant the instant motion and order that an the Intervention be filed in the above captioned case thus allowing the participation of Colleen Berthelot and other similarly situated parties.

                                                Respectfully submitted,

Daniel E. Becnel, Jr.   LA Bar #2926
Matthew B. Moreland LA Bar #24567
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
dbecnel@becnellaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Katrina Canal Breeches Litigation | Civil Action No. 05-4182 |
| Norman Robinson, et al, Plaintiffs | Civil Action No. 06-2268 |
| | Judge Duval |
| v. | Magistrate Judge Wilkinson |
| United States of America, et al Defendants | |

**Certificate in Compliance with Local Rule 7.6(c)**

The undersigned counsel does hereby state that he has contacted both counsel for the Plaintiff and for the Defense in this matter as to whether they would oppose such intervention. Counsel for the United States of America has responded stating that they wish to oppose such motion and to date the Counsel for Plaintiff has not yet responded.

Daniel E. Becnel, Jr.   LA Bar #2926
Matthew B. Moreland LA Bar #24567
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
dbecnel@becnellaw.com