## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Katrina Canal Breeches Litigation** | **Civil Action No. 05-4182** |
| **Norman Robinson, et al,**<br>    **Plaintiffs** | **Civil Action No. 06-2268** |
| | **Judge Duval** |
| **v.** | **Magistrate Judge Wilkinson** |
| **United States of America, et al**<br>    **Defendants** | |

---

### INTERVENTION

NOW INTO COURT, through undersigned counsel comes Plaintiff, Colleen

Berthelot who asserts the following Complaint of Intervention.

1.

Colleen Berthelot is a resident of Orleans Parish who prior to Hurricane resided

fulltime in the Parish of Orleans, State of Louisiana.

2.

On September 19, 2005, Plaintiff Colleen Berthelot, filed suit against numerous

defendants including Boh Brothers Company, L.L.C. in Colleen Berthelot, et al v. Boh

Brothers Construction Company, LLC, Civil Action Number 05-4182.

3.

On April 25, 2006, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore &

Associates, Tanya Smith, Anthony Franz, Jr. and Lucille Franz filed a Complaint in

Federal Court naming numerous defendants including the Army Corps of Engineers as defendants as a result of damages caused by levee breeches during Hurricane Katrina.

4.

Plaintiffs Colleen Berthelot and others similarly situated, a listing of whom are attached on as Exhibit A urge that they be allowed to intervene in the above captioned matter.

5.

Plaintiffs Colleen Berthelot and others similarly situated urge the Court to allow this Intervention as any rulings, orders, Judgments or findings of fact will directly effect their action against the same parties in a related case.

6.

The undersigned counsel represents over 4000 clients (See attached Exhibit A) all of whom have a vested interest in the hearings, judgments, rulings and proceedings of the above captioned matter.

7.

Hearings are scheduled on October 27, 2006 before Judge Stanwood R. Duval, Jr. which would impact this entire litigation. Accordingly, Mover prays that this court allow participation as an interested party in these matters.

8.

Colleen Berthelot asserts that that as the accident and injuries were also caused by the negligence of the Army Corps of Engineers and other defendants as also set forth in the above captioned matter.

WHEREFORE, Colleen Berthelot and others similarly situated pray that after due proceedings that judgment be rendered in favor of Colleen Berthelot and others similarly situated allowing for intervention in the matter of Norman Robinson, et al v. United States of America, et al, Civil Action No. 06-2268.

Respectfully submitted,

Daniel E. Becnel, Jr.   LA Bar #2926
Matthew B. Moreland LA Bar #24567
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
dbecnel@becnellaw.com