| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Regina | | Abron |
| Marjorica | Maria | Adams |
| Dorothy | W. | Adams |
| Shelene | Duvette | Adams |
| Thomas | Eugene | Adams |
| Yolanda | Monique | Adams |
| Lela | Mae | Adams |
| Wanda | | Adams |
| Douglas | J. | Adams |
| Stella | Ann | Adams |
| Yolande | D. | Adams |
| Douglas | J. | Adams, Jr. |
| Douglas | Joseph | Adams, Jr. |
| Douglas | J. | Adams, Sr. |
| Trelldrieke | Catrice | Addison |
| Angela | L. | Age |
| Theresa | Ann | Aiavolasiti |
| Andrea | Saunders | Ainey |
| Corey | Dwayne | Albert |
| Denise | Marie | Albert |
| Dessie | R. | Alexander |
| Michelle | M | Alexander |
| Shaneteil | Ranee | Alexander |
| Augustine | Sutton | Alexander |
| Jenise | | Alexander |
| Yvonne | D. | Alexander |
| Sandra | | Alexander |
| Barbara | Ann | Alexander |
| Anton | Michael | Alexander |
| Mary | Jane | Alexander |
| Joerell | Malika | Alexander |
| Cecilia | P | Alexander |
| Howard | | Alexander, Jr. |
| Yvette | Maria | Alexis |
| Clemence | | Alfred |
| Shawn | William | Alfred |
| Adreaion | Shontel | Algere'-Harris |
| Verrett | | Alike |
| Ronald | Herbert | Allange |
| Richard | | Allen |
| Gail | | Allen |

Exhibit A

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Odell | | Allen |
| Marie | | Allen |
| Keith | V. | Allen |
| Keith | V. | Allen |
| Latita | Deangela | Allen |
| Irma | D. | Allen |
| Daisha | Marie | Allen |
| Roosevelt | | Allen |
| Joyce | Marie | Allen |
| Richard | | Allen |
| Elston | Kermit | Allen |
| Carlton | | Allen |
| Roosevelt | | Allen |
| Yvonne | S. | Allen |
| Helen | Marie | Allen |
| Shannon | B. | Allen |
| Nihesha | Monique | Allen |
| Marion | | Allen |
| Jeanette | M. | Allen |
| Edward | T. | Allen, Jr. |
| Sampson | | Allen, Sr. |
| Nicarra | Monique | Allen-Francis |
| Talita | Green | Allison |
| Veronica | D. | Allison |
| Demetria | Duronslet | Ally |
| Denard | | Alonzo |
| Ernise | Marshal | Alphonse |
| Willie | Lee | Alridge |
| April | Bozonier | Alridge |
| Shewanda | Marie | Alridge |
| Robert | Charles | Alsanders |
| Roberto | Alonzo | Alvarado |
| Craig | C. | Alverez |
| Barry | Donell | Alveris |
| Kathryn | Green | Alveris |
| Annabelle | | Ambeau |
| Janice | G. | Ancalade |
| Janice | G. | Ancalade |
| Michelle | Mitchell | Ancar |
| Kevin | | Anderson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Celestine | P | Anderson |
| Patricia | B | Anderson |
| Linda | W. | Anderson |
| Patricia | Ann | Anderson |
| Kendrick | Scott | Anderson |
| Brenda | Ann | Anderson |
| Juanita | | Anderson |
| Kendrick | Scott | Anderson |
| Celeste | M | Anderson |
| Juanita | Victoria | Anderson |
| Emmelyn | L. | Anderson |
| Kevin | | Anderson |
| Celeste | M. | Anderson |
| Ann | Maria | Anderson |
| Janus | C. | Anderson |
| Linda | Louise | Anderson |
| Glenn | Ray | Anderson |
| Carmen | L. | Anderson |
| Charles | | Anderson |
| Conrad | Joseph | Anderson, Jr. |
| Michele | | Andrews |
| Karen | R. | Andrews |
| Dorothy | | Andry |
| Gerald | Joseph | Andry |
| Melvin | Anthony | Andry |
| Shen | Ann-Williams | Angeletta |
| Sidneeka | Letrell | Anthony |
| Emma | | Anthony |
| Willie | Raymond | Aperwhite, Jr. |
| Don | A. | Aperwhite, Sr. |
| Alfredo | | Apolinar |
| Betty | | Apolinar |
| Marva | Rachal | Arceneaux |
| Joan | | Arevalo |
| Carmine | A. | Arico |
| Carmine | A. | Arico |
| Peggy | Ann | Armelin |
| Rosalee | Haskin | Armstead |
| Kerry | Jermain | Armstrong |
| Cynthia | M. | Armstrong |
| Nykiesha | Yeokuk | Armstrong |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Cynthia | M. | Armstrong |
| Kyle | Sean | Armstrong |
| Santos | | Arriola |
| Murphy | J. | Arsenaux, Jr. |
| Louana | H. | Artus |
| Louana | Henricks | Artus |
| Justen | A. | Asevedo |
| Thomas | Lee | Atkinson |
| Doris | Ann | Aubry |
| Erin | Gillian | Augillard |
| Louis | | Augullard III |
| Sheldon | Michael | Augusta |
| Mary | Ann | Augustine |
| Dirgni | Lisa | Augustine |
| Dirgni | Lisa | Augustine |
| Lorelei | Maria | Augustine |
| Jasmin | Arthur | Augustus, Sr. |
| Dawn | | Austin |
| JoVerna | Lewis | Austin |
| Katie | A. | Babineaux |
| Tamyra | | Bacchus |
| Tamyra | | Bacchus |
| Albert | Anthony | Baham |
| Russell | James | Bailey |
| Maya | Porter | Bailey |
| Jeanette | Gilbert | Bailey |
| Charles | | Bailey |
| Earl | John | Bailey, Sr. |
| Vernessa | Elaine | Baines |
| Bridgette | N | Baker |
| Barbara | H. | Baldwin |
| Emma | Jean | Ball |
| Jay | L. | Ball |
| Venesta | | Ball |
| Jean | | Balladares |
| Nathalee | | Ballard |
| Aneaka | | Ballard |
| Kirk | Anthony | Ballard |
| Elbert | Lester | Ballard |
| Kendell | Nathan | Ballard |

| Table | | |
|-------|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Sherelle | Wolfe | Ballard |
| Olivia | Claudia | Ballard/Spears |
| Severina | A. | Baloney |
| Janet | Steele | Baloney |
| Marifar | G. | Baltazar |
| June | Faye | Banks |
| Lorraine | T. | Banks |
| Michael | E. | Banks |
| Joseph | M. | Banks |
| Nakia | C. | Banks |
| John | Albert | Banks |
| Teresa | Ann | Banks |
| Pauline | Elizabeth | Banks |
| Calvin | Christopher | Banks |
| Philip | | Banks |
| August | James | Banks |
| Yolanda | | Banks |
| Oneida | Holmes | Banks |
| Effie | W. | Banks |
| Rhea | Ester | Banks |
| Myrtis | Elaine | Banks |
| Sylester | Rutherford | Banks, III |
| Harold | E. | Banks, Jr. |
| Cheryl | Jean | Banks-Jones |
| Sheketa | Michel | Baptiste |
| Barbara | A. | Baptiste |
| Decento | Demond | Barbarin |
| Alfreda | Ann | Barbarin |
| Rosalie | Maxines | Barbarin |
| Fern | Joan | Barbarin |
| Jude | Allen | Barbarin, Jr. |
| Jason | Anthony | Barcellona |
| Robin | Christene | Barkins |
| Connie | D | Barnes |
| Keith | L. | Barnes |
| Irene | M. | Barnes |
| Ronald | Richard | Barnes |
| Walter | Lawrence | Barnes |
| Gail | B | Barnes |
| Gabrielle | Ratcliff | Barnes |
| Joy | J. | Barnes |
| Dolores | J. | Barnes |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Kentrell | Brynell | Barnes |
| Harvey | L | Barnes |
| Ashley | N. | Barnes |
| Odeal | S. | Barnes |
| Toshika | Marie | Barnes |
| Joy | J. | Barnes |
| Derrick | Anthony | Barnes |
| Felicia | Marie | Barnes |
| Darrin | Ambrose | Barnes, Sr. |
| Darryl | | Barnett |
| Shon | Tyrece | Barnett |
| Aundra | | Barnett |
| Malissa | | Barnett |
| Jonathan | | Barnett |
| Sallie | Bell | Barnett |
| Jean | L. | Barney |
| Gaynell | E. | Barquet |
| Rose | E. | Barquet |
| Yolanda | Marie | Barra |
| Jo'van | Sherrie | Barre' |
| Ranata | M. | Barrier |
| Jeanne | R. | Barrow |
| Shawn | L. | Barrow |
| Olivia | | Bartholomew |
| Benjamin | Jerome | Bartley |
| Kim | M. | Bartney |
| Eric | T. | Barton |
| Eric | J. | Barton |
| Tammy | | Bassett |
| Emma | McMillion | Bastian |
| Shawn | Telaka | Bates |
| Shawn | Telaka | Bates |
| Berleatha | Toler | Batiste |
| Eruin | | Batiste, Jr. |
| Ervin | | Batiste, Sr. |
| Lori | D. | Baudot |
| Kimberly | Ann | Baylor |
| Delya | Diane | Bazile |
| Wilma | J. | Bazile |
| Tanya | Williams | Bean |
| Valisha | C. | Bean |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Kathleen | McGuinness | Beaudion |
| Felicie | J. | Beaulieu |
| Verna | Haydel | Bechet |
| Shaun | Fulco | Becknel |
| Shaun | Fulco | Becknel |
| Nathaniel | | Bell |
| Arthur | Van | Bell |
| Shemita | L. | Bell |
| Minor | Lee | Bell |
| Lynn | Jackson | Bell |
| Minor | Lee | Bell |
| Sharon | Marie | Bell |
| Stanley | R. | Bell |
| Sheena | Marie | Bell |
| Cherrie | D. | Bell |
| Nathanial | Arthur | Bell |
| Linda | C. | Bellard |
| Hilton | | Ben, II |
| Elisha | None | Benden |
| Denise | Ella | Benfiglio |
| Rashel | Micholle Brown | Benitez |
| Carlette | Ann | Benjamin |
| Marilyn | A. | Bennett |
| Mildred | | Bennett |
| Terri | Lynel | Bennett |
| Joyce | Coates | Bennett |
| Janice | M. | Bennett |
| Janice | M. | Bennett |
| Clarence | Walter | Benoit |
| Erin | Mulnick | Benoit |
| Leon | Riuge | Benoit, III |
| Katherine | | Bergeron |
| Roland | M. | Bernard |
| Merline | T | Bernard |
| Kathleen | Mae | Berrigan |
| Shawanee | Desha | Berry |
| Tonika | Lee | Berry |
| Germaine | M. | Berryhill |
| Paulin | C. | Bertrand |
| Lynette | Simms | Bertrand |
| Tehran | M. | Bertrand |

| Table | | |
| First Name | Middle Name | Last Name |
| --- | --- | --- |
| Terrence | Grathen | Bertrand |
| Anna Mae | L. | Bertrand |
| Robert | Charles | Bester |
| Cynthia | C. | Bethencourt |
| Cynthia | C | Bethencourt |
| Robin | M. | Bevins |
| Robin | M. | Bevins |
| Keith | A. | Biagas |
| Charles | Ronnie | Bibbins |
| Rena | M. | Bibbins |
| Mary | N. | Bibbins |
| Paula | Ann | Bickham |
| Clarice | M. | Bickham |
| William | | Bickham |
| Katrina | Valeria | Bickham |
| Dionne | | Bickham |
| Shelia | Williams | Bickham |
| Erma | Lee | Bickham |
| Laila | Deadra | Bienemy |
| Elouise | | Bienenmy |
| Sondra | Nelson | Bieniemy |
| Laurie | McCall | Bieniemy |
| Gerry | | Bierria |
| Belinda | Lee | Bijou |
| Jacqueline | R. | Bijou |
| Belinda | Lee | Bijou |
| Cathy | Theresa Ashley | Binafegha |
| Betty | J. | Binghan |
| Margaret | L. | Blacher |
| Easter | M. | Blackman |
| Irma | Theresa | Blackmon |
| Gretta | J. | Blake |
| Lionel | | Blanchard |
| Barry | | Blanco |
| Lucille | M. Tolbert | Bland |
| Deborah | Ann | Bland |
| Gina | Maria | Blandin |
| Nicki | Michael | Blandin |
| Melba | Paulette | Blevins |
| Monica | A. | Bloedwirth |
| Marcia | Mary | Bloodwirth |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Christian | Rostan | Bloodwirth |
| Clyde | Anthony | Bloodwirth |
| Dominick | Joseph | Bloodwirth |
| Marcus | Anthony | Bloodwirth |
| Marietta | Ann | Bloodwirth |
| Steven | Wayne | Bloodwirth |
| Geric | Ann | Blue |
| Evelina | | Blue |
| Tanzania | | Bobb |
| Gaynell | | Bogan |
| Tonia | M. | Bolden |
| Isaac | N. | Bolden V |
| Isaac | N | Bolden, IV |
| Henry | | Bolds |
| Anthony | | Bolton |
| Sandra | Ann | Bonilla |
| Sandra | Ann | Bonilla |
| Alfred | | Bonner III |
| Sean | A | Booker |
| Gerald | L. | Booker |
| Nevery | L. | Boother |
| Sybil | | Borden |
| Keyoka | K. | Borden |
| Dawn | Allen | Bordenave |
| Alicia | Marie | Bordere |
| Mona | | Bosley |
| Blanche | Nicole | Boss |
| Thelma | | Boss |
| Shavonka | Monique | Boudreaux |
| Avietta | Gieneva | Boudreaux |
| Armand | Merlin | Bourdais |
| Karen | Trinell | Bourgeois |
| Nekita | Monique | Bourne |
| Samuel | Emmanuel | Bourne, III |
| Qiana | Ivon-Marie | Bourne-Washington |
| Rodney | Nathanial | Bowman |
| James | Michael | Boyd |
| Keisha | Paige | Boyd |
| Tammy | A. | Boyd |
| Darries | L. | Boyd Sr. |
| Ethel | S | Boykins |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Larry | J. | Braddy Sr. |
| Kendall | | Bradley |
| Kerri | Ann | Bradley |
| Clarence | James | Bradley, Jr. |
| Londia | Shanell | Bradstreet |
| Cynthia | Marie | Bradstreet |
| Mary | W. | Branch |
| Troy | | Branch |
| Jeannique | Anjelle | Brancht |
| Jan | M. | Brandon |
| Thad | Ronald | Brandt |
| Thad | Ronald | Brandt |
| Lolita | Maria | Braxton |
| Janet | Mae | Brealy |
| Nakita | R. | Breaux |
| Mary | Ann | Breaux |
| Janice | | Breaux |
| Tawanna | Ann | Breaux |
| Richard | Norma | Breaux |
| Dianna | Lynn | Breaux |
| Juanita | Marie | Breland |
| Deshone | DeJuan | Breland |
| Alex | Charles | Brenson |
| Diane | Lynn | Breuninaer |
| Anquienetta | M. | Brewington |
| Melvina | | Brewington |
| Betty | C. | Bridges |
| Robert | D. | Bridgewater, Jr. |
| Betty | Mae | Brinston |
| Brenda | Deneit | Brisby |
| Brenda | D. | Brisby |
| Yvonne | | Briscoe |
| Jessie | M. | Brock |
| Tomica | | Brock |
| Tommie | James | Brock, Sr. |
| Tommie | James | Brock, Sr. |
| Ricardo | Leroy | Brocks |
| Rosa | | Brooks |
| Herbert | | Brooks |
| Sherman | Leonard | Brooks |
| Tyrina | Joy | Brooks |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Trican | Michelle | Brooks |
| Corey | Allen | Brooks |
| Loretta | Delery | Brooks |
| Bridget | New | Brooks |
| Wanda | A. | Brooks |
| Louis | | Brooks |
| Earlean | C. | Brooks |
| Gerard | M. | Broussard |
| Gloria | Cormier | Broussard |
| Roland | Anthony | Broussard |
| Denisse | Jones | Broussard |
| Roland | Anthony | Broussard |
| Michele | Ann | Broussard McDuffy |
| Andrew | Marvin | Brown |
| Patrice | | Brown |
| Katrina | Taylor | Brown |
| Mattie | Ann | Brown |
| Ann | M. | Brown |
| Annie | | Brown |
| Patrice | Ann | Brown |
| Rebecca | N. | Brown |
| Cassandra | J. | Brown |
| Sundy | T | Brown |
| Brenda | W. | Brown |
| Lula | S. | Brown |
| Cornell | | Brown |
| Latoya | Charmine | Brown |
| Lahoma | L. | Brown |
| Theoria | Briley | Brown |
| Keishell | Kentrel | Brown |
| Paul | Tashawn | Brown |
| Chantay | Marie | Brown |
| Lisa | Shantay | Brown |
| Johnnie | M. | Brown |
| Harold | J. | Brown |
| Ernest | L. | Brown |
| Elaine | | Brown |
| Donald | R. | Brown |
| Sonya | Marie | Brown |
| Michele | A. | Brown |
| Kevin | Valentine | Brown |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Iona | Mae | Brown |
| Carol | Marie | Brown |
| Gloria | S. | Brown |
| Verdia | Mae | Brown |
| Leola | | Brown |
| Lolamae | D. | Brown |
| Veronica | A. | Brown |
| Rebecca | N. | Brown |
| Hilda | Elizabeth | Brown |
| Zola | Ann | Brown |
| Betty | J. | Brown |
| Deschon | Renne | Brown |
| Rebecca | | Brown |
| Enola | M. | Brown |
| Rhonda | Ann | Brown |
| Gloria | M. | Brown |
| Miyakie | Orlonda Arie'i | Brown |
| Schronda | Carter | Brown |
| Lynette | Racheal | Brown |
| Aisha | Tuere' | Brown |
| Verdia | M. | Brown |
| Edward | James | Brown, III |
| Johnnie | Mack | Brown, Jr. |
| David | M. | Brown, Sr. |
| Ryan | Alexander | Broyard |
| Ola | Mae | Bruce |
| Ebony | Carleen | Brumfield |
| Lillian | Ellzey | Brumfield |
| Emargie | Coleman | Brumfield |
| Marilyn | M. | Brumfield |
| Abueyk | W | Brumfield |
| Anieul | W. | Brumfield |
| Keith | Darnell | Brundy |
| Terrell | Michael | Brunet, Jr. |
| Ruth | P. | Bruno |
| Victor | John | Bruno |
| Nekeysha | La'trice | Bryant |
| Dionne | S | Bryant |
| Kim | S. | Bryant |
| Elizabeth | | Bryant |
| Joan | Marie | Buckley |
| Sandra | Faye | Buggage |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Sandra | Faye | Buggage |
| Renaldo | Sheldon | Buggage |
| Renaldo | Sheldon | Buggage |
| Mary | Ann | Bullock |
| Shelia | Holmes | Bullock |
| Theresa | Leshall | Bunch |
| Ruby | J. | Bunch |
| Daffanie | D. | Buras |
| Richard | S. | Buras |
| Linda | G. | Burgess |
| Linda | A. | Burke |
| Lucille | H. | Burke |
| Bobby | | Burkes, Jr. |
| Lajuan | Russ | Burks |
| Annie | Dase | Burks |
| Lisa | Marie | Burnett |
| Brian | | Burns |
| Lona | Jean | Burton |
| Loretta | A | Burton |
| Eric | Derrell | Burton |
| Rose | Mary | Burton-Charlot |
| Latonja | K | Busby |
| Candace | Nicole | Bush |
| Rhonda | Donyel | Bush |
| LaToya | K. | Butler |
| Irene | | Butler |
| Rosetta | T. | Butler |
| Sheila | Lisa | Butler |
| Gregory | A. | Butler |
| Gail | Marie | Butler |
| Barbara | | Butler |
| Dolores | | Butler |
| Schelita | M. | Butler |
| Valerie | | Butler |
| Calvin | | Butler |
| Calvin | | Butler |
| Clarice | M. | Butler |
| Quiana | | Butler |
| Terrence | Maurice | Butler |
| Joel | C. | Butler |
| Sharon | D. | Butler |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Barbara | Ann | Butler |
| Tyrone | | Buxton |
| Forest | Junior | Buxton |
| Roxann | | Byrd |
| Maudelle | W. | Cade |
| Harold | A. | Cade |
| Sheron | G. | Caesar |
| Nonya | Marie | Cage |
| Mary | J. | Cage |
| Joseph | | Cage III |
| Darrell | Glenn | Cager, Sr. |
| Darrell | G | Cager, Sr. |
| Stephen | Anthony | Calhoun |
| Geraldine | Gordon | Calhoun |
| Shaquinell | Rene | Calloway |
| Tina | Marie | Calloway |
| Emma | Theresa | Calvey |
| Tobias | Gerarde | Calvey |
| Rosalee | Marie | Calvin |
| Beatrice | | Cambridge |
| Yolanda | Evangeline | Camese |
| Lois | Cassimere | Camese |
| Joyce | D. | Camp |
| Linda | S. | Camp |
| Scott | J. | Campbell |
| Gail | J. | Campbell |
| Marcel | Andrew | Candiff |
| Anna | L. | Cannon |
| Edith | DeMesme | Carbo |
| Stephanie | Ann | Carey |
| Stephanie | Ann | Carey |
| Nadine | Madeline | Carmouche |
| Kimberly | Dawn | Carmouche |
| Linda | | Carmouche |
| Patricia | Edwards | Carr |
| Kenneth | | Carr |
| Michael | Charles | Carr |
| Verna | Rochelle | Carr |
| Lionel | | Carr, Jr. |
| Tania | Farve | Carradine |
| Dorothy | S. | Carradine |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Vedora | Lee | Carson |
| Phyllis | Marie | Carter |
| Ruth | Rogers | Carter |
| Paulette | Williams | Carter |
| Loretta | | Carter |
| Jarether | Ann | Carter |
| Joyce | | Carter |
| Dorothy | Jean | Carter |
| Dana | Gilbert | Carter |
| Dennis | L. | Carter |
| Sheena | Ivory | Carter |
| Rena | | Carter |
| Helen | L. | Carter |
| Michael | Louis | Carter |
| Roslyn | Major | Carter |
| Cheryl | Lynn | Casborn |
| Kiva | Francis | Casborn |
| Tiffany | S. | Cash |
| Karen | Thibodeaux | Cashen |
| Edward | Calvin | Cassine, Jr. |
| Shirley | W | Castell |
| Eidora | P. | Castell |
| Connie | L. | Caston |
| Shelia | M. | Caston |
| Julio | | Castro |
| Terressa | Dione | Catchings |
| Veronica | | Causey |
| Lawrence | Joseph | Cavalier |
| Lawrence | Joseph | Cavalier, Jr. |
| Edward | Charles | Ceaser |
| Ann | L | Ceazer |
| Alpha | Omega | Cedan |
| Linda | LeFlore | Celestine |
| Jacquelyn | | Celestine |
| Edward | Dovall | Celestine |
| Ronald | | Celestine, Jr. |
| Ronald | | Celestine, Sr. |
| Donald | Ray | Cennett |
| Sam | S. | Cerniglia, Jr. |
| Richard | Lee | Chambers, Jr. |
| Charles | L | Champion |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Deidra | Ann | Chandler |
| Adrian | McGee | Chaney |
| William | | Chapman |
| Kim | L. | Chapman |
| Will | H. | Chapman |
| Bertha | | Chapman |
| Marcia | S. | Chapman |
| Brenda | Smith | Chapman |
| Tracy | Ann | Chapman-Warren |
| Deborah | B. | Charles |
| Darrell | Keith | Charles |
| Shantel | | Charles |
| Almena | Vincent | Charles |
| Gail | E. | Charles |
| Jonathan | Jay | Charlot |
| Kelly | Ann | Chatman |
| Debra | Richards | Chatman |
| Debra | Richards | Chatman |
| Mariska | Lynetta | Chattman |
| Deidre | Loring | Cheavious |
| Petrina | | Chester |
| Carole | C. | Chevalier |
| Louis | Joseph | Chevolleau III |
| Roslyn | Ann | Childs |
| Pandrella | | Childs |
| Ollie | B. | Childs |
| Josephine | | Childs |
| Brenda | Lee | Childs |
| Henry | Lee | Childs |
| Lisa | Denise Henderson | Chiles |
| Helen | B. | Christoff |
| Arthur | W. | Christophe |
| Dionne | Marie | Christophe |
| Kenneth | Anthony | Christophe Jr. |
| Ronald | Spencer | Christy |
| Doris | Marie | Claiborne |
| Noel | Thomas | Clapp |
| Patricia | Ann | Clark |
| Henry | James | Clark |
| Frances | Atleana | Clark |
| Annie | Mae | Clark |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Avery | Dwayne | Clark |
| Mark | Joseph | Clark |
| Daina | Treniece | Clark |
| Roosevelt | | Clark, Sr. |
| Roosevelt | | Clark, Sr. |
| Roosevelt | | Clark, Sr. |
| Roosevelt | | Clark, Sr. |
| Alice | Vincent | Claude |
| Corey | Bernard | Claude, Sr. |
| Sharifa | Chekesha | Claverie |
| Willie | James | Clay |
| Valeen | | Clay |
| Renne | M. | Clay |
| Tanita | Marie | Clay |
| LaQuinta | Dione | Clay |
| Pauline | F | Clifton |
| Yashica | Marie | Cloud |
| Nadja | Michelle | Cloud |
| Wynonia | E. | Cloud |
| Angie | N. | Cloud |
| Telisha | Deanna | Cloud |
| Dorothy | Payne | Cloud |
| Dianne | | Coates |
| Alonzo | A. | Cobette |
| Gail | S | Cochran |
| Reynalda | Lynn | Cochran |
| Winifred | Regina | Cockheran |
| Mary | Esther | Coffe |
| Janice | K. | Cojoe |
| Treva | Lynn | Cola |
| Treva | Lynn | Cola |
| Christi | Marie | Colburn |
| Lisa | Victoria | Colburn |
| JMC | M | Colburn, Jr. |
| Annie | Mae | Cole |
| Nicole | Antoinette | Cole |
| Glenn | A. | Cole |
| Dionne | Ann | Cole |
| Roslyn | M. | Cole |
| Chris | A. | Coleman |
| Jerome | | Coleman |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Maiene | N. | Coleman |
| Melissa | N. | Coleman |
| Paulette | R. | Coleman |
| Aubra | T. | Coleman |
| Earlean | Spencer | Coleman |
| Rosie | | Coleman |
| Sterling | | Coleman |
| Terri | Lyn | Coleman |
| Jacqueline | | Coleman |
| Joseph | | Coleman |
| Inez | | Coleman |
| Ethel | B. | Coleman |
| Keith | | Coleman |
| Joseph | | Coleman |
| Leonard | Nathaniel | Coleman, Jr. |
| Curtis | | Coleman, Jr. |
| Curtis | | Coleman, Sr. |
| Jacqueline | Maria | Colin |
| John | Ruben | Collier |
| Auriel | Shemen | Collier |
| Mildred | Lee | Collier |
| Robert | Lee | Collier |
| Carlos | D | Collier |
| Artis | Earl | Collier, Sr. |
| Mildred | | Collins |
| Emma | Ann | Collins |
| Leatrice | M. | Collins |
| Jennifer | G. | Collins |
| Kimyatta | marie | Collins |
| Mary | Jessica | Collins |
| Hermaine | | Collins |
| Junior | Lee | Collins |
| Elvert | E. | Collins |
| Ellen | Marie | Collins |
| Linda | H. | Collins |
| Robin | M. | Collins |
| George | | Comeaux |
| Julia | C. | Comeaux |
| David | | Comeger |
| Cheryl | D. | Comeger |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| David | V. | Condon |
| Marie | F. | Confident |
| Ronald | Wilner | Confident |
| Shirley | W. | Conley |
| Tommie | Lee | Conner |
| Dawn | P. | Constant |
| Lottie | Marie | Cook |
| Dorothy | | Cook |
| Debbie | Ann | Cook |
| Christine | A. | Cook |
| Donald | Ray | Cook |
| Kendra | Marie | Cook |
| Evelyn | | Cook |
| Ivana | | Cook |
| Danielle | Monique | Cook |
| Kevin | Gerard | Cook |
| Gaynell | | Cooley |
| Lerin | Micheal | Cooley |
| Lerin | Nicheal | Cooley |
| Surnise | Denise | Cooley |
| Cecil | | Cooley, Sr. |
| Andrea | D. | Cooper |
| Shelita | M. | Cooper |
| Robert | Louis | Cooper |
| Charles | A. | Corass |
| Dorothy | Edwards | Cordier |
| Melvin | John | Cordier, Jr. |
| Geraldine | | Cormier |
| Lucill | | Cormier |
| Bobby | J. | Cormier, Sr. |
| Azelie | | Coston |
| Katrina | Monique | Courseault |
| Lana | M. | Cousin |
| Lillie | Tenatious | Cousin |
| Pamela | M. | Coustaut |
| Jeanette | | Craft |
| Carolyn | M. | Craft |
| Thea | Andretta | Cratchan |
| Monica | J. | Cravinas |
| Dereck | | Cravinas |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Marvin | | Crawford |
| Shirley | Mae | Crawford |
| Terrence | Lemar | Crawford |
| Shulton | Lurue | Crawford |
| Amos | | Crawford, III |
| Anthony | | Crawford, Jr. |
| Charlie | | Crawford, Sr. |
| Earleen | | Crayton |
| Tommy | | Crenshaw |
| Fannie | Lois | Criddle |
| Stephanie | | Crier |
| Shantell | Marie | Crittindon |
| Sheila | L. | Crosby |
| Jamaal | Ahshad | Crosier |
| Ersie | | Crowden |
| Trenitta | Nadine | Crowley |
| Brenda | Ann | Crowley |
| Brandon | Kelvin | Crowley |
| Joyce | Evelyn | Crumedy |
| Hazel | | Crutchfield |
| Lydia | Ruth | Cruz |
| Vorge | | Cruz |
| Elie | May | Cumbaa |
| Elie | May | Cumbaa |
| Cheryl | D | Cumeger |
| Jonelle | A. | Cuneo |
| Shelia | | Cureaux |
| Tanzania | T. | Cureaux |
| Betty | Ann | Currie |
| Tracy | Michelle | Curtis |
| Daisy | G. | Curtis |
| Tonia | Yvette | Curtis |
| Calvin | | Curtis |
| Patricia | Ann | Curtis |
| Tonia | Yvette | Curtis |
| Calvin | | Curtis |
| Linda | C. | Curtis |
| Sarah | Hull | Curtis |
| Larry | | Curtis, Jr. |
| Karen | M. | Curtis-Wallace |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Mackey | Oaklyn | Cutrer |
| Samuel | Lee | Cynus |
| Queen | Ella | Cyprian |
| Ann | Marie | Cyres |
| Conchita | A. | Cyres |
| Cynthia | | Dabney |
| Danea | Delise | Dabney |
| Joycelyn | B. | Dabon |
| Lekesha | Washington | Dailey |
| Tyronne | Terry | Daliet |
| Deborah | | Danastasio |
| Rose | Jean | D'Angelo |
| Sonya | Theresa | Dannel |
| Sonya | T. | Dannel |
| Myrna | M. | Darby |
| Delia | Isidora | Darby |
| Alma | White | Darensburg |
| Clara | D. | Darjean |
| Cedric | B. | Daughtry |
| Robin | Michael | D'Aunoy |
| Marty | Manchester | D'Aunoy |
| Dwight | Joseph | Dave |
| Gail | M | Davenport |
| Sophia | Lorraine | Davenport |
| Clarrisa | Delores | Davenport |
| Paulette | M. | Davenport |
| Tamachia | Janelle | Davenport |
| LaShawn | Daniell | Davenport |
| Beatrice | Trenell | Davis |
| Wilda | Marie | Davis |
| Daphne | N | Davis |
| Aubrey | F. | Davis |
| Jeannine | Duadra | Davis |
| Londie | | Davis |
| Georgiana | | Davis |
| Eddie | | Davis |
| Charlean | Parker | Davis |
| Lillie | Mae | Davis |
| Laverne | | Davis |
| Lisa | Devoris | Davis |
| Verna | Mae McCormich | Davis |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Sammy | Ellis | Davis |
| Daphine | Alicia | Davis |
| Tiffany | Nicole | Davis |
| Alethea | D. | Davis |
| Syvia | | Davis |
| Morna | Ann | Davis |
| Gwendolyn | Fay | Davis |
| Aniecia | LaBranch | Davis |
| Lacey | K. | Davis |
| Darrell | J | Davis |
| Carolyn | Margaret | Davis |
| Lawrence | W. | Davis |
| Talesha | T. | Davis |
| Alethea | Denette | Davis |
| Gail | G. | Davis |
| Karin | | Davis |
| Cynthia | Lee | Davis |
| Denise | Colette | Davis |
| Walter | | Davis |
| Bobry | C. | Davis |
| June | | Davis |
| Cornella | | Davis |
| Joshua | James | Davis |
| Lekia | Marie | Davis |
| Donald | Roy | Davis, Jr. |
| Noel | | De St. Germain |
| Ann | M. | Decossas |
| Doris | | Decquir |
| Taralee | Miller | Deffes |
| April | Nunez | Deffes |
| Clarence | W. | Deffes III |
| Clarence | William | Deffes, Jr. |
| Clarence | William | Deffes, Jr. |
| Janet | H. | DeGeorge |
| Joseph | | DeGreat |
| Sherwanda | Lynn | Del Castillo |
| Deborah | L. | Delaney |
| Tyron | | Delaney |
| Denise | S. | Delaney |
| Deione | | Delaney |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Dan | | Delaney III |
| Johnnie | | Deloney |
| Madeline | L. | Delpit |
| Kerry | Ann | Delpit |
| Angela | Catherine | Delpit |
| Madeline | Louise | Delpit |
| Jannelle | M. | DeLuca |
| Dana | Dimaggio | Deluca |
| Francis | P. | DeLuca |
| Kristy | G. | Delvalle |
| Michelle | Nicholl | Demas |
| Denisela | Marie | Demesme |
| Mary | Leona | DeMesme |
| Curley | B. | Dempsey |
| Suzanne | | Denayer |
| Shannon | Nicole | Dennis |
| Ashley | A. | Dennis |
| Mona | Marie | Dennis |
| Wanda | M. | Dennis |
| Audrey | Marie | Dennis |
| Tiffany | Nicole | Dennis |
| Edward | | Dennis |
| Shirley | Genevieve | Dennis |
| Janice | Marie | Dennison |
| Alton | Anthony | Denson |
| Laura | Ann | Dent |
| Jason | Ellis | Deogracias |
| Raymond | Louis | Deogracias |
| Sheleta | B. | DeRouen |
| Rosalind | D. | DesDunes |
| Gladys | Lorraine | DesDunes |
| Dawn | Eve | DeSilva |
| Mardell | M. | Desilva |
| Glenn | M. | Desvigne |
| Althea | K | Deterville |
| Robert | Leslie | Devall |
| Chaviotte | Annette | Devenport |
| Kenneth | J. | Dewint |
| Frank | J. | Dewint |
| Amy | Louise | Dewint |
| Sarah | Ann | Dezara |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Marcia | Annette | Diaz |
| Susan | Irene | Diaz |
| Karen | J. | Dickerson |
| Rebuy | J. | Dickson |
| Victor | Dominick | Digiorgio, Jr. |
| Brenda | M. | Dillon |
| Jamaal | E. | Dillon |
| Betty | Jean | Dison |
| Rosemary | Ann | Dison |
| Nocola | Esma | Ditimus |
| Alcina | Francis | Ditimus |
| Jessica | Alisha-Marie | Dixon |
| Dekema | Lachawn | Dixon |
| Lucill | | Dixon |
| Irma | Hurst | Dixon |
| Aima | E. | Dixon |
| Latoya | Marie | Dixon |
| Nicole | E. | D'Luca |
| Ola | M. | Domino |
| Doreen | P. | Donald |
| Edward | L. | Donald |
| Bridget | D. | Donald |
| Maria | Yiannopoulos | Dooley |
| Stacey and Gerard | D | Dorsey |
| Dianne | L. | Dorsey |
| Andrel | M. | Dorsey |
| Marie | | Dorsey |
| George | | Dorsey |
| Rosemary | | Dorsey |
| Johnny | B | Doss |
| Bessie | | Doss |
| Tyneeta | | Doss |
| Monique | | Doss |
| Lakisha | | Doss |
| Tyneeta | | Doss |
| Diane | S. | Doss |
| Darvin | James | Dotson |
| Geraldine | Green | Doublet |
| Rhonda | S. | Doucette |
| Detral | Denise | Dowell |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Kathleen | | Downcereaux |
| Lisa | E. | Downs |
| Comeka | Adjuan | Downs |
| Ricarda | | Drewery |
| Beth | A. | Ducarpe |
| Tashira | K. | Duchane |
| Stephanie | Reimonenq | Ducksworth |
| Stephanie | Reimoneng | Ducksworth |
| Stephen | Michael | Ducksworth |
| Stephen | Michael | Ducksworth |
| Sheree | Monique | Ducksworth |
| Sheree | Monique | Ducksworth |
| Stephanie | Reimoneng | Ducksworth |
| Mary | Evelyn | Ducoing |
| Diane | Spurlock | Dugar |
| Emelda | L. | Dugue |
| Angela | R. | Duke |
| Javon | Ann | Dulton |
| Antonia | Kelly | Dumas |
| Ester | Mae | Dumas |
| Shirley | Mae | Dumas |
| Nathaniel | P. | Dunams |
| Lucinda | | Dunbar |
| Reginal | | Duncan |
| Barry | Lee | Duncan |
| Leroy | Eugene | Dundy, Jr. |
| Ronald | | Dunlan |
| Marcella | | Dunn |
| Neal | | Dupar |
| Willie | J. | Duplechain |
| Margie | | Dupleche |
| Iris | | Duplessis |
| Gail | | Duplessis |
| Natalie | Qiana | Duplessis |
| Calvin | S. | Dupont |
| Delores | | Dupre |
| Trivia | Tracy | Dupre |
| Bobby | | Durand |
| Leslie | A. | Durnin |
| Marion | | Duronslet |