## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Annette | Chedell | Duronslet |
| Sylvia | Mary | Duronslet |
| Tracy | Ann | Duronslet |
| Marion | | Duronslet |
| Latonia | Lorraine | Duvernay |
| Dale | R | Dyer, Sr. |
| Bernice | R. | Ealy |
| Donald | R. | Earls |
| Clarence | | Earls, III |
| Ruthy | M. | Eddington |
| Suzan | | Edgerson |
| Aloyd | Theodore | Edinburgh, Sr. |
| Madeline | Johnson | Edward |
| Jerome | | Edwards |
| Harrison | | Edwards |
| Cynthia | | Edwards |
| Naomi | E | Edwards |
| Kelvin | Ray | Edwards |
| Hazel | Annette | Edwards |
| Arlean | J. | Edwards |
| Willie | Dean | Edwards |
| Arlean | J. | Edwards |
| Cynthia | Y. | Edwards |
| Willie | D. | Edwards |
| Charles | Y. | Edwards |
| Cynthia | | Edwards |
| Jacqueline | H. | Edwards |
| Dolores | | Edwards |
| Frank | Michael | Egana |
| Audrey | M. | Egana |
| Samuel | M. | Egana |
| John | Ignatius | Egana |
| Joyce | Marie | Egana |
| Monique | Virginia | Egana Rodriguez |
| Monique | Virginia | Egana Rodriquez |
| Jason | Christopher | Eganda |
| Gary | | Eldredge |
| Debra | M. | Elgerson |
| Darnell | W. | Ellis |
| Larry | M. | Ellis |
| Colita | B. | Ellis |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Louis | W. | Ellis, Sr. |
| Cabrini | Teresa | Ellsworth |
| Cabrini | Teresa | Ellsworth |
| Julia | A. | Ellzey |
| Larry | L. | Ellzey |
| Cheryl | Stean | Ellzey Edwards |
| John | J | Elms III |
| Christopher | John | Emanuel |
| Robert | J. | Emelle |
| Wilbert |  | Emery |
| Stafford | Wilson | Emery |
| Natasha | Nichele | Emery-Johnson |
| Richard | J. | Encalade |
| Tonya | Cojoe | Enclarde |
| Leah | Gigi | Ephram |
| Michelle |  | Epps |
| Terrell | J. | Ernest |
| Terrell | J. | Ernest |
| Dianne | Audler | Eschette |
| Ronald | Jene | Escoe |
| Ronald | Jene | Escoe |
| Lance | Jancinto | Espadron |
| Bobbie |  | Espadron |
| Reginald | James | Esteen |
| Charlean |  | Etienne |
| Nelson |  | Etienne |
| Charlene |  | Eubank |
| Patricia | Ann | Eugene |
| Lois | Rowena | Eugene |
| Nakina | Marie | Eugene |
| David |  | Eugene Jr |
| India | S. | Evans |
| Janice | M. | Evans |
| Shantell | Marie | Evans |
| Catrina | Monique | Evans |
| Cynell | S. | Evans |
| Shantell | Marie | Evans |
| Charles | Ray | Evans |
| Gracie | Young | Evans |
| Fallon | Beatrice | Evans |
| Walie |  | Evans |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Tandra | L. | Evans |
| Sheila | Williams | Evans |
| Troy | Lynn | Evans |
| Carol | G. | Evans |
| Beverly | | Evans |
| Jarnisha | Renee | Evans |
| Louis | | Evans, Jr. |
| Gwendolyn | M. | Everage |
| Sandra | Marie | Every |
| Alvin | James | Every |
| Sean | Joseph | Exkano |
| Brenda | M. | Exnicious |
| Gloria | W. | Ezidore |
| Deadre | Ann | Faciane |
| Barbara | Ann | Falkins |
| Dwayne | J. | Falls |
| Yvonne | A. | Falls |
| Eleutrio | Pierre | Falls |
| Nia | Kenya | Falls |
| Keshia | Pleshette | Falls |
| Nathan | Lee | Falls, V. |
| Patick | | Fandal |
| Joann | | Fandal |
| Melissa | Ann | Farria |
| Ella | W. | Farve |
| Joseph | B. | Farve, Sr. |
| Roy | James | Farves |
| Shirley | Richmond | Fauria |
| August | | Favaroth |
| Cynthia | A. | Fefie |
| Anna | G | Fehn |
| Anna | G. | Fehn |
| George | C. | Fehn |
| Rechell | | Felton |
| Herberetta | | Felton |
| Rayna | | Felton |
| Carol | Sue | Fendley |
| Willie | Mae | Ferbos |
| Brandy | Marie | Ferdinand |
| Cathy | A. | Ferdinand |
| Dionne | Alexis | Ferguson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Dionne | Alexis | Ferguson |
| Bonnie | B | Ferman |
| Althais | Virginia | Fernandez |
| Willie | Johnnie | Fernandez |
| John | A. | Fernandez |
| Carolyn | Bienemy | Fernandez |
| Janise | Carmen | Fernandez |
| Marynell | Martha | Fernandez |
| Alicia | A. | Ferons |
| Iris | Angelety | Ferrier |
| Theresa | M. | Fields |
| Chester | | Fields |
| Lionel | | Fields |
| Alvin | Oliver | Fields |
| Tionna | M. | Fields |
| Florence | M. | Fields |
| Janice | Anita | Files |
| Dione | T. | Filmore |
| James | Andrew | Fincher |
| Margaret | Ann | Fincher |
| Sylvia | A. | Fine |
| Tiffany | H. | Finister |
| Kevin | Patrick | Finney |
| Sandra | N. | Firmin |
| Deloris | D. | Fisher |
| Nathaniel | | Fisher |
| Deborah | Ann | Fisher |
| O'Swan | | Fisher |
| O'Swan | | Fisher |
| August | J. | Fleury |
| August | Joseph | Fleury IV |
| Afrika | Jones | Florence |
| Ray | A. | Flot |
| Mary | L | Flowers |
| Sonya | Faye | Fluence |
| O'Dwyer | Aquilla | Fluker |
| Valerie | McKay | Fobbs |
| Valerie | McKay | Fobbs |
| Irenna | Charval | Fobbs |
| Valerie | M. | Fobbs |
| Irenna | Charval | Fobbs |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Archibald | Joseph | Fobbs, Jr. |
| Cynthia | T. | Foley |
| Olivia | D. | Fontenot |
| Shirley | | Fontenot |
| Alphonse | Alvin | Fontenot |
| Phillip | Joseph | Fontenot |
| Carlton | | Fontenot |
| Bonita | | Fontenot |
| Clarence | E. | Fontenot, Sr. |
| Bobby | | Ford |
| Willie | | Ford |
| Sarah | Mae | Ford |
| Jessie | | Ford |
| Charlene | Marie | Ford |
| Shawn | Anthony | Ford |
| Thomas | | Ford, Jr. |
| Thomas | | Ford, Jr. |
| Raymond | J. | Forman |
| Robert | J. | Forrest, Sr. |
| Gerald | L. | Forster |
| Joshua | Pierre | Fortenberry |
| Janet | Ann | Fortner |
| Janet | Ann | Fortner |
| Rose | Marie | Fortune |
| Philana | | Fortune |
| Linda | Marie | Fortune |
| Bertha | R. | Foster |
| Beatrice | F | Foster |
| Joyce | M. | Foster |
| Priscilla | Tate | Foster |
| Victor | J. | Foster III |
| Victor | J. | Foster, III |
| Clarence | Solostine | Foston |
| Frank | A. | Foto |
| Alisha | Ali | Foucha |
| Willena | | Fountain |
| Tyrone | | Fountain |
| Shoria | Chantrell | Foy |
| Linda | Diane | France |
| Kiva | Reshena | France |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Beulah | M. | Francis |
| Don | H. | Francis |
| Belinda | Ann | Francis |
| Tyrone | | Francis |
| Darnell | Joseph | Francis |
| Benjamin | | Francis, Jr. |
| Brunetta | P. | Francisco |
| Zina | Marie | Frank |
| Joseph | Louis | Franklin Jr. |
| Shelia | H. | Franklin |
| Corey | B. | Franklin |
| Shawn | Dwayne | Franklin |
| Mary | L | Franklin |
| Barbara | A. | Franklin |
| Frank | N. | Franklin |
| Frances | Lee | Franklin |
| Sonia | Marie | Franklin |
| Andrea | L. | Franklin |
| Corey | | Franklin |
| Clementine | | Franklin |
| Corey | | Franklin |
| Aletha | | Franklin |
| Caretha | W. | Franklin |
| Veronica | Beradine | Franklin |
| Alexander | L. | Franus Jr. |
| Gail | Barley | Frazier |
| Dee | Jay | Frazier |
| Lakeisha | Kanika | Frazier |
| Keith | James | Fredricks |
| Michelle | D. | Freeman |
| Velma | Lee | Freeman |
| Irene | M. | Freeman |
| Eyvonne | | Freeman |
| Troylynn | | Freeman |
| Lilion | W | Freeman |
| Jason | Calvin | Freeman |
| Mary | Ann | Freeman |
| Scott | M. | Freeman |
| Glen | Dale | Freeman, Jr. |
| Harry | E. | Friese |
| Savannah | B | Fritz |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Nickcole | Eddress | Fruge |
| Joel | | Fruge |
| Scott | Richard | Fryoux |
| Patricia | Ann | Fulford |
| Jacqueline | J. | Fulford |
| Richard | Allen | Fultz |
| Mary | H. | Funchess |
| Evelyn | Rose | Fuselier |
| Rose | Carrie | Fuselier |
| Evelyn | Rose | Fuselier |
| Rose | Carrie | Fuselier |
| Joseph | Terry | Gable |
| Gaynell | Yevette | Gabriel |
| Linda | Ann | Gabriel |
| David | Lee | Gaines |
| Barry | | Gaines |
| Pervis | T. | Gaines |
| Jean | E. | Gaines |
| Catina | A. | Gaines thomas |
| Joseph | N | Gaines, Jr. |
| Lorraine | | Galathe |
| Hugh | L | Gales |
| Remy | Carite | Galjour |
| Remy | Carite | Galjour |
| Natashia | Monique | Galle |
| Audra | M. | Galle' |
| Tonyeka | Deshon | Gallin |
| Druscilla | G. | Galloway |
| Rochelle | Louise | Galloway |
| Angela | D. | Gamell |
| Sequilla | | Gant |
| Shovone | Shaneek | Garcia |
| Katina | | Gardner |
| Pheobe | | Garfield |
| Lawrence | | Garrett |
| Iris | A. | Garrett |
| Darlene | Smith | Garrison |
| William | D. | Gathright |
| Jessie | James | Gatlin |
| Shirley | Ann | Gatlin |
| Doris | V. | Gauff |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Henrietta | Danyell | Gaunichaux |
| John | J. | Gaute |
| Curto | | Gautreaux |
| Robert | Jude | Gay |
| Fellman | | George |
| Ashdk | | Ghildyal |
| Donovan | Joshua | Gholar |
| Cathy | Day | Gibbs |
| Michelle | Theresa | *Gibbs* |
| Kelly | | Gibson |
| NayQuee | A. | Gibson |
| Kelly | | Gibson |
| Kimberly | A. | Gibson |
| Troy | C. | Gibson |
| Eva | D. | Gibson |
| Gwendolyn | Ann | Gibson |
| Donna | S. | Gibson |
| Walter | | Gibson |
| Bianca | Latrice | Gilbert |
| Brandy | Marie | Gilbert |
| Beverly | H | Gilbert |
| Inez | B. | Gilbert |
| Nathaniel | | Gilbert |
| Daniel | R. | Gilbert |
| LaTonya | Lynn | Gilbert |
| Latonya | Lynn | Gilbert |
| Frederick | John | Gilbert |
| Renada | Syndera | Giles |
| Patrick | | Gill |
| Gloria | R. | Gillespie |
| La'Keisha | Nicole | Gillespie |
| Gloria | R | Gillespie |
| John | Will | Gills |
| Johnwell | | Gills, Jr. |
| Linda | F. | Gilmore |
| Brandon | Michael | Gilmore |
| Nichekia | L. | Gilmore |
| Kutina | Marie | Gilmore |
| Brandon | Michael | Gilmore |
| Linda | F | Gilmore |
| Ashton | J. | Giron |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Jobeth | Michelle | Givens |
| Lois | B. | Givens |
| Elaine | W. | Givens |
| Anthony | B. | Gladstone |
| Wendell | Joseph | Glapion |
| Dianne | Marie | Glass |
| Ruby | S. | Glass |
| Rose | L | Glass |
| James | Willie | Gleason |
| Fannie | | Gleason |
| James | Willie | Gleason |
| James | Willie | Gleason |
| Joseph | | Gleason |
| Hazel | | Gleason |
| Tanya | Shanell | Glover |
| Jeraldmain | | Glover |
| Shirley | Audrey | Glover |
| Rebecca | | Glover |
| Shirley | | Glover |
| Jordan | N. | Glover |
| Felicia | Lynn | Glover |
| Shirley | Audrey | Glover |
| Michael | Scott | Godwin |
| Nita | B. | Godwin |
| Katherine | Calecas | Goertz |
| Kevin | Lloyd | Goertz |
| Ericka | A. | Goff |
| Joyce | | Gomez |
| Elmo | Camille | Gonzales |
| Duke | Lawrence | Goodwin |
| Betty | Ann | Gordon |
| Joe | L. | Gordon |
| Nolan | Herbert | Gordon |
| Vivian | | Gordon |
| Huey | Pierce | Gordon |
| Gladys | Marie | Gordon |
| Lawrence | Odester | Gordon, Jr. |
| Whitney | Ivory | Grace |
| Wendy | T. | Grant |
| Dorothy | Marrero | Grant |
| Ladaus | Lynn | Grant |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Connie | J. | Grant |
| Brian | Thomas | Grant |
| Stanley | Joe | Grant |
| Glenda | G | Graves |
| Donald | E. | Graves |
| Gina | Marie | Graves |
| Flavia | A. | Gray |
| Jean | M. | Gray |
| Gloria | G | Gray |
| Ruby | J. | Gray |
| Walter | Warren | Gray, Jr. |
| Coly | | Grayson |
| Herbert | Ernest | Grayson |
| Gail | J. | Greathouse |
| Inez | Laura | Green |
| Shelia | | Green |
| Sherrill | Marie | Green |
| Alvina | Chavis | Green |
| Chauncy | | Green |
| Marie | Antionette | Green |
| Patricia | Ann | Green |
| Vanessa | A. | Green |
| Jerome | | Green |
| Inez | Laura | Green |
| Lyndenett | Marie | Green |
| Lonnie | M. | Green |
| Terrell | M. | Green |
| Arthur | | Green |
| D'Wanna | | Green-Hayes |
| Deon | | Greeridge |
| Brad | J. | Gremillion |
| Decyonka | | Gresham |
| Yolanda | T. | Griffin |
| Monique | Marie | Griffin |
| Trina | D. | Griffin |
| Linda | Marie | Griffin |
| Cynthia | H. | Griffin |
| Shenita | | Griffin |
| Jacqueline | | Griffith |
| Willie | Dee | Griffith |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Linda | Duvall | Griffith |
| Kattie | L. | Grissom |
| Robert | Edgar | Groce |
| Robert | Edgar | Groce |
| Robert | Edgar | Groce |
| Eugene | C. | Groh |
| Corey | Edward | Groves |
| Louis | Gerard | Gruntz, III |
| Diana | G. | Gubbard |
| John | Paul | Guelfo, Sr. |
| John | Paul | Guelfo, Sr. |
| David | Allen | Gueringer |
| Jean | P. | Guerra |
| Jean | P. | Guerra |
| Norvan | J. | Guerra |
| Angeli | J. | Guient |
| Sherry | C. | Gurley |
| Debra | Marie | Gurley |
| Donald | Joseph | Guy, Jr. |
| King | | Hagan |
| Khaja | Aboul | Haikhan |
| Kenneth | Joseph | Haines |
| Angela | | Hale |
| Jenell | | Haley |
| Elaine | | Hall |
| Leona | | Hall |
| Jason | S. | Hall |
| Brenda | Diane | Hall |
| Sybil | M. | Hall |
| Debbie | M. | Hall |
| Terry | | Hall |
| Delilah | Ann | Hall |
| Selimma | Elizabeth | Hall |
| Johnetta | Lynn | Hall |
| Dimitri | R. | Hall |
| Tina | Marie | Hall |
| Edna | M. | Hamblin |
| Christi | D. | Hamilton |
| Tommy | Freddie | Hamilton |
| Othello & Debbie | | Hamilton |
| Linda | M. | Hamilton |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Tommy | Freddie | Hamilton |
| Diana | Marie | Hammer |
| Eddie | Lavell | Hampton |
| Davynel | Michelle | Hampton |
| Shaun | Michael | Hampton |
| Naomi | Hollins | Hampton |
| Noelle | Vionne | Hampton |
| Davynel | Michelle | Hampton |
| Jonathan | Derrick | Hampton |
| Tomiika | M. | Handy |
| Roosevelt | | Haney |
| Irma | Jean | Hansell |
| Shirley | C | Hansford |
| Serena | Ann | Hardy |
| Serena | Ann | Hardy |
| Terry | J. | Hargrave |
| Elmarie | | Hargrove |
| Latoya | Ann | Harness |
| Ronald | Allen | Harness |
| Sherika | Shantell | Harney |
| Yvonne | | Harper |
| Dayna | Lavas | Harper |
| Stephanie | Marie | Harrell |
| Bryon | Dewitt | Harrell |
| Teaneaka | Lydell | Harrell |
| Joseph | Henry | Harrell, Sr. |
| Raymond | | Harris |
| Jimmie | | Harris |
| Karen | A. | Harris |
| Zongnatra | Natrece | Harris |
| Gwendolyn | R. | Harris |
| Phillip | Thomas | Harris |
| LeJeune | Don | Harris |
| Levan | | Harris |
| Bernadine | | Harris |
| Dennis | Marie | Harris |
| Janice | Williams | Harris |
| Gabrielle | Rayann | Harris |
| Terrie | Ann | Harris |
| Tamara | Latisha | Harris |
| Lorraine | | Harris |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Horace | Alexander | Harris |
| Wanda | M. | Harris |
| Shanell | M. | Harris |
| Lynette | Shonetelle | Harris |
| Kiyonna | | Harris |
| Rhonia | | Harris |
| Robert | J. | Harris |
| Joycelyn | E. | Harris |
| Dolores | M. | Harris |
| Demetris | Lynn | Harris |
| Sandra | Ann | Harris |
| Nakita | L | Harris |
| James | Otis | Harris |
| Audrey | N. | Harris |
| Nakita | L | Harris |
| Joeann | Latrice | Harris |
| Allen | J. | Harris, Jr. |
| Lloyd | | Harris, Jr. |
| Albert | | Harrison |
| Belinda | S | Harrison |
| Donna | Marie | Harrison |
| Larry | S | Harrison, Jr. |
| Rolisha | Shantell | Harry |
| Helen | Marie | Harry |
| Kierral | Ireyon | Hart |
| Anitra | Mitchell | Hart |
| Carlita | Irene | Hart |
| Martha | J. | Hartford |
| Sharon | D. | Hartley |
| Sharon | Denise | Hartley |
| Younne | Rita | Hartman |
| Charlene | | Harvey |
| Hugh | Kendric | Harvey |
| Earl | J. | Harvey |
| Robin | Lynette | Hatcher |
| Lula | Magee | Haughton |
| Jermaine | | Hawkins |
| Walter | | Hawkins |
| Dorothy | J. | Hawkins |
| Gloria | | Hawkins |
| Roger | James | Hawkins |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Donald | Ray | Hawkins |
| Patricia | Lorraine | Hawkins |
| Cynthia | Jean | Hawkins |
| Lillie | Mae | Hawkins |
| Darlene | L. | Hawkins |
| Delores | | Hawkins |
| Lisa | Denise | Hawkins |
| Larry | | Hawkins |
| Warren | R. | Hawkins |
| Elmira | S. | Hawkins |
| Gwendolyn | Marie | Hawkins |
| Leroy | Robert | Hawkins |
| Crystal | J. | Hawkins-Pratt |
| Donald | James | Haydel, Sr. |
| Retha | | Hayes |
| Marvin | Lee | Hayes |
| Karen | T. | Hayes |
| Stephanie | B. | Hayes |
| Johnny | Lee | Hayes |
| Latashia | Ann | Hayes |
| Cherlyn | Ann | Hayes |
| Lakeisha | A. | Hayes |
| Kelli | A. | Haygood |
| Nyo | C. | Haygood |
| Gilbert | Larry | Haynes |
| Jacquelyn | Ann | Haynes |
| Shanda | Joy | Haynes |
| Janice | Marie | Haynes |
| Lisa | Cheryl | Haynes |
| Krystal | M. | Haynes |
| Gilbert | Larry | Haynes |
| Sheila | | Haynes-Hugle |
| Arden | Paul | Hebert |
| Jodi | Ann | Hebert |
| Philip | Joseph | Hebert |
| David | Paul | Hebert, Jr. |
| Joanne | Robinson | Hebrard |
| Natasha | Ann | Hebrard |
| Aiisha | Brown | Helmstetter |
| Stacy | Lynn | Henderson |
| Kenyatta | Shana | Henderson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Shantel | Michelle | Henderson |
| Frances | | Henderson |
| Darryl | | Henderson |
| Dinah | White | Henderson |
| Tiffany | M. | Henderson |
| Hettie | Mary | Henderson |
| Acqueline | A. | Henley |
| Yolanda | K. | Henry |
| Meranda | Marie | Henry |
| Amanda | Maria | Henry |
| Earl | Edward | Henry |
| Melvin | | Henry |
| Rodney | E. | Henry |
| Clarence | | Henry, Jr. |
| Janine | Marie | Herbert |
| Zenobia | Porche' | Herbert |
| Zenobia | Porche' | Herbert |
| Quincy | B. | Herbert |
| Quincy | B | Herbert |
| Regina | D. | Hess |
| Trina | Bonita | Hester |
| Rita | | Hibbs |
| Antionette | M. | Hickerson |
| Shanette | Marie | Hickerson |
| Bernadette | Marie | Hickerson |
| John | Wilbur | Hickey, Jr. |
| John | Wilbur | Hickory, Jr. |
| Janet | M. | Higgins |
| Felice | Simien | Hill |
| Shirley | Marie | Hill |
| Elearg | J. | Hill |
| Michael | | Hill |
| Keenan | Joseph | Hill |
| Patricia | B. | Hillard |
| Kathy | R. | Hillard |
| Danita | Charissa | Hillard |
| Nicole | Andrea | Hilliard |
| Tyra | J. | Hillman |
| Jolisce | Rosslyn | Hills |
| Alberta | Lucille | Hills |
| Tyrone | | Hilton |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Myrtle | L. | Hinds |
| Edison | Warren | Hockaday, Jr. |
| Louise | W. | Hodges |
| Louise | Wms | Hodges |
| Charmaine | D. | Holden |
| Katrina | M. | Holden |
| William | L. | Holden |
| Charmaine | D. | Holden |
| William | L. | Holden, Jr. |
| Clayton | L. | Holden, Jr. |
| Clayton | L. | Holden, Jr. |
| Clayton | L. | Holden, Jr. |
| Lavelle | | Hollard |
| Ernest | D. | Hollins |
| Jeraldine | B. | Holloway |
| Bobby | | Holloway |
| Elizabeth | T. | Holmes |
| Eliza | | Holmes |
| Yashiea | Gwendolyn | Holmes |
| Linda | George | Holmes |
| Rodnina | | Holmes |
| Keith | Michael | Holmes |
| Loretta | M. | Holmes |
| Everett | | Holmes |
| Latasha | Tomica | Holmes |
| John | Charles | Holmes |
| Linda | L. | Holmes |
| Denise | | Holmes |
| Henry | | Holmes |
| Maria | L. | Holmes |
| Keith | Michael | Holmes |
| Ernesto | Fajardo | Homtiveros |
| Paulette | | Honore |
| Pamela | Ann | Honore |
| Peter | Louis | Honore |
| Elesia | Dominique | Honore |
| Marsha | Sadie | Honore |
| Denise | Marie | Honore |
| Gwendolyn | Leah | Honore |
| Michael | D. | Honore |
| Ernesto | O. | Hontiveros |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Donald | | Hooker |
| David | | Hooker |
| Tomieka | Monteya | Hooker |
| Marion | G. | Hooker |
| Kim | Marie | Hookfin |
| Barbara | Jean | Horne |
| Dwayne | Christopher | Horton |
| Ernest | Rene | Horton |
| Elizabeth | | Houlihan |
| Elizabeth | Irene | Houlihan |
| Katrina | Landry | Houston |
| Hattie | C. | Houston |
| Mary | J. | Houston |
| Rene | Marie | Howard |
| Datayna | Marvin | Howard |
| Dorothy | Mae | Howard |
| Quincy | | Howard |
| Deidre | B. | Howard |
| Yosha | Monay | Howard |
| Roslyn | | Howard |
| Alice | N. | Howard |
| Dionne | | Howard |
| Alicia | | Howard |
| Tia | Kiara | Howard |
| Ashley | D. | Howard |
| Rita | Mae | Howard |
| Thelma | A. | Howard |
| Cathy | Marie | Howard |
| Niala | Lynn | Howard |
| Angelique | | Howard |
| Cynthia | J | Howard |
| Rhonda | Jean | Howard |
| June | | Howard |
| Donald | Eugene | Howard |
| James | Lloyd | Howard |
| Danielle | Je'Net | Howard |
| Norman | C. | Howard |
| Leo | | Howard, IV |
| Wendell | | Howard, Sr. |
| Lissette | Marie | Howard-Poche |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Howard | S. | Howze |
| Shawn | N. | Howze |
| Lashanda | Marie | Hubbard |
| Emma | L | Hubbard |
| Alex | Lee | Hubbard |
| Emma | Lee | Hubbard |
| Lajoin | P | Hubbard |
| Ronald | | Hubbard |
| Nakita | Atiba | Hubbard-Carriere |
| Elaine | | Hudson |
| Marvin | Walter | Hudson, Sr. |
| Thelma | D | Hughes |
| Errou | Douglas | Hughes |
| Ramona | Marie | Hughes |
| Trenell | Monique | Hugle |
| Glenda | R. | Hunter |
| Josephine | Clouder | Hunter |
| Adrian | L | Hunter |
| Carlee | D. | Hunter |
| Andrea | Marie | Hunter |
| Wilfred | | Huntley |
| Brenda | Maree | Hurst |
| Lana | Theresa | Hutchinson |
| Dian | Ann | Hutchison |
| Aliree | Y. | Hutson |
| Toyna | Cousin | Igwike |
| Valerie | Dawn | Irvin |
| Laura | Rebecca | Irvin |
| Etta | Mary Mitchell | Irvin |
| Charles | | Irvin, Sr. |
| Lazara | Elisa | Irving |
| Donyetta | | Ivew |
| Damion | Luke | Jack |
| Lenora | Young | Jackson |
| Charlie | L. | Jackson |
| Jacqueline | Marie | Jackson |
| Sylvia | G. | Jackson |
| Aleta | E. | Jackson |
| Sharon | R. | Jackson |
| Natasha | Marie | Jackson |
| Sandra | L. | Jackson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Shelia | K. | Jackson |
| Bernard | | Jackson |
| Deloys | | Jackson |
| Gloria | C. | Jackson |
| Jessica | Lee | Jackson |
| Juanita | Sherese | Jackson |
| Monique | Kellie | Jackson |
| Angel | M. | Jackson |
| Joemar | | Jackson |
| Shantell | Alice | Jackson |
| John | | Jackson |
| Sharon | R. | Jackson |
| Morris | Lee | Jackson |
| Lorraine | | Jackson |
| Francesca | Marie | Jackson |
| Donald | Ray | Jackson |
| Catherine | | Jackson |
| Anteal | | Jackson, Jr. |
| Bryant | M. | Jackson, Sr. |
| Brenda | Hayes | Jacob |
| Jon | Joseph | Jacobs |
| Melvin | | James |
| Steve | Rudolph | James |
| Wilson | Joseph | James |
| Antoinette | | James |
| Christopher | Nicholas | James |
| Shella | Marie | James |
| Oscar | Anthony | James |
| Elizabeth | H. | James |
| Keith | Dennis | James |
| Diane | M. | James |
| Shanelle | Nacelyn | James |
| Aklemia | Dugue | James |
| Wanda | Jean | James |
| Pamela | C | James |
| Virginia | Miller | James |
| Barry | G. | James |
| Gaynell | | James |
| Sheila | Marie | James |
| Kwanda | | James |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Valeka | D. | James |
| Samuel | | James |
| Barbara | Ann | James |
| Sylvia | | James |
| Creal | | James, Sr. |
| Waynell | | Jamison |
| Janice | Reed | Jamison |
| Mona | Marie | Janeau |
| Barbara | Jean | Janeau |
| Bernadine | Sandy | Jarmon |
| Ernest | Joseph | Jarreau |
| Lilly | Mae | Jarrow |
| Sylvia | M. | Jasmine |
| Lucille | Calice | Jeanpierre |
| Zana | Simone | Jeanpierre |
| Rettie | T. | Jefferson |
| Andre | | Jefferson |
| Ashanti | R. | Jefferson |
| Shirley | M. | Jefferson |
| Desiray | | Jefferson |
| Rettie | T. | Jefferson |
| Latoya | | Jefferson |
| Gwen | M. | Jefferson |
| Marnie | L | Jefferson |
| Audrey | | Jefferson |
| Wanda | Jean | Jeffries |
| Keoka | | Jenkins |
| Gwendolyn | Emelda | Jenkins |
| Justin | Henry | Jenkins |
| Chester | Burl | Jenkins |
| Lionel | Louis | Jenkins |
| Lionel | Louis | Jenkins |
| Paula | M. | Jenkins |
| Johnny | | Jenkins |
| Cathy | Marie | Jenkins |
| Marsha | M. | Jenkins |
| Sandra | Susan | Jenkins |
| Maurice | Tony | Jessemy |
| Louvenia | W. | Jessemy |
| Gill | G. | Jesusa |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Lillian | G. | Johns |
| Deborah | R. | Johnson |
| Allan | B. | Johnson |
| Felton | Kenny | Johnson |
| Rozitta | | Johnson |
| Lester | V. | Johnson |
| Tasha | Nicole | Johnson |
| Nicole | Dannielle | Johnson |
| Kalona | Patrice | Johnson |
| Ronald | W. | Johnson |
| Marion | | Johnson |
| Bertha | H. | Johnson |
| Bobbie | Jean | Johnson |
| Helena | M. | Johnson |
| Louise | J. | Johnson |
| Treilis | Shontell | Johnson |
| Sansli | Tynell | Johnson |
| Olga | M. | Johnson |
| Craig | T | Johnson |
| Shantreaka | Danita | Johnson |
| Jaridine | | Johnson |
| Jacquelyn | | Johnson |
| Keith | Anthony | Johnson |
| Joycelyn | Ann | Johnson |
| Tammy | Marie | Johnson |
| Toinette | Marie | Johnson |
| Michael | Anthony | Johnson |
| Sybil | Renee | Johnson |
| Ken | Gerard | Johnson |
| Linda | F. | Johnson |
| Rosalie | | Johnson |
| Shatoyar | Deon | Johnson |
| Iris | Lauinia | Johnson |
| Loretta | | Johnson |
| Jimmie | G | Johnson |
| Tracey | Michelle | Johnson |
| Herman | | Johnson |
| Sylvia | A. | Johnson |
| Felix | T. | Johnson |
| Glenda | M. | Johnson |
| Leon | S. | Johnson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Carolyn | Ann | Johnson |
| Theresa | | Johnson |
| Paula | Ann | Johnson |
| Michael | J. | Johnson |
| Clennon | | Johnson |
| Leslie | Sanchez | Johnson |
| Torrie | Tranece | Johnson |
| Stanley | M. | Johnson |
| Monchel | Anise | Johnson |
| Kendra | Nichole | Johnson |
| Debbie | Ann | Johnson |
| Zina | Marie | Johnson |
| Anthony | James | Johnson |
| Glenda | M. | Johnson |
| Berridel | J. | Johnson |
| Lola | B | Johnson |
| Shondra | B. | Johnson |
| Jocelyn | O. | Johnson |
| James | Henry | Johnson |
| Alma | Alicia | Johnson |
| Shatonia | D | Johnson |
| Armanita | | Johnson |
| Mary | Magee | Johnson |
| Landon | Jerome | Johnson III |
| Leroy | Anthony | Johnson III |
| August | Lewis | Johnson, Jr. |
| Leroy | | Johnson, Jr. |
| John | | Johnson, Jr. |
| Kerin | | Johnson-Williams |
| Danielle | L. | Johnson-Young |
| Rita | M. | Joiner |
| Anthony | | Jones |
| Samuella | | Jones |
| Debbie | | Jones |
| Emily | B. | Jones |
| Shawn | | Jones |
| Debra | A. | Jones |
| Dexter | | Jones |
| Marilyn | Taylor | Jones |
| Kewanna | M | Jones |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Robert | Lawrence | Jones |
| Michele | Christian Windgard | Jones |
| Milton |  | Jones |
| Yvonne | C. | Jones |
| Shawn | Marie | Jones |
| Kewanna | Marie | Jones |
| Diane | Renee | Jones |
| Jason | M. | Jones |
| Cyeandra |  | Jones |
| Glenn | Martin | Jones |
| Shawn |  | Jones |
| Ryan | Symus | Jones |
| Tomeka | Tisha | Jones |
| Phyllis | T. | Jones |
| Julia | C | Jones |
| Garry | Lee | Jones |
| Gwendolyn | Thornton | Jones |
| Miriam | Marie | Jones |
| Shantrese | M. | Jones |
| Viola | L. | Jones |
| Wendell |  | Jones |
| Nicole | Shanell | Jones |
| Elona | Ruth | Jones |
| Kewanna | Marie | Jones |
| Sheleta |  | Jones |
| Antonio | Thomas | Jones |
| Lisa | Elizabeth | Jones |
| Roshonda | Scherome | Jones |
| Rose |  | Jones |
| Gail | Marie | Jones |
| Jennifer | Marie | Jones |
| Melvin |  | Jones |
| Tommy | Leo | Jones |
| Shawn |  | Jones |
| Joyce | Marie | Jones |
| Cyeandra | Nijyl | Jones |
| Marilyn | Taylor | Jones |
| Darrell | Lee | Jones |
| Daphne | Rene | Jones |
| Jacqueline | Noella | Jones |
| Rebecca | W. | Jones |

| Table | | |
| First Name | Middle Name | Last Name |
| --- | --- | --- |
| Benjamin | Anthony | Jones |
| Theresa | J. | Jones |
| Keshuna | Reniche | Jones |
| Jwanika | Marguerite | Jones |
| Harriet | Giant | Jones |
| Shawn | M. | Jones |
| Bobbie | M. | Jones |
| Ethelyn | A. | Jones |
| Gilda | Marie | Jones |
| Joyce | Marie | Jones |
| Angela | Marie | Jones |
| Robert | Earl | Jones |
| Hudson | B. | Jones |
| Clarence | P. | Jones III |
| Leonard | | Jones III |
| Edward | W. | Jones IV |
| Edward | W. | Jones, III |
| John | | Jones, IV |
| Kenneth | Michael | Jones, Jr. |
| Waldo | | Jones, Jr. |
| Willie | B. | Jones, Jr. |
| Lionel | | Jones, Sr. |
| Lanette | B. | Jones-Washington |
| Zenia | Autrell | Jones-Williams |
| Joycelyn | E. | Jordan |
| Marion | M. | Jordan |
| Gerald | | Jordan |
| Consuella | | Jordan |
| Wash | | Jordan |
| Cassandra | | Jordan |
| Earl | | Joseph |
| Ann | R. | Joseph |
| Armytean | | Joseph |
| Brenda | Jean | Joseph |
| Ja'Shaun | Durel | Joseph |
| Donald | R. | Joseph |
| Kent | Penvell | Joseph |
| Eranda | Tameka | Joseph |
| Breaon | Deshawn | Joseph |
| Yvette | C. | Joseph |