## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Elaine | A. | Joseph |
| Justine | | Joseph |
| Bennett | | Joseph, Sr. |
| Karen | Marie | Joseph-Davis |
| Carol | Anneil | Joshua |
| Betty | Jean | Journey |
| Suhad | | Judeh |
| Maceola | | Julian |
| Benjamin | Joseph | Julian, Jr. |
| Furnell | C. | Junius, Sr. |
| Shantel | Marie | Jynes |
| Donald | L. | Kaufman |
| Robert | J. | Kazik |
| Gerald | E. | Keenan |
| Geraid | E. | Keenan |
| Hilda | M. | Kelley |
| Irene | | Kelley |
| Danny | S. | Kelley, Sr. |
| Tramall | | Kellup |
| Antoinette | N. | Kelly |
| Joan | | Kelly |
| Ernest | | Kelson |
| Nadia | Anais | Kendrick |
| Gloria | P. | Kendrick |
| Thelma | T. | Kendrick |
| Sylvia | Jean | Kendrick |
| Thelma | T. | Kendrick |
| Chris | Edward | Kennedy |
| Delia | R. | Kennedy |
| Jabez | James | Kensey |
| Sidney | J. | Keppard |
| Karamita | | Ker |
| Zelda | Mazique | Ketchens |
| Edna | D. | Key |
| Elaine | | Keys |
| Cynthia | Marie | Keys |
| Khaja | Abdul | Khader Khan |
| Zakirunnisa | B. | Khan |
| Rubina | Samer | Khan |
| Jill | Marie | Kilmer |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Tywanda | | Kimbrough |
| Carrie | | Kinard-Edward |
| Shawnee | Marie | King |
| Isreal | P. | King |
| Geraldine | M. | King |
| Danielle | Tanisha | King |
| Corinne | Henry | King |
| Geanna | A. | King |
| Marcus | B. | Kingston |
| Robert | | Kingston |
| Steven | Joshua | Kinney |
| Cheryl | A. | Kirkland |
| Denetria | Marie | Kisack |
| Roy | Milton | Kitchens |
| Edward | H. | Knight |
| Rose | Mary | Knighten |
| Trannice | S. | Knighten |
| Trannice | Shaunta | Knighten |
| Venessa | C. | Knighten |
| Lionel | James | Knighten |
| Ruby | Yvette | Knox |
| Karen | Ann | Knox |
| Diana | Zethbora | Knox |
| Linda | C | Knudsen |
| Dorothy | C. | Kramer |
| Dorothy | C. | Kramer |
| Henry | Jerome | Kramer, III |
| Stanley | James | Krantz, III |
| Edward | Peter | Krass, III |
| Amelia | Packard | Kuhn |
| Upendo | | Kushindana |
| Frank | Yiu | Kwan |
| Tracy | Marie | Labat |
| Kortnie | Marie | Labat |
| Glenn | Anthony | Labat, Jr. |
| Sonya | Theresa | Lacey |
| Michelle | | Ladner |
| David | | LaFrance |
| Burnell | Robertson | LaFrance |
| Geraldine | Beatrice | Laine |
| Paul | Joseph | Lalla |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Eva | Lina | LaMartz |
| Sherlyn | H. | Lambert |
| Anita | M. | Lamerson |
| Lisa | | Lamerson |
| Bettie | J. | Lamerson |
| Kim | Marie | Lamerson |
| Leon | | Lamerson |
| Deborah | Foster | Lamotte |
| Linda | Marie | Lampton |
| Mildred | H. | Lampton |
| Philip | O. | Lampton |
| Michelle | Antionnette | Landry |
| Mildred | W. | Landry |
| Julie | Ann | Landry |
| Damian | Anthony | Landry |
| Marilyn | | Landry |
| Joyce | M. | Landry |
| Dawn | N. | Landry |
| Brenda | | Landry |
| Monique | Marie | Landry |
| Deborah | J. | Landry-Boyd |
| Keesha | Arlyndria | Lanehart |
| Debra | Jean | Lange |
| Debra | Jean | Lange |
| Burnell & Renee | G. | Langie |
| Keenan | S. | Langston |
| Faye | Gougisha | Larche |
| Florence | | Larkin |
| Santel | Maria | Larkins |
| Washington | Edward | Larkins |
| Gilbert | | Larry |
| Mary | Ann | Lashley |
| Andrea | Marie | Lastie |
| Kim | Marie | Lastie |
| Kim | Marie | Lastie |
| Patricia | Marie | Lation |
| Renee | S. | Laurendine |
| Padrica | Sherelle | Lawes |
| Natasha | Grace | Lawrence |
| Tameca | Nicole | Lawrence |
| Sheryl | Ann | Lawrence |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Jessie | Mae | Lawrence |
| Marion | B | Lawrence |
| James | Tyrone | Lawrence |
| Edward | | Lawrence |
| Louis | | Lawrence, III. |
| Gaynell | E. | Leal |
| Mary | Jo | Leaper |
| Alma | V. | LeBeau |
| Paul | | Leblanc |
| Ariane | Courtney | LeBlanc |
| Bernadine | D. | LeBoeuf |
| Valerie | Moore | Lee |
| Ethel | M. | Lee |
| Donna | Yevette | Lee |
| Phyllis | | Lee |
| Blair | J. | Lee |
| Preston | Robert | Lee |
| Jerri | Monique | Lee |
| Shirley | | Lee |
| Rosetta | | Lee |
| Eugene | | Lee |
| Richard | A. | Lee |
| Tesa | Olivia | Lee |
| Gioria | | Lee |
| Beatrice | D. | Lee |
| Letitia | M. | Leflore |
| Patricia | Ann | Leflore |
| Valda | M. | Legendre |
| Tennielle | Crystal | Legendre |
| Ethel | Lee | Legendre |
| JoAnne | | Legendre |
| Tara | Channell | Legendre |
| Judith | | Legendre |
| Justin | B. | Leggett |
| Helen | Marie | Legier |
| Tricia | P. | LeGrone |
| Kathleen | M. | Lehnen |
| Stella | Marie | LeJeune |
| Raynelle | Mark | Lennix |
| Raynelle | Mark | Lennix |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Raynelle | Mark | Lennix |
| Raynelle | Mark | Lennix |
| Patrick | Orlando | Lenoir |
| Barbara | A. | Leonard |
| Carol | R. | Leonard |
| Berita | N. | Leonard |
| Tressie | Quest | Levy |
| Ruthie | Evans | Levy |
| Javon | Alexis | Levy |
| Janice | Elaine | Lewis |
| Karen | Becknel | Lewis |
| Karen | Jude | Lewis |
| Rachelle | Felce | Lewis |
| Roy | Anthony | Lewis |
| Betty | L. | Lewis |
| Shawna | Janell | Lewis |
| Sabrika | NaQuell | Lewis |
| Douglas | R. | Lewis |
| Mary | Ann | Lewis |
| Suzette | Marie | Lewis |
| Latoya | Eonica | Lewis |
| Antoinette | L | Lewis |
| Joseph | C. | Lewis |
| Shirley | Girtley | Lewis |
| Duane | Bush | Lewis |
| Jimmie | L. | Lewis |
| Vanessa | | Lewis |
| Leonard | | Lewis |
| Doris | Mae | Lewis |
| Dawn | S. | Lewis |
| Charmaine | M. | Lewis |
| Leteisha | Richelle | Lewis |
| Sonjia | Mathilda | Lewis |
| Aldon | Erroll | Lewis |
| Shirley | Smith | Lewis |
| Kristopher | Joseph | Lewis |
| Yolanda | Marie | Lewis |
| Walter | | Lewis |
| Gloria | S. | Lewis |
| Myra | Marion | Lewis |
| Tequilla | K. | Lewis |
| Gerard | Lee | Lewis |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Eva | | Lewis |
| Lorie | Ann | Lewis |
| Antoiette | Elizabeth | Lewis |
| Sean | E. | Lewis |
| Dwane | Cherise | Lewis |
| Douglas | R. | Lewis, Jr. |
| Ceophus | None | Lewis, Jr. |
| Robert | Lee | Lewis, Sr. |
| Ceophus | | Lewis, Sr. |
| Ronald | Joseph | Lewis, Sr. |
| Kewanya | | Lewis-Pierre |
| Delvon | Eugene | Lidnsey |
| Luis | A. | Linares |
| Samuel | | Lindsay, Jr |
| Floyd | J. | Lindsey |
| Rosalind | Octavia | Lindsey |
| Shelia | M. | Lister |
| Sheua | M | Lister |
| Brian | Mark | Llopis, Sr. |
| Phil | S. | Locicero |
| Ramona | Andrea | Lockett |
| Curtis | A. | Lockwood |
| Pearl | | Lofton |
| Carlos | M. | Lois |
| Michelle | Marie | Lollis |
| Debra | Ann | Lollis |
| Mary | L. | Lollis |
| Edward | | Lombard |
| Sandra | | Lombard |
| Tracy | | London |
| Connie | | London |
| Ada | M. | London |
| Linda | Jean | Long |
| Judy | Wells | Long |
| John | L. | Lopez, Jr. |
| Danny | M. | Lott |
| Ross | McKeehen | Louis |
| Rose | P. | Louviere |
| Kathryn | Fulco | Lovell |
| Terry | B | Loving |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Warren | | Loweida |
| James | | Lowery |
| Dana | Washington | Lozada |
| Anthony | Michael | Lubrano |
| Lamar | Michael | Lucas |
| Gale | | Luckett |
| Bayanda | Cantrell | Luckett |
| Kenneth | A. | Luke |
| Gilbert | M. | Luke, Sr. |
| Gilbert | M. | Lukes, Sr. |
| Irma | Jean | Lumpkin |
| Charlene | Gerard | Luna |
| Bridget | LaShell | Lutcher |
| Hau | Andy | Luu |
| Hazel | | Lyons |
| Carolyn | Ann | Lyons |
| Melvin | | Lyons |
| Eric | D | Lyons |
| Detra | Martie | Lyons |
| Gail | Marie | Mack |
| Sherlyn | Denise | Mack |
| Jaime | Lyn | Mack |
| Betty | W. | Mack |
| Rochelle | Marie | Mack |
| Betty | W. | Mack |
| Broderick | D. | Mack |
| Chrishona | | Mack |
| Rochelle | Marie | Mack |
| Stacy | Marie | Mackey |
| Lelia | O. | Mackey |
| Lelia | O. | Mackey |
| Lelia | O. | Mackey |
| Jacquelyn | S. | Mackie |
| Renita | Yolanda | Maffett |
| Thelma | Shannon | Magee |
| Edwin | Allen | Magee |
| Maude | B. | Magee |
| Barbara | Ann | Magee |
| Olivette | | Magee |
| Shun | Shafong | Magee |
| Janice | Rena | Magee |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Emma | Jean | Magee |
| Ja'Hira | Renee | Magee |
| Alma | E. | Magee |
| Shannon | M. | Maheia |
| Allen | Vernon | Mahogany |
| Victoria | Ida | Major |
| Kathy | Lee | Major |
| Tyrone | | Major |
| Jerry | | Major, Sr. |
| Elaine | Ann | Maldonado |
| Michael | | Malone, Jr. |
| Rose | Mary | Malone-Jones |
| Woodrow | Manuel | Manego |
| Keith | Anthony | Manego |
| Cirilo | R. | Manego, Jr. |
| Patricia | B. | Maney Sloan |
| Debra | Denise | Mann |
| Brian | E. | Manning |
| Brian | E. | Manning |
| Gerald | Paul | Mansion |
| Henrietta | | Manuel |
| Joycelyn | Ann | Manuel |
| Ishaya | Shantel | Manuel |
| Dorma | A. | Marchand |
| Lawrence | Anthony | Marco, Sr. |
| Kerry | Todd | Margin |
| Robert | J. | Margin |
| Antonia | G. | Marigny |
| Patricia | R. | Marigny |
| Simone | M. | Marion |
| Ramona | Lisa | Mark |
| Gregory | | Mark |
| Desiree | | Mark-Hall |
| Ashanti | Deshawn | Markham |
| Theodore | | Marks |
| Madeline | J. | Marsh |
| Mary | A. | Marshall |
| Bennie | Mary | Marshall |
| William | | Marshall |
| Sandra | W. | Marshall |
| Ashley | Nicole | Martin |

| First Name | Middle Name | Last Name |
|---|---|---|
| Bridgette | Ann | Martin |
| Nicole | Sorisa | Martin |
| Malita | C. | Martin |
| Zelma | T | Martin |
| Lois | Grace | Martin |
| Dianne | | Martin |
| Ralph | | Martin |
| James | Lester | Martin |
| David | Joseph | Martin |
| Ursula | S. | Martin |
| Ralph | | Martin |
| Lois | L. | Martin |
| Barbara | Jean | Martin |
| Gayneil | | Martin |
| Raymond | L. | Martin |
| Ursula | Smith Zinda | Martin |
| Leslie | Terese | Martinez |
| Shirnetta | T. | Mason |
| Jason | A. | Mason |
| Dina | Earlina | Mason |
| Mary | | Mason |
| Desiree' | Marie | Mason |
| Clabe | | Mason, Jr. |
| Philip | Joseph | Massey |
| Shona | Shantrell | Massey |
| Lucille | | Mathews |
| Thomas | Edward | Mathis |
| Mary | J. | Matthews |
| Laura | Ann | Matthews |
| Ebaine | N. | Matthews |
| Trina | Ann | Matthews |
| Nanette | | Matthews |
| Lawrence | Junior | Matthews |
| Trina | Ann | Matthews |
| Belinda | Marie | Matthews |
| Linda | Joyce | Matthews |
| Pervis | | Matthews III |
| Marcia | Chante | Maulet |
| Pamela | Watson | Maulet |
| Pamela | Watson | Maulet |
| Dennis | C. | Maulet II |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Dennis | C. | Maulet, II |
| Tequilla | Kimyatayatia | May |
| Yvonne | Decado | May |
| Allen | E | Mayberry |
| Dionne | | Mayberry |
| Henry | Mitchell | Maye |
| Lisa | Maria | Maye |
| Roland | | Mayeux |
| Michael | Jude | Mayeux |
| Lois | M. | Mayho |
| Cheryl | James | McCall |
| Eric | Michael | McCall, Sr. |
| Olive | Donald | McCloud |
| Willie | J. | McCloud, Jr. |
| Bruce | | McClue, Jr. |
| Paulette | Ann | McCormick |
| Karen | Marie | McCormick |
| Roscoe | | McCormick |
| Dan | | McCorvey |
| Linda | Chapman | McCovins |
| Loretta | Mark | McCraney |
| Shelley | Thomas | McCray |
| Leslie | D. | McDaniel |
| Anna | T. | McDermott |
| Rhonda | B. | McDermott |
| Aaron | Charles | McDonald |
| Lewis | | McDonald |
| Manson | | McDonald |
| Bryant | Anthony | McDonald |
| Allen | Lewis | McDonald |
| Judy | Kitts | McDonald |
| Mary | J. | McDonald |
| Genevia | | McDonald |
| Mamie | Lee | McDowell |
| April | Michele | McDuffy |
| Damien | Gerard | McDuffy |
| Grace | C. | McFarland |
| Dina | Ray | McGee |
| Denise | J. | McGee |
| Mattie | L. | Mcgee |
| Kim | Martha | McGee |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Dolly | | McGraw |
| David | Leon | McGraw |
| David | Leon | McGraw |
| James | C. | McGuinness, Jr. |
| Larrielle | Marie | McGuire |
| Michael | Wayne | McGuire |
| Valencia | | McKay |
| Catherine | L. | McKay |
| Doris | J. | McKendall |
| Keyana | E. | McKennie |
| James | Donald | McKenzie |
| Alger | Mae | McKenzie |
| James | Donald | McKenzie |
| James | Donald | McKenzie |
| Delores | | McKinney |
| Gloria | | McKinney |
| Bessie | L. | McKnight |
| Latosha | C. | McKnight |
| Janelle | | McKnight |
| Claudette | Ford | McKnight |
| Latanya | Monique | McKnight |
| Lynell | James | McKnight |
| Ayisha | T. | McKnight |
| Devairr | L. | McLaughlin |
| Dionne | Lysean | McLaughlin |
| Nicole | Marie | McLeod |
| Dewitt | | McMillian |
| Dewitt | | McMillian |
| Donald | Ray | McNeil |
| Frances | G. | McShane |
| Shannon | Elise | McSwain |
| Raymond | | McWilliams, Sr. |
| Randi | Lyn | Meadoux |
| Kesha | Ann | Mearis |
| Cathy | Ann | Melancon |
| Carolyn | | Melancon |
| Mae | Alice | Melancon |
| Karen | Ring | Melerine |
| Shannon | A. | Melerine |
| Betty | V. | Melerine |
| Herman | J. | Mellema |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Ricardo | David | Melrose |
| Vivian | Anita | Menendez |
| Lloyd | P. | Menesses, Sr. |
| Lloyd | Peter | Menesses, Sr. |
| Lloyd | P. | Menesses, Sr. |
| Gail | | Menville |
| Fred | J. | Menville, Jr. |
| Felicia | Shawn | Mercadel |
| Raymond | Thadeus | Mercadel |
| Marvin | J | Mercadel |
| Bobbie | G. | Mercadel |
| Florence | Theresa | Mercadel |
| Arnold | Paul | Mercadel |
| Trina | Marie | Mercadel |
| Betty | M. | Merrell |
| Gladys | B. | Merrick |
| O'Neal | | Merrick |
| Tyrone | | Merricks |
| Tyrone | | Merricks |
| Evelyn | Mae | Merricks |
| Marilyn | R. | Merridth |
| Connie | Frances | Merriell |
| Hattie | M. | Merriell |
| Charles | E. | Merriell |
| Katrice | B | Merrit |
| Emile | Joseph | Messina |
| Joseph | John | Messina |
| Etta | Dean | Meyers |
| Theodore | A | Michel |
| Yvonne | G. | Michel |
| Hager | M. | Mickens |
| Cherry | Ann | Milanes |
| Gloria | V. | Miles |
| Gloria | Jamel | Miles |
| Kiefe | Maria | Miles |
| Kentrel | Deon | Miller |
| Jamal | A. | Miller |
| Laura | Mae | Miller |
| Shicola | R. | Miller |
| Kimberly | Deloris | Miller |
| Carol | Darlene | Miller |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Gabrina | Marie | Miller |
| Peggy | Larmeu | Miller |
| Irwin | Glenn | Miller |
| Randall | Paul | Miller |
| Linda | Mae | Miller |
| Ralph | E. | Miller |
| Dorothy | | Miller |
| Shakinah | Monique | Miller |
| Joenathan | | Miller, II |
| Joenathan | | Miller, II |
| Daniel | Ray | Mills |
| Lanaya | Monique | Mills |
| Daniel | Ray | Mills |
| Cynthia | | Milton |
| Yolanda | Monique | Milton |
| Ernest | | Mims |
| Alton | | Mims |
| Ernest | | Mims |
| Ernest | | Mims |
| Valerie | Denise | Minor |
| Keron | LaToya | Minor |
| Kaonta | Elmes | Minor |
| Naomi | | Minor |
| Evelio | | Miranda |
| Leslie | D. | Mitchell |
| Arkell | Beth | Mitchell |
| Michelle | H | Mitchell |
| Alfredo | | Mitchell |
| Venita | | Mitchell |
| Mario | Anthony | Mitchell |
| Quinton | Lamar | Mitchell |
| Michael | | Mitchell |
| Lashonda | Ann | Mitchell |
| Perretta | White | Mitchell |
| Angelus | Douglas | Mitchell |
| Claudette | J. | Mitchell |
| Michael | | Mitchell |
| Leo | D. | Mitchell |
| Arthur | *Bernard* | Mitchell, III |
| Arthur | Bernard | Mitchell, III |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Warren | A. | Mitchell, Jr. |
| Mallarie | | Mixon |
| Renita | Yolanda | Moffett |
| Kasey | Lynn | Mogilles |
| Herlin | P. | Mogilles, Jr. |
| Tyree | Jonnell | Molett |
| Barbara | Ann | Moliere |
| Mary | | Moliere |
| Diedra | B | Monroe |
| Lercongra | Novelle | Monroe |
| Juanita | | Monroe |
| Sherida | | Montague |
| Shelly | Marie | Montegue |
| Valencia | J. | Montgomery |
| Jacquelyn | | Montgomery |
| Veronica | S. | Montrel |
| Edith | | Moore |
| Jenny | L. | Moore |
| Rene | V. | Moore |
| Erica | Christina | Moore |
| Ean | Christian | Moore |
| Jovanka | Deann | Moore |
| Edith | Mariah | Moore |
| Antoinette | Karen Marie | Moore |
| Lisa | Ann | Moore |
| Andrea | Demetrice | Moore |
| Eric | Christopher | Moore, Jr. |
| Eric | Christopher | Moore, Sr. |
| Joshua | Daniel | Moran |
| Welldina | Higgins | Moran |
| Joshua | Daniel | Moran |
| LaJordan | Marie | Moran |
| Michel | A. | Moreau, Jr. |
| Leroy | John | Morel, Sr. |
| Ricky | Javon | Morgan |
| Tommy | | Morgan |
| Tiffany | Waynette Evelyn | Morgan |
| Pamela | Ann | Morgan |
| Aprii | Marie | Mornay |
| Eyvonne | W | Morris |
| Alicia | Marie | Morris |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Gaile | Marie | Morris |
| Taquencia | Asaundra | Morris |
| Jonathan | | Morris |
| Paul | V. | Morris |
| Theresa | | Morris |
| NeJuan | Jeanne' | Morris |
| Alvin | | Morris |
| Judy | Ramona | Morris |
| Loraine | B | Morton |
| Antoinette | Ann | Morton |
| Farrah | Lynn | Moses |
| Cesonia | G. | Moses |
| Shenitina | J. | Moses |
| Robert | | Mosley |
| Betty | Jean | Mosley |
| Nicole | Patricia | Mosley |
| Dawn | Marie | Mosley |
| Evelina | | Mosley |
| Tyreka | Russell | Mosley |
| Paul | | Mosley, Sr. |
| Paul | | Mosley, Sr. |
| Shirley | Mae | Moss |
| Annyana | Lela | Moss |
| Zina | Deneen | Motton |
| Whanne | R. | Mullen, Jr. |
| Paula | Ann | Murdock |
| Rezena | Irene | Murphy |
| Nicole | Demore | Murphy |
| Sara | | Murray |
| Marilyn | A. | Murray |
| Austin | Thomas | Murray |
| Gary | P. | Murray |
| Kathy | Mae | Murray |
| Gertrude | | Murray |
| Rosia | E. | Murray - Lollis |
| Edward | | Murray, Jr. |
| Robert | Arthur | Muse |
| Tora | D. | Muse |
| Robert | Arthur | Muse |
| Qiana | C. | Muse |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Robert | Arthur | Muse, Jr. |
| Cheryl | Denise | Mushatt |
| Althea | Smith | Myers |
| Latrice | D. | Myers |
| Warren | | Myles |
| Jerry | | Napoleon, Sr. |
| Joyce | Ann | Nash |
| Joyce | A. | Nash |
| Vivian | Tammy | Neely |
| Veronica | K. | Nelson |
| Adriana | M. | Nelson |
| Natasha | Debra | Nelson |
| Linda | V | Nelson |
| Catherine | | Nelson |
| Octavious | Demond | Nelson |
| Atia | Quinetta | Nelson |
| Renoitta | Antoinette | Nelson |
| Kip | Maurice | Nelson |
| Bridget | Denise | Nelson |
| Winnie | F. | Nelson |
| Shelly | Monique | Nelson |
| David | | Nelson |
| Sheila | Denise | Nelson |
| Dorothy | T. | Nelson |
| David | | Nelson |
| Victor | J. | Nelson, Jr. |
| Victor | Joseph | Nelson, Sr. |
| Tammy | Lynn | Nero |
| Michael | Anthony | Nero |
| Joseph | | Nero, Jr. |
| Eugene | Raylon | Netter |
| Felicia | Lashay | Nettles |
| Sally | Mae | Nettles |
| Demetrius | | Neville |
| Cecile | Marie | New |
| Craig | A. | Newchurch |
| Carol | Ann | Newman |
| Cynthia | Marie | Newman |
| Alfreda | Marie | Newsome |
| Lyda | Louise | Newton |
| Veronica | A. | Newton |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Jack | A. | Newton |
| Terry | Alanzo | Newton |
| Yvette | Cecelia | Nicholas |
| Wanda | Jean | Nichols |
| Elnora | | Nickles |
| Gloria | | Nicks |
| Martin | Anthony | Nicolosa |
| Patricia | Ann | Nora |
| Gail | Jackson | Norris |
| Latosha | Lynell | Norwood |
| Gregory | W. | Nothacker |
| Laura | Evans | *Nuccio* |
| Dolores | Wild | Nuccio |
| Mildred | J. | Nunez |
| Michel | L. | Nunez |
| Louise | Molero | Nunez |
| Willie | Earl | Oatis |
| Chris | B. | Oats, Sr. |
| Chris | B. | Oats, Sr. |
| Chris | B | Oats, Sr. |
| Shellene | W | Odom |
| Eugene | | Odom |
| Winston | J. | Odoms |
| Beatrice | Kanene | Okechukwy |
| Lela | V. | Oliver |
| Deirdre | Marie | Oliver |
| Deirdre | Marie | Oliver |
| *Carolyn* | R | Ollison |
| Carl | E | Ollison |
| Carl | Earskin | Ollison, Jr. |
| Esther | Wallace | O'Neal |
| Kerry | | O'Neal |
| Molly | | O'Neal |
| Gary | Michael | Oramous |
| Gary | Michael | Oramous |
| Elida | H. | Ortiz |
| Sharon | Ann | Ortiz |
| Kristen | D. | Ortiz |
| Sharon | A. | Ortiz |
| Michale | | Osberry |
| Alvin | L. | Ostendorf, III |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Beverly | Ann | Otkins |
| Lucille | A. | Otkins |
| Latoya | Renee | Oubichon |
| Hurby | Anthony | Oubre |
| Illonda | Marie | Owens |
| Michael | Anthony | Owens |
| Bryan | Keith | Owens |
| James | | Pace |
| Lucille | P | Paige |
| Boris | Fernando | Palacios |
| Alfonso | M. | Palacios |
| Shenna | Elisa | Palmer |
| Fredrica | Bridgette | Palmer |
| Carolyn | L. | Palmer |
| Alfred | Morris | Palmer |
| Nitra | Michelle | Palmer |
| Daisy | Johnson | Palmer |
| Patricia | A. | Parker |
| Ronald | | Parker |
| Alvin | | Parker |
| Cleveland | Earl | Parker |
| Debera | Anne | Parker |
| Betty | Jean | Parker |
| Dawn | Annette | Parker |
| Iantha | Marie | Parker |
| Patricia | Ann | Parker |
| James | A. | Parker |
| Dale | M. | Parker |
| Van | Lee | Parker |
| Cindy | M. | Parker |
| Allen | Louis | Parker, Sr. |
| Joanie | Marie | Parker-Roberts |
| Henrietta | Catherine | Pate |
| Geraldine | | Pate |
| Denise | V. | Pate |
| Lester | Houston | Patrick |
| Jessie | | Patrick, Sr. |
| Shelia | | Patterson |
| Mildred | H. | Patterson |
| Cecilia | W | Patterson |
| Gilbert | | Patterson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Joann | Warren | Patterson |
| Hysone | Maurice | Patterson |
| Gwendolyn | Marie | Patterson |
| Cecilia | W. | Patterson |
| Gertie | | Patterson |
| Irma | Lee | Patterson |
| Darlene | Ann | Paul |
| Senora | A | Paul |
| Sharon | Davillier | Paul |
| Gloriadean | B. | Paul |
| Glenn | Edward | Paul |
| Dana | | Paul |
| Sharron | Shanell | Payne |
| Lititia | Ann | Payne |
| Gloria | | Payne |
| Lucien | P. | Payne |
| Jadee | Bianca | Payton |
| Dana | Marie | Payton |
| Carol | Lee | Payton |
| Wanda | Leah | Payton |
| Edward | J. | Peabody, Jr. |
| Donna | S. | Pellerin |
| Donna | S. | Pellerin |
| Donna | S. | Pellerin |
| Florence | n/a | Pellerin |
| Samual | | Penn, Jr. |
| Charles | Robert | Pennino |
| Ellen | D. | Penny |
| Dennis | J. | Penton |
| Louvenia | | Penwright |
| Alicia | Latrell | Pepp |
| Ebony | E. | Percy |
| Jennifer | | Percy |
| Margaret | B. | Perez |
| Terrol | John | Perkins |
| Dewitt | H. | Perkins |
| Cortez | | Perkins |
| Myra | Ann | Perkins |
| Ruby | M. | Perkins |
| Rochelle | Marie | Perkins |
| Gail | M. | Perkins |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Terrell | J. | Perkins |
| Charles | | Perrier |
| Maude | Mary | Perrymon |
| Alfred | Joseph | Pertuit |
| Pandural | Gore | Pete |
| Lisha | Elizabeth | Peters |
| Kendra | | Peters |
| Eurdel | E. | Peters |
| Ronell | | Peters |
| Quince | L | Peters |
| Michelle | A. | Peters |
| Quince | L. | Peters |
| Quince | L. | Peters |
| Jules | A. | Peters |
| Anthony | Jude | Peterson |
| David | Ardell | Peterson |
| Joseph | S. | Peterson |
| Regina | Lynn | Peterson |
| Trineil | Michelle | Petite |
| Andrell | P. | Petite |
| Lendell | Frank | Phillips |
| Clarence | Joseph | Phillips |
| Lendell | F. | Phillips |
| Mentha | Jean | Phillips |
| Nicorra | Monique | Phillips |
| Trinease | Nyshi | Phillips |
| Pamela | | Phillips |
| Darlene | | Phillips |
| Celeste | M. | Phillips |
| Leonard | | Phillips III |
| Leonard | | Phillips, III |
| Leonard | | Phillips, III |
| Catherine | Andrea | Phipps |
| Catherine | Andre | Phipps |
| Eva | M. | Phipps |
| Calvin | Wayne | Phipps, Sr. |
| Calvin | Wayne | Phipps, Sr. |
| Tanya | | Pickens |
| Michael | J. | Picot |
| Elaine | Mary | Picot |
| Elaine | Mary | Picot |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Joyce | Marie | Picquet |
| Elaine | H. | Picquet |
| Barbara | Ann | Picquet |
| Trina | Lynette | Picquet |
| Ivy | Dennise | Picquet-McCray |
| Steve | Randall | Pierce |
| Ayanna | Roceather | Pierce |
| Linda | W. | Pierce |
| Laura | M | Pierce |
| Hillary | Clay | Pierce III |
| Teira | Jones | Pierre |
| Juanita | R. | Pierre |
| Aljeunna | | Pierre |
| Darleen | Marie | Pierre |
| Sheily | Lee | Piper |
| Lynette | | Pipes |
| Maureen | Lucia | Pippenger |
| Bertha | Ellen | Pitcher |
| Ronald | Dovico | Pitisci, Sr. |
| Brian | C. | Pitre |
| Lonnie | McBride | Pittman |
| Lonnie | McBride | Pittman |
| Kathylean | McDonald | Pitts |
| Lynette | Brenda | Plaisance |
| Quintina | | Platt |
| Cornell | | Platt |
| Terrence | Joseph | Poche |
| Emile | Ronald | Poissenot |
| Patricia | A. | Poissenot |
| Ahmad | Rasaan | Polk |
| Felton | | Polk |
| Joan | Marie | Polk |
| Catherine | B. | Polk |
| John | L. | Polk |
| John | | Polk, Jr. |
| Margaret | D. | Pollard |
| Charlene | | Pollard |
| Destiny | Star | Pollard |
| Willie | James | Pollard |
| Tina | M. | Pollard |
| Kevin | | Polly |

| Table | | |
|---|---|---|
| First Name | Middle Name | Last Name |
| Doretta | B. | Pomes |
| Ryan | John | Pomes |
| Danielle | Marie | Ponder |
| Cheryl | H. | Pope |
| Barbara | Jean | Porche |
| Mia | Shantell | Porch'e |
| Mia | Shantell | Porch'e |
| Ursula | | Poree |
| Kenyatta | Xidmaria | Porter |
| Rosalyn | | Porter |
| Shelita | Ann | Porter |
| Sharlene | Marie | Pouncy |
| Leatrice | B. | Powell |
| John | Darius | Powell |
| John | D. | Powell |
| Heather | Darby | Powell |
| Julie | Lynn | Powers |
| Julie | L. | Powers |
| Ferdinand | | Prados, III |
| Eila | Mae | Prater |
| Saconda | W. | Pratt |
| Dorothy | A. | Prevost |
| James | Louis | Price |
| Kisha | Juwan | Price |
| Byron | J. | Price |
| Darlinda | A. | Price |
| Kisha | Juwan | Price |
| Ethel | Mae | Price |
| Renard | De'Shon | Price |
| Ethel | Mae | Price |
| Ethel | Mae | Price |
| Byron | J. | Price |
| Wanda | Marie | Price |
| James | L. | Price |
| Wanda | Marie | Price |
| Rose | | Price |
| Brenda | M. | Price |
| James | Louis | Price |
| Wanda | Marie | Price |
| Leon | | Price |
| Leon | | Price |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Byron | J. | Price |
| Leon | | Price |
| Avamarie | C. | Price |
| Leo | | Price III |
| Leo | | Price III |
| Leo | | Price III |
| Leo | | Price, III |
| Antoine | | Price, Sr. |
| Antoine | | Prince, Jr. |
| Geraldine | G | Proctor |
| Eve | W. | Profit |
| Rudolph | | Provetere |
| Jerry Dean | J. | Queen |
| Lillie | Mae | Quest |
| Earl | | Quinn |
| Betty | Gaines | Quirr |
| Bogan | Nayumka | Rahjwanti |
| Gloria | M. | Rainey |
| Rebecca | Jordan | Ramirez |
| Julia | | Ramsey |
| Thelma | J. | Ramsey |
| Phillip | Louis | Randall |
| Michael | | Randall |
| Louise | | Randall |
| Tyrone | Alfred | Randolph |
| Chantell | P. | Randolph |
| Michael | Jude | Ranker |
| Cheryl | Ann | Rankins |
| Colleen | Maria | Raphael |
| Natalya | Ann | Raphael |
| Yochena | Maria | Raphael |
| Harold | Henry | Rapp |
| Thomas | Louis | Ratcliff |
| Ray | | Ratliff |
| Eddie | | Ratliff |
| Lillie | M. | Ratliff |
| Joyce | Brown | Rawlins |
| Wilbert | Joseph | Rawlins, Jr. |
| Tyrone | | Ray |
| Timethia | Inez | Rayford |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Daisy | R. | Raymond |
| Damion | Patrick | Raymond |
| Kimberly | | Raymond |
| Michael | | Recasner |
| Lucille | | Red |
| Lucille | | Red |
| Deidres | L. | Redd |
| Broderick | Evan | Reed |
| Kim | Marie | Reed |
| Broderick | Evans | Reed |
| Jessie | J. | Reed |
| Ellona | | Reed |
| Latoya | C. | Reed |
| Irene | A. | Reed |
| Kenneth | | Reed |
| Irma | Ferdinand | Reed |
| Robert | | Reed |
| Mattie | N. | Reed |
| Jarmin | Tyrone | Reed |
| Brian | Anthony | Reed |
| Linda | Faye | Reese |
| Tamika | Ann | Reese |
| Cha-Khandra | Trenell | Reese |
| Kevin | D. | Reese |
| Tawain | Marie | Reese |
| Angela | D. | Refuge |
| Bianca | N. | Reine |
| Nicole | D | Reine |
| Jeannine | Marie | Relf |
| Jacqueline | F. | Relf |
| Jacqueline | Foxworth | Relf |
| Lester | | Relf |
| Evelyn | Marie | Renard |
| Lillian | Elizabeth | Resseguet |
| Eva | | Reynolds |
| Rozina | Rene | Reynolds |
| Pomla | Richardson | Rhodes |
| Pomia | Richardson | Rhodes |
| Anthony | Lee | Rhodes, Sr |
| Carita | R. | Ribet |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Keith | | Richard |
| Glenda | | Richard |
| Debbie | A. | Richard |
| Schwanda | | Richard |
| Kiwi | Ansara | Richard |
| Audrey | | Richard |
| Chevelle | | Richard |
| Linda | J. | Richard |
| David | | Richard, Sr. |
| Joan | Marie | Richardson |
| Tamica | Cherill | Richardson |
| Betty | Jean | Richardson |
| Keith | Dennis | Richardson |
| Tamica | Cherill | Richardson |
| Gloria | Dean | Richardson |
| DeJuan | B. | Richardson |
| Larry | Dean | Richardson |
| Letha | | Richardson |
| Keith | Dennis | Richardson |
| Larae | Barard | Richardson |
| Larae | Barard | Richardson |
| Mekashi | Candy | Richardson |
| Stanley | M. | Richarson, Sr. |
| Charles | Peter | Ricord Jr. |
| Charles | Peter | Ricord Sr. |
| DeShawn | Jeanine | Ridgley |
| Joy | C. | Rieux |
| Terrance | | Riley |
| Alma | | Riley |
| Patricia | | Riley |
| Stanford | | Riley |
| Ryan | Joseph | Riley |
| Beverly | Ann | Riley |
| Minevia | | Riley |
| Monite | Monique | Riley |
| Tiffany | Marie | Riley |
| Candy | Marie | Riley |
| Tiffany | M. | Riley |
| Toni | | Riley |
| Cynthia | M. | Riley |