## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Candy | Marie | Riley |
| Laverne | B | Riley |
| Tommy | | Riley, Jr. |
| Herbert | | Riley, Jr. |
| Lettie | T. | Rillieux |
| Tierlene | Marie | Ringo |
| Thomas | George | Riviere |
| Thomas | George | Riviere |
| Letonya | Delnita | Roach |
| Brenda | Veronica | Roach |
| Michelle | Rene | Robair |
| Blaine | Ashley | Roberts |
| Deandria | Linett | Roberts |
| Wendy | S. | Roberts |
| Rufus | | Roberts |
| Rodney | A | Roberts |
| Princella | L | Roberts |
| Michael | Alan | Roberts |
| Princella | L. | Roberts |
| Theresa | A. | Roberts |
| Myrna | | Roberts-Jackson |
| Claudia | A. | Robertson |
| Horence | | Robertson |
| Kim | Marie | Robertson |
| Corey | Wayne | Robertson |
| Celina | | Robertson |
| Gloria | | Robertson |
| Sherri | Ann | Robertson |
| Gloria | | Robertson |
| Carolyn | Ann | Robertson |
| Lawrence | | Robertson, Jr. |
| Derrick | Michael | Robins |
| Michelle | D. | Robins |
| Williesha | Monique | Robins |
| Diane | | Robins |
| Michael | Anthony | Robins |
| Jequila | Comese | Robinson |
| Lisette | A. | Robinson |
| Julia | Ann | Robinson |
| Veoretta | | Robinson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Yashica | Marie | Robinson |
| Veoretta | | Robinson |
| Veoretta | | Robinson |
| Lisette | A. | Robinson |
| Carrie | Regina | Robinson |
| Jerome | L. | Robinson |
| Demetris | C. | Robinson |
| Deiadre | Cloud | Robinson |
| Denise | Marie | Robinson |
| Angel | Diane | Robinson |
| Sharon | T. | Robinson |
| Luella | G. | Robinson |
| Barbara | Lee | Robinson |
| Denetria | | Robinson |
| Yolinda | James | Robinson |
| Lisette | A | Robinson |
| Diane | C. | Robinson |
| Coyotita | Antria | Robinson |
| Janice | Patrice | Robinson |
| Betty | J. | Robinson |
| Dorothy | McLaughlin | Robinson |
| Rachel | Ann | Robinson |
| Donna | M. | Robinson |
| Carol | Ann | Robinson |
| Edris | Juanne | Robinson |
| Jermild | Matthew | Robinson |
| Cassandra | T. | Robinson |
| Veoretta | | Robinson |
| Becky | Sue | Robinson |
| Shirley | | Robson |
| Keyvaughn | M. | Rochi |
| Shirley | Hall | Rodgers |
| Stacey | Bickham | Rodgers |
| Lachia | Lewis | Rodriguez |
| Maria | Cristina | Rodriguez |
| Yatter | Neopollion | Rodriguez |
| Glenn | | Rogers |
| Bernice | Elizabeth | Rogers |
| Rita | J | Rogers |
| Rosa | L | Rogers |
| Wanda | P | Rogers |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Lydell | Melvin | Rogers |
| Edmond | Pierre | Rollins |
| Tyra | | Rollins |
| Pearl | Marie | Rollins |
| Howard | Joe | Rollins |
| Alma | Dorothy | Rollins |
| Elmeice | Bridges | Rollins |
| Howard | | Rollins, Jr. |
| Cunningham | Joseph | Ronald |
| Giselle | Maria | Rooney |
| Valerie | L. | Roques |
| Sheilah | Anne | Rose |
| Joseph | L. | Ross |
| Jarard | Errol | Ross |
| Glenda | Marie | Ross |
| Debra | Ann | Ross |
| Jomika | C. | Ross |
| Shonicka | M. | Ross |
| Ivory | Brooks | Ross |
| Yvonne | M | Ross |
| Sheila | | Ross |
| Sheena | Jean | Ross |
| Kena | Kanika | Ross |
| Ronald | J. | Roth |
| Roudlph | B. | Rousell |
| Mary | Ellen | Rouser |
| Kendria | Dionne | Rousseve |
| Dwight | G. | Rousseve |
| Sheila | C. | Rousseve |
| Kevia | D. | Rousseve |
| Dwight | Gerard | Rousseve |
| Kevin | D. | Rousseve, Sr. |
| Sandra | G. | Rouzan |
| Rhonda | Molizone | Row |
| Linda | Diane | Rowan |
| Linda | Diane | Rowan |
| Joan | Thompson | Royal |
| Helen | Marrie | Royal |
| Jeanette | | Rubick |
| Teri | | Ruffin |
| Jeremy | D. | Rufus |

| Table | | |
| First Name | Middle Name | Last Name |
| --- | --- | --- |
| Shawn | M. | Ruiz |
| Robyn | Bell | Ruiz |
| Hillery | Ann | Rush |
| Theresa | Allen | Sabathia |
| Albertina | Revolorio | Salvatierras |
| Trenice | Marie | Sam |
| Bianca | Star | Sammons |
| Bianca | Star | Sammons |
| Danielle | Marie | Samuel |
| Maud | | Sanchez |
| Diane | M. | Sanchez |
| Charles | Bernard | Sanchez |
| Charlita | Lynette | Sanders |
| Yolanda | Marie | Sanders |
| Betty | M. | Sanders |
| Bridgette | Vonzell | Sanders |
| Verlia | S. | Sanders |
| Richard | Anthony | Sanderson, II |
| James | Samuel | Sansone IV |
| Gaynell | L. | Santalucito |
| Barbara | | Santiago |
| Darlene | | Sanville |
| Renada | Monique | Saulny |
| Mable | Davis | Savage |
| Caroline | Jeanette | Savoie |
| Cheryl | Ann | Scales |
| Andrew | Alvin | Sceau |
| Monticia | Shalina | Schaffer |
| Yvonne | | Schaffer |
| Joseph | William | Schenok |
| Jason | Christopher | Scherer |
| Jerri | M. | Schexnayder |
| Bobette | M. | Schexnayder |
| John | Thomas | Schielder |
| Victor | Alexander | Schneider |
| Dionne | Couvillion | Schoen |
| Dionne | Couvillion | Schoen |
| Ronald | John | Schwankhart, Jr. |
| Deidre | W. | Scieneaux |
| Brian | J. | Scieneaux |
| Edwina | Louise | Scipio |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Shelbra | Ann | Scipio |
| Richard | Kentrell | Scott |
| Tiffany | Hunter | Scott |
| Kruzshander | Lejon | Scott |
| Gwendolyn | Rainey | Scott |
| Shenell | Patrice | Scott |
| Samuel | A. | Scott |
| Annie | B. | Scott |
| Teresa | Ceola | Scott |
| Iola | Steen | Scott |
| Jonathan | J. | Scott |
| Michelle | Marie | Scott-Jackson |
| Venita | J. | Seals |
| Geneva | Ann | Seals |
| Geneva | Ann | Seals |
| Venita | J | Seals |
| Josephine | J | Seaton |
| Carolyn | O. | Seaton |
| Lynn | Marie | Segue |
| Lynn | Marie | Segue |
| Errolyn | Marie | Segue |
| Gloria | Tate | Selmon |
| Brian | K. | Sennett, Sr. |
| Leola | Gordon | Sentino |
| Leola | Barbara | Sentino |
| Taifa | N. | Sentino |
| Kimi | Gabrielle | Seymour |
| Leila |  | Shallerhorn |
| Rita |  | Shallerhorn |
| Rebecca | Scott | Shallowhorne |
| Rebecca | Scott | Shallowhorne |
| Rita | Marie | Shaw |
| Nathalie | Dolores | Shaw |
| Judith |  | Shaw-Bailey |
| Deborah | Marie | Shelby |
| Sidney |  | Shelby, Jr. |
| Joseph | Anthony | Shelly |
| Anita | Marie | Shelly |
| Kristin | Marquise | Shelton |
| Daryll |  | Shelton, Jr. |
| Takia | Sherrie | Shepard |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Frank | | Shepherd |
| Ronald | Ignatius | Shiloh |
| Angela | Marie | Sholes |
| Ranee' | Trista | Sholes |
| Stephanie | Marie | Short |
| Ida | G. | Shorter |
| Helen | C. | Showers |
| Yvonne | | Sigur |
| Janice | Theresa | Simmons |
| Jennifer | | Simmons |
| Ronnella | E. | Simmons |
| Demeture | S | Simmons |
| Willie | B. | Simmons |
| Marie | R. | Simmons |
| Marie | R. | Simmons |
| Tameka | Lanell | Simmons |
| Lionel | | Simms |
| Lionel | | Simms |
| Don | Joseph | Simon |
| Darryl | M. | Simon |
| Danny | J. | Simon |
| Sharonda | | Simon |
| Anthony | M. | Simon |
| Sharonda | | Simon |
| Mary | G. | Simons |
| Adrian | L. | Sims |
| Wilma | E. | Sims |
| Mary | L. | Sims |
| Vera | P | Sims |
| Janet Janet | | Sims |
| Robert | Isaac | Sims, Jr. |
| Trina | Marie | Singer |
| Connie | Holmes | Singleton |
| Yvonne | Davis | Singleton |
| Luciana | Marie | Singleton |
| Oscar | | Singleton |
| Ruby | L. | Singleton |
| Cathy | Bell | Singleton |
| Colette | | Singleton |
| Ronnie | A. | Singleton, Jr. |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Donna | Lynn | Sino |
| Timica | Nicole | Sip |
| Ramona | | Skidmore |
| Elaine | C. | Slater |
| Denise | M. | Slater |
| Wayne | Townsend | Small |
| Pamela | L. | Smiley |
| Trenise | Kara | Smith |
| Nicole | Angel | Smith |
| Gregory | Al | Smith |
| Starr | Joyce | Smith |
| Myrtle | L. | Smith |
| Arthur | Hasting | Smith |
| Donna | Marie | Smith |
| Mary | T. | Smith |
| Clarice | Ann | Smith |
| Shamika | Belinda | Smith |
| Angela | Maria | Smith |
| Aisha | Shawatel | Smith |
| Lolita | | Smith |
| Chantill | Eva | Smith |
| Elise | Kelly | Smith |
| Tyrone | Huey | Smith |
| Cavada | | Smith |
| Hewitt | | Smith |
| Ternell | Michelle | Smith |
| Joy | Joseph | Smith |
| Demetrius | Marie | Smith |
| Debra | Ann | Smith |
| Betty | Jean | Smith |
| Terrylyn | | Smith |
| Brandie | Braun | Smith |
| Chantille | Eva | Smith |
| Mel | H | Smith |
| Starr | Joyce | Smith |
| Stephanie | A. | Smith |
| Carol | Taylor | Smith |
| Jacqueline | R. | Smith |
| Lee | M. | Smith |
| Kreshonda | Yashica | Smith |
| Jerry | Lively | Smith |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Tracey | Denise | Smith |
| Caroline | T. | Smith |
| Tronel | H | Smith |
| Tyra | S. | Smith |
| Gwendolyn | R.J. | Smith |
| Jennie | | Smith |
| Guy | Emerson | Smith |
| Cionne | Durice | Smith |
| Krystal | Marie | Smith |
| Linda | Jean | Smith |
| Todessa | Trenell | Smith |
| Cynthia | Maria | Smith |
| Rhonda | Ann | Smith |
| Marsha | S. | Smith |
| Reyinaldo | Gene | Smith |
| Torie | Tennille | Smith |
| Claudell | Veronica | Smith |
| Latoya | Danielle | Smith |
| Ulamae | M. | Smith |
| Linda | Jean | Smith |
| Jennien | T | Smith |
| Marva | B. | Smith |
| Estev | Cloud | Smith |
| Schawan | Theresa | Smith |
| Gwendolyn | Ellis | Smith |
| Tiffany | Renee | Smith |
| Terri | Bri-Ann | Smith |
| Denise | Keisha | Smith |
| Denise | Elise | Smith |
| Clifton | Rousell | Smith |
| Lorraine | H. | Smith |
| Kimberly | Nicole | Smith |
| Shirley | M. | Smith |
| Vanita | Louise | Smith |
| Ruby | F. | Smith |
| Ronald | | Smith |
| Debra | Lynn | Smith |
| Trenel | | Smith |
| Ja'Mhan | Ah'Mad | Smith |
| Raymond | | Smith, Jr. |
| Raymond | | Smith, Sr. |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Lakeetha | Marie | Smith-Holloway |
| LaKeetha | Marie | Smith-Holloway |
| Ter-Ronce | B. | Smith-Ward |
| Drucella | W. | Smothers |
| LaGene | Vianca | Smothers |
| Ernest | | Snear |
| Cynthia | W. | Snyder |
| Leslie | Marie | Snyder |
| Felecia | Ann | Sockwell |
| Jackie | Marie | Solid |
| Sharon | Ann | Solid |
| Darlene | | Solid |
| Shirnell | Smith | Solomon |
| Ellen | Cecelia | Solomon |
| Marion | | Solomon |
| Barbara | Ann | Solomon |
| Artis | Marie | Solomon |
| Wilbert | Oscar | Solomon, Jr. |
| Louise | J. | Sonnier |
| Tammy | M. | Sontag |
| Ernest | Nicholas | Souhlas, Jr. |
| Techevia | Marie | Soumas |
| Bernice | G | Sparacio |
| Bernice | G. | Sparacio |
| John | R. | Spear |
| Alvin | Louis | Spears |
| John | | Spears |
| Gwendolyn | | Spears |
| Alfred | | Spears |
| Jill | B. | Spencer |
| Cynthia | Gayle | Spencer |
| Victoria | V. | Spencer |
| Joyce | Ann | Spencer |
| Cecil | J. | Spencer |
| Darlene | | Spencer |
| Carl | Joseph | Spencer |
| Tiwan | Robin | Spencer |
| Michael | | Spencer |
| Michael | | Spencer, Jr. |
| Elesha | | Spiller |

| Table | | |
| First Name | Middle Name | Last Name |
|---|---|---|
| Elesha | Monique | Spiller |
| Bobby | Joe | Spivey |
| Bobby | Joe | Spivey |
| Bobby | Joe | Spivey |
| Myrna | L. | Spots |
| Cynthia | Marie | Spots |
| Joseph | | Spots, Jr. |
| Dominique | Dolores-LaShell | St.Cyr |
| Gaynell | | Stafford |
| Dwayne | A. | Stampley |
| Karen | Marie | Stampley |
| Nona | Louise | Stanback |
| Schawlmaine | L. | Stanfield |
| Audrey | B. | Stanley |
| Bennieta | Samerria | Stansberry |
| Debra | M. | Stansberry-Hall |
| Deborah | R. | Stansbury |
| Augustus | Donley | Stansbury, Jr. |
| Lional | | Starks |
| Edwina | Juanita | Starks |
| Linda | Marie | Starks |
| Michael | Charles | Statum |
| Derrick | E | Statum |
| Janice | Marie | Statum |
| Michael | Charles | Staturn |
| Dawn | Michelle | Steele |
| Dawn | Michelle | Steele |
| James | | Steele |
| Lutha | Chapman | Steele |
| Michael | | Steen |
| Patricia | B. | Steen |
| Sherine | Gayle | Stelly |
| Victor | McNary | Stelly, Jr. |
| Bernice | Thomas | Stepter |
| Marcus | L. | Stepto |
| Erica | K. | Sterling |
| Julias | Romalis | Sterling |
| Catina | L. | Sterling |
| Katrina | Claire | Stevens |
| Diana | M. | Stevenson |
| Glynn | Anthony | Stevenson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Alice | | Stevenson |
| Diana | M. | Stevenson |
| Lynette | C. | Stevenson |
| Carlette | Renee | Stevenson |
| Letitia | Anne | Stevenson |
| Kellena | L. | Steverson |
| Dorothy | B. | Steverson |
| Jessie | | Stewart |
| Herman | | Stewart |
| Samantha | | Stewart |
| Joyce | I | Stewart |
| Deneen | Marie | Stewart |
| Deborah | A. | Stewart |
| Patricia | | Stewart |
| Larry | R. | Stewart |
| Dionne | F. | Stewart |
| Shandolyn | Tiffany | Stewart |
| Avis | Marie | Stewart |
| Shandolyn | Tiffany | Stewart |
| Stephen | Thomas | Stewart |
| Deborah | A. | Stewart |
| Terri | Jones | Stewart |
| Dianne | Reaux | Stewart |
| Marjorie | M. | Stewart |
| Rynika | Monique | Stewart |
| Rosa | Z. | Stich |
| Ratonne | Trigcell | Still |
| Rosa | M. | Stirgus |
| Troy | Lynn | Stokes |
| Melvin | R. | Stovall, Jr. |
| Diane | | Stroughter |
| Mary | Philene | Sullivan |
| John | Arthur | Summers |
| Sam | I. | Summers |
| Edna | Mae | Summers |
| Roxanne | Louise | Sutfield |
| Santiana | Treona | Sutherland |
| Jeanette | Laphand | Sutton |
| Cloteal | Antitermarie | Sutton-Moore |
| Cloteal | Antitermarie | Sutton-Moore |
| Linda | J. | Sykes |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Elenora | Yvonne | Sylue |
| Carlita | | Sylvain |
| Johnnie | Mae | Sylve |
| Elenora | Y. | Sylve |
| Shelita | Marie | Sylvester |
| Ellen | E. | Tabb |
| Claude | L. | Taplette, Jr. |
| Sonyia | | Tapp |
| Robert | J. | Tarifa |
| Robert | J. | Tarifa |
| Dewenda | Alise | Tate |
| Ollie | | Tate |
| Donna | A. | Tate |
| Carolyn | | Tate-Robertson |
| Keshonda | Nakea | Tate-Walker |
| Isis | | Tatum |
| Robert | Earl | Tatum, Jr. |
| Sandy | Lee | Tayamen |
| Gail | Marie | Taylor |
| Luella | | Taylor |
| Penny | M. | Taylor |
| Angelanne | Elizabeth | Taylor |
| Doris | Brooks | Taylor |
| Debra | S. | Taylor |
| Melvia | T. | Taylor |
| Gwendolyn | | Taylor |
| Deborah | Marie | Taylor |
| Anthony | August | Taylor |
| Donna | Marie | Taylor |
| Gerald | Stevenson | Taylor |
| Leroy | | Taylor |
| Joycelynn | B. | Taylor |
| Quiney | M | Taylor |
| Glenda | | Taylor |
| Mary | N. | Taylor |
| Louvinia | M. | Taylor |
| Sylvia | Marie | Taylor |
| Sylvia | Marie | Taylor |
| Gloria | J. | Taylor |
| Raquel | Marie | Taylor |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Ricky | | Taylor |
| Tayaka | Marie | Taylor |
| Gloria | Ann | Taylor |
| Deidre | Monique | Taylor |
| George | Arthur | Taylor |
| Ashley | Theresa | Taylor |
| Chanel | L. | Taylor |
| Alfred | | Taylor, Jr. |
| Robert | J. | Temper |
| Yolanda | | Temple-Esco |
| Nicy | | Tennessee |
| Jonas | Herbert | Terry |
| Sherry | Ann-Roberts | Terry |
| Rosa | Johnson | Terry |
| Brenda | M. | Tervaion |
| Brenda | M. | Tervaion |
| Brenda | M. | Tervaion |
| Brenda | M. | Tervaion |
| Brenda | M. | Teryalon |
| Gabriel | | Theodore, Sr. |
| Karen | K. | Thibodeaux |
| Karen | K. | Thibodeaux |
| Cynthia | Ann | Thibodeaux |
| Tennille | Alvera | Thomas |
| Rose | Mae | Thomas |
| Deborah | Solis | Thomas |
| Larry | Davide | Thomas |
| Valencia | Lynette | Thomas |
| Keyoke | Danyell | Thomas |
| Danielle | P. | Thomas |
| Juanita | Harris | Thomas |
| Shantell | L. | Thomas |
| Charlene | A. Barrett | Thomas |
| Tanya | E. | Thomas |
| S. | J. | Thomas |
| Francis | C. | Thomas |
| Kimberieigh | Jehanne | Thomas |
| Rose | Marie | Thomas |
| Jeffrey | D. | Thomas |
| Melvin | C. | Thomas |
| Sadie | Mae | Thomas |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Mary | A | Thomas |
| Tierra | LaShawn Reed | Thomas |
| Kenneth | Edward Greenville | Thomas |
| Levitta | J. | Thomas |
| Robert | Earl | Thomas |
| Shantay | P. | Thomas |
| Princess | Mary | Thomas |
| Jammie | C. | Thomas |
| Tanya | Ann | Thomas |
| Matthews | | Thomas |
| Margie | | Thomas |
| Caldonia | | Thomas |
| Aisha | M. | Thomas |
| Rhoda | Lynn | Thomas |
| Sergio | | Thomas |
| Delousia | Jean | Thomas |
| Jerolyn | Elain | Thomas |
| Tammara | Denise | Thomas |
| Rosemary | | Thomas |
| Mary | Elizabeth | Thomas |
| Wilma | W. | Thomas |
| Jerry | C. | Thomas |
| Brian | Joseph | Thomas |
| Terrasina | Andrea | Thomas |
| Annie | H. | Thomas |
| Keyoke | Danyell | Thomas |
| Doris | Marie | Thomas |
| Earl | | Thomas, Jr. |
| Darlene | Helen | Thompson |
| Bobbie | Deon | Thompson |
| Brenda | Lee | Thompson |
| Chester | P. | Thompson |
| Monique | L. | Thompson |
| Chester | P. | Thompson |
| Robert | Edward | Thompson |
| Patrick | Leigh | Thompson |
| Judy | | Thompson |
| Cynthia | Marie | Thompson |
| Joe | | Thornotn |
| Ann | Marie | Thornton |
| Rosalie | Dilosa | Thornton |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Frank | | Thornton |
| Dorothy | L | Threeton |
| Carmen | | Thurn |
| Antoinette | | Tibbs |
| Glenn | W. | Tillman |
| Michael | Joseph | Tilly |
| Tyra | Tyrell | Tilly |
| Jacqueline | Marie | Tilly |
| Alonzo | | Tircuit |
| Sharon | Marie | Tobias |
| Yvonne | M. | Tolivar |
| Sabrina | Marie | Toliver |
| Doris | H | Tolliver |
| Margaret | | Tolliver |
| Petrina | M | Toney |
| Charlotte | N. | Toney |
| Rose | | Toney |
| Sabrina | M. | Toomer |
| Evangelia | Rockel Michele | Toomer |
| Peggy | Louise | Torregano |
| Sharritte | Gevona | Toussaint |
| Sheryl | Lynn | Towner |
| Dolores | | Trahan |
| Bobby | Lee | Trahan |
| Humiller | M. | Trahan |
| Dolores | Mae | Trahan |
| Lanette | Miller | Trahan |
| Gerald | | Trainor |
| Thomas | Van | Tran |
| Dolores | | Trask |
| Glenn | David | Tregle, Sr. |
| Shirley | B. | Trepagnier-Watts |
| Casandra | C. | Tribbitt |
| Cedric | | Trim |
| Rose | Packard | Trinchard |
| William | Frederick | Trinchard III |
| William | Frederick | Trinchard, III |
| William | Frederick | Trinchard, Jr. |
| Kristel | Marie | Tross |
| Charlie | | Trotter |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Vera | M. | Trufant |
| Gail | Jenkins | Trufant |
| Jane | Victoria | Tureaud |
| Michele | Marie | Turks |
| Antoinette | M | Turner |
| Henry | | Turner |
| Joseph | Hershel | Turner |
| William | | Turner |
| Charlet | Mae | Turner |
| Estelie | | Turner |
| Don | Hercules | Turner, Jr. |
| Alvin | David | Turner, Sr. |
| Alvin | David | Turner, Sr. |
| Angel | J. | Tutt |
| Major | J. | Tyler |
| Lorene | Gatlin | Tyler |
| Rosita | Marie | Tyner |
| Judy | S. | Tyson |
| Lucius | Andrew | Tyson, III |
| Sheila | | Valentine |
| Joann | M. | Vallery |
| Jeffrey | Paul | Vappie, Sr. |
| Beatrice | Delores | Varnado |
| Allison | Ann | Varnado |
| David | Michael | Vaughn |
| Romella | Holmes | Vaughn |
| Bessie | B. | Vaughn |
| Bessie | B. | Vaughn |
| Zethelda | | Veal |
| Bonnie | Ruth | Veal |
| Donielle | Marie | Veal |
| Joyce | Ann | Veal |
| Felters | | Veal II |
| Anthony | Earnest | Ventry |
| Selena | Bianca | Verrett |
| Selena | Kelley | Verrett |
| Latoya | Charlene | Verrett |
| Benjamin | | Verrett, III. |
| Robert | Guy | Vick |
| Charlotte | Marie | Victor |
| Chanel | Deshorne | Victor-Shorts |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Chanel | Deshorne | Victor-Shorts |
| Tamieka | LaQuisha | Victor-Thompson |
| Tamicka | LaQuisha | Victor-Thompson |
| Christopher | Jacques | Vignaud |
| Michael | Peter | Villavaso |
| Barbara | | Villavaso - Meilleur |
| Clifford | Peter | Villavaso, Jr. |
| Maleaca | Chantell | Vincent |
| Christopher | A. | Vincent |
| Myrtle | Diaz | Vincent |
| Christopher | A. | Vincent |
| Irma | T. | Vincent |
| George | | Vogt III |
| George | | Vost III |
| Peter | Tray | Vujnovich |
| Peter | G. | Vujnovich, Sr. |
| Christine | Davis | Wade |
| Joseph | | Wade |
| Corey | James | Walker |
| Lucille | N | Walker |
| Clarence | N. | Walker |
| Delrice | Mona | Walker |
| Deirdre | Faye | Walker |
| Antonio | Ezra | Walker |
| Durel (estate of Eugene J. Wallace) | J. | Wallace |
| Barbara | Ann | Wallace |
| Durel | | Wallace |
| Louvinia | Elizabeth | Wallace |
| Millette | Antoinette | Wallace |
| Fred | Thomas | Wallace, Jr. |
| Grandon | T. | Walls |
| Gentry | A | Walls |
| Goldie | J. | Walton |
| Rosetta | M | Ward |
| Tracy | | Ward |
| Elaine | | Warner |
| Renata | Nicole | Warner |
| Eric | L. | Warren |
| Vanessa | Morrell | Warren |
| Ruth | Ferron | Warren |
| Shelia | T. | Warren |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Kevin | Carl | Washingon, Sr. |
| Carol | Ann | Washington |
| Marlette | E. | Washington |
| Valecia | Ann | Washington |
| Terrence | J | Washington |
| Darlene | Bartholomew | Washington |
| Johnnie | | Washington |
| David | Junior | Washington |
| Lolitha | Banks | Washington |
| Linda | Marie | Washington |
| Ira | Miguel | Washington |
| Brunetta | Satcher | Washington |
| Carol | Ann | Washington |
| Linda | T. | Washington |
| Gloria | C. | Washington |
| Kreshawn | L. | Washington |
| Darlene | C. | Washington |
| Rose | Mary | Washington |
| Wilfred | | Washington, Jr. |
| Shondell | | Waters |
| Donna | S. | Watkins |
| Kellie | M. | Watson |
| Archisa | Maria | Watson |
| Alvin | | Watson |
| Tonya | Thomas | Watson |
| Antoineet | Marie | Watson |
| Tyrone | Vincent | Watson |
| Pamela | | Watson-Maulet |
| Charles | T. | Waxter |
| Judy | | Weaver |
| Hilton | Lee | Webb, Sr. |
| Cicely | | Webber |
| Likisha | A. | Weber |
| Lawrence | J. | Weber |
| Deborah | Ann | Weber |
| Matilda | A | Weber |
| Joseph | E | Weber |
| Consuella | Tillery | Weber |
| Yolanda | Marie | Weber |
| Dorothy | | Weber |
| James | Jimmy | Weber, Sr. |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Chilow | Crayton | Webster |
| Melvin | | Webster |
| Claudia | E | Webster |
| Melvin | G | Webster |
| Marie | Ann | Webster |
| Kathy | O. | Welch |
| Korey | K. | Welch |
| Bobbie | L. | Welch |
| Keishia | D. | Welch |
| Cheryl | B. | Welliver |
| Karen | Ann | Wells |
| Joyce | Mae | Wells |
| Monica | Marie | Wells |
| Tamikia | Ann | Wesley |
| Ronald | James | Wesley, Jr. |
| Abbie | Lou | West |
| Andrea | Marie | West |
| John | | West |
| Valerie | L. | West |
| Edgar | H. | Westbrook |
| Doris (on behalf of Aaron K. Westrey) | C. | Westrey |
| Doris | Jackson | Westrey |
| Arthur | Charles | Westrey, Jr. |
| Arlette | Carolyn | Westrey-Pierre |
| Francesca | Mary | Wharton |
| Patricia | Ann | Wharton |
| Terryle | | Wharton |
| Verdell | | Wharton, Sr. |
| Ronnie | J. | Wheeler |
| Ronnie | J. | Wheeler |
| Edward | C. | Wheeler |
| Karen | Cherisse | Whitaker |
| Josetta | E. | White |
| Mary | | White |
| Nathedra | G. | White |
| Debbie | | White |
| Lynell | W | White |
| Delores | | White |
| David | C. | White |
| Grace | Marie | White |
| Danielle | Monique | White |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Lois | Marie | White |
| Sandra | M. | White |
| Schaika | | White |
| Charles | | White |
| Demeterius | | White |
| Stacy | Lee | White |
| Claudia | Lurline | White |
| Darlene | Gail | White |
| Ashley | M. | White |
| Norma | B. | White |
| Nathedra | G. | White |
| Kelly | D. | White |
| Dorothy | Shaneil | White |
| Charles | | White |
| Kawanda | Lynn | White |
| Joseph | C | White |
| Patricia | J. | White |
| Mary | | White |
| Terrence | C | Whitley |
| Tracie | Marie | Whittey |
| Glenn | James | Wild |
| Ryan | | Wiley |
| Christa | Lee | Wiley |
| Peggy | Lee | Wiley |
| Lauvina | | Wiley |
| Brandon | A. | Wiley |
| Sha'Keitha | Alisha | Wiley |
| Joanne | Alice | Wilfred |
| Latoya | C. | Wilfred |
| Nathan | Allen | Wilfred |
| Madeline | Gaines | Wilkerson |
| Gwendolyn | Payne | Wilkerson |
| Erin | Nicole | William |
| Mykia | Nykohel | Williamer |
| Oscar | | Williams |
| Onita | Hughes | Williams |
| Shawn | Kaylen | Williams |
| Michael | C | Williams |
| Godfrey | A. | Williams |
| Natashia | J. | Williams |
| Gaynell | Marie | Williams |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Leonard | | Williams |
| Veyond | L. | Williams |
| Henry | | Williams |
| Ethel | Marie | Williams |
| Patricia | Ann | Williams |
| Eddie | Dave | Williams |
| Elouise | Gail | Williams |
| Alfreda | McLeod | Williams |
| Nita | R. | Williams |
| Gwendolyn | B. | Williams |
| Jeanell | V. | Williams |
| Ayanna | Marion | Williams |
| Jeanne | P. | Williams |
| Denise | Jones | Williams |
| Denise | None | Williams |
| Darnell | Edward | Williams |
| Dianne | | Williams |
| Lyonetta | Meair | Williams |
| Sanika | J. | Williams |
| Terry | B. | Williams |
| Constance | Gauff | Williams |
| Michael | Todd | Williams |
| Nicole | | Williams |
| Ursula | Marie | Williams |
| Fannie | Scott | Williams |
| Dauffine | Fountain | Williams |
| Exavier | | Williams |
| Cherita | Nekell | Williams |
| Ellene | | Williams |
| Mary | Della | Williams |
| Cynthia Williams OBO Lionel Williams | | Williams |
| Eiudrian | Alice | Williams |
| Sherlene | | Williams |
| Sharlene | Cummings | Williams |
| Erin | Nicole | Williams |
| Jacqueline | Marie | Williams |
| Gloria | Gutierrez | Williams |
| Lyon | Bradford | Williams |
| Justing | N. | Williams |
| Richard | T | Williams |
| Brittany | Cherelle | Williams |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Courtney | Kentrell | Williams |
| Gloria | | Williams |
| Mildred | Maire | Williams |
| Shani | Patrice | Williams |
| Yvonne | H | Williams |
| Jacquelyn | | Williams |
| Melissa | J. | Williams |
| Louis | Charles | Williams |
| Jaren | Valdiz | Williams |
| Natasha | Marie | Williams |
| Lillian | Mae | Williams |
| Joanette | Marie | Williams |
| Shavon | | Williams |
| Linda | Marie | Williams |
| Tessie | P. | Williams |
| Margie | | Williams |
| Ethel | L. | Williams |
| Pam | Melissa | Williams |
| Trinette | | Williams |
| Tomieka | | Williams |
| Emma | Jean | Williams |
| Joyce | M. | Williams |
| Sabrina | Fay | Williams |
| Johnnie | Earl | Williams |
| Cherrie | Bell | Williams |
| Josie | Brown | Williams |
| Sheiia | | Williams |
| Alicia | Marie | Williams |
| Julia | W. | Williams |
| Sharon | N. | Williams |
| Johnny | Carl | Williams |
| Joyce | Marie | Williams |
| Kim | Marie | Williams |
| Tammy | L. | Williams |
| Cassandra | Marie | Williams |
| Herbert | Berry | Williams |
| Fannie | Scott | Williams |
| Maxine | N. | Williams |
| Veronica | Marie | Williams |
| Louversa | M. | Williams |
| Stephanie | Paula | Williams |

| Table | | |
|---|---|---|
| **First Name** | **Middle Name** | **Last Name** |
| Beverly | Marie | Williams |
| Harold | | Williams |
| Lauren | Ann | Williams |
| Walter | B. | Williams |
| Kaneisha | D. | Williams |
| Shoun | | Williams |
| Terrell | Demond | Williams |
| Gwendolyn | F. | Williams |
| Kaneisha | D. | Williams |
| Sheila | T. | Williams |
| Harry | | Williams |
| Catherine | | Williams |
| Brenda | J. | Williams |
| Kendrick | Lawrence | Williams |
| Linda | | Williams |
| Gregory | | Williams |
| Keltrice | | Williams |
| Justina | Noel | Williams |
| Marion | Rita | Williams |
| Donnell | Anthony | Williams |
| Carolyn | | Williams |
| Shelia | Michelle | Williams |
| Kendra | Delishia | Williams |
| Chiquita | Yvonne | Williams |
| Robert | | Williams Jr. |
| Robert | | Williams Jr. |
| Louis | | Williams, III |
| Victor | Joseph | Williams, III |
| Harry | | Williams, Jr. |
| Jessie | C. | Williams, Jr. |
| Charles | Lee | Williams, Sr. |
| Stephan | R. | Williams, Sr. |
| Wadell | Joseph | Williams, Sr. |
| Morva | H. | Williams-Penn |
| Clarence | | Willis |
| Annie | Mae | Willis |
| Jacqueline | Elizabeth | Willis |
| Yolanda | Ladmirault | Wills |
| Yolanda | Ladmirault | Wills |
| Velda | M. | Wilson |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Beverly | A. | Wilson |
| Bessie | | Wilson |
| Claudia | Ann | Wilson |
| Gerard | | Wilson |
| Joyce | B. | Wilson |
| Gwndolyn | Marie | Wilson |
| Lilly | R | Wilson |
| Stephen | Matthew | Wilson |
| Donna | Marie | Wilson |
| Chanell | Patrice | Wilson |
| Shirley | Mae | Wilson |
| Kimberly | Karen | Wilson |
| Gregory | Trone | Wilson |
| Lilly | R. | Wilson |
| Julijah | Garnell | Wilson |
| Jeanette | C. | Winchester |
| Steve | | Windham |
| Quincy | C. | Windham |
| Otis | J. | Winding |
| Lori | A. | Winding |
| Wayne | M. | Winding |
| Anita | | Wingard |
| Michele | Christine | Wingard |
| Shirley | M. | Winston |
| Nicole | A. | Winters |
| Wilhelmenia | Smith | Wise |
| Jerome | A. | Wise |
| Ayanna | Tyana | Wise |
| Dante' | Shirelle | Wise |
| Willie | | Womack |
| Shirley | London | Womack |
| April | | Womack |
| Wanda | James | Woodard |
| Eva | Nell | Woods |
| Shona | Marie | Woods |
| Shelbra | B. | Woods |
| Rose | Marie | Woods |
| Beverly | Tolliver | Woods |
| Bianca | Medina | Woodson |
| Jo | Ann | Wricks |
| Redmond | | Wright |

## Table

| First Name | Middle Name | Last Name |
|---|---|---|
| Jermain | | Wright |
| Gertrude | B. | Wright |
| Courtney | Morgan | Wright |
| Tamara | Denine | Wright |
| Carrie | Jackson | Wright |
| Patricia | | Wright |
| Willie | | Wright, Jr. |
| Adrian | David | Wright, Sr. |
| Joyce | Ann | Wyatt |
| Linda | R. | Wyatt |
| Annie | L. | Wyatt |
| Willie | Mae | Wyatt |
| Milisa | Carole | York |
| Arckett | | Yost |
| Derek | Orlando | Yost |
| Patricia | Ann | Young |
| Broncia | A. | Young |
| Betty | Jean | Young |
| Clayton | R. | Young |
| Susan | Marie | Young |
| Lorraine | R. | Young |
| Miquel | Joseph | Young |
| James | A. | Young |
| Betty | | Young |
| Denise | Karen | Youngblood |
| Kenneth | B. | Youngblood |
| Kenneth | Brian | Youngblood |
| Alma | Lucille | Zackery |
| Alma | Lucille | Zackery |
| Petrona | F. | Zambrano |
| Terry | Marie | Zeno |
| Carlos | Jose | Zuniga |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |