# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Katrina Canal Breeches Litigation | Civil Action No. 05-4182 |
| Norman Robinson, et al, Plaintiffs | Civil Action No. 06-2268 |
| | Judge Duval |
| v. | Magistrate Judge Wilkinson |
| United States of America, et al Defendants | |

## ORDER

IT IS HEREBY, ADJUDGED AND DECREED that the Motion for Expedited Hearing on the Motion and Incorporated Memorandum in Support of Intervention shall be Granted.

Signed this _____ day of _____, 2006.

_____
~~MAGISTRATE JUDGE~~

*File Unsigned. This motion shall be decided by Judge Duval after a status conference to be set by the Court at which this motion will be discussed. Any opposition to this motion should be filed forthwith.*

___ Fee _____
___ Process _____
_X_ Dkm _____
___ CtRmDep _____
___ Doc. No. _____