UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO: LEVEE, MRGO<br>O'Dwyer, No. 06-4389 | § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

CONSIDERING the foregoing "First Unopposed Exparte Motion for Extension of Time to File Responsive Pleadings on Behalf of Eustis Engineering Company, Inc.,"

IT IS HEREBY ORDERED that Eustis Engineering Company, Inc. is granted an additional twenty (20) days, or through November 29, 2006, within which to respond to the plaintiffs' "Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the Federal Rules of Civil Procedure" and "First Supplemental and Amending Complaint in A Class Action Lawsuit."

New Orleans, Louisiana, this __6th__ day of November, 2006.

_____
United States District Court Judge