UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: MRGO/ DREDGING LIMITATION | SECTION "K"(2) |

## ORDER

Before the Court are a number of limitation of liability suits that have been filed by the dredging defendants in the MRGO litigation. In order to facilitate the administration of claims to be filed in these cases as well as to determine the proper timing and method of publication for the notice of filing such claims, the Court has determined to hold a telephonic status conference with the appropriate liaison counsel which are:

Joe Bruno for plaintiffs' counsel;

Ralph Hubbard, Jimmy Roussel and/or Gordon Grant for defendants' counsel.

Joe Bruno shall initiate the telephonic status conference which shall commence at 3:00 p.m. on November 9, 2006.

New Orleans, Louisiana, this __6th__ day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE