UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -3  PM 1:08

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION : | CIVIL ACTION NO.: 05-4182 |
| : | JUDGE DUVAL, SECTION "K" |
| PERTAINS TO: : | MAGISTRATE WILKINSON (2) |
| CHAMBERLAIN (06-6479) – PENDING DESIGNATION : | |

## MOTION BY LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY FOR ORAL ARGUMENT ON PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Louisiana Farm Bureau Mutual Insurance Company, and under Local Civil Rule 78.1E moves the Court to permit oral argument on plaintiffs' motion to remand this case to state court and the opposition thereto, either on the hearing date of November 15, 2006 or on such other date as may be convenient for the Court and counsel.

Respectfully submitted,

Andrew L. Plauché, Jr. (Bar No. 11023)
Plauché Maselli Parkerson, L.L.P.
201 St. Charles Ave., Suite 4240
New Orleans, Louisiana 70170-4240
Telephone: (504) 582-1142
Telecopier: (504) 582-1172

**And**

___ Fee_____
___ Process_____
_X_/Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

BR.475257.1

By: _____
H. Alston Johnson III (Bar No. 7293)
PHELPS DUNBAR LLP
445 North Blvd., Suite 701, 70802
Post Office Box 4412
Baton Rouge, Louisiana 70821
Telephone: (225) 346-0285
Telecopier: (225) 381-9197

ATTORNEYS FOR LOUISIANA FARM
BUREAU MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served on the below listed counsel of record

Gary M. Pendergast
1515 Poydras St., Suite 2260
New Orleans, Louisiana 70112

by First Class, United States Mail, properly addressed and postage prepaid, this 3rd day of November, 2006.

_____

BR.475257.1