UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESLIE SIMS, JR., ROSA MARQUEZ FLOYD S. AARON, III, AND HASSAR SLEEM | * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 06-5116 |
| Versus | * * | SECTION K |
| THE BOARD OF COMMISSIONER OF THE ORLEANS LEVEE DISTRICT, THJE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE SEWERAGE & WATER BOARD OF THE NEW ORLEANS, THE EAST JEFFERSON LEVEE DISTRICT, THE PARISH OF JEFFERSON, AND THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, | * * * * * * * * * * * | MAGISTRATE (2) |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6),

**IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED** that the Motion is hereby granted, and that all claims by plaintiffs against the Parish of Jefferson, be and the same are hereby dismissed without prejudice, at plaintiffs' cost.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
JUDGE