# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES     *     CIVIL ACTION
         CONSOLIDATED LITIGATION     *
                                          *     NO. 05-4182 "K" (2)
                                          *

PERTAINS TO LEVEE:     *     JUDGE DUVAL
                                          *

PAUL, NO. 06-7682     *     MAG. WILKINSON
                                          *

## CSX TRANSPORTATION, INC.'S MOTION FOR DISMISSAL UNDER RULE 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT UNDER RULE 56

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, moves this Court to dismiss the plaintiffs' Class Action Petition for Damages ("Petition") filed against CSXT in Civil Action 06-7682-K-2 or, in the alternative, to enter summary judgment in CSXT's favor, for the following reasons:

- 1 -

The plaintiffs filed a civil action in the Civil District Court for the Parish of Orleans, which named CSXT, mover herein, as a defendant. CSXT subsequently removed this case to this Court on October 10, 2006.

- 2 -

## FAILURE TO STATE A CLAIM, Rule 12(b)(6)

The plaintiffs have failed to state a claim against CSXT upon which relief may be granted, in that (1) plaintiffs allege no specific duty owed by CSXT to the plaintiffs; and (2) plaintiffs' claim is preempted by the Interstate Commerce Commission Termination Act of 1995 and the Federal Railroad Safety Act. The Petition against CSXT should therefore be dismissed under Federal Rule of Civil Procedure 12(b)(6).

- 3 -

## SUMMARY JUDGMENT, Rule 56

The plaintiffs have alleged no true factual allegations against CSXT in support of their negligence claim. Plaintiffs allege that CSXT "operated" a train that derailed and damaged Flood Gate W-30. Because CSXT did not own the tracks and did not operate the train that derailed, if the Court declines to grant CSXT's Motion to Dismiss for failure to state a claim, it should grant CSXT's Motion for Summary Judgment.

- 4 -

The basis for this motion is further stated in a supporting memorandum, which is attached to this motion. The following exhibits are attached to this motion:

- Exhibit One: Affidavit of Jim Bridger in Support of Public Belt Railroad's Motion for Summary Judgment (Sept. 6, 2006) (filed in state court as an exhibit to the motion for summary judgment, see Exhibit Four)
- Exhibit Two: Declaration of Tom T. May in Support of CSXT's Motion for Dismissal, or, in the alternative, Motion for Summary Judgment (an unsigned declaration is attached, and a signed copy will be substituted promptly)
- Exhibit Three: Petition for Damages, *Board of Commissioners of the Orleans Levee District v. City of New Orleans,* No. 2004-17143 (La. Dist. Ct. filed Dec. 3, 2004)
- Exhibit Four: Motion and Memorandum for Summary Judgment filed by Public Belt Railroad in No. 2004-17143 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana (filed Sept. 7, 2006)

928315-1                                              2

**WHEREFORE** CSX Transportation, Inc. moves this Court to dismiss the plaintiffs' Petition or, in the alternative, to grant summary judgment in its favor.

Respectfully submitted,

s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana  70508
Telephone:  (337) 981-5293
Telefax:  (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall

928315-1                                                  3