Filed by:
Legal Wings

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -6 PM 1:47
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH H. AND WILLIAM KEITH DEPASS, IV, MARSHALL L. HARRIS, MANUEL C. TRELLES, WILLIAM B. COLEMAN, III, CAROL C. AND WILLIAM C. GAMBEL, AND RONALD LANDRY | * * * * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 06-5127 |
| Versus | * * | SECTION K |
| THE BOARD OF COMMISSIONER OF THE ORLEANS LEVEE DISTRICT, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE SEWERAGE & WATER BOARD OF THE NEW ORLEANS, THE EAST JEFFERSON LEVEE DISTRICT, THE PARISH OF JEFFERSON, AND THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, | * * * * * * * * * * * * | MAGISTRATE (2) |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND 12(b)(6) FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6), the Parish of Jefferson ("the Parish"), defendant and mover herein, moves to dismiss the complaint of plaintiffs for lack of jurisdiction over the subject matter of the claims asserted against the defendant and, in the alternative, for failure to state a claim upon which relief can be granted against this defendant, all for reasons set forth in the attached supporting memorandum.

1

\_\_ Fee_____
\_\_ Process_____
X Dktd_____
✓ CtRmDep_____
\_\_ Doc. No_____

**WHEREFORE,** defendant, the Parish, respectfully urges this Court to grant its Motion to Dismiss and to grant such other and further relief as this Court deems appropriate.

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

_____
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendant, the Parish of Jefferson

## CERTIFICATE OF SERVICE

I, Scott O. Gaspard, hereby certify that on the 6th day of November, 2006, I served a true copy of the foregoing pleading upon the following party by first class and/or electronic mail:

William C. Gambel
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112-1010
wgambel@millinglaw.com

_____