UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH H. AND WILLIAM KEITH DEPASS, IV, MARSHALL L. HARRIS, MANUEL C. TRELLES, WILLIAM B. COLEMAN, III, CAROL C. AND WILLIAM C. GAMBEL, AND RONALD LANDRY | * * * * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. 06-5127 |
| Versus | * * | SECTION K |
| THE BOARD OF COMMISSIONER OF THE ORLEANS LEVEE DISTRICT, THE BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE SEWERAGE & WATER BOARD OF THE NEW ORLEANS, THE EAST JEFFERSON LEVEE DISTRICT, THE PARISH OF JEFFERSON, AND THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, | * * * * * * * * * * * * | MAGISTRATE (2) |
| Defendants | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**NOW INTO COURT**, through undersigned counsel, come the Parish of Jefferson, and hereby gives notice that it will bring on for hearing their Motion to Dismiss Pursuant to FRCP 12(b)(1) and 12(b)(6) on **December 13, 2006 at 9:30 a.m.**, or as soon thereafter as counsel may be heard before the Honorable Stanwood R. Duval, Jr., United States District Judge for the Eastern District of Louisiana, Section "K", 500 Camp Street, New Orleans, Louisiana 70130.

1

Respectfully submitted,

BURGLASS & TANKERSLEY, LLC

_____
CHRISTOPHER K. TANKERSLEY (19176)
DENNIS J. PHAYER (10408)
SCOTT O. GASPARD (23747)
5213 Airline Drive
Metairie, Louisiana 70001-5602
Phone: (504) 836-2220 /Fax: (504) 836-2221
Attorney for defendant, the Parish of Jefferson

**CERTIFICATE OF SERVICE**

I, Scott. O. Gaspard, hereby certify that on the 6th day of November, 2006, I served a true copy of the foregoing pleading upon the following party by first class and/or electronic mail:

William C. Gambel
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112-1010
wgambel@millinglaw.com

_____