**OFFER** (Must be fully completed by offeror)

| 14. NAME AND ADDRESS OF OFFEROR *(include ZIP Code)* | 15. TELEPHONE NO. *(include area code)* |
|---|---|

Angelo Iafrate Construction, L.L.C.
300 Crofton Road
Kenner, LA  70062

(504) 461-9366   Fax No. (504) 461-9340

16. REMITTANCE ADDRESS *(include only if different than Item 14)*

SAME

CAGE CODE NO.     IHXS2          03-733-4179
                                  DUNS NO.

CODE            FACILITY CODE

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. *(insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ *Four Million Two Hundred + Six Thousand Nine Hundred + Forty Nine ⁰⁰*

18. The offeror agrees to furnish any required performance and payment bonds.

## 19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | 1 | 2 | | | |
|---|---|---|---|---|---|
| DATE | 10/17/01 | 10/30/01 | | | |

| 20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)* | 20B. SIGNATURE | 20C. OFFER DATE |
|---|---|---|
| Derek J. Commander - Area Manager | *[signature]* | 11/14/01 |

**AWARD** (To be completed by Government)

21. ITEMS ACCEPTED:

Contract No. DACW29-02-C-0013          Bidding Schedule Items 0001 thru 0065

Lake Pontchartrain, Louisiana and Vicinity, High Level Plan, London Outfall Canal Parallel Floodproofing Protection of Mirabeau Avenue & Filmore Avenue Bridges Orleans Parish, Louisiana

**The subcontracting plan is hereby incorporated and made a part of this contract.**

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $4,206,949.00 | 96X3122          W42HEM12837089          $10,000.00 |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* | ITEM ▶ 26 | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO |
|---|---|---|
| | | ☐ 10 U.S.C. 2304(c) ( )     ☐ 41 U.S.C. 253(c) ( ) |

| 26. ADMINISTERED BY          CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| NEW ORLEANS AREA OFFICE<br>U.S. ARMY CORPS OF ENGINEERS<br>P.O. BOX 60267<br>NEW ORLEANS, LA  70160-0267 | USAED NEW ORLEANS<br>C/O USACE FINANCE CENTER (UFC)<br>ATTN:  CEFC-AO-P<br>5720 INTEGRITY DRIVE<br>MILLINGTON, TN  38054-5005 |

*CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE*

| ☐ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return _____ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work requirements identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)* | 31A. NAME OF CONTRACTING OFFICER *(Type or print)* |
|---|---|
| | Kelly M. Gele |

| 30B. SIGNATURE | 30C. DATE | 31B. UNITED STATES OF AMERICA | 31C. AWARD DATE |
|---|---|---|---|
| | | BY *[signature]* | 12 Dec 01 |

STANDARD FORM 1442 BACK (REV. 4-85)

EXHIBIT
A (pages 1-9)

Pg. 1

JAMES-0001

| SOLICITATION, OFFER AND AWARD **(Construction, Alteration, or Repair)** | 1. SOLICITATION NO. DACW29-01-B-0092 | 2. TYPE OF SOLICITATION<br>[X] SEALED BID *(IFB)*<br>[ ] NEGOTIATED *(RFP)* | 3. DATE ISSUED 09/18/01 | PAGE OF PAGES |
|---|---|---|---|---|

**IMPORTANT - The offer section on the reverse must be fully completed by offeror.**

| 4. CONTRACT NO. DACW29-02-C-0013 | 5. REQUISITION/PURCHASE REQUEST NO. | | 6. PROJECT NO. ED-96-016 |
|---|---|---|---|

| 7. ISSUED BY                    CODE | 8. ADDRESS OFFER TO |
|---|---|
| US ARMY ENGR DIST NEW ORLEANS<br>7400 LEAKE AVE<br>NEW ORLEANS, LA  70118 | US ARMY ENGR DIST NEW ORLEANS<br>ATTN:  CEMVN~CT<br>PO BOX 60267<br>NEW ORLEANS, LA  70160-0267 |

| 9. FOR INFORMATION CALL: | A. NAME MARY CATHERINE RENAUD | B. TELEPHONE NO. *(include area code) (NO COLLECT CALLS)* 504  862-2888 |
|---|---|---|

**SOLICITATION**

NOTE:  In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder."

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS                    *(Title, identifying no., date):*

11. The Contractor shall begin performance within _____ 10 _____ calendar days and complete it within _____ 700 _____ calendar days after receiving

[ ] award,   [X] notice to proceed. This performance period is   [X] mandatory,   [ ] negotiable.   *(See _____ )*

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? *(If "YES," indicate within how many calendar days after award in Item 12B.)*   | 12B. CALENDAR DAYS

[X] YES   [ ] NO                                                                                          003

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and _____ 0 _____ copies to perform the work required are due at the place specified in Item 8 by _____ 1400 _____ *(hour)* local time _10/~~23~~/01_ *(date)* . If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

11/14/01

B. An offer guarantee   [X] is,   [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing other than _____ 30 _____ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.



JAMES-0002



# ANGELO IAFRATE CONSTRUCTION, L.L.C.

300 Crofton Road
Kenner, LA 70062
Telephone: (504) 461-9366   Fax: (504) 467-8556

AN EQUAL OPPORTUNITY
EMPLOYER

03 December 2001

Department of the Army
New Orleans District, Corps of Engineers
P.O. Box 60267
New Orleans, LA   70160-0267 •

Attention: Contracting Division

Re:     Lake Pontchartrain, Louisiana and Vicinity, High Level Plan,
        London Ave. Outfall Canal Parallel Floodprofing Protection of
        Mirabeau and Filmore Ave. Bridges,  DACW29-01-B-0092
        **Small Business Subcontracting Plan**

Dear  Ms. Mary Cathrerine Rnaud

Attached is our subcontracting plan for the above referenced project.

The nature of this project makes the subcontracting plan somewhat unique.  We intend to award all of the subcontracts for the above project to small businesses.  One of the subcontracts is for electrical and it is by far the largest subcontract to be issued.  In fact this single subcontract is over fifty eight percent of all the subcontracts.  It will be issued to a small business electrical subcontractor.  Of the remaining forty two percent of the subcontracts another single subcontract for the placement of the reinforcing steel is twenty percent of the total, this subcontract will be to a woman owned small business subcontractor.  Twenty percent will be awarded to disadvantaged small businesses.  The remaining two percent of the intended subcontract amount will go to a small business traffic engineer.

Because a single subcontract on this project comprises the majority of the subcontracting dollar amount the remaining dollars for small disadvantaged and small woman owned businesses is less than we strive to achieve.  During the course the contract we will work to develop other methods to involve small, small disadvantaged and  small woman owned businesses in this contract.

Regards,

J. E. Morrow
Area Manger, COE Projects

Pg.3

JAMES-0009

Solicitation No. DACW29-01-B-0092
Amendment No. 0002
Page 5 of 10

## SECTION 00010 - BIDDING SCHEDULE

**LAKE PONTCHARTAIN, LA AND VICINITY, HIGH LEVEL PLAN,**
**LONDON OUTFALL CANAL**
**PARALLEL FLOODPROOFING PROTECTION OF**
MIRABEAU AVENUE & FILMORE AVENUE BRIDGES
ORLEANS PARISH, LA

| Item | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|-------------------|------|-----------|-----------------|
| | **FILMORE AVENUE BRIDGE** | | | | |
| 0001 | Mobilization and Demobilization | 01 | LS | 80,000 — | 8( |
| 0002 | Silt Fences | 200 | LF | 2.50 | 500 — |
| 0003 | Maintenance of Traffic | 01 | LS | 50,000 — | 50,000 — |
| 0004 | Selective Demolition | 01 | LS | 240,000 — | 240,000 — |
| *0005 | Removal and Disposal of Canal Material | 125 | CY | 75 — | 9,375 — |
| 0006 | Structural Excavation and Backfill | 01 | LS | 30,000 — | 30,000 — |
| 0007 | Furnish and Deliver Steel H-Piles | 1288 | LF | 22 — | 28,336 — |
| 0008 | Driving Steel H-Piles | 1288 | LF | 9 — | 11,592 — |
| 0009 | Furnishing and Driving Test Piles | 4 | EA | 13,000 — | 52,000 — |
| 0010 | Compression Test - H-Pile at Filmore Avenue | | | | |
| 0010AA | First Compression Test | 01 | EA | 20,000 — | 20,000 — |
| 0010AB | All Over One Compression Test | 01 | EA | 5,000 — | 5,000 — |
| 0011 | Compression Test - Prestressed Concrete Pile at Filmore Avenue | | | | |
| 0011AA | First Compression Test | 01 | EA | 20,000 — | 20,000 · |
| 0011AB | All Over One Compression Test | 01 | EA | 5,000 — | 5,000 · |
| *0012 | Furnish and Deliver 18-inch Prestressed Concrete Piles | 2568 | LF | 34 — | 87,312 — |
| *0013 | Driving 18-inch Prestressed Concrete Piles | 2568 | LF | 17 — | 43,656 — |
| *0014 | Stone Riprap | 160 | TON | 65 — | 10,400 · |
| 0015 | Piling, Steel Sheet, Z-Web (Type 1) | 3300 | SF | 25 — | 82,500 |

*Denotes changes from previous Bidding Schedule

ED 96-016

PS.4

JAMES-0003

Solicitation No. DACW29-01-B-0092
Amendment No. 0002
Page 6 of 10

## SECTION 00010 - BIDDING SCHEDULE

### LAKE PONTCHARTRAIN, LA AND VICINITY, HIGH LEVEL PLAN,
### LONDON OUTFALL CANAL
### PARALLEL FLOODPROOFING PROTECTION OF
#### MIRABEAU AVENUE & FILMORE AVENUE BRIDGES
#### ORLEANS PARISH, LA

| Item | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|
| *0016 | Piling, Steel Sheet, Straight Web | 1950 | SF | 25- | 48,750 - |
| *0017 | Government Furnished Steel Sheet Piling | 855 | SF | 20 - | 17,100 - |
| 0018 | Incidental Paving | 01 | LS | 10,000 - | 10,000 - |
| 0019 | Paving | 01 | LS | 45,000- | 45,000 - |
| 0020 | Concrete Curbs and Gutters | 1240 | LF | 28 - | 34,720 - |
| 0021 | Approach Slabs | 300 | SY | 160 - | 48,000 - |
| 0022 | 50" Water Main Crossing Pile Bent Relocation | 01 | LS | 80,000 - | 80,000 - |
| 0023 | Security Fences | 1150 | LF | 9 - | 10,350 - |
| 0024 | Fence Gate | 2 | EA | 800 - | 1,600 - |
| *0025 | Permanent Pavement Markings | 01 | LS | 6,000 - | 6,000 - |
| *0026 | Fertilizing and Seeding | 0.7 | AC | 1,600 - | 1,120 - |
| 0027 | Substructure Concrete | 01 | LS | 130,000 - | 139,000 - |
| 0028 | Superstructure Concrete | 01 | LS | 495,000 - | 495,000 |
| 0029 | Floodwall Concrete | 01 | LS | 160,000 - | 160,000 - |
| 0030 | Steel Floodwall Gate | 4 | EA | 15,000 - | 60,000 - |
| 0031 | Electrical Feeder Relocation and Replacement | 01 | LS | 95,000 - | 95,000 - |
| *0032 | Truck Wash-Down Rack | 01 | LS | 1,000 - | 1,000 - |
| *0033 | Aluminum Utility Cover | 01 | LS | 35,000 - | 35,000 - |

*Denotes changes from previous Bidding Schedule

ED 96-016

Pg. 5

JAMES-0004

SECTION 00010 - BIDDING SCHEDULE

LAKE PONTCHARTRAIN, LA AND VICINITY, HIGH LEVEL PLAN,
LONDON OUTFALL CANAL
PARALLEL FLOODPROOFING PROTECTION OF
MIRABEAU AVENUE & FILMORE AVENUE BRIDGES
ORLEANS PARISH, LA

| Item | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|-------------------|------|-----------|-----------------|
| | **MIRABEAU AVENUE BRIDGE** | | | | |
| 0034 | Mobilization and Demobilization | 01 | LS | 70,000 – | 70,000 – |
| 0035 | Silt Fences | 200 | LF | 2.50 | 500 – |
| 0036 | Maintenance of Traffic | 01 | LS | 20,000 – | 20,000 – |
| 0037 | Selective Demolition | 01 | LS | 230,000 – | 230,000 – |
| 0038 | Removal and Disposal of Canal Material | 320 | CY | 75 – | 24,000 – |
| 0039 | Structural Excavation and Backfill | 01 | LS | 30,000 – | 30,000 – |
| *0040 | Furnish and Deliver Steel H-Piles | 1908 | LF | 22 – | 41,976 – |
| 0041 | Driving Steel H-Piles | 1908 | LF | 9 – | 17,172 – |
| 0042 | Furnishing and Driving Test Piles | 2 | EA | 13,000 – | 26,000 – |
| 0043 | Compression Test – Prestressed Concrete Pile at Mirabeau Avenue | | | | |
| 0043AA | First Compression Test | 01 | EA | 20,000 – | 20,000 – |
| 0043AB | All Over One Compression Test | 01 | EA | 5,000 – | 5,000 – |
| *0044 | Furnish and Deliver 18-inch Prestressed Concrete Piles | 4740 | LF | 34 – | 161,160 – |
| *0045 | Driving 18-inch Prestressed Concrete Piles | 4740 | LF | 13 – | 61,620 – |
| 0046 | Stone Riprap | 560 | TON | 65 – | 36,400 – |
| 0047 | Piling, Steel Sheet, Z-Web (Type 1) | 1700 | SF | 25 – | 42,500 – |
| 0048 | Piling, Steel Sheet, Z-Web (Type 2) | 2100 | SF | 25 – | 52,500 – |
| *0049 | Piling, Steel Sheet, Straight Web | 3170 | SF | 25 – | 79,250 – |
| 0050 | Incidental Paving | 01 | LS | 10,000 – | 10,000 – |

*Denotes changes from previous Bidding Schedule

ED 96-016

Pg.6

JAMES-0005

## SECTION 00010 - BIDDING SCHEDULE

## LAKE PONTCHARTRAIN, LA AND VICINITY, HIGH LEVEL PLAN, LONDON OUTFALL CANAL PARALLEL FLOODPROOFING PROTECTION OF MIRABEAU AVENUE & FILMORE AVENUE BRIDGES ORLEANS PARISH, LA

| Item | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|
| 0051 | Paving | 01 | LS | 50,000 – | 50,000 – |
| *0052 | Concrete Curbs and Gutters | 960 | LF | 28 – | 26,880 – |
| 0053 | Approach Slabs | 510 | SY | 160 – | 81600 – |
| 0054 | 12" Waterline Crossing at Mirabeau Avenue | 01 | LS | 100,000 – | 100,000 – |
| 0055 | Security Fences | 1280 | LF | 9 – | 11520 – |
| 0056 | Fence Gate | 2 | EA | 800 – | 1,600 – |
| *0057 | Permanent Pavement Markings | 01 | LS | 4,000 – | 4,000 – |
| *0058 | Fertilizing and Seeding | 0.6 | AC | 1,600 – | 960 – |
| 0059 | Substructure Concrete | 01 | LS | 180,000 – | 180,000 – |
| 0060 | Superstructure Concrete | 01 | LS | 500,000 – | 500,000 – |
| 0061 | Floodwall Concrete | 01 | LS | 100,000 – | 100,000 – |
| 0062 | Steel Floodwall Gate | 4 | EA | 15,000 – | 60,000 – |
| 0063 | Electrical Feeder Relocation and Replacement | 01 | LS | 95,000 – | 95,000 – |
| 0064 | Truck Wash Down Rack | 01 | LS | 1000 – | 1,000 – |
| 0065 | Aluminum Utility Cover | 01 | LS | 12,000 – | 12,000 – |

TOTAL:   $ 4,206,949 –

Award will be made as a whole to one bidder.

NOTE 1:  Bidders shall furnish unit prices for each item listed in the Schedule requiring a unit price.  If the bidder fails to insert a unit price in the appropriate blank for required item(s), but does furnish an extended total, or an estimated amount for such item(s), the Government shall deem the unit price to be the quotient obtained by dividing the extended amount for that line item by the quantity.  The quantities shown in Items 10AB, 11AB, and 43AB are for evaluation purposes only.  IF A BIDDER OMITS BOTH THE UNIT PRICE AND THE EXTENDED TOTAL OR ESTIMATED AMOUNT FOR ANY ITEM, ITS BID SHALL BE DECLARED NON-RESPONSIVE AND THEREFORE INELIGIBLE FOR AWARD.

*Denotes changes from previous Bidding Schedule

ED 96-016

Pg. 7

JAMES-0006

Solicitation No. DACW29-01-B-0092
Amendment No. 0002
Page 9 of 10

## SECTION 00010 - BIDDING SCHEDULE

LAKE PONTCHARTAIN, LA AND VICINITY, HIGH LEVEL PLAN,
LONDON OUTFALL CANAL
PARALLEL FLOODPROOFING PROTECTION OF
MIRABEAU AVENUE & FILMORE AVENUE BRIDGES
ORLEANS PARISH, LA

| Item | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|------|-------------|--------------------|------|------------|------------------|

NOTE 2: THE NOTICE TO PROCEED (NTP): The successful bidder is advised that performance and payment bonds shall be submitted in accordance with the time frame in block 12B of SF 1442 after Notice of Award. The NTP will be issued immediately after verification of acceptable performance and payment bonds. Within seven (7) days after issuance of the NTP, the Contractor shall initiate a meeting to discuss the submittal process with the Area or Resident Engineer or his authorized representative. Physical work cannot start until the Accident Prevention Program, Contractor Quality Control Plan, and other submittals which may be required, have been submitted and approved and all preliminary meetings called for under the contract, have been conducted.

*Denotes changes from previous Bidding Schedule

ED 96-016
Pg. 8
JAMES-0007

(FOR GOVERNMENT USE ONLY)

Solicitation No.   DACW29-01-B-0092

Contract No.   DACW29-02-C-0013

I. Recommend approval.   The Contractor's Small Business
Subcontracting Plan is in compliance with the provisions of FAR
Subpart 19.7 and 52.219-9 and DFARS Subpart 219.7

12/4/01
_____                    _____
Date                          for   Robert G. Dempsey
                                    Deputy for Small Business

II.   Plan Approved by:

12/7/01
_____                    _____
Date                                Kelly M. Gele
                                    Contracting Officer

CONTRACT AMOUNT:   $4,206,949.00

AREA OFFICE:   New Orleans Area Office





**US Army Corps
of Engineers.**
New Orleans District

# News Release

Public Affairs Office, 7400 Leake Ave.
www.mvn.usace.army.mil

Tel 504-862-2201
Fax 504-862-1724

**FOR IMMEDIATE RELEASE**
Contact:  John Hall, 504-862-2201
January 4, 2002

## N.O.-Metairie hurricane bridge contract awarded
*New, 4-lane structure will be built over 17th Street Canal*

NEW ORLEANS – Construction will begin in February on a bridge to
protect New Orleans and Metairie from Lake Pontchartrain's hurricane
storm surges, the U.S. Army Corps of Engineers said Friday.

A new, 4-lane bridge will be built on Hammond Highway over the 17th
Street Canal, replacing a 2-lane bridge connecting New Orleans and
Metairie. Traffic will continue through the 2-year project, with one lane in
each direction.

The bridge will be built by the U.S. Army Corps of Engineers, Orleans
Levee District and East Jefferson Levee District. The $4.92 million contract
was awarded to Gulf Group Inc., Panama City, Fla.

About half of the contract cost is being provided by the Louisiana
Department of Transportation and Development.  This money will be used
to expand the bridge from two lanes to four lanes.  The remaining costs will
be shared 70 percent federal and 30 percent local.

Six of 10 hurricane bridges have been completed in the New Orleans area.
Three bridges are under contract, including Hammond Highway.  The other
two are on Filmore and Mirabeau avenues over the London Avenue Canal in
New Orleans.  Filmore will be constructed first, with Mirabeau to follow
after Filmore is reopened.  Construction preparations will begin this month.

**Related Corps hurricane Web sites:**
http://www.mvn.usace.army.mil/pao/response/HURPROJ.asp?prj=lkpon1
http://www.mvn.usace.army.mil/pao/response/index.asp

EXHIBIT

Ex. B

P. 1



**US Army Corps
of Engineers.**
New Orleans District

# News Release

Public Affairs Office, 7400 Leake Avenue
http://www.mvn.usace.army.mil/

Tel. 504-862-2201
Fax 504-862-1724

**FOR IMMEDIATE RELEASE**
Contact: John Hall, 504-862-2201
September 6, 2002

## Trucks can no longer use Hammond Highway Bridge over 17th Street Canal
### *No heavy or wide loads; pickups, vans and cars OK*

The existing bridge can no longer handle the weight of big trucks or wide loads due to the progress of construction. This means no heavy trucks, and no wide loads. Pickups, vans and cars are OK.

Construction is replacing the existing bridge with a new 4-lane bridge, under a contract awarded by the U.S. Army Corps of Engineers in cooperation with the East Jefferson Levee District, Orleans Levee District, Jefferson Parish and the Louisiana Department of Transportation and Development.

Jefferson Parish has designated Lake Avenue as a temporary truck route until the new bridge is completed in late 2003. Lake Avenue can be reached from West Esplanade Avenue.

Please inform all truck drivers that enforcement of this limitation has begun.

The bridge connects New Orleans and Metairie at Bucktown on the Pontchartrain lakefront.



**US Army Corps
of Engineers.
New Orleans District**

# News Release

Public Affairs Office, 7400 Leake Ave.
www.mvn.usace.army.mil

Tel. 504-862-2201
Fax 504-862-1724

**FOR IMMEDIATE RELEASE**
Contact: John Hall, 504-862-2201
September 6, 2001

## Rebuilt N.O. bridge will reopen at 10 a.m. Friday
*Hurricane floodproofing completed on R.E. Lee at Orleans Canal*

NEW ORLEANS – A four-lane bridge in New Orleans' lakefront area will reopen for traffic Friday, Sept. 7, following one year of construction for hurricane floodproofing, the U.S. Army Corps of Engineers said Thursday.

The bridge spans the Orleans Avenue Canal on Robert E. Lee Boulevard. The Corps of Engineers and the Orleans Levee District shared the $2.1 million cost 70-30. Construction was done by Shavers-Whittle Construction Inc. of Mandeville.

Lt. Col. Michael R. Burt, deputy district engineer, New Orleans District, will represent the Corps of Engineers in a brief ribbon cutting at 10 a.m. Commissioner Vic Landry will represent the Levee District. Traffic will resume shortly thereafter.

The Robert E. Lee bridge was completed on schedule. It is the sixth of 10 bridges to be flood proofed. This requires replacing each bridge in its entirety. The new bridges are sealed on the bottom and both sides, effectively closing a gap in the hurricane floodwall. The total cost is about $28 million.

In addition to keeping storm surges out of New Orleans, floodproofing permits vital roadways to remain open. It eliminates the need for sandbagging, which must be accomplished well before a tropical storm reaches the city.

Next to be floodproofed will be the Hammond Highway bridge over the 17th Street Canal. A contract award is expected soon after bids are opened this month for a four-lane bridge to replace the present two-lane structure. Construction is expected to begin by late November, and will take two years. Two lanes will remain open throughout construction.

**Hurricane Protection Glossary:**
http://www.mvn.usace.army.mil/pao/response/glossary.asp  What is meant by parallel protection (includes floodproofing), sector gates and floodwalls?

③

June 3, 1999

**FOR IMMEDIATE RELEASE**

**CONTACT: John Addison**

### Corps floodproofing 10 New Orleans bridges
### 1999 is biggest year for these key hurricane-protection projects

**NEW ORLEANS --**

The U.S. Army Corps of Engineers, New Orleans District, will begin construction this summer on two bridges to improve hurricane protection in New Orleans' Lakeview section.

Beginning late in July, the Filmore and Harrison Avenue bridges will be closed for rebuilding to accomplish floodproofing. This permits vital roadways, now sandbagged during a storm, to remain open.

This is floodproofing's biggest year, with construction beginning on five bridges. In all, 10 bridges are being floodproofed along three drainage canals in Orleans and Jefferson parishes. Total cost is about $25 million.

Floodproofing of bridges is an indispensable portion of the four-parish, $732-million Lake Pontchartrain and Vicinity Hurricane Protection Project. It is being built by the Corps and four levee boards, in Orleans, Jefferson, St. Bernard and St. Charles pa

In floodproofing, the original bridge is demolished. Each replacement bridge will have steep, concrete sides. This continues the floodwall from one side of the canal to the other.

The two Lakeview bridges span the Orleans Avenue Canal, which lies between Lakeview and City Park. Angelo Iafrate Construction has a $2.35 million contract for the two-lane bridges.

"We are asked why we are replacing these bridges - just four blocks apart - at the same time. The answer is that we have coordinated this work with the neighborhoods and City Hall," said Col. William L. Conner, commander of the New Orleans District.

"They don't want to go through any more hurricane seasons than they have to without floodproofing," Conner said. "This is an encouraging sign that people are taking the hurricane threat seriously."

Floodproofing is vital, said Al Naomi, the Corps' senior project manager for the Lake Pontchartrain and Vicinity project. "The new bridges are final links in the chain of protection provided by hurricane levees and floodwalls."

"In addition to keeping water out, we want to keep roadways open. The roadways' value becomes clear when hurricane evacuation is required,," Naomi said.

The Orleans Levee District and the East Jefferson Levee District are the local sponsors with the Corps for floodproofing the bridges.

Demolition of existing bridges is required for floodproofing in order to deal with hurricane storm surges, said Kevin Wagner, the Corps' project manager for the Lake Pontchartrain and Vicinity project.

"There's a buoyancy problem. We want to keep these bridges from popping out if the water rises around them," Wagner said. "So we are providing new pilings with the strength to anchor them



properly."

Once construction is complete, the levee districts take over operation and maintenance of the
hurricane-protection projects.

The levee districts must begin sandbagging and closing floodgates about 36 hours before a
hurricane's arrival. Floodproofing the bridges will allow the levee districts to shift their work
forces, always stretched thin during storms, to other essential tasks.

The cost of floodproofing varies with each bridge. C.R. Pittman has a $3.33 million contract for a
four-lane bridge now under construction, on Gentilly Boulevard over the London Avenue Canal in
New Orleans.

In May, work began on the four-lane Leon C. Simon Boulevard bridge over the London Canal in
New Orleans. Miller Excavating has the $3.86 million contrac

Construction begins in November on 1999's fifth floodproofing, a project that will also increase
the capacity of a busy roadway linking New Orleans and Metairie. A four-lane bridge will be built
to replace the two-lane bridge on Robert E. Lee Boulevard/Old Hammond Highway over the 17th
Street Canal near the lakefront

In contracting, the U.S. Army Corps of Engineers anticipates the possibility that a project may
become vulnerable to hurricanes during construction. So the Corps requires contractors to have
an approved Hurricane Plan. When a storm is approaching, the contractor is responsible for
restoring the pre-construction level of protection. This includes pre-positioning the material
required to plug any gaps.

The bridge floodproofing schedule: December 1997 - Completion of the first bridge, on Veterans
Boulevard over 17th Street Canal, linking Metairie and New Orleans. January 1999 - Construction
began on Gentilly Boulevard over London Avenue Canal, New Orleans. Completion: October 1999.
May 1999 - Construction began on Leon C. Simon Boulevard over London Canal, New Orleans.
Completion: February 2000. July 1999 - Construction will begin on Filmore and Harrison avenues
over Orleans Avenue Canal, New Orleans. Completion: April 2000. November 1999 - Construction
will begin on Robert E. Lee Boulevard/Old Hammond Highway over 17th Street Canal, linking New
Orleans and Metairie. Completion: November 2001. February 2000 - Construction will begin on
first bridge on Mirabeau and Filmore avenues over London Avenue Canal, New Orleans.
Completion: October 2002. Project may be shortened by simutaneous construction. July 2000 -
Construction will begin on Robert E. Lee over Orleans Avenue Canal, New Orleans. Completion:
January 2002. 2002 - Construction will begin on Robert E. Lee over London Avenue Canal, New
Orleans. Completion: 2003.

(END)

**Also visit these other New Orleans Links:**

**[New Orleans Home]  [Public Affairs Home]  [Site Map]**

*Robt. E. Smith Lupo*

*Penthouse Suite   Smith Lupo Center*
*145 Robert E. Lee Boulevard*
*New Orleans, Louisiana 70124*
*(504) 283-3421*

TO:     Stevan Spencer, Chief Engineer, O.L.D.

FROM:   Robert E. Smith Lupo, Commissioner, O.L.D.

DATE:   September 13, 1996

RE:     Information Requested for Orleans Canal Bridge Design Comparisons

1.  D.E.I. and Hartmann figures for finished U.S.A.C.E. approved design/engineering drawings, etc.

2.  D.E.I. and Hartmann figures for today's cost of construction of U.S.A.C.E. approved design.

3.  O.L.D. Engineering Staff review of design differences of D.E.I. and Hartmann designs, including:

    A)  Critique of structural systems used (pluses and minuses).
    B)  Critique of pedestrian features.
    C)  Critique of costs per square foot comparison as they relate to other current O.L.D. bridge projects.
    D)  Critique of costs per square foot design and what those differences mean if multiplied by the total number of outfall canal bridges to be built buy the O.L.D./U.S.A.C.E. Partnership. The foregoing should include the London Avenue Canal, Orleans Avenue Canal, and any other flood proofed bridge crossing that may be required in the future.
        Discuss the difference in the existing bridge location and length in the proposal by each firm and how it varies from the existing. What effect on cost does altering the length or width have?

4.  A total accounting of all monies spent to date by the O.L.D. with D.E.I. and Hartmann for all design work related to all types of bridges or floodgates for all of the outfall canals. Separate the fees into bridge design or floodgate design only for the Orleans and London Avenue Canals. Also, provide the time period (in months) over which the expenditures were made. And, provide the status of completion of the plans.

*Terry can you get ?*

5.  As an internal staff review, comment on adherence to current LADOTD requirements on both designs.

6.  List of any questions that must be answered by U.S.A.C.E. in order for designs to be accepted by the U.S.A.C.E.

7.  Synopsis (one page) by the O.L.D. Engineering Staff, expressing their opinion on which design should be implemented and why.

Stevan, obviously the sooner we have this information to review, the sooner we can move forward on this project.

cc:   James P. Huey, President, O.L.D.
      Patricia W. Harris, Commissioner, O.L.D.
      Marlin N. Gusman, Commissioner, O.L.D.
      Ellen Hazeur-Distance, Commissioner, O.L.D.
      Victor A. Landry, Commissioner, O.L.D.

000014  

MOTION:            20-022394

RESOLUTION:        19-022394

BY:                Commissioner James P. Huey,
                   by request

SECONDED BY:       Vice President Patricia W. Harris

                                        February 23, 1994

                   R E S O L U T I O N

          WHEREAS, to meet accepted standards of practice of
the Louisiana Department of Transportation and Development
(LADOTD), the Orleans Levee District would attempt to design
similar standards to that of the LADOTD as the approving
agency for jurisdictional area construction, inter alia,
covering typical plans and conventional construction
drawings, evidence of third party liability insurance and
registered professional engineering certification, and

          WHEREAS, these standard requirements, when made a
part of the Orleans Levee District operating procedures,
will meet the same requirements set by the approving agency.

          BE IT HEREBY RESOLVED, That the Orleans Levee
District does hereby request permission from the Louisiana
Department of Transportation and Development to utilize
LADOTD:

     A)   typical plans and conventional construction
          drawings,

     B)   evidence of a "Hold Harmless Clause" as a contract
          provision,

     C)   evidence bearing the seal of the registered
          professional engineering consultant.

BE IT FURTHER RESOLVED, That the Orleans Levee District agrees to hold harmless and defend the Louisiana Department of Transportation and Development and Agency personnel of any liabilities from litigation which may develop from utilizing the approving agency accepted standards of practice.

AYES:       Commissioners Harris, Huey, Sackett, Saizan
            and Harvey

NAYS:       None

ABSENT:     Commissioners Boissiere, Ramelli and Rodney

RESOLUTION ADOPTED:     Yes


                        THE FOREGOING IS CERTIFIED TO
                        BE A TRUE AND CORRECT COPY.


                        THEODORE LANGE, SECRETARY
                        THE BOARD OF COMMISSIONERS OF
                        THE ORLEANS LEVEE DISTRICT

2

000051



PIUTE CONTRACTORS, INC. • 418 Cypress Road • Ocala, Florida 34472 • (352) 680-0111 • Fax (352) 680-0333

# FAX TRANSMITTAL

**DATE:** *March 24, 1998*

**TO:** *Mr. Estrada*

**COMPANY:** *Corp of Engineers*

**FAX NO:** *504/862-1091*

**PHONE NO:** *504/862-1035*

**FROM:** *Don Loncarich*

**TOTAL NUMBER OF PAGES (including cover sheet)**
**If you do not receive all pages, please call (352) 680-0111.      2**

**ORIGINAL:**   will not be sent   X
              will be sent by;   Regular mail _____     Overnight service _____

**MESSAGE:**

Re: 24" Drill, Orleans Avenue Outfall Canal

   To follow is our revised plan for the installation of relief wells for the above referenced project. This is a preliminary plan drawn up by Piute Contractors, Inc. We will take no responsibility in guaranteeing that these relief wells will prevent any and all mud fractures or damage to the levy.

   There is no way of knowing where a mud fracture may occur. Given our knowledge and experience within the drilling industry we know of no absolute way to prevent mud fractures.

   Please review the plan and contact us immediately. We need direction on how to proceed with the contract.

cc:   T. Harris/Bell South
     Kevin Boudreau/Bell South

000109

# The Board of Commissioners
#### OF THE
## Orleans Levee District
SUITE 202 - ADMINISTRATION BUILDING

6001 STARS AND STRIPES BLVD.
### New Orleans, La.
70126-8008

TEL. 504-243-4000

PROTECTING <u>YOU</u>
AND <u>YOUR</u> FAMILY

June 6, 1997

Linfield, Hunter & Junius, Inc.
3500 North Causeway Boulevard
Suite 200
Metairie LA 70002

RE:   Engineering Agreement for Professional Services
      Section 11 - Insurance
      OLB Contract No. 24909 Expiration Date: 7/23/97

Gentlemen:

A review of our records indicates the following insurance coverage has expired or is near expiration.

| | | | |
|---|---|---|---|
| A. Comp. Auto Liability | X | W. Workmen's Comp. | |
| C. Contract Hold-Harmless | — | X. Excess Liability | X |
| E. Employer's Liability | — | M. Maritime/Marine | |
| G. Comp. General Liability | X | B. Builders Risk | — |
| O. OCP | — | PL. Arch/Eng. Prof. Liab. | X |

An updated Certificate of Insurance is to be completed by your insurance agent and mailed to the Orleans Levee District, Attention: Auxiliary Services. Please note that insurance shall not be cancelled without thirty (30) days prior written notice to the owner. Failure to provide proof of insurance will place you in violation of your contract.

Attached for your use is a sample certificate which summarizes the required minimum limits.

Sincerely,

Stevan G. Spencer, P. E.
Chief Engineer

SGS:GG:pns

xc:   Auxiliary Services



LINFIELD, HUNTER & JUNIUS, INC.
CONSULTING ENGINEERS AND ARCHITECTS

3500 North Causeway Blvd./Suite 200
Metairie, Louisiana 70002
(504) 835-9933 fax
(504) 837-1666

Ralph W. Junius, Jr., P.E.
Frank G. Newell, P.E.
Anthony F. Goodgion, P.E.
Lawrence B. LeBlanc, Architect
Sergio J. Girau, P.E.

David A. Hunter, Jr. 1969-1993
Ashby T. Gibbons, Jr. 1974-1979
R. P. Linfield, 1957-1979

April 11, 1997

Mr. Jim Parker
Principal Civil Engineer
Sewerage and Water Board of New Orleans
8800 S. Claiborne Ave.
New Orleans, LA 70118

RE:    Gentilly Boulevard Bridge over the London
           Avenue Outfall Canal
           Our File No. 92-60

Dear Jim:

This letter is to confirm our conversations at our meeting with you on Thursday, 10 April, 1997. The following relevant items were discussed:

We requested that due to the obstructions to pile driving in the bottom of the canal that we be allowed to use either 30" square precast concrete piles or 30" diameter open end steel pipe piles for the interior pile bents of the bridge. The increase in pile size would also allow for fewer piles driven. You indicated that the six inch increase in pile size is acceptable. You also indicated that the pipe piles is preferable to you for hydraulic reasons.

We discussed the need for underwater repair of the canal bottom. You said that underwater repair of the canal bottom is acceptable. You said we should call for the removal of all debris from the canal bottom and that all forms which are to be left in place be tied to the concrete structures.

We discussed the possibility of constructing a temporary steel sheet pile cofferdam in the canal. You said that it would be okay to do so. We are to get back in touch with you in a few days to get the design parameters for the cofferdam as they relate to cut-off elevations and coordination with pumping station No. 3. You also said that cofferdaming half of the canal at a time would be a preferable option.

We are to contact Jack Herkamp or Bob Moeinian about general contractor coordination with the Sewerage and Water Board during construction.

Mr. Jim Parker
April 11, 1997
Page Two

We are to contact Bob Moeinian about water surface elevations in the canal so that we can include this information on the contract drawings.

You gave us a copy of the Sewerage & Water Board 65% review comments in regard to utilities relocations for the project.

The above summary of our conversation is believed to be true and correct to the best of the undersigned's recollection.  If any of the above is in error, please do not hesitate to call.

Thanks again for meeting with us.

Yours very truly,

LINFIELD, HUNTER & JUNIUS, INC.

Anthony F. Goodgion, P.E.
Vice President

AFG/lgm
jobs\97\9260\parker.ltr

AUG 31 1998

MARC H. MORIAL, President
HENRY A. DILLON, JR., President Pro-Tem

## Sewerage & Water Board OF NEW ORLEANS

G. JOSEPH SULLIVAN
General Superintendent

625 ST. JOSEPH STREET
NEW ORLEANS, LA., 70165 • 585-2365

August 26, 1998

*Hartman Engrs*
*changed P & S as*
*a result of*
*copy of letter*

The Board of Commissioners of the Orleans Levee District
6001 Stars and Stripes Boulevard
Suite 202-Administrative Building
New Orleans, Louisiana 70126-8006

*Attn:*  Mr. Stevan G. Spencer, P.E., Chief Engineer

RE:    Permission to Work in Canal

Gentlemen:

Permission is granted to work in the Orleans Avenue Outfall Canal at the Robert E. Lee Blvd., Filmore and Harrison Avenues bridges.  However, the following conditions will apply:

1.   The Contractor must notify Mr. Bob Moeinian at 942-2960 at least three (3) and no more than fourteen (14) days prior to beginning work in each location.

2.   The Contractor must keep in constant contact with the personnel at Drainage Pumping Station No. 7.

3.   All debris that falls in the canal must be removed immediately.

4.   All forms, etc. must be secured so that they will not get into the canal in the event of high water.

5.   The Contractor must be ready to assist the Sewerage and Water Board in any way that might be requested.

**By Copy of this Letter to Hartman Engineering**, they are advised to change the reference on Page 01100-6, Paragraph L from DPS #6 to DPS #7.

Very truly yours,

G. Joseph Sullivan
General Superintendent

GJS/RSTG/aan

cc:  C. G. McKinney, R. St. Germain, G. Preau and J. Parker

*w/Reference Documents.*

Mr. William D. Lancaster, P.E. - Hartman Engineering, Inc.

000008

Members of the Board:  HENRY A. DILLON, JR.   •   BENJAMIN L. EDWARDS, SR.   •   NORMAN N. FRANCIS   •   CAROLYN J. HARRIS   •   CLARENCE J. JUPITER
MARC H. MORIAL   •   EDDIE L. SAPIR   •   JAMES M. SINGLETON   •   OLIVER M. THOMAS   •   STAFFORD R. TUREAUD, SR.   •   MARY K. ZERVIGON
"An Equal Opportunity Employer"

General Decision Number LA010012

---

General Decision Number LA010012
Superseded General Decision No. LA000012
State: Louisiana
Construction Type:
HEAVY
TREATMENT PLANT
County(ies):

| | | |
|---|---|---|
| JEFFERSON | ST BERNARD | ST JOHN THE BAP |
| ORLEANS | ST CHARLES | ST TAMMANY |
| PLAQUEMINES | ST JAMES | |

HEAVY CONSTRUCTION PROJECTS (Includes the heavy part of
 Treatment Plants, BUT Does not include Flood Control, Industrial
 & Processing Plants, Refineries, Water & Sewer Lines, Dredging,
 Dams or Elevated Storage Tanks)

| Modification Number | Publication Date |
|---|---|
| 0 | 03/02/2001 |
| 1 | 06/08/2001 |
| 2 | 07/06/2001 |

COUNTY(ies):

| | | |
|---|---|---|
| JEFFERSON | ST BERNARD | ST JOHN THE BAP |
| ORLEANS | ST CHARLES | ST TAMMANY |
| PLAQUEMINES | ST JAMES | |

CARP1846J  07/01/1998

| | Rates | Fringes |
|---|---|---|
| PILEDRIVERMEN: | | |
| Jefferson, Orleans & St. Bernard Parishes | 14.31 | 3.05 |
| Plaquemines Parish | 11.88 | 3.05 |
| St. Charles & St. John the Baptist Parishes | 12.73 | 3.05 |
| St. James (South of the Mississippi River) & St. Tammany Parishes | 10.26 | 3.05 |

---

* ELEC0130F  03/01/2001

| | Rates | Fringes |
|---|---|---|
| JEFFERSON, ORLEANS, PLAQUEMINES, ST. BERNARD, ST. CHARLES, ST. JAMES & ST. JOHN THE BAPTIST PARISHES: | | |
| ELECTRICIANS | 20.45 | 3.74 |

---

ELEC1077B  06/01/2001

| | Rates | Fringes |
|---|---|---|
| ST. TAMMANY PARISH: | | |
| ELECTRICIANS | 18.05 | 3.04 |

---

ENGI0406R  07/01/1998

| | Rates | Fringes |
|---|---|---|
| POWER EQUIPMENT OPERATORS: | | |
| Bulldozer; *Crane; & Mechanic: | | |
| Jefferson, Orleans & St. Bernard Parishes | 14.66 | 3.30 |
| Plaquemines Parish | 12.01 | 3.30 |
| St. Charles & St. John the Baptist Parishes | 12.98 | 3.30 |
| St. James & St. Tammany Parishes | 10.24 | 3.30 |

JAMES-0137

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

JDC #                          DIVISION "   "                    DOCKET NO.

SEWERAGE & WATER BOARD OF NEW ORLEANS
AND THE CITY OF NEW ORLEANS

VERSUS

THE STATE OF LOUISIANA, THROUGH FRANK ASHBY, SECRETARY
OF THE DEPARTMENT OF NATURAL RESOURCES, P. F. LOVERDE,
JR., E. L. LAGMAN, B. DOWNING, W. A. HOYT, R. ARNOLD,
P. BONURA, JR., M. W. ENSMINGER, A. BERTONIERE, J. C.
KLEIN, S. L. LAPERYADE, JR., R. J. ESTINGOY, M. G.
ALLEN, JR., J. W. WALTERS, A. P. LeBLANC, W. J.
LASTRADE, J. A. KENMURE, JR., A. L. BERTONIERE, T. L.
SULLIVAN, J. E. KIRSH, JR., T. L. DAVIS, M. L.
SCHLAUDECHER, J. ROTH, E. J. HAMILTON, L. H. DURACHER,
. J. D. DEFREITER, J. A. BAUTALIN, L. SCHULTZ, R. F.
BURGESS, SR., K. E. VALENTI, C. B. POILLIO, J. T. POWELL,
JR., A. M. FUCHS, E. WILLIAMS, J. ROUSICH, R. A. McNULTY,
J. E. DAIRE, MICHAEL J. YOUNG, LARRY'S MARINE AND AUTO
REPAIR, A. WERNER, S. CHIFFER, M. B. SWANN, K. S. RHEAMS,
C. L. BOUTALL, JOHN DOE, RICHARD ROE, JIM LOE and JACK BOE

PETITION TO REMOVE OBSTRUCTIONS
TO DRAINAGE CANAL

The petition of the Sewerage and Water Board of New Orleans

(the successor to the Drainage Commission of the City of New Orleans),

established by Act 6 of 1899, E. S., enacted as statutes in LSA-R.S.

33:4071, et. seq., and of the City of New Orleans, with respect repre-

sents that:

I.

The State of Louisiana, through Frank Ashby, Secretary of the

Department of Natural Resources, is the owner of the land which formed

the bottom of Lake Ponchartrain in the area of the intersection of the

boundary line between the Parishes of Jefferson and Orleans and the

shoreline of said Lake Ponchartrain as it existed prior to the year

1869.

II.

The second named through the thirty sixth named defendants are

alleged, upon information and belief, to be the registered owners of

boats with the registration numbers as shown on Exhibit "A" attached

hereto and made part hereof, which boats are moored in the canal known

D-28





as the 17th Street Canal in that part thereof north of the Old Hammond
Highway known as "Bucktown" located in the Parish of Jefferson, State of
Louisiana.

III.

The thirty seventh through forty seventh named defendants are
alleged, upon information and belief, to be the owners and/or occupants
of structures built upon piers in and over the 17th Street Canal in the
area north of the Old Hammond Highway in that part thereof known as
"Bucktown" and identified by numbered addresses in Jefferson Parish as
follows:

1) Michael J. Young, 1823 Orpheum Street.
2) Larry's Marine and Auto Repair, 1829
   Orpheum Street.
3) A. Werner, 1835 Orpheum Street.
4) S. Chiffer, 1845 Orpheum Street.
5) M. B. Swann, 1861 Orpheum Street.
6) K. S. Rheams, 1861 Orpheum Street.
7) C. L. Boutall, 1867 Orpheum Street.
8) John Doe (correct name not known), 1817
   Orpheum Street.
9) Richard Roe (correct name not known),
   1825 Orpheum Street.
10) Jim Loe (correct name not known), 1857
    Orpheum Street.
11) Jack Boe (correct name not known), 1865
    Orpheum Street.

IV.

Petitioner, Sewerage and Water Board of New Orleans, herein-
after S & W Bd., constructs, controls, maintains and operates and is
charged with the responsibility of providing adequate drainage facili-
ties to the citizens of New Orleans and those citizens of Jefferson
Parish served by the 17th Street Canal in accordance with certain
agreements entered into by the S & W Bd. and Jefferson Parish, pursuant
to LSA-R.S. 33:4071 et. seq., and in connection therewith, for many
years, have acquired servitudes and/or full ownership of land, in the
name of the City of New Orleans for the use and benefit of the Sewerage
and Water Board of New Orleans, and in such capacity acquired title to
the canal located in Jefferson Parish known as the 17th Street Canal
from North Line Street in Jefferson Parish to the shoreline of Lake
Ponchartrain as it existed prior to the year 1869 by the following
contracts:

a. Act before J. J. Woulfe, Notary Public,
   dated December 20, 1897, registered COB
   168 folio 203 (Orleans).

- 2 -

b.  Act before A. C. Kammer, Notary Public,
    dated September 22, 1921, registered COB
    336 folio 454 (Orleans).
c.  Act of Quitclaim under private signature,
    dated May 27, 1941, registered COB 516
    folio 12 (Orleans) and COB 172 folio 220
    (Jefferson).

Copies of which are attached hereto as Exhibits
"B", "C" and "D", respectively, and made part
hereof.

### V.

Petitioner, City of New Orleans, is nominally the owner of the
said 17th Street Canal for the use and benefit of the Sewerage and Water
Board, however, City of New Orleans has no control, powers or obligations
over the said canal or its use, operation or maintenance.

### VI.

The 17th Street Canal serves as a primary drainage canal for
the area in Orleans Parish included within the boundaries of the Orleans-
Jefferson Parish Line, the shore of Lake Ponchartrain, Ponchartrain
Boulevard, Ponchartrain Expressway and the Mississippi River; it also
serves as a primary drainage canal for the area in Jefferson Parish
included within the boundaries of the Orleans-Jefferson Parish Line,
Metairie Road, Arnoult Road and the Mississippi River, all as shown on
Exhibit "E" attached hereto and made part hereof.  The total acreage
drained by said Canal is 10,560 of which 8,100 acres lie in Orleans
Parish and 2,460 acres lie in Jefferson Parish.

### VII.

The number of residents in Orleans and Jefferson Parishes
dependent upon the 17th Street Canal for drainage of their properties is
approximately two hundred thousand (200,000).

### VIII.

The State of Louisiana, over the many years since 1869 when
the construction of the 17th Street Canal commenced has permitted many
portions of the lake bottom of Lake Ponchartrain in the vicinity of the
17th Street Canal to be reclaimed, however, it is averred upon informa-
tion and belief that the reclaimed areas forming the banks of the 17th
Street Canal north of the Old Hammond Highway, in their entirety, rest
upon the former bottom of Lake Ponchartrain and, pursuant to Louisiana
Code Article nos. 450 and 500, belong to the State of Louisiana and are

- 3 -

D-30

③

administered by the Department of Natural Resources pursuant to LSA-R.S. 36:351 et. seq.

IX.

It is further alleged upon information and belief that the State of Louisiana has permitted and/or suffered the construction of various structures upon the west bank of the 17th Street Canal in that portion thereof north of the Old Hammond Highway, (now known as "Bucktown") which structures project as much as an estimated twenty five or thirty feet over the 17th Street Canal and which structures are owned and/or occupied by the thirty seventh through forty seventh named defendants.

X.

It is further alleged upon information and belief that said thirty seventh through forty seventh named defendants have caused to be placed in the said canal under and near the said structures numerous loads of dirt fill and other materials in order to provide dry yard areas to serve the various structures.

XI.

It is further alleged upon information and belief that various persons, the identities of whom are unknown to petitioners, have caused pilings to be driven into the 17th Street Canal in the Bucktown area adjacent to the aforesaid structures, to be utilized, along with other constructed works, as moorings for the boats for the defendants shown on Exhibit "A".

XII.

As a result of the foregoing activities set forth in Paragraphs VIII through X above, the 17th Street Canal in the Bucktown area north of the Old Hammond Highway, which is the last portion of the canal before it drains into Lake Ponchartrain, has become so badly obstructed that in times of heavy rains, the 17th Street Canal is unable to have sufficiently unobstructed drainage flow to prevent flooding in the areas served by said canal in Jefferson and Orleans Parish as shown on Exhibit "E", thereby resulting in considerable property damage in said areas.

XIII.

According to information furnished by the office of the Admin-
istrator for Flood Claims, Federal Insurance Agency, Washington, D.C.,
the areas in the City of New Orleans served by the 17th Street Canal and
claims for flood damages caused in the floods resulting from heavy rain-
fall on May 3, 1978 and April 12-13, 1980 in the total amount of
$14,903,930.94.

XIV.

Petitioners allege upon information and belief that a major
contributing factor to the damages to the areas of Orleans and Jefferson
Parishes drained by the 17th Street Canal and its pumping facility,
Pumping Station No. 6, was the obstructions in said Canal as hereinabove
described.

XV.

Article 450 of the Louisiana Civil Code designates the waters
and bottoms of natural navigable water bodies as public things that
belong to the State and Article 500 of the Louisiana Civil Code provides
that there is no right to alluvion or dereliction on the shore of lakes,
therefore, petitioners aver that the defendant, State of Louisiana, owns
the area of the 17th Street Canal along with the land areas built up on
both sides thereof north of the Old Hammond Highway since said area
constituted the waters and the bottom of Lake Ponchartrain prior to the
construction of the 17th Street Canal beginning in 1869.

XVI.

LSA-R.S. 38:214 directs that "[n]o person shall dump or dis-
charge or permit to be dumped or discharged into any waters or drains of
the state any trees or other objects, substances, or materials which
might interfere with the drainage."

XVII.

LSA-R.S. 38:215 directs that "[n]o person shall willfully
obstruct any natural or artificial drainage canal, creek, bayou, or
small river, or any public or private drainage."

XVIII.

Pursuant to LSA-R.S. 38:225, petitioners have notified all
defendants with at least forty eight hours notice and no action has been
taken as of the date of the filing herein to remove the obstructions.

- 5 -

D-32



XIX.

Petitioners desire that this Honorable Court direct the defendants, along with any other persons determined at a trial of this cause to be involved with responsibility relative to the obstructions to remove all of said obstructions in order that the drainage flow of the 17th Street Canal will remain free and unhampered to its entry into the open waters of Lake Ponchartrain; that the removal of such obstructions is necessary for the health, safety and welfare of those approximately 200,000 residents of the Parishes of Jefferson and Orleans presently being served by said Canal.

WHEREFORE, petitioners pray that all defendants herein be duly cited and served with a copy of this petition, and that, after due proceedings had, there be judgment herein in favor of petitioners, Sewerage and Water Board of New Orleans and the City of New Orleans, and against defendants, State of Louisiana, Frank Ashby, Secretary of the Department of Natural Resources, along with all other defendants and such other persons determined to be involved with responsibility relative to the obstructions, ordering said defendants and other persons to remove, at their expense, within a time period to be fixed by the court, all obstructions to the drainage flow of the 17th Street Canal in the area thereof north of the Old Hammond Highway known as "Bucktown," and for all general and equitable relief.

JOHN A. GORDON
SPECIAL COUNSEL FOR THE SEWERAGE
AND WATER BOARD OF NEW ORLEANS

VINCENT T. LoCOCO
GENERAL COUNSEL FOR THE SEWERAGE
AND WATER BOARD OF NEW ORLEANS

GERARD M. VICTOR
SENIOR COUNSEL FOR THE SEWERAGE
AND WATER BOARD OF NEW ORLEANS
ROOM 6E07 - CITY HALL
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  586-8586

BY: _____

_____
SALVADOR ANZELMO
CITY ATTORNEY
ROOM 2W23 - CITY HALL
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  586-4651

GALEN S. BROWN
DEPUTY CITY ATTORNEY

JACKSON P. McNEELY
ASSISTANT CITY ATTORNEY

- 6 -

D-33

PLEASE SERVE:

1. The State of Louisiana, through
   Mr. Frank Ashby, Secretary of
   The Dept. of Natural Resources
   Natural Resources Building
   Baton Rouge, LA

2. P. F. Loverde, Jr.
   Route 6, Box 259
   New Orleans, LA   70129

3. E. L. Lagman
   1845 Orpheum Street
   Metairie, LA   70005

4. B. Downing
   2116 Kentucky
   Kenner, LA   70062

5. W. A. Hoyt
   1525 Lake Avenue
   Metairie, LA   70005

6. R. Arnold
   Rouge 1, Box 393F
   Slidell, LA   70458

7. P. Bonura, Jr.
   1518 Sylvia
   Metairie, LA   70005

8. M. W. Ensminger
   607 W. Esplanade
   Metairie, LA   70005

9. A. Bertoniere
   1353 Chickasaw
   Metairie, LA   70005

10. J. C. Klein
    1201 Helois
    Metairie, LA   70005

11. S. L. Laperyade, Jr.
    1436 Bonnabel
    Metairie, LA   70005

12. R. J. Estingoy
    1241 Hesper
    Metairie, LA   70005

13. M. G. Allen, Jr.
    3837 Tulane Drive
    Kenner, LA   70062

14. J. W. Walters
    7916 Marquis
    New Orleans, LA   70126

15. A. P. LeBlanc
    1512 Huron
    Metairie, LA   70005

16. W. J. Lastrade
    6958 Bellaire
    New Orleans, LA   70124

17. J. A. Kenmure, Jr.
    1523 Seminole
    Metairie, LA   70005

18. A. L. Bertoniere
    813 Thirba
    Metairie, LA   70001

19. T. L. Sullivan
    Transylvania, LA   71286

20. J. E. Kirsch, Jr.
    758 Homestead
    Metairie, LA   70005

21. T. L. Davis
    402 Cox
    Bastrop, LA   71220

22. M. L. Schlaudecher
    1713 Carrollton
    Metairie, LA   70005

23. J. Roth
    1537 Lake Avenue
    Metairie, LA   70005

24. E. J. Hamilton
    1717 Carrollton
    Metairie, LA   70005

25. L. H. Duracher
    1809 Poplar
    Metairie, LA   70005

26. J. D. Defreiter
    1720 Maya Lane
    Metairie, LA   70005

27. J. A. Baltalin
    420 Live Oak
    Metairie, LA   70005

28. L. Shultz
    1822 Orpheum
    Metairie, LA   70005

29. R. F. Burgess, Sr.
    805 Franklin
    Harahan, LA   70123

30. K. E. Valenti
    634 Resor
    Harahan, LA   70123

31. C. B. Poillio
    1525 Bonnabel
    Metairie, LA   70005

32. J. T. Powell, Jr.
    1450 Seminole
    Metairie, LA   70005

33. A. M. Fuchs
    1509 Homestead
    Metairie, LA   70005

D-34

34. E. Williams
2906 Baronne
New Orleans, LA   70115

35. J. Rousich
4500 Lake Vista Drive
Metairie, LA   70002

36. R. A. McNulty
1905 Pasadena
Jefferson, LA   70121

37. J. E. Daire
1309 - 39th Street
Kenner, LA   70062

38. Michael J. Young
1823 Orpheum Street
Metairie, LA   70005

39. Larry's Marine & Auto Repair
1829 Orpheum Street
Metairie, LA   70005

40. A. Werner
1835 Orpheum Street
Metairie, LA   70005

41. S. Chiffer
1845 Orpheum Street
Metairie, LA   70005

42. M. B. Swann
1861 Orpheum Street
Metairie, LA   70005

43. K. S. Rheams
1861 Orpheum Street
Metairie, LA   70005

44. C. L. Boutall
1867 Orpheum Street
Metairie, LA   70005

45. John Doe
1817 Orpheum Street
Metairie, LA   70005

46. Richard Roe
1825 Orpheum Street
Metairie, LA   70005

47. Jim Loe
1857 Orpheum Street
Metairie, LA   70005

48. Jack Boe
1865 Orpheum Street
Metairie, LA   70005

D-35

# Exhibit "A"

LA-91-UJ
P. F. Loverde, Jr.
Rt. 6, Box 259
N.O. LA.  70129

LA-549-XR
E. L. Lagman
1845 Orpheum St
Metairie, LA.  70005

LA-905-GH
B. Downing
2116 Kentucky
Kenner, LA.  70062

LA-637-GH
W. A. Hoyt
1525 Lake Ave
Metairie, LA.  70005

LA-979-NB
R. Arnold
Rt 1, Box 393F
Slidell, La.  70458

LA-5379-AF
P. Bonura, Jr
1518 Sylvia
Metairie, LA.  70005

LA-647-AN
M. W. Ensminger
607 W. Esplanade
Metairie, LA.  70005

LA-357-KP
A. Bertoniere
1353 Chickasaw
Metairie, LA  70005

LA-542-KT
J. C. Klein
1201 Helois
Metairie, LA.  70005

LA-647-KT
S. L. Laperyade, Jr.
1436 Bonnabel
Metairie, LA.  70005

LA-630-ZT
R. J. Estingoy
1241 Hesper
Metairie, LA.  70005

LA-1204-AK
M. G. Allen, Jr.
3837 Tulane Dr
Kenner, LA.  70062

LA-756-FY
J. W. Walters
7916 Marquis
N.O. LA.  70126

LA-696-BF
A. P. LeBlanc
1512 Huron
Metairie, LA.   70005

LA-467-YY
W. J. Lastrade
6958 Bellaire
N.O. LA.  70124

LA-1057-AD
J. A. Kenmure, Jr.
1528 Seminole
Metairie, LA.  70005

LA-822-AY
A. L. Bertoniere
813 Thirba
Metairie, LA.  70001

LA-30-HB
T. L. Sullivan
Transylvania, LA.  71286

LA-153-EM
J. E. Kirsch, Jr.
758 Homestead
Metairie, LA.  70005

LA-510-HA
T. L. Davis
402 Cox
Bastrop, LA.  71220

D-36

(9)

LA-955-YZ
M. L. Schlaudecher
1713 Carrollton
Metairie, LA.   70005

LA-18-MS
J. Roth
1537 Lake Ave
Metairie, LA.   70005

LA-269-EG
E. J. Hamilton
1717 Carrollton
Metairie, LA.   70005

LA-234-GJ
L. H. Duracher
1809 Poplar
Metairie, LA.   70005

LA-815-YZ
J. D. Defreiter
1720 Maya Lane
Metairie, LA.   70005

LA-744-GD
J. A. Baltalin
420 Live Oak
Metairie, LA.   70005

LA-3541-AE
L. Shultz
1822 Orpheum
Metairie, LA.   70005

LA-102-XK
R. F. Burgess, Sr
805 Franklin
Harahan, LA.   70123

LA-650-TC
K. E. Valenti
634 Resor
Harahan, LA.   70123

LA-3328-AJ
C. B. Poillio
1525 Bonnabel
Metairie, LA.   70005

LA-2131-AJ
J. T. Powell, Jr.
1450 Seminole
Metairie, LA.   70005

LA-866-SR
A. M. Fuchs
1509 Homestead
Metairie, LA.   70005

LA-12-CG
E. Williams
2906 Baronne
N.O. LA.   70115

LA-520-SG
J. Rousich
4500 Lake Vista Dr
Metairie, LA.   70002

LA-30-ZB
J. Rouisch
4500 Lake Vista Dr
Metairie, LA.   70002

LA-1-ZS
R. A. McNulty
1905 Pasadena
Jefferson, LA.   70121

LA-743-PX
J. E. Daire
1309 - 39th St.
Kenner, LA.   70062

December 1897
Grant

N. O. C. R. Co
to
age Commission g&c

B 105
No 205

By act before J. J. Woulfe N. P. dated 20ᵗʰ December 1897

The New Orleans and Carrollton Rail Road Company,
herein represented by Joseph Lenes its President
        Has Granted and Transferred Unto
The Drainage Commission of New Orleans, herein
represented by Robert M. Walmsley its President.
The exclusive use and possession for the term herein-
after set forth of the following described lands, to wit:-
A strip 100' wide, with its axis coinciding with that
of the Upper Protection Canal and extending from the
New Orleans and Western Rail Road 200' towards
the River, and shown on plan annexed hereto
It being distinctly understood that the grant of the
use and possession of said lands shall continue
so long as same shall be used by said Drainage
Commission or Successors, as a Pumping Station
or for the purposes connected with the drainage of
the City of New Orleans; but should the use of same
for the purposes aforesaid be abandoned, the possession
and use of said lands shall revert to the said New
Orleans and Carrollton Rail Road Company.
This grant is made for and in consideration of
the benefit to be derived by the City of New Orleans

It being distinctly understood that the grant of the
use and possession of said lands shall continue
so long as same shall be used by said Drainage
Commission or Successors, as a Pumping Station
or for the purposes connected with the drainage of
the City of New Orleans; but should the use of same
for the purposes aforesaid be abandoned, the possession
and use of said lands shall revert to the said New
Orleans and Carrollton Rail Road Company.
This grant is made for and in consideration of
the benefit to be derived by the City of New Orleans
and particularly by the grantor from the establishment
and maintainance of a system of drainage in the
City of New Orleans.
Registered 20ᵗʰ December 1897

bit "B"

D-38

⑪

(C) SEPT 22nd., 1921

TRANSFER

N O LAND CO

UNTO

JEFFERSON AND LAKE PNT.

R R Co

C.O.B. 336

folio 464

Exhibit "C"

BY ACT BEFORE A C KAMMER N P SEPT 22nd., 1921

PERSONALLY CAME AND APPEARED:

AUGUST C WUERPEL of the full age of majority and a resident of the City of N O herein

appearing in his capacity as Pres. of the New Orleans land Co a corporation organized

under the  laws of the State of La with its domicile in the City of New Orleans

said State and herein acting under and by virtue of a resolution of the Board of

Directors of said Company adopted on the 13th day of July 1921 a duly certified copy

of which resolution is hereto annexed and made part hereof who declared unto me N P

that;

whereas there was urgent need for the construction of a levee along the east bank

of the 17th Street Canal from Pumping Station No 6 to the Shore of Lake Pontchartrain

and thence eastward along the shore of Lake Pontchartrain to a connection with the

embankment forming the West End Shell Road on the West Bank of the New Basin Canal

in order to protect a large section of the City of New Orleans and particularly

a large body of land owned by the said New Orleans Land Co. lying between the said

17th Street Canal and the New Basin Canal against overflow by storm waters of Lake

Pontchartrain and

Whereas at the special INSTANCE of the said New Orleans Land Co. Jefferson and

Lake Pontchartrain Railway Co a corporation chartered by the General Assembly of

the State of Louisiana by act 79 of the Acts of said General Assembly for the

year 1840 did dedicate to the City of New Orleans and the City of New Orleans

did appropriate and use for levee purposes aforesaid a certain strip or parcel of

land approximately 150 feet in width lying immediately to the eastward of said

17th St Canal and extending from the Pumping Station No 6 to the Shore of Lake Pont

chartrain the whole in accordance with Ordinance No 3130 Commission Council Series

of the City of New Orleans and.

Whereas it was then and there agreed by and between the said New Orleans Land Co

and said Jefferson and Lake Pontchartrain Railway Co that in consideration of the

aforesaid dedication of said  by Jefferson and Lake Pontchartrain Railway Co

to the City of New Orleans of the strip of land aforesaid for the purpose of erec

tigg a levee thereon adjacent to the holdings of said New Orleans Land Co the said

New Orleans Land  Co would deed transfer and convey in full ownership to Jefferson

and Lake Pontchartrain Railway Co a strip or parcel of land approximately 150

feet in width lying immediately to the eastward of the property of said Jefferson

and Lake Pontchartrain Railway Co and extending from the Southern boundary line to

the Northern boundary line of the property of said N O Land Co ;

Now therefore New Orleans Land Co for and in consideration of the dedication by

Jefferson of the dedication by Jefferson and Lake P ntchartrain R Co to the City of

of  New Orleans for levee  purposes aforesaid does by these presents trans

convey, possess, and deliver with all legal warranties and with full subrogation and substitution in and to all the rights and actions of warranty which is has or may have against all preceding owners vendors possessors unto Jefferson and Lake Pontchartrain Railway Co herein appearing by D D Curran its Pres. hereto duly authorized by resolution of the Board of Directors of said Company of date Sept 27th 1915 who is here present accepting for said Jefferson and Lake Pontchartrain Railway Co its successors and assigns and acknowledging due delivery and possession thereof all and singular the following described property situated in the City of New Orleans State if La to-wit:

A certain piece or parcel of land included within the following boundaries:

Beginning at the intersection of the north line of the New Orleans Terminal Railroad Co's right of way with the west line of the tract known as the Hazeur Tract; thence also along the said west line of said Hazeur Tract in a northernly direction to the southern boundary line of the Bruning property; thence along said southern boundary line of the Bruning property in an easterly direction for a distance of 150 feet thence a southernly direction along a line 150 feet to the east and parallel to rge west line of said Hazeur Tract to the North line of the New Orleans Terminal Railway Co's right of way and thence along the said north line of the New Orleans terminal Railroad Co 's right of way for a distance of 153.26 feet to the point of beginning.

Being part of the same property acquired by New Orleans Land Co by act before John C Duvoy N P Jan 15th 1907 registered in COB 259 fo 444-446.

To have and to hold the above described property unto the said Jefferson and Lake Pontchartrain Co its successors and assigns forever.

The said appearer August C Wuerpel being first duly sworn declared unto me N P that all City taxes due and exig. ible on the hereinabove described prperty up to and including the year 1921 have been paid and all State taxes due and exigible on the hereinabove described property up to and including the y ar 1920 have been paid. The State taxes for the year 1921 are hereby assumed by the Jefferson and Lake Pontchartrain Railway Co.

The parties hereto waive the production of all certificates required by law and agree to hold me N P harmless for the non-production of the same.

Thus done and passed in my office in the City of New Orleans on the date month and year herein first above written in the presence of F C Dahlgren and Jacob F Baer competent witnesses who have hereunto signed their names together with the said appearers and me N P after due read ng of the whole.

Witnesses

F C Dahlgren

Jacob F Baer

REGistr Sept 22nd., 1921

NEW ORLEANS LAND COMPANY
by A. C WEURPEL        Pres

JEFF AND LAKE PONT RAILWAY CO.
By D D CURRAN        Pres

A. C KALMER  N P

D-40

(13)

The Jefferson & Lake Pontchartrain Railway Company, duly incorporated under the laws of La. and domiciled at New Orleans, through its President, Courtney Samuel, acting by virtue of a Resolution adopted at a meeting of the Board of Directors of said corporation held on May 26, 1941, a copy of which is attached hereto does by these presents relinquish, abandon and quitclaim all and whatsoever rights, title, claims and interest it has, may have, or may have had, in and to the following described property to the City of New Orleans, for the uses and benefits of the Sewerage & Water Board of New Orleans, to-wit:

1- A certain tract or portion of ground together with all the impts. etc. in Seventh Dist. of the City of N.P., Parish of Orleans, and in the 8th Ward, of the Parish of Jefferson, all in the State of La. which said tract or portion of ground is bounded on the north by the south right of way, line of the N.O. Belt and Terminal Co. on the east by the west line of the Hazuer Tract of the dividing line between sections 120 and 121 on the west by the east property line or Orleans St. or the line between sections 121 and 122 in the Parish of Jefferson, and on the south by a line running from said line between sections 120 and 121 or the west line of the Hazuer tract to the said east property line of said Orleans Street or the dividing line of sections 121 and 122 the whole as per plan of certificate of survey made by M.T.Dacros, C.E. dated the 16th day of May 1941 and deposited as plan # DA-2714 in the archives of the Drainage Dept. of the Sewerage & Water Board of N.O, a blue print copy of said plan is hereto annexed for reference, and makes part he eof. In accordance with said plan this tract or portion of ground commences at the junction of the south right of way line of the N.O, Belt & Terminal Co. and the east property line of Orleans St. or the dividing line of sections 121 and 122 and measures S91°10"5"" along said right of way. 436'0"7½' on the west line of the Hazuer tract or the line between sections 120 and 121;383'6"D"" along its south boundary line measured from said line between section; 120 and 121 and the east line of Orleans St. or the line between sections 121 and 122 and 368'3"4"" along the line of said Orleans St. as above mentioned, to the point of beginning. Said tract of portion of ground embraces within its above and heretofore mentioned boundaries portions of ground claimed to have been heretofore acquired by the Sewerage & Water Board and its predecessors the Drainage Commission of N.O. seec Act of J.J.Woulfe, N.P. Dec 20, 1897 C.O.B.168 fol.208 and Ordinance # 3130 C.C.S. act before A.C.Kammer N.P. Sept.22, 1921 C.O. B. 336 fol.454

2-A certain strip or portion of ground together with all bldgs. impts. etc. in the Eight Ward of the Parish of Jefferson, State of La. immediately adjacent to and running continuously with and along the east retaining wall of the Upper Protection Canal now known and designas the Metairie Relief Canal beginning at the south boundary line of the property hereinbefore firstly described and extending along said Canal Bank as aforesaid to north line street. Metairie road, a public highway only excepted.

Said strip of ground measures in width 20'6"4"" eastward towards the Orleans-Jefferson Parish line from the outside or east face of the said east retaining wall of said Metairie Relief Canal and is 49'0"2""west of the dividing line between the Parishes of Jefferson and Orleans.

3-All that portion of ground in the Eight Ward of the Parish of Jefferson at the south boundary line of the property hereinbefore firstly described ex expending along said Canal Bank as aforesaid to north line street. Metairie road, a public highway only excepted.

Said strip of ground measures in width 20'6"4"" eastward towards the Orleans-Jefferson Parish line from the outside or east face of the said east retaining wall of said Metairie Relief Canal and is 49'0"2""west of the dividing line between the Parishes of Jefferson and Orleans.

3-All that portion of ground in the Eight Ward of the Parish of Jefferson extending from Lake Pontchartrain to north line street, presently occupied by the said Metairie Relief Canal roadways and canal banks, Metairie Road, and the properties heretofore firstly and secondly described only excepted.

Said Jefferson & Lake Pontchartrain Railway Co. additionally abandons, waives and relinquishes all and whatsoever claim, action and rights it may have against the Sewerage & Water Board of N.O. for compensation or for damages for the taking or for the use by the said Sewerage & Water Board of N.O. at any time of any part of the above described parcels of land.

The consideration for the within relinquishment, abandonment, and quitclaim for all of the rights, title, interest and claims of said Jefferson & Lake Pontchartrain Railway Co., to the above described property and fof the abandonment waiver and relinquishment by it of all claims actions and rights for compensation of damages for the taking or use of any part of said property is the sum of Five Thousand dollars ($5000.00) which said sum the said Sewerage & Water Board of N.O. has truly paid in CASH to the said Jefferson & Lake Pontchartrain Railway Co. as its President does hereby acknowledge and for which full acquitance and discharge is hereby granted.

To have and to hold all of the aforesaid rights, title and interest unto the City of New Orleans and its assigns forever.

Done and signed in triplicate, by the Jefferson & Lake Pontchartrain Railway Company, through its President aforesaid at New Orleans, on this 27th day of May 1941 in the presence of the undersigned witnesses.

Witnesses:           Jefferson & Lake Pontchartrain Railway Co.,

H.Schneider          By-Courtney Samuel......President

Mary B.Houlihon

Before me, the undersigned authority, personally came and appeared, Courtney Samuel, Pre d. of the Jefferson & Lake Pontchartrain Railway Company who being duly sworn by me, Notary, did declare and acknowledged that she signed and executed the above instrument of quitclaim, relinquishment, abandonment and waiver under authority of the resolution attached thereto and made a part thereof, for the objects and purposes therein stated, and for the consideration therein recited which has been fully paid, affiant further deposes that said Jefferson & Lake Pontchartrain Railway Co., has made no alienation of the three parcels of property described in the aforesaid instrument adverse to the Sewerage & Water Board of N.O. and that the same is not encumbered by any mortgage.

Sworn to and subscribed before me this 27th day of May 1941.

Courtney Samuel

Charles J.Rivet....N.P.
REG JUNE 2, 1941

L.B.ROSCHUM R.C.
L. .M.

Exhibit "D"

(15)