UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BAPTIST | * | CIVIL ACTION NO. 06-6642 |
| CHURCH; ARTHUR C. SARGENT; | * | |
| LUCY T. SARGENT; PAMELA YOUNG | * | |
| SMALLPAGE; RICHARD MAITLAND | * | |
| SMALLPAGE, JR.; Mr. & Mrs. H. J. | * | |
| BOSWORTH; ROTHFOS CORPORATION | * | |
| AND INTERAMERICAN COFFEE, INC.; | * | |
| AND NOBLE AMERICAS CORPORATION | * | SECTION: "K" |
| | * | |
| VERSUS | * | MAG. 2 |
| | * | |
| THE SEWERAGE AND WATER BOARD | * | |
| OF NEW ORLEANS; THE CITY OF NEW | * | JUDGE |
| ORLEANS; THE BOARD OF COMMISSIONERS | * | STANWOOD R. DUVAL, JR. |
| FOR THE ORLEANS LEVEE DISTRICT; | * | |
| MODJESKI AND MASTERS, INC., BOH BROS | * | |
| CONSTRUCTION COMPANY, LLC; GULF | * | |
| GROUP, INC.;C.R. PITTMAN CONSTRUCTION | * | |
| COMPANY, INC.; AND JAMES | * | |
| CONSTRUCTION GROUP, L.L.C. | * | |

*******************************************

### NOTICE OF HEARING

Notice is hereby provided to all parties that the Motion to Remand filed by Plaintiffs, Pontchartrain Baptist Church, et. al., will be heard before the Honorable Stanwood R. Duval, Jr., at 9:30 a.m. on the 29th day of November, 2006.

Respectfully Submitted,

WILLIAM E. O'NEIL (BAR #10243)
THE O'NEIL & VANCE GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882

Fax: (504) 831-5360

-and-

_____
DON M. RICHARD, (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record, this 26 day of October, 2006.

_____
WILLIAM E. O'NEIL

-14-