UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PONTCHARTRAIN BAPTIST CHURCH; ARTHUR C. SARGENT; LUCY T. SARGENT; PAMELA YOUNG SMALLPAGE; RICHARD MAITLAND SMALLPAGE, JR.; Mr. & Mrs. H. J. BOSWORTH; ROTHFOS CORPORATION AND INTERAMERICAN COFFEE, INC.; AND NOBLE AMERICAS CORPORATION | * * * * * * * * * | CIVIL ACTION NO. 06-6642 <br><br><br><br><br><br> SECTION: "K" |
| VERSUS | * * | MAG. 2 |
| THE SEWERAGE AND WATER BOARD OF NEW ORLEANS; THE CITY OF NEW ORLEANS; THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT; MODJESKI AND MASTERS, INC., BOH BROS CONSTRUCTION COMPANY, LLC; GULF GROUP, INC.;C.R. PITTMAN CONSTRUCTION COMPANY, INC.; AND JAMES CONSTRUCTION GROUP, L.L.C. | * * * * * * * * * | <br>JUDGE<br>STANWOOD R. DUVAL, JR. |

**********************************************

## **ORDER**

The motion to remand brought by plaintiffs Pontchartrain Baptist Church, et. al. is granted. This matter is hereby remanded to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.

Executed in New Orleans, Louisiana on this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

Respectfully Submitted,

_____
WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL & VANCE GROUP, LLC
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

-and-

_____
DON M. RICHARD, (BAR #11223)
ATTORNEY AT LAW
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
Fax: (504) 831-5360

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record, this 26 day of October, 2006.

_____
WILLIAM E. O'NEIL

-12-