UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 05-4181 | * * | MAG. WILKINSON |

**MEMORANDUM IN OPPOSITION TO AMICUS' MOTION FOR LEAVE
TO FILE POST-HEARING MEMORANDUM OF POINTS AND AUTHORITIES**

MAY IT PLEASE THE COURT:

Defendant CSX Transportation, Inc. ("CSXT") respectfully opposes the motion filed by amicus for leave to file further briefing in opposition to CSXT's pending motions in *O'Dwyer*. CSXT's motions, Dkt. Nos. 1044-46, have been filed, fully briefed, heard by the Court, and taken under advisement. Having had eight (8) weeks to file its original amicus brief in this matter, having sought and obtained two postponements of oral argument, and having appeared and presented oral argument at the hearing on November 1, 2006, the amicus has no need or

928358-1

justification for further briefing.  The proposed new brief also rehashes points previously made (and rebutted), and does not contribute to the Court's analysis.

Should the Court elect to grant leave, and to entertain further briefing, CSXT respectfully requests an opportunity to respond.

Respectfully submitted,

    s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
        -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
        -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana  70508
Telephone:  (337) 981-5293
Facsimile:  (337) 988-6918

***ATTORNEYS FOR CSX TRANSPORTATION, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2006, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management.  All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

    s/ Jonathan C. McCall