FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -6 PM 3:42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION**

**CIVIL ACTION**

**NO. 05-4182**

**SECTION "K" MAG "2"**

**PERTAINS TO:**
**INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)**

**********************************************************************

**WITNESS LIST**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who submits this list of witness whom it may call at trial of this matter.

1. Dr. Norman C. Francis

2. Marion Bracy

3. Calvin Tregre

4. Rawn Davis

5. Glen Braud

6. Ron Bechet

___ Fee_______
___ Process_______
_X_ Dktd_______
___ CtRmDep_______
___ Doc. No_______

7. George Claypool
8. Teri Bassett
9. Richard Greubel
10. Charles J. O'Reilly
11. Robert A. Sullivan
12. Corinne A. Poglistch
13. William D. Schaefer
14. David Kanter, P.E.
15. David Harvey
16. Tim Tribe
17. G. Daniel Gagaris
18. George W. Voss
19. Spud Hockersmith
20. Lewis E. Link, Ph.D.
21. Jeremy Stevenson
22. Reed L. Mosher, Ph.D.
23. John J. Jaeger, Ph.D., P.E.
24. Wayne Stroupe
25. Denise Martin
26. James K. Garster
27. Bruce A. Ebersole, P.E.
28. Donald T. Resio, Ph.D.

29. Michael K. Sharp, Ph.D., P.E.
30. J. Michael Duncan, Ph.D., P.E.
31. David B. Zilkoski
32. Joannes J. Westerink, Ph.D
33. Robert G. Dean, Sc.D., P.E.
34. R. Scott Steedman, Ph.D., FREng
35. Brian L. Moentenich, P.E.
36. Jeff Harris
37. David Moser
38. Jerry Foster, P.E.
39. Bob Howard, P.E.
40. Steve Fitzgerald, P.E.
41. Patrck Canning, Ph.D.
42. Bruce Muller, P.E.
43. Akos Swierkiewicz – expert in insurance industry practices
44. James Lynch – expert in construction industry practices and cost evaluation
45. James C. Landis – expert in construction industry practices and cost evaluation
46. Robert Feddeck – expert in roofing
47. Any representative of Xavier University of Louisiana
48. Any representative of Landis Construction Co., L.L.C.
49. Any representative of FoxCor
50. Any representative of VeriClaim, Inc.

51. Any representative of Travelers Casualty Property Company of America

52. Any witness needed to authenticate any exhibit or document

53. Any person further discovered during the course of discovery

54. Any person whose testimony is necessary for impeachment

55. Any witness listed or called by any other party

56. Any deposition taken by any party for impeachment or due to unavailability of the deponent

As discovery in this matter remains ongoing, Xavier reserves its right to supplement and amend this witness list.

Respectfully Submitted:

JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY OF LOUISIANA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA 70130
Attorneys for Travelers Property Casualty Company of America

via electronic mail and by placing same in the United States Mail, postage prepaid, this 6 day of November, 2006.

JAMES M. GARNER