```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2006 NOV -6  PM 3:42

                                      LORETTA G. WHYTE
                                           CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" MAG "2" |
| PERTAINS TO: INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516) | |

**************************************************************

### EXHIBIT LIST

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who submits this list of exhibits it may seek to introduce into evidence during trial of this matter.

1. Any documents produced by Xavier, including documents Bates labeled XAVIER000001 through XAVIER002346

2. Any documents produced by Travelers, including documents Bates labeled TRAV000001 through TRAV001843

3. Travelers policy of property insurance bearing Policy Number Y-630-528d9763-TIL-04

4. Any documents produced by VeriClaim, Inc. and/or George Claypool

```
___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___
```

5.   Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System, Draft Final Report of the Interagency Performance Evaluation Task Force, Volumes 1 through 9, including Technical Appendices thereto.

6.   All estimates of damages

7.   All invoices for work performed

8.   Photographs contained in Volume 1 of Damages Support Binders previously produced

9.   Scope of Work (contained in Volume 1 of Damages Support Binders previously produced Damages Support Binders previously produced)

10.  List of Losses (contained in Volume 1 of Damages Support Binders previously produced)

11.  List of Finishes (contained in Volume 1 of Damages Support Binders previously produced)

12.  Furniture Matrix (contained in Volume 1 of Damages Support Binders previously produced)

13.  List of Grounds Keeping Equipment (contained in Volume 1 of Damages Support Binders previously produced)

14.  List of Tools and Other Equipment (contained in Volume 1 of Damages Support Binders previously produced)

15.  Building Plans (contained in Volume 1 of Damages Support Binders previously produced)

16.  List of Building Priorities (contained in Volume 1 of Damages Support Binders previously produced)

17.  Mechanical Engineering Reports (contained in Volume 1 of Damages Support Binders previously produced)

18.  Electrical Engineering Reports (contained in Volume 1 of Damages Support Binders previously produced)

19. Low Voltage Reports (contained in Volume 1 of Damages Support Binders previously produced)

20. Structural Engineering Reports (contained in Volume 1 of Damages Support Binders previously produced)

21. Environmental Engineering Reports (contained in Volume 1 of Damages Support Binders previously produced)

22. Work Classifications Report: Cost Summary for Tier 1 & 2 Buildings, Separate Costs by Building (contained in Volume 1 of Damages Support Binders previously produced)

23. All photographs and other documentation of damages

24. Landis Construction Co., L.L.C., Pay Applications Numbers 1 through 20, including all supporting documentation

25. Exhibits A through Z to Xavier's Complaint for Damages

26. Declaration of Marion Bracy P. Bracy pursuant to 28 U.S.C. § 1746, dated August 18, 2006

27. CV and expert report of Akos Swierkiewicz

28. CV and expert report of James Lynch

29. CV and expert report of James C. Landis

30. CV and expert report of Robert Feddeck

31. Any exhibit to any deposition in this matter

32. Any document necessary for impeachment

33. Any document listed or offered by another party

34. Any exhibit listed by any other party

35. Any discovery and responses thereto made by any party

As discovery is still ongoing in this matter, Xavier respectfully reserves the right to supplement and amend this Exhibit List.

Respectfully Submitted:

_____
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA 70130
Attorneys for Travelers Property Casualty Company of America

via electronic mail and by placing same in the United States Mail, postage prepaid, this 6 day of November, 2006.

_____
JAMES M. GARNER

4