UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR. ) <br>                Plaintiffs,   ) <br>                              ) <br>     v.                            ) <br>                              ) <br> SEWERAGE AND WATER BOARD OF   ) <br> NEW ORLEANS, BOARD OF   ) <br> COMMISSIONERS FOR THE ORLEANS   ) <br> LEVEE DISTRICT, BOARD OF   ) <br> COMMISSIONERS OF THE PORT OF   ) <br> NEW ORLEANS, THE CITY OF NEW   ) <br> ORLEANS, NEW ORLEANS PUBLIC   ) <br> BELT RAILROAD COMMISSION, CSX   ) <br> TRANSPORTATION, INC., BNSF   ) <br> RAILWAY COMPANY, f/k/a   ) <br> BURLINGTON NORTHERN AND SANTE ) <br> FE RAILROAD COMPANY, and THE   ) <br> LOUISIANA DEPARTMENT OF   ) <br> TRANSPORTATION AND   ) <br> DEVELOPMENT   ) <br>                Defendants  ) <br> _____) | CIVIL ACTION NO. 06-7682 <br><br> SECTION "K" <br><br> MAGISTRATE 2 <br><br><br> Removed from the Civil District <br> Court for the Parish of Orleans, State <br> of Louisiana, Division "I-14" |

**MOTION FOR REMAND**

      **NOW INTO COURT,** through undersigned counsel, come the Plaintiffs, Judy

M. Paul and Willie Mackie, Sr., who, pursuant to 28 U.S.C.A. Section 1447(C), move

this Honorable Court for an order remanding the case to the Civil District Court for the

Parish of Orleans, from where it was improperly removed to this Court by defendant,

CSX Transportation, Inc. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

                                                  Respectfully submitted,

OF COUNSEL:                              /s/ William C. Gambel
MILLING BENSON WOODWARD, LLP  WILLIAM C. GAMBEL (#5900)
                                                  909 Poydras Street, Suite 2300
                                                  New Orleans, LA 70112-1010
                                                  Telephone: (504) 569-7000
                                                  Telecopy:   (504) 569-7001
                                                  wgambel@millinglaw.com

                                                  Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

CERTIFICATE OF SERVICE

      I certify that on this 8th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

                                       /s/ William C. Gambel

W354865