UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR. )<br>　　　　　　　Plaintiffs,　　)<br>　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>SEWERAGE AND WATER BOARD OF　)<br>NEW ORLEANS, BOARD OF　　　　)<br>COMMISSIONERS FOR THE ORLEANS )<br>LEVEE DISTRICT, BOARD OF　　　)<br>COMMISSIONERS OF THE PORT OF　)<br>NEW ORLEANS, THE CITY OF NEW　)<br>ORLEANS, NEW ORLEANS PUBLIC　)<br>BELT RAILROAD COMMISSION, CSX )<br>TRANSPORTATION, INC., BNSF　　)<br>RAILWAY COMPANY, f/k/a　　　　)<br>BURLINGTON NORTHERN AND SANTE)<br>FE RAILROAD COMPANY, and THE　)<br>LOUISIANA DEPARTMENT OF　　　)<br>TRANSPORTATION AND　　　　　)<br>DEVELOPMENT　　　　　　　　)<br>　　　　　　　Defendants　)<br>_____) | CIVIL ACTION NO. 06-7682<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br>Removed from the Civil District<br>Court for the Parish of Orleans, State<br>of Louisiana, Division "I-14" |

NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion to Remand has been scheduled and set for the 29th day of November, 2006, at 9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge President.

　　　　　　　　　　　　　　　　Respectfully submitted,

OF COUNSEL:　　　　　　　　　　/s/ William C. Gambel
MILLING BENSON WOODWARD, LLP　WILLIAM C. GAMBEL (#5900)

909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:   (504) 569-7001
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)
Cummings & Cummings
416 Gravier Street
New Orleans, LA  70130
Phone:  (504) 586-0000
Fax:    (504) 522-8423


W354870

CERTIFICATE OF SERVICE

I certify that on this 8th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/S/ William C. Gambel

W354870