**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


In Re:  KATRINA CANAL BREACHES      §      CIVIL ACTION
        CONSOLIDATED LITIGATION      §      NO. 05-4182 "K" (2)
_____   §      JUDGE DUVAL
                            §      MAG. WILKINSON
                            §
PERTAINS TO:  ST. RITA (*Rodrigue*, 06-6639)   §
_____   §


**<u>UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD</u>**

      The United States of America respectfully moves, pursuant to Local Rule 7.9E, for a

twenty (20) day extension of time to respond to the third-party claim filed against it in this action.

The defendants' third-party claim was served on the United States on September 13, 2006, and

the United States' response is due November 13, 2006.  The United States certifies that there has

been no previous extension of time to plead and that the opposing party has not filed in the

record an objection to an extension of time.  The United States therefore requests that it be

granted a twenty day extension, through and including December 4, 2006, within which to respond to the third-party claim.[1]

A proposed order is provided.


Dated: November 9, 2006                    Respectfully submitted,


                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           JEFFREY S. BUCHOLTZ
                                           Principal Deputy Assistant Attorney General

                                           C. FREDERICK BECKNER III
                                           Deputy Assistant Attorney General

                                           PHYLLIS J. PYLES
                                           Director, Torts Branch


                                           s/ Traci L. Colquette
                                           Traci L. Colquette
                                           Trial Attorney, Torts Branch, Civil Division
                                           U.S. Department of Justice
                                           Benjamin Franklin Station, P.O. Box 888
                                           Washington, D.C.  20044
                                           (202) 305-7536 / (202) 616-5200 (Fax)
                                           Attorneys for the United States

---

[1] An extension of twenty days results in a due date on a weekend; accordingly, pursuant to Fed. R. Civ. P. 6(a), the United States' response would be due the following Monday, December 4, 2006.

## <u>CERTIFICATE OF SERVICE</u>

I, Traci L. Colquette, hereby certify that on November 9, 2006, I served a true copy of the United States' Ex Parte Motion for Extension of Time to Plead and accompanying Proposed Order  upon all counsel of record by ECF, electronic mail, or first class mail.

s/ Traci L. Colquette
Traci L. Colquette