UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA (*Rodrigue*, 06-6639) | § | |
| _____ | § | |

## ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

IT IS HEREBY ORDERED that the United States of America is GRANTED a twenty (20) day extension of time, through and including December 4, 2006, within which to respond to the defendants' third-party claim.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE