UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * <br> * | JUDGE DUVAL |
| O'DWYER, NO. 06-4389 | * <br> * | MAG. WILKINSON |

## *EX PARTE* MOTION FOR
## FIRST EXTENSION OF TIME TO PLEAD UNDER L.R. 7.9E

Under L.R. 7.9E, CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, including the defense of insufficiency of service of process, advises the Court that, according to the representation on the plaintiffs' return on service, Dkt. No. 1453, CSXT was served on October 20, 2006, so that the delay for CSXT to respond to service of the plaintiffs' Complaint will expire on November 9, 2006, and, on suggesting to the Court that CSXT needs additional time to investigate this matter and to prepare and serve its objections, motions, or responsive pleadings, moves for an additional twenty (20) days, or through

928615-1

1

Wednesday, November 29, 2006, within which to respond to plaintiffs' Complaint. CSXT has not been granted a prior extension of time to plead by this Court, and the plaintiffs have not filed an objection in the record to an extension of time to plead. A proposed order is attached in compliance with L.R. 7.3E.

Respectfully submitted,

s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile: (337) 988-6918

*ATTORNEYS FOR CSX TRANSPORTATION, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall