UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: O'DWYER, NO. 06-4389 | * * * * | JUDGE DUVAL MAG. WILKINSON |

## ORDER

Considering the First *Ex Parte* Motion for Extension of Time to Plead under L.R. 7.9E filed herein by defendant CSX Transportation, Inc.:

**IT IS HEREBY ORDERED** that CSX Transportation, Inc. be and it hereby is **GRANTED** an additional twenty (20) days, or through Wednesday, November 29, 2006, within which to respond to the plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

928615-1

1