UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG WILKINSON |

PERTAINS TO:

LEVEE: *Ponchartrain Baptist Church*, 06-06642

## UNOPPOSED MOTION

## TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO REMAND

NOW COMES Defendant, James Construction Group, L.L.C. ("James") and respectfully requests that the Court re-set the hearing on Plaintiffs' Motion to Remand in the *Pontchartrain Baptist Church et al v. The Sewerage and Water Board of New Orleans* matter, consolidated with 05-4182, and bearing separate case no. 06-06642, currently set for November 29, 2006 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr.  James requests that the hearing be continued until January 10, 2007 at 9:30 a.m.  A review of the Court's hearing dates indicates that this date would be acceptable to the Court.  Counsel for James has conferred with Bill O'Neil, counsel for the plaintiffs, who consents to continuing the hearing, and to the January 10 date.

{N1579778.1}                                                                 1

For the foregoing reasons, James respectfully requests that its motion be granted and that the hearing currently set for November 29, 2006 at 9:30 a.m. be continued until January 10, 2007 at 9:30 a.m.

Respectfully Submitted,

_____
RICHARD J. TYLER, T.A. (#1255)
EMILY E. EAGAN (#29166)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
(504) 582-8266
Attorneys for James Construction Group, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record via ECF, e-mail, U.S. mail, hand delivery, or facsimile this 9th day of November, 2006.

_____