UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG WILKINSON |

**PERTAINS TO:**

**LEVEE:** *Ponchartrain Baptist Church*, 06-06642

## [PROPOSED] ORDER

Considering the foregoing Unopposed Motion to Continue Hearing filed by James Construction Group, L.L.C..

IT IS ORDERED that the hearing on plaintiffs' Motion to Remand, in the matter styled *Pontchartrain Baptist Church, et al v. The Sewerage and Water Board of New Orleans, et al*, consolidated with 05-4182, and bearing separate case no. 06-06642, currently set for November 29, 2006 at 9:30 a.m., is continued until January 10, 2007 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE

{N1579755.1}