**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 27, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**REC. DOCS. 903, 923, 932, 936, 939, 1037 & 1217**

# ORAL ARGUMENT

INSURANCE (06-1672, 06-1673 & 06-1674): MOTION to Dismiss Party Louisiana Citizens Property Insurance Corporation, filed 8/14/06.
INSURANCE (06-1672, 06-1673, 06-1674): RULE 12(b)(6) MOTION to Dismiss by Encompass Indemnity Company, filed 8/15/06.
INSURANCE (06-1672, 06-1673, 06-1674): CONSOLIDATED RULE 12(B)(6) MOTION to Dismiss Plaintiff's Amended and Restated Complaint by American Insurance Company, Ali Haghighi, AAA Homeowners Auto Club Family Insurance Company, Aegis Security Insurance Company, Hanover Insurance Company, Lafayette Insurance Company, Lexington Insurance Company, Liberty Mutual Fire Insurance Company, Standard Fire Insurance Company, filed 8/16/06.
INSURANCE (06-1672, 06-1673, 06-1674): RULE 12(b) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint by Great Northern Insurance Company, filed 8/16/06.
INSURANCE (06-1672, 06-1673, 06-1674): MOTION to Dismiss Pursuant to Rule 12(b) by Allstate Indemnity Company, Allstate Insurance Company, filed 8/16/06.
INSURANCE (06-1672, 06-1673, 06-1674): Rule 12(b)(6) MOTION to Dismiss Plaintiffs' Amended and Restated Complaint by State Farm Fire and Casualty Company, filed 8/28/06.
(06-516)  MOTION for Partial Summary Judgment by Xavier University of Louisiana.  Motion originally filed on 8/24/06 in civil case 06-516, doc# 14.

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER:  KAREN IBOS

APPEARANCES:   John Ellison, N. Frank Elliot, III,  Matt Schultz, Larry Dyess, Minor Pipes, Judy Barasso, Calvin Fayard, Joseph Bruno, Kelly Bogart, Wayne Lee, Stephan Bullock, Ralph Hubbard, William Wegmann, Jr., Neal Favret, Alan Yacoubian, Orr McDonald, Seth Schmeckle, Simeon Reimonenq, Wystan Ackerman, & Stephen Goldman, James Gardner, & Darnell Bludworth

Case called.  All present and ready.
Oral argument by parties.  Parties referred to a power point presentation, and paper documents during their argument.   A copy was given to the Court for its' review.
These matters are SUBMITTED.
Court adjourns at 2:52 p.m.

JS-10 (1:30)