**MINUTE ENTRY**
**DUVAL, J.**
**NOVEMBER 1, 2006**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**COLLEEN BERTHELOT, ET AL**                                                      CIVIL ACTION

**VERSUS**                                                                                       NO. 05-4182

**BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL**                SECTION "K"(2)
                                                                                                  CONS. KATRINA CANAL

**THIS DOCUMENT RELATES TO:**
**REC. DOCS. 1044, 1045 & 1046**

## ORAL ARGUMENT

RESPONDER, LEVEE, MRGO (05-4181) : MOTION to Sever by CSX Corporation, CSX Transportation, Inc., filed 8/29/06.
RESPONDER, LEVEE, MRGO (05-4181) : MOTION to Dismiss Party by CSX Transportation, Inc., filed 8/29/06.
RESPONDER, LEVEE, MRGO (05-4181) : MOTION to Dismiss Party Under 12(b)(5) (Insufficiency of Service of Process) and Fed. R. Civ. P. 12(b)(2) (Lack of Jurisdiction Over the Person) by CSX Corporation, filed 8/29/06.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  CYNTHIA CRAWFORD

APPEARANCES:  Brent Talbot, Jonathan McCall, Roy Roney, Jr., Scott Winkelman,
                          Ashton O'Dwyer & William Gambel

Court begins at 11:42 a.m.
Case called.  All present and ready.
Oral argument by parties.
These matters are SUBMITTED.
Court adjourns at 1:05 p.m.

JS-10 (1:25)