UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
|    05-4237 | * | |
|    05-4419 | * | MAG. WILKINSON |
|    05-3313 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR NOTICE

Third-Party Defendants, BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT and GEORGE E. LOPEZ, hereby request you send to them, through the undersigned counsel, written notice of the date assigned by the Court for trial on the merits, as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least ten (10) days in advance thereof; and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment.

1

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK*

s/ Lawrence J. Duplass

LAWRENCE J. DUPLASS (#5199)
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
*ATTORNEY FOR DEFENDANT, THIRD-PARTY DEFENDANTS, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT AND GEORGE E. LOPEZ*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2006, a copy of the foregoing Answer was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system:

- **John Aldock**
  jaldock@goodwinprocter.com hbrandon@goodwinprocter.com

- **Thomas P. Anzelmo**
  Tanzelmo@mcsalaw.com ltowler@mcsalaw.com,jtorrence@mcsalaw.com

- **James A. Cobb, Jr**
  jac@ecwko.com kcb@ecwko.com, saa@ecwko.com, am@ecwko.com, jrk@ecwko.com

- **John F. Emmett**
  jfe@ecwko.com wrwjv@aol.com;crb@ecwko.com

- **Robert B. Evans, III**
  revans@burgosevans.com vdufrene@burgosevans.com

- **Sherman Gene Fendler**
  sgfendler@liskow.com jinman@liskow.com

- **Robert Burns Fisher, Jr**
  fisher@chaffe.com heck@chaffe.com

- **Brian Arthur Gilbert**
  bgilbert@briangilbertlaw.com

- **Arthur Gordon Grant, Jr**
  ggrant@monbar.com
  lquintana@monbar.com,wtrosclair@monbar.com,ymaranto@monbar.com

- **Jeffrey Todd Greenberg**
  PlazaLaw@cox.net

- **Richard Joseph Guidry**
  jguidry@thecochranfirmno.com

- **Rufus C. Harris, III**
  jws@harrisrufty.com dlb@harrisrufty.com,ljp@harrisrufty.com

- **Parker Harrison**
  harrison@chaffe.com chiasson@chaffe.com

- **Don Keller Haycraft**
  dkhaycraft@liskow.com bevers@liskow.com

- **Julie A. Jacobs**
  Julie.Jacobs@Bcoonlaw.com Stacy.Villa@Bcoonlaw.com

- **John Fredrick Kessenich**
  rkessenich@daiglefisse.com dlebreton@daiglefisse.com

- **J. Stuart Kirwan**
  federal@geraldmaples.com

- **Douglas R. Kraus**
  douglas.kraus@bcoonlaw.com stacy.villa@bcoonlaw.com

- **David W. Leefe**
  dwleefe@liskow.com gmiguez@liskow.com

- **F. Gerald Maples**
  federal@geraldmaples.com ldemos@fgmapleslaw.com

- **Meredith Anne Mayberry**
  mmayberry@fgmapleslaw.com federal@geraldmaples.com

- **Kara K. Miller**
  kara.k.miller@usdoj.gov catherine.corlies@usdoj.gov

- **John Herr Musser, IV**
  jmusser@bellsouth.net

- **James L. Pate**
  jamesp@ln-law.com leslies@ln-law.com

- **Alfred Jackson Rufty, III**
  ajr@harrisrufty.com dlb@harrisrufty.com

- **Robin D. Smith**
  robin.doyle.smith@usdoj.gov catherine.corlies@usdoj.gov

- **Louis G. Spencer**
  lgs@ecwko.com saa@ecwko.com

- **Derek Anthony Walker**
  walker@chaffe.com martinez@chaffe.com

- **Daniel Andrew Webb**
  dwebb@swslaw.com lmd@swslaw.com

- **Karen Wiedemann**
  karenwiedemann@bellsouth.net

- **Karl Wiedemann**
  karlwied@bellsouth.net

- **Stephen Michael Wiles**
  smwiles@fgmapleslaw.com ltaylor@fgmapleslaw.com

- **Jill Schultz Willhoft**
  jsw@harrisrufty.com

- **Brett D. Wise**
  bdwise@liskow.com

- **Carlos Alberto Zelaya, II**
  federal@geraldmaples.com czelaya@maplesandkirwan.com

- **Christopher E. Carey**
  ccarey@monbar.com

Notice of this filing will be sent to the following individuals via U.S. Mail, postage prepaid and properly addressed:

James Robert Black
Heard, Robins, Cloud & Leubel, LLP
500 Dallas, Suite 3100
Houston, TX 77002

Cesar Roberto Burgos
Burgos & Evans, LLC
3632 Canal St.
New Orleans, LA 70119-6135

Peter G. Myer
U. S. Department of Justice
Torts Branch, Civil Division
P. O. Box 14271
Washington, DC 20044-4271

Ashton R O'Dwyer, Jr
6034 St. Charles Avenue
New Orleans, LA 70118

Patrick Joseph Sanders
Patrick J. Sanders, Attorney at Law
3123 Ridgelake Drive
Suite B
Metairie, LA 70002

Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

                              s/ Lawrence J. Duplass
                _____
                          LAWRENCE J. DUPLASS
                            lduplass@duplass.com