UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON <br> § |
| PERTAINS TO: (ALL) INSURANCE (Abadie, No. 06-5164) | § <br> § <br> § <br> § |

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes State National Insurance Company, sought to be made defendant herein, and moves that this Honorable Court grant State National Insurance Company an additional twenty (20) days, or until December 14, 2006, within which to file responsive pleadings in the above captioned and entitled litigation. In support of this motion, State National Insurance Company, states as follows:

1.

State National Insurance Company requests that this Court extend its deadline to file pleadings responsive to plaintiffs' Complaint and First Supplemental and Amending Complaint from the date the pleading would otherwise be due.

2.

State National Insurance Company received a Notice of Lawsuit and Request for Waiver of Service for Summons dated September 25, 2006. Accordingly, the current deadline for State National Insurance Company to file a responsive pleading is November 24, 2006. Defendants have filed this motion for extension before its deadline to file a responsive pleading.

3.

State National Insurance Company has recently engaged undersigned counsel to represent its interests in this matter. Undersigned counsel is currently investigating the factual and legal basis for the claims being made and possible affirmative defenses thereto. Undersigned counsel now requires additional time to investigate this matter before preparing a response.

4.

State National Insurance Company certifies that there have been no previous extensions of time to plead and that no opposing party has filed into the record any objection to the extension of time requested herein.

WHEREFORE, premises considered, State National Insurance Company, respectfully requests that this Court enter an Order extending its deadline to respond to the Original Complaint as well as plaintiffs' First Supplemental and Amending Complaint until and including December 14, 2006, pursuant to local rule 7.9.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

By: /s/ Anne Derbes Keller
Kent A. Lambert (La. Bar #22458)
Anne Derbes Keller (La. Bar # 20584)
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
E-mail:  akeller@bakerdonelson.com

**ATTORNEYS FOR STATE NATIONAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2006, a copy of the foregoing motion for Extension of Time was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Anne Derbes Keller
Anne Derbes Keller (La. Bar # 20584)
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: akeller@bakerdonelson.com