UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: (ALL) INSURANCE (Abadie, No. 06-5164) | § § § § § | |

## O R D E R

**CONSIDERING THE FOREGOING** Motion for Extension of Time filed by State National Insurance Company;

**IT IS ORDERED, ADJUDGED AND DECREED,** that State National Insurance Company be and hereby is **GRANTED** an additional extension of twenty (20) days, or until and through December 14, 2006, within which to file responsive pleadings to plaintiffs' Original Complaint and First Supplemental and Amending Complaint in the above captioned and entitled litigation.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

5