UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO: LEVEE, MRGO<br>O'Dwyer, No. 06-4389<br>_____ | § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## FIRST UNOPPOSED EXPARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING ON BEHALF OF GOTECH, INC.

NOW INTO COURT, through undersigned counsel, comes GOTECH, Inc. (GOTECH), without making an appearance and with full reservation of all defenses and objections, advises the Court that GOTECH is in need of additional time to respond to the plaintiffs' "Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the Federal Rules of Civil Procedure" and "First Supplemental and Amending Complaint in A Class Action Lawsuit" (Complaints). Pursuant to Local Rule 7.9E, GOTECH moves for an additional twenty (20) days, or through December 4, 2006, within which to respond to the plaintiffs' Complaints. Undersigned counsel contacted counsel for the 06-4389 plaintiffs, who have no objection to this extension. Exhibit 1. GOTECH has not requested or been granted any prior extensions of time to plead in the 06-4389 action.

WHEREFORE, GOTECH, Inc. prays that the Court allow GOTECH until December 4, 2006 to file responsive pleadings to the plaintiffs' Complaints.

1

By attorneys:

**LONG LAW FIRM, L.L.P.**


_s/ Adrian G. Nadeau_
**ALBERT DALE CLARY**
Bar Roll Number 4165
**ADRIAN G. NADEAU**
Bar Roll Number 28169
4041 Essen Lane, Suite 500
Baton Rouge, Louisiana  70809
(225) 922-5110
ADC@longlaw.com
AGN@longlaw.com


## CERTIFICATE OF SERVICE

I do hearby certify that I have on this 13th day of November, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronically filing or by mailing the same by United States mail, properly addressed, and first class postage prepaid.


_s/Adrian G. Nadeau_
**ADRIAN G. NADEAU**



| | | |
|---|---|---|
| C. Kris Kirkpatrick[(t)] | Daniel D. Holliday, III | Russell B. Long (1918-2003) |
| Michael A. Patterson[(t)] | Jennifer J. Vosburg | Of Counsel |
| Joseph E. Juban | Jamie Hurst Watts | J. Wendell Clark |
| Albert Dale Clary[†] | Adrian G. Nadeau | (t) Louisiana and District of Columbia |
| David L. Guerry[†] | Katherine G. Eckert | † A Professional Law Corporation |
| C. Stokes McConnell, Jr.[(t)††] | Jacque A. Pucheu | †† A Limited Liability Company |

# LONG LAW FIRM L.L.P.
BATON ROUGE • WASHINGTON D.C.

November 10, 2006

**SENT VIA E-MAIL & US MAIL**
Ashton R. O'Dwyer, Jr.
Law Offices of Ashton R. O'Dwyer, Jr., LLC
One Canal Place, Suite 2670
New Orleans, Louisiana 70130

    Re:    Katrina Canal Breaches
              Consolidated Litigation
              No. 05-4182 "K" (2)
              Pertains to: O'Dwyer 06-4389
              LLFFile No.: 2488-039

Dear Mr. O'Dwyer:

Thank you for speaking with me regarding this matter and for granting GOTECH, Inc. an additional twenty (20) days within which to file a responsive pleading to plaintiffs' "Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the Federal Rules of Civil Procedure" and the "First Supplemental and Amending Complaint in a Class Action Lawsuit."

Thank you again for your professional courtesies.

Very truly yours,

LONG LAW FIRM, L.L.P.

*[signature]*

ADRIAN G. NADEAU
ALBERT DALE CLARY
AGN/mlp
cc:    Michael Parsons (Claim No. 9410177293)
        Rhaoul A. Guillaume

S:\Rhonda\2488-039 GOTECH (Katrina)\Correspondence with Others\O'Dwyer Ltr 11-10-06.wpd

**EXHIBIT 1**