UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| | MAGISTRATE (2) |
| PERTAINS TO: LEVEE, MRGO O"Dwyer, No. 06-4389 | JUDGE DUVAL |
| | MAG. WILKINSON |

### ORDER

_____ Considering the forgoing;

IT IS HEREBY ORDERED that GOTECH, Inc. is granted an extension time of twenty (20) days, or through December 4, 2006, within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE, USDC EASTERN DISTRICT