FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -3  PM 3: 52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| O'DWYER,      NO. 05-4181 | | |

**MOTION FOR LEAVE TO FILE POST HEARING MEMOANDUM OF POINTS AND AUTHORITIES**

**NOW INTO COURT** come Ferdinand, et al, through undersigned counsel, to move for leave to file the attached Post Hearing Memorandum of Points and Authorities.

Respectfully submitted,

OF COUNSEL:
MILLING BENSON WOODWARD L.L.P.

_____
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 569-0000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W354770

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_____