FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -8  PM 12: 32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * CONSOLIDATED LITIGATION | CIVIL ACTION * NO. 05-4182 "K" (2) * |
| PERTAINS TO LEVEE: | * JUDGE DUVAL |
| O'DWYER,    NO. 05-4181 | |

### ORDER

Considering the foregoing Motion for Leave to File Post Hearing Memorandum of Points and Authorities,

IT IS ORDERED THAT Motion for Leave to File Post Hearing Memorandum of Points and Authorities is hereby GRANTED.

New Orleans, Louisiana, this ___ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

W354770

The CSV entities shall have through November 13, 2006 to file a reply.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____