1810-62468-DJO/cal



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -8 PM 4: 29

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL** | * | |
| | * | **CIVIL ACTION NO: 06-5164** |
| **VERSUS** | * | |
| | * | **SECTION: K** |
| **AEGIS SECURITY INSURANCE** | * | |
| **COMPANY, ET AL** | * | **MAGISTRATE: 2** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, Union Insurance Company, be and is hereby granted an extension of time of ~~twenty (20) days in~~ up to and including Nov. 27, 2007 which to file responsive pleadings in the above entitled and numbered cause of action.

New Orleans, Louisiana, this _8_ day of _March_, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____