

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -8  PM 1: 17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA M. LUDWIG, wife of/and | | |
| WALTER A. LUDWIG | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-cv-08935 |
| | * | |
| ALLIANCE INSURANCE AGENCY | * | SECTION "K" |
| SERVICES, INC., JOSEPH SLOAN | * | |
| and THE STANDARD FIRE | * | MAG. 2 |
| INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Sandra M.

Ludwig and Walter A. Ludwig, who respectfully move this Honorable Court to remand this

case to the 34th Judicial District Court for the Parish of St. Bernard. Remand is proper

because federal jurisdiction under the National Flood Insurance Program, 42 U.S.C. §401 *et*

*seq.* does not exist in this case. These reasons are more fully set forth in the accompanying

memorandum.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No._____

Respectfully submitted,

**GERTLER, GERTLER, VINCENT &
PLOTKIN**

LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorney for SANDRA M. LUDWIG and
WALTER A. LUDWIG

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all

parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery

or FAX, on this 7 day of November, 2006

ROBERT KNIGHTS

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411