UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA M. LUDWIG, wife of/and | | |
| WALTER A. LUDWIG | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-cv-08935 |
| | * | |
| ALLIANCE INSURANCE AGENCY | * | SECTION "K" |
| SERVICES, INC., JOSEPH SLOAN | * | |
| and THE STANDARD FIRE | * | MAG. 2 |
| INSURANCE COMPANY | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### NOTICE OF HEARING

TO: Alliance Insurance Agency Services, Inc.
through its counsel of record:
Matthew Ungarino
Wayne R. Maldonado
Suite 1280, Lakeway Two
3850 N. Causeway Boulevard
Metairie, Louisiana 70002

**PLEASE TAKE NOTICE** that plaintiff will bring for hearing his Motion for Remand in the captioned case before the Honorable Stanwood R. Duval at the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana 70130, on the 29th day of November, 2006, at 9:30 o'clock a.m.

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN**

_____
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorney for SANDRA M. LUDWIG and
WALTER A. LUDWIG

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 7th day of November, 2006

_____
ROBERT KNIGHTS

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411