

```
           FILED
     U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA

     2006 NOV -8  PM 1: 17

        LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA M. LUDWIG, wife of/and | | |
| WALTER A. LUDWIG | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-cv-08935 |
| | * | |
| ALLIANCE INSURANCE AGENCY | * | SECTION "K" |
| SERVICES, INC., JOSEPH SLOAN | * | |
| and THE STANDARD FIRE | * | MAG. 2 |
| INSURANCE COMPANY | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Sandra M. Ludwig and Walter A. Ludwig, plaintiffs named herein, request that the Court grant oral argument on the Plaintiffs' Motion to Remand. Plaintiffs believe that oral argument will assist the Court in deciding the issues.

Accordingly, Plaintiffs request oral argument on the foregoing motion.

Respectfully submitted,

GERTLER, GERTLER, VINCENT
& PLOTKIN, LLP

_____
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorney for SANDRA M. LUDWIG and
WALTER A. LUDWIG

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130
(504) 581-6411

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 7th day of November, 2006

_____
ROBERT KNIGHTS