# AUTHORITIES

- *Pavuk v. State Auto. Ins. Co. of Columbus Ohio*, No. 96-8459, 1997 WL 431014, *4 (E.D. Pa. Jul. 15, 1997) (finding that flood damage caused as a result of a broken city water main was excluded under the policy's water damage exclusion regardless of whether the policy covers just natural or both natural and man-made events);

- *Buttleworth v. Westfield Ins. Co.*, 41 Ohio App.3d 288, 535 N.E.2d 320 (Ohio App. 1 Dist., Jul. 15, 1987) (finding that the homeowner's exclusion clearly and unambiguously indicated that damage from any water on or below the surface which flows into the premises was not covered by the policy, regardless of whether the source was natural or artificial);

- *Carver v. Allstate Ins. Co.*, 77 Ark.App. 296, 76 S.W.3d 901 (Ark. App. May 08, 2002) (finding that the homeowner's exclusion clearly and unambiguously indicated that damage from any water on or below the surface which flows into the premises was not covered by the policy, regardless of whether the source was natural or artificial);

- *Gen. Ins. Co. of America v. Hallmark*, 575 S.W.2d 134, 136 (Tex.Civ.App.—Eastland Dec. 14, 1978) (finding that the damage from a water leak was specifically excluded from coverage under the homeowner's policy and that policy does not limit exclusion to natural causes);

- *Carlson v. State Farm Fire & Cas. Co.*, No. 91-3323, 1992 WL 20231, 1992 U.S.Dist. LEXIS 1488 (E.D.Pa. Jan. 29, 1992) (finding that water damage caused by a sump pump drainage failure was excluded because the policy unambiguously bars recovery for water damage regardless of cause);

- *Varnis v. State Farm Ins. Co.*, No. 93-5165, 1994 WL 87179 (E.D. Pa. Mar. 04, 1994) (finding that the water damage exclusion excludes coverage for damage caused by water originating from burst pipes, drains, and drain spouts);

- *Kimmel v. Nationwide Mut. Ins. Co.*, No. 91-4728, 1992 WL 7198 (E.D. Pa. Jan. 15, 1992) (finding that water damage caused by a broken city water main was excluded under an "all risk policy");

- *Kozlowski v. Penn Mut. Ins. Co.*, 295 Pa.Super. 141, 441 A.2d 388 (Pa.Super.Ct. Feb. 05, 1982) (implying that the flood damaged caused by a broken curb valve at the water main was excluded under the homeowner's policy);

- *Krug v. Millers' Mut. Ins. Assoc. of Ill.*, 209 Kan. 111, 495 P.2d 949 (Kan. Apr. 08, 1972), (finding that there was no coverage under the unambiguous policy for cracking and settling of a house that was likely caused from water that escaped from a broken water line, because the water was water below the surface of the ground within the meaning of the exclusion);

- *Glover v. Wieder*, No. 88-0852, 1990 WL 292826 (Pa. Com. Pl. May 15, 1990) (finding that water damage caused from backed-up sewage due to off-site vandalism was excluded under the homeowner policy);

- *Pacific Bell v. City of San Diego*, 81 Cal.App.4th 596, 96 Cal.Rptr.2d 897 (Cal. App. 4 Dist. Jun 13, 2000) (finding that water damage was excluded when the sewer pipe caused property damage because the water main in the middle of street was not a part of the plumbing system of a home).

71270