## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| 06-4389 (O'Dwyer) | * | |
| | * | MAG. WILKINSON |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR NOTICE

Defendants, BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT and GEORGE E. LOPEZ, hereby request you send to them, through the undersigned counsel, written notice of the date assigned by the Court for trial on the merits, as well as the date set for the hearing and/or trial of any and all motions, pleadings and other matters, at least ten (10) days in advance thereof; and written notice of the signing of any final judgment and/or the rendition of any interlocutory order or judgment.

1

>Respectfully submitted,
>
>***DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK***
>
>s/ Lawrence J. Duplass
>
>LAWRENCE J. DUPLASS (#5199)
>3838 N. Causeway Blvd., Suite 2900
>Metairie, Louisiana 70002
>Telephone: (504) 832-3700
>Facsimile: (504) 837-3119
>lduplass@duplass.com
>***ATTORNEY FOR DEFENDANT, BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT AND GEORGE E. LOPEZ***

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of November, 2006, a copy of the foregoing Request for Notice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system:

- **William David Aaron, Jr**
  waaron@goinsaaron.com grandazzo@goinsaaron.com

- **Neil Charles Abramson**
  abramson@phelps.com parkerd@phelps.com, steadmas@phelps.com

- **Wystan M. Ackerman**
  wackerman@rc.com sholden@rc.com

- **Glenn B. Adams**
  gadams@phjlaw.com adamsgb@gmail.com

2

- **Orr Adams, Jr**
  orradams@aol.com nancykhobbs@yahoo.com

- **Jonathan Beauregard Andry**
  jandry@andrylawfirm.com dsmith@andrylawfirm.com

- **Thomas P. Anzelmo**
  Tanzelmo@mcsalaw.com ltowler@mcsalaw.com,jtorrence@mcsalaw.com

- **Suzette Peychaud Bagneris**
  sbagneris@aol.com

- **Sarah House Barcellona**
  sbarcellona@stonepigman.com

- **Judy Y. Barrasso**
  jbarrasso@barrassousdin.com slanglois@barrassousdin.com

- **Francis J. Barry, Jr**
  fbarry@dkslaw.com jhyde@dkslaw.com

- **Daniel E. Becnel, Jr**
  dbecnel@becnellaw.com mmoreland@becnellaw.com

- **Robert M. Becnel**
  ROBBECNEL@AOL.COM

- **Keith J. Bergeron**
  kbergeron@dkslaw.com jvelez@dkslaw.com,bergeron-keith@cox.net

- **Kelly Cambre Bogart**
  kbogart@duplass.com bogartc@bellsouth.net,kprice@duplass.com

- **Terrence L. Brennan**
  tbrennan@dkslaw.com

- **Philip S. Brooks, Jr**
  pbrooks@monbar.com mokeefe@monbar.com

- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com stephaniep@brunobrunolaw.com

- **Robert John Caluda**
  rcaluda@rcaluda.com stephanie@rcaluda.com

- **Albert D. Clary**

adc@longlaw.com rhondad@longlaw.com;kge@longlaw.com

- **James A. Cobb, Jr**
  jac@ecwko.com kcb@ecwko.com, saa@ecwko.com, am@ecwko.com, jrk@ecwko.com

- **Traci L. Colquette**
  Traci.ColQuette@usdoj.gov Catherine.Corlies@usdoj.gov

- **Charles Bruce Colvin**
  ccolvin@kingsmillriess.com bseamster@kingsmillriess.com,lbarre@kingsmillriess.com

- **John Patrick Connick**
  pconnick@lil.nocoxmail.com

- **Richard Abelard Cozad**
  rcozad@mpc-law.com kforet@mpc-law.com,bboudreaux@mpc-law.com

- **Robert G. Creely**
  rcreely@aol.com tph59@amatocreely.nocoxmail.com

- **John J. Cummings, III**
  ccdlawfirm@aol.com

- **Christian E. Daigle**
  daiglec@phelps.com

- **Thomas W. Darling**
  tdarling@grhg.net tigerthom@cox.net, firm@grhg.net, tl@grhg.net

- **Jacques P. DeGruy**
  jdegruy@mblb.com smethe@mblb.com

- **Beverly Aloisio DeLaune**
  bdelaune@dkslaw.com dkimble@dkslaw.com

- **Erin E. Dearie**
  dearie@bayoulaw.com aadams@bayoulaw.com

- **Kevin R. Derham**
  kderham@duplass.com ndavis@duplass.com,sbowser@duplass.com

- **Joseph Vincent DiRosa, Jr**
  jvdirosa@cityofno.com jdirosa1@cox.net

- **Walter C. Dumas**
  wdumas@dumaslaw.com tyoungblood@dumaslaw.com

- **Mary L. Dumestre**
  mdumestre@stonepigman.com

- **Lawrence J. Duplass**
  lduplass@duplass.com caccardo@duplass.com,sdeblieux@duplass.com

- **Emily E. Eagan**
  eeagan@joneswalker.com psenentz@joneswalker.com

- **John N. Ellison**
  jellison@andersonkill.com mtodd@andersonkill.com,glite@andersonkill.com

- **Clarence William Emory**
  bemory@mblb.com smethe@mblb.com

- **John Karl Etter**
  jke@rodneylaw.com jke57@bellsouth.net

- **Andrea L. Fannin**
  afannin@stonepigman.com

- **Calvin Clifford Fayard, Jr**
  calvinfayard@fayardlaw.com donna@fayardlaw.com

- **Shera J. Finn**
  sfinn@barrassousdin.com

- **Catherine J. Finnegan**
  tess.finnegan@usdoj.gov catherine.corlies@usdoj.gov

- **Stephen G. Flynn**
  stephen.flynn@usdoj.gov torts.aa.files@usdoj.gov

- **Samuel B. Gabb**
  sgabb@lundydavis.com cgranger@lundydavis.com

- **William Christian Gambel**
  wgambel@millinglaw.com pbarrere@millinglaw.com;mshrell@millinglaw.com

- **Thomas Francis Gardner**
  gardner@bayoulaw.com aadams@bayoulaw.com

- **James M. Garner**
  jgarner@shergarner.com mgarner@shergarner.com,jchocheles@shergarner.com

- **Scott Owen Gaspard**

sgaspard@burglass.com

- **Thomas Livingston Gaudry, Jr**
  tgaudry@grhg.net dbreaux@grhg.net,firm@grhg.net

- **Louis L. Gertler**
  lgertler@ggvplaw.com kagnelly@ggvplaw.com

- **Meyer H. Gertler**
  mhgertler@ggvplaw.com emaynard@ggvplaw.com

- **George Moore Gilly**
  gillyg@phelps.com dunnk@phelps.com

- **Phyllis Esther Glazer**
  glazerp@ag.state.la.us
  pennm@ag.state.la.us,pearleyj@ag.state.la.us,kellerm@ag.state.la.us

- **Stephen E. Goldman**
  sgoldman@rc.com akowalsky@rc.com

- **Pablo Gonzalez**
  gonzalep@phelps.com pabsgonzalez@hotmail.com,bradfors@phelps.com

- **Jeremy D. Goux**
  wynnegouxlobello@bellsouth.net

- **Arthur Gordon Grant, Jr**
  ggrant@monbar.com
  lquintana@monbar.com,wtrosclair@monbar.com,ymaranto@monbar.com

- **Joseph Pierre Guichet**
  jguichet@lawla.com aboyd@lawla.com

- **Kara M. Hadican**
  khadican@gainsben.com cbabin@gainsben.com

- **Jim S. Hall**
  jim@jimshall.com kerry@jimshall.com,jodi@jimshall.com,debbie@jimshall.com

- **Mark Emerson Hanna**
  mhanna@mcsalaw.com ozg@mcsalaw.com

- **Lesli D. Harris**
  lharris@stonepigman.com sgothard@stonepigman.com

- **Robert G. Harvey, Sr**
  rgharvey@bellsouth.net

- **Herman C. Hoffmann, Jr**
  hhoffmann@spsr-law.com calcantar@spsr-law.com

- **Brian A. Homza**
  homzab@cykg.com cartere@cykg.com,pooles@cykg.com

- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com mindy@fayardlaw.com

- **Ralph Shelton Hubbard, III**
  rhubbard@lawla.com ljackson@lawla.com

- **Darleen Marie Jacobs**
  dollyno@aol.com

- **Tamara Kluger Jacobson**
  tkjacobson@aol.com mrosinia@hotmail.com

- **H. Alston Johnson**
  johnsona@phelps.com davisj@phelps.com

- **Howard Bruce Kaplan**
  hkaplan@bernard-cassisa.com

- **Patrick G. Kehoe, Jr**
  pgkehoejr@kehoejr.com

- **Michael Courtney Keller**
  kellerm@ag.state.la.us
  pearleyj@ag.state.la.us,pennm@ag.state.la.us,babins@ag.state.la.us,philibertj@ag.state.la.us,glazerp@ag.state.la.us

- **John Fredrick Kessenich**
  rkessenich@daiglefisse.com dlebreton@daiglefisse.com

- **Kyle P. Kirsch**
  kkirsch@mcsalaw.com tbrady@mcsalaw.com,lbarnes@mcsalaw.com

- **Ronald Joseph Kitto**
  rkitto@monbar.com njohnson@monbar.com

- **Robert W. Knights**
  rknights@ggvplaw.com kagnelly@ggvplaw.com

- **Stephen Skelly Kreller**
  sskreller@gmail.com

- **Alex Kriegsman**
  alex.kriegsman@usdoj.gov efile_nrs.enrd@usdoj.gov

- **Andre Jude Lagarde**
  ajl@mcsalaw.com

- **Hugh Palmer Lambert**
  hlambert@lambertandnelson.com alexis@lambertandnelson.com

- **John M. Landis**
  jlandis@stonepigman.com pkrupicka@stonepigman.com

- **Mickey P. Landry**
  mlandry@landryswarr.com lslaw@landryswarr.com

- **Wade Antoine Langlois, III**
  wlanglois@grhg.net ptranchina@grhg.net

- **William J. Larzelere, Jr**
  blarzelere@lpw-law.com tdejean@lpw-law.com

- **Thomas Patrick LeBlanc**
  tleblanc@lundydavis.com jdibbley@lundydavis.com

- **Joseph E. Lee, III**
  jel@pkrlaw.com lvw@pkrlaw.com, smt@pkrlaw.com

- **Wayne J. Lee**
  wlee@stonepigman.com pwhite@stonepigman.com

- **Heather Shauri Lonian**
  hlonian@stonepigman.com dmurphy@stonepigman.com

- **Wayne Robert Maldonado**
  wmaldonado@ungarino-eckert.com

- **F. Gerald Maples**
  federal@geraldmaples.com ldemos@fgmapleslaw.com

- **Belhia V. Martin**
  belhiamartin@bellsouth.net belhia_martin_esq@hotmail.com

- **Christopher W. Martin**

martin@mdjwlaw.com lindaa@mdjwlaw.com

- **Richard Massie Martin, Jr**
  rmmjr@cox.net

- **Ben Louis Mayeaux**
  bmayeaux@ln-law.com denisen@ln-law.com

- **Jonathan Christopher McCall**
  mccall@chaffe.com connors@chaffe.com

- **James F. McConnon, Jr**
  jim.mcconnon@usdoj.gov catherine.corlies@usdoj.gov

- **Gregory John McDonald**
  gmcdonald@bfrob.com kbutler@bfrob.com

- **Gordon J. McKernan**
  gmckernan@mckernanlawfirm.com hbarousse@mckernanlawfirm.com

- **J. J. (Jerry) McKernan**

- **Evans Martin McLeod**
  mcleodm@phelps.com weyerp@phelps.com

- **Emma Alexandra Mekinda**
  emmamekinda@yahoo.com khf@mpc-law.com,ljohnson@mpc-law.com,em@mpc-law.com

- **Gerald A. Melchiode**
  jmelchiode@gjtbs.com mwilson@gjtbs.com

- **Gerald Edward Meunier**
  dmartin@gainsben.com gmeunier@gainsben.com

- **Kara K. Miller**
  kara.k.miller@usdoj.gov catherine.corlies@usdoj.gov

- **Stevens E. Moore**
  stevens.moore@usdoj.gov linda.nixon@usdoj.gov,rosanne.alford@usdoj.gov

- **Andre J. Mouledoux**
  amouledoux@mblb.com pvanmatre@mblb.com,dhoerner@mblb.com,bpgus@aol.com

- **Sean P. Mount**
  smount@hmhlp.com clandry@hmhlp.com

- **James Bryan Mullaly**
  jamesmullaly1@hotmail.com jbmullaly@cityofno.com,dbrown@cityofno.com

- **Betty Finley Mullin**
  bmullin@spsr-law.com lynnz@spsr-law.com

- **J. Wayne Mumphrey**
  jwmumphrey@mumphreylaw.com smitchell@mumphreylaw.com

- **John Herr Musser, IV**
  jmusser@bellsouth.net

- **William Roy Mustian, III**
  naitsum@hotmail.com treymustian@yahoo.com

- **Adrian Girard Nadeau**
  agn@longlaw.com

- **John Francis Nevares**
  jfnevares-law@microjuris.com

- **John A.V. Nicoletti**
  jnicoletti@nicolettihornig.com wfennell@nicolettihornig.com

- **Michaela E. Noble**
  mnoble@monbar.com mokeefe@monbar.com

- **Ashton Robert O'Dwyer, Jr**

- **William E. O'Neil**
  weo@theoneilgroup.com avj@theoneilgroup.com

- **Pius Akamdi Obioha**
  pakamdi@aol.com

- **Frances Mae Olivier**
  franntown@yahoo.com

- **Dominic J. Ovella**
  dovella@hmhlp.com jkent@hmhlp.com

- **Michael C. Palmintier**
  mpalmintier@dphf-law.com jamerson@dphf-law.com, dmoore@dphf-law.com

- **James L. Pate**
  jamesp@ln-law.com leslies@ln-law.com

- **Maura Zivalich Pelleteri**
  mpelleteri@kfplaw.com aseltzer@kfplaw.com,tkittrell@kfplaw.com

- **Gary Michael Pendergast**
  GMPendergastLLC@aol.com Fire68@aol.com

- **Ronnie Glynn Penton**
  fedcourtmail@rgplaw.com fedcourtmail2@rgplaw.com

- **Dennis J. Phayer**
  dphayer@burglass.com

- **Frank Anthony Piccolo**
  fap@pkrlaw.com

- **H. Minor Pipes, III**
  mpipes@barrassousdin.com shooker@barrassousdin.com

- **Andrew Lane Plauche, Jr**
  aplauche@pmpllp.com ahuff@pmpllp.com, pzanco@pmpllp.com, aguder@pmpllp.com, jordeneaux@pmpllp.com

- **Matthew F. Popp**
  mfp@ecwko.com matthewpopp@msn.com

- **Drew A. Ranier**
  dranier@rgelaw.com marnold@rgelaw.com

- **James C. Rather, Jr**

- **Albert Joseph Rebennack, Jr**
  ajrebennack@cox.net stephanie@rcaluda.com

- **Simeon B. Reimonenq, Jr**
  sreimonenq@lawla.com aboyd@lawla.com

- **Don M. Richard**
  drichard@dmrlaw.net

- **Michael R.C. Riess**
  mriess@kingsmillriess.com

- **William Joseph Riviere**
  bill.riviere@phelps.com weyerp@phelps.com

- **Roy J. Rodney, Jr**

RJR@rodneylaw.com NBM@rodneylaw.com

- **Susan Muller Rogge**
  srogge@barrassousdin.com

- **James H. Roussel**
  jroussel@bakerdonelson.com

- **James P. Roy**
  jimr@wrightroy.com susant@wrightroy.com, sandym@wrightroy.com

- **Camilo Kossy Salas, III**
  csalas@salaslaw.com

- **David P. Salley**
  dsalley@shrmlaw.com mmonsour@shrmlaw.com

- **Jonathan H. Sandoz**
  jsandoz@daiglefisse.com tbarrios@daiglefisse.com

- **David Scott Scalia**
  DAVID@brunobrunolaw.com
  jennifer@brunobrunolaw.com,florian@brunobrunolaw.com

- **Seth Andrew Schmeeckle**
  sschmeeckle@lawla.com mspadoni@lawla.com

- **Matthew D. Schultz**
  mschultz@levinlaw.com

- **Nyka M. Scott**
  nscott@bakerdonelson.com lhook@bakerdonelson.com

- **Robert I. Siegel**
  rsiegel@glllaw.com jhale@glllaw.com

- **George R. Simno, III**
  gsimno@swbno.org

- **Todd Robert Slack**
  todd@ghwlaw.net

- **John H Smith**
  jsmith@mckernanlawfirm.com esimon@mckernanlawfirm.com

- **Randall A. Smith**

rasmith3@bellsouth.net mmzornes@bellsouth.net

- **Robin D. Smith**
  robin.doyle.smith@usdoj.gov catherine.corlies@usdoj.gov

- **Louis G. Spencer**
  lgs@ecwko.com saa@ecwko.com

- **Michael D. Spencer**
  spencer@chaffe.com gaddy@chaffe.com

- **Remy Voisin Starns**
  rvs127@juno.com remy@ridgerunners.biz

- **Elwood C. Stevens, Jr**
  attyecs@aol.com cat1857@aol.com

- **Victor Elbert Stilwell, Jr**
  vstilwell@dkslaw.com vstilwell@dkslaw.com

- **Deborah M. Sulzer**
  deborah@deborahsulzerlaw.com

- **Brent A. Talbot**
  talbot@chaffe.com mayeaux@chaffe.com

- **Christopher Kent Tankersley**
  ctankersley@burglass.com

- **Kelly Theard**
  ktheard@dkslaw.com spacaccio@dkslaw.com

- **Sidney Donecio Torres, III**
  storres@torres-law.com rburns@torres-law.com, dhemelt@torres-law.com

- **William D. Treeby**
  wtreeby@stonepigman.com lshea@stonepigman.com

- **Richard John Tyler**
  rtyler@joneswalker.com jcasella@joneswalker.com

- **Matthew J. Ungarino**
  mungarino@ungarino-eckert.com cwynn@ungarino-eckert.com

- **Steven W. Usdin**
  susdin@barrassousdin.com shooker@barrassousdin.com

- **Susan Molero Vance**
  smv@theoneilgroup.com avj@theoneilgroup.com, cmh@theoneilgroup.com, lc@theoneilgroup.com

- **Gregory P. Varga**
  gvarga@rc.com lgallucci@rc.com

- **Jean Michel Voltaire**
  jean.michel.voltaire@usdoj.gov jmv7182@hotmail.com

- **Jennifer W. Wall**
  wallj@phelps.com

- **B. Gerald Weeks**
  BGWEEKS@AOL.COM WKRLAW@AOL.COM

- **William John Wegmann, Jr**
  wjwegmann@aol.com nancykhobbs@yahoo.com

- **Stephen Michael Wiles**
  smwiles@fgmapleslaw.com ltaylor@fgmapleslaw.com

- **Jesse Lee Wimberly, III**
  wimberly@nternet.com dorisstein@nternet.com

- **Scott G. Wolfe, Jr**
  scott@wolfelaw.com lillian@wolfelaw.com

- **Justin I. Woods**
  jwoods@gainsben.com

- **Bob F. Wright**
  bobw@wrightroy.com darlenep@wrightroy.com, susant@wrightroy.com

- **William Everard Wright, Jr**
  wwright@dkslaw.com

- **Alan J. Yacoubian**
  ajy@jjbylaw.com rspaysse@jjbylaw.com, drutherford@jjbylaw.com, dcc@jjbylaw.com

Notice of this filing will be sent to the following individuals via U.S. Mail, postage prepaid and properly addressed:

14

Carole A. Breithoff  (Weller)
2932 Lime Street
Metairie, LA 70006

Clayton Morris Connors
Mumphrey Law Firm, LLC
365 Canal Street
Suite 2280
New Orleans, LA 70130

Joseph W. Cotchett
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Jack J. Crowe
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

Frank Jacob D'Amico, Jr
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

N. Frank Elliot, III
Ranier, Gayle & Elliot, LLC
P. O. Box 1890
Lake Charles, LA 70602-1890

Richard M. Exnicios
Frank J. D'Amico, Jr., APLC
622 Baronne St.
2nd Fl.
New Orleans, LA 70113

Christopher R. Farrell
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

Charles C. Foti, Jr
Louisiana Attorney General's Office
1885 N. 3rd St.
7th Floor
Baton Rouge, LA 70802

Nina D. Froeschle
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

Thomas V. Girardi
Girardi & Keese
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904

Frederick J. Gisevius, Jr
Law Offices of Fred Gisevius
12 Metairie Court
Metairie, LA 70001

Andrew R. Greene
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

Philip L. Gregory
Cotchett Pitre Simon & McCarthy
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Randall Earl Hart
Broussard & Hart, LLC
1301 Common St.
Lake Charles, LA 70601

Joseph W. Hecker
Joseph W. Hecker

16

619 Europe Street
2nd Floor
Baton Rouge, LA 70806

Avram C. Herman
Herman & Herman
111 Veterans Memorial Blvd.
Suite 1506
Metairie, LA 70005

Kevin P. Kamraczewski
Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

Duane M. Kelley
Winston & Strawn, LLP
35 W. Wacker Dr.
Chicago, IL 60601

Beth M. Kramer
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

William J. Luscy, III
William Luscy, III, Attorney at Law
616 Papworth Ave.
Suite C
Metairie, LA 70005

Barbara L. Lyons
Cotchett Pitre Simon & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

George T. Manning
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053

Julia E. McEvoy
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001

Clay Mitchell
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
P. O. Box 12308
Suite 600
Pensacola, FL 32581

Arthur Anthony Morrell
Author A. Morrell, Attorney at Law
3200 St. Bernard Ave.
Suite 107
New Orleans, LA 70119

Daniel W. Nelson
Gibson, Dunn & Crutcher
1050 Connecticut Ave., N.W.
Washington, DC 20036-5303

Robert A. Novak
Nicoletti, Hornig, Campise & Sweeney
Wall Street Plaza
88 Pine St.
7th Floor
New York, NY 10005-1801

Pierce O'Donnell
O'Donnell & Mortimer, LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071-2627

Charles F. Seemann, Jr
Deutsch, Kerrigan & Stiles LLP
755 Magazine St.
New Orleans, LA 70130

David R. Simonton

Sonnenschein, Nath & Rosenthal
7800 Sears Tower
Chicago, IL 60606

Vernon Palmer Thomas
Vernon P. Thomas, Attorney at Law
1524 N. Claiborne Ave.
New Orleans, LA 70116

Richard Anthony Weigand
Weigand & Levenson
427 Gravier St.
1st Floor
New Orleans, LA 70130

Francis Gerald Weller
Francis Gerald Weller, Attorney at Law
215 Jewel St.
New Orleans, LA 70124

Marion Overton White
Marion Overton White, Attorney at Law
511 E. Landry St.
Opelousas, LA 70570

Lawrence D. Wiedemann
Wiedemann & Wiedemann
821 Baronne St.
New Orleans, LA 70113

Scott L. Winkelman
Crowell & Moring
1001 Pennsylvania Ave., N.W.
Washington, DC 20004

John W. deGravelles
deGravelles, Palmintier, Holthaus & Fruge'
618 Main Street
Baton Rouge, LA 70801-1910


　　　　　　　　　　　　　　　　s/ Lawrence J. Duplass

_____
LAWRENCE J. DUPLASS
lduplass@duplass.com