UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> _____ <br> PERTAINS TO: *State of Lousiana (06-3552)* <br> _____ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSION |

**DEFENDANT UNITED STATES' MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT**

Defendants United States of America, United States Army Corps of Engineers and Francis J. Harvey, Secretary of the Army, respectfully submit this Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. As set forth in the accompanying Memorandum of Points and Authorities, the Court lacks jurisdiction over each claim in Plaintiffs' First Amended Complaint. Accordingly, Plaintiffs' First Amended Complaint should be dismissed with prejudice.

November 13, 2006

Respectfully submitted,

SUE ELLEN WOOLDRIDGE
Assistant Attorney General
ALEX KRIEGSMAN
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044
Tel.:   (202) 305-3022
Fax:   (202) 305-0506

OF COUNSEL:
Robert D. Northey
Mayely Boyce
Assistant District Counsel
U.S. Army Corps of Engineers
P.O. Box 60267
New Orleans, LA 70160-0267
Telephone:  (504) 862-2831
Facsimile:  (504) 862-2827

Attorneys For Defendants