UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) ) ) | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSION |
| PERTAINS TO: *State of Lousiana (06-3552)* | ) ) ) ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Plaintiffs' First Amended Complaint at the Courtroom of the Honorable Stanwood R. Duval Jr, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 21st day of February, 2007, at 9:30 a.m.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
Judge Stanwood R. Duval Jr
Eastern District of Louisiana