FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 13  PM 4:14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 06-7682 |
| VS. | SECTION "K" <br> JUDGE DUVAL |
| SEWERAGE AND WATER BOARD <br> OF NEW ORLEANS, ET AL. | MAGISTRATE (2) <br> MAG. JUDGE WILKINSON |

### MOTION TO DIMISS

Now into Court, through undersigned counsel, comes the State of Louisiana Department of Transportation and Development, who with respect shows that pursuant to the sovereign immunity provided for in the Eleventh Amendment of the United States Constitution, this Honorable Court has no subject matter jurisdiction to hear claims against it.

Wherefore, pursuant to Fed. R. Civ. Pro. 12(b)(1), and as fully set forth in the accompanying Memorandum, the State of Louisiana Department of Transportation and Development respectfully moves this Honorable Court to dismiss all claims against it, with prejudice and at plaintiffs' cost.



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

CHARLES C. FOTI, JR.,
Attorney General

By: _____
Stephen F. Babin (#2634)
Michael Keller (#20895)
Thomas M. Brahney (#26815)
Office of the Louisiana Attorney General
601 Poydras St., Suite 1725
New Orleans, LA 70130
Tel.: (504) 599-1200; Fax: (504) 599-1212
Assistant Attorneys General
BabinS@ag.state.la.us
KellerM@ag.state.la.us
BrahneyT@ag.state.la.us

By: _____
Richard G. Duplantier, Jr., TA (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel.: (504) 525-6802; Fax: (504) 525-2456
Special Assistant Attorneys General
rduplantier@gjtbs.com
thassinger@gjtbs.com
jhassinger@gjtbs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of by facsimile and by placing same in the United States Mail, properly addressed and first class postage prepaid on this 13th day of November, 2006.

_____
LAMBERT J. HASSINGER, JR.

2