UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 06-7682 |
| VS. | SECTION "K" <br> JUDGE DUVAL |
| SEWERAGE AND WATER BOARD <br> OF NEW ORLEANS, ET AL. | MAGISTRATE (2) <br> MAG. JUDGE WILKINSON |

### MEMORANDUM IN SUPPORT OF MOTION TO DIMISS

MAY IT PLEASE THE COURT:

Plaintiffs have brought suit against several defendants, one of which is the State of Louisiana Department of Transportation and Development. The United States Fifth Circuit Court of Appeals has addressed the issue of whether the State of Louisiana Department of Transportation and Development is immune from suit in federal court:

> **We hold that the Department of Transportation and Development of the State of Louisiana is entitled to claim immunity under the Eleventh Amendment from suit by private citizens in federal court.**[1]

Additionally, this Honorable Court has just recently recognized this precedent in the matter of *Berthelot v. Boh Brothers Construction Co.*, 2006 WL 2726503 (E.D. La. 9/22/06):

---

[1] *Fireman's Fund Ins. Co. v. Dept. of Transp. and Development*, 792 F.2d 1373, 1376 (5th Cir. 1986).

> **The Court cannot entertain jurisdiction over the State of Louisiana, through the Department of Transportation and Development, as it is protected from suit by the doctrine of sovereign immunity as found in the Eleventh Amendment of the Constitution.**
> ...
> **Accordingly, it is ordered that the Motion to Dismiss Defendant, State of Louisiana Through the Department of Transportation and Development is granted.[2]**

An action against the State of Louisiana Department of Transportation and Development, like that brought by plaintiffs here, can only be prosecuted in a Louisiana state court. Accordingly, pursuant to Fed. R. Civ. Pro. 12(b)(1), the State of Louisiana Department of Transportation and Development respectfully moves this Honorable Court to enter an order dismissing all claims against it, with prejudice and at plaintiffs' cost.

        Respectfully submitted,

        CHARLES C. FOTI, JR.,
        Attorney General

By: _/s/ Stephen F. Babin_
        Stephen F. Babin (#2634)
        Michael Keller (#20895)
        Thomas M. Brahney (#26815)
        Office of the Louisiana Attorney General
        601 Poydras St., Suite 1725
        New Orleans, LA  70130
        Tel.: (504) 599-1200; Fax: (504) 599-1212
        Assistant Attorneys General
        BabinS@ag.state.la.us
        KellerM@ag.state.la.us
        BrahneyT@ag.state.la.us

---

[2] *Berthelot v. Boh Brothers Construction Co.*, 2006 WL 2726503 (E.D. La. 9/22/06); *see also Liberty Mutual Ins. Co. v. National Railroad Passenger Corp.*, 2006 WL 2803036 (E.D. La. 9/27/06).

By: _____
Richard G. Duplantier, Jr. (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel.: (504)525-6802; Fax: (504)525-2456
Special Assistant Attorneys General
rduplantier@gjtbs.com
thassinger@gjtbs.com
jhassinger@gjtbs.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of by facsimile and by placing same in the United States Mail, properly addressed and first class postage prepaid on this 13th day of November, 2006.

_____
LAMBERT J. HASSINGER, JR.

5