UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL, ET AL. | CIVIL ACTION 06-7682 |
| VS. | SECTION "K" <br> JUDGE DUVAL |
| SEWERAGE AND WATER BOARD <br> OF NEW ORLEANS, ET AL. | MAGISTRATE (2) <br> MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

The State of Louisiana through the Department of Transportation and Development will bring the attached Motion to Dismiss for hearing before the Honorable Stanwood R. Duval, Jr., Judge, Section K, on the 29th day of November, 2006 at 9:30 a.m.

Respectfully submitted,

CHARLES C. FOTI, JR.,
Attorney General

By: _____
Stephen F. Babin (#2634)
Michael Keller (#20895)
Thomas M. Brahney (#26815)
Office of the Louisiana Attorney General
601 Poydras St., Suite 1725
New Orleans, LA 70130
Tel.: (504) 599-1200; Fax: (504) 599-1212
Assistant Attorneys General
BabinS@ag.state.la.us
KellerM@ag.state.la.us
BrahneyT@ag.state.la.us

By: _____
Richard G. Duplantier, Jr. (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Tel.: (504)525-6802; Fax: (504)525-2456
Special Assistant Attorneys General
rduplantier@gjtbs.com
thassinger@gjtbs.com
jhassinger@gjtbs.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of by facsimile and by placing same in the United States Mail, properly addressed and first class postage prepaid on this 13th day of November, 2006.

_____
LAMBERT J. HASSINGER, JR.