# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

October 4, 2006

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

# 06-31127   APPEAL NO. 06-30840

IN RE: Katrina Canal Breaches Litigation      CA  05-4182  K   c/w (related) 05-4181
**non-related** 05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6359,
06-20, 06-151, 06-225, 06-886, 06-1672, 06-1673, 06-1674, 06-1850, 06-1885, 06-2152,
06-2268, 06-2278, 06-2287, 06-2346, 06-2545, 06-2824, 06-3529, 06-3545, 06-3552,
06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5116, 06-5118,
06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5140, 06-5142, 06-5159,
06-5161, 06-5162, 06-5163, 06-5164, 06-5260, 06-5308, 06-5367, 06-5042, 06-5471,
06-6642, 06-6473

     In connection with this appeal, the following documents are transmitted and/or
information furnished. Please acknowledge receipt on the enclosed copy of this letter.

_x_   1) Certified copy of the notice of appeal and docket entries.

____  2) Certified copy of notice of a cross-appeal and docket entries.

_x_   3) The Court of Appeals docket fee ____ HAS  _x_ HAS NOT been paid.

____  4) This case is proceeding in forma pauperis

____  5) Order Appointing Counsel ____ CJA-20 ____ FPD

_x_   6) District Judge Entering the final judgment is Stanwood R Duval Jr

_x_   7) Court Reporter assigned to the case  Cindy Usner, Cathy Pepper, Bonnie Hebert,
Toni Tusa

____  8) If criminal case, number and names of other defendants on appeal _____

____  9) This case was decided without a hearing; there will be no transcript.

____ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge
receipt on the enclosed copy of this letter.

____   1) Electronic Record on appeal consisting of:

          ____ Volume(s) of record   ____ Volume(s) of electronic transcript

          ____ Volume(s) of depositions

          ____ Container(s) of exhibits ___ Binders ___ Expansion Folders

____   2) Supplemental record consisting of_____

____   3) SEALED DOCUMENT _____ ____ Fee_____
                                                ____ Process_____
____   4) Other:_____ _X_ Dktd_____
                                                ____ CtRmDep_____
                                                ____ Doc. No._____

                                 By   Alicia Phelps
                                      Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   NOV - 8 2006
LORETTA G. WHYTE
CLERK