# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

October 20, 2006

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO._____

IN RE: Katrina Canal Breaches Litigation · CA – 05-4182 K c/w related case 05-4181 non-related 05-4191,05-4568, 05-5237, 05-6073, 05-6314, 05-6323, 05-6324, 05-6327, 05-6359, 06-20, 06-151, 06-225, 06-886, 06-1672, 06-1673, 06-1674, 06-1850, 06-1885, 06-2152, 06-2268, 06-2278, 06-2287, 06-2346, 06-2545, 06-2824, 06-3529, 06-3545, 06-3552, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5140, 06-5142, 06-5159, 06-5161, 06-5162, 06-5163, 06-5164, 06-5260, 06-5308, 06-5367, 06-5042, 06-5471, 06-6642, 06-6473, 06-6481, 06-6639, 06-5042, 06-5471, 06-6642

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

- _x_ 1) Certified copy of the notice of appeal and docket entries.
- ____ 2) Certified copy of notice of a cross-appeal and docket entries.
- _x_ 3) The Court of Appeals docket fee ____ Has _x_ HAS NOT been paid.
- ____ 4) This case is proceeding in forma pauperis
- ____ 5) Order Appointing Counsel ____ CJA-20 ____ FPD
- _x_ 6) District Judge Entering the final judgment is Stanwood R Duval Jr.
- _x_ 7) Court Reporter assigned to the case  Cindy Usner, Cathy Pepper, Toni Tusa
- ____ 8) If criminal case, number and names of other defendants on appeal _____
- ____ 9) This case was decided without a hearing; there will be no transcript.
- ____ 10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.

- ____ 1) electronic Record on appeal consisting of:
  - ____ Volume(s) of record    ____ Volume(s) of electronic transcript
  - ____ Volume(s) of depositions
  - ____ Container(s) of exhibits ____ Binders ____ Expansion Folders
- ____ 2) Supplemental record consisting of_____
- ____ 3) SEALED DOCUMENT _____
- ____ 4) Other:_____

**Fee**_____
**Process**_____
_X_ **Dktd**_____
____ **CtRmDep**_____
____ **Doc. No.**_____

By  Alicia Phebus
Deputy Clerk

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 8 2006
LORETTA G. WHYTE
CLERK