UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL., | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 06-5164 |
| AEGIS SECURITY INSURANCE COMPANY, ET AL | * | JUDGE "K"  MAG (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ANSWER TO PLAINTIFFS' ORIGINAL AND FIRST SUPPLEMENTAL AND AMENDING COMPAINT

NOW INTO COURT, through undersigned counsel, comes National Lloyds Insurance Company, who answers the Original Complaint and First Supplemental and Amending Complaint as follows:

### FIRST DEFENSE

The Complaint and First Supplemental and Amending Complaint fail to state a claim upon which relief can be granted.

### SECOND DEFENSE

If plaintiffs suffered any damages, such damages were caused, in whole or part, by plaintiffs' failure to mitigate their damages, which supports a complete bar to or diminution of plaintiffs' damages, if any.

### THIRD DEFENSE

National Lloyds Insurance Company pleads, as though set for herein in extenso, any and all policies of insurance which this defendant may have issued to those plaintiffs alleged to be insureds of defendants, if any, including any and all provisions, limitations, exclusions, and/or endorsements to said policies, which are the best evidence of the contents of said policies.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## FOURTH DEFENSE

Plaintiffs' claims are diminished and/or barred by the applicable deductibles under any policies issued by National Lloyds Insurance Company.

## FIFTH DEFENSE

National Lloyds Insurance Company pleads the defenses of credit, compromise, set-off and res judicata as to any prior payments made any plaintiff for any claims made pursuant to a policy of insurance issued by National Lloyds Insurance Company.

## SIXTH DEFENSE

National Lloyds Insurance Company is entitled to a full set-off or credit for the proceeds of any policy of insurance that has or should pay for losses sustained by plaintiffs issued by any other insurance carrier.

## SEVENTH DEFENSE

At no time did National Lloyds Insurance Company issue any "All Risk Policy" as is alleged in the complaint, as it only offered Dwelling Policy Form 1 to Louisiana residents, if in fact any of the named plaintiffs actually purchased insurance coverage from National Lloyds Insurance Company.

## EIGHTH DEFENSE

And now, responding to the individual allegations of the Complaint, National Lloyds Insurance Company respectfully represents:

1.

Denied for lack of sufficient information to justify a belief therein.

2.

Denied.

3.

Denied.

4.

Denied.

5.

Admitted.

6.

The allegations of Paragraph 6 state legal conclusions which call for no answer.

7.

The allegations of Paragraph 7 state legal conclusions which call for no answer.

8.

The allegations of Paragraph 6 state legal conclusions which call for no answer.

9.

Denied.

10.

Denied for lack of sufficient information to justify a belief therein.

11.

Denied. National Lloyds Insurance Company did not offer homeowner's insurance policies or "All Risk" policies. The only policy sold to Louisiana homeowners was Dwelling Policy Form 1, which does not afford the same coverage found in a homeowner's or "All Risk" policy.

12.

Denied.

13.

Denied.

14.

Denied.

15.

Denied.

16.

Denied.

17.

Denied.

18.

Denied.

19.

Denied.

20.

Denied.

21.

Denied.

22.

Denied.

23.

Denied.

24.

Denied.

                25.

Denied.

                26.

Denied.

                27.

Denied for lack of sufficient information to justify a belief therein.

                28.

Denied.

                29.

Denied.

                30.

Denied.

                31.

Denied.

                32.

Denied.

                33.

Denied.

                34.

The allegations of Paragraph 34 call for no answer.

                35.

Denied.

36.

Denied.

37.

Denied. National Lloyds Insurance Company did not sell All Risk policies to Louisiana residents.

38.

Denied.

39.

Denied.

40.

Denied.

41.

Denied.

42.

Denied.

43.

Denied.

44.

Denied.

45.

Denied.

46.

Denied.

47.

Denied.

### NINTH DEFENSE

And now, responding to the individual allegations of the First Supplemental and Amending Complaint, National Lloyds Insurance Company respectfully represents:

1.

The allegations of Paragraph 1 do not call for an answer.

2.

The allegations of Paragraph 2 do not call for an answer.

WHEREFORE, defendants pray for trial by jury on all issues herein, and that this Answer be filed of record and be deemed good and sufficient and that after the lapse of all legal delays and due proceedings had, there be judgment rendered herein in favor of defendants dismissing plaintiffs' complaint, with prejudice, at plaintiffs' costs.

Respectfully Submitted,

ALLEN & GOOCH
A Law Corporation

BY: _____
John R. Walker #2165
3900 N. Causeway, Suite 1450
Metairie, LA 70002
504.836.5210
Counsel for National Lloyds Insurance Company

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record by placing a copy of same in the United States Mail, postage prepaid, and properly addressed this _10_ day of November, 2006.

John R. Walker