

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> ALL LEVEE, MRGO AND * <br> RESPONDER CASE * <br> NO. 06-4024 * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S UNNOPPOSED EXPARTE MOTION FOR A 30- DAY EXTENSION OF TIME FOR FILING OPPOSITION TO MOTION TO DISMISS, AND TO CONTINUE HEARING

Comes now plaintiff in Civil Action No. 06-4024, appearing through undersigned counsel, and upon making the following representations moves This Honorable Court as follows:

1. That the Government has filed a Motion to Dismiss (Record Document No. 1405), which motion is currently set for hearing on Wednesday, November 15, 2006.

2. That because of the very serious nature of the factual and legal issues inherent in the Government's Motion to Dismiss, undersigned counsel for plaintiff respectfully requested that the Government agree to the following:

   a. To a 30-day extension of time for opposing the Government's Motion to Dismiss, from Tuesday, November 7, 2006, until Thursday, December 7, 2006; and

   b. To continue the hearing on the Government's Motion to Dismiss, from Wednesday, November 15, 2006, until a date after the New Year, to be set by the Court, which continuance will afford counsel for the Government time for rebuttal briefing.

3. That Counsel for the Government, James F. McConnon, Jr., Esq., has advised that he has no objection to the requested extension of time or to the requested continuance of the hearing. See E-mail from Mr. McConnon bearing date of November 7, 2006, attached and marked Exhibit No. 1.

Respectfully submitted,

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166

-3-

One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this 8th day of November 2006.

[signature]