-----Original Message-----
From: Jim.McConnon@usdoj.gov [mailto:Jim.McConnon@usdoj.gov]
Sent: Tuesday, November 07, 2006 6:48 AM
To: arod@odwyerlaw.com (Receipt Notification Requested) (IPM Return Requested)
Cc: Robin.Doyle.Smith@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Traci.Colquette@usdoj.gov (Receipt Notification Requested) (IPM Return Requested); Kara.K.Miller@usdoj.gov (Receipt Notification Requested) (IPM Return Requested)
Subject: RE: O'Dwyer v. The USA (06-40240

Mr. O'Dwyer,

   I am amenable to waiting after the holidays for the hearing. Please be
advised that the United States is not requesting oral argument at the
hearing. Per our telephone conference yesterday, the United States is
agreeable to your request for a 30 day extension to file your response to
the United States' Motion to Dismiss in the above subject case. Jim

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044
(202) 353-2604
(202) 616-5200 (fax)
(410) 271-9662 (cell)


-----Original Message-----
From: arod@odwyerlaw.com [mailto:arod@odwyerlaw.com]
Sent: Monday, November 06, 2006 4:14 PM
To: McConnon, Jim (CIV)
Subject: O'Dwyer v. The USA (06-40240

Mr. McConnon: The Court's hearing dates in December are 12/13 and 12/27. The
dates for January have not yet been posted. I would prefer to wait until
after the holidays, including the New Year's holiday, but you are the boss.
What's your pleasure? Needless to say if you want time for rebuttal, you've
got it. Thank you for your courtesy.



--
No virus found in this incoming message.
Checked by AVG Free Edition.


EXHIBIT 1

Version: 7.5.430 / Virus Database: 268.13.32/523 - Release Date: 11/7/2006
1:40 PM