FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 14  PM 2:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO AND * | |
| RESPONDER CASE * | JUDGE DUVAL |
| NO. 06-4024 * | |
| * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Unopposed Ex Parte Motion for a 30 day extension of time, and to Continue Hearing, which the Court has duly noted,

**IT IS ORDERED THAT** plaintiff in Civil Action No. 06-4024 be and she is hereby granted until 5:00 pm on Thursday, December 7, 2006, within which to file her opposition to the Government's Motion to Dismiss, and

**IT IS FURTHER ORDERED THAT** the hearing on the Government's Motion to Dismiss be and it is hereby continued from Wednesday November 15th, 2006, to Jan. 10, 2007 at 9:30 a.m.

New Orleans, Louisiana, this 14th day of November, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No_____

-1-