

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **06-6099** |
| VERSUS | * | DIVISION "S" K |
| | | JUDGE ~~MARY VIAL LEMMON~~ Duval |
| THE UNITED STATES OF AMERICA, ET AL | * | |
| | * | MAGISTRATE (3) 2 |
| | | JUDGE ~~DANIEL E. KNOWLES~~ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### RULE 12 (B)(6) M0TION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes the Orleans Parish Criminal Sheriff's Office, named a defendant herein, which, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, does hereby move for dismissal of the petitioners' complaint on the grounds that it fails to state a cause of action against the Orleans Parish Criminal Sheriff's Office upon which relief may be granted because the "Sheriff's Office" is not a legal entity capable of suing or being sued. For the reasons more fully set forth in the accompanying memorandum, this Motion should be granted and the claims made against the Orleans Parish Criminal Sheriff's Office should be dismissed, with prejudice and at the cost of the plaintiffs.

Respectfully Submitted

1615 Poydras Street, Suite 1250
New Orleans, Louisiana 70112
Tel;: (504) 592-4600; Fax: (504) 592-4641
**Counsel for the Orleans Parish Criminal Sheriff's Office**

**USRY, WEEKS & MATTHEWS**

FREEMAN R. MATTHEWS, (#9050)
TIMOTHY R. RICHARDSON, (#27625)
CRAIG E. FROSCH (#19580)

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleadings has been properly served upon opposing counsel, through the United States mail, postage pre-paid, on this 10th day of November, 2006.