UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **06-6099** |
| VERSUS | * | DIVISION " S " |
| | | JUDGE  MARY VIAL LEMMON |
| THE UNITED STATES OF AMERICA, ET AL | * | |
| | | MAGISTRATE ( 3 ) |
| | * | JUDGE  DANIEL E. KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the forgoing Motion to Dismiss, and upon finding that said motion is well-taken,

IT IS ORDERED that the above-entitled and numbered suit said motion be and is hereby GRANTED.

IT IS FURTHER ORDERED that the claims made by plaintiffs against the Orleans Parish Criminal Sheriff's Office be DISMISSED.

New Orleans, LOUISIANA, this _____ day of _____, 2006.

_____
UNITED STATES JUDGE