UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **06-6099** |
| VERSUS | * | DIVISION "~~8~~" K<br>JUDGE ~~MARY VIAL LEMMON~~ |
| THE UNITED STATES OF AMERICA, ET AL | * | |
| | * | MAGISTRATE ~~(3)~~ 2<br>JUDGE ~~DANIEL E. KNOWLES~~ |

* * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**TO:** **All Parties through counsel of record**

PLEASE TAKE NOTICE that the attached Motion to Dismiss will be brought for hearing through undersigned counsel, comes the Orleans Parish Criminal Sheriff's Office, named a defendant herein, before the Honorable ~~Magistrate~~ Judge ~~Daniel E. Knowles~~ Stanwood R. Duval, Jr., United States Judge, for decision on the record, as directed by the Court, on the ~~6th~~ 13th day of December, 2006, at ~~11:00~~ 9:30 o'clock A.M.., at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Oral argument will only be held if ordered by the Court.

|  |  |
|---|---|
| | Respectfully submitted, |
| 1615 Poydras Street, Suite 1250<br>New Orleans, Louisiana 70112<br>Tel. (504) 592-4600; Fax (504) 592-4641<br>UW&M No. 06-358-04-F-0-037<br>**COUNSEL FOR DEFENDANT FOR**<br>**DEFENDANT MARLIN N. GUSMAN** | USRY, WEEKS & MATTHEWS<br><br>Freeman R. Matthews (LSBN 9050)<br>Timothy R. Richardson (LSBN 27625)<br>Craig E. Frosch (LSBN 19580) |

### CERTIFICATE

I do hereby certify that I have on this 10th day of November, 2006, served a copy of the foregoing pleading on all counsel of record, by mailing same by United States Mail, properly addressed, and first class postage pre-paid.

H:\06-494.004\hear not mtd sher off.wpd