

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" |
| | * * | MAGISTRATE (2) |
| PERTAINS TO: PONTCHARTRAIN BAPTIST CHURCH NO. 06-6642 | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

### CONSENT TO REMOVAL

Boh Bros. Construction Co., L.L.C., co-defendant in the above captioned action, hereby consents to removal of the above captioned action, as noticed by James Construction Co., Inc., without waiving any right to service or to challenge service, and concurs in the basis for same, for the following reasons:

1.

Boh Bros. shows that it and other named defendants in this matter have been named with respect to construction and/or design activities at the various locations involved, and thus there are multiple defendants named in this litigation who are entitled to a "federal officer" defense pursuant to 28 U.S.C. 1442.

Page 1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

2.

Moreover, there are various defendants named in this matter whose participation in various design and/or construction projects over the years involved the implementation of the National Flood Control Program, authorized by Congress and implemented by the U. S. Army Corps of Engineers. Accordingly, there is federal question jurisdiction in this matter, pursuant to 28 U.S.C. § 1331.

3.

Additionally, Boh Bros. shows that none of the waterways named in this particular litigation are or have ever been, for purposes of the allegations herein, navigable waterways, and have no connection to maritime commerce, but rather were designed and constructed in connection with flood control/drainage projects, and thus this Honorable Court does not have admiralty jurisdiction. Nor does the substantive general maritime law apply in any respect.

4.

Alternatively, should this Honorable Court at some point determine that it may not have subject matter jurisdiction over the claims against certain political entities, Boh Bros. shows that any such claims should be severed for remand, if a remand is determined to be appropriate at all, given the overall nature of the litigation.

For these reasons, removal of this matter was proper, and any motions to remand same should be denied.

Respectfully submitted,

Kingsmill Riess, L.L.C.

By: _____
Michael R. C. Riess (#2073)
Charles B. Colvin (#4352)
201 St. Charles Avenue, Suite 3300
New Orleans, LA 70170-3300
Telephone: 504-581-3300
Facsimile: 504-581-3310
***Attorneys for Boh Bros. Construction Co., L.L.C.***

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Consent to Removal on behalf of Boh Bros. Construction Co., L.L.C. has this day been served upon all counsel of record by hand, by fax, by electronic transmittal and/or by depositing same in the United States mail, postage prepaid and properly addressed this _13_ day of _November_, 2006.

_____

Page 3