## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | | |
|---|---|---|
| ALAN JOHNSON | * | CIVIL ACTION NO. 06-7400 |
| VERSUS | * | SECTION "K" |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME FACILITY, MABEL MANGANO and SALVADOR MANGANO | * | MAGISTRATE 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiff, Alan Johnson, through undersigned counsel, will bring for hearing his Motion to Remand on the 29th day of November, 2006, at 9:30 a.m. o'clock a.m. before this Honorable Court.

New Orleans, Louisiana this _____ day of _____, 2006

_____
JUDGE

-1-

Respectfully submitted,

_____
PATRICK G. KEHOE, JR. (Bar No. 14419)
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading(s) was served on counsel of record for all parties by U.S. mail, properly addressed and first class postage prepaid, or by facsimile transmittal or hand delivery on this ____ day of __November__, 2006.

_____