UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | | |
|---|---|---|
| TOMMY RODRIGUE, SANDRA MANCUSO, DARLENE PHIPPS and DARRELLE RODRIGUE | * * * * | CIVIL ACTION NO. 06-6639 |
| VERSUS | * * | SECTION "K" |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME FACILITY, MABEL MANGANO and SALVADOR MANGANO | * * * | MAGISTRATE 2 |

*********************************************************************

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Plaintiffs, Tommy Rodrigue, Sandra Mancuso, Darlene Phipps and Darrelle Rodrigue, through undersigned counsel, will bring for hearing their Motion to Remand on the 29th day of November, 2006, at 9:30 a.m. o'clock a.m. before this Honorable Court.

New Orleans, Louisiana this _____ day of _____, 2006

_____
JUDGE

-1-

Respectfully submitted,

_____
PATRICK G. KEHOE, JR. (Bar No. 14419)
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading(s) was served on counsel of record for all parties by U.S. mail, properly addressed and first class postage prepaid, or by facsimile transmittal or hand delivery on this ____14____ day of ____November____, 2006.

_____