1810-62468-DJO/cal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: INSURANCE * <br> * <br> ABADIE, ET AL VERSUS * <br> AEGIS SECURITY INSURANCE * <br> COMPANY, ET AL * <br> 2006-5164 * | CIVIL ACTION NO: 05-4182 <br><br> JUDGE: STANWOOD R. DUVALL, JR. <br> "K" <br><br> MAGISTRATE: JOSEPH C. WILKINSON <br> JR. "2" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel of record, comes Union Standard Insurance Company, and respectfully moves this Honorable Court pursuant to Local Rule 3.15, to enter an Order granting Union Standard Insurance Company an extension of time of 20 days in which to file responsive pleadings, since undersigned counsel has only been recently retained, has not received any pleadings and is in need of additional time in which to conduct an investigation necessary to properly respond; and on further suggesting that defendant has not previously requested an extension of time for the filing of responsive pleadings, and that no other party has filed an objection to such an extension in the record of this matter.

[SIGNATURE BLOCK ON NEXT PAGE]

1810-62468-DJO/cal

                                        Respectfully Submitted,

                                        **HAILEY, McNAMARA, HALL,**
                                        **LARMANN & PAPALE**

                                        **BY:** _s//: Dominic J. Ovella_
                                                **DOMINIC J. OVELLA, #15030**
                                                **SEAN P. MOUNT, #27584**
                                          One Galleria Blvd., Suite 1400
                                          Post Office Box 8288
                                          Metairie, Louisiana 70011-8288
                                          Telephone: (504) 836-6500
                                          Attorneys for Defendant, Union Standard
                                          Insurance Company

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above has been served on all counsel of record via facsimile, hand delivery, and/or by depositing same in the United States Mail, postage pre-paid and properly addressed as indicated below.

                                    Joseph M. Bruno, Esq.
                                    David S. Scalia, Esq.
                                        Bruno & Bruno
                                        855 Baronne St.
                                      New Orleans, LA 70113

This, the 15th day of November, 2006.

                                                            _s//: Dominic J. Ovella_

1810-62468-DJO/cal

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182 <br> * <br> * JUDGE: STANWOOD R. DUVALL, JR. <br> * "K" |
| PERTAINS TO: INSURANCE | * <br> * MAGISTRATE: JOSEPH C. WILKINSON |
| ABADIE, ET AL VERSUS <br> AEGIS SECURITY INSURANCE <br> COMPANY, ET AL <br> 2006-5164 | * JR. "2" <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, Union Standard Insurance Company, be and is hereby granted an extension of time of twenty (20) days in which to file responsive pleadings in the above entitled and numbered cause of action.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
J U D G E