1810-62468-DJO/cal

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182 |
| | * JUDGE: STANWOOD R. DUVALL, JR. "K" |
| PERTAINS TO: INSURANCE | * |
| | * MAGISTRATE: JOSEPH C. WILKINSON JR. "2" |
| ABADIE, ET AL VERSUS AEGIS SECURITY INSURANCE COMPANY, ET AL 2006-5164 | * |

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, Union Standard Insurance Company, be and is hereby granted an extension of time of twenty (20) days in which to file responsive pleadings in the above entitled and numbered cause of action.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E