FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -3 AM 10: 23

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE BALFOUR AND NANCY BALFOUR, | CIVIL ACTION; No. 06-3992   05-4182 |
| Plaintiffs, | Judge: Hon. ~~Sarah S. Vance~~ Stanwood Duval Jr. |
| VERSUS | SECTION: ~~"R"~~ K |
| THE HANOVER INSURANCE CO., | |
| Defendant. | |

### DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendant, The Hanover Insurance Company ("Hanover"), moves to dismiss the Complaint for failure to state a claim upon which relief may be granted. The Complaint is premised on the Valued Policy Clause, La. Rev. Stat. § 22:695, and on allegations that Hanover's water damage exclusion does not bar coverage for flood loss. The grounds for this motion, which are more fully stated in the accompanying memorandum of law, are that: (1) Plaintiff cannot recover under the Valued Policy Clause because it only applies to losses caused by the peril of fire, and the Complaint does not allege that any part of Plaintiff's loss was caused by fire; (2) the Valued Policy Clause does not apply unless a "total loss" is caused by a covered peril, and the Complaint does not allege that the Plaintiff's home is a "total

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

1

loss" as a result of a covered peril; and (3) the water damage exclusion unambiguously bars recovery for flood damage.

It is indisputable that the vast majority of the damage to Plaintiffs' home was caused by flood (an excluded peril), and thus that wind (a covered peril) did not cause Plaintiff's home to become a "total loss." Hanover's Local Civil Rule 12(B)(6) Motion to Dismiss is submitted herewith.

Respectfully submitted,

SETH A. SCHMEECKLE, T.A., La. Bar #27076
RALPH S. HUBBARD, III, La. Bar # 7040
W. LEE KOHLER   La. Bar #17658
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:
KEVIN P. KAMRACZEWSKI
PAUL E.B. GLAD
WILLIAM T. BARKER
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

Attorneys for The Hanover Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____