UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BRUCE BALFOUR AND NANCY BALFOUR, | ) ) ) | CIVIL ACTION: No. 06-3992 |
| Plaintiffs, | ) ) | Judge: Hon. Sarah S. Vance |
| | ) | SECTION: "R" |
| VERSUS | ) ) ) ) | |
| THE HANOVER INSURANCE CO., | ) ) | |
| Defendant. | ) ) | |

## N O T I C E

**PLEASE TAKE NOTICE** that The Hanover Insurance Company will bring its Rule 12(b)(6) Motion To Dismiss The Complaint against Plaintiffs for hearing before the Honorable Judge Vance on November 1, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
SETH A. SCHMEECKLE, T.A., La. Bar #27076
RALPH S. HUBBARD, III, La. Bar # 7040
W. LEE KOHLER    La. Bar #17658
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:
KEVIN P. KAMRACZEWSKI
PAUL E.B. GLAD
WILLIAM T. BARKER
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower Chicago, IL 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for The Hanover Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16 day of October, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_____