FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV -3 PM 4:57

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2006-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY** | * | **SECT. K** |
| **AND APARICIO, WALKER & SEELING** | * | **MAG. 2** |

*************************************************************************

### MOTION TO REMAND

NOW INTO COURT, comes Plaintiff, Melanie Palmer, and hereby moves to remand this matter to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana. As discussed more fully in the accompanying Memorandum, there is no diversity of citizenship among the parties, and there is no federal question presented in Plaintiff's Petition. Further, removal based on 28 U.S.C. §1369 is not appropriate under the circumstances of this case. Accordingly, there is no federal jurisdiction over Plaintiff's claims; therefore, this matter must be remanded.

**PLEASE NOTE**: This case has been the subject of two removal petitions and has been assigned two different Federal Court case numbers: **No. 06-7540, Sec.C / Mag.4** and **No. 06-8126 Sec.C / Mag. 3**. On October 31, 2006, an order was issued in **06-7540 C/4** transferring that case to **Sec. K, Mag 2**.

Pg1

<u>Palmer vs. Encompass Ins. Co. USDC-EDLA N0. 06-8126 C/3</u>

Dated: November 3, 2006

Respectfully submitted:

David E. Kavanagh - Bar No. 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
Tel. (504) 529-5100
dkavanagh@wkrlaw.com
ATTORNEY FOR MELANIE PALMER

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel via facsimile and by placing copy of same in the U.S. Mail, postage prepaid, this 3 day of November, 2006.

David E. Kavanagh