## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2006-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY** | * | **SECT. K** |
| **AND APARICIO, WALKER & SEELING** | * | **MAG. 2** |

*********************************************************************

### NOTICE OF HEARING

TO:  David I. Bordelon                                             Glenn B. Adams
     Ungarino & Eckert                                             Porteous, Hainkel & Johnson, LLP
     3850 N. Causeway Blvd., Ste. 1280                             704 Carondelet Street
     Metairie, LA 70002                                            New Orleans, LA 70130-3774

     Charles M. Ponder III
     Lozes & Ponder
     1010 Common Street, Ste.1700
     New Orleans, la. 70112

Please take notice that plaintiff's Motion to Remand will be brought for hearing before the United States District Court for the Eastern District of Louisiana on the 13th day of December, 2006 at 9:30 a.m., before this Honorable Court.

Respectfully submitted:

_____
David E. Kavanagh - Bar No. 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
(504)529-5100
Attorney for Melanie Palmer

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel by placing copy of same in the U.S. Mail, postage prepaid, this ___ day of November, 2006.

_____