UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHIRLEY FRUGHT | * | CIVIL ACTION NO. 06-7577 |
| Individually and on behalf of all others | * | |
| similarly situated | * | |
| | * | JUDGE STANWOOD DUVAL |
| | * | |
| VERSUS | * | SECTION "K" |
| | * | |
| LAFAYETTE INSURANCE COMPANY | * | MAGISTRATE 2 |

*********************************************

## NOTICE

Considering the foregoing Motion to Remand;

IT IS HEREBY ORDERED that defendant, *Lafayette Insurance Company*, show cause on the *29th day of November, 2006 at 9:30 a.m.* before the Honorable Stanwood Duval, Jr., why plaintiff's Motion to Remand and for Attorney's Fees and Expenses should not be granted.

Plaintiff submits that oral argument relating to this Motion is not necessary.

Signed this ____ day of _____, 2006 in New Orleans, Louisiana.

_____
**JUDGE**

3

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHIRLEY FRUGHT** , | * | **CIVIL ACTION NO. 06-7577** |
| **Individually and on behalf of all others** | * | |
| **similarly situated** | * | |
| | * | **JUDGE STANWOOD DUVAL** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **LAFAYETTE INSURANCE COMPANY** | * | **MAGISTRATE 2** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Remand has been served upon all counsel of record in this matter by placing same in the U.S. Mail, first class postage prepaid and properly addressed, by hand delivery, and/or by facsimile on this the 2nd day of November 2006.

_____
Rémy Voisin Starns

4