UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY and** | * | **SECT. C** |
| **APARICIO, WALKER & SEELING** | * | **MAG. 4** |

*****************************************************

## MEMORANDUM IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

This Memorandum is filed on behalf of defendant, Aparicio, Walker & Seeling Inc, ("agent") in support of agent's Partial Motion for Summary Judgment.

This is a hurricane claim. Suit has been filed against various defendants including the agent who allegedly assisted in providing and/or procuring insurance on behalf of plaintiff. The plaintiff Petition/Complaint asserts that plaintiff is entitled to recover certain bad faith damages including penalties and attorney's fees related to the processing and/or handling of the hurricane claim.

Agent is not an insurance company and, therefore, is not subject to bad faith penalties and attorney's fees provided for under Louisiana Law including but not limited to 22:1220 and/or 22:695 et seq. Accordingly, any claims alleging entitlement to such bad faith penalties and attorney's fees against the agent should be dismissed with prejudice and at plaintiff(s)' costs.

Agent previously requested that these claims be dismissed and forwarded a Partial Motion to Dismiss same. Please see correspondence and Motion to Dismiss to plaintiff counsel, attached hereto as Exhibit "A" in globo. No response has been received.

Respectfully submitted:

UNGARINO & ECKERT, LLC

WILLIAM H. ECKERT (#18591)
DAVID I. BORDELON (#16815) Suite 1280
STEPHEN M. GELÉ (#22385)
Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 836-7556
Fax:         (504) 836-7566
Email:       beckert@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, and/or via facsimile or email, on November 7, 2006.

WILLIAM H. ECKERT