UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY and** | * | **SECT. C** |
| **APARICIO, WALKER & SEELING** | * | **MAG. 4** |

*************************************************

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes defendant, Aparicio, Walker & Seeling Inc., who respectfully submit the following statement of uncontested material fact:

1. Aparicio, Walker & Seeling is not an insurance company.

Respectfully submitted:

UNGARINO & ECKERT, LLC

_____
WILLIAM H. ECKERT (#18591)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: *(504) 836-7556*
Fax: *(504) 836-7566*
Email: beckert@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 7, 2006.

_____
WILLIAM H. ECKERT