# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON †
BRYAN E. LEGE
CHRISTOPHER B. JOFFRION
DAVID P. SULLIVAN ‡
BRUCE D. BEACH *

* Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi

## LOUISIANA OFFICES
*New Orleans    Baton Rouge*
*Shreveport    Lafayette*

## MISSISSIPPI OFFICES
*Jackson    Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON

K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
ALEJANDRO COBAR
KELLY O. THIBEAUX

SPECIAL COUNSEL
DAVID C. KIMMEL
KAREN G. ARENA

October , 2006

David E. Kavanagh, Esq.
Weeks, Kavanagh & Rendeiro
810 Union Street – 2nd Floor
New Orleans, LA 70112

    Re:    Melanie Palmer vs. Encompass Ins. Co., et al.
             Claim No. 2022724
             Our File No. 5-9798

Dear Mr. Kavanagh:

    Thank you for the 15 day extension of time to file responsive pleadings in the above captioned matter, granted by Kim of your office.

    Enclosed please find a copy of the following documents:

    1.    Answer, Cross-Claim, Request for Trial by Jury and Request for Notice;
    2.    Interrogatories and Request for Production of Documents

    It is important to my client that the Interrogatories are answered under oath and are signed by your client. Responses such as "see medicals" or "see documentation" are unsatisfactory and will precipitate a Motion to Compel. William H. Eckert of our Metairie office at (504) 836-7556, will be handling this file. Please address discovery responses to her/his attention.

    **Additionally, please call Lori Nuss (504/836-7527) with available dates for the taking of your client's deposition.**

David E. Kavanagh, Esq.
October 5, 2006
Page 2

    The petition makes vague references to penalties and attorney's fees. You cannot recover penalties and attorney's fees against the agent. Just so the record is clear, enclosed is a Partial Motion to Dismiss those claims as to the agent only. Please sign and return that to me within 15 days or I will bring a motion for Partial Summary Judgment.

    **Please send me a SETTLEMENT DEMAND so we can explore possible resolving of this claim. Sending a settlement package does not impact the need to answer the enclosed discovery.**

    If there are any problems with these requests, please let us know.

    With kind regards, I remain

                                              Sincerely yours,

                                              William H. Eckert

WHE/aar

Enclosures

L:\DOCS\9000's\9700-9799\9798\Counsel-Palmer.002.aar.doc

### 24TH JUDICIAL DISTRICT COURT

### PARISH OF JEFFERSON

**DOCKET NO. 635-382**                                           **DIVISION "I"**

### MELANIE PALMER

VS.

### ENCOMPASS INS. CO. AND
### APARICIO, WALKER & SEELING INC

FILED:_____                    _____
                                               **DEPUTY CLERK**

### PARTIAL MOTION TO DISMISS

NOW COMES plaintiff, Melanie Palmer, through undersigned counsel, and suggests to the court that she wishes to dismiss the claim for all bad faith claims for statutory penalties and costs and reason reasonable attorney's fees as to defendant, Aparicio, Walker & Seeling, Inc., in her petition in connection with the above entitled and numbered action;

IT IS ORDERED that the claim for reasonable all bad faith claims for statutory penalties and costs and reason reasonable attorney's fees as to defendant, Aparicio, Walker & Seeling, Inc. be dismissed without prejudice, each party to bear its own costs. Plaintiff specifically reserves her rights against all remaining parties.

_____, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| _____ | **CERTIFICATE OF SERVICE** |
| David E. Kavanagh, Esq. (Bar # ) | I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on this _____ day of _____, 2006. |
| Weeks, Kavanagh & Rendeiro | |
| 810 Union Street – 2nd Floor | |
| New Orleans, LA 70112 | |

