UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY and** | * | **SECT. C** |
| **APARICIO, WALKER & SEELING** | * | **MAG. 4** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Aparicio, Walker & Seeling Inc.'s Partial Motion for Summary Judgment will be brought on for hearing on _Dec 6_, 2006 at _9:30 am_ o'clock or as soon thereafter as counsel may be heard before the Honorable Court, United States Courthouse, 500 Camp Street, Courtroom C352, New Orleans, Louisiana 70130.

_____
JUDGE