UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 15 PM 3: 23

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| BOBBY L LEDUFF, et al. | * | CIVIL ACTION NO. 06-5260 |
| | * | |
| | * | DIVISION "K", MAG. (2) |
| VERSUS | * | |
| | * | |
| | * | JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | |

FILED:_____

_____
DEPUTY CLERK

## MOTION FOR SUMMARY JUDGMENT UNDER FRCP 56

Pittman Construction Company. of LA, Inc., through undersigned counsel, moves the Court to grant a Summary Judgment in the above entitled and numbered cause, dismissing it from this litigation, with prejudice, and in support of the Motion, shows to the Court that there is no genuine issue as to any material fact, and that mover is entitled to a judgment as a manner of law under FRCP 56, as shown, beyond a doubt, by the Affidavit of Charles R. Pittman, president of Pittman Construction Company. of LA, Inc., attached hereto, incorporated herein, and marked Exhibit "A" for identification.

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____

Respectfully submitted,

WIEDEMANN & WIEDEMANN

_____
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

## CERTIFICATE

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 9th day of November, 2006.

_____
LAWRENCE D. WIEDEMANN