UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BOBBY L LEDUFF, et al. | * CIVIL ACTION NO. 06-5260 |
| | * |
| | * DIVISION "K", MAG. (2) |
| VERSUS | * |
| | * |
| | * JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., et al. | * |

FILED:_____    _____
                                                                    DEPUTY CLERK

## MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Pittman Construction Company. of LA, Inc. is sued in the above entitled and numbered action as a party defendant alleging to have some part in the alleged deficiencies in the design and construction, of the flood walls on the 17th Street, London Avenue, and Industrial canals, allegedly resulting in flooding of large portions of the City of New Orleans.

The Affidavit of Charles R. Pittman, president of Pittman Construction Company. of LA, Inc., proves as a matter of fact, that the corporation never performed contractual, or sub-contractual, work on said canals, or their appurtenances, which could have played any role, whatsoever, in the alleged failures, and the alleged consequent flooding.

Mover is entitled to a Summary Judgment as a matter of law under FRCP 56 since there is no genuine issue as to any material fact in this case as to the within mover.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

_____
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

**CERTIFICATE**

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 9th day of November, 2006.

_____
LAWRENCE D. WIEDEMANN