UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY L LEDUFF,    et al. | * | CIVIL ACTION NO. 06-5260 |
| | * | |
| | * | DIVISION "K", MAG. (2) |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| | * | JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | |
| | * | |

FILED:_____          _____
                                                                                DEPUTY CLERK

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, personally came and appeared Charles R. Pittman, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, who after being duly deposed, and stated that:

I.

He is the president and sole shareholder of Pittman Construction Company. of LA, Inc., a Louisiana corporation domiciled in the Parish of Orleans, State of Louisiana;

II.

Pittman Construction. of LA, Inc. has never performed a contract as a contractor or subcontractor for the United Stated Corp of Engineers, any Louisiana Levee District, any Louisiana drainage district; the City of New Orleans; the New Orleans Sewage and Water Board, or any of the other named defendants and, in particular, has never performed any work related to, or in anyway connected with, the 17th Street Canal, The London Avenue Canal, or the Industrial Canal.

III.

Pittman Construction Co. of LA, Inc. has never performed any drainage canal, pumping station, flood wall, or other work related to drainage of Orleans, Plaquemines, St. Bernard, Jefferson, St. Charles or any other parish, in the State of Louisiana as a contractor, or subcontractor;

IV.

Pittman Construction Company. of LA, Inc., since its' incorporation to date, has performed only two contracts as a contractor, or subcontractor, namely the building of a library at Southeastern Louisiana University in Hammond, Louisiana in joint venture with Red Stick Construction Company, and the building of the Pennington Biomedical Research Facility in Baton Rouge, Louisiana for the Facility, Planning and Control Department of the State of Louisiana.

Thus done and executed New Orleans, Louisiana, this 9th day of November, 2006.

PITTMAN CONSTRUCTION. COMPANY OF LA, INC.

BY: _____
CHARLES R. PITTMAN, PRESIDENT
1747 Oriole Street
New Orleans, Louisiana 70122

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9TH DAY
OF NOVEMBER, 2006

_____
LAWRENCE D. WIEDEMANN
NOTARY PUBLIC, (#13457)