UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY L LEDUFF,   et al. | * | CIVIL ACTION NO. 06-5260 |
| | * | |
| | * | DIVISION "K", MAG. (2) |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| | * | JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | |
| | * | |

FILED:_____          _____
                                                                  DEPUTY CLERK


**STATEMENT OF UNCONTESTED MATERIAL FACTS**

Plaintiff attaches the Affidavit of Charles R. Pittman, president and sole shareholder of Pittman Construction Company. of LA, Inc., and represents to the Court that the sworn statements contained in the Affidavit are uncontested issues of material fact.

Respectfully submitted,

WIEDEMANN & WIEDEMANN

_____
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

## **CERTIFICATE**

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 9th day of November, 2006.

_____
LAWRENCE D. WIEDEMANN