UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BOBBY L LEDUFF,   et al. | * | CIVIL ACTION NO. 06-5260 |
| | * | |
| | * | DIVISION "K", MAG. (2) |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| | * | JURY DEMAND |
| BOH BROTHERS CONSTRUCTION CO., et al. | * | |
| | * | |

FILED:_____        _____
                                                                                    DEPUTY CLERK

## NOTICE

TO: GRADY, SCHNEIDER & NEWMAN, LLP
    801 Congress, 4th Floor
    Houston, Texas 77002

   Randall Earl Hart
   Broussard & Hart, LLC
   1301 Common St.
   Lake Charles, LA 70601

Please take notice that mover, Pittman Construction Co. of LA, Inc., will bring the attached Motion for Summary Judgment herein for hearing on the 13th day of December, 2006, at 9:30 a.m., and you are invited to appear and take such part as you deem fit and proper.

New Orleans, Louisiana, this 9th day of November, 2006.

Respectfully submitted,

**WIEDEMANN & WIEDEMANN**

_____
LAWRENCE D. WIEDEMANN #13457
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180

## CERTIFICATE

I hereby certify that a copy of the foregoing has been mailed to counsel of record for the involved parties, this 9th day of November, 2006.

_____
LAWRENCE D. WIEDEMANN