FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 15  PM 4: 03

LORETTA G. WHYTE
       CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" MAG "2" |
| PERTAINS TO:<br>INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516) | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER AND CONTINUATION OF TRIAL DATE**</u>

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who submits this Request for Oral Argument on Defendant Travelers Property Casualty Company of America ("Travelers") for modification of scheduling order and continuation of trial date. Xavier submits that oral argument will aid this Court and the parties in discussing the issues surrounding said motion. Accordingly, Xavier respectfully requests that this Court hear oral arguments concerning the defendant's motion on Wednesday, November 29, 2006, at 9:30 a.m.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Respectfully Submitted:

_____
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA 70112
Telephone: 504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served upon:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA 70130
Attorneys for Travelers Property Casualty Company of America

via electronic mail and by placing same in the United States Mail, postage prepaid, this 15th day of November, 2006.

_____
JAMES M. GARNER