UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | ) | |
| | ) | |
| **IN RE KATRINA CANAL BREACHES** | ) | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | ) | |
| | ) | NO. 05:4182 "K" (2) |
| _____ | ) | |
| | ) | **Judge Duval** |
| **PERTAINS TO:** | ) | |
| | ) | **Magistrate Wilkinson** |
| **INSURANCE: Abadie, No. 06:5164** | ) | |
| | ) | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, for purposes solely of obtaining an extension of time in which to file responsive pleadings or motions, come Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants"), and respectfully move this Court, pursuant to L.R. 7.9E, for a 20-day extension of time within which to respond to the Complaint filed by Plaintiffs Connie Abadie *et al*. In support of this Motion, the Safeco Defendants state as follows:

1.

On August 28, 2006, Plaintiffs filed the above-captioned action in which the Safeco Defendants and many other insurers are named as Defendants. On September 6, 2006, Plaintiffs filed their First Amended Complaint in this same action. Plaintiffs allege, *inter alia*, that the Safeco Defendants and other insurers failed to make full payment on Plaintiffs' claims under their insurance policies. *See, e.g.,* Complaint, ¶ 51.

2.

On September 26, 2006, a representative of the Louisiana Secretary of State signed waivers of service, stating that answers or responsive pleadings were due 60 days from September 25, 2006, making the Safeco Defendants' responses due on November 24, 2006.

3.

In order to gather the information necessary to respond fully to the allegations contained in the Complaint, the Safeco Defendants request an additional 20 days to respond.

4.

Plaintiffs' counsel has filed no objection in the record to the granting of this extension.

5.

This is the Safeco Defendants' first request for an extension.

WHEREFORE, the Safeco Defendants respectfully move for an additional 20 days within which to respond to the Complaint filed by Plaintiffs.

Respectfully submitted, this 16th day of November, 2006.

> GORDON, ARATA, McCOLLAM DUPLANTIS
> & EAGAN, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170-4000
> (504) 582-1111
> (504) 582-1121 (*Facsimile*)
>
>   /s/ Nina Wessel English
> Wendy Hickok Robinson
> Louisiana Bar No. 25225
> whrobinson@gordonarata.com
> Nina Wessel English
> Louisiana Bar No. 29176
> nenglish@gordonarata.com
>
> Attorneys for the Safeco Defendants

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above ***EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** has been served upon all counsel of record by electronic notice through the Court's ECF system, this 16th day of November, 2006. A copy of the pleading will be sent by United States mail, postage prepaid, this 16th day of November, 2006, to any counsel of record not registered to receive documents from the Court electronically.

  /s/ Nina Wessel English

- 3 -