UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION ) ) ) ) ) _____ ) ) PERTAINS TO: ) ) INSURANCE: Abadie, No. 06:5164 ) ) | CIVIL ACTION NO. 05:4182 "K" (2) Judge Duval Magistrate Wilkinson |

**ORDER**

Considering the foregoing ***EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** filed by Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants");

**IT IS HEREBY ORDERED** that the motion is granted and that the Safeco Defendants shall be granted an additional 20 days, through and including December 14, 2006, to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE