UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ST. RITA CIVIL ACTION NO. 06-7355 | * | |
| (Kenney) | * | |
| _____ | * | |

### RULE 12(b)(6) MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM
### UPON WHICH RELIEF CAN BE GRANTED

Third-Party Defendant, Lake Borgne Basin Levee District, moves this Honorable Court to dismiss the Third-Party Demand of Third-Party Plaintiff, Buffman, Inc., a Louisiana Business Corporation d/b/a St. Rita's Nursing Home, on the basis that the Third-Party Demand fails to state a claim upon which relief can be granted.

**WHEREFORE**, Third-Party Defendant, Lake Borgne Basin Levee District, prays that the Third-Party Demand of Third-Party Plaintiff, Buffman, Inc., A Louisiana Business Corporation d/b/a St. Rita's Nursing Home, be dismissed with prejudice for the reasons more fully set forth in the attached Memorandum.

1

Respectfully submitted,

***DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK***

s/ Lawrence J. Duplass

LAWRENCE J. DUPLASS (#5199)
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
ATTORNEY FOR THIRD-PARTY DEFENDANT,
LAKE BORGNE BASIN LEVEE DISTRICT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of November, 2006, a copy of the foregoing Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system.

- James A. Cobb, Jr
  jac@ecwko.com, kcb@ecwko.com, saa@ecwko.com, am@ecwko.com, jrk@ecwko.com

- Jeremy D. Goux
  wynnegouxlobello@bellsouth.net

- Stevens E. Moore
  stevens.moore@usdoj.gov, linda.nixon@usdoj.gov, rosanne.alford@usdoj.gov

Notice of this filing will be sent to the following individuals by U.S. Mail, postage prepaid and properly address.

Joseph P. Lopinto, III
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

           s/ Lawrence J. Duplass
        _____
           LAWRENCE J. DUPLASS
           lduplass@duplass.com