UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ST. RITA CIVIL ACTION NO. 06-7355 | * | |
| (Kenney) | * | |
| _____ | * | |

## NOTICE OF HEARING

TO:  Plaintiff, Jeffery M. Kenney And Rachel K. Aylor,
Individually And On Behalf Of Gladys A. Leblanc
Joseph P. Lopinto, III
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

Stevens E. Moore
Assistant U.S. Attorney
c/o U.S. Department of Justice
Hale Boggs Federal Building
500 Poydras Street, Suite 210-B
New Orleans, LA  70130

**PLEASE TAKE NOTICE** that Third-Party Defendant, Lake Borgne Basin Levee

District, will bring on for hearing its 12(b)(6) Motion to Dismiss the Third-Party Demand of

Third-Party Plaintiff, Buffman, Inc., A Louisiana Business Corporation d/b/a St. Rita's Nursing

1

Home, against Third-Party Defendant, Lake Borgne Basin Levee District, on the 29th day of November, 2006 at 9:30 a.m.

>Respectfully submitted,
>
>***DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK***
>
>　　　s/ Lawrence J. Duplass
>
>LAWRENCE J. DUPLASS (#5199)
>3838 N. Causeway Blvd., Suite 2900
>Metairie, Louisiana 70002
>Telephone: (504) 832-3700
>Facsimile: (504) 837-3119
>lduplass@duplass.com
>ATTORNEY FOR THIRD-PARTY DEFENDANT,
>LAKE BORGNE BASIN LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2006, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system.

- James A. Cobb, Jr
  jac@ecwko.com, kcb@ecwko.com, saa@ecwko.com, am@ecwko.com, jrk@ecwko.com

- Jeremy D. Goux
  wynnegouxlobello@bellsouth.net

- Stevens E. Moore
  stevens.moore@usdoj.gov, linda.nixon@usdoj.gov,rosanne.alford@usdoj.gov

Notice of this filing will be sent to the following individuals by U.S. Mail, postage prepaid and properly address.

Joseph P. Lopinto, III
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

                              s/ Lawrence J. Duplass
                        _____
                              LAWRENCE J. DUPLASS
                              lduplass@duplass.com

3