UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RENE S. BOWERS, SR. | * | CIVIL ACTION |
| VERSUS | * | NUMBER: 06-4777 |
| STATE FARM FIRE AND CASUALTY COMPANY | * | SECTION: "R" MAG. 5 |

## NOTICE OF HEARING

Please take notice that Rene S. Bowers, Sr. will bring the attached Motion to Remand and for Attorney's Fees and Costs for hearing before the Honorable Sarah S. Vance on Wednesday, October 18, 2006, at 10:00 a.m. in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, or as soon thereafter as counsel for plaintiff may be heard.

Respectfully submitted:

LAW OFFICE OF JAMES F. GASQUET, III
A LIMITED LIABILITY COMPANY

BY: _____
James F. Gasquet, III, Bar No. 26294
129 Chancellor Drive, P.O. Box 279
Belle Chasse, Louisiana 70037
Tel. (504) 394-5584; Fax (504) 394-5166
Attorney for Rene S. Bowers, Sr.

## CERTIFICATE OF SERVICE

I hereby certify to having served a copy of the foregoing motion to all counsel of record, via fax and by placing the same in the U.S. mail, postage pre-paid, and properly addressed on September 25, 2006.

_____
JAMES F. GASQUET, III