25ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF PLAQUEMINES

*EXHIBIT P-1*

STATE OF LOUISIANA

NO. 53-639                    DIVISION B

JAMIE G. MADERE AND EUGENE MADERE

**VERSUS**

LEXINGTON INSURANCE COMPANY

FILED:       JUL 2 0 2006                s/ BECKY H. KALISZESKI

DEPUTY CLERK

### PETITION FOR BREACH OF CONTRACT AND DAMAGES

The petition of Jamie G. Madere and Eugene Madere (collectively "petitioner"), of the full age of majority and domiciled in the Parish of Plaquemines, State of Louisiana, respectfully represents that:

1.

Made defendant herein is Lexington Insurance Company, a foreign insurance corporation, authorized to do and doing business in the Parish of Plaquemines, State of Louisiana, who is the insurer for the damages sustained by petitioner and petitioner's property and for the allegations of this Petition (hereafter "Lexington").

2.

At all times pertinent hereto, including but not limited to August 29, 2005, petitioner had in full force and effect a homeowner's policy of insurance issued by Lexington covering petitioner's property located at 30672 Highway 23, Buras (Nairn), Plaquemines Parish, Louisiana 70041 (hereafter "Petitioner's Home"), and providing the following coverages and limits:

| | | |
|---|---|---|
| A. | Coverage A – Dwelling | $350,000.00 |
| B. | Coverage B – Other Structures | 35,000.00 |
| C. | Coverage C – Personal Property | 175,000.00 |
| D. | Coverage D – Loss of Use | 70,000.00 |

(hereafter "Valuation") and with a deductible of $2,500.00 for "All Other Perils" and $2,500.00 for "Wind and Hail," which policy is identified as Lexington Insurance Company Policy Number LE 8124086 01 (hereafter "Homeowner's Policy").

3.

On or about August 29, 2005, Hurricane Katrina made landfall at or near Buras, Plaquemines Parish, Louisiana, as a dangerous Category 4 Hurricane on the Saffir-Simpson Scale, with sustained

winds near 145 miles per hour, and with higher gusts, and passed directly over the Empire-Nairn area, and Petitioner's Home (hereafter "Hurricane Katrina"). Hurricane Katrina had hurricane force winds extending 120 miles from its center and tropical storm force winds extending out 230 miles from its center, resulting in severe and hurricane force winds affecting the Empire-Nairn area, and specifically Petitioner's Home, for several hours prior to landfall.

5.

Petitioner's property, including Petitioner's Home, carport/garage, and personal property (hereafter "petitioner's property") were severely damaged by Hurricane Katrina, and the adverse weather conditions caused by Hurricane Katrina ("Property Loss").

6.

The Homeowner's Policy provides coverage to petitioner for the Property Loss.

7.

On September 4, 2005, petitioner made a claim on the Homeowner's Policy with Lexington for damages caused by Hurricane Katrina (hereafter "Claim").

8.

On September 8, 2005, Lexington paid petitioners a $1,000.00 and on September 21, 2005, Lexington paid petitioners an additional $3,000.00 under the Homeowner's Policy.

9.

Upon information and belief Lexington assigned an adjuster named Robert Johnson ("Mr. Johnson") to inspect Petitioners' Home. Mr. Johnson made arrangements to inspect Petitioners' Home on October 15, 2005, but prior to inspecting Petitioner's Home, Mr. Johnson informed petitioner that he would not need any information regarding contents of Petitioner's Home because he "was only paying for the roof."

10.

Upon information and belief, Mr. Johnson inspected Petitioner's Home on October 15, 2005.

11.

Despite the Claim having been filed on September 4, 2005, and Lexinton having completed its site inspection of Petitioner's Home on October 15, 2005, Lexington failed to make any additional payment on the Claim until April 22, 2006, after Lexington's receipt of a certified demand letter from petitioner's undersigned counsel.

12.

Lexington's failure to pay or make written offer to settle the Claim within thirty (30) days of receipt of proof of loss, and Lexington's adjustment, determination of loss, and payment tendered regarding the Claim, was arbitrary, capricious, and without probable cause, in violation of Louisiana Revised Statute 22:658, and renders Lexington liable to petitioner for penalties in the amount of 25% of the difference between the amount paid or tendered, if any, and the amount found to be due from Defendant to petitioner.

13.

Lexington failed to adjust the Claim fairly and promptly and/or to pay or settle the Claim, and thereby breached its duty of good faith and fair dealing in violation of Louisiana Revised Statute 22:1220, rendering Lexington liable to petitioner for penalties in an amount not to exceed two times petitioner's damages or $5,000.00, whichever is greater.

14.

Lexington placed the Valuation on petitioner's property for purposes of the Homeowner's Policy and used such Valuation for determining the premium under the Homeowner's Policy, and the Homeowner's Policy did not set forth a different method of computation of loss, and therefore, Lexington is liable to petitioner for the total loss of petitioner's property for the amount of the Valuation, without deduction or offset, under Louisiana Revised Statute 22:695.

15.

Lexington has failed to pay petitioner the amount of the Valuation despite amicable demand, and is liable to petitioner for breach of contract, damages, statutory penalties, judicial interest, attorney's fees, and all costs of these proceedings.

16.

Petitioner affirmatively renounces and waives petitioner's right to recover any damages, including statutory penalties and attorney's fees, but exclusive of judicial interest and costs, in these proceedings in excess of $75,000.00.

**WHEREFORE**, petitioner prays that after all due proceedings are had, there be Judgment rendered herein in favor of plaintiff, Jamie G. Madere and Eugene Madere, and against the defendant, Lexington Insurance Company, for all amounts due plaintiff under the Homeowner's Policy, plus damages, statutory penalties, judicial interest, attorney's fees, and all costs of these

proceedings, and for all legal and equitable relief.

Respectfully submitted:

LAW OFFICE OF JAMES F. GASQUET, III
A LIMITED LIABILITY COMPANY

BY:_____
        James F. Gasquet, III, Bar No.26294
        129 Chancellor Drive, P.O. Box 279
        Belle Chasse, Louisiana 70037
        Tel. (504) 394-5530; Fax (504) 394-4742
        Attorney for Jamie G. Madere and
        Eugene Madere

**PLEASE SERVE:**

Lexington Insurance Company,
through its registered agent for service of process,
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

A TRUE COPY
Dy. Clerk of Court
Parish of Plaquemines, LA