UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO: Docket Nos. 06-4389; 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5140; 06-5142; 05-5159; 06-5786; 06-7682 | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, Board of Commissioners of the Port of New Orleans ("Dock Board") and moves this Honorable Court for an Order to enroll Kirk N. Aurandt of the law firm Daigle, Fisse & Kessenich as additional counsel of record on its behalf in this proceeding.

Respectfully submitted, this 17th day of November, 2006.

        DAIGLE FISSE & KESSENICH, PLC

BY: /s/ J. Fredrick Kessenich
   J. FREDRICK KESSENICH (7354)
   JONATHAN H. SANDOZ (23928)
   MICHAEL W. MCMAHON (23987)
   JON A. VAN STEENIS (27122)
   KIRK N. AURANDT (25336)
   P. O. Box 5350
   Covington, Louisiana 70434-5350
   Telephone: 985/871-0800
   Facsimile: 985/871-0899
   Attorneys for Defendant, The Board of Commissioners of the Port of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 17th day of November, 2006.

        /s/ J. Fredrick Kessenich
        J. FREDRICK KESSENICH