UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| _____ PERTAINS TO: | * * * | JUDGE DUVAL |
| ST. RITA: *CONLON*, CASE NO. 06-9321 _____ | * * | MAG. WILKINSON |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Susan Conlon, appearing herein as Executrix of the Succession of Janet Rashkin, who respectfully moves this Honorable Court to remand this case to the 34th Judicial District Court for the Parish of St. Bernard. These reasons are more fully set forth in the accompanying memorandum.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

S/ Louis L. Gertler
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorneys for Susan Conlon

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 17th day of November, 2006

                                            S/ Louis L. Gertler
                                            LOUIS L. GERTLER