UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| _____ PERTAINS TO: ST. RITA: *CONLON*, CASE NO. 06-9321 _____ | * * * * | JUDGE DUVAL MAG. WILKINSON |

## NOTICE OF HEARING

TO:  Susan E. Henning
Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112

Jeremy D. Goux
Martha D. Bowden
Wayne, Goux & Lobello
417 North Theard Street
Covington, Louisiana 70433

Jim Letten
Stevens E. Moore
United States Attorney
500 Poydras Street, 210B
New Orleans, Louisiana 70130

Governor Kathleen Blanco
Office of the Governor
900 Third Street
Baton Rouge, Louisiana 70802

Louisiana Dept. of Transportation
and Development
1201 Capital Access Road
Baton Rouge, Louisiana 70804

John Bradberry
1201 Capital Access Road
Baton Rouge, Louisiana 70804

Office of Risk Management
1201 N. Third Street
Baton Rouge, Louisiana 70804

Frederick P. Cerise, M.D.
628 N. Fourth Street
Baton Rouge, Louisiana 70802

Attorney General Charles Foti
Office of the Attorney General
Louisiana Department of Justice
Capital Building, 22nd Floor
Baton Rouge, Louisiana 70804

| | |
|---|---|
| **Lake Borgne Basin Levee District** | **Henry J. Rodriguez** |
| **Lawrence Duplass, Esq.** | **8201 W. Judge Perez Drive** |
| **3838 N. Causeway Blvd., 29th** | **St. Bernard Government Complex** |
| **Floor** | **Chalmette, Louisiana 70043** |
| **Metairie, Louisiana 70002** | |

**PLEASE TAKE NOTICE** that plaintiff will bring for hearing her Motion for Remand in the captioned case before the Honorable Stanwood R. Duval at the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana 70130, on the 13th day of December, 2006, at 9:00 o'clock a.m.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

S/ Louis L. Gertler
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorneys for Susan Conlon

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 17th day of November, 2006

S/ Louis L. Gertler