OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 NOV -9 PM 6: 07
LORETTA G. WHYTE
CLERK

Date: November 7, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance
  Company, et al.

Case No. 06-5383   Section I

Dear Sir:

   Please (issue) summons on the (amended complaint) to the following:

   1. Allstate Fire and Casualty Insurance Company
      through its agent for service of process:
      Louisiana Secretary of State
      8549 United Plaza Blvd.
      Baton Rouge, LA 70809
   2. Allstate Indemnity Company
      through its agent for service of process:
      Louisiana Secretary of State
      8549 United Plaza Blvd.
      Baton Rouge, LA 70809
   3. Allstate Insurance Company
      through its agent for service of process:
      Louisiana Secretary of State
      8549 United Plaza Blvd.
      Baton Rouge, LA 70809

                              Very truly yours,

                              Joseph J. McKernan
                              McKernan Law Firm
                              8710 Jefferson Hwy.
                              Baton Rouge, LA 70809
                              Telephone: (225) 926-1234
                              Facsimile: (225) 926-1202

                              Attorney for Plaintiffs

___ Fee_____
_✓_ Process
_X_ Dktd
___ CtRmDep____
___ Doc. No____