OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -9 PM 6:07
LORETTA G. WHYTE
CLERK

Date: November 7, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance Company, et al.

Case No. 06-5383   Section I

Dear Sir:

  Please (issue) summons on the (amended complaint) to the following:

1. Encompass Property and Casualty Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. Encompass Insurance Company of America
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
3. Allstate Property and Casualty Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

Very truly yours,

Joseph J. McKernan
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

Attorney for Plaintiffs

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No