OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  November 7, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance Company, et al.

Case No. 06-5383   Section I

Dear Sir:

Please (issue)summons on the (amended complaint)to the following:

1. American National General Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. American National Property and Casualty Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

Very truly yours,

Joseph J. McKernan
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

Attorney for Plaintiffs

___ Fee_____
_V_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____