OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130



Date: November 7, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance Company, et al.

Case No. 06-5383   Section I

Dear Sir:

    Please (issue) summons on the (Amended Complaint) to the following:

1. Underwriters at Lloyd's London
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. State Farm General Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
3. State Farm Fire and Casualty Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

    Very truly yours,

    Joseph J. McKernan
    McKernan Law Firm
    8710 Jefferson Hwy.
    Baton Rouge, LA 70809
    Telephone: (225) 926-1234
    Facsimile: (225) 926-1202

    Attorney for Plaintiffs

Fee____
Process____
X Dktd____
__ CtRmDep____
__ Doc. No____