# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, LEVEE, DREDGING | § | |
| (*Russell*, 06-5155) | § | |
| _____ | § | |

## UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

The United States of America respectfully moves, pursuant to Local Rule 7.9E, for a twenty (20) day extension of time to respond to the complaint filed against it in this action. The complaint was served on the United States on September 21, 2006, and the United States' response is due November 20, 2006. The United States certifies that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time. The United States therefore requests that it be granted a twenty day

extension, through and including December 11, 2006, within which to respond to the complaint.[1]

A proposed order is provided.


Dated: November 17, 2006				Respectfully submitted,


						PETER D. KEISLER
						Assistant Attorney General

						C. FREDERICK BECKNER III
						Deputy Assistant Attorney General

						PHYLLIS J. PYLES
						Director, Torts Branch


						s/ Kara K. Miller
						Kara K. Miller
						Trial Attorney, Torts Branch, Civil Division
						U.S. Department of Justice
						Benjamin Franklin Station, P.O. Box 888
						Washington, D.C.  20044
						(202) 616-4448 / (202) 616-5200 (Fax)
						Attorneys for the United States

---

[1] An extension of twenty days results in a due date on December 10, 2006, a Sunday; accordingly, pursuant to Fed. R. Civ. P. 6(a), the United States' response would be due the following Monday, December 11, 2006.

**CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on November 17, 2006, I served a true copy of the United States' Ex Parte Motion for Extension of Time to Plead and accompanying Proposed Order upon all counsel of record by ECF, electronic mail, or first class mail.

                              s/ Kara K. Miller
                                  Kara K. Miller