**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO: MRGO, LEVEE, DREDGING § | |
| (*Russell,* 06-5155) § | |
| _____§ | |

**<u>ORDER</u>**

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

IT IS HEREBY ORDERED that the United States of America is GRANTED a twenty (20) day extension of time, through and including December 11, 2006, within which to respond to the complaint filed against it in this action.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE