OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: November 7, 2006

Thomas Austin, Jr., et al.

vs.

Allstate Fire and Casualty Insurance
  Company, et al.

Case No. 06-5383   Section J "K"

Dear Sir:

   Please (issue) summons on the (amended complaint) to the following:

1. Republic Fire and Casualty Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
2. Lexington Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809
3. Lafayette Insurance Company
   through its agent for service of process:
   Louisiana Secretary of State
   8549 United Plaza Blvd.
   Baton Rouge, LA 70809

                        Very truly yours,

                        Joseph J. McKernan
                        McKernan Law Firm
                        8710 Jefferson Hwy.
                        Baton Rouge, LA 70809
                        Telephone: (225) 926-1234
                        Facsimile: (225) 926-1202

            Attorney for Plaintiffs

___ Fee_____
_✓_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____