

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL., | * | CIVIL ACTION NO.: 06-5164 |
| | * | |
| versus | * | JUDGE "K" |
| | * | |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | * | MAGISTRATE (2) |

* * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT,** through undersigned counsel, comes United National Insurance Company, sought to be made defendant herein, who, in response to the Complaint by Connie Abadie, et al., plaintiffs, respectfully represents that undersigned counsel has just received notice of this claim and that the preparation of responsive pleadings will not be possible within the necessary deadlines.

Accordingly, defendant respectfully requests an additional 20 days within which to complete the initial investigation into these proceedings and within which to answer the Complaint or otherwise plead with full reservation of rights of this defendant, including the right to object to the jurisdiction of this Honorable Court.

1

This is the first such extension of time requested by defendant. Defendant has contacted plaintiff's attorney who has no objection to this request for an extension of time.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

By: /s/ Kevin L. Cole
**KEVIN L. COLE, Bar No. 4248**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
United National Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was this date served upon all counsel or record and any additional parties listed below by placing a copy of the same in the United States Mail, postage prepaid and sent to their last known address as follows:

Joseph M. Bruno
David S. Scalia
855 Baronne Street
New Orleans, Louisiana 70113
Phone: 505-364-3885

Mandeville, Louisiana this ___10___ day of ___Nov___ 2006.

                                                            */s/ Kevin L. Cole*
                                         **KEVIN L. COLE, Bar #4248**
                                         3 Sanctuary Boulevard, Suite 301
                                         Mandeville, Louisiana 70471
                                         **Tel: (985) 674-6680**
                                         **Fax: (985) 674-6681**
                                         Attorney for Defendant,
                                         United National Insurance Company