FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16 AM 11:39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.,** | * | **CIVIL ACTION NO.: 06-5164** |
| | * | |
| versus | * | **JUDGE "K"** |
| | * | |
| **AEGIS SECURITY INSURANCE** | * | |
| **COMPANY, ET AL.** | * | **MAGISTRATE (2)** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>O R D E R</u>

Considering the foregoing Defendant's Unopposed Ex Parte Motion for Extension of Time in which to File Responsive Pleadings,

**IT IS ORDERED BY THE COURT** that United National Insurance Company be and is hereby granted ~~an additional 20 days from the date of this Order within which~~ until November 30, 2006 to answer or otherwise plead to the Complaint of Connie Abadie, et al., with full reservation of rights of this defendant, including the right to object to the jurisdiction of this Court.



4

CA 06-5164 "K"

**NEW ORLEANS**, Louisiana, this 15th day of November, 2006.

_____
U.S. DISTRICT COURT JUDGE