

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES      \*     CIVIL ACTION
CONSOLIDATED LITIGATION           \*     NO. 05-4182 "K" (2)
                                  \*     JUDGE DUVAL
                                  \*     MAG. WILKINSON
                                  \*
                                  \*
PERTAINS TO: LEVEE, MRGO & RESPONDER     \*
*Maureen O'Dwyer*, NO. 06-4389            \*
                                  \*
                                  \*

## ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
## MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and

Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and

Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul

must file pleadings responsive to the Complaint for Compensatory and Exemplary Damages, and for

Reasonable Attorney's Fees and Taxable Costs in a Class Action Lawsuit Filed Pursuant to the

Federal Rules of Civil Procedure and the First Supplemental and Amending Complaint in a Class

Action Lawsuit (collectively, the "Complaint") for a period of 20 days from its original due date,

November 13, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the

Complaint, through the Louisiana Secretary of State, on October 23, 2006. Pursuant to Federal Rule

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

of Civil Procedure 12(a), St. Paul's current deadline for filing responsive pleadings is November 13, 2006. St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to the Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

WHEREFORE, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

JOSEPH P. GUICHET, T.A., Bar # 24441
RALPH S. HUBBARD III, Bar. # 7040
APRIL R. ROBERTS , Bar # 30821
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance**
**Company**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 13th day of November, 2006.