

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| *Maureen O'Dwyer*, NO. 06-4389 | * | |
| | * | |
| | * | |

## ORDER

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that St. Paul Fire and Marine Insurance Company be and is hereby granted a twenty-day extension of time from its original due date, November 13, 2006, until December 2, 2006.

New Orleans, Louisiana, this 15th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE