FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 13 PM 4:53

LORETTA G. WHYTE
        CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: RESPONDER<br>*Maureen O'Dwyer*, NO. 06-6099 | * * * * | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
### MOTION FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to the Protective Refiled Complaint for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Taxable Costs, in a Class Action Lawsuit filed by Plaintiffs (the "Complaint") for a period of 20 days from its original due date, November 13, 2006.

In support of its request, St. Paul represents that it was formally served with a copy of the Complaint, through the Louisiana Secretary of State, on October 23, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), St. Paul's current deadline for filing responsive pleadings is November 13,



2006. St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to the Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

_____
JOSEPH P. GUICHET, T.A., Bar # 24441
RALPH S. HUBBARD III, Bar. # 7040
APRIL R. ROBERTS, Bar # 30821
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 13th day of November, 2006.

_____