FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16 AM 11: 39

LORETTA G. WHYTE
        CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: (ALL) INSURANCE (Abadie, No. 06-5164) | § § § § § | |

### ORDER

**CONSIDERING THE FOREGOING** Motion for Extension of Time filed by State National Insurance Company;

**IT IS ORDERED, ADJUDGED AND DECREED,** that State National Insurance Company be and hereby is **GRANTED** an additional extension of twenty (20) days, or until and through December 14, 2006, within which to file responsive pleadings to plaintiffs' Original Complaint and First Supplemental and Amending Complaint in the above captioned and entitled litigation.

New Orleans, Louisiana, this _15th_ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

5

NO ADK1 130006 v1
2900122-000007

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____