FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 17 AM 7:22

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　NO. 05-4182 "K"(2)
　　　　　　　　　　　　　　　　　　　　　　　　JUDGE DUVALL
　　　　　　　　　　　　　　　　　　　　　　　　MAG WILKINSON

PERTAINS TO:

LEVEE: *Ponchartrain Baptist Church*, 06-06642

## [PROPOSED] ORDER

Considering the foregoing Unopposed Motion to Continue Hearing filed by James Construction Group, L.L.C..

IT IS ORDERED that the hearing on plaintiffs' Motion to Remand, in the matter styled *Pontchartrain Baptist Church, et al v. The Sewerage and Water Board of New Orleans, et al*, consolidated with 05-4182, and bearing separate case no. 06-06642, currently set for November 29, 2006 at 9:30 a.m., is continued until January 10, 2007 at 9:30 a.m.

New Orleans, Louisiana, this ___15th___ day of ___November___, 2006.

_____
JUDGE

{N1579755.1}

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____