FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16 PM 1:26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DANIEL WILKINSON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-9097 |
| | * | |
| ALLSTATE INSURANCE COMPANY, AND GREGORY RUIZ AGENCY | * | SECTION: K |
| | * | |
| | * | MAGISTRATE: 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ALLSTATE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Allstate Insurance Company (hereinafter "Allstate"), who files this Corporate Disclosure in compliance with Federal Rules of Civil Procedure 7.1 and Local Rule 5.6.

Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, which is a Delaware Corporation. The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation. Allstate Insurance Company does not own 10% or more of any publicly traded entity.

Dated: November 13, 2006

Respectfully Submitted,

_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
Attorneys for Allstate Insurance Company

1



## CERTIFICATE OF SERVICE

I do hereby certify that I have this ___16th___ day of November, 2006 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

GLENN B. ADAMS
MICHAEL W. COLLINS