FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 17  AM 10: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EATERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DANIEL WILKINSON | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO: 06-9097 |
| VERSUS | * SECTION "K" |
| | * JUDGE DUVAL |
| ALLSTATE INSURANCE COMPANY | * DIVISION (2) |
| And GREGORY RUIZ AGENCY | * MAGISTRATE JUDGE WILKINSON |
| Defendants. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel of record, come plaintiff, Daniel Wilkinson, who, for the reasons set forth in the attached memorandum, respectfully moves this Court for an order remanding this case to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, from which it was improperly removed by defendants, Allstate and Ruiz.

Date: November 17, 2006            Respectfully submitted,

*Frances M. Olivier*
FRANCES M. OLIVIER (LSB #17895)
Attorney for Plaintiff
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 739-2468    Fax: (504) 739-2469