UNITED STATES DISTRICT COURT

EATERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DANIEL WILKINSON** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **CIVIL ACTION NO: 06-9097** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | **JUDGE DUVAL** |
| | * | |
| **ALLSTATE INSURANCE COMPANY** | * | **DIVISION (2)** |
| **And GREGORY RUIZ AGENCY** | * | **MAGISTRATE JUDGE WILKINSON** |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Having considered the pleadings and arguments of the Parties:

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand is granted, and this matter is remanded to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

**SO ORDERED.**

Date: _____

                                                                     Honorable Stanwood R. Duval, Jr.
                                                                     United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been forwarded to all parties through their counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, this 17 day of November 2006.

_____
Frances M. Olivier