UNITED STATES DISTRICT COURT

EATERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DANIEL WILKINSON** | * |
| Plaintiff, | * |
| | * CIVIL ACTION NO: 06-9097 |
| **VERSUS** | * SECTION "K" |
| | * JUDGE DUVAL |
| **ALLSTATE INSURANCE COMPANY** | * DIVISION (2) |
| **And GREGORY RUIZ AGENCY** | * MAGISTRATE JUDGE WILKINSON |
| Defendants. | * |

*********************************************

## NOTICE OF HEARING ON
## PLAINTIFF'S MOTION TO REMAND

TO:    **ALLSTATE NSURANCE COMPANY**
Through its attorney of record:

GLENN B. ADAMS
Porteous, Hainkel, & Johnson, LLP
704 Carondelet Street
New Orleans, Louisiana 70139-3774

**GREGORY RUIZ AGENCY**
Through its attorney of record:

CHRISTINA M. ROSELLE
Duplas, Zwain, Bourgeios, Morton
29th Floor, Three Lakeway Center
3838 N. Causeway Blvd.
Metairie, LA 70002

PLEASE TAKE NOTICE that plaintiff, Daniel Wilkinson, will bring this Motion to Remand for hearing before the Honorable Stanwood R. Duval, Jr., District Judge of the United States District Court for the Eastern District of Louisiana on December 13, 2006 at 9:30 a.m.

Date: November 17, 2006

Respectfully submitted,

*Frances M. Olivier*
FRANCES M. OLIVIER (LSB #17895)
Attorney for Plaintiff
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone: (504) 739-2468
Facsimile: (504) 739-2469

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all parties through their counsel of record by depositing same in the U.S. Mail, postage prepaid and properly addressed, this __17th__ day of November 2006.

*Frances M. Olivier*
Frances M. Olivier