IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br> *Abadie et al., v. Aegis Security Insurance Co.,* <br> No. 06-5164 | * <br> * <br> * CIVIL ACTION <br> * NO. 05-4182 "K"(2) <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON <br> * <br><br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### FIRST MOTION FOR EXTENSION OF TIME BY DEFENDANT <u>FARMERS INSURANCE EXCHANGE</u>

Defendant, Farmers Insurance Exchange ("Farmers"), without waiving any defenses or objections, hereby moves *ex parte* pursuant to Local Rule 7.9E for an extension of time of twenty (20) days, up to and including December 14, 2006, within which to file responsive pleadings to the Plaintiffs' Class Action Complaint and Amended Complaint filed in the captioned action.

Undersigned counsel certify that this is the first extension of time requested by Farmers within which to answer, move, or otherwise respond to the Complaint and Amended Complaint in this action and that the plaintiffs have not filed in the record an objection to an extension of time.

1

BR.488410.1

Farmers was served with the Class Action Complaint and Amended Complaint, through the Louisiana Secretary of State, on September 26, 2006, and executed the Waiver of Service sent on September 25, 2006. Farmers submits that additional time is required to investigate the allegations in the Complaint and Amended Complaint and to prepare responsive pleadings, which are presently due November 24, 2006.

WHEREFORE, Farmers Insurance Exchange hereby prays for an extension of time up to and through December 14, 2006 to respond to the Plaintiffs' Complaint and Amended Complaint.

Respectfully submitted,

PHELPS DUNBAR, LLP

BY: /s/ Robert R. Wood, Jr.
Robert R. Wood, Jr. (La. Bar No. 29488)
Christopher M. Capitelli (Bar No. 30136)
One Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130
Telephone: (504) 584-9267
Facsimile: (504) 568-9130

AND

Marshall M. Redmon (Bar No. 18398)
Virginia Y. Trainor (Bar No. 25275)
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197
e-mail: redmonm@phelps.com

Of Counsel:

Andrew L. Sandler (pro hac vice application to be filed)
Amy Sabrin (pro hac vice application to be filed)
Victoria Holstein-Childress, Louisiana Bar No. 28611
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
Fax (202) 393-5760

**ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE**

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of November, 2006, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel for defendants and plaintiffs in this matter.

/s/ Robert R. Wood, Jr.

BR.488410.1