IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE STANWOOD R. DUVAL |
| PERTAINS TO:<br>*Abadie et al., v. Aegis Security Insurance Co.,*<br>No. 06-5164 | *<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON<br>* |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the Motion be and is granted and that defendant Farmers Insurance Exchange is granted an extension of time, or through December 14, 2006, to file responsive pleadings to plaintiffs' Complaint

Signed this _____ day of _____, 2006, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

BR.488410.1