UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | & Consol. Cases |
| (Ludwig: Case No. 06-8935) | * * | SECTION "K" |
| | * | |
| | * | MAG: 2 |

*****************************************************

## MOTION TO SUBSTITUTE LEAD COUNSEL OF RECORD

On motion of Ungarino & Eckert, LLC, and on suggesting to the court that Wayne R. Maldonado is no longer lead counsel for the defendant, Alliance Insurance Agency Services, Inc., and desires to withdraw from this cause; and

On suggesting to the court that the court assigns William H. Eckert of Ungarino & Eckert, LLC, as lead counsel for the defendant, Alliance Insurance Agency Services, Inc., and that he desires to have his name placed on the record as lead counsel and that all electronic notices in this case be sent to his attention.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 17, 2006.

*WILLIAM H. ECKERT*

Respectfully submitted:

**UNGARINO & ECKERT, LLC**

*WILLIAM H. ECKERT (#18591)*
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   *(504) 836-7556*
Fax:              (504) 836-7566
Email:          beckert@ungarino-eckert.com