## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH SCOTT** | * | **No. 06-5886** |
| | * | |
| **VERSUS** | * | **JUDGE: Sarah S. Vance** |
| | * | |
| **STATE FARM FIRE AND** | * | **SECTION: "R"** |
| **CASUALTY COMPANY** | * | |
| | * | **MAGISTRATE: 5** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S MOTION TO REMAND AND
### FOR ATTORNEYS' FEES AND EXPENSES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Keith Scott, who respectfully moves this Court to remand this matter back to the Civil District Court for the Parish of Orleans and for related attorneys fees and costs, in so much as this Court lacks subject matter jurisdiction under both 28 U.S.C. § 1369, and 28 U.S.C. § 1441

Respectfully Submitted:

JOSEPH E. "JED" CAIN, La. Bar No. 29785
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113
*Temporary Address:*
201 St. Charles Ave., Suite 4310
New Orleans. LA 70170
Telephone: (504) 581-4892
Fax No. (504) 561-6024

**ATTORNEY FOR PLAINTIFF
KEITH SCOTT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served on all counsel of record by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 10 day of October, 2006.

JOSEPH E. CAIN

W:\25000-29999\27317\01 Scott\Pleadings\Motion to Remand 10-3-2006.wpd                -2-

## CERTIFICATE OF SERVICE

I hereby certify that on this ___10___ day of ___October___, 2006, I electronically filed

the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to the following: James R. Nieset, Jr. and Adrianne L. Baumgartner.  I further

certify that I mailed the foregoing document and the notice of electronic filing by first-class mail

to the following non-CM/ECF participants: Norman F. Hodgins, III.

JOSEPH E. "JED" CAIN, La. Bar No. 29785
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113
*Temporary Address:*
201 St. Charles Ave., Suite 4310
New Orleans. LA 70170
Telephone: (504) 581-4892
Fax No. (504) 561-6024
jcain@hhkc.com

**ATTORNEY FOR PLAINTIFF
KEITH SCOTT**

-3-

W:\25000-29999\27317\01 Scott\Pleadings\Motion to Remand 10-3-2006.wpd