UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KEITH SCOTT** | * | No. 06-5886 |
| | * | |
| **VERSUS** | * | JUDGE: Sarah S. Vance |
| | * | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | * | SECTION: "R" |
| | * | |
| | * | MAGISTRATE: 5 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Plaintiff's Motion to Remand and For Attorneys' Fees and Expenses is hereby scheduled for hearing on November 1, 2006 at 9:00 a.m. to be decided by the Honorable Sarah S. Vance, District Judge of the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Plaintiff does not believe that oral argument relating to this Motion is required.

Respectfully Submitted:

_____
JOSEPH E. "JED" CAIN, La. Bar No. 29785
HERMAN, HERMAN, KATZ & COTLAR, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113
*Temporary Address:*
201 St. Charles Ave., Suite 4310
New Orleans. LA 70170
Telephone: (504) 581-4892
Fax No. (504) 561-6024

**ATTORNEY FOR PLAINTIFF
KEITH SCOTT**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice has been served upon all counsel of record by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 10 day of October, 2006.

_____
JOSEPH E. CAIN

-2-