subject matter jurisdiction on the basis of the diversity of citizenship of the parties. But it would be foolish to ignore the thinly-veiled Congressional message inherent in the acceptance of the concept of "minimal diversity." The message appears to be: we find the experience with mass disasters, class actions and "mass actions" in state court to be unsatisfactory in some instances. As a result, we want to make a federal forum more accessible. Having a federal forum more accessible will not necessary yield a different result if the substantive law of the forum state still applies. Indeed, the frank objective of *Erie* was to assure that the same result **would** obtain in most cases. But if some different "result" is now desired (as evidenced by the remarks in the preamble that accompanied this modest expansion of federal subject matter jurisdiction), is *Erie* now at odds with that desire?

We are just beginning on this road. Considering that almost a century passed between *Swift v. Tyson*[44] which enshrined "federal common law" as the rule of decision in federal diversity cases and *Erie* which replaced it with the substantial law that would be applied by the highest court in the forum state, we probably have a very long way to go. But, as the Chinese are reputed to say, "A journey of a thousand miles begins with a single step."

---

[44] 41 U.S. (16 Pet.) 1, 10 L.Ed. 865 (1842).

Case 2:05-cv-04182-SRD-JCW   Document 1680-3   Filed 11/17/06   Page 2 of 25

Case 2:06-cv-02142-JCZ-SS      Document 31      Filed 09/07/2006      Page 1 of 44
Case 2:06-cv-02570-KDE-SS      Document 6-2      Filed 06/27/2006      Page 1 of 33



CHRIS ROSE'S SIMPLE ADVICE FOR LOVELORN SAINTS FANS SEE LIVING

 

**GOTTA BELIEVE** *Be Leaving*

 

**LSU 20 AUBURN 17**

# The Times-Picayune



$1.50   165th year   No. 275   •   SUNDAY, OCTOBER 23, 2005   •   HURRICANE EDITION



## Nagin gets mixed reviews

*Evacuation plans, Superdome use criticized*

By Gordon Russell
Staff writer

Managing what is being called the biggest natural disaster in American history is a thankless task certain to invite criticism.

And Mayor Ray Nagin has certainly had his share since Hurricane Katrina came ashore.

On a recent national TV appearance, president Tulane professor Douglas Brinkley called him "a very lame, ineffectual, wrong-headed mayor." Others have stated that good mayor that Nagin has "no leadership abilities" and regarding that most of his failures in the crisis of "not storm were "criminal."

Allen Katz, a consultant and talk-show host whom the mayor faced political form, toward the advertising, called Nagin's performance "abysmal," — liberal columnist Clancy DuBos, on

> See **NAGIN, A-14**

▶ Re-election to second term no longer a given, 6-11



Some N.O. officers had been on the job for only days when Katrina hit, but they were determined to stay

## NO COP-OUT

By Trymaine Lee
Staff writer

First came their diplomas. Then came the diploma. A little more than two weeks after 67 softbodied New Orleans police academy graduates walked across a stage and into their police respective districts for the first time, a deadly hurricane and flood stormed the city.

Some became victims, stranded on rooftops or in isolated pockets in low-lying sections of the city with little food, water or morale.

After watching New Orleans rescue residents tormented by the elements without a home or anything to eat their way — just their will to live, for their

> See **ROOKIES, A-34**

# WHERE THEY DIED

In accounting for Hurricane Katrina's victims, Gentilly and the Lakefront may join the Lower 9th Ward and eastern New Orleans as the hardest-hit neighborhoods.

STAFF PHOTOS BY ELIOT KAMENITZ

GRIM ACCOUNTING: VICTIMS MAP, PAGE A-11





STAFF PHOTO BY MICHAEL DeMOCKER

The body of Alcede Jackson rests on the porch of a home in the 4700 block of Laurel Street on Sept. 10. A sign on the window says they died Aug. 31, and the painted "0" on the house indicates rescue workers found one body.

## 1,056 LOUISIANA DEAD

By Coleman Warner
and Robert Travis Scott
Staff writers

Although Hurricane Katrina's deaths are widely believed to have been concentrated in the Lower 9th Ward and eastern New Orleans, new estimates show large numbers of bodies were found in a much deeper concentration in the 17th Street Canal...

[table of parish death figures]

| New Orleans | St. Bernard | Jefferson |
|---|---|---|
| St. Tammany | St. Charles | Plaquemines |

## Other areas have bounced back after disasters. Can New Orleans?

By Kate Moran
Staff writer

  

 



23A1.JUMPS    11:18 PM    CMYK

Case 2:05-cv-04182-SRD-JCW   Document 1680-3   Filed 11/17/06   Page 3 of 25

Case 2:06-cv-02142-JCZ-SS      Document 31      Filed 09/07/2006     Page 2 of 44
Case 2:06-cv-02570-KDE-SS      Document 6-2     Filed 06/27/2006     Page 2 of 33



UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
March 16, 2006
DISTRICT JUDGE FRANK J. POLOZOLA

GLADYS CHEHARDY, ET AL.

|  |  |
|---|---|
| VERSUS | CIVIL ACTION |
|  | NO. 05-1140-FJP-CN |
| J. ROBERT WOOLEY, ET AL. | |

CONSOLIDATED WITH

GLADYS CHEHARDY, ET AL.

|  |  |
|---|---|
| VERSUS | CIVIL ACTION |
|  | NO. 05-1162-FJP-CN |
| J. ROBERT WOOLEY, ET AL. | |

CONSOLIDATED WITH

GLADYS CHEHARDY, ET AL.

|  |  |
|---|---|
| VERSUS | CIVIL ACTION |
|  | NO. 05-1163-FJP-CN |
| J. ROBERT WOOLEY, ET AL. | |

This matter came on this day for oral argument on subject matter jurisdiction and the motion to remand. All parties present signed the attached sign-in sheet.

Counsel present arguments.

For oral reasons assigned, the Court declines to exercise jurisdiction over the counterclaim[1] of defendant, The Standard Fire Insurance Company, under 28 U.S.C. §1367; therefore, the

---

[1] Rec. Doc. No. 18.

Doc#43131



Case 2:05-cv-04182-SRD-JCW  Document 1680-3  Filed 11/17/06  Page 5 of 25

Case 2:06-cv-02142-JCZ-SS    Document 31    Filed 09/07/2006    Page 4 of 44
Case 3:05-cv-01140-FJP-CN    Document 188    Filed 03/16/2006    Page 2 of 4

counterclaim is hereby DISMISSED without prejudice.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1332(d) and 28 U.S.C. §1369. Therefore:

IT IS FURTHER ORDERED that plaintiffs' motions to remand[2] are hereby DENIED.

IT IS FURTHER ORDERED that plaintiffs' claim against the Louisiana Insurance Commissioner is hereby DISMISSED, without prejudice.

IT IS FURTHER ORDERED that plaintiffs' claims against all defendants, except for State Farm Fire and Casualty Company, Allstate Indemnity Company, Allstate Insurance Company and American Insurance Company, are hereby DISMISSED without prejudice.

IT IS FURTHER ORDERED that the remaining issues in this matter shall be TRANSFERRED to the Eastern District of Louisiana.

Should it be later found on appeal that this Court did not have jurisdiction, the Court reserves the right to the Eastern District to transfer this matter back to this Court for remand.

The Court reserves its right to supplement its oral reasons given this day with written reasons should it become necessary.

******

Reporter: E. Champion

C: CV 25b; T: 2:00

---

[2] Rec. Doc. Nos. 59 and 61.

Doc#43004                              2

Case 2:05-cv-04182-SRD-JCW   Document 1680-3   Filed 11/17/06   Page 6 of 25

Case 2:06-cv-02142-JCZ-SS    Document 31    Filed 09/07/2006   Page 5 of 44
Case 3:05-cv-01140-FJP-CN    Document 188   Filed 03/16/2006   Page 3 of 4

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLADYS CHEHARDY, ET AL.

CIVIL ACTION

VERSUS

NO.05-1140-FJP

J. ROBERT WOOLEY
LOUISIANA INSURANCE COMMISSIONER, ET AL.

March 16, 2006(10:00 a.m.)Hearing

**PLEASE PRINT**                    **PLEASE PRINT**

| Name | Firm | Represent |
|------|------|-----------|
| Judy Barrasso | Barrasso Usdin | Allstate |
| Joseph M Bruno | Bruno & Bruno | TI |
| Andrew L. Plauché Jr | Plauche Mascelli | Farm Bureau |
| ALSTON JOHNSON | Phelps Dunbar | " " |
| STEVEN USDIN | BARRASSO Usdin | Chubb Custom |
| H. Minor Pipes, III | Barrasso Uspin | Liberty Mutual |
| Jay Lonero | Larzelere Picou | ANPAC & Ins.Co. |
| MARShall Redmon | Phelps | FARMER's |
| Kelly Bogart | Duplass Zwain | American Ins Co. / Fireman's Fund |

Case 2:05-cv-04182-SRD-JCW   Document 1680-3   Filed 11/17/06   Page 7 of 25

Case 2:06-cv-02142-JCZ-SS   Document 31   Filed 09/07/2006   Page 6 of 44
Case 3:05-cv-01140-FJP-CN   Document 188   Filed 03/16/2006   Page 4 of 4

| | | |
|---|---|---|
| Robert Siegel | Gieger, Laborde + Laperouse | Audubon Ins. Co. + Nat. Union of La. |
| Ralph Hubbard | Lugenbuhl | Standard Fire |
| John Unsworth | Hailey, McNamara | Clarendon |
| David Fawler | | |
| Blair Doncytt | Fayard + Hongart | " |
| Calvin Fayard | " " | " |
| Wayne Lee | Stone Pigman | State Farm |
| Stephen Bullock | · " | " |

# Vital Statistics of All Bodies at St. Gabriel Morgue
## 2/23/2006

**Status:**

| Process | # | % |
|---|---|---|
| RELEASED | 727 | 82% |
| Coroner's case; death not storm-related | 23 | >1% |
| Ready to be released - Contacting Family Members | 74 | 8% |
| UNKNOWN Identity | 86 | 9% |
| | 910 | |

**Demographic Information for the 824 Victims Identified**
**(see first three "Status" categories above) :**

**Gender:**

| Gender | # | % |
|---|---|---|
| Unknown | 0 | 0% |
| Male | 415 | 50% |
| Female | 409 | 50% |
| TOTAL | 824 | |

**Race:**

| Race | # | % |
|---|---|---|
| Unknown | 37 | 4% |
| African American | 427 | 52% |
| Asian Pacific | 6 | 1% |
| Caucasian | 328 | 40% |
| Hispanic | 17 | 2% |
| Native American | 4 | >1% |
| Other | 5 | >1% |
| TOTAL | 824 | |

**Age:**

| Age | # | % |
|---|---|---|
| 0 to 5 | 1 | >1% |
| 6 to 10 | 1 | >1% |
| 11 to 15 | 5 | >1% |
| 16 to 20 | 5 | 1% |
| 21 to 30 | 10 | 2% |
| 31 to 40 | 23 | 3% |
| 41 to 50 | 72 | 8% |
| 51 to 60 | 114 | 14% |
| 61 to 75 | 191 | 25% |
| > 75 | 377 | 39% |
| * UNKNOWN | 25 | 6% |
| | 824 | |



## Deceased Katrina Victims  Released to Families  Updated
## February 23, 2006

| Last | First | Gender | Race | Age | Parish of Residence |
|------|-------|--------|------|-----|---------------------|
| Aaslestad | Wayne | M | C | 64 | Orleans |
| Acosta | Bertha | F | C | 85 | Orleans |
| Alexander | Estrella | F | AP | 76 | Orleans |
| Alexander | Dale | M | A | 55 | Orleans |
| Alexis | Cecile | F | A | 92 | Orleans |
| Alford | Hollis | M | A | 66 | St Bernard |
| Allen | James | M | A | 72 | Orleans |
| Ancar | Evelyn | F | N.Am | 74 | St Bernard |
| Andrews | Brenda | F | A | 51 | Orleans |
| Andrews | Ferdinand | M | A | 87 | Orleans |
| Anthony | Ruby | F | A | 75 | Orleans |
| Arcement | Irma | F | C | 75 | Orleans |
| Arceneaux | Betty | F | C | 65 | St Bernard |
| Arceneaux | Douglas | M | C | 69 | St Bernard |
| Archer | Gregory | M | A | 39 | Orleans |
| Ares | Jose | M | C | 83 | Orleans |
| Armstrong | Lydia | F | A | 89 | Orleans |
| Arnold | James | M | A | 87 | Orleans |
| Ashbey | Rosemary | F | C | 83 | Orleans |
| Ashley | Frank | M | A | 81 | Orleans |
| Asmore | Edna | F | A | 82 | Orleans |
| August | Gertrude | F | A | 84 | Orleans |
| August | Joseph | M | A | 82 | Orleans |
| Augustin | Theresa | F | A | 90 | Orleans |
| Austin | Winona | F | C | 80 | Orleans |
| Babin | Beverly | F | C | 82 | Orleans |
| Babin, Jr | Justin | M | C | 68 | Jefferson |
| Bacino | Frank | M | C | 82 | Orleans |
| Baham | Christiana | F | C | 71 | Orleans |
| Baham | Warren | M | A | 82 | Orleans |
| Balthazar | Earl | M | C | 72 | Orleans |
| Banks | Joseph | M | A | 81 | St Bernard |
| Banta | Lillian | F | C | 88 | St Bernard |
| Barcellona | Walter | M | C | 62 | St Bernard |
| Barnes | Samuel | M | A | 73 | Orleans |
| Batieste Jr | Arthur | M | A | 78 | Orleans |
| Batiste | Lawrence | M | A | 84 | Orleans |
| Batiste | Shirley | F | A | 73 | Orleans |
| Baulden | Irene | F | A | 79 | Orleans |
| Baumgartner | George | M | C | 95 | Orleans |
| Baxter | William | M | C | 60 | Orleans |
| Beard | Ella | F | A | 94 | Orleans |
| Beard | Sonia | F | A | 50 | Orleans |
| Beason, Sr | Arzell | M | A | 78 | Orleans |

3

| Beatty | Gladys | F | C | 84 | Orleans |
|---|---|---|---|---|---|
| Benjamin | Mary | F | A | 63 | Orleans |
| Benjamin | Nercile | M | A | 82 | Orleans |
| Benjamin | Sterling | M | A | 38 | Orleans |
| Bennett | Carmen | F | H | 56 | St Bernard |
| Bennett | Edith | F | C | 84 | Orleans |
| Berger | Harry | M | C | 84 | Orleans |
| Betzer | Carol | F | C | 72 | Orleans |
| Bilich | Inez | F | C | 87 | Orleans |
| Blackwell | Katherine | F | C | 76 | Orleans |
| Blanchard | Herbert | M | A | 82 | Orleans |
| Blancher | Lawrence | M | C | 79 | Orleans |
| Blancher | Marjorie | F | C | 80 | Orleans |
| Blappert | Gloria | F | C | 81 | Orleans |
| Blutcher | Nettie | F | A | 94 | Orleans |
| Bohnet | Gloria | F | C | 80 | Orleans |
| Bonono | Anna Mae | F | C | 85 | Orleans |
| Bonono | Luke | M | C | 80 | Orleans |
| Boone | Willie | F | A | 80 | Orleans |
| Borges | Errol | M | C | 64 | Jefferson |
| Borne | Samuel | M | A | 73 | Orleans |
| Bosarge | Sarah | F | C | 81 | St Bernard |
| Boss | Bulah | F | A | 51 | Orleans |
| Bourgeois | Joe Lynn | F | C | 57 | Jefferson |
| Bournes | Rayfield | M | A | 54 | Orleans |
| Bowie | Xavier | M | A | 57 | Orleans |
| Bowser | Gloria | F | A | 81 | Orleans |
| Boyd | Arthur | M | A | 48 | Orleans |
| Boyd | Loretta | F | C | 77 | St Tammany |
| Boyle | Eugenie | F | C | 40 | St Bernard |
| Breaux | Eunice | F | C | 76 | St Bernard |
| Breckenridge | Helen | F | A | 77 | Orleans |
| Bridges | Chris | M | A | 34 | Orleans |
| Brinston | Johnny | M | A | 67 | Orleans |
| Brossette | Joseph | M | C | 81 | Orleans |
| Brouchard | Alma | F | C | 83 | Orleans |
| Brouwer | Mabel | F | C | 70 | Orleans |
| Brown | Gerald | M | A | 48 | Orleans |
| Brown | Laurence | M | A | 79 | Orleans |
| Brown | Roosevelt | M | A | 78 | Orleans |
| Brumfield, Sr. | Danny | M | A | 45 | Orleans |
| Brumfield | Mattie | F | A | 70 | Orleans |
| Buckner | Selina | F | A | 97 | Orleans |
| Buras | Lloyd | M | C | 92 | Orleans |
| Burgess | Jannie | F | A | 79 | Orleans |
| Burke | Mary | F | C | 81 | Orleans |
| Burke | Thomas | M | C | 48 | St Bernard |
| Burns | Evelyn | F | C | 97 | St Bernard |
| Burns | Winnie | F | A | 91 | Orleans |
| Buse | Owen | M | C | 68 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Butler | Alex | M | A | 68 | Orleans |
| Butler | Benny | M | A | 72 | St Bernard |
| Butler | Leroy | M | A | 59 | St Bernard |
| Byrd | June | M | A | 72 | Orleans |
| Caixeta | Benilda | F | H | 55 | Orleans |
| Caliste | Frank | M | A | 81 | Orleans |
| Campieri | Joseph | M | C | 88 | Orleans |
| Capetillo | Patsy | F | H | 94 | Orleans |
| Carpenter | Claude | M | C | 61 | Jefferson |
| Carson | Nathaniel | M | A | 49 | Orleans |
| Casby | James | M | A | 52 | Jefferson |
| Casimire | Louise | F | N.Am | 83 | Orleans |
| Castle | Issac | M | A | 58 | Orleans |
| Cevasco | Irma | F | C | 74 | Orleans |
| Chambers | Frank | M | C | 72 | St Bernard |
| Charles | Donald | M | A | 52 | Orleans |
| Cherrie | Onelia | F | A | 91 | Orleans |
| Chester | Ricky | M | A | 45 | Jefferson |
| Clifton | Warren | M | A | 71 | Orleans |
| Coleman | Arnecker | F | A | 35 | Orleans |
| Coleman | Darrel | M | A | 54 | Orleans |
| Coleman | Johnnie | M | A | 76 | Orleans |
| Coleman | Thomas | M | A | 80 | Orleans |
| Collins | Ethel | F | A | 85 | Orleans |
| Collins | Lylton | M | A | 60 | Orleans |
| Comes | Guy | M | C | 91 | Orleans |
| Common | Clarence | M | A | 85 | Orleans |
| Cooley | Wilmer | M | A | 80 | Orleans |
| Cook | Myrtle | F | A | 58 | Orleans |
| Cosse | Walter | M | C | 30 | St Bernard |
| Cotham | Donna | F | C | 41 | Jefferson |
| Cousins | Adele | F | C | 81 | St Bernard |
| Cowsill | Barry | M | C | 50 | Orleans |
| Couvillion | Ned | M | C | 53 | St Bernard |
| Cox | Frances | F | C | 77 | St Bernard |
| Cox | Ronald | M | C | 72 | Orleans |
| Cronan | George | M | C | 74 | Orleans |
| Cronan | Mary | F | C | 78 | Orleans |
| Crutchfield | Wessie | F | A | 73 | Washington |
| Cummings | Norman | M | A | 75 | Orleans |
| Cuquet | Nicholas | M | C | 79 | Orleans |
| Dabon | Stella | F | A | 68 | Orleans |
| D'Arcangelo | Frank | M | C | 66 | Orleans |
| Daigle | Irene | F | C | 83 | St Bernard |
| Dalier | Amelie | F | C | 81 | Orleans |
| Dang | Kan Thi | F | AP | 95 | Orleans |
| Darsam | Mary | F | C | 83 | St Bernard |
| Davis | Calvin | M | A | 77 | Orleans |
| Davis | Donise | F | A | 28 | Orleans |
| Davis | George | M | A | 69 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Davis | John | M | A | 59 | Orleans |
| Davis | Rosemary | F | C | 78 | St Bernard |
| Davis | Tanner | M | A | 84 | Orleans |
| Dawson | Elaine | F | A | 59 | Orleans |
| Day | Duffey | M | A | 72 | Orleans |
| Deadman | William | M | C | 71 | Orleans |
| Deamer | Ella | M | A | 72 | Orleans |
| Deamer | Leslie | M | A | 92 | Orleans |
| Dear | Herman | M | A | 57 | Orleans |
| Deblanc | Elva | F | C | 92 | Orleans |
| Decour | Evangeline | F | A | 76 | Orleans |
| Dees | Clinton | M | A | 60 | Orleans |
| Delafosse | Robert | M | C | 39 | St Bernard |
| Delatte | Zerelda | F | C | 72 | St Bernard |
| Delaune | Alan | M | C | 51 | St Bernard |
| Deluca | John | M | C | 77 | Orleans |
| Denley | Jane | F | C | 80 | St Bernard |
| Dennis | Maggie | F | A | 89 | Orleans |
| Depascual | Agnes | F | C | 81 | St Bernard |
| Dexter, Jr. | Robert | M | C | 63 | Orleans |
| Dickerson | Lawrence | M | A | 22 | Orleans |
| Dieck | Milton | M | C | 85 | Orleans |
| Dimambro | Roger | M | C | 63 | Orleans |
| Dinwiddie | Blanche | F | A | 71 | Jefferson |
| Dorsey | Kemey | F | A | 85 | Orleans |
| Dreher | Katie | F | C | 90 | Orleans |
| Drury | Rita | F | C | 49 | Orleans |
| Ducre | Margaret | F | A | 82 | Orleans |
| Dugar | Ethel | F | A | 61 | Orleans |
| Dugas | Edward | M | C | 80 | St Bernard |
| Duhon | Harrison | M | C | 84 | St Bernard |
| Duhon | Septeme | M | A | 68 | Orleans |
| Dunn | John | M | A | 49 | Orleans |
| Dupas | Harold | M | A | 77 | Orleans |
| Dupor | Gladys | F | A | 51 | Orleans |
| Duvernay | Lorraine | F | A | 79 | Orleans |
| Dyer | Mary | F | A | 72 | Orleans |
| Eaton | Patsy | F | C | 58 | St Bernard |
| Ebanks | Kemron | M | A | 74 | Orleans |
| Edwards | Harry | M | A | 64 | East Baton Rouge |
| Edwards | Joseph | M | A | 45 | Orleans |
| Edwards | Lorraine | F | A | 58 | Orleans |
| Edwards | Marjorie | F | A | 85 | Orleans |
| Eleby | Clementine | F | A | 78 | Orleans |
| Ellis | Amelia | F | A | 71 | Orleans |
| Embry | Russell | M | C | 54 | St Bernard |
| Emerson | Joan | F | C | 57 | St Bernard |
| England | Robert | M | A | 56 | Orleans |
| Estarlich | Michael | M | H | 80 | Orleans |
| Ester | Edward | M | A | 76 | Orleans |

| Ester | Feado | M | A | 87 | Orleans |
|---|---|---|---|---|---|
| Estes | Gregory | M | A | 35 | Orleans |
| Evans | Daniel | M | A | 86 | Orleans |
| Everett | Emmett | M | A | 61 | Orleans |
| Ewale | Tesfalidet | M | A | 66 | Orleans |
| Fahrenholtz | Helen | F | C | 91 | St Bernard |
| Falcone | Michael | M | C | 56 | Jefferson |
| Falley | George | M | A | 90 | Orleans |
| Falley | Shirley | F | A | 73 | Orleans |
| Farzande | Ervin | M | AP | 44 | St Bernard |
| Farzande | John | M | AP | 48 | St Bernard |
| Fazande | Alvin | M | A | 78 | Orleans |
| Fazande | Bernadette | F | A | 78 | Orleans |
| Ferguson | Shelly | F | C | 50 | Orleans |
| Flemming | Clarence | M | C | 64 | Orleans |
| Flint | Prosper | M | A | 77 | Orleans |
| Ford | Alma | F | A | 46 | Orleans |
| Forrest | Hubert | M | C | 86 | Orleans |
| Francis | Ella | F | A | 94 | Orleans |
| Francois | Benjamin | M | A | 99 | Orleans |
| Frazier | Ruby | F | A | 76 | Orleans |
| Freeman | Ethel | F | A | 91 | Orleans |
| Frischertz | Maxine | F | C | 84 | St Bernard |
| Fuhrmann | Caroline | F | C | 92 | Jefferson |
| Funk | Robert | M | C | 60 | Jefferson |
| Gabriel | Eldridge | M | A | 95 | Orleans |
| Gagliano | Charles | M | C | 81 | St Bernard |
| Gagliano | Shirley | F | C | 71 | St Bernard |
| Gaillourd | Wallace | M | C | 76 | Orleans |
| Galatas, Jr | Arthur | M | C | 81 | St Bernard |
| Gallodoro | Tufanio | M | C | 82 | St Bernard |
| Gardener | Mario | M | C | 54 | St Bernard |
| Garrison | Marguerite | F | A | 88 | Orleans |
| Gastinell | Ellery | M | A | 45 | Orleans |
| Gauthier | Ruby | F | A | 80 | Orleans |
| Gayle | Shirley | F | A | 73 | Orleans |
| Gibson | Robert | M | A | 85 | Orleans |
| Gilmore | Ernest | M | A | 51 | Orleans |
| Giuffre | Vincent | M | C | 87 | Orleans |
| Godwin | Catherine | F | C | 61 | St Bernard |
| Godwin | Thelma | F | C | 81 | St Bernard |
| Goffner | Preston | M | A | 59 | Orleans |
| Gonzalez | Dulce Maria | F | H | 80 | Orleans |
| Gonzalez | Maria Delos Angeles | F | H | 52 | Orleans |
| Gonzalez | Rosa | F | H | 74 | Orleans |
| Gordon | Mary | F | C | 51 | Orleans |
| Gourgues | Mary | F | C | 81 | St Bernard |
| Grant | Marcus | M | A | 57 | Orleans |
| Greathouse | David | M | C | 48 | Jefferson |
| Green | Joyce | F | A | 73 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Green | Marion | F | A | 69 | Orleans |
| Green | Rita | F | C | 84 | St Bernard |
| Green | Shanai | F | A | 3 | Orleans |
| Gregg | William | M | C | 76 | St Bernard |
| Griffith | Lorraine | F | A | 64 | Orleans |
| Grimes | Ayrie | M | A | 93 | Orleans |
| Grunik | George | M | C | 72 | St Bernard |
| Gueydan | John | M | C | 81 | Orleans |
| Guillory | Robert | M | A | 51 | Orleans |
| Gulotta | Charles | M | C | 74 | Orleans |
| Gulotta | Dorothy | F | C | 63 | Orleans |
| Gurtner | Ura | F | C | 85 | St Bernard |
| Hackett | Gertrude | F | A | 69 | Orleans |
| Hains | Gilda | F | A | 50 | Orleans |
| Hall | Azemo | M | A | 78 | Orleans |
| Hall | Carrie | F | A | 78 | Orleans |
| Hall | Raymond | M | A | 89 | Orleans |
| Hamilton | Mary | F | A | 79 | Orleans |
| Hardeman | Iris | F | A | 51 | Orleans |
| Harold | Rosa | F | C | 65 | Orleans |
| Harris | Pearl | F | A | 100 | Orleans |
| Harris | Rudulph | M | A | 73 | Orleans |
| Hart | Martha | F | C | 64 | Orleans |
| Hartdegend | Shirley | F | C | 78 | St Bernard |
| Harvey | Oliver | M | A | 100 | Orleans |
| Hawkins | Mary | F | A | 78 | Orleans |
| Haynes | Paul | M | A | 78 | Orleans |
| Haywood | Mattie | F | A | 85 | Orleans |
| Hebert | Isabelle | F | A | 52 | Orleans |
| Hebert | Wilbur | M | C | 67 | St Bernard |
| Henry | Edmond | M | A | 97 | Orleans |
| Henry | Gladys | F | A | 83 | Orleans |
| Henry | Janice | F | A | 53 | Orleans |
| Henry | Thomas | M | A | 55 | Orleans |
| Herbert | Ethel | F | A | 82 | Orleans |
| Herndon | Rosemary | F | C | 75 | St Bernard |
| Heyl | Norris | F | C | 79 | Orleans |
| Hilborn | Jules | M | C | 86 | Orleans |
| Hilliard | Kevin | M | A | 43 | Orleans |
| Hingle | Celeste | F | C | 85 | Plaquemines |
| Hingle | Dorothy | F | C | 83 | St Bernard |
| Hinkel | Audrey | F | C | 72 | Orleans |
| Holland | Dorothy | F | C | 80 | Orleans |
| Holloman | Dorothy | F | A | 68 | Orleans |
| Holloway | Delia | F | A | 82 | Orleans |
| Holmes | Vincent | M | A | 47 | Orleans |
| Holton | Alma | F | A | 95 | Orleans |
| Hose | Amelia | F | C | 102 | Orleans |
| Hotard | Bonafacia | F | H | 77 | Jefferson |
| Howard | Lethea | F | A | 57 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Howley | John | M | C | 44 | Jefferson |
| Huard | George | M | C | 91 | St Bernard |
| Humphrey | Adella | F | H | 89 | Orleans |
| Humphrey | Daisy | F | A | 89 | Orleans |
| Humphrey | Lloyd | M | A | 93 | Orleans |
| Husband | Herman | M | A | 47 | Orleans |
| Hutcherson, Jr. | George | M | C | 78 | Orleans |
| Hymel | Daryl | M | C | 50 | Orleans |
| Hymel | Edgar | M | C | 50 | Orleans |
| Hutzler | Alice | F | C | 90 | St Bernard |
| Jachim | Robert | M | C | 83 | Orleans |
| Jacko | Karnettia | F | A | 26 | Orleans |
| Jackson | Alcede | M | A | 83 | Orleans |
| Jackson | Antonia | F | A | 90 | Orleans |
| Jackson | Eddie | M | A | 97 | Orleans |
| Jackson | Elizabeth | F | A | 81 | Orleans |
| Jackson | Ernelda | F | A | 78 | Orleans |
| Jackson | Ernestine | F | A | 64 | Orleans |
| Jackson | Gladys | F | A | 95 | Orleans |
| Jackson | James | M | A | 75 | Orleans |
| Jackson | James | M | A | 47 | Jefferson |
| Jackson | Myrtle | F | A | 75 | Orleans |
| Jackson | Rocksey | F | A | 65 | Orleans |
| Jackson | Rosa | F | A | 86 | East Baton Rouge |
| Jackson | Royal | M | A | 80 | Orleans |
| Jackson | Russell | M | A | 63 | Orleans |
| Jacksn-Daly | Nora | F | A | 83 | Orleans |
| Jacques | Dorothy | F | A | 87 | Orleans |
| James, Sr | Arthur | M | A | 54 | Orleans |
| James | Geneva | F | A | 98 | Jefferson |
| James | Gertie | F | A | 87 | Orleans |
| James | Keith | M | A | 47 | Orleans |
| James | Michael | M | A | 31 | Orleans |
| Jefferson | Aleria | F | A | 69 | Orleans |
| Jenkins | Georgia | F | C | 57 | St Bernard |
| Jenkins | Joseph | M | C | 57 | St Bernard |
| Jenkins | Thomas | M | A | 64 | Orleans |
| Johns | Delores | F | A | 45 | Orleans |
| Johns | Lydia | F | C | 82 | Orleans |
| Johnson | Althea | F | A | 60 | Orleans |
| Johnson | Gerald | M | A | 34 | Orleans |
| Johnson | Geraldine | F | A | 57 | Orleans |
| Johnson | James | M | A | 47 | Orleans |
| Johnson | John | M | A | 76 | Orleans |
| Johnson | Mabel | F | C | 88 | St Bernard |
| Johnson | Mary | F | A | 68 | Orleans |
| Johnson | Preston | M | A | 25 | Unknown |
| Johnson | Willie | M | A | 59 | Orleans |
| Johnston | Anthony | M | C | 96 | Orleans |
| Jolly | Thomas | M | C | 85 | Orleans |

| Jones | Anthony | M | A | 32 | Orleans |
|---|---|---|---|---|---|
| Jones | Ella | F | C | 80 | Orleans |
| Jones, Sr | Cornelius | M | A | 79 | Jefferson |
| Jones | George | M | A | 86 | Orleans |
| Jordan | Vicki | F | C | 38 | St Bernard |
| Joseph | Mayola | F | A | 47 | Orleans |
| Joseph | Ruby | F | A | 94 | Orleans |
| Kafoed | Malcolm | M | C | 88 | Jefferson |
| Keelen | Salvadore | M | A | 62 | Orleans |
| Keiffer, Sr | Armstead | M | A | 62 | Orleans |
| Keller | Darryl | M | A | 51 | Orleans |
| Keller | Raymond | M | A | 52 | Orleans |
| Kennerson | Joey | M | A | 13 | Orleans |
| Kessner | John | M | C | 60 | St Bernard |
| Kinard | Shelton | M | A | 55 | Orleans |
| Kingston | Nathaniel | M | A | 83 | Orleans |
| Kinsey | Gretta | F | A | 61 | Orleans |
| Knight | Iris | F | C | 76 | St Bernard |
| Knight | Jimmie | M | A | 75 | Orleans |
| Kramer | Mildred | F | C | 85 | Orleans |
| Krause | Claris | F | C | 87 | St Bernard |
| Krennerich | Edith | F | C | 84 | St Bernard |
| Kuyt | Peter | M | C | 75 | Orleans |
| Labanca | Carmen | F | C | 95 | Orleans |
| LaBasse | Daniel | M | C | 78 | Orleans |
| Labat | Mary | F | C | 84 | St Bernard |
| LaCarbiere | John | M | A | 46 | Orleans |
| Lachney | Clifton | M | C | 71 | Orleans |
| Lachney | Jeffrey | M | C | 28 | Orleans |
| LaCoste | Althea | F | A | 73 | Orleans |
| Laddin | Ronald | M | C | 64 | Orleans |
| Lafayette | James | M | A | 97 | Orleans |
| Lagasse | Merle | F | C | 76 | Orleans |
| Lainez | Albertine | F | A | 86 | Orleans |
| Lala | Athea | F | C | 76 | Orleans |
| Lala | George | M | C | 74 | Orleans |
| Landry | Carla | F | A | 44 | Orleans |
| Landry-Prevost | Lilitha | F | A | 39 | St John |
| Landry | Muronda | F | A | 34 | Orleans |
| Landry | Neomi | F | A | 78 | Orleans |
| Larive | Lurnice | M | A | 83 | Orleans |
| Larive | Leroy | M | C | 85 | Orleans |
| Larmeu | Elvera | F | C | 84 | Orleans |
| Larre | Helen | F | C | 91 | St Bernard |
| Lastie | Cynthia | F | A | 48 | Orleans |
| Latino | Marie | F | A | 20 | Orleans |
| Laudumiey | Mathilde | F | C | 55 | Orleans |
| Laur | John | M | C | 85 | Orleans |
| Lawrence | Willie | M | A | 47 | Orleans |
| Lawrence | Wesley | M | A | 49 | Orleans |

| Leblanc | Gladys | F | C | 89 | St Bernard |
|---|---|---|---|---|---|
| LeBourgeois | Julia | F | C | 75 | Orleans |
| Lee | Simon | M | C | 88 | Orleans |
| Levasseur | Carl | M | C | 49 | Orleans |
| Lewis | Doneika | F | A | 14 | Orleans |
| Lewis | Nicole | F | A | 36 | Orleans |
| Lewis | Patricia | F | A | 53 | Orleans |
| Lewis | Rickie | M | A | 53 | Orleans |
| Lind | Mary | F | C | 91 | St Bernard |
| Lluzza | Dominique | F | C | 53 | St Bernard |
| Long | James | M | C | 56 | Orleans |
| Lonon | Mary | F | A | 87 | Orleans |
| Lopez | Frank | M | C | 60 | Orleans |
| Lopez | Todd | M | H | 42 | St Bernard |
| Lott | Shirley | M | C | 93 | St Bernard |
| Louper | Edmund | M | A | 75 | Orleans |
| Louros | Harry | M | C | 90 | St Bernard |
| Love, Sr | Herbie | M | A | 45 | Orleans |
| Lozes | Martha | F | C | 85 | Orleans |
| Lucas | Gregory | M | A | 48 | Orleans |
| Lurie | Linda | F | C | 72 | Orleans |
| Lynch | Elizabeth | F | C | 87 | Orleans |
| Lyons | Leola | F | A | 71 | Orleans |
| Madison | Ronald | M | A | 40 | Orleans |
| Mahaney | Peggy | F | C | 74 | St Bernard |
| Major | Frankie | M | A | 47 | Orleans |
| Major | Joseph | M | A | 39 | St Bernard |
| Mancuso | Mary | F | C | 87 | Orleans |
| Manuel | Jacqueline | F | A | 65 | Orleans |
| Marcellas | Willia | F | A | 90 | Orleans |
| Mares | Shirley | F | C | 81 | St Bernard |
| Maurino | Louise | F | C | 45 | Orleans |
| Marks | George | M | A | 74 | Orleans |
| Marsala | Edna | F | C | 95 | Orleans |
| Marshall, Jr | John | M | A | 66 | Orleans |
| Martin | Cecile | F | C | 95 | Orleans |
| Martin | Mary | F | A | 68 | Orleans |
| Martin | Plummie | F | A | 92 | Orleans |
| Martinez | Willie | M | A | 84 | Orleans |
| Martinolich | August | M | C | 68 | St Bernard |
| Masino | Joyce | F | C | 82 | Orleans |
| Mason | Arthur | M | C | 88 | Orleans |
| Matthews | Rendy | F | A | 86 | Orleans |
| May | Jessie | F | A | 79 | Orleans |
| Mayfield | Irvin | M | A | 64 | Orleans |
| Mayfield | Lee | M | A | 41 | Orleans |
| Mc Caddy | Paul | M | A | 69 | Orleans |
| Mc Cray | William | M | A | 71 | Orleans |
| Mc Donald | Matthew | M | C | 41 | Out Of State |
| Mcguire | Joyce | F | C | 77 | St Bernard |

| Mc Manus | Wilda | F | A | 70 | Orleans |
|---|---|---|---|---|---|
| McWilliams | Darrell | M | A | 48 | Orleans |
| Mejia | Lidia | F | O | 84 | Orleans |
| Melancon | Ethel | F | C | 90 | Jefferson |
| Melerine | Lucille | F | C | 85 | St Bernard |
| Meyer | Earl | M | C | 80 | St Bernard |
| Meyer | Helen | F | C | 79 | St Bernard |
| Meyer | Shirley | F | C | 83 | St Bernard |
| Migllore | Rose | F | C | 80 | Orleans |
| Milanez | George | M | A | 59 | Orleans |
| Miller, Sr | Arthur | M | A | 78 | St Bernard |
| Miller | Willie | M | A | 82 | Orleans |
| Montalbano | Helen | F | C | 85 | St Bernard |
| Moore | Mary | F | A | 64 | Orleans |
| Mora | Edward | M | A | 56 | Orleans |
| Morales | Laureta | F | C | 92 | St Bernard |
| Morang | Robert | M | C | 70 | Orleans |
| Morant | Mary | F | A | 52 | Orleans |
| Moreland | Ned | M | A | 81 | Orleans |
| Morrow | Curtis | M | A | 60 | St Bernard |
| Mortellaro | Helen | F | C | 83 | Orleans |
| Mosby | Veola | F | A | 79 | Orleans |
| Mosgrove | Stephen | M | C | 60 | St Bernard |
| Moss | Roy | M | A | 55 | Orleans |
| Muhoberac | Matthew | M | C | 79 | St Bernard |
| Mullen | Matilda | F | C | 78 | Orleans |
| Mumphrey | Joel | F | C | 76 | St Bernard |
| Muse | Johnathan | M | A | 18 | Orleans |
| Napoleon | William | M | A | 60 | Orleans |
| Navis | Frances | F | C | 80 | St Bernard |
| Neely | Michael | M | C | 52 | Orleans |
| Nelson | Elaine | F | C | 90 | Jefferson |
| Nettles | Ashley | F | A | 10 | Orleans |
| Nicholas | Joseph | M | A | 83 | Orleans |
| Nora | Edward | M | A | 66 | Orleans |
| Northon | Olga | M | C | 92 | Orleans |
| Norwood | Mary | F | A | 71 | Orleans |
| O'Connor | Fabiola | F | C | 85 | St Bernard |
| Olivier | Helen | F | C | 82 | Orleans |
| Olsen | Mary | F | C | 78 | Orleans |
| Orduna | Louis | M | C | 90 | Orleans |
| Owney | Bernadine | F | A | 61 | Orleans |
| Pace | Maria | F | C | 79 | Orleans |
| Parker | George | M | A | 56 | Orleans |
| Parker | Janet | F | C | 88 | St Bernard |
| Parker | Margaret | F | C | 62 | St Tammany |
| Parker | Rose | F | C | 83 | Orleans |
| Parr | Carol Ann | F | C | 59 | St Bernard |
| Parr | Norman | M | C | 69 | St Bernard |
| Perkins | George | M | A | 78 | Orleans |

| Pelitere | Peter | M | C | 70 | Jefferson |
|---|---|---|---|---|---|
| Pereira | Yvette | F | C | 54 | Orleans |
| Perret | Helen | F | C | 90 | St Bernard |
| Peters | Jerry | M | A | 64 | Orleans |
| Peters | Reynette | F | A | 87 | Orleans |
| Peyton | Virginia | F | C | 68 | Orleans |
| Phillips | Beverly | F | A | 65 | Orleans |
| Phillips | Winston | M | A | 81 | Orleans |
| Pichon | Dorothy | F | C | 76 | Orleans |
| Pierre | Ernest | M | A | 68 | Orleans |
| Pierre | Juanita | F | A | 69 | Orleans |
| Pinkney | Thelma | F | C | 76 | Orleans |
| Pino | Rosemary | F | C | 83 | St Bernard |
| Platt | Louise | F | C | 63 | Orleans |
| Poissenot | Emile | M | C | 89 | St Bernard |
| Poladura | Helen | F | C | 86 | Orleans |
| Polmer | Rachel | F | C | 64 | Orleans |
| Ponseti | Marvin | M | C | 75 | Orleans |
| Porter | William | M | A | 75 | Orleans |
| Preston | Leon | M | A | 70 | Orleans |
| Price | Douglas | M | A | 43 | Orleans |
| Price | Julius | M | A | 22 | Orleans |
| Prima | Joseph | M | C | 86 | Orleans |
| Prusinski | Jerome | M | C | 86 | Orleans |
| Rambo | Glenn | M | C | 34 | St Bernard |
| Randall | Gladys | F | C | 81 | St Bernard |
| Randolph | Isaac | M | A | 81 | Orleans |
| Ransom | Verina | F | A | 49 | Orleans |
| Rashkin | Janet | F | C | 80 | St Bernard |
| Rasmussen | Muriel | F | C | 90 | Orleans |
| Ray | Eddie | M | A | 59 | Orleans |
| Reacord | Althea | F | A | 78 | Orleans |
| Reeves | Olampia | F | A | 87 | Orleans |
| Reysack | Richard | M | C | 81 | St Bernard |
| Richard | Edward | M | A | 83 | Orleans |
| Richard | Sandra | F | C | 58 | Orleans |
| Richards | Milton | M | A | 62 | Orleans |
| Richburg | LeJohn | M | A | 60 | Orleans |
| Rickie | Jeanne | F | C | 93 | Orleans |
| Riehm | Elizabeth | F | C | 82 | Jefferson |
| Riehms | Clarise | F | C | 75 | Plaquemines |
| Risper | Leonard | M | A | 74 | Orleans |
| Rivers | Rufus | M | C | 77 | St Bernard |
| Rizzo | Virginia | F | C | 98 | Orleans |
| Roark | Rebecca | F | C | 61 | St Bernard |
| Roberts | Dana | F | C | 43 | Out Of State |
| Robertson | Arthur | M | A | 88 | Orleans |
| Robertson | Ethel | F | A | 84 | Orleans |
| Robichaux | Edward | M | A | 61 | Orleans |
| Robichaux | John | M | A | 91 | Orleans |

| Robichaux | Virgie | F | A | 86 | Orleans |
|---|---|---|---|---|---|
| Robin | Jean | F | C | 78 | Orleans |
| Pizzuto-Robino | Bernice | F | C | 80 | St Bernard |
| Robinson | Bessie | F | A | 64 | Orleans |
| Robinson | Pearl | F | A | 82 | Orleans |
| Rocha | Alberto | M | H | 87 | Orleans |
| Rock | Edgar | M | A | 81 | Orleans |
| Rodgers | Zola | F | C | 77 | Orleans |
| Rodrigue | Eva | F | C | 93 | St Bernard |
| Rodriguez | Jose | M | H | 78 | Orleans |
| Roessler | Guadalupe | F | H | 79 | Orleans |
| Romero | Manuel | M | H | 84 | Orleans |
| Romero | Margarita | F | H | 88 | Orleans |
| Roquevert | Louis | M | C | 79 | Orleans |
| Ross | Elizabeth | F | C | 55 | St Bernard |
| Roy | Eddie | M | A | 63 | Orleans |
| Rulh | Ruth | F | C | 75 | Orleans |
| Russell | John | M | C | 80 | St Bernard |
| Russell | Robert | M | A | 37 | Orleans |
| Ryan | Georgia | F | C | 82 | St Bernard |
| Ryan | Van | M | C | 84 | St Bernard |
| Ryburn | Alma | F | C | 83 | Unknown |
| Saia | Darlene | F | C | 54 | St Bernard |
| Sanfilippo | Antonia | F | C | 79 | St Bernard |
| Sauter | Fritz | M | C | 48 | Orleans |
| Savoca | Nicholas | M | C | 75 | Orleans |
| Savoie | Rose | F | C | 91 | St Bernard |
| Scariano | Louise | F | C | 88 | Orleans |
| Schielder | Anna | F | C | 75 | St Bernard |
| Schiro | Cynthi | F | C | 50 | St Bernard |
| Schiro | Delores | F | C | 87 | St Bernard |
| Schiro, Jr. | Jake | M | C | 54 | St Bernard |
| Schneider | Catherine | F | C | 81 | Orleans |
| Schultz | Irma | F | C | 76 | Orleans |
| Schultz | John | M | C | 78 | Orleans |
| Scott | Austin | M | A | 66 | Orleans |
| Scott | Bereita | F | A | 87 | Orleans |
| Seeger | Elaine | F | C | 90 | Orleans |
| Seifker | Henry | M | C | 70 | St Bernard |
| Sennette | Janie | F | A | 93 | Orleans |
| Serou | Gordon | M | C | 67 | Orleans |
| Serpas | Nellie | F | C | 87 | Orleans |
| Sevalia | Barbara | M | A | 55 | Orleans |
| Sevalia | Victoria | F | A | 93 | Orleans |
| Shanks | Isaac | M | A | 43 | Jefferson |
| Shannon | Edna | F | C | 90 | Orleans |
| Shaw | Jerry | M | A | 46 | Orleans |
| Shaw | William | M | A | 82 | Orleans |
| Shepherd | Walter | M | A | 48 | Orleans |
| Sherman | Lillian | F | C | 92 | Orleans |

14

| | | | | | |
|---|---|---|---|---|---|
| Sherman | Rose | F | A | 88 | Orleans |
| Sherman | Scott | M | C | 54 | Orleans |
| Sherrod | Naomi | F | C | 84 | Orleans |
| Signal | Pamela | F | A | 41 | Orleans |
| Simmons | Arthur | M | A | 91 | Orleans |
| Simmons, Jr | Levie | M | A | 69 | Orleans |
| Simon | Richard | M | A | 53 | Orleans |
| Simpson | Mary | F | C | 60 | St Bernard |
| Sindibaldi | Albert | M | C | 87 | Orleans |
| Singagliese | Brian | M | A | 34 | Out Of State |
| Singelmann | Pauline | F | C | 84 | Orleans |
| Singleton | Bennie | M | A | 74 | Orleans |
| Sires | Louise | F | C | 93 | St Bernard |
| Smallwood Jr | Matthew | M | A | 62 | St Bernard |
| Smith | Darren | M | A | 44 | Orleans |
| Smith | Elvira | F | H | 66 | Orleans |
| Smith | Freddie | M | A | 61 | St Bernard |
| Smith | John | M | A | 48 | Orleans |
| Smith | Lincoln | M | A | 80 | Orleans |
| Smith | Marsha | F | C | 57 | Jefferson |
| Smooth | Ersell | F | A | 33 | Orleans |
| Smith | Velzie | F | A | 84 | Orleans |
| Smooth | Kendra | F | A | 16 | Orleans |
| Smooth | Kendricka | F | A | 18 | Orleans |
| Snowden | Cynthia | F | C | 46 | Orleans |
| Sparks | Edward | M | A | 54 | Orleans |
| Sparks | Susie | F | A | 46 | Orleans |
| Spichiger | Jean | M | H | 69 | Orleans |
| St Pe | Robert | M | C | 60 | Orleans |
| Stafford, Sr | Henry | M | C | 63 | St Bernard |
| Stafford | Joseph | M | A | 65 | Orleans |
| Stafford | Mary | F | C | 78 | Orleans |
| Starks | Edward | M | A | 58 | Orleans |
| Sterns | Marian | F | C | 56 | St Bernard |
| Stevens | Eleanor | F | C | 84 | Orleans |
| Stewart | Charles | M | C | 68 | Orleans |
| Stewart | Karl | M | A | 39 | Orleans |
| Stewart | Onita | F | A | 70 | Orleans |
| Stieber | Marian | F | C | 79 | Orleans |
| Stieber | Raymond | M | C | 89 | Orleans |
| Stipelcovich | Betty | F | C | 51 | Plaquemines |
| Strong | Nelia | F | A | 87 | Orleans |
| Sullivan | John | M | C | 37 | St Bernard |
| Sutton | Edith | F | A | 85 | Orleans |
| Swan | Alvin | M | C | 68 | Jefferson |
| Swiber | Madeline | F | C | 69 | Orleans |
| Sylvester | Patricia | F | A | 50 | Orleans |
| Tate | Allen | M | A | 56 | Orleans |
| Taitt | Herman | M | A | 83 | Orleans |
| Tappan | Donald | M | C | 73 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Taylor | Ronald Lee | M | A | 51 | Unknown |
| Temple | Tommie | M | A | 68 | Orleans |
| Thibodeaux | Emma | F | C | 0 | St Tammany |
| Teno | Joseph | M | A | 62 | Orleans |
| Thomas | Earl | M | A | 87 | Orleans |
| Thomas | Meddie | M | A | 61 | Orleans |
| Thomas | Rodney | M | A | 82 | Orleans |
| Thomas | Shelly | M | A | 52 | Orleans |
| Thomason | Michael | M | C | 51 | St Bernard |
| Thomopolous | Donna | F | C | 62 | St Bernard |
| Thompson | Charles | M | A | 58 | Orleans |
| Thompson | Minnie | F | C | 80 | Orleans |
| Thornton | Lillie | F | A | 99 | Orleans |
| Thrift | Carl | M | A | 57 | Orleans |
| Tidwell | Rosalie | F | C | 83 | Orleans |
| Tidwell | Roy | F | C | 82 | Orleans |
| Tobias | Daisy | F | A | 53 | Orleans |
| Torrence | George | M | C | 43 | St Bernard |
| Toups | Alice | F | C | 82 | Orleans |
| Toups | Beulah | F | C | 94 | Jefferson |
| Name withheld at the family's request. | | M | C | 92 | Orleans |
| Tran | Hong | M | AP | 71 | Orleans |
| Trentecosta | Mary | F | C | 77 | St Bernard |
| Turner | Ebert | M | A | 74 | Orleans |
| Turner | John | M | C | 63 | Orleans |
| Turner | Meaher | M | C | 85 | Orleans |
| Ulmer | James | M | A | 70 | Orleans |
| Urquhart | Anna | F | C | 75 | Orleans |
| Valteau | Wendell | M | A | 58 | Orleans |
| Varnado | Aden | F | A | 74 | Orleans |
| Varnado | Willa Mae | F | A | 67 | Orleans |
| Vaughn | Pamela | F | A | 53 | Orleans |
| Veal | Mable | F | A | 74 | Orleans |
| Venison | Lee | M | A | 65 | Orleans |
| Verret | Almeda | F | C | 73 | St Bernard |
| Vidrios | Inez | F | C | 81 | St Bernard |
| Wagner | Mary | F | C | 94 | Orleans |
| Walker | Shirley | F | C | 65 | Orleans |
| Walker | Willie | M | A | 78 | Orleans |
| Waller | Genevieve | F | C | 48 | Jefferson |
| Warden | Rita | F | C | 83 | Orleans |
| Warren | James | M | A | 67 | Orleans |
| Washington | Celina | F | A | 70 | Orleans |
| Washington | James | M | A | 60 | Orleans |
| Washington | Rita | F | A | 82 | Orleans |
| Watson | Iretha | F | A | 89 | Orleans |
| Watson | Monroe | M | A | 69 | Orleans |
| Watts | Wilbur | M | C | 84 | Orleans |
| Weathers | James | M | C | 29 | Orleans |
| Weathersby | Mary | F | A | 96 | Orleans |

| Weathersby | Maurice | M | A | 50 | Orleans |
|---|---|---|---|---|---|
| Weaver | James | M | C | 83 | Orleans |
| Webster | Phyllis | F | A | 60 | Orleans |
| Webster | Thomas | M | A | 77 | Orleans |
| Wesley | Harrison | M | A | 92 | Orleans |
| White | Helen | F | A | 54 | Orleans |
| Wickem | Joan | F | A | 60 | Jefferson |
| Wilder | James | M | A | 72 | Orleans |
| Williams | Audrey | F | A | 71 | Orleans |
| Williams | Clarence | M | A | 56 | Orleans |
| Williams | David | M | A | 74 | Orleans |
| Williams | George | M | A | 77 | Orleans |
| Williams | Joseph | M | A | 73 | Orleans |
| Williams | Lawrence | M | A | 56 | Orleans |
| Williams | Lionel | M | A | 49 | Orleans |
| Williams Jr | Paul | M | A | 60 | Orleans |
| Williams | Rosetta | F | A | 79 | Orleans |
| Williams | Roy | M | A | 19 | Orleans |
| Williams | Walter | M | A | 61 | Orleans |
| Williams | Yolanda | F | A | 50 | Orleans |
| Wilson | Madge | F | A | 83 | Orleans |
| Wilson | Raymond | M | A | 63 | Orleans |
| Wimberly | Hattie | F | A | 65 | Orleans |
| Woods | Alphonse | M | A | 77 | Orleans |
| Woods | Samuel | M | A | 72 | Orleans |
| Wright | Joseph | M | C | 89 | Orleans |
| Young | Elzie | M | A | 80 | Orleans |
| Young | Gloria | F | C | 79 | St Bernard |
| Young | John | M | A | 44 | Orleans |
| Young | Lynus | M | C | 85 | Orleans |
| Young | Robert | M | A | 85 | Orleans |
| Youngblood | Carolyn | F | A | 42 | Orleans |
| Zumpe | Walter | M | C | 85 | Orleans |

-end-

17

Louisiana Department of Health & Hospitals

Page 1 of 2

print | close

← Back to News



# NEWS RELEASE



Wednesday, February 08, 2006
Contact: Bureau of Media & Communications; (225) 342-1532

## DHH Reports Katrina-Related Milestones

Baton Rouge — The Department of Health and Hospitals today reports two milestones have been achieved at the Victim Identification Center in Carville. According to Dr. Louis Cataldie, state medical examiner, the number of unidentified human remains is now less than 100, with one of the newly identified being the body of Mrs. Ethel Herbert.

Although the family of Herbert has been searching for information about her whereabouts since September, it was following a conversation between Herbert's daughter, Denise, and Louisiana Governor Kathleen Blanco at a meeting in Atlanta in January that officials could make a preliminary identification.

Cataldie says it was this meeting that led his team of forensic experts in Carville to tentatively identify a body in the Carville morgue as that of Herbert. This initial identification then allowed a team of DNA experts at the Find Family National Call Center in Baton Rouge to begin researching a *family tree* of Herbert's relatives. A family tree is used to determine from which relatives to seek DNA samples in order to attempt a positive identification.

"Ultimately, the DNA team requested and got DNA samples from four of Mrs. Herbert's children," Cataldie explained. "From these samples and the resulting scientific analysis, we then positively identified the remains of Mrs. Herbert."

As of today, 27 identifications have resulted from DNA analysis. Cataldie reminds families that even in spite of it taking almost four months to secure the funding for DNA analysis, this process is still somewhat lengthy.

"Although many individuals provided DNA samples months ago, this case illustrates how we need to get DNA samples from several family members in order to ensure a positive identification," he added.

With the identification of Herbert, whose body will be released from the Victim Identification Center this week, and several others, there are now only 96 unidentified bodies or remains at the Carville site. Of these, there are tentative identifications for at least 36 of the bodies.

"I realize we still have a long way to go, but breaking the barrier of having less than 100 unidentified bodies is a morale victory for the staff at the morgue who have worked tirelessly to reunite families," he said.

The most recent statistics from the Carville Victim Identification Center are included below.

Also, these statistics, and those from the Find Family Call Center, are updated daily. They can be found at www.katrinamissing.dhh.louisiana.gov.

## Feb. 8, 2006:
## Updated Number of Deceased Victims Recovered Following Hurricane Katrina

Louisiana Department of Health & Hospitals

Page 2 of 2

- **Recovered Bodies** – At this time, state officials, working in conjunction with coroners from local parishes, have recovered **1,102** bodies.

- **Victim Identification Center (Carville) Totals:**

      909 – Total bodies examined at the morgue
      691 – Released to Families
      120 – Ready to be released; attempting to locate family members
        2 – Identified; not ready for release
       96 – Identity unknown (decreased from 114 on 1/30/2006)

- **Released Bodies** – On Jan. 30, DHH reported 678 bodies had been released to families. Today, that number has been updated to **691** released bodies

      668 – Storm-related deaths (see attachment.)
       23 – Medical examiner cases not storm-related

- **Demographic Breakdown of the 668 Storm-Related Deaths:**

      **Race:** African-American - 355 bodies (52% of total); Asian-Pacific – 5 (1%); Caucasian – 290 bodies (44%); Hispanic – 15 (2%); Native American – 2 (<1%); Other – 1 (< 1%.)

      **Gender:** 341 males (52%), 327 females (48%).

      **Parish of Residence:** Jefferson – 28, Orleans – 507, Plaquemines – 3, St. Bernard – 118, St. Tammany – 2, Washington – 1, unknown – 3, out of state – 3, St. John – 1, East Baton Rouge – 2.

- **Deceased Victims Reported by Other Parish Coroners:**

      Ascension – 9              Assumption – 3
      East Baton Rouge – **72**      Iberia – **6**
      Jefferson – **30**             Lafourche – 2
      Livingston – **5**             Plaquemines – 3
      St. Charles – **8**            St. Tammany – 7
      Tangipahoa – **26**            Terrebonne – 19
      West Baton Rouge – **3**

© 2006 Louisiana Department of Health and Hospitals