**MINUTE ENTRY**
**DUVAL, J.**
**NOVEMBER 15, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION "K"(2)** |
| | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**
**REC. DOCS. 1497**

# ORAL ARGUMENT

(06-6479): MOTION to Remand to State Court by Shirley Chamberlain, Robert Chamberlain, filed 10/6/06.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  CYNTHIA CRAWFORD

APPEARANCES:  Gary Pendergast, Beverly Delaunne, & Ashton Johnson

Case called.  All present and ready.
Oral argument by parties.
This matter is SUBMITTED.
Court adjourns at 10:51 a.m.

JS-10 (:35)