UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K" (2) |
| _____ | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| | * | |
| ST. RITA: *CONLON*, CASE NO. 06-9321 | * | MAG. WILKINSON |
| _____ | * | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, plaintiff, Susan Conlon, appearing herein as Executrix of the Succession of Janet Rashkin, requests that the Court grant oral argument on the Plaintiff's Motion to Remand. Plaintiff believes that oral argument will assist the Court in deciding the issues.

Accordingly, Plaintiff requests oral argument on the foregoing motion.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN, LLP**

S/ Louis L. Gertler_____
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorneys for Susan Conlon

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 17th day of November, 2006

<u>S/ Louis L. Gertler                        </u>