UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY and** | * | **SECT. C** |
| **APARICIO, WALKER & SEELING** | * | **MAG. 4** |

**************************************************

### PARTIAL MOTION FOR SUMMARY JUDGMENT
### REGARDING AGENCY BAD FAITH ALLEGATIONS

NOW INTO COURT, through undersigned counsel, comes defendant, Aparicio, Walker & Seeling Inc., who respectfully moves for a Partial Motion for Summary Judgment on the grounds that the bad faith allegations and claims for statutory penalties and attorney's fees against the defendant agent should be dismissed with prejudice and at plaintiff's costs all of for the reason set forth more fully in the Memorandum un Support hereof.

Respectfully submitted:

UNGARINO & ECKERT, LLC

_____
WILLIAM H. ECKERT (#18591), T.A.
DAVID I. BORDELON (#16815)
STEPHEN M. GELÉ (#22385)
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 836-7556
Fax:         (504) 836-7566
Email:       beckert@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 15, 2006.

_____
WILLIAM H. ECKERT