# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-7540** |
| | * | |
| **ENCOMPASS INSURANCE COMPANY and** | * | **SECT. C** |
| **APARICIO, WALKER & SEELING** | * | **MAG. 4** |

**************************************************

## MEMORANDUM IN SUPPORT OF PARTIAL MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

This Memorandum is filed on behalf of defendant, Aparicio, Walker & Seeling Inc, ("agent") in support of agent's Partial Motion for Summary Judgment.

This is a hurricane claim. Suit has been filed against various defendants including the agent who allegedly assisted in providing and/or procuring insurance on behalf of plaintiff. The plaintiff Petition/Complaint asserts that plaintiff is entitled to recover certain bad faith damages including penalties and attorney's fees related to the processing and/or handling of the hurricane claim.

Agent is not an insurance company and, therefore, is not subject to bad faith penalties and attorney's fees provided for under Louisiana Law including but not limited to 22:1220 and/or 22:695 et seq. Accordingly, any claims alleging entitlement to such bad faith penalties and attorney's fees against the agent should be dismissed with prejudice and at plaintiff(s)' costs.

Agent previously requested that these claims be dismissed and forwarded a Partial Motion to Dismiss same. Please see correspondence and Motion to Dismiss to plaintiff counsel, attached hereto as Exhibit "A" in globo. No response has been received.

Respectfully submitted:

UNGARINO & ECKERT, LLC

WILLIAM H. ECKERT (#18591), T.A.
DAVID I. BORDELON (#16815)
STEPHEN M. GELÉ (#22385)
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:    (504) 836-7556
Fax:          (504) 836-7566
Email:        beckert@ungarino-eckert.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 06, 2006.

WILLIAM H. ECKERT

# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH *
MICHAEL J. TARLETON †
BRYAN E. LEGE
CHRISTOPHER B. JOFFRION
DAVID P. SULLIVAN ‡
BRUCE D. BEACH *

\* Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi

## LOUISIANA OFFICES
*New Orleans   Baton Rouge*
*Shreveport   Lafayette*

## MISSISSIPPI OFFICES
*Jackson   Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7556
FAX: (504) 836-7566

E-MAIL: beckert@ungarino-eckert.com

STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON

K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
ALEJANDRO COBAR
KELLY O. THIBEAUX

SPECIAL COUNSEL
DAVID C. KIMMEL
KAREN G. ARENA

November 6, 2006

*VIA FACSIMILE: (504) 529-3700*
David E. Kavanagh, Esq.
Weeks, Kavanagh & Rendeiro
810 Union Street – 2nd Floor
New Orleans, LA 70112

> Re:   Melanie Palmer vs. Encompass Ins. Co., et al.
>        Claim No. 2022724
>        Our File No. 5-9798

Dear David:

Enclosed please find a Partial Motion and Order to Dismiss the Bad Faith Claims/Allegations regarding the above captioned matter.

With kind regards, I remain

Sincerely yours,

William H. Eckert

WHE/aar
Enclosure



24TH JUDICIAL DISTRICT COURT

PARISH OF JEFFERSON

DOCKET NO. 635-382                                    DIVISION "I"

MELANIE PALMER

VS.

ENCOMPASS INS. CO. AND
APARICIO, WALKER & SEELING INC

FILED:_____          _____
                                                                    **DEPUTY CLERK**

## PARTIAL MOTION TO DISMISS

NOW COMES plaintiff, Melanie Palmer, through undersigned counsel, and suggests to the court that she wishes to dismiss the claim for all bad faith claims for statutory penalties and costs and reason reasonable attorney's fees as to defendant, Aparicio, Walker & Seeling, Inc., in her petition in connection with the above entitled and numbered action;

IT IS ORDERED that the claim for reasonable all bad faith claims for statutory penalties and costs and reason reasonable attorney's fees as to defendant, Aparicio, Walker & Seeling, Inc. be dismissed without prejudice, each party to bear its own costs.  Plaintiff specifically reserves her rights against all remaining parties.

_____, Louisiana, this _____ day of _____, 2006.


_____
JUDGE


RESPECTFULLY SUBMITTED:


_____

David E. Kavanagh, Esq. (Bar #            )
Weeks, Kavanagh & Rendeiro
810 Union Street – 2nd Floor
New Orleans, LA 70112

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on this _____ day of _____, 2006.


_____