UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-7540 |
| | * | |
| ENCOMPASS INSURANCE COMPANY and | * | SECT. C |
| APARICIO, WALKER & SEELING | * | MAG. 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes defendant, Aparicio, Walker & Seeling Inc., who respectfully submit the following statement of uncontested material fact:

1. Aparicio, Walker & Seeling is not an insurance company.

Respectfully submitted:

UNGARINO & ECKERT, LLC

_____
WILLIAM H. ECKERT (#18591), T.A.
DAVID I. BORDELON (#16815)
STEPHEN M. GELÉ (#22385)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 836-7556
Fax: (504) 836-7566
Email: beckert@ungarino-eckert.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid and/or via facsimile or email, on November 16, 2006.

_____
WILLIAM H. ECKERT