UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-7540 |
| | * | |
| ENCOMPASS INSURANCE COMPANY and | * | SECT. C |
| APARICIO, WALKER & SEELING | * | MAG. 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Aparicio, Walker & Seeling Inc.'s Partial Motion for Summary Judgment will be brought on for hearing on December 6, 2006 at 9:30 o'clock or as soon thereafter as counsel may be heard before the Honorable Court, United States Courthouse, 500 Camp Street, Courtroom C352, New Orleans, Louisiana 70130.

_____
JUDGE