# Exhibit 2

LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560

January 20, 2006

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Mr. Randall C. Merchant
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

Re: Maureen O'Dwyer, et al.
vs. The United States of America, et al.
No. 05-4181 "K"(2)
United States District Court
Eastern District of Louisiana

Dear Randy:

You will find enclosed the executed original of SF95 (Rev. 7-85), which I am submitting in support of my sister's Hurricane KATRINA claim in the amount of $2,950,000.00 against the United States of America through its agency and instrumentality, the United States Army Corps of Engineers. By copy of this correspondence to Ms. Finnegan, I am furnishing her a copy of the form via facsimile.

Yours very truly,

Ashton R. O'Dwyer, Jr.

AROD/vtb
cc: Ms. Tess Finnegan (via facsimile (202) 616-5200)

EXHIBIT "A"-1

# CLAIM FOR DAMAGE, INJURY, OR DEATH

INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008
EXPIRES 4-30-8

**1. Submit To Appropriate Federal Agency**

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LA 70160-0267
ATTN: OFFICE OF COUNSEL

**2. Name, Address of claimant and claimant's personal representative, if any**

MAUREEN O'DWYER
5939 VICKSBURG ST.
NEW ORLEANS, LA. 70124
WHOSE LEGAL REPRESENTATIVE

**3. TYPE OF EMPLOYMENT**: ☒ CIVILIAN
**4. DATE OF BIRTH**: 9/21/48
**5. MARITAL STATUS**: MARRIED
**6. DATE AND DAY OF ACCIDENT**: 8-29-05 AND SUBSEQUENT
**7. TIME**: 0001-2400 HRS

**8. Basis of Claim**

SEE ATTACHED

## PROPERTY DAMAGE

**9. NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT**

CLAIMANT IS OWNER

**BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.**

DAMAGE TO OR LOSS OF RESIDENCE AND CONTENTS AT 5939 VICKSBURG ST., NEW ORLEANS, LA. 70124 AND DAMAGE TO NATURAL RESOURCES OWNED BY OTHERS

## PERSONAL INJURY/WRONGFUL DEATH

SEE ATTACHED

## WITNESSES

| NAME | ADDRESS |
|---|---|
| MICHAEL TATE (SPOUSE) | 5939 VICKSBURG ST, NEW ORLEANS, LA 70124 |
| WAYNE ROUSSEL | c/o EGAN INSURANCE AGENCY 2629 N. CAUSEWAY BLVD., METAIRIE, LA. |
| DR. HAROLD GINZBURG | NO. 2 LAKEWAY CENTER, 3850 CAUSEWAY BLVD., SUITE 630, METAIRIE, LA. 70002 |

## AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL |
|---|---|---|---|
| RESIDENCE AND CONTENTS - $450,000 NATURAL RESOURCE DAMAGES - $1.5 MILLION | EMOTIONAL DISTRESS - $500,000 MENTAL ANGUISH - $500,000 | N/A | $2,950,000.00 |

**SIGNATURE OF CLAIMANT**: [signature] AS AGENT, LEGAL REPRESENTATIVE AND ATTORNEY-IN-FACT FOR MS. O'DWYER

**13b. Phone number of signatory**: 504-561-6561
**14. DATE OF CLAIM**: 1/20/06

EXHIBIT "A"-2

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

Complete all items - Insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills or medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

5. Do you carry accident insurance? ☐ Yes, if yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. ☐ No

MAUREEN O'DWYER DID NOT HAVE FLOOD INSURANCE. HOMEOWNER'S INSURANCE WAS PLACED THROUGH EGAN INSURANCE AGENCY OF METAIRIE LA.

6. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?   17. If deductible, state amount

NO CLAIM HAS BEEN PRESENTED TO THE HOMEOWNER'S INSURANCE CARRIER AS OF

7. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

THE DATE OF SUBMISSION OF THIS SF95

Do you carry public liability and property damage insurance? ☐ Yes, if yes, give name and address of insurance carrier (Number, street, city, State, and Zip Code) ☐ No

10 – State nature and extent of each injury, which form the bases of claim:

> Damage to or loss of residence and contents, emotional distress and mental anguish, and natural resource damages.

EXHIBIT "A" - 5

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   The U.S. Army Corps of Engineers
   C/o the Assistant District Counsel
   M. Randall C. Merchant
   Foot of Prytania St. at
   Miss. River
   New Orleans,
   LA. 70118

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   Z 279 059 870

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT "A" - 6

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL ST.
Suite 2670
NEW ORLEANS, LA.
70130

EXHIBIT "A"-7