# Exhibit 3

OCTOBER 12, 2005

UNITED STATES ARMY CORPS OF ENGINEERS
C/O RANDY FLORENT, ESQ.
DEPUTY DISTRICT COUNSEL
U.S. ARMY CORPS OF ENGINEERS
7400 LEAKE AVENUE
ROOM 248
NEW ORLEANS, LA. 70118

RE: FREEDOM OF INFORMATION ACT REQUEST

Dear Sir:

I am a local attorney, and a named plaintiff in two pieces of litigation involving The United States of America, acting by and through its agency and instrumentality, the U.S. Army Corps of Engineers

EXHIBIT

(2)

I attach copies of the Oryjnal Compeaints in each action, both filed in the United States District Court for the Eastern District of Louisiana, one bearing civil action No. 05-4181, and the other bearing civil Action No. 05-4237.

In connection with my litigation, I have retained Hector V. Pazos, a naval architect, marine engineer, and registered

③

professional engineer as an expert witness to conduct a forensic examination of the levee failures at the 17th Street Canal, the London Avenue Canal, and the Industrial Canal in the aftermath of Hurricane KATRINA.

THIS IS A FREEDOM OF INFORMATION ACT REQUEST for the complete files of the United States Army Corps of Engineers pertain-

(4)

ing to the design, construction, modification, renewal and/or maintenance of the levee structure in the 17th Street Canal, the London Avenue Canal, and the Industrial Canal, to include, *inter alia*, the following:

1) The pre-design specifications

2) Results of soil borings taken at the above locations at all times.

3) The identity (ie. name, address, telephone number and contact details) of the

⑤

contractor(s) taking the soil boring.

4) Levee design calculations.

5) Levee design drawings.

6) Construction specifications.

7) Construction progress reports.

8) "AS BUILT" Drawings, specifications and reports.

9) Indications of whether the levees in question were designed "In house" by the U.S. Army Corps of Engineers or whether the levees were designed by an outside engineering firm.

10) The identities of each engineering firm which participated in the

6

designs of the levee structures at each site, ii. name, address, telephone number and contact details.

11) Indications of whether the 17th Street Canal, the London Avenue Canal, and the Industrial Canal levee systems were built to the same or dissimilar designs, and the reason(s) for the similarities or dissimilarities at each location.

12) The contract files of the U.S. Army Corps of Engineers pertaining to and identifying each engineering firm, building contractor, soil boring

(8)

contractor and other contractor having any input whatsoever into the design, construction, modification, renewal and/or maintenance of the levee structures in the 17th Street Canal, the London Avenue Canal and the Industrial Canal, and the reason why the same or different contractors were used at each location.

13) The identities of the persons, firms, corporations or organizations, including agencies and instrumentalities of the United States of America, who prepared the specifications dictated for the design of the levee structures at

⑧

each location.

14) Whether the U.S. Army Corps of Engineers believes the levees failed at each location due to a design failure, construction defects or some other cause(s), or some combination thereof, and why.

15) All written records, files, correspondence, pleadings, opinions, analyses and writings of any nature or kind regarding litigation involving the 17th Street Canal, the London Avenue Canal and/or the Industrial

(9)

Canal at any time, including litigation with Pittman Construction Co., Inc., its parent, subsidiary, affiliated or related companies and/or their insurers, as well as local groups, such as the Sierra Club, the Save-Our-Lake Foundation, and the like.

16) Indications of whether the U.S. Army Corps of Engineers believed or had been told or warned by others prior to Hurricane Katrina, that the soil underlying the levee structures at the 17th Street, London Avenue and Industrial Canals was UNSTABLE,

(10)

17) Whether, assuming argumentatively that the U.S. Army Corps of Engineers knew or had been told about unstable soil conditions what corrective action was undertaken to improve the levee structures to account for the unstable soil conditions including soil or levee monitoring by the U.S. Army Corps of Engineers at all 3 locations.

18) The length of the sheet piles for each of the three canal locations, and particularly the length of the sheet piles in the areas where the 3 levee systems were breached in the aftermath of Hurricane KATRINA.

(11)

19) The specifications or criteria for the sheet piles used at each location, and the reasons why a particular specification or criteria was used at each location rather than another.

20) Whether the area(s) involved in the dispute or litigation with Pittman Construction Co., Inc., or any of its parent, subsidiary, affiliated or related companies or their insurers, involved the same or different areas of the levee structures in the 17th Street, London Avenue or Industrial Canals breached following Hurricane KATRINA.

(12)

21) The surge height to which the flood-walls of the levee structures in the 17th Street, London Avenue and Industrial canals were designed and constructed, particularly in the areas where the flood-walls were breached following Hurricane KATRINA, and the "safety factor" to which the flood-walls were designed and constructed.

22) All U.S. government publications, manuals, reference sources, and the like, including military handbooks, utilized by the U.S.

(13)

Army Corps of Engineers, in connection with the design, construction, modification, renewal and/or maintenance of the floodwalls in the 17th Street, London Avenue and Industrial Canals, including Naval Facility Engineering Command Manuals, and particularly those pertaining to ~~[crossed out]~~ cantilever "I"-Type ~~sheet~~ pile floodwalls.

22) Files containing all correspondence, memoranda, reports and writing of any nature or kind pertaining to communications (both oral ~~[crossed out]~~ or written, or in electronic form) between and among the U.S. Army Corps of Engineers

(14)

and the Parish of Orleans and the Parish of Jefferson and the State of Louisiana, regarding the levee systems in the 17th Street, London Avenue and Industrial Canals, and particularly those with the New Orleans or Jefferson ~~~~ Levee Boards.

Further, I am given to understand that the ~~~~ (CANTILEVER "I"-TYPE) sheet piles, WALLS, reinforcing bars and concrete panels at each of the "BREACH" sites may be covered with

(15)

backfill or other debris. These items are very important to a forensic investigation of the causes of the breaches in the levee systems at each location, and the undersigned and his clients expect the U.S. Army Corps of Engineers to ~~take~~ take all reasonable and prudent steps to preserve evidence for

(16)

use in litigation, and to avoid spoliation of physical evidence. Accordingly, please advise the following when the ~~"I" walls~~ CANTILEVER "I" TYPE sheet piles/WALLS, reinforcing bars and concrete panels, which were breached at each of the breach sites in the ~~[scribbled]~~ 17th Street, London Avenue and Industrial Canals will

(17)

be made available for inspection:

ASHTON R. O'DWYER, JR.
6034 St. Charles Ave.
New Orleans, La. 70118
504-884-6727

HECTOR V. PAZOS
Ocean Oil International Corp
566 Villa Grande Ave. S
St. Petersburg, FL. 33707
727-347-2556
727-415-7192

THIS IS A FREEDOM OF INFORMATION ACT REQUEST

Respectfully,

ASHTON R. O'DWYER, JR.