# Exhibit 6

**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
**TELEPHONE: (504) 561-6561**
**FACSIMILE: (504) 561-6560**
March 28, 2006

**VIA FACSIMILE**
The United States Army Corps of Engineers
c/o Its Assistant District Counsel
Randall C. Merchant, Esq.
Foot of Prytania Street at the
 Mississippi River
New Orleans, LA 70118

        Re:    Maureen O'Dwyer, et al.
                vs. The United States of America, et al.
                No. 05-4181 "K"(5)

Dear Randy:

       This acknowledges receipt of your certified letter of March 22nd, which was received today, 6 days after posting. So much for the efficiency of the U.S. Postal Service. Please don't take it personally, but my clients and I view your letter as insulting. Does the U.S. Army Corps of Engineers really believe that I would risk criminal prosecution by representing to you that I have authority to speak on behalf of people who have not authorized me to do so, either directly or through a duly-authorized family representative? Ask me anything you or the COE might want to know about any claimant, and I will respond to your request(s) for additional information in due course. In the meantime, my clients and I are treating your letter as constituting formal denial of our claims by the Corps of Engineers, and we intend to so inform Judge Duval.

                                                 Yours very truly,

                                                 Ashton R. O'Dwyer, Jr., on his own behalf
                                                 and as Agent for, Attorney-in-Fact and
                                                 Legal Representative of the previously
                                                 identified Individual Claimants

AROD/vtb
cc:    Ms. Tess Finnegan (via facsimile)