UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| | SECTION "K(2)" |
| PERTAINS TO: INSURANCE<br>*Connie Abadie, et al v. Aegis*<br>*Security Insurance Company, et al*<br>No. 2:06-cv-05164 | JUDGE: Stanwood R. Duval |
| | MAGISTRATE: Joseph C. Wilkinson,Jr. |

# NOTICE OF APPEARANCE

NOW INTO COURT, through undersigned counsel, comes AMICA MUTUAL INSURANCE COMPANY, which submits this Notice that John P. Wolff, III, Steven C. Judice, Nancy B. Gilbert, Christopher K. Jones, and Tiffany N. Thornton, of the firm Keogh, Cox & Wilson, Ltd., appear as counsel of record for Amica Mutual Insurance Company. This Notice shall not serve to waive any rights or defenses and serves strictly to notify the Court of the undersigned counsels' appearance.

Respectfully submitted,

**KEOGH, COX & WILSON, LTD.**
701 Main Street, P.O. Box 1151
Baton Rouge, Louisiana  70821
Telephone:  225.383.3796
Facsimile:   225.343.9612

BY:      s/John P. Wolff, III
             John P. Wolff, III, T.A.(Bar #14504)
             Steven C. Judice (Bar #2012)
             Nancy B. Gilbert (Bar#23095)
             Christopher K. Jones (Bar #28101)
             Tiffany N. Thornton (Bar #30089)
             *Attorneys for Amica Mutual Insurance Co.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Appearance has been served upon all known counsel of record through the Court's electronic delivery system or by placing same in the United States Mail, postage prepaid and properly addressed this   20th   day of November, 2006.

s/John P. Wolff, III
John P. Wolff, III