UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| BOURGEOIS, NO. 06-5131 | * * | MAG. WILKINSON |

## CSX TRANSPORTATION, INC.'S MOTION FOR DISMISSAL UNDER RULE 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT UNDER RULE 56

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, moves this Court to dismiss the plaintiffs' Complaint for Declaratory Judgment and Damages and Request for Jury Trial ("Complaint") filed against CSXT in Civil Action 06-5131-K-2 or, in the alternative, to enter summary judgment in CSXT's favor, for the following reasons:

- 1 -

The plaintiffs in Civil Action 06-5131 filed the Complaint in the United States District Court Eastern District of Louisiana, and named CSXT, mover herein, as a defendant.

- 2 -

## **FAILURE TO STATE A CLAIM, Rule 12(b)(6)**

The plaintiffs have failed to state a claim against CSXT upon which relief may be granted in that plaintiffs allege no specific duty owed by CSXT to the plaintiffs. The Complaint against CSXT should therefore be dismissed under Federal Rule of Civil Procedure 12(b)(6).

- 3 -

## **SUMMARY JUDGMENT, Rule 56**

The plaintiffs have alleged no true factual allegations against CSXT in support of their negligence claim. Plaintiffs allege that CSXT "operated" a train that derailed and damaged Flood Gate W-30. Because CSXT did not operate the train that derailed as alleged by plaintiffs, if the Court declines to grant CSXT's Motion to Dismiss for failure to state a claim, it should grant CSXT's Motion for Summary Judgment.

- 4 -

The basis for this motion is further stated in a supporting memorandum, which is attached. The following exhibits are also attached to this motion:

- Exhibit One: Affidavit of Jim Bridger in Support of Public Belt Railroad's Motion for Summary Judgment (Sept. 6, 2006) (filed with Exhibit Four)

- Exhibit Two: Declaration of Tom T. May in Support of CSXT's Motion for Dismissal, or, in the alternative, Motion for Summary Judgment in *Paul et al. v. Sewage and Water Board of New Orleans, et al.,* Civil Action No. 06-7682-K-2 (Nov. 6, 2006)

- Exhibit Three: Complaint for Damages, *Board of Commissioners of the Orleans Levee District v. City of New Orleans,* No. 2004-17143 (La. Dist. Ct. filed Dec. 3, 2004)

- Exhibit Four: Motion and Memorandum for Summary Judgment filed by Public Belt Railroad in No. 2004-17143 on the docket of the Civil District Court for the Parish of Orleans, State of Louisiana (filed Sept. 7, 2006)

**WHEREFORE** CSX Transportation, Inc. moves this Court to dismiss the plaintiffs' Complaint or, in the alternative, to grant summary judgment in its favor.

Respectfully submitted,

_s/ Jonathan C. McCall_
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
-of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
-of-
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_s/ Jonathan C. McCall_

930654-1                                   3