UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| BOURGEOIS, NO. 06-5131 | * * | MAG. WILKINSON |

NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant CSX Transportation, Inc. will bring on for hearing the attached "CSX Transportation, Inc.'s Motion For Dismissal Under Rule 12(B)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56," before Judge Stanwood Duval of the United States District Court for the Eastern District of Louisiana, Section "K," 500 Camp Street, New Orleans, Louisiana 70130, on Wednesday, the 27th day of December, 2006, at 9:30 o'clock a.m.

930654-1

1

    s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

    s/ Jonathan C. McCall