UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | Civil Action No. 05-4182 |
| | * * | Section "K" Judge Duval |
| PERTAINS TO: JUDY M. PAUL, ET AL. C.A. No. 06-7682 | * * * | Magistrate (2) Mag. Wilkinson |

### Declaration of Tom T. May

Declarant states as follows:

1.    My name is Tom T. May, and I am the Terminal Manager-New Orleans for CSX, Transportation, Inc. ("CSXT"), and I was the Terminal Manager on September 11, 2004.

2.    I investigated the derailment that it the subject of this Declaration, and I have personal knowledge of the facts set out herein.

3.    On September 11, 2004, railcars in a train operated by New Orleans Public Belt Railroad ("NOPB") employees derailed on NOPB tracks near the Industrial Canal in New Orleans, Louisiana. Part of the derailed train was dragged onto the CSXT main line.



EXHIBIT 2

4.  A derailed car in the train operated by NOPB struck the floodwall and Floodgate W30 that traverses the CSXT main line on the west side of the Industrial Canal. The NOPB derailment also caused damage to CSXT's track and equipment.

5.  CSXT employees were not operating the train that derailed and damaged Floodgate W30 on September 11, 2004, nor was the train in CSXT's custody.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November __, 2006 in _____, Louisiana.

_____
Tom T. May