

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND<br>KIM FONTENOT | * <br> * <br> * | CIVIL ACTION NO.: 06-6872 <br><br> SECTION: "R" |
| VERSUS | * <br> * | <br> JUDGE: SARAH S. VANCE |
| AUTO CLUB FAMILY INSURANCE<br>COMPANY | * <br> * <br> * | <br> MAGISTRATE: KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, JOHN FONTENOT and KIM FONTENOT, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, AUTO CLUB FAMILY INSURANCE COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully Submitted,

JOHN L. FONTENOT (#26640)
701 Poydras Street – Suite 4500
New Orleans, Louisiana 70139
Telephone:    (504) 585-0274
Facsimile:    (504) 566-0210

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that I have on this \_\_11\_\_ day of October, 2006, served a copy of the foregoing on all counsel for record via the United States Postal Service, properly addressed and postage prepaid.

_____
JOHN L. FONTENOT