UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FONTENOT AND<br>KIM FONTENOT | * <br> * <br> * | CIVIL ACTION NO.: 06-6872 <br><br> SECTION: "R" |
| VERSUS | * <br> * | <br> JUDGE: SARAH S. VANCE |
| AUTO CLUB FAMILY INSURANCE<br>COMPANY | * <br> * <br> * | MAGISTRATE: KAREN WELLS ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the **1st day of November, 2006** at **10:00 a.m.** before the Honorable Judge Sarah S. Vance, United States District Judge presiding.

Respectfully Submitted,

JOHN L. FONTENOT (#26640)
701 Poydras Street – Suite 4500
New Orleans, Louisiana 70139
Telephone:   (504) 585-0274
Facsimile:    (504) 566-0210

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 11 day of October, 2006, served a copy of the foregoing on all counsel for record via the United States Postal Service, properly addressed and postage prepaid.

JOHN L. FONTENOT