# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

_____

PERTAINS TO:
*Abadie et al., v. Aegis Security Insurance Co.,*
No. 06-5164

_____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\* 
\* 
\* CIVIL ACTION
\* NO. 05-4182 "K"(2)
\* JUDGE STANWOOD R. DUVAL
\* 
\* 
\* MAGISTRATE JUDGE
\* JOSEPH C. WILKINSON
\* 
\* 

## O R D E R

Considering the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the Motion be and is granted and that defendant Farmers Insurance Exchange is granted an extension of time, or through December 14, 2006, to file responsive pleadings to plaintiffs' Complaint

Signed this _____20th_____ day of ___November___, 2006, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

4