UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTON |
| | | NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § § | JUDGE DUVAL |
| INSURANCE: *Aaron*, 06-4746 | § | MAG. WILKINSON |

**MEMORANDUM IN SUPPORT OF HARTFORD'S**
<u>**RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT**</u>

Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford"), move pursuant to Rule 12(e) for a more definite statement of Plaintiffs' Complaint. In this case, Hartford cannot properly respond to Plaintiffs' Complaint as drafted. Plaintiffs, who allege that they are a group of insurance policyholders, have sued over 100 insurance companies.[1] Plaintiffs' Complaint does not allege facts

---

[1] Plaintiffs' claims are clearly misjoined under Rule 20(a), since the defendants could not be jointly or severally liable for their alleged injuries, and none of the plaintiffs' alleged injuries arise out of the same transaction or occurrence.

sufficient to put Hartford on notice of Plaintiffs' claims. Plaintiffs seek damages for a list of alleged injuries and damages, including claims for defendants' failure to adequately adjust claims; for engaging in a bad faith adjusting scheme; for violating the Louisiana Unfair Claims Practices Act; for misrepresenting to Plaintiffs pertinent facts or policy provisions; and for violating Louisiana's Valued Policy Law. The Complaint contains only vague and conclusory allegations for each of these causes of action and fails to notify Hartford of the facts that give rise to the particular claims asserted by particular Plaintiffs against any Hartford defendant entity. As currently presented, it is impossible for Hartford to properly respond to the Complaint.

## FACTS

On August 29, 2006, Plaintiffs filed a "Complaint for Damages" in this Court. (Compl., Rec. Doc. 1.) The caption of this document alone requires over 15 pages of text. The Complaint presents the claims of over a thousand plaintiffs suing over a hundred insurance companies. The only commonality among the hundreds of Plaintiffs is that they are "owners of property in southeast Louisiana," presumably with insurance policies in effect at the time of Hurricane Katrina. (Compl. ¶¶ 6, 10.) The only commonality among the insurance company Defendants is that they allegedly "issued policies of homeowners' property, commercial, business, rental and/or flood insurance" in southeast Louisiana. (Compl. ¶ 7.) Plaintiffs amended their complaint on August 29, 2006 to add additional plaintiffs. (First Am. Compl., Rec. Doc. 2.)

Plaintiffs' Complaint combines claims arising from "policies of property, commercial, business, rental and/or flood insurance." (Compl. ¶ 4.) Without pointing to the specifics for any policy, Plaintiffs recite that "[a]ll of said policies issued by the defendants provided coverage for losses and damages sustained by plaintiffs." (Compl. ¶ 11.) Plaintiffs allege that Hartford and the other Defendants "failed to make adequate payments on plaintiffs' claim." (Coml. ¶ 15.) Plaintiffs

2

assert that the Defendants engaged in unfair business practices. (Compl. ¶¶ 17-18.) Plaintiffs allege that the Defendants violated the Louisiana Valued Policy Law, La. R.S. 22:695, and that the Defendants failed to properly and adequately adjust claims in bad faith. (Compl. ¶¶ 19-23.) Finally, in paragraph 25, Plaintiffs list eight causes of action: breach of insurance contract; violation of La. R.S. 22:658; violation of La. R.S. 22:658.2; breach of a duty to act reasonably and fairly under La. R.S. 22.1220; breach of duty under La. R.S. 22:1220; failure to tender adequate payment for casualty losses; bad faith adjusting practices; and other causes of action to be determined at trial. (Compl. ¶ 25.) Plaintiffs' Complaint fails to list any facts supporting any particular cause of action.

## LAW AND ARGUMENT

When a complaint does not contain sufficient information to permit a defendant to frame a response, one proper remedy is a Rule 12(e) motion for more definite statement. *Beanal v. Freeport-McMoran, Inc.*, 197 F.3d 161, 164 (5th Cir. 1999). Federal Rule of Civil Procedure 12(e) provides:

> If a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading, the party may move for a more definite statement before interposing a responsive pleading.

*See also Canto v. Hibernia Nat'l Bank*, 1999 WL 378256 (E.D. La. 6/31/99) (Clement, J.) (Rule 12(e) motion granted where "[i]t is equally evident that [Plaintiff] made no attempt to state 'when, how, where, and why' defendant violated her rights under a relevant statute"). Further, the Eleventh Circuit has held:

> Where, as here, the plaintiff asserts multiple claims for relief, a more definite statement, if properly drawn, will present each claim for relief in a separate count, as required by Rule 10(b), and with such clarity and precision that the defendant will be able to discern what the plaintiff is claiming and to frame a responsive pleading.
>
> . . .
>
> Experience teaches that, unless cases are pled clearly and precisely, issues are not

3

>joined, discovery is not controlled, the trial court's docket becomes unmanageable, the litigants suffer, and society loses confidence in the court's ability to administer justice.

*Anderson v. Dist. Bd. Of Trs. Of Cent. Florida Cmty. Coll.*, 77 F.3d 364, 366-367 (11th Cir. 1996).

In *Edwards v. Allstate Property and Casualty Insurance Co.*, 2005 WL 221558 (E.D. La. 1/27/2005), Judge Duval of this Court ruled on a case that involved similar pleading defects. In *Edwards*, the plaintiff had filed a class action lawsuit alleging that Allstate engaged in a corporate scheme to withhold payment of contractors' overhead and profit from homeowner dwelling claims. *Id.* at *1. The plaintiff alleged breach of contract, bad faith claims under La. R.S. 22:1220 and 22:658, and fraud and deceit claims against Allstate. *Id.* Allstate responded with a motion to dismiss under Rule 12(b)(6). *Id.* After reviewing the complaint, the Court noted that the plaintiff had failed to allege the facts necessary to support her claim:

>In the petition, plaintiff fails to identify or even allege any facts or circumstances that would demonstrate the need for a general contractor's overhead and profit costs on Mary Edwards' specific claim. The Court notes that absent from the petition is a single fact alleged that would give rise to any need for general contractors' overhead and profit. There are no allegations for the type of damage that was suffered or the nature or complexity of the required repairs. The facts or the circumstances which are necessary to give rise to the claim that a general contractor was necessary due to the specific damages to Mary Edwards' home are not adequately alleged.

*Id.* at *3. The Court granted the motion but permitted the plaintiff to amend the complaint. *Id.* at *4.

In the present case, the Plaintiffs have similarly failed to allege facts necessary to support their alleged causes of action. At a minimum, Plaintiffs must plead (1) which defendant issued what category or type of insurance policy; (2) the policy provision that they claim was breached by the particular Hartford entity; and (3) put Hartford on notice of the facts that give rise to their alleged injury, damages, or theory of recovery. Of course, the absence of any facts sufficient to support a cause of action is a by-product of the massive misjoinder of parties and claims in this action. Hartford has filed simultaneously with this motion a Motion to Sever the claims of the individual

4

Plaintiffs in this action.  Each individual Plaintiff should be required to file an amended complaint setting forth a more particular statement of their allegations.

## CONCLUSION

Plaintiffs have failed to allege the facts necessary to support their conclusory allegations. Therefore, Hartford request that this Court order Plaintiffs to provide a more definite statement of the allegations in their Complaint.

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | _s/Ralph S. Hubbard III_____ |
|  | **Seth A. Schmeeckle, La. Bar No. 27076** |
|  | **Ralph S. Hubbard III, La. Bar No. 7040** |
|  | **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard** |
|  | 601 Poydras Street, Suite 2775 |
|  | New Orleans, LA 70130 |
|  | Telephone:     (504) 568-1990 |
|  | Facsimile:     (504) 310-9195 |
|  | e-mail:         sschmeeckle@lawla.com |
|  |                 rhubbard@lawla.com |
| Of Counsel: | Christopher W. Martin, Texas Bar No.: 13057620 |
|  | Martin R. Sadler, Texas Bar No.: 00788842 |
|  | Patrick M. Kemp, Texas Bar No.: 24043751 |
|  | Martin, Disiere, Jefferson & Wisdom, L.L.P. |
|  | 808 Travis Street, Suite 1800 |
|  | Houston, Texas 77002 |
|  | Telephone:     (713) 632-1700 |
|  | Facsimile:     (713) 222-0101 |
|  | e-mail:         martin@mdjwlaw.com |
|  |                 sadler@mdjwlaw.com |
|  |                 kemp@mdjwlaw.com |
|  | **Attorneys for Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford")** |

**CERTIFICATE OF SERVICE**

I hereby certify that on _ 21 November 2006_ a copy of the foregoing MEMORANDUM IN SUPPORT OF HARTFORD'S RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

| | | |
|---|---|---|
| William David Aaron, Jr | Neil Charles Abramson | Wystan M. Ackerman |
| Glenn B. Adams | Orr Adams, Jr | Jonathan Beauregard Andry |
| Thomas P. Anzelmo | John E. Baay, II | Adam Babich |
| Stephen F. Babin | Suzette Peychaud Bagneris | Sarah House Barcellona |
| Judy Y. Barrasso | Francis J. Barry, Jr | Stephen R. Barry |
| Adrianne L. Baumgartner | Samuel Beardsley, Jr | Daniel E. Becnel, Jr. |
| Robert M. Becnel | Keith J. Bergeron | Kelly Cambre Bogart |
| Martha Dupree Bowden | Thomas M. Brahney | Terrence L. Brennan |
| Philip S. Brooks, Jr | Joseph M. Bruno | Joseph Edward Cain |
| Robert John Caluda | Jaime Michele Cambre | David Ryan Cannella |
| Christopher Chocheles | Albert D. Clary | James A. Cobb, Jr |
| Kevin Lawrence Cole | Traci L. Colquette | Charles Bruce Colvin |
| John Patrick Connick | Clayton Morris Connors | Joseph W. Cotchett |
| Keith Michael Couture | Richard Abelard Cozad | William Jerrol Crain |
| Robert G. Creely | Jack J. Crowe | John J. Cummings, III |
| Martha Y. Curtis | Frank Jacob D'Amico, Jr | Christian E. Daigle |
| Thomas W. Darling | Jacques P. DeGruy | Beverly Aloisio DeLaune |
| Erin E. Dearie | Kevin R. Derham | Joseph Vincent DiRosa, Jr |
| Walter C. Dumas | Mary L. Dumestre | Richard G. Duplantier, Jr |
| Lawrence J. Duplass | Emily E. Eagan | William Harry Eckert |
| N. Frank Elliot, III | John N. Ellison | John F. Emmett |
| Clarence William Emory | Nina Wessel English | John Karl Etter |
| Richard M. Exnicios | Andrea L. Fannin | Christopher R. Farrell |
| Calvin Clifford Fayard, Jr | Shera J. Finn | Catherine J. Finnegan |
| Debra J. Fischman | Stephen G. Flynn | Charles C. Foti, Jr |
| Nina D. Froeschle | Craig Edmond Frosch | Samuel B. Gabb |
| William Christian Gambel | Christian Albert Garbett | Thomas Francis Gardner |
| James M. Garner | Scott Owen Gaspard | James F. Gasquet, III |
| Thomas Livingston Gaudry, Jr | Louis L. Gertler | Meyer H. Gertler |
| George Moore Gilly | Thomas V. Girardi | Phyllis Esther Glazer |
| Stephen E. Goldman | Pablo Gonzalez | Jeremy D. Goux |
| Arthur Gordon Grant, Jr | Andrew R. Greene | Philip L. Gregory |
| James Bradley Guest | Joseph Pierre Guichet | Kara M. Hadican |
| Jim S. Hall | William Marvin Hall | Mark Emerson Hanna |
| Lesli D. Harris | Randall Earl Hart | Robert G. Harvey, Sr |
| Lambert Joseph Hassinger, Jr | Timothy William Hassinger | Bonita Y. Hawkins |

| | | |
|---|---|---|
| Joseph W. Hecker | Carl E. Hellmers, III | Herman C. Hoffmann, Jr |
| Brian A. Homza | David Blayne Honeycutt | Ralph Shelton Hubbard, III |
| \Darleen Marie Jacobs | Tamara Kluger Jacobson | H. Alston Johnson |
| Kevin P. Kamraczewski | Howard Bruce Kaplan | Brian David Katz |
| David Edmund Kavanagh | Patrick G. Kehoe, Jr | Anne Derbes Keller |
| Michael Courtney Keller | Duane M. Kelley | John Fredrick Kessenich |
| Richard E. King | Kyle P. Kirsch | Ronald Joseph Kitto |
| Robert W. Knights | William Lee Kohler | Beth M. Kramer |
| Stephen Skelly Kreller | Alex Kriegsman | Andre Jude Lagarde |
| Hugh Palmer Lambert | Kent A. Lambert | John M. Landis |
| Kathryn W. Landry | Mickey P. Landry | Wade Antoine Langlois, III |
| Lindsay A. Larson, III | William J. Larzelere, Jr | Thomas Patrick LeBlanc |
| Joseph E. Lee, III | Wayne J. Lee | Daniel Lichtl |
| Douglas Conrad Longman, Jr | Heather Shauri Lonian | Barbara L. Lyons |
| Wayne Robert Maldonado | George T. Manning | F. Gerald Maples |
| Belhia V. Martin | Christopher W. Martin | Richard Massie Martin, Jr |
| Adam Patrick Massey | Freeman Rudolph Matthews | Ben Louis Mayeaux |
| Jonathan Christopher McCall | James F. McConnon, Jr | Gregory John McDonald |
| Julia E. McEvoy | Gordon J. McKernan | J. J. (Jerry) McKernan |
| Evans Martin McLeod | Michael William McMahon | Daphne P. McNutt |
| Emma Alexandra Mekinda | Gerald A. Melchiode | Gerald Edward Meunier |
| Kara K. Miller | Clay Mitchell | Stevens E. Moore |
| Arthur Anthony Morrell | Andre J. Mouledoux | Sean P. Mount |
| James Bryan Mullaly | Betty Finley Mullin | J. Wayne Mumphrey |
| John Herr Musser, IV | William Roy Mustian, III | Adrian Girard Nadeau |
| Daniel W. Nelson | John Francis Nevares | John A.V. Nicoletti |
| Gerald J. Nielsen | James R. Nieset, Jr | Michaela E. Noble |
| Gregory James Noto | Robert A. Novak | Pierce O'Donnell |
| Ashton Robert O'Dwyer, Jr | William E. O'Neil | Pius Akamdi Obioha |
| Frances Mae Olivier | Dominic J. Ovella | Michael C. Palmintier |
| James L. Pate | Darren Albert Patin | Maura Zivalich Pelleteri |
| Gary Michael Pendergast | Ronnie Glynn Penton | David K Persons |
| C. Michael Pfister | Dennis J. Phayer | Frank Anthony Piccolo |
| H. Minor Pipes, III | Andrew Lane Plauche, Jr | Camille Bienvenu Poche |
| Charles Milton Ponder, III | Matthew F. Popp | Drew A. Ranier |
| James C. Rather, Jr | Albert Joseph Rebennack, Jr | Simeon B. Reimonenq, Jr |
| Gino John Rendeiro | Don M. Richard | Thomas M. Richard |
| Timothy R. Richardson | Michael R.C. Riess | William Joseph Riviere |
| Wendy Hickok Robinson | Roy J. Rodney, Jr | Susan Muller Rogge |
| James H. Roussel | James P. Roy | Gary Jude Russo |
| Camilo Kossy Salas, III | David P. Salley | Jonathan H. Sandoz |
| David Scott Scalia | Seth Andrew Schmeeckle | Matthew D. Schultz |
| Nyka M. Scott | Charles F. Seemann, Jr | Kevin Discon Shearman |
| Robert I. Siegel | George R. Simno, III | David R. Simonton |
| John H Smith | Randall A. Smith | Robin D. Smith |
| Louis G. Spencer | Michael D. Spencer | Remy Voisin Starns |

| | | |
|---|---|---|
| Elwood C. Stevens, Jr | Victor Elbert Stilwell, Jr | David A. Strauss |
| Deborah M. Sulzer | Frank J. Swarr | Brent A. Talbot |
| Patrick A. Talley, Jr | Christopher Kent Tankersley | Kelly Theard |
| Cynthia J. Thomas | Vernon Palmer Thomas | Sidney Donecio Torres, III |
| Virginia Y. Trainor | Chad M. Trammell | William T. Treas |
| William D. Treeby | Richard John Tyler | John Elliott Unsworth, Jr |
| Steven W. Usdin | Jon A. Van Steenis | Susan Molero Vance |
| Gregory P. Varga | Wendell R. Verret | Jean Michel Voltaire |
| John R. Walker | Jennifer W. Wall | B. Gerald Weeks |
| William John Wegmann, Jr | Marion Overton White | Lawrence D. Wiedemann |
| Stephen Michael Wiles | Kristopher T. Wilson | LaDonna Grey Wilson |
| Jesse Lee Wimberly, III | Scott L. Winkelman | Jon Wesley Wise |
| Scott G. Wolfe, Jr | Robert R. Wood, Jr | Justin I. Woods |
| Bob F. Wright | William Everard Wright, Jr | Alan J. Yacoubian |

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:

| | | |
|---|---|---|
| Carole A. Breithoff  (Weller)<br>2932 Lime Street<br>Metairie, LA 70006 | Frederick J. Gisevius, Jr<br>Law Offices of Fred Gisevius<br>12 Metairie Court<br>Metairie, LA 70001 | Avram C. Herman<br>Herman & Herman<br>111 Veterans Memorial Blvd.<br>Suite 1506<br>Metairie, LA 70005 |
| Joseph P. Lopinto, III<br>Lopinto Law Firm, L.L.C.<br>P. O. Box 246<br>Metairie, LA 70004 | William J. Luscy, III<br>William Luscy, III, Attorney at Law<br>616 Papworth Ave., Suite C<br>Metairie, LA 70005 | Richard Anthony Weigand<br>Weigand & Levenson<br>427 Gravier St., 1st Floor<br>New Orleans, LA 70130 |
| Francis Gerald Weller<br>Francis Gerald Weller, Attorney at Law<br>215 Jewel St.<br>New Orleans, LA 70124 | John W. deGravelles<br>deGravelles, Palmintier, Holthaus & Fruge'<br>618 Main Street<br>Baton Rouge, LA 70801-1910 | |

_s/Ralph S. Hubbard III_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Attorneys for Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford")**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**

          601 Poydras Street, Suite 2775
          New Orleans, LA 70130
          Telephone: (504) 568-1990
          Facsimile: (504) 310-9195
          e-mail:  rhubbard@lawla.com