## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| **PERTAINS TO:** | § | **JUDGE DUVAL** |
| | § | |
| **INSURANCE:** *Aaron*, **06-4746** | § | **MAG. WILKINSON** |

## HARTFORD'S MOTION TO SEVER

Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford") hereby moves this Court, pursuant to Federal Rules of Civil Procedure 20 and 21, to sever each named Plaintiff's claims from those of all other Plaintiffs.  In the alternative, Hartford moves to sever all claims asserted by any named Plaintiff against any of the non-Hartford defendants from those claims asserted against Hartford.

In support of this Motion, Hartford submits the accompanying Memorandum in Support of Hartford's Motion to Sever.

Respectfully Submitted:

_s/Ralph S. Hubbard III_____
**Seth A. Schmeeckle, La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:    sschmeeckle@lawla.com
           rhubbard@lawla.com

Of Counsel:

Christopher W. Martin, Texas Bar No.: 13057620
Martin R. Sadler, Texas Bar No.: 00788842
Patrick M. Kemp, Texas Bar No.: 24043751
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101
e-mail:    martin@mdjwlaw.com
           sadler@mdjwlaw.com
           kemp@mdjwlaw.com

**Attorneys for Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford")**

## CERTIFICATE OF SERVICE

I hereby certify that on _ 21 November 2006_ a copy of the foregoing HARTFORD'S

MOTION TO SEVER was filed electronically with the Clerk of Court using the CM/ECF system.

Notice of this filing will be sent to:

| | | |
|---|---|---|
| William David Aaron, Jr | Neil Charles Abramson | Wystan M. Ackerman |
| Glenn B. Adams | Orr Adams, Jr | Jonathan Beauregard Andry |
| Thomas P. Anzelmo | John E. Baay, II | Adam Babich |

2

| | | |
|---|---|---|
| Stephen F. Babin | Suzette Peychaud Bagneris | Sarah House Barcellona |
| Judy Y. Barrasso | Francis J. Barry, Jr | Stephen R. Barry |
| Adrianne L. Baumgartner | Samuel Beardsley, Jr | Daniel E. Becnel, Jr. |
| Robert M. Becnel | Keith J. Bergeron | Kelly Cambre Bogart |
| Martha Dupree Bowden | Thomas M. Brahney | Terrence L. Brennan |
| Philip S. Brooks, Jr | Joseph M. Bruno | Joseph Edward Cain |
| Robert John Caluda | Jaime Michele Cambre | David Ryan Cannella |
| Christopher Chocheles | Albert D. Clary | James A. Cobb, Jr |
| Kevin Lawrence Cole | Traci L. Colquette | Charles Bruce Colvin |
| John Patrick Connick | Clayton Morris Connors | Joseph W. Cotchett |
| Keith Michael Couture | Richard Abelard Cozad | William Jerrol Crain |
| Robert G. Creely | Jack J. Crowe | John J. Cummings, III |
| Martha Y. Curtis | Frank Jacob D'Amico, Jr | Christian E. Daigle |
| Thomas W. Darling | Jacques P. DeGruy | Beverly Aloisio DeLaune |
| Erin E. Dearie | Kevin R. Derham | Joseph Vincent DiRosa, Jr |
| Walter C. Dumas | Mary L. Dumestre | Richard G. Duplantier, Jr |
| Lawrence J. Duplass | Emily E. Eagan | William Harry Eckert |
| N. Frank Elliot, III | John N. Ellison | John F. Emmett |
| Clarence William Emory | Nina Wessel English | John Karl Etter |
| Richard M. Exnicios | Andrea L. Fannin | Christopher R. Farrell |
| Calvin Clifford Fayard, Jr | Shera J. Finn | Catherine J. Finnegan |
| Debra J. Fischman | Stephen G. Flynn | Charles C. Foti, Jr |
| Nina D. Froeschle | Craig Edmond Frosch | Samuel B. Gabb |
| William Christian Gambel | Christian Albert Garbett | Thomas Francis Gardner |
| James M. Garner | Scott Owen Gaspard | James F. Gasquet, III |
| Thomas Livingston Gaudry, Jr | Louis L. Gertler | Meyer H. Gertler |
| George Moore Gilly | Thomas V. Girardi | Phyllis Esther Glazer |
| Stephen E. Goldman | Pablo Gonzalez | Jeremy D. Goux |
| Arthur Gordon Grant, Jr | Andrew R. Greene | Philip L. Gregory |
| James Bradley Guest | Joseph Pierre Guichet | Kara M. Hadican |
| Jim S. Hall | William Marvin Hall | Mark Emerson Hanna |
| Lesli D. Harris | Randall Earl Hart | Robert G. Harvey, Sr |
| Lambert Joseph Hassinger, Jr | Timothy William Hassinger | Bonita Y. Hawkins |
| Joseph W. Hecker | Carl E. Hellmers, III | Herman C. Hoffmann, Jr |
| Brian A. Homza | David Blayne Honeycutt | Ralph Shelton Hubbard, III |
| \Darleen Marie Jacobs | Tamara Kluger Jacobson | H. Alston Johnson |
| Kevin P. Kamraczewski | Howard Bruce Kaplan | Brian David Katz |
| David Edmund Kavanagh | Patrick G. Kehoe, Jr | Anne Derbes Keller |
| Michael Courtney Keller | Duane M. Kelley | John Fredrick Kessenich |
| Richard E. King | Kyle P. Kirsch | Ronald Joseph Kitto |
| Robert W. Knights | William Lee Kohler | Beth M. Kramer |
| Stephen Skelly Kreller | Alex Kriegsman | Andre Jude Lagarde |
| Hugh Palmer Lambert | Kent A. Lambert | John M. Landis |
| Kathryn W. Landry | Mickey P. Landry | Wade Antoine Langlois, III |
| Lindsay A. Larson, III | William J. Larzelere, Jr | Thomas Patrick LeBlanc |
| Joseph E. Lee, III | Wayne J. Lee | Daniel Lichtl |

Douglas Conrad Longman, Jr
Wayne Robert Maldonado
Belhia V. Martin
Adam Patrick Massey
Jonathan Christopher McCall
Julia E. McEvoy
Evans Martin McLeod
Emma Alexandra Mekinda
Kara K. Miller
Arthur Anthony Morrell
James Bryan Mullaly
John Herr Musser, IV
Daniel W. Nelson
Gerald J. Nielsen
Gregory James Noto
Ashton Robert O'Dwyer, Jr
Frances Mae Olivier
James L. Pate
Gary Michael Pendergast
C. Michael Pfister
H. Minor Pipes, III
Charles Milton Ponder, III
James C. Rather, Jr
Gino John Rendeiro
Timothy R. Richardson
Wendy Hickok Robinson
James H. Roussel
Camilo Kossy Salas, III
David Scott Scalia
Nyka M. Scott
Robert I. Siegel
John H Smith
Louis G. Spencer
Elwood C. Stevens, Jr
Deborah M. Sulzer
Patrick A. Talley, Jr
Cynthia J. Thomas
Virginia Y. Trainor
William D. Treeby
Steven W. Usdin
Gregory P. Varga
John R. Walker
William John Wegmann, Jr
Stephen Michael Wiles
Jesse Lee Wimberly, III
Scott G. Wolfe, Jr

Heather Shauri Lonian
George T. Manning
Christopher W. Martin
Freeman Rudolph Matthews
James F. McConnon, Jr
Gordon J. McKernan
Michael William McMahon
Gerald A. Melchiode
Clay Mitchell
Andre J. Mouledoux
Betty Finley Mullin
William Roy Mustian, III
John Francis Nevares
James R. Nieset, Jr
Robert A. Novak
William E. O'Neil
Dominic J. Ovella
Darren Albert Patin
Ronnie Glynn Penton
Dennis J. Phayer
Andrew Lane Plauche, Jr
Matthew F. Popp
Albert Joseph Rebennack, Jr
Don M. Richard
Michael R.C. Riess
Roy J. Rodney, Jr
James P. Roy
David P. Salley
Seth Andrew Schmeeckle
Charles F. Seemann, Jr
George R. Simno, III
Randall A. Smith
Michael D. Spencer
Victor Elbert Stilwell, Jr
Frank J. Swarr
Christopher Kent Tankersley
Vernon Palmer Thomas
Chad M. Trammell
Richard John Tyler
Jon A. Van Steenis
Wendell R. Verret
Jennifer W. Wall
Marion Overton White
Kristopher T. Wilson
Scott L. Winkelman
Robert R. Wood, Jr

Barbara L. Lyons
F. Gerald Maples
Richard Massie Martin, Jr
Ben Louis Mayeaux
Gregory John McDonald
J. J. (Jerry) McKernan
Daphne P. McNutt
Gerald Edward Meunier
Stevens E. Moore
Sean P. Mount
J. Wayne Mumphrey
Adrian Girard Nadeau
John A.V. Nicoletti
Michaela E. Noble
Pierce O'Donnell
Pius Akamdi Obioha
Michael C. Palmintier
Maura Zivalich Pelleteri
 David K Persons
Frank Anthony Piccolo
Camille Bienvenu Poche
Drew A. Ranier
Simeon B. Reimonenq, Jr
Thomas M. Richard
William Joseph Riviere
Susan Muller Rogge
Gary Jude Russo
Jonathan H. Sandoz
Matthew D. Schultz
Kevin Discon Shearman
David R. Simonton
Robin D. Smith
Remy Voisin Starns
David A. Strauss
Brent A. Talbot
Kelly Theard
Sidney Donecio Torres, III
William T. Treas
John Elliott Unsworth, Jr
Susan Molero Vance
Jean Michel Voltaire
B. Gerald Weeks
Lawrence D. Wiedemann
LaDonna Grey Wilson
Jon Wesley Wise
Justin I. Woods

Bob F. Wright            William Everard Wright, Jr    Alan J. Yacoubian

by operation of the court's electronic filing system.  I also certify that I have mailed by United States

Postal Service, this filing to the following non-CM/ECF participants:

| | | |
|---|---|---|
| Carole A. Breithoff  (Weller)<br>2932 Lime Street<br>Metairie, LA 70006 | Frederick J. Gisevius, Jr<br>Law Offices of Fred Gisevius<br>12 Metairie Court<br>Metairie, LA 70001 | Avram C. Herman<br>Herman & Herman<br>111 Veterans Memorial Blvd.<br>Suite 1506<br>Metairie, LA 70005 |
| Joseph P. Lopinto, III<br>Lopinto Law Firm, L.L.C.<br>P. O. Box 246<br>Metairie, LA 70004 | William J. Luscy, III<br>William Luscy, III, Attorney at Law<br>616 Papworth Ave., Suite C<br>Metairie, LA 70005 | Richard Anthony Weigand<br>Weigand & Levenson<br>427 Gravier St., 1st Floor<br>New Orleans, LA 70130 |
| Francis Gerald Weller<br>Francis Gerald Weller, Attorney at Law<br>215 Jewel St.<br>New Orleans, LA 70124 | John W. deGravelles<br>deGravelles, Palmintier, Holthaus & Fruge'<br>618 Main Street<br>Baton Rouge, LA 70801-1910 | |

_s/Ralph S. Hubbard III_____
**Ralph S. Hubbard III, La. Bar No. 7040
Attorneys for Defendants Hartford Casualty
Insurance Company, Hartford Insurance
Company of the Midwest, and Property and
Casualty Insurance Company of Hartford, each
of them separately for itself and on behalf of,
or improperly named as one or more of, Hartford
Accident Indemnity Company, Hartford Fire
Insurance Company, Hartford Insurance
Company of the Southeast, and/or Hartford
Underwriters Insurance Company (collectively
"Hartford")
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:        rhubbard@lawla.com