UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| **PERTAINS TO:** | § | **JUDGE DUVAL** |
| | § | |
| **INSURANCE:** *Aaron*, **06-4746** | § | **MAG. WILKINSON** |

### ORDER GRANTING USAA'S RULE 12(E) MOTION FOR MORE DEFINITE STATEMENT

Be it remembered that on this date the Court considered USAA's Rule 12(e) Motion for a More Definite Statement. The Court is of the opinion that the motion should be and is hereby GRANTED. It is therefore ORDERED that Plaintiffs amend the Complaint within 10 days of the date affixed to this order.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2006.

_____
**J U D G E**