UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTON |
| | | NO. 05-4182 "K"(2) |
| PERTAINS TO: | | JUDGE DUVAL |
| INSURANCE: *Aaron*, 06-4746 | | MAG. WILKINSON |

## USAA'S MOTION TO SEVER

Defendants USAA Casualty Insurance Company and USAA General Indemnity Company (collectively "USAA") hereby move this Court, pursuant to Federal Rules of Civil Procedure 20 and 21, to sever each named Plaintiff's claims from those of all other Plaintiffs. In the alternative, USAA moves to sever all claims asserted by any named Plaintiff against any of the non-USAA defendants from those claims asserted against USAA.

In support of this Motion, USAA submits the accompanying Memorandum in Support of USAA's Motion to Sever.

1

Respectfully Submitted:

_s/Ralph S. Hubbard III_____
**Seth A. Schmeeckle, La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:       sschmeeckle@lawla.com
              rhubbard@lawla.com

Of Counsel:

Christopher W. Martin, Texas Bar No.: 13057620
Martin R. Sadler, Texas Bar No.: 00788842
Patrick M. Kemp, Texas Bar No.: 24043751
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:    (713) 632-1700
Facsimile:    (713) 222-0101
e-mail:       martin@mdjwlaw.com
              sadler@mdjwlaw.com
              kemp@mdjwlaw.com
**Attorneys for Defendants, USAA Casualty Insurance Company and USAA General Indemnity Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on _ 21 November 2006_ a copy of the foregoing USAA'S MOTION TO SEVER was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

| | | |
|---|---|---|
| William David Aaron, Jr | Neil Charles Abramson | Wystan M. Ackerman |
| Glenn B. Adams | Orr Adams, Jr | Jonathan Beauregard Andry |
| Thomas P. Anzelmo | John E. Baay, II | Adam Babich |
| Stephen F. Babin | Suzette Peychaud Bagneris | Sarah House Barcellona |
| Judy Y. Barrasso | Francis J. Barry, Jr | Stephen R. Barry |
| Adrianne L. Baumgartner | Samuel Beardsley, Jr | Daniel E. Becnel, Jr. |
| Robert M. Becnel | Keith J. Bergeron | Kelly Cambre Bogart |
| Martha Dupree Bowden | Thomas M. Brahney | Terrence L. Brennan |
| Philip S. Brooks, Jr | Joseph M. Bruno | Joseph Edward Cain |
| Robert John Caluda | Jaime Michele Cambre | David Ryan Cannella |
| Christopher Chocheles | Albert D. Clary | James A. Cobb, Jr |

2

| | | |
|---|---|---|
| Kevin Lawrence Cole | Traci L. Colquette | Charles Bruce Colvin |
| John Patrick Connick | Clayton Morris Connors | Joseph W. Cotchett |
| Keith Michael Couture | Richard Abelard Cozad | William Jerrol Crain |
| Robert G. Creely | Jack J. Crowe | John J. Cummings, III |
| Martha Y. Curtis | Frank Jacob D'Amico, Jr | Christian E. Daigle |
| Thomas W. Darling | Jacques P. DeGruy | Beverly Aloisio DeLaune |
| Erin E. Dearie | Kevin R. Derham | Joseph Vincent DiRosa, Jr |
| Walter C. Dumas | Mary L. Dumestre | Richard G. Duplantier, Jr |
| Lawrence J. Duplass | Emily E. Eagan | William Harry Eckert |
| N. Frank Elliot, III | John N. Ellison | John F. Emmett |
| Clarence William Emory | Nina Wessel English | John Karl Etter |
| Richard M. Exnicios | Andrea L. Fannin | Christopher R. Farrell |
| Calvin Clifford Fayard, Jr | Shera J. Finn | Catherine J. Finnegan |
| Debra J. Fischman | Stephen G. Flynn | Charles C. Foti, Jr |
| Nina D. Froeschle | Craig Edmond Frosch | Samuel B. Gabb |
| William Christian Gambel | Christian Albert Garbett | Thomas Francis Gardner |
| James M. Garner | Scott Owen Gaspard | James F. Gasquet, III |
| Thomas Livingston Gaudry, Jr | Louis L. Gertler | Meyer H. Gertler |
| George Moore Gilly | Thomas V. Girardi | Phyllis Esther Glazer |
| Stephen E. Goldman | Pablo Gonzalez | Jeremy D. Goux |
| Arthur Gordon Grant, Jr | Andrew R. Greene | Philip L. Gregory |
| James Bradley Guest | Joseph Pierre Guichet | Kara M. Hadican |
| Jim S. Hall | William Marvin Hall | Mark Emerson Hanna |
| Lesli D. Harris | Randall Earl Hart | Robert G. Harvey, Sr |
| Lambert Joseph Hassinger, Jr | Timothy William Hassinger | Bonita Y. Hawkins |
| Joseph W. Hecker | Carl E. Hellmers, III | Herman C. Hoffmann, Jr |
| Brian A. Homza | David Blayne Honeycutt | Ralph Shelton Hubbard, III |
| \Darleen Marie Jacobs | Tamara Kluger Jacobson | H. Alston Johnson |
| Kevin P. Kamraczewski | Howard Bruce Kaplan | Brian David Katz |
| David Edmund Kavanagh | Patrick G. Kehoe, Jr | Anne Derbes Keller |
| Michael Courtney Keller | Duane M. Kelley | John Fredrick Kessenich |
| Richard E. King | Kyle P. Kirsch | Ronald Joseph Kitto |
| Robert W. Knights | William Lee Kohler | Beth M. Kramer |
| Stephen Skelly Kreller | Alex Kriegsman | Andre Jude Lagarde |
| Hugh Palmer Lambert | Kent A. Lambert | John M. Landis |
| Kathryn W. Landry | Mickey P. Landry | Wade Antoine Langlois, III |
| Lindsay A. Larson, III | William J. Larzelere, Jr | Thomas Patrick LeBlanc |
| Joseph E. Lee, III | Wayne J. Lee | Daniel Lichtl |
| Douglas Conrad Longman, Jr | Heather Shauri Lonian | Barbara L. Lyons |
| Wayne Robert Maldonado | George T. Manning | F. Gerald Maples |
| Belhia V. Martin | Christopher W. Martin | Richard Massie Martin, Jr |
| Adam Patrick Massey | Freeman Rudolph Matthews | Ben Louis Mayeaux |
| Jonathan Christopher McCall | James F. McConnon, Jr | Gregory John McDonald |
| Julia E. McEvoy | Gordon J. McKernan | J. J. (Jerry) McKernan |
| Evans Martin McLeod | Michael William McMahon | Daphne P. McNutt |
| Emma Alexandra Mekinda | Gerald A. Melchiode | Gerald Edward Meunier |

| | | |
|---|---|---|
| Kara K. Miller | Clay Mitchell | Stevens E. Moore |
| Arthur Anthony Morrell | Andre J. Mouledoux | Sean P. Mount |
| James Bryan Mullaly | Betty Finley Mullin | J. Wayne Mumphrey |
| John Herr Musser, IV | William Roy Mustian, III | Adrian Girard Nadeau |
| Daniel W. Nelson | John Francis Nevares | John A.V. Nicoletti |
| Gerald J. Nielsen | James R. Nieset, Jr | Michaela E. Noble |
| Gregory James Noto | Robert A. Novak | Pierce O'Donnell |
| Ashton Robert O'Dwyer, Jr | William E. O'Neil | Pius Akamdi Obioha |
| Frances Mae Olivier | Dominic J. Ovella | Michael C. Palmintier |
| James L. Pate | Darren Albert Patin | Maura Zivalich Pelleteri |
| Gary Michael Pendergast | Ronnie Glynn Penton | David K Persons |
| C. Michael Pfister | Dennis J. Phayer | Frank Anthony Piccolo |
| H. Minor Pipes, III | Andrew Lane Plauche, Jr | Camille Bienvenu Poche |
| Charles Milton Ponder, III | Matthew F. Popp | Drew A. Ranier |
| James C. Rather, Jr | Albert Joseph Rebennack, Jr | Simeon B. Reimonenq, Jr |
| Gino John Rendeiro | Don M. Richard | Thomas M. Richard |
| Timothy R. Richardson | Michael R.C. Riess | William Joseph Riviere |
| Wendy Hickok Robinson | Roy J. Rodney, Jr | Susan Muller Rogge |
| James H. Roussel | James P. Roy | Gary Jude Russo |
| Camilo Kossy Salas, III | David P. Salley | Jonathan H. Sandoz |
| David Scott Scalia | Seth Andrew Schmeeckle | Matthew D. Schultz |
| Nyka M. Scott | Charles F. Seemann, Jr | Kevin Discon Shearman |
| Robert I. Siegel | George R. Simno, III | David R. Simonton |
| John H Smith | Randall A. Smith | Robin D. Smith |
| Louis G. Spencer | Michael D. Spencer | Remy Voisin Starns |
| Elwood C. Stevens, Jr | Victor Elbert Stilwell, Jr | David A. Strauss |
| Deborah M. Sulzer | Frank J. Swarr | Brent A. Talbot |
| Patrick A. Talley, Jr | Christopher Kent Tankersley | Kelly Theard |
| Cynthia J. Thomas | Vernon Palmer Thomas | Sidney Donecio Torres, III |
| Virginia Y. Trainor | Chad M. Trammell | William T. Treas |
| William D. Treeby | Richard John Tyler | John Elliott Unsworth, Jr |
| Steven W. Usdin | Jon A. Van Steenis | Susan Molero Vance |
| Gregory P. Varga | Wendell R. Verret | Jean Michel Voltaire |
| John R. Walker | Jennifer W. Wall | B. Gerald Weeks |
| William John Wegmann, Jr | Marion Overton White | Lawrence D. Wiedemann |
| Stephen Michael Wiles | Kristopher T. Wilson | LaDonna Grey Wilson |
| Jesse Lee Wimberly, III | Scott L. Winkelman | Jon Wesley Wise |
| Scott G. Wolfe, Jr | Robert R. Wood, Jr | Justin I. Woods |
| Bob F. Wright | William Everard Wright, Jr | Alan J. Yacoubian |

by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:

4

| Carole A. Breithoff  (Weller)<br>2932 Lime Street<br>Metairie, LA 70006 | Frederick J. Gisevius, Jr<br>Law Offices of Fred Gisevius<br>12 Metairie Court<br>Metairie, LA 70001 | Avram C. Herman<br>Herman & Herman<br>111 Veterans Memorial Blvd.<br>Suite 1506<br>Metairie, LA 70005 |
|---|---|---|
| Joseph P. Lopinto, III<br>Lopinto Law Firm, L.L.C.<br>P. O. Box 246<br>Metairie, LA 70004 | William J. Luscy, III<br>William Luscy, III, Attorney at Law<br>616 Papworth Ave., Suite C<br>Metairie, LA 70005 | Richard Anthony Weigand<br>Weigand & Levenson<br>427 Gravier St., 1st Floor<br>New Orleans, LA 70130 |
| Francis Gerald Weller<br>Francis Gerald Weller, Attorney at Law<br>215 Jewel St.<br>New Orleans, LA 70124 | John W. deGravelles<br>deGravelles, Palmintier, Holthaus & Fruge'<br>618 Main Street<br>Baton Rouge, LA 70801-1910 | |

_s/Ralph S. Hubbard III_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Attorneys for Defendants,USAA Casualty**
**Insurance Company and USAA General**
**Indemnity Company**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:         rhubbard@lawla.com