UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| **PERTAINS TO:** | § | **JUDGE DUVAL** |
| | § | |
| **INSURANCE:** *Aaron*, **06-4746** | § | **MAG. WILKINSON** |

### ORDER GRANTING USAA'S MOTION TO SEVER

Be it remembered that on this date the Court considered USAA's Motion to Sever. The Court is of the opinion that the motion should be and is hereby GRANTED.

It is ORDERED that counsel for Plaintiffs shall submit to the Court within 10 days of the date affixed to this order a list identifying each Plaintiff, or Plaintiffs in the case of spouses, and that respective Plaintiff's or Plaintiffs' alleged insurer, which will be severed from the claims of all other Plaintiffs.

It is ORDERED that upon receipt of the list described above, the Clerk of the Court shall assign a separate case number to each severed action.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2006.

_____
**J U D G E**