UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: ABADIE, NO. 06-5164 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## SOUTHWEST BUSINESS CORPORATION'S *EX PARTE* MOTION FOR FIRST EXTENSION OF TIME TO RESPOND

Defendant Southwest Business Corporation ("Southwest"), without making an appearance and with full reservation of any and all defenses and objections, through undersigned counsel, respectfully moves *ex parte* for an extension of time within which to plead or otherwise respond to the First Supplemental and Amending Complaint (the "Complaint"), representing:

**1.**

The Complaint was filed on or about September 6, 2006. Because Southwest timely waived service of the summons pursuant to Rule 4 of the Federal Rules of Civil Procedure, it currently is required to file responsive pleadings on or before November 24, 2006.

**2.**

In accordance with Local Rule 7.9E, Southwest certifies through undersigned counsel that it has obtained no previous extension of time to plead in response to the Complaint and that plaintiffs have not filed in the record an objection to an extension of time.

**3.**

Accordingly, Southwest, pursuant to Local Rule 7.9E, respectfully requests a twenty-day extension of time within which to respond to the Complaint, which will make its response due on or before December 14, 2006.

WHEREFORE, defendant Southwest Business Corporation prays that this Court grant its motion for an extension of time to respond to the First Supplemental and Amending Complaint, through and including December 14, 2006.

Respectfully submitted,

Phillip A. Wittmann, 13625
Nicholas J. Wehlen, 29476
    Of
STONE PIGMAN WALTHER
    WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200

Counsel for Southwest Business Corporation

2

840357v.1

840357v.1

## CERTIFICATE

I hereby certify that copies of Southwest Business Corporation's *Ex Parte* Unopposed Motion for First Extension of Time to Respond and accompanying Order have been served upon each counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 21st day of November, 2006.

_____