UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: ABADIE, NO. 06-5164 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion for First Extension of Time to Respond;

**IT IS ORDERED** that the Motion of Southwest Business Corporation for an Extension of Time Within Which to Respond, be and hereby is GRANTED; and

**IT IS FURTHER ORDERED** that Southwest Business Corporation be and hereby is granted an extension of time within which to respond to the First Supplemental and Amending Complaint, through and including December 14, 2006.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

840374v.1