UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 17 PM 1:25
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| COLLEEN MOONEY | C.A. No.: Case No. 06-8602 |
| Plaintiff, | Judge A. J. McNamara, Section K |
| versus | Magistrate Knowles, Division 2 |
| STATE FARM FIRE AND CASUALTY COMPANY AND CHARLES LAGARDE | |
| Defendants. | |

*********************************************************************

### PLAINTIFF'S MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes the plaintiff, **COLLEEN MOONEY**, who, pursuant to 28 U.S.C.A. Section 1447(C), moves this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendants, **State Farm Fire and Casualty Company and Charles Lagarde**. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served upon all opposing counsel in this proceeding by depositing same in the U.S. Mail postage prepaid, this _17_ day of _November_, 2006.

_____
B. Gerald Weeks (#13306)
WEEKS, KAVANAGH & RENDEIRO
810 Union Street - Second Floor
New Orleans, LA 70112
Telephone: (504)529-5100
*Attorney for Plaintiff*

___ Fee_____
___ Process___
_X_ Dktd
___ CtRmDep____
___ Doc. No._____