UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COLLEEN MOONEY** | * | |
| | * | C.A. No.: Case No. 06-8602 |
| Plaintiff, | * | |
| | * | Judge A. J. McNamara, Section D |
| versus | * | |
| | * | Magistrate Knowles, Division 2 |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY AND CHARLES LAGARDE** | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 7th [28th] day of February, 2007, at 9:30 [10:00] o'clock a.m. before the Honorable A. J. McNamara, United States District Judge presiding.

Respectfully submitted,

_____
B. Gerald Weeks (#13306)
WEEKS, KAVANAGH & RENDEIRO
810 Union Street - Second Floor
New Orleans, LA 70112
Telephone: (504)529-5100
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been duly served upon all opposing counsel in this proceeding by depositing same in the U.S. Mail postage prepaid, this 17 day of November, 2006.