

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPHINE RICHARDSON, ET AL** | * | **CIVIL ACTION #06-8708** |
| **VERSUS** | * | **SECTION  K** |
| **BOH BROS. CONSTRUCTION CO., L.L.C., ET AL** | * | **MAGISTRATE  2** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR REMAND

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff **JOSEPHINE RICHARDSON, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, JOSEPH RICHARDSON** who files this Motion for Remand for the reasons set forth in this Motion and as more fully explained in the accompanying Memorandum in Support.

1.

Plaintiff requests that this Court remand this action to the Civil District Court for the Parish of Orleans, State of Louisiana, previously bearing Number 06-9246, Division "H" where it was originally filed pursuant to La.. Code of Civil Proc. Art. 74.

**WHEREFORE,** Plaintiff, **JOSEPHINE RICHARDSON, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, JOSEPH RICHARDSON** respectfully requests



that the Court: **(1)** Grant this motion and remand this case to the Civil District Cou or the Parish of Orleans; and their attorneys to pay all Plaintiff's costs and expenses, including attorney's fees, incurred because of the wrongful removal of this action.

Respectfully submitted,

_____
**ROBERT J. CALUDA, LA BAR #3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each properly addressed and postage prepaid on this 17th day of November, 2006.

_____
Jane B[illegible], Paralegal to RJC