UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE RICHARDSON, ET AL | * | CIVIL ACTION #06-8708 |
| | * | |
| VERSUS | * | SECTION  K |
| | * | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL | * | MAGISTRATE  2 |

*************************************

### MEMORANDUM IN SUPPORT OF MOTION FOR REMAND AND ORDER

**NOW INTO COURT,** through undersigned counsel comes Plaintiff, **JOSEPHINE RICHARDSON, INDIVIDUALLY AND ON BEHALF OF HER DECEASED HUSBAND, JOSEPH RICHARDSON** who submits the following Memorandum in Support of Plaintiff's Motion to Remand:

The subject matter of this lawsuit is not premised on any type of federal subject matter jurisdiction. Diversity dose not exist between the parties and consequently this Court has no jurisdiction subject matter.

The Defendants Boh Brothers Construction Co., **the removing entity and a Louisiana citizen**, has not procured the consent of all Defendants to have this matter removed in the appropriate time period.  In fact the Defendant, Orleans Parish Levee Board has filed in Civil District Court a Motion for Change of Venue.

Plaintiff respectfully requests and additional 30 days to supplement this memorandum

before the matter is heard to address the Defendant's federal sub sontractor rational for removal.

Respectfully submitted,

_____
**ROBERT J. CALUDA, LA BAR #3804**
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each properly addressed and postage prepaid on this 17th day of November, 2006.

June B Ruiz, Paralegal to RJC