UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPHINE RICHARDSON, ET AL | * | CIVIL ACTION #06-8708 |
| VERSUS | * | SECTION K    * |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL | * * | MAGISTRATE 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

**TO:**  Boh Bros. Construction Co., L.L.C. ("Boh Bros.")
Through Attorney of Record
Michael R.C. Riess
201 St. Charles Ave., Suite 3300
New Orleans, LA 70170

Washington Group International, Inc.
Through Attorney of Record
William D. Treeby
546 Carondelet Street
New Orleans, LA 70130

The Board of Comm. for the Orleans Levee District
Through Attorney of Record
Thomas P. Anzelmo
3445 N. Causeway Blvd., Suite 800
Metairie, LA 70002

S & W B of New Orleans
Through Attorney of Record
George R. Simno
625 St. Joseph Street
New Orleans, LA 70165

St. Paul Fire and Marine
Through Attorney of Record
April R. Roberts
Suite 2775, Pan American Life Center
601 Poydras St.
New Orleans, LA 70130

The City of New Orleans
Through Registered Agent
Mayor C. Ray Nagin
1300 Perdido |Street
New Orleans, LA 70112

**PLEASE TAKE NOTICE** that the Plaintiff's Motion to Remand, will be brought for hearing before the Honorable Judge Duvalle on the 24th Day of January , 2007 at 9:30 a.m.

**Signed on this** \_\_\_ **day of** _____**, 2006**

_____
**JUDGE**