**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION | * | 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ST. RITA     CASE NO. 06-7355 | * | |
| | * | |

*******************************************************************************

<u>**MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD**</u>

Now Come Lloyd N. Frischhertz, Marc L. Frischhertz, and Dominick Impastato, who

respectfully request that this Court allow them to appear as additional counsel of record for

Plaintiffs, JEFFREY KENNEY AND RACHEL AYLOR, for the claims of the deceased Gladys

LeBlanc in the above matter.

RESPECTFULLY SUBMITTED:

<u>**/s/ Dominick F. Impastato, III**</u>
LLOYD N. FRISCHHERTZ, #5749
DOMINICK F. IMPASTATO, III, #29056
MARC L. FRISCHHERTZ, #29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, Louisiana 70130
504-523-1500 (phone)
504-581-1670 (fax)

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on **November 21, 2006,** I electronically filed the foregoing with the
Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the
following:

James A. Cobb , Jr
Jeremy D. Goux
Stevens E. Moore
Louis G. Spencer

    I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

**/s/ Dominick F. Impastato, III**
La. Bar No. 29056