UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: ST. RITA    CASE NO. 06-7355 | * * * | |

**************************************************************************

### ORDER

Considering the foregoing Motion to Enroll As Additional Counsel:

It is hereby ordered that Lloyd N. Frischhertz, Marc L. Frischhertz, and Dominick Impastato, are permitted to appear in this matter as additional counsel of record for Plaintiffs, JEFFREY KENNEY AND RACHEL AYLOR, for the claims of the deceased Gladys LeBlanc in the above matter.

Signed this _____ day of _____, 2006.

_____
JUDGE DUVAL