UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., LLC, ET AL | SECTION "K" (2)<br>JUDGE DUVAL |
| RELATES TO: Docket Nos. 06-4389; 06-5116, 06-5118, 06-5127, 06-5128, 06-5131, 06-5132, 06-5134, 06-5137, 06-5140; 06-5142; 05-5159; 06-5786; 06-7682 | MAGISTRATE WILKINSON<br><br>RE: KATRINA LEVEES |

### ORDER

The Motion to Enroll Additional Counsel of Record of Board of Commissioners of the Port of New Orleans ("Dock Board") having been considered;

**IT IS HEREBY ORDERED** that Kirk N. Aurandt of the law firm Daigle Fisse & Kessenich be and is hereby enrolled as additional counsel of record for The Board of Commissioners of the Port of New Orleans

New Orleans, Louisiana, this 20th day of _____November_____, 2006.

_____
UNITED STATES DISTRICT JUDGE