# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| **IN RE KATRINA CANAL BREACHES** | ) | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | ) | |
| | ) | **NO. 05:4182 "K" (2)** |
| _____ | ) | |
| | ) | **Judge Duval** |
| **PERTAINS TO:** | ) | |
| | ) | **Magistrate Wilkinson** |
| **INSURANCE: Abadie, No. 06:5164** | ) | |
| | ) | |

## ORDER

Considering the foregoing *EX PARTE* **MOTION FOR EXTENSION OF TIME TO**

**FILE RESPONSIVE PLEADINGS** filed by Defendants Safeco Insurance Company of

America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco

National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the

"Safeco Defendants");

    **IT IS HEREBY ORDERED** that the motion is granted and that the Safeco Defendants

shall be granted an additional 20 days, through and including December 14, 2006, to file

responsive pleadings to Plaintiffs' Complaint.

    New Orleans, Louisiana, this ____20th____ day of ___November_____, 2006.

                                    _____
                                    UNITED STATES DISTRICT JUDGE