UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATION LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: (Ludwig: Case No. 06-8935) | * * * * * | & Consol. Cases SECTION "K" MAG: 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER

Considering the foregoing Motion;

IT IS ORDERED by the court that Wayne R. Maldonado be permitted to withdraw as lead counsel from the representation of defendant, Alliance Insurance Agency Services, Inc., in this matter and that the name of William H. Eckert of Ungarino & Eckert, LLC be entered on the record of the court as lead attorney for defendant, Alliance Insurance Agency Services, Inc., in the above entitled and numbered cause, and that all electronic notices in this case be sent to his attention and no further electronic notices be sent to Wayne R. Maldonado.

THUS DONE, ORDERED AND SIGNED in chambers in _____, Louisiana, this __20th__ day of _____November_____, 2006.

_____
JUDGE

G:\DOCS\9000's\9800-9899\9894\USDC-MotSubstitute-LeadAtty.UandE.am.doc