

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 20

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | : | CIVIL ACTION |
| | : | |
| | : | NO. 05-4182 "K"(2) |
| | : | |
| PERTAINS TO: | : | JUDGE DUVAL |
| LEVEE (06-6642) | : | |
| (PONTCHARTRAIN BAPTIST CHURCH) | : | MAGISTRATE WILKINSON |
| | : | |

### CONSENT TO REMOVAL

Modjeski and Masters, Inc. ("Modjeski") co-defendant in the above captioned action, hereby confirms its prior consent to removal of the above captioned action, as noticed by James Construction Co., Inc., and concurs in the basis for same for the following reasons:

1.

Modjeski shows that it and other named defendants in this matter have been named with respect to construction and/or design activities at the various locations involved, and thus, there are multiple defendants named in this litigation who are entitled to a "federal officer" defense pursuant to 28 U.S.C. § 1442.

```
____ Fee_____
____ Process_____
 X  Dktd _____
____ CtRmDep_____
____ Doc. No._____
```

2.

Modjeski shows that the 17th Street Canal, named in this particular litigation, has not ever been, for purposes of the allegations herein, a navigable waterway, and has no connection to maritime commerce, but rather was designed and constructed in connection with flood control/drainage projects, and thus, this Honorable Court does not have admiralty jurisdiction.  Nor does the substantive general maritime law apply in any respect.

3.

This Honorable Court has several options.  Should the Court determine that it may not have subject matter jurisdiction over the claims against certain political entities, such claims could be severed and remanded.  Alternatively, this Court could exercise supplemental jurisdiction under 28 U.S.C. § 1367 over other claims that are so related that they form part of the same case or controversy.

Removal of this matter was proper, and any motions to remand same should be denied.

Victor E. Stilwell, Jr., T.A. (#12484)
Francis J. Barry, Jr. (#02830)
Keith J. Bergeron (#25574)
          of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
**Attorneys for Modjeski and Masters, Inc.,**
**Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that copies of the above and foregoing Memorandum and attached Supporting Affidavit and Exhibits have been served this *20th* day of November, 2006, by e-mail or by placing same in the United States Mail, postage prepaid and properly addressed to the following counsel of record:

William E. O'Neil
O'Neil/Vance Group LLC
701 N. Causeway Blvd.
Metairie, LA 70001

Gerald A. Melchiode
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, Suite 4040
New Orleans, LA 70130

George R. Simno, III
625 St. Joseph Street, Room 201
New Orleans, LA 70165

Don M. Richard
701 North Causeway Blvd.
Metairie, LA 70001

Richard John Tyler
Jones, Walker, Waechter, Poitevent, Carrerre &Denegre
Place St. Charles
201 St. Charles Avenue - 50th Floor
New Orleans, LA 70170-5100

Michael C. Riess
Kingsmill Riess, LLC
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170-3300


_____
Victor E. Stilwell, Jr.

#313597v1<DKS> -Consent to Removal

-3-