

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16  PM 4: 33

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:   LEVEE and MRGO<br>(*LeDuff* No. 06-5260) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR
### EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), without waiving any objections it may have, including an objection to improper service of process, for the sole purpose of moving this Honorable Court for an Order extending the time within which St. Paul must file pleadings responsive to Plaintiffs' Original Complaint (the "Complaint"). Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, St. Paul requests an extension of 20 days, from its original due date, November 16, 2006, to file responsive pleadings.

In support of its request, St. Paul represents that it received a copy of the Complaint on October 27, 2006. Pursuant to Federal Rule of Civil Procedure 12(a), St. Paul's current deadline

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

for filing responsive pleadings is November 16, 2006. St. Paul submits that it requires additional time to formulate a response in order to appropriately respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.9, St. Paul certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

**WHEREFORE**, St. Paul respectfully requests a 20-day extension of time for the filing of responsive pleadings in this matter.

Respectfully submitted,

*/s/ April R. Roberts*

JOSEPH P. GUICHET, T.A., #24441
RALPH S. HUBBARD III, #7040
APRIL R. ROBERTS, #30821
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
**Attorneys for St. Paul Fire and Marine Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 16th day of November, 2006.

*/s/ April R. Roberts*