

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |
| PERTAINS TO:   LEVEE and MRGO <br> (*LeDuff* No. 06-5260) | * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time Within Which to Plead,

**IT IS HEREBY ORDERED** that defendant, St. Paul Fire and Marine Insurance Company, be and is hereby granted a twenty (20) day extension of time from its original due date, November 16, 2006, within which to file responsive pleadings to Plaintiffs' Original Complaint.

New Orleans, Louisiana, this _20th_ day of _November_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____