IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Pelican Graphics, L.L.C., <br>     Plaintiff | : | |
| v. | : | **CORPORATE DISCLOSURE <br> STATEMENT OF PELICAN <br> GRAPHICS, LLC** |
| United States Fidelity and Guaranty Company, <br>     Defendant | : | Civil No.06-4927 <br><br> Sect. K , Mag. 2 |

    NOW COMES plaintiff PELICAN GRAPHICS, L.L.C. who pursuant to Local Rule 5.6 submits this Corporate Disclosure Statement:

    PELICAN GRAPHICS, L.L.C. submits that it has no parent corporation and no publicly traded company owns more than 10% of any stock in PELICAN GRAPHICS, L.L.C.

1

Respectfully submitted,

THE WOLFE LAW OFFICES, L.L.C.

s/Scott G. Wolfe, Jr.
_____
SCOTT G. WOLFE, JR. (LA Bar No. 30122)
4821 Prytania Street
New Orleans, Louisiana 70115
Telephone: (504) 894-9653
Fax: (866) 761-8934
**Attorney for Plaintiff**

### Certificate of Service

I, Scott G. Wolfe, Jr., do hereby swear that I served a copy of this Pleading on all counsel of record and unrepresented parties via regular U.S. Mail and/or electronic mail on November 21, 2006.

s/Scott G. Wolfe, Jr.
_____
THE WOLFE LAW OFFICES, L.L.C.