IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Danny Rebecca, Inc., <br> Plaintiff | : | |
| v. | : | **CORPORATE DISCLOSURE STATEMENT OF DANNY REBECCA, INC** |
| Scottsdale Insurance Company, <br> Defendant | : | Civil No.06-4808 <br> Sect. K |

NOW COMES plaintiff DANNY REBECCA, INC., who pursuant to Local Rule 5.6 submits this Corporate Disclosure Statement:

DANNY REBECCA, INC. submits that it has no parent corporation and no publicly traded company owns more than 10% of any stock in DANNY REBECCA, INC.

1

Respectfully submitted,

THE WOLFE LAW OFFICES, L.L.C.

s/Scott G. Wolfe, Jr.
_____
SCOTT G. WOLFE, JR. (LA Bar No. 30122)
4821 Prytania Street
New Orleans, Louisiana 70115
Telephone: (504) 894-9653
Fax: (866) 761-8934
**Attorney for Plaintiff**

### Certificate of Service

I, Scott G. Wolfe, Jr., do hereby swear that I served a copy of this Pleading on all counsel of record and unrepresented parties via regular U.S. Mail and/or electronic mail on November 21, 2006.

s/Scott G. Wolfe, Jr.
_____
THE WOLFE LAW OFFICES, L.L.C.