UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NUMBER 05-4182 "K"(2) |
| *PERTAINS TO:*<br>LEVEE, RESPONDER  CASE NOS<br>O'DWYER – 06-4389 AND<br>O'DWYER – 06-6099 | *<br>*<br>*<br>* | JUDGE: DUVAL<br><br>MAG. JUDGE: WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

### MOTION TO DISMISS STATE OF LOUISIANA, STATE AGENCY AND STATE OFFICER DEFENDANTS FROM *O'DWYER* CASES: 06-4389 AND 06-6099

**NOW INTO COURT**, through undersigned counsel, come defendants State of Louisiana; Governor Kathleen Blanco; State of Louisiana, through the Department of Transportation and Development (DOTD); Secretary Johnny D. Bradberry; State of Louisiana, through the Military Department, Office of Homeland Security and Emergency Preparedness (incorrectly referred to as "the Governor's Office of Homeland Security and Emergency Preparedness" and hereinafter referred to as "OHSEP"); Colonel Jeff Smith; State of Louisiana,

through the Department of Social Services (DSS), Secretary Ann S. Williams, State of Louisiana, through the Department of Public Safety and Corrections (DPSC), and Secretary Richard S. Stalder,[1] who move this Honorable Court for dismissal of all claims against them for the following reasons:

1.

The plaintiffs have filed three lawsuits in the Eastern District of Louisiana against the State of Louisiana and various state agencies and officers for acts or omissions directly relating to preparation for and response to Hurricane Katrina and/or alleging the State is responsible for the widespread flooding.[2]

2.

The proposed classes of plaintiffs are the same in each of the three cases.

3.

The plaintiffs sue the State of Louisiana and DOTD in each of the three cases. The plaintiffs add OHSEP, DSS and DPSC to the list of state agency defendants in 06-6099.

---

[1] Please note: The State of Louisiana, DOTD and Secretary Johnny Bradberry are the only three of the ten moving defendants sued in both 06-4389 and 06-6099.

[2] 05-4181, 06-4389, and 06-6099.  Please note Docket No. 06-5786 is the case to which the plaintiffs refer in 06-6099 that they filed in Civil District Court for the Parish of Orleans in an attempt to interrupt prescription.  The case has been removed.  However, service has not been issued or requested on any defendant in the case.  It was filed in CDC on August 24, 2006.

4.

The State and its agencies are entitled to sovereign immunity from suit in this Honorable Court.

5.

The plaintiffs sue Governor Kathleen Blanco, in 05-4181 and again in 06-6099 in her official capacity.  The plaintiffs sue Secretary Johnny Bradberry in 06-4389 and 06-6099 in his official capacity.  The plaintiffs sue Colonel Jeff Smith, Secretary Ann Williams, and Secretary Richard Stalder in 06-6099 in their official capacities.

6.

State officers in their official capacities are entitled to sovereign immunity from this suit in Federal Court.

7.

The issue of sovereign immunity from **this suit** in federal court has been fully adjudicated by this Honorable Court in favor of the State of Louisiana, its agencies and officers in their official capacities and against **these plaintiffs** either individually or through representation by other members of the purported classes.

8.

The plaintiffs delineate statutes and legal theories purporting to establish bases for liability under federal law against "certain of the defendants" and establish this

Court's original subject matter jurisdiction. The only statute applicable to this case is 42 U.S.C. §1983.

9.

The plaintiffs, furthermore, sue Governor Kathleen Blanco, Secretary Johnny Bradberry, Colonel Jeff Smith, Secretary Ann Williams, and Secretary Richard Stalder in their individual capacities under federal and state law.

10.

The federal claims against Governor Kathleen Blanco have been fully adjudicated by this Honorable Court in favor of the Governor and against these plaintiffs either individually or through representation by other purported class members. Governor Blanco is clearly entitled to sovereign immunity.

11.

The remaining claims, §1983 claims[3] against Governor Blanco, Secretary Bradberry, Colonel Smith, Secretary Williams and Secretary Stalder, in their individual capacities, should be dismissed for blatantly failing to state a claim under federal law because these moving defendants are also clearly entitled to qualified immunity.

---

[3] All remaining claims are in case no 06-6099. In addition to §1983 claims, state law claims also remain. As this Court declined to exercise supplemental jurisdiction over these same state law claims in 05-4181, the moving defendants, in the interest of brevity, choose not to argue the merits of the state law claims.

**WHEREFORE**, defendants, State of Louisiana; Governor Kathleen Blanco; State of Louisiana, through the Department of Transporation and Development; Secretary Johnny D. Bradberry; State of Louisiana, through the Military Department, Office of Homeland Security and Emergency Preparedness; Colonel Jeff Smith; State of Louisiana, through the Department of Social Services; Secretary Ann S. Williams; State of Louisiana, through the Department of Public Safety and Corrections (DPSC); and Secretary Richard S. Stalder, pray that their motion be granted and that they be dismissed from both 06-4389 and 06-6099.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

**BY**: ___s/ *Michael C. Keller*_____
**MICHAEL C. KELLER (#20895) (T.A.)**
**PHYLLIS E. GLAZER (# 29878)**
**STEPHEN F. BABIN (#2634)**
**ASSISTANT ATTORNEYS GENERAL**

**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.    504-599-1200
Facsimile No.    504-599-1212
Email:    KellerM@ag.state.la.us
              GlazerP@ag.state.la.us
              BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that on *November 21, 2006*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Defendants*. I further certify that, on this same day, a copy of the foregoing was sent to *Ashton R. O'Dwyer* via email and First Class United States Mail.

           *s/ Michael C. Keller*
           **MICHAEL C. KELLER**