UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: 06-2152 (REED) AND 06-4066 (ACKERSON) | | |
| MRGO | | |

### MANSON CONSTRUCTION CO.'S RESPONSE TO STATEMENT OF UNCONTESTED MATERIAL FACTS SUBMITTED BY BEAN DREDGING LLC, STUYVESANT DREDGING COMPANY AND BEAN STUYVESANT LLC (REC. DOC. 1155)

Defendant, Manson Construction Co. ("Manson"), respectfully submits its response to the Statement of Uncontested Material Facts Submitted by Bean Dredging LLC, Stuyvesant Dredging Company, and Bean Stuyvesant LLC (Rec. Doc. 1155) as follows:

1. Admitted.

2. Denied.

3. Admitted.

4. Denied.

NO.99739319.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION
CO. AND MANSON GULF, L.L.C.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 21st day of November, 2006.

_____

NO.99739319.1