UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | *<br>* | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| | * | |
| BOURGEOIS, NO. 06-5131 | * | MAG. WILKINSON |
| | * | |

**CORPORATE DISCLOSURE STATEMENT OF CSX TRANSPORTATION, INC.**

CSX Transportation, Inc. files this corporate disclosure statement in Civil Action No. 06-5131 in compliance with Uniform Local Rule 5.6E.  CSX Transportation, Inc. is wholly owned by CSX Corporation, a publicly traded company.  No publicly held company owns ten per cent or more of the stock of CSX Corporation.

            /S/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
      -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

930777-1

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                        /S/ Jonathan C. McCall