UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES            CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | *<br>* | JUDGE DUVAL |
| PAUL, NO. 06-7682 | *<br>* | MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

Defendant CSX Transportation, Inc., requests under Uniform L.R. 78.1E that the Court hold oral argument on the plaintiffs' Motion to Remand, Docket No. 1543, and on CSX Transportation, Inc.'s Motion for Dismissal Under Rule 12(b)(6) or, In The Alternative, Motion for Summary Judgment under Rule 56, Docket No. 1530. Both of those motions have been noticed for a hearing on Wednesday, November 29, 2006, at 9:30 a.m.

930927-1

1

Respectfully submitted,

___s/ Jonathan C. McCall_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Telefax: (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

___s/ Jonathan C. McCall_____