UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: LEVEE, MRGO<br>Gordon, No. 06-5163 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**FIRST UNOPPOSED EXPARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

NOW INTO COURT, through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis"), without making an appearance and with full reservation of all defenses and objections, advises the Court that Eustis is in need of additional time to respond to the plaintiffs' "Class Action Complaint" ("Complaint"). Pursuant to Local Rule 7.9E, Eustis moves for an additional twenty (20) days, or through January 2, 2007, within which to respond to the plaintiffs' Complaint. Undersigned counsel contacted counsel for the plaintiffs, who has no objection to this extension. Exhibit 1. Eustis has not requested or been granted any prior extensions of time to plead in the 06-5163 action.

WHEREFORE, Eustis Engineering Company, Inc. prays that the Court allow Eustis until January 2, 2007 to file responsive pleadings to the plaintiffs' Complaint.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation


 s/Erin E. Dearie
THOMAS F. GARDNER, T.A. (#1373)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:   (504) 832-7222
Facsimile:    (504) 832-7223

**ATTORNEYS FOR:
EUSTIS ENGINEERING COMPANY, INC.,
DEFENDANT**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 22nd day of November, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronically filing or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

 s/Erin E. Dearie
ERIN E. DEARIE