# GARDNER & KEWLEY
A PROFESSIONAL LAW CORPORATION

1615 METAIRIE ROAD, SUITE 200
METAIRIE, LOUISIANA  70005

TELEPHONE: (504) 832-7222
FACSIMILE: (504) 832-7223
E-MAIL: dearie@bayoulaw.com

ERIN E. DEARIE

Licensed in Louisiana,
Pennsylvania & New Jersey
L.L.M. in Taxation

November 22, 2006
7274-09

**VIA EMAIL: jbruno@brunobrunolaw.com**

Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113

IN RE:   **KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
USDC CV No. 05-4182 "K"(2)
PERTAINS TO: Gordon 06-5163
and
Edward Williams, et al v. Board of Commissioners of
the Orleans Parish Levee District, et al, USDC CV No. 06-5471**

Dear Joe:

Thank you very much for speaking with me on November 21, 2006 and for agreeing to grant to Eustis Engineering Company, Inc. ("Eustis") an additional twenty (20) days in which to respond to the plaintiffs' "Class Action Complaint" in each of the above-referenced actions. I will file motions with the court reflecting the revised date on which Eustis' responsive pleadings are due.

Thank you for the courtesies that you have extended to my client. With best regards, I remain

Sincerely,

ERIN E. DEARIE

EED/asa

jb_727409_112206_eedasa#1F.wpd

