UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br><br>PERTAINS TO: LEVEE, MRGO<br>Gordon, No. 06-5163 | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## **ORDER**

CONSIDERING the foregoing "First Unopposed Exparte Motion for Extension of Time to File Responsive Pleadings on Behalf of Eustis Engineering Company, Inc.,"

IT IS HEREBY ORDERED that Eustis Engineering Company, Inc. is granted an additional twenty (20) days, or through January 2, 2007, within which to respond to the plaintiffs' "Class Action Complaint."

New Orleans, Louisiana, this _____ day of November, 2006.

_____
United States District Court Judge