UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| *Xavier Univ. of La.*, NO. 06-0516 | * | |
| | * | |
| | * | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE**
**REPLY MEMORANDUM IN SUPPORT OF**
**MOTION FOR MODIFICATION OF SCHEDULING ORDER**
**AND CONTINUATION OF TRIAL DATE**

**NOW COMES** defendant, Travelers Property Casualty Company of America ("Travelers"), who requests leave to file the attached Reply Memorandum In Support of Motion for Modification of Scheduling Order and Continuation of Trial Date. This memorandum is necessary to clarify the issues and to address arguments made by plaintiff in its Opposition.

**WHEREFORE**, Travelers Property Casualty Company of America prays that this Court grant leave to allow the filing of its attached Reply Memorandum In Support of Motion for Modification of Scheduling Order and Continuation of Trial Date.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
Ralph S. Hubbard III, La. Bar. #7040
Simeon B. Reimonenq, Jr., La. Bar #19755
Seth A. Schmeeckle, La. Bar #27076
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195

Stephen E. Goldman (pro hac vice)
Wystan M. Ackerman (pro hac vice)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone:     (860) 275-8255
Facsimile:      (860) 275-8299

**Attorneys for Travelers Property Casualty Company of America**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 22, 2006, a copy of Defendant's Motion for Leave to File Reply Memorandum in Support of Motion for Modification of Scheduling Order and Continuation of Trial Date was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

s/Simeon B. Reimonenq, Jr.
SIMEON B. REIMONENQ, JR.