UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) ) |
| Plaintiffs, | ) ) CIVIL ACTION ) |
| vs. | ) NO. 2:06-CV-4746 ) ) Section R (Judge Vance) |
| AIG CENTENNIAL INSURANCE COMPANY et al., | ) ) Magistrate 4 (Judge Roby) ) |
| Defendants. | ) |

## MOTION TO SEVER BY SAFECO DEFENDANTS

Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants") hereby move this Court, pursuant to Federal Rules of Civil Procedure 20 and 21, to sever each named Plaintiff's claims from those of all other Plaintiffs. In the alternative, the Safeco Defendants move to sever all claims asserted by any named plaintiff against any of the non-Safeco defendants from those claims asserted against the Safeco Defendants.

-1-

LEGAL02/30124035v1

In support of this Motion, the Safeco Defendants submit the accompanying Memorandum in Support of the Motion to Sever.

Respectfully submitted, this 7th day of November, 2006.

> GORDON, ARATA, McCOLLAM,
>    DUPLANTIS & EAGAN, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170-4000
> (504) 582-1111
> (504) 582-1121 (*Facsimile*)
>
> __s/Nina Wessel English_____
> Wendy Hickok Robinson
> Louisiana Bar No. 25225
> whrobinson@gordonarata.com
> Nina Wessel English
> Louisiana Bar No. 29176
> nenglish@gordonarata.com
>
> And
>
> Cari K. Dawson, Georgia Bar No. 213490
> Daniel F. Diffley, Georgia Bar No. 221703
> John A. Sensing, Georgia Bar No. 141327
> (*pro hac vice* admissions pending)
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> (404) 881-7000
> (404) 881-7777 (*Facsimile*)
>
> Attorneys for the Safeco Defendants

### CERTIFICATE

I hereby certify that on this __7th__ day of November, 2006, a copy of this **MOTION TO SEVER** was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of the pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

> __s/Nina Wessel English_____

-2-