UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| AIG CENTENNIAL INSURANCE COMPANY et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION

NO. 2:06-CV-4746

Section R (Judge Vance)

Magistrate 4 (Judge Roby)

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants") will bring the attached Motion to Sever for hearing before the Honorable Sarah S. Vance, United States District Judge, U.S. Courthouse, 500 Camp Street, New Orleans, La. at 10:00 a.m. on Wednesday, December 13, 2006, or as soon thereafter as counsel can be heard.

1

Pursuant to Local Rule 78.1, the Safeco Defendants have requested oral argument on the Motion to Sever.

Respectfully submitted, this 7th day of November, 2006.

> GORDON, ARATA, McCOLLAM,
>     DUPLANTIS & EAGAN, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170-4000
> (504) 582-1111
> (504) 582-1121 (*Facsimile*)
>
> __s/Nina Wessel English_____
> Wendy Hickok Robinson
> Louisiana Bar No. 25225
> whrobinson@gordonarata.com
> Nina Wessel English
> Louisiana Bar No. 29176
> nenglish@gordonarata.com
>
> And
>
> Cari K. Dawson, Georgia Bar No. 213490
> Daniel F. Diffley, Georgia Bar No. 221703
> John A. Sensing, Georgia Bar No. 141327
> (*pro hac vice* admissions pending)
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, Georgia  30309-3424
> (404) 881-7000
> (404) 881-7777 (*Facsimile*)
>
> Attorneys for the Safeco Defendants

### C E R T I F I C A T E

I hereby certify that on this _7th_ day of November, 2006, a copy of this Notice of Hearing was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of the pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

> ___s/Nina Wessel English_____