UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION: "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: 06-5164 | |
| | MAGISTRATE: WILKINSON |

**EX PARTE MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE RESPONSIVE PLEADINGS
BY REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, REPUBLIC
LLOYDS, AND REPUBLIC UNDERWRITERS INSURANCE COMPANY**

**NOW INTO COURT,** through undersigned counsel, for purposes solely of obtaining and extension or enlargement of time within which to file responsive pleadings, and reserving all other rights, come defendants, Republic Fire And Casualty Insurance Company ("RFCIC"), Republic Lloyds ("RL"), and Republic Underwriters Insurance Company ("RUIC"), and in accordance with Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 7.9 of the Uniform District Court Rules, respectfully request this Honorable Court to grant ex parte an extension or enlargement of time within which RFCIC, RL and RUIC may file responsive

pleadings to the *Complaint-Class Action* for the reasons stated herein and for good cause shown. RFCIC, RL and RUIC request additional time to properly investigate and research the class action allegations, confirm the identity of all alleged insureds identified in the *Complaint-Class Action*, and research all potential affirmative defenses. RFCIC, RL and RUIC request an ex parte extension of time of twenty (20) days from when responsive pleadings were originally due (November 24, 2006), or through December 14, 2006, within which to file responsive pleadings to the *Complaint-Class Action*. RFCIC, RL and RUIC have not previously requested an extension of time within which to file responsive pleadings, and undersigned counsel contacted counsel for plaintiffs on November 21, 2006, who advised that they have no objection to an extension of time of twenty (20) days from when responsive pleadings were originally due (November 24, 2006), or through December 14, 2006.

**WHEREFORE**, defendants, Republic Fire And Casualty Insurance Company, Republic Lloyds and Republic Insurance Company, pray that this Ex Parte Motion for Extension of Time be granted, and that the deadline within which RFCIC, RL and RUIC should file responsive pleadings be extended and/or enlarged by twenty (20) days from the current deadline, or until December 14, 2006.

Respectfully submitted,

**LARZELERE PICOU WELLS
   SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

BY:     **/s/ Christopher R. Pennison**
        **JAY M. LONERO, T.A. (No. 20642)**
          jlonero@lwp-law.com
        **CHRISTOPHER R. PENNISON (No. 22584)**
          cpennison@lwp-law.com

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY,
REPUBLIC LLOYDS, AND REPUBLIC
UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this   22nd   day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Christopher R. Pennison