UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: 06-5164 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

### ORDER

Considering the above and foregoing *Ex Parte Motion for Extension of Time*:

**IT HEREBY IS ORDERED**, that the *Ex Parte Motion for Extension of Time* filed by Republic Fire And Casualty Insurance Company, Republic Lloyds and Republic Underwriters Insurance Company shall be and is hereby **GRANTED**, and that the deadline within which to file responsive pleadings shall be and is hereby extended or enlarged by twenty (20) days from the current deadline of November 24, 2006, or until December 14, 2006.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.