UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: 06-5164 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**CERTIFICATE OF COMPLIANCE UNDER LOCAL CIVIL RULE 7.9
OF THE UNIFORM DISTRICT COURT RULES**

In accordance with Local Civil Rule 7.9 of the Uniform District Court Rules, undersigned counsel hereby advises that on November 21, 2006 he contacted counsel for plaintiffs who advised that plaintiffs have no objection to and do not oppose the request for extension of time within which to file responsive pleadings of twenty (20) days from November 24, 2006, or until December 14, 2006.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
            **SIMPSON LONERO, LLC**
        Suite 1100 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA   70002
        Telephone:     (504) 834-6500
        Fax:  (504) 834-6565

    **BY:**    **/s/ Christopher R. Pennison**
            **JAY M. LONERO, T.A. (No. 20642)**
            jlonero@lwp-law.com
            **CHRISTOPHER R. PENNISON (No. 22584)**
            cpennison@lwp-law.com

        **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, REPUBLIC LLOYDS, AND REPUBLIC UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this   22nd   day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

        /s/ Christopher R. Pennison