UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: 06-5164 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**ORDER**

Considering the above and foregoing *Ex Parte Motion for Extension of Time*:

**IT HEREBY IS ORDERED**, that the *Ex Parte Motion for Extension of Time* filed by American National General Insurance Company, American National Property and Casualty Company, and ANPAC Louisiana Insurance Company shall be and is hereby **GRANTED**, and that the deadline within which to file responsive pleadings shall be and is hereby extended or enlarged by twenty (20) days from the current deadline of November 24, 2006, or until December 14, 2006.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.