UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| AIG CENTENNIAL INSURANCE COMPANY et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION

NO. 2:06-CV-4746

Section R (Judge Vance)

Magistrate 4 (Judge Roby)

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants") respectfully request oral argument on their Motion to Sever that is noticed for hearing on December 13, 2006, at 10:00 a.m.

1

Respectfully submitted, this 7th day of November, 2006.

> GORDON, ARATA, McCOLLAM,
>    DUPLANTIS & EAGAN, L.L.P.
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170-4000
> (504) 582-1111
> (504) 582-1121 (*Facsimile*)
>
>   s/Nina Wessel English  
> Wendy Hickok Robinson
> Louisiana Bar No. 25225
> whrobinson@gordonarata.com
> Nina Wessel English
> Louisiana Bar No. 29176
> nenglish@gordonarata.com
>
> And
>
> Cari K. Dawson, Georgia Bar No. 213490
> Daniel F. Diffley, Georgia Bar No. 221703
> John A. Sensing, Georgia Bar No. 141327
> (*pro hac vice* admissions pending)
> Alston & Bird LLP
> 1201 West Peachtree Street
> Atlanta, Georgia 30309-3424
> (404) 881-7000
> (404) 881-7777 (*Facsimile*)
>
> Attorneys for the Safeco Defendants

## CERTIFICATE

I hereby certify that on this _7th_ day of November, 2006, a copy of this Request for Oral Argument was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of the pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

          s/Nina Wessel English