UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NO. 06-4746 |
| VERSUS | * | SECTION "R"(4) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * | JUDGE VANCE |
| | * | MAGISTRATE ROBY |
| Defendants. | * | |

### STATE FARM'S MOTION TO SEVER

Defendants, State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company (collectively, "State Farm"), move to sever the claims of the individual Plaintiffs in this action. Plaintiffs' claims do not meet the permissive joinder requirements of Rule 20 of the Federal Rules of Civil Procedure. Plaintiffs do not assert any claim jointly and severally, nor do they assert claims arising out of the same transaction, occurrence, or series of transactions or occurrences. Plaintiffs' claims arise under different insurance policies, are against different insurance companies, and address unique claims handling issues that are inherently unrelated. Indeed, the Complaint makes no real attempt to justify the wholesale joinder of thousands of individuals and

1

837396v.1

hundreds of insurance companies in a single lawsuit. Therefore, State Farm requests that this Court sever the Plaintiffs' claims and require each Plaintiff to proceed separately. Alternatively, if the Court finds that the Plaintiffs have met the requirements for permissive joinder under Rule 20, State Farm requests that the Court sever the Plaintiffs' claims so that each Defendant is a party to a separate lawsuit.

Respectfully submitted,

s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
   of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Memorandum has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this 7th day of November, 2006.

s/ J. Dalton Courson

837396v.1