UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * CIVIL ACTION |
| Plaintiffs, | * NO. 06-4746 |
| VERSUS | * SECTION "R"(4) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * JUDGE VANCE |
| | * MAGISTRATE ROBY |
| Defendants. | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company (collectively, "State Farm"), will bring their Motion to Sever in *Aaron, et al.*

1

838405v.1

*v. AIG Centiennial Insurance Co., et al.* before Judge Sarah Vance on the 13th day of December, 2006 at 10:00 a.m. in the United States District Courthouse, 500 Camp Street, New Orleans, or as soon thereafter as counsel may be heard.

 Respectfully submitted,

 s/ J. Dalton Courson
 Wayne J. Lee, 7916, T.A.
 Mary L. Dumestre, 18873
 Michael Q. Walshe, Jr., 23968
 J. Dalton Courson, 28542
 Heather S. Lonian, 29956
  of
 STONE PIGMAN WALTHER WITTMANN L.L.C.
 546 Carondelet Street
 New Orleans, LA 70130
 Telephone: (504) 581-3200

 Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this 7th day of November, 2006.

 s/ J. Dalton Courson