UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * CIVIL ACTION |
| Plaintiffs, | * NO. 06-4746 |
| VERSUS | * SECTION "R"(4) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * JUDGE VANCE |
| | * MAGISTRATE ROBY |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, come Defendants State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company (collectively, "State Farm") who, pursuant to Local Rule 78.1E, respectfully request oral argument on their Motion to Sever, which currently is set for hearing on December 13, 2006 at 10:00 a.m. Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

1

838495v.1

WHEREFORE, counsel for State Farm respectfully move this Court to grant oral argument for their Motion to Sever.

Dated: November 7, 2006

Respectfully submitted,

s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
　　　of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this 7th day of November, 2006.

s/ J. Dalton Courson

838495v.1