UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * | CIVIL ACTION |
|  | * |  |
| Plaintiffs, | * | NO. 06-4746 |
|  | * |  |
| VERSUS | * | SECTION "R"(4) |
|  | * |  |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * | JUDGE VANCE |
|  | * |  |
|  | * | MAGISTRATE ROBY |
| Defendants. | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**STATE FARM'S RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT**

Defendants, State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company (collectively, "State Farm"), move pursuant to Rule 12(e) for a more definite statement of Plaintiffs' Complaint. State Farm cannot properly respond to Plaintiffs' Complaint as currently drafted. Plaintiffs' Complaint, as amended, is a "scattershot" pleading missing any facts sufficient to put

1

State Farm on notice of their claims.[1]  The Complaint contains only vague and conclusory allegations for each of these causes of action and fails to notify State Farm of the facts that give rise to the claims they assert.  As currently presented, it is impossible for State Farm to draft an appropriate response.  Therefore, State Farm requests that this Court order Plaintiffs to provide a more definite statement of the allegations in their Complaint.

                                      Respectfully submitted,

                                      s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
    of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company

---

[1]  Plaintiffs' claims are clearly misjoined under Rule 20(a), since the defendants could not be jointly or severally liable for their alleged injuries, and none of the plaintiffs' alleged injuries arise out of the same transaction or occurrence.  State Farm has filed a motion to sever simultaneously with this motion.

3

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Rule 12(e) Motion for a More Definite Statement has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this 7th day of November, 2006.

s/ J. Dalton Courson

837378v.1