UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * CIVIL ACTION |
| Plaintiffs, | * NO. 06-4746 |
| VERSUS | * SECTION "R"(4) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * JUDGE VANCE |
| | * MAGISTRATE ROBY |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company (collectively, "State Farm"), will bring their Rule 12(e) Motion for a More Definite Statement in *Aaron, et al. v. AIG Centennial Insurance Co., et al.* before Magistrate Judge Karen Wells Roby on the 13th day of December, 2006 at 11:00 a.m. in the United States

1

837387v.1

District Courthouse, 500 Camp Street, New Orleans, or as soon thereafter as counsel may be heard.

Respectfully submitted,

s/ J. Dalton Courson
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Michael Q. Walshe, Jr., 23968
J. Dalton Courson, 28542
Heather S. Lonian, 29956
    of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company, State Farm General Insurance Company, and State Farm Mutual Automobile Insurance Company

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic service through the Court's CM/ECF system or placing same in the United States mail, postage prepaid and properly addressed, this 7th day of November, 2006.

s/ J. Dalton Courson
