UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| AIG CENTENNIAL INSURANCE COMPANY et al., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION

NO. 2:06-CV-4746

Section R (Judge Vance)

Magistrate 4 (Judge Roby)

## AMENDED REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Defendants Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants") respectfully request oral argument on their Motion to Sever that is noticed for hearing on December 13, 2006, at 10:00 a.m.

Oral argument will assist the Court in resolving the issues addressed in the Safeco Defendants' Motion to Sever. The issue in the Motion to Sever is whether multiple insurance companies may be properly joined as defendants in an action that requires the interpretation of insurance policies. In this case, each Plaintiff's claims are made against different insurance

Defendants, arise from different transactions or occurrences as those asserted from other Plaintiffs and involve no common questions of law or fact.  We believe that oral argument will assist the Court in understanding the issue presented.  The issue has been decided by federal district courts in Mississippi, but is an unresolved question of law in this district.  A similar motion to sever was filed November 7, 2006 by the State Farm Defendants and is set for hearing on the same day as the Safeco Defendants' motion.  A request for oral argument has also been made in conjunction with that motion.

Because of the importance of the resolution of this issue to many Katrina-related lawsuits, the Safeco Defendants respectfully request that this Court grant oral argument on the Safeco Defendants' Motion to Sever.

Respectfully submitted, this 9th day of November, 2006.

>GORDON, ARATA, McCOLLAM,
>    DUPLANTIS & EAGAN, L.L.P.
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana 70170-4000
>(504) 582-1111
>(504) 582-1121 (*Facsimile*)
>
>  s/Nina Wessel English
>Wendy Hickok Robinson
>Louisiana Bar No. 25225
>whrobinson@gordonarata.com
>Nina Wessel English
>Louisiana Bar No. 29176
>nenglish@gordonarata.com
>
>And
>
>Cari K. Dawson, Georgia Bar No. 213490
>Daniel F. Diffley, Georgia Bar No. 221703
>John A. Sensing, Georgia Bar No. 141327
>(*pro hac vice* admission applications pending)
>Alston & Bird LLP
>1201 West Peachtree Street
>Atlanta, Georgia  30309-3424

                    (404) 881-7000
                    (404) 881-7777 (*Facsimile*)

Attorneys for the Safeco Defendants

## C E R T I F I C A T E

I hereby certify that on this 9th day of November, 2006, a copy of this Request for Oral Argument was sent to counsel of record via the electronic filing system for the Eastern District of Louisiana. A copy of the pleading has also been sent by United States mail, postage prepaid, to any counsel of record not registered to receive documents electronically.

                                                  s/Nina Wessel English