IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) | CIVIL ACTION NO. 06-4746 |
| | ) | JUDGE DUVAL |
| Plaintiffs, | ) ) | MAG. WILKINSON |
| v. | ) ) | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

**MOTION TO DISMISS**
**ON BEHALF OF THE AIG DEFENDANTS**

Defendants AIG Centennial Insurance Co., AIG Indemnity Insurance Co., AIG National Insurance Co., Inc., AIG Premier Insurance Co., American General Indemnity Co., American General Property Insurance Co., The Hartford Steam Boiler Inspection & Insurance Co. of Connecticut, and Lexington Insurance Co. (collectively the "AIG Defendants") move the Court pursuant to Federal Rules of Civil Procedure 12(b)(6) and 20(a) to dismiss the First Supplemental and Amended Complaint in the above-captioned matter for the reasons set forth in

the accompanying Memorandum in Support of Motion to Dismiss on Behalf of the AIG Defendants.

WHEREFORE, the AIG Defendants pray that the Court enter an order dismissing the First Supplemental and Amended Complaint against the AIG Defendants.

Respectfully submitted:

/s/ Robert I. Siegel

Robert I. Siegel, T.A. (#12063)
Daniel G. Rauh (#27280)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square - Suite 4800
701 Poydras Street
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Lexington Insurance Company, and The Hartford Steam Boiler Inspection and Insurance Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties in this proceeding by facsimile and/or by United States Mail, properly addressed, first class postage prepaid, this 20th day of November, 2006.

/s/ Robert I. Siegel

ROBERT I. SIEGEL