IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) ) | CIVIL ACTION No. 06-4746 JUDGE DUVAL |
| Plaintiffs, | ) ) | MAG. WILKINSON |
| v. | ) ) | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants AIG Centennial Insurance Co., AIG Indemnity Insurance Co., AIG National Insurance Co., Inc., AIG Premier Insurance Co., American General Indemnity Co., American General Property Insurance Co., The Hartford Steam Boiler Inspection & Insurance Co. of Connecticut, and Lexington Insurance Co. (collectively the "AIG Defendants") will bring its Motion to Dismiss the First Supplemental and Amended Complaint pursuant to Federal Rules of Civil Procedures 12(b)(6) and 20(a) for hearing before the Honorable Stanwood R. Duval, Jr. on December 13, 2006, at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

/s/ Robert I. Siegel

---

Robert I. Siegel, T.A. (#12063)
Daniel G. Rauh (#27280)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square - Suite 4800
701 Poydras Street
New Orleans, Louisiana  70139-4800
Telephone:  (504) 561-0400
Facsimile:  (504) 561-1011
*Attorneys for AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Lexington Insurance Company, and The Hartford Steam Boiler Inspection and Insurance Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties in this proceeding by facsimile and/or by United States Mail, properly addressed, first class postage prepaid, this 20th day of November, 2006.

/s/ Robert I. Siegel

---

ROBERT I. SIEGEL