IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, et al., | ) ) | CIVIL ACTION No. 06-4746 |
| | ) | JUDGE DUVAL |
| Plaintiffs, | ) ) | MAG. WILKINSON |
| v. | ) ) | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendants AIG Centennial Insurance Co., AIG Indemnity Insurance Co., AIG National Insurance Co., Inc., AIG Premier Insurance Co., American General Indemnity Co., American General Property Insurance Co., The Hartford Steam Boiler Inspection & Insurance Co. of Connecticut, and Lexington Insurance Co. (collectively the "AIG Defendants") request oral argument in support of the Motion to Dismiss on Behalf of the AIG Defendants. Oral argument will assist the Court in addressing and resolving the legal issues presented in the AIG Defendants' motion.

        Respectfully submitted:

        /s/ Robert I. Siegel

        _____
        Robert I. Siegel, T.A. (#12063)
        Daniel G. Rauh (#27280)
        GIEGER, LABORDE & LAPEROUSE, L.L.C.
        One Shell Square - Suite 4800
        701 Poydras Street
        New Orleans, Louisiana  70139-4800
        Telephone:  (504) 561-0400
        Facsimile:  (504) 561-1011
        *Attorneys for AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Lexington Insurance Company, and The Hartford Steam Boiler Inspection and Insurance Company of Connecticut*

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing on counsel for all parties in this proceeding by facsimile and/or by United States Mail, properly addressed, first class postage prepaid, this 20th day of November, 2006.

        /s/ Robert I. Siegel

        _____
        ROBERT I. SIEGEL_____