**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTON |
| CONSOLIDATED LITIGATION | § | |
| | § | NO. 05-4182 "K"(2) |
| | § | |
| PERTAINS TO: | § | JUDGE DUVAL |
| | § | |
| INSURANCE: *Aaron*, 06-4746 | § | MAG. WILKINSON |

<u>NOTICE OF HEARING</u>

　　**PLEASE TAKE NOTICE,** that Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford") will bring their Motion to Sever for hearing before Stanwood R. Duval, Jr. on December 13, 2006 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted:

_s/Ralph S. Hubbard III_____
**Seth A. Schmeeckle, La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:     sschmeeckle@lawla.com
            rhubbard@lawla.com

Of Counsel:

Christopher W. Martin, Texas Bar No.: 13057620
Martin R. Sadler, Texas Bar No.: 00788842
Patrick M. Kemp, Texas Bar No.: 24043751
Martin, Disiere, Jefferson & Wisdom, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:     (713) 632-1700
Facsimile:     (713) 222-0101
e-mail:     martin@mdjwlaw.com
            sadler@mdjwlaw.com
            kemp@mdjwlaw.com
**Attorneys for Defendants Hartford Casualty Insurance Company, Hartford Insurance Company of the Midwest, and Property and Casualty Insurance Company of Hartford, each of them separately for itself and on behalf of, or improperly named as one or more of, Hartford Accident Indemnity Company, Hartford Fire Insurance Company, Hartford Insurance Company of the Southeast, and/or Hartford Underwriters Insurance Company (collectively "Hartford")**

## CERTIFICATE OF SERVICE

I hereby certify that on _21 November 2006_ a copy of the foregoing NOTICE OF HEARING was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

| | | |
|---|---|---|
| William David Aaron, Jr | Neil Charles Abramson | Wystan M. Ackerman |
| Glenn B. Adams | Orr Adams, Jr | Jonathan Beauregard Andry |
| Thomas P. Anzelmo | John E. Baay, II | Adam Babich |

2

Stephen F. Babin
Judy Y. Barrasso
Adrianne L. Baumgartner
Robert M. Becnel
Martha Dupree Bowden
Philip S. Brooks, Jr
Robert John Caluda
Christopher Chocheles
Kevin Lawrence Cole
John Patrick Connick
Keith Michael Couture
Robert G. Creely
Martha Y. Curtis
Thomas W. Darling
Erin E. Dearie
Walter C. Dumas
Lawrence J. Duplass
N. Frank Elliot, III
Clarence William Emory
Richard M. Exnicios
Calvin Clifford Fayard, Jr
Debra J. Fischman
Nina D. Froeschle
William Christian Gambel
James M. Garner
Thomas Livingston Gaudry, Jr
George Moore Gilly
Stephen E. Goldman
Arthur Gordon Grant, Jr
James Bradley Guest
Jim S. Hall
Lesli D. Harris
Lambert Joseph Hassinger, Jr
Joseph W. Hecker
Brian A. Homza
\Darleen Marie Jacobs
Kevin P. Kamraczewski
David Edmund Kavanagh
Michael Courtney Keller
Richard E. King
Robert W. Knights
Stephen Skelly Kreller
Hugh Palmer Lambert
Kathryn W. Landry
Lindsay A. Larson, III
Joseph E. Lee, III

Suzette Peychaud Bagneris
Francis J. Barry, Jr
Samuel Beardsley, Jr
Keith J. Bergeron
Thomas M. Brahney
Joseph M. Bruno
Jaime Michele Cambre
Albert D. Clary
Traci L. Colquette
Clayton Morris Connors
Richard Abelard Cozad
Jack J. Crowe
Frank Jacob D'Amico, Jr
Jacques P. DeGruy
Kevin R. Derham
Mary L. Dumestre
Emily E. Eagan
John N. Ellison
Nina Wessel English
Andrea L. Fannin
Shera J. Finn
Stephen G. Flynn
Craig Edmond Frosch
Christian Albert Garbett
Scott Owen Gaspard
Louis L. Gertler
Thomas V. Girardi
Pablo Gonzalez
Andrew R. Greene
Joseph Pierre Guichet
William Marvin Hall
Randall Earl Hart
Timothy William Hassinger
Carl E. Hellmers, III
David Blayne Honeycutt
Tamara Kluger Jacobson
Howard Bruce Kaplan
Patrick G. Kehoe, Jr
Duane M. Kelley
Kyle P. Kirsch
William Lee Kohler
Alex Kriegsman
Kent A. Lambert
Mickey P. Landry
William J. Larzelere, Jr
Wayne J. Lee

Sarah House Barcellona
Stephen R. Barry
Daniel E. Becnel, Jr.
Kelly Cambre Bogart
Terrence L. Brennan
Joseph Edward Cain
David Ryan Cannella
James A. Cobb, Jr
Charles Bruce Colvin
Joseph W. Cotchett
William Jerrol Crain
John J. Cummings, III
Christian E. Daigle
Beverly Aloisio DeLaune
Joseph Vincent DiRosa, Jr
Richard G. Duplantier, Jr
William Harry Eckert
John F. Emmett
John Karl Etter
Christopher R. Farrell
Catherine J. Finnegan
Charles C. Foti, Jr
Samuel B. Gabb
Thomas Francis Gardner
James F. Gasquet, III
Meyer H. Gertler
Phyllis Esther Glazer
Jeremy D. Goux
Philip L. Gregory
Kara M. Hadican
Mark Emerson Hanna
Robert G. Harvey, Sr
Bonita Y. Hawkins
Herman C. Hoffmann, Jr
Ralph Shelton Hubbard, III
H. Alston Johnson
Brian David Katz
Anne Derbes Keller
John Fredrick Kessenich
Ronald Joseph Kitto
Beth M. Kramer
Andre Jude Lagarde
John M. Landis
Wade Antoine Langlois, III
Thomas Patrick LeBlanc
Daniel Lichtl

Douglas Conrad Longman, Jr
Wayne Robert Maldonado
Belhia V. Martin
Adam Patrick Massey
Jonathan Christopher McCall
Julia E. McEvoy
Evans Martin McLeod
Emma Alexandra Mekinda
Kara K. Miller
Arthur Anthony Morrell
James Bryan Mullaly
John Herr Musser, IV
Daniel W. Nelson
Gerald J. Nielsen
Gregory James Noto
Ashton Robert O'Dwyer, Jr
Frances Mae Olivier
James L. Pate
Gary Michael Pendergast
C. Michael Pfister
H. Minor Pipes, III
Charles Milton Ponder, III
James C. Rather, Jr
Gino John Rendeiro
Timothy R. Richardson
Wendy Hickok Robinson
James H. Roussel
Camilo Kossy Salas, III
David Scott Scalia
Nyka M. Scott
Robert I. Siegel
John H Smith
Louis G. Spencer
Elwood C. Stevens, Jr
Deborah M. Sulzer
Patrick A. Talley, Jr
Cynthia J. Thomas
Virginia Y. Trainor
William D. Treeby
Steven W. Usdin
Gregory P. Varga
John R. Walker
William John Wegmann, Jr
Stephen Michael Wiles
Jesse Lee Wimberly, III
Scott G. Wolfe, Jr

Heather Shauri Lonian
George T. Manning
Christopher W. Martin
Freeman Rudolph Matthews
James F. McConnon, Jr
Gordon J. McKernan
Michael William McMahon
Gerald A. Melchiode
Clay Mitchell
Andre J. Mouledoux
Betty Finley Mullin
William Roy Mustian, III
John Francis Nevares
James R. Nieset, Jr
Robert A. Novak
William E. O'Neil
Dominic J. Ovella
Darren Albert Patin
Ronnie Glynn Penton
Dennis J. Phayer
Andrew Lane Plauche, Jr
Matthew F. Popp
Albert Joseph Rebennack, Jr
Don M. Richard
Michael R.C. Riess
Roy J. Rodney, Jr
James P. Roy
David P. Salley
Seth Andrew Schmeeckle
Charles F. Seemann, Jr
George R. Simno, III
Randall A. Smith
Michael D. Spencer
Victor Elbert Stilwell, Jr
Frank J. Swarr
Christopher Kent Tankersley
Vernon Palmer Thomas
Chad M. Trammell
Richard John Tyler
Jon A. Van Steenis
Wendell R. Verret
Jennifer W. Wall
Marion Overton White
Kristopher T. Wilson
Scott L. Winkelman
Robert R. Wood, Jr

Barbara L. Lyons
F. Gerald Maples
Richard Massie Martin, Jr
Ben Louis Mayeaux
Gregory John McDonald
J. J. (Jerry) McKernan
Daphne P. McNutt
Gerald Edward Meunier
Stevens E. Moore
Sean P. Mount
J. Wayne Mumphrey
Adrian Girard Nadeau
John A.V. Nicoletti
Michaela E. Noble
Pierce O'Donnell
Pius Akamdi Obioha
Michael C. Palmintier
Maura Zivalich Pelleteri
 David K Persons
Frank Anthony Piccolo
Camille Bienvenu Poche
Drew A. Ranier
Simeon B. Reimonenq, Jr
Thomas M. Richard
William Joseph Riviere
Susan Muller Rogge
Gary Jude Russo
Jonathan H. Sandoz
Matthew D. Schultz
Kevin Discon Shearman
David R. Simonton
Robin D. Smith
Remy Voisin Starns
David A. Strauss
Brent A. Talbot
Kelly Theard
Sidney Donecio Torres, III
William T. Treas
John Elliott Unsworth, Jr
Susan Molero Vance
Jean Michel Voltaire
B. Gerald Weeks
Lawrence D. Wiedemann
LaDonna Grey Wilson
Jon Wesley Wise
Justin I. Woods

Bob F. Wright                William Everard Wright, Jr    Alan J. Yacoubian

by operation of the court's electronic filing system.  I also certify that I have mailed by United States

Postal Service, this filing to the following non-CM/ECF participants:

| | | |
|---|---|---|
| Carole A. Breithoff  (Weller)<br>2932 Lime Street<br>Metairie, LA 70006 | Frederick J. Gisevius, Jr<br>Law Offices of Fred Gisevius<br>12 Metairie Court<br>Metairie, LA 70001 | Avram C. Herman<br>Herman & Herman<br>111 Veterans Memorial Blvd.<br>Suite 1506<br>Metairie, LA 70005 |
| Joseph P. Lopinto, III<br>Lopinto Law Firm, L.L.C.<br>P. O. Box 246<br>Metairie, LA 70004 | William J. Luscy, III<br>William Luscy, III, Attorney at Law<br>616 Papworth Ave., Suite C<br>Metairie, LA 70005 | Richard Anthony Weigand<br>Weigand & Levenson<br>427 Gravier St., 1st Floor<br>New Orleans, LA 70130 |
| Francis Gerald Weller<br>Francis Gerald Weller, Attorney at Law<br>215 Jewel St.<br>New Orleans, LA 70124 | John W. deGravelles<br>deGravelles, Palmintier, Holthaus & Fruge'<br>618 Main Street<br>Baton Rouge, LA 70801-1910 | |

_s/Ralph S. Hubbard III_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Attorneys for Defendants Hartford Casualty**
**Insurance Company, Hartford Insurance**
**Company of the Midwest, and Property and**
**Casualty Insurance Company of Hartford, each**
**of them separately for itself and on behalf of, or**
**improperly named as one or more of, Hartford**
**Accident Indemnity Company, Hartford Fire**
**Insurance Company, Hartford Insurance**
**Company of the Southeast, and/or Hartford**
**Underwriters Insurance Company (collectively**
**"Hartford")**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:       rhubbard@lawla.com