FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21  PM 4: 26

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| LEVEE CASES | * <br> * | JUDGE DUVAL |
| PERTAINS TO: 06-7682 (PAUL) | * <br> * | MAG. WILKINSON |

### OPPOSITION TO MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel comes the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") and opposes the Motion to Remand filed by plaintiffs. BNSF adopts and incorporates as if plead herein *in extenso* the opposition memorandum filed on behalf of CSX Transportation in this case.

Respectfully submitted,

**FRILOT, PARTRIDGE, L.C.**

_____
**PATRICK A. TALLEY, JR. (#1616)**
**CARL E. HELLMERS, III (#25705)**
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

_____