UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR.<br>Plaintiffs,<br><br>v.<br><br>SEWERAGE AND WATER BOARD OF NEW ORLEANS, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE CITY OF NEW ORLEANS, NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, CSX TRANSPORTATION, INC., BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN AND SANTE FE RAILROAD COMPANY, and THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT<br>Defendants | CIVIL ACTION NO. 06-7682<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br>Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

### AFFIDAVIT IN OPPOSITION TO CSX TRANSPORTATION'S ALTERNATIVE MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' MOTION FOR RULE 56(f) RELIEF

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEORE ME,** the undersigned authority, duly qualified and commissioned in and for the State and Parish aforesaid, personally came and appeared William C. Gambel,

who being first duly sworn by me, did depose and say that attached to Plaintiffs' Alternative Motion for Rule 56(F) Exhibits A through L are the following documents are known to him to be authentic documents to the best of his knowledge and belief, to-wit:

1. No. UCB/CITRIS Berkley Report, Excerpt, Exhibit A.

2. FOIA letter of affiant dated January 19, 2006, addressed to Corps of Engineers; Exhibit B.

3. FOIA letter of affiant dated March 1, 2006, addressed to Corps of Engineers, Exhibit C.

4. FOIA letter of affiant made on the Department of Transportation, Federal Railroad Administration under date September 19, 2006, Exhibit D;

5. FOIA letter of affiant made on the Occupational Safety & Health Administration (OSHA) under date September 19, 2006; Exhibit E;

6. The United States Army Corps of Engineers response to the first and second requests by letter dated March 7, 2006; Exhibit F;

7. The pictures of the damage (about 9/13/04 1-19) and two pages showing the state of repairs (10/2/05); Exhibit G;

8. Petition for Damages in Civil District Court Case NO. 2004-17143 entitled "Board of Commissioners of the Orleans Levee District v. City of New Orleans, by and through the New Orleans Public Belt Railroad Commission, CSX Transportation, Inc. and The Burlington Northern and Santa Fe Railway Company", Exhibit H;

9. Discovery Interrogatories propounded by Plaintiffs to Burlington Northern and Sante Fe Railway and Burlington's Responses, Exhibit I;

      10.    Federal Railroad Administration FOIA Letter Response dated September 20, 2006, Exhibit J;

      11.    OSHA FOIA response dated September 21, 2006, Exhibit K;

      12.    FOIA request dated November 3, 2006, addressed to U. S. Army Corps of Engineers, Exhibit L.

Said documents are offered to support plaintiffs' Opposition to the Motion for Summary Judgment offered by CSXT to justify plaintiffs' Alternative Motion for 56(f) Relief.

_____
William C. Gambel

Sworn to and subscribed
before me, Notary, this
21ST day of November, 2006.

_____
NOTARY PUBLIC

W355319