FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21   PM 4: 55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JUDY M. PAUL and WILLIE MACKIE, SR. )
                    Plaintiffs,   )
                            )
    v.                        )
                            )
SEWERAGE AND WATER BOARD OF )
NEW ORLEANS, BOARD OF )
COMMISSIONERS FOR THE ORLEANS )
LEVEE DISTRICT, BOARD OF )
COMMISSIONERS OF THE PORT OF )
NEW ORLEANS, THE CITY OF NEW )
ORLEANS, NEW ORLEANS PUBLIC )
BELT RAILROAD COMMISSION, CSX )
TRANSPORTATION, INC., BNSF )
RAILWAY COMPANY, f/k/a )
BURLINGTON NORTHERN AND SANTE )
FE RAILROAD COMPANY, and THE )
LOUISIANA DEPARTMENT OF )
TRANSPORTATION AND )
DEVELOPMENT )
                  Defendants   )
                            )

CIVIL ACTION NO. 06-7682

SECTION "K"

MAGISTRATE 2

Removed from the Civil District
Court for the Parish of Orleans, State
of Louisiana, Division "I-14"

### MEMORANDUM IN OPPOSITION TO LDTD'S MOTION TO DISMISS
### ~~AND IN SUPORT OF PLAINTIFFS' MOTION TO STAY~~

    This matter is before the Court on the Motion of the Louisiana Department of

Transportation & Development ("LDTD") to Dismiss the Claims asserted against it citing the

States Eleventh Amendment Immunity. [Doc. 1582]. LDTD seeks dismissal with prejudice.

    This case was filed in the Civil District Court on August 28, 2006. The State has no

immunity from suit in State court under Article VI, Section 10A of the Louisiana Constitution of

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

1974 [1] The defendant CXS Transportation timely removed the case to federal court asserting that claims asserted against the railroad defendants stated federal causes of action, federal question jurisdiction under 28 U.S.C. 1331 ostensibly because the Federal Railroad Safety Act may be implicated. [Doc. ____ ] Plaintiffs filed a timely Motion to Remand which is set to be heard on November 29th, 2006. [Doc. 1543]

If the plaintiffs are successful with their the motion for remand, then the case will return to the Civil District Court and the LDTD Motion would be moot.

If the plaintiffs do not prevail on their Motion to Remand then the States Motion should be granted. In such event however, the dismissal should be without prejudice. *Ysleta Del Sur Pueblo v. Texas*, 207 F.3d 658 (Table)( C.A.5 (Tex.),2000) [The only issue decided by the district court is that the 11th Amendment bars this claim against the State of Texas in federal court, which has no effect on claims Pueblo may bring in state court. Accordingly, the judgment of the district court is modified to be dismissal without prejudice.] *Humphrey* v. *Louisiana State Penitentiary,* 31 Fed.Appx. 833 ( C.A.5 (La.),2002.) ["We VACATE the denial of the motion to dismiss based on Eleventh Amendment immunity and REMAND those claims to district court for dismissal without prejudice" Cf. *Dendinger v. State of Ohio,* Slip Copy, 2006 WL 3311284 C.A.6 (Ohio),2006. [Vacating order granting summary judgment and remanding for dismissal under without prejudice on Eleventh Amendment grounds.]

*Korgich v. Regents of New Mexico Sch. of Mines,* 582 F.2d 549, 550 (10th Cir.1978) (dismissed without prejudice based on Eleventh Amendment).

---

[1] Neither the state, a state agency, nor a political subdivision shall be immune from suit and liability in contract or for injury to person or property.

Based upon the foregoing, the plaintiffs respectfully request the hearing on the motion be stayed under the Court has made a ruling on the pending Motion to Remand. In the event the Motion to Dismiss is granted however, the dismissal should be without prejudice.

Respectfully submitted,

_____
WILLIAM C. GAMBEL (#5900)
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:   (504) 569-7001
wgambel@millinglaw.com


JOHN J. CUMMINGS, III, Bar #4652
**CUMMINGS & CUMMINGS**
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

RICHARD M. MARTIN, Bar #8998
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax:    (504) 522-8423

DEBORAH SULZER, Bar #19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Phone: (504) 299-3380
Fax:    (504) 299-3385

RICHARD A. WEIGAND, Bar #13324
**WEIGAND & LEVENSON**
427 Gravier Street
New Orleans, LA 70130
Phone: (504) 568-1256
Fax:    (504) 525-3368

ARTHUR MORRELL, Bar #1494
J. P. MORRELL, Bar #29635

3

1660 Treasure Street
Phone: (504) 261-0535

SUZETTE BAGNERIS, Bar # 2224
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Phone: (504) 368-1911

Attorneys for Plaintiffs

W355294

## CERTIFICATE OF SERVICE

I certify that on this  21  day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

W355294