FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21  PM 4: 44

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> § <br> MRGO, *Reed*, No. 06-2152 § <br> MRGO, *Ackerson*, No. 06-4066 § <br> § <br> § | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MEMORANDUM SUBMITTED BY *REED* AND *ACKERSON* PLAINTIFFS IN OPPOSITION TO THE MOTON FOR DISMISSAL AND/OR PARTIAL DISMISSAL ON BEHALF OF MASON CONSTRUCTION CO. AND MANSON GULF, L.L.C.

MAY IT PLEASE THE COURT:

NOW COME Phillip Reed, on behalf of himself and all others similarly situated, who is the plaintiff in Civil Action No. 06-2152, and Fellosea Ackerson, et al., who are all the plaintiffs in Civil Action No. 06-4066 (collectively "Plaintiffs"), and respectfully submit this memorandum in opposition to the Motion for Dismissal and/or Partial Dismissal on Behalf of Manson Construction Co. and Manson Gulf, L.L.C. (collectively the "Manson").

Manson has filed a motion merely adopting by reference four pleadings filed by its co-defendants: Docket Nos. 1160, 1161, 1157 and 1159.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

In Opposition to Manson's motion Plaintiffs hereby submit by reference, as if copied herein, the various briefs to be filed by Plaintiffs in Opposition to Docket Nos. 1160, 1161, 1157 and 1159.

WHEREFORE, Plaintiffs pray that Manson's motions be denied.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Attorneys for Phillip Reed, on behalf of himself
and all others similarly situated in *Reed*,
No. 06-2152

And

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net
Attorney for all the plaintiffs in *Ackerson*,
No. 06-4066

2

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III