

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> LEVEE * <br> O'DWYER: NO.   05-4389 * <br> * <br> * <br> * * * * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs in Civil Action No. 06-4389, appearing through undersigned counsel, and request oral argument on the Motion(s) to Dismiss filed by CSX Corporation and CSX Transportation, Inc.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR., L.L.C.
Counsel for Plaintiffs**

By: _____
Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
Suite 2670
New Orleans, LA  70130
Tel. (504) 561-6561
Fax. (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via facsimile, this 21st day of November, 2006.