FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 22  PM 4: 04

LORETTA G. WHYTE
        CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES  §<br>CONSOLIDATED LITIGATION  §<br>§<br>§<br>§<br>§<br>PERTAINS TO:  §<br>§<br>MRGO, *Reed*, No. 06-2152  §<br>MRGO, *Ackerson*, No. 06-4066  §<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### MEMORANDUM SUBMITTED BY *REED* AND *ACKERSON* PLAINTIFFS IN OPPOSITION TO THE DREDGING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONCEALMENT AND IMPLIED WARRANTY CLAIMS PURSUANT TO FED.R.CIV.P. 12(c) AND 9(h)

MAY IT PLEASE THE COURT:

NOW COME Phillip Reed, on behalf of himself and all others similarly situated, who is the plaintiff in Civil Action No. 06-2152, and Fellosea Ackerson, et al., who are all the plaintiffs in Civil Action No. 06-4066 (collectively "Plaintiffs"), and respectfully submit this memorandum in opposition to the Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to Fed.R.Civ.P. 12(c) and 9(h) filed by defendants, Bean Dredging, L.L.C.; C.F. Bean L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep_____
___ Doc. No_____

Company; Stuyvesant Dredging, Inc.; Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation; C.F. Bean Corporation; Bean Horizon Corporation; Bean Horizon L.L.C.; Gulf Coast Trailing Company; T.L. James & Company, Inc.; TLJIC, L.L.C., on its own behalf and as successor by merger to T.L. James Marine, Inc., and T.L. James Marine, L.L.C.; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; Natco Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff and Gravel Company; and King Fisher Marine Service, L.P. (all collectively the "Dredging Defendants").

## I. ARGUMENT.

### A. Plaintiffs do not claim that the Dredging Defendants committed fraud.

The Dredging Defendants argue that Plaintiffs must set forth allegations of fraud with the particularity required by Fed.R.Civ.P. 9(h). However, Plaintiffs have not alleged "<u>fraudulent</u> concealment" — — only that they "failed to disclose to the Plaintiff and the Class members that [their] maintenance activities caused damage to the protective wetlands and increased the risk of flooding to Orleans and St. Bernard Parishes, which was known to Defendants." Reed Complaint ¶ 40; Ackerson Complaint ¶ 40. This is a claim of <u>negligent</u> concealment. The Dredging Defendants' argument lacks merit.

**B.     Plaintiffs are beneficiaries of the dredging contracts and are entitled to assert a claim for breach of implied warranty.**

The Dredging Defendants, citing non-maritime law from other jurisdictions, argue that Plaintiffs are not beneficiaries of their dredging contracts with the Government. That is an issue of fact that can only be decided upon review of the contracts. In Louisiana there is such thing as a "stipulation pour autrui" (or third-party beneficiary contracts), see La.C.C. art. 1978, which gives the third-party the right to enforce it. La.C.C. art. 1981. If non-maritime law applies, then it should be Louisiana law. The Dredging Defendants' argument lacks merit.

## II. CONCLUSION.

For all the reasons set forth above, the Dredging Defendants' motions should be denied.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Attorneys for Phillip Reed, on behalf of himself
and all others similarly situated in *Reed,*
No. 06-2152

And

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net
Attorney for all the plaintiffs in *Ackerson,*
No. 06-4066

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III