UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| ST. RITA: *LUDWIG*, CASE NO. 06-8935 | * * | MAG. WILKINSON |

**PLAINTIFFS' MEMORANDUM IN REPLY TO ALLIANCE INSURANCE'S OPPOSITION TO MOTION TO REMAND**

MAY IT PLEASE THE COURT:

Defendant Alliance does not explain why this case should be different from the dozens of other materially identical cases this Honorable Court has recently remanded to state court, when confronted with state law claims for negligent procurement of insurance.[1] Moreover, Alliance's opposition does not refute any of the Ludwigs' arguments on the facts or law. Instead, it launched a boiler-plate tract on why everything that is related, even tangentially, to flood policies, should, *ipso facto*, be swept into Federal Court.

The Ludwigs' claims are purely state law in nature. The flood policy, that Alliance maintains belongs in the Federal Court system, was never actually procured. Thus, no

---

[1] A sampling of the most recent cases was cited in plaintiffs' motion to remand.

interpretation of its contents is necessary. This case solely involves the issue of an insurance agent's conduct under state law, not federal law. And thus no federal jurisdiction exists here.

Alliance relies on only one case - *Wright v. Allstate Ins. Co.*[2], in support of its arguments. But *Wright* itself drew a distinction between claim "handling", and claim "procurement".[3] Nothing in *Wright* suggests that this Honorable Court should exert federal jurisdiction over these plainly state law claims here.

Finally, Alliance's argument is logically flawed. Just because the Federal Government dictates the contents of a flood policy, that doesn't mean that federal law governs the conduct of agents who commit malpractice by failing to obtain such a policy.

Respectfully, this matter should be remanded to state court.

Respectfully submitted,

**GERTLER, GERTLER, VINCENT & PLOTKIN**

_S/ Robert Knights_
LOUIS L. GERTLER #23091
ROBERT KNIGHTS #25434
127-129 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-6411
Facsimile: (504) 581-6568
Attorney for SANDRA M. LUDWIG and
WALTER A. LUDWIG

---

[2]   415 F.3d 384 (5th Cir.2005).

[3]   415 F.3d at 389.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each, properly addressed and postage prepaid, or by hand delivery or FAX, on this 27th day of November, 2006

                                            ___*S/ Robert Knights*___
                                            ROBERT KNIGHTS