UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: *Austin*, 06-5383 | JUDGE:  DUVAL |
| | MAGISTRATE:  WILKINSON |

## ORDER

Considering the above and foregoing *Ex Parte Motion for Extension of Time*:

**IT HEREBY IS ORDERED**, that the *Ex Parte Motion for Extension of Time* filed by American National General Insurance Company and American National Property and Casualty Company shall be and is hereby **GRANTED**, and that the deadline within which to file responsive pleadings shall be and is hereby extended or enlarged by twenty (20) days from the current deadline of November 28, 2006, or until December 18, 2006.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR