UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SANDRA M. LUDWIG, ETAL. | CIVIL ACTION |
| VERSUS | NO: 06-8935<br>c/w 05-4182 |
| ALLIANCE INSURANCE<br>AGENCY SERVICES, INC., ET AL. | SECTION: "K"(2) |

### ORDER

Pursuant to Local Rule 78.1E, the Court finds that Oral Argument is unnecessary and therefore denies Plaintiff's Request for Oral Argument for the Motion to Remand (Rec.Doc.No. 1572). Accordingly,

**IT IS ORDERED** that the Request for Oral Argument is **DENIED** and the motion will be considered submitted on briefs on November 29, 2006.

New Orleans, Louisiana, on this  27th  day of November, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE