

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * * * | CIVIL ACTION |
| Plaintiffs, | * * | |
| | * | NO. 06-4746 |
| VERSUS | * * | |
| | * | SECTION "K" |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL., | * * | JUDGE DUVAL |
| | * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT AND INCORPORATED MEMORANDUM IN SUPPORT

Pursuant to Fed. R. Civ. P. 12(e), Defendants The Standard Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of



America and Travelers Property Casualty Insurance Company (collectively, "Travelers"),[1] hereby move for a more definite statement of Plaintiffs' Complaint for Damages.

In support of this motion, Travelers joins in and incorporates by reference herein the Memorandum in Support of State Farm's Rule 12(E) Motion for a More Definite Statement (Doc. No. 91 filed on Nov. 7, 2006). For the reasons stated therein, which are equally applicable to Plaintiffs' claims against Travelers, Plaintiffs' Complaint is vague and ambiguous. Plaintiffs fail to identify which of them are insured by Travelers and fail to allege any specific facts concerning their individual insurance claims, their individual insurance policies, or the basis for their claim against Travelers. Each individual Plaintiff should be required to file a separate complaint against the specific entity from which he or she purchased insurance, and should be required to plead the specific facts giving rise to his or her claim for relief.

Dated this 20th day of November, 2006.

Respectfully submitted,

*[signature]*

**OF COUNSEL**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE, LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

Attorneys for Travelers

---

[1] Some of the entities identified in the Complaint may be improperly named. Travelers reserves all of its rights in that regard.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Rule 12(e) Motion for a More Definite Statement and Incorporated Memorandum in Support has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.

_____