UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE,** that The Standard Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America and Travelers Property Casualty Insurance Company (collectively, "Travelers"), will bring its Rule 12(E) Motion for a More Definite Statement against Plaintiffs for hearing before

*Magistrate Wilkerson*

~~the Stanwood R. Duval, Jr.~~ on December 13, 2006 at 11:00 ~~10:00~~ a.m. or as soon thereafter as counsel may be heard.

|  | Respectfully submitted, |
|---|---|
|  | /s/ |
| **OF COUNSEL** | RALPH S. HUBBARD III, T.A., La. Bar # 7040 |
| STEPHEN E. GOLDMAN | SETH A. SCHMEECKLE, La. Bar #27076 |
| WYSTAN M. ACKERMAN | LUGENBUHL, WHEATON, PECK, |
| ROBINSON & COLE, LLP | RANKIN & HUBBARD |
| 280 Trumbull Street | 601 Poydras Street, Suite 2775 |
| Hartford, Connecticut 06103-3597 | New Orleans, LA 70130 |
| Telephone: (860) 275-8200 | Telephone: (504) 568-1990 |
| Facsimile: (860) 275-8299 | Facsimile: (504) 310-9195 |

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing on Rule 12(e) Motion for a More Definite Statement and Incorporated Memorandum in Support has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.

/s/