```
                                          FILED
                                    U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                    2006 NOV 20  PM 4:25

                                    LORETTA G. WHYTE
                                          CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendants The Standard Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America and Travelers Property Casualty Insurance Company



(collectively, "Travelers"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Rule 12(E) Motion for a More Definite Statement.

**WHEREFORE**, Travelers respectfully requests that this Honorable Court grant them permission to provide oral argument relating to Travelers' Rule 12(E) Motion for a More Definite Statement.

Respectfully submitted,

| | |
|---|---|
| **OF COUNSEL** | RALPH S. HUBBARD III, T.A., La. Bar # 7040 |
| STEPHEN E. GOLDMAN | SETH A. SCHMEECKLE, La. Bar #27076 |
| WYSTAN M. ACKERMAN | LUGENBUHL, WHEATON, PECK, |
| ROBINSON & COLE, LLP | RANKIN & HUBBARD |
| 280 Trumbull Street | 601 Poydras Street, Suite 2775 |
| Hartford, Connecticut 06103-3597 | New Orleans, LA 70130 |
| Telephone: (860) 275-8200 | Telephone: (504) 568-1990 |
| Facsimile: (860) 275-8299 | Facsimile: (504) 310-9195 |

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument on Rule 12(e) Motion for a More Definite Statement and Incorporated Memorandum in Support has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.