UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Request for Oral Argument filed by Travelers;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted on Dec. 13, 2006 at 11:00 a.m.

New Orleans, Louisiana this _22_ day of _November_, 2006.

_____
U.S. Mag. JUDGE

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

- 3 -