UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-4389 | * * | MAG. WILKINSON |

### MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CSX CORPORATION'S MOTION TO DISMISS

MAY IT PLEASE THE COURT:

The mover, CSX Corporation, respectfully seeks leave to file a reply for the reasons set forth in the motion for leave.

931359-1

Respectfully submitted,

_____s/ Jonathan C. McCall_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile: (337) 988-6918

*ATTORNEYS FOR CSX CORPORATION*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_____s/ Jonathan C. McCall_____

931359-1                           2