UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | **CIVIL ACTION NO.: 05-4182** <br><br> **JUDGE:** <br> **STANWOOD R. DUVAL, JR.** |
| **Pertains to:** <br> *THOMAS AUSTIN, ET AL.,* | * * | **SECTION "K"** |
| *VERSUS* | * * | **MAGISTRATE:** <br> **JOSEPH C. WILKINSON, JR.** |
| *ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ET AL.* | * * * | **MAG.: (2)** |
| *CIVIL ACTION NO.: 06-5383* | * | |

**************************************

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, with full reservation of all rights, including the right to object to the jurisdiction and/or venue of this Honorable Court, with respect, comes **Defendant, LAFAYETTE INSURANCE COMPANY (LAFAYETTE)** appearing herein through its undersigned attorney, and moves this Honorable Court for the appropriate order, to wit:

I.

Mover hereby certifies that no previous extensions of time to plead have been obtained by mover regarding plaintiff's Original Complaint and plaintiff has not filed in the record an objection to an extension of time.

II.

Pursuant to Local Rules of Court 7.9 E, mover requests that the Court grant an extension of twenty (20) days from the time pleadings would otherwise be due by mover during which time mover may object and/or otherwise plead to the Complaint filed by plaintiff.

                              Respectfully submitted,

                              **BERNARD, CASSISA, ELLIOTT & DAVIS**
                              A Professional Law Corporation

BY:    *s/Howard B. Kaplan*
           **HOWARD B. KAPLAN (#14414)**
           **ROBERT A. MCMAHON, JR. (#10406)**
           **STEPHEN N. ELLIOTT (#5326)**
           1615 Metairie Road, P.O. Box 55490
           Metairie, Louisiana 70055-5490
           Telephone: (504) 834-2612

           **COUNSEL FOR,**
           **LAFAYETTE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 27th day of November, 2006.

                              *s/Howard B. Kaplan*
                              **HOWARD B. KAPLAN (#14414)**