UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * * | CIVIL ACTION NO.: 05-4182<br><br>JUDGE:<br>STANWOOD R. DUVAL, JR. |
| **Pertains to:**<br>*THOMAS AUSTIN, ET AL.,* | *<br>*<br>* | SECTION "K" |
| *VERSUS* | *<br>* | MAGISTRATE:<br>JOSEPH C. WILKINSON, JR. |
| *ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, ET AL.* | *<br>* | MAG.: (2) |
| *CIVIL ACTION NO.: 06-5383* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Considering the foregoing:

IT IS ORDERED that the **Defendant, LAFAYETTE INSURANCE COMPANY (LAFAYETTE)** is hereby granted an additional twenty (20) days until December 15, 2006 to file responsive pleadings.

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE