# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.  05-4182<br>SECTION "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>ALL CASES | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and

Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on

October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| **Case Name** | **Case Number** | **Pertains To** |
|---|---|---|
| Solomon et al v. Travelers Insurance Company et al | No. 06-2143 | Insurance |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3545 | MRGO |
| Balfour et al v. Hanover Insurance Company | No. 06-3992 | Insurance |
| O'Dwyer, et al. v. Department of Transportation and Development, et al. | No. 06-4389 | Levee, MRGO, Responder<br>*(Correction to 1st Notice of Designation)* |

---

[1]  This list reflects all cases that were not listed on the most recently filed Notice of Designation dated October 24, 2006 (Doc. 1423), as well as respective corrections.

| **Case Name** | **Case Number** | **Pertains To** |
|---|---|---|
| Vidacovich et al v. Hartford Insurance Company of the Midwest | No. 06-4719 | Insurance |
| Bowers v. State Farm Fire and Casualty Company | No. 06-4777 | Insurance |
| Danny Rebecca, Inc. et al v. Scottsdale Insurance Company | No. 06-4808 | Insurance |
| Madere et al v. Lexington Insurance Company | No. 06-4816 | Insurance |
| Nguyen et al v. Allstate Insurance Company | No. 06-4818 | Insurance |
| Reese v. Allstate Insurance Company | No. 06-4873 | Insurance |
| Mathews et al v. Allstate Indemnity Company et al | No. 06-4915 | Insurance |
| Vinet v. State Farm Fire and Casualty Company | No. 06-4917 | Insurance |
| Pelican Graphics, LLC v. United States Fidelity and Guaranty Company | No. 06-4927 | Insurance |
| Berenson v. Maryland Casualty Company et al | No. 06-4956 | Insurance |
| Cohen et al v. Board of Commissioners for the Orleans Levee District et al | No. 06-5042 | Levee |
| Russell et al v. United States of America,et al. | No. 06-5155 | MRGO |
| Morris Kirschman & Co., L.L.C. et al v. Westchester Surplus Lines Insurance Company et al | No. 06-5183 | Insurance |
| Bertoniere v. Lexington Insurance Company | No. 06-5297 | Insurance |
| Austin et al v. Allstate Fire and Casualty Insurance Company et al | No. 06-5383 *(Correction to 1st Notice of Designation)* | Insurance |
| O'Dwyer et al v. United States of America | No. 06-5771 | Levee, MRGO |
| O'Dwyer v. Department of Transportation And Development, State of Louisiana et al | No. 06-5786 *(Correction to 1st Notice of Designation)* | Levee, Responder |
| Scott v. State Farm Fire and Casualty Company | No. 06-5886 | Insurance |
| O'Dwyer v. United States of America et al | No. 06-6099 | Responder |
| Chamberlain et al v. Louisiana Farm Bureau Casualty Insurance Company et al | No. 06-6479 | Insurance |
| Pontchartrain Baptist Church et al v. Sewerage and Water Board of New Orleans et al | No. 06-6642 | Levee |
| Fontenot et al v. Auto Club Family Insurance Company | No. 06-6872 | Insurance |
| Shavers-Whittle Construction, Inc. v. Fireman's Fund Insurance Company | No. 06-6968 | Insurance |
| Blount et al v. Hanover Insurance Group | No. 06-7228 | Insurance |
| Bankston v. Hartford Insurance Company et al | No. 06-7351 | Insurance |
| Kenney et al v. Buffman, Inc. et al | No. 06-7355 | St. Rita |

| **Case Name** | **Case Number** | **Pertains To** |
|---|---|---|
| Johnson v. Buffman, Inc. et al | No. 06-7400 | St. Rita |
| Laundry Basket, Inc v. Peerless Insurance Company et al | No. 06-7450 | Insurance |
| Mintz v. Auto Club Family Insurance Company et al | No. 06-7483 | Insurance |
| Palmer v. Encompass Insurance Company et al | No. 06-7540 | Insurance |
| Frught v. Lafayette Insurance Company | No. 06-7577 | Insurance |
| Paul et al v. Sewerage and Water Board of New Orleans et al | No. 06-7682 | Levee |
| Hubert v. Buffman, Inc. et al | No. 06-8219 | St. Rita |
| Mooney v. State Farm Fire and Casualty Company | No. 06-8602 | Insurance |
| Richardson v. Boh Bros. Construction Co., LLC et al | No. 06-8708 | Levee |
| Ludwig et al v. Alliance Insurance Agency Services, Inc. et al | No. 06-8935 | Insurance |
| Montalbano et al v. Buffman, Inc. et al | No. 06-8963 | St. Rita |
| dePascual et al v. Buffman, Inc. et al | No. 06-8982 | St. Rita |
| Bell v. Mangano et al | No. 06-9037 | St. Rita |
| Anguzza et al v. Buffman, Inc. et al | No. 06-9038 | St. Rita |
| Wilkinson v. Allstate Insurance Company et al | No. 06-9097 | Insurance |
| Louisiana Environmental Action Network v. U.S. Army Corps of Engineers | No. 06-9147 | Levee |
| Thomason et al v. Buffman, Inc. et a | No. 06-9192 | St. Rita |
| Conlon v. Mangano et al | No. 06-9321 | St. Rita |
| Alfonso v. Buffman, Inc. et al | No. 06-9641 | St. Rita |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the

consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES

CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this 22 day of November, 2006.

_____

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**

4

## CERTIFICATE OF SERVICE

I hereby certify that, on November ___, 2006, a copy of the foregoing was filed.  A copy

of this filing will be sent by e-mail to all parties who have appeared in the above-captioned

actions pursuant to the Court's service instructions.