UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   KATRINA CANAL BREACHES          CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION  NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| PAUL, NO. 06-7682 | * * | MAG. WILKINSON |

## *EX PARTE* MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF CSX TRANSPORTATION, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant CSX Transportation, Inc. moves this Court for leave to file the attached "Reply In Support of CSX Transportation, Inc.'s Motion For Dismissal Under Rule 12(B)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56" (Dkt. No. 1530). CSX Transportation, Inc.'s Reply responds to the plaintiffs' opposition memorandum and does not simply reargue CSX Transportation, Inc.'s original supporting memorandum. CSX Transportation, Inc. respectfully suggests that the Reply Memorandum will assist the Court in ruling on the Motion to Dismiss. A proposed order is attached, in compliance with Uniform District Court Rule 7.3E.

931466-1                                                                1

Respectfully submitted,

_____s/ Jonathan C. McCall_____
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile: (337) 988-6918

*ATTORNEYS FOR CSX TRANSPORTATION, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

_____s/ Jonathan C. McCall_____