UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| PAUL, NO. 06-7682 | * * | MAG. WILKINSON |

## O R D E R

"*Ex Parte* Motion for Leave to File Reply in Support of CSX Corporation's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment" having been considered:

**IT IS ORDERED** that leave be hereby **GRANTED** to defendant CSX Transportation, Inc. to file a "Reply In Support of CSX Transportation, Inc.'s Motion For Dismissal Under Rule 12(B)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56."

New Orleans, Louisiana, this _____ day of November, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**

931466-1

1