UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| JULIE E. TAUZIN, ET AL. | CIVIL ACTION NO. 06-0020 |
| VERSUS | SECTION "K" (2) |
| BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL. | |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes, who hereby move this Honorable Court to allow J. Geoffrey Ormsby of the law firm Smith & Fawer, L.L.C. to substitute for Owen B. St. Amant, formerly of the law firm Smith & Fawer, L.L.C., as counsel for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

1

**WHEREFORE**, Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes, hereby request that J. Geoffrey Ormsby of the law firm Smith & Fawer, L.L.C. be substituted for Owen B. St. Amant, formerly of the law firm Smith & Fawer, L.L.C., as counsel for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

**Respectfully submitted,**

**RANDALL A. SMITH, T.A. (#2117)**
OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic filing, on this 27th day of November, 2006.

**RANDALL A. SMITH**

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **JULIE E. TAUZIN, ET AL.** | **CIVIL ACTION NO. 06-0020** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL.** | |

## ORDER

Considering the foregoing Motion to Substitute Counsel filed by Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes;

**IT IS HEREBY ORDERED** that J. Geoffrey Ormsby of the law firm Smith & Fawer, L.L.C. be and he is hereby substituted for Owen B. St. Amant, formerly of the law firm Smith & Fawer, L.L.C., as counsel for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

New Orleans, Louisiana, this _____ day of November, 2006.

                                                                                                          JUDGE