UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

_____    _____

| | |
|---|---|
| NANCY ALFONSO | 06-9641 |
| JUNE L. ALIFF | 06-9642 |
| CARLOS ALONZO | 06-8759 |
| JACK R. ANGUZZA | 06-9038 |
| CAROL M. BEATMANN | 06-8947 |
| MARY A. BELL | 06-9037 |
| BRENDA BERTHELOT | 06-8810 |
| FRED BRACKLEIN | 06-7633 |
| SUSAN CONLON | 06-9321 |
| RAYMOND COUSINS | 06-9193 |
| JOHN M. DARSAM, JR. | 06-9569 |
| YOLANDA DELATTE HUBERT | 06-8219 |
| CHRISTOPHER M. DEPASCUAL | 06-8982 |
| JANE D. DORAND | 06-9191 |
| LINDA FRISCHHERTZ | 06-8821 |
| STEVEN GALLODORO | 06-9206 |
| SEBASTIEN GONZALES | 06-8972 |
| CAROL HERZOG | 06-8992 |
| ALAN JOHNSON | 06-7400 |
| JEFFEREY M. KENNEY | 06-7355 |
| WES KRAMER | 06-7457 |
| ROSE LEA L. LEPINE | 06-8881 |
| JOY LEWIS | 06-8107 |
| MARGARET LOTT | 06-9236 |
| LAURIE BOHNENSTIEHLVERGES | 06-8731 |
| ALBERT MONTALBANO | 06-8963 |
| NORMAN MORALES | 06-5962 |
| BETTY MULLINS | 06-7082 |
| EMILE R. POISSENOT | 06-7858 |
| TOMMY RODRIGUE | 06-6639 |
| DALE SANDERSON | 06-8731 |
| DARLENE THEDY | 06-8106 |
| CHARLES G. THOMASON | 06-9192 |
| DAN WAGNER | 06-8761 |

SECTION "K"
JUDGE STANWOOD R. DUVAL, JR.

MAGISTRATE 2
MAGISTRATE JOSEPH C. WILKINSON, JR.

******************************************************************************

## JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") and respectfully request that this Court dismiss them from the above-captioned proceeding pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Louisiana Defendants are protected from suits in federal court pursuant to the Eleventh Amendment of the United States Constitution, because they are all administrative arms and officials of the State of Louisiana to whom sovereign immunity applies. Consequently, the Louisiana Defendants are entitled to dismissal of all claims against them.

For the foregoing reasons and as more fully detailed in the attached memorandum in support, third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation

and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana, respectfully pray this motion to dismiss be granted and that the claims against them asserted by the third-party plaintiff, Buffman, Inc. d/b/a St. Rita's Nursing Home and ABC Insurance Company, be dismissed.

    Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:

/s/   Brent B. Barriere
Brent B. Barriere (La. Bar No. 02818)
Special Assistant Attorney General

Susie Morgan (La. Bar No. 09715)
Catherine E. Lasky (La. Bar No. 28652)
Robert R. Wood, Jr. (La. Bar No. 29488)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF**
**TRANSPORTATION AND DEVELOPMENT,**
**JOHNNY BRADBERRY, SECRETARY**

BY: /s/   William M. Hudson, III
William M. Hudson, III (La. Bar No. 1970)
Special Assistant Attorney General
Oats & Hudson
100 East Vermillion Street, Suite 400
Lafayette, LA  70501
Telephone:  (337) 233-1100
Facsimile:  (337) 233-1178

Clifton O. Bingham, Jr. (La. Bar No. 3052)
Special Assistant Attorney General
Oats & Hudson
343 Third Street, Suite 550
Baton Rouge, LA  70801
Telephone:  (225) 383-9993
Facsimile:  (225) 383-6993

Michael M. Duran, Sr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/   Shelly D. Dick
Shelly D. Dick(La. Bar No. 18865)
Special Assistant Attorney General
Amanda G. Clark (La. Bar No. 24432)
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA  70809
Telephone:  (225) 928-5400
Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/   Stephen Vogt
Stephen Vogt (La. Bar No. 07706)
Special Assistant Attorney General
Thibaut, Thibaut & Vogt
P. O. Box 36
7809 Jefferson Hwy, Suite D-3
Baton Rouge, LA  70809
Telephone:  (225) 923-3200

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 27th day of November, 2006.

/s/   Brent B. Barriere

## ST. RITA SERVICE LIST

| | |
|---|---|
| Daniel L. Dysart<br>Paul A. Tabary, III<br>3510 N.Causeway Blvd., Suite 600<br>Metairie, LA  70002 | Stevens E. Moore<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Michael C. Code<br>J.A. "Jay" Beatmann, Jr.<br>3445 N. Causeway Blvd., Suite 724<br>Metairie, LA  70002 | Chadwick W. Collings<br>TomW. Thornhill<br>1308 Ninth Street<br>Slidell, LA  70458 |
| Jeremy D. Goux<br>Martha D. Bowden<br>417 North Theard Street<br>Covington, LA  70433 | Gregory J. Noto<br>532 E. Judge Perez Drive, Suite 102<br>Chalmette, LA  70043 |
| M.Chad Trammell<br>Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards St., 8th Floor, Suite 820<br>Shreveport, LA  71101 | William E. Rittenberg<br>Larry Samuel<br>715 Girod Street, Suite 200<br>New Orleans, LA  70130 |
| Leon N. Frischhertz<br>Marc L. Frischhertz<br>Dominick F. Impastato, III<br>Frischhertz & Associates<br>634 Connell's Park Lane<br>Baton Rouge, LA  70806 | Caprice Ieyoub<br>Kathryn W. Landry<br>Ieyoub & Landry<br>8180 YMCA Plaza, Suite C<br>Baton Rouge, LA  70810 |
| Joseph P. Lopinto, III<br>P. O. Box 246<br>Metairie, LA  70004 | James B. Guest<br>1900 32nd Street<br>Kenner, LA  70065 |
| Lawrence J. Duplass<br>Duplass, Zwain, Bourgeois, Morton,<br>  Pfister & Weinstock<br>3838 N. Causeway Blvd., Suite 2900<br>Metairie, LA  70002 | William R. Mustian<br>3117 22nd Street, Suite 6<br>Metairie, LA  70002 |

| | |
|---|---|
| James A. Cobb, Jr.<br>Emmett, Cobb,Waits & Kessenich<br>1515 Poydras St., Suite 1950<br>New Orleans, LA  70112 | David O.Walker<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA  71309-1190 |
| Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards Street<br>Suite 820<br>Shreveport, LA  71101 | Patrick G. Kehoe, Jr.<br>833 Baronne Street<br>New Orleans, LA  70113 |