UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182 "K" (2)**<br>**JUDGE DUVAL**<br>**MAG. WILKINSON** |
| _____ | _____ |
| **NANCY ALFONSO** | **06-9641** |
| **JUNE L. ALIFF** | **06-9642** |
| **CARLOS ALONZO** | **06-8759** |
| **JACK R. ANGUZZA** | **06-9038** |
| **CAROL M. BEATMANN** | **06-8947** |
| **MARY A. BELL** | **06-9037** |
| **BRENDA BERTHELOT** | **06-8810** |
| **FRED BRACKLEIN** | **06-7633** |
| **SUSAN CONLON** | **06-9321** |
| **RAYMOND COUSINS** | **06-9193** |
| **JOHN M. DARSAM, JR.** | **06-9569** |
| **YOLANDA DELATTE HUBERT** | **06-8219** |
| **CHRISTOPHER M. DEPASCUAL** | **06-8982** |
| **JANE D. DORAND** | **06-9191** |
| **LINDA FRISCHHERTZ** | **06-8821** |
| **STEVEN GALLODORO** | **06-9206** |
| **SEBASTIEN GONZALES** | **06-8972** |
| **CAROL HERZOG** | **06-8992** |
| **ALAN JOHNSON** | **06-7400** |
| **JEFFEREY M. KENNEY** | **06-7355** |
| **WES KRAMER** | **06-7457** |
| **ROSE LEA L. LEPINE** | **06-8881** |
| **JOY LEWIS** | **06-8107** |
| **MARGARET LOTT** | **06-9236** |
| **LAURIE BOHNENSTIEHLVERGES** | **06-8731** |
| **ALBERT MONTALBANO** | **06-8963** |
| **NORMAN MORALES** | **06-5962** |
| **BETTY MULLINS** | **06-7082** |
| **EMILE R. POISSENOT** | **06-7858** |
| **TOMMY RODRIGUE** | **06-6639** |
| **DALE SANDERSON** | **06-8731** |
| **DARLENE THEDY** | **06-8106** |
| **CHARLES G. THOMASON** | **06-9192** |
| **DAN WAGNER** | **06-8761** |

NO.99740765.1

SECTION "K"
JUDGE STANWOOD R. DUVAL, JR.

MAGISTRATE 2
MAGISTRATE JOSEPH C. WILKINSON, JR.

**************************************************************************

**O R D E R**

Upon consideration of the foregoing Joint Motion to Dismiss The State of Louisiana d/b/a Louisiana State University Health Sciences Center, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; and State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana from the above-captioned proceeding without prejudice, and it appearing to this Court that there are the grounds for the relief requested in the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that State of Louisiana d/b/a Louisiana State University Health Sciences Center Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana

Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, and Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana are dismissed from the above-captioned proceeding without prejudice.

_____
UNITED STATES DISTRICT JUDGE

NO.99740765.1