

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLENE THEDY individually and On behalf of ADELE JOYCELYN BALDINI COUSINS | * * * | CIVIL ACTION NO. 06-8106 |
| Plaintiffs, | * | SECTION: "A" |
| versus | * * | |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION, INC. | * * * * | MAG 3 |
| Defendants. | * | |

*********************************************************************

### MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes plaintiff, Darlene Thedy, individually and on behalf of Adele Joycelyn Baldini Cousins, who submits the following motion to remand this matter to state court. Plaintiff previously filed a petition for damages in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana. As discussed in the accompanying Memorandum, this is a survival and wrongful death action against the Defendants in connection with their negligence in failing to evacuate the plaintiff's mother from the St. Rita's Nursing Home facility in St. Bernard Parish.

Plaintiff's petition properly names Buffman, Inc., Salvador Mangano, Mabel B. Mangano and Louisiana Nursing Home Associatin, Inc. as defendants in this action. All four named defendants are Louisiana citizens and are not subject to the jurisdiction of this court. Defendants filed a third party

demand against the United States of America alleging that their negligence in construction and maintenance the Mississippi River Gulf Outlet (hereinafter "MRGO") renders them liable to Defendants for all or a portion of Defendant's liability to your Plaintiff. Third Party Defendants, United States of America, promptly removed this action to Federal Court under 28 U.S.C. §§ 1346(b)(1), 1441(a) and 1442(a).

As discussed in the accompanying Memorandum, this action should be remanded back to state court as this court lacks subject matter jurisdiction over the Third Party Defendants, United States of America.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR, LSBA 30122
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiff*