UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLENE THEDY individually and On behalf of ADELE JOYCELYN BALDINI COUSINS | * * * | CIVIL ACTION NO. 06-8106 |
| Plaintiffs, | * | SECTION: "A" |
| versus | * * | |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION, INC. | * * * * | MAG 3 |
| Defendants. | * | |

************************************************************************

## NOTICE OF HEARING

Considering the foregoing *Motion to Remand*,

Plaintiff, Darlene Thedy, individually and on behalf of Adele Joycelyn Baldini Cousins, hereby provides notice to all parties that the foregoing motion has been scheduled on November 29, 2006, at 9 o'clock a.m.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR. (LSBA 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiffs*