### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLENE THEDY, individually and on behalf of ADELE JOYCELYN BALDINI COUSINS | * * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 06-8106 |
| v. | * * | JUDGE DUVAL |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO, AND LOUISIANA NURSING HOME ASSOCIATION, INC. | * * * * * | MAG. JUDGE WILKINSON |
| Defendants. | * * | |

\*   \*   \*   \*   \*   \*   \*   \*

## EX PARTE/CONSENT MOTION TO ENROLL

Trial Attorney Traci L. Colquette hereby moves to enroll her appearance on behalf of the United States of America, Third-Party Defendant in the above-noted case. Current counsel of record for the United States, Stevens E. Moore, Esq., has consented to this motion. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| TRACI COLQUETTE<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C. 20044 | TRACI COLQUETTE<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvania Ave., NW<br>Room 8058N<br>Washington, DC 20004 |

ECF Filing:
Traci.Colquette@usdoj.gov

Dated: November 21, 2006     Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch


s/ Traci L. Colquette
Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on November 21, 2006, I served a true copy of the above Motion to Enroll upon the following parties by ECF or electronic mail:

Gregory James Noto
gjcookie45@AOL.com

Scott G. Wolfe
scott@wolfelaw.com

James A. Cobb, Jr.
jac@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net

Louis G. Spencer
lgs@ecwko.com

Susan E. Henning
seh@ecwko.com

                s/ Traci L. Colquette
                   Traci L. Colquette