UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARLENE THEDY, individually and on behalf of ADELE JOYCELYN BALDINI COUSINS | * * * * | CIVIL ACTION |
| | * | NO. 06-8106 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO, AND LOUISIANA NURSING HOME ASSOCIATION, INC. | * * * * * | |
| Defendants. | * * | |
| * * * * * * * * | | |

## ORDER

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Traci Colquette on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby GRANTED and the Clerk of Court shall enroll Traci Colquette, Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE