UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR.) <br> Plaintiffs, <br><br> v. <br><br> SEWERAGE AND WATER BOARD OF NEW ORLEANS, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE CITY OF NEW ORLEANS, NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, CSX TRANSPORTATION, INC., BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN AND SANTE FE RAILROAD COMPANY, and THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT <br> Defendants | CIVIL ACTION NO. 06-7682 <br><br> SECTION "K" <br><br> MAGISTRATE 2 <br><br> Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

**MOTION BY PLAINTIFFS TO FILE SUPPLEMENTAL AFFIDAVIT IN OPPOSITION TO ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT FILED BY CSXT AND IN SUPPORT OF PLAINTIFFS' ALTERNATIVE MOTION FOR FRCP 56(f) RELIEF**

**NOW INTO COURT,** through undersigned counsel comes Plaintiffs, Judy Paul et al, to submit this motion to file supplemental memorandum and affidavit for relief under Federal Rule of Civil Procedure (FRCP) 56(f) in connection with the Alternative Motion for Summary Judgment filed by CSX Transportation, Inc. ("CSXT") now set for hearing on November 29, 2006. [Doc. 1550]

This case is before this Court on Plaintiffs' Motion to Remand, same having been removed by CSXT on October 10, 2006.[Doc.1, Case No. 06-7682]. Plaintiffs' Motion to Remand is set to be heard on November 29th, 2006. The matters is also before the Court on Motions by Burlington Northern to Dismiss under FRAP 12(b)(6) and on the Louisiana Department of Transportation & Development on Eleventh Amendment Motion under 12(b)(1).

Plaintiffs hereby request that they be allowed to supplement their Memorandum in order to provide the Federal Railroad Administration response to Plaintiffs' FOIA request, including Incident Reports filed by New Orleans Public Belt Rail Road and CSX Transportation, Inc.

Accordingly, Movers' motion should be denied without prejudice to their rights to again bring such motion when the discovery has been completed.

Respectfully submitted,

_____
William C. Gambel (T.A.)(LA Bar No. 5900)
MILLING BENSON WOODWARD, L.L.P
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Telecopy: (504) 569-7001

JOHN J. CUMMINGS, III, Bar #4652
**CUMMINGS & CUMMINGS**
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax: (504) 522-8423

RICHARD M. MARTIN, Bar #8998
416 Gravier Street
New Orleans, LA 70130
Phone: (504) 586-0000
Fax: (504) 522-8423

DEBORAH SULZER, Bar #19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130

Phone: (504) 299-3380
Fax:    (504) 299-3385

RICHARD A. WEIGAND, Bar #13324
**WEIGAND & LEVENSON**
427 Gravier Street
New Orleans, LA 70130
Phone: (504) 568-1256
Fax:    (504) 525-3368

ARTHUR MORRELL, Bar #1494
J. P. MORRELL, Bar #29635
1660 Treasure Street
Phone: (504) 261-0535

SUZETTE BAGNERIS, Bar # 2224
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Phone: (504) 368-1911

Attorneys for Plaintiffs

W355478

## CERTIFICATE OF SERVICE

I certify that on this 27 day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, email, or by telefaxing and/or placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

/s/ William C. Gambel

W355478