UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR. )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SEWERAGE AND WATER BOARD OF )<br>NEW ORLEANS, BOARD OF )<br>COMMISSIONERS FOR THE ORLEANS )<br>LEVEE DISTRICT, BOARD OF )<br>COMMISSIONERS OF THE PORT OF )<br>NEW ORLEANS, THE CITY OF NEW )<br>ORLEANS, NEW ORLEANS PUBLIC )<br>BELT RAILROAD COMMISSION, CSX )<br>TRANSPORTATION, INC., BNSF )<br>RAILWAY COMPANY, f/k/a )<br>BURLINGTON NORTHERN AND SANTE )<br>FE RAILROAD COMPANY, and THE )<br>LOUISIANA DEPARTMENT OF )<br>TRANSPORTATION AND )<br>DEVELOPMENT )<br>Defendants ) | CIVIL ACTION NO. 06-7682<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br>Removed from the Civil District<br>Court for the Parish of Orleans, State<br>of Louisiana, Division "I-14" |

**SUPPLEMENTAL
AFFIDAVIT IN OPPOSITION TO CSX TRANSPORTATION'S
ALTERNATIVE MOTION FOR SUMMARY JUDGMENT
AND IN SUPPORT OF PLAINTIFFS' MOTION
FOR RULE 56(f) RELIEF**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

      **BEORE ME,** the undersigned authority, duly qualified and commissioned in and for the State and Parish aforesaid, personally came and appeared William C. Gambel,

who being first duly sworn by me, did depose and say that attached to Plaintiffs' Supplemental Alternative Motion for Rule 56(F) is Exhibits M, the following document known to him to be authentic document to the best of his knowledge and belief, to-wit:

1. Federal Railroad Administration FOIA Letter Response dated November 20, 2006, Exhibit M.

Said document is offered to support plaintiffs' Opposition to the Motion for Summary Judgment offered by CSXT and plaintiffs' Alternative Motion for 56(f) Relief.

_____
William C. Gambel

Sworn to and subscribed
before me, Notary, this
27th day of November, 2006.

_____
NOTARY PUBLIC

W355477