UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR.<br>Plaintiffs,<br><br>v.<br><br>SEWERAGE AND WATER BOARD OF NEW ORLEANS, BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT, BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS, THE CITY OF NEW ORLEANS, NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, CSX TRANSPORTATION, INC., BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN AND SANTE FE RAILROAD COMPANY, and THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT<br>Defendants | CIVIL ACTION NO. 06-7682<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br>Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

## ORDER

Considering the foregoing Motion of Plaintiffs Judy M. Paul, et al, to file Supplemental Memorandum,

IT IS ORDERED that the Motion to File Supplemental Affidavit in Opposition to Alternative Motion for Summary Judgment filed by CSXT and I Support of Plaintiffs' Alternative Motion for FRCT 56(f) Relief is hereby granted.

New Orleans, Louisiana, November ___ 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

W355480