UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY LEWIS individually and On behalf of LAURETA MORALES, Plaintiffs, versus<br><br>BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION, INC. Defendants. | CIVIL ACTION NO. 06-8107<br><br>SECTION: "B" (1) |

## NOTICE OF HEARING

Considering the foregoing *Motion to Remand*,

Plaintiff, Joy Lewis, individually and on behalf of Laureta Morales, hereby provides notice to all parties that the foregoing motion has been scheduled on December 13, 2006, at 9 o'clock a.m.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR. (LSBA 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiffs*