## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOY LEWIS, INDIVIDUALLY AND ON | § | CIVIL ACTION |
| BEHALF OF LAURETA MORALES, | § | NO. 06-8107 "K" (2) |
| | § | JUDGE DUVAL |
| Plaintiffs, | § | MAG. WILKINSON |
| | § | |
| v. | § | |
| | § | |
| BUFFMAN, INC., SALVADOR A. MANGANO, | § | |
| MABEL B. MANGANO AND LOUISIANA | § | |
| NURSING HOME ASSOCIATION, INC. | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

## EX PARTE/CONSENT MOTION TO ENROLL

Trial Attorney James F. McConnon, Jr. hereby moves to enroll his appearance on behalf of the United States of America, Third-Party Defendant in the above-noted case.  Current counsel of record for the United States, Stevens E. Moore, Esq., has consented to this motion.  It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044

ECF Filing:
Jim.McConnon@usdoj.gov

For overnight delivery:

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8012N
Washington, DC 20004

Dated: November 27, 2006

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch


s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jim.mcconnon@usdoj.gov
Attorneys for Defendant United States

2

## <u>CERTIFICATE OF SERVICE</u>

I, James F. McConnon, Jr., hereby certify that on November 27, 2006, I served a true copy of the above Motion to Enroll upon the following parties by ECF or electronic mail:


Gregory James Noto                          Louis G. Spencer
gjcookie45@AOL.com                          lgs@ecwko.com

Scott G. Wolfe                              Susan E. Henning
scott@wolfelaw.com                          seh@ecwko.com

James A. Cobb, Jr.
jac@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net


<u>s/ James F. McConnon, Jr.</u>
James F. McConnon, Jr.

3