UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOY LEWIS, INDIVIDUALLY AND ON BEHALF OF LAURETA MORALES,<br><br>Plaintiffs,<br><br>v.<br><br>BUFFMAN, INC., SALVADOR A. MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION, INC.<br><br>Defendants. | CIVIL ACTION<br>NO. 06-8107 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney James F. McConnon, Jr. on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby GRANTED and the Clerk of Court shall enroll James F. McConnon, Jr., Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE