FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 16  PM 3:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN MORALES individually and On behalf of LAURETA MORALES,  Plaintiffs, versus  BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO  Defendants. | * * * * * * * * * | CIVIL ACTION NO. 06-5962  SECTION: "B" (1)  JUDGE LEMELLE  MAGISTRATE SHUSHAN |

**************************************************************************

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes plaintiff, Norman Morales, individually and on behalf of Laureta Morales, who submits the following motion to remand this matter to state court. Plaintiff previously filed a petition for damages in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana. As discussed in the accompanying Memorandum, this is a survival and wrongful death action against the Defendants in connection with their negligence in failing to evacuate the plaintiff's mother from the St. Rita's Nursing Home facility in St. Bernard Parish. Plaintiff's petition properly names Buffman, Inc., Salvador Mangano and Mabel B. Mangano as defendants in this action. All three named defendants are Louisiana citizens and are not subject to the jurisdiction of this court. Defendants filed a third party demand against the United States of America alleging that their negligence in construction and maintenance the Mississippi River Gulf Outlet

(hereinafter "MRGO") renders them liable to Defendants for all or a portion of Defendant's liability to your Plaintiff. Third Party Defendants, United States of America, promptly removed this action to Federal Court under 28 U.S.C. §§ 1346(b)(1), 1441(a) and 1442(a).

As discussed in the accompanying Memorandum, this action should be remanded back to state court as this court lacks subject matter jurisdiction over the Third Party Defendants, United States of America.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR, LSBA 30122
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiff*