UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN MORALES individually and | * | CIVIL ACTION NO. 06-5962 |
| On behalf of LAURETA MORALES, | * | |
| Plaintiffs, | * | SECTION: "B" (1) |
| versus | * | |
| | * | JUDGE LEMELLE |
| BUFFMAN, INC., SALVADOR | * | |
| MANGANO, MABEL B. MANGANO | * | MAGISTRATE SHUSHAN |
| Defendants. | * | |

*******************************************************************

### NOTICE OF HEARING

Considering the foregoing *Motion to Remand*,

Plaintiff, Norman Morales, individually and on behalf of Laureta Morales, hereby provides notice to all parties that the foregoing motion has been scheduled on November 8, 2006, at 9:30 a.m.

Respectfully submitted,

SCOTT G. WOLFE, JR. (LSBA 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiffs*