## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN MORALES, individually and on behalf of LAURETA MORALES, | * * * | CIVIL ACTION  NO. 06-5962 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL  MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO, | * * * | |
| Defendants. | * * | |
| *   *   *   *   *   *   *   * | | |

### UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

The United States of America respectfully moves, pursuant to Local Rule 7.9E, for a twenty (20) day extension of time to respond to the third-party claim filed against it in this action. The defendants' third-party claim was served on the United States on September 14, 2006, and the United States' response is due November 13, 2006. The United States certifies that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time. The United States therefore requests that it be

granted a twenty day extension, through and including December 4, 2006, within which to respond to the third-party claim.[1]

    A proposed order is provided.

Dated: November 9, 2006           Respectfully submitted,

                              PETER D. KEISLER
                              Assistant Attorney General

                              JEFFREY S. BUCHOLTZ
                              Principal Deputy Assistant Attorney General

                              C. FREDERICK BECKNER III
                              Deputy Assistant Attorney General

                              PHYLLIS J. PYLES
                              Director, Torts Branch


                              s/ Traci L. Colquette
                              Traci L. Colquette
                              Trial Attorney, Torts Branch, Civil Division
                              U.S. Department of Justice
                              Benjamin Franklin Station, P.O. Box 888
                              Washington, D.C.  20044
                              (202) 305-7536 / (202) 616-5200 (Fax)
                              Attorneys for the United States

---

[1] An extension of twenty days results in a due date on a weekend; accordingly, pursuant to Fed. R. Civ. P. 6(a), the United States' response would be due the following Monday, December 4, 2006.

**CERTIFICATE OF SERVICE**

  I, Traci L. Colquette, hereby certify that on November 9, 2006, I served a true copy of the United States' Ex Parte Motion for Extension of Time to Plead and accompanying Proposed Order upon the following parties by ECF or electronic mail:

| | |
|---|---|
| Gregory James Noto<br>gjcookie45@AOL.com | John F. Emmett<br>jfe@ecwko.com |
| Scott G. Wolfe<br>scott@wolfelaw.com | Louis G. Spencer<br>lgs@ecwko.com |
| James A. Cobb, Jr.<br>jac@ecwko.com | Susan E. Henning<br>seh@ecwko.com |
| Jeremy D. Goux<br>wynnegouxlobello@bellsouth.net | |

        s/ Traci L. Colquette
         Traci L. Colquette