UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORMAN MORALES, individually and on behalf of LAURETA MORALES, | * * * | CIVIL ACTION |
| | | NO. 06-5962 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO, | * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

IT IS HEREBY ORDERED that the United States of America is GRANTED a twenty (20) day extension of time, through and including December 4, 2006, within which to respond to the defendants' third-party claim.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE