UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * | **NUMBER  06-8810**<br><br>**SECTION "K"**<br><br>**MAGISTRATE  "2"** |
| **Defendants,** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Brenda Berthelot, plaintiff in the captioned matter, who files this Motion to Remand pursuant to 28 USC 1447 on the following grounds:

I.

This matter was removed to federal court by the third party defendant, United States of America by Notice of Removal filed on October 20, 2006.  The removal of this matter is procedurally defective for the following reasons:

1.     The United States of America has failed to prove when it was served with the third party demand in the state court proceedings and therefore has failed to prove that it removed this matter within thirty (30) days of service;

1

2.	The third party defendant, United States of America was improperly joined as a third party defendant in this matter for the purpose of having this case removed to federal court.  There is no reasonable possibility of defendants receiving contribution, under Louisiana law from the United States of America because the right of contribution in Louisiana tort law no longer exists.

II.

This matter should also be remanded because there is no subject matter jurisdiction since the United States of America, as more fully discussed in the accompanying Motion to Dismiss, is immune from suit for damages caused by flooding under the express provisions of the Flood Control Act and under the "due care" and "discretionary function" exceptions to the Federal Tort Claims Act.

Wherefore, plaintiff prays that, after due proceedings had, this matter be remanded to state court.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:   s/ William R. Mustian, III
          **WILLIAM R. MUSTIAN, III (#9865)**
          3117  22nd Street, Suite 6
          Metairie, Louisiana  70002
          Telephone:  (504) 831-0666
          Facsimile:   (504) 831-0726
          E-mail:  wrm@stangamustian.com