UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * | **NUMBER  06-8810** **SECTION "K"** **MAGISTRATE "2"** |
| **Defendants,** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CERTIFICATE OF SERVICE

I hereby certify that the Motion to Remand, Memorandum in Support of Motion to Remand, and Notice of Hearing have been served upon all parties in this matter through counsel of record, by placing a copy of same in the United States Mail, appropriate postage prepaid and properly addressed to each party. This 15th day of November, 2006.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:   s/ William R. Mustian, III
 **WILLIAM R. MUSTIAN, III (#9865)**
 3117  22nd Street, Suite 6
 Metairie, Louisiana  70002
 Telephone:  (504) 831-0666
 Facsimile:  (504) 831-0726
 E-mail:  wrm@stangamustian.com

1