UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * | **NUMBER  06-8810** **SECTION "K"** **MAGISTRATE   "2"** |
| **Defendants,** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Brenda Berthelot, plaintiff in the captioned action and pursuant to Rule 12(b)(1) and 12 (b)(6) of the Federal Rules of Civil Procedure, moves for dismissal of the third party demand in the above referenced matter asserted against the United States of America on the following grounds:

1. The third party demand filed herein against the United States of America fails to state a claim upon which relief can be granted for the reason that Louisiana tort law no longer affords contribution between and among tortfeasors because solidary liability no longer exists in Louisiana tort law.

2. Additionally, the third party demand attempts to assert liability on behalf of the United States of America for the deaths that occurred at the St. Rita's Nursing Home in St. Bernard Parish, Louisiana on August 29, 2005 as a result of drowning from flood waters.

1

Pursuant to the Flood Control Act of 1928, 33 USC § 702 c, the United States of America has no liability of any kind for any damage from or by floods or flood waters at any place.

3.    The defendants herein have asserted a third party demand against the United States of America pursuant to the Federal Tort Claims Act, 28 USC § 1346 (b), 2671-2680.  The allegations of a third party demand come within the "due care" exception to a Federal Tort Claims Act codified at 28 USC § 2680 (a) and the discretionary function exception which is also codified at 28 USC § 2680 (a).

WHEREFORE, plaintiff prays that, after due proceedings had, there be judgment herein dismissing the third party demand filed against the United States of America.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:      s/ William R. Mustian, III
**WILLIAM R. MUSTIAN, III (#9865)**
3117  22nd Street, Suite 6
Metairie, Louisiana  70002
Telephone:  (504) 831-0666
Facsimile:  (504) 831-0726
E-mail:  wrm@stangamustian.com