## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * * | **NUMBER 06-8810** **SECTION "K"** **MAGISTRATE "2"** |
| **Defendants,** | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### CERTIFICATE OF SERVICE

I hereby certify that the Motion to Dismiss, Memorandum in Support of Motion to Dismiss, and Notice of Hearing have been served upon all parties in this matter through counsel of record, by placing a copy of same in the United States Mail, appropriate postage prepaid and properly addressed to each party. This 15th day of November, 2006.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:     s/ William R. Mustian, III
    **WILLIAM R. MUSTIAN, III (#9865)**
    3117 22nd Street, Suite 6
    Metairie, Louisiana 70002
    Telephone: (504) 831-0666
    Facsimile: (504) 831-0726
    E-mail: wrm@stangamustian.com

1