UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT** | * | **CIVIL ACTION** |
| **Plaintiff,** | * | |
| **VERSUS** | * | |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * | **NUMBER  06-8810** **SECTION "K"** **MAGISTRATE   "2"** |
| **Defendants,** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF HEARING

Please take notice that plaintiff, Brenda Berthelot will bring on for hearing, the Motion to Dismiss filed in this matter on December 13, 2006 at 9:30 a.m. before the Honorable Judge Stanwood R. Duval, Jr. at 500 Poydras Street, Room C- 352, New Orleans, Louisiana 70130.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:      s/ William R. Mustian, III
              **WILLIAM R. MUSTIAN, III (#9865)**
              3117  22nd Street, Suite 6
              Metairie, Louisiana  70002
              Telephone:  (504) 831-0666
              Facsimile:   (504) 831-0726
              E-mail:  wrm@stangamustian.com

1