FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 35

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THE HANOVER INSURANCE COMPANY'S RULE 12(E) MOTION
FOR A MORE DEFINITE STATEMENT**

Defendants, The Hanover American Insurance Company and The Hanover Insurance Company (collectively, "Hanover"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure Rule 12(e) move for a more definite statement of Plaintiffs' Complaint for Damages. In support of this motion, Hanover adopts and incorporates its Memorandum In Support of The Hanover Insurance Company's Motion for a More Definite Statement, filed contemporaneously herewith. Hanover respectfully moves this Court for an order requiring each Plaintiff to clarify (1) which claims are being asserted against which defendants; and (2) which factual allegations are being asserted against which defendants.



Respectfully Submitted,

RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
 RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL

KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
**Attorneys for The Hanover Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via electronic mail this 20th day of November, 2006.

12147677