UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

**ORDER**

Considering the Request for Oral Arguments filed by Hanover;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted on Dec. 13, 2006 at 11:00 A.M.

New Orleans, Louisiana this 22 day of November, 2006.

U.S.M.J., JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No._____

- 3 -