

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT BY HORACE MANN INSURANCE COMPANY AND HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY

Defendants, Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company (collectively "Horace Mann"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure 12(e) move for a more definite statement of plaintiffs' Complaint for Damages. In support of this motion, Horace Mann adopts and incorporates the supporting memorandum filed herewith. Horace Mann respectfully moves this Court for an order requiring plaintiffs to provide a more definite statement of the allegations in their



-1-

Complaint, clarifying (1) which claims are being asserted against which defendants; and (2) which factual allegations are being asserted against which defendants.

Dated: November 20, 2006

                                      Respectfully Submitted,

                                      RALPH S. HUBBARD, III, T.A., La. Bar #7040
                                      SETH A. SCHMEECKLE, La. Bar #23978
                                      LUGENBUHL, WHEATON, PECK,
                                            RANKIN & HUBBARD
                                      601 Poydras Street, Suite 2775
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 568-1990
                                      Facsimile: (504) 310-9195

                                      OF COUNSEL:
                                      ALAN S. GILBERT
                                      ANNE W. MITCHELL
                                      SONNENSCHEIN NATH & ROSENTHAL LLP
                                      7800 Sears Tower
                                      Chicago, Illinois 60606
                                      Telephone: (312) 876-8000
                                      Facsimile: (312) 876-7934

                                      **Attorneys for Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing the same in the United States Mail, properly addressed, first class postage prepaid, telefax and/or electronic mail.

-2-