UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company (collectively "Horace Mann"), will bring its Rule 12(E) Motion for a More Definite Statement against Plaintiffs for hearing before the ~~Stanwood R.~~ *Magistrate* ~~Duval, Jr.~~ *Wilkinson* on December 13, 2006 at ~~10:00~~ *11:00* a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted,

*[signature]*

RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:
ALAN S. GILBERT
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing the same in the United States Mail, properly addressed, first class postage prepaid, telefax and/or electronic mail.

_____