KATRINA-RELATED
ST. RITA'S NURSING HOME

EASTERN DISTRICT OF LA

2006 NOV 22 AM 10: 25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE D. DORAND, JAMMIE A. DENLEY, PEGGY DENLEY and RONNEY J. DENLEY, | * | CIVIL ACTION |
| Plaintiffs, | * | NUMBER: 06-9191 |
| v. | * | |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME, SALVADOR MANGANO, MABEL BUFFONE MANGANO and ABC INSURANCE COMPANY | * | SECTION: "K" (2) |
| Defendants. | * | |

\*   \*   \*   \*

### COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1. List of all parties remaining in this action:

   a. Jane D. Dorand, Jammie A. Denley, Peggy Denley and Ronney J. Denley, Plaintiff

   b. Buffman, Inc. d/b/a St. Rita's Nursing Home, Salvador Mangano, Mabel Buffone Mangano and ABC Insurance Company

   c. United States of America, 3rd Party Defendant

   d. Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

    e.    State of Louisiana, Department of Transportation and Development, 3rd Party Defendant

    f.    Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant

    g.    State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant

    h.    Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant

    i.    State of Louisiana, Office of the Attorney General, 3rd Party Defendant

    j.    Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant

    k.    The Lake Borne Basin Levee District, 3rd Party Defendant

    l.    Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant

2.    Copies of all pleadings filed in state court are attached in globo as Exhibit A.

3.    Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

    Respectfully submitted,

    JIM LETTEN
    UNITED STATES ATTORNEY

    STEVENS E. MOORE (14242)
    Assistant United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Room 210B
    New Orleans, Louisiana 70130
    Telephone: (504) 680-3061

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this __22nd__ day of __November__ 2006.

*Stevens E. Moore*
STEVENS E. MOORE
Assistant United States Attorney