KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NANCY ALFONSO INDIVIDUALLY/AND ON BEHALF OF JANET MARIE PARKER | * | CIVIL ACTION |
| Plaintiffs, | * | NUMBER:   06-9641 |
| v. | * | |
| BUFFMAN, INC., SALVADOR A. MANGANO and MABEL B. MANGANO | * | SECTION:   "J" (4) |
| Defendants. | * | |

\* \* \* \*

## COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1. List of all parties remaining in this action:

   a. Nancy Alfonso individually/and on Behalf of Janet Marie Parker, Plaintiff

   b. Buffman, Inc., Salvador A. Mangano and Mabel B. Mangano, Defendants

   c. United States of America, 3rd Party Defendant

   d. Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant

   e. State of Louisiana, Department of Transportation and Development, 3rd Party Defendant

   f. Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant

   g. State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant

      h.      Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant

      i.      State of Louisiana, Office of the Attorney General, 3rd Party Defendant

      j.      Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant

      k.      The Lake Borne Basin Levee District, 3rd Party Defendant

      l.      Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant

2. Copies of all pleadings filed in state court are attached in globo as Exhibit A.

3. Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

                                            Respectfully submitted,

                                            JIM LETTEN
                                            UNITED STATES ATTORNEY

                                            /s/ Stevens E. Moore
                                            STEVENS E. MOORE (14242)
                                            Assistant United States Attorney
                                            Hale Boggs Federal Building
                                            500 Poydras Street, Room 210B
                                            New Orleans, Louisiana 70130
                                            Telephone: (504) 680-3061

                                            Traci L. Colquette
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C. 20044
                                            Telephone: (202) 305-7536

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this __22nd__ day of __November__ 2006.

*[signature]*
STEVENS E. MOORE
Assistant United States Attorney