UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EMILE R. POISSENOT AND PATRICIA POISSENOT AGNELLY, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, EMILE HIPPOLITE POISSENOT, | * * * | CIVIL ACTION<br><br>NUMBER:   06-7858<br><br>SECTION F, MAG: 2<br>K |
| Plaintiffs, | * | |
| v. | * | |
| SALVADOR MANGANO, SR., MABEL MANGANO, BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME AND ABC INSURANCE COMPANY, | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Motion to Remand, filed by the original plaintiffs it is:

**ORDERED** that this matter is set for hearing on the ~~6th~~ 13th day of December, 2006 at ~~10:00~~ 9:30 a.m.

**ORDER** signed this _____ day of _____, 2006 at New Orleans, Louisiana.

_____
JUDGE