**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| EMILE R. POISSENOT AND PATRICIA POISSENOT AGNELLY, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, EMILE HIPPOLITE POISSENOT, | § § § § | CIVIL ACTION NO. 06-7858 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| | § § § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| SALVADOR MANGANO, SR., MABEL MANGANO, BUFFMAN, INC. D/B/A/ ST. RITA'S NURSING HOME AND ABC INSURANCE COMPANY, | § § § § | |
| | § | |
| Defendants. | § | |
| | § | |

**EX PARTE/CONSENT MOTION TO ENROLL**

Trial Attorney James F. McConnon, Jr. hereby moves to enroll his appearance on behalf

of the United States of America, Third-Party Defendant in the above-noted case.  Current counsel

of record for the United States, Stevens E. Moore, Esq., has consented to this motion.  It is

respectfully requested that service of all pleadings, documents, notices, and other papers be

effected as follows:

For regular mail delivery:

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044

ECF Filing:
Jim.McConnon@usdoj.gov

For overnight delivery:

JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8012N
Washington, DC 20004

Dated: November 27, 2006

Respectfully submitted,


PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch


s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jim.mcconnon@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr., hereby certify that on November 27, 2006, I served a true copy of the above Motion to Enroll upon the following parties by ECF or electronic mail:

Paula Marcello Wellons
pwellons@twpdlaw.com

Lisa Brener
lbrener@brenerlaw.com

Paul J. Politz
ppolitz@twpdlaw.com

James A. Cobb, Jr.
jac@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net

Louis G. Spencer
lgs@ecwko.com

Susan E. Henning
seh@ecwko.com


s/ James F. McConnon, Jr.
James F. McConnon, Jr.