UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EMILE R. POISSENOT AND PATRICIA POISSENOT AGNELLY, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, EMILE HIPPOLITE POISSENOT, <br><br> Plaintiffs, <br><br> v. <br><br> SALVADOR MANGANO, SR., MABEL MANGANO, BUFFMAN, INC. D/B/A/ ST. RITA'S NURSING HOME AND ABC INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br> NO. 06-7858 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**ORDER**

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney James F. McConnon, Jr. on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby GRANTED and the Clerk of Court shall enroll James F. McConnon, Jr., Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE