FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 27  P 1:51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE 2 |
| LEVEE CASES<br><br>PERTAINS TO: 06-7682 (PAUL) | | |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**NOW INTO COURT,** through undersigned counsel come Plaintiffs, Judy M. Paul, *et al.*, who in accordance with Fed.R.Civ.P. 23 (c) and Uniform District Court Local Rule 23.1 B, respectfully move this Honorable Court for an Order pursuant to Fed.R.Civ.P. 23 (b) (3) certifying the above-captioned matter as a class action because the statutory requisites of numerosity, commonality, typicality, adequate representation, and predominance are satisfied, and the class action is the superior method for adjudicating Plaintiffs' claims.

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep___
___ Doc. No____

Respectfully submitted,

By: /s/ signature

| | |
|---|---|
| RICHARD M. MARTIN, Jr., Bar # 8998<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 | JOHN J. CUMMINGS, III, Bar # 4652<br>CUMMINGS & CUMMINGS<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 |
| DEBORAH SULZER, Bar # 19806<br>650 Poydras Street, Suite 2635<br>New Orleans, LA 70130<br>Telephone: (504) 299-3380 | RICHARD A. WEIGAND, Bar # 13324<br>WEIGAND & LEVENSON<br>427 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 568-1256 |
| ARTHUR MORRELL, Bar # 1494<br>J.P. MORRELL, Bar # 29635<br>1660 Treasure Street<br>New Orleans, LA 70119<br>Telephone: (504) 261-0535 | SUZETTE BAGNERIS, Bar # 2224<br>3520 General DeGaulle Drive, Suite 4070<br>New Orleans, LA 70114<br>Telephone: (504) 368-1911 |

And, of Counsel:

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Motion and incorporated Memorandum upon the defendants, through its registered agent, by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 27th day of November, 2006.

_____
Richard M. Martin, Jr.