KATRINA-RELATED
ST. RITA'S NURSING HOME

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 27 PM 3:38
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARGARET LOTT, INDIVIDUALLY, AND AS THE SURVIVING SPOUSE OF SHIRLEY LOTT | * | CIVIL ACTION |
| | * | NUMBER:  06-9236 |
| | * | SECTION:  "K" (2) |
| Plaintiffs, | * | |
| v. | * | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, SALVADOR MANGANO, JR., AOLC LTD. PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, BUFFMAN, INC., DORMAN, INC., MGH LTD. PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, MANACA, INC., MANGANO CONSULTANTS, INC., THE MANGANO CORP., MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C. , D/B/A ST. RITA NURSING HOME | * * * * * * * | |
| Defendants. | * | |
| * * * * * | | |

## COMPLIANCE WITH 28 U.S.C. § 1447(b)

NOW INTO COURT, through the undersigned Assistant United States Attorney, comes the

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1. List of all parties remaining in this action:

    a. Margaret Lott, Individually, and as the Surviving Spouse of Shirley Lott, Plaintiffs

    b. Salvador A. Mangano, Mabel B. Mangano, Salvador Mangano, Jr., AOLC Limited Partnership, A Louisiana Partnership in Commendum, Buffman, Inc., Dorman, Inc., MGH Limited Partnership, A Louisiana Partnership in Commendum, Manaca, Inc., Mangano Consultants, Inc., The Mangano Corporation, Manguest, Inc., Mangano Management, Inc., STS Amusements, L.L.C., d/b/a St. Rita Nursing Home, Defendants and 3rd Party Plaintiffs

    c. Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant

    d. State of Louisiana, Department of Transportation and Development, 3rd Party Defendant

    e. Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant

    f. State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant

    g. Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant

    h. State of Louisiana, Office of the Attorney General, 3rd Party Defendant

    i. Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant

    j. The Lake Borne Basin Levee District, 3rd Party Defendant

    k. Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant

2. Copies of all pleadings filed in state court are attached in globo as Exhibit A.

3. Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

                    Respectfully submitted,

                    JIM LETTEN
                    UNITED STATES ATTORNEY

                    STEVENS E. MOORE (14242)
                    Assistant United States Attorney
                    Hale Boggs Federal Building
                    500 Poydras Street, Room 210B
                    New Orleans, Louisiana 70130
                    Telephone: (504) 680-3061

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 21st day of November, 2006.

                    STEVENS E. MOORE
                    Assistant United States Attorney