MARGARET LOTT, Individually, and as
the Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A.
MANGANO, JR., AOLC LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN INC., MGH
LIMITED PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER: 105-473

ST. BERNARD PARISH, LOUISIANA

JURY TRIAL

FILED

NOV 04 2005

*Lesa R. Jones*
CHIEF DEPUTY CLERK
ST. BERNARD PARISH
12134

**************************************************************************

**PETITION**

    NOW COMES Margaret Lott, Individually, and as the Surviving Spouse of Shirley Lott,

and avers as follows:

1.

    Petitioner is and was at all material times a resident of St. Bernard Parish, and is the

widow of Shirley Lott, who was up until the time of his death in August, 2005 also a resident of

St. Bernard Parish.

2.

    Named defendant herein are the following individuals:

    a)    Salvador A. Mangano, at all material times a resident of St. Bernard Parish;

    b)    Mabel B. Mangano, at all material times a resident of St. Bernard Parish;

    c)    Salvador A. Mangano, Jr., at all material times a resident of St. Bernard Parish;

    d)    AOLC Limited Partnership, A Louisiana Partnership in Commendam, at all

           material times domiciled in St. Bernard Parish;

    e)    Buffman, Inc., a Louisiana corporation at all material times domiciled in St.

           Bernard Parish;

    f)    Dorman, Inc., a Louisiana corporation at all material times domiciled in St.

           Bernard Parish;

g)      MGH Limited Partnership, a Louisiana Partnership in Commendam, at all
material times domiciled in St. Bernard Parish;

h)      Manaca, Inc., a Louisiana corporation, at all material times domiciled in St.
Bernard Parish;

i)      Mangano Consultants, Inc., a Louisiana corporation at all material times
domiciled in St. Bernard Parish;

j)      The Mangano Corporation, a Louisiana corporation at all material times
domiciled in St. Bernard Parish;

k)      Manguest, Inc., a Louisiana corporation at all material times domiciled in St.
Bernard Parish;

l)      Mangano Management, Inc., a Louisiana corporation at all material times
domiciled in St. Bernard Parish;

m)      STS Amusements, L.L.C., a Louisiana corporation domiciled at all material times
in St. Bernard Parish;

n)      St. Rita Nursing Home, an unincorporated entity or association believed to be
owned by one or all or a combination of the above named defendants and/or a
d/b/a for one or more of the above named defendants, and doing business in St.
Bernard Parish.

3.

Plaintiff's husband, Shirley Lott, was, at all material times, a resident of the St. Rita
Nursing Home located at 1422 East La. Hwy. 46, St. Bernard Parish, Louisiana ("St. Rita"). Mr.
Lott was 93 years old and was totally dependent for his care upon the staff of St. Rita. He was
unable to leave the facility without assistance.

4.

St. Rita was in August, 2005, owned and operated by a combination of one or more of the
defendants. Particularly, the nursing home was run on a daily basis by Salvador A. and Mabel B.
Mangano and their son Salvador Mangano, Jr. a/k/a "Little Sal." Upon information and belief,
St. Rita was run as a "for profit" corporation or corporations and had 82 residents as of
August 29, 2005.

5.

On August 29, 2005, Hurricane Katrina came ashore through St. Bernard Parish. As a result of the storm, flood waters swept over portions of the parish, including the area where St. Rita is located.   Upon information and belief, at least 34 residents of St. Rita drowned or otherwise succumbed as a result of the incursion of flood water into the nursing home.  Included among the dead was Shirley Lott.

6.

Upon information and belief, St. Rita was required by law and did in fact have an evacuation plan in place in the event of a hurricane.  This plan called for a complete evacuation of the facility 72 hours before storm landfall.

7.

Upon information and belief, the St. Bernard Parish coroner, Bryan Bertucci, made a call to Salvador and/or Mabel Mangano and/or other representative of defendants offering two buses and two drivers to evacuate the residents of St. Rita in advance of the hurricane.   This offer was refused by the Manganos, who chose to stay and not evacuate their residents.

8.

Upon information and belief, the defendant owners/operators of St. Rita had in place a contract with Acadian Ambulance Service but made no attempt to use this service to evacuate residents before the hurricane.

9.

Upon information and belief, St. Bernard Parish was under a mandatory evacuation order prior to the arrival of Hurricane Katrina.  The defendants ignored this order by failing to evacuate the residents of St. Rita prior to the storm; despite the fact that La. Hwy. 46 where St. Rita is located is a designated hurricane evacuation route.

10.

Upon information and belief, St. Rita was the only one of four nursing homes in St. Bernard Parish which did not evacuate its residents.

11.

As a result of the failure of the defendants to evacuate St. Rita, Shirley Lott was forced to wait in the nursing home as water entered the building, knowing that there was no way for him to

escape, and ultimately, to lose his life as or after the flood water filled the room in which he was located.

12.

The failure of defendants to look after, care for, and evacuate the residents of St. Rita, including Mr. Lott, who were in their sole care, custody and control constituted an act of negligence, strict liability, gross negligence, and/or other fault, which will be shown at trial and/or through discovery, and was the direct cause of Mr. Lott's death and the pain, suffering, anxiety, fear and emotional trauma associated with the manner of his death.

13.

Specifically, defendants were at fault in the following, non-exclusive particulars:

    a.      Failure to heed warnings from governmental authorities to evacuate;

    b.      Failure to accept assistance from governmental authorities to evacuate;

    c.      Failure to adhere to St. Rita's own plan for hurricane evacuation;

    d.      Failure to move elderly, infirm patients, including Shirley Lott, to higher ground and/or a more protected facility or location well in advance of hurricane, despite being fully aware of the difficulties of moving such patients during a storm;

    e.      Failing to contact the families of the residents to advise that the residents would not be moved and giving the residents an opportunity to make individual plans to move the patients;

    f.      Failure to use its own contracted ambulance service to move patients in advance of the hurricane;

    g.      Such other particulars as will be proven at trial.

14.

As his widow and surviving spouse, Margaret Lott is entitled to and does assert a claim for the wrongful death of Shirley Lott, including, but not limited to, claims for loss of society, loss of consortium, love, affection, companionship, and other damages which will be shown at trial and/or through discovery.  In addition, as surviving spouse, she asserts a survival action to recover all damages to which Shirley Lott would have been entitled for his conscious pain and

4

suffering, emotional distress, fear, anxiety and other damages associated with the manner of his death.

15.

Petitioner requests a trial by jury on all issues.

16.

Petitioner reserves the right to supplement and amend this Petition as discovery progresses.

WHEREFORE, Petitioner, Margaret Lott, prays that after due proceedings, there be judgment in her favor and against defendants for all sums to which she may be entitled, including interest and costs, and for all other relief appropriate in the premises.

Respectfully submitted:

JON W. WISE, T.A. (#2192)
DANIEL LICHTL (#26385)
FOWLER RODRIGUEZ & CHALOS
**Temporary Address:**
4 Houston Center, Suite 1560
1331 Lamar
Houston, TX 77010
504-495-7944 N.O. cell
832-689-3800 Houston cell
713-654-1560 Houston reception
713-654-7930 Houston fax
**Address as of November 21, 2005:**
400 Poydras Street, 30th Floor
New Orleans, LA 70130
504-523-2600 Telephone
504-523-2705 Fax

**PLEASE WITHHOLD SERVICE ON ALL DEFENDANTS:**
MGH Limited Partnership
Partnership in Commendum
Through The Secretary of State
State of Louisiana
Baton Rouge, LA 70804

AOLC Limited Partnership
Partnership in Commendum
Through The Secretary of State
State of Louisiana
Baton Rouge, LA 70804

Buffman, Inc.
Through registered agent for service of process:
Salvador Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Dorman, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Manaca, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mangano Consultants, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Manguest, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mangano Management, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

STS Amusements, L.L.C.
Through registered agent for service of process:
Salvador A. Mangano
1421 Bayou Road
St. Bernard, LA 70085

The Mangano Corporation
Through registered agent for service of process:
Lindsey M. Ladouceur
4330 Dumaine Street
New Orleans, LA 70119

Salvador A. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Salvador A. Mangano, Jr.
1421 Bayou Road
St. Bernard, LA 70085

MARGARET LOTT, Individually, and as
the Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A.
MANGANO, JR., AOLC LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN INC., MGH
LIMITED PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER: *105-473*

ST. BERNARD PARISH, LOUISIANA

**FILED**

NOV 0 4 2005

*Cynthia P. Balla*
~~DEPUTY CLERK~~
ST. BERNARD PARISH

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION AND ORDER TO APPOINT PROCESS SERVER

NOW INTO COURT, through undersigned counsel, comes plaintiff, Margaret Lott,

individually, and as the surviving spouse of Shirley Lott, and respectfully suggests that pursuant

to Article 1293 of the Louisiana Code of Civil Procedure that the Court appoint Edward Ulicsni

of Fowler, Rodriguez & Chalos, L.L.P. to serve defendants with the Petition for Damages. As a

result of Hurricane Katrina, it will be difficult for the St. Bernard Sheriff's Office to achieve

service on all of the defendants. Therefore, plaintiff, Margaret Lott, individually, and as the

surviving spouse of Shirley Lott, respectfully requests the Court grant her motion to appoint

process server prior to obtaining a "due diligence" from the local sheriff. Plaintiff further avers

that the Person to be appointed is not a party to the litigation, is competent and is not less than

eighteen (18) years of age.

Respectfully submitted:

JON W. WISE, T.A. (#2192)
DANIEL LICHTL (#26385)
FOWLER RODRIGUEZ & CHALOS
**Temporary Address:**
4 Houston Center, Suite 1560
1331 Lamar
Houston, TX 77010
504-495-7944 N.O. cell
832-689-3800 Houston cell
713-654-1560 Houston reception
713-654-7930 Houston fax

**Address as of November 21, 2005:**
400 Poydras Street, 30th Floor
New Orleans, LA 70130
504-523-2600 Telephone
504-523-2705 Fax

**PLEASE WITHHOLD SERVICE ON ALL DEFENDANTS:**
MGH Limited Partnership
Partnership in Commendum
Through The Secretary of State
State of Louisiana
Baton Rouge, LA 70804

AOLC Limited Partnership
Partnership in Commendum
Through The Secretary of State
State of Louisiana
Baton Rouge, LA 70804

Buffman, Inc.
Through registered agent for service of process:
Salvador Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Dorman, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Manaca, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mangano Consultants, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Manguest, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mangano Management, Inc.
Through registered agent for service of process:
Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

2

STS Amusements, L.L.C.
Through registered agent for service of process:
Salvador A. Mangano
1421 Bayou Road
St. Bernard, LA 70085

The Mangano Corporation
Through registered agent for service of process:
Lindsey M. Ladouceur
4330 Dumaine Street
New Orleans, LA 70119

Salvador A. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Mabel B. Mangano
1422 E. La. Hwy. 46
St. Bernard, LA 70085

Salvador A. Mangano, Jr.
1421 Bayou Road
St. Bernard, LA 70085

MARGARET LOTT, Individually, and as
the Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A.
MANGANO, JR., AOLC LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN INC., MGH
LIMITED PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER: *105-473*

ST. BERNARD PARISH, LOUISIANA

FILED

NOV 0 4 2005

Cynthia P Gallard
CHIEF DEPUTY CLERK
ST. BERNARD PARISH

*******************************************************************************

## O R D E R

Considering the foregoing Motion to Appoint Process Server;

IT IS ORDERED that in accordance with Article 1293 of the Louisiana Code of Civil

Procedure, Edward Ulicsni of Fowler, Rodriguez & Chalos, L.L.P. is appointed to serve process

in this action upon all defendants and shall file with the Clerk of Court proof of service pursuant

to said rules of procedure.

Chalmette, Louisiana, this _4th_ day of _Nov_____, 2005.

_Kirk A. Vaughn_

Judge

# FOWLER
# RODRIGUEZ
# & CHALOS

### COUNSELLORS AT LAW

400 POYDRAS STREET, 30TH FLOOR
NEW ORLEANS, LOUISIANA 70130
(504) 523-2600
TELECOPIER (504) 523-2705
WEBSITE: WWW.FRC-LAW.COM

**HOUSTON**
4 Houston Center, Suite 1560
1331 Lamar
Houston, Texas 77010
(713) 654-1560
Telecopier (713) 654-7930

**MIAMI**
South Tower Building
806 Douglas Road, Suite 580
Coral Gables, Florida 33134
(305) 445-2930
Telecopier (305) 445-2450

•

**JON W. WISE**
PARTNER
Direct Dial: (504) 595-5113
E-Mail: jwise@frc-law.com
Admitted in Louisiana & Texas

**NEW YORK**
366 Main Street
Port Washington, New York 11050
(516) 767-3600
Telecopier (516) 767-3605

**MOBILE**
AmSouth Bank Building
107 St. Francis Street, Suite 1204
Mobile, Alabama 36602
(251) 344-4721
Telecopier (251) 343-7503

**BOGOTA**
Carrera 12A #77-41
Oficina 502
Bogota, COLOMBIA
011-571-313-4488
Telecopier 011-571-313-4677

November 18, 2005

Clerk of Court
34th Judicial District
P.O. Box 1746
Chalmette, LA 70044

FILED

NOV 28 2005

Elizabeth A. Ruiz
DEPUTY CLERK
ST. BERNARD PARISH

  Re: Margaret Lott vs. St. Rita Nursing Home
     Docket No. 105-473

Dear Sir:

  On November 4, 2005, a Petition and Motion and Order to Appoint Process Server were filed on behalf of Margaret Lott. Please issue Citations on the Petition to the following:

  1. MGH Limited Partnership
    Partnership in Commendum
    Through The Secretary of State
    State of Louisiana
    Baton Rouge, LA 70804

  2. AOLC Limited Partnership
    Partnership in Commendum
    Through The Secretary of State
    State of Louisiana
    Baton Rouge, LA 70804

  3. Buffman, Inc.
    Through registered agent for service of process:
    Salvador Mangano
    1422 E. La. Hwy. 46
    St. Bernard, LA 70085

4.   Dorman, Inc.
     Through registered agent for service of process:
     Mabel B. Mangano
     1422 E. La. Hwy. 46
     St. Bernard, LA 70085

5.   Manaca, Inc.
     Through registered agent for service of process:
     Mabel B. Mangano
     1422 E. La. Hwy. 46
     St. Bernard, LA 70085

6.   Mangano Consultants, Inc.
     Through registered agent for service of process:
     Mabel B. Mangano
     1422 E. La. Hwy. 46
     St. Bernard, LA 70085

7.   Manguest, Inc.
     Through registered agent for service of process:
     Mabel B. Mangano
     1422 E. La. Hwy. 46
     St. Bernard, LA 70085

8.   Mangano Management, Inc.
     Through registered agent for service of process:
     Mabel B. Mangano
     1422 E. La. Hwy. 46
     St. Bernard, LA 70085

9.   STS Amusements, L.L.C.
     Through registered agent for service of process:
     Salvador A. Mangano
     1421 Bayou Road
     St. Bernard, LA 70085

10.  The Mangano Corporation
     Through registered agent for service of process:
     Lindsey M. Ladouceur
     4330 Dumaine Street
     New Orleans, LA 70119

11.     Salvador A. Mangano
        1422 E. La. Hwy. 46
        St. Bernard, LA 70085

12.     Mabel B. Mangano
        1422 E. La. Hwy. 46
        St. Bernard, LA 70085

13.     Salvador A. Mangano, Jr.
        1421 Bayou Road
        St. Bernard, LA 70085

Please hold the Citations in your office, and I will arrange for a runner to pick them up.

If you have any questions, I can be reached at the following:

504-495-7944 N.O. cell
832-689-3800 Houston cell

Thank you for your courtesies.

Very truly yours,

Jon W. Wise

JWW/sbm
Enclosures

THIRTY FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME



**FILED**

DEC 20 2005

CH. DEPUTY CLERK

TO:    **MGH LIMITED PARTNERSHIP**
       **PARTNERSHIP IN COMMENDUM**
       **THRU THE SECRETARY OF STATE**
       **HONORABLE AL ATER**
       **P.O. BOX 94025**
       **BATON ROUGE, LA**

        YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

        You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

        If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

        This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
<u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

                                LENA R. TORRES
                                CLERK OF COURT

                        BY _____
                                Deputy Clerk

                        /S/CYNTHIA P. GALLARDO  AUG 2 3 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                        Returned Parish of St. Bernard _____, _____.

                                _____
                                        Sheriff

PERSONAL
Received Parish of St. Bernard on the 6th day of December 2005 and on the 7th day of
December 2005, I served a copy of the within CITATION & PETITION on
MGH LLP    on A.SEC.OF.ST.  at  ESSEN LN, BAton Rouge  this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                        Returned Parish of St. Bernard December 7 2005
                                ED ULICENT    Ed Uliani
                                        Sheriff
                                Special Process Server

THE Y FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>



NO: **105-473**

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 20 2005

_Lena R Torres_
CH. DEPUTY CLERK

TO:   **ALOC LIMITED PARTNERSHIP
PARTNERSHIP IN COMMENDUM
THRU THE SECRETARY OF STATE
HONORABLE AL ATER
P.O. BOX 94025
BATON ROUGE, LA**

        YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

        You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

        If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

        This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
<u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

                        LENA R. TORRES
                        CLERK OF COURT

                    BY _Cynthia P. Gallardo_

                        Deputy Clerk
                        **/S/CYNTHIA P. GALLARDO**                    AUG 2 8 2003

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                        Returned Parish of St. Bernard_____, _____.

                                                _____
                                                         Sheriff

PERSONAL
Received Parish of St. Bernard on the 6ᵗʰ day of December 2005 and on the 7ᵗʰ day of
December 2005, I served a copy of the within CITATION & PETITION on
ALOC LLP on LA.SEC.OF ST. at ESSEN LN. BATON ROUGE LA. this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                        Returned Parish of St. Bernard December 7 2005
                        Ed Ulicsni            ED ULICSNI
                                        Sheriff
                        Special Process Server

3452

TH_ _Y FOURTH JUDICIAL DISTRICT C_ RT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

_Lena R Torres_
CH. DEPUTY CLERK

TO:   **BUFFMAN, INC.**
      **THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
      **SALVADOR MANGANO**
      **1422 E. LA. HWY. 46**
      **ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
28TH day of NOVEMBER, 2005.

CPG/P1

                                    LENA R. TORRES
                                    CLERK OF COURT

                                 BY _Cynthia P. Gallardo_
                                    Deputy Clerk
                                    /S/ CYNTHIA P. GALLARDO

                                                        AUG 2 8 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ ___, and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                 Returned Parish of St. Bernard _____, _____.

                                    _____
                                              Sheriff

PERSONAL
Received Parish of St. Bernard on the _6th_ day of _December 2005_ and on the _6th_ day of
_December, 2005_, I served a copy of the within _Citation & Petition_ on
_Buffman Inc_ on _Sal Mangano_ at _1422 E. Hwy 46 St. Bernard_ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                 Returned Parish of St. Bernard _December 6_, _2005_
                                    _Ed Ulicsni_  ED ULICSNI
                                              Sheriff
                                    _Special Process Server_

THE ___Y FOURTH___ ___IAL DISTRICT CO___ ___RT___
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

*Lena R Torres*
CH. DEPUTY CLERK

TO:   **DORMAN, INC.**
      **THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
      **MABLE B. MANGANO**
      **1422 E. LA HWY. 46**
      **ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY *Cynthia P Gallardo*
Deputy Clerk

AUG 2 9 2005

**/S/CYNTHIA P. GALLARDO**

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the <u>6th</u> day of <u>December</u> <u>2005</u> and on the <u>6th</u> day of <u>December</u>, <u>2005</u>, I served a copy of the within <u>CITATION & PETITION</u> on <u>DORMAN INC</u> on <u>MABLEMANGANO</u>at <u>1422 E. Hwy46 St Bernard</u> this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in Returned Parish of St. Bernard <u>December 6 2005</u>
                        <u>Ed Ulisani</u>      <u>ED ULISANI</u>
                        Sheriff
                        SPECIAL PROCESS SERVER

THE Y FOURTH JUDICIAL DISTRICT CO RT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 20 2005

CH. DEPUTY CLERK

TO:   **MANACA, INC.**
       **THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
       **MABLE B. MANGANO**
       **1422 E. LA HWY. 46**
       **ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
<u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY _Cynthia P. Gallardo_
Deputy Clerk

AUG 2 8 2005

/S/CYNTHIA P. GALLARDO

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____,_____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____,_____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _6th_ day of _December_ _2005_ and on the _6th_ day of
_December_ _2005_, I served a copy of the within _CITATION + PETITION_ on
_MANACA  INC_ on _MABLE MANGANO_ at _1422 E NWY 46 ST. BERNARD_ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _December 6  2005_
_Ed Uliano_ _ED ULIGENI_
_____
Sheriff
_SPECIAL PROCESS SERVER_

THIRY FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

## CITATION

NO: **105-473**

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME



**FILED**

DEC 20 2005

CH. DEPUTY CLERK

TO: **MANGANO CONSULTANTS, INC.**
**THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
**MABLE B. MANGANO**
**1422 E. LA HWY. 46**
**ST. BERNARD, LA 70085**

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **PETITION**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 28TH day of NOVEMBER, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY _____
Deputy Clerk
/S/CYNTHIA P. GALLARDO AUG 2 8 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of _____, _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the 6th day of December 2005 and on the 6th day of December 2005, I served a copy of the within CITATION Y PETITION on MANGANO CONSULTANTS on MABLE MANGANO at 1422 E. HWY 46 ST. BERNARD this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard December 6th 2005.
Ed Ulicsni ED ULICSNI
Sheriff
SPECIAL PROCESS SERVER

THIRTY FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

## CITATION

NO: **105-473**

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.
D/B/A ST. RITA NURSING HOME



FILED

DEC 2 0 2005

CH. DEPUTY CLERK

TO:   **MANGUEST, INC.**
**THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
**MABLE B. MANGANO**
**1422 E. LA HWY. 46**
**ST. BERNARD, LA  70085**


YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
28TH day of NOVEMBER, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY _Cynthia P. Gallardo_
Deputy Clerk

/S/CYNTHIA P. GALLARDO   DEC 2 8 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of _____
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, _____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the _6th_ day of _December  2005_ and on the _6th_ day of
_December  2005_, I served a copy of the within _Citation & Petition_ on
_Manguest Inc_  on _Mable Mangano_ at _1422 E. Hwy 46 St. Bernard_ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _December  6_, _2005_
_Ed Ulicsni_                    ED ULICSNI
_____
Sheriff
_Special Process Server_

THE ~~Y FOUR~~ ~~ICIAL DISTRICT C~~ ~~RT~~
PARISH ~~O.~~ ST. BERNARD
STATE OF LOUISIANA

### CITATION



NO: **105-473**

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

_Lena R Torres_
CH. DEPUTY CLERK

TO:   **MANGANO MANAGEMENT, INC.**
**THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
**MABLE B. MANGANO**
**1422 E. LA HWY. 46**
**ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
28TH day of NOVEMBER, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY _Cynthia P. Gallardo_
Deputy Clerk

/S/CYNTHIA P. GALLARDO

AUG 2 8 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, _____.
_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the 6TH day of December 2005 and on the 6TH day of
December 2005, I served a copy of the within CITATION Y PETITION on
MANGANO MANAGEMENT on MABLE MANGANA 1422 E. HWY 46 ST. BERNARD this
Parish his usual place of domicile, in the Parish of St. Bernard by handling and delivering the same to in
Returned Parish of St. Bernard December 6 2005
_Ed Ulloen_   Ed ULLOEN
Sheriff
SPECIAL PROCESS SERVER

THIRTY FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

*Lena R. Torres*
CH. DEPUTY CLERK

TO: **STS AMUSEMENTS, L.L.C.**
**PARTNERSHIP IN COMMENDUM**
**SALVADOR A. MANGANO**
**1421 E. LA HWY. 46**
**ST. BERNARD, LA 70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY *Cynthia P. Gallardo*
Deputy Clerk                    AUG 2 8 2005

/S/CYNTHIA P. GALLARDO

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____, and on the _____ day of _____ , _____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
                    Returned Parish of St. Bernard _____, _____.
                                                          _____
                                                                Sheriff

PERSONAL
Received Parish of St. Bernard on the *6th* day of *December 2005* and on the *6th* day of *December , 2005*, I served a copy of the within *CITATION & PETITION* on *STS Amusements* on *SAL MANGANO* at *1422 E. Hwy 46, ST. BERNARD* this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                    Returned Parish of St. Bernard *December 6 2005*
                                                          *Ed Ulicsni* *ED ULICSNI*
                                                                Sheriff
                                                    *SPECIAL PROCESS SERVER*

TH~~E~~ ~~JUDI~~CIAL DISTRICT C~~OUR~~T
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

~~Lena R. Torres~~
CH. DEPUTY CLERK

TO:    **SALVADOR A. MANGANO**
       **1422 E. LA HWY. 46**
       **ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

                                 LENA R. TORRES
                                 CLERK OF COURT

                          BY _~~Cynthia P. Gallardo~~_
                                 Deputy Clerk
                                 **/S/CYNTHIA P. GALLARDO**      AUG 2 8 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____, and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                    Returned Parish of St. Bernard_____, _____.

                                                 _____
                                                            Sheriff

PERSONAL
Received Parish of St. Bernard on the _6th_ day of _December_ _2005_ and on the _6th_ day of
_December 2005_ , I served a copy of the within _CITATION PETITION_ on
_SALVADOR MANGANO_ on _____ at _1422  E. HWY 46  ST. BERNARD_ this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                    Returned Parish of St. Bernard _December 6   2005_
                                                 _Sd Ulicsni   ED ULICSNI_
                                                            Sheriff
                                                 _SPECIAL PROCESS SERVER_

THE FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.
D/B/A ST. RITA NURSING HOME

**FILED**

DEC 2 0 2005

*Lena R Torres*
CH. DEPUTY CLERK

TO:    **MABLE B. MANGANO**
       **1422 E. LA HWY. 46**
       **ST. BERNARD, LA  70085**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the <u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY *Cynthia P. Gallardo*
Deputy Clerk
/S/CYNTHIA P. GALLARDO   AUG 2 9 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____, _____ and on the _____ day of
_____, _____, I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
            Returned Parish of St. Bernard _____, _____.

                                                    _____
                                                              Sheriff

PERSONAL
Received Parish of St. Bernard on the 6th day of *December 2005* and on the 6th day of
*December, 2005*, I served a copy of the within *CITATION & PETITION* on
*MABLE MANGANO* on _____ at *1422 E. HWY 46. ST. BERNARD* this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
            Returned Parish of St. Bernard *December 08 2005*.

                        *Ed Ulicni*               *ED ULICNI*
                                                        Sheriff
                        *Special Process Server.*

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

DOCKET NO: 105-473                                        DIVISION "D"

MARGARET LOTT, INDIVIDUALLY, AND
AS THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR MANGANO, MABEL B. MANGANO, SALVADOR MANGANO, JR.,
AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN
COMMENDUM, BUFFMAN INC., DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, MANACA,
INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION,
MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS,
L.L.C., D/B/A ST. RITA NURSING HOME

FILED: _____ DEC 2 8 2005 _____          _Betty Borne_
                                              DEPUTY CLERK
                                              /S/Betty Borne

## MOTION TO EXTEND TIME TO PLEAD

NOW INTO COURT, come Salvador Mangano, Mabel B. Mangano, AOLC Limited Partnership, a Louisiana Partnership in Commendum, Buffman, Inc., Dorman, Inc., MGH Limited Partnership, a Louisiana Partnership in Commendum, Manaca, Inc., Mangano Consultants, Inc., The Mangano Corporation, Manguest, Inc., Mangaon Management, Inc., STS Amusements, L.L.C., sought to be made defendants herein, and appearing via undersigned counsel solely and exclusively for purposes of moving for an extension of time to file its responsive pleadings, exceptions, and affirmative defenses, and upon suggesting to the Court that:

I.

Co-Counsel for Salvador Mangano, Mabel B. Mangano, AOLC Limited Partnership, a Louisiana Partnership in Commendum, Buffman, Inc., Dorman, Inc., MGH Limited Partnership, a Louisiana Partnership in Commendum, Manaca, Inc., Mangano Consultants, Inc., The Mangano Corporation, Manguest, Inc., Mangano Management, Inc., STS Amusements, L.L.C.,, received a copy of the Petition for Damages on December 9, 2005. The petition presents complicated matters of fact and law which require additional time to fully investigate prior to answering.

2.

Counsel for the plaintiff, Daniel Lichtl, Esq., was contacted and has no opposition to this motion.

**WHEREFORE**, Salvador Mangano, Mabel B. Mangano, AOLC Limited Partnership, a Louisiana Partnership in Commendum, Buffman, Inc., Dorman, Inc., MGH Limited Partnership, a Louisiana Partnership in Commendum, Manaca, Inc., Mangano Consultants, Inc., The Mangano Corporation, Manguest, Inc., Mangano Management, Inc., STS Amusements, L.L.C., sought to be made defendants herein, pray that they be granted an additional 30 days or until January 23, 2006, to answer or otherwise plead in this matter.

RESPECTFULLY SUBMITTED:
WYNNE, GOUX & LOBELLO
Attorneys At Law

By: _____
JEREMY D. GOUX, LBRN 25065
VINCENT F. WYNNE, LBRN 25309
MARTHA D. BOWDEN, LBRN 28316
417 North Theard Street
Covington, Louisiana 70433
Telephone: 985-898-0504
Facsimile: 985-898-0840

Susan E. Henning, LBRN 6793
Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: 504-581-1301

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing has be served on counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed, OR via facsimile transmission on this the 21ST day of December, 2005.

_____
Jeremy D. Goux

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

DOCKET NO: 105-473                                    DIVISION "D"

MARGARET LOTT, INDIVIDUALLY, AND
AS THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR MANGANO, MABEL B. MANGANO, SALVADOR MANGANO, JR.,
AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN
COMMENDUM, BUFFMAN, INC., DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, MANACA,
INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION,
MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS,
L.L.C., D/B/A ST. RITA NURSING HOME

FILED: _____DEC 2 8 2005_____          _____
                                            DEPUTY CLERK

                                            /S/Betty Borne

ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that Salvador Mangano, Mabel B. Mangano, AOLC

Limited Partnership, a Louisiana Partnership in Commendum, Buffman, Inc., Dorman, Inc.,

MGH Limited Partnership, a Louisiana Partnership in Commendum, Manaca, Inc., Mangano

Consultants, Inc., The Mangano Corporation, Manguest, Inc., Mangano Management, Inc.,

STS Amusements, L.L.C., are granted an additional Thirty (30) days or until January 23,

2006, in which to Answer or otherwise plead in this matter.

Parish of St. Bernard, Louisiana this __27__ day of December, 2005.

_____
JUDGE

THIR   FOURTH JUDICIAL DISTRICT COU T
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

JAN 2 0 2005

VERSUS

*Betty Borne*
**DEPUTY CLERK**

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED  PARTNERSHIP /S/Betty Borne
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME


TO:   **THE MANGANO CORP.**
**THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
**LINDSEY M. LADOUCEUR**
**4330 DUMAINE STREET**
**NEW ORLEANS, LA  70119**


        YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

        You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

        If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

        This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
<u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

                            LENA R. TORRES
                            CLERK OF COURT

                        BY *Cynthia P Gallardo*
                            Deputy Clerk                AUG 2 9 2005
                            /S/CYNTHIA P. GALLARDO

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the _____ day of
_____ I served a copy of the within _____ _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
                            Returned Parish of St. Bernard _____, _____.
                            _____
                                        Sheriff

PERSONAL
Received Parish of St. Bernard on the 12 day of December 2005 and on the 16th day of
December 2005, I served a copy of the within Summons+ Citation on
Linsbay Ladouceur on 12-16-05  at  4330 Dumaine St. N.O.LA . this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
                            Returned Parish of St. Bernard December 16  2005
                                                    Ed Ulicani    ED ULICANI
                                        Sheriff

THIRD FOURTH JUDICIAL DISTRICT COURT
PARISH OF ST. BERNARD
STATE OF LOUISIANA

<u>CITATION</u>

NO: **105-473**



**FILED**

JAN 2 0 2005
/S/Betty Borne

DEPUTY CLERK
JAN 2 3 2006

MARGARET LOTT, INDIVIDUALLY, AND AS
THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO,
SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP,
A LOUISIANA PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO CONSULTANTS, INC.,
THE MANGANO CORP., MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C.,
D/B/A ST. RITA NURSING HOME

TO:   **THE MANGANO CORP.**
**THRU REGISTERED AGENT FOR SERVICE OF PROCESS**
**LINDSEY M. LADOUCEUR**
**4330 DUMAINE STREET**
**NEW ORLEANS, LA 70119**

YOU HAVE BEEN SUED.  Attached to this Citation is a certified copy of **PETITION**.
The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS
after you have received these documents, you must file an answer or other legal pleadings in the
office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy,
Chalmette, LA  70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading
within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the
<u>28TH</u> day of <u>NOVEMBER</u>, 2005.

CPG/P1

LENA R. TORRES
CLERK OF COURT

BY _Cynthia P. Gallardo_
Deputy Clerk
/S/CYNTHIA P. GALLARDO   AUG 2 3 2005

DOMICILIARY
Received Parish of St. Bernard on the _____ day of _____ and on the ____ day of
____ _____ I served a copy of the within _____ by leaving
the same at _____ domicile _____ this Parish in the hands of
_____ a person apparently over the age of 14 years living and residing in said domicile,
whose name and other facts, connected with this service I learned by interrogating the same
_____ the said _____ being absent from _____ domicile
at the time of said service.
Returned Parish of St. Bernard _____, _____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the _12_ day of _December 2005_ and on the _16TH_ day of
_December 2005_, I served a copy of the within _Summons & Citation_ on
_Lindsay Ladouceur_ on _12-16-05_ at _4330 Dumaine St._ N.O.LA. this
Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _December 16_
_Ed Ullani_   _ED ULLANI_
Sheriff

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

DOCKET NO: 105-473                                      DIVISION "D"

MARGARET LOTT, INDIVIDUALLY, AND
AS THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR MANGANO, MABEL B. MANGANO, SALVADOR MANGANO, JR.,
AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN
COMMENDUM, BUFFMAN, INC., DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, MANACA,
INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION,
MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS,
L.L.C., D/B/A ST. RITA NURSING HOME

FILED: _____ JAN 2 5 2006 _____        _____
                                            DEPUTY CLERK

PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION
ANSWER AND AFFIRMATIVE DEFENSES

   **NOW INTO COURT** through undersigned counsel come the following:

   Salvadore Mangano ("Mr. Mangano"); Mabel B. Mangano ("Ms. Mangano"); AOLC
Limited Partnership ("AOLC"), A Louisiana Partnership in Commendum; Buffman, Inc.
("Buffman"); Dorman, Inc. ("Dorman"); MGH Limited Partnership, A Louisiana Partnership
in Commendum ("MGH"); Manaca, Inc. ("Manaca"); Mangano Consultants, Inc.
("Consultants"); The Mangano Corporation ("Corporation"); Manguest, Inc. ("Manguest");
Mangano Management, Inc. ("Management"); STS Amusements, LLC, d/b/a St. Rita's
Nursing Home ("STS"), (hereinafter collectively referred to herein as "Defendants"), who in
response to the plaintiff's Petition for Damages, do respectfully aver:

PEREMPTORY EXCEPTION OF NO CAUSE OF ACTION

I.

   The following defendants: AOLC, Dorman, MGH, Manaca, Consultants, Corporation,
Manguest, Management, and STS, (hereinafter selectively referred to as the "Exceptors")
respectfully represent:

II.

Pursuant to La. C.C.P. Art. 927, Plaintiffs fail to state a cause of action against AOLC, Dorman, MGH, Manaca, Consultants, Corporation, Manguest, Management, and STS for which they have a legal remedy.

III.

AOLC, Dorman, MGH, Manaca, Consultants, Corporation, Manguest, Management, and STS assert they are separate corporations, some of which are and have been dormant. Furthermore, Exceptors have never participated in the operation of Buffman Inc., d/b/a St Rita's Nursing Home.

IV.

Exceptors motion this court to set a date in which its peremptory exception may be heard.

## DILATORY EXCEPTION OF PREMATURITY

V.

Defendant's except to Plaintiff's alleged acts of negligence which constitute medical malpractice.

VI.

Specifically, Plaintiff's incorporate language such as:

(a) "totally dependent for his care upon the staff of St. Rita," within their Paragraph 1;

(b) "failure of defendants to look after, care for...the residents of St. Rita," within Paragraph 12;

(c) "their sole care," within Paragraph 12; and

(d) "Such other particulars as will be proven at trial,"

when referring to care provided Shirley Lott at St. Rita's Nursing Home.

VII.

To the extent these allegations allege acts of medical negligence, Plaintiff's allegations are premature and subject to dismissal pursuant to Louisiana Code of Civil Procedure Article 933 until such time as a medical review panel has been empaneled, has convened and has

rendered an opinion regarding the alleged professional negligence of the defendant healthcare providers.

VIII.

Pursuant to the provisions of La. R.S. 40:129.41, a medical review panel must be convened to render an opinion with respect to allegations of medical or professional negligence prior to there being any litigation filed.

IX.

Accordingly, plaintiffs' petition is premature and subject to dismissal. Exceptors motion this court to set a date in which its peremptory exception may be heard.

**ANSWER**

1.

Plaintiff's Paragraph 1 fails to assert any allegations against Defendants, stating only facts which Defendants deny due to insufficient facts to support a believe therein. However, in an abundance of caution and in the event there exists an allegation against any Defendant within Plaintiff's Paragraph 1, Defendants deny each and every allegation therein.

2.

Plaintiff's Paragraph 2 fails to assert any allegations against Defendants, listing defendants which Plaintiff believes to have liability. However, in an abundance of caution and in the event there exists an allegation against any Defendants within Paragraph 2, Defendants deny each and every allegation therein.

3.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 3, except only to admit that Shirley Lott was a resident of St. Rita's Nursing Home prior to August 29, 2005.

4.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 4, admitting only that St. Rita's Nursing Home was owned and operated by Buffman, Inc., and that Buffman, Inc. is a "for profit" corporation.

5.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 5, for lack of sufficient information to justify a belief therein, admitting only that Hurricane Katrina came ashore in the State of Louisiana and water flowed over portions of St. Bernard Parish.

6.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 6, admitting only that Buffman, Inc complied with regulations regarding hurricane preparedness, timely filing its plan and having its plan accepted by the local parish agency.

7.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 7 for lack of information sufficient to justify a belief therein.

8.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 8.

9.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 9 for lack of information sufficient to justify a belief therein.

10.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 10 for lack of information sufficient to justify a belief therein.

11.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 11 for lack of information sufficient to justify a belief therein.

12.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 12.

13.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 13.

14.

Defendants deny each and every allegation as written within Plaintiff's Paragraph 14.

15.

Plaintiff's Paragraph 15 fails to assert any allegations against Defendants, stating only their intent to request a trial by jury.  However, in an abundance of caution and in the event there exists an allegation against any Defendants within Paragraph 15, Defendants deny each and every allegation therein.

16.

Plaintiff's Paragraph 16 fails to assert any allegations against Defendants, stating only that Petitioner reserves the right to supplement and amend her petition as discovery progresses.  However, in an abundance of caution and in the event there exists an allegation against any Defendants within Paragraph 16, Defendants deny each and every allegation therein.

17.

Furthermore, and in an abundance of caution, each and every allegation of any un-numbered or misnumbered paragraphs or prayer for relief is denied.

## AFFIRMATIVE DEFENSES

**AND NOW FURTHER ANSWERING**, Mr. Mangano, Ms. Mangano, and Buffman, Inc., aver and would show:

18.

At all pertinent times, Mr. Mangano, Ms. Mangano, and Buffman, Inc. acted reasonably and appropriately and in consideration of the best interests of its resident, Shirley Lott, and no intentional conduct or negligence on their part caused or contributed to the damages alleged in plaintiff's petition.

19.

Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that the damages allegedly suffered herein by the Plaintiff and the decedent were the result of an unfortunate and unprecedented *force majeure*.

20.

Alternatively, Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that any damages allegedly suffered by the plaintiffs were caused by a superseding force or events beyond the

control of these defendants and for which neither responsibility nor liability could be imputed or imposed.

21.

Alternatively, Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that the damages allegedly suffered herein by the plaintiff were caused by the fault, negligence, lack of care and/or want of skill on the part of third parties for whom these defendants have no actual and/or implied responsibility.

22.

In further alternative, Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that any injuries allegedly sustained by plaintiffs were caused or contributed to by their own negligence and defendants plead the contributory/comparative fault of the plaintiff as a defense, including but not limited to the plaintiff's failure to remove the decedent "out on pass" prior to Hurricane Katrina's landfall.

23.

In further alternative, Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that the injuries and/or damages allegedly suffered herein by the Plaintiff and the decedent, were not the result of Hurricane Katrina but rather caused by the failure of the levee protection system which occurred post-Katrina.

24.

In further alternative, Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that no clear communicated order from the St. Bernard Parish government broadcasted a mandatory evacuation to Mr. Mangano, Ms. Mangano, or the staff at St. Rita's Nursing Home prior to Hurricane Katrina's landfall.

25.

In further alternative, Mr. Mangano, Ms. Mangano, and Buffman, Inc. implemented their hurricane preparedness planning prior to August 27, 2005, planning to shelter in place with necessary generators, food, drinking water, water supply, medications, and staff.

26.

Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver Hurricane Katrina passed through the Parish of St. Bernard without causing injury or harm to any resident of St. Rita's.

27.

Mr. Mangano, Ms. Mangano, and Buffman, Inc. aver that any injuries and/or damages allegedly suffered by the plaintiff were the result of pre-existing conditions, causes, or damages and/or by coincidental damages which are unrelated to plaintiff's allegations against Mr. Mangano, Ms. Mangano, and Buffman, Inc. and operate to bar and/or reduce any recovery due plaintiff.

**WHEREFORE,** Defendants pray that the pleadings set forth herein be deemed good and sufficient and that after due proceedings are had, judgment be rendered in favor of Defendants and against Plaintiff, dismissing plaintiff's claims with prejudice at plaintiff's cost and for all equitable relief therein.

**WHEREFORE,** Exceptors: AOLC, Dorman, MGH, Manaca, Consultants, Corporation, Manguest, Management, and STS, pray this court set a date and time in which their Motion for Peremptory Exception – No Cause of Action may be heard.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
ATTORNEYS AT LAW, LLC

By: _____

JEREMY D. GOUX, LBRN 25065
VINCENT E. WYNNE, LBRN 25309
MARTHA D. BOWDEN, LBRN 28316
417 North Theard Street
Covington, Louisiana 70433
Telephone: 985-898-0504
Facsimile: 985-898-0840

Susan E. Henning, LBRN 6793
Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: 504-581-1301

---

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Peremptory Exception, Answer and Affirmative Defenses, has been served on counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed OR, via facsimile transmission on this the ____ day of January, 2006.

_____
Jeremy D. Goux

## 34ᵀᴴ JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

### STATE OF LOUISIANA

NO : 105-473                                                    DIVISION "E'

### MARGARET LOTT, ET AL

### VS

### SALVADOR MANGANO, ET AL

FILED:        JAN 3 1 2006              *Gwen S. Loze* Deputy Clerk

/S/Gwen S. Loze

### JURY ORDER

Considering the request for a jury trial filed herein:

**IT IS ORDERED** that this matter shall be tried by a jury, subject to compliance with the requirements and in accordance with La. R.S. 13:3049(B) and La. C.C.P. Article 1734.1, requiring cash deposits in lieu of bond to defray the additional costs of a jury trial;

1.    The party seeking the trial by jury shall make a cash deposit for jury costs, in lieu of a jury bond, in an amount of **Two Thousand ($2,000.00) and no/100 Dollars** for the first day and **Four Hundred ($400.00) and no/100 Dollars** per day for each additional day.    The deposit shall be made sixty (60) days prior to the commencement of the jury trial.

2.    In the event the party requesting the jury trial fails to make the deposit for jury costs, such failure shall entitle any other party to this litigation to request a jury trial within ten (10) days after the date on which the deposit for jury costs were due by the party initially requesting the jury trial, by compliance with the requirements of law and this order in timely making the required deposits to pay the additional costs of a jury trial.

3.    The failure of the party initially requesting the jury trial or any other party to timely post the required deposits shall result in a waiver of the right to a trial by jury and no jurors may be summoned for service as jurors in this trial.

4.    On the date on which the jury trial is commenced and during the course of the trial, the Court shall require the cash deposit of additional sums to pay expenses and costs in excess of the cash deposit provided for herein.

5.    The Court may require an additional amount to be filed during the trial if the deposits are insufficient to pay jury costs.

This Order is entered at Chalmette, Louisiana, on this ___7___ day of ___Feb___, 200 8

_____
DISTRICT JUDGE

Requested by
JEREMY D. GOUX
(985) 898-0504
(D1)

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

DOCKET NO: 105-473                                              DIVISION "D"

MARGARET LOTT, INDIVIDUALLY, AND
AS THE SURVIVING SPOUSE OF SHIRLEY LOTT

VERSUS

SALVADOR MANGANO, MABEL B. MANGANO, SALVADOR MANGANO, JR.,
AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN
COMMENDUM, BUFFMAN, INC., DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDUM, MANACA,
INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION,
MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS,
L.L.C, D/B/A ST. RITA NURSING HOME

FILED: _____JAN 3 1 2006_____          _____
                                          DEPUTY CLERK
                                          /S/Gwen S. Loze

**REQUEST FOR JURY**

NOW INTO COURT through undersigned counsel, come the following:

Salvadore Mangano ("Mr. Mangano"); Mabel B. Mangano ("Ms. Mangano"); AOLC

Limited Partnership ("AOLC"), A Louisiana Partnership in Commendum; Buffman, Inc.

("Buffman"); Dorman, Inc. ("Dorman"); MGH Limited Partnership, A Louisiana Partnership

in Commendum ("MGH"); Manaca, Inc. ("Manaca"); Mangano Consultants, Inc.

("Consultants"); The Mangano Corporation ("Corporation"); Manguest, Inc. ("Manguest");

Mangano Management, Inc. ("Management"); STS Amusements, LLC, d/b/a St. Rita's

Nursing Home ("STS"), (hereinafter collectively referred to herein as "Defendants"), who

pursuant to the Louisiana Code of Civil Procedure and C.C.P. Art. 1733, demand a jury trial

in this matter and are willing to post a bond in the amount and within the time set by the Court

pursuant to Article 1734 of the Louisiana Code of Civil Procedure.

WHEREFORE, Defendants, Salvadore Mangano; Mabel B. Mangano; AOLC Limited

Partnership, A Louisiana Partnership in Commendum; Buffman, Inc.; Dorman, Inc.; MGH

Limited Partnership, A Louisiana Partnership in Commendum ; Manaca, Inc. ; Mangano

Consultants, Inc. ; The Mangano Corporation ; Manguest, Inc. ; Mangano Management, Inc. ;

STS Amusements, LLC, d/b/a St. Rita's Nursing Home pray that the Clerk of Court note that

Defendants demand a jury trial and are prepared to file a bond in the amount and within the

time specified by this Honorable Court pursuant to Article 1734 of the Code of Civil

Procedure.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
ATTORNEYS AT LAW, LLC

By: _____

JEREMY D. GOUX, LBRN 25065
VINCENT E. WYNNE, LBRN 25309
MARTHA D. BOWDEN, LBRN 28316
417 North Theard Street
Covington, Louisiana 70433
Telephone:  985-898-0504
Facsimile:  985-898-0840

Susan E. Henning, LBRN 6793
Emmett, Cobb, Waits & Henning
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone:  504-581-1301

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the above and foregoing Peremptory Exception, Answer and Affirmative Defenses, has been served on counsel of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed OR via facsimile transmission on this the ___ day of January, 2006.

_____
Jeremy D. Goux

MARGARET LOTT, Individually, and as the
Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A. MANGANO,
JR., AOLC LIMITED PARTNERSHIP, A
LOUISIANA PARTNERSHIP IN
COMMENDAM, BUFFMAN, INC.,
DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER: 105-473 "D"

ST. BERNARD PARISH, LOUISIANA

*************************************************       *********************
Filed:      MAR 1 6 2006                         /S/Elizabeth A. Ruiz
              10:45 Am

## UNOPPOSED MOTION TO CONTINUE HEARINGS ON
## PEREMPTORY EXCEPTION OF NO CAUSE
## OF ACTION, DILATORY EXCEPTION OF PREMATURITY

NOW INTO COURT, through undersigned counsel, comes Margaret Lott, Individually, and as

the Surviving Spouse of Shirley Lott, who respectfully requests that this Honorable Court continue the

hearings on defendants, Salvadore Mangano, Mabel B. Mangano, AOLC Limited Partnership, A Louisiana

Partnership in Commendum, Buffman, Inc., Dorman, Inc., MGH Limited Partnership, A Louisiana

Partnership in Commendum, Manaca, Inc., Mangano Consultants, Inc., The Mangano Corporation,

Manguest, Inc., Mangano Management, Inc., STS Amusements, LLC, d/b/a St. Rita's Nursing Home

(hereinafter collectively referred to as "Defendants"), Peremptory Exception of No Cause of Action and

Dilatory Exception of Prematurity currently set for March 17, 2006 at 9:30 a.m. for the reasons shown in

the attached Memorandum in support. Counsel for Defendants has been contacted and has no opposition

to the granting of this Motion.

Respectfully submitted,

JON W. WISE, T.A. (#2192)
DANIEL LICHTL (#26385)
FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, LA 70130
504-523-2600 Telephone
504-523-2705 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 1st day of March, 2006, served a copy of the above and foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United States Mail, properly addressed and first class postage prepaid.

2

MARGARET LOTT, Individually, and as the
Surviving Spouse of Shirley Lott

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER:  105-473 "D"

VERSUS

ST. BERNARD PARISH, LOUISIANA

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A. MANGANO,
JR., AOLC LIMITED PARTNERSHIP, A
LOUISIANA PARTNERSHIP IN
COMMENDAM, BUFFMAN, INC.,
DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Filed*    **MAR 1 6 2006**

*Elizabeth a. Ruiz*
/S/Elizabeth A. Ruiz

## MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE HEARINGS
## ON PEREMPTORY EXCEPTION OF NO CAUSE
## OF ACTION, AND DILATORY EXCEPTION OF PREMATURITY

MAY IT PLEASE THE COURT:

      Plaintiff, Margaret Lott, Individually, and as the Surviving Spouse of Shirley Lott, requests that this

Honorable Court continue the hearings on defendants' Peremptory Exception of No Cause of Action and

Dilatory Exception of Prematurity.  With respect to the Peremptory Exception, Plaintiff has filed suit against

various corporations owned by or controlled by or incorporated by defendants, Salvador Mangano and

Mabel Mangano.  Defendants have pled that a number of these entities, AOLC Limited Partnership, MGH

Limited Partnership, Dorman, Inc., Manaca, Inc., Mangano Consultants, Inc., the Mangano Corporation,

Manguest, Inc., Mangano Management, Inc. and STS Amusements, LLC, have no ownership or other

interest in the St. Rita Nursing Home facility, which is the subject of the litigation.  Plaintiffs are propounding

discovery to the various defendants with respect to ownership, operation and control of the operations of

the nursing facility, and it is anticipated that the responses to this discovery will substantially aid in

determining the merits of defendants' exceptions.

      Counsel for defendants has been contacted and has no objections to the granting of this Motion

and the continuance of hearing all of the exceptions presently set for hearing.

WHEREFORE, plaintiff, respectfully requests that her Motion be granted and this Court continue

the peremptory and dilatory exceptions filed by defendants without date.

Respectfully submitted:

JON W. WISE, T.A. (#2192)
DANIEL LICHTL (#26385)
FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, LA 70130
504-523-2600 Telephone
504-523-2705 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on the ____ day of March, 2006, served a copy of the above and
foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United
States Mail, properly addressed and first class postage prepaid.

2

MARGARET LOTT, Individually, and as the
Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A. MANGANO,
JR., AOLC LIMITED PARTNERSHIP, A
LOUISIANA PARTNERSHIP IN
COMMENDAM, BUFFMAN, INC.,
DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER:  105-473 "D"

ST. BERNARD PARISH, LOUISIANA

# FILED

APR 2 1 2006

*Betty Borne*

**DEPUTY CLERK**
/S/Betty Borne

**************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Margaret Lott, Individually,

and as the Surviving Spouse of Shirley Lott, and moves the Court to enroll John L. Robert, III (La. Bar

No. 29400) of the law firm of Fowler, Rodriguez & Chalos, as additional counsel of record in this civil

action. In support of this motion, plaintiff avers that enrolling additional counsel of record will not by itself

be good cause to alter or delay any scheduled matters or deadlines in this case.

Respectfully submitted:

JON W. WISE, T.A. (#2192)
DANIEL LICHTL (#26385)
JOHN L. ROBERT, III (#29400)
FOWLER, RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, LA 70130
504-523-2600 Telephone
504-523-2705 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have on the 20th day of April, 2006, served a copy of the above and
foregoing pleading on counsel for all parties to this proceeding, by placing a copy of same in the United
States Mail, properly addressed and first class postage prepaid.

MARGARET LOTT, Individually, and as the
Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A. MANGANO,
JR., AOLC LIMITED PARTNERSHIP, A
LOUISIANA PARTNERSHIP IN
COMMENDAM, BUFFMAN, INC.,
DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER:  105-473 "D"

ST. BERNARD PARISH, LOUISIANA

# FILED

APR 2 1 2006

/S/Betty Borne
DEPUTY CLERK

*********************************************************************************

### O R D E R

Considering the foregoing Motion to Enroll Additional Counsel of Record:

IT IS ORDERED, ADJUDGED AND DECREED that John L. Robert, III of the law firm of

Fowler, Rodriguez & Chalos be and is hereby enrolled as additional counsel of record in this civil action.

DISTRICT JUDGE

MAY 1, 2006

MARGARET LOTT, Individually, and as the
Surviving Spouse of Shirley Lott

VERSUS

SALVADOR A. MANGANO, MABEL B.
MANGANO, SALVADOR A. MANGANO,
JR., AOLC LIMITED PARTNERSHIP, A
LOUISIANA PARTNERSHIP IN
COMMENDAM, BUFFMAN, INC.,
DORMAN INC., MGH LIMITED
PARTNERSHIP, A LOUISIANA
PARTNERSHIP IN COMMENDAM,
MANACA, INC., MANGANO
CONSULTANTS, INC., THE MANGANO
CORPORATION, MANGUEST, INC.,
MANGANO MANAGEMENT, INC., STS
AMUSEMENTS, L.L.C., D/B/A ST. RITA
NURSING HOME

34th JUDICIAL DISTRICT COURT

DOCKET NUMBER: 105-473 "D"

ST. BERNARD PARISH, LOUISIANA

Filed: MAR 1 6 2006

/S/Elizabeth A. Ruiz

**O R D E R**

Considering the foregoing Unopposed Motion to Continue Hearings;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the hearings set on Defendants'

Exceptions of No Cause of Action and Prematurity scheduled for March 17, 2006 at 9:30 a.m. are hereby

continued without date.

Chalmette, Louisiana, this 16th day of _March_, 2006.

JUDGE



105-473

**34th JUDICIAL DISTRICT COURT**

**FILED**

**PARISH OF ST. BERNARD**

JUN 30 2006

ST. BERNARD PARISH CHIEF DEPUTY CLERK

**STATE OF LOUISIANA**

CASE NO. 105-406                                          DIVISION " D "

**RAYMOND COUSINS and BERNARD REYES**

*-versus-*

**THE MANGANO CORPORATION
d/b/a  ST. RITA'S NURSING FACILITY, *et al***

Filed: _June 30, 2006_                    _Elizabeth A. Ruiz_

                                                  **Deputy Clerk**      /S/Elizabeth A. Ruiz

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### *EN BANC* ORDER OF RECUSATION

As provided for under Louisiana Rules of Civil Procedure Article 151 and 152(3), the Judges of the 34th Judicial District Court wish to voluntarily recuse themselves from the above entitled case, and the cases herein listed.  Further, it is respectfully requested that this Order be deemed a written request to the Louisiana Supreme Court for recusal of the Judges of this district and that the Supreme Court accept, approve of and order this recusal.

This case involves a suit for damages arising out of the death of Plaintiffs' mother, Adel Cousins while residing at St. Rita's Nursing Facility in St. Bernard Parish.  It is alleged that Plaintiffs' mother, along with numerous similarly situated individuals were not evacuated for Hurricane Katrina in August 2005, and died as a result this natural disaster.  In addition to the above numbered and entitled matter, the following suits have been filed in this Court for other deceased residents of St. Rita's, to-wit:  Case Numbers 105-406; 105-410; 105-433; 105-453; 105-461; 105-466; 105-473;105-522; 105-550; 105-551; 105-589; 105-590; 105-591; 105-620; 105-733; 105-808; 105-809; 105-810; 105-874; 105-889; 105-927; 105-936; 106-017; 106-061; 106-220; 106-254; 106-274; 106-279; 106-288; 106-289; 106-324; 106-334; 106-335; 106-361; 106-446; and 106-