KATRINA-RELATED
ST. RITA'S NURSING HOME

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 27  PM 3: 40

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER M. DEPASCUAL, LOUIS * <br> R. DEPASCUAL, MARINA E. <br> DEPASCUAL DUSKIN, PAULA A.  * <br> DEPASCUAL NEWMAN, CARLOS P. <br> DEPASCUAL AND MANUEL R.  * <br> DEPASCUAL, JR., INDIVIDUALLY <br> AND ON BEHALF OF THE ESTATE OF  * <br> AGNES D. DEPASCUAL <br>             * <br>       **Plaintiffs** <br>              * <br> v. <br>              * <br> BUFFMAN, INC, D/B/A ST. RITA'S <br> NURSING HOME, SALVADOR A.  * <br> MANGANO, SR. AND MABEL B. <br> MANGANO  * <br>       **Defendants.** <br>              * | **CIVIL ACTION** <br><br> **NUMBER: 06-8982** <br><br> **SECTION: "K" (2)** |

*     *     *     *

## COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the

United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1.     List of all parties remaining in this action:

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

a.  Christopher M. DePascual, Louis R. Depascual, Marina E. DePascual Duskin, Paula A. Depascual Newman, Carlos P. Depascual and Manuel R. Depascual, Jr., Plaintiffs

b.  Buffman, Inc., D/B/A St. Rita's Nursing Home, Salvador A. Mangano, Sr. And Mabel B. Mangano, Defendants;

c.  Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant;

d.  State of Louisiana, Department of Transportation and Development, 3rd Party Defendant;

e.  Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant;

f.  State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant;

g.  Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant;

h.  State of Louisiana, Office of the Attorney General, 3rd Party Defendant;

i.  Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant;

j.  The Lake Borne Basin Levee District, 3rd Party Defendant;

k.  Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant; and

l.  United States of America, 3rd Party Defendant.

2.  Copies of all pleadings filed in state court are attached in globo as Exhibit A.

–2–

3.    Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


STEVENS E. MOORE (14242)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3061


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___27th___ day of November, 2006.


STEVENS E. MOORE
Assistant United States Attorney