UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE: *Aaron*, 06-4746 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**MOTION FOR JUDGMENT ON THE PLEADINGS
ON BEHALF OF REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY
AND REPUBLIC LLOYDS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Republic Fire And Casualty Insurance Company ("RFCIC") and Republic Lloyds ("RL"), in accordance with Rule 12(c) of the Federal Rules of Civil Procedure, and respectfully request that this Honorable Court issue judgment on the pleadings and, thereby, dismiss the *Complaint for Damages* and *First Supplemental and Amended Complaint* for failure to state a cause of action against RFCIC and RL, as more fully set forth in the *Memorandum in Support of Motion for Judgment on the Pleadings* filed in support of this Motion.

**WHEREFORE**, defendants, Republic Fire And Casualty Insurance Company and Republic Lloyds, pray that the *Motion for Judgment on the Pleadings* be granted and that the

*Complaint for Damages* and *First Supplemental and Amended Complaint* be dismissed, with prejudice, for failure to state a cause of action against RFCIC and RL, with all costs of these proceedings assessed solely to plaintiffs and for all such other general and equitable relief as this Honorable Court may deem just under the circumstances, including attorneys fees.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
             **SIMPSON LONERO, LLC**
        Suite 1100 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA   70002
        Telephone:     (504) 834-6500
        Fax:  (504) 834-6565

**BY:**    **/s/ Christopher R. Pennison**
        **JAY M. LONERO, T.A. (No. 20642)**
        jlonero@lwp-law.com
        **CHRISTOPHER R. PENNISON (No. 22584)**
        cpennison@lwp-law.com
        **ANGIE ARCENEAUX AKERS (No. 26786)**
        aakers@lwp-law.com

        **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY AND REPUBLIC LLOYDS**

## CERTIFICATE OF SERVICE

I hereby certify that on this  28th  day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

        /s/ Christopher R. Pennison