UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
|---|---|
|  | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE: *Aaron*, 06-4746 | JUDGE: DUVAL |
|  | MAGISTRATE: WILKINSON |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come defendants, Republic Fire And Casualty Insurance Company ("RFCIC") and Republic Lloyds ("RL"), and in accordance with Local Civil Rule 78.1 of the Uniform District Court Rules, respectfully request this Honorable Court to allow oral argument on the *Motion for Judgment on the Pleadings* filed under Rule 12(c) of the Federal Rules of Civil Procedure that has been noticed for hearing on the 13th day of December, 2006, at 9:30 a.m. In accordance with Local Civil Rule 78.1, "[o]ral argument will be permitted in such cases without further order of the Court, unless the Court advises the parties, as soon as practicable, that oral argument is not necessary."

The issues presented in the *Motion for Judgment on the Pleadings* are similar to those presented in the *Motion to Dismiss* filed by the AIG companies, which has been scheduled for hearing and oral argument at the same time.  Accordingly, undersigned counsel respectfully requests that this Honorable Court also allow oral argument for the *Motion for Judgment on the Pleadings* filed by RFCIC and RL.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
            **SIMPSON LONERO, LLC**
        Suite 1100 - Two Lakeway Center
        3850 N. Causeway Boulevard
        Metairie, LA   70002
        Telephone:     (504) 834-6500
        Fax:  (504) 834-6565

**BY:**    **/s/ Christopher R. Pennison**
        **JAY M. LONERO, T.A. (No. 20642)**
            jlonero@lwp-law.com
        **CHRISTOPHER R. PENNISON (No. 22584)**
            cpennison@lwp-law.com
        **ANGIE ARCENEAUX AKERS (No. 26786)**
            aakers@lwp-law.com

        **ATTORNEYS FOR REPUBLIC FIRE AND**
        **CASUALTY INSURANCE COMPANY AND**
        **REPUBLIC LLOYDS**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this  28th  day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Christopher R. Pennison