UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Aaron*, 06-4746 | |
| | MAGISTRATE: WILKINSON |

**MOTION FOR JUDGMENT ON THE PLEADINGS
ON BEHALF OF AMERICAN NATIONAL GENERAL INSURANCE COMPANY AND
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

**NOW INTO COURT**, through undersigned counsel, come defendants, American National General Insurance Company ("ANGIC") and American National Property and Casualty Company ("ANPAC"), in accordance with Rule 12(c) of the Federal Rules of Civil Procedure, and respectfully request that this Honorable Court issue judgment on the pleadings and, thereby, dismiss the *Complaint for Damages* and *First Supplemental and Amended Complaint* for failure to state a cause of action against ANGIC and ANPAC, as more fully set forth in the *Memorandum in Support of Motion for Judgment on the Pleadings* filed in support of this Motion.

**WHEREFORE**, defendants, American National General Insurance Company and American National Property and Casualty Company, pray that the *Motion for Judgment on the Pleadings* be granted and that the *Complaint for Damages* and *First Supplemental and Amended Complaint* be dismissed, with prejudice, for failure to state a cause of action against ANGIC and ANPAC, with all costs of these proceedings assessed solely to plaintiffs and for all such other general and equitable relief as this Honorable Court may deem just under the circumstances, including attorneys fees.

Respectfully submitted,

**LARZELERE PICOU WELLS
     SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

BY:   **/s/ Christopher R. Pennison**
         **JAY M. LONERO, T.A. (No. 20642)**
                **jlonero@lwp-law.com**
         **CHRISTOPHER R. PENNISON (No. 22584)**
                **cpennison@lwp-law.com**
         **ANGIE ARCENEAUX AKERS (No. 26786)**
                **aakers@lwp-law.com**

         **ATTORNEYS FOR AMERICAN NATIONAL
         GENERAL INSURANCE COMPANY AND
         AMERICAN NATIONAL PROPERTY AND
         CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this  28th  day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Christopher R. Pennison