UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | |
| INSURANCE: *Aaron*, 06-4746 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that American National General Insurance Company ("ANGIC") and American National Property and Casualty Company, ("ANPAC") will bring its *Motion for Judgment on the Pleadings* filed under Rule 12(c) of the Federal Rules of Civil Procedures for hearing before the Honorable Stanwood R. Duval, Jr. on December 13, 2006, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

BY:    **/s/ Christopher R. Pennison**
**JAY M. LONERO, T.A. (No. 20642)**
jlonero@lwp-law.com
**CHRISTOPHER R. PENNISON (No. 22584)**
cpennison@lwp-law.com
**ANGIE ARCENEAUX AKERS (No. 26786)**
aakers@lwp-law.com

**ATTORNEYS FOR AMERICAN
NATIONAL GENERAL INSURANCE
COMPANY AND AMERICAN NATIONAL
PROPERTY AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this  28th  day of November, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Christopher R. Pennison