UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDA FRISCHHERTZ, et al.** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8821** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:   R(5)** |
| | * | |

******************************************************************************

## MOTION TO REMAND

    Now Come Plaintiffs, Linda Frischhertz and Nancy Frischhertz, who respectfully request that this Court remand the present case to the 34th Judicial District Court for the Parish of St. Bernard for the reasons set forth in the attached memorandum.

                                              RESPECTFULLY SUBMITTED:

                                              **/s/ Dominick F. Impastato, III**
                                              LLOYD N. FRISCHHERTZ, #5749
                                              DOMINICK F. IMPASTATO, III, #29056
                                              MARC L. FRISCHHERTZ, #29194
                                              Frischhertz & Associates
                                              1130 St. Charles Avenue
                                              New Orleans, Louisiana 70130
                                              504-523-1500 (phone)
                                              504-581-1670 (fax)

## CERTIFICATE OF SERVICE

    I hereby certify that on **November 6, 2006,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    James A. Cobb , Jr
    Jeremy D. Goux
    Stevens E. Moore
    Louis G. Spencer

      I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

                                   **/s/ Dominick F. Impastato, III**
                                   La. Bar No. 29056