34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 105-410                                                DIVISION "E"

LINDA FRISCHHERTZ and NANCY FRISCHHERTZ, individually and on behalf of their
mother, MAXINE FRISCHHERTZ

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST.
RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO
MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO
CORPORATION

FILED: _____          DEPUTY CLERK _____

### JUDGMENT

CONSIDERING THE FOREGOING, Voluntary Motion to Dismiss filed by

Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. a/k/a St. Rita's Nursing

Home;

IT IS HEREBY ORDERED the United States of America, made third party

defendant herein is hereby dismissed from this matter, without prejudice, and shall no

longer be a party to this litigation.

BATON ROUGE, Louisiana this 20TH _____ day of

September, 2006.

JUDGE FOIL _____

**Frank Foil**
Judge Ad Hoc

**PLEASE SERVE:**
James Letten
United States Attorney
Eastern District of Louisiana
500 Poydras Street, Suite B210
Hale Boggs Federal Building
New Orleans, Louisiana   70130

By Certified Mail by defendants to:

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC   20530-0001

3