**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LINDA FRISCHHERTZ, ET AL.** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8821** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:   R(5)** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**ORDER**</u>

Considering the foregoing Motion to Remand:

It is hereby adjudged and decreed that this Court matter is to be remanded to the 34th

Judicial Court for the Parish of St. Bernard for further proceedings.

Signed this _____ day of _____, 2006.

_____
JUDGE VANCE