**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LINDA FRISCHHERTZ, ET AL.** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8821** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:** R(5) |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

Please take notice that this Court shall hold hearing on Plaintiff's Motion To Remand on the **29th day of November, 2006**, at **10:00 A.M.**

Signed this _____ day of _____, 2006.

_____
JUDGE VANCE