UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA FRISCHHERTZ AND NANCY FRISCHHERTZ, individually and on behalf of their mother, MAXINE FRISCHHERTZ | § § § § | CIVIL ACTION NO. 06-8821 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| Plaintiffs, | § § | |
| v. | § § | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION | § § § § § § § § | |
| Defendants. | § § § | |

### EX PARTE/CONSENT MOTION TO ENROLL

Trial Attorney James F. McConnon, Jr. hereby moves to enroll his appearance on behalf of the United States of America, Third-Party Defendant in the above-noted case. Current counsel of record for the United States, Stevens E. Moore, Esq., has consented to this motion. It is

respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| JAMES F. MCCONNON, JR.<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>P.O. Box 888<br>Benjamin Franklin Station<br>Washington, D.C.  20044 | JAMES F. MCCONNON, JR.<br>Trial Attorney<br>Torts Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvania Ave., NW<br>Room 8012N<br>Washington, DC 20004 |

ECF Filing:
Jim.McConnon@usdoj.gov

Dated: November 28, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jim.mcconnon@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

     I, James F. McConnon, Jr., hereby certify that on November 28, 2006, I served a true copy of the above Motion to Enroll upon the following parties by ECF or electronic mail:

Lloyd N. Frischhertz
lnfrisch@aol.com

                                            <u>s/ James F. McConnon, Jr.</u>
                                                James F. McConnon, Jr.