**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| LINDA FRISCHHERTZ AND NANCY FRISCHHERTZ, individually and on behalf of their mother, MAXINE FRISCHHERTZ | § § § § | CIVIL ACTION NO. 06-8821 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| Plaintiffs, | § § | |
| v. | § § | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION | § § § § § § § § | |
| Defendants. | § § § | |

**ORDER**

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney James F. McConnon, Jr. on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby GRANTED and the Clerk of Court shall enroll James F. McConnon, Jr., Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____

UNITED STATES DISTRICT JUDGE