UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 20  AM 10: 19

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CHRISTINE STEUDLEIN, wife of/and HENRY J. STEUDLEIN, III | * CIVIL ACTION |
| | * NO.  06-7307 |
| VERSUS | |
| | * SECTION "R" |
| STATE FARM FIRE AND CASUALTY COMPANY, FIDELITY NATIONAL INSURANCE COMPANY, WARREN DENNIS and HYLTON PETIT, JR. | * MAGISTRATE 5 |

\* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come the plaintiffs, CHRISTINE STEUDLEIN, wife of/and HENRY J. STEUDLEIN, III, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, STATE FARM FIRE AND CASUALTY COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___19___ day of ___Oct___, 20_06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____