UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTINE STEUDLEIN, wife of/and<br>HENRY J. STEUDLEIN, III | * | CIVIL ACTION |
| | * | NO.   06-7307 |
| VERSUS | | |
| | * | SECTION "R" |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, FIDELITY NATIONAL<br>INSURANCE COMPANY, WARREN DENNIS<br>and HYLTON PETIT, JR. | * | MAGISTRATE 5 |

\* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 29th day of November, 2006, at 10:00 o'clock a.m. before the Honorable Sarah S. Vance, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___19___ day of ___Oct___, 20 _06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____