## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTINE STEUDLEIN, wife of/and HENRY J. STEUDLEIN, III** | * | **CIVIL ACTION** |
| | * | **NO.   06-7307** |
| **VERSUS** | | |
| | * | **SECTION "R"** |
| **STATE FARM FIRE AND CASUALTY COMPANY, FIDELITY NATIONAL INSURANCE COMPANY, WARREN DENNIS and HYLTON PETIT, JR.** | * | **MAGISTRATE 5** |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 29th day of November, 2006, at 10:00 o'clock a.m. before the Honorable Sarah S. Vance, United States District Judge presiding.

Respectfully submitted,

GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this _19_ day of _Oct_, 20_06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.