UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIE STEUDLEIN, WIFE OF/AND * | DOCKET NO.: | 2:06-CV-7307 |
| HENRY J. STEUDLEIN, III * | | |
| * | JUDGE: | DUVAL |
| VERSUS * | | |
| * | SECTION: | K |
| STATE FARM FIRE * | | |
| AND CASUALTY COMPANY, * | MAGISTRATE: | WILKINSON |
| ET AL * | | |
| * | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION, AND INCORPORATED MEMORANDUM IN SUPPORT, FOR LEAVE TO EXCEED PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come defendants, **HYLTON S. PETIT, JR.,** ("Petit") and **STATE FARM FIRE AND CASUALTY COMPANY** ("State Farm"), who respectfully request leave, pursuant to Local Rule 7.8.1E, to exceed the page limit by four (4) pages for Defendant's Memorandum Opposition to Motion to Remand. Plaintiff's motion raises a large number of issues to which Petit and State Farm would like to respond, including individual responses to some of the issues as to Hylton Petit as opposed to other defendants. The Motion to Remand contests grounds for removal raised by both the Fidelity Defendants (Fidelity National Insurance Company and Warren Dennis) and by State Farm and Petit, including the propriety of removal under 28 U.S.C. § 1332 (diversity); 28 U.S.C. § 1369 (MMTJA), and 42 USC § 4072 (the National Flood Insurance Act), and Petit and State

Farm will need to address each in turn, including explaining how the facts apply differently as to different defendants such as Dennis and Petit.

Wherefore, Defendants pray that this Court issue an Order permitting it to exceed the page limit by four (4) pages for Defendant's Memorandum in Opposition to Plaintiff's Motion to Remand.

Respectfully submitted,

/s Eric B. Berger
BRANT J. CACAMO (#26227)
ERIC BERGER (#26196)
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
400 Poydras Street, Suite 2300
New Orleans, LA 70130
Telephone:504-586-9292; Fax:504-586-1290
Attorneys for Defendant:
State Farm Fire and Casualty Company and Hylton S. Petit, Jr.

## CERTIFICATE

I hereby certify that a copy of the above has been served on all counsel of record via email through the court's ECF system, this 21st day of November, at the following email addresses:

- **Gerald J. Nielsen**
  gjnielsen@aol.com

- **Gary Michael Pendergast**
  GMPendergastLLC@aol.com Fire68@aol.com

/s Eric B. Berger

2