UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHRISTIE STEUDLEIN, WIFE OF/AND * | DOCKET NO.: | 2:06-CV-7307 |
| HENRY J. STEUDLEIN, III * | | |
| * | JUDGE: | DUVAL |
| VERSUS * | | |
| * | SECTION: | K |
| STATE FARM FIRE * | | |
| AND CASUALTY COMPANY, * | MAGISTRATE: | WILKINSON |
| ET AL * | | |
| * | | |

************************************************************************

## ORDER

Considering the foregoing DEFENDANTS" MOTION FOR LEAVE TO EXCEED

PAGE LIMIT;

**IT IS HEREBY ORDERED** that defendants, **HYLTON S. PETIT, JR.,** and

**STATE FARM FIRE AND CASUALTY COMPANY**, be permitted to exceed the page

limit by four pages for the 29 page Defendant's Memorandum in Opposition to Plaintiff's

Motion to Remand as prayed for.

New Orleans, Louisiana, this _____ day of November, 2006

_____

JUDGE