## **AFFIDAVIT**

STATE OF LOUISIANA
PARISH OF JEFFERSON

BEFORE ME, the undersigned authority, personally came and appeared:

HYLTON S. PETIT, JR

who, after being duly sworn, did depose and say:

1. He has been an insurance agent for State Farm Fire and Casualty Company for __33__ years;

2. His office sold a State Farm homeowners policy (No. 18-CK-2273-6) to Henry & Christine Steudlein;

3. That this policy was issued on May 21, 1999;

4. The Steudleins completed and signed a policy application for this policy on May 17, 1999.

5. That the Steudleins have been in possession of this policy for seven (7) years;

6. That the Steuleins have received six renewal notices of this policy containing their then-current policy limits;

7. That when the policy was issued, the policy limits were as follows: $142,100 (dwelling coverage); $14,210 (dwelling extension coverage); and $106,575 (contents coverage).

8. That at the time of the May 17, 2005 renewal, the policy limits were as follows: $176,800 (dwelling coverage); $17,680 (dwelling extension coverage); and $132,600 (contents coverage);



EXHIBIT A

9. These higher limits was based on automatic inflationary increases;

10. That the Steudleins made no requests to increase the policy limits;

11. In the three years before this lawsuit was filed, he spoke to the Steudleins about their auto policy, but he does not recall the Steudeins calling to talk about the homeowners policy;

12. That when the Steudleins first came to him, he tried to sell them a flood policy, but they were not interested;

13. That he believes this was because the Steudleins took over an existing flood insurance policy on their house;

14. That the Steudleins never asked him about an excess flood insurance policy.

_____
HYLTON S. PETIT, JR

SWORN TO AND SUBSCRIBED

BEFORE ME THIS ___20___ DAY

OF ___November___, 2006.

_____
NOTARY PUBLIC

**Eric B. Berger**
**Bar Roll # 26196**

2