# HOMEOWNERS/CONDOMINIUM UNITOWNERS APPLICATION

☒ State Farm Fire and Casualty Company
☐ State Farm General Insurance Company

**POLICY NUMBER:** 18CK22736

**Effective Date:** 5/17/99

Other State Farm Insurance: ☐ Auto ☐ Fire ☐ Life ☐ Health ☒ None

☒ New ☐ Renewal ☐ E of I ☐ of Policy Number

## APPLICANT

**NAME:** STEUDLEIN, Henry & Christine
**Telephone Number:** (504) 831-1377
**Mailing address:** 5632 ADA PL, New Orleans, LA 70124
**Location of dwelling:** Orleans
**Applicant's Birthdate:** 9/24/70  **SSN:** 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  **Occupation:** Police Officer
**Co-applicant's Birthdate:** 9-28-68  **SSN:** 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  **Occupation:** Nurse

## OTHER INT'D

☒ Mtg. ☐ Loss payee — Hibernia National Bank, Its Successors and/or Assigns, ATIMA
P.O. Box 481, Baton Rouge, LA
ZIP: 70821-048
Loan Number: —

## BILLING

Renewal Bills: ☒ Insured ☐ Mortgagee
Endorse. Bills: ☒ Insured ☐ Mortgagee

S.F.P.P. Account Number: _____

Does this dwelling/applicant meet all Homeowners/Condo Unitowners Underwriting Guide requirements? ☒ Yes ☐ No - do not bind. Explain in Remarks.

Prior insurance carrier: _____  Policy number: _____

Has the applicant been insured with State Farm for home insurance (including tenants) within the past 3 years? ☐ Yes - indicate the dates: From ___ To ___ HO 3-5 Disc. ___%

Which state/province? ___ ☒ No

Has the applicant had any losses, insured or not, in the past 3 years? ☐ Yes ☒ No

Has any insurer or agency canceled or refused to issue or renew similar insurance to the named applicant or any household member within the past 3 years? ☒ No

☐ Yes - why? _____

Is any business (including child care) conducted on the premises? ☐ Yes ☒ No

Year purchased: 1999  Current market value $ _____

No. of hours dwelling is unoccupied each day (Form 4 only): ___  Number of residences in past 3 years: 3

Any pets in the household? Yes - if any appear unfriendly or vicious, explain in Remarks. If dogs, answer the following 3 questions. ☒ No

Breed: _____
Ever bitten anyone? ☐ Yes ☐ No   Trained for attack or guard purposes? ☐ Yes ☐ No

Is there a WOOD or COAL STOVE, fireplace insert, or free-standing fireplace anywhere on the premises? ☐ Yes - complete Solid Fuel Checklist ☒ No

COASTAL AREAS: Is the dwelling within 1000 ft. of water at high tide of the ocean, gulf, bay, harbor, large open body of water or located on an island? ☒ No

ROOF: General comments about the roof's condition: Excellent  Year replaced: New
Indicate any of the following that might be of concern: ☐ Possible hail damage ☐ Curled shingles ☐ Loose/missing shingles ☐ Wear in valleys ☐ Missing/replaced ridge row ☐ Repaired areas ☐ Stain/rotting under eaves ☐ Interior leaks

### Approximate value of the following personal property:
- Jewelry and furs $ 20000
- Firearms $ 1200
- Goldware, silverware $ 5000
- Business property (tools, merchandise) $ -0-
- Personal tools $ 50
- Collections $ -0-
- TV, Stereo, Tapes, Records/CDs $ 5000
- Fine arts, antiques, rugs $ -0-
- Musical instruments, cameras, sports equip. $ 2500
- Computers (hardware, software) $ -0-

How long have you known the applicant? 1 yrs.
Premises inspected on 5/18/99 By _____

## UNDERWRITING USE ONLY
Approved By: MM  Date: 5-22-99  GFU Code: 036 NO1
Zone: 61
Construction: ☒ Frame ☐ Brick veneer ☐ Masonry ☐ Other

Is dwelling inside city limits? ☒ Yes ☐ No
Name of Fire Protection Area (FPA) where the risk is located (as listed in PLM): New Orleans
Distance to: Servicing fire station 1/2 mi.  Hydrant 100 ft.
Protection Class: 002
Year built: 1999 (Complete section on Supplemental Application if over 30 years old or unprotected)
Occupancy: ☒ Owner ☐ Tenant ☐ Vacant (explain in Remarks) ☐ Dwelling under construction
☐ 2nd dwelling ☐ Seasonal occupancy
Row or town house? ☐ Yes ☒ No   # of units in fire division ___   # of roomers or boarders ___
Condo, unit: # of days owner-occupied ___  # of days rented or held for rental ___

Home Alert: ☒ Local alarm  ☒ Deadbolt locks  ☒ Fire extinguisher  ☐ Fire or smoke
☐ Burglar alarm system  ☒ Fire/burglar alarm reporting to fire department, police department, or central station
☐ Fire or smoke detectors with digital or voice-synthesized telephone dialer   HOME ALERT DISCOUNT 12 %

Automatic Sprinkler System: ☐ Partial ☐ Total DISCOUNT 0 %
Utility Rating Plan: ☐ Discount ☐ Charge 0 %

## SEC. I — COVERAGE AND PREMIUM

Forms 4 & 6 only: # of rooms ___  Sq. ft. area ___  Pers. prop. quality: ☐ Economy ☐ Standard ☐ Luxury

Form: ☐ 1 ☐ 3 ☐ 4 ☒ 5 ☐ 6
Deductible: ☐ $250 ☐ $500 ☒ Other 1000
Hurricane Deductible: ☐ 2% ☐ 5% ☐ 10% ☐ 15%  (NOT available in all areas -- see PLM)  0

| Coverage | Limits | Premium |
|---|---|---|
| Dwelling or building property (Coverage A) | $142,100 | $1344.50 |
| Dwelling extension (total amount if more than 10% of Coverage A) | $14,210 | |
| Personal property | $106,575 | |
| Condominium Loss Assessment | | |

### Limits of Liability:
Personal Liability (Coverage L - each occurrence - $100,000 included)
Increased limits of: ☒ $300,000 ☐ $500,000 ☐ $1,000,000  $ 20

Medical Payments to Others (Coverage M - each person - $1,000 included)
Increased limits of: ☐ $2,000 ☐ $3,000 ☐ $4,000 ☐ $5,000  Decl.

### Additional Coverage:
- Jewelry and Furs (JF) ☒ $1,500/$2,500 (Included in Form 5) ☐ $2,500/$5,000  $ -0-
- Silverware/Goldware Theft (SG) (submit list of items) ☐ $5,000 ☐ $7,500 ☐ $10,000  Decl.
- Business Property (Option BP) ☐ $2,500 on-premises/$250 off-premises ☐ $5,000 on-premises/$250 off-premises  Decl.
- Business Pursuits (Option BU)  Decl.
- Home Computers (HC) $10,000  Decl.
- Firearms (FA) $2,500/$5,000  Decl.
- Liability Coverage Extension:
- Incidental Business (IO)  Decl.
- Child Care, Adult/Senior Day Care, Adult Family Home  Decl.
- Nurses' Professional Liability  Decl.
- Other Options/Endorsements:
- Replacement Cost on Contents (RC) (Included in Form 5)  $ -0-
- Back-up of Sewers or Drains  $ 21
- Building Ordinance or Law (added cost - code change) % of Coverage A: ☐ 10% ☐ 25% ☐ 50%  Decl.
- Other: _____

Amount paid $ 688.10   Balance due $ ___   TOTAL PREMIUM $ 688

## FORM 3 APPLICANTS WHO MEET FORM 5 ELIGIBILITY RULES:
I have been offered the added benefits of a Form 5 policy and prefer to purchase Form 3 coverage.
Applicant's Signature X _____

I understand that coverage is:
☐ provided by this application.
☐ not provided until this application is approved by State Farm's Underwriting Department.

I am applying for the insurance indicated and the information on this application is correct. The coverages, options, and endorsements of this policy have been explained to me. I understand that the premium charged for this policy must comply with State Farm's rules and rates and may be revised.

I understand that State Farm will pay only the actual cash value of a total loss to covered buildings, up to the policy limit, until the actual repair or replacement is completed. Any additional payment will be limited to the lesser of the policy limit or the amount actually and necessarily spent to repair or replace the damaged building with equivalent construction and for equivalent use on the same premises. If the policy for which I have applied provides Guaranteed Replacement Cost Coverage, the additional payment will be limited only by the amount actually and necessarily spent for repair or replacement.

I also understand that State Farm has the option of repairing or replacing lost or damaged property, and that in no event will I be paid more than the Company's cost to repair or replace the item.

Applicant's Signature X _Henry Steudlein_

Agent's Code Stamp:
H. PETIT JR   1445
NEW ORLEANS CENTRAL  F691

Date and Time of App.
Mo. 5   Day 17   Yr. 99
Hour 4:30 ☒ p.m.
Forms 3 & 5 only: Date policy booklet delivered: _____

OFFICE COPY

535-2540 LA.6 Rev. 6-1998 Printed in U.S.A.  * Complete section on Supplemental Application

EXHIBIT B

# HOMEOWNERS/CONDOMINIUM UNITOWNERS APPLICATION SUPPLEMENTAL APPLICATION

☒ State Farm Fire and Casualty Company
☐ State Farm General Insurance Company

18CK22736
S-1

**APPLICANT**

NAME (Please print) Last Name: STEUDLEIN, First Name: Henry & Christine
Co-applicant's Name: 
Telephone Number: (504) 831-1377

Mailing address: 5632 ADA PL
City or Town: New Orleans
State: LA
ZIP Code: 70124
County: Orleans

Location of dwelling: (same)

Applicant's Birthdate: 4/24/70
Social Security Number: 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
Occupation/Profession: Police Officer

Co-applicant's Birthdate: 9-28-68
Social Security Number: 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
Occupation/Profession: Nurse

**LOSSES**

| DATE OF LOSS | DETAILS OF LOSS | TOTAL AMT. OF LOSS |
|---|---|---|
| 1998 | Trop. Storm - Frances - Flood - no coverage | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |

**OVER 30**

Heating: Year updated ___ Type ___ Central/Space ___ ☐ Vented ☐ Unvented Fuel ___ Electric/Wood/Gas/Oil/Coal/Other
Plumbing: Year updated ___ Electrical ___ Year updated ___ Knob-Tube ___ Number of fuses ___ 15/20/30 Amp
Thermostat controlled? Yes/No
No. of circuit breakers ___
Rating of main box (in amps) ___

**HOME ALERT**

Name of system: NESARC
Name and address of company that installed the system: NESARC Security, 4815 Perry Dr., Met. 70006
Frequency of maintenance and testing: monthly
Name and address of central/police station to which system reports: Same as seller
Date of installation: 5/12/99
System is designed to protect against: ☐ Fire ☐ Burglary ☐ Both Fire and Burglary

WHEN WRITING COVERAGE FOR ANY OF THE FOLLOWING SITUATIONS, REFER TO UNDERWRITING GUIDE FOR ADDITIONAL INFORMATION NEEDED AND BINDING LIMITATIONS.

**INCIDENTAL BUSINESS**

Describe business activities: ___
Annual sales/receipts $ ___
Approx. sq. ft. area used for incidental business activities ___
Number of persons cared for ___
Is the applicant licensed? Yes/No
Number of employees ___
Does the applicant have another location from which this business is operated? Yes/No
☐ Child Care ☐ Adult/Senior Day Care ☐ Adult Family Home

**NURSE'S PROF. LIAB.**

Place of employment ___
Duties performed: ___
Does applicant: Administer x-ray, therapy, or other treatment using radioactive or nuclear materials in course of business? Yes/No
Make diagnoses? Yes/No
Prescribe medicine? Yes/No
Administer anesthetics or assist in administering anesthetics? Yes/No

**UNPROTECTED DWELLINGS**

Legal description of property location: Portion of Section or Civil District ___ Situated ☐N ☐E ☐S ☐W side of Name of Road ___ leading from (name of nearest town) ___ Section ___ Township ___ Range ___ County ___
Access road: Yes/No Concrete/Asphalt/Gravel/Dirt
Distance from public road ___
Is dwelling visible from public road? Yes/No
# of houses visible from dwelling: None/1/2/3 or more
Is dwelling currently or recently been for sale? Yes/No
Is any business/farming conducted on the property? Yes/No
If yes, explain in Remarks.
Adjacent exposures: Dwellings/Farms/Woods/Other (describe) ___
Is fee/assessment paid to or does applicant contract for fire dept. service? Yes/No
Current in payment? Yes/No
If any of the following questions are answered "no", explain in Remarks: Accessible to fire department equipment year-round? Yes/No

REMARKS

**DIAGRAM**

6
17  5
46
34
10
18 Garage
17  5
15

46 x 32 = 1472
5x17x2 = 170
18x10 = 180 / 1122

535-2540 LA.6 Rev. 6-1998 Printed in U.S.A. ♻ recycled paper

SUPPLEMENTAL APPLICATION