

**STATE FARM FIRE & CASUALTY COMPANY**  **DECLARATIONS PAGE** COVERAGE SUMMARY
A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS                    SEP 27 2006

12222 STATE FARM BLVD
TULSA OK 74146-5402

**NAMED INSURED**
P-1445-F690 FH
STEUDLEIN, HENRY & CHRISTINE
5632 ADA PL
NEW ORLEANS, LA 70124-2811

| Policy Number | | |
|---|---|---|
| 18-CK-2273-6 | | |
| **Policy Period:** | Effective Date | Expiration Date |
| 12 MONTHS | MAY 17 2005 | MAY 17 2006 |

The policy period begins and ends at 12:01 AM standard time at the residence premises.

LOAN NO: 046187285
**MORTGAGEE**
COUNTRYWIDE HOME LOANS
ATIMA - ISAOA
ATTN INS DEPT SV22
PO BOX 10212
VAN NUYS CA 91410-0212

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
SAME AS INSURED'S ADDRESS

Zone: 61   Protection Class: 2   Year Built: 1999   Construction: FRAME
Number of Units: 01

| | Coverages & Property | Limits of Liability |
|---|---|---|
| | **SECTION I** | |
| A | DWELLING | $ 176,800 |
| | DWELLING EXTENSION up to | $ 17,680 |
| B | PERSONAL PROPERTY | $ 132,600 |
| C | LOSS OF USE | ACTUAL LOSS SUSTAINED |
| | **SECTION II** | |
| L | Personal Liability (Each Occurrence) | $ 300,000 |
| | Damage to Property of Others | $ 500 |
| M | Medical Payments to Others (Each Person) | $ 1,000 |

Inflation Coverage Index: 161.5
**Deductibles - SECTION I**
ALL LOSSES                              $ 1,500

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

Fire Protection Area
**NEW ORLEANS**

**Loss Settlement Provision (See Policy)**
A1: Replacement Cost - Similar Construction
B1: Limited Replacement Cost - Coverage B

Forms, Options, & Endorsements
HOMEOWNERS POLICY                       FP-7955
AMENDATORY ENDORSEMENT                  FE-7218.6
POLICY ENDORSEMENT                      FE-5320
FUNGUS (INCLUDING MOLD) EXCLUSION       FE-5398
INCREASE DWLG UP TO $ 35,360            OPTION ID
ORDINANCE / LAW 10% / $ 17,680          OPTION OL
COV 'A' LOSS SETTLEMENT                 FE-5273
JEWELRY AND FURS $1,500 EACH            OPTION JF
ARTICLE/$2,500 AGGREGATE

Policy Premium                 $ 1,479.00

Discounts Applied:
  HOME ALERT
  UTILITY RATING CR
  CLAIM RECORD

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7005.5C

LW   PREPARED SEP 27 2006

HYLTON PETIT JR
504-461-0171

EXHIBIT C