

# The Times-Picayune

$1.50  169th year No. 275   SUNDAY, OCTOBER 23, 2005   HURRICANE EDITION


LSU 20
AUBURN 17



## Nagin gets mixed reviews

*Evacuation plans, Superdome use criticized*

By Gordon Russell

Managing what is being called the biggest natural disaster in American history is a thankless task certain to invite criticism.

And Mayor Ray Nagin has certainly had his share since Hurricane Katrina came ashore.

On a recent national TV appearance, presidential historian and Tulane professor Douglas Brinkley called him "a very lame, ineffectual, wrong-headed mayor for this time," adding for good measure that Nagin has "no leadership abilities" and suggesting that some of his failures in the wake of the storm were "criminal."

Allan Katz, a consultant and talk-show host whose treatment of local politicians leans toward the adoring, called Nagin's performance "abysmal." Political columnist Clancy Dubos, as

See NAGIN, A-10

▶ Re-election to second term no longer a given, A-11



Some N.O. officers had been on the job for only days when Katrina hit, but they were determined to stay

## NO COP-OUT

By Trymaine Lee

First came their diplomas. Then came the disaster. A little more than two weeks after 37 softbooted New Orleans police academy graduates walked across a stage and into their respective districts for the first time, a deadly hurricane and flood strangled their city.

Some became victims, stranded on rooftops or in isolated holdings in far-flung sections of the city with little food, water or morale.

After surviving the storm, some rookies returned to the streets without a home or anything to call their own — just their will to live, for their

See ROOKIE, A-22



A LOOK AT WHERE THE VICTIMS WERE FOUND, A-14

# WHERE THEY DIED

In accounting for Hurricane Katrina's victims, Gentilly and the Lakefront may join the Lower 9th Ward and eastern New Orleans as the hardest-hit neighborhoods.



The body of Alcede Jackson rests on the porch of a home in the 4700 block of Laurel Street on Sept. 10. A sign on the window says he died Aug. 31, and the painted "16" on the house indicates rescue workers found one body.

### 1,056 LOUISIANA DEAD

| New Orleans | St. Bernard | Jefferson |
|---|---|---|
| ~700 | 125 | 22 |
| St. Tammany | St. Charles | Plaquemines |
| 7 | 5 | 3 |

By Coleman Warner and Robert Travis Scott
Staff writers

Although Hurricane Katrina's deaths are widely believed to have been concentrated in the Lower 9th Ward and eastern New Orleans, new estimates show large numbers of bodies were found in a swath from the Industrial Canal to the 17th Street Canal.

And more than a few people died in Mid-City, Central City and Uptown.

The new report, posted by the Louisiana Department of Health and Hospitals on a Web site Friday night, shows that the largest numbers of bodies were found in ZIP codes 70117, covering the Lower 9th Ward and some neighborhoods to the east bordering St. Claude Avenue, and 70122, including Gentilly and other neighborhoods between Old Gentilly Road and the Lakefront.

Between 31 and 75 bodies were recovered in each of the two ZIP codes, including neighborhoods devastated by water rushing from levee breaks. The map didn't include deaths at hospitals, nursing homes and other medical facilities, or bodies that lacked a reliable geographic record. State officials didn't explain why they used wide ranges for body counts.

The estimates show that even in areas where nearly everyone was believed to have the means to evacuate, including mostly white, affluent neighborhoods, the hurricane had deadly effects.

Data on the causes of death during the Aug. 29 storm are still unavailable through most state and federal sources, but coroners and other local officials are beginning to offer a varied portrait.

See BODIES, A-15

▶ Gretna finds results from returning residents, A-11


FLORIDA • 1992 • HURRICANE ANDREW

## Other areas have bounced back after disasters. Can New Orleans?

By Kate Moran
Staff writer

As residents stream back into New Orleans and its suburbs, the question that rolls off every tongue — right after "How'd you do in the storm?" — is whether far-flung friends and neighbors also will return, or whether the region has been permanently shrunk in the wash.

Mayor Ray Nagin predicted a month ago that New Orleans would be reborn as a city of 250,000 people, about half its pre-Hurricane Katrina population, and interviews with

A dozen scholars last week also point a picture of a city considerably less populous than in its antediluvian days.

History is replete with examples of places — including San Francisco and Dade County, Fla. — that were shattered by natural disasters but bounced back stronger and even more populous than before. But scholars say New Orleans, which has steadily lost population for 45 years, will take

See SHIFT, A-20

▶ In wake of storm, St. Tammany sees population explosion, A-21


KOBE, JAPAN • 1995 • EARTHQUAKE



EXHIBIT K



# VICTIMS OF KATRINA