## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IVORY AND LARRY D. KNIGHT** | * | **CIVIL ACTION 06-7771** |
| Plaintiff | * | **JUDGE: SARAH S. VANCE** |
| **VERSUS** | * | **SECTION: R** |
| **ALLSTATE INSURANCE COMPANY** | * | **MAGISTRATE: 4** |
| Defendant | * | **MAGISTRATE KAREN WELLS ROBY** |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing:

**IT IS ORDERED, ADJUDGED AND DECREED** that this Honorable Court remand this matter to the Civil District Court for the Parish of Orleans, State of Louisiana, on the grounds that the removal was improper as further set forth and argued in the incorporated Memorandum in support of Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE