UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVORY AND LARRY D. KNIGHT | * | CIVIL ACTION 06-7771 |
| Plaintiff | * | JUDGE: SARAH S. VANCE |
| VERSUS | * | SECTION R |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE 4 |
| Defendant | * | MAGISTRATE: KAREN WELLS ROBY |

\*   \*   \*   \*   \*   \*   \*

## STIPULATION

Plaintiffs, Ivory and Larry Knight, hereby stipulate as follows:

As of the filing of this Stipulation, the aggregated monetary damages on all counts of Plaintiffs' claims against the Defendant, in the above-captioned case entitled, including penalties, attorney fees and damages as provided by La. R.S. 22:658 and/or La. R.S. 22:1220, but excluding costs, attorney fees, and interest, do not exceed seventy-five thousand, 00/100 ($75,000.00) dollars.

However, in the future, as this case progresses, if damages are discovered that are currently unknown to Plaintiffs or if the aggregated monetary damages on all counts of Plaintiffs' claims against the Defendant, including attorneys' fees, are anticipated to exceed Seventy-Five Thousand and 00/100 ($75,000.00) Dollars, it is agreed that the Plaintiffs will have the right to amend their Petition for Damages accordingly, and Defendant will therefore have thirty (30) days thereafter in which to remove this case.

If the Plaintiffs fail to amend the Petition for Damages within one (1) year of the filing of

this action in state court, Plaintiffs do affirmatively and knowingly waive entitlement to any damages, including penalties, attorney fees and damages as provided by La. R.S. 22:658 and/or La. R.S. 22:1220, but excluding costs and interest, in excess of Seventy-Five Thousand, and 00/100 Dollars ($75,000.00), and will not accept nor enforce any judgment in excess of Seventy-Five Thousand, and 00/100 ($75,000.00) Dollars.

Respectfully submitted,

**DAVID L. COLVIN & ASSOCIATES**

*/s/ Connie P. Trieu*
_____
**DAVID L. COLVIN, Bar No. 4353**
**CONNIE P. TRIEU, Bar No. 30312**
**JEFFREY P. BROTHERS, Bar No. 22279**
**DANIEL NEWCHURCH, Bar No. 29363**
230 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
*Attorneys for Plaintiff*
**Ivory and Larry D. Knight**