FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 11  PM 1:11

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| VERSUS | DOCKET NO. 06-7771 |
| ALLSTATE INSURANCE COMPANY | SECTION MAGISTRATE SECT. R MAG. 4 |

### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446(d), defendant, Allstate Insurance Company, with full reservation of any and all defenses and objections hereby gives notice of removal of the above-captioned action, case number 2006-08230, pending in the Civil District Court for the Parish of Orleans, State of Louisiana. In support of removal, defendant states as follows:

1.

This notice of removal is timely pursuant to 28 U.S.C. § 1446(b) in that on September 12, 2006, defendant, Allstate Insurance Company, received initial notice of the claims presented by plaintiffs, Larry D. Knight and Ivory Butler Knight, prior to service of process. This notice of removal is being filed within thirty days after first

-1-



Fee $350.00

EXHIBIT A

receipt by a defendant of the Petition for Damages of plaintiffs, Larry D. Knight and Ivory Butler Knight, which pleading sets forth the claim for relief upon which the action is based.

2.

The Civil District Court for the Parish of Orleans is located within the district of the United States District Court for the Eastern District of Louisiana.

3.

Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon the removing defendant, which papers include the Petition, is attached hereto as Exhibit 1.

4. Diversity Action

This Court has original jurisdiction of this action under 28 U.S.C. § 1332 and this action is therefore removable to this Court on that basis, given that:

(a) Plaintiffs, Larry D. Knight and Ivory Butler Knight, are described in their Petition as being residents of the Parish of Orleans, State of Louisiana, and are therefore citizens of the State of Louisiana.

(b) None of the properly joined defendants is a citizen of the State of Louisiana;

(1) Defendant, Allstate Insurance Company, is a foreign insurer with its principal place of business and domiciliary in the State of Illinois and is incorporated solely in the State of Delaware;

5.

The Pro Se complaint filed by plaintiffs alleges that as a result of Hurricane Katrina they estimate their loss to be at least $253,000.00. Petitioners further claim penalties and attorney's fees pursuant to R.S. 22:658 and R.S. 22:1220.

6.

Pursuant to 28 U.S.C. § 1446(d), a copy of the Notice of Removal is being filed with the Civil District Court for the Parish of Orleans.

7.

Defendant, Allstate Insurance Company, is the only defendant in the original Petition and consents to the removal.

8.

This Court, therefore, has original jurisdiction through diversity of citizenship under 28 U.S.C. § 1332 and that the matter in controversy exceeds the value of $75,000.00 exclusive of interest and costs.

WHEREFORE, your defendant, Allstate Insurance Company, prays that the above action, now pending in the Civil District Court for the Parish of Orleans be removed to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

DONOVAN & LAWLER, APLC

_____
JAMES L. DONOVAN, JR. (1337)
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Attorneys for defendant,
Allstate Insurance Company

-3-

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on October 9, 2006.

_____
JAMES L. DONOVAN, JR.