UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IVORY AND LARRY D. KNIGHT | * | CIVIL ACTION 06-7771 |
| Plaintiff | * | JUDGE: SARAH S. VANCE |
| VERSUS | * | SECTION R |
| ALLSTATE INSURANCE COMPANY | * | MAGISTRATE 4 |
| Defendant | * | MAGISTRATE: KAREN WELLS ROBY |

\* \* \* \* \* \* \*

**NOTICE OF HEARING**

TO:
ALLSTATE Insurance Company
*Through its attorney of record*
James L. Donovan, Jr.
Donovan & Lawler, APLC
4640 Rye Street
Metairie, LA 70006
Facsimile: (504) 887-5885

  **YOU ARE HEREBY NOTIFIED** that on the 29th day of November, 2006, at 10:00 a.m., a hearing will be held regarding plaintiff's Motion to Remand with Incorporated Memorandum in Support of Motion to Remand filed herewith in the above entitled and numbered cause.

  New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE

H:\CLIENTS\K\Knight, Larry 3204.0000\Motion with Memo to Remand.wpd