## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAN WAGNER** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8761** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:   R(4)** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO REMAND

Now Comes Plaintiff, Dan Wagner, who respectfully request that this Court remand the present case to the 34th Judicial District Court for the Parish of St. Bernard for the reasons set forth in the attached memorandum.

RESPECTFULLY SUBMITTED:

**/s/ Dominick F. Impastato, III**
LLOYD N. FRISCHHERTZ, #5749
DOMINICK F. IMPASTATO, III, #29056
MARC L. FRISCHHERTZ, #29194
Frischhertz & Associates
1130 St. Charles Avenue
New Orleans, Louisiana 70130
504-523-1500 (phone)
504-581-1670 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on **November 6, 2006,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

James A. Cobb , Jr
Jeremy D. Goux
Stevens E. Moore
Louis G. Spencer

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

**/s/ Dominick F. Impastato, III**
La. Bar No. 29056
