34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO.: 105-551                                                    DIVISION "A"

DAN WAGNER, individually and on behalf of his mother, MARY ALMA WAGNER

VERSUS

SALVADOR MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION

FILED: _____                      DEPUTY CLERK _____

## JUDGMENT

CONSIDERING THE FOREGOING, Voluntary Motion to Dismiss filed by Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. a/k/a St. Rita's Nursing Home;

IT IS HEREBY ORDERED the United States of America, made third party defendant herein is hereby dismissed from this matter, without prejudice, and shall no longer be a party to this litigation.

Baton Rouge, Louisiana this 20TH day of September, 2006.

JUDGE FOIL

Frank Foil
Judge Ad Hoc

PLEASE SERVE:
James Letten
United States Attorney
Eastern District of Louisiana
500 Poydras Street, Suite B210
Hale Boggs Federal Building
New Orleans, Louisiana 70130

By Certified Mail by defendants to:

Alberto R. Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

3