**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DAN WAGNER, | * | CIVIL ACTION |
| | * | NO. 06-8761 |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *   *   *   *   *   *   *  * | | |

**EX PARTE/CONSENT MOTION TO ENROLL**

Trial Attorney Kara K. Miller hereby moves to enroll her appearance on behalf of the United States of America, Third-Party Defendant in the above-noted case. Current counsel of record for the United States, Stevens E. Moore, Esq., has consented to this motion. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| KARA K. MILLER | KARA K. MILLER |
| Trial Attorney | Trial Attorney |
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 888 | 1331 Pennsylvania Ave., N.W. |
| Benjamin Franklin Station | Room 8082N |
| Washington, D.C. 20044 | Washington, D.C. 20004 |

ECF Filing:
Kara.K.Miller@usdoj.gov

Dated: November 28, 2006       Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Kara K. Miller
Kara K. Miller
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4448 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

  I, Kara K. Miller, hereby certify that on November 28, 2006, I served a true copy of the United States' Ex Parte/Consent Motion to Enroll upon all counsel of record by ECF or electronic mail:

| | |
|---|---|
| Marc L. Frischhertz | Dominick F. Impastato, III |
| mlfrisch@bellsouth.net | dimpastato@gmail.com |

        s/ Kara K. Miller
         Kara K. Miller