UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAN WAGNER, | * | CIVIL ACTION |
| | * | NO. 06-8761 |
| Plaintiff, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

**ORDER**

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Kara K. Miller on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is GRANTED and the Clerk of Court shall enroll Kara K. Miller, Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE