27345-00

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRANCES IVKER, wife of/and BARRY IVKER * | CIVIL ACTION NO. 06-8942 |
| versus * | SECTION " R " |
| STATE FARM FIRE AND CASUALTY * | |
| COMPANY, SUSAN GEOGHEGAN and | |
| XYZ INSURANCE COMPANY * | MAGISTRATE 1 |
| STATE FARM | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND AND FOR ATTORNEY'S FEES

**NOW INTO COURT,** through undersigned counsel come plaintiffs, Frances Ivker, wife of/and Barry Ivker who file this Motion to Remand because this Court does not have diversity jurisdiction or subject matter jurisdiction for the reasons stated in the attached Memorandum.

Respectfully submitted,

_____
BRIAN D. KATZ (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113

1

**Temporary Address:**
 Place St. Charles
 201 St. Charles Avenue, Suite 4310
 New Orleans, Louisiana 70113

| | |
|---|---|
| **TELEPHONE:** | (504) 581-4892 |
| **FAX:** | (504) 561-6024 |
| **E-MAIL:** | bkatz@hhkc.com |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 8, 2006,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 **JOSEPH J. AGUDA, ESQ.**

_____
**BRIAN D. KATZ** (Bar No. 24137)
**ATTORNEY FOR PLAINTIFF**
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**Temporary Address:**
 Place St. Charles
 201 St. Charles Avenue, Suite 4310
 New Orleans, Louisiana 70113

| | |
|---|---|
| **TELEPHONE:** | (504) 581-4892 |
| **FAX:** | (504) 561-6024 |
| **E-MAIL:** | bkatz@hhkc.com |