27345-00

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES IVKER, wife of/and BARRY IVKER | * | CIVIL ACTION NO. 06-8942 |
| versus | * | |
| | | SECTION " R " |
| STATE FARM FIRE AND CASUALTY COMPANY, SUSAN GEOGHEGAN and XYZ INSURANCE COMPANY STATE FARM | * | |
| | * | MAGISTRATE 1 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Frances Ivker, wife of/and Barry Ivker, through undersigned counsel, will bring on for hearing their Motion to Remand and for Attorney's Fees on **November 29, 2006, at 10:00 a.m.**, before the United States District Court, Eastern District of Louisiana. Any objections, answer, or opposition to the Motion must be filed with the Clerk, U.S. District Court, Eastern District, 500 Poydras Street, New Orleans, Louisiana 70130, and a copy sent to the undersigned counsel not less than eight (8) calendar days prior to the hearing.

Respectfully submitted,

1

_____
**BRIAN D. KATZ** (Bar No. 24137)
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**ATTORNEY FOR PLAINTIFF**

**Temporary Address:**
    Place St. Charles
    201 St. Charles Avenue, Suite 4310
    New Orleans, Louisiana 70113

| | |
|---|---|
| **TELEPHONE:** | (504) 581-4892 |
| **FAX:** | (504) 561-6024 |
| **E-MAIL:** | bkatz@hhkc.com |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 8, 2006,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

JOSEPH J. AGUDA, ESQ.

_____
**BRIAN D. KATZ** (Bar No. 24137)
**ATTORNEY FOR PLAINTIFF**
*Herman Herman Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana 70113
**Temporary Address:**
    Place St. Charles
    201 St. Charles Avenue, Suite 4310
    New Orleans, Louisiana 70113

| | |
|---|---|
| **TELEPHONE:** | (504) 581-4892 |
| **FAX:** | (504) 561-6024 |
| **E-MAIL:** | bkatz@hhkc.com |