FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 14  PM 3:49

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | | |
|---|---|---|
| WES KRAMER, TRACY KRAMER AND DEAN KRAMER | * | CIVIL ACTION NO. 06-7457 |
| VERSUS | * | SECTION "K" |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME FACILITY, MABEL MANGANO and SALVADOR MANGANO | * | MAGISTRATE 2 |

*************************************************************************

### MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Wes Kramer, Tracy Kramer and Dean Kramer, who move to remand their case to State Court because it is facially apparent in their State Court pleading the diversity jurisdiction <u>does not</u> exist and defendant, Manguno, does not have a right of contribution against the United States of America (nor any other party for that matter) under Louisiana Civil Code Art. 2324(B) as amended in 1996. A memorandum is attached hereto detailing plaintiffs position.

Respectfully submitted,

PATRICK G. KEHOE, JR. (Bar No. 14419)
833 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 588-1110
Facsimile: (504) 588-1954

-1-

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that a copy the above and foregoing pleading(s) was served on counsel of record for all parties by U.S. mail, properly addressed and first class postage prepaid, or by facsimile transmittal or hand delivery on this ____14____ day of ____November____, 2006.

_____