**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| WES KRAMER, TRACY KRAMER, | * | CIVIL ACTION |
| and DEAN KRAMER, | * | |
| | * | NO. 06-7457 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR | * | |
| MANGANO,  and MABEL B. MANGANO, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*

**<u>ORDER</u>**

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Kara K. Miller

on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is

GRANTED and the Clerk of Court shall enroll Kara K. Miller, Esq., as counsel of record for the

United States of America.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____
UNITED STATES DISTRICT JUDGE