UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ST. RITA          NO.:  06-7858

## MOTION FOR LEAVE

NOW INTO COURT, through undersigned counsel, come plaintiffs, Emile R. Poissenot and Patricia Poissenot Agnelly, individually and on behalf of their deceased father, Emile Hippolite Poissenot, who request leave to reply to the United States' opposition to Motion to Remand as it is necessary to clarify the issue before the court.

Respectfully submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

/s/ Paula M. Wellons

PAULA M. WELLONS (19028)
FAYE DYSART MORRISON (23049)
7924 Wrenwood Boulevard, Suite C
Baton Rouge, Louisiana 70809
Telephone: 225-387-9888
Facsimile: 225-387-9886
Counsel for Plaintiffs

John W. deGravelles
deGravelles, Palmintier, Holthaus & Frugè, LLP
618 Main Street
Baton Rouge, LA 70801-1910
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | Electronically | | |

Baton Rouge, Louisiana this 28th day of November, 2006.

/s/ Paula M. Wellons

TAYLOR, WELLONS, POLITZ & DUHE, APLC