**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| --- | --- | --- |

PERTAINS TO:
ST. RITA          NO.: 06-7858

## **ORDER**

Considering the Motion for Leave to file Reply Memorandum in Support of Motion

to Remand;

It is ORDERED that plaintiffs' Reply Memorandum in Support of Motion to Remand

be filed as requested.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
JUDGE