UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ST. RITA          NO.: 06-7858

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

**MAY IT PLEASE THE COURT**:

Under Louisiana law, as argued in plaintiffs' Motion to Remand, St. Rita's does not have a cause of action for indemnity or contribution against the United States. La. C.C. 2323 and 2324. The United States is entitled to dismissal under simple and straight forward Louisiana law as explained in Plaintiffs' Memorandum in Support of Motion to Remand. (Doc. 2) Because there is no valid cause of action against the United States by St. Rita's, the Third Party Demand against the United States was improperly made and therefore should be dismissed via 28 U.S.C. §1359.

The matter before the court is a simple one, although apparently novel. It is governed by Louisiana law which does not allow the type of claim asserted by St. Rita's.

No federal defenses need be asserted by the United States or reviewed by this court. Under 28 U.S.C. § 1359, this Court has the power to dismiss the United States as improperly joined and return this suit to state court.

The underlying suit is a tort suit among Louisiana citizens under Louisiana law. Under Louisiana law, St. Rita's can only be held liable to the plaintiffs for their own fault, and no one else's. That being the case, they will never state a valid cause of action for contribution, indemnity or subrogation against the United States. Because there is no chance for recovery, the claim is improper and, as such, should be dismissed under 28 U.S.C. § 1359. There being no other basis for jurisdiction, the suit should be remanded to state court. 28 U.S.C. § 1359 and the fraudulent joinder doctrine are directed at the type of confusion and delay created in this case (and countless others) by the improper joinder of the United States by St. Rita's. Plaintiffs ask that this court evaluate St. Rita's claim against the United States and its real chances for recovery, dismiss the claim as improper and remand this tort suit to the 34th Judicial District Court.

Respectfully submitted,

**TAYLOR, WELLONS, POLITZ & DUHE APLC**

/s/ Paula M. Wellons
_____

PAULA M. WELLONS (#19028)
FAYE DYSART MORRISON (#23049)
7924 Wrenwood Boulevard, Suite C
Baton Rouge, LA  70809
Telephone:  (225) 387-9888
Facsimile:   (225) 387-9886
Counsel for Plaintiffs

Mr. John W. deGravelles
deGravelles, Palmintier, Holthaus & Fruge', LLP
618 Main Street
Baton Rouge, LA  70801-1910
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( )  Hand Delivery           ( )  Prepaid U.S. Mail
( )  Facsimile               ( )  Federal Express
(X)  Electronically

Baton Rouge, Louisiana this 28th day of November, 2006.

/s/ Paula M. Wellons
_____
TAYLOR, WELLONS, POLITZ & DUHE, APLC