**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| WES KRAMER, TRACY KRAMER, | * | CIVIL ACTION |
| and DEAN KRAMER, | * | |
| | * | NO. 06-7457 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR | * | |
| MANGANO,  and MABEL B. MANGANO, | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *       *       *       *       *       *       * | * | |

**UNITED STATES' MOTION AND INCORPORATED MEMORANDUM**
**FOR LEAVE TO FILE ITS OPPOSITION MEMORANDUM OUT OF TIME**

The plaintiffs in the above-referenced action filed a motion to remand this case to state

court on November 14, 2006, which was entered on the Docket on November 17, 2006.  The

plaintiffs' motion to remand was noticed for hearing on November 29, 2006, making the United

States' opposition memorandum due on November 21, 2006, pursuant to Local Rule 7.5E.

Although counsel for the United States checked the PACER docket sheet on November 15,

2006, anticipating that any motions set for hearing on November 29 would have been filed by

November 14, the motion to remand had not yet appeared on the docket.  Undersigned counsel for the United States is not yet receiving ECF notices in this action and did not become aware of the motion to remand and its hearing date until after the November 21, 2006, due date for the opposition memorandum had passed.  Therefore, the United States inadvertently failed to timely file an opposition memorandum and respectfully requests that it be granted leave to respond to the plaintiffs' motion to remand out of time.

The United States submits that no prejudice will be suffered on account of the extension of time sought.  Counsel for the plaintiffs filed motions to remand identical to that filed in the instant case in two related cases, *Rodrigue* (06-6639) and *Johnson* (06-7400), which are consolidated with the *In Re: Katrina Canal Breaches Consolidated Litigation* (05-4182) pending before this Court.  Those identical motions to remand also are set for hearing on November 29, 2006, and the United States filed a memorandum in opposition to them on November 21, 2006. *See* Rec. Doc. No. 1727 in Civil Action No. 05-4182.  Because the arguments raised in all three motions to remand are identical and counsel for the *Kramer* plaintiffs also represents the plaintiffs in *Rodrigue* and *Johnson*, counsel and the plaintiffs have been put on notice of the United States' arguments in opposition to their motion to remand in the instant action.  Likewise, the Court has received the United States' opposition to the identical motions to remand, and because the hearing date of November 29, 2006, has not yet passed, the Court and the plaintiffs will have the opportunity to review the United States' opposition memorandum in the instant case prior to the hearing.  The United States submits that it is in the interest of justice to grant it an extension of time to file its opposition memorandum.

Counsel for the plaintiffs has no objection to the United States' motion for leave to file its opposition memorandum.  The United States' memorandum in opposition is attached hereto, and a proposed order is provided.


Dated: November 27, 2006                    Respectfully submitted,


                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            C. FREDERICK BECKNER III
                                            Deputy Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            s/ Kara K. Miller
                                            Kara K. Miller
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 616-4448 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

**<u>CERTIFICATE OF SERVICE</u>**

  I, Kara K. Miller, hereby certify that on November 27, 2006, I served a true copy of the United States' Motion and Incorporated Memorandum for Leave to File its Opposition Memorandum Out of Time upon all counsel of record by ECF or electronic mail:


Patrick G. Kehoe, Jr.         Louis G. Spencer
pgkehoejr@kehoejr.com        lgs@ecwko.com

James A. Cobb, Jr.          Susan E. Henning
jac@ecwko.com           seh@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net


        s/ Kara K. Miller
         Kara K. Miller

4