## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WES KRAMER, TRACY KRAMER, and DEAN KRAMER, | * * * | CIVIL ACTION |
| | | NO. 06-7457 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL |
| | | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR MANGANO, and MABEL B. MANGANO, | * * * | |
| Defendants. | * * | |
| *    *    *    *    *    *    *    * | | |

## **ORDER**

Having considered the United States' Motion and Incorporated Memorandum for Leave to File its Opposition Memorandum Out of Time, the Court finds the motion to have merit, and the United States' Motion for Leave is hereby GRANTED. The Clerk is directed to FILE the United States' Memorandum in Opposition to the Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2006.

                                                                                                                              _____
                                                                                                                              UNITED STATES DISTRICT JUDGE