## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ST. RITA            NO.: 06-7858

### MOTION TO SUBSTITUTE AND ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Emile R. Poissenot and Patricia Poissenot Agnelly, individually and on behalf of their deceased father, Emile Hippolite Poissenot, who request that Faye Dysart Morrison of the law firm of Taylor, Wellons, Politz and Duhe, 7924 Wrenwood Boulevard, Suite C, Baton Rouge, Louisiana 70809 be enrolled as counsel of record and substitute for Lisa Brener on plaintiffs' behalf in the above captioned matter.

Respectfully Submitted,

TAYLOR, WELLONS, POLITZ & DUHE, APLC

/s/ Paula M. Wellons

**PAULA M. WELLONS (#19028)**
**FAYE DYSART MORRISON (#23049)**
7924 Wrenwood Boulevard, Suite C
Baton Rouge, LA 70809
Telephone: (225) 387-9888
Facsimile: (225) 387-9886
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

- ( ) Hand Delivery
- ( ) Facsimile
- (X) Electronically
- ( ) Prepaid U.S. Mail
- ( ) Federal Express

Baton Rouge, Louisiana this 29th day of November, 2006.

/s/ Paula M. Wellons

TAYLOR, WELLONS, POLITZ & DUHE, APLC