UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RAYMOND COUSINS AND BERNARD REYES | * * * | CIVIL ACTION |
| | * | NO. 06-9193 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO AND MABEL BUFFONE MANGANO, | * * * * * | |
| Defendants. | * * | |
| *   *   *   *   *   *   *   * | | |

### EX PARTE/CONSENT MOTION TO ENROLL

Trial Attorney Traci L. Colquette hereby moves to enroll her appearance on behalf of the United States of America, Third-Party Defendant in the above-noted case. Current counsel of record for the United States, Stevens E. Moore, Esq., has consented to this motion. It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail delivery: | For overnight delivery: |
|---|---|
| TRACI COLQUETTE | TRACI COLQUETTE |
| Trial Attorney | Trial Attorney |
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| U.S. Department of Justice | U.S. Department of Justice |
| P.O. Box 888 | 1331 Pennsylvania Ave., NW |
| Benjamin Franklin Station | Room 8058N |
| Washington, D.C.  20044 | Washington, DC 20004 |

ECF Filing:
Traci.Colquette@usdoj.gov

Dated: November 27, 2006          Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Traci L. Colquette
Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

     I, Traci L. Colquette, hereby certify that on November 27, 2006, I served a true copy of the above Motion to Enroll upon the following parties by ECF or electronic mail:

Christopher James Bruno                    James A. Cobb, Jr.
cbruno@brunobrunolaw.com              jac@ecwko.com

                                s/ Traci L. Colquette
                                   Traci L. Colquette