**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| RAYMOND COUSINS AND | * | CIVIL ACTION |
| BERNARD REYES | * | |
| | * | NO. 06-9193 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| THE MANGANO CORPORATION D/B/A | * | |
| ST. RITA'S NURSING FACILITY, | * | |
| SALVADOR A. MANGANO AND | * | |
| MABEL BUFFONE MANGANO, | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*        \*        \*        \*        \*        \*        \*        \*

**<u>ORDER</u>**

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Traci Colquette

on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby

GRANTED and the Clerk of Court shall enroll Traci Colquette, Esq., as counsel of record for the

United States of America.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE