UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| | * | JUDGE STANWOOD R. DUVAL, JR. |
| | * | |
| | * | MAGISTRATE JUDGE JOSEPH C. |
| *ABADIE* C.A. NO. (06-5164) | * | WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

**NOW INTO COURT**, through undersigned counsel, comes defendant, Fidelity and

Casualty Company of New York, which pursuant to Federal Rule of Civil Procedure 6(b) and

Local Rule 7.9, moves this Honorable Court for an Order extending the time within which

Fidelity and Casualty Company of New York must file responsive pleadings to Plaintiffs'

Complaint for a period of 20 days from its original due date, November 24, 2006.

In support of its request, Fidelity and Casualty Company of New York represents that it

was formally served with a copy of the Complaint, through the Louisiana Secretary of State, on

September 25, 2006.  Pursuant to Federal Rule of Civil Procedure 12(a), Fidelity and Casualty

Company of New York's current deadline for filing responsive pleadings is November 24, 2006.

However, Fidelity and Casualty Company of New York requests the additional time in order to

formulate an appropriate response to Plaintiffs' Complaint.  Pursuant to Local Rule 7.9, Fidelity

and Casualty Company of New York avers that it has not filed any previous extensions in this

action ant that the opposing party has not filed in the record an objection to an extension of time.

    **WHEREFORE,** Fidelity and Casualty Company of New York respectfully request a 20

day extension of time for filing responsive pleadings in this matter.

Respectfully submitted,

**LABORDE & NEUNER**

**JAMES L. PATE (#10333)**
**BEN L. MAYEAUX (#19042)**
**WILL MONTZ (#29355)**
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
Post Office Drawer 52828
Lafayette, Louisiana 70505-2828
Telephone: (337) 237-7000
Fax: (337) 233-9450
**Attorneys for Fidelity and Casualty Company of New York**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been forwarded to counsel for

the plaintiffs and to all known counsel of record via electronic mail on this 29 day of

_____Nov____, 2006.

**BEN L. MAYEAUX**
