UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE KATRINA BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 |
| PERTAINS TO: | *<br>*<br>*<br>* JUDGE STANWOOD R. DUVAL, JR.<br>*<br>* MAGISTRATE JUDGE JOSEPH C. |
| *ABADIE* C.A. NO. (06-5164) | * WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED,** that defendant, Fidelity and Casualty Company of New York, be and is hereby granted a twenty (20) day extension of time from its original due date of November 24, 2006, within which to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**