

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 21 2006

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA                05-4182

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO SEVER AND PROCEED SEPARATELY FILED BY
DEFENDANTS ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY, ALLSTATE INSURANCE COMPANY
AND ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY**

NOW INTO COURT, through undersigned counsel, come Defendants, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively hereinafter referred to as "Allstate"), who move to sever and proceed separately pursuant to Federal Rules of Civil Procedure 20 and 21. Treatment of plaintiffs' hurricane-related insurance claims—which number well over one thousand—in one "mass action" is inappropriate because plaintiffs' claims do not satisfy Rule 20(a)'s requirement for permissive joinder that each claim arise from the

___ Fee___
___ Process___
_X_ Dktd___
_✓_ CtRmDep___
___ Doc. No___

same transaction or occurrence, or series of transactions or occurrences. Even assuming *arguendo* that plaintiffs' claims satisfied Rule 20(a), severance under Rule 21 would be necessary to avoid prejudicing Allstate's right to a fair trial. Put simply, given the individualized nature of each claim, each plaintiff should be required to file a separate complaint setting forth his or her individual course of action.

**WHEREFORE**, for the reasons more fully set forth in the supporting Memorandum, Allstate respectfully requests this Court to sever and proceed separately with each individual plaintiff's claims.

Respectfully submitted,

/s/ Susan M. Rogge
_____
Judy Y. Barrasso, #2814
Susan M. Rogge, #28203
   Of
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company

72228

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Sever and Proceed Separately has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this _____ day of November, 2006.

_____
[signature]

72228