UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * * | CIVIL ACTION NO.: 06-4746 |
| Plaintiffs, | * * | HON. STANWOOD R. DUVAL, JR. SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that Defendants, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively "Allstate") will bring the attached Motion To Sever and Proceed Separately for hearing before the Honorable Stanwood R. Duval, Jr., on

- 1 -

Wednesday, December 27, 2006 at 9:30 a.m. in the United States District Courthouse, 500 Camp

Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Fire and Casualty
Insurance Company, Allstate Indemnity
Company, Allstate Insurance Company and
Allstate Property and Casualty Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has

been served upon all counsel of record by placing same in the United States mail, postage

prepaid and properly addressed, this __21__ day of November, 2006.

_____

- 2 -

72254