

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * | |
| | * | |
| Defendants. | * | |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### ALLSTATE'S REQUEST FOR ORAL
### ARGUMENT ON MOTION TO SEVER

Pursuant to Local Rule 78.1E, Defendants, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively "Allstate") request oral argument on Allstate's Motion to Sever and Proceed Separately. Allstate's Motion to Sever presents significant issues relating to joinder of multiple hurricane related claims by numerous plaintiffs against numerous unrelated defendants. Defendant requests oral argument on grounds that oral argument will better enable



the parties and the Court to address the unique facts and procedural issues presented in the motion.

>Respectfully Submitted,
>
>*[signature]*
>_____
>Judy Y. Barrasso, 2814
>Susan M. Rogge, 28203
>BARRASSO USDIN KUPPERMAN
> FREEMAN & SARVER, L.L.C.
>909 Poydras Street, Suite 1800
>New Orleans, Louisiana 70112
>Telephone: 504/589-9700
>
>Attorneys for Allstate Fire and Casualty
>Insurance Company, Allstate Indemnity
>Company, Allstate Insurance Company and
>Allstate Property and Casualty Insurance
>Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 21 day of November, 2006.

*[signature]*
_____

72255