

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION 05-4182 |
| | * | |
| | * | NO.: 06-7540 |
| VERSUS | * | |
| | * | SECTION: "K" |
| ENCOMPASS INSURANCE COMPANY | * | |
| AND APARICIO, WALKER & SEELING | * | |
| | * | MAGISTRATE: 2 |
| | * | |

*******************************************

### ENCOMPASS INSURANCE COMPANY'S
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Defendant, Encompass Insurance Company ("Encompass"), respectfully moves to withdraw Charles M. Ponder, III of the law firm of Lozes & Ponder as counsel of record for Encompass and substitute in their place Glenn B. Adams and Michael W. Collins of the law firm of Porteous, Hainkel & Johnson, LLP as Encompass' counsel of record in this proceeding.

Respectfully submitted,

_Charles M. Ponder, III_
Charles M. Ponder, III
LOZES & PONDER
1010 Common Street, Suite 1700
New Orleans, LA 70112
Telephone No.: 504-581-4455



And _____
/s/ Glenn B. Adams
Glenn B. Adams, 2316
Michael W. Collins, 29129
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3838

*Attorneys for Encompass Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Withdraw and Substitute Counsel has been served upon counsel of record by placing same in the United States Mail, postage prepaid and properly addressed this 22nd day of November, 2006.

_____