UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| ST. RITA: *GALLODORO,* Case No. 06-9206 | * | |
| | * | |
| | * | |
| *    *    *    *    *    *    *    * | | |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Steven Gallodoro, Joseph L. Gallodoro, Sr., and Cheryl Ann Emmons, Individually and as the surviving children of Tufanio Gallodoro who respectfully submit this Motion to Remand pursuant to 28 U.S.C. §1447, moving this Honorable Court to remand this case to the 34th Judicial District Court for the Parish of St. Bernard. For the reasons stated in the attached memorandum, plaintiffs respectfully move this Honorable Court for an Order remanding this case to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

      s/ Jon W. Wise
JON W. WISE, T.A. (#2192)
JOHN L. ROBERT, III (#29400)
FOWLER, RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504-523-2705
Email: jwise@frc-law.com
Attorneys for Plaintiffs Steven Gallodoro, Joseph L. Gallodoro, Sr., and Cheryl Ann Emmons, Individually and as the surviving children on Tufanio Gallodoro

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

      s/ Jon W. Wise
JON W. WISE, T.A. (#2192)
JOHN L. ROBERT, III (#29400)
FOWLER, RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504-523-2705
Email: jwise@frc-law.com