UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| _____ | * | |
| PERTAINS TO: | * * | |
| ST. RITA: *GALLODORO,* Case No. 06-9206 | * * * | |
| *   *   *   *   *   *   * | * | |

**NOTICE OF HEARING**

TO:
James A. Cobb, Jr.
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
(504) 581-1301
Email: jac@ecwko.com

Jeremy D. Goux
Wynne Goux & Lobello, Attorney's at Law
417 N. Theard St.
Covington, LA 70433
985-898-0504
Email: wynnegouxlobello@bellsouth.net

John F. Emmett
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: jfe@ecwko.com

Louis G. Spencer
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: lgs@ecwko.com

Susan E. Henning
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
(504) 581-1301

Stevens E. Moore
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3000
Email: stevens.moore@usdoj.gov

Kara K. Miller
U.S. Department of Justice (Box 888)
Torts Branch, Civil Division
Benjamin Franklin Station
P. O. Box 888
Washington, DC 20044
202-616-4448

      PLEASE TAKE NOTICE, that counsel for plaintiffs, Steven Gallodoro, Joseph L. Gallodoro, Sr., and Cheryl Ann Emmons, Individually and as the surviving children on Tufanio Gallodoro, will bring for hearing a Motion to Remand on December 27, 2006, 09:30 a.m. before the Honorable Judge Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, New Orleans, Louisiana 70130.

                                            Respectfully submitted,

                                              s/ Jon W. Wise
                                        JON W. WISE, T.A. (#2192)
                                        JOHN L. ROBERT, III (#29400)
                                        FOWLER, RODRIGUEZ
                                        400 Poydras Street, 30th Floor
                                        New Orleans, Louisiana 70130
                                        Telephone: (504) 523-2600
                                        Facsimile: (504-523-2705
                                        Email: jwise@frc-law.com
                                        Attorneys for Plaintiffs Steven Gallodoro, Joseph L. Gallodoro, Sr., and Cheryl Ann Emmons, Individually and as the surviving children on Tufanio Gallodoro

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

                                            s/ Jon W. Wise
                              JON W. WISE, T.A. (#2192)
                              JOHN L. ROBERT, III (#29400)
                              FOWLER, RODRIGUEZ
                              400 Poydras Street, 30th Floor
                              New Orleans, Louisiana 70130
                              Telephone: (504) 523-2600
                              Facsimile: (504-523-2705
                              Email: jwise@frc-law.com