FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28  P 1:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05-4182

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION |
| | * | |
| | * | NO.: 06-7540 |
| VERSUS | * | |
| | * | SECTION: "K" |
| ENCOMPASS INSURANCE COMPANY | * | |
| AND APARICIO, WALKER & SEELING | * | |
| | * | MAGISTRATE: 2 |
| | * | |

*******************************************

**ORDER**

Considering Encompass Insurance Company's Motion to Withdraw and Substitute Counsel;

**IT IS ORDERED** that Charles M. Ponder, III of the law firm of Lozes & Ponder be withdrawn as counsel of record for Encompass Insurance Company and substitute in their place Glenn B. Adams and Michael W. Collins of the law firm of Porteous, Hainkel & Johnson, LLP as Encompass Insurance Company's counsel of record in this proceeding.

New Orleans, Louisiana, this 27th day of November, 2006.

_____
JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____