UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| _____ | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| | * | |
| ST. RITA: *LOTT,* Case No. 06-9236 | * | |
| | * | |
| | * | |
| *   *   *   *   *   *   *  | * | |

## **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes plaintiff, Margaret Lott, individually and as the surviving spouse of her husband, Shirley Lott, who respectfully submits this Motion to Remand pursuant to 28 U.S.C. §1447, moving this Honorable Court to remand this case to the 34th Judicial District Court for the Parish of St. Bernard. For the reasons stated in the attached memorandum, plaintiff respectfully moves this Honorable Court for an Order remanding this case to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

       s/ Jon W. Wise
JON W. WISE, T.A. (#2192)
JOHN L. ROBERT, III (#29400)
FOWLER, RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504-523-2705)
Email: jwise@frc-law.com
Attorneys for plaintiff, Margaret Lott, individually and as the surviving spouse of her husband, Shirley Lott

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

       s/ Jon W. Wise
JON W. WISE, T.A. (#2192)
JOHN L. ROBERT, III (#29400)
FOWLER, RODRIGUEZ
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: (504) 523-2600
Facsimile: (504-523-2705)
Email: jwise@frc-law.com