UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> _____ <br> <br> PERTAINS TO: <br> <br> ST. RITA: *LOTT,* Case No. 06-9236 <br> <br> *   *   *   *   *   *   * | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**NOTICE OF HEARING**

TO:
James A. Cobb, Jr.
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
(504) 581-1301
Email: jac@ecwko.com

Jeremy D. Goux
Wynne Goux & Lobello, Attorney's at Law
417 N. Theard St.
Covington, LA 70433
985-898-0504
Email: wynnegouxlobello@bellsouth.net

John F. Emmett
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: jfe@ecwko.com

Louis G. Spencer
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: lgs@ecwko.com

| | |
|---|---|
| Susan E. Henning<br>Emmett, Cobb, Waits & Kessenich<br>1515 Poydras St.<br>Suite 1950<br>New Orleans, LA 70112<br>(504) 581-1301 | Kara K. Miller<br>U.S. Department of Justice (Box 888)<br>Torts Branch, Civil Division<br>Benjamin Franklin Station<br>P. O. Box 888<br>Washington, DC 20044<br>202-616-4448 |

Stevens E. Moore
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3000
Email: stevens.moore@usdoj.gov

   PLEASE TAKE NOTICE, that counsel for plaintiff, Margaret Lott, individually and as the surviving spouse of her husband, Shirley Lott, will bring for hearing a Motion to Remand on December 27, 2006, 09:30 a.m. before the Honorable Judge Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, New Orleans, Louisiana 70130.

   Respectfully submitted,

   ____s/ Jon W. Wise____
   JON W. WISE, T.A. (#2192)
   JOHN L. ROBERT, III (#29400)
   FOWLER, RODRIGUEZ
   400 Poydras Street, 30th Floor
   New Orleans, Louisiana 70130
   Telephone: (504) 523-2600
   Facsimile: (504-523-2705
   Email: jwise@frc-law.com
   Attorneys for plaintiff, Margaret Lott, individually and as the surviving spouse of her husband, Shirley Lott

2

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 29th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

                 _s/ Jon W. Wise_
                 JON W. WISE, T.A. (#2192)
                 JOHN L. ROBERT, III (#29400)
                 FOWLER, RODRIGUEZ
                 400 Poydras Street, 30th Floor
                 New Orleans, Louisiana 70130
                 Telephone: (504) 523-2600
                 Facsimile: (504-523-2705
                 Email: jwise@frc-law.com