```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

       2006 NOV 20  PM 3:31

         LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF DISTRICT OF LOUISIANA       05-4182

| | | |
|---|---|---|
| FELLOSEA ACKERSON, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 06-4066 |
| | * | SECTION "K" |
| BEAN DREDGING, L.L.C., ET AL | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENROLL AS CO-COUNSEL OF RECORD

On motion of Daniel E. Becnel, Jr., Attorney at Law, and on suggesting to the Court that he has been employed as co-counsel for plaintiffs, Fellosea Ackerson, et al, in the above captioned cause, and that he desires to have his name placed as attorney of record in this case with A.J. Rebennack.

BECNEL LAW FIRM
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Phone No. (985) 536-1186
Fax No. (985) 536-6445

_____
DANIEL E. BECNEL, JR.
Bar Assoc. No. 2926

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___15___, day of __Nov.__, 2006 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by U.S. mail properly addressed and first class postage prepaid or by hand delivery.

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
_√_ CtRmDep_____
___ Doc. No._____