UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-4389 | * * | MAG. WILKINSON |

### CSX TRANSPORTATION, INC.'S
### MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' complaint filed against CSX Transportation, Inc. in Civil Action 06-4389 under Fed. R. Civ. P. 12(b)(6) (failure to state a claim on which relief can be granted).

The complaint fails to make any allegations about CSXT whatsoever except that CSXT is a foreign corporation doing business in this Court's territorial jurisdiction, Complaint para. III(16). Therefore the Complaint fails to state a claim against CSXT on which relief can be granted, and the complaint against CSXT should be dismissed, all for the reasons more fully stated in the supporting memorandum that is attached to this motion.

932000_1.DOC

**WHEREFORE** CSX Transportation, Inc. moves this Court to dismiss the plaintiffs' complaint against CSX Transportation, Inc. under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted,

s/ Brent A. Talbot
BRENT A. TALBOT (#19174)
JONATHAN C. McCALL (#9227)
MICHAEL D. SPENCER (#27649)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana  70508
Telephone:  (337) 981-5293
Telefax:  (337) 988-6918

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Brent A. Talbot