FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28  P 1:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FELLOSEA ACKERSON, ET AL | * | CIVIL ACTION 05-4182 |
| | * | NO. 06-4066 |
| VERSUS | * | SECTION "K" |
| | * | MAGISTRATE 2 |
| BEAN DREDGING, L.L.C., ET AL | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing motion;

**IT IS ORDERED** by the Court that the name of Daniel E. Becnel, Jr., be entered on the record of the Court as co-counsel for plaintiffs, Fellosea Ackerson, et al, in the above captioned matter with A.J. Rebennack.

New Orleans, Louisiana, this 27th day of November, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____