FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA         05-4182

| | | |
|---|---|---|
| SUSAN AND AUGUST WILLIAMS, | * | |
| MARY B. AND DONALD ORTEGO, | * | CIVIL ACTION NO.: 06-5137 |
| SHIRLEY F. AND LAWRENCE C. | * | |
| CANGELOSI, JR., AND ROSA H. AND | * | |
| PRESTON J. EDWARDS, SR., | * | |
| | * | |
| Plaintiffs | * | |
| | * | SECTION K |
| Versus | * | |
| | * | |
| THE PORT OF NEW ORLEANS, | * | MAGISTRATE 2 |
| THE ORLEANS LEVEE DISTRICT, | * | |
| AND THE LOUISIANA | * | |
| DEPARTMENT OF | * | |
| TRANSPORTATION AND | * | |
| DEVELOPMENT, NORFOLK AND | * | |
| SOUTHERN RAILROAD | * | |

**MOTION AND ORDER FOR EXTENSION
OF TIME TO PLEAD OR OTHERWISE MOVE**

NOW INTO COURT, through undersigned counsel, comes defendant The Alabama Great Southern Railroad Company, appearing in response to the summons and complaint directed to "Norfolk and Southern Railroad" and appearing solely for the purpose of asserting this motion and with full reservation of all rights, and without waiving any of them, and on suggesting to the Court that undersigned counsel needs an extension of time in order investigate the allegations of plaintiff's suit in order to prepare and serve appropriate pleadings, and that no previous motion for extension of time has



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No.____

been filed, now moves this Court for an extension of twenty (20) days, up to and including the 11th day of December, 2006, within which to file responsive pleadings or otherwise move in this matter.

                    Respectfully submitted,

                    **LEMLE & KELLEHER, LLP**

                    By _____
                    Benj. R. Slater, III, T.A. – 12127
                    Thomas Louis Colletta - 26851
                    Pan-American Life Center, 21st Floor
                    601 Poydras Street
                    New Orleans, Louisiana 70130
                    (504) 586-1241
                    ATTORNEYS FOR THE ALABAMA
                    GREAT SOUTHERN RAILROAD
                    COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record, by depositing same in the United States mail, properly addressed, first class postage prepaid, this 20th day of November 2006.

_____