UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § | CIVIL ACTION |
| | § | NO. 05-4182 "K" (2) |
| PERTAINS TO: St. Rita 06-8810 (Berthelot) | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |

**MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND AND IN SUPPORT OF MOTION TO DISMISS THIRD PARTY DEMAND**

MAY IT PLEASE THE COURT:

Plaintiff has filed Motions to Remand and to Dismiss the Third Party Demand filed herein by the St. Rita's Nursing Home entities against the United States of America. It has come to plaintiff's attention that the St. Rita's entities are now arguing in other related cases that, while they have no right to contribution against the United States of America, they do have right of tort indemnity. This proposed Supplemental Memorandum addresses only the issue of tort indemnity which, it is anticipated, will be the St. Rita's entities' response argument to the Motions to Remand and Motion to Dismiss.

The filing of this Supplemental Memorandum is being made well in advance of the deadline for defendants' responses to the Motions to Remand and Motions to Dismiss which deadline date is December 5, 2006 and will therefore will not cause a delay in this matter.

1

WHEREFORE, plaintiff respectfully requests leave of court to file the attached Supplemental Memorandum in Support of Motions to Remand and Dismiss.

                               Respectfully Submitted:

                               **STANGA & MUSTIAN, P.L.C.**

                        BY:   s/ William R. Mustian, III
                               **WILLIAM R. MUSTIAN, III (#9865)**
                               3117  22nd Street, Suite 6
                               Metairie, Louisiana  70002
                               Telephone:  (504) 831-0666
                               Facsimile:  (504) 831-0726
                               E-mail:  wrm@stangamustian.com