UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 1:51

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SUSAN AND AUGUST WILLIAMS, MARY B. AND DONALD ORTEGO, SHIRLEY F. AND LAWRENCE C. CANGELOSI, JR., AND ROSA H. AND PRESTON J. EDWARDS, SR., | * * * * * * | CIVIL ACTION NO.: 06-5137 |
| Plaintiffs | * * | SECTION K |
| Versus | * * | |
| THE PORT OF NEW ORLEANS, THE ORLEANS LEVEE DISTRICT, AND THE LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, NORFOLK AND SOUTHERN RAILROAD | * * * * * * * | MAGISTRATE 2 |

05-4182

## ORDER

**IT IS ORDERED**, the foregoing motion considered, that defendant The Alabama Great Southern Railroad Company be and is hereby granted an extension of twenty (20) days up to an including the 11th day of December, 2006, within which to file responsive pleadings or otherwise move or except in this matter.

New Orleans, Louisiana, this 27th day of November, 2006.

_____
JUDGE

___ Fee_____
_/ Process_____
X/ Dktd_____
_/ CtRmDep_____
___ Doc. No_____