UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY FRUGHT<br>Individually and on behalf of others<br>similarly situated<br><br>VERSUS<br><br>LAFAYETTE INSURANCE COMPANY | * CIVIL ACTION NO. 06-7577<br>*<br>*<br>* JUDGE STANWOOD DUVAL<br>*<br>* SECTION "K"    05-4182<br>*<br>* MAGISTRATE 2<br>* |

*******************************************

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND AND FOR ATTORNEY'S FEES AND EXPENSES

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Shirley Frught, who respectfully requests that this Honorable Court grant her leave to file the attached Supplemental Memorandum in Support of her Motion to Remand and for Attorney's Fees and Expenses.

**WHEREFORE,** plaintiff respectfully requests that this Honorable Court grant her leave to file the attached Supplemental Memorandum in Support of her Motion to Remand and for Attorney's Fees and Expenses.

RESPECTFULLY SUBMITTED:

_____
REMY V. STARNS (Bar #26522)
2098 A Staring Lane
Baton Rouge, Louisiana 70810
(225) 936-7819
(225) 612-6940 fax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY FRUGHT | * CIVIL ACTION NO. 06-7577 |
| Individually and on behalf of others | * |
| similarly situated | * |
| | * JUDGE STANWOOD DUVAL |
| | * |
| VERSUS | * SECTION "K" |
| | * |
| LAFAYETTE INSURANCE COMPANY | * MAGISTRATE 2 |
| | * |

*******************************************

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to File Supplemental Memorandum and Supplemental Memorandum have been served upon all counsel of record in this matter by placing the same in the U.S. Mail, first class postage prepaid properly addressed, by hand delivery, electronically via e-mail and/or facsimile on this the 22nd day of November, 2006.

_____
/REMY VOISIN STARNS
