**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO:** | |
| *Paul,* **C. A. No. 06-7682,  Doc. 1543** | **SECTION "K"(2)** |
| *Ludwig*, **C.A. No. 06-8935,  Doc. 1572** | |

**ORDER**

Finding that a decision on the above-noted  Motions to Remand (Docs. 1543 and 1572) will not be aided by oral argument,

**IT IS ORDERED** that the Requests for Oral Argument  for each of the above-noted motions is  **DENIED**.

New Orleans, Louisiana, this 29th  day of November, 2006.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**