UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHIRLEY FRUGHT<br>Individually and on behalf of others<br>similarly situated | * CIVIL ACTION NO. 06-7577<br>*<br>*<br>* JUDGE STANWOOD DUVAL<br>* |
| VERSUS | * SECTION "K"   05-4182<br>* |
| LAFAYETTE INSURANCE COMPANY | * MAGISTRATE 2<br>* |

******************************************

## ORDER

Considering the foregoing Motion for Leave to File Supplemental Memorandum;

**IT IS HEREBY ORDERED** that plaintiff, Shirley Frught, be and is hereby granted leave to file the attached Supplemental Memorandum in Support of Motion to Remand and for Attorney's Fees and Expenses.

Signed this 27th day of _November_, 2006 in New Orleans, Louisiana.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____