**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **SHIRLEY FRUGHT** | * | **CIVIL ACTION NO. 06-7577** |
| **Individually and on behalf of all others** | * | |
| **similarly situated** | * | |
| | * | **JUDGE STANWOOD DUVAL** |
| | * | |
| **VERSUS** | * | **SECTION "K"**  05-4182 |
| | * | |
| **LAFAYETTE INSURANCE COMPANY** | * | **MAGISTRATE 2** |

*******************************************

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 1:47

LORETTA G. WHYTE
CLERK

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR REMAND
AND FOR ATTORNEY'S FEES AND EXPENSES**

**MAY IT PLEASE THE COURT:**

Plaintiff, Shirley Frught, submits this, her supplemental Memorandum In Support of Motion to Remand and for Attorney's Fees and Expenses, in order to bring to this Honorable Court's attention, the Honorable Carl Barbier's decision remanding the matter titled "Mansel v. ANPAC Louisiana Insurance Company", Civil No. 06-7208, Div. "J", to the Civil District Court for the Parish of Orleans. In his opinion, Judge Barbier, like Judges Vance, Lemelle and Zaney before him, squarely rejected the MMTJA as a basis for federal jurisdiction over a non diverse matter like the present case.[1] Accordingly, for the reasons stated in plaintiff's original Memorandum and the decisions of Judges Zaney, Lemelle, Vance and Barbier, plaintiff respectfully requests that this Honorable Court remand this matter to the 34th District Court for the Parish of St. Bernard and award plaintiff attorney's fees for defendant's unfounded removal.

**Respectfully submitted,**

Rémy Voisin Starns

---

[1] Exhibit "D": Copy of Judge Barbier's Remand Order.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Attorney at law
2098 A Staring Lane
Baton Rouge, Louisiana 70810
(225) 936-7819
(225) 612-6940 fax

_____
Rémy Voisin Starns
La. 26522

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHIRLEY FRUGHT** | * | **CIVIL ACTION NO. 06-7577** |
| Individually and on behalf of all others | * | |
| similarly situated | * | |
| | * | **JUDGE STANWOOD DUVAL** |
| | * | |
| **VERSUS** | * | **SECTION "K"** |
| | * | |
| **LAFAYETTE INSURANCE COMPANY** | * | **MAGISTRATE 2** |

*******************************************

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Remand has been served upon all counsel of record in this matter by placing same in the U.S. Mail, first class postage prepaid and properly addressed, by hand delivery, and/or by facsimile on this the 22nd day of November 2006.

_____
Rémy Voisin Starns