"O"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JULIE A. MANSHEL | CIVIL ACTION |
| VERSUS | NO: 06-7208 |
| ANPAC LOUISIANA INSURANCE COMPANY | SECTION: "J"(5) |

**ORDER AND REASONS**

Before the Court is Plaintiff's **Motion to Remand (Rec. Doc. 6)**. ANPAC Louisiana Insurance Company ("ANPAC") opposed this motion, which is set for hearing before the Undersigned on November 22, 2006 on the briefs alone. Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that, for the same reasons set forth by the undersigned in <u>Southall v. St. Paul Travelers Ins. Co.</u>, 2006 WL 2385365 (E.D. La. Aug. 16, 2006) in its discussion of the Multiparty, Multiforum Trial Jurisdiction Act of 2002 ("MMTJA"), Plaintiff's motion to remand should be granted and this case should be remanded to the Civil District Court for the Parish of Orleans. However, this Court declines to award attorneys fees. Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Rec. Doc. 6)** should be and hereby is **GRANTED IN PART** and **DENIED IN PART**. This matter is hereby <u>remanded</u> to the state court from which it was

1

removed.

    New Orleans, Louisiana this 16th day of November, 2006.

                                        CARL J. BARBIER
                                      UNITED STATES DISTRICT JUDGE