FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 15  PM 4: 05

LORETTA G. WHYTE
CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.  05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| | § | |
| ALL DREDGING LIMITATIONS | § | |
| | § | |
| | § | |

## EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE MOTION TO STAY LIMITATION ACTIONS

NOW COMES Phillip Reed, on behalf of himself and all others similarly situated ("Plaintiff"), and requests a twenty-four hour extension of the November 15, 2006 deadline by which he is required to file his motion to stay all the limitation actions, until and including November 16, 2006.

In support of this motion Plaintiff avers that his undersigned counsel needs additional time to complete said motion.

Undersigned counsel hereby certifies to the Court that Plaintiffs' Liaison Counsel, Joseph Bruno, has conferred with the Dredging Defendants' Liaison Counsel, James H. Roussel and A. Gordon Grant, Jr., and they have consented to this extension.

___ Fee_____
___ Process_____
_X_ Dktd_____
_Y_ CtRmDep_____
___ Doc. No_____

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA  70130
Telephone:  504-799-3080
Fax:  504-799-3085
E-Mail:  csalas@salaslaw.com

_____
CAMILO K. SALAS III

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of November, 2006 served a copy of the

foregoing pleading on all parties to this proceeding via facsimile, e-mail or U. S. Mail.

_____
CAMILO K. SALAS III

2