IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>ALL DREDGING LIMITATIONS | |

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the date by which Philip Reed on behalf of himself and all others similarly situated is required to file his motion to stay all dredging limitation actions be and the same is hereby EXTENDED until November 16, 2006.

New Orleans, Louisiana, this 27th day of November, 2006.

_____
JUDGE