FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16 PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA          05-4182

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * * | CIVIL ACTION NO: 06-4746 |
| VERSUS | * * | SECTION: "R" DUVAL |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | MAGISTRATE: (4) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come Plaintiffs, who hereby voluntarily dismiss all claims against Defendant, Axis Surplus Insurance Company, without prejudice, at Plaintiffs' cost, and with reservation of all of the Plaintiffs' claims against all other parties named and unnamed.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES

_____
JIM S. HALL (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of November, 2006, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL