FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 28 P 1:50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA           05-4182

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * * | CIVIL ACTION NO: 06-4746 |
| VERSUS | * * | SECTION: "K" |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | MAGISTRATE: (4) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against Axis Surplus Insurance Company be, and are hereby **DISMISSED**, without prejudice, at Plaintiffs' cost.

New Orleans, Louisiana, this _27th_ day of _November_, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____