UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ST. RITA (*Verges*, 06-8731) | | |

**UNITED STATES' MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO FILE ITS OPPOSITION MEMORANDUM OUT OF TIME**

The plaintiffs in the above-referenced action filed a motion to remand this case to state court on November 6, 2006, which was not entered on the Docket. As such, the undersigned counsel was not aware that the plaintiffs had filed a motion to remand. The plaintiffs' motion to remand was noticed for hearing on November 29, 2006, making the United States' opposition memorandum due on November 21, 2006, pursuant to Local Rule 7.5E. The undersigned counsel become aware of the plaintiffs' Motion to Remand after being electronically notified on November 28, 2006, of defendants' Memorandum in Opposition to Motion to Remand, Doc. Rec. No. 1829. Consequently, the United States inadvertently failed to timely file an opposition

memorandum and respectfully requests that it be granted leave to respond to the plaintiffs' motion to remand out of time.

The United States submits that no prejudice will be suffered on account of the extension of time sought. Counsel for the plaintiffs filed a motion to remand identical to that filed in the instant case in *Lewis* (06-8107) which is consolidated with the *In Re: Katrina Canal Breaches Consolidated Litigation* (05-4182) pending before this Court. That identical motion to remand is set for hearing on December 13, 2006, and the United States filed a memorandum in opposition to it on November 27, 2006. *See* Rec. Doc. No. 1815 in Civil Action No. 05-4182. Because the arguments raised in both motions to remand are identical and counsel for the *Verges* plaintiffs also represents the plaintiffs in *Lewis*, counsel and the plaintiffs have been put on notice of the United States' arguments in opposition to their motion to remand in the instant action. The United States submits that it is in the interest of justice to grant it an extension of time to file its opposition memorandum.

Counsel for the plaintiffs has no objection to the United States' motion for leave to file its opposition memorandum. The United States' memorandum in opposition is attached hereto, and a proposed order is provided.

Dated: November 30, 2006                    Respectfully submitted,

                                            PETER D. KEISLER
                                            Assistant Attorney General

                                            C. FREDERICK BECKNER III
                                            Deputy Assistant Attorney General

                                            PHYLLIS J. PYLES
                                            Director, Torts Branch

                                            s/ James F. McConnon, Jr.
                                            James F. McConnon, Jr.
                                            Trial Attorney, Torts Branch, Civil Division
                                            U.S. Department of Justice
                                            Benjamin Franklin Station, P.O. Box 888
                                            Washington, D.C.  20044
                                            (202) 353-2604 / (202) 616-5200 (Fax)
                                            Attorneys for the United States

## CERTIFICATE OF SERVICE

    I, James F. McConnon, Jr. hereby certify that on November 30, 2006, I served a true copy of the United States' Motion and Incorporated Memorandum for Leave to File its Opposition Memorandum Out of Time upon all counsel of record by ECF or electronic mail:

                                        s/ James F. McConnon, Jr.
                                            James F. McConnon, Jr.