UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ST. RITA (*Verges*, 06-8731) | | |

## ORDER

Having considered the United States' Motion and Incorporated Memorandum for Leave to File its Opposition Memorandum Out of Time, the Court finds the motion to have merit, and the United States' Motion for Leave is hereby GRANTED. The Clerk is directed to FILE the United States' Memorandum in Opposition to the Plaintiffs' Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE