UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ST. RITA (Kenney) 06-7355 | * | |
| | * | |
| ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | * | |


## REPLY TO PLAINTIFF'S OPPOSITION TO THIRD-PARTY DEFENDANT LAKE BORGNE BASIN LEVEE DISTRICT'S RULE 12(B)(6) MOTION TO DISMISS

**MAY IT PLEASE THE COURT:**

On November 7, 2006, Third-Party Defendant, Lake Borgne Basin Levee District ("LBBLD"), filed a Rule 12(b)(6) Motion to Dismiss for failure to state a claim upon which relief can be granted asserting that Third-Party Plaintiff, Buffman, Inc., a Louisiana Business Corporation d/b/a St. Rita's Nursing Home ("St. Rita's") has failed to state a claim against LBBLD inasmuch as Louisiana law no longer recognizes a cause of action for tort indemnity or contribution under the facts pled.[1]  On November 21, 2006, St. Rita's submitted a Memorandum in Opposition to the Motion, suggesting that although the right of contribution no longer existed, the right to indemnity among alleged co-tortfeasors still exists.[2]  LBBLD respectfully submits this Reply Memorandum to address the erroneous arguments of St. Rita's.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

[1]      See Rec. Doc. No. 1620.

[2]      See Rec. Doc. No. 1780.

**A.      Tort Indemnity**

In the Memorandum in Opposition to Motion to Dismiss, St. Rita's exhaustively discusses the Louisiana Supreme Court decision of *Dumas vs. State of Louisiana through Department of Culture, Recreation, and Tourism*, a decision regarding the 1996 legislative amendments to Louisiana Civil Code articles 2323 and 2324. [3]  Additionally, St. Rita's cites numerous cases acknowledging the holding in *Dumas,* that "Louisiana had not entirely eliminated tort indemnity and contribution." [4]   However, despite the fact that it is discussed in nearly every case cited in Third-Party memorandum, at no point does plaintiff mention that the doctrine of tort indemnity hinges upon an examination of the nature of the Third-Party Plaintiff's alleged fault.[5]  LBBLD respectfully submits that Third-Party Plaintiff's claims fail under such an examination and, therefore, LBBLD's Motion to Dismiss must be granted.

In determining whether Third-Party Plaintiff's claim for tort indemnity is valid, the Court need look no further than the very cases cited by Third-Party Plaintiff.  For example, in *Lombard v. New Orleans Naval Support Activity*, the United States District Court for the Eastern District of Louisiana recently addressed this very issue under remarkably similar procedural facts.[6]  In *Lombard*, plaintiffs filed a claim against several defendants after a young man was killed when a

---

[3]      828 So.2d 530 (La. 2002).

[4]      See Rec. Doc. No. 1780, at pp. 4-5.

[5]      *Lombard v. New Orleans Naval Support Activity*, Nos. 03-3020 and 04-2296, 2004 WL 2988483 (E.D.La. 12/10/04), attached hereto as Exhibit "A."

[6]      See Exhibit "A."

forklift he was operating rolled over and crushed him.[7]   A subcontractor, Goodworks, was

allegedly liable for negligently causing or contributing to the decedent's death.[8]   Specifically, the

plaintiffs sought to hold Goodworks liable for its own affirmative negligent conduct in failing to

remove the keys from the forklift, and its own failure to properly train its employees and its own

violation of safety regulations.[9]   Thereafter, Goodworks filed a third party complaint against the

United States alleging that the United States was liable for causing and/or failing to prevent the

alleged accident which caused the decedent's death, and asserting claims against the United

States for contribution and indemnity.[10]   The third party defendant filed a Rule 12(b) Motion to

Dismiss the third party claims, arguing that Goodworks' claims for contribution and indemnity

could not be sustained pursuant to Louisiana law.[11]   Contrarily, Goodworks argued that its claim

for tort indemnity is permitted under Louisiana law, and only the right of contribution was

abolished.[12]

 Beginning its analysis of whether of Goodworks' third party demand was viable, the

Court concisely instructed:

> The right to indemnity does not exist in favor of a joint tortfeasor
> whose act or failure in the performance of duty was a contributory
> cause of an injury, and there is no right to indemnity when the
> liability of the party seeking it cannot be regarded as technical,
> vicarious, constructive or derivative….Because a claim for tort

---

[7] *Lombard*, at p. 1.

[8] *Id.*

[9] *Id.* at p. 8.

[10] *Id.* at p. 1.

[11] *Id.* at pp. 2-3.

[12] *Id.* at p. 3.

indemnity is based upon indemnitee's constructive or technical liability, "[s]crutiny is thus directed at the nature, not the quantum, of the fault, if any, of the party seeking indemnity."…If the fault of the party seeking indemnity "can be characterized as merely technical or constructive, the action for indemnity may lie."…On the other hand, **if the nature of the fault alleged against the indemnitee is actual or active fault, an action for tort indemnity cannot be sustained.** *See id.*; *see also Threlkeld*, 922 F.2d at 267 (holding that defendant cannot seek tort immunity against a third party for tort immunity when a plaintiff seeks to recover from a defendant for the latter's affirmative negligence)…[13]

The Court further instructed:

If the facts alleged by a plaintiff against a party seeking indemnity do not show that a defendant's liability could be predicated upon mere constructive or derivative fault, such defendant cannot state a cause of action for indemnity.…**If the allegations in a third-party complaint for indemnity could be read only as charging either concurrent fault or faults constituting an intervening or superseding cause of the injured party's damage, such allegations would not support a claim for indemnity.**[14]

In further clarification, the Court provided several common examples of technical or passive fault recognized by Louisiana courts as giving rise to a claim for tort indemnity. The Court noted:

In Louisiana, the prototypical indemnity action is the surety's demand for reimbursement from the primary debtor for funds paid by the surety to the creditor upon default.…A second example is an action based on vicarious liability when an employer who has incurred liability pursuant to principles of *respondeat superior* has the right of indemnity against its employee whose fault caused the plaintiff's damage.…Another common form of "passive" fault is when the owner of a building is held liable for a "vice" in the

---

[13]     *Lombard*, at p. 7 (internal citations and footnote omitted) (emphasis added).

[14]     *Id.* (emphasis added).

building which causes injury solely on the ground that the owner
failed to discover the dangerous condition.[15]

Thus, in preparation of examining the claims before it, the Court noted that other courts
have dismissed claims for tort indemnity when the liability of the would-be indemnitee is not
based upon either theory of vicarious or strict liability that would compel such party to pay a
judgment based upon another party's fault but the claim is, instead, based only upon the would-
be indemnitee's active negligent conduct.[16]

Examining the claims before it, the Court noted that the plaintiffs alleged that Goodworks
was negligent by leaving keys in the forklift, failing to adopt a minimum safety standards in the
maintenance and operation of the forklifts under their custody and control, violating OSHA
safety regulations, failing to properly train its employees in the use of the forklift, failing to
instruct its employees with respect OSHA safety regulations, and failing to instruct its employees
to never leave the keys in an unattended forklift.[17]  The Court also noted that Goodworks' third-
party complaint against the United States alleged that the United States was negligent by failing
to adopt a minimum safety standards for the operation of forklifts, failing to train its employees
in the proper maintenance of operation of forklifts, permitting an obvious and unreasonably
dangerous condition to exist, failing to remedy an obvious and unreasonably dangerous condition
and/or warn of such a condition, and permitting unsupervised minors onto the premises.
Accepting the facts as alleged in the pleadings as true, the Court concluded that there was no

---

[15]     *Lombard*, at p. 7 n. 17 (citations omitted).

[16]     *Id.* at p. 8 (citation omitted).

[17]     *Id.* at p. 9.

basis for Goodworks' claim for tort immunity, and, therefore, comparative fault principles govern the case.[18]  The Court explained:

> As in *Carter*, there is no claim against Goodworks based on a theory of vicarious or strict liability; the claim against Goodworks is for simple negligence….The plaintiffs' claims against Goodworks are not premised upon imposing "solely constructive or derivative" liability on Goodworks….Goodworks' potential liability is not premised on any theory of *respondeat superior* or strict liability based upon the mere custody of dangerous instrumentality which would expose Goodworks to legal liability in the absence of actual fault….Instead, plaintiffs seek to hold Goodworks liable for their own affirmative negligent conduct in failing to remove the keys from the forklift and, *inter alia*, its own failure to properly train its employees in its own violation of safety regulations.  As in *Threlkeld*, "this recovery is not sought on technical, constructive, or vicarious liability."[19]

Thus, the court ultimately concluded:

> Goodworks' liability, if any, would be based upon a direct and primary negligence and, therefore, in the event that Goodworks was found liability to plaintiffs, Goodworks would not be entitled to tort immunity because "[i]ndemnity is not available to a party who is actually negligent."[20]

Additionally, the Court instructed that the actual allegations in Goodworks' third-party complaint did not support a claim for tort indemnity.  The Court noted that the allegations in the third party complaint alleged that the third-party defendant was concurrently at fault.  Noting this admission by the third-party plaintiff, the Court instructed:

> **Additionally, Goodworks' allegation of its potential concurrent negligence also precludes a claim for tort indemnity because**

---

[18]    *Id.* at p. 9.

[19]    *Id.* at p. 9 (citations omitted).

[20]    *Id.* at p. 10 (citation omitted).

> **the right to indemnity does not exist in favor of joint tortfeasor whose act or failure was a contributory cause of an injury.[21]**

Thus, the Court concluded that there was no basis for Goodworks' claim for tort immunity, and the 12(b) Motion was granted.

Like the third party plaintiff in *Lombard*, St. Rita's liability here would be based upon its direct and primary negligence and, therefore, in the event that St. Rita's is found liable to Plaintiffs, St. Rita's would not be entitled to tort immunity.  Plaintiffs' Petition for Damages and Damages for Wrongful Death alleges that St. Rita's chose not to evacuate the decedent despite knowing the severity of the current and future weather conditions.[22]  The Plaintiffs specifically allege that St. Rita's was negligent in failing to property evacuate the nursing home residents to an adequate shelter to survive the storm; failure to render emergency care and/or failure to render adequate and timely emergency care, including, but not limited to, emergency rescue and CPR; failure to act in a reasonable and prudent manner under the circumstances; and failure to act in accordance with its own policies and procedures.[23]  On the other hand, St. Rita's third party demand alleges that LBBLD failed to discharge statutorily mandated responsibilities as respects flood control and maintenance of levitees, and such failure caused and/or contributed to the damages alleged by Plaintiffs and for which [St. Rita's] denies liability.[24]  The Third-Party Demand continues by alleging that pursuant to Articles 2315 and 2317 of the Louisiana Civil

---

[21]     *Lombard*, at para. 11.

[22]     Rec. Doc. No. 1, Attachment No. 1, at p. 26, at para. 6.

[23]     Rec. Doc. No. 1, Attachment No. 1, at pp. 26-27, at para. 10.

[24]     Rec. Doc. No. 1, Attachment No. 1, at p. 6, at para. XXI.

Code, the Lake Borgne Basin Levee District is liable to third party plaintiff by way of indemnity or contribution in tort should third party plaintiff be cast in judgment herein.[25]

A plain reading of the foregoing allegations mandates that St. Rita's is unable to maintain a tort immunity claim here.  Plaintiffs allege direct negligence on the part of St. Rita's, independent of any actions related to LBBLD.  This is precisely the type of situation wherein the United District Court for the Eastern District has held that a claim for tort immunity does not lie. St. Rita's liability, if any, is based upon its direct and primary negligence.  Therefore, in the event that St. Rita's is found liable to Plaintiffs, St. Rita's would not be entitled to tort immunity because indemnity is not available to a party who is actually negligent.  Likewise, St. Rita's assertion that LBBLD's alleged failure to discharge a statutorily mandated responsibilities "contributed" to the damages alleged by the Plaintiffs on its face precludes a claim for tort indemnity because the right to indemnity does not exist in favor of a joint tortfeasor whose act or failure was a contributory cause of an injury.  Thus, again, St. Rita's liability is not based upon any theory of constructive, technical or vicarious fault.  Therefore, St. Rita's would not be answerable to Plaintiffs in damages for the fault of LBBLD.  Under such circumstances, St. Rita's has failed to state a cause of action against LBBLD, and LBBLD's Motion to Dismiss should be granted.

**WHEREFORE**, Third-Party Defendant, LBBLD, respectfully requests that this Honorable Court dismiss LBBLD with prejudice from St. Rita's Third-Party Demand inasmuch

---

[25]     Rec. Doc. No. 1, Attachment No. 1, at p. 6, at para. XXI.

as the Third-Party Demand fails to state a claim upon which relief can be granted against LBBLD.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK**

s/ Lawrence J. Duplass

_____

**LAWRENCE J. DUPLASS (#5199)**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
**ATTORNEY FOR THIRD-PARTY
DEFENDANT, LAKE BORGNE BASIN
LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, a copy of the foregoing Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system.

- William David Aaron , Jr
  waaron@goinsaaron.com,rsmith@goinsaaron.com

- Neil Charles Abramson
  abramson@phelps.com,parkerd@phelps.com,steadmas@phelps.com

- Wystan M. Ackerman
  wackerman@rc.com,sholden@rc.com

- Glenn B. Adams
  gadams@phjlaw.com,adamsgb@gmail.com

- Orr Adams , Jr
  orradams@aol.com,nancykhobbs@yahoo.com

- Joseph James Aguda , Jr
  jaguda@nielsenlawfirm.com,ldurham@nielsenlawfirm.com,snichols@nielsenlawfirm.com

- Angie Arceneaux Akers
  aakers@lpw-law.com,lgauthreaux@lpw-law.com,bsimpson@lpw-law.com

- Jonathan Beauregard Andry
  jandry@andrylawfirm.com,dsmith@andrylawfirm.com

- Sidney J. Angelle
  sja@lcba-law.com,rgd@lcba-law.com,ddc@lcba-law.com,bjc@lcba-law.com,ebb@lcba-law.com,rsm@lcba-law.com

- Thomas P. Anzelmo
  Tanzelmo@mcsalaw.com,jtorrence@mcsalaw.com,ltowler@mcsalaw.com

- Kirk Norris Aurandt
  kaurandt@daiglefisse.com

- John E. Baay , II
  jbaay@glllaw.com,bmcdonnell@glllaw.com

- Adam Babich
  ababich@tulane.edu,ababich@earthlink.net

- Stephen F. Babin
  BabinS@ag.state.la.us

- Suzette Peychaud Bagneris
  sbagneris@aol.com

- Sarah House Barcellona
  sbarcellona@stonepigman.com

- Valerie Briggs Bargas
  vbargas@sszblaw.com,cathyb@sszblaw.com

- Judy Y. Barrasso
  jbarrasso@barrassousdin.com,slanglois@barrassousdin.com

- Brent Bennett Barriere
  barrierb@phelps.com,battagld@phelps.com

- Francis J. Barry , Jr
  fbarry@dkslaw.com,jhyde@dkslaw.com

- Stephen R. Barry
  sbarry@barrypiccione.com,sdixon@barrypiccione.com,klatiolais@barrypiccione.com

- Adrianne L. Baumgartner
  abaumgartner@phjlaw.com,kboudreaux@phjlaw.com

- Samuel Beardsley , Jr
  s_beards@bellsouth.net,sbeardsley@couturelaw.net,sbjrdar@cox.net

- Daniel E. Becnel , Jr
  dbecnel@becnellaw.com,mmoreland@becnellaw.com

- Robert M. Becnel
  ROBBECNEL@AOL.COM

- Kerrie Theriot Belsome
  kbelsome@dkslaw.com

- Eric B. Berger
  ebb@lcba-law.com,rsm@lcba-law.com

- Keith J. Bergeron
  kbergeron@dkslaw.com,jvelez@dkslaw.com,bergeron-keith@cox.net

- Clifton O. Bingham , Jr
  cbingham@oatshudson.com,drandazzo@oatshudson.com

- Kelly Cambre Bogart
  kbogart@duplass.com,kprice@duplass.com

- David Ira Bordelon
  dbordelon@ungarino-eckert.com

- Martha Dupree Bowden
  mdbowden03@yahoo.com

- Nicole McDaniel Bowen
  nbowen@duplass.com,sbowser@duplass.com,cmotes@duplass.com

- Thomas M. Brahney
  BrahneyT@ag.state.la.us

- Lisa Brener
  lbrener@brenerlaw.com

- Terrence L. Brennan
  tbrennan@dkslaw.com,spacaccio@dkslaw.com

- Philip S. Brooks , Jr
  pbrooks@monbar.com,mokeefe@monbar.com

- Christopher James Bruno
  cbruno@brunobrunolaw.com

- Joseph M. Bruno
  jbruno@brunobrunolaw.com,stephaniep@brunobrunolaw.com

- Brant J. Cacamo
  BJC@LCBA-LAW.COM,rsm@lcba-law.com

- Joseph Edward Cain
  jcain@hhkc.com,emartin@hhkc.com

- Robert John Caluda
  rcaluda@rcaluda.com,stephanie@rcaluda.com

- Jaime Michele Cambre
  jcambre@duplass.com,sbowser@duplass.com

- David Ryan Cannella
  dcannella@landryswarr.com,lslaw@landryswarr.com

- Brian Joseph Capitelli
  bcapitelli@barrassousdin.com,slanglois@barrassousdin.com

- Burt K. Carnahan
  bkc@lcba-law.com,mbm@lcba-law.com

- Raymond A. Chenault
  rchenault@mcglinchey.com

- Christopher Chocheles
  cchocheles@shergarner.com,oarregui@shergarner.com

- Amanda G. Clark
  aclark@fjdlegal.com,jerrie@fjdlegal.com

- Albert D. Clary
  adc@longlaw.com,kge@longlaw.com,rhondad@longlaw.com

- James A. Cobb , Jr
  jac@ecwko.com,kcb@ecwko.com,saa@ecwko.com,am@ecwko.com

- Kevin Lawrence Cole
  kcole@gjtbs.com,bmorton@gjtbs.com,craymond@gjtbs.com

- Traci L. Colquette
  Traci.ColQuette@usdoj.gov,Catherine.Corlies@usdoj.gov

- Charles Bruce Colvin
  ccolvin@kingsmillriess.com,lbarre@kingsmillriess.com,bseamster@kingsmillriess.com

- John Patrick Connick
  pconnick@lil.nocoxmail.com

- Clayton Morris Connors
  cconnors@mumphreylaw.com,gmcgowen@mumphreylaw.com

- Rebecca Y. Cooper
  rebecca.cooper@phelps.com,pattersk@phelps.com

- Joseph W. Cotchett
  jcotchett@cpsmlaw.com

- James Dalton Courson
  dcourson@stonepigman.com

- Keith Michael Couture
  keithcouture@bellsouth.net,kcouture@couturelaw.net,art894@aol.com

- Richard Abelard Cozad
  rcozad@mpc-law.com,kforet@mpc-law.com,bboudreaux@mpc-law.com

- William Jerrol Crain
  wc@jonesfussell.com

- Robert G. Creely
  rcreely@aol.com,tph59@amatocreely.nocoxmail.com

- Jack J. Crowe
  jcrowe@winston.com

- John J. Cummings , III
  ccdlawfirm@aol.com

- Martha Y. Curtis
  mcurtis@shergarner.com,lgraffagnini@shergarner.com

- Frank Jacob D'Amico , Jr
  damico@damicolaw.net,ldeogracias@damicolaw.net

- Christian E. Daigle
  daiglec@phelps.com

- Thomas W. Darling
  tdarling@grhg.net,tigerthom@cox.net,firm@grhg.net,tl@grhg.net

- Jacques P. DeGruy
  jdegruy@mblb.com,smethe@mblb.com

- Beverly Aloisio DeLaune
  bdelaune@dkslaw.com,dkimble@dkslaw.com

- Erin E. Dearie
  dearie@bayoulaw.com,aadams@bayoulaw.com

- Kevin R. Derham
  kderham@duplass.com,sbowser@duplass.com,ndavis@duplass.com

- Joseph Vincent DiRosa , Jr
  jvdirosa@cityofno.com,jdirosa1@cox.net

- Richard Nelson Dicharry
  dicharrr@phelps.com,pattersk@phelps.com

- James L. Donovan , Jr
  JDonovan@donovanlawler.com,jtaulli@donovanlawler.com

- Walter C. Dumas
  wdumas@dumaslaw.com,tyoungblood@dumaslaw.com

- Mary L. Dumestre
  mdumestre@stonepigman.com

- Richard G. Duplantier , Jr
  duplantier@gjtbs.com,kking@gjtbs.com

- Lawrence J. Duplass
  lduplass@duplass.com,sdeblieux@duplass.com,caccardo@duplass.com

- Michael McGrath Duran , Sr
  mduran@oatshudson.com

- Daniel L. Dysart
  dldysart@dst-law.com,angeliquew@dst-law.com

- Emily E. Eagan
  eeagan@joneswalker.com,psenentz@joneswalker.com

- William Harry Eckert
  beckert@ungarino-eckert.com

- N. Frank Elliot , III
  felliot@rgelaw.com,lhartley@rgelaw.com

- Stephen N. Elliott
  elliotts@bernard-cassisa.com

- John N. Ellison
  jellison@andersonkill.com,mtodd@andersonkill.com,glite@andersonkill.com

- John F. Emmett
  jfe@ecwko.com,wrwjv@aol.com,crb@ecwko.com

- Clarence William Emory
  bemory@mblb.com,smethe@mblb.com

- Nina Wessel English
  nenglish@gordonarata.com,wdorsey@gordonarata.com

- John B. Esnard , III
  jesnard@dkslaw.com

- John Karl Etter
  jke@rodneylaw.com,jke57@bellsouth.net

- Richard M. Exnicios
  rexnicios@damicolaw.net

- Andrea L. Fannin
  afannin@stonepigman.com

- Christopher R. Farrell
  crfarrell@jonesday.com

- Calvin Clifford Fayard , Jr
  calvinfayard@fayardlaw.com,donna@fayardlaw.com

- Shera J. Finn
  sfinn@barrassousdin.com

- Catherine J. Finnegan
  tess.finnegan@usdoj.gov,catherine.corlies@usdoj.gov

- Debra J. Fischman
  dfischman@shergarner.com,jhubert@shergarner.com

- Stephen G. Flynn
  stephen.flynn@usdoj.gov,torts.aa.files@usdoj.gov

- John L. Fontenot , Jr
  John.Fontenot@arlaw.com,Bridget.Chandler@arlaw.com

- Jason Paul Foote
  jfoote@chopin.com

- Charles C. Foti , Jr
  southalll@ag.state.la.us

- Marc L. Frischhertz
  mlfrisch@bellsouth.net,jspellman1@bellsouth.net,lnfrisch@aol.com

- Nina D. Froeschle
  nfroeschle@hunton.com

- Craig Edmond Frosch
  cfrosch@usryandweeks.com,mdelcastillo@usryandweeks.com,cefrosch2@hotmail.com

- Samuel B. Gabb
  sgabb@lundydavis.com,cgranger@lundydavis.com

- Gary Joseph Gambel
  ggambel@mrsnola.com,shotard@mrsnola.com

- William Christian Gambel
  wgambel@millinglaw.com,mshrell@millinglaw.com,pbarrere@millinglaw.com

- Christian Albert Garbett
  cgarbett@klb-law.com,dburleigh@klb-law.com

- Thomas Francis Gardner
  gardner@bayoulaw.com,aadams@bayoulaw.com

- James M. Garner
  jgarner@shergarner.com,jchocheles@shergarner.com,mgarner@shergarner.com

- Dexter A. Gary
  beauxroux@aol.com,Lirette@bellsouth.net

- Scott Owen Gaspard
  sgaspard@burglass.com

- James F. Gasquet , III
  jgasquet3@bellsouth.net

- Thomas Livingston Gaudry , Jr
  tgaudry@grhg.net,dbreaux@grhg.net,firm@grhg.net

- Kenneth Joseph Gelpi , Jr
  kgelpi@monbar.com,ymaranto@monbar.com,lquintana@monbar.com

- Louis L. Gertler
  lgertler@ggvplaw.com,kagnelly@ggvplaw.com

- Meyer H. Gertler
  mhgertler@ggvplaw.com,emaynard@ggvplaw.com

- Dominic Joseph Gianna
  dgianna@midrid.com,dabraham@midrid.com,cbarbier@midrid.com

- Nancy B. Gilbert
  ngilbert@kcwlaw.com

- George Moore Gilly
  gillyg@phelps.com,dunnk@phelps.com

- Thomas V. Girardi
  tgirardi@girardikeese.com

- Soren Erik Gisleson
  sgisleson@hhkc.com,emartin@hhkc.com

- Phyllis Esther Glazer
  glazerp@ag.state.la.us,pennm@ag.state.la.us,pearleyj@ag.state.la.us,kellerm@ag.state.la.us

- Stephen E. Goldman
  sgoldman@rc.com,akowalsky@rc.com

- Pablo Gonzalez
  gonzalep@phelps.com,pabsgonzalez@hotmail.com,bradfors@phelps.com

- Jeremy D. Goux
  wynnegouxlobello@bellsouth.net

- Arthur Gordon Grant , Jr
  ggrant@monbar.com,ymaranto@monbar.com,lquintana@monbar.com

- Andrew R. Greene
  agreene@sonnenschein.com

- Philip L. Gregory
  pgregory@cpsmlaw.com

- James Bradley Guest
  jimguest@bellsouth.net

- Joseph Pierre Guichet
  jguichet@lawla.com,aboyd@lawla.com

- Kara M. Hadican
  khadican@gainsben.com,cbabin@gainsben.com

- Jim S. Hall
  jim@jimshall.com,jodi@jimshall.com,kerry@jimshall.com,debbie@jimshall.com

- William Marvin Hall
  wmh@haileymcnamara.com

- Erin Casey Hangartner
  ehangartner@midrid.com

- Mark Emerson Hanna
  mhanna@mcsalaw.com,ozg@mcsalaw.com

- Lesli D. Harris
  lharris@stonepigman.com,sgothard@stonepigman.com

- Randall Earl Hart
  randall@broussard-hart.com

- Robert G. Harvey , Sr
  rgharvey@bellsouth.net

- Lambert Joseph Hassinger , Jr
  Jhassinger@gjtbs.com

- Timothy William Hassinger
  thassinger@gjtbs.com,awebster@gjtbs.com

- Bonita Y. Hawkins
  bhawkins@barrassousdin.com,mowens@barrassousdin.com

- Joseph W. Hecker
  arod@odwyerlaw.com

- Carl E. Hellmers , III
  chellmers@frilotpartridge.com

- Herman C. Hoffmann , Jr
  hhoffmann@spsr-law.com,calcantar@spsr-law.com

- Brian A. Homza
  homzab@cykg.com,pooles@cykg.com,cartere@cykg.com

- David Blayne Honeycutt
  dbhoneycutt@fayardlaw.com,mindy@fayardlaw.com

- Ralph Shelton Hubbard , III
  rhubbard@lawla.com,ljackson@lawla.com

- William M. Hudson , III
  mhudson@oatshudson.com,kellzey@oatshudson.com

- Dominick F. Impastato , III
  dimpastato@gmail.com,jspellman1@bellsouth.net

- Darleen Marie Jacobs
  dollyno@aol.com

- Tamara Kluger Jacobson
  tkjacobson@aol.com,mrosinia@hotmail.com

- H. Alston Johnson
  johnsona@phelps.com,davisj@phelps.com

- Christopher K. Jones
  cjones@kcwlaw.com

- Steven C. Judice
  sjudice@kcwlaw.com,stacie@kcwlaw.com,meda-kay@kcwlaw.com

- Kevin P. Kamraczewski
  kevink@sonnenschein.com

- Howard Bruce Kaplan
  hkaplan@bernard-cassisa.com

- Brian David Katz
  bkatz@hhkc.com,bjackson@hhkc.com

- David Edmund Kavanagh
  dkavanagh@wkrlaw.com

- Patrick G. Kehoe , Jr
  pgkehoejr@kehoejr.com

- Anne Derbes Keller
  akeller@bakerdonelson.com,lhook@bakerdonelson.com

- Michael Courtney Keller
  kellerm@ag.state.la.us,pennm@ag.state.la.us,philibertj@ag.state.la.us,pearleyj@ag.state.
  la.us,babins@ag.state.la.us,glazerp@ag.state.la.us

- Duane M. Kelley
  dkelley@winston.com

- Jason R. Kenney
  jrk@ecwko.com,kcb@ecwko.com

- Robert Emmett Kerrigan , Jr
  rkerrigan@dkslaw.com,rek@dkslaw.com,rbrowne@dkslaw.com

- John Fredrick Kessenich
  rkessenich@daiglefisse.com,dlebreton@daiglefisse.com

- Richard E. King
  rking@gjtbs.com,aditcharo@gjtbs.com

- Kyle P. Kirsch
  kkirsch@mcsalaw.com,lbarnes@mcsalaw.com,tbrady@mcsalaw.com

- Ronald Joseph Kitto
  rkitto@monbar.com,njohnson@monbar.com

- Robert W. Knights
  rknights@ggvplaw.com,kagnelly@ggvplaw.com

- William Lee Kohler
  lkohler@lawla.com

- Beth M. Kramer
  bkramer@crowell.com

- Stephen Skelly Kreller
  sskreller@gmail.com

- Alex Kriegsman
  alex.kriegsman@usdoj.gov,efile_nrs.enrd@usdoj.gov

- Andre Jude Lagarde
  ajl@mcsalaw.com

- Hugh Palmer Lambert
  hlambert@lambertandnelson.com,alexis@lambertandnelson.com

- Kent A. Lambert
  klambert@bakerdonelson.com,mrich@bakerdonelson.com,psigmon@bakerdonelson.com

- John M. Landis
  jlandis@stonepigman.com,pkrupicka@stonepigman.com

- Kathryn W. Landry
  klandry@ieyoublandry.com,kathilandry@aol.com

- Mickey P. Landry
  mlandry@landryswarr.com,lslaw@landryswarr.com

- Wade Antoine Langlois , III
  wlanglois@grhg.net,ptranchina@grhg.net

- Lindsay A. Larson , III
  llarson@klb-law.com,spond@klb-law.com

- William J. Larzelere , Jr
  blarzelere@lpw-law.com,tdejean@lpw-law.com

- Catherine Elena Lasky
  laskyk@phelps.com,battagld@phelps.com

- Thomas Patrick LeBlanc
  tleblanc@lundydavis.com,jdibbley@lundydavis.com

- Joseph E. Lee , III
  jel@pkrlaw.com,lvw@pkrlaw.com,smt@pkrlaw.com

- Wayne J. Lee
  wlee@stonepigman.com,pwhite@stonepigman.com

- Daniel Lichtl
  dlichtl@frc-law.com,sbm@frc-law.com,cnunez@frc-law.com

- Edward John Lilly
  elilly@cclhlaw.com,lross@cclhlaw.com

- Danny J. Lirette
  lirette@bellsouth.net

- Jay M. Lonero
  jlonero@lpw-law.com,bsimpson@lpw-law.com,rromeu@lpw-law.com

- Douglas Conrad Longman , Jr
  dlongman@pdlaw.com,kfulton@pdlaw.com

- Heather Shauri Lonian
  hlonian@stonepigman.com,dmurphy@stonepigman.com

- Barbara L. Lyons
  blyons@cpsmlaw.com

- George T. Manning
  gtmanning@jonesday.com

- F. Gerald Maples
  federal@geraldmaples.com,ldemos@fgmapleslaw.com

- Belhia V. Martin
  belhiamartin@bellsouth.net

- Christopher W. Martin
  martin@mdjwlaw.com,lindaa@mdjwlaw.com

- Richard Massie Martin , Jr
  rmmjr@cox.net

- Tara Lavel Mason
  tlm@lcba-law.com

- Adam Patrick Massey
  amassey@klb-law.com,aalmaaita@klb-law.com

- Freeman Rudolph Matthews
  pmatthews@usryandweeks.com,mdelcastillo@usryandweeks.com,frm_matthews@yahoo.com

- Ben Louis Mayeaux
  bmayeaux@ln-law.com,denisen@ln-law.com

- Jonathan Christopher McCall
  mccall@chaffe.com,connors@chaffe.com

- James F. McConnon , Jr
  jim.mcconnon@usdoj.gov,catherine.corlies@usdoj.gov

- Gregory John McDonald
  gmcdonald@bfrob.com,kbutler@bfrob.com

- Eugene M. McEachin , Jr
  mceachine@bernard-cassisa.com

- Julia E. McEvoy
  jmcevoy@jonesday.com

- Gordon J. McKernan
  gmckernan@mckernanlawfirm.com,hbarousse@mckernanlawfirm.com

- J. J. (Jerry) McKernan
  jemckernan@mckernanlawfirm.com,hkeller@mckernanlawfirm.com

- Evans Martin McLeod
  mcleodm@phelps.com,weyerp@phelps.com

- Robert A. McMahon , Jr
  mcmahonr@bernard-cassisa.com,blanchp@bernard-
  cassisa.com,rambo1615@yahoo.com,thibodt@bernard-cassisa.com

- Daphne P. McNutt
  dmcnutt@barrypiccione.com,sdixon@barrypiccione.com

- Anne Elizabeth Medo
  anne_medo@haileymcnamara.com,laurie_sigur@haileymcnamara.com

- Emma Alexandra Mekinda
  emmamekinda@yahoo.com,em@mpc-law.com,khf@mpc-law.com,ljohnson@mpc-
  law.com

- Gerald A. Melchiode
  jmelchiode@gjtbs.com,mwilson@gjtbs.com

- Joseph Mark Messina
  jmm@lcba-law.com,ddc@lcba-law.com

- Gerald Edward Meunier
  dmartin@gainsben.com,gmeunier@gainsben.com

- Kara K. Miller
  kara.k.miller@usdoj.gov,catherine.corlies@usdoj.gov

- Clay Mitchell
  cmitchell@levinlaw.com

- Stevens E. Moore
  stevens.moore@usdoj.gov,rosanne.alford@usdoj.gov,sherrel.taylor@usdoj.gov

- Arthur Anthony Morrell
  jeanpaulmorrell@hotmail.com

- Andre J. Mouledoux
  amouledoux@mblb.com,dhoerner@mblb.com,bpgus@aol.com,pvanmatre@mblb.com

- Sean P. Mount
  smount@hmhlp.com,clandry@hmhlp.com

- James Bryan Mullaly
  jamesmullaly1@hotmail.com,jbmullaly@cityofno.com,dbrown@cityofno.com

- Betty Finley Mullin
  bmullin@spsr-law.com,lynnz@spsr-law.com

- J. Wayne Mumphrey
  jwmumphrey@mumphreylaw.com,smitchell@mumphreylaw.com

- Howard Louis Murphy
  hmurphy@dkslaw.com,mcazaubon@dkslaw.com

- Robert Hugh Murphy
  rmurphy@mrsnola.com,SPassauer@mrsnola.com

- John Herr Musser , IV
  jmusser@bellsouth.net

- William Roy Mustian , III
  naitsum@hotmail.com,treymustian@yahoo.com

- Adrian Girard Nadeau
  agn@longlaw.com

- Daniel W. Nelson
  dnelson@gibsondunn.com,jfortell@gibsondunn.com

- John Francis Nevares
  jfnevares-law@microjuris.com

- John A.V. Nicoletti
  jnicoletti@nicolettihornig.com,wfennell@nicolettihornig.com

- Gerald J. Nielsen
  gjnielsen@aol.com

- James R. Nieset , Jr
  jnieset@phjlaw.com,tdonnell@phjlaw.com

- Michaela E. Noble
  mnoble@monbar.com,mokeefe@monbar.com

- Gregory James Noto
  gjcookie45@AOL.com

- Robert A. Novak
  rnovak@nicolettihornig.com

- Pierce O'Donnell
  pod@oslaw.com,aowen@oslaw.com

- Ashton Robert O'Dwyer , Jr
  arod@odwyerlaw.com

- William E. O'Neil
  weo@theoneilgroup.com,avj@theoneilgroup.com

- Pius Akamdi Obioha
  pakamdi@aol.com

- Frances Mae Olivier
  franntown@yahoo.com

- Dominic J. Ovella
  dovella@hmhlp.com,jkent@hmhlp.com

- Michael C. Palmintier
  mpalmintier@dphf-law.com,jamerson@dphf-law.com,dmoore@dphf-law.com

- James L. Pate
  jamesp@ln-law.com,leslies@ln-law.com

- Darren Albert Patin
  dpatin@hmhlp.com

- Maura Zivalich Pelleteri
  mpelleteri@kfplaw.com,aseltzer@kfplaw.com,tkittrell@kfplaw.com

- Gary Michael Pendergast
  GMPendergastLLC@aol.com,limo1462@aol.com

- Christopher Raymond Pennison
  cpennison@lpw-law.com,lgauthreaux@lpw-law.com

- Ronnie Glynn Penton
  fedcourtmail@rgplaw.com,fedcourtmail2@rgplaw.com

- David K Persons
  dpersons@haileymcnamara.com,mbrown@haileymcnamara.com

- C. Michael Pfister
  mpfister@duplass.com,kkeller@duplass.com,gjackson@duplass.com

- Dennis J. Phayer
  dphayer@burglass.com

- Frank Anthony Piccolo
  fap@pkrlaw.com

- H. Minor Pipes , III
  mpipes@barrassousdin.com,shooker@barrassousdin.com

- Andrew Lane Plauche , Jr
  aplauche@pmpllp.com,jordeneaux@pmpllp.com,pzanco@pmpllp.com,ahuff@pmpllp.com,charrell@pmpllp.com,aguder@pmpllp.com

- Camille Bienvenu Poche
  cpoche@pdlaw.com,pmichon@pdlaw.com

- Paul J. Politz
  ppolitz@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com

- Matthew F. Popp
  mfp@ecwko.com,matthewpopp@msn.com

- Drew A. Ranier
  dranier@rgelaw.com,marnold@rgelaw.com

- James C. Rather , Jr
  jrather@mcsalaw.com

- Daniel Gibbons Rauh
  Drauh@glllaw.com

- Joseph W. Rausch
  joe@jimshall.com,debbie@jimshall.com

- Albert Joseph Rebennack , Jr
  ajrebennack@cox.net,stephanie@rcaluda.com

- Richard Thomas Reed
  rickreed@sszblaw.com

- Simeon B. Reimonenq , Jr
  sreimonenq@lawla.com,aboyd@lawla.com

- Gino John Rendeiro
  GRENDEIRO@WKRLAW.COM,JBERGERON@WKRLAW.COM

- Don M. Richard
  drichard@dmrlaw.net

- Pamela K. Richard
  pkr@lcba-law.com,mbm@lcba-law.com

- Thomas M. Richard
  trichard@chopin.com

- Timothy R. Richardson
  trichardson@usryandweeks.com

- Stephen Winthrop Rider
  srider@mcglinchey.com,mgambill@mcglinchey.com

- Michael R.C. Riess
  mriess@kingsmillriess.com

- William E. Rittenberg
  rittenberg@rittenbergsamuel.com

- William Joseph Riviere
  bill.riviere@phelps.com,weyerp@phelps.com

- John L. Robert , III
  jrobert@frc-law.com,sbm@frc-law.com

- April Rochelle Roberts
  aroberts@lawla.com,mnguyen@lawla.com

- Wendy Hickok Robinson
  whrobinson@gordonarata.com,sbarden@gordonarata.com,smaone@gordonarata.com,gordonarata@yahoo.com

- Roy J. Rodney , Jr
  RJR@rodneylaw.com,NBM@rodneylaw.com

- Susan Muller Rogge
  srogge@barrassousdin.com

- Harry Rosenberg
  ROSENBEH@PHELPS.COM

- James H. Roussel
  jroussel@bakerdonelson.com

- James P. Roy
  jimr@wrightroy.com,sandym@wrightroy.com,susant@wrightroy.com

- Charles Robert Rumbley
  crr@lcba-law.com

- Gary Jude Russo
  gjrusso@perretdoise.com,llandry@perretdoise.com

- Camilo Kossy Salas , III
  csalas@salaslaw.com

- David P. Salley
  dsalley@shrmlaw.com,mmonsour@shrmlaw.com

- Jonathan H. Sandoz
  jsandoz@daiglefisse.com,tbarrios@daiglefisse.com

- David Scott Scalia
  DAVID@brunobrunolaw.com,florian@brunobrunolaw.com,jennifer@brunobrunolaw.com

- Seth Andrew Schmeeckle
  sschmeeckle@lawla.com,mspadoni@lawla.com

- Matthew D. Schultz
  mschultz@levinlaw.com

- Nyka M. Scott
  nscott@bakerdonelson.com,lhook@bakerdonelson.com

- Charles F. Seemann , Jr
  cseemann@dkslaw.com,clafaye@dkslaw.com

- Kevin Discon Shearman
  lawyer94@aol.com

- Robert I. Siegel
  rsiegel@glllaw.com,jhale@glllaw.com

- George R. Simno , III
  gsimno@swbno.org

- David R. Simonton
  dsimonton@sonnenschein.com

- Michael R. Sistrunk
  mrs@mcsalaw.com,mlt@mcsalaw.com,kab@mcsalaw.com

- Peter Brooks Sloss
  psloss@mrsnola.com

- John H Smith
  jsmith@mckernanlawfirm.com,esimon@mckernanlawfirm.com

- Randall A. Smith
  rasmith3@bellsouth.net,mmzornes@bellsouth.net

- Robin D. Smith
  robin.doyle.smith@usdoj.gov,catherine.corlies@usdoj.gov

- Louis G. Spencer
  lgs@ecwko.com,saa@ecwko.com

- Michael D. Spencer
  spencer@chaffe.com,gaddy@chaffe.com

- Joseph L. Spilman , III
  jspilman@hmhlp.com,jdanos@hmhlp.com

- Remy Voisin Starns
  rvs127@juno.com,remy@ridgerunners.biz

- Elwood C. Stevens , Jr
  attyecs@aol.com,cat1857@aol.com

- Victor Elbert Stilwell , Jr
  vstilwell@dkslaw.com

- David A. Strauss
  dstrauss@klb-law.com,bcowand@klb-law.com

- Deborah M. Sulzer
  deborah@deborahsulzerlaw.com

- Frank J. Swarr
  fswarr@landryswarr.com,lslaw@landryswarr.com

- Paul A. Tabary , III
  patabary@dst-law.com,connies@dst-law.com

- Brent A. Talbot
  talbot@chaffe.com,mayeaux@chaffe.com

- Patrick A. Talley , Jr
  ptalley@frilotpartridge.com,jtolar@frilotpartridge.com

- Christopher Kent Tankersley
  ctankersley@burglass.com

- Kelly Theard
  ktheard@dkslaw.com,spacaccio@dkslaw.com

- Cynthia J. Thomas
  cthomas@gjtbs.com,cmussachia@gjtbs.com

- Vernon Palmer Thomas
  vpthom1@bellsouth.net

- Richard Alvin Tonry , II
  lolivier@tonryandginart.com,rwest@tonryandginart.com

- Sidney Donecio Torres , III
  storres@torres-law.com,dhemelt@torres-law.com,rburns@torres-law.com

- Virginia Y. Trainor
  trainorg@phelps.com

- Chad M. Trammell
  chadtrammell@nixlawfirm.com

- William T. Treas
  wtreas@nielsenlawfirm.com,srogers@nielsenlawfirm.com,sbillingsley@nielsenlawfirm.com

- William D. Treeby
  wtreeby@stonepigman.com,lshea@stonepigman.com

- Connie P. Trieu
  ctrieu@dcolvinlaw.com,slester@dcolvinlaw.com

- Richard John Tyler
  rtyler@joneswalker.com,jcasella@joneswalker.com

- Matthew J. Ungarino
  mungarino@ungarino-eckert.com

- John Elliott Unsworth , Jr
  john_unsworth@haileymcnamara.com,rcurcuru@hmhlp.com,ltusa@haileymcnamara.com

- Steven W. Usdin
  susdin@barrassousdin.com,shooker@barrassousdin.com

- Jon A. Van Steenis
  jvansteenis@daiglefisse.com,regberk@yahoo.com,manderson@daiglefisse.com

- Susan Molero Vance
  smv@theoneilgroup.com,avj@theoneilgroup.com,lc@theoneilgroup.com,cmh@theoneil
  group.com

- Gregory P. Varga
  gvarga@rc.com,lgallucci@rc.com

- Wendell R. Verret
  wverret@barrypiccione.com

- Stephen H. Vogt
  shvogt@bellsouth.net

- Jean Michel Voltaire
  jean.michel.voltaire@usdoj.gov,jmv7182@hotmail.com

- John R. Walker
  johnwalker@allengooch.com

- Jennifer W. Wall
  wallj@phelps.com

- Michael Q. Walshe , Jr
  mwalshe@stonepigman.com

- John William Waters , Jr
  jwaters@bfrob.com,blawson@bfrob.com

- B. Gerald Weeks
  BGWEEKS@AOL.COM,WKRLAW@AOL.COM

- William John Wegmann , Jr
  wjwegmann@aol.com,nancykhobbs@yahoo.com

- Nicholas J. Wehlen
  nwehlen@stonepigman.com,lshea@stonepigman.com

- Alan Dean Weinberger
  aweinber@midrid.com,ebreaux@midrid.com

- Francis Gerald Weller
  fweller210@aol.com

- Paula Marcello Wellons
  pwellons@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com,jellison@tw
  pdlaw.com

- Marion Overton White
  marionwhite@bellsouth.net

- Lawrence D. Wiedemann
  wiedemannlaw@gmail.com

- Stephen Michael Wiles
  smwiles@fgmapleslaw.com,ltaylor@fgmapleslaw.com

- Kristopher T. Wilson
  kwilson@lawla.com,dfogg@lawla.com

- LaDonna Grey Wilson
  lwilson@lawla.com

- Jesse Lee Wimberly , III
  wimberly@nternet.com,dorisstein@nternet.com

- Scott L. Winkelman
  swinkelman@crowell.com

- Jon Wesley Wise
  jwise@frc-law.com,sbm@frc-law.com,pzavoda@frc-law.com

- Phillip A. Wittmann
  pwittmann@stonepigman.com,jchaillot@stonepigman.com,jweinstein@stonepigman.com

- Scott G. Wolfe , Jr
  scott@wolfelaw.com,lillian@wolfelaw.com

- John Powers Wolff , III
  jwolff@kcwlaw.com,cathy@kcwlaw.com,cjones@kcwlaw.com

- Robert R. Wood , Jr
  robert.wood@phelps.com,woodr@phelps.com

- Justin I. Woods
  jwoods@gainsben.com

- Bob F. Wright
  bobw@wrightroy.com,darlenep@wrightroy.com,susant@wrightroy.com

- William Everard Wright , Jr
  wwright@dkslaw.com

- Vincent F. Wynne , Jr
  wynnelawfirm@bellsouth.net

- Alan J. Yacoubian
  ajy@jjbylaw.com,rspaysse@jjbylaw.com,drutherford@jjbylaw.com,dcc@jjbylaw.com

- John W. deGravelles
  jdegravelles@dphf-law.com,jfryoux@dphf-law.com

Notice of this filing will be sent to the following individuals by U.S. Mail, postage

prepaid and properly address.

Carole A. Breithoff  (Weller)
2932 Lime Street
Metairie, LA 70006

Michael Waite Collins
Porteous, Hainkel & Johnson
704 Carondelet St.
New Orleans, LA 70130-3774

Frederick J. Gisevius, Jr
Law Offices of Fred Gisevius
12 Metairie Court
Metairie, LA 70001

Joseph P. Lopinto, III
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

William J. Luscy, III
William Luscy, III, Attorney at Law
616 Papworth Ave., Suite C
Metairie, LA 70005

Susie Morgan
Phelps Dunbar, LLP
Canal Place
365 Canal St., Suite 2000
New Orleans, LA 70130-6534

Richard Anthony Weigand
Weigand & Levenson
427 Gravier St., 1st Floor
New Orleans, LA 70130

s/ Lawrence J. Duplass

_____

LAWRENCE J. DUPLASS
lduplass@duplass.com