UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: | * | |
| ST. RITA (Kenney) 06-7355 | * | |
| | * | |
| _____ | * | |

## ORDER

IT IS ORDERED, ADJUGED AND DECREED that Third-Party Defendant, Lake Borgne Basin Levee District, ("LBBLD"), is granted leave of Court to file its Reply To Plaintiff's Opposition To Third-Party Defendant Lake Borgne Basin Levee District Rule 12(B)(6) Motion To Dismiss.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

28