UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>ST. RITA: *Gonzales,* Case No. 06-8972 | *<br>*<br>*<br>*<br>* | |
| *   *   *   *   *   *   *   * | | |

## SALVADOR AND BEULAH GONZALES' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, Beulah and Salvador Gonzales who respectfully submit this Motion to Remand pursuant to 28 U.S.C. §1447, moving this Honorable Court to remand this case to the 34th Judicial District Court for the Parish of St. Bernard. For the reasons stated in the attached memorandum, plaintiffs respectfully move this Honorable Court for an Order remanding this case to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

s/ Dexter A. Gary
DEXTER A. GARY, T.A. (#2192)
DANNY J. LIRETTE (#8619)
10 Professional Drive
Houma, Louisiana 70360
Telephone: (985) 876-2997
Facsimile: (985) 868-2310
Email: beauxroux@aol.com
Attorneys for Plaintiffs Beulah and

Salvador Gonzales

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

s/ Dexter A. Gary
DEXTER A. GARY, T.A. (#2192)
DANNY J. LIRETTE (#8619)
10 Professional Drive
Houma, Louisiana 70360
Telephone: (985) 876-2997
Facsimile: (985) 868-2310
Email: beauxroux@aol.com