UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES        *
CONSOLIDATED LITIGATION              *         CIVIL ACTION
                                     *         NO. 05-4182 "K"(2)
                                     *         JUDGE DUVAL
                                     *         MAG. WILKINSON
PERTAINS TO:                         *
                                     *
ST. RITA: *Gonzales,* Case No. 06-8972  *
                                     *
                                     *
*    *    *    *    *    *    *    *

**<u>MEMORANDUM IN SUPPORT OF MOTION TO REMAND</u>**

MAY IT PLEASE THE COURT:

In an attempt to facilitate judicial economy, and in support of their motion to remand, plaintiffs hereby adopt, incorporate, and plead as if reproduced herein all of the arguments made in the motions to remand and attached documents previously filed by the following parties in this consolidated litigation, case No. 05-4182:

        1.    Allan Johnson, Document No. 1599, Specific Case No. 06-7400

        2.    Tommy Rodrigue, Document No. 1600, Specific Case No. 06-6639

        3.    Susan Conlon, Document No. 1642, Specific Case No. 06-9321

        4.    Darlene Thedy, Document No. 1807, Specific Case No. 06-8106

        5.    Joy Lewis, Document No. 1813, Specific Case No. 06-8107

        6.    Norman Morales, Document No. 1817, Specific Case No. 06-5962

       7.       Brenda Berthelot, Document No. 1822, Specific Case No. 06-8810

       8.       Emile R. Poisssenot et. al., Document No. 1835, Specific Case No. 06-7858

       9.       Wes Kramer et al., Document No. 1866-2, Specific Case No. 06-7457

Plaintiffs also attaches hereto, in support of their motion, Exhibit "A" wherein the United States of America was voluntarily dismissed as a third-party defendant from the state litigation. The Court should keep in mind the basis of removal was purportedly a third-party claim by the original defendants against the United States of America. Exhibit "A" is a judgment from the $34_{th}$ Judicial District Court for the Parish of St. Bernard wherein the defendants voluntarily dismissed their claims against the United States Government in several of the consolidated cases. These consolidated cases arise from the same set of operative facts as the instant case– namely, the defendants' operation of St. Rita Nursing Home and the deaths and injuries of its residents on August 29, 2005. Defendants' voluntarily dismissal of the United States as a defendant in that case, which is pending in the 34th Judicial District Court and which had been the subject of a case management order in that jurisdiction, is evidence that the United States in neither an indispensable or necessary party to that case, to any of the consolidated cases, or to the case presently before this Court.

The defendants would not have voluntarily dismissed the United States of America had they truly believed they are entitled to indemnity or contribution in tort from the United States. In effect, by proceeding in the manner that they have, the defendants have frustrated judicial economy. The St. Rita cases were pending in Louisiana District Court for the Parish of St. Bernard, where Judge Frank Foil had been appointed over them all. Initial conferences had been held by Judge Foil, and the cases

were organized into groups for administrative purposes. By arbitrarily suing the United States in some, but not all of those cases, the defendants have now frustrated any attempts at orderly discovery and trial of the cases, resulting in more procedural hurdles for the plaintiffs to overcome before these matters all end up in state court. It is the most efficient and proper this for this Court to remand the cases forthwith.

      WHEREFORE, plaintiffs Beulah and Salvador Gonzales, respectfully request that this Motion to Remand be granted and that this Honorable Court remand this action to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

s/ Dexter A. Gary
DEXTER A. GARY, T.A. (#2192)
DANNY J. LIRETTE (#8619)
10 Professional Drive
Houma, Louisiana 70360
Telephone: (985) 876-2997
Facsimile: (985) 868-2310
Email: beauxroux@aol.com
Attorneys for Plaintiffs Beulah and Salvador Gonzales

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

                                          s/ Dexter A. Gary
                                          DEXTER A. GARY, T.A. (#2192)
                                          DANNY J. LIRETTE (#8619)
                                          10 Professional Drive
                                          Houma, Louisiana 70360
                                          Telephone: (985) 876-2997
                                          Facsimile: (985) 868-2310
                                          Email: beauxroux@aol.com