UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES          *
CONSOLIDATED LITIGATION                *          CIVIL ACTION
                                       *          NO. 05-4182 "K"(2)
_____*          JUDGE DUVAL
                                       *          MAG. WILKINSON
PERTAINS TO:                           *
                                       *
ST. RITA: *Gonzales,* Case No. 06-8972 *
                                       *
                                       *
*     *     *     *     *     *     *  *

NOTICE OF HEARING

TO:

James A. Cobb, Jr.
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
(504) 581-1301
Email: jac@ecwko.com

Jeremy D. Goux
Wynne Goux & Lobello, Attorney's at Law
417 N. Theard St.
Covington, LA 70433
985-898-0504
Email: wynnegouxlobello@bellsouth.net

John F. Emmett
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: jfe@ecwko.com

Louis G. Spencer
Emmett, Cobb, Waits & Henning
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
504-581-1301
Email: lgs@ecwko.com

Susan E. Henning
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112
(504) 581-1301

Stevens E. Moore
U. S. Attorney's Office
Hale Boggs Federal Bldg.
500 Poydras St.
Room 210
New Orleans, LA 70130
504-680-3000
Email: stevens.moore@usdoj.gov

Kara K. Miller
U.S. Department of Justice (Box 888)
Torts Branch, Civil Division
Benjamin Franklin Station
P. O. Box 888
Washington, DC 20044
202-616-4448

**PLEASE TAKE NOTICE**, that counsel for plaintiffs, Beulah and Salvador Gonzales will

bring for hearing a Motion to Remand on December 27, 2006, 09:30 a.m. before the Honorable Judge

Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, New

Orleans, Louisiana 70130.

Respectfully submitted,

s/ Dexter A. Gary
DEXTER A. GARY, T.A. (#2192)
DANNY J. LIRETTE (#8619)
10 Professional Drive
Houma, Louisiana 70360
Telephone: (985) 876-2997
Facsimile: (985) 868-2310
Email: beauxroux@aol.com
Attorneys for Plaintiffs Beulah and
Salvador Gonzales

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

s/ Dexter A. Gary
DEXTER A. GARY, T.A. (#2192)
DANNY J. LIRETTE (#8619)
10 Professional Drive
Houma, Louisiana 70360
Telephone: (985) 876-2997
Facsimile: (985) 868-2310
Email: beauxroux@aol.com