## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | & CONSOL. CASES |
| LEVEE (SIMS, JR., NO. 06-5116) | * | |
| | * | SECTION "K" (2) |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| *   *   *   *   *   *   *   * | | |

## ANSWER TO PLAINTIFFS' COMPLAINT AND FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes defendant, the East Jefferson Levee District (EJLD), who answers and sets forth its affirmative defenses as follows:

### FIRST DEFENSE

The Complaint fails to state a claim against this defendant for which relief can be granted.

### SECOND DEFENSE

The East Jefferson Levee District is a political subdivision of the State of Louisiana and is entitled to discretionary immunity for all actions and inactions as alleged in the Complaint under La. R.S. 9:2798.1.

1

### THIRD DEFENSE

As a political subdivision of the State of Louisiana, the East Jefferson Levee District is entitled to a limitation of liability for general damages under La. R.S. 13:5106.

### FOURTH DEFENSE

Defendant affirmatively pleads the doctrine of *Lis Pendens*.

### FIFTH DEFENSE

Defendant avers that the levee was constructed in accordance with federal guidelines.

### SIXTH DEFENSE

Defendant alleges that plaintiffs failed to mitigate their damages.

### SEVENTH DEFENSE

Defendant is immune from liability in accordance with La. R.S. 29:735, La. R.S. 9:2793.1, and La. R.S. 9:2800.

### EIGHTH DEFENSE

Defendant affirmatively alleges that it never had actual or constructive notice, prior to the incident at issue, of any vice or defect which allegedly caused plaintiffs' harm.

### NINTH DEFENSE

Defendant affirmatively alleges that it never had a reasonable opportunity to remedy the alleged defect, the existence of which is denied.

### TENTH DEFENSE

Defendant alleges that it did not exercise authority or jurisdiction over the individuals or entities that were responsible for the design and construction of the levee systems at issue.

## ELEVENTH DEFENSE

Defendant denies that it was negligent, but in the event that it is deemed negligent, then the negligence or fault of the defendant should be compared to the negligence or fault of others, both parties and non-parties the instant action, and any recovery against defendant should be reduced accordingly.

## TWELFTH DEFENSE

Defendant affirmatively alleges that plaintiffs were negligent in failing to follow repeated mandatory evacuation orders, and other such acts or omissions that may be proven at trial.

## THIRTEENTH DEFENSE

Defendant affirmatively alleges that the risks of flooding, injury, and loss of property constituted known risks.

## FOURTEENTH DEFENSE

Defendant affirmatively alleges that if plaintiffs were injured or damaged as alleged, which is denied, then the injuries and damages resulted from an independent, intervening, and/or superceding cause for which defendant may not be held responsible.

## FIFTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs have failed to plead their claims with the requisite particularity.

## SIXTEENTH DEFENSE

Defendant affirmatively alleges that plaintiffs' injuries and damages resulted from circumstances and causes that could not have been prevented by the defendant.

## SEVENTEENTH DEFENSE

Defendant affirmatively alleges that it complied with all statutory and regulatory provisions, both state and federal, with respect to the conduct alleged in plaintiffs' Complaint.

## EIGHTEENTH DEFENSE

Defendant affirmatively alleges that, at all times relevant hereto, it acted as a Federal Officer and/or a Federal Contractor under 28 U.S.C. § 1442(a)(1).

## NINETEENTH DEFENSE

Defendant affirmatively alleges that it cannot be held liable to plaintiffs when it was in compliance with the designs, plans, specifications, and requirements of the United States Army Corps of Engineers or others.  To the extent that the same is applicable, defendant pleads the Government Contractor Defense.

## TWENTIETH DEFENSE

Defendant affirmatively alleges that plaintiff's allegations are improperly vague and ambiguous.  As such, defendant reserves the right to seek more definite allegations from plaintiffs to amend its answer.

## TWENTY-FIRST DEFENSE

Defendant affirmatively pleads that plaintiffs are not entitled to attorney's fees.

## TWENTY-SECOND DEFENSE

Defendant affirmatively pleads that plaintiffs' claims are barred either in whole or in part by the applicable period of limitations or prescriptive/peremptive period.

### TWENTY-THIRD DEFENSE

Defendant affirmatively alleges that plaintiffs' claims are barred due to an Act of God, *force majeure*, and/or a fortuitous event.

### TWENTY-FOURTH DEFENSE

Defendant affirmatively avers that it is immune from liability for any damages caused by floodwaters in accordance with the provisions of 33 U.S.C. § 702(c).

### TWENTY-FIFTH DEFENSE

Defendant affirmatively alleges that to the extent that plaintiffs have, or should hereafter, settle for any of the alleged injuries and damages with any persons, whether parties or non-parties, defendant is entitled to a credit and offset in the amount of said settlement(s), which are not part of the Collateral Source doctrine, and/or for the amount of the settling parties' allocated percentage of fault.

### TWENTY-SIXTH DEFENSE

Defendant affirmatively alleges that maintenance of this action would violate the Separation of Powers provisions of the United States Constitution as, at all pertinent times, defendant's actions were specifically guided by the United States Army Corps of Engineers, through the authority delegated by Congress.

### TWENTY-SEVENTH DEFENSE

Defendant affirmatively pleads improper or inconvenient venue.

### TWENTY-EIGHTH DEFENSE

Defendant affirmatively alleges application of the Federal Tort Claims Act.

## TWENTY-NINTH DEFENSE

Plaintiffs have failed to join indispensable parties as required by Federal Rule of Civil Procedure 19.

## THIRTIETH DEFENSE

This action cannot be properly maintained as a class action.

## THIRTY-FIRST DEFENSE

The EJLD is not an "insurer" as the term is defined under the Louisiana Insurance Code. The alleged "Act of Assurance" is not an "insurance" contract as defined in the Louisiana Insurance Code.

## THIRTY-SECOND DEFENSE

If the Acts of Assurance are insurance policies subject to direct action pursuant to La. R.S. 22:655, which is denied, plaintiffs have failed to name the insured as a defendant as required by La. R.S. 22:655(B).   Thus, plaintiffs have failed to join a necessary and/or dispensable party.

## THIRTY-THIRD DEFENSE

Defendant is not liable to plaintiffs under any alleged "Act of Assurance" or covenant.

**AND NOW**, answering each and every allegation contained in the plaintiffs' Complaint, the East Jefferson Levee District responds as follows:

1.

The allegations contained in Paragraph 1 of the Complaint are denied for lack of information sufficient to justify a belief therein.

2.

The allegations contained in Paragraph 2 of the Complaint do not require an answer from this defendant.  However, to the extent an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

3.

The allegations contained in Paragraph 3 of the Complaint do not require an answer from this defendant.  However, to the extent an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

4.

The allegations contained in Paragraph 4 of the Complaint do not require an answer from this defendant.  However, to the extent an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

5.

The East Jefferson Levee District admits its status under La. R.S. 38:291 *et seq.* and that it is a political subdivision of the State of Louisiana.  The remainder of the allegations contained in Paragraph 5 of the Complaint are denied.

6.

The allegations contained in Paragraph 6 of the Complaint do not require an answer from this defendant.

7.

The allegations contained in Paragraph 7 of the Complaint do not require an answer from this defendant.  However, to the extent an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

8.

The allegations contained in Paragraph 8 of the Complaint are denied for lack of information sufficient to justify a belief therein.

9.

The allegations contained in Paragraph 9 of the Complaint are denied for lack of information sufficient to justify a belief therein.

10.

The allegations contained in Paragraph 10 of the Complaint are denied for lack of information sufficient to justify a belief therein.

11.

The allegations contained in Paragraph 11 of the Complaint are denied for lack of information sufficient to justify a belief therein.

12.

The allegations contained in Paragraph 12 of the Complaint are denied for lack of information sufficient to justify a belief therein.

13.

The allegations contained in Paragraph 13 of the Complaint are denied.

14.

The allegations contained in Paragraph 14 of the Complaint are denied for lack of information sufficient to justify a belief therein.

15.

The allegations contained in Paragraph 15 of the Complaint are denied for lack of information sufficient to justify a belief therein.

16.

The allegations contained in Paragraph 16 of the Complaint are denied for lack of information sufficient to justify a belief therein.

17.

The allegations contained in Paragraph 17 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

18.

The allegations contained in Paragraph 18 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

19.

The allegations contained in Paragraph 19 of the Complaint contain conclusions of law and do not require an answer from this defendant.

20.

The allegations contained in Paragraph 20 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

21.

The allegations contained in Paragraph 21 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

22.

The allegations contained in Paragraph 22 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

23.

The allegations contained in Paragraph 23 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

24.

The allegations contained in Paragraph 24 of the Complaint are admitted only to the extent that defendant maintains and operates certain flood control structures in accordance with specific contractual instructions from the United State Government, as well as state and federal regulations and statutes.

25.

The allegations contained in Paragraph 25 of the Complaint are denied.

26.

The allegations contained in Paragraph 26 of the Complaint are denied.

27.

The allegations contained in Paragraph 27 of the Complaint are denied for lack of information sufficient to justify a belief therein.

28.

The allegations contained in Paragraph 28 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

29.

The allegations contained in Paragraph 29 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

30.

The allegations contained in Paragraph 30 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

31.

The allegations contained in Paragraph 31 of the Complaint are denied with respect to the East Jefferson Levee District.   The remainder of the allegations contained in Paragraph 31 is denied for lack of information sufficient to justify a belief therein.

32.

The allegations contained in Paragraph 32 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

33.

The allegations contained in Paragraph 33 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

34.

The allegations contained in Paragraph 34 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

35.

The allegations contained in Paragraph 35 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

36.

The allegations contained in Paragraph 36 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

37.

The allegations contained in Paragraph 37 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

38.

The allegations contained in Paragraph 38 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

39.

The allegations contained in Paragraph 39 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

40.

The allegations contained in Paragraph 40 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

41.

The allegations contained in Paragraph 41 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

42.

The allegations contained in Paragraph 42 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

43.

The allegations contained in Paragraph 43 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

44.

The allegations contained in Paragraph 44 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

45.

The allegations contained in Paragraph 45 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

46.

The allegations contained in Paragraph 46 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

47.

The allegations contained in Paragraph 47 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

48.

The allegations contained in Paragraph 48 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

49.

The allegations contained in Paragraph 49 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

50.

The allegations contained in Paragraph 50 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

51.

The allegations contained in Paragraph 51 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

52.

The allegations contained in Paragraph 52 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

53.

The allegations contained in Paragraph 53 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

54.

The allegations contained in Paragraph 54 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

55.

The allegations contained in Paragraph 55 of the Complaint are denied insofar as the stated document(s) would be the best evidence of its contents.

56.

The allegations contained in Paragraph 56 of the Complaint are denied insofar as the stated document(s) would be the best evidence of its contents.

57.

The allegations contained in Paragraph 57 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

58.

The allegations contained in Paragraph 58 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

59.

The allegations contained in Paragraph 59 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

60.

The allegations contained in Paragraph 60 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

61.

The allegations contained in Paragraph 61 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

62.

The allegations contained in Paragraph 62 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

63.

The allegations contained in Paragraph 63 of the Complaint contain legal conclusions that do not require an answer from this defendant.  However, to the extent that an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

64.

The allegations contained in Paragraph 64 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

65.

The allegations contained in Paragraph 65 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

66.

The allegations contained in Paragraph 66 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

67.

The allegations contained in Paragraph 67 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

68.

The allegations contained in Paragraph 68 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

69.

The allegations contained in Paragraph 69 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

70.

The allegations contained in Paragraph 70 of the Complaint contain legal conclusions that do not require an answer from this defendant.  However, to the extent that an answer may be deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

71.

The allegations contained in Paragraph 71 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

71.1

The allegations contained in Paragraph 71.1 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

72.

The allegations contained in Paragraph 72 of the Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

73.

The allegations contained in Paragraph 73 contain legal conclusions that do not require an answer.  However, to the extent that an answer is deemed necessary, the allegations are denied.

74.

The allegations contained in Paragraph 74 of the Complaint contain legal conclusions that do not require an answer.  However, to the extent that an answer is deemed necessary, the allegations are denied.

75.

The allegations contained in Paragraph 75 of the Complaint are denied.

75.1

The allegations contained in Paragraph 75.1 of the First Amended Complaint contain legal conclusions that do not require an answer from this defendant.  However, to the extent an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.2

The allegations contained in Paragraph 75.2 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.3

The allegations contained in Paragraph 75.3 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.4

The allegations contained in Paragraph 75.4 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.5

The allegations contained in Paragraph 75.5 of the First Amended Complaint do not require an answer from this defendant.   However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.6

The allegations contained in Paragraph 75.6 of the First Amended Complaint do not require an answer from this defendant.   However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.7

The allegations contained in Paragraph 75.7 of the First Amended Complaint do not require an answer from this defendant.   However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.8

The allegations contained in Paragraph 75.8 of the First Amended Complaint do not require an answer from this defendant.   However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.9

The allegations contained in Paragraph 75.9 of the First Amended Complaint do not require an answer from this defendant.   However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.10

The allegations contained in Paragraph 75.10 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.11

The allegations contained in Paragraph 75.11 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

75.12

The allegations contained in Paragraph 75.12 of the First Amended Complaint do not require an answer from this defendant.  However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

76.

The allegations contained in Paragraph 76 of the Complaint contain legal conclusions for which no answer is necessary.

77.

The allegations contained in Paragraph 77 of the Complaint contain legal conclusions for which no answer is necessary.

78.

The allegations contained in Paragraph 78 of the Complaint contain legal conclusions for which no answer is necessary.

79.

The allegations contained in Paragraph 79 of the Complaint contain legal conclusions for which no answer is necessary.

80.

The allegations contained in Paragraph 80 of the Complaint contain legal conclusions for which no answer is necessary.

81.

There is no Paragraph 81 in the Complaint.

82.

The allegations contained in Paragraph 82 do not require an answer from this defendant. However, to the extent that an answer is deemed necessary, the allegations are denied for lack of information sufficient to justify a belief therein.

83.

The allegations contained in Paragraph 83 of the Complaint are denied.

84.

The allegations contained in Paragraph 84 of the Complaint are denied.

85.

The allegations contained in Paragraph 85 of the Complaint are denied.

86.

The allegations contained in Paragraph 86 of the Complaint contain legal conclusions for which no answer is necessary.  However, to the extent that an answer is deemed necessary, the allegations are denied.

87.

The allegations contained in Paragraph 87 of the Complaint contain legal conclusions for which no answer is necessary.  However, to the extent that an answer is deemed necessary, the allegations are denied.

88.

The allegations contained in Paragraph 88 of the Complaint are denied.

89.

The allegations contained in Paragraph 89 of the Complaint contain legal conclusions for which no answer is required.

90.

The allegations contained in Paragraph 90 of the Complaint are denied for lack of information sufficient to justify a belief therein.

91.

The allegations contained in Paragraph 91 of the Complaint contain legal conclusions for which no answer is necessary.

25

92.

The East Jefferson Levee District denies all allegations contained in the introductory paragraph and in plaintiffs' prayer for relief in both the Complaint and First Amended Complaint.

**WHEREFORE**, defendant, the East Jefferson Levee District, prays that this answer be deemed good and sufficient, and that after due proceedings, there be a judgment in favor of the East Jefferson Levee District and against plaintiffs, with prejudice, at plaintiffs' cost.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK**


s/

_____
LAWRENCE J. DUPLASS (#5199)
GARY M. ZWAIN (#13809)
NICOLE M. BOYER (#29775)
THREE LAKEWAY CENTER, SUITE 2900
3838 NORTH CAUSEWAY BOULEVARD
METAIRIE, LOUISIANA  70002
TELEPHONE:  (504) 832-3700
FACSIMILE:  (504) 837-3119

**ATTORNEYS FOR DEFENDANT,
BOARD OF COMMISSIONERS OF THE
EAST JEFFERSON LEVEE DISTRICT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system.

- **William David Aaron , Jr**
  waaron@goinsaaron.com, rsmith@goinsaaron.com
- **Neil Charles Abramson**
  abramson@phelps.com, parkerd@phelps.com, steadmas@phelps.com
- **Wystan M. Ackerman**
  wackerman@rc.com, sholden@rc.com
- **Glenn B. Adams**
  gadams@phjlaw.com, adamsgb@gmail.com
- **Orr Adams , Jr**
  orradams@aol.com, nancykhobbs@yahoo.com
- **Joseph James Aguda , Jr**
  jaguda@nielsenlawfirm.com, ldurham@nielsenlawfirm.com,
  snichols@nielsenlawfirm.com
- **Angie Arceneaux Akers**
  aakers@lpw-law.com, lgauthreaux@lpw-law.com, bsimpson@lpw-law.com
- **Jonathan Beauregard Andry**
  jandry@andrylawfirm.com, dsmith@andrylawfirm.com
- **Sidney J. Angelle**
  sja@lcba-law.com, rgd@lcba-law.com, ddc@lcba-law.com, bjc@lcba-law.com,
  ebb@lcba-law.com, rsm@lcba-law.com
- **Thomas P. Anzelmo**
  Tanzelmo@mcsalaw.com, jtorrence@mcsalaw.com, ltowler@mcsalaw.com
- **Kirk Norris Aurandt**
  kaurandt@daiglefisse.com
- **John E. Baay , II**
  jbaay@glllaw.com, bmcdonnell@glllaw.com
- **Adam Babich**
  ababich@tulane.edu, ababich@earthlink.net
- **Stephen F. Babin**
  BabinS@ag.state.la.us
- **Suzette Peychaud Bagneris**
  sbagneris@aol.com

- **Sarah House Barcellona**
  sbarcellona@stonepigman.com
- **Valerie Briggs Bargas**
  vbargas@sszblaw.com, cathyb@sszblaw.com
- **Judy Y. Barrasso**
  jbarrasso@barrassousdin.com, slanglois@barrassousdin.com
- **Brent Bennett Barriere**
  barrierb@phelps.com, battagld@phelps.com
- **Francis J. Barry , Jr**
  fbarry@dkslaw.com, jhyde@dkslaw.com
- **Stephen R. Barry**
  sbarry@barrypiccione.com, sdixon@barrypiccione.com, klatiolais@barrypiccione.com
- **Adrianne L. Baumgartner**
  abaumgartner@phjlaw.com, kboudreaux@phjlaw.com
- **Samuel Beardsley , Jr**
  s_beards@bellsouth.net, sbeardsley@couturelaw.net, sbjrdar@cox.net
- **Daniel E. Becnel , Jr**
  dbecnel@becnellaw.com, mmoreland@becnellaw.com
- **Robert M. Becnel**
  ROBBECNEL@AOL.COM
- **Kerrie Theriot Belsome**
  kbelsome@dkslaw.com
- **Eric B. Berger**
  ebb@lcba-law.com, rsm@lcba-law.com
- **Keith J. Bergeron**
  kbergeron@dkslaw.com, jvelez@dkslaw.com, bergeron-keith@cox.net
- **Clifton O. Bingham , Jr**
  cbingham@oatshudson.com, drandazzo@oatshudson.com
- **Kelly Cambre Bogart**
  kbogart@duplass.com, kprice@duplass.com
- **David Ira Bordelon**
  dbordelon@ungarino-eckert.com
- **Martha Dupree Bowden**
  mdbowden03@yahoo.com
- **Nicole McDaniel Bowen**
  nbowen@duplass.com, sbowser@duplass.com, cmotes@duplass.com
- **Thomas M. Brahney**
  BrahneyT@ag.state.la.us
- **Lisa Brener**
  lbrener@brenerlaw.com

- **Terrence L. Brennan**
  tbrennan@dkslaw.com, spacaccio@dkslaw.com
- **Philip S. Brooks , Jr**
  pbrooks@monbar.com, mokeefe@monbar.com
- **Christopher James Bruno**
  cbruno@brunobrunolaw.com
- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com, stephaniep@brunobrunolaw.com
- **Brant J. Cacamo**
  BJC@LCBA-LAW.COM, rsm@lcba-law.com
- **Joseph Edward Cain**
  jcain@hhkc.com, emartin@hhkc.com
- **Robert John Caluda**
  rcaluda@rcaluda.com, stephanie@rcaluda.com
- **Jaime Michele Cambre**
  jcambre@duplass.com, sbowser@duplass.com
- **David Ryan Cannella**
  dcannella@landryswarr.com, lslaw@landryswarr.com
- **Brian Joseph Capitelli**
  bcapitelli@barrassousdin.com, slanglois@barrassousdin.com
- **Burt K. Carnahan**
  bkc@lcba-law.com, mbm@lcba-law.com
- **Raymond A. Chenault**
  rchenault@mcglinchey.com
- **Christopher Chocheles**
  cchocheles@shergarner.com, oarregui@shergarner.com
- **Amanda G. Clark**
  aclark@fjdlegal.com, jerrie@fjdlegal.com
- **Albert D. Clary**
  adc@longlaw.com, kge@longlaw.com, rhondad@longlaw.com
- **James A. Cobb , Jr**
  jac@ecwko.com, kcb@ecwko.com, saa@ecwko.com, am@ecwko.com
- **Kevin Lawrence Cole**
  kcole@gjtbs.com, bmorton@gjtbs.com, craymond@gjtbs.com
- **Thomas Louis Colletta , Jr**
  lcolletta@lemle.com
- **Traci L. Colquette**
  Traci.ColQuette@usdoj.gov, Catherine.Corlies@usdoj.gov
- **Charles Bruce Colvin**
  ccolvin@kingsmillriess.com, lbarre@kingsmillriess.com, bseamster@kingsmillriess.com

- **John Patrick Connick**
  pconnick@lil.nocoxmail.com
- **Clayton Morris Connors**
  cconnors@mumphreylaw.com, gmcgowen@mumphreylaw.com
- **Rebecca Y. Cooper**
  rebecca.cooper@phelps.com, pattersk@phelps.com
- **Joseph W. Cotchett**
  jcotchett@cpsmlaw.com
- **James Dalton Courson**
  dcourson@stonepigman.com
- **Keith Michael Couture**
  keithcouture@bellsouth.net, kcouture@couturelaw.net, art894@aol.com
- **Richard Abelard Cozad**
  rcozad@mpc-law.com, kforet@mpc-law.com, bboudreaux@mpc-law.com
- **William Jerrol Crain**
  wc@jonesfussell.com
- **Robert G. Creely**
  rcreely@aol.com, tph59@amatocreely.nocoxmail.com
- **Jack J. Crowe**
  jcrowe@winston.com
- **John J. Cummings , III**
  ccdlawfirm@aol.com
- **Martha Y. Curtis**
  mcurtis@shergarner.com, lgraffagnini@shergarner.com
- **Frank Jacob D'Amico , Jr**
  damico@damicolaw.net, ldeogracias@damicolaw.net
- **Christian E. Daigle**
  daiglec@phelps.com
- **Thomas W. Darling**
  tdarling@grhg.net, tigerthom@cox.net, firm@grhg.net, tl@grhg.net
- **Jacques P. DeGruy**
  jdegruy@mblb.com, smethe@mblb.com
- **Beverly Aloisio DeLaune**
  bdelaune@dkslaw.com, dkimble@dkslaw.com
- **Erin E. Dearie**
  dearie@bayoulaw.com, aadams@bayoulaw.com
- **Kevin R. Derham**
  kderham@duplass.com, sbowser@duplass.com, ndavis@duplass.com
- **Joseph Vincent DiRosa , Jr**
  jvdirosa@cityofno.com, jdirosa1@cox.net

- **Richard Nelson Dicharry**
  dicharrr@phelps.com, pattersk@phelps.com
- **James L. Donovan , Jr**
  JDonovan@donovanlawler.com, jtaulli@donovanlawler.com
- **Walter C. Dumas**
  wdumas@dumaslaw.com, tyoungblood@dumaslaw.com
- **Mary L. Dumestre**
  mdumestre@stonepigman.com
- **Richard G. Duplantier , Jr**
  duplantier@gjtbs.com, kking@gjtbs.com
- **Lawrence J. Duplass**
  lduplass@duplass.com, sdeblieux@duplass.com, caccardo@duplass.com
- **Michael McGrath Duran , Sr**
  mduran@oatshudson.com
- **Daniel L. Dysart**
  dldysart@dst-law.com, angeliquew@dst-law.com
- **Emily E. Eagan**
  eeagan@joneswalker.com, psenentz@joneswalker.com
- **William Harry Eckert**
  beckert@ungarino-eckert.com
- **N. Frank Elliot , III**
  felliot@rgelaw.com, lhartley@rgelaw.com
- **Stephen N. Elliott**
  elliotts@bernard-cassisa.com
- **John N. Ellison**
  jellison@andersonkill.com, mtodd@andersonkill.com, glite@andersonkill.com
- **John F. Emmett**
  jfe@ecwko.com, wrwjv@aol.com, crb@ecwko.com
- **Clarence William Emory**
  bemory@mblb.com, smethe@mblb.com
- **Nina Wessel English**
  nenglish@gordonarata.com, wdorsey@gordonarata.com
- **John B. Esnard , III**
  jesnard@dkslaw.com
- **John Karl Etter**
  jke@rodneylaw.com, jke57@bellsouth.net
- **Richard M. Exnicios**
  rexnicios@damicolaw.net
- **Andrea L. Fannin**
  afannin@stonepigman.com

- **Christopher R. Farrell**
  crfarrell@jonesday.com
- **Calvin Clifford Fayard , Jr**
  calvinfayard@fayardlaw.com, donna@fayardlaw.com
- **Shera J. Finn**
  sfinn@barrassousdin.com
- **Catherine J. Finnegan**
  tess.finnegan@usdoj.gov, catherine.corlies@usdoj.gov
- **Debra J. Fischman**
  dfischman@shergarner.com, jhubert@shergarner.com
- **Stephen G. Flynn**
  stephen.flynn@usdoj.gov, torts.aa.files@usdoj.gov
- **John L. Fontenot , Jr**
  John.Fontenot@arlaw.com, Bridget.Chandler@arlaw.com
- **Jason Paul Foote**
  jfoote@chopin.com
- **Charles C. Foti , Jr**
  southalll@ag.state.la.us
- **Marc L. Frischhertz**
  mlfrisch@bellsouth.net, jspellman1@bellsouth.net, lnfrisch@aol.com
- **Nina D. Froeschle**
  nfroeschle@hunton.com
- **Craig Edmond Frosch**
  cfrosch@usryandweeks.com, mdelcastillo@usryandweeks.com, cefrosch2@hotmail.com
- **Samuel B. Gabb**
  sam@lcgllaw.com, cgranger@lundydavis.com
- **Gary Joseph Gambel**
  ggambel@mrsnola.com, shotard@mrsnola.com
- **William Christian Gambel**
  wgambel@millinglaw.com, mshrell@millinglaw.com, pbarrere@millinglaw.com
- **Christian Albert Garbett**
  cgarbett@klb-law.com, dburleigh@klb-law.com
- **Thomas Francis Gardner**
  gardner@bayoulaw.com, aadams@bayoulaw.com
- **James M. Garner**
  jgarner@shergarner.com, jchocheles@shergarner.com, mgarner@shergarner.com
- **Dexter A. Gary**
  beauxroux@aol.com, Lirette@bellsouth.net
- **Scott Owen Gaspard**
  sgaspard@burglass.com

- **James F. Gasquet , III**
  jgasquet3@bellsouth.net
- **Thomas Livingston Gaudry , Jr**
  tgaudry@grhg.net, dbreaux@grhg.net, firm@grhg.net
- **Kenneth Joseph Gelpi , Jr**
  kgelpi@monbar.com, ymaranto@monbar.com, lquintana@monbar.com
- **Louis L. Gertler**
  lgertler@ggvplaw.com, kagnelly@ggvplaw.com
- **Meyer H. Gertler**
  mhgertler@ggvplaw.com, emaynard@ggvplaw.com
- **Dominic Joseph Gianna**
  dgianna@midrid.com, dabraham@midrid.com, cbarbier@midrid.com
- **Nancy B. Gilbert**
  ngilbert@kcwlaw.com
- **George Moore Gilly**
  gillyg@phelps.com, dunnk@phelps.com
- **Thomas V. Girardi**
  tgirardi@girardikeese.com
- **Soren Erik Gisleson**
  sgisleson@hhkc.com, emartin@hhkc.com
- **Phyllis Esther Glazer**
  glazerp@ag.state.la.us, pennm@ag.state.la.us, pearleyj@ag.state.la.us,
  kellerm@ag.state.la.us
- **Stephen E. Goldman**
  sgoldman@rc.com, akowalsky@rc.com
- **Pablo Gonzalez**
  gonzalep@phelps.com, pabsgonzalez@hotmail.com, bradfors@phelps.com
- **Jeremy D. Goux**
  wynnegouxlobello@bellsouth.net
- **Arthur Gordon Grant , Jr**
  ggrant@monbar.com, ymaranto@monbar.com, lquintana@monbar.com
- **Andrew R. Greene**
  agreene@sonnenschein.com
- **Philip L. Gregory**
  pgregory@cpsmlaw.com
- **James Bradley Guest**
  jimguest@bellsouth.net
- **Joseph Pierre Guichet**
  jguichet@lawla.com, aboyd@lawla.com
- **Kara M. Hadican**
  khadican@gainsben.com, cbabin@gainsben.com

- **Jim S. Hall**
  jim@jimshall.com, jodi@jimshall.com, kerry@jimshall.com, debbie@jimshall.com
- **William Marvin Hall**
  wmh@haileymcnamara.com
- **Erin Casey Hangartner**
  ehangartner@midrid.com
- **Mark Emerson Hanna**
  mhanna@mcsalaw.com, ozg@mcsalaw.com
- **Lesli D. Harris**
  lharris@stonepigman.com, sgothard@stonepigman.com
- **Randall Earl Hart**
  randall@broussard-hart.com
- **Robert G. Harvey , Sr**
  rgharvey@bellsouth.net
- **Lambert Joseph Hassinger , Jr**
  Jhassinger@gjtbs.com
- **Timothy William Hassinger**
  thassinger@gjtbs.com, awebster@gjtbs.com
- **Bonita Y. Hawkins**
  bhawkins@barrassousdin.com, mowens@barrassousdin.com
- **Joseph W. Hecker**
  arod@odwyerlaw.com
- **Carl E. Hellmers , III**
  chellmers@frilotpartridge.com
- **Herman C. Hoffmann , Jr**
  hhoffmann@spsr-law.com, calcantar@spsr-law.com
- **Brian A. Homza**
  homzab@cykg.com, pooles@cykg.com, cartere@cykg.com
- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com, mindy@fayardlaw.com
- **Ralph Shelton Hubbard , III**
  rhubbard@lawla.com, ljackson@lawla.com
- **William M. Hudson , III**
  mhudson@oatshudson.com, kellzey@oatshudson.com
- **Dominick F. Impastato , III**
  dimpastato@gmail.com, jspellman1@bellsouth.net
- **Darleen Marie Jacobs**
  dollyno@aol.com
- **Tamara Kluger Jacobson**
  tkjacobson@aol.com, mrosinia@hotmail.com

- **H. Alston Johnson**
  johnsona@phelps.com, davisj@phelps.com
- **Christopher K. Jones**
  cjones@kcwlaw.com
- **Steven C. Judice**
  sjudice@kcwlaw.com, stacie@kcwlaw.com, meda-kay@kcwlaw.com
- **Kevin P. Kamraczewski**
  kevink@sonnenschein.com
- **Howard Bruce Kaplan**
  hkaplan@bernard-cassisa.com
- **Brian David Katz**
  bkatz@hhkc.com, bjackson@hhkc.com
- **David Edmund Kavanagh**
  dkavanagh@wkrlaw.com
- **Patrick G. Kehoe , Jr**
  pgkehoejr@kehoejr.com
- **Anne Derbes Keller**
  akeller@bakerdonelson.com, lhook@bakerdonelson.com
- **Michael Courtney Keller**
  kellerm@ag.state.la.us, pennm@ag.state.la.us, philibertj@ag.state.la.us,
  pearleyj@ag.state.la.us, babins@ag.state.la.us, glazerp@ag.state.la.us
- **Duane M. Kelley**
  dkelley@winston.com
- **Jason R. Kenney**
  jrk@ecwko.com, kcb@ecwko.com
- **Robert Emmett Kerrigan , Jr**
  rkerrigan@dkslaw.com, rek@dkslaw.com, rbrowne@dkslaw.com
- **John Fredrick Kessenich**
  rkessenich@daiglefisse.com, dlebreton@daiglefisse.com
- **Richard E. King**
  rking@gjtbs.com, aditcharo@gjtbs.com
- **Kyle P. Kirsch**
  kkirsch@mcsalaw.com, lbarnes@mcsalaw.com, tbrady@mcsalaw.com
- **Ronald Joseph Kitto**
  rkitto@monbar.com, njohnson@monbar.com
- **Robert W. Knights**
  rknights@ggvplaw.com, kagnelly@ggvplaw.com
- **William Lee Kohler**
  lkohler@lawla.com
- **Beth M. Kramer**
  bkramer@crowell.com

- **Stephen Skelly Kreller**
  sskreller@gmail.com
- **Alex Kriegsman**
  alex.kriegsman@usdoj.gov, efile_nrs.enrd@usdoj.gov
- **Andre Jude Lagarde**
  ajl@mcsalaw.com
- **Hugh Palmer Lambert**
  hlambert@lambertandnelson.com, alexis@lambertandnelson.com
- **Kent A. Lambert**
  klambert@bakerdonelson.com, mrich@bakerdonelson.com,
  psigmon@bakerdonelson.com
- **John M. Landis**
  jlandis@stonepigman.com, pkrupicka@stonepigman.com
- **Kathryn W. Landry**
  klandry@ieyoublandry.com, kathilandry@aol.com
- **Mickey P. Landry**
  mlandry@landryswarr.com, lslaw@landryswarr.com
- **Wade Antoine Langlois , III**
  wlanglois@grhg.net, ptranchina@grhg.net
- **Lindsay A. Larson , III**
  llarson@klb-law.com, spond@klb-law.com
- **William J. Larzelere , Jr**
  blarzelere@lpw-law.com, tdejean@lpw-law.com
- **Catherine Elena Lasky**
  laskyk@phelps.com, battagld@phelps.com
- **Thomas Patrick LeBlanc**
  tleblanc@lundydavis.com, jdibbley@lundydavis.com
- **Joseph E. Lee , III**
  jel@pkrlaw.com, lvw@pkrlaw.com, smt@pkrlaw.com
- **Wayne J. Lee**
  wlee@stonepigman.com, pwhite@stonepigman.com
- **Daniel Lichtl**
  dlichtl@frc-law.com, sbm@frc-law.com, cnunez@frc-law.com
- **Edward John Lilly**
  elilly@cclhlaw.com, lross@cclhlaw.com
- **Danny J. Lirette**
  lirette@bellsouth.net
- **Jay M. Lonero**
  jlonero@lpw-law.com, bsimpson@lpw-law.com, rromeu@lpw-law.com
- **Douglas Conrad Longman , Jr**
  dlongman@pdlaw.com, kfulton@pdlaw.com

- **Heather Shauri Lonian**
  hlonian@stonepigman.com, dmurphy@stonepigman.com
- **Barbara L. Lyons**
  blyons@cpsmlaw.com
- **George T. Manning**
  gtmanning@jonesday.com
- **F. Gerald Maples**
  federal@geraldmaples.com, ldemos@fgmapleslaw.com
- **Belhia V. Martin**
  belhiamartin@bellsouth.net
- **Christopher W. Martin**
  martin@mdjwlaw.com, lindaa@mdjwlaw.com
- **Richard Massie Martin , Jr**
  rmmjr@cox.net
- **Tara Lavel Mason**
  tlm@lcba-law.com
- **Adam Patrick Massey**
  amassey@klb-law.com, aalmaaita@klb-law.com
- **Freeman Rudolph Matthews**
  pmatthews@usryandweeks.com, mdelcastillo@usryandweeks.com, frm_matthews@yahoo.com
- **Ben Louis Mayeaux**
  bmayeaux@ln-law.com, denisen@ln-law.com
- **Michael L. McAlpine**
  mmcalpine@mpc-law.com, sfury@mpc-law.com
- **Jonathan Christopher McCall**
  mccall@chaffe.com, connors@chaffe.com
- **James F. McConnon , Jr**
  jim.mcconnon@usdoj.gov, catherine.corlies@usdoj.gov
- **Gregory John McDonald**
  gmcdonald@bfrob.com, kbutler@bfrob.com
- **Eugene M. McEachin , Jr**
  mceachine@bernard-cassisa.com
- **Julia E. McEvoy**
  jmcevoy@jonesday.com
- **Gordon J. McKernan**
  gmckernan@mckernanlawfirm.com, hbarousse@mckernanlawfirm.com
- **J. J. (Jerry) McKernan**
  jemckernan@mckernanlawfirm.com, hkeller@mckernanlawfirm.com
- **Evans Martin McLeod**
  mcleodm@phelps.com, weyerp@phelps.com

- **Robert A. McMahon , Jr**
  mcmahonr@bernard-cassisa.com, blanchp@bernard-cassisa.com,
  rambo1615@yahoo.com, thibodt@bernard-cassisa.com
- **Daphne P. McNutt**
  dmcnutt@barrypiccione.com, sdixon@barrypiccione.com
- **Anne Elizabeth Medo**
  anne_medo@haileymcnamara.com, laurie_sigur@haileymcnamara.com
- **Emma Alexandra Mekinda**
  emmamekinda@yahoo.com, em@mpc-law.com, khf@mpc-law.com, ljohnson@mpc-law.com
- **Gerald A. Melchiode**
  jmelchiode@gjtbs.com, mwilson@gjtbs.com
- **Joseph Mark Messina**
  jmm@lcba-law.com, ddc@lcba-law.com
- **Gerald Edward Meunier**
  dmartin@gainsben.com, gmeunier@gainsben.com
- **Kara K. Miller**
  kara.k.miller@usdoj.gov, catherine.corlies@usdoj.gov
- **Clay Mitchell**
  cmitchell@levinlaw.com
- **Charles W. Montz , Jr**
  willm@ln-law.com, bmayet@ln-law.com
- **Stevens E. Moore**
  stevens.moore@usdoj.gov, rosanne.alford@usdoj.gov, sherrel.taylor@usdoj.gov
- **Arthur Anthony Morrell**
  jeanpaulmorrell@hotmail.com
- **Andre J. Mouledoux**
  amouledoux@mblb.com, dhoerner@mblb.com, bpgus@aol.com, pvanmatre@mblb.com
- **Sean P. Mount**
  smount@hmhlp.com, clandry@hmhlp.com
- **James Bryan Mullaly**
  jamesmullaly1@hotmail.com, jbmullaly@cityofno.com, dbrown@cityofno.com
- **Betty Finley Mullin**
  bmullin@spsr-law.com, lynnz@spsr-law.com
- **J. Wayne Mumphrey**
  jwmumphrey@mumphreylaw.com, smitchell@mumphreylaw.com
- **Howard Louis Murphy**
  hmurphy@dkslaw.com, mcazaubon@dkslaw.com
- **Robert Hugh Murphy**
  rmurphy@mrsnola.com, SPassauer@mrsnola.com

- **John Herr Musser , IV**
  jmusser@bellsouth.net
- **William Roy Mustian , III**
  naitsum@hotmail.com, treymustian@yahoo.com
- **Adrian Girard Nadeau**
  agn@longlaw.com
- **Daniel W. Nelson**
  dnelson@gibsondunn.com, jfortell@gibsondunn.com
- **John Francis Nevares**
  jfnevares-law@microjuris.com
- **John A.V. Nicoletti**
  jnicoletti@nicolettihornig.com, wfennell@nicolettihornig.com
- **Gerald J. Nielsen**
  gjnielsen@aol.com
- **James R. Nieset , Jr**
  jnieset@phjlaw.com, tdonnell@phjlaw.com
- **Michaela E. Noble**
  mnoble@monbar.com, mokeefe@monbar.com
- **Gregory James Noto**
  gjcookie45@AOL.com
- **Robert A. Novak**
  rnovak@nicolettihornig.com
- **Pierce O'Donnell**
  pod@oslaw.com, aowen@oslaw.com
- **Ashton Robert O'Dwyer , Jr**
  arod@odwyerlaw.com
- **William E. O'Neil**
  weo@theoneilgroup.com, avj@theoneilgroup.com
- **Pius Akamdi Obioha**
  pakamdi@aol.com
- **Frances Mae Olivier**
  franntown@yahoo.com
- **Dominic J. Ovella**
  dovella@hmhlp.com, jkent@hmhlp.com
- **Michael C. Palmintier**
  mpalmintier@dphf-law.com, jamerson@dphf-law.com, dmoore@dphf-law.com
- **James L. Pate**
  jamesp@ln-law.com, leslies@ln-law.com
- **Darren Albert Patin**
  dpatin@hmhlp.com

- **Maura Zivalich Pelleteri**
  mpelleteri@kfplaw.com, aseltzer@kfplaw.com, tkittrell@kfplaw.com
- **Gary Michael Pendergast**
  GMPendergastLLC@aol.com, limo1462@aol.com
- **Christopher Raymond Pennison**
  cpennison@lpw-law.com, lgauthreaux@lpw-law.com
- **Ronnie Glynn Penton**
  fedcourtmail@rgplaw.com, fedcourtmail2@rgplaw.com
- **David K Persons**
  dpersons@haileymcnamara.com, mbrown@haileymcnamara.com
- **C. Michael Pfister**
  mpfister@duplass.com, kkeller@duplass.com, gjackson@duplass.com
- **Dennis J. Phayer**
  dphayer@burglass.com
- **Frank Anthony Piccolo**
  fap@pkrlaw.com
- **H. Minor Pipes , III**
  mpipes@barrassousdin.com, shooker@barrassousdin.com
- **Andrew Lane Plauche , Jr**
  aplauche@pmpllp.com, jordeneaux@pmpllp.com, pzanco@pmpllp.com,
  ahuff@pmpllp.com, charrell@pmpllp.com, aguder@pmpllp.com
- **Camille Bienvenu Poche**
  cpoche@pdlaw.com, pmichon@pdlaw.com
- **Paul J. Politz**
  ppolitz@twpdlaw.com, rsylvera@twpdlaw.com, mmarcello@twpdlaw.com
- **Matthew F. Popp**
  mfp@ecwko.com, matthewpopp@msn.com
- **Drew A. Ranier**
  dranier@rgelaw.com, marnold@rgelaw.com
- **James C. Rather , Jr**
  jrather@mcsalaw.com
- **Daniel Gibbons Rauh**
  Drauh@glllaw.com
- **Joseph W. Rausch**
  joe@jimshall.com, debbie@jimshall.com
- **Albert Joseph Rebennack , Jr**
  ajrebennack@cox.net, stephanie@rcaluda.com
- **Richard Thomas Reed**
  rickreed@sszblaw.com
- **Simeon B. Reimonenq , Jr**
  sreimonenq@lawla.com, aboyd@lawla.com

- **Gino John Rendeiro**
  GRENDEIRO@WKRLAW.COM, JBERGERON@WKRLAW.COM
- **Don M. Richard**
  drichard@dmrlaw.net
- **Pamela K. Richard**
  pkr@lcba-law.com, mbm@lcba-law.com
- **Thomas M. Richard**
  trichard@chopin.com
- **Timothy R. Richardson**
  trichardson@usryandweeks.com
- **Stephen Winthrop Rider**
  srider@mcglinchey.com, mgambill@mcglinchey.com
- **Michael R.C. Riess**
  mriess@kingsmillriess.com
- **William E. Rittenberg**
  rittenberg@rittenbergsamuel.com
- **William Joseph Riviere**
  bill.riviere@phelps.com, weyerp@phelps.com
- **John L. Robert , III**
  jrobert@frc-law.com, sbm@frc-law.com
- **April Rochelle Roberts**
  aroberts@lawla.com, mnguyen@lawla.com
- **Wendy Hickok Robinson**
  whrobinson@gordonarata.com, sbarden@gordonarata.com, smaone@gordonarata.com,
  gordonarata@yahoo.com
- **Roy J. Rodney , Jr**
  RJR@rodneylaw.com, NBM@rodneylaw.com
- **Susan Muller Rogge**
  srogge@barrassousdin.com
- **Harry Rosenberg**
  ROSENBEH@PHELPS.COM
- **James H. Roussel**
  jroussel@bakerdonelson.com
- **James P. Roy**
  jimr@wrightroy.com, sandym@wrightroy.com, susant@wrightroy.com
- **Charles Robert Rumbley**
  crr@lcba-law.com
- **Gary Jude Russo**
  gjrusso@perretdoise.com, llandry@perretdoise.com
- **Camilo Kossy Salas , III**
  csalas@salaslaw.com

- **David P. Salley**
  dsalley@shrmlaw.com, mmonsour@shrmlaw.com
- **Jonathan H. Sandoz**
  jsandoz@daiglefisse.com, tbarrios@daiglefisse.com
- **David Scott Scalia**
  DAVID@brunobrunolaw.com, florian@brunobrunolaw.com,
  jennifer@brunobrunolaw.com
- **Seth Andrew Schmeeckle**
  sschmeeckle@lawla.com, mspadoni@lawla.com
- **Matthew D. Schultz**
  mschultz@levinlaw.com
- **Nyka M. Scott**
  nscott@bakerdonelson.com, lhook@bakerdonelson.com
- **Charles F. Seemann , Jr**
  cseemann@dkslaw.com, clafaye@dkslaw.com
- **Kevin Discon Shearman**
  lawyer94@aol.com
- **Robert I. Siegel**
  rsiegel@glllaw.com, jhale@glllaw.com
- **George R. Simno , III**
  gsimno@swbno.org
- **David R. Simonton**
  dsimonton@sonnenschein.com
- **Michael R. Sistrunk**
  mrs@mcsalaw.com, mlt@mcsalaw.com, kab@mcsalaw.com
- **Benjamin Richard Slater , III**
  bslater@lemle.com, mmonfrey@lemle.com
- **Peter Brooks Sloss**
  psloss@mrsnola.com
- **John H Smith**
  jsmith@mckernanlawfirm.com, esimon@mckernanlawfirm.com
- **Randall A. Smith**
  rasmith3@bellsouth.net, mmzornes@bellsouth.net
- **Robin D. Smith**
  robin.doyle.smith@usdoj.gov, catherine.corlies@usdoj.gov
- **Louis G. Spencer**
  lgs@ecwko.com, saa@ecwko.com
- **Michael D. Spencer**
  spencer@chaffe.com, gaddy@chaffe.com
- **Joseph L. Spilman , III**
  jspilman@hmhlp.com, jdanos@hmhlp.com

- **Remy Voisin Starns**
  rvs127@juno.com, remy@ridgerunners.biz
- **Elwood C. Stevens , Jr**
  attyecs@aol.com, cat1857@aol.com
- **Victor Elbert Stilwell , Jr**
  vstilwell@dkslaw.com
- **David A. Strauss**
  dstrauss@klb-law.com, bcowand@klb-law.com
- **Deborah M. Sulzer**
  deborah@deborahsulzerlaw.com
- **Frank J. Swarr**
  fswarr@landryswarr.com, lslaw@landryswarr.com
- **Paul A. Tabary , III**
  patabary@dst-law.com, connies@dst-law.com
- **Brent A. Talbot**
  talbot@chaffe.com, mayeaux@chaffe.com
- **Patrick A. Talley , Jr**
  ptalley@frilotpartridge.com, jtolar@frilotpartridge.com
- **Christopher Kent Tankersley**
  ctankersley@burglass.com
- **Kelly Theard**
  ktheard@dkslaw.com, spacaccio@dkslaw.com
- **Cynthia J. Thomas**
  cthomas@gjtbs.com, cmussachia@gjtbs.com
- **Vernon Palmer Thomas**
  vpthom1@bellsouth.net
- **Richard Alvin Tonry , II**
  lolivier@tonryandginart.com, rwest@tonryandginart.com
- **Sidney Donecio Torres , III**
  storres@torres-law.com, dhemelt@torres-law.com, rburns@torres-law.com
- **Virginia Y. Trainor**
  trainorg@phelps.com
- **Chad M. Trammell**
  chadtrammell@nixlawfirm.com
- **William T. Treas**
  wtreas@nielsenlawfirm.com, srogers@nielsenlawfirm.com,
  sbillingsley@nielsenlawfirm.com
- **William D. Treeby**
  wtreeby@stonepigman.com, lshea@stonepigman.com
- **Connie P. Trieu**
  ctrieu@dcolvinlaw.com, slester@dcolvinlaw.com

- **Richard John Tyler**
  rtyler@joneswalker.com, jcasella@joneswalker.com
- **Matthew J. Ungarino**
  mungarino@ungarino-eckert.com
- **John Elliott Unsworth , Jr**
  john_unsworth@haileymcnamara.com, rcurcuru@hmhlp.com,
  ltusa@haileymcnamara.com
- **Steven W. Usdin**
  susdin@barrassousdin.com, shooker@barrassousdin.com
- **Jon A. Van Steenis**
  jvansteenis@daiglefisse.com, regberk@yahoo.com, manderson@daiglefisse.com
- **Susan Molero Vance**
  smv@theoneilgroup.com, avj@theoneilgroup.com, lc@theoneilgroup.com,
  cmh@theoneilgroup.com
- **Gregory P. Varga**
  gvarga@rc.com, lgallucci@rc.com
- **Wendell R. Verret**
  wverret@barrypiccione.com
- **Stephen H. Vogt**
  shvogt@bellsouth.net
- **Jean Michel Voltaire**
  jean.michel.voltaire@usdoj.gov, jmv7182@hotmail.com
- **John R. Walker**
  johnwalker@allengooch.com
- **Jennifer W. Wall**
  wallj@phelps.com
- **Michael Q. Walshe , Jr**
  mwalshe@stonepigman.com
- **John William Waters , Jr**
  jwaters@bfrob.com, blawson@bfrob.com
- **B. Gerald Weeks**
  BGWEEKS@AOL.COM, WKRLAW@AOL.COM
- **William John Wegmann , Jr**
  wjwegmann@aol.com, nancykhobbs@yahoo.com
- **Nicholas J. Wehlen**
  nwehlen@stonepigman.com, lshea@stonepigman.com
- **Alan Dean Weinberger**
  aweinber@midrid.com, ebreaux@midrid.com
- **Francis Gerald Weller**
  fweller210@aol.com

- **Paula Marcello Wellons**
  pwellons@twpdlaw.com, rsylvera@twpdlaw.com, mmarcello@twpdlaw.com,
  jellison@twpdlaw.com
- **Marion Overton White**
  marionwhite@bellsouth.net
- **Lawrence D. Wiedemann**
  wiedemannlaw@gmail.com
- **Stephen Michael Wiles**
  smwiles@fgmapleslaw.com, ltaylor@fgmapleslaw.com
- **Kristopher T. Wilson**
  kwilson@lawla.com, dfogg@lawla.com
- **LaDonna Grey Wilson**
  lwilson@lawla.com
- **Jesse Lee Wimberly , III**
  wimberly@nternet.com, dorisstein@nternet.com
- **Scott L. Winkelman**
  swinkelman@crowell.com
- **Jon Wesley Wise**
  jwise@frc-law.com, sbm@frc-law.com, pzavoda@frc-law.com
- **Phillip A. Wittmann**
  pwittmann@stonepigman.com, jchaillot@stonepigman.com,
  jweinstein@stonepigman.com
- **Scott G. Wolfe , Jr**
  scott@wolfelaw.com, lillian@wolfelaw.com
- **John Powers Wolff , III**
  jwolff@kcwlaw.com, cathy@kcwlaw.com, cjones@kcwlaw.com
- **Robert R. Wood , Jr**
  robert.wood@phelps.com, woodr@phelps.com
- **Justin I. Woods**
  jwoods@gainsben.com
- **Bob F. Wright**
  bobw@wrightroy.com, darlenep@wrightroy.com, susant@wrightroy.com
- **William Everard Wright , Jr**
  wwright@dkslaw.com
- **Vincent F. Wynne , Jr**
  wynnelawfirm@bellsouth.net
- **Alan J. Yacoubian**
  ajy@jjbylaw.com, rspaysse@jjbylaw.com, drutherford@jjbylaw.com, dcc@jjbylaw.com
- **John W. deGravelles**
  jdegravelles@dphf-law.com, jfryoux@dphf-law.com

Notice of this filing will be sent to the following individuals via U.S. Mail, postage

prepaid and properly addressed:

**Carole A. Breithoff  (Weller)**
2932 Lime Street
Metairie, LA 70006

**Michael Waite Collins**
Porteous, Hainkel & Johnson
704 Carondelet St.
New Orleans, LA 70130-3774

**Frederick J. Gisevius, Jr**
Law Offices of Fred Gisevius
12 Metairie Court
Metairie, LA 70001

**Joseph P. Lopinto, III**
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

**William J. Luscy, III**
William Luscy, III, Attorney at Law
616 Papworth Ave., Suite C
Metairie, LA 70005

**Susie Morgan**
Phelps Dunbar, LLP
Canal Place
365 Canal St., Suite 2000
New Orleans, LA 70130-6534

**Richard Anthony Weigand**
Weigand & Levenson
427 Gravier St., 1st Floor
New Orleans, LA 70130

s/
_____

GARY M. ZWAIN, ESQ.