# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL W. HUGHES | * | CIVIL ACTION |
| VERSUS | * | NO. 06-8885 |
| LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, WILLIAM E. WASHINGTON, INC. and ALLSTATE INSURANCE COMPANY | * * | SECTION "I" MAGISTRATE 5 |

* * * * * * * *

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 13th day of December, 2006, at 9:30 o'clock a.m. before the Honorable ~~Lance M. Africk~~ Stanwood Duval, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of Oct, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____