📄 - *Click the drill down icon to view detailed return information*

### Service Detail

| | | | |
|---|---|---|---|
| **Serial #** | 1 | **Date Released for Service** | 9/13/2006 |
| **Service Code** | C/P | **Amount** | $20.00 |
| **Description** | Citation & Petition | **Balance Due** | $0.00 |
| **Attorney** | Pendergast, Gary | | |

### Paper Information

| | | | |
|---|---|---|---|
| **Name** | LA CITIZENS PROPERTY INS CORP | **Street** | THRU SECY OF STATE |
| **Assigned Deputy** | East Baton Rouge, Sheriff of | **City** | BATON ROUGE |
| **Due Date** | | **State** | LA |
| **Returned** | Yes | **Zip** | |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served |
|---|---|---|---|---|---|
| 📄 9/21/2006 | | Yes | Personal | East Baton Rouge, Sheriff of | THRU SECY OF STATE BATON ROUG |

**Back to Case Summary**

**EXHIBIT 1**

📄 *- Click the drill down icon to view detailed return information*

### Service Detail

| | | | |
|---|---|---|---|
| **Serial #** | 2 | **Date Released for Service** | 9/15/2006 |
| **Service Code** | C/P | **Amount** | $20.00 |
| **Description** | Citation & Petition | **Balance Due** | $0.00 |
| **Attorney** | Pendergast, Gary | | |

### Paper Information

| | | | |
|---|---|---|---|
| **Name** | WILLIAM E WASHINGTON INC THRU AGENT, WILLIAM E WASHINGTON | **Street** | 2100 W |
| **Assigned Deputy** | Jefferson, Sheriff of | **City** | HARVE |
| **Due Date** | | **State** | LA |
| **Returned** | Yes | **Zip** | |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served |
|---|---|---|---|---|---|
| 📄 9/27/2006 | | Yes | Personal | Jefferson, Sheriff of | 2100 WOODMERE BLVD SUITE 140 HAI |

**Back to Case Summary**

**EXHIBIT 2**