UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> _____ * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| LEVEE CASES | * <br> * | JUDGE DUVAL |
| PERTAINS TO: 06-7682 (PAUL) | * <br> * | MAG. WILKINSON |

### AFFIDAVIT OF THOMAS LOBELLO, JR.

1. I am of legal age and competent to make this affidavit.

2. I am currently the Chief Operating Officer of the New Orleans Public Belt Railroad Commission for the City of New Orleans ("NOPB"), and I was the Chief Operating Officer on September 11, 2004.

3. I am familiar with the circumstances surrounding the September 11, 2004 derailment of a train operated by a crew employed by NOPB near Floodgate W-30 of the Industrial Canal in New Orleans, Louisiana.

4. The New Orleans Public Belt locomotives NOPB 2002 and NOPB 2003 were involved in the incident. No locomotive owned by the BNSF Railway Company was involved in the derailment. The track where the derailment occurred was not owned

1



by BNSF Railway Company.

_____
THOMAS LOBELLO, JR.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16th DAY
OF November, 2006.

_____
NOTARY PUBLIC

SUSAN D. GAINEY
NOTARY PUBLIC No. 67641
ST. BERNARD PARISH, LOUISIANA
My Commission is for Life.

Printed Name: Susan D. Gainey
Notary I.D./Bar No.: 67641