UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| LEVEE CASES | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: 06-5132 (Ferdinand) | * | |
| | * | MAG. WILKINSON |

## ORDER

**Considering the foregoing** Motion to Dismiss pursuant to Rule 12(b)(6) on behalf of BNSF Railway Company;

IT IS HEREBY ORDERED that all claims asserted against the BNSF Railway Company f/k/a the Burlington Northern and Santa Fe Railway Company, are hereby dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
JUDGE