UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> _____ * <br> * <br> LEVEE CASES * <br> * <br> PERTAINS TO: 06-5132 (Ferdinand) * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

## ORDER

**Considering the foregoing** Motion to Dismiss pursuant to Rule 12(b)(6) on behalf of BNSF Railway Company;

IT IS HEREBY ORDERED that all claims asserted against the BNSF Railway Company f/k/a the Burlington Northern and Santa Fe Railway Company, are hereby dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
JUDGE