THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL W. HUGHES** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **VERSUS** | * | **CIVIL ACTION NO.2:06-cv-** |
| | * | **08885** |
| | * | |
| | * | **JUDGE: Stanwood R. Duval** |
| **LOUISIANA CITIZENS PROPERTY** | * | |
| **INSURANCE CORPORATION,** | * | **MAG. JUDGE: Joseph C.** |
| **WILLIAM E. WASHINGTON, INC. and** | * | **Wilkinson** |
| **ALLSTATE INSURANCE COMPANY** | * | |
| | * | |
| **Defendants.** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF JOHN P. HINTERMISTER

STATE OF _MARYLAND_

COUNTY OF _Montgomery_

BEFORE ME, notary public, came the undersigned, Mr. John Hintermister, who after being placed under oath did swear and depose as follows:

1. My name is John P. Hintermister. I am a Business Manager for Electronic Data Services ("EDS"), which is the servicing company for Allstate Insurance Company's flood insurance policies. I am also the person in charge of the department at EDS responsible for rating, issuing, renewing and canceling Allstate's Standard Flood Insurance Policies issued to its customers. I am an adult over the age of 18, and am competent to execute this affidavit. I have personal knowledge of all matters attested to in this affidavit.

2. I personally undertook a search of the records held at EDS for the flood insurance policy information for Mr. Michael W. Hughes, Plaintiff in a proceeding bearing case number 2:06-cv-

08885 entitled *"Michael W. Hughes v. Louisiana Citizens Property Insurance Corporation, William E. Washington, Inc. and Allstate Insurance Company"*, which I understand to be a dispute arising from the administration of Mr. Hughes Standard Flood Insurance Policy. My review revealed the following information:

2. Defendant, Allstate Insurance Company ("Allstate"), is a Write-Your-Own (WYO) Program carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968, as amended.

3. Allstate is authorized by the Federal Emergency Management Agency to issue the U.S. Government's flood insurance policies pursuant to the "Arrangement" found at 44 C.F.R. Pt. 61, Appendix A.

4. Allstate operates within the NFIP as the fiscal agent of the United States and as its fiduciary.

5. Michael W. Hughes secured a Standard Flood Insurance Policy ("SFIP") through Allstate by submitting an application on July 12, 2002. See Attachment 1.

6. In Mr. Hughes' application, he requested $82,000 in building coverage with a $500 deductible and $20,000 in contents coverage with a $500 deductible. See Attachment 1.

7. Since 2002, Mr. Hughes has renewed his Standard Flood Insurance Policy on an annual basis.

8. For the 2005 policy renewal, Mr. Hughes selected to increase his coverage to $90,200 on the building and $21,000 on the contents by paying an additional premium.

9. Mr. Hughes was issued a renewal declarations page for the policy period of July 12, 2005 to July 12, 2006, which stated his policy limits were $90,200 for building coverage with a $500 deductible and $21,000 for contents coverage with a $500 deductible. See Attachment 2.

10. At the time of August 29, 2005, Plaintiff's policy limits were $90,200 and $21,000. See Attachment 2.

11. At no time prior to August 29, 2005, did Plaintiff apply for or submit a premium for greater building or contents coverage under his SFIP than what he had in force and effect on August 29, 2005.

11. On the date of this signing of this affidavit, Plaintiff's policy limits are $99,200 on the building and $22,100 on the contents, both with a $500 deductible. See Attachment 3.

12. FEMA's rules and regulations do not require that WYO program carriers match the flood policy coverage limits with privately issued homeowner policy coverage limits.

13. Allstate did not issue a homeowner's policy to Michael Hughes; therefore, Allstate did not have knowledge of Mr. Hughes homeowner policy limits.

Dated this 27 day of November, 2006.

_____
JOHN P. HINTERMISTER

Before me, the undersigned Notary Public, on this day personally appeared John P. Hintermister, who, being known to me or after presenting his personal identification, and being duly sworn, stated under oath that he has read the foregoing Affidavit, and that the information contained therein is true and correct.

SUBSCRIBED AND SWORN TO BEFORE ME on this 27th day of November, 2006.

_____
Notary Public
My commission expires: 3-10-2010