Feb-06-03 11:10A BILL WASHINGTON          504 341 2777          P.02



1-80-374078-4

ALLSTATE INSURANCE COMPANY Issued
LOUISIANA

ALLSTATE FLOOD - NEW BUSINESS APPLICATION

APPLICATION NO. 000041219389410

POLICY TYPE:    STANDARD

ALLSTATE FLOOD INSURANCE          AGENCY:
PO BOX 34200                      BILL WASHINGTON
BETHESDA, MD 20827-4200           2100 WOODMERE BLVD.
                                  SUITE 140
                                  HARVEY          LA    70058
                                  (504)348-3338 OFFICE
                                  Agency Code: A157434

## GENERAL INFORMATION

Effective Date:                          7 / 12 / 2002
Map Change or Loan Change:               YES
Renewal Billing To:                      2    MORTGAGEE
Applicant Name   MICHAEL W HUGHES
Applicant Address Line:                  2418 ATHIS STREET
Applicant City, State, Zip Code:         NEW ORLEANS       LA    70122
Applicant Telephone:                     ( 504 ) 259 - 4082
Applicant Social Security:               437 - 13 - 4083
Applicant Policy Number:

DISASTER ASSISTANCE    NO

Agency:                                              File Number:

PROPERTY LOCATION - same as Insured's mailing address?    YES

Address Line:
City, State, Zip Code:

PRIMARY MORTGAGEE    YES

Type:                    FIRST MORTGAGEE
Loan Number:                    H0053102HUGHES
Name:                    STANDARD MORTGAGE CORP ISAOA    ONE SHELL SQUARE
Address:                 701 POYDRAS 300 PLZA
City, State, Zip Code:   NEW ORLEANS        LA    70139
Telephone:               (    )   -

PAGE 1 OF MORE

R2853-1



ALLSTATE INSURANCE COMPANY
LOUISIANA
APPLICATION CONTINUED FOR:   MICHAEL W HUGHES

APPLICATION NO. 000041219389410

### RATING INFORMATION

| | |
|---|---|
| County Information: | ORLEANS |
| Prop. located in unincorporated? | NO |
| Community Number/Panel: | 225203   E   0095 |
| Program Type: | REGULAR PROGRAM |
| FIRM Zone: | A07 |
| Prop. Located in Spec. Flood Hazard Area? | YES |
| Building Occupancy | 1   Single Family |
| Basement | NO |
| Building Type (including basement) | 1   One floor |
| | |
| Condominium? | NO |
| State Owned? | NO |
| Builder's Risk: | NO |
| Principal Residence? | YES |
| Building Elevated? | NO |
| Obstruction: | NO |
| Contruction Type | PRE-FIRM |
| Building Permit/Constr. Start Date: | 10 / 20 / 1950 |

### ELEVATION INFORMATION:

| | |
|---|---|
| Lowest Floor Elevation: | -6.38 |
| Base Flood Elevation: | -1.00 |
| Elevation Difference: | -4 |
| Lowest Adjacent Grade: | -7.54 |
| Building Diagram Number: | 6 |
| Elevation Certificate Date: | 5 / 23 / 2002 |
| Elevation Cert. Previously Submitted? | |
| Previous Flood Policy Number: | |
| Building Flood Proofed? | NO |
| Contents Location: | 3   Lowest floor only above ground level |
| Are contents household? | YES |
| Is it an RCBAP? | |

### COVERAGES

| | BASIC LIMIT | RATE | PREM. | ADDTL. LIMIT | RATE | PREM. | TOTAL LIMIT | TOTAL PREM. |
|---|---|---|---|---|---|---|---|---|
| BUILDING | 50,000 | .68 | 340 | 32,000 | .25 | 80 | 82,000 | 420 |
| CONTENTS | 20,000 | .79 | 158 | | .45 | | 20,000 | 158 |

Policy Term:           ONE YEAR
Replacement Cost:      82,000
Deductibles:           Buildings: $ 500       Contents: $ 500

PAGE 2 OF MORE

R2853-1



ALLSTATE INSURANCE COMPANY
LOUISIANA
APPLICATION CONTINUED FOR: MICHAEL W HUGHES

APPLICATION NO. 000041219389410

| | | |
|---|---|---|
| Annual Subtotal: | $ | 578 |
| Less Community Rating (CRS) Discount | $ | 71 |
| Plus $500 Buy-Back Deductible | $ | 58 |
| Premium Subtotal | $ | 565 |
| Expense Constant | $ | 50 |
| Probation Surcharge | $ | |
| Federal Policy Service Fee | $ | 30 |
| Increased Cost of Compliance | $ | 75 |
| TOTAL PAYABLE PREMIUM | $ | 720 |

## ALL BUILDING TYPES

1. Basement
a) Is the basement floor below grade on all four sides?
b) Machinery or equipment located in basement?

c) Is the basement used for any purpose other than storage?

2. Garage
a) Is garage attached to or part of the building?
b) Is garage used solely for parking, bldg access or storage?
c) Machinery or equipment located in garage:

d) Openings or breakout panels?

3. Site Location
a) Approx. distance of site location to nearest shoreline:
b) Source of flooding:

4. The reference level is:
a)    feet    the highest natural grade
b)    feet    the lowest natural grade

5. The garage floor or elevated floor is:
a)    feet    the highest natural grade
b)    feet    the lowest natual grade

6. Machinery/equipment is:    feet below the reference level

## ELEVATED BUILDINGS

7. Is building constructed on:

8. Machinery/equipment located below the elev. floor:

9. a) Is area below the elevated floor enclosed?
   b) Is enclosed area greater than 300 square feet?

PAGE 3 OF MORE

R2853-1



ALLSTATE INSURANCE COMPANY
LOUISIANA
APPLICATION CONTINUED FOR: MICHAEL W HUGHES

APPLICATION NO. 000041219389410

c) Is enclosed area finished?
   Area enclosed with:
d) Openings or breakout panels?
e) Is enclosed area used for any purposes other than solely for parking of vehicles, building access, or storage?
f) Does enclosed area have more than 20 linear feet of finished wall, paneling, etc?

MANUFACTURED (MOBILE) HOMES   NO

Placement date:          /    /
Located Park/Subdivision:
10. Year of Manufacture:
    Make:
    Model:
    Serial Number:
    Dimensions:                            X      Feet
    Construction year of mobile home park:

11. Are there any permanent additions/extensions?
    Dimensions are:                        X      Feet

12. Anchoring system utilizes:

13. The manufactured (mobile) home installed in accordance with:

FALSE STATEMENT MAY RESULT IN VOIDANCE OF THIS POLICY

APPLICANT'S
SIGNATURE _____   DATE: _____

AGENT'S
SIGNATURE _____   DATE: 7-18-02

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## NATIONAL FLOOD INSURANCE PROGRAM
# ELEVATION CERTIFICATE

O.M.B. No. 3067-0077
Expires July 31, 2002

Important: Read the instructions on pages 1-7.

## SECTION A - PROPERTY OWNER INFORMATION

**BUILDING OWNER'S NAME**
SHERRY &

**BUILDING STREET ADDRESS** (Including Apt., Unit, Suite, and/or Bldg. No.) OR P.O. ROUTE AND BOX NO.
2418 ATHIS ST.

**CITY**: NEW ORLEANS   **STATE**: LA   **ZIP CODE**: 70122

**For Insurance Company Use:**
Policy Number
Company NAIC Number

**PROPERTY DESCRIPTION** (Lot and Block Numbers, Tax Parcel Number, Legal Description, etc.)
4, 4462, THIRD

**BUILDING USE** (e.g., Residential, Non-residential, Addition, Accessory, etc. Use Comments section if necessary.)
Residential

**LATITUDE/LONGITUDE (OPTIONAL)**   **HORIZONTAL DATUM:** [ ] NAD 1927 [ ] NAD 1983   **SOURCE:** [ ] GPS (Type): ___ [ ] USGS Quad Map [ ] Other: ___

## SECTION B - FLOOD INSURANCE RATE MAP (FIRM) INFORMATION

**B1. NFIP COMMUNITY NAME & COMMUNITY NUMBER**: CITY OF NEW ORLEANS, 225203
**B2. COUNTY NAME**: ORLEANS
**B3. STATE**: LA

| B4. MAP AND PANEL NUMBER | B5. SUFFIX | B6. FIRM INDEX DATE | B7. FIRM PANEL EFFECTIVE/REVISED DATE | B8. FLOOD ZONE(S) | B9. BASE FLOOD ELEVATION(S) (Zone AO, use depth of flooding) |
|---|---|---|---|---|---|
| 225203 0095 | E | 3/1/84 00:00:00 | 03/01/1984 | A-7 | -1.00 |

B10. Indicate the source of the Base Flood Elevation (BFE) data or base flood depth entered in B9.
[ ] FIS Profile  [X] FIRM  [ ] Community Determined  [ ] Other (Describe): ___

B11. Indicate the elevation datum used for the BFE in B9: [X] NGVD 1929 [ ] NAVD 1988 [ ] Other (Describe): ___

B12. Is the building located in a Coastal Barrier Resources System (CBRS) area or Otherwise Protected Area (OPA)? [ ] Yes [X] No
Designation Date: ___

## SECTION C - BUILDING ELEVATION INFORMATION (SURVEY REQUIRED)

C1. Building elevations are based on: [ ] Construction Drawings*  [ ] Building Under Construction*  [X] Finished Construction
*A new Elevation Certificate will be required when construction of the building is complete.

C2. Building Diagram Number _5_. (Select the building diagram most similar to the building for which this certificate is being completed - see pages 6 and 7. If no diagram accurately represents the building, provide a sketch or photograph.)

C3. Elevations - Zones A1-A30, AE, AH, A (with BFE), VE, V1-V30, V (with BFE), AR, AR/A, AR/AE, AR/A1-A30, AR/AH, AR/AO
Complete items C3a-i below according to the building diagram specified in Item C2. State the datum used. If the datum is different from the datum used for the BFE in Section B, convert the datum to that used for the BFE. Show field measurements and datum conversion calculation. Use the space provided or the Comments area of Section D or Section G, as appropriate, to document the datum conversion.

Datum **NAVD**   Conversion/Comments **VERT-CON CONVERSION 0.21'**
Elevation reference mark used **B-3101**   Does the elevation reference mark used appear on the FIRM? [ ] Yes [X] No

- [ ] a) Top of bottom floor (including basement or enclosure)  **-6.38** ft.(m)
- [ ] b) Top of next higher floor  **-4.15** ft.(m)
- [ ] c) Bottom of lowest horizontal structural member (V zones only)  **N/A** ft.(m)
- [ ] d) Attached garage (top of slab)  **-6.53** ft.(m)
- [ ] e) Lowest elevation of machinery and/or equipment servicing the building  **-6.81** ft.(m)
- [ ] f) Lowest adjacent grade (LAG)  **-7.54** ft.(m)
- [ ] g) Highest adjacent grade (HAG)  **-7.17** ft.(m)
- [ ] h) No. of permanent openings (flood vents) within 1 ft. above adjacent grade **0.00**
- [ ] i) Total area of all permanent openings (flood vents) in C3h **0.00** sq. in. (sq. cm)

## SECTION D - SURVEYOR, ENGINEER, OR ARCHITECT CERTIFICATION

This certification is to be signed and sealed by a land surveyor, engineer, or architect authorized by law to certify elevation information.
I certify that the information in Sections A, B, and C on this certificate represents my best efforts to interpret the data available.
I understand that any false statement may be punishable by fine or imprisonment under 18 U.S. Code, Section 1001.

**CERTIFIER'S NAME**: JAMES H. COUTURIE'   **LICENSE NUMBER**: 1060
**TITLE**: PROFESSIONAL LAND SURVEYOR   **COMPANY NAME**: Gilbert, Kelly & Couterie', Inc.
**ADDRESS**: 2121 N. Causeway Blvd. Suite 121   **CITY**: Metairie   **STATE**: LA   **ZIP CODE**: 70001
**SIGNATURE**: ___   **DATE**: 5/23/02   **TELEPHONE**: 504-836-2121

FEMA Form 81-31, AUG 99   SEE REVERSE SIDE FOR CONTINUATION   REPLACES ALL PREVIOUS EDITIONS