

Flood Insurance Program
P.O. Box 34200, Bethesda, MD 20827-0200

**STANDARD POLICY**
EFFECTIVE AT 12:01 AM  07/12/2005  TO  07/12/2006
RENEWAL DECLARATIONS

**POLICY NUMBER:** 1803740784

**PAYER:** FIRST MORTGAGEE

**NAMED INSURED AND MAILING ADDRESS:**
MICHAEL W HUGHES

2418 ATHIS STREET
NEW ORLEANS   LA 70122-5318

**INSURED PROPERTY ADDRESS:**
2418 ATHIS STREET
NEW ORLEANS   LA 70122-5318

504-259-4082

**AGENT NAME AND ADDRESS:**
WM E WASHINGTON INC
2100 WOODMERE, #140
ALLSTATE
HARVEY   LA  70058 2294

**FIRST MORTGAGEE / LENDER NAME:**
STANDARD MORTGAGE CORP
ITS SUCCESSORS AND OR ASSIGNS
300 PLAZA 1 SHELL SQ
NEW ORLEANS   LA  70139

504-348-3338

**LOAN NUMBER:**   3102HUGHES

**SECOND MORTGAGEE/LENDER NAME:**

**OTHER MORTGAGEE / LENDER NAME:**

**LOAN NUMBER:**

**LOAN NUMBER:**

**PROPERTY DESCRIPTION**
**BUILDING:**
ONE FLOOR WITH NO BASEMENT
A SINGLE FAMILY RESIDENCE
NON ELEVATED BUILDING

**CONTENTS:**
HOUSEHOLD CONTENTS LOCATED
ON FIRST FLOOR ONLY

**RATING INFORMATION**
**PROGRAM:**              REGULAR
**FIRM ZONE:**            A07
**YEAR BUILT OR**
**SUBSTANTIALLY IMPROVED:**   PRIOR 12/31/1974

**COMMUNITY NAME:**    NEW ORLEANS/ORLEANS PARISH
**COMMUNITY NUMBER:**      225203
**COMM. RATING DISCOUNT:**  10%
**ELEVATION DIFFERENCE:**   -05

**AMOUNTS OF INSURANCE**

|  | BASIC COVERAGE | RATE |  | PREMIUM | ADDITIONAL COVERAGE | RATE |  | PREMIUM |  | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| **BUILDING:** | $50,000 | X 00.76 | = | $380.00 | $40,200 | X 00.34 | = | $137.00 | $ | 517.00 |
| **CONTENTS:** | $20,000 | X 00.96 | = | $192.00 | $1,000 | X 00.60 | = | $6.00 | $ | 198.00 |

|  |  |  |  |
|---|---|---|---|
|  |  | SUBTOTAL: $ | 715.00 |
| **TOTAL BUILDING COVERAGE:** | $90,200 | OPTIONAL DEDUCTIBLE ADJUSTMENT: $ | 72.00 |
| **BUILDING DEDUCTIBLE:** | $500 | COMMUNITY DISCOUNT: $ | 86.00 |
|  |  | PROBATION SURCHARGE: $ | 0.00 |
| **TOTAL CONTENTS COVERAGE:** | $21,000 | EXPENSE CONSTANT: $ | 0.00 |
| **CONTENTS DEDUCTIBLE:** | $500 | INCREASED COST OF COMPLIANCE PREMIUM: $ | 75.00 |
|  |  | TOTAL WRITTEN PREMIUM: $ | 776.00 |
|  |  | FEDERAL POLICY SERVICE FEE: $ | 30.00 |
|  |  | TOTAL PREMIUM PAID: $ | 806.00 |

PLEASE REFER TO THE DWELLING POLICY FORM FOR A FULL EXPLANATION OF COVERAGES

DEC PRINT DATE:   06/21/2005              LDARA42A 1141

WYALSRIF

```
ALLSTATE FLOOD INSURANCE PROGRAM
PO BOX 34200, BETHESDA, MD 20827-0200
```

06 OF 06

```
STANDARD MORTGAGE CORP
ITS SUCCESSORS AND OR ASSIGNS
300 PLAZA 1 SHELL SQ
NEW ORLEANS      LA   70139
```

---

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY.**

## STANDARD FLOOD INSURANCE POLICY

### ENDORSEMENT

### Effective May 1, 2003

**This Endorsement replaces Paragraph 2, Coverage D - Increased Cost of Compliance, III - Property Covered of the Dwelling, General Property, and Residential Condominium Building Association Policies with the following paragraph.**

2. Limit of Liability

We will pay you up to $30,000 under this Coverage D -Increased Cost of Compliance, which only applies to **policies** with **building** coverage (Coverage A ). Our payment of claims under Coverage D is in addition to the amount of coverage which you selected on the **application** and which appears on the **Declarations Page**.

But the maximum you can collect under this **policy** for both Coverage A - Building property and Coverage D - Increased Cost of Compliance cannot exceed the maximum permitted under the **Act**. We do not charge a separate deductible for a claim under Coverage D.

ALODB1