# Allstate®

Flood Insurance Program
P.O. Box 34200, Bethesda, MD 20827-0200

**POLICY NUMBER:** 1803740784

**NAMED INSURED AND MAILING ADDRESS:**
MICHAEL W HUGHES

2418 ATHIS STREET
NEW ORLEANS   LA 70122-5318

504-259-4082

**AGENT NAME AND ADDRESS:**
WM E WASHINGTON INC
P.O. BOX 1000
ALLSTATE
HARVEY     LA 70059 1000

504-348-3338

**SECOND MORTGAGEE/LENDER NAME:**

**STANDARD POLICY**
EFFECTIVE AT 12:01 AM  07/12/2006  TO   07/12/2007
RENEWAL DECLARATIONS

**PAYER:** FIRST MORTGAGEE

**INSURED PROPERTY ADDRESS:**
2418 ATHIS STREET
NEW ORLEANS, LA 70122-5318

**FIRST MORTGAGEE / LENDER NAME:**
STANDARD MORTGAGE CORP
ITS SUCCESSORS AND OR ASSIGNS
300 PLAZA 1 SHELL SQ
NEW ORLEANS   LA 70139

**LOAN NUMBER:** 3102HUGHES

**OTHER MORTGAGEE / LENDER NAME:**

**LOAN NUMBER:**

**LOAN NUMBER:**

**PROPERTY DESCRIPTION**
**BUILDING:**
ONE FLOOR WITH NO BASEMENT
A SINGLE FAMILY RESIDENCE
NON ELEVATED BUILDING

**CONTENTS:**
HOUSEHOLD CONTENTS LOCATED
ON FIRST FLOOR ONLY

**RATING INFORMATION**
**PROGRAM:**            REGULAR
**FIRM ZONE:**          A07
**YEAR BUILT OR**
**SUBSTANTIALLY IMPROVED:**  PRIOR 12/31/1974

**COMMUNITY NAME:**    NEW ORLEANS/ORLEANS PARISH
**COMMUNITY NUMBER:**  225203
**COMM. RATING DISCOUNT:**  10%
**ELEVATION DIFFERENCE:**   -05

## AMOUNTS OF INSURANCE

|  | BASIC COVERAGE | RATE |  | PREMIUM | ADDITIONAL COVERAGE | RATE |  | PREMIUM |  | TOTAL PREMIUM |
|---|---|---|---|---|---|---|---|---|---|---|
| BUILDING: | $50,000 | X 00.76 | = | $380.00 | $49,200 | X 00.40 | = | $197.00 | $ | 577.00 |
| CONTENTS: | $20,000 | X 00.96 | = | $192.00 | $2,100 | X 00.72 | = | $15.00 | $ | 207.00 |

| | | |
|---|---|---|
| **TOTAL BUILDING COVERAGE:** | $99,200 | SUBTOTAL: $ 784.00 |
| **BUILDING DEDUCTIBLE:** | $500 | OPTIONAL DEDUCTIBLE ADJUSTMENT: $ 79.00 |
| | | COMMUNITY DISCOUNT: $ 94.00 |
| | | PROBATION SURCHARGE: $ 0.00 |
| **TOTAL CONTENTS COVERAGE:** | $22,100 | EXPENSE CONSTANT: $ 0.00 |
| **CONTENTS DEDUCTIBLE:** | $500 | INCREASED COST OF COMPLIANCE PREMIUM: $ 75.00 |
| | | TOTAL WRITTEN PREMIUM: $ 844.00 |
| | | FEDERAL POLICY SERVICE FEE: $ 30.00 |
| | | TOTAL PREMIUM PAID: $ 874.00 |

PLEASE REFER TO THE DWELLING POLICY FORM FOR A FULL EXPLANATION OF COVERAGES

DEC PRINT DATE.  08/02/2006                    LDARA41A 3901

WYALSR1F

ALLSTATE FLOOD INSURANCE PROGRAM
PO BOX 34200, BETHESDA, MD 20827-0200

01 OF 02

MICHAEL W HUGHES

2418 ATHIS STREET
NEW ORLEANS    LA   70122-5318

---

> THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY.

## STANDARD FLOOD INSURANCE POLICY

## ENDORSEMENT

### Effective May 1, 2003

**This Endorsement replaces Paragraph 2, Coverage D - Increased Cost of Compliance, III - Property Covered of the Dwelling, General Property, and Residential Condominium Building Association Policies with the following paragraph.**

2. Limit of Liability

We will pay you up to $30,000 under this Coverage **D** -Increased Cost of Compliance, which only applies to **policies** with **building** coverage (Coverage **A** ). Our payment of claims under Coverage **D** is in addition to the amount of coverage which you selected on the **application** and which appears on the **Declarations Page.**

But the maximum you can collect under this **policy** for both Coverage **A** - Building property and Coverage **D** - Increased Cost of Compliance cannot exceed the maximum permitted under the **Act.** We do not charge a separate deductible for a claim under Coverage **D.**

ALODBI