UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURIE MELERINE BOHNENSTIEHL VERGES AND NATHAN JAMES MELERINE, individually and on behalf of Decedent, LUCILLE MELERINE, Plaintiffs, versus BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO Defendants. | * * * * * * * * * * * | CIVIL ACTION NO. 06-8731 SECTION: "K" |

******************************************************************************

### NOTICE OF HEARING

Considering the foregoing *Motion to Remand*,

Plaintiffs, Laurie Melerine Bohnenstiehl Verges and Nathan James Melerine, individually and on behalf of Lucille Melerine, hereby provides notice to all parties that the foregoing motion has been scheduled on November 29, 2006, at 9:30 o'clock a.m.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR. (LSBA 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiffss*