

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURIE MELERINE BOHNENSTIEHL VERGES AND NATHAN JAMES MELERINE, individually and on behalf of Decedent, LUCILLE MELERINE, <br> Plaintiffs, <br> versus <br><br> BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO <br> Defendants. | * * * * * * * * * * * | CIVIL ACTION NO. 06-8731 <br><br><br><br> SECTION: "K" |

*****************************************************************

### MOTION FOR ORAL HEARING ON MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Laurie Melerine Bohnenstiehl Verges and Nathan James Melerine, individually and on behalf of Lucille Melerine, who moves and requests that this court hold an oral hearing in connection with the Motion to Remand filed by plaintiffss.

Respectfully submitted,

_____
SCOTT G. WOLFE, JR. (LSBA 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, Louisiana 70115
(504) 894-9653 • Fax: (866) 761-8934

GREGORY J. NOTO (LSBA 14275)
532 E. Judge Perez Dr., Suite 102
Chalmette, LA 70043
(504) 279-6686
*Attorneys for Plaintiffss*

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No____