UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * | CIVIL ACTION NO. 06-4746 |
| | * | SECTION: "K" |
| vs. | * * | MAG. (2) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR AN EXPEDITED HEARING ON SOUTHWEST BUSINESS CORPORATION'S MOTION TO SEVER

NOW INTO COURT, through undersigned counsel comes Southwest Business Corporation who moves this Court to grant an expedited hearing on Southwest Business Corporation's Motion to Sever filed herein. The referenced matter is a multi-party Katrina related insurance case in which numerous defendants have filed similar Motions to Sever seeking nearly identical relief to that sought by Southwest Business Corporation in its Motion. All pending Motions to Sever are now set for a hearing on December 13, 2006 at 9:30 A.M.. In the interest of judicial economy and in order to prevent repeated hearings on the same issues, Southwest Business Corporation requests that its Motion be set for a hearing on December 13, 2006 at 9:30 A.M. Southwest Business Corporation's Motion is an in effect an adoption of the Motions to Sever filed by other defendants and

consequently, the Plaintiffs will suffer no prejudice from the granting of this Motion for an expedited hearing.

        Respectfully submitted,

        CRULL, CASTAING & LILLY
        Attorneys for Southwest Business Corporation

BY: _____
        EDWARD J. LILLY, #8551
        (elilly@cclhlaw.com)
        2323 Pan American Life Center
        601 Poydras Street
        New Orleans, LA 70130
        Tel. (504)581-7700
        Fax (504)581-5523

**CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail, postage prepaid, to the following non-CM/ECF participants: None.

_____
EDWARD J. LILLY