UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * | CIVIL ACTION NO. 06-4746 |
| | * | SECTION: "K" |
| vs. | * | MAG. (2) |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | |

*****************************************************************

## ORDER

CONSIDERING THE FOREGOING, the Motion for an Expedited Hearing on Southwest Business Corporation's Motion to Sever is granted, and Southwest Business Corporation's Motion to Sever is hereby set for a hearing on December 13, 2006, at 9:30 A. M. before the Honorable Stanwood R. Duval, Jr., U.S. District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this _____ day of December, 2006.

_____
U.S. DISTRICT JUDGE