UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * | CIVIL ACTION NO. 06-4746 |
| | * | SECTION: "K" |
| vs. | * * | MAG. (2) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | |

*********************************************************************

## SOUTHWEST BUSINESS CORPORATION'S MOTION TO SEVER

NOW INTO COURT, through undersigned counsel, comes Southwest Business Corporation, defendant herein, who moves this Court under Federal Rule of Civil Procedure Rule 20 and 21 for an order severing all of the Plaintiffs' claims filed herein, requiring them to proceed separately, and, alternatively, for an order severing the claims asserted against Southwest Business Corporation so that they may proceed separately from the claims asserted by other plaintiffs against their respective insurers. The reasons supporting this Motion are stated in the Memorandum in Support filed contemporaneously herewith.

Respectfully submitted,

CRULL, CASTAING & LILLY
Attorneys for Southwest Business Corporation

BY: _____
EDWARD J. LILLY, #8571
(elilly@ecihlaw.com)
2323 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail, postage prepaid, to the following non-CM/ECF participants: None.

_____
EDWARD J. LILLY

2