

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 A 11: 24

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAURIE MELERINE BOHNENSTIEHL VERGES AND NATHAN JAMES MELERINE, individually and on behalf of Decedent, LUCILLE MELERINE, | * * * * * | CIVIL ACTION NO. 06-8731 |
| Plaintiffs, | * | SECTION: "K" |
| versus | * * | |
| BUFFMAN, INC., SALVADOR MANGANO, MABEL B. MANGANO Defendants. | * * * | |

*************************************************************

### ORDER FOR ORAL HEARING  *Denied*

Considering the foregoing *Motion and Request for Oral Hearing*,

IT IS ORDERED that this matter come before the court for an Oral Hearing on the ____ day of _____, 2006, at ____ o'clock A.M / P.M.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____