UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 06-4024 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA, *Fleming* (06-5159) | § | |
| _____ | § | |

**UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD**

The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court for a 20 day extension of time, through and including December 21, 2006, in which to respond to the Complaint herein. The Complaint was served on the United States Attorney's Office on October 2, 2006, so the United States' response is due December 1, 2006.

Counsel for the United States require additional time to formulate their response before responding to the plaintiffs' Complaint. Pursuant to Local Rule 7.9, the United States certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

A proposed Order is attached hereto.

    Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch


    s/ James F. McConnon, Jr.
    JAMES F. MCCONNON, JR.
    Trial Attorney
    Torts Branch, Civil Division
    U.S. Department of Justice
    P.O. Box 888
    Benjamin Franklin Station
    Washington, D.C.  20044
    (202) 353-2604
    (202) 616-5200 (fax)
    jim.mcconnon@usdoj.gov
    Attorneys for Defendant United States

Dated: November 30, 2006.

## **CERTIFICATE OF SERVICE**

    I, James F. McConnon, Jr., hereby certify that on November 30, 2006, I served a true copy of "United States' Ex Parte Motion for Extension of Time to Plead" upon all counsel of record by ECF, electronic mail, or first class mail.

                        /s/ James F. McConnon, Jr.
                           James F. McConnon, Jr.