UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * | CIVIL ACTION NO. 06-4746 |
| | * | SECTION: "K" |
| vs. | * * | MAG. (2) |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * | |
| | * | |

**********************************************************************

## MOTION FOR AN EXPEDITED HEARING ON SOUTHWEST BUSINESS CORPORATION'S RULE 12(e) MOTION FOR A MORE DEFINITE STATEMENT

NOW INTO COURT, through undersigned counsel comes Southwest Business Corporation who moves this Court to grant an expedited hearing on Southwest Business Corporation's Rule 12(e) Motion for a More Definite Statement filed herein. The referenced matter is a multi-party Katrina related insurance case in which numerous defendants have filed similar Rule 12(e) Motions for a More Definite Statement seeking nearly identical relief to that sought by Southwest Business Corporation in its Motion. All pending Rule 12(e) Motion for a More Definite Statement are now set for a hearing on December 13, 2006 at 9:30 A.M.. In the interest of judicial economy and in order to prevent repeated hearings on the same issues, Southwest Business Corporation requests that its Motion be set for a hearing on December 13, 2006 at 9:30 A.M. Southwest Business Corporation's

Motion is an in effect an adoption of the Rule 12(e) Motions for a More Definite Statement filed by other defendants and consequently, the Plaintiffs will suffer no prejudice from the granting of this Motion for an expedited hearing.

Respectfully submitted,

CRULL, CASTAING & LILLY
Attorneys for Southwest Business Corporation

BY: _____
EDWARD J. LILLY #8571
(elilly@cclhlaw.com)
2323 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail, postage prepaid, to the following non-CM/ECF participants: None.

_____
EDWARD J. LILLY