UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 06-4024 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA, *Gordon* (06-5163) | § | |
| | § | |

**UNITED STATES' EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD**

The United States of America, by and through its undersigned counsel, hereby respectfully moves the Court for a 20 day extension of time, through and including December 21, 2006, in which to respond to the Complaint herein.  The Complaint was served on the United States Attorney's Office on October 2, 2006, so the United States' response is due December 1, 2006.

Counsel for the United States require additional time to formulate their response before responding to the plaintiffs' Complaint.  Pursuant to Local Rule 7.9, the United States certifies that there has been no previous extension of time to plead in this action and that the opposing party has not filed in the record an objection to an extension of time.

A proposed Order is attached hereto.

                Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jim.mcconnon@usdoj.gov
Attorneys for Defendant United States

Dated: December 1, 2006.

## **CERTIFICATE OF SERVICE**

    I, James F. McConnon, Jr., hereby certify that on December 1, 2006, I served a true copy of "United States' Ex Parte Motion for Extension of Time to Plead" upon all counsel of record by ECF, electronic mail, or first class mail.

/s/ James F. McConnon, Jr.
James F. McConnon, Jr.
