UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-5162 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, LEVEE, DREDGING | § | |
| (*Anderson,* 06-5162) | § | |
| _____§ | | |

**UNITED STATES' EX PARTE MOTION
FOR EXTENSION OF TIME TO PLEAD**

The United States of America respectfully moves, pursuant to Local Rule 7.9E, for a twenty (20) day extension of time to respond to the complaint filed against it in this action. The complaint was served on the United States on October 2, 2006, and the United States' response is due December 1, 2006. The United States certifies that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time. The United States therefore requests

1

that it be granted a twenty day extension, through and including December 21, 2006, within which to respond to the complaint. A proposed order is provided.

Dated: December 1, 2006

>Respectfully submitted,
>
>PETER D. KEISLER
>Assistant Attorney General
>
>JIM LETTEN
>United States Attorney
>
>
>s/ Stephen G. Flynn
>STEPHEN G. FLYNN
>(La. Bar No. 01365)
>SHARON K. SHUTLER
>(Va. Bar No. 31499)
>Trial Attorneys
>
>U.S. Department of Justice
>Post Office Box 14271
>Washington, D. C.  20044-4271
>Telephone:  (202) 616-4070
>Facsimile:   (202) 616-4002
>Stephen.Flynn@usdoj.gov
>Counsel for the United States

## CERTIFICATE OF SERVICE

I, Stephen G. Flynn, hereby certify that on December 1, 2006, I served a true copy of the United States' Ex Parte Motion for Extension of Time to Plead and accompanying Proposed Order upon all counsel of record by ECF.

                s/ Stephen G. Flynn
                    Stephen G. Flynn