# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-5162 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  MRGO, LEVEE, DREDGING | § | |
| (*Anderson,* 06-5162) | § | |
| _____ | § | |

## **ORDER**

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

IT IS HEREBY ORDERED that the United States of America is GRANTED a twenty (20) day extension of time, through and including December 21, 2006, within which to respond to the complaint filed against it in this action.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE