UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>DREDGING LIMITATIONS<br><br>Civil Action No. 06-8891 | | |

## MANSON CONSTRUCTION CO.'S OPPOSITION TO MOTION TO STAY LIMITATION ACTION

MAY IT PLEASE THE COURT:

Manson Construction Co. ("Manson"), Limitation Petitioner/Dredging Defendant herein, respectfully opposes the Motion to Stay Limitation Actions filed by Phillip Reed on behalf of himself and purportedly "all others similarly situated."

The basis for Manson's opposition to the Motion to Stay Limitation Actions filed by Phillip Reed, et al, is based on identical reasoning set forth in the Opposition to Motion to Stay Limitation Actions (Docket Doc. No. 1942) filed on behalf of co-Dredging Defendants/Limitation Petitioners, T. L. James & Company, Inc., et al. Accordingly, in the

NO.99742180.1

interest of brevity and for the convenience of this Honorable Court and the parties, Manson adopts by reference, as permitted pursuant to Federal Rule of Civil Procedure 10(c), the Opposition to Motion to Stay Limitation Action, attached hereto in full as Exhibit "1."

For the foregoing reasons, and for those set forth in the attached Opposition Memorandum of the co-Dredging Defendants, the Motion to Stay Limitation Actions referenced above should be denied.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO.

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 1st day of December, 2006.

_____