# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.    05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| _____ | * | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE:        Abadie, No. 06-5164 | * | |
| | * | |
| _____ | * | |

## ANSWER TO COMPLAINT FOR DAMAGES
## AND FIRST SUPPLEMENTAL AND AMENDING COMPLAINT
## ON BEHALF OF ON BEHALF OF ELECTRIC INSURANCE COMPANY

**NOW INTO COURT,** through undersigned counsel, comes Electric Insurance Company who, in answer to the Plaintiffs' Complaint for Damages and First Supplemental and Amending Complaint, respectfully avers as follows:

## FIRST DEFENSE

Plaintiffs' Complaint for Damages and the First Supplemental and Amending Complaint fail to state a cause of action upon which relief may be granted.

## SECOND DEFENSE

Plaintiffs' Complaint for Damages and the First Supplemental and Amending Complaint fail to state a right of action for which relief and remedy may be granted.

## THIRD DEFENSE

If plaintiffs suffered any damages as alleged, which is denied, such damages were caused in whole or in part by the actions or inactions of third parties, and not defendant herein.

## FOURTH DEFENSE

If plaintiffs suffered any damages as alleged, which is denied, such damages were caused in whole or in part by plaintiffs, and plaintiffs failed to mitigate their damages which supports a complete bar to or diminution of plaintiffs' damages, if any.

## FIFTH DEFENSE

Electric Insurance Company hereby pleads, as if set forth herein *in extensio,* any and all policies of insurance which these defendants may have issued to those plaintiffs alleged to be insured of defendants, if any, including any and all provisions, limitations, exclusions, and/or endorsements to said policies, which are the best evidence of the contents of said policies.

## SIXTH DEFENSE

**AND NOW,** further responding to the allegations in the numbered paragraphs of Plaintiff's Complaint for Damages, Electric Insurance Company aver as follows:

## ANSWER TO COMPLAINT FOR DAMAGES

### 1.

The allegations in Paragraph 1of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### 2.

The allegations contained in Paragraph 2 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### 3.

The allegations contained in Paragraph 3, including subparts (a) through (e) of the Complaint for Damages are denied for lack of sufficient information to justify belief therein.

### II.

### PARTIES

### 4.

The allegations contained in Paragraph 4 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### 5.

The allegations contained in Paragraph 5 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### III.

### JURISDICTION AND VENUE

**6**.

The allegations contained in Paragraph 6 of the Complaint for Damages state conclusions of law that do not require an answer from this defendant.  However, to the extent that an answer may be required from this defendant, the allegations contained in Paragraph 6 are admitted to the extent that this Honorable Court has jurisdiction under the Class Action Fairness Act of 2005, Pub. L. 109-2, 28 U.S.C. §1332 (d)(2).

**7.**

The allegations contained in Paragraph 7 of the Complaint for Damages state conclusions of law that do not require an answer from this defendant.  However, to the extent that an answer may be required from this defendant, the allegations contained in Paragraph 6 are denied for lack of information to justify a belief therein.

**8.**

The allegations contained in Paragraph 8 of the Complaint for Damages state conclusions of law that do not require an answer from this defendant.  However, to the extent that an answer may be required from this defendant, the allegations contained in Paragraph 8 are admitted to the extent that an answer may be required from this defendant, the allegations of Paragraph 8 are admitted with respect to proper venue pursuant to 28.U.S.C. §1391.

## IV.

## CLASS ACTION ALLEGATIONS

### 9.

The allegations contained in Paragraph 9 of the Complaint for Damages are admitted to the extent that Hurricane Katrina caused hurricane force winds and/or the failure of levees.  The remaining allegations in Paragraph 9 are denied.

**AND FURTHER** answering the allegations pertaining to class action status, General Electric Insurance avers that the Complaint fails to state a cause or right of action for this case to proceed as a class action.  The Complaint fails to sufficiently allege that the class is so numerous that joinder of all members is impracticable.  The Complaint fails to sufficiently allege any question of fact common to the proposed class.  The Complaint fails to demonstrate how claims of the representative parties are typical of the claims alleged by the proposed class.  The Complaint fails to sufficiently demonstrate how the representative parties will fairly and adequately protect the interests of the class.  Therefore, the Complaint fails to meet all of the prerequisites to a Class Action included in Rule 23 of the Federal Rules of Civil Procedure.

**AND FURTHER**, to the extent that the Complaint for Damages purports to assert a class action, the claims of the proposed class members are prescribed by the one year statute of limitations for actions in tort.

**V.**

**FACTUAL BACKGROUND**

**10.**

The allegations contained in Paragraph 10 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

**11.**

The allegations contained in Paragraph 11 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

**12.**

The allegations contained in Paragraph 12 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

**13.**

The allegations contained in Paragraph 13 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

**14.**

The allegations contained in Paragraph 14 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**15.**

The allegations contained in Paragraph 15 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**16.**

The allegations contained in Paragraph 16 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**17.**

The allegations contained in Paragraph 17 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**18.**

The allegations contained in Paragraph 18 of the Complaint for Damages state conclusions of law that do not require an answer from this defendant.  However, to the extent that an answer may be required from this defendant, the allegations of Paragraph 18 are admitted with respect to federal question jurisdiction under 28 U.S.C. §1331 because plaintiffs have asserted claims purportedly under flood insurance policies issued by other defendants that would have been issued under the National Flood Insurance Program ("NFIP"), but denied for lack of sufficient information to justify a belief as to which defendants purportedly may have issued those flood insurance policies.

**19.**

The allegations contained in Paragraph 19 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**20.**

The allegations contained in Paragraph 20 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**21.**

The allegations contained in Paragraph 21 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**22.**

The allegations contained in Paragraph 22 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**23.**

The allegations contained in Paragraph 23 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**24.**

The allegations contained in Paragraph 24 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**25.**

The allegations contained in Paragraph 25 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**26.**

The allegations contained in Paragraph 26 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**27.**

The allegations contained in Paragraph 27 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**28.**

The allegations contained in Paragraph 28 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**29.**

The allegations contained in Paragraph 29 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**30.**

The allegations contained in Paragraph 30 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**31.**

The allegations contained in Paragraph 31 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**32.**

The allegations contained in Paragraph 32 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**33.**

The allegations contained in Paragraph 33 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

## COUNT I – DECLARATORY JUDGMENT

### 34.

The allegations in Paragraph 34 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### 35.

The allegations contained in Paragraph 35 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

### 36.

The allegations in Paragraph 36 of the Complaint for Damages are denied for lack of sufficient information to justify a belief therein.

### 37.

The allegations contained in Paragraph 37 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

### 38.

The allegations contained in Paragraph 38 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**39.**

The allegations contained in Paragraph 39 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**40.**

The allegations contained in Paragraph 40 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**41.**

The allegations contained in Paragraph 41 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**42.**

The allegations contained in Paragraph 42 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**43.**

The allegations contained in Paragraph 43 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**44.**

The allegations contained in Paragraph 44 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**45.**

The allegations contained in Paragraph 45 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**46.**

The allegations contained in Paragraph 46 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**47.**

The allegations contained in Paragraph 47 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**COUNT II – BREACH OF CONTRACT**

**48.**

The allegations contained in Paragraph 48 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**49.**

The allegations contained in Paragraph 49 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**50.**

The allegations contained in Paragraph 50 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**51.**

The allegations contained in Paragraph 51 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**52.**

The allegations contained in Paragraph 52 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

## COUNT III – BREACH OF THE IMPLIED COVENANT OF
## GOOD FAITH AND FAIR DEALING

### 53.

The allegations contained in Paragraph 53 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

### 54.

The allegations contained in Paragraph 54 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

### 55.

The allegations contained in Paragraph 55 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

### 56.

The allegations contained in Paragraph 56 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**57.**

The allegations contained in Paragraph 57 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**58.**

The allegations contained in Paragraph 58 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**59.**

The allegations contained in Paragraph 59 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**60.**

The allegations contained in Paragraph 60 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**61.**

The allegations contained in Paragraph 61 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**62.**

The allegations contained in Paragraph 62 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**63.**

The allegations contained in Paragraph 63 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**64.**

The allegations contained in Paragraph 64 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**COUNT IV – BREACH OF LA. REV. STAT. ANN. §22:1220**

**(Insurance Bad Faith)**

**65.**

The allegations contained in Paragraph 65 of the Complaint for Damages do not require an answer from this defendant. However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**66.**

The allegations contained in Paragraph 66 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**67.**

The allegations contained in Paragraph 67 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**68.**

The allegations contained in Paragraph 68 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**69.**

The allegations contained in Paragraph 69 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**70.**

The allegations contained in Paragraph 70 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**71.**

The allegations contained in Paragraph 71 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**72.**

The allegations contained in Paragraph 72 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**73.**

The allegations contained in Paragraph 73 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**74.**

The allegations contained in Paragraph 74 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**75.**

The allegations contained in Paragraph 75 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**COUNT VI - BREACH OF LA. REV. STAT. ANN. § 22:695**

**76.**

The allegations contained in Paragraph 76 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**77.**

The allegations contained in Paragraph 77 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**78.**

The allegations contained in Paragraph 78 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**79.**

The allegations contained in Paragraph 79 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**80.**

The allegations contained in Paragraph 80 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**81.**

The allegations contained in Paragraph 81 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**82.**

The allegations contained in Paragraph 82 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

## COUNT VII – BREACH OF FIDUCIARY DUTY

**83.**

The allegations contained in Paragraph 83 of the Complaint for Damages do not require an answer from this defendant.  However, if an answer is deemed required by this defendant, the allegation are denied for lack of information sufficient to justify a belief therein.

**84.**

The allegations contained in Paragraph 84 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**85.**

The allegations contained in Paragraph 85 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**86.**

The allegations contained in Paragraph 86 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**87.**

The allegations contained in Paragraph 87 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**88.**

The allegations contained in Paragraph 88 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**89.**

The allegations contained in Paragraph 89 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**90.**

The allegations contained in Paragraph 90 of the Complaint for Damages are denied with respect to this defendant, and denied for lack of sufficient information to justify a belief therein as to the other defendants.

**AND FURTHER**, Defendant denies any and all allegations contained in any unnumbered or misnumbered paragraphs or prayers, as well as any other allegations which otherwise has not been admitted, denied, or qualified.

## SEVENTH DEFENSE

Plaintiffs state no facts or law to support a claim for punitive damages.  Plaintiffs also state no facts or law to support an award of attorneys fees.

**AND NOW,** further responding to the allegations in the numbered paragraphs of Plaintiff's First Supplemental and Amending Complaint, Electric Insurance Company avers as follows:

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

### 1.

The allegations contained in Paragraph 1 of Plaintiffs' First Supplemental and Amending Complaint are denied for lack of sufficient information to justify a belief therein.

### 2.

The allegations contained in Paragraph 2 of Plaintiffs' First Supplemental and Amending Complaint does not require an answer from this defendant.  To the extent that an answer is required, however, Electric Insurance Company realleges and reavers all paragraphs in its answer to the Complaint for Damages as set forth hereinabove as the Sixth Defense.

**AND FURTHER**, Defendant denies any and allegations contained in any unnumbered or misnumbered paragraphs or prayers, as well as any other allegations which otherwise has not been admitted, denied, or qualified.

## EIGHTH DEFENSE

**AND NOW FURTHER ANSWERING**, and in the alternative, and as a separate and complete defense, Electric Insurance Company affirmatively avers that if plaintiffs prevail on their principal demand against Electric Insurance Company, which is denied, then Electric Insurance Company is entitled to a credit for any and all amounts of damages or payments made or tendered to plaintiffs arising out of this alleged loss.

## NINTH DEFENSE

**AND NOW FURTHER ANSWERING,** and in the alternative, and as a separate and complete defense, Electric Insurance Company affirmatively avers that if plaintiffs prevail on their principal demand, which is denied, against Electric Insurance Company, then Electric Insurance Company is entitled to a credit for the full amount of any flood insurance policies issued to plaintiffs, or amounts paid under said policies, whether or not plaintiffs collected any and all damages under said flood policies.

## TENTH DEFENSE

**AND NOW FURTHER ANSWERING**, and in the alternative, and as a separate and complete defense, Electric Insurance Company affirmatively avers that accord and satisfaction has been made and that all payments due under any and all policies of insurance which Electric Insurance Company may have issued to those plaintiffs alleged to be insureds of these defendants have been made with nothing further being due or owing to plaintiffs.

## ELEVENTH DEFENSE

**AND NOW FURTHER ANSWERING**, and in the alternative, and as a separate and complete defense, Electric Insurance Company affirmatively avers that plaintiffs have not provided satisfactory proof of loss to Electric Insurance Company and Electric Insurance Company has not acted arbitrarily or capriciously such that plaintiffs are entitled to statutory penalties, costs, or attorney's fees, if any are allowed under Louisiana law.

Electric Insurance Company reserves the right to file additional Answers, Third-Party Complaints, Counterclaims and/or Cross-Claims, and to assert additional, supplemental defenses and/or Affirmative Defenses, such as the facts may later disclose and require.

**WHEREFORE**, defendant, Electric Insurance Company, prays:

1.      That this Answer be deemed good and sufficient, and that after due proceedings had, there be judgment in favor of Electric Insurance Company, dismissing with prejudice plaintiffs' Complaint for Damages, with all costs of these proceedings assessed solely to plaintiffs;

2.      For all such other general and equitable relief as this Honorable Court may deem just under the circumstances and be competent to grant.

Respectfully submitted,


_s/Dominic J. Gianna_____ ____
**Dominic J. Gianna, #6063**
**Alan Dean Weinberger # 13331**
**Erin C. Hangartner, #24768**
MIDDLEBERG, RIDDLE & GIANNA
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana  70170-3100
Telephone:  (504) 525-7200
**Attorneys for Electric Insurance Company**


### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter that accept service via the electronic filing system.  I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to all counsel of record who are not participants in the CM/ECF system.


_____s/Dominic J. Gianna_____

ND: 4839-7171-4305, v.  1