UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER<br><br>OF THE<br><br>COMPLAINT OF GREAT LAKES<br>DREDGE & DOCK COMPANY, AS<br>OWNER OF THE DREDGES CALIFORNIA,<br>MANHATTAN ISLAND, PADRE ISLAND,<br>AND ALASKA, AND AS OWNER<br>PRO HAC VICE OF THE DREDGE<br>TEXAS | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

PERTAINS TO:
ALL DREDGING LIMITATION ACTIONS
CIVIL ACTION NOS. 06-8676;06-8884;06-8888;
06-8890;06-8891;06-8922;06-8967;06-9075;
and 06-06-9223

MOTION AND INCORPORATED MEMORANDUM IN SUPPORT OF
THE DREDGING DEFENDANTS' MOTION TO SET MONITION PERIOD AND FOR
PUBLICATION OF NOTICE

Limitation Plaintiffs, T.L. James & Company, Inc., Gulf Coast Trailing Company, a Louisiana partnership, and TLJIC, L.L.C., a partner therein; Great Lakes Dredge & Dock Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; King Fisher Marine Service, L.P. and Manson Construction Co. (collectively the "Limitation Plaintiffs") submit this motion and memorandum in support of their Motion to Set Monition Period and for Publication of Notice as required by F.R.C.P. Supp. Rule F (4).

1

NO NMS 131364 v1
2902907-000001

As this Court is aware, in October of this year, eight Complaints for Exoneration from or Limitation of Liability were filed in response to a series of lawsuits filed against Limitation Plaintiffs to recover damages as a result of Hurricane Katrina. Attached to each Complaint was a proposed Order in which the Court was requested to set a date for the filing of claims and for the publication of the notice.

The proposed Orders contemplate the filing of claims with the Clerk; however, pursuant to the suggestion of the Court, counsel for Limitation Plaintiffs have solicited proposals for the creation of a claim repository and are in the process of analyzing the proposals. However, the Court has not set a date by which claims must be filed nor has the Court directed the method of giving notice to potential claimants.

During the telephone status conference on November 9, this was discussed and the Court ordered that if counsel for Limitation Plaintiffs and Plaintiffs' Liaison Counsel and counsel for Philip Reed, a purported class representative, could not agree on a monition period and for the publication of notice, Plaintiffs' Liaison Counsel and/or counsel for Philip Reed, were to file a motion by November 15 requesting the Court to set a date for the filing of claims and for the publication of notice, and counsel for the Limitation Plaintiffs were to have until December 1 to respond.

To date, neither Plaintiffs' Liaison Counsel nor counsel for Philip Reed have filed a motion, nor have either responded to an e-mail requesting that they advise their intentions. Under the assumption that they do not intend to file a motion, Limitation Plaintiffs would suggest to the Court that unlike most casualties that provoke the filing of a complaint in limitation, Hurricane Katrina is not a secret. Virtually everyone who has been affected by this hurricane is painfully aware of it and has been bombarded by advertisements, both print and on

2

the radio and television, suggesting that people affected by the storm retain counsel. Since the accident happened over 15 months ago, thousands of lawsuits have been filed and virtually everyone who was going to retain counsel has done so and the Courts, both state and federal, have been inundated with lawsuits arising out of this storm.

As a result of the foregoing, Limitation Plaintiffs are of the view that there is no necessity for a long monition period nor is there any necessity for advertising beyond that required by LAR64.5. The first lawsuit filed against Limitation Plaintiffs was filed on April 24, 2006, almost eight months after the storm, and most of the Limitation Complaints were filed by the six-month anniversary of the filing of that suit, which was the first written notice of claim, or by October 24, 2006. Since the custom in the Eastern District of Louisiana is to have a six-month period for the filing of claims in a limitation action, Limitation Plaintiffs would suggest that a claim date of April 24, 2007, would be appropriate.

In view of the foregoing, Limitation Plaintiffs move the Court to issue the following Order:

> Pursuant to F.R.C.P. Supp Rule F(4), all claims filed in the Limitation Actions referenced above shall be filed no later than April 24, 2007, and that notice of such deadline shall be published in accordance with LAR64.5 and Supp. Rule F(4).

Respectfully submitted,

/s/ JamesH. Roussel (Bar Roll No. 11496)
Nyka M. Scott (Bar Roll No. 28757)
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone: (504) 566-5278
Facsimile: (504) 636-3978

NO NMS 131364 v1
2902907-000001

jroussel@bakerdonelson.com
nscott@bakerdonelson.com

Attorneys for Great Lakes Dredge & Dock Company

/s/ Samuel B. Gabb
Samuel B. Gabb (Bar Roll No. 22378)
Thomas P. LeBlanc (Bar Roll No. 22832)
Lundy & Davis
501 Broad St.
P. O. Box 3010
Lake, Charles, LA  70602-3010
Telephone: (337) 439-0707
Facsimile: (337) 439-1029
sgabb@lundydavis.com

Attorneys for Mike Hooks, Inc.

/s/ James A. Cobb, Jr.
James A. Cobb, Jr. (Bar Roll No. 4213)
Emmett, Cobb, Waits & Henning
1515 Poydras St., Suite 1950
New Orleans, LA  70112
Telephone:(504) 581-1301
Facsimile: (5040 581-6020)
jac@ecwko.com

Attorneys for Weeks Marine, Inc.

/s/ A. Gordon Grant, Jr.
A. Gordon Grant, Jr. (Bar Roll No. 6221)
Philip S. Brooks, Jr. (Bar Roll No. 21501)
Montgomery, Barnett, Brown, Read,
 Hammond & Mintz, L.L.P.
Energy Centre - 1100 Poydras St.
Suite 3200
New Orleans, LA  70163-3200
Telephone: (504) 585-7681
Facsimile: (504) 200-8981
ggrant@monbar.com

Attorneys for Gulf Coast Trailing Company;
T.L. James & Company, Inc.; TLJIC,
L.L.C., a partner therein

NO NMS 131364 v1
2902907-000001

/s/ Richard A. Cozad
Richard A. Cozad (Bar Roll No. 4537)
Michael L. McAlpine (Bar Roll. No. 9195)
Emma A. Mekinda (Bar Roll No. 28151)
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone:(504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com

Attorneys for King Fisher Marine Service, L.P.

/s/ William Larzelere
William J. Larzelere, Jr. (Bar Roll No. 8057)
T. Justin Simpson (Bar Roll No. 18437)
Angie L. Arceneaux (Bar Roll No. 26786)
Larzelere, Picou, Wells, Simpson & Lonero
3850 N. Causeway Blvd. - Ste. 1100
Two Lakeway Center
Metairie, LA 70002
Telephone:(504) 834-6500
Facsimile: (504) 834-6565
blarzelere@lpw-law.com
jsimpson@lpw-law.com
aakers@lpw-law.com

Attorneys for Luhr Bros., Inc.

/s/ Andre J. Mouledoux
Andre J. Mouledoux (Bar Roll No. 9788)
C. William Emory (La Bar #20179)
Daniel J. Hoerner (La Bar #21706)
Jacques P. DeGruy (La Bar #29144)
Mouledoux, Bland, Legrand & Brackett
701 Poydras St. - Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.

/s/ George M. Gilly
William Riviere
Phelps Dunbar, LLP
365 Canal Street, 21st Floor
New Orleans, LA 70130
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
gillyg@phelps.com
riviereb@phelps.com

Attorneys Manson Construction Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __1st__ day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com
2) dbecnel@becnellaw.com
3) csalas@salaslaw.com

I further certify that I forwarded the foregoing document and the notice of electronic filing by facsimile to the following non-CM/ECF participants:

1) A.J. Rebaneck

/s/ Nyka M. Scott

5

NO NMS 131364 v1
2902907-000001