UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER<br><br>OF THE<br><br>COMPLAINT OF GREAT LAKES<br>DREDGE & DOCK COMPANY, AS<br>OWNER OF THE DREDGES CALIFORNIA,<br>MANHATTAN ISLAND, PADRE ISLAND,<br>AND ALASKA, AND AS OWNER<br>PRO HAC VICE OF THE DREDGE<br>TEXAS<br><br>PERTAINS TO:<br>ALL DREDGING LIMITATION ACTIONS<br>CIVIL ACTION NOS. 06-8676;06-8884;06-8888;<br>06-8890;06-8891;06-8922;06-8967;06-9075;<br>and 06-06-9223 | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

Before the Court is Limitation Plaintiffs, T.L. James & Company, Inc., Gulf Coast Trailing Company, a Louisiana partnership, and TLJIC, L.L.C., a partner therein; Great Lakes Dredge & Dock Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; King Fisher Marine Service, L.P. and Manson Construction Co. (collectively the "Limitation Plaintiffs") Motion to Set Monition Period and for Publication of Notice. The Court, after considering the motion and memorandum in support, is of the opinion that Limitation Plaintiffs motion is meritorious;

ACCORDINGLY, IT IS THEREFORE:

ORDERED that Limitation Plaintiff's Motion to Set Monition Period and for Publication of Notice is GRANTED;

IT IS FURTHER ORDERED that pursuant to F.R.C.P. Supp Rule F(4), all claims filed in the Limitation Actions referenced above shall be filed no later than April 24, 2007, and that notice of such deadline shall be published in accordance with LAR64.5 and Supp. Rule F(4).

EXECUTED at New Orleans, Louisiana, this _____ day of _____, 2006

.

_____
UNITED STATES DISTRICT JUDGE