**MINUTE ENTRY**
**DUVAL, J.**
**NOVEMBER 29, 2006**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**COLLEEN BERTHELOT, ET AL**                                    **CIVIL ACTION**

**VERSUS**                                                                       **NO. 05-4182**

**BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL**      **SECTION "K"(2)**
                                                                                  **CONS. KATRINA CANAL**
**THIS DOCUMENT RELATES TO:**
**REC. DOC. 1508**

# ORAL ARGUMENT

INSURANCE (06-516): MOTION for modification of scheduling order and continuation of trial date by Travelers Property Casualty Company of America, filed 11/3/06.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  CINDY USNER

APPEARANCES:  Kevin McGlone, James Garner, Ralph Hubbard, III & Simeon Reimonenq

Court begins at 9:53 a.m.
Case called.  All present and ready.
Oral argument by parties.
This matter is GRANTED for the oral reasons stated on the record.
Court adjourns at 10:15 a.m.

JS-10 (:22)