UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNEZ KIEFER, ET AL.** | * | **CIVIL ACTION NO.: 06-5370** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | **STANWOOD R. DUVAL, JR.** |
| **ALLSTATE INSURANCE COMPANY,** | * | |
| **ET AL.** | * | **SECTION "K"** |
| | * | |
| | * | **MAGISTRATE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |
| | * | **MAG.: (2)** |

**************************************

**EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT**, with full reservation of all rights, including the right to object to the jurisdiction and/or venue of this Honorable Court, with respect, comes **Defendant UNITED FIRE AND CASUALTY COMPANY (UNITED) improperly named as UNITED FIRE GROUP** appearing herein through its undersigned attorney, and moves this Honorable Court for the appropriate order, to wit:

I.

Mover hereby certifies that no previous extensions of time to plead have been obtained by mover regarding plaintiff's Original and Amended Complaint and plaintiff has not filed in the record an objection to an extension of time.

*S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\KIEFER\Pleadings\Lafayette\motion for extension of time usdc (F).wpd*

II.

Pursuant to Local Rules of Court 7.9 E, mover requests that the Court grant an extension of fifteen (15) days from the time pleadings would otherwise be due by mover during which time mover may object and/or otherwise plead to the Complaint filed by plaintiff.

>Respectfully submitted,
>
>**BERNARD, CASSISA, ELLIOTT & DAVIS**
>A Professional Law Corporation
>
>BY:    *s/Howard B. Kaplan*
>       **HOWARD B. KAPLAN (#14414)**
>       **ROBERT A. MCMAHON, JR. (#10406)**
>       **STEPHEN N. ELLIOTT (#5326)**
>       1615 Metairie Road, P.O. Box 55490
>       Metairie, Louisiana 70055-5490
>       Telephone: (504) 834-2612
>
>**COUNSEL FOR,**
>**UNITED FIRE AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the foregoing pleading to all counsel of record by notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the all non-CM/ECF participants, this 22nd day of November, 2006.

>*s/Howard B. Kaplan*
>**HOWARD B. KAPLAN (#14414)**