UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANNEZ KIEFER, ET AL.** | * | **CIVIL ACTION NO.: 06-5370** |
| | * | |
| **VERSUS** | * | **JUDGE:** |
| | * | **STANWOOD R. DUVAL, JR.** |
| **ALLSTATE INSURANCE COMPANY,** | * | |
| **ET AL.** | * | **SECTION "K"** |
| | * | |
| | * | **MAGISTRATE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |
| | * | |
| | * | **MAG.: (2)** |

**************************************

# O R D E R

Considering the foregoing:

IT IS ORDERED that the **Defendant UNITED FIRE AND CASUALTY COMPANY (UNITED) improperly named as UNITED FIRE GROUP** is hereby granted an additional fifteen (15) days until December 20, 2006 to file responsive pleadings.

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

*S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\KIEFER\Pleadings\Lafayette\motion for extension of time order (F).wpd*