# Exhibit 1

KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BRENDA BERTHELOT,** | * | CIVIL ACTION |
| Plaintiff, | * | NUMBER: 06-8810 |
| v. | * | SECTION: "K" (2) |
| **SALVADOR MANGANO, MABEL BUFFONE MANGANO, THE MANGANO CORPORATION, MANQUEST, INC., MANACA, INC., AOLC LIMITED PARTNERSHIP, MANGANO MANAGEMENT, INC., MANGANO CONSULTANTS, INC., MGH LIMITED PARTNERSHIP and BUFFMAN, INC.** | * * * * | |
| Defendant. | * | |

\*   \*   \*   \*

### DECLARATION PURSUANT TO 28 U. S. C. § 1746

I, Sherrel E. Taylor, hereby state as follows:

1. I am a Paralegal Specialist for the Civil Division, United States Attorney's Office for the Eastern District of Louisiana.

2. My job responsibilities include accepting service for civil suits filed against the United States of America, arising in the Eastern District of Louisiana and served upon the United

States Attorney's Office.

3. I personally accepted service of the Third Party Demand, issued to James Letten, United States Attorney, Eastern District of Louisiana, on October 2, 2006 at 9:55 a.m., in the case captioned Brenda Berthelot v. Salvador Mangano, et al., 34th Judicial District Court, St. Bernard Parish, State of Louisiana, No. 105-433, "E". (See Exhibit A).

4. The above-stated information is true, accurate, and based on my personal knowledge of the records.

5. I declare under penalty of perjury that the forgoing is true and correct.

Executed at New Orleans, Louisiana, this 1st day of December, 2006

SHERREL E. TAYLOR
Paralegal Specialist
United States Attorney's Office, EDLA

2

September 29, 2006 (Friday) 101
10:23 AM

- P 05-4181 "B" Emile Boissenat et al v. Salvador Mangano et al N
- P 06-280 "B" Joy Lewis et al v. Buffman Inc et al 10:23 AM N
- P 05-620 "B" Rose Lea Legare et al v. Salvador Mangano et al 10:23 AM N
- P 06-289 "B" Darlene Thompson et al v. Buffman Inc et al 10:23 AM N
- P 06-335 "B" Yolanda et al v. Buffman et al 10:23 AM N
- C 06-5169 "D"(4) Meredith L. Hart v. Travelers Indemnity Co, et al
- C 06-4322 "K"(1) Charles Ines et al v. FEMA
- C 06-4495 "K"(2) Hector Medina v. FEMA
- C 06-4345 "L"(5) Boyl Thegee et al v. FEMA

September 29, 2006 (Friday)

- C 06-1621 "K"(3) Gwendolyn Polite Wilson et al v. VA et al

October 2, 2006 (Monday)
9:55 am

- P 106-535 "A" Jane Dorand et al v. Buffman et al
- P 106-324 "B" Gallodoro et al v. Mangano
- P 105-733 "D" Depascual et al v. Buffman
- P 105-889 "B" Beatmann et v. Mangano
- P 105-591 "E" Alonzo et al v. Mangano
- P 105-530 "D" Sanderson et al v. Mangano
- P 105-433 "E" Borthelot et al v. Mangano
- P 105-410 "E" Frischhertz v. Mangano
- P 105-551 "A" Wagner et al v. Mangano
- P 105-874 "E" Herzog et al v. Buffman
- P 105-927 "D" Gonzales et al v. Mangano



GOVERNMENT EXHIBIT A

192   9:55 am Seg

P 05-936 "E" Anguzza et al. v. Boyman ss
P 06-017 "D" Montalbano et al. v. Boyman seg
P 06-361 "B" Bell v. Mangano =s
P 06-737 "D" Melerine Bohnenstiehl v. Mangano ss
P 06-6608 "F" Yvonne Geraci et al. v. Thompson DHH 1:10pm cp
C 06-3724 "I"(6) Yilmaz-Jones v. SBA
C 06-833 c/w SOC Wells Fargo Bank Minnesota, NA v. C.J. Construction of Kenner

October 3, 2006 (Tuesday)   9:55 a
P 05-406 "D" Raymond Cousins et al. v. Mangano sg
P 06-061 "C" Charles Thomason et al. v. Boyman seg
P 06-4907 "A"(3) OLUBADEWO vs. USA sg 1:42
P 06-5964 "A"(3) FRYE v. ORLEANS Parish Prison sg 1:49
C 06-4973 "N"(4) William Darling et al. v. FEMA et al.

October 4, 2006 (Wednesday)
P 06-6444 "S"(2) Jackson Square Inv. v. U.S.A.   4:40 p.m. cp

October 5, 2006 (Thursday)
P 05-4419 c/w 05-4237 and 06-3313 "B"(2) In re Ingram
Barge Co. as owner of the Ing-4727   3:30 pm N