# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA and | § | |
| *Alfonso*, 06-9641 | § | |
| *Anguzza*, 06-9038 | § | |
| *Bell*, 06-9037 | § | |
| *Berthelot*, 06-8810 | § | |
| *Conlon*, 06-9321 | § | |
| *DePascual*, 06-8982 | § | |
| *Dorand*, 06-9191 | § | |
| *Gallodoro*, 06-9206 | § | |
| *Gonzales*, 06-8972 | § | |
| *Herzog*, 06-8992 | § | |
| *Hubert*, 06-8219 | § | |
| *Johnson*, 06-7400 | § | |
| *Kenney*, 06-7355 | § | |
| *Kramer*, 06-7457 | § | |
| *Lewis*, 06-8107 | § | |
| *Lott*, 06-9236 | § | |
| *Montalbano*, 06-8963 | § | |
| *Morales*, 06-5962 | § | |
| *Poissenot*, 06-7858 | § | |
| *Rodrigue*, 06-6639 | § | |
| *Thedy*, 06-8106 | § | |
| *Thomason*, 06-9192 | § | |
| *Verges*, 06-8731 | § | |
| _____§ | | |

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMANDS

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demands filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demands against the United States in the above-listed actions should be dismissed.

Dated: December 4, 2006                Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                C. FREDERICK BECKNER III
                                                Deputy Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                s/ Kara K. Miller
                                                Kara K. Miller
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 616-4448 / (202) 616-5200 (Fax)
                                                Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Kara K. Miller, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF, electronic mail, or first class mail.

                                  s/ Kara K. Miller
                                      Kara K. Miller