**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  ST. RITA and | § | |
| *Alfonso*, *06-9641* | § | |
| *Anguzza, 06-9038* | § | |
| *Bell*, 06-9037 | § | |
| *Berthelot, 06-8810* | § | |
| *Conlon, 06-9321* | § | |
| *DePascual, 06-8982* | § | |
| *Dorand, 06-9191* | § | |
| *Gonzales, 06-8972* | § | |
| *Gallodoro, 06-9206* | § | |
| *Herzog, 06-8992* | § | |
| *Hubert, 06-8219* | § | |
| *Johnson, 06-7400* | § | |
| *Kenney, 06-7355* | § | |
| *Kramer, 06-7457* | § | |
| *Lewis, 06-8107* | § | |
| *Lott, 06-9236* | § | |
| *Montalbano, 06-8963* | § | |
| *Morales, 06-5962* | § | |
| *Poissenot, 06-7858* | § | |
| *Rodrigue, 06-6639* | § | |
| *Thedy, 06-8106* | § | |
| *Thomason, 06-9192* | § | |
| *Verges, 06-8731* | § | |
| _____ | § | |

## NOTICE OF HEARING

To:     All Counsel of Record:

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demands at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January, 2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana