UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ST. RITA (POISSENOT)      NO.: 06-7858

## MOTION FOR LEAVE

NOW INTO COURT, through undersigned counsel, come original plaintiff, Emile R. Poissenot and Patricia Poissenot Agnelly, individually and on behalf of their deceased father, Emile Hippolite Poissenot, who respectfully request leave of this court to file the accompanying Reply Memorandum in Support of Motion to Remand. The St. Rita's defendants have cited three unreported cases to this court which plaintiffs desire to distinguish prior to the hearing. The reply should not present any delay and will assist the court in its review of the issues.

Respectfully submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

/s/ Paula M. Wellons

PAULA M. WELLONS (19028)
FAYE DYSART MORRISON (23049)
7924 Wrenwood Boulevard, Suite C
Baton Rouge, Louisiana 70809
Telephone: 225-387-9888
Facsimile: 225-387-9886
Counsel for Plaintiffs

John W. deGravelles
deGravelles, Palmintier, Holthaus & Frugè, LLP
618 Main Street
Baton Rouge, LA 70801-1910
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | Electronically | | |

Baton Rouge, Louisiana this 4th day of December, 2006.

/s/ Paula M. Wellons

TAYLOR, WELLONS, POLITZ & DUHE, APLC