FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05-4182
ref:

| | |
|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * CIVIL ACTION NO. (06-4746) |
| | * |
| | * HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * SECTION "K" |
| | * |
| VERSUS | * HON. JOSEPH C. WILKINSON, JR. |
| | * |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * |
| | * |
| | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## THE HANOVER INSURANCE COMPANY'S JOINDER IN THE MOTIONS TO SEVER AND INCORPORATED MEMORANDUM

Defendants The Hanover American Insurance Company and the Hanover Insurance Company (collectively "Hanover"), by their undersigned attorneys and pursuant to Federal Rule of Civil Procedure Rules 20 and 21 respectfully joins (i) the Motion to Sever and Proceed Separately by Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company and Memorandum in Support, (ii) the Motion to Sever Claims filed by State Farm Fire and Casualty Company, State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company and Memorandum in Support (Doc. No. 89), and (iii) the Motion to Sever

-1-



by Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana and Safeco Surplus Lines Insurance Company and Memorandum in Support (Doc. No. 84). Hanover adopts and incorporates the facts and argument contained in those motions, and respectfully requests that this Court sever Plaintiffs' claims so that each Defendant is a party to a separate lawsuit.

Dated: November 20, 2006

Respectfully Submitted,

RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL

KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
**Attorneys for The Hanover Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via electronic mail this 20th day of November, 2006.

_____