UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05-4182
(Ref: )

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO. (06-4746 |
| | * | |
| Plaintiffs, | * * | HON. STANWOOD R. DUVAL, JR. SECTION "K" |
| | * | |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that The Hanover American Insurance Company and the Hanover Insurance Company ("collectively "Hanover"), will bring its Joinder in the Motions to Sever against Plaintiffs for hearing before the Stanwood R. Duval, Jr. on December 13, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted,

_____
RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
	RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL

KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
**Attorneys for The Hanover Insurance Company**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20 day of November 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing the same in the United States Mail, properly addressed, first class postage prepaid, telefax and/or electronic mail.

_____