FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21  PM 4:25

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br>   * <br>   * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | 06-7682 (PAUL) * <br>   * <br>   * | JUDGE DUVAL <br><br> MAG. WILKINSON |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM
### IN SUPPORT OF MOTION FOR DISMISSAL UNDER RULE 12(B)(6)

**NOW INTO COURT** through undersigned counsel comes The BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") and moves for leave to file the attached supplemental memorandum in support of its 12(b)(6) Motion for Dismissal. The supplemental memorandum and the attached affidavit of Thomas Lobello, Jr. will assist this court in the ultimate determination of the 12(b)(6) motion.

1

Respectfully submitted,

**FRILOT, PARTRIDGE, L.C.**

_____
PATRICK A. TALLEY, JR. (#1616)
CARL E. HELLMERS, III (#25705)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

_____