UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES   CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION   NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | 06-7682 (PAUL) | * * * | JUDGE DUVAL   MAG. WILKINSON |

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

This memorandum is submitted by the BNSF Railway Company, f/k/a the Burlinton Northern and Santa Fe Railway Company ("BNSF") in support of its motion for leave to file a supplemental memorandum in support of its 12(b)(6) Motion to Dismiss. The supplemental memorandum attached and the affidavit of Thomas Lobello, Jr., the Chief Operating Officer of the New Orleans Public Belt Railroad. Will assist this court in its determination of the BNSF motion and the corresponding issues related thereto.

Respectfully submitted,
FRILOT, PARTRIDGE, L.C.

_____
PATRICK A. TALLEY, JR. (#1616)
CARL E. HELLMERS, III (#25705)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

_____