Case 2:05-cv-04182-SRD-JCW   Document 1966   Filed 11/22/06   Page 1 of 3



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 22 PM 4:36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

In re Katrina Canal Breach Litigation   C.A.No. 05-4182
Pertains to:

| | |
|---|---|
| CONNIE ABADIE, ET AL. | CIVIL ACTION NO.: 06-5164 |
| | CLASS ACTION |
| VERSUS | JUDGE _____ |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | SECT. K MAG.2 |

**COLUMBIA MUTUAL INSURANCE COMPANY'S SECOND MOTION
FOR AN EXTENSION OF TIME TO ANSWER
AND/OR OTHERWISE DEFEND**

NOW INTO COURT, through undersigned counsel, comes COLUMBIA MUTUAL INSURANCE COMPANY, (hereinafter "COLUMBIA"), a named Defendant herein, who, pursuant to Rule 6(b), Federal Rules of Civil Procedure, moves the Court for an order allowing Defendant an additional extension of time of twenty(20) days to answer and/or otherwise defend the above-captioned proceeding for the following reasons:

1.

This class action suit was filed on August 28, 2006.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

2.

Defendant referred this action to the undersigned attorney for defense promptly upon its receipt of service.

3.

Mover has spoken with counsel for Plaintiffs regarding this Motion and Plaintiffs consent to this extension of time. Columbia shows it has not issued property insurance policies in State of Louisiana and counsel for Plaintiffs is considering a voluntary dismissal.

4.

Counsel for Mover contacted Plaintiff's counsel who consents to this request.

WHEREFORE, DEFENDANT PRAYS for an appropriate Order granting its Second Motion for Extension of Time to Answer and/or Otherwise Defend allowing Defendant an additional twenty (20) days from the date of the filing of this Motion within which to Answer and/or otherwise defend.

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: _____
  Brian A. Homza   #6980
333 Texas Street, Suite 1700
P. O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850

ATTORNEYS FOR DEFENDANT,
COLUMBIA MUTUAL INS. CO.

## CERTIFICATE

I hereby certify that I have this day mailed a copy of the above and foregoing motion to counsel for plaintiffs by placing same in the United States mail, properly addressed, and with sufficient postage affixed thereto and addressed to:

CONNIE ABADIE, ET AL.
Through its attorney of record
Mr. Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Shreveport, LA, this 17th day of November, 2006.

_____
OF COUNSEL

-3-