FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05-4182
Ref.

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * | CIVIL ACTION NO. 06-4746 |
| | * | |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes The Hanover American Insurance Company and The Hanover Insurance Company (collectively "Hanover"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Joinder in the Motions to Sever.

**WHEREFORE**, Hanover respectfully requests that this Honorable Court grant them permission to provide oral argument relating to Hanover's Joinder in the Motions to Sever.

_____ Fee_____
_____ Process_____
X Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

Respectfully Submitted,

RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL

KEVIN P. KAMRACZEWSKI
ANDREW R. GREENE
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934
**Attorneys for The Hanover Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via electronic mail this _____ day of November, 2006.