UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

05-4182

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * | CIVIL ACTION NO.: ~~06-4746~~ (Ref: 06-4746) |
| | * | |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Request for Oral Arguments filed by Hanover;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2006.

Pursuant to Local Rule 78.1 E, oral argument is set for December 13, 2006 at 9:30 A.M.

_____
**J U D G E**

File Unsigned

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____

- 3 -