

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 2005-4182<br><br>JUDGE: STANWOOD R. DUVAL, JR.<br>"K" |
| PERTAINS TO:<br>INSURANCE<br>AUSTIN, ET AL. v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ET AL<br>2006-5164 | * * * | MAGISTRATE: JOSEPH C. WILKINSON, JR. (2) |

* * * * * * * * * * * * * * * * * * * * * * * *

### FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME

Defendants, Encompass Insurance Company of America and Encompass Property and Casualty Company (collectively "Encompass"), without waiving any defenses or objections, hereby move *ex parte* pursuant to Local Rule 7.9E for a twenty-day extension of time up to and including December 18, 2006 within which to answer or otherwise respond to the plaintiffs' Petition. The answer would otherwise be due on November 28, 2006.

Undersigned counsel hereby certifies that there have been no previous extensions of time within which to answer, move, or otherwise respond to the Petition filed in this court in this action and that the plaintiffs have not filed in the record an objection to an extension of time.

**WHEREFORE**, Defendants respectfully move this Court on an *ex parte* basis for an extension of time up to and including December 18, 2006, within which to answer or otherwise file responsive pleadings to the Petition in this action.

Respectfully submitted,

*/s/ Laura Spansel Gravener*
Judy Y. Barrasso, #2814
Laura Spansel Gravener, 30148
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Encompass Insurance Company of
America and Encompass Property and Casualty
Company

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing First *Ex Parte* Motion for Extension of Time on behalf of Defendants, Encompass Insurance Company of America and Encompass Property and Casualty Company, has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 28th day November, 2006.

*/s/ Laura Spansel Gravener*