UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION |
| | | NUMBER 05-4182 |
| | | SECTION "K" (2) |
| LEVEE CASES PERTAINS TO: 06-7682 (Paul) | | |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |

### EX PARTE MOTION BY DEFENDANT, THE PUBLIC BELT RAILROAD COMMISSION FOR THE CITY OF NEW ORLEANS FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS' MOTION TO REMAND

Defendant, the Public Belt Railroad Commission for the City of New Orleans, moves this Court for leave to file the "Memorandum of the Public Belt Railroad Commission in Opposition to the Plaintiffs' Motion to Remand" attached hereto as Exhibit One, for the reasons set forth in the accompanying Memorandum In Support of Ex Parte Motion for Leave to File Memorandum of the Public Belt Railroad Commission in Opposition to the Plaintiffs' Motion to Remand.

-2-

Respectfully submitted,

HAMILTON, BROWN & BABST

*[signature]*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt
Railroad Commission for the
City of New Orleans

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

*[signature]*
GALEN S. BROWN