-3-

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | | |
| * | | NUMBER 05-4182 |
| * | | |
| * | | SECTION "K" (2) |
| LEVEE CASES * | | |
| PERTAINS TO: 06-7682 * | | |
| (Paul) * | | JUDGE DUVAL |
| * | | |
| * | | MAGISTRATE WILKINSON |

### O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Memorandum in Opposition to Motion to Remand;

It is ORDERED that the Memorandum of the Public Belt Railroad Commission for the City of New Orleans in Opposition to Motion to Remand be filed as requested.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

-3-