UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| _____ | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-7682 | * | |
| (Paul) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

MEMORANDUM IN SUPPORT OF EX PARTE MOTION
OF DEFENDANT, THE PUBLIC BELT RAILROAD COMMISSION
FOR THE CITY OF NEW ORLEANS FOR LEAVE TO FILE
MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

The plaintiffs filed this civil class action in Civil District Court for the Parish of Orleans, State of Louisiana, on August 28, 2006. The complaint includes a claim that defendant New Orleans Public Belt Railroad Commission (the "Public Belt"), along with CSZ Transportation, Inc. ("CSXT"), and Burlington Northern and Santa Fe Railroad Company ("BNSF") (together "the Railroad Defendants"), was negligent in failing to properly maintain and repair railroad tracks from which a train derailed on September 11, 2004. Complaint ¶¶21-25. Because the thrust of the claims focuses on railroad track inspection and maintenance, the claims are preempted by the Federal Railroad Safety Act ("FRSA") – indeed, are "completely preempted." On this basis, CSXT removed this action to this Court pursuant to this Court's federal question jurisdiction on October 10, 2005.

The defendant Public Belt executed a written consent to the removal, which was included in Exhibit Two to CSXT's Notice of Removal.

On November 8, 2006, the plaintiff filed a Motion to Remand the matter to state court, which was fixed for hearing on November 29, 2006. On November 21, defendant CSXT filed a Memorandum in Opposition to Motion to Remand, and defendant BNSF filed an Opposition to Motion to Remand, adopting and incorporating the opposition memorandum filed by CSXT. The Public Belt did not file a separate opposition because the CSXT opposition set forth the controlling arguments concerning pre-emption of the plaintiffs' claim pursuant to the FRSA.

The plaintiffs' Motion to Remand was submitted for decision on November 29, 2006. Immediately thereafter, on Friday, December 1, 2006, to the surprise of the defendant Public Belt, the plaintiffs and defendants CSXT and BNSF filed a Stipulation of Dismissal, dismissing the plaintiffs' claims against CSXT and BNSF, with prejudice.

The defendant Public Belt is a common carrier and is engaged in interstate commerce, notwithstanding that the Public Belt operates solely in two Louisiana parishes. *City of New Orleans v. Texas and Pacific Railway Co.*, 195 F.2d 887, 889 (5th Cir. 1952).

The operations of the Public Belt are subject to the FRSA and the regulations adopted thereunder. Thus, the plaintiffs' state law claims against the Railroad Defendants, including the Public Belt, are completely pre-empted by the FRSA, as CSZT cogently argued in its November 21, 2006, Memorandum in Opposition to Plaintiffs' Motion to Remand.

The defendant Public Belt is entitled to have the plaintiffs' claims against it heard in this Court, which has federal question jurisdiction over those claims, pursuant to 28 U.S.C. §1331.

Because the CSXT Opposition set forth the arguments against the Plaintiffs' Motion To Remand, the Public Belt filed no separate opposition, believing its interests in opposing the remand motion were adequately protected by the CSX Opposition.

The Public Belt was surprised by the plaintiffs' sudden dismissal of defendants CSXT and BNSF. The Stipulation of Dismissal provides that the oppositions of CSXT and BNSF to the plaintiffs' motion to remand are withdrawn. *Id.*, p. 1.

The defendant Public Belt has been prejudiced by the sudden dismissal of co-defendants CSXT and BNSF. However, this Court has not yet granted the plaintiffs' motion to remand, even though the matter has been submitted.

Thus, the defendant Public Belt respectfully requests that the Court grant its Ex Parte Motion for Leave to File its Memorandum in Opposition to Plaintiffs' Motion to Remand, and after due consideration that the plaintiffs' motion to remand be denied.

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt
Railroad Commission for the
City of New Orleans

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

*/s/ Galen S. Brown*
GALEN S. BROWN