UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

MEMORANDUM IN SUPPORT PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF DEFENDANTS AMERICAN EMPIRE INSURANCE COMPANY, BANKERS MULTIPLE LINE INSURANCE COMPANY, COLUMBIA MUTUAL INSURANCE COMPANY, COMPASS INSURANCE COMPANY, COLONIAL LLOYDS INSURANCE COMPANY, FIDELITY FIRST INSURANCE COMPANY, FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK, FINANCIAL GUARANTY INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, KEMPER CASUALTY INSURANCE COMPANY, LEXON INSURANCE COMPANY, NATIONAL FIRE & INDEMNITY EXCHANGE, REPUBLIC INDEMNITY COMPANY OF AMERICA, SECURITY INSURANCE COMPANY OF HARTFORD, STONINGTON INSURANCE COMPANY, UNITED CASUALTY INSURANCE COMPANY OF AMERICA, UNITED NATIONAL INSURANCE COMPANY, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, WASHINGTON INTERNATIONAL INSURANCE COMPANY, AND WASHINGTON NATIONAL INSURANCE COMPANY, WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs in the above numbered and captioned cause have received information from the Defendants AMERICAN EMPIRE INSURANCE COMPANY, BANKERS MULTIPLE LINE INSURANCE COMPANY, COLUMBIA MUTUAL INSURANCE COMPANY, COMPASS INSURANCE COMPANY, COLONIAL LLOYDS INSURANCE COMPANY, FIDELITY FIRST INSURANCE COMPANY, FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK, FINANCIAL GUARANTY INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, KEMPER CASUALTY INSURANCE COMPANY, LEXON INSURANCE COMPANY, NATIONAL FIRE & INDEMNITY EXCHANGE, REPUBLIC INDEMNITY COMPANY OF AMERICA, SECURITY INSURANCE COMPANY OF HARTFORD, STONINGTON INSURANCE COMPANY, UNITED CASUALTY INSURANCE COMPANY OF AMERICA, UNITED NATIONAL INSURANCE COMPANY, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, WASHINGTON INTERNATIONAL INSURANCE COMPANY, AND WASHINGTON NATIONAL INSURANCE COMPANY that they did not write any homeowner's insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period. As such, the above named defendants are believed to be improperly named in this matter and plaintiffs seek their dismissal from this matter without prejudice.

Respectfully submitted,

**BRUNO & BRUNO**

  /s/  **Joseph M. Bruno**
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**

855 Baronne Street  
New Orleans, LA 70113  
PH (504) 525-1335  
FX:(504) 581-1493  
EM:   jbruno@brunobrunolaw.com  
        dscalia@brunobrunolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __4th__ day of December , 2006.

                                        __/s/  Joseph M. Bruno__
                                        **Joseph M. Bruno**