UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the Plaintiffs' Unopposed Motion for Partial Dismissal of AMERICAN EMPIRE INSURANCE COMPANY, BANKERS MULTIPLE LINE INSURANCE COMPANY, COLUMBIA MUTUAL INSURANCE COMPANY, COMPASS INSURANCE COMPANY, COLONIAL LLOYDS INSURANCE COMPANY, FIDELITY FIRST INSURANCE COMPANY, FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK, FINANCIAL GUARANTY INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, KEMPER CASUALTY INSURANCE COMPANY, LEXON INSURANCE COMPANY, NATIONAL FIRE & INDEMNITY EXCHANGE, REPUBLIC INDEMNITY COMPANY OF AMERICA,

SECURITY INSURANCE COMPANY OF HARTFORD, STONINGTON INSURANCE COMPANY, UNITED CASUALTY INSURANCE COMPANY OF AMERICA, UNITED NATIONAL INSURANCE COMPANY, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, WASHINGTON INTERNATIONAL INSURANCE COMPANY, AND WASHINGTON NATIONAL INSURANCE COMPANY without prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that AMERICAN EMPIRE INSURANCE COMPANY, BANKERS MULTIPLE LINE INSURANCE COMPANY, COLUMBIA MUTUAL INSURANCE COMPANY, COMPASS INSURANCE COMPANY, COLONIAL LLOYDS INSURANCE COMPANY, FIDELITY FIRST INSURANCE COMPANY, FIDELITY & CASUALTY INSURANCE COMPANY OF NEW YORK, FINANCIAL GUARANTY INSURANCE COMPANY, FINANCIAL INDEMNITY COMPANY, INDEPENDENT MUTUAL FIRE INSURANCE COMPANY, KEMPER CASUALTY INSURANCE COMPANY, LEXON INSURANCE COMPANY, NATIONAL FIRE & INDEMNITY EXCHANGE, REPUBLIC INDEMNITY COMPANY OF AMERICA, SECURITY INSURANCE COMPANY OF HARTFORD, STONINGTON INSURANCE COMPANY, UNITED CASUALTY INSURANCE COMPANY OF AMERICA, UNITED NATIONAL INSURANCE COMPANY, UNITED NATIONAL SPECIALTY INSURANCE COMPANY, WASHINGTON INTERNATIONAL INSURANCE COMPANY, AND WASHINGTON NATIONAL INSURANCE COMPANY be and are hereby DISMISSED without prejudice, reserving to plaintiffs all rights against all parties not dismissed herein.

New Orleans, Louisiana, this _____ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE