UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Creato Gordon*, No. 06-5163 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S
### RULE 12(E) MOTION FOR A MORE DEFINITE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant St. Paul Fire and Marine Insurance Company ("St. Paul") which, pursuant to Federal Rule of Civil Procedure 12(e), respectfully moves for a more definite statement of the plaintiffs' Class Action Complaint. As more fully detailed in St. Paul's memorandum in support, the Complaint fails to provide enough information to put St. Paul on notice of the claims being made against it or to allow St. Paul to frame a defense to this suit.

**WHEREFORE**, St. Paul Fire and Marine Insurance Company moves this Court for an Order requiring the plaintiffs to clarify the claims being asserted against St. Paul, which clarification should include at least (1) what person(s) or entity(ies) the plaintiffs are alleging St. Paul insured

and for which they are alleging St. Paul to be liable, and (2) the policy period(s) of such insurance policies that the plaintiffs allege are implicated by their claims.

        Respectfully submitted,

s/April R. Roberts
Joseph P. Guichet, T.A., La. Bar # 24441
Ralph S. Hubbard, III, La. Bar # 7040
April R. Roberts, La. Bar #30821
**LUGENBUHL, WHEATON, PECK,**
    **RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2006, a copy of St. Paul Fire and Marine Insurance Company's Rule 12(e) Motion for a More Definite Statement was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system.  Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

s/April R. Roberts
April R. Roberts