UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Creato Gordon*, No. 06-5163 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION

TO:  Creato Gordon                             Hugh P. Lambert, Esq.
     Through its attorney of record:           Lambert & Nelson, PLC
     Joseph M. Bruno, Esq.                     701 Magazine Street
     Bruno & Bruno, LLP                        New Orleans, LA 70130
     855 Baronne Street
     New Orleans, LA 70113

**PLEASE TAKE NOTICE** that defendant, St. Paul Fire and Marine Insurance Company, will bring on for hearing its "Rule 12(E) Motion for a More Definite Statement" before this Honorable Court on the 10th day of January, 2006, at 10:00 o'clock a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/April R. Roberts
Joseph P. Guichet, T.A., La. Bar # 24441
Ralph S. Hubbard, III, La. Bar # 7040
April R. Roberts, La. Bar #30821
**LUGENBUHL, WHEATON, PECK,
	RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of December 2006, a copy of St. Paul Fire and Marine Insurance Company's Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system. Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

s/April R. Roberts
April R. Roberts