UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

## EXPARTE MOTION FOR LEAVE TO FILE MEMORANDUM *AMICUS CURIAE*[1]

NOW INTO COURT COME the Limitation Dredgers who have filed Complaints in Limitation in Civil Action Nos. 06-8676;06-8884;06-8888; 06-8890;06-8891;06-8922;06-8967;06-9075; and 06-06-9223 (the "Limitation Dredgers"), appearing through undersigned counsel, and move the Court for an order granting them leave to file Reply Memoranda *Amicus Curiae* to Plaintiffs' Opposition to the following Motions filed in the *Reed* (Civil Action No. 062152) and *Ackerson* (Civil Action No. 06-4066):

---

[1] This Motion is filed on behalf of Great Lakes Dredging & Dock Company, Mike Hooks, Inc., T.L. James and Company, Inc., Gulf Coast Trailing Company, a Louisiana Partnership, and TLJIC, L.L.C., a Partner therein, Luhr Bros, Inc., King Fisher Marine Services, LP, Weeks Marine and Pine Bluff Sand and Gravel Company ("Limitation Dredgers") each of which has filed a Complaint for Exoneration from or Limitation of Liability, because the filing of the Complaints stays all other actions against them by operation of law, and thus they need permission of the Court to participate in the *Reed* and *Ackerson* matters. *See* 46 U.S.C. App. § 185; Fed. R. Civ. P., Supp. Admiralty Rule F(3).

NO NMS 131474 v1
2902907-000001

1

1. Plaintiffs' Opposition to Dredging Defendants' Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(1) and 12(c) (Doc. No. 1783);

2. Plaintiffs' Opposition to Dredging Defendants' Motion to Dismiss Plaintiffs Fourth Cause of Action pursuant to FED. R. CIV. P. 12(c) (Doc. No. 1773);

3. Plaintiffs' Opposition to Dredging Defendants' Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims pursuant to FED. R. CIV. P. 12(c) and 9(b) (Doc. No. 1782);

4. Plaintiffs' Opposition to Dredging Defendants' Motion to Dismiss pursuant to the Suits in Admiralty Act (Doc. No. 1774);

5. Plaintiffs' Opposition to Dredging Defendants Motion for Judgment on the Pleadings pursuant to LA. R.S. 9:5624 (Doc. No. 1775);

6. Plaintiffs' Opposition to Dredging Defendants Motion for Judgment on the Pleadings pursuant to LA. R.S. 9:2772 and FED. R. CIV. P. 12(c) (Doc. No. 1781);

As the Court is aware, the Limitation Dredgers filed Motions to Dismiss pursuant to the Court's Scheduling Order and subsequently filed Complaints for Exoneration from or Limitation of Liability. When the limitation proceedings were filed, all other actions against the Limitation Dredgers, including the *Reed* and *Ackerson* matters in which these Motions were filed, were stayed as a matter of law. However, some of the movers who also filed Motions to Dismiss, notably Bean Dredging L.L.C. and related companies (collectively "Bean"), did not file for limitation and therefore the Motions, as to those non-limitation defendants, are presently scheduled for oral argument on December 15.

Limitation Dredgers are aware of the Court's admonition that it is unlikely to hear argument on the same issue twice and therefore Limitation Dredgers are of the view that the Court's ruling on these motions, which are of critical importance to Limitation Dredgers, is likely to become "the law of the case." Accordingly, Limitation Dredgers would like to join in the memoranda being submitted by Bean and participate in the oral argument on these Motions *Amicus Curiae,* without prejudice to their Complaints in Limitation.

NO NMS 131474 v1
2902907-000001

Accordingly, Limitation Dredgers respectfully move this Honorable Court to allow them to participate in the submission of Reply Memoranda to the Plaintiffs' opposition to the Motions to Dismiss, and to participate in the oral argument on such Motions, which is currently scheduled for December 15, 2006, without prejudice to their Complaints for Exoneration from or Limitation of Liability.

                                                Respectfully submitted,

                                                *[signature]*
                                                James H. Roussel (Bar Roll No. 11496)
                                                Nyka M. Scott (Bar Roll No. 28757)
                                                Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
                                                201 St. Charles Ave., Ste. 3600
                                                New Orleans, LA 70170
                                                Telephone: (504) 566-5278
                                                Facsimile: (504) 636-3978
                                                jroussel@bakerdonelson.com

                                                Attorneys for Great Lakes Dredge & Dock Company

| /s/ James A. Cobb, Jr. | /s/ Samuel B. Gabb |
|---|---|
| James A. Cobb, Jr. (Bar Roll No. 4213) | Samuel B. Gabb (Bar Roll No. 22378) |
| Emmett, Cobb, Waits & Henning | Loftin, Cain, Gabb and LeBlanc, L.L.C. |
| 1515 Poydras St., Suite 1950 | 2901 Hodges Street |
| New Orleans, LA 70112 | Lake Charles, Louisiana 70601 |
| Telephone:(504) 581-1301 | (337) 802-5099 |
| Facsimile: (5040 581-6020 | (337) 310-4400 (Facsimile) |
| jac@ecwko.com | Facsimile: (337) 439-1029 |
| | |
| Attorneys for Weeks Marine, Inc. | Attorneys for Mike Hooks, Inc. |

NO NMS 131474 v1
2902907-000001

/s/ Richard A. Cozad
Richard A. Cozad (Bar Roll No. 4537)
Michael L. McAlpine (Bar Roll. No. 9195)
Emma A. Mekinda (Bar Roll No. 28151)
McAlpine & Cozad
365 Canal Street, Suite 3180
New Orleans, LA 70130
Telephone:(504) 561-0323
Facsimile: (504) 528-9442
emmamekinda@yahoo.com

Attorneys for King Fisher Marine Service, L.P.

/s/ William Larzelere
William J. Larzelere, Jr. (Bar Roll No. 8057)
T. Justin Simpson (Bar Roll No. 18437)
Angie L. Arceneaux (Bar Roll No. 26786)
Larzelere, Picou, Wells, Simpson & Lonero
3850 N. Causeway Blvd. - Ste. 1100
Two Lakeway Center
Metairie, LA 70002
Telephone:(504) 834-6500
Facsimile: (504) 834-6565
blarzelere@lpw-law.com
jsimpson@lpw-law.com
aakers@lpw-law.com

Attorneys for Luhr Bros., Inc.

/s/ A. Gordon Grant, Jr.
A. Gordon Grant, Jr. (Bar Roll No. 6221)
Philip S. Brooks, Jr. (Bar Roll No. 21501)
Montgomery, Barnett, Brown, Read, Hammond & Mintz, L.L.P.
Energy Centre - 1100 Poydras St.
Suite 3200
New Orleans, LA 70163-3200
Telephone: (504) 585-7681
Facsimile: (504) 200-8981
ggrant@monbar.com

Attorneys for TLJIC, L.L.C., on its own behalf and as successor by merger to T.L. James Marine, Inc. and T.L. James Marine, L.L.C.

/s/ Andre J. Mouledoux
Andre J. Mouledoux (Bar Roll No. 9778)
C. William Emory (Bar Roll No. 20179)
Daniel J. Hoerner (Bar Roll No. 21706)
Jacques P. DeGruy (Bar Roll No. 29144)
Mouledoux, Bland, Legrand & Brackett
701 Poydras St. - Suite 4250
New Orleans, LA 70139
Telephone: (504) 595-3000
Facsimile: (504) 522-2121
amouledoux@mblb.com

Attorneys for Pine Bluff Sand & Gravel Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1) jfnevares-law@microjuris.com

2) dbecnel@becnellaw.com

3) csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1) A.J. Rebaneck

_/s/ Wefla M Scott_

NO NMS 131474 v1
2902907-000001