UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ No. 05-4182 "K"(2)<br>§<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§ |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | §<br>§<br>§<br>§ |

## ORDER

Considering the Limitation Dredgers Motion for Leave to File Memorandum *Amicus Curiae,*

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Limitation Dredgers Motion for Leave to File Memorandum *Amicus Curiae,* is hereby GRANTED,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Limitation Dredgers are allowed to participate in the submission of Reply Memoranda to the Plaintiffs' opposition to the Motions to Dismiss, and to participate in the oral argument on such Motions, which is currently scheduled for December 15, 2006, without prejudice to their Complaints for Exoneration from or Limitation of Liability.

New Orleans, Louisiana, this the _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE