UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br><br>MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) | § § § § § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

REPLY MEMORANDUM *AMICUS CURIAE*
OF MANSON CONSTRUCTION CO.

MAY IT PLEASE THE COURT:

Manson Construction Co. ("Manson"), Limitation Petitioner herein, respectfully submits its Reply Memorandum regarding its Motion for Dismissal and/or Partial Dismissal (Rec. Doc. 1176), and regarding the motions to dismiss filed by the CO-Dredging Defendants, as *Amicus Curiae* pursuant to its request for leave of Court. This Reply Memorandum responds to the following Opposition Memoranda submitted on behalf of Plaintiffs:

1.   Plaintiffs' Opposition to Manson's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(c) (Rec Doc. 1776, adopting Rec. Doc. No. 1783);

2.   Plaintiffs' Opposition to Manson's  Motion to Dismiss Plaintiffs' Fourth Cause of Action Pursuant to Fed. R. Civ. Proc. 12(c) (Rec Doc. 1776, adopting Rec. Doc. No. 1773);

3.      Plaintiffs' Opposition to Manson's Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to Fed. R. Civ. Proc. 12(c) and 9(b). (Rec Doc. 1776, adopting Rec. Doc. No. 1782); and

4.      Plaintiffs' Opposition to Manson's Motion to Dismiss Pursuant to the Suits in Admiralty Act. (Rec Doc. 1776, adopting Rec. Doc. No. 1774).

As a matter of brevity and convenience for the Court and the parties, and as authorized pursuant to Federal Rule of Civil Procedure 10(c), Manson fully adopts by reference, and incorporates herein by attachment as Exhibits "A" – "D," the factual and legal assertions set forth in the Reply Memoranda of Bean Dredging and the other co-Dredging Defendants, as *amici* (See Rec. Doc. Nos. 1979, 1978, 1980, 1977).

Accordingly, for the foregoing reasons, all claims asserted by Plaintiffs against all Dredging Defendants should be dismissed.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     _____
        George M. Gilly, T.A.(Bar #6234)
        William J. Riviere (Bar #20593)
        Evans Martin McLeod (Bar #24846)
        Christian E. Daigle (Bar #29819)
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO.

NO.99742435.1

## <u>CERTIFICATE OF SERVICE</u>

     I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 4th day of December, 2006.

3