# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br><br>MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) § § § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM BY MANSON GULF, LLC

MAY IT PLEASE THE COURT:

Manson Gulf, LLC, sought to be made defendant herein, respectfully request leave of Court to file its Reply Memorandum regarding its Motion for Dismissal and/or Partial Dismissal (Rec. Doc. 1176), in order to address and clarify certain erroneous statements of fact and law set forth in Plaintiffs' various Opposition Memoranda, and to clarify the precise legal issues pending before the Court for oral argument on December 15, 2006.

Accordingly, leave of Court to file the attached Reply Memorandum is hereby requested.

NO.99742435.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, LLC

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 4th day of December, 2006.

_____

NO.99742435.1