UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) | | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum;

IT IS HEREBY ORDERED that defendant, Manson Gulf, LLC, is hereby granted leave to file its Reply Memorandum in respect of its Motion for Dismissal and/or Partial Dismissal (Rec. Doc. 1176).

New Orleans, Louisiana, this _____ day of December, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99742435.1