UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) | | |

## REPLY MEMORANDUM
## OF MANSON GULF, LLC

MAY IT PLEASE THE COURT:

Manson Gulf, LLC ("Manson Gulf"), sought to be made defendant herein, respectfully submits its Reply Memorandum regarding its Motion for Dismissal and/or Partial Dismissal (Rec. Doc. 1176), filed jointly with Limitation Petitioner and co-Dredging Defendant, Manson Construction Co., pursuant to its request for leave of Court. This Reply Memorandum responds to the following Opposition Memoranda submitted on behalf of Plaintiffs:

  1.   Plaintiffs' Opposition to Manson's Motion to Dismiss Pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(c) (Rec Doc. 1776, adopting Rec. Doc. No. 1783);

  2.   Plaintiffs' Opposition to Manson's Motion to Dismiss Plaintiffs' Fourth Cause of Action Pursuant to Fed. R. Civ. Proc. 12(c) (Rec Doc. 1776, adopting Rec. Doc. No. 1773);

NO.99742435.1

3.     Plaintiffs' Opposition to Manson's Motion to Dismiss Plaintiffs' Concealment and Implied Warranty Claims Pursuant to Fed. R. Civ. Proc. 12(c) and 9(b). (Rec Doc. 1776, adopting Rec. Doc. No. 1782); and

4.     Plaintiffs' Opposition to Manson's Motion to Dismiss Pursuant to the Suits in Admiralty Act. (Rec Doc. 1776, adopting Rec. Doc. No. 1774).

As a matter of brevity and convenience for the Court and the parties, and as authorized pursuant to Federal Rule of Civil Procedure 10(c), Manson Gulf fully adopts by reference, and incorporates herein by attachment as Exhibits "A" – "D," the factual and legal assertions set forth in the Reply Memoranda of Bean Dredging and the other co-Dredging Defendants, as *amici* (See Rec. Doc. Nos. 1979, 1978, 1980, 1977).

Accordingly, for the foregoing reasons, all claims asserted by Plaintiffs against Manson Gulf and all Dredging Defendants should be dismissed.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON GULF, LLC

NO.99742435.1

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 4th day of December, 2006.

_____

NO.99742435.1