FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 A 11: 24

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> LEVEE CASES * <br> * <br> PERTAINS TO: 06-7682 (PAUL) * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

## ORDER

**Considering the foregoing** Motion for Leave to File Supplemental Memorandum in Support of BNSF Railway Company's Motion for Dismissal Under Rule 12(b)(6);

IT IS HEREBY ORDERED that the motion is granted and BNSF is given leave to file the supplemental memorandum.

New Orleans, Louisiana this 29th day of November, 2006.

_____
JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_√_ CtRmDep _____
___ Doc. No _____