FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 A 11: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

*In re Katrina Canal Breaches Consolidated Litigation    C.A No. 05-4182*

| | |
|---|---|
| CONNIE ABADIE, ET AL. | CIVIL ACTION NO.: 06-5164 |
| | CLASS ACTION |
| VERSUS | JUDGE _____ |
| AEGIS SECURITY INSURANCE COMPANY, ET AL. | SECT. K MAG.2 |

**ORDER GRANTING COLUMBIA MUTUAL INSURANCE COMPANY'S SECOND EXTENSION OF TIME TO ANSWER AND/OR OTHERWISE DEFEND**

THE FOREGOING PREMISES CONSIDERED:

IT IS HEREBY ORDERED that the time allowed Defendant, COLUMBIA MUTUAL INSURANCE COMPANY, to file its answer, other responsive pleadings, or otherwise defend this action be and is extended ~~for a period of twenty (20) days from the date of this~~ *up to and in* order.

THUS DONE AND SIGNED in Chambers, in *New Orleans*, Louisiana, this *24th* day of November, 2006.*

_____
UNITED STATES ~~MAGISTRATE~~ D

*In the event another pleading is filed in improper form it will be ~~sua sponte~~ Denied outright. See Case Management Orders Nos. 1 and 2.*

_ Fee____
_ Process____
X Dktd____
✓ CtRmDep____
_ Doc. No.____

-4-