FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30  A 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO.: 2005-4182 <br><br> JUDGE: STANWOOD R. DUVAL, JR. <br> "K" |
| PERTAINS TO:<br>INSURANCE<br>AUSTIN, ET AL. v. ALLSTATE FIRE<br>AND CASUALTY INSURANCE<br>COMPANY ET AL<br>2006-5164 | * <br> * <br> * | MAGISTRATE: JOSEPH C. WILKINSON,<br>JR. (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing First *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendants, Encompass Insurance Company of America and Encompass Property and Casualty Company, be and hereby are granted a twenty-day extension of time up to and including December 18, 2006, within which to answer or otherwise respond to the plaintiffs' Petition.

New Orleans, Louisiana, this _____ day of November, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
X   Dktd_____
✓   CtRmDep_____
___ Doc. No_____

- 3 -

72643