FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 A 11: 26

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 2005-4182 |
| | JUDGE: STANWOOD R. DUVAL, JR. "K" |
| PERTAINS TO: INSURANCE AUSTIN, ET AL. v. ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY ET AL 2006-5164 | MAGISTRATE: JOSEPH C. WILKINSON, JR. (2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing First *Ex Parte* Motion for Extension of Time;

**IT IS ORDERED** that Defendants, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, and Allstate Property and Casualty Insurance Company, be and hereby are granted a twenty-day extension of time up to and including December 18, 2006, within which to answer or otherwise respond to the plaintiffs' Petition.

New Orleans, Louisiana, this 24th day of November, 2006.

_____
JUDGE

- 3 -

___ Fee_____
___ Process___ 72632
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___