UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 30 PM 2: 07
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JANE D. DORAND, JAMMIE A. DENLEY, PEGGY DENLEY and RONNEY J. DENLEY | CIVIL ACTION |
| Plaintiffs | NO.: 06-9191 |
| VERSUS | SECTION: K(2) |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABS INSURANCE COMPANY | 05-4182 |
| Defendants | |

## MOTION TO REMAND

**NOW INTO COURT**, through undersigned counsel, come original plaintiffs, Jane D. Dorand, Jammie A. Denley, Peggy Denley and Ronney J. Denley, who move to remand this suit to state court because original defendants and third party plaintiffs, St. Rita's, improperly joined the United States in this matter. Under Louisiana law, St. Rita's does not have a colorable cause of action for contribution against the United States and, as such, the joinder of the United States was done solely for the purpose of creating federal jurisdiction and to delay the ultimate trial and resolution of the claim. Under 28 U.S.C. §1359, this court does not have jurisdiction over claims made solely to manufacture federal jurisdiction. For the reasons set forth in the Memorandum in Support filed herewith, the Third Party Demand of St. Rita's should be dismissed as a matter of law for failure to state a cause of action in contribution or indemnity against the

___ Fee_____
___ Process_____
X  Dktd_____
√  CtRmDep_____
___ Doc. No_____

United States. There being no other basis for federal jurisdiction, the suit should be remanded to state court.

**WHEREFORE**, the original plaintiffs respectfully pray that the United States be dismissed from this matter as improperly joined pursuant to 28 U.S.C. §1359 and that the suit be remanded to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

**DYSART & TABARY, L.L.P.**

DANIEL L. DYSART (#5156)
PAUL A. TABARY, III (#12623)
ELIZABETH R. BORNE (#30403)
3 Courthouse Square
Chalmette, Louisiana  70043
Telephone: (504) 271-8011
Facsimile: (504) 648-0255
Counsel for Plaintiffs

and

Paula M. Wellons (#19028)
Faye Dysart Morrison (#23049)
Taylor, Wellons, Politz & Duhe APLC
7924 Wrenwood Boulevard, Suite C
Baton Rouge, Louisiana  70809
Telephone: (225) 387-9888
Facsimile: (225) 387-9886
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has this date been served on all known counsel of record in this proceeding by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail
( ) Facsimile      ( ) Federal Express
(X) Electronically

Chalmette, Louisiana this 30TH day of November, 2006.

/s/ PAUL A. TABARY, III

DYSART & TABARY, L.L.P.