UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANE D. DORAND, JAMMIE A. DENLEY, PEGGY DENLEY and RONNEY J. DENLEY | * * * | CIVIL ACTION |
| | * | NO.: 06-9191 |
| **Plaintiffs** | * * | SECTION: K(2) |
| VERSUS | * * | |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABS INSURANCE COMPANY | * * * * * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

*Notice of Hearing* [handwritten]

**ORDER**

Considering the Motion to Remand, filed by the original plaintiffs it is:

~~ORDERED~~ *Notice* [handwritten] that this matter is set for hearing on the 10TH day of January, 2007 at 9:30 a.m.

**ORDER** signed this _____ day of, 2006 at New Orleans, Louisiana.

_____
JUDGE