UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 30 A 11: 21
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| JUDY M. PAUL and WILLIE MACKIE, SR.<br>Plaintiffs,<br><br>v.<br><br>SEWERAGE AND WATER BOARD OF<br>NEW ORLEANS, BOARD OF<br>COMMISSIONERS FOR THE ORLEANS<br>LEVEE DISTRICT, BOARD OF<br>COMMISSIONERS OF THE PORT OF<br>NEW ORLEANS, THE CITY OF NEW<br>ORLEANS, NEW ORLEANS PUBLIC<br>BELT RAILROAD COMMISSION, CSX<br>TRANSPORTATION, INC., BNSF<br>RAILWAY COMPANY, f/k/a<br>BURLINGTON NORTHERN AND SANTE<br>FE RAILROAD COMPANY, and THE<br>LOUISIANA DEPARTMENT OF<br>TRANSPORTATION AND<br>DEVELOPMENT<br>Defendants | 05-4182<br><br>CIVIL ACTION NO. 06-7682<br><br>SECTION "K"<br><br>MAGISTRATE 2<br><br>Removed from the Civil District<br>Court for the Parish of Orleans, State<br>of Louisiana, Division "I-14" |

### ORDER

Considering the foregoing Motion of Plaintiffs Judy M. Paul, et al, to file Supplemental Memorandum,

IT IS ORDERED that the Motion to File Supplemental Affidavit in Opposition to Alternative Motion for Summary Judgment filed by CSXT and I Support of Plaintiffs' Alternative Motion for FRCT 56(f) Relief is hereby granted.

New Orleans, Louisiana, November 29 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

W355480

___Fee_____
___Process___
_X_ Dktd___
___CtRmDep___
___Doc.No.___