

# UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | JUDGE: |
| | * | STANWOOD R. DUVAL, JR. |
| Pertains to: | * | |
| *THOMAS AUSTIN, ET AL.,* | * | SECTION "K" |
| | * | |
| *VERSUS* | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| *ALLSTATE FIRE AND CASUALTY* | * | |
| *INSURANCE COMPANY, ET AL.* | * | MAG.: (2) |
| | * | |
| *CIVIL ACTION NO.: 06-5383* | * | |
| ***************************************** | | |

### O R D E R

Considering the foregoing:

IT IS ORDERED that the **Defendant, LAFAYETTE INSURANCE COMPANY (LAFAYETTE)** is hereby granted an additional twenty (20) days until December 15, 2006 to file responsive pleadings.

New Orleans, Louisiana, this 29th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\AUSTIN\Pleadings\Lafayette\motion for extension of time order (F).wpd

___Fee_____
___Process___
_X_ Dktd_____
___CtRmDep__
___Doc.No.___