

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA LEVEE BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: | JUDGE: DUVAL |
| INSURANCE: *Austin*, 06-5383 | |
| | MAGISTRATE: WILKINSON |

### ORDER

Considering the above and foregoing *Ex Parte Motion for Extension of Time*:

**IT HEREBY IS ORDERED**, that the *Ex Parte Motion for Extension of Time* filed by Republic Fire And Casualty Insurance Company shall be and is hereby **GRANTED**, and that the deadline within which to file responsive pleadings shall be and is hereby extended or enlarged by twenty (20) days from the current deadline of November 28, 2006, or until December 18, 2006.

New Orleans, Louisiana, this 29th day of November, 2006.

_____
HONORABLE STANWOOD R. DUVAL, JR.

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc.No. _____