UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JACK R. ANGUZZA AND<br>BRUCE A. ANGUZZA | * * * | CIVIL ACTION<br>NO.: 06-9038 |
| Plaintiffs | * * | SECTION: K(2) |
| VERSUS | * * | |
| BUFFMAN, INC., D/B/A ST. RITA'S<br>NURSING HOME, SALVADOR A.<br>MANGANO, MABEL BUFFONE MANGANO<br>AND ABS INSURANCE COMPANY | * * * * * | |
| Defendants | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

~~ORDER~~

Considering the Motion to Remand, filed by the original plaintiffs it is:

Noticed ~~ORDERED~~ that this matter is set for hearing on the 10TH day of January, 2007 at 9:30 a.m.

**ORDER** signed this _____ day of, 2006 at New Orleans, Louisiana.

_____
JUDGE