UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| 06-3509 | * | SECTION "K" (5) |
| (Lundy Enterprises) | * | |
| | * | |

*********************************************

## MOTION TO COMPEL RESPONSES TO DISCOVERY

NOW INTO COURT, through undersigned counsel, comes defendant IMA of Kansas, Inc., who respectfully moves this Honorable Court for an Order compelling plaintiffs to respond to the Interrogatories and Requests for Production of Documents propounded to plaintiffs on September 8, 2006 on the grounds that a response to this discovery is overdue, all as more fully appears in the attached Memorandum.  Mover herein certifies that he has conferred in good faith on November 28, 2006 with opposing counsel in an effort to resolve the dispute amicably and has been unable to do so.

Respectfully submitted,

***DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK***

s/ Lawrence J. Duplass

_____
**LAWRENCE J. DUPLASS  #5199**
**WILLIAM J. GUSTE, IV #30535**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700

## CERTIFICATE OF SERVICE

1

I hereby certify that on the 5th day of December, 2006, a copy of the <u>Motion to Compel Responses to Discovery, Memorandum in Support of Motion to Compel Responses to Discovery, Local Rule 37.1E Certificate, and Notice of Hearing</u> was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to the following individuals by operation of the court's electronic filing system.

- William David Aaron , Jr
  waaron@goinsaaron.com,rsmith@goinsaaron.com

- Neil Charles Abramson
  abramson@phelps.com,parkerd@phelps.com,steadmas@phelps.com

- Wystan M. Ackerman
  wackerman@rc.com,sholden@rc.com

- Glenn B. Adams
  gadams@phjlaw.com,adamsgb@gmail.com

- Orr Adams , Jr
  orradams@aol.com,nancykhobbs@yahoo.com

- Stephen C. Aertker , Jr
  SAertker@hvfa-law.com,TGoodnight@hvfa-law.com

- Joseph James Aguda , Jr
  jaguda@nielsenlawfirm.com,ldurham@nielsenlawfirm.com,snichols@nielsenlawfirm.com

- Angie Arceneaux Akers
  aakers@lpw-law.com,lgauthreaux@lpw-law.com,bsimpson@lpw-law.com

- Jonathan Beauregard Andry
  jandry@andrylawfirm.com,dsmith@andrylawfirm.com

- Sidney J. Angelle
  sja@lcba-law.com,rgd@lcba-law.com,ddc@lcba-law.com,bjc@lcba-law.com,ebb@lcba-law.com,rsm@lcba-law.com

- Thomas P. Anzelmo
  Tanzelmo@mcsalaw.com,jtorrence@mcsalaw.com,ltowler@mcsalaw.com

- 

- Kirk Norris Aurandt
  kaurandt@daiglefisse.com

- John E. Baay , II
  jbaay@glllaw.com,bmcdonnell@glllaw.com

- Adam Babich
  ababich@tulane.edu,ababich@earthlink.net

- Stephen F. Babin
  BabinS@ag.state.la.us

- Suzette Peychaud Bagneris
  sbagneris@aol.com

- Sarah House Barcellona
  sbarcellona@stonepigman.com

- Valerie Briggs Bargas
  vbargas@sszblaw.com,cathyb@sszblaw.com

- Judy Y. Barrasso
  jbarrasso@barrassousdin.com,slanglois@barrassousdin.com

- Brent Bennett Barriere
  barrierb@phelps.com,battagld@phelps.com

- Francis J. Barry , Jr
  fbarry@dkslaw.com,jhyde@dkslaw.com

- Stephen R. Barry
  sbarry@barrypiccione.com,sdixon@barrypiccione.com,klatiolais@barrypiccione.com

- Adrianne L. Baumgartner
  abaumgartner@phjlaw.com,kboudreaux@phjlaw.com

- Samuel Beardsley , Jr
  s_beards@bellsouth.net,sbeardsley@couturelaw.net,sbjrdar@cox.net

- Daniel E. Becnel , Jr
  dbecnel@becnellaw.com,mmoreland@becnellaw.com

- Robert M. Becnel
  ROBBECNEL@AOL.COM

- Kerrie Theriot Belsome
  kbelsome@dkslaw.com

- Eric B. Berger

ebb@lcba-law.com,rsm@lcba-law.com

- Keith J. Bergeron
  kbergeron@dkslaw.com,jvelez@dkslaw.com,bergeron-keith@cox.net

- Clifton O. Bingham , Jr
  cbingham@oatshudson.com,drandazzo@oatshudson.com

- Kelly Cambre Bogart
  kbogart@duplass.com,kprice@duplass.com

- David Ira Bordelon
  dbordelon@ungarino-eckert.com

- Martha Dupree Bowden
  mdbowden03@yahoo.com

- Nicole McDaniel Bowen
  nbowen@duplass.com,sbowser@duplass.com,cmotes@duplass.com

- Thomas M. Brahney
  BrahneyT@ag.state.la.us

- Lisa Brener
  lbrener@brenerlaw.com

- Terrence L. Brennan
  tbrennan@dkslaw.com,spacaccio@dkslaw.com

- Philip S. Brooks , Jr
  pbrooks@monbar.com,mokeefe@monbar.com

- Galen S. Brown
  gbrown@hamiltonfirm.net

- Christopher James Bruno
  cbruno@brunobrunolaw.com

- Joseph M. Bruno
  jbruno@brunobrunolaw.com,stephaniep@brunobrunolaw.com

- Stephen G. Bullock
  sbullock@stonepigman.com,wduncan@stonepigman.com

- Brant J. Cacamo
  BJC@LCBA-LAW.COM,rsm@lcba-law.com

4

- Joseph Edward Cain
  jcain@hhkc.com,emartin@hhkc.com

- Robert John Caluda
  rcaluda@rcaluda.com,stephanie@rcaluda.com

- Jaime Michele Cambre
  jcambre@duplass.com,sbowser@duplass.com

- David Ryan Cannella
  dcannella@landryswarr.com,lslaw@landryswarr.com

- Brian Joseph Capitelli
  bcapitelli@barrassousdin.com,slanglois@barrassousdin.com

- Burt K. Carnahan
  bkc@lcba-law.com,mbm@lcba-law.com

- Raymond A. Chenault
  rchenault@mcglinchey.com

- Christopher Chocheles
  cchocheles@shergarner.com,oarregui@shergarner.com

- Amanda G. Clark
  aclark@fjdlegal.com,jerrie@fjdlegal.com

- Albert D. Clary
  adc@longlaw.com,kge@longlaw.com,rhondad@longlaw.com

- James A. Cobb , Jr
  jac@ecwko.com,kcb@ecwko.com,saa@ecwko.com,am@ecwko.com

- Kevin Lawrence Cole
  kcole@gjtbs.com,bmorton@gjtbs.com,craymond@gjtbs.com

- Thomas Louis Colletta , Jr
  lcolletta@lemle.com

- Traci L. Colquette
  Traci.ColQuette@usdoj.gov,Catherine.Corlies@usdoj.gov

- Charles Bruce Colvin
  ccolvin@kingsmillriess.com,lbarre@kingsmillriess.com,bseamster@kingsmillriess.com

- John Patrick Connick

pconnick@lil.nocoxmail.com

- Clayton Morris Connors
  cconnors@mumphreylaw.com,gmcgowen@mumphreylaw.com

- Rebecca Y. Cooper
  rebecca.cooper@phelps.com,pattersk@phelps.com

- Joseph W. Cotchett
  jcotchett@cpsmlaw.com

- James Dalton Courson
  dcourson@stonepigman.com

- Keith Michael Couture
  keithcouture@bellsouth.net,kcouture@couturelaw.net,art894@aol.com

- Richard Abelard Cozad
  rcozad@mpc-law.com,kforet@mpc-law.com,bboudreaux@mpc-law.com

- William Jerrol Crain
  wc@jonesfussell.com

- Robert G. Creely
  rcreely@aol.com,tph59@amatocreely.nocoxmail.com

- Jack J. Crowe
  jcrowe@winston.com

- John J. Cummings , III
  ccdlawfirm@aol.com

- Martha Y. Curtis
  mcurtis@shergarner.com,lgraffagnini@shergarner.com

- Frank Jacob D'Amico , Jr
  damico@damicolaw.net,ldeogracias@damicolaw.net

- Christian E. Daigle
  daiglec@phelps.com

- Thomas W. Darling
  tdarling@grhg.net,tigerthom@cox.net,firm@grhg.net,tl@grhg.net

- Jacques P. DeGruy
  jdegruy@mblb.com,smethe@mblb.com

6

- Beverly Aloisio DeLaune
  bdelaune@dkslaw.com,dkimble@dkslaw.com

- Erin E. Dearie
  dearie@bayoulaw.com,aadams@bayoulaw.com

- Kevin R. Derham
  kderham@duplass.com,sbowser@duplass.com,ndavis@duplass.com

- Joseph Vincent DiRosa , Jr
  jvdirosa@cityofno.com,jdirosa1@cox.net

- Richard Nelson Dicharry
  dicharrr@phelps.com,pattersk@phelps.com

- James L. Donovan , Jr
  JDonovan@donovanlawler.com,jtaulli@donovanlawler.com

- Walter C. Dumas
  wdumas@dumaslaw.com,tyoungblood@dumaslaw.com

- Mary L. Dumestre
  mdumestre@stonepigman.com

- Richard G. Duplantier , Jr
  duplantier@gjtbs.com,kking@gjtbs.com

- Lawrence J. Duplass
  lduplass@duplass.com,sdeblieux@duplass.com,caccardo@duplass.com

- Michael McGrath Duran , Sr
  mduran@oatshudson.com

- Daniel L. Dysart
  dldysart@dst-law.com,angeliquew@dst-law.com

- Emily E. Eagan
  eeagan@joneswalker.com,psenentz@joneswalker.com

- William Harry Eckert
  beckert@ungarino-eckert.com

- Wanda Jean Edwards
  wandaedwards@fayardlaw.com

- N. Frank Elliot , III

felliot@rgelaw.com,lhartley@rgelaw.com

- Stephen N. Elliott
  elliotts@bernard-cassisa.com

- John N. Ellison
  jellison@andersonkill.com,mtodd@andersonkill.com,glite@andersonkill.com

- John F. Emmett
  jfe@ecwko.com,wrwjv@aol.com,crb@ecwko.com

- Clarence William Emory
  bemory@mblb.com,smethe@mblb.com

- Nina Wessel English
  nenglish@gordonarata.com,wdorsey@gordonarata.com

- John B. Esnard , III
  jesnard@dkslaw.com

- John Karl Etter
  jke@rodneylaw.com,jke57@bellsouth.net

- Richard M. Exnicios
  rexnicios@damicolaw.net

- Andrea L. Fannin
  afannin@stonepigman.com

- Christopher R. Farrell
  crfarrell@jonesday.com

- Calvin Clifford Fayard , Jr
  calvinfayard@fayardlaw.com,donna@fayardlaw.com

- Shera J. Finn
  sfinn@barrassousdin.com

- Catherine J. Finnegan
  tess.finnegan@usdoj.gov,catherine.corlies@usdoj.gov

- Debra J. Fischman
  dfischman@shergarner.com,jhubert@shergarner.com

- Stephen G. Flynn
  stephen.flynn@usdoj.gov,torts.aa.files@usdoj.gov

8

- John L. Fontenot , Jr
  John.Fontenot@arlaw.com,Bridget.Chandler@arlaw.com

- Jason Paul Foote
  jfoote@chopin.com

- Charles C. Foti , Jr
  southalll@ag.state.la.us

- Marc L. Frischhertz
  mlfrisch@bellsouth.net,jspellman1@bellsouth.net,lnfrisch@aol.com

- Nina D. Froeschle
  nfroeschle@hunton.com

- Craig Edmond Frosch
  cfrosch@usryandweeks.com,mdelcastillo@usryandweeks.com,cefrosch2@hotmail.com

- Samuel B. Gabb
  sam@lcgllaw.com,cgranger@lundydavis.com

- Gary Joseph Gambel
  ggambel@mrsnola.com,shotard@mrsnola.com

- William Christian Gambel
  wgambel@millinglaw.com,mshrell@millinglaw.com,pbarrere@millinglaw.com

- Christian Albert Garbett
  cgarbett@klb-law.com,dburleigh@klb-law.com

- Thomas Francis Gardner
  gardner@bayoulaw.com,aadams@bayoulaw.com

- Tina L. Garmon
  tgarmon@lawla.com,mspadoni@lawla.com

- James M. Garner
  jgarner@shergarner.com,jchocheles@shergarner.com,mgarner@shergarner.com

- Dexter A. Gary
  beauxroux@aol.com,Lirette@bellsouth.net

- Scott Owen Gaspard
  sgaspard@burglass.com

- James F. Gasquet , III

jgasquet3@bellsouth.net

- Thomas Livingston Gaudry , Jr
  tgaudry@grhg.net,dbreaux@grhg.net,firm@grhg.net

- Kenneth Joseph Gelpi , Jr
  kgelpi@monbar.com,ymaranto@monbar.com,lquintana@monbar.com

- Louis L. Gertler
  lgertler@ggvplaw.com,kagnelly@ggvplaw.com

- Meyer H. Gertler
  mhgertler@ggvplaw.com,emaynard@ggvplaw.com

- Dominic Joseph Gianna
  dgianna@midrid.com,dabraham@midrid.com,cbarbier@midrid.com

- Nancy B. Gilbert
  ngilbert@kcwlaw.com

- George Moore Gilly
  gillyg@phelps.com,dunnk@phelps.com

- Thomas V. Girardi
  tgirardi@girardikeese.com

- Soren Erik Gisleson
  sgisleson@hhkc.com,emartin@hhkc.com

- Phyllis Esther Glazer
  glazerp@ag.state.la.us,pennm@ag.state.la.us,pearleyj@ag.state.la.us,kellerm@ag.state.la
  .us

- Stephen E. Goldman
  sgoldman@rc.com,akowalsky@rc.com

- Pablo Gonzalez
  gonzalep@phelps.com,pabsgonzalez@hotmail.com,bradfors@phelps.com

- Jeremy D. Goux
  wynnegouxlobello@bellsouth.net

- Arthur Gordon Grant , Jr
  ggrant@monbar.com,ymaranto@monbar.com,lquintana@monbar.com

- Andrew R. Greene

agreene@sonnenschein.com

- Philip L. Gregory
  pgregory@cpsmlaw.com

- James Bradley Guest
  jimguest@bellsouth.net

- Joseph Pierre Guichet
  jguichet@lawla.com,aboyd@lawla.com

- Kara M. Hadican
  khadican@gainsben.com,cbabin@gainsben.com

- Jim S. Hall
  jim@jimshall.com,jodi@jimshall.com,kerry@jimshall.com,debbie@jimshall.com

- William Marvin Hall
  wmh@haileymcnamara.com

- Erin Casey Hangartner
  ehangartner@midrid.com

- Mark Emerson Hanna
  mhanna@mcsalaw.com,ozg@mcsalaw.com

- Lesli D. Harris
  lharris@stonepigman.com,sgothard@stonepigman.com

- Randall Earl Hart
  randall@broussard-hart.com

- Robert G. Harvey , Sr
  rgharvey@bellsouth.net

- Lambert Joseph Hassinger , Jr
  Jhassinger@gjtbs.com

- Timothy William Hassinger
  thassinger@gjtbs.com,awebster@gjtbs.com

- Bonita Y. Hawkins
  bhawkins@barrassousdin.com,mowens@barrassousdin.com

- Joseph W. Hecker
  arod@odwyerlaw.com

- Carl E. Hellmers , III
  chellmers@frilotpartridge.com

- Herman C. Hoffmann , Jr
  hhoffmann@spsr-law.com,calcantar@spsr-law.com

- Brian A. Homza
  homzab@cykg.com,pooles@cykg.com,cartere@cykg.com

- David Blayne Honeycutt
  dbhoneycutt@fayardlaw.com,mindy@fayardlaw.com

- Ralph Shelton Hubbard , III
  rhubbard@lawla.com,ljackson@lawla.com

- Lauren L. Hudson
  lhudson@shergarner.com,khellyer@shergarner.com

- William M. Hudson , III
  mhudson@oatshudson.com,kellzey@oatshudson.com

- Thomas H. Huval
  thuval@hvfa-law.com

- Dominick F. Impastato , III
  dimpastato@gmail.com,jspellman1@bellsouth.net

- Darleen Marie Jacobs
  dollyno@aol.com

- Tamara Kluger Jacobson
  tkjacobson@aol.com,mrosinia@hotmail.com

- H. Alston Johnson
  johnsona@phelps.com,davisj@phelps.com

- Christopher K. Jones
  cjones@kcwlaw.com

- Steven C. Judice
  sjudice@kcwlaw.com,stacie@kcwlaw.com,meda-kay@kcwlaw.com

- Kevin P. Kamraczewski
  kevink@sonnenschein.com

- Howard Bruce Kaplan

hkaplan@bernard-cassisa.com

- Brian David Katz
  bkatz@hhkc.com,bjackson@hhkc.com

- David Edmund Kavanagh
  dkavanagh@wkrlaw.com

- Patrick G. Kehoe , Jr
  pgkehoejr@kehoejr.com

- Anne Derbes Keller
  akeller@bakerdonelson.com,lhook@bakerdonelson.com

- Michael Courtney Keller
  kellerm@ag.state.la.us,pennm@ag.state.la.us,philibertj@ag.state.la.us,pearleyj@ag.state.
  la.us,babins@ag.state.la.us,glazerp@ag.state.la.us

- Duane M. Kelley
  dkelley@winston.com

- Jason R. Kenney
  jrk@ecwko.com,kcb@ecwko.com

- Robert Emmett Kerrigan , Jr
  rkerrigan@dkslaw.com,rek@dkslaw.com,rbrowne@dkslaw.com

- John Fredrick Kessenich
  rkessenich@daiglefisse.com,dlebreton@daiglefisse.com

- Richard E. King
  rking@gjtbs.com,aditcharo@gjtbs.com

- Kyle P. Kirsch
  kkirsch@mcsalaw.com,lbarnes@mcsalaw.com,tbrady@mcsalaw.com

- Ronald Joseph Kitto
  rkitto@monbar.com,njohnson@monbar.com

- Robert W. Knights
  rknights@ggvplaw.com,kagnelly@ggvplaw.com

- Terrence Kent Knister
  tknister@gordonarata.com,ccooper@gordonarata.com

- William Lee Kohler

lkohler@lawla.com

- Beth M. Kramer
  bkramer@crowell.com

- Stephen Skelly Kreller
  sskreller@gmail.com

- Alex Kriegsman
  alex.kriegsman@usdoj.gov,efile_nrs.enrd@usdoj.gov

- Andre Jude Lagarde
  ajl@mcsalaw.com

- Hugh Palmer Lambert
  hlambert@lambertandnelson.com,alexis@lambertandnelson.com

- Kent A. Lambert
  klambert@bakerdonelson.com,mrich@bakerdonelson.com,psigmon@bakerdonelson.com

- John M. Landis
  jlandis@stonepigman.com,pkrupicka@stonepigman.com

- Kathryn W. Landry
  klandry@ieyoublandry.com,kathilandry@aol.com

- Mickey P. Landry
  mlandry@landryswarr.com,lslaw@landryswarr.com

- Wade Antoine Langlois , III
  wlanglois@grhg.net,ptranchina@grhg.net

- Lindsay A. Larson , III
  llarson@klb-law.com,spond@klb-law.com

- William J. Larzelere , Jr
  blarzelere@lpw-law.com,tdejean@lpw-law.com

- Catherine Elena Lasky
  laskyk@phelps.com,battagld@phelps.com

- Thomas Patrick LeBlanc
  tleblanc@lundydavis.com,jdibbley@lundydavis.com

- Joseph E. Lee , III
  jel@pkrlaw.com,lvw@pkrlaw.com,smt@pkrlaw.com

14

- Wayne J. Lee
  wlee@stonepigman.com,pwhite@stonepigman.com

- Daniel Lichtl
  dlichtl@frc-law.com,sbm@frc-law.com,cnunez@frc-law.com

- Edward John Lilly
  elilly@cclhlaw.com,lross@cclhlaw.com

- Danny J. Lirette
  lirette@bellsouth.net

- Jay M. Lonero
  jlonero@lpw-law.com,bsimpson@lpw-law.com,rromeu@lpw-law.com

- Douglas Conrad Longman , Jr
  dlongman@pdlaw.com,kfulton@pdlaw.com

- Heather Shauri Lonian
  hlonian@stonepigman.com,dmurphy@stonepigman.com

- Barbara L. Lyons
  blyons@cpsmlaw.com

- George T. Manning
  gtmanning@jonesday.com

- F. Gerald Maples
  federal@geraldmaples.com,ldemos@fgmapleslaw.com

- Belhia V. Martin
  belhiamartin@bellsouth.net

- Christopher W. Martin
  martin@mdjwlaw.com,lindaa@mdjwlaw.com

- Richard Massie Martin , Jr
  rmmjr@cox.net

- Tara Lavel Mason
  tlm@lcba-law.com

- Adam Patrick Massey
  amassey@klb-law.com,aalmaaita@klb-law.com

- Freeman Rudolph Matthews

pmatthews@usryandweeks.com,mdelcastillo@usryandweeks.com,frm_matthews@yahoo
.com

- Ben Louis Mayeaux
  bmayeaux@ln-law.com,denisen@ln-law.com

- Michael L. McAlpine
  mmcalpine@mpc-law.com,sfury@mpc-law.com

- Jonathan Christopher McCall
  mccall@chaffe.com,connors@chaffe.com

- James F. McConnon , Jr
  jim.mcconnon@usdoj.gov,catherine.corlies@usdoj.gov

- Gregory John McDonald
  gmcdonald@bfrob.com,kbutler@bfrob.com

- Eugene M. McEachin , Jr
  mceachine@bernard-cassisa.com

- Julia E. McEvoy
  jmcevoy@jonesday.com

- Gordon J. McKernan
  gmckernan@mckernanlawfirm.com,hbarousse@mckernanlawfirm.com

- J. J. (Jerry) McKernan
  jemckernan@mckernanlawfirm.com,hkeller@mckernanlawfirm.com

- Evans Martin McLeod
  mcleodm@phelps.com,weyerp@phelps.com

- Robert A. McMahon , Jr
  mcmahonr@bernard-cassisa.com,blanchp@bernard-
  cassisa.com,rambo1615@yahoo.com,thibodt@bernard-cassisa.com

- Daphne P. McNutt
  dmcnutt@barrypiccione.com,sdixon@barrypiccione.com

- Anne Elizabeth Medo
  anne_medo@haileymcnamara.com,laurie_sigur@haileymcnamara.com

- Emma Alexandra Mekinda
  emmamekinda@yahoo.com,em@mpc-law.com,khf@mpc-law.com,ljohnson@mpc-

law.com

- Gerald A. Melchiode
  jmelchiode@gjtbs.com,mwilson@gjtbs.com

- Joseph Mark Messina
  jmm@lcba-law.com,ddc@lcba-law.com

- Gerald Edward Meunier
  dmartin@gainsben.com,gmeunier@gainsben.com

- Kara K. Miller
  kara.k.miller@usdoj.gov,catherine.corlies@usdoj.gov

- Clay Mitchell
  cmitchell@levinlaw.com

- Charles W. Montz , Jr
  willm@ln-law.com,bmayet@ln-law.com

- Stevens E. Moore
  stevens.moore@usdoj.gov,rosanne.alford@usdoj.gov,sherrel.taylor@usdoj.gov

- Arthur Anthony Morrell
  jeanpaulmorrell@hotmail.com


- Andre J. Mouledoux
  amouledoux@mblb.com,dhoerner@mblb.com,bpgus@aol.com,pvanmatre@mblb.com


- Sean P. Mount
  smount@hmhlp.com,clandry@hmhlp.com

- James Bryan Mullaly
  jamesmullaly1@hotmail.com,jbmullaly@cityofno.com,dbrown@cityofno.com

- Betty Finley Mullin
  bmullin@spsr-law.com,lynnz@spsr-law.com

- J. Wayne Mumphrey
  jwmumphrey@mumphreylaw.com,smitchell@mumphreylaw.com

- Howard Louis Murphy

hmurphy@dkslaw.com,mcazaubon@dkslaw.com

- Peyton Patrick Murphy
  pmurphy@murphylfirm.com,kelliboudreaux@hotmail.com,jleblanc@murphylfirm.com

- Robert Hugh Murphy
  rmurphy@mrsnola.com,SPassauer@mrsnola.com

- John Herr Musser , IV
  jmusser@bellsouth.net

- William Roy Mustian , III
  naitsum@hotmail.com,treymustian@yahoo.com

- Adrian Girard Nadeau
  agn@longlaw.com

- Daniel W. Nelson
  dnelson@gibsondunn.com,jfortell@gibsondunn.com

- John Francis Nevares
  jfnevares-law@microjuris.com

- John A.V. Nicoletti
  jnicoletti@nicolettihornig.com,wfennell@nicolettihornig.com


- Gerald J. Nielsen
  gjnielsen@aol.com

- James R. Nieset , Jr
  jnieset@phjlaw.com,tdonnell@phjlaw.com

- Michaela E. Noble
  mnoble@monbar.com,mokeefe@monbar.com

- Gregory James Noto
  gjcookie45@AOL.com

- Robert A. Novak
  rnovak@nicolettihornig.com

- Pierce O'Donnell
  pod@oslaw.com,aowen@oslaw.com

- Ashton Robert O'Dwyer , Jr
  arod@odwyerlaw.com

- William E. O'Neil
  weo@theoneilgroup.com,avj@theoneilgroup.com

- Pius Akamdi Obioha
  pakamdi@aol.com

- Frances Mae Olivier
  franntown@yahoo.com

- Dominic J. Ovella
  dovella@hmhlp.com,jkent@hmhlp.com

- Michael C. Palmintier
  mpalmintier@dphf-law.com,jamerson@dphf-law.com,dmoore@dphf-law.com

- James L. Pate
  jamesp@ln-law.com,leslies@ln-law.com

- Darren Albert Patin
  dpatin@hmhlp.com

- Maura Zivalich Pelleteri
  mpelleteri@kfplaw.com,aseltzer@kfplaw.com,tkittrell@kfplaw.com

- Gary Michael Pendergast
  GMPendergastLLC@aol.com,limo1462@aol.com

- Thomas Christopher Pennebaker
  tpennebaker@nielsenlawfirm.com,ahayno@nielsenlawfirm.com,tcpatnlf@aol.com,aprinc
  e@nielsenlawfirm.com

- Christopher Raymond Pennison
  cpennison@lpw-law.com,lgauthreaux@lpw-law.com

- Ronnie Glynn Penton
  fedcourtmail@rgplaw.com,fedcourtmail2@rgplaw.com

- David K Persons
  dpersons@haileymcnamara.com,mbrown@haileymcnamara.com

- C. Michael Pfister
  mpfister@duplass.com,kkeller@duplass.com,gjackson@duplass.com

- Dennis J. Phayer
  dphayer@burglass.com

- Michael Raudon Phillips
  mphillips@frilotpartridge.com,kballard@frilotpartridge.com

- Frank Anthony Piccolo
  fap@pkrlaw.com

- H. Minor Pipes , III
  mpipes@barrassousdin.com,shooker@barrassousdin.com

- Andrew Lane Plauche , Jr
  aplauche@pmpllp.com,jordeneaux@pmpllp.com,pzanco@pmpllp.com,ahuff@pmpllp.com,charrell@pmpllp.com,aguder@pmpllp.com

- Camille Bienvenu Poche
  cpoche@pdlaw.com,pmichon@pdlaw.com

- Paul J. Politz
  ppolitz@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com

- Matthew F. Popp
  mfp@ecwko.com,matthewpopp@msn.com


- Drew A. Ranier
  dranier@rgelaw.com,marnold@rgelaw.com

- James C. Rather , Jr
  jrather@mcsalaw.com

- Daniel Gibbons Rauh
  Drauh@glllaw.com

- Joseph W. Rausch
  joe@jimshall.com,debbie@jimshall.com

- Albert Joseph Rebennack , Jr
  ajrebennack@cox.net,stephanie@rcaluda.com

- Richard Thomas Reed
  rickreed@sszblaw.com

- Simeon B. Reimonenq , Jr

sreimonenq@lawla.com,aboyd@lawla.com

- Gino John Rendeiro
  GRENDEIRO@WKRLAW.COM,JBERGERON@WKRLAW.COM

- Don M. Richard
  drichard@dmrlaw.net

- Pamela K. Richard
  pkr@lcba-law.com,mbm@lcba-law.com

- Thomas M. Richard
  trichard@chopin.com,rdominick@chopin.com,clunn@chopin.com

- Timothy R. Richardson
  trichardson@usryandweeks.com

- Stephen Winthrop Rider
  srider@mcglinchey.com,mgambill@mcglinchey.com

- Michael R.C. Riess
  mriess@kingsmillriess.com

- William E. Rittenberg
  rittenberg@rittenbergsamuel.com

- William Joseph Riviere
  bill.riviere@phelps.com,weyerp@phelps.com

- John L. Robert , III
  jrobert@frc-law.com,tgallinghouse@frc-law.com

- April Rochelle Roberts
  aroberts@lawla.com,mnguyen@lawla.com

- Wendy Hickok Robinson
  whrobinson@gordonarata.com,sbarden@gordonarata.com,smaone@gordonarata.com,gordonarata@yahoo.com

- Roy J. Rodney , Jr
  RJR@rodneylaw.com,NBM@rodneylaw.com

- Susan Muller Rogge
  srogge@barrassousdin.com

- Harry Rosenberg

ROSENBEH@PHELPS.COM

- James H. Roussel
  jroussel@bakerdonelson.com

- James P. Roy
  jimr@wrightroy.com,sandym@wrightroy.com,susant@wrightroy.com

- Charles Robert Rumbley
  crr@lcba-law.com

- Gary Jude Russo
  gjrusso@perretdoise.com,llandry@perretdoise.com

- Camilo Kossy Salas , III
  csalas@salaslaw.com

- David P. Salley
  dsalley@shrmlaw.com,mmonsour@shrmlaw.com

- Jonathan H. Sandoz
  jsandoz@daiglefisse.com,tbarrios@daiglefisse.com

- David Scott Scalia
  DAVID@brunobrunolaw.com,florian@brunobrunolaw.com,jennifer@brunobrunolaw.com

- Seth Andrew Schmeeckle
  sschmeeckle@lawla.com,mspadoni@lawla.com

- Matthew D. Schultz
  mschultz@levinlaw.com

- Nyka M. Scott
  nscott@bakerdonelson.com,lhook@bakerdonelson.com

- Charles F. Seemann , Jr
  cseemann@dkslaw.com,clafaye@dkslaw.com

- Kevin Discon Shearman
  lawyer94@aol.com

- Christian A. Shofstahl
  cshofstahl@hvfa-law.com,dlang@hvfa-law.com

- Sharon K Shutler
  sharon.shutler@usdoj.gov,Torts.AA.Files@usdoj.gov

- Robert I. Siegel
  rsiegel@glllaw.com,jhale@glllaw.com

- George R. Simno , III
  gsimno@swbno.org

- David R. Simonton
  dsimonton@sonnenschein.com

- Michael R. Sistrunk
  mrs@mcsalaw.com,mlt@mcsalaw.com,kab@mcsalaw.com

- Benjamin Richard Slater , III
  bslater@lemle.com,mmonfrey@lemle.com

- Peter Brooks Sloss
  psloss@mrsnola.com

- John H Smith
  jsmith@mckernanlawfirm.com,esimon@mckernanlawfirm.com

- Randall A. Smith
  rasmith3@bellsouth.net,mmzornes@bellsouth.net

- Robin D. Smith
  robin.doyle.smith@usdoj.gov,catherine.corlies@usdoj.gov

- Louis G. Spencer
  lgs@ecwko.com,saa@ecwko.com

- Michael D. Spencer
  spencer@chaffe.com,gaddy@chaffe.com

- Joseph L. Spilman , III
  jspilman@hmhlp.com,jdanos@hmhlp.com

- Remy Voisin Starns
  rvs127@juno.com,remy@ridgerunners.biz

- Elwood C. Stevens , Jr
  attyecs@aol.com,cat1857@aol.com

- Victor Elbert Stilwell , Jr
  vstilwell@dkslaw.com

- David A. Strauss

dstrauss@klb-law.com,bcowand@klb-law.com

- Deborah M. Sulzer
  deborah@deborahsulzerlaw.com

- Frank J. Swarr
  fswarr@landryswarr.com,lslaw@landryswarr.com

- Paul A. Tabary , III
  patabary@dst-law.com,connies@dst-law.com

- Brent A. Talbot
  talbot@chaffe.com,mayeaux@chaffe.com

- Patrick A. Talley , Jr
  ptalley@frilotpartridge.com,jtolar@frilotpartridge.com

- Christopher Kent Tankersley
  ctankersley@burglass.com

- Kelly Theard
  ktheard@dkslaw.com,spacaccio@dkslaw.com

- Cynthia J. Thomas
  cthomas@gjtbs.com,cmussachia@gjtbs.com

- Vernon Palmer Thomas
  vpthom1@bellsouth.net

- Richard Alvin Tonry , II
  lolivier@tonryandginart.com,rwest@tonryandginart.com

- Sidney Donecio Torres , III
  storres@torres-law.com,dhemelt@torres-law.com,rburns@torres-law.com

- Virginia Y. Trainor
  trainorg@phelps.com

- Chad M. Trammell
  chadtrammell@nixlawfirm.com

- William T. Treas
  wtreas@nielsenlawfirm.com,srogers@nielsenlawfirm.com,sbillingsley@nielsenlawfirm.com

- William D. Treeby

wtreeby@stonepigman.com,lshea@stonepigman.com

- Connie P. Trieu
  ctrieu@dcolvinlaw.com,slester@dcolvinlaw.com

- Richard John Tyler
  rtyler@joneswalker.com,jcasella@joneswalker.com

- Matthew J. Ungarino
  mungarino@ungarino-eckert.com

- John Elliott Unsworth , Jr
  john_unsworth@haileymcnamara.com,rcurcuru@hmhlp.com,ltusa@haileymcnamara.com

- Steven W. Usdin
  susdin@barrassousdin.com,shooker@barrassousdin.com

- Jon A. Van Steenis
  jvansteenis@daiglefisse.com,regberk@yahoo.com,manderson@daiglefisse.com

- Susan Molero Vance
  smv@theoneilgroup.com,avj@theoneilgroup.com,lc@theoneilgroup.com,cmh@theoneilgroup.com

- Gregory P. Varga
  gvarga@rc.com,lgallucci@rc.com

- Wendell R. Verret
  wverret@barrypiccione.com

- Stephen H. Vogt
  shvogt@bellsouth.net,smithsel@bellsouth.net

- Jean Michel Voltaire
  jean.michel.voltaire@usdoj.gov,jmv7182@hotmail.com

- John R. Walker
  johnwalker@allengooch.com

- Jennifer W. Wall
  wallj@phelps.com

- David Edward Walle

dwalle@bfrob.com,jlindsey@bfrob.com

- Michael Q. Walshe , Jr
  mwalshe@stonepigman.com

- John William Waters , Jr
  jwaters@bfrob.com,blawson@bfrob.com

- B. Gerald Weeks
  BGWEEKS@AOL.COM,WKRLAW@AOL.COM

- William John Wegmann , Jr
  wjwegmann@aol.com,nancykhobbs@yahoo.com

- Nicholas J. Wehlen
  nwehlen@stonepigman.com,lshea@stonepigman.com

- Alan Dean Weinberger
  aweinber@midrid.com,ebreaux@midrid.com

- Francis Gerald Weller
  fweller210@aol.com

- Paula Marcello Wellons
  pwellons@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com,jellison@twpdlaw.com

- Marion Overton White
  marionwhite@bellsouth.net

- Lawrence D. Wiedemann
  wiedemannlaw@gmail.com

- Stephen Michael Wiles
  smwiles@fgmapleslaw.com,ltaylor@fgmapleslaw.com

- Kristopher T. Wilson
  kwilson@lawla.com,dfogg@lawla.com

- LaDonna Grey Wilson
  lwilson@lawla.com

- Jesse Lee Wimberly , III
  wimberly@nternet.com,dorisstein@nternet.com

- Scott L. Winkelman

swinkelman@crowell.com

- Jon Wesley Wise
  jwise@frc-law.com,sbm@frc-law.com,jrobert@frc-law.com,pzavoda@frc-law.com

- Phillip A. Wittmann
  pwittmann@stonepigman.com,jchaillot@stonepigman.com,jweinstein@stonepigman.com

- Scott G. Wolfe , Jr
  scott@wolfelaw.com,lillian@wolfelaw.com

- John Powers Wolff , III
  jwolff@kcwlaw.com,cathy@kcwlaw.com,cjones@kcwlaw.com

- Robert R. Wood , Jr
  robert.wood@phelps.com,woodr@phelps.com

- Justin I. Woods
  jwoods@gainsben.com


- Bob F. Wright
  bobw@wrightroy.com,darlenep@wrightroy.com,susant@wrightroy.com

- William Everard Wright , Jr
  wwright@dkslaw.com

- Mary Ellen Wyatt
  mwyatt@nielsenlawfirm.com,srogers@nielsenlawfirm.com,snichols@nielsenlawfirm.com

- Vincent F. Wynne , Jr
  wynnelawfirm@bellsouth.net

- Alan J. Yacoubian
  ajy@jjbylaw.com,rspaysse@jjbylaw.com,drutherford@jjbylaw.com,dcc@jjbylaw.com

- Gary M. Zwain
  gzwain@duplass.com,csilessi@duplass.com,pcobb@duplass.com

- John W. deGravelles
  jdegravelles@dphf-law.com,jfryoux@dphf-law.com

Notice of this filing will be sent to the following individuals by U.S. Mail:

Nicole M. Boyer
Duplass, Zwain, Bourgeois, Morton
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Carole A. Breithoff  (Weller)
2932 Lime Street
Metairie, LA 70006

Michael Waite Collins
Porteous, Hainkel & Johnson
704 Carondelet St.
New Orleans, LA 70130-3774

Frederick J. Gisevius, Jr
Law Offices of Fred Gisevius
12 Metairie Court
Metairie, LA 70001

Susan E. Henning
Emmett, Cobb, Waits & Kessenich
1515 Poydras St.
Suite 1950
New Orleans, LA 70112

Joseph P. Lopinto, III
Lopinto Law Firm, L.L.C.
P. O. Box 246
Metairie, LA 70004

William J. Luscy, III
William Luscy, III, Attorney at Law
616 Papworth Ave.
Suite C
Metairie, LA 70005

Susie Morgan
Phelps Dunbar, LLP
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534

Stephen Robert Rue
Stephen R. Rue & Associates
3309 Williams Blvd.
Kenner, LA 70005

Richard Anthony Weigand
Weigand & Levenson
427 Gravier St.
1st Floor
New Orleans, LA 70130

s/ Lawrence J. Duplass

_____

LAWRENCE J. DUPLASS
lduplass@duplass.com