UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| 06-3509 | * | SECTION "K" (5) |
| (Lundy Enterprises) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

NOW INTO COURT, through undersigned counsel, comes defendant, IMA of Kansas, Inc., who respectfully moves this Court to set its Motion to Compel Responses to Discovery for hearing.

IT IS HEREBY ORDERED that defendant, IMA of Kansas, Inc.'s, Motion to Compel Responses to Discovery be set on the __20th__ day of __December__, 2006 at __11:00__ o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
MAGISTRATE JUDGE

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK*

s/ Lawrence J. Duplass

_____
**LAWRENCE J. DUPLASS  #5199
WILLIAM J. GUSTE, IV #30535**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of December, 2006, a copy of the <u>Motion to Compel Responses to Discovery, Memorandum in Support of Motion to Compel Responses to Discovery, Local Rule 37.1E Certificate, and Notice of Hearing</u> was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel listed in the Certificate of Service attached to the Motion to Compel Responses to Discovery.

                                  s/ Lawrence J. Duplass
                                _____
                                LAWRENCE J. DUPLASS
                                lduplass@duplass.com