UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | |
| 06-3509 | * | SECTION "K" (5) |
| (Lundy Enterprises) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF**
**MOTION TO COMPEL RESPONSES TO DISCOVERY**

**MAY IT PLEASE THE COURT:**

Defendant, IMA of Kansas, Inc., propounded Interrogatories and Requests for Production of Documents (copies attached hereto) to plaintiffs on September 8, 2006, pursuant to Rule 33 and Rule 34 of the Rules of Civil Procedure, which provide that responses must be served upon the parties submitting them within thirty (30) days after the service of discovery.

Plaintiffs have failed to answer the outstanding discovery. The time in which to respond to this discovery has expired. Responses are overdue and should have been provided to defendant, IMA of Kansas, Inc. by October 8, 2006. Mover herein certifies that he conferred in good faith on November 28, 2006 with opposing counsel in an effort to resolve the dispute and has been unable to do so.

Accordingly, mover herein respectfully requests that plaintiffs be ordered to respond to the Interrogatories and Requests for Production of Documents.

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK*

s/ Lawrence J. Duplass

_____
**LAWRENCE J. DUPLASS  #5199**
**WILLIAM J. GUSTE, IV #30535**
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
TELEPHONE: (504) 832-3700

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of December, 2006, a copy of the Motion to Compel Responses to Discovery, Memorandum in Support of Motion to Compel Responses to Discovery, Local Rule 37.1E Certificate, and Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel listed in the Certificate of Service attached to the Motion to Compel Responses to Discovery.

s/ Lawrence J. Duplass
_____
LAWRENCE J. DUPLASS
lduplass@duplass.com