**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **LUNDY ENTERPRISES, L.L.C. AND** * | **CIVIL ACTION NO. 06-3509** |
| **M-LUND ENTERPRISES, L.L.C.** * | |
| * | |
| **VERSUS** * | **JUDGE: LEMMON** |
| * | |
| **WAUSAU UNDERWRITERS INSURANCE** * | |
| **COMPANY, IMA OF KANSAS, INC. AND** * | **MAGISTRATE: SHUSHAN** |
| **ABC INSURANCE COMPANY** * | |

**REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFFS**

**TO:** LUNDY ENTERPRISES, L.L.C. and
M-LUND ENTERPRISES, L.L.C.
Through their counsel of record
Peter B. Sloss, Esq.
Murphy, Rogers, Sloss & Gambel
One Shell Square, Suite 400
701 Poydras Street
New Orleans, LA 70139

**NOW INTO COURT,** through undersigned counsel, comes defendant, IMA of Kansas, Inc. ("IMA"), who propounds the following Requests for Production of Documents to the plaintiffs, to be answered in accordance with the Louisiana Code of Civil Procedure.

**DEFINITIONS**

Unless the context of the Request for Production of Documents indicates a contrary meaning, the following definitions shall be controlling:

1.  The term "document" or any variation of the word, shall mean the original and any copy, and shall include all written, printed, typed, and recorded or graphic material

however produced or reproduced, including, but without limitation thereto, all writings, drawings, graphs, telexes, photographs, phonographs, records, sound reproduction tapes, computer printouts, carbon copies, photo copies, and data compilations from which information can be obtained or can be translated through detection devices into reasonably usable form, and, including further, all correspondence, memoranda, data, notes, diaries, papers, letters, communications, e-mail messages, telegraphs, messages of any kind, minutes of meeting, stenographic or handwritten notes, studies, searches, estimates, reports, service records, personnel records, instructions, requests, pamphlets, brochures, applications, returns, pictures, books, journals, ledgers, corporate or business records, lawsuits, pleadings, charges, or returns, exhibits, maps, surveys, sketches, mircofilm, or any other tangible thing which constitutes or contains matters discoverable under the Code of Civil Procedure.

2. "You", "your", and "yourself" refer to plaintiffs, Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C.

3. Lundy Enterprises, L.L.C. and M-Lund Enterprises, L.L.C. are referred to as "Lundy Enterprises" herein.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:**

Please produce all documents relating to comments, complaints, suggestions, proposals or inquiries made by plaintiffs relating to the flood coverage provided in the Wassau policy.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

Please produce all documents relating to your first knowledge, notice or awareness about the need to obtain flood coverage through NFIP.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:**

Please provide all documents relating to your first knowledge, notice, or awareness of the alleged "substantial reduction in coverage" in the Wassau policy.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:**

Please produce all documents relating any way to IMA's notification to you of a change in the flood coverage in the Wassau policy.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:**

Please produce all written, recorded, filmed, transcribed, or videotaped statements of all parties and non-party declarants pertaining to the subject matter of this lawsuit.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:**

Please produce a copy of each and every document which was/is produced, distributed or maintained by any defendant in this lawsuit relating to any matter at issue in this litigation.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 10 of the Petition for Damages that IMA failed to notify Lundy Enterprises of a "substantial reduction of coverage" until the end of June 2005.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 11 of the Petition for Damages that Lundy Enterprises made diligent efforts to obtain coverage through National Flood Insurance Program ("NFIP").

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 9:**

Please produce all documents supporting and/or relating to the contentions made in Paragraphs 11 and 24 of the Petition for Damages that IMA failed to adequately notify you of your need to obtain coverage through NFIP and that IMA provided late notification which left Lundy Enterprises unable to obtain flood insurance.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 10:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 11 of the Petition for Damages that "other factors" prevented Lundy Enterprises from securing the necessary NFIP coverage on or before August 29, 2005.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 11:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 24 of the Petition for Damages that IMA is liable for failing to provide Lundy Enterprises with adequate notice that a number of Lundy Enterprises properties would be excluded from coverage for "flood" as defined in the Wausau's Policy's Flood Coverage Endorsement.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 12:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 25 of the Petition for Damages that IMA was "negligent and/or at fault for breaching its duty to exercise reasonable care and to perform up to its professional obligations as an insurance broker."

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 13:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 25 of the Petition for Damages that IMA breached its fiduciary duty to Lundy Enterprises.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 14:**

Please produce all documents supporting and/or relating to the contentions made in Paragraph 25 of the Petition for Damages that IMA breached its good faith and fair dealing duty to Lundy Enterprises.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 15**

Please produce each and every exhibit you intend to use at trial or that you anticipate using at trial.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 16**

Please produce all documents which support your claims for damages including documents regarding each item of damages sought and documents regarding the amount of the damages sought.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 17**

Please produce any and all other documentation referred to in your answers to Interrogatories.

                                        **Respectfully submitted,**

                                        **DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
                                           **PFISTER & WEINSTOCK**

                                        s/ Lawrence J. Duplass

                                        _____
                                        **LAWRENCE J. DUPLASS (#5199)**
                                        **NICOLE McDANIEL BOWEN (#29099)**
                                        **3838 N. Causeway Blvd., Suite 2900**
                                        **Metairie, Louisiana 70002**
                                        **Telephone: (504) 832-3700**
                                        **Facsimile:  (504) 837-3119**
                                        **Counsel for Defendant, IMA of Kansas, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, or by facsimile or electronic mail, this 8th day of September, 2006.

                              s/ Lawrence J. Duplass
                      _____
                            **LAWRENCE J. DUPLASS**