**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | |
| **06-3509** | * | **SECTION "K" (5)** |
| **(Lundy Enterprises)** | * | |
| | * | |

*******************************************

**LOCAL RULE 37.1 E CERTIFICATE**

  Undersigned counsel hereby certifies that on November 28, 2006, undersigned counsel and opposing counsel conferred by telephone for the purposes of amicably resolving these discovery issues but were unable to do so.

             Respectfully submitted,

             *DUPLASS, ZWAIN, BOURGEOIS, MORTON,*
             *PFISTER & WEINSTOCK*

             s/ Lawrence J. Duplass
             _____
             **LAWRENCE J. DUPLASS  #5199**
             **WILLIAM J. GUSTE, IV #30535**
             3838 N. Causeway Blvd., Suite 2900
             Metairie, Louisiana 70002
             TELEPHONE: (504) 832-3700

## CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of December, 2006, a copy of the <u>Motion to Compel Responses to Discovery, Memorandum in Support of Motion to Compel Responses to Discovery, Local Rule 37.1E Certificate, and Notice of Hearing</u> was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel listed in the Certificate of Service attached to the Motion to Compel Responses to Discovery.

                                             s/ Lawrence J. Duplass
                            _____
                                     LAWRENCE J. DUPLASS
                                       lduplass@duplass.com