FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 PM 3: 35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: § § | JUDGE DUVAL MAGISTRATE WILKINSON |
| ST. RITA (Thomason) Case No. 06-9192 § | |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs, CHARLES G. THOMASON and CAROLYN ANDERSON, who move this Honorable Court to remand this action back to state court as this Honorable Court lacks subject matter jurisdiction herein for the reasons adopted in the Memorandum in Support of Motion to Remand filed simultaneously herein.

Respectfully submitted:
IEYOUB & LANDRY, L.L.C.
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _Kathryn W. Landry_
KATHRYN W. LANDRY, Bar No. 19229

1

__ Fee_____
__ Process___
X  Dktd_____
__ CtRmDep___
__ Doc. No___

**COUHIG PARTNERS, L.L.P.**
One American Place, Suite 810
Baton Rouge, LA 70825
Telephone No. (225) 282-0632
Facsimile No. (225) 282-0650

RICHARD P. IEYOUB, Bar No. 02217

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MOTION TO REMAND have been mailed by U.S. Mail, postage prepaid, to the following counsel of record:

James A. Cobb, Jr.
Susan E. Henning
EMMETT, COBB, WAITS
    & HENNING
1515 Poydras Street, Suite 1950
New Orleans, LA 70112

Stevens E. Moore, Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA 70130

Baton Rouge, Louisiana, this 29th day of November, 2006.

_____
KATHRYN LANDRY