UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § § | JUDGE DUVAL MAGISTRATE WILKINSON |
| ST. RITA (Thomason) Case No. 06-9192 | § | |

## MEMORANDUM IN SUPPORT OF MOTION TO REMAND

**MAY IT PLEASE THE COURT:**

Plaintiffs herein, Charles G. Thomason and Carolyn Anderson, have filed this Motion to Remand the above referenced action to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana. A review of the original Petition filed herein will evidence that this is a survival and wrongful death action against the defendants, Buffman, Inc. d/b/a St. Rita's Nursing Home Facility, Salvador Mangano and Mabel R. Mangano, in connection with their alleged negligence in failing to evacuate the plaintiffs' brother from St. Rita's Nursing Home Facility in St. Bernard Parish. Plaintiffs assert that this Honorable Court should remand this matter to state court as this Court lacks subject matter jurisdiction herein.

1

In support of this request, plaintiffs adopt and incorporate by reference, as if restated herein in its entirety, the reasons set forth in the various Motions to Remand and Memoranda filed herein by other plaintiffs, namely, Joy Lewis, Darlene Thedy, Norman Morales, Brenda Berthelot, Emile R. Poissenot, Patricia Poissenot Agnelly and Dan Wagner.

Respectfully submitted:
IEYOUB & LANDRY, L.L.C.
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _/s/ Kathryn W. Landry_
KATHRYN W. LANDRY, Bar No. 19229

**COUHIG PARTNERS, L.L.P.**
One American Place, Suite 810
Baton Rouge, LA 70825
Telephone No. (225) 282-0632
Facsimile No. (225) 282-0650

RICHARD P. IEYOUB, Bar No. 02217

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing MEMORANDUM IN SUPPORT OF MOTION TO REMAND have been mailed by U.S. Mail, postage prepaid, to the following counsel of record:

James A. Cobb, Jr.
Susan E. Henning
EMMETT, COBB, WAITS
    & HENNING
1515 Poydras Street, Suite 1950
New Orleans, LA 70112

Stevens E. Moore, Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, LA 70130

Baton Rouge, Louisiana, this __29th__ day of November, 2006.

_____
KATHRYN LANDRY