UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § § | JUDGE DUVAL MAGISTRATE WILKINSON |
| ST. RITA (Thomason) Case No. 06-9192 | § | |

### NOTICE OF HEARING

Considering the foregoing Motion to Remand:

Plaintiffs, Charles G. Thomason and Carolyn Anderson, hereby provide notice to all parties that the Motion to Remand filed by plaintiffs has been scheduled on December 27, 2006 at 9:30 a.m.

Respectfully submitted:
IEYOUB & LANDRY, L.L.C.
8180 YMCA Plaza, Suite C
Baton Rouge, LA 70810
Telephone No. (225) 766-0023
Facsimile No. (225) 766-7341

By: _____
KATHRYN W. LANDRY, Bar No. 19229

COUHIG PARTNERS, L.L.P.
One American Place, Suite 810
Baton Rouge, LA 70825
Telephone No. (225) 282-0632
Facsimile No. (225) 282-0650

RICHARD P. IEYOUB, Bar No. 02217