FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -4 PM 4:00

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>*<br>* SECTION "K"<br>*<br>* MAGISTRATE 2 |
| **LEVEE CASES** | | |
| **PERTAINS TO: 06-7682 (PAUL)** | | |

## MOTION TO VACATE
## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Judy Paul, et al., who for the reasons set forth more fully in their supporting memorandum, respectfully move this Honorable Court for an Order vacating the "Stipulation of Voluntary Dismissal With Prejudice " submitted to the Court on December 1, 2006. Upon information and belief, the Order of Dismissal associated with this Stipulation has not yet been signed.

Page -1-

___ Fee_____
___ Process_____
X  Dktd_____
✓ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

By: /s/ Richard M. Martin

RICHARD M. MARTIN, Jr., Bar # 8998
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Motion and incorporated Memorandum upon the defendants, through its registered agent, by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 4th day of December, 2006.

Richard M. Martin, Jr.