UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182) |
| LEVEE CASES | * * | SECTION "K" |
| PERTAINS TO: 06-7682 (PAUL) | * * | MAGISTRATE 2 |

MEMORANDUM IN SUPPORT OF
MOTION TO VACATE STIPULATION
OF VOLUNTARY DISMISSAL WITH PREJUDICE

**MAY IT PLEASE THE COURT:**

On Friday, December 1, 2006, undersigned Plaintiffs' counsel and counsel for CSX Transportation, Inc. and BNSF Railroad Company (the "Railroad Defendants") submitted a "Stipulation of Voluntary Dismissal With Prejudice" and a proposed Order. The proposed Order has not yet been signed.

Pending at the time the submission was filed were (1) Plaintiffs' opposed motion to remand, (2) the Railroad Defendants' opposed motions to dismiss or for summary judgment, and (3) Plaintiffs' motion for class certification. The latter motion was submitted as a precaution to satisfy Local Rule 23.1 B which requires that motions to certify be filed within ninety (90) days of the filing of a class action complaint. Here, the case was removed from state court but the ninety (90) day period from the complaint's filing was to expire. It is Plaintiffs' understanding that a possible remand notwithstanding, the Railroad Defendants will oppose class certification.

1

When the Stipulation was signed by counsel and submitted to the Court, undersigned counsel acted under the mistaken impression that Plaintiffs' counsel collectively agreed to offer the Railroad Defendants a dismissal *with* prejudice. This understanding was in error and the voluntary stipulation, as worded "with prejudice," was not authorized. The stipulation of dismissal should only have been offered to the Railroad Defendants on a "without prejudice" basis. Plaintiffs are prepared to offer this stipulation of dismissal on a "without prejudice" basis.

Undersigned counsel regrets the unintended creation of any misunderstanding, apologizes to the Court and to counsel for CSX Transportation, Inc. and BNSF Railroad Company for any inconvenience this matter has caused, and prays that the Court vacate the stipulation of dismissal.

Respectfully submitted,

RICHARD M. MARTIN (#8998)
416 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 586-0000
Facsimile: (504) 522-8423