UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES** * | CIVIL ACTION |
| | **CONSOLIDATED LITIGATION** * | |
| | * | NO. 05-4182) |
| | * | |
| **LEVEE CASES** | * | SECTION "K" |
| | * | |
| **PERTAINS TO: 06-7682 (PAUL)** | * | MAGISTRATE 2 |
| | * | |

**ORDER VACATING STIPULATION OF DISMISSAL WITH PREJUDICE**

Considering the above and foregoing Motion;

    **IT IS ORDERED,** on Motion of the Plaintiffs, that the December 1, 2006 "Stipulation of Dismissal With Prejudice" be and hereby is **VACATED.**

    New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

1