## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * * | SECTION "K" |
| LEVEE CASES | * * | MAGISTRATE 2 |
| PERTAINS TO: 06-7682 (PAUL) | * * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the above and foregoing "Motion to Vacate Voluntary Stipulation of Dismissal With Prejudice" by Plaintiffs, Judy M. Paul, et al., will come on for hearing before the Honorable Stanwood R. Duval, Jr., at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, on Wednesday the 27th day of December, 2006, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

By: _____

RICHARD M. MARTIN, Jr., Bar # 8998
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000