UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2)<br>CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1672*<br>*Chehardy, et al v. State Farm, et al: 06-1673*<br>*Chehardy, et al v. State Farm, et al: 06-1674* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# RULE 59(E) MOTION FOR RECONSIDERATION AND ALTER OR AMEND JUDGMENT BY DEFENDANT LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION

Pursuant to *Fed.R.Civ.Proc. 59(e)*, defendant Louisiana Citizens Property Insurance Corporation ("LCPIC") moves for reconsideration of the Court's dated November 27, 2006 (dkt. no. 1803) and to alter and amend the *Judgment*, for reason that one of the policies of LCPIC submitted with and in support of its *Rule 12(B)(6) Motion to Dismiss*, *Manual Attachment Exhibit A*, certified policy number FZH 0331504-01 issued to Eldridge and Latesha Pollard,

contains language different from that relied upon by the Court to deny LCPIC's motion. That language, cited in the attached memorandum in support, supports dismissal of claims against LCPIC under that, the Pollard policy. LCPIC moves to alter or amend the judgment to reconsider the language overlooked at the time of the Court's ruling.

WHEREFORE Louisiana Citizens Property Insurance Corporation prays for judgment altering or amending the Court's *Order and Reasons for Judgment* dated November 27, 2006 and for dismissal of plaintiffs' claims against it under policy number FZH 0331504-01 issued to Eldridge and Latesha Pollard, with prejudice.

    Respectfully submitted,

    BIENVENU, FOSTER, RYAN & O'BANNON

    BY:   */s/ Gregory J. McDonald*
          JOHN W. WATERS, JR. T.A. (#13258)
          DAVID E. WALLE (#13199)
          GREGORY J. McDONALD (#1933)
          1010 Common Street, Suite 2200
          New Orleans, LA 70112-2401
          Telephone: (504) 310-1500
          Fax: (504) 310-1501
          Email: Jwaters@bfrob.com
          Email: Dwalle@bfrob.com
          Email: Gmcdonald@bfrob.com

## **CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on December 5, 2006.

    */s/ Gregory J. McDonald*