UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1972* *Chehardy, et al v. State Farm, et al: 06-1973* *Chehardy, et al v. State Farm, et al: 06-1974* | * * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MANUAL ATTACHMENT

**EXHIBIT A** IS A CERTIFIED COPY OF POLICY NUMBER FZH 0331504 01 ISSUED TO ELDRIDGE AND LATESHA POLLARD

**EXHIBIT B** IS A CERTIFIED COPY OF POLICY NUMBER FZH 0140724 07 ISSUED TO MARIE JOHNSON FATHEREE



EXHIBIT
Exhibit A
Excerpted

## Homeowners Policy

### LOUISIANA CITIZENS COASTAL PLAN
(COASTAL PLAN)

### LOUISIANA CITIZENS FAIR PLAN
(FAIR PLAN)

OF
LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION
NEW ORLEANS, LOUISIANA 70160

**THIS POLICY DOES NOT PROVIDE FLOOD INSURANCE**

INSURANCE IS PROVIDED BY



THIS POLICY JACKET TOGETHER WITH HOMEOWNERS FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

CTZ-U-0329 (01/05)

COVERAGE IS PROVIDED IN THE **Louisiana Citizens Property Insurance Corporation**

**LA Citizens FAIR Plan**
P.O. Box 60730
New Orleans, LA 70160

**Homeowners Declaration**

| Policy Number | Policy Period From | To |
|---|---|---|
| FZH 0331504 02 | 04/01/2006 | 04/01/2007 |
| | 12:01 A.M. Standard Time at the described location | |

Service provider: First Premium Insurance Group
P.O. Box 77
Covington, LA 70434
(888) 741-0088

Billing Information: WASHINGTON MUTUAL BANK - Annual

**Transaction:** Renewal Policy

Renewal of: FZH 0331504

| Named Insured and Address | Producer's Name and Address | Producer Number |
|---|---|---|
| ELDRIDGE POLLARD<br>1613 SKYLOCK ST<br>SLIDELL, LA 70461 | GRANT C BENNETT INS AGCY<br>62200 WEST END BLVD # 7204<br>SLIDELL, LA 70461<br>Telephone: (985) 649-1919 | 800 3151 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

Legal Address: 1613 SKYLOCK DR ST TAMMANY PARISH SLIDELL, LA 70461

| Const. Type | Year Built | Terr. | Prot. Class | Graded Area #/Name | Distance to Fire Station | Feet to Hydrant | # of Families | Deductible |
|---|---|---|---|---|---|---|---|---|
| Masonry | 1999 | 520 | 3 | 520030 - FIRE DIST 1 TERRITORY A | Less than 7 miles | More than 1,000 feet | 1 | $2,500.00 |

Coverage is provided where limit of liability or premium is shown. If the loss is caused by a hurricane, the deductible will be 2% of the Coverage A & C limit of liability.

| Section I Coverage | Limit of Liability | | Premiums |
|---|---|---|---|
| A Dwelling | $131,739.00 | | $1,493.00 |
| B Other Structures | $13,174.00 | | Included |
| C Personal Property | $65,870.00 | | Included |
| D Loss of Use | $39,522.00 | | Included |
| **Section II Coverage** | | | |
| E Personal Liability | $100,000.00 | Each Occurrence | Included |
| F Medical Payments to Others | $1,000.00 | Each Person | Included |

**Additional Charges:**

| | | |
|---|---|---|
| | Total Location Premium: | $1,493.00 |
| | Tax Exempt Surcharge: | $45.00 |
| | Total: | $1,538.00 |

Forms and Endorsements

CTZ-U-0329 (01/05) Homeowners Policy Jacket
HO 00 03 10 00 Homeowners 3 - Special Form
HO 04 46 10 00 Inflation Guard
HO 04 96 10 00 No Section II - Liability Coverages for Home Day Care Business
CTZ-U-0174 (01/05) Privacy Policy
HO 01 17 04 05 Special Provisions - Louisiana
HO 03 42 01 05 Limited Fungi, Wet or Dry Rot or Bacteria Coverage
CTZ-U-0267 (04/05) Special Hurricane Deductible - Louisiana Cov A
HO 04 41 10 00 Additional Insured - Residence Premises

Issued Date: 04/06/2006
CTZ-U-0155 (01/05)

Authorized Representative

Page 1 of 2

12. **Accidental Discharge Or Overflow Of Water Or Steam**

    a. This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.

    b. This peril does not include loss:

    (1) To the system or appliance from which the water or steam escaped;

    (2) Caused by or resulting from freezing except as provided in Peril Insured Against 14. Freezing;

    (3) On the "residence premises" caused by accidental discharge or overflow which occurs off the "residence premises"; or

    (4) Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

    c. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

    d. Section I – Exclusion A.3. Water Damage, Paragraphs a. and c. that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

    This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

    We do not cover loss caused by or resulting from freezing under this peril.

14. **Freezing**

    a. This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

    (1) Maintain heat in the building; or

    (2) Shut off the water supply and drain all systems and appliances of water.

    However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage to apply.

    b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden And Accidental Damage From Artificially Generated Electrical Current**

    This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

16. **Volcanic Eruption**

    This peril does not include loss caused by earthquake, land shock waves or tremors.

**SECTION I – EXCLUSIONS**

A. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   1. **Ordinance Or Law**

      Ordinance Or Law means any ordinance or law:

      a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion A.1.a. does not apply to the amount of coverage that may be provided for in E.11. Ordinance Or Law under Section I – Property Coverages;

      b. The requirements of which result in a loss in value to property; or

      c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

      This Exclusion A.1. applies whether or not the property has been physically damaged.

   2. **Earth Movement**

      Earth Movement means:

      a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

b. Landslide, mudslide or mudflow;
c. Subsidence or sinkhole; or
d. Any other earth movement including earth sinking, rising or shifting;

caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

This Exclusion **A.2.** does not apply to loss by theft.

3. **Water Damage**

   Water Damage means:

   a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
   b. Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or
   c. Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

   caused by or resulting from human or animal forces or any act of nature.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

4. **Power Failure**

   Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

5. **Neglect**

   Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War**

   War includes the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;
   b. Warlike act by a military force or military personnel; or
   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

7. **Nuclear Hazard**

   This Exclusion **A.7.** pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section I – Conditions.

8. **Intentional Loss**

   Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

   In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

9. **Governmental Action**

   Governmental Action means the destruction, confiscation or seizure of property described in Coverage A, B or C by order of any governmental or public authority.

   This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

B. We do not insure for loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not precluded by any other provision in this policy is covered.

   1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in A. above to produce the loss.
   2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.
   3. Faulty, inadequate or defective:
      a. Planning, zoning, development, surveying, siting;
      b. Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      c. Materials used in repair, construction, renovation or remodeling; or
      d. Maintenance;

   of part or all of any property whether on or off the "residence premises".