UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  ST. RITA and | § | |
| *Franz, 06-10426* | § | |
| _____ | § | |

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it in the above-listed action by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States should be dismissed.

Dated: December 5, 2006                    Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                C. FREDERICK BECKNER III
                                                Deputy Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                <u>s/ Traci L. Colquette</u>
                                                Traci L. Colquette
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 305-7536/ (202) 616-5200 (Fax)
                                                Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on December 5, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF, electronic mail, or first class mail.

                                  s/ Traci L. Colquette
                                     Traci L. Colquette