UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO:  ST. RITA and | § | |
| *Franz, 06-10426* | § | |
| | § | |

**UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF ITS
MOTION TO DISMISS THIRD-PARTY DEMAND**

On December 4, 2006, the United States of America moved to dismiss the third-party demands filed against it by defendants Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs") in the *In Re: Katrina Canal Breaches Consolidated Litigation*.  *See* Record Docket No. 1959.  The above-listed *Franz* action was inadvertently left off of that motion to dismiss.  To remedy the situation, the United States has filed a separate motion to dismiss the *Franz* third-party demand pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).[1]

---

[1]  The motion to dismiss is timely.  The United States' answer to the *Franz* third-party demand is not due until February 1, 2007.

The arguments for dismissing the *Franz* third-party demand are the same as were stated in Record Docket No. 1959, which is incorporated herein in its entirety by reference.  For the Court's convenience, a copy of United States' Memorandum of Law In Support of Its Motion to Dismiss Third-Party Demands from Record Docket No. 1959 is attached hereto.  For the reasons stated in Record Docket No. 1959, the defendants' third-party demand against the United States should be dismissed for lack of subject matter jurisdiction or, alternatively, for failure to state a claim upon which relief may be granted.

Dated: December 5, 2006                         Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    C. FREDERICK BECKNER III
                                                    Deputy Assistant Attorney General

                                                    PHYLLIS J. PYLES
                                                    Director, Torts Branch

                                                    s/ Traci L. Colquette
                                                    Traci L. Colquette
                                                    Trial Attorney, Torts Branch, Civil Division
                                                    U.S. Department of Justice
                                                    Benjamin Franklin Station, P.O. Box 888
                                                    Washington, D.C.  20044
                                                    (202) 305-7536/ (202) 616-5200 (Fax)
                                                    Attorneys for the United States

**CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on December 5, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF, electronic mail, or first class mail.

                                    s/ Traci L. Colquette
                                      Traci L. Colquette