**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  KATRINA CANAL BREACHES          §          CIVIL ACTION
            CONSOLIDATED LITIGATION          §          NO. 05-4182 "K" (2)
                                                                   §          JUDGE DUVAL
_____§          MAG. WILKINSON
                                                                   §
PERTAINS TO:  ST. RITA and                     §
            *Franz, 06-10426*                            §
                                                                   §
_____§

**NOTICE OF HEARING**

To:     <u>All Counsel of Record</u>:

        PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to

Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United

States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January,

2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral

argument.

        New Orleans, Louisiana, this _____ day of _____, 2006.


                                                    _____
                                                    Judge Stanwood R. Duval
                                                    Eastern District of Louisiana