UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| _____ | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | |
| INSURANCE:     *Aaron*, 06-4746 | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN OPPOSITION TO MOTIONS TO SEVER AND/OR FOR MORE DEFINITE STATEMENT

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel submit the following Memorandum in Opposition to various Motions to Sever and for More Definite Statements filed herein by a number of the defendants, specifically, the Hanover Insurance Group, the Horace Mann Insurance Group, the Safeco Insurance Group, the State Farm Insurance Group and the Travelers Insurance Group. Additionally, the Allstate Insurance Group has filed a Motion to Sever but said is not set for Hearing until December 27, 2006.

As this Court is well aware, this suit represents a claim by a large number of plaintiffs against a large number of insurance company defendants for recovery under various homeowners, flood and commercial property insurance claims resulting from damages sustained as a result of

1

Hurricane Katrina.  The primary reason plaintiffs have filed this claim was to assure that they did not lose any claim as a result of the running of prescription.  Since the filing of this Complaint, plaintiffs, through undersigned counsel, have been involved in the continuing negotiation and resolution of some of the claims presented.  Additionally undersigned counsel has received indication from various defendants of their desire to move promptly to resolve these claims.  Specifically, the Travelers Group has agreed with the office of undersigned counsel to meet during the week of December 11, 2006 for a period of three to four days in an effort to resolve all the outstanding claims by plaintiffs against that particular group of insurance companies.  It is certain that undersigned counsel for plaintiffs desire and believe that the vast majority of the individual claims represented can be resolved without further litigation.  To this end, undersigned counsel for plaintiffs has prepared and will file a motion with this Court to administratively close this case with the right of any party to reopen same should progress towards resolution of these claims not be made.  The undersigned counsel for plaintiffs have attempted to obtain consent from the various defendants, but because of the vast numbers of said defendants is unable to obtain consent from all concerning administratively closing this claim.  Of the number of defendants that have been contacted, although all indicated they would need to confer with their client directly in regard to the administrative closing, no attorney has indicated a probable objection to such a procedure.

     Plaintiffs suggest that it is certainly in the interest of justice and judicial economy to follow this course of action.  Such action provides parties a reasonable opportunity without the added expense of litigation to resolve the differences among them.  Secondly, the paperwork required on the part of both plaintiffs and defendants to continue in litigation of this matter

would be staggering to say the least and, ultimately unnecessary under the circumstances of this particular case.

Additionally, while defendants request to sever out each individual plaintiffs case against each individual insurance company or alternatively, to sever out particular insureds against a particular insurance company is not necessarily unreasonable, it will require the creation of over a thousand new cases within the Court. Additionally there is a least one other case filed in this Court which involves mass joinders of multiple plaintiffs against multiple defendant insurance companies which, if the same were required in that case would create thousands of more cases.

The administrative closing of this file would alleviate the necessity to sever any particular claims, and the filing of additional complaints providing a more definite statement.

Such an action by the Court would afford all parties an opportunity to resolve differences without litigation, conserving cost to all and a huge investment of time by this Court.

If the Court is disinclined to grant such an administrative closing, plaintiffs do not object to a severing out of each individual insurance company along with their insureds in separate claims. However, once again, plaintiffs would suggest that the administrative closing of this matter would not prohibit such an action informally. Undersigned counsel for plaintiffs have already provided all defendants who have appeared and requested a list of the parties plaintiffs who are their insureds and have been working hand and hand with a number of defendants to identify the particular insureds and the property in question. Such an activity can take place without the necessity of litigation or the use of the Courts and, should any one party become dissatisfied with the process, they certainly have the right to approach the Court to request that the matter be reopened.

3

For all the reasons as stated above undersigned counsel for the plaintiffs suggest that the most reasonable action in this case would to be administratively close same to allow all parties to proceed in an orderly fashion in an effort to informally resolve the matters.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

### CERTIFICATE OF SERVICE

I do hereby certify that I have on the 5th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com