## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION   K  - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | |
| | * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:          *Aaron*, 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN OPPOSITION TO MOTION FOR JUDGMENT ON THE PLEADINGS FILED ON BEHALF OF AMERICAN NATIONAL GENERAL INSURANCE AND AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY

MAY IT PLEASE THE COURT:

The defendants, American National General Insurance Company and American National Property & Casualty Company have moved this Court for a judgment on the pleadings, pursuant to Federal Rule 12(c).  While this Motion is captioned as a Motion for Judgment on the Pleadings, it is essentially the same as a Motion to Dismiss which was filed by a co-defendant in this case, AIG Indemnity Insurance Company, et al.  See document 104.  Plaintiffs have filed an opposition memorandum concerning the Motion to Dismiss by AIG and adopts the positions stated in that memorandum as their opposition to the Motion for Judgment on a Pleading filed by defendants, American National General Insurance Company and American National Property & Casualty Company.

1

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**


s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com


## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 5th day of December, 2006, I electronically filed the

foregoing with the Clerk of court by using the CM/ECF system which will send a notice of

electronic filing.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com

2