UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | | |
| RESPONDER CASES AND TO * | | JUDGE DUVAL |
| NO.   06-4389 * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | | |

**MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**COME NOW** Plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file a Second Supplemental and Amending Complaint, by expanding upon their allegations against CSX Corporation and CSX Transportation, Inc. in order to aver that they are alter-egos of each other and constitute a single business enterprise under Louisiana law, and to expand their allegations of fault and liability against the said defendants in order to incorporate the findings of the Independent Levee Investigation Team in its Supplemental Report of July 31, 2006, and upon further grounds that will more fully appear in the Memorandum filed simultaneously herewith.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: **S/Ashton R. O'Dwyer, Jr.**
**Ashton R. O'Dwyer, Jr.
In Proper Person
Bar No. 10166
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130
Telephone: (504) 561-6561
Facsimile: (504) 561-6560**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record;  and

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants:

**S/ Ashton R. O'Dwyer, Jr.**