**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR LEAVE TO FILE**
**<u>SECOND SUPPLEMENTAL MEMORANDUM</u>**

**MAY IT PLEASE THE COURT:**

This Memorandum is filed primarily to comply with the Local Rule that requires that a memorandum accompany all motions noticed for hearing.  Briefly, plaintiffs' desire to supplement and amend their Complaint of record herein by alleging that defendants CSX Corporation and CSX Transportation Company, Inc. are alter-egos of each other and constitute a single business enterprise under Louisiana law, and to expand their allegations of fault and liability against the said defendants in order to incorporate the findings of the Independent Levee Investigation Team in its Supplemental Report of July 31, 2006.  These factual and legal matters have been previously briefed to the Court in connection with a Motion to Dismiss filed by the said defendants in Civil Action No. 05-4182 and will not prejudice either CSX Corporation and CSX Transportation, Inc.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**


By:   **S/Ashton R. O'Dwyer, Jr.**
       **Ashton R. O'Dwyer, Jr.
       In Proper Person
       One Canal Place
       365 Canal Street
       Suite 2670
       New Orleans, LA 70130
       Tel. 504-561-6561
       Fax. 504-561-6560**


### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record; and

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants:

       **S/ Ashton R. O'Dwyer, Jr.**