UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on their Motion for Leave to File Second Supplemental and Amending Complaint, to be heard before Magistrate Judge Joseph C. Wilkinson, Jr. on December 20, 2006, at 11:00 A.M.

　　　　　　　　　　　　　　　　S/Ashton R. O'Dwyer, Jr.
　　　　　　　　　　　　　　**Ashton R. O'Dwyer, Jr.**
　　　　　　　　　　　　　　**Law Offices of Ashton R. O'Dwyer, Jr.**
　　　　　　　　　　　　　　Bar No. 10166
　　　　　　　　　　　　　　One Canal Place
　　　　　　　　　　　　　　365 Canal Street, Suite 2670
　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　Tel.:  (504) 561-6561
　　　　　　　　　　　　　　Fax.  (504) 561-6560

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record; I further certify that I E-mailed the foregoing document to the non-CM/ECF participants.

                S/Ashton R. O'Dwyer, Jr.