UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| _____ | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:    INSURANCE | * | |
|        DANNY REBECCA, INC.  (06-4808) | * | JUDGE DUVAL |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | MAG. WILKINSON |

### SCOTTSDALE INSURANCE COMPANY'S JOINDER IN THE MOTIONS TO SEVER AND INCORPORATED MEMORANDUM

Pursuant to Federal Rules of Civil Procedure 20 and 21, defendant Scottsdale Insurance Company, through its undersigned attorneys, respectfully joins the Motion to Sever and Proceed Separately filed on behalf of Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company and Memorandum in Support; the Motion to Sever Claims filed by State Farm Fire and Casualty Company, State Farm General Insurance Company and State Farm Mutual Automobile Insurance Company and Memorandum in Support (Doc. No. 89); the Motion to Sever filed on behalf of Scottsdale Insurance Company pertaining to Case No. 06-4746 on the docket of this Honorable Court and Memorandum in Support; and Motions to Sever filed by Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana and Safeco Surplus Lines Insurance Company and Memorandum in Support (Doc. No.

- 1 -

84). Scottsdale adopts and incorporates the facts and argument contained in these motions and respectfully requests that this Court sever plaintiff Danny Rebecca, Inc.'s claims so that each defendant is a party to a separate lawsuit.

>Respectfully submitted,
>
>**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
>
>/S/ Cynthia J. Thomas
>**KEVIN L. COLE, Bar No. 4248**
>**CYNTHIA J. THOMAS, Bar No. 22631**
>**cthomas@gjtbs.com**
>#3 Sanctuary Blvd., Suite 301
>Mandeville, LA 70471
>Tel: (985) 674-6680
>Fax: (985) 674-6681
>*Attorney for defendant,*
>*Scottsdale Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 5th day of December, 2006, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery            ( X ) Prepaid U.S. Mail
( ) Facsimile                ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested
( X ) Electronic Mail

>s/Cynthia J. Thomas