UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:     INSURANCE | * | |
|      DANNY REBECCA, INC.  (06-4808) | * | JUDGE DUVAL |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. WILKINSON |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Scottsdale Insurance Company will bring its Joinder in the Motions to Sever against Plaintiffs for hearing before the Honorable Stanwood R. Duval, Jr. on December 13, 2006 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

/S/ Cynthia J. Thomas_____
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
**cthomas@gjtbs.com**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
*Scottsdale Insurance Company*

- 1 -

- 2 -

## *CERTIFICATE OF SERVICE*

    I do hereby certify that I have on this 5th day of December, 2006, served a copy of the foregoing pleading on all counsel for all parties either by:

        (   )  Hand Delivery                             ( X )  Prepaid U.S. Mail
        (   )  Facsimile                                 (   )  UPS/Federal Express
        (   )  Certified Mail Return Receipt Requested
        ( X )  Electronic Mail

                              <u>s/Cynthia J. Thomas</u>