UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> _____ <br><br> PERTAINS TO:   INSURANCE <br>        DANNY REBECCA, INC.  (06-4808) <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**REQUEST FOR ORAL ARGUMENT**

**NOW INTO COURT,** through undersigned counsel, comes Scottsdale Insurance Company, defendant herein, who pursuant to Local Rule 43.1, requests oral argument on its Joinder in the Motions to Sever.

**WHEREFORE,** Scottsdale Insurance Company respectfully requests that this Honorable Court grant it permission to provide oral argument relating to Scottsdale's Joinder in the Motions to Sever.

- 1 -

- 2 -

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH**


/S/ Cynthia J. Thomas
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
**cthomas@gjtbs.com**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
*Scottsdale Insurance Company*

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 5th day of December, 2006, served a copy of the foregoing pleading on all counsel for all parties either by:

    (   ) Hand Delivery                 ( X ) Prepaid U.S. Mail
    (   ) Facsimile                       (   ) UPS/Federal Express
    (   ) Certified Mail Return Receipt Requested
    ( X )  Electronic Mail

s/Cynthia J. Thomas