UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182 |
| _____ | *<br>* | SECTION "K"(2) |
| PERTAINS TO:   INSURANCE<br>   DANNY REBECCA, INC.  (06-4808) | *<br>*<br>* | JUDGE DUVAL |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | MAG. WILKINSON |

### **ORDER**

Considering the Request for Oral Argument filed by Scottsdale Insurance Company;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

Pursuant to Local Rule 78.1 E, oral argument is set for December 13, 2006 at 9:30 a.m.

New Orleans, Louisiana this ____ day of December, 2006.

_____
J U D G E

- 1 -