UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-6473) JENNIFER LUSCY DEANE, ET AL. V. BOH BROS CONSTRUCTION CO., LLC, ET AL. | § § § § | |

## MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the <u>   5th   </u> day of <u>     December          </u>, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

                                            s/  *Gerald A. Melchiode*
                                            Gerald A. Melchiode, T.A. #22525
                                            Email: jmelchiode@gjtbs.com
                                            Jason J. Markey #29722
                                            Email: jmarkey@gjtbs.com
                                            Galloway, Johnson, Tompkins, Burr & Smith
                                            One Shell Square
                                            701 Poydras Street, 40th Floor
                                            New Orleans, Louisiana  70139
                                            Telephone:  (504) 525-6802
                                            Facsimile:  (504) 525-2456
                                            **Counsel for C.R. Pittman Construction Company, Inc.**