UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-6473) | § | |
| JENNIFER LUSCY DEANE, ET AL. V. BOH BROS | § | |
| CONSTRUCTION CO., LLC, ET AL. | § | |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of Record:

IT IS ORDERED that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E