#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION  NO.: 05-4182 "K"(2)  JUDGE DUVAL  MAG. WILKERSON |
| PERTAINS TO:  LEVEE (06-4065)  CATHY ADAMS, ET AL. V. BOH BROS  CONSTRUCTION CO., LLC, ET AL. | | |

#### MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the   5th   day of   December  , 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

        s/ *Gerald A. Melchiode*
        Gerald A. Melchiode, T.A. #22525
        Email: jmelchiode@gjtbs.com
        Jason J. Markey. #29722
        Email: jmarkey@gjtbs.com
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana  70139
        Telephone:  (504) 525-6802
        Facsimile:  (504) 525-2456
        **Counsel for C.R. Pittman Construction Company, Inc.**