UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO INSURANCE: KIEFER, 06-5370 | | |

**STATE FARM'S DEFENSES, AFFIRMATIVE DEFENSES, AND
<u>ANSWER TO AMENDED COMPLAINT</u>**

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company[1] ("State Farm") who submits the following Defenses, Affirmative Defenses, and Answer to plaintiffs' Amended Complaint.

---

[1]  State Farm Insurance Company, a non-existent entity, has been incorrectly named as an additional defendant.

1

840546v.1

## DEFENSES AND AFFIRMATIVE DEFENSES

State Farm incorporates by reference, as if copied herein in extenso, its Defenses and Affirmative Defenses set forth in its previous Defenses, Affirmative Defenses, and Answer to the Complaint-Class Action.

## ANSWER

**AND NOW**, answering the numbered allegations of plaintiffs' Amended Complaint, State Farm states as follows:

### 1.

The allegations of Paragraph 1 of the Amended Complaint repeat and reallege the allegations in the Original Complaint except to dismiss all references to the class allegations found in Section IV, Paragraph 9 (a) through (g). State Farm reasserts its responses and answers to Plaintiffs' Original Complaint. To the extent Paragraph 1 dismisses references to the class allegations found in Section IV, Paragraph 9 (a) through (g), no response is required from State Farm.

### 2.

The allegations of Paragraph 2 of the Amended Complaint remove all language found in the Original Complaint purporting to seek any damages of any nature on behalf of all others similarly situated and do not require a response from State Farm. State Farm affirmatively asserts that neither the Original nor the Amended Complaint meet the requirements for class certification. Further, the plaintiffs have improperly joined plaintiffs, defendants, and claims in contravention of the Federal Rules of Civil Procedure.

**3.**

The allegations of Paragraph 3 of the Amended Complaint assert that Plaintiffs do not wish this matter to proceed as a Class Action and do not require a response from State Farm.

**4.**

The allegations of Paragraph 4 of the Amended Complaint assert that no one will be prejudiced by the removal of class allegations from the Original Complaint and do not require a response from State Farm.

**WHEREFORE**, defendant State Farm Fire and Casualty Company prays that its Defenses, Affirmative Defenses, and Answer to the Amended Complaint filed by plaintiffs be deemed good and sufficient, and that after due proceedings, this Court render judgment in its favor, with all costs and fees assessed against the plaintiffs.

s/ Sarah H. Barcellona
_____

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200

Attorneys for State Farm Fire and Casualty Company

840546v.1

## **C E R T I F I C A T E**

I hereby certify that on December 5, 2006 a copy of the foregoing State Farm's Defenses, Affirmative Defenses, and Answer to Amended Complaint was filed electronically with the Clerk of Court through the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic system.

s/ Sarah H. Barcellona
_____

840546v.1