**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:        KATRINA CANAL BREACHES          §        CIVIL ACTION
              CONSOLIDATED LITIGATION          §        NO.: 05-4182 "K"(2)
                                               §        JUDGE DUVAL
                                               §        MAG. WILKERSON
_____        §
                                               §
PERTAINS TO:                                   §
LEVEE (06-5785)                                §
JIMMY COCHRAN, SR., ET AL. V. BOH BROS.        §
CONSTRUCTION COMPANY, LLC., ET AL.             §

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of

Record:

IT IS ORDERED that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins,

Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway,

Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman

Construction Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 2006.


_____
J U D G E