UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.: 05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKERSON |
| § | | |
| § | | |
| PERTAINS TO: § | | |
| LEVEE (06-5367) § | | |
| CAROLE A. BREITHOFF, ET AL. V. MODJESKI § | | |
| AND MASTERS, INC., ET AL. § | | |

## MOTION TO WITHDRAW/SUBSTITUTE ADDITIONAL
## COUNSEL OF RECORD

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

                Respectfully submitted:

                *s/ Gerald A. Melchiode*
                GERALD A. MELCHIODE, T.A. (#22525)
                Email: jmelchiode@gjtbs.com
                JASON J. MARKEY (#29722)
                Email: jmarkey@gjtbs.com
                GALLOWAY, JOHNSON, TOMPKINS,
                BURR & SMITH
                701 Poydras Street, 40th Floor
                New Orleans, Louisiana 70139
                Telephone: (504) 525-6802
                Facsimile: (504) 525-2456
                **Counsel for C.R. Pittman Construction Company, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the ___6th___ day of ___December___, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

        s/ *Gerald A. Melchiode*
        Gerald A. Melchiode, T.A. #22525
        Email:  jmelchiode@gjtbs.com
        Jason J. Markey #29722
        Email:  jmarkey@gjtbs.com
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana  70139
        Telephone:  (504) 525-6802
        Facsimile:  (504) 525-2456

        **Counsel for C.R. Pittman Construction Company, Inc.**