UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKERSON |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| LEVEE (06-5260) | § | |
| (BOBBY LEDUFF ET AL. V. BOH BROTHERS | § | |
| CONSTRUCTION COMPANY, LLC., ET AL.) | § | |

## MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode.*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the __5th__ day of __December__, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Jason J. Markey #29722
Email: jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**