## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | : CIVIL ACTION<br>:<br>: NO. 05-4182 "K"(2)<br>: |
| PERTAINS TO: | : JUDGE DUVAL |
| MRGO - C.A. 06-2152 (Reed) | : |
| C.A. 06-4066 (Ackerson) | : MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | : |

### MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE AMENDED REPLY MEMORANDUM IN SUPPORT OF RULE 12(b)(6) MOTION TO DISMISS AND/OR RULE 56 MOTION FOR SUMMARY JUDGMENT BASED UPON THE AFFIRMATIVE DEFENSE OF PEREMPTION UNDER LA. R.S. 9:2772 FILED IN BEHALF OF BEAN DREDGING, L.L.C., STUYVESANT DREDGING COMPANY,and BEAN STUYVESANT, L.L.C. [1]

NOW INTO COURT, come the Bean entities, together with the other Dredging Defendants, file this their Motion for Leave to File Amended Reply to the Opposition Memoranda filed by both the plaintiffs (Document No. 1781) and by co-defendant Manson Construction Company (Document No. 1736) in regard to the peremption statute defenses of La. R.S. 9:2772.

The Bean entities filed their original Reply Memorandum on December 4, 2006. At the time of the filing, one of Bean's attorneys was hospitalized and the other was out of town. This left an attorney who was not as familiar with the arguments to finalize the reply. Unfortunately, a preliminary draft, instead of the final version of the Reply was filed. Therefore, the Bean entities move for leave to file an amended reply to document number 1964.

Respectfully submitted,

---

[1]        This motion is filed on the merits on behalf of Defendants Bean Dredging, L.L.C.; C.F. Bean L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging, Inc.; Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation; C.F. Bean Corporation; Bean Horizon Corporation; and Bean Horizon L.L.C. ("the Bean entities").

NO NMS 131739 v1
2902907-000001

/s/Terrence L. Brennan .
William E. Wright, Jr. (Bar Roll No.8564)
Terrence L. Brennan (Bar Roll No. 3434)
        of
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
wwright@dkslaw.com
tbrennan@dkslaw.com

Attorneys for C.F. Bean L.L.C., Bean Stuyvesant,
L.L.C., Stuyvesant Dredging Company, Stuyvesant
Dredging, Inc. and Royal Boskalis Westminster
N.V., in their own right and as successors to Bean
Dredging Corporation, C. F. Bean Corporation,
Bean Horizon Corporation and Bean Horizon
L.L.C.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1)      jfnevares-law@microjuris.com

2)      dbecnel@becnellaw.com

3)      csalas@salaslaw.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1)      A.J. Rebaneck

_____

NO NMS 131739 v1
2902907-000001