UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | : CIVIL ACTION : : NO. 05-4182 "K"(2) : |
| PERTAINS TO: MRGO - C.A. 06-2152 (Reed) C.A. 06-4066 (Ackerson) \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* | : JUDGE DUVAL : : MAGISTRATE WILKINSON : |

## ORDER

CONSIDERING the foregoing Motion for Leave to File Amended Reply to the Opposition Memoranda filed by the plaintiffs (Document No. 1781) and by co-defendant Manson Construction Company (Document No. 1736) in regard to the peremption statute defenses of La. R.S. 9:2772 and for good cause shown,

IT IS ORDERED that the Motion for Leave is GRANTED, and that the Bean Entities should be and hereby are granted leave to file their Amended Reply to the Opposition Memoranda filed by both the plaintiffs (Document No. 1781) and by co-defendant Manson Construction Company (Document No. 1736) in regard to the peremption statute defenses of La. R.S. 9:2772

New Orleans, Louisiana, on this the _____ day of December, 2006.

_____
U.S. DISTRICT JUDGE