UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE, MRGO, RESPONDER O'Dwyer, No. 06-4389 | § § § § | |

**FEDERAL RULE 7.1 AND LOCAL RULE 5.6  DISCLOSURE STATEMENT ON BEHALF OF EUSTIS ENGINEERING COMPANY, INC.**

**NOW INTO COURT,** through undersigned counsel, comes Eustis Engineering Company, Inc. ("Eustis") for the sole purpose of complying with the compulsory disclosure required in Rule 7.1.

1.

Eustis is a corporate entity, and there is no parent corporation.

2.

No publicly traded company owns 10% or more of the stock of Eustis.

                                            Respectfully Submitted,
                                            GARDNER & KEWLEY
                                            A Professional Law Corporation

                                             s/Erin E. Dearie
                                            THOMAS F. GARDNER, T.A. (#1373)
                                            ERIN E. DEARIE (#29052)
                                            1615 Metairie Road, Suite 200
                                            Metairie, Louisiana  70005
                                            Telephone:   (504) 832-7222
                                            Facsimile:    (504) 832-7223

                                            **ATTORNEYS FOR:**
                                            **EUSTIS ENGINEERING COMPANY, INC.,**
                                            **DEFENDANT**

**CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 7th day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronically filing, or by mailing the same by United States mail, properly addressed, and first class postage prepaid.

                                             s/Erin E. Dearie
                                            ERIN E. DEARIE