KATRINA – RELATED
ST. RITA'S NURSING HOME

*U.S. DISTRICT COURT*
*EASTERN DISTRICT OF LA*
*FILED*
*2006 NOV -2  PH 4: 50*
*LORETTA G. WHYTE*
*CLERK*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND BERNARD REYES | CIVIL ACTION |
| **Plaintiffs** | NO. 06-9193 |
| v. | SECTION: "K" (2) |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO AND MABEL BUFFONE MANGANO, | |
| **Defendants** | |

## <u>VOLUNTARY MOTION TO DISMISS</u><br><u>THIRD PARTY DEMAND</u>

NOW INTO COURT, through undersigned counsel, come defendants Salvador

A. Mangano, Mabel B. Mangano, Buffman, Inc. a/k/a St. Rita's Nursing Home who

move this court to dismiss without prejudice the United States of America as third party

defendant in this suit while maintaining defendants' Third Party Demand against

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

Louisiana, Department of Transportation and Development;  Johnny Bradberry, in his

official capacity as Secretary, Louisiana Department of Transportation and

- 1 -

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____
Doc. No_____

Development; State of Louisiana, Department of Health and Hospitals, Frederick P.

Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals;

State of Louisiana, Office of the Attorney General, Charles Foti, in his official capacity

as Attorney General, State of Louisiana; the Lake Borgne Basin Levee District; and

Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard.

Respectfully submitted, this /s<sup>t</sup> day of November, 2006.

EMMETT, COBB, WAITS & HENNING

BY:  _Susan E. Henning_

JAMES A. COBB, JR. (4213)
SUSAN E. HENNING (6793)
JOHN F. EMMETT (1861)
LOUIS G. SPENCER (26520)
JASON R. KENNEY (29933)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: 504-581-1301
Facsimile:  504-581-6020

WYNNE, GOUX & LOBELLO
Jeremy Goux, Esq. (25065)
417 N. Theard Street
Covington, Louisiana 70433
Telephone: (985) 898-0504

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served

upon all counsel of record by depositing same in the United States Mail, postage

prepaid and properly addressed, this /s<sup>t</sup> day of November, 2006.

_Susan E. Henning_

SUSAN E. HENNING

- 2 -