UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL ST. RITA | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

As required in Judge Duval's recent order, Record Doc. No. 2034, **IT IS ORDERED** that a STATUS CONFERENCE with all counsel in the ST. RITA NURSING HOME CASES will be conducted on **TUESDAY, DECEMBER 19, 2006 at 10:30 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B421, New Orleans, Louisiana.

At the conference, James A. Cobb, counsel for the St. Rita's Nursing Home parties, must advise the court whether he intends to pursue the United States in cases other than Raymond Cousins v. The Mangano Corp., Civil Action No. 06-9193, in which the third-party demand against the United States has been dismissed, or whether dismissal of the United States in all pending St. Rita cases is appropriate.

The Clerk of Court's Court Reporter Section is directed to provide a court recorder or reporter for the conference.

New Orleans, Louisiana, this   7th   day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.