KATRINA – RELATED
ST. RITA'S NURSING HOME

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND<br>BERNARD REYES<br><br>**Plaintiffs**<br><br>v.<br><br>THE MANGANO CORPORATION D/B/A<br>ST. RITA'S NURSING FACILITY,<br>SALVADOR A. MANGANO AND MABEL<br>BUFFONE MANGANO,<br><br>**Defendants** | CIVIL ACTION<br><br>NO. 06-9193<br><br>SECTION: "K" (2) |

### ORDER

CONSIDERING THE FOREGOING, Voluntary Motion to Dismiss filed by Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. a/k/a St. Rita's Nursing Home;

IT IS HEREBY ORDERED the United States of America, made third party defendant herein is hereby dismissed from this matter, without prejudice, and shall no longer be a party to this litigation.

New Orleans, Louisiana this ___ day of November, 2006.

_____
JUDGE

- 3 -