FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 16 PM 4:13

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ALL DREDGING LIMITATIONS § § § § § § | |

## MOTION TO STAY LIMITATION ACTIONS

NOW COMES the plaintiff in Civil Action No. 06-2152, Phillip Reed, on behalf of himself and all others similarly situated, through his undersigned counsel, who requests (1) that the Court stay the limitation actions filed by Great Lakes Dredge & Dock Company (No. 06-8676); Mike Hooks, Inc. (No. 06-8884); T. L. James and Company, Inc. (No. 06-8888); Gulf Coast Trailing Company, a Louisiana Partnership, and TLJIC, L.L.C. a partner therein (No. 06-8890); Manson Construction Co. (No. 06-8891); Luhr Bros., Inc. (No. 06-8922); King Fisher Marine Service LP (No. 06-8967); Pine Bluff Sand and Gravel Company (06-9075) and Weeks Marine, Inc. (No. 06-9223) (together the "Limitation Actions") until conclusion of Civil Actions Nos. 06-2152; 06-2824; 06-4066; 06-5155; 06-5162 and 06-5260 (the "Claimants' Actions"); and (2) that the Court set aside the Stay Order (attached hereto

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep___
___ Doc. No___

as Exhibit "1") entered in Civil Action No. 06-8967 (the limitation action filed by King Fisher Marine Service LP) by Judge Ivan Lemelle on October 25, 2006 before that suit was transferred to Section K, all for the reasons fully explained in the attached memorandum filed in support of this motion.

All counsel of record in all the Claimants' Actions consent and join in this motion.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Attorneys for Phillip Reed, on behalf of himself
and all others similarly situated

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail or U. S. Mail.

_____
CAMILO K. SALAS III