UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER<br><br>OF THE<br><br>COMPLAINT OF KING FISHER MARINE SERVICE LP, AS OWNER OF THE DREDGES LEONARD M. FISHER AND EVERETT FISHER | CIVIL ACTION<br><br>NO. 06-8967<br><br>JUDGE SECT. B MAG 4<br><br>MAGISTRATE |

**ORDER APPROVING PETITIONER'S STIPULATION FOR VALUE [LETTER OF UNDERTAKING], DIRECTING ISSUANCE OF NOTICE AND RESTRAINING PROSECUTION OF CLAIMS**

A Complaint having been filed herein on October 24, 2006, by King Fisher marine Service LP ("Petitioner") as owner or owner *pro hac vice* of the Dredges LEONARD M. FISHER and EVERETT FISHER (collectively the "Dredges"), for exoneration from or limitation of liability, pursuant to Sections 4281—4285 and 4289 of Title 46 of the United States Code (46 U.S.C. §~ 181—185 and 188) and Rule F of the Supplemental Rules for Certain Admiralty & Maritime Claims of the Federal Rules of Civil Procedure, for any loss, damage, or injury, caused, occasioned or occurring during Hurricane Katrina on or about August 29, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet in the year 2004, as more fully described in the Complaint;



EXHIBIT
" 1 "

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep___
___ Doc. No___

And the Complaint having stated that the value of Petitioner's interest in the said Dredges at the end of the voyages where such dredging was performed does not exceed $3,300,000.00, as set forth in the affidavit of Richard L. Frenzel attached as Exhibit "B" to Petitioner's Complaint;

And the Petitioners having deposited with the Court as security for the benefit of claimants, a Letter of Undertaking issued by Fireman's Fund Insurance Company, dated October 20, 2006, for not less than the amount or value of Petitioner's interest in the said Dredges in the sum of $3,300,000.00, with interest at six (6%) per cent per annum from its date, executed by Edward Anderson, as Duly Authorized Representative of Fireman's Fund Insurance Company;

NOW on motion of McAlpine & Cozad PLC, attorneys for the Petitioner, it is

ORDERED as follows:

1. The above-described Letter of Undertaking deposited by the Petitioner with the Court for the benefit of claimants, in the sum of $3,300,00.00, with interest as aforesaid, as security for the amount or value of the Petitioner's interest in the Dredges, be and it is hereby approved.

2. The Court, upon motion, shall cause due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such increase or reduction if it finds that such an order is necessary to carry out the provisions of Section 4283 of Title 46 of the United States Code (46 U.S.C. § 183), as amended, in respect of loss of life or bodily injury.

3. A notice shall be issued by the Clerk of this Court to all persons asserting claims with respect to which the Complaint seeks limitation admonishing them to file their respective claims with the Clerk of this Court in writing, and to serve on the attorneys for the Petitioner a copy thereof

on or before the 15th day of April, 2007, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he shall file and serve on attorneys for Petitioner an answer to the Complaint on or before the said date, unless his claim has included an answer to the Complaint, so designated, or be defaulted.

4. The aforesaid notice shall be published in the New Orleans Times Picayune once a week for four successive weeks prior to the date fixed for the filing of claims, as provided by the aforesaid Rule F; and copies of the notice shall also be mailed in accordance with the said Rule F.

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against the Petitioner, as aforesaid, or against the Dredges LEONARD M. FISHER and EVERETT FISHER or against any property of the Petitioner except in this action, to recover damages for or in respect of any loss, damage or injury, occasioned or incurred during Hurricane Katrina on or about August 29-30, 2005, allegedly as a result of the destruction of wetlands caused by flood control work and maintenance dredging work performed by Petitioner and the Dredges for the United States Army Corps of Engineers on the Mississippi River Gulf Outlet during the year 2004 as alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action with the exception of all claims against the insurer of the vessel(s).

6. Service of this order as a restraining order may be made through the Post Office by mailing a conformed copy thereof to the person or persons to be restrained, or to their respective attorneys, or alternatively by hand.

New Orleans, Louisiana, this 25th day of October, 2006.

                                              UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
McALPINE & COZAD

RICHARD A. COZAD, (#4537) T.A.
MICHAEL L. MCALPINE, (#9195)
EMMA A. MEKINDA (#28151)
365 Canal St, Suite 3180
New Orleans, LA 70130
Phone: (504) 561-0323;
Fax: (504) 528-9442
*Attorneys for King Fisher Marine Service, L.P.*