IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>_____§<br> §<br>PERTAINS TO: §<br> §<br>ALL DREDGING LIMITATIONS §<br> §<br>_____§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

NOW COMES the plaintiff in Civil Action No. 06-2152, Phillip Reed, on behalf of himself and all others similarly situated, through his undersigned counsel, and requests oral argument on his Motion to Stay the Limitation Actions.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III
Counsel of Record in Civil Action No. 06-2152
for Phillip Reed, on behalf of himself and all
others similarly situated.



## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III