IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> _____§ <br> § <br> PERTAINS TO: § <br> § <br> ALL DREDGING LIMITATIONS § <br> § <br> _____§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** Phillip Reed on behalf of himself and all others similarly situated is hereby GRANTED oral argument on his Motion to Stay Limitation Actions, to be held on the _____ day of _____, 2007 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of November, 2006.

File Unsigned
See L.R. 78.1E

_____
**JUDGE**

