

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 17

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL., | * | |
| | * | CIVIL ACTION |
| Plaintiffs, | * | |
| | * | NO. 06-4746 |
| VERSUS | * | |
| | * | SECTION "K" |
| AIG CENTENNIAL INSURANCE | * | |
| COMPANY, ET AL., | * | JUDGE DUVAL |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>MOTION TO SEVER AND INCORPORATED MEMORANDUM IN SUPPORT</u>

Pursuant to Fed. R. Civ. P. 20 and 21, Defendants The Standard Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America and Travelers Property Casualty Insurance Company (collectively, "Travelers"),[1] hereby move for an order severing each individual plaintiff's claim from those of the other

---

[1] Some of the entities identified in the Complaint may be improperly named. Travelers reserves all of its rights in that regard.



____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____

plaintiffs, or, in the alternative, an order severing the claims against Travelers from the claims against the other defendants.

In support of this motion, Travelers joins in and incorporates by reference herein the Memorandum of Law in Support of Motion to Sever by Safeco Defendants (Doc. No. 84, filed on Nov. 7, 2006) and the Memorandum in Support of State Farm's Motion to Sever (Doc. No. 89, filed on Nov. 7, 2006).

For the reasons stated therein, which are equally applicable to Plaintiffs' claims against Travelers, Plaintiffs have improperly joined over 1,800 claims against over 100 insurance companies in one lawsuit, in an egregious violation of Fed. R. Civ. P. 20. Each of the individual plaintiffs, who contracted with one of the defendants, cannot assert any claims jointly, severally or in the alternative against all of the defendants. The individual plaintiffs' claim arise from different transactions or occurrences, and involve different questions of law and fact. Accordingly, the Court should sever each plaintiff's claim against those of the other plaintiffs, or, at a minimum, should sever the claims against Travelers from the claims against the other defendants.

Dated this 20th day of November, 2006.

Respectfully submitted,

OF COUNSEL
STEPHEN E. GOLDMAN
WYSTAN M. ACKERMAN
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

RALPH S. HUBBARD III, T.A., La. Bar # 7040
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK,
          RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Sever and Incorporated Memorandum in Support has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.