UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF HEARING**

**PLEASE TAKE NOTICE,** that The Standard Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property Casualty Company of America and Travelers Property Casualty Insurance Company (collectively, "Travelers"), will

bring its Motion to Sever against Plaintiffs for hearing before the Stanwood R. Duval, Jr. on ~~December 13, 2006~~ March 21, 2007 9:30 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

OF COUNSEL
STEPHEN E. GOLDMAN
WYSTAN M. ACKERMAN
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

RALPH S. HUBBARD III, T.A., La. Bar # 7040
SETH A. SCHMEECKLE, La. Bar #27076
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing on Motion to Sever has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.