FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 30

LORETTA G. WHYTE
         CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINDER IN THE MOTIONS TO SEVER AND INCORPORATED MEMORANDUM
BY HORACE MANN INSURANCE COMPANY AND
HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY**

Defendants, Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company (collectively "Horace Mann"), by their undersigned attorneys and pursuant to Federal Rules of Civil Procedure 20 and 21 respectfully join (i) the Motion to Sever and Proceed Separately by Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company and Memorandum in Support, (ii) the Motion to Sever Claims filed by State Farm Fire and Casualty Company, State Farm General Insurance Company and State Farm Mutual Automobile

-1-

```
___ Fee _____
___ Process ___
_X_ Dktd _____
_✓_ CtRmDep ___
___ Doc. No ___
```

-2-

Insurance Company and Memorandum in Support (Doc. No. 89), and (iii) the Motion to Sever by Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana and Safeco Surplus Lines Insurance Company and Memorandum in Support (Doc. No. 84). Horace Mann adopts and incorporates the facts and argument contained in those motions and supporting memoranda, and respectfully requests that this Court sever plaintiffs' claims and require each plaintiff to file a separate complaint setting forth his or her individual course of action.

Dated: November 20, 2006

Respectfully Submitted,

_____
RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:
ALAN S. GILBERT
ANNE W. MITCHELL
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record via electronic mail this 20th day of November, 2006.

_____