

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4: 18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * | CIVIL ACTION NO.: 06-4746 |
| | * | |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * | SECTION "K" |
| | * | |
| VERSUS | * | HON. JOSEPH C. WILKINSON, JR. |
| | * | |
| AIG CENTENNIAL INSURANCE | * | |
| COMPANY, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendants The Standard

Fire Insurance Company, Travelers Casualty & Surety Company, Travelers Casualty & Surety

Company of America, Travelers Casualty Company of Connecticut, Travelers Casualty

Insurance Company of America, Travelers Home & Marine Insurance Company, The Travelers

Indemnity Company of America, Travelers Excess and Surplus Lines Company, The Travelers

Indemnity Company of Connecticut, The Travelers Indemnity Company, Travelers Property

Casualty Company of America and Travelers Property Casualty Insurance Company

___ Fee_____
___ Process_____
_____
_____
_____

(collectively, "Travelers"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Motion to Sever.

WHEREFORE, Travelers respectfully requests that this Honorable Court grant them permission to provide oral argument relating to Travelers' Motion to Sever.

Respectfully submitted,

**OF COUNSEL**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE, LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**RALPH S. HUBBARD III, T.A., La. Bar # 7040**
**SETH A. SCHMEECKLE, La. Bar #27076**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195

Attorneys for Travelers

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument on Motion to Sever has been served upon all known counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 20th day of November, 2006.

- 2 -