

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company (collectively "Horace Mann"), defendants herein, who pursuant to Local Rule 43.1, request oral argument on its Joinder in the Motions to Sever.

**WHEREFORE**, Horace Mann respectfully requests that this Honorable Court grant them permission to provide oral argument relating to Horace Mann's Joinder in the Motions to Sever.



Respectfully Submitted,

_____
RALPH S. HUBBARD, III, T.A., La. Bar #7040
SETH A. SCHMEECKLE, La. Bar #23978
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:
ALAN S. GILBERT
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing the same in the United States Mail, properly addressed, first class postage prepaid, telefax and/or electronic mail.

_____