UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. AND DONNA AARON, et al., | * * * | CIVIL ACTION NO.: 06-4746 |
| | * | HON. STANWOOD R. DUVAL, JR. |
| Plaintiffs, | * * | SECTION "K" |
| VERSUS | * * | HON. JOSEPH C. WILKINSON, JR. |
| AIG CENTENNIAL INSURANCE COMPANY, et al., | * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Request for Oral Arguments filed by ~~Horace~~ Mann;

**IT IS HEREBY ORDERED** ~~that~~ the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
JUDGE

*File unsigned. Request is noted. See L.R. 78.1E.*

Fee ____
Process ____
Dktd ____