FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21  PM 4: 05

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> PERTAINS TO: § <br> § <br> ALL DREDGING LIMITATIONS § <br> and Ackerson v. Bean Dredging § <br> Civil Action 06-4066 § <br> § | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## MOTION TO STAY LIMITATION ACTIONS

NOW COMES the plaintiff in Civil Action No. 06-4066, Fellosea Ackerson, on behalf of herself and all others similarly situated, through her undersigned counsel, who requests (1) that the Court stay the limitation actions filed by Great Lakes Dredge & Dock Company (No. 06-8676); Mike Hooks, Inc. (No. 06-8884); T. L. James and Company, Inc. (No. 06-8888); Gulf Coast Trailing Company, a Louisiana Partnership, and TLJIC, L.L.C. a partner therein (No. 06-8890); Manson Construction Co. (No. 06-8891); Luhr Bros., Inc. (No. 06-8922); King Fisher Marine Service LP (No. 06-8967); Pine Bluff Sand and Gravel Company (06-9075) and Weeks Marine, Inc. (No. 06-9223) (together the "Limitation Actions") until conclusion of Civil Actions Nos. 06-2152; 06-2824; 06-4066; 06-5155; 06-5162 and 06-5260 (the "Claimants' Actions"); and (2) that the Court set aside the Stay Order (attached hereto as Exhibit "1") entered in Civil Action No. 06-8967 (the limitation action



___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

filed by King Fisher Marine Service LP) by Judge Ivan Lemelle on October 25, 2006 before that suit was transferred to Section K, all for the reasons fully explained in the attached memorandum filed in support of this motion.

All counsel of record in all the Claimants' Actions consent and join in this motion. Plaintiff, through undersigned Counsel, further incorporates herein the motion as filed by Philip Reed in 06-2152 by counsel Camilo Salas on November 16, 2006 as if it is our own.

Respectfully Submitted:

Albert J. Rebennack, Jr.(Louisiana Bar No. 18677)
2202 Avenue B
Metairie, LA 70001
Telephone: 504-782-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net

_____
Albert J. Rebennack, Jr.
Attorneys for Fellosea Ackerson, on behalf of herself
and all others similarly situated

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail or U. S. Mail.

_____
Albert J. Rebennack, Jr.