# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §<br>§<br>PERTAINS TO: §<br>§<br>ALL DREDGING LIMITATIONS §<br>and Ackerson v. Bean Dredging §<br>Civil Action 06-4066 §<br>§ | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that after review of Plaintiff's Motion to Stay Limitation Actions be GRANTED.

This _____ day of _____, 200___.

_____
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

TOTAL P.02