FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 22  PM 5:02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION NO: 05-4181 <br><br> SECTION: "K"(2) |
| VERSUS | * <br> * | <br> JUDGE: DUVAL |
| PERTAINS TO: INSURANCE<br>*Aaron*, No. 06-4746 | * <br> * <br> * | <br> MAGISTRATE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## 1ST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS PENDING COURT'S RESOLUTION OF MOTION TO SEVER

Defendants, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company (collectively "Allstate"), without waiving any defenses or objections, hereby move for an extension of time within which to answer or otherwise respond to the plaintiffs' Petition, for the following reasons:

1.

This action involves over 1,800 individually joined unrelated plaintiffs asserting claims against over 100 different unrelated insurance companies for denial of insurance coverage based on property damage and losses resulting from Hurricane Katrina.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

2.

Allstate has filed a Motion to Sever, requesting that the Court sever plaintiffs' claims and require each plaintiff to file a separate complaint setting forth his or her individual course of action. This motion is currently pending and set for hearing before this Court on December 27, 2006. Plaintiffs' counsel does not oppose an extension of the time for Allstate to answer pending resolution of the motion to sever.

3.

For these reasons, Allstate requests that the Court grant it an extension of time to answer, pending this Court's resolution of the Motion to Sever.

**WHEREFORE**, Defendant respectfully moves this Court for an extension of time within which to answer the Petition in this action, extending the time to answer until after this Court's ruling on the pending Motion to Sever.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Susan M. Rogge, 28203
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: 504/589-9700

Attorneys for Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time to File Responsive Pleadings Pending Court's Resolution of Motion to Sever, has been served upon all counsel of record by placing same in the United States mail, postage prepaid and properly addressed, this 22nd day of November, 2006.

_____

72334