FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 29  PM 4: 48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |
| PERTIANS TO: § <br> ST. RITA: (Thedy) Case No.06-8106 § <br> (Verges) Case No.06-8731 § <br> § | |

## MOTION AND ORDER FOR PARTIAL DISMISSAL

NOW INTO COURT, through undersigned counsel, come plaintiffs, and on suggesting to this Honorable Court that they now desire to dismiss any and all claims they may have against defendant, Louisiana Nursing Home Association, with prejudice, each party to bear its own costs.

Plaintiffs further reserve any rights they may have against any and all other defendants in this matter. This partial judgment of dismissal pertains only to the Louisiana Nursing Home Association.

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Respectfully submitted, this 20th day of November, 2006.

NOTO LAW FIRM

BY:_____
GREGORY J. NOTO (14275) T.A.
532 E. Judge Perez Drive, Suite 102
Chalmette, LA 70043

WOLFE LAW FIRM

BY:_____
SCOTT G. WOLFE, JR.
4821 Prytania Street
New Orleans, LA 70115

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing Motion and Order for Partial Dismissal has been served upon all counsel of record by depositing same in the United States Mail, postage prepaid and properly addressed, this 20th day of November, 2006.

_____