```
                                    FILED
                              U.S. DISTRICT COURT
                            EASTERN DISTRICT OF LA

                              2006 NOV 30  P 4:54

                              LORETTA G. WHYTE
                                    CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MANDIE BATTAGLIA, wife of/and** | * | |
| **DARYL A. BATTAGLIA, JR.** | * | |
|       Plaintiffs, | * | Civil Action No. 06-4529 |
| | * | |
| | * | Judge: Duval |
| **Versus** | * | |
| | * | Magistrate Judge: Chasez |
| **HORACE MANN INSURANCE COMPANY,** | * | |
| **HORACE MANN PROPERTY & CASUALTY** | * | |
| **INSURANCE COMPANY, and** | * | |
| **TEACHERS INSURANCE COMPANY** | * | |
| | * | |
|       Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** defendant, The Horace Mann Insurance Company, through undersigned counsel, and moves this Court for an Order enrolling Michael E. Holoway, Louisiana Bar Number 1966, of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as additional counsel of record for The Horace Mann Insurance Company in the captioned matter.

**WHEREFORE**, The Horace Mann Insurance Company prays that this Court enter an Order enrolling Michael E. Holoway as additional counsel of record.

```
                                    __ Fee_____
                                    __ Process____
                                    X  Dktd_____
                                    V  CtRmDep___
                                    __ Doc. No___
```

Respectfully submitted,

_[signature]_

RALPH S. HUBBARD III, T.A., La Bar # 7040
TINA L. GARMON, La. Bar #29579
MICHAEL E. HOLOWAY, La. Bar #1966
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Telefacsimile: (504) 310-9195
**Attorneys for The Horace Mann Insurance Co.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2006, a copy of this pleading has been served upon all counsel of record in this action by depositing same in the United States Mail, properly addressed, first class postage prepaid.

_[signature]_