

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC - 1  PM 3: 54

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | |
| | | * | NO. 05-4182 "K"(2) |
| | | * | |
| LEVEE CASES | | * | |
| | | * | JUDGE DUVAL |
| PERTAINS TO: 06-7682 (PAUL) | | * | |
| | | * | MAG. WILKINSON |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Considering "CSX Transportation, Inc.'s Motion for Dismissal Under Rule 12(b)(6) Or, In The Alternative, Motion for Summary Judgment Under Rule 56," filed on November 6, 2006, Docket No. 1530, the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company's Motion to Dismiss Pursuant to Rule 12(b)(6), Docket No. 1579 filed on November 8, 2006, and Plaintiffs' Motion to Remand filed on November 8, 2006:

IT IS HEREBY STIPULATED, pursuant to Fed.R.Civ.P. 41 (a) (1), by and between the plaintiffs, Judy M. Paul and Willie Mackie, Sr., and defendants CSX Transportation, Inc., and BNSF   Railway   Company,   f/k/a   the   Burlington   Northern   and   Santa   Fe

___ Fee_____
___/ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Railway Company through their respective undersigned counsel, that the plaintiffs' actions and claims against CSX Transportation, Inc. and the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company, including all claims made by the plaintiffs against both CSX Transportation, Inc. and the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company, herein in matter no. 06-7682, be and they are hereby dismissed with prejudice, each party to bear his, her, or its own costs.

IT IS FURTHER AGREED, in light of the foregoing stipulation of dismissal with prejudice, that the oppositions filed by CSX Transportation, Inc. and the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company, to Plaintiffs' motion to remand are now moot and that such oppositions are withdrawn.

FOR THE PLAINTIFFS:

_____ Date: 12-1-06
RICHARD M. MARTIN (#8998)
416 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 586-0000
Facsimile: (504) 522-8423

JOHN J. CUMMINGS, III (#4652)
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 586-0000
Facsimile:  (504) 522-8423

DEBORAH SULZER (#19806)
650 Poydras Street, Suite 2635
New Orleans, Louisiana 70130
Telephone: (504) 299-3380
Facsimile:  (504) 299-3385

RICHARD A. WEIGAND (#13324)
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, Louisiana 70130
Telephone: (504) 568-1256
Facsimile:   (504) 525-3368

ARTHUR MORRELL (#1494)
J.P. MORRELL (#29635)
1660 Treasure Street
New Orleans, Louisiana 70119
Telephone: (504) 261-0535

SUZETTE BAGNERIS (#2224)
3520 General DeGaulle Drive, Suite 4070
New Orleans, Louisiana 70114
Telephone: (504) 368-1911

*Of Counsel*:
WILLIAM C. GAMBEL (#5900)
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 569-7210
Facsimile:   (504) 569-7001

**FOR DEFENDANT CSX TRANSPORTATION,
INC.:**

_____ Date: December 1, 2006
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
CHAFFE McCALL, L.L.P.
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile:  (504) 585-7075
and
ROY J. RODNEY, JR. (#02079)

JOHN K. ETTER (#25042)
RODNEY & ETTER, L.L.C.
1232 Camellia Boulevard, Suite "C"
Lafayette, Louisiana 70508
Telephone: (337) 981-5293
Facsimile:  (337) 988-6918

**FOR DEFENDANT BNSF RAILWAY COMPANY F/K/A BURLINGTON NORTHERN AND SANTA FE RAILROAD COMPANY:**

PATRICK A. TALLEY, JR. (#1616)
CARL E. HELLMERS, III (#25705)
FRILOT, PARTRIDGE, L.C.
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100

## CERTIFICATE OF SERVICE

I hereby certify that on this ___/___ day of December, 2006, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

928932_1.DOC                    4