FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -5  PM 4: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2006-7540 |
| | * | |
| ENCOMPASS INSURANCE COMPANY | * | SECT. K |
| AND APARICIO, WALKER & SEELING | * | MAG. 2 |

*******************************************************************

### PLAINTIFF'S MEMORANDUM IN OPPOSITION TO PARTIAL MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANT, APARICIO, WALKER & SEELING, INC.

Plaintiff, Melanie Palmer, submits the following memorandum in opposition to the motion for summary judgment filed by Aparicio, Walker & Seeling, Inc.:

### INTRODUCTION

Aparicio, Walker and Seeling, defendant herein, (hereafter AWS) has filed a motion for partial summary judgment, seeking to have this Court dismiss all claims for penalties and attorneys fees made against it in the above captioned matter. For the following reasons, plaintiff asserts that the motion is not only **moot** but absurd, as **no such claims have been made**. Hence, plaintiff requests this Court **dismiss the motion as moot**.

### AWS' MOTION IS MOOT AND SHOULD BE DISMISSED

Plaintiff's original petition specifically identifies AWS as an insurance agency. No claim is made that AWS is an insurer. Further, all claims in the petition which relate in any way to penalties and attorneys fees under La. R.S. 22:658 and / or La. R.S. 22:1220 are <u>specifically</u> made with reference to defendant, Encompass Insurance Company. Even the prayer for relief at the end of the petition cannot be construed to assert penalties and attorneys fees against AWS. Hence, the petition makes no claim whatsoever that AWS is an insurer and no claim whatsoever for penalties and attorneys fees against AWS.

Fee_____
Process_____
X/Dktd_____
  CtRmDep_____
  Doc. No_____

Nevertheless, AWS has filed a motion for partial summary judgment asking this Court to find that it is not an insurance company and, therefore, not subject to the provisions of La. R.S. 22:658, nor La. R.S. 22:1220.

If AWS had made even a cursory review of the petition before filing this motion, it would have been evident that no such claims had been made. AWS might as well have asked for a partial summary judgment that ice is cold or water is wet. The motion is moot, unnecessary and a waste of this Court's resources.

While it may be tempting to ignore such junk pleading, the fact remains, the motion is moot and should not be granted. This Court can hardly issue an order dismissing claims which do not, in fact, exist.

Plaintiff respectfully requests that the motion for partial summary judgment **be dismissed as moot.**

Respectfully submitted:

David E. Kavanagh # 2019
WEEKS, KAVANAGH & RENDEIRO
810 Union Street, 2nd Floor
New Orleans, LA 70112
(504) 529-5100

Certificate of Service

I hereby certify that a copy of the above and foregoing has been duly served upon all opposing counsel in this proceeding by depositing same in the U.S. Mail postage prepaid, this 5th day of December, 2006.