

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAGISTRATE WILKINSON |
| PERTIANS TO: § <br> ST. RITA: (Thedy) Case No.06-8106 § <br> (Verges) Case No.06-8731 § <br> § | |

## ORDER

Considering the foregoing Motion and Order for Partial Dismissal;

IT IS HEREBY ORDERED that the defendant, Louisiana Nursing Home Association be and the same is hereby dismissed from the referenced suits with prejudice, reserving plaintiffs' rights they may have against any and all remaining defendants.

New Orleans, Louisiana this 5th day of December, 2006.

_____
JUDGE

- 3 -

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____