UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6 PM 1:20

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| MANDIE BATTAGLIA, wife of/and <br> DARYL A. BATTAGLIA, JR. <br>               Plaintiffs, <br> <br> Versus <br> <br> HORACE MANN INSURANCE COMPANY, <br> HORACE MANN PROPERTY & CASUALTY <br> INSURANCE COMPANY, and <br> TEACHERS INSURANCE COMPANY <br> <br>               Defendants. | Civil Action No. 06-4529 <br><br> Judge: Duval <br><br> Magistrate Judge: Chasez |

### ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

IT IS ORDERED that Michael E. Holoway, Louisiana Bar Roll Number 1966 be, and he hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this 5th day of December, 2006.

_____
DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____