FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6 PM 1:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO: 05-4181 |
| | * | SECTION: "K"(2) |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| PERTAINS TO: INSURANCE *Aaron*, No. 06-4746 | * * | MAGISTRATE: WILKINSON |
| | * | |

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings Pending Court's Resolution of Motion to Sever;

**IT IS ORDERED** that Defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company and Allstate Property and Casualty Insurance Company be and hereby is granted an extension of time to answer or otherwise respond to the plaintiffs' Petition until after this Court's ruling on the Defendants' Motion to Sever.

New Orleans, Louisiana, this 5th day of ~~November~~ December, 2006.

_____
JUDGE

Fee_____
Process_____
X /Dktd_____
✓ CtRmDep_____ 72334
Doc. No_____