FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6 PM 1:18

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * | | CIVIL ACTION |
| | CONSOLIDATED LITIGATION * | | |
| | * | | NO. 05-4182 "K"(2) |
| | * | | |
| LEVEE CASES | * | | |
| | * | | JUDGE DUVAL |
| PERTAINS TO: 06-7682 (PAUL) | * | | |
| | * | | MAG. WILKINSON |

## ORDER

Upon the foregoing Stipulation of Voluntary Dismissal with Prejudice, the actions and claims of the plaintiffs against CSX Transportation, Inc. and the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company, including all claims made by the plaintiffs in matter 06-7682, be and they are hereby DISMISSED with prejudice, each party to bear his, her, or its own costs.

New Orleans, Louisiana, this _5_ day of December, 2006.

JUDGE STANWOOD R. DUVAL, JR.
United States District Judge

_/ Fee _____
_/ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No _____