

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
ST. RITA          NO.: 06-7858

## ORDER

Considering the foregoing Motion to Enroll as Counsel of Record on behalf of Emile R. Poissenot and Patricia Poissenot Agnelly, individually and on behalf of their deceased father, Emile Hippolite Poissenot:

**IT IS HEREBY ORDERED**, that Faye Dysart Morrison of the law firm of Taylor, Wellons, Politz & Duhe, 7924 Wrenwood Boulevard, Suite C, Baton Rouge, Louisiana 70809 be enrolled as counsel of record and substituted for Lisa Brener on behalf of plaintiffs, Emile R. Poissenot and Patricia Poissenot Agnelly, individually and on behalf of their deceased father, Emile Hippolite Poissenot.

New Orleans, Louisiana, this 5th day of December, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____