UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE KATRINA BREACHES <br> CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br><br><br> *ABADIE* C.A. NO. (06-5164) | * CIVIL ACTION <br> *   NO. 05-4182 <br> * <br> * <br> * <br> * JUDGE STANWOOD R. DUVAL, JR. <br> * <br> * MAGISTRATE JUDGE JOSEPH C. <br> * WILKINSON, JR. |

* * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED,** that defendant, Fidelity and Casualty Company of New York, be and is hereby granted an extension of up to and including December 19, 2006, within which to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this 5th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No