

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABRAHAM YACOB, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 06-5937 |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| THE BOARD OF COMMISSIONERS | * | SECTION: K |
| FOR THE ORLEANS LEVEE DIST., | * | |
| ET AL | * | |
| | * | MAGISTRATE: 2 |

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO** COURT, through undersigned counsel, comes plaintiff, Abraham Yacob, who avers that all claims and causes of action of plaintiff against Defendant, C.R. Pittman Construction Company, Inc. in the above captioned matter have been compromised and settled, and moves that all claims and causes of action against defendant, C.R. Pittman Construction Company, Inc. be dismissed with prejudice, each party to bear its own costs.

___ Fee_____
___ Process_____
X /Dk'd _____
___/ CtRmDep_____
___ Doc. No_____

Respectfully submitted,

*Pius Obioha*
PIUS A. OBIOHA, Esq.(#25810)
P. O. Box 46385
Baton Rouge, LA  70895
Telephone: (225) 231-3778
Facsimile: (225) 930-0989
**Attorney for Abraham Yacob**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of November, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Gerald A. Melchiode, Esq.; Thomas P. Anzelmo, Esq.; Andre Jude Lagarde, Esq.; Ben Louis Mayeux, Esq.; James L. Pate, Esq.; Ralph Shelton Hubbard, III, Esq.; Terrence L. Brennan, Esq.; Michael R.C. Riess, Esq.; William D. Treeby, Esq.; Thomas Livingston Gaudry, Jr., Esq.; Victor Elbert Stilwell, Jr., Esq.; Charles F. Seemann, Jr., Esq.; Herman C. Hoffmann, Jr., Esq.; Richard John Tyler, Esq., James C Rather, Jr., Esq.; Kyle P. Kirsch, Esq.; Mark Emerson Hanna, Esq.; Joseph Pierre Guichet, Esq.; and Charles Bruce Colvin, Esq., by operation of the court's electronic filing system.

*Pius Obioha*