

# UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABRAHAM YACOB, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 06-5937 |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| THE BOARD OF COMMISSIONERS | * | SECTION: K |
| FOR THE ORLEANS LEVEE DIST., | * | |
| ET AL | * | |
| | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

**IT IS HEREBY ORDERED** that the claim in the above matter by plaintiff, Abraham Yacob, and against defendant, C.R. Pittman Construction Company, Inc. is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 6th day of December, 2006.

_____
JUDGE

\_\_ Fee_____
\_\_ Process_____
X /Dktd_____
\_\_ CtRmDep_____
\_\_ No_____