UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION  NUMBER 05-4182  SECTION "K" (2)  JUDGE DUVAL  MAGISTRATE WILKINSON |
| LEVEE CASES PERTAINS TO: 06-7682 (Paul) | | |

## O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Memorandum in Opposition to Motion to Remand;

It is ORDERED that the Memorandum of the Public Belt Railroad Commission for the City of New Orleans in Opposition to Motion to Remand be filed as requested.

New Orleans, Louisiana, this __7th__ day of ____December____, 2006.

_____
UNITED STATES DISTRICT JUDGE