UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5367) CAROLE A. BREITHOFF, ET AL. V. MODJESKI AND MASTERS, INC., ET AL. | | |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of Record:

IT IS ORDERED that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this  7th  day of  December , 2006.

_____
J U D G E