UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO: 05-4182 |
| PERTAINS TO: | SECTION: "K"(2) |

*Michael W. Hughes*, No. 06-8885

### ORDER

Pursuant to Local Rule 78.1E, the Court finds that Oral Argument is unnecessary and therefore denies the Request for Oral Argument for the Motion to Remand (Rec.Doc.No. 1920). Accordingly,

**IT IS ORDERED** that the Request for Oral Argument (Rec.Doc.No. 1924) is **DENIED** and the motion will be considered submitted on briefs on December 13, 2006.

New Orleans, Louisiana, on this __7th__ day of December, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE