# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
ST. RITA (POISSENOT)       NO.: 06-7858

## ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Remand;

It is ORDERED that the plaintiffs' Reply Memorandum in Support of Motion to Remand be filed as requested.

New Orleans, Louisiana, this 7th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE