UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION<br><br>NO. 05-4182 |
| § § § PERTAINS TO: § § MRGO (Reed, No. 06-2152); § § MRGO (Ackerson, No. 06-4066) § § | SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

**ORDER**

Considering the foregoing *Ex Parte* Motion for Leave to File Reply Memorandum *Amicus Curiae*;

IT IS HEREBY ORDERED that Limitation Petitioner, Manson Construction Co., is hereby granted leave to file its Reply Memorandum *Amicus Curiae* in respect of its Motion for Dismissal and/or Partial Dismissal (Rec. Doc. 1176); and

IT IS FURTHER ORDERED that Limitation Petitioner, Manson Construction Co., is allowed to participate in oral argument of the Dredging Defendants' Motions to Dismiss scheduled for December 15, 2006, without prejudice to its Complaint for Exoneration from Limitation of Liability.

New Orleans, Louisiana, this __7th__ day of December, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99742433.1