UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1672* | | MAGISTRATE JUDGE JOSEPH |
| *Chehardy, et al v. State Farm, et al: 06-1673* | * | WILKINSON |
| *Chehardy, et al v. State Farm, et al: 06-1674* | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# MOTION TO WITHDRAW RULE 59(E) MOTION FOR RECONSIDERATION AND ALTER OR AMEND JUDGMENT

NOW COMES Louisiana Citizens Property Insurance Corporation who moves to withdraw its *Rule 59(E) Motion For Reconsideration And Alter Or Amend Judgment* (Dkt. No. 2002).

-1-

BIENVENU, FOSTER, RYAN & O'BANNON

BY:  /s/ Gregory J. McDonald
   JOHN W. WATERS, JR. T.A. (#13258)
   GREGORY J. McDONALD (#1933)
   1010 Common Street, Suite 2200
   New Orleans, LA 70112-2401
   Telephone:   (504) 310-1500
   Fax:   (504) 310-1501
   Email:  Jwaters@bfrob.com
   Email:  Gmcdonald@bfrob.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by electronic filing, or facsimile transmission, hand delivery, or depositing same in the United States Mail, postage pre-paid on December 8, 2006.

   /s/ Gregory J. McDonald