UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1672* *Chehardy, et al v. State Farm, et al: 06-1673* *Chehardy, et al v. State Farm, et al: 06-1674* | * * | MAGISTRATE JUDGE JOSEPH WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

Considering Louisiana Citizens Property Insurance Corporation's *Motion To Withdraw Rule 59(E) Motion For Reconsideration And Alter Or Amend Judgment*,

IT IS ORDERED that Louisiana Citizens Property Insurance Corporation's *Motion To Withdraw Rule 59(E) Motion For Reconsideration And Alter Or Amend Judgment* is granted and its *Rule 59(E) Motion For Reconsideration And Alter Or Amend Judgment* (Dkt. No. 2002) is withdrawn.

New Orleans, Louisiana, this _____ day of December, 2006.

_____
J U D G E