FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -8 AM 7: 45

LORETTA G. WHYTE
CLERK

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ANNEZ KIEFER, ET AL. | * | CIVIL ACTION NO.: 06-5370 |
| | * | |
| VERSUS | * | JUDGE: |
| | * | STANWOOD R. DUVAL, JR. |
| ALLSTATE INSURANCE COMPANY, ET AL. | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE: |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |
| | * | MAG.: (2) |

******************************************

**ORDER**

Considering the foregoing:

IT IS ORDERED that the **Defendant UNITED FIRE AND CASUALTY COMPANY (UNITED) improperly named as UNITED FIRE GROUP** is hereby granted an additional fifteen (15) days until December 20, 2006 to file responsive pleadings.

New Orleans, Louisiana, this 7th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

S:\0-KATRINA LAWSUITS\1-CLASS ACTION SUITS\KIEFER\Pleadings\Lafayette\motion for extension of time order (F).wpd

Fee_____
Process_____
X Dktd_____
___ CtRmDep____
___ Doc. No____