UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § | |
| | CIVIL ACTION |
| PERTAINS TO: | No.  05-4182 "K"(2) |
| | JUDGE DUVAL |
| LEVEE (06-5137) | MAG. WILKINSON |

## MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rules, Defendant, Norfolk Southern Railway Company ("NSRC"), incorrectly identified as "Norfolk and Southern Rail Road," hereby files its Motion to Dismiss all claims as stated against NSRC. NSRC contends that an order dismissing plaintiffs' purported action against NSRC is appropriate for the following reasons:

1.  Plaintiff filed this lawsuit on August 28, 2006 under 28 U.S.C. § 1331 and 28 U.S.C. § 1367, alleging breach of the levees due, in part, to NSRC's alleged use of earthen levees to support its railroad tracks.

2.  Defendant now files this Motion to Dismiss, seeking dismissal of this case because plaintiffs have failed to state a claim against NSRC. Plaintiffs purport to allege a negligence claim against NSRC, but nowhere does plaintiffs' complaint allege any duty that NSRC owed or that NSRC breached its supposed duty. A negligence claim under Louisiana law that does not state a duty and a breach of that duty fails to state a claim as a matter of law.

1

Accordingly, the claim against NSRC should be dismissed. A memorandum in support of this motion is attached hereto in support hereof.

Respectfully submitted,

LEMLE & KELLEHER, LLP

s/ Susannah B. Walter_____
Benjamin R. Slater, III (Bar No. 12127)
Susannah B. Walter (Bar No. 29048)
Thomas L. Colletta, Jr. (Bar No. 26851)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Telephone (504) 586-1241
**Attorneys for Defendant, Norfolk Southern Railway Company**

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties of record.

s/ Susannah B. Walter_____