UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION |
| PERTAINS TO: | | No.  05-4182 "K"(2) JUDGE DUVAL |
| LEVEE (06-5137) | | MAG. WILKINSON |

## NOTICE OF HEARING

Please take notice that Defendant, Norfolk Southern Railway Company, will bring on for hearing a Motion to Dismiss, before the Honorable Stanwood R. Duval, Jr., United States District Judge, on the 27th day of December, 2006 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

LEMLE & KELLEHER, LLP

s/ Susannah B. Walter
Benjamin R. Slater, III (Bar No. 12127)
Susannah B. Walter (Bar No. 29048)
Thomas L. Colletta, Jr. (Bar No. 26851)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Telephone (504) 586-1241
**Attorneys for Defendant, Norfolk Southern Railway Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties of record.

                                                         s/ Susannah B. Walter_____