UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| _____ PERTAINS TO: INSURANCE *Aaron, et al. v. AIG Centennial Insurance Company, et al.*, Nos. 06-4746 | * * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

## CORPORATE DISCLOSURE STATEMENT
## ON BEHALF OF THE AIG DEFENDANTS

Defendants AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, Inc., AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, The Hartford Steam Boiler Inspection and Insurance Company of Connecticut, and Lexington Insurance Company (collectively the "AIG Defendants") hereby disclose to the Court that:

(1) AIG Indemnity Insurance Company is a wholly owned subsidiary of AIG Premier Insurance Company. The corporate status of AIG Premier Insurance Company is described further below.

(2) AIG Premier Insurance Company is a wholly owned subsidiary of AIG Centennial Insurance Company. The corporate status of AIG Centennial Insurance Company is described further below.

(3) AIG Centennial Insurance Company is a wholly owned subsidiary of Lexington Insurance Company. The corporate status of Lexington Insurance Company is described further below.

(4) Lexington Insurance Company is owned 70% by National Union Fire Insurance Company of Pittsburgh, Pa.; 20% by The Insurance Company of the State of Pennsylvania; and 10% by Birmingham Fire Insurance Company of Pennsylvania. National Union Fire Insurance Company of Pittsburgh, Pa., The Insurance Company Of The State Of Pennsylvania, and Birmingham Fire Insurance Company of Pennsylvania are each a wholly owned subsidiary of American International Group, Inc., a publicly traded company. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.

(5) AIG National Insurance Company, Inc. is a wholly owned subsidiary of New Hampshire Indemnity Company, Inc., which is in turn a wholly owned subsidiary of New Hampshire Insurance Company, which is in turn a wholly owned subsidiary of AIG Commercial Insurance Group, Inc., which is in turn a wholly owned subsidiary of American International Group, Inc., a publicly traded company. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.

(6) American General Indemnity Company is a wholly owned subsidiary of American General Assurance Company, which is in turn a wholly owned subsidiary of American General Corporation, which is in turn a wholly owned subsidiary of American International Group, Inc., a

publicly traded company. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.

(7) American General Property Insurance Company is owned 51.85% by AGC Life Insurance Company and 48.15% by American General Life and Accident Insurance Company. American General Life and Accident Insurance Company is a wholly owned subsidiary of AGC Life Insurance Company, which is in turn a wholly owned subsidiary of American General Corporation, which is in turn a wholly owned subsidiary of American International Group, Inc., a publicly traded company. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.; and

(8) The Hartford Steam Boiler Inspection and Insurance Company of Connecticut is a wholly owned subsidiary of The Hartford Steam Boiler Inspection and Insurance Company, which is in turn a wholly owned subsidiary of HSB Group, Inc., which is in turn a wholly owned subsidiary of American International Group, Inc., a publicly traded company. No parent corporation or publicly held corporation owns 10% or more of the stock of American International Group, Inc.

Respectfully submitted:

_____
ROBERT I. SIEGEL, ESQUIRE, T.A. (#12063)
DANIEL G. RAUH, ESQUIRE (#27280)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square - Suite 4800
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011

- and -

3

*Of Counsel*:
Richard J. Doren
GIBSON, DUNN & CRUTCHER, LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:	(213) 229-7000
Facsimile:	(213) 229-7520

Daniel W. Nelson
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, N.W.
Washington, District of Columbia 20036
Telephone:	(202) 955-8500
Facsimile:	(202) 467-0539

*Attorneys for AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Lexington Insurance Company, and The Hartford Steam Boiler Inspection and Insurance Company of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel for all parties in this proceeding by facsimile and/or by United States Mail, properly addressed, first class postage prepaid, this 8th day of December, 2006.

_____

4