FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -8 AM 7: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION 05-4182 NO. 06-4024 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ST. RITA, *Gordon* (06-5163) | § § § | |

### ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that defendant, United States of America, is **GRANTED** a twenty (20) day extension of time, through and including December 21, 2006, within which to respond to plaintiffs' Complaint.

New Orleans, LA, this 7th day of Decem, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dkt'd_____
CtRmDep_____
Doc. No_____