## GERTLER, GERTLER, VINCENT & PLOTKIN, L.L.P.

ATTORNEYS AT LAW
127-129 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130

M. H. GERTLER*
RODNEY P. VINCENT*
LOUIS L. PLOTKIN*
LOUIS L. GERTLER*
MARCIA FINKELSTEIN
ROBERT KNIGHTS†

*A LAW CORPORATION
†LLM IN ADMIRALTY

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -8 AM 7:45

LORETTA G. WHYTE
CLERK

TELEPHONE: (504) 581-6411
TELECOPIER: (504) 581-6568

NOTARY IN OFFICE

December 7, 2006

<u>VIA FAX #589-2393</u>

Carol Godhold
United States District Court
Eastern District of Louisiana
Section "K"
New Orleans, LA 70112

    RE: *Mollie Solomon Herman v. Travelers Insurance Company, et al.*
         USDC #06-02143
         Our File No. 9759

Dear Ms. Godhold:

    We are now handling the above referenced matter as counsel of record and receive all pleadings by email. The original attorney, Avram Herman is deceased, and his widow is receiving duplicate copies of the pleadings directly from court. We would appreciate assistance in directing the clerk's office to cease sending Mrs. Herman copies of the pleadings, which is causing her a great deal of inconvenience.

    Thanking you in advance for your help,

With kindest regards,

M. H. GERTLER

MHG/enm

Fee_____
Process_____
X Dk'd_____
CtRmDep_____
Doc. No._____