FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -8   AM 7: 45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES    §     CIVIL ACTION
          CONSOLIDATED LITIGATION    §     NO. 05-5162 "K" (2)
                                                      §     JUDGE DUVAL
                                                      §     MAG. WILKINSON
                                                      §
PERTAINS TO:  MRGO, LEVEE, DREDGING     §
                     (*Anderson,* 06-5162)     §
                                                      §

## ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

IT IS HEREBY ORDERED that the United States of America is GRANTED a twenty

(20) day extension of time, through and including December 21, 2006, within which to respond

to the complaint filed against it in this action.

New Orleans, Louisiana, this ___ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____