UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 "K" (2) CONS. KATRINA CANAL |
| | * | |
| PERTAINS TO INSURANCE GROUP: | | JUDGE STANWOOD DUVAL |
| | * | |
| *Chehardy, et al v. State Farm, et al: 06-1672* *Chehardy, et al v. State Farm, et al: 06-1673* *Chehardy, et al v. State Farm, et al: 06-1674* | * | MAGISTRATE JUDGE JOSEPH WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF
## PETITION FOR PERMISSION TO APPEAL

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that the defendant, LOUISIANA CITIZENS PROPERTY INSURANCE COMPANY (LCPIC), has filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's order dated November 27, 2006, denying LCPIC's Rule 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this 8th day of December, 2006.

Respectfully submitted,

BIENVENU, FOSTER, RYAN & O'BANNON

BY:   /s/ John W. Waters, Jr.
JOHN W. WATERS, JR., T.A. (#13258)
DAVID E. WALLE (#13199)
GREGORY J. MCDONALD (#1933)
1010 Common Street, Suite 2200
New Orleans, LA 70112-2401
Telephone: (504) 581-2146 or 310-1500
Telefax:  (504) 522-7859 or 310-1501
*Attorneys for defendant, Louisiana Citizens Property Insurance Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon those counsel registered with the district court to receive electronic notices of filings by the electronic filing of this motion with the court, and all other counsel of record by electronic mail, telefax or United States Mail this 8th day of December, 2006.

  /s/ Gregory J. McDonald
Gregory J. McDonald