UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*   CIVIL ACTION NO.: 05-4182 (2)<br>*   CONS. KATRINA CANAL<br>* |
| PERTAINS TO: | *   JUDGE DUVAL, JR.<br>* |
| INSURANCE (Chehardy, No. 06-1672<br>C/W No. 06-1673<br>C/W No. 06-1674) | *   MAGISTRATE WILKINSON, JR.<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL**

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that defendant Great Northern Insurance Company ("Great Northern"), has filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's Order dated November 27, 2006, denying Great Northern's Rule 12 Motion to Dismiss.

73522

New Orleans, Louisiana, this 8th day of December, 2006.

          Respectfully submitted,

          */s/Steven W. Usdin*
          Steven W. Usdin, 12986
          Edward R. Wicker, Jr., 27138
            Of
          BARRASSO USDIN KUPPERMAN
            FREEMAN & SARVER, L.L.C.
          909 Poydras Street, Suite 1800
          New Orleans, Louisiana 70112
          Telephone: (504) 589-9700

          Attorneys for Great Northern Insurance Company

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Great Northern Insurance Company's Notice of Filing of Petition for Permission to Appeal has been served upon all counsel of record by electronic noticing of filings by the electronic filing of this motion with the Court, and all other counsel by email transmission, this 8th day of December, 2006.

          */s/Steven W. Usdin*

73522