**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JOY LEWIS, INDIVIDUALLY AND ON BEHALF OF LAURETA MORALES, § § § Plaintiffs, § § v. § § BUFFMAN, INC., SALVADOR A. MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION, INC. § § § § Defendants. § § | CIVIL ACTION NO. 06-8107 "K" (2) JUDGE DUVAL MAG. WILKINSON |

## ORDER

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney James F. McConnon, Jr. on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is hereby GRANTED and the Clerk of Court shall enroll James F. McConnon, Jr., Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this  8th  day of   December 2006.

_____
UNITED STATES DISTRICT JUDGE