```
              FILED
        U.S. DISTRICT COURT
       EASTERN DISTRICT OF LA

        2006 OCT 26  PM 12: 58

          LORETTA G. WHYTE
              CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| | * | |
| VERSUS | * | SECTION: R |
| | * | |
| ST. PAUL TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, ET AL | * | MAGISTRATE: 1 |

### **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, comes Patricia Dicorte, who, appearing solely for the purpose of this motion, moves this Honorable Court for an order remanding this cause to the Civil District Court for the Parish of Orleans, State of Louisiana, on the basis that the action was improperly removed for the reasons set forth in the accompanying Memorandum in Support of Motion to Remand.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```

Respectfully submitted,

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

_____
KENNETH W. ANDRIEU, BAR # 20675
JOHN W. HOUGHTALING, BAR # 25099
JAMES M. WILLIAMS, BAR # 26141
STEPHEN M. HUBER, BAR # 24463
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the United States mail postage prepaid and properly addressed on this 26th day of October, 2006.

_____
KENNETH W. ANDRIEU