UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| | * | |
| VERSUS | * | SECTION: R |
| | * | |
| ST. PAUL TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, ET AL | * | MAGISTRATE: 1 |

## ORDER

Considering the foregoing Motion to Remand:

**IT IS ORDERED** that the above-captioned matter be and is hereby **REMANDED** to the Civil District Court for the Parish of Orleans, State of Louisiana.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**