UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| | * | |
| | * | |
| VERSUS | * | SECTION:  R |
| | * | |
| | * | |
| ST. PAUL TRAVELER'S CASUALTY | * | MAGISTRATE: 1 |
| INSURANCE COMPANY OF | * | |
| AMERICA, ET AL | * | |

************************************ * **********************************

## NOTICE OF HEARING

TO:   Gary J. Russo
       Camille Bienvenu
       P. O. Drawer 3408
       Lafayette, Louisiana 70502-3408

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing Motion

to Remand before the Honorable Sarah S. Vance, Chief Judge at the United States District,

Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana, on the 15th

day of November, 2006 at 10:00 a.m.

Respectfully submitted:

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

_____

KENNETH W. ANDRIEU, BAR # 20675
3500 N. Hullen Street
Metairie, Louisiana  70002
Telephone:     (504) 456-8600
Facsimile:      (504) 456-8624
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all

counsel of record by depositing same in the United States mail postage prepaid and properly

addressed on this _26th_ day of October, 2006.

_____
KENNETH W. ANDRIEU