

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| VERSUS | * | SECTION: R |
| ST. PAUL TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, ET AL | * | MAGISTRATE: 1 |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Rule 78.1E of the Local Rules of this Court, plaintiff Patricia Dicorte respectfully requests oral argument with respect to her Motion to Remand.

Respectfully submitted:

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

_____
KENNETH W. ANDRIEU, BAR # 20675
3500 N. Hullen Street
Metairie, Louisiana 70002
Telephone:   (504) 456-8600
Facsimile:    (504) 456-8624
ATTORNEYS FOR PLAINTIFF

___ Fee_____
___ Process____
X   Dktd_____
✓   CtRmDep___
___ Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the United States mail postage prepaid and properly addressed on this 26th day of October, 2006.

_____
KENNETH W. ANDRIEU