UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

PATRICIA DICORTE                                CIVIL ACTION NO. 06-8270

VERSUS

ST. PAUL TRAVELER'S CASUALTY                    JUDGE SARAH S. VANCE
INSURANCE COMPANY OF AMERICA
ET AL.                                          MAGISTRATE SALLY SHUSHAN

************************************************************************

## AFFIDAVIT OF MONICA GRISSOM

STATE OF TEXAS

COUNTY OF HARRIS

COMES NOW the affiant, Monica Grissom, and having been duly sworn on oath, deposes and states as follows:

1. I am employed as a Technical Specialist for The Standard Fire Insurance Company, and this affidavit is based on my personal knowledge.

2. Policy Number 040056612-633-9 ("the Policy") is a homeowner's insurance policy that belongs to Patricia Dicorte covering that property located at 808 Weiblen Place, New Orleans, Louisiana 70124.

1



EXHIBIT "A"

3. The Policy was originally issued on November 29, 1996.

4. Before Hurricane Katrina, the Policy was last renewed November 29, 2004.

*Monica Grissom*
Monica Grissom

SUBSCRIBED AND SWORN to before me this 7th day of November, 2006.

*Brenda Simon Ward*
Notary Public in and for
Harris County, Texas
My Commission Expires: 11-24-2008
Printed Name of Notary Public: BRENDA SIMON WARD
Number Assigned to Notary Public: _____

> BRENDA SIMON WARD
> Notary Public, State of Texas
> My Commission Expires
> November 24, 2008

894.210\F:\data\0894 Travelers St Pauls\0894.0210 Dicorte Patricia\pldgs\removal\RemandAffidavit.doc

2