UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| EDWARD WILLIAMS, ET AL | * * * | CIVIL ACTION |
|  |  | NO: 06-5471 |
| VERSUS | * * | JUDGE DUVAL |
| BOARD OF COMMISSIONERS OF THE ORLEANS PARISH LEVEE DISTRICT, ET AL | * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**FIRST MOTION FOR EXTENSION OF TIME BY DEFENDANT,
B&K CONSTRUCTION COMPANY, INC.**

Defendant, B&K Construction Company, Inc. ("B&K"), without waiving any defenses or objections, hereby moves *ex parte* pursuant to Local Rule 7.9E for an extension of time of twenty (20) days, up to and including December 26, 2006, within which to file responsive pleadings to the Plaintiffs' Class Action Complaint filed in the captioned matter.

Undersigned counsel certifies that this is the first extension of time requested by B&K within which to answer, move or otherwise respond to the Complaint in this action and that the Plaintiffs have not filed in the record an objection to an extension of time.

B&K executed a Waiver of Service on October 17, 2006 in connection with the Class Action Complaint. B&K submits that additional time is required to investigate the

allegations in the Complaint and to prepare responsive pleadings, which are presently due December 4, 2006.

WHEREFORE, B&K Construction Company, Inc., hereby prays for an extension of time up to and through December 26, 2006 to respond to the Plaintiffs' Complaint.

Respectfully submitted,

_____
Herman C. Hoffmann, Jr. (#6899)
Betty F. Mullin, (#9818)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD WILLIAMS, ET AL | * | CIVIL ACTION |
| | * | NO: 06-5471 |
| VERSUS | * | JUDGE DUVAL |
| BOARD OF COMMISSIONERS OF THE ORLEANS PARISH LEVEE DISTRICT, ET AL | * | MAG. WILKINSON |

## O R D E R

CONSIDERING the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the Motion be and is granted and that defendant, B&K Construction Company, Inc., is granted an extension of time, through December 26, 2006, to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 6th day of December, 2006.

_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030
Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Williams-Dean\ExtensionMot-Williams.wpd