UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA H. GUILLORY | * | CIVIL ACTION |
| VERSUS | * | NO.  06-9039 |
| AAA INSURANCE | * | SECTION "A" |
| *   *   *   *   *   *   *   * | | MAGISTRATE 2 |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -9 PM 3:03
LORETTA G. WHYTE
CLERK

### PLAINTIFF'S MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes the plaintiff, VIRGINIA A. GUILLORY, who, pursuant to 28 U.S.C.A. Section 1447(C), moves this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, AUTO CLUB INSURANCE COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this ____ day of _____, 20__ served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____