# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA H. GUILLORY | * | CIVIL ACTION |
| VERSUS | * | NO. 06-9039 |
| AAA INSURANCE | * | SECTION "A" |
| * * * * * * * * | | MAGISTRATE 2 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 13th day of December 2006, at 9:00 o'clock a.m. before the Honorable Jay C. Zainey, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of Nov, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____