

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| VIRGINIA H. GUILLORY | * | CIVIL ACTION |
| | * | NO: 06-9039 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| AAA INSURANCE | * | |
| | * | |
| | * | MAGISTRATE: |

FILED: _____      _____
                                                                    DEPUTY CLERK

### MEMORANDUM IN OPPOSITION TO MOTION FOR REMAND

May it please the Court:

Defendant, Auto Club Family Insurance Company (hereinafter "Auto Club"), files this memorandum in opposition to the Motion for Remand filed by plaintiff. This matter was noticed for hearing by plaintiff on December 13, 2006. Since that time, the matter has been transferred by Section "A", Judge Zainey, to Section "K" for handling by Judge Duval in the consolidated litigation, In Re: Katrina Canal Breaches.

This action was originally brought in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, by plaintiff. The action bears Docket No. 107193, and is

___ Fee_____
___ Process_____
_X_ Dktd_____
_V_ CtRmDep_____
___ Doc. No_____

entitled, "Virginia H. Guillory v. AAA Insurance Company.

This action is a civil action brought by the plaintiff seeking to recover damages as a result of property damage to her home allegedly sustained during Hurricane Katrina, bad faith penalties and attorney's fees, plus interest and costs of the proceedings, all as alleged in the plaintiff's Petition for Damages.

Plaintiff is alleged to be a resident of the State of Louisiana. Auto Club is a foreign insurance corporation with its domicile in Missouri and its principal place of business in St. Louis, Missouri. On information and belief, and based upon the allegations of plaintiff's Petition for Damages, the amount in controversy does not exceed $75,000.00. Plaintiff specifically alleges that her damages exceed $50,000.00, but states that she will not accept more than $74,999.00 in payment of this claim.

This Court, however, has jurisdiction over this matter under 28 U.S.C. § 1369, as this is a civil action involving minimal diversity between adverse parties that arises from a single accident where at least 75 natural persons have died at a discrete location. See 28 U.S.C. §1369. Substantial parts of the accident made the basis of this litigation, Hurricane Katrina, took place in several states, including Louisiana, Mississippi, and Alabama.

Additionally, and/or alternatively, this Court has supplemental jurisdiction over this matter under 28 U.S.C. § 1441(e)(1)(B), as this case arises out of the same accident as a case in which AAA is currently a party to, and which has been, or could have been brought, in whole or in part, under Section 1369 in a United States District Court.

The case of *Winston, Sr. and Donna Aaron, et al versus AIG Centennial Insurance Company, et al*, bearing Docket No. 06-4746, Section "R" was filed in, and is currently pending before this Honorable Court, and was brought under 28 U.S.C. 1369 and 28

2

U.S.C. 1331. Auto Club is named as a defendant in *Winston* case which was brought, at least in part, under 28 U.S.C. 1369.

The instant claim being asserted by the plaintiff arises out of the same accident that is the basis of the *Winston* case, Hurricane Katrina, and as such, jurisdiction exits over the case at hand under 28 U.S.C. § 1441(e)(1)(B).

Furthermore, the case of *Chehardy v. Wooley,* 05-CV-1140 was removed to the Middle District of Louisiana from a state court class action proceeding. After oral arguments were heard in the Middle District of Louisiana, jurisdiction over the case was found to be based on 28 U.S.C. §§ 1332, (a), 1332(d), and 1369.

The *Chehardy* case was then transferred to the Eastern District of Louisiana and was consolidated as No. 06-CV-1672, with the lead case *In re: Katrina Breaches Litigation*, No. 05-cV-4182, as well as several other cases suing for damages allegedly resulting from the breached levees around New Orleans, including the case of *Bertholet, et al v. Boh Brothers Construction Co., L.L.C., et al*, 05-4182, Section "K"(2).

Auto Club is named as a defendant in the case of *Bertholet, et al v. Boh Brothers Construction Co., L.L.C., et al*, 05-4182, Section "K"(2), which has been consolidated with *Chehardy* and the *In re: Katrina Breaches Litigation* cases currently pending in this Court.

The instant claim being asserted by the plaintiff arises out of the same accident that is the basis of *Chehardy, Bertholet* and the *In re: Katrina Breaches Litigation* cases, and as such, jurisdiction exists over the case at hand under 28 U.S.C. § 1441(e)(1)(B).
In the Motion to Remand, plaintiff argues that this Court does not have jurisdiction because

it is a single plaintiff against a single defendant. This may be true with respect to the plaintiff's single lawsuit filed in 34th Judicial District Court. However, the issue of Value Policy Law is common with hundreds of other cases that all arise out of Katrina and the levee breaches. Hence, the need for 28 U.S.C. 1441(e)(1)(B). This Court has jurisdiction over this present dispute and may transfer and consolidate it with the In Re: Katrina Canal Breaches based on the allegations in plaintiff's petition. Plaintiff alleges "significant wind damage, damage from rain and other water damage to additional perils". Obviously, as property located in St. Bernard Parish the water damage at issue is due to levee breaches. Additionally, plaintiff has filed suit under the Valued Policy Law making this case appropriate for removal and consolidation in accordance with the case law cited by plaintiff in her Motion for Remand. See, *Southall v. St. Paul Travelers,* 2006 WL 2385365 (E.D. La.), and, also *Haas v. Lafayette Ins. Co.,* 2006 WL 3437498 (E.D. La.)

Pursuant to the provisions of 28 U.S.C. § 1441, *et seq.,* this case should be in this Court. This was implicitly acknowledged by Judge Zainey in transferring this case to Section "K", to be heard by the Honorable Judge Duval. Thus, defendant, Auto Club Family Insurance Company, prays that its Petition for Removal be accepted and the Motion to Remand filed by plaintiff dismissed for the reasons fully set forth herein.

4

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GINA PULEIO CAMPO (#22139)
3636 S/I-10 Service Road West
Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

Attorneys for Auto Club Family Insurance Company

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on all counsel of record, by mailing same, postage prepaid, and certified mail this _____5_____ day of December, 2006.

_____
GINA P. CAMPO

5