

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARRELL J. CHATELAIN, JR. | CIVIL ACTION |
| VERSUS | NO. 06-8789 |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | SECTION K, MAG. 2 |
| | ~~JUDGE SARAH S. VANCE~~ |
| | ~~MAGISTRATE SALLY SHUSHAN~~ |

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Farrell J. Chatelain, Jr., ("Plaintiff") who, for the reasons set forth in the accompanying Memorandum in Support, moves this Honorable Court to remand this case to Civil District Court, Orleans Parish.

Respectfully submitted,

GEORGE R. WENTZ, JR. (#2180)
JOHN C. ENOCH (#22774)
Energy Center, Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
and
BURKE & MAYER, of Counsel
Attorneys for Plaintiff, Farrell J. Chatelain, Jr.

1

Fee____
Process 167744
X /Dktd____
✓ CtRmDep____
Doc. No____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, postage prepaid, addressed to them at their respective offices this 17th day of November, 2006.

[signature]

167744