CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

**HURRICANE LITIGATION**

**NO.** 06 - 9331 **DIVISION** N-8

FARRELL J. CHATELAIN, JR.

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

FILED:________________ DEPUTY CLERK:________________

**PETITION FOR DAMAGES**

I.

The petition of Farrell J. Chatelain, Jr. ("Plaintiff"), a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, with respect represents as follows:

II.

Made defendant herein is State Farm Fire and Casualty Company ("Defendant"), a foreign insurance company authorized to do and doing business in this state, who at all times pertinent hereto provided a Rental Dwelling Policy to Plaintiff.

III.

Defendant is justly and truly indebted unto Plaintiff, in a full and true sum reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, to wit:

IV.

On or about August 29, 2005, Plaintiff was the owner of certain rental property bearing address 1219 Tita Street, New Orleans, Louisiana 70114-1645 (the "Property").

V.

Said rental property was covered by a policy of insurance bearing policy number 98-C3-5671-6 (the "Policy"), which was issued by Defendant.

ALL-STATE LEGAL® EXHIBIT 1

VI.

The Policy issued by Defendant covered fire and casualty to the Property, as well as debris removal and the actual amount of rental revenue lost by Plaintiff in the event of a covered loss.

VII.

On or about August 29, 2005, the Property suffered extensive damage as a result of high winds and/or tornado winds and/or wind driven rain, all of which were a result of and were caused by Hurricane Katrina.

VIII.

Plaintiff has duly and properly made a claim with Defendant for payment under the Policy and has been assigned claim number 18R516412.

IX.

Plaintiff has repeatedly made demand for payments due under the Policy, and has provided proof of loss, but Defendant has arbitrarily and capriciously refused to provide reasonable and appropriate payments for Plaintiff's loss under the terms of the Policy.

X.

Defendant has refused to pay reasonable amounts under the Policy based upon adjusting practices that are intentionally designed to undervalue the actual damage sustained by Plaintiff by failing to employ reasonable costs associated with rebuilding in New Orleans, Louisiana post-Katrina. Defendant's cost estimates, intentionally based upon pre-Katrina conditions, do not reflect reality, significantly undervalue the cost of necessary repairs covered under the Policy, and do not reasonably compensate Plaintiff for the covered losses sustained by Plaintiff.

XI.

Defendant has failed to timely adjust claims under the Policy, and has therefore intentionally and unreasonably delayed paying Defendant's claim.

XII.

Defendant has refused to pay any amount for loss of rents, which are specifically covered under the Policy.

XIII.

Defendant's intentional, arbitrary, and capricious refusal to pay amounts due under the Policy is in bad faith and in violation of Louisiana Revised Statutes 22:658 et. seq. and 22:1220, and as such, Defendant is obligated to pay penalties and attorney's fees as provided by law.

XIV.

Plaintiff is entitled to recover from Defendant actual damages suffered by Plaintiff for all covered losses under the Policy, calculated at a reasonable fair market value, as provided for under the Policy.

XV.

The amount in controversy in this case, exclusive of fees and costs, does not exceed SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00).

XVI

JURY DEMAND

Plaintiff demands a jury trial for all issues in this case that may be so tried.

Wherefore, Plaintiff prays that the defendant be duly cited to appear and answer this petition and after all legal delays and due proceedings had, that there be judgment rendered herein in favor of Plaintiff, Farrell J. Chatelain, Jr., and against Defendant, State Farm Fire and Casualty Company, in a full and true sum reasonable under the circumstances, together with legal penalties and attorney's fees plus all legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, and for all other general and equitable relief this Honorable Court may deem just.

Respectfully Submitted:

GEORGE R. WENTZ, JR. (#2180)
JOHN C. ENOCH (#22774)
Energy Center, Suite 2000
1100 Padres Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
and
BURKE & MAYER, of Counsel
Attorneys for Plaintiff, Farrell J. Chatelain, Jr.
{165682}

**PLEASE SERVE:**

STATE FARM FIRE AND CASUALTY COMPANY
Through its agent for service of process:
Louisiana Secretary of State
3851 Essen Lane - State Archives Building
Baton Rouge, Louisiana 70809

**CERTIFICATE**

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record via fax and by placing same in the United States Mail, postage prepaid and properly addressed, this 18th day of August, 2006.

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

**HURRICANE LITIGATION**

**NO.**__________ **DIVISION**_________

FARRELL J. CHATELAIN, JR.

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

FILED:______________________ DEPUTY CLERK:______________________

**ORDER**

THIS MATTER will come before the Court for case management conference on the _____ day of ____________, 2006, at ___________ o'clock ___.m., before Division ________.

NEW ORLEANS, LOUISIANA, this ______ day of ______________, 2006.

__________________________________
JUDGE

PLEASE SERVE WITH PETITION:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARRELL J. CHATELAIN, JR. | CIVIL ACTION |
| VERSUS | NO. 06-8789 |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | SECTION R, MAG. 1 |
| | JUDGE SARAH S. VANCE<br>MAGISTRATE SALLY SHUSHAN |

**AFFIDAVIT OF FARRELL J. CHATELAIN, JR.**

1. My name is Farrell J. Chatelain, Jr. I am a citizen of the State of Louisiana, and a resident of Orleans Parish. I am of the age of majority and am competent to testify to the matters contained herein, which are true and correct and based upon my personal knowledge.

2. I am the owner of certain rental property bearing address 1219 Tita Street, New Orleans, Louisiana 70114-1645.

3. Said property was insured by State Farm at the time of Hurricane Katrina.

4. Following Katrina, I made a claim for damage sustained by the property. At no time did I ever claim that the damages sustained approached seventy-five thousand dollars ($75,000.00). Indeed, I see no way that I could make a good faith claim that the damages sustained exceeded seventy-five thousand dollars ($75,000.00) and have never made such a claim to State Farm. I have forwarded information to State Farm for the claim, and on the basis of that information, State Farm has only paid me six thousand three hundred fifty five dollars and thirty-nine cents ($6,355.39).

5. I have today executed an irrevocable stipulation that I will not ever claim that the damages sustained by my rental property at issue in this case exceed seventy-five thousand

dollars ($75,000.00). This stipulation has been knowingly executed by me of my own free will and in good fiath.

FURTHER AFFIANT SAYETH NOT.

UNSWORN DECLARATION OF FARRELL J. CHATELAIN, JR.

PURSUANT TO 28 USC § 1746

I, Farrell J. Chatelain, Jr., declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of November, 2006.

Farrell J. Chatelain, Jr.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARRELL J. CHATELAIN, JR. | CIVIL ACTION |
| VERSUS | NO. 06-8789 |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | SECTION ~~R~~ K, MAG. ~~1~~ 2 |
| | ~~JUDGE SARAH S. VANCE~~<br>~~MAGISTRATE SALLY SHUSHAN~~ |

**IRREVOCABLE STIPULATION AS TO AMOUNT IN CONTROVERSY**

NOW INTO COURT COMES PLAINTIFF, Farrell J. Chatelain, Jr., and does hereby knowingly and irrevocably forever stipulate that the amount claimed in the above captioned case does not exceed seventy-five thousand dollars ($75,000.00) exclusive of fees and costs, and that at no time in the future will any claim in excess of seventy-five thousand dollars ($75,000.00) exclusive of fees and costs be made against State Farm for damages sustained in this case.

FARRELL J. CHATELAIN, JR.

EXHIBIT 3

ALL-STATE LEGAL®

167751

Respectfully submitted,

GEORGE R. WENTZ, JR. (#2180)
JOHN C. ENOCH (#22774)
Energy Center, Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
and
BURKE & MAYER, of Counsel
Attorneys for Plaintiff, Farrell J. Chatelain, Jr.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, postage prepaid, addressed to them at their respective offices this 17th day of November, 2006.

167751