UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARRELL J. CHATELAIN, JR. | CIVIL ACTION |
| VERSUS | NO. 06-8789 |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | SECTION ~~R~~ K, MAG. ~~1~~ 2 <br><br> ~~JUDGE SARAH S. VANCE~~ <br> ~~MAGISTRATE SALLY SHUSHAN~~ |

### ORDER

Considering the Motion to Remand of Plaintiff, Farrell J. Chatelain, Jr.;

IT IS ORDERED that the Motion to Remand is GRANTED, and the case is remanded to Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE