UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARRELL J. CHATELAIN, JR. | CIVIL ACTION |
| VERSUS | NO. 06-8789 |
| STATE FARM FIRE AND CASUALTY INSURANCE COMPANY | SECTION ~~K~~ 2, MAG. ~~1~~<br><br>~~JUDGE SARAH S. VANCE~~<br>~~MAGISTRATE SALLY SHUSHAN~~ |

### NOTICE OF HEARING

**PLEASE BE ADVISED**, that plaintiff, Farrell J. Chatelain, will bring its Motion to Remand on for hearing, before the Honorable Judge ~~Sarah S. Vance~~ STANWOOD R. DUVAL, JR., on the 13th day of December, 2006 at ~~10:00~~ 9:30 a.m., or as soon thereafter as the parties may be heard.

Respectfully submitted,

_____
GEORGE R. WENTZ, JR. (#2180)
JOHN C. ENOCH (#22774)
Energy Center, Suite 2000
1100 Poydras Street
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
Facsimile: (504) 569-2099
and
BURKE & MAYER, of Counsel
Attorneys for Plaintiff, Farrell J. Chatelain, Jr.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record in this matter by facsimile transmission, and by placing same in the U.S. Mail, postage prepaid, and properly addressed to them at their respective offices, this 17th day of November, 2006.

_____