## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WES KRAMER, TRACY KRAMER, and DEAN KRAMER, | * * * | CIVIL ACTION |
| | * | NO. 06-7457 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., SALVADOR MANGANO, and MABEL B. MANGANO, | * * * | |
| Defendants. | * * | |
| *   *   *   *   *   *   *   * | | |

### ORDER

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Kara K. Miller on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is GRANTED and the Clerk of Court shall enroll Kara K. Miller, Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this __8th__ day of __December__, 2006.

_____
UNITED STATES DISTRICT JUDGE