UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ST. RITA, *Holmes* (06-5161) | § | |
| | § | |

## ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that defendant, United States of America, is **GRANTED** a twenty (20) day extension of time, through and including December 21, 2006, within which to respond to plaintiffs' Complaint.

New Orleans, LA, this 8th day of December 2006.

_____
UNITED STATES DISTRICT JUDGE