UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K" (2) |
| PERTAINS TO:  LEVEE <u>Gordon</u>, No. 06-5163 | JUDGE DUVAL |
| | MAG. WILKINSON |

### **ORDER**

At the request of counsel for defendant, Record Doc. No. 1982, and pursuant to Local Rule 78.1E, oral argument on Motion of defendant, St. Paul Fire and Marine Insurance Company, for More Definite Statement, Record Doc. No. 1974, is hereby set on **JANUARY 10, 2006 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this   7th   day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE