UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL LEVEE, MRGO, RESPONDER CASES & O'Dwyer, No. 06-4389 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of counsel for plaintiffs, Record Doc. No. 2015, and pursuant to Local Rule 78.1E, oral argument on plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint, Record Doc. No. 2014, is hereby set on **DECEMBER 20, 2006 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.

New Orleans, Louisiana, this  7th  day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE