UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: <u>Aaron</u>, No. 06-4746 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

The motion of defendant, Southwest Business Corporation, for an expedited hearing on its Rule 12(e) Motion for More Definite Statement, Record Doc. No. 1930, is hereby GRANTED. Oral argument on defendant's motion will be conducted on **DECEMBER 13, 2006 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana. If plaintiffs wish to submit written opposition, in addition to that already filed as to the similar motions set for hearing on the same day, they must do so no later than **December 12, 2006.**

New Orleans, Louisiana, this   8th   day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE