UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * * | CIVIL ACTION NO. 06-4746 |
| vs. | * * * | SECTION: "K" MAG. (2) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SOUTHWEST BUSINESS CORPORATION'S
### RULE 12(e) MOTION FOR A MORE DEFINITE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Southwest Business Corporation, defendant herein, who moves this Court under Federal Rule of Civil Procedure Rule 12(e) for a more definite statement of Plaintiffs' Complaint for the reasons stated in the Memorandum in Support filed contemporaneously herewith. Southwest Business Corporation moves this Court for an Order requiring the Plaintiffs to state with specificity who among them are making claims against it and the nature and details of such claims.

Respectfully submitted,

CRULL, CASTAING & LILLY
Attorneys for Southwest Business Corporation

BY: _____
EDWARD J. LILLY, #8571
(elilly@cclhlaw.com)
2323 Pan American Life Center
601 Poydras Street
New Orleans, LA 70130
Tel. (504)581-7700
Fax (504)581-5523

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. mail, postage prepaid, to the following non-CM/ECF participants: None.

_____
EDWARD J. LILLY

2