FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JUL 21  PM 1:53

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ITELD, BERNSTEIN & ASSOCIATES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 06-3418 |
| | SECTION "R" |
| THE HANOVER INSURANCE GROUP; MASSACHUSETTS BAY INSURANCE COMPANY; MOSES SWENT; EUSTIS INSURANCE, INC., ABC INSURANCE COMPANY; | MAG. DIV. 1 |

### MOTION TO REMAND AND FOR ATTORNEYS' FEES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Iteld, Bernstein, & Associates, L.L.C. (hereinafter "IBA" or "Plaintiff"), and moves this Court for an Order remanding this proceeding back to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, and for all attorneys' fees incurred by Plaintiff herein, and as reasons therefor, respectfully represents:

I.

Plaintiff's Petition was originally filed in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, proceeding No. 106-256 on or about May 12, 2006. A copy of the Petition is attached hereto as **Exhibit "A"**.

II.

On or about June 29, 2006, Defendants, The Hanover Insurance Company (named in the Petition as the Hanover Insurance Group, hereinafter called "Hanover"), and Massachusetts Bay Insurance Company ("Massachusetts Bay")(collectively, "the Removing Defendants") filed a Notice of Removal pursuant to 28 U.S.C.§§ 1441 and 1446 (although

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

Defendants later allude in the Notice to original jurisdiction under 28 U.S.C. §§ 1332 and 1369(a)). Defendants Moses Swent ("Swent") and the Eustis Insurance Company ("Eustis") (collectively "Eustis/Swent") did not participate in the removal and even filed responsive pleadings in the state court proceeding after the Notice of Removal was filed. (*See,* **Exhibit "B"**, responsive pleadings of Eustis/Swent filed in the state court proceeding.)

III.

Plaintiff avers that the removal was procedurally and substantively improper, as more fully discussed in the Memorandum In Support of Motion For, and thus a remand back to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana is warranted.

IV.

Plaintiff avers that it is entitled to an Order remanding this case back to the state district court and granting to IBA all costs, expenses and attorneys' fees incurred in connection with the filing of the Notice of Removal and these proceedings.

**WHEREFORE**, Plaintiff, Iteld, Bernstein, & Associates, L.L.C., prays that an Order issue herein, remanding this case back to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, where the litigation was originally filed. Plaintiff further prays that an Order issue herein, granting to Plaintiff all costs, expenses and attorneys' fees incurred in connection with these proceedings.

RESPECTFULLY SUBMITTED:

LANNY R. ZATZKIS, T.A. (Bar #13781)
KAREN D. McCARTHY (Bar #14193)
YVETTE A. D'AUNOY (Bar #22761)
ZATZKIS, McCARTHY & ASSOCIATES, L.L.C.
650 Poydras Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 523-2266
Facsimile: (504) 593-9921
Email: Lanny@Zatzkis.com,
Karen@Zatzkis.com and Yvette@Zatzkis.com
COUNSEL FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ITELD, BERNSTEIN & ASSOCIATES, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-3418** |
| | **SECTION "R"** |
| **THE HANOVER INSURANCE GROUP; MASSACHUSETTS BAY INSURANCE COMPANY; MOSES SWENT; EUSTIS INSURANCE, INC., ABC INSURANCE COMPANY;** | **MAG. DIV. 1** |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all parties, through counsel of record:

Ralph S. Hubbard, III
Kristopher T. Wilson
Joseph P. Guichet
Seth A. Schmeeckle
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130

Kevin P. Kamraczewski
Paul E. B. Glad
David Simonton
Sonnenschein, Nath & Rosenthal, L.L.P.
7800 Sears Tower
Chicago, IL 60606

Max J. Cohen
James T. Busenlener
Lowe, Stein, Hoffman, Allweiss, & Hauver, L.L.P.
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735

via facsimile, hand delivery, express courier, and/or U.S. Mail, postage prepaid and properly addressed, this 21st day of July, 2006.

_[signature]_