UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ITELD, BERNSTEIN & ASSOCIATES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 06-3418 |
| THE HANOVER INSURANCE GROUP; MASSACHUSETTS BAY INSURANCE COMPANY; MOSES SWENT; EUSTIS INSURANCE, INC., ABC INSURANCE COMPANY; | SECTION "R"  MAG. DIV. 1 |

*************************************************

## NOTICE OF HEARING

TO:  Ralph S. Hubbard, III
Kristopher T. Wilson
Joseph P. Guichet
Seth A. Schmeeckle
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130

Kevin P. Kamraczewski
Paul E. B. Glad
David Simonton
Sonnenschein, Nath & Rosenthal, L.L.P.
7800 Sears Tower
Chicago, IL 60606

Max J. Cohen
James T. Busenlener
Lowe, Stein, Hoffman, Allweiss, & Hauver, L.L.P.
701 Poydras Street, Suite 3600
New Orleans, Louisiana 70139-7735

**PLEASE TAKE NOTICE** that Plaintiff will bring on for hearing its **Motion For Remand** before the Honorable Sarah Vance, Judge, Division R, 500 Camp Street, New Orleans, Louisiana, on the 23rd day of August, 2006, at 10 o'clock a.m.

RESPECTFULLY SUBMITTED:

LANNY R. ZATZKIS (Bar #13781)
KAREN D. MCCARTHY (Bar #14193)
YVETTE A. D'AUNOY
ZATZKIS, McCARTHY & ASSOCIATES, L.L.C.
650 Poydras Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 523-2266
Attorneys for Plaintiffs

1