**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE KATRINA CANAL BREACHES                                                    CIVIL ACTION
CONSOLIDATED LITIGATION

                                                                                              NO. 05-4182

PERTAINS TO: LEVEE AND MRGO GROUPS                              SECTION "K"(2)

| 05-4181 | 05-6314 | 06-0020 | 06-2346 |
| 05-4182 | 05-6324 | 06-0886 | 06-2545 |
| 05-5237 | 05-6327 | 06-2278 | |
| 05-6073 | 05-6359 | 06-2287 | |

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that  judgment shall be entered in

favor of defendants Eustis Engineering Company, Inc., Burk-Kleinpeter, Inc. and Modjeski and

Master, Inc. and Gotech, Inc. and against all plaintiffs in C.A. Nos.  05-4181, 05-4182, 05-5237,

05-6073, 05-6314, 06-0020, 05-6324, 05-6327, 05-6359, 06-0886, 06-2278, 06-2287,  06-2545

and 06-2346.

New Orleans, Louisiana, this   8th day of December, 2006.

_____

       **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**