UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY
March 16, 2006
DISTRICT JUDGE FRANK J. POLOZOLA

GLADYS CHEHARDY, ET AL.

VERSUS

J. ROBERT WOOLEY, ET AL.

CIVIL ACTION

NO. 05-1140-FJP-CN

CONSOLIDATED WITH

GLADYS CHEHARDY, ET AL.

VERSUS

J. ROBERT WOOLEY, ET AL.

CIVIL ACTION

NO. 05-1162-FJP-CN

CONSOLIDATED WITH

GLADYS CHEHARDY, ET AL.

VERSUS

J. ROBERT WOOLEY, ET AL.

CIVIL ACTION

NO. 05-1163-FJP-CN

This matter came on this day for oral argument on subject matter jurisdiction and the motion to remand. All parties present signed the attached sign-in sheet.

Counsel present arguments.

For oral reasons assigned, the Court declines to exercise jurisdiction over the counterclaim[1] of defendant, The Standard Fire Insurance Company, under 28 U.S.C. §1367; therefore, the

---

[1] Rec. Doc. No. 18.

Doc#43131


EXHIBIT A

counterclaim is hereby DISMISSED without prejudice.

The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §1332(a), 28 U.S.C. §1332(d) and 28 U.S.C. §1369. Therefore:

IT IS FURTHER ORDERED that plaintiffs' motions to remand[2] are hereby DENIED.

IT IS FURTHER ORDERED that plaintiffs' claim against the Louisiana Insurance Commissioner is hereby DISMISSED, without prejudice.

IT IS FURTHER ORDERED that plaintiffs' claims against all defendants, except for State Farm Fire and Casualty Company, Allstate Indemnity Company, Allstate Insurance Company and American Insurance Company, are hereby DISMISSED without prejudice.

IT IS FURTHER ORDERED that the remaining issues in this matter shall be TRANSFERRED to the Eastern District of Louisiana.

Should it be later found on appeal that this Court did not have jurisdiction, the Court reserves the right to the Eastern District to transfer this matter back to this Court for remand.

The Court reserves its right to supplement its oral reasons given this day with written reasons should it become necessary.

******

Reporter: E. Champion

C: CV 25b; T: 2:00

---

[2] Rec. Doc. Nos. 59 and 61.

Doc#43004                                                        2

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLADYS CHEHARDY, ET AL.

VERSUS

J. ROBERT WOOLEY
LOUISIANA INSURANCE COMMISSIONER, ET AL.

CIVIL ACTION

NO. 05-1140-FJP

March 16, 2006 (10:00 a.m.) Hearing

**PLEASE PRINT**                           **PLEASE PRINT**

| Name | Firm | Represent |
|---|---|---|
| Judy Barrasso | Barrasso Usdin | Allstate |
| Joseph M Bruno | Bruno & Bruno | π |
| Andrew L. Plauché Jr. | Plauché Maselli | Farm Bureau |
| Alston Johnson | Phelps Dunbar | " " |
| Steven Usdin | Barrasso Usdin | Chubb Custom |
| H. Minor Pipes, III | Barrasso Usdin | Liberty Mutual |
| Jay Lovero | Larzelere Picou | ANPAC La. Ins. Co. |
| Marshall Redmon | Phelps | Farmer's |
| Kelly Bogart | Duplass Zwain | American Ins Co./ Fireman's Fund |

| Name | Firm | Client |
|---|---|---|
| Robert Siegel | Gieger, Laborde + Laperouse | Audubon Ins. Co. + Nat. Union of La. |
| Ralph Hubbard | Lugenbuhl | Standard Fire |
| John Unsworth | Daley, McNamara | Clarendon |
| David Fawler | " " | " |
| Blayne Honeycutt | Fayard & Honeycutt | " |
| Calvin Fayard | " " | " |
| Wayne Lee | Stone Pigman | State Farm |
| Stephen Bullock | " | " |