

**LOUISIANA**

**Department of HEALTH and HOSPITALS**

Frederick P. Cerise, M.D., M.P.H.
Secretary

# NEWS RELEASE

January 11, 2006
Contact: Bureau of Media and Communications 225-342-1532

## Jan. 11, 2006:
## Updated Number of Deceased Victims Recovered Following Hurricane Katrina

- **Recovered Bodies** – At this time, state officials, working in conjunction with coroners from local parishes, have recovered **1,101** bodies. This is an increase from 1,100 recovered bodies reported on Jan. 4, 2006.

- **Victim Identification Center (Carville) Totals:**
    - 908 – Total bodies examined at the morgue
    - 622 – Released to Families
    - 154 – Ready to be released; attempting to locate family members
    - 3 – Identified; not ready for release
    - 129 – Identity unknown (decreased from 162 on 1/4/2006.)

- **Released Bodies** – On Jan. 4, DHH reported 601 bodies had been released to families. Today, that number has been updated to **622** released bodies.
    - 599 – Storm-related deaths (see attachment.)
    - 23 – Medical examiner cases <u>not</u> storm-related

- **Demographic Breakdown of the 599 Storm-Related Deaths:**
    **Race:** African-American - 308 bodies (51% of total); Asian-Pacific – 3 (1%); Caucasian – 271 bodies (45%); Hispanic – 14 (2%); Native American – 2 (<1%); Other – 1 (< 1%.)

    **Gender:** 303 males (51%), 296 females (49%).

    **Parish of Residence:** Jefferson – 27, Orleans – 449, Plaquemines – 3, St. Bernard – 109, St. Tammany – 2, Washington – 1, unknown – 3, out of state – 2, St. John – 1, East Baton Rouge – 2.

- **Deceased Victims Reported by Other Parish Coroners:**
    - Ascension – 9
    - Assumption – 3
    - East Baton Rouge – 72
    - Iberia – 6
    - Jefferson – 30
    - Lafourche – 2
    - Livingston – 5
    - Plaquemines – 3
    - St. Charles – 8
    - St. Tammany – 7
    - Tangipahoa – 26
    - Terrebonne – 19
    - West Baton Rouge – 3

1



EXHIBIT B

# Vital Statistics of All Bodies at St. Gabriel Morgue
## 1/11/2006

**Status:**

| Process | # | % |
|---|---|---|
| RELEASED | 599 | 69% |
| Coroner's case; death not storm-related | 23 | >1% |
| Ready to be released – Contacting Family Members | 154 | 17% |
| ID MADE; awaiting autopsy | 3 | <1% |
| UNKNOWN Identity | 129 | 14% |
| | 908 | |

**Demographic Information for the 779 Victims Identified (see first four "Status" categories above) :**

**Gender:**

| Gender | # | % |
|---|---|---|
| Unknown | 0 | 0% |
| Male | 394 | 51% |
| Female | 385 | 49% |
| TOTAL | 779 | |

**Race:**

| Race | # | % |
|---|---|---|
| Unknown | 34 | 4% |
| African American | 397 | 51% |
| Asian Pacific | 5 | <1% |
| Caucasian | 318 | 41% |
| Hispanic | 17 | 2% |
| Native American | 3 | <1% |
| Other | 5 | <1% |
| TOTAL | 779 | |

**Age:**

| Age | # | % |
|---|---|---|
| 0 to 5 | 1 | <1% |
| 6 to 10 | 1 | <1% |
| 11 to 15 | 4 | <1% |
| 16 to 20 | 5 | 1% |
| 21 to 30 | 8 | 2% |
| 31 to 40 | 23 | 3% |
| 41 to 50 | 67 | 8% |
| 51 to 60 | 107 | 14% |
| 61 to 75 | 181 | 25% |
| > 75 | 351 | 39% |
| * UNKNOWN | 31 | 8% |
| | 779 | |

## Deceased Katrina Victims  Released to Families  Updated
## January 10, 2006

| Last | First | Gender | Race | Age | Parish of Residence |
|---|---|---|---|---|---|
| Acosta | Bertha | F | C | 85 | Orleans |
| Alexander | Estrella | F | AP | 76 | Orleans |
| Alexander | Dale | M | A | 55 | Orleans |
| Alexis | Cecile | F | A | 92 | Orleans |
| Alford | Hollis | M | A | 66 | St Bernard |
| Allen | James | M | A | 72 | Orleans |
| Ancar | Evelyn | F | N.Am | 74 | St Bernard |
| Andrews | Brenda | F | A | 51 | Orleans |
| Andrews | Ferdinand | M | A | 87 | Orleans |
| Anthony | Ruby | F | A | 75 | Orleans |
| Arcement | Irma | F | C | 75 | Orleans |
| Arceneaux | Betty | F | C | 65 | St Bernard |
| Arceneaux | Douglas | M | C | 69 | St Bernard |
| Archer | Gregory | M | A | 39 | Orleans |
| Ares | Jose | M | C | 83 | Orleans |
| Armstrong | Lydia | F | A | 89 | Orleans |
| Arnold | James | M | C | 87 | Orleans |
| Ashbey | Rosemary | F | C | 83 | Orleans |
| Ashley | Frank | M | A | 81 | Orleans |
| Augustin | Theresa | F | A | 90 | Orleans |
| Austin | Winona | F | C | 80 | Orleans |
| Babin | Beverly | F | C | 82 | Orleans |
| Babin, Jr | Justin | M | C | 68 | Jefferson |
| Bacino | Frank | M | C | 82 | Orleans |
| Baham | Christiana | F | C | 71 | Orleans |
| Baham | Warren | M | A | 82 | Orleans |
| Balthazar | Earl | M | C | 72 | Orleans |
| Banks | Joseph | M | A | 81 | St Bernard |
| Banta | Lillian | F | C | 88 | St Bernard |
| Barcellona | Walter | M | C | 62 | St Bernard |
| Batieste Jr | Arthur | M | A | 78 | Orleans |
| Batiste | Lawrence | M | A | 84 | Orleans |
| Batiste | Shirley | F | A | 73 | Orleans |
| Baumgartner | George | M | C | 95 | Orleans |
| Baxter | William | M | C | 60 | Orleans |
| Beard | Ella | F | A | 94 | Orleans |
| Beard | Sonia | F | A | 50 | Orleans |
| Beason, Sr | Arzell | M | A | 78 | Orleans |
| Beatty | Gladys | F | C | 84 | Orleans |
| Benjamin | Mary | F | A | 63 | Orleans |
| Benjamin | Nercile | M | A | 82 | Orleans |
| Benjamin | Sterling | M | A | 38 | Orleans |
| Bennett | Edith | F | C | 84 | Orleans |
| Berger | Harry | M | C | 84 | Orleans |

| Betzer | Carol | F | C | 72 | Orleans |
|---|---|---|---|---|---|
| Blackwell | Katherine | F | C | 76 | Orleans |
| Blanchard | Herbert | M | A | 82 | Orleans |
| Blancher | Lawrence | M | C | 79 | Orleans |
| Blancher | Marjorie | F | C | 80 | Orleans |
| Blappert | Gloria | F | C | 81 | Orleans |
| Blutcher | Nettie | F | A | 94 | Orleans |
| Bohnet | Gloria | F | C | 80 | Orleans |
| Bonono | Anna Mae | F | C | 85 | Orleans |
| Bonono | Luke | M | C | 80 | Orleans |
| Boone | Willie | F | A | 80 | Orleans |
| Borges | Errol | M | C | 64 | Jefferson |
| Borne | Samuel | M | A | 73 | Orleans |
| Bosarge | Sarah | F | C | 81 | St Bernard |
| Boss | Bulah | F | A | 51 | Orleans |
| Bourgeois | Joe Lynn | F | C | 57 | Jefferson |
| Bournes | Rayfield | M | A | 54 | Orleans |
| Bowie | Xavier | M | A | 57 | Orleans |
| Bowser | Gloria | F | A | 81 | Orleans |
| Boyd | Loretta | F | C | 77 | St Tammany |
| Boyle | Eugenie | F | C | 40 | St Bernard |
| Breaux | Eunice | F | C | 76 | St Bernard |
| Breckenridge | Helen | F | A | 77 | Orleans |
| Brinston | Johnny | M | A | 67 | Orleans |
| Brouchard | Alma | F | C | 83 | Orleans |
| Brown | Gerald | M | A | 48 | Orleans |
| Brown | Rooselevt | M | A | 78 | Orleans |
| Brumfield, Sr. | Danny | M | A | 45 | Orleans |
| Buras | Lloyd | M | C | 92 | Orleans |
| Burgess | Jannie | F | A | 79 | Orleans |
| Burke | Mary | F | C | 81 | Orleans |
| Burke | Thomas | M | C | 48 | St Bernard |
| Burns | Evelyn | F | C | 97 | St Bernard |
| Burns | Winnie | F | A | 91 | Orleans |
| Butler | Benny | M | A | 72 | St Bernard |
| Butler | Leroy | M | A | 59 | St Bernard |
| Byrd | June | M | A | 72 | Orleans |
| Caixeta | Benilda | F | H | 55 | Orleans |
| Caliste | Frank | M | A | 81 | Orleans |
| Campieri | Joseph | M | C | 88 | Orleans |
| Carpenter | Claude | M | C | 61 | Jefferson |
| Carson | Nathaniel | M | A | 49 | Orleans |
| Casby | James | M | A | 52 | Jefferson |
| Casimire | Louise | F | N.Am | 83 | Orleans |
| Castle | Issac | M | A | 58 | Orleans |
| Chambers | Frank | M | C | 72 | St Bernard |
| Charles | Donald | M | A | 52 | Orleans |
| Cherrie | Onelia | F | A | 91 | Orleans |
| Chester | Ricky | M | A | 45 | Jefferson |
| Clifton | Warren | M | A | 71 | Orleans |
| Coleman | Arnecker | F | A | 35 | Orleans |

4

| Coleman | Darrel | M | A | 54 | Orleans |
| --- | --- | --- | --- | --- | --- |
| Coleman | Johnnie | M | A | 76 | Orleans |
| Coleman | Thomas | M | A | 80 | Orleans |
| Collins | Ethel | F | A | 85 | Orleans |
| Collins | Lylton | M | A | 60 | Orleans |
| Comes | Guy | M | C | 91 | Orleans |
| Common | Clarence | M | A | 85 | Orleans |
| Cooley | Wilmer | M | A | 80 | Orleans |
| Cook | Myrtle | F | A | 58 | Orleans |
| Cosse | Walter | M | C | 30 | St Bernard |
| Cotham | Donna | F | C | 41 | Jefferson |
| Cousins | Adele | F | C | 81 | St Bernard |
| Cowsill | Barry | M | C | 50 | Orleans |
| Couvillion | Ned | M | C | 53 | St Bernard |
| Cox | Frances | F | C | 77 | St Bernard |
| Cronan | George | M | C | 74 | Orleans |
| Cronan | Mary | F | C | 78 | Orleans |
| Crutchfield | Wessie | F | A | 73 | Washington |
| Cummings | Norman | M | A | 75 | Orleans |
| Cuquet | Nicholas | M | C | 79 | Orleans |
| D'Arcangelo | Frank | M | C | 66 | Orleans |
| Daigle | Irene | F | C | 83 | St Bernard |
| Dang | Kan Thi | F | AP | 95 | Orleans |
| Darsam | Mary | F | C | 83 | St Bernard |
| Davis | Donise | F | A | 28 | Orleans |
| Davis | George | M | A | 69 | Orleans |
| Davis | John | M | A | 59 | Orleans |
| Davis | Tanner | M | A | 84 | Orleans |
| Dawson | Elaine | F | A | 59 | Orleans |
| Day | Duffey | M | A | 72 | Orleans |
| Deadman | William | M | C | 71 | Orleans |
| Deamer | Ella | M | A | 72 | Orleans |
| Deamer | Leslie | M | A | 92 | Orleans |
| Dear | Herman | M | A | 57 | Orleans |
| Deblanc | Elva | F | C | 92 | Orleans |
| Decour | Evangeline | F | A | 76 | Orleans |
| Delafosse | Robert | M | C | 39 | St Bernard |
| Delatte | Zerelda | F | C | 72 | St Bernard |
| Delaune | Alan | M | C | 51 | St Bernard |
| Deluca | John | M | C | 77 | Orleans |
| Dennis | Maggie | F | A | 89 | Orleans |
| Dexter, Jr. | Robert | M | C | 63 | Orleans |
| Dieck | Milton | M | C | 85 | Orleans |
| Dimambro | Roger | M | C | 63 | Orleans |
| Dinwiddie | Blanche | F | A | 71 | Jefferson |
| Dorsey | Kerney | F | A | 85 | Orleans |
| Dreher | Katie | F | C | 90 | Orleans |
| Ducre | Margaret | F | A | 82 | Orleans |
| Dugar | Ethel | F | A | 61 | Orleans |
| Dugas | Edward | M | C | 80 | St Bernard |
| Duhon | Septeme | M | A | 68 | Orleans |

5

| | | | | | |
|---|---|---|---|---|---|
| Dunn | John | M | A | 49 | Orleans |
| Dupas | Harold | M | A | 77 | Orleans |
| Dupor | Gladys | F | A | 51 | Orleans |
| Duvernay | Lorraine | F | A | 79 | Orleans |
| Dyer | Mary | F | A | 72 | Orleans |
| Eaton | Patsy | F | C | 58 | St Bernard |
| Ebanks | Kemron | M | A | 74 | Orleans |
| Edwards | Harry | M | A | 64 | East Baton Rouge |
| Edwards | Joseph | M | A | 45 | Orleans |
| Edwards | Lorraine | F | A | 58 | Orleans |
| Eleby | Clementine | F | A | 78 | Orleans |
| Embry | Russell | M | C | 54 | St Bernard |
| Emerson | Joan | F | C | 57 | St Bernard |
| England | Robert | M | A | 56 | Orleans |
| Estarlich | Michael | M | H | 80 | Orleans |
| Estes | Gregory | M | A | 35 | Orleans |
| Everett | Emmett | M | A | 61 | Orleans |
| Ewale | Tesfalidet | M | A | 66 | Orleans |
| Falcone | Michael | M | C | 56 | Jefferson |
| Fazande | Alvin | M | A | 78 | Orleans |
| Fazande | Bernadette | F | A | 78 | Orleans |
| Ferguson | Shelly | F | C | 50 | Orleans |
| Flemming | Clarence | M | C | 64 | Orleans |
| Flint | Prosper | M | A | 77 | Orleans |
| Forrest | Hubert | M | C | 86 | Orleans |
| Francis | Ella | F | A | 94 | Orleans |
| Francois | Benjamin | M | A | 99 | Orleans |
| Frazier | Ruby | F | A | 76 | Orleans |
| Freeman | Ethel | F | A | 91 | Orleans |
| Frischertz | Maxine | F | C | 84 | St Bernard |
| Fuhrmann | Caroline | F | C | 92 | Jefferson |
| Funk | Robert | M | C | 60 | Jefferson |
| Gabriel | Eldridge | M | A | 95 | Orleans |
| Gaillourd | Wallace | M | C | 76 | Orleans |
| Galatas, Jr | Arthur | M | C | 81 | St Bernard |
| Gallodoro | Tufanio | M | C | 82 | St Bernard |
| Gardener | Mario | M | C | 54 | St Bernard |
| Gastinell | Ellery | M | A | 45 | Orleans |
| Gauthier | Ruby | F | A | 80 | Orleans |
| Gibson | Robert | M | A | 85 | Orleans |
| Gilmore | Ernest | M | A | 51 | Orleans |
| Giuffre | Vincent | M | C | 87 | Orleans |
| Godwin | Catherine | F | C | 61 | St Bernard |
| Godwin | Thelma | F | C | 81 | St Bernard |
| Goffner | Preston | M | A | 59 | Orleans |
| Gonzalez | Dulce Maria | F | H | 80 | Orleans |
| Gonzalez | Maria Delos Angeles | F | H | 52 | Orleans |
| Gonzalez | Rosa | F | H | 74 | Orleans |
| Gordon | Mary | F | C | 51 | Orleans |
| Gourgues | Mary | F | C | 81 | St Bernard |

6

| Grant | Marcus | M | A | 57 | Orleans |
|---|---|---|---|---|---|
| Greathouse | David | M | C | 48 | Jefferson |
| Green | Marion | F | A | 69 | Orleans |
| Green | Rita | F | C | 84 | St Bernard |
| Green | Shanai | F | A | 3 | Orleans |
| Gregg | William | M | C | 76 | St Bernard |
| Griffith | Lorraine | F | A | 64 | Orleans |
| Grimes | Ayrie | M | A | 93 | Orleans |
| Gueydan | John | M | C | 81 | Orleans |
| Guillory | Robert | M | A | 51 | Orleans |
| Gulotta | Charles | M | C | 74 | Orleans |
| Gulotta | Dorothy | F | C | 63 | Orleans |
| Gurtner | Ura | F | C | 85 | St Bernard |
| Hains | Gilda | F | A | 50 | Orleans |
| Hall | Azemo | M | A | 78 | Orleans |
| Hall | Carrie | F | A | 78 | Orleans |
| Hamilton | Mary | F | A | 79 | Orleans |
| Hardeman | Iris | F | A | 51 | Orleans |
| Harold | Rosa | F | C | 65 | Orleans |
| Harris | Rudulph | M | A | 73 | Orleans |
| Hart | Martha | F | C | 64 | Orleans |
| Hartdegend | Shirley | F | C | 78 | St Bernard |
| Harvey | Oliver | M | A | 100 | Orleans |
| Hawkins | Mary | F | A | 78 | Orleans |
| Haynes | Paul | M | A | 78 | Orleans |
| Hebert | Isabelle | F | A | 52 | Orleans |
| Hebert | Wilbur | M | C | 67 | St Bernard |
| Henry | Edmond | M | A | 97 | Orleans |
| Henry | Gladys | F | A | 83 | Orleans |
| Henry | Thomas | M | A | 55 | Orleans |
| Herndon | Rosemary | F | C | 75 | St Bernard |
| Heyl | Norris | F | C | 79 | Orleans |
| Hilborn | Jules | M | C | 86 | Orleans |
| Hilliard | Kevin | M | A | 43 | Orleans |
| Hingle | Celeste | F | C | 85 | Plaquemines |
| Hingle | Dorothy | F | C | 83 | St Bernard |
| Hinkel | Audrey | F | C | 72 | Orleans |
| Holland | Dorothy | F | C | 80 | Orleans |
| Holloway | Delia | F | A | 82 | Orleans |
| Holmes | Vincent | M | A | 47 | Orleans |
| Hose | Amelia | F | C | 102 | Orleans |
| Hotard | Bonafacia | F | H | 77 | Jefferson |
| Howard | Lethea | F | A | 57 | Orleans |
| Howley | John | M | C | 44 | Jefferson |
| Huard | George | M | C | 91 | St Bernard |
| Humphrey | Adella | F | H | 89 | Orleans |
| Humphrey | Daisy | F | A | 89 | Orleans |
| Humphrey | Lloyd | M | A | 93 | Orleans |
| Husband | Herman | M | A | 47 | Orleans |
| Hutcherson, Jr. | George | M | C | 78 | Orleans |
| Hymel | Daryl | M | C | 50 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Hymel | Edgar | M | C | 50 | Orleans |
| Hutzler | Alice | F | C | 90 | St Bernard |
| Jachim | Robert | M | C | 83 | Orleans |
| Jacko | Karnettia | F | A | 26 | Orleans |
| Jackson | Antonia | F | A | 90 | Orleans |
| Jackson | Eddie | M | A | 97 | Orleans |
| Jackson | Emelda | F | A | 78 | Orleans |
| Jackson | Ernestine | F | A | 64 | Orleans |
| Jackson | Gladys | F | A | 95 | Orleans |
| Jackson | James | M | A | 75 | Orleans |
| Jackson | James | M | A | 47 | Jefferson |
| Jackson | Myrtle | F | A | 75 | Orleans |
| Jackson | Rocksey | F | A | 65 | Orleans |
| Jackson | Rosa | F | A | 86 | East Baton Rouge |
| Jackson | Royal | M | A | 80 | Orleans |
| Jackson | Russell | M | A | 63 | Orleans |
| Jacques | Dorothy | F | A | 87 | Orleans |
| James, Sr | Athur | M | A | 54 | Orleans |
| James | Geneva | F | A | 98 | Jefferson |
| James | Gertie | F | A | 87 | Orleans |
| James | Keith | M | A | 47 | Orleans |
| James | Michael | M | A | 31 | Orleans |
| Jefferson | Aleria | F | A | 69 | Orleans |
| Jenkins | Georgia | F | C | 57 | St Bernard |
| Jenkins | Joseph | M | C | 57 | St Bernard |
| Jenkins | Thomas | M | A | 64 | Orleans |
| Johns | Delores | F | A | 45 | Orleans |
| Johns | Lydia | F | C | 82 | Orleans |
| Johnson | Althea | F | A | 60 | Orleans |
| Johnson | Geraldine | F | A | 57 | Orleans |
| Johnson | Mary | F | A | 68 | Orleans |
| Johnson | Preston | M | A | 25 | Unknown |
| Johnson | Willie | M | A | 59 | Orleans |
| Johnston | Anthony | M | C | 96 | Orleans |
| Jolly | Thomas | M | C | 85 | Orleans |
| Jones | Anthony | M | A | 32 | Orleans |
| Jones | Ella | F | C | 80 | Orleans |
| Jones, Sr | Cornelius | M | A | 79 | Jefferson |
| Jones | George | M | A | 86 | Orleans |
| Jordan | Vicki | F | C | 38 | St Bernard |
| Joseph | Mayola | F | A | 47 | Orleans |
| Joseph | Ruby | F | A | 94 | Orleans |
| Keelen | Salvadore | M | A | 62 | Orleans |
| Keiffer, Sr | Armstead | M | A | 62 | Orleans |
| Keller | Raymond | M | A | 52 | Orleans |
| Kennerson | Joey | M | A | 13 | Orleans |
| Kessner | John | M | C | 60 | St Bernard |
| Kingston | Nathaniel | M | A | 83 | Orleans |
| Kinsey | Gretta | F | A | 61 | Orleans |
| Knight | Iris | F | C | 76 | St Bernard |
| Knight | Jimmie | M | A | 75 | Orleans |

| Krause | Claris | F | C | 87 | Orleans |
|---|---|---|---|---|---|
| Krennerich | Edith | F | C | 84 | St Bernard |
| Kuyt | Peter | M | C | 75 | Orleans |
| LaBasse | Daniel | M | C | 78 | Orleans |
| Labat | Mary | F | C | 84 | St Bernard |
| LaCarbiere | John | M | A | 46 | Orleans |
| LaCoste | Althea | F | A | 73 | Orleans |
| Lafayette | James | M | A | 97 | Orleans |
| Lainez | Albertine | F | A | 86 | Orleans |
| Lala | Athea | F | C | 76 | Orleans |
| Lala | George | M | C | 74 | Orleans |
| Landry | Carla | F | A | 44 | Orleans |
| Landry-Prevost | Lilitha | F | A | 39 | St John |
| Larive | Lurnice | M | A | 83 | Orleans |
| Larive | Leroy | M | C | 85 | Orleans |
| Larmeu | Elvera | F | C | 84 | Orleans |
| Larre | Helen | F | C | 91 | St Bernard |
| Latino | Marie | F | A | 20 | Orleans |
| Laudumiey | Mathilde | F | C | 55 | Orleans |
| Laur | John | M | C | 85 | Orleans |
| Lawrence | Willie | M | A | 47 | Orleans |
| Leblanc | Gladys | F | C | 89 | St Bernard |
| LeBourgeois | Julia | F | C | 75 | Orleans |
| Lee | Simon | M | C | 88 | Orleans |
| Levasseur | Carl | M | C | 49 | Orleans |
| Lewis | Doneika | F | A | 14 | Orleans |
| Lewis | Nicole | F | A | 36 | Orleans |
| Lewis | Patricia | F | A | 53 | Orleans |
| Lewis | Rickie | M | A | 53 | Orleans |
| Lind | Mary | F | C | 91 | St Bernard |
| Liuzza | Dominique | F | C | 53 | St Bernard |
| Lonon | Mary | F | A | 87 | Orleans |
| Lopez | Frank | M | C | 60 | Orleans |
| Lopez | Todd | M | H | 42 | St Bernard |
| Lott | Shirley | M | C | 93 | St Bernard |
| Louper | Edmund | M | A | 75 | Orleans |
| Louros | Harry | M | C | 90 | St Bernard |
| Love, Sr | Herbie | M | A | 45 | Orleans |
| Lozes | Martha | F | C | 85 | Orleans |
| Lucas | Gregory | M | A | 48 | Orleans |
| Lurie | Linda | F | C | 72 | Orleans |
| Lynch | Elizabeth | F | C | 87 | Orleans |
| Lyons | Leola | F | A | 71 | Orleans |
| Madison | Ronald | M | A | 40 | Orleans |
| Mahaney | Peggy | F | C | 74 | St Bernard |
| Major | Frankie | M | A | 47 | Orleans |
| Major | Joseph | M | A | 39 | St Bernard |
| Mancuso | Mary | F | C | 87 | Orleans |
| arcellas | Willia | F | A | 90 | Orleans |
| Mares | Shirley | F | C | 81 | St Bernard |
| Maurino | Louise | F | C | 45 | Orleans |

9

| | | | | | |
|---|---|---|---|---|---|
| Marks | George | M | A | 74 | Orleans |
| Marsala | Edna | F | C | 95 | Orleans |
| Marshall, Jr | John | M | A | 66 | Orleans |
| Martin | Cecile | F | C | 95 | Orleans |
| Martin | Mary | F | A | 68 | Orleans |
| Martin | Plummie | F | A | 92 | Orleans |
| Martinez | Willie | M | A | 84 | Orleans |
| Martinolich | August | M | C | 68 | St Bernard |
| Mason | Arthur | M | C | 88 | Orleans |
| Matthews | Rendy | F | A | 86 | Orleans |
| May | Jessie | F | A | 79 | Orleans |
| Mayfield | Irvin | M | A | 64 | Orleans |
| Mayfield | Lee | M | A | 41 | Orleans |
| Mc Caddy | Paul | M | A | 69 | Orleans |
| Mc Cray | William | M | A | 71 | Orleans |
| Mc Donald | Matthew | M | C | 41 | Out Of State |
| Mcguire | Joyce | F | C | 77 | St Bernard |
| Mc Manus | Wilda | F | A | 70 | Orleans |
| McWilliams | Darrell | M | A | 48 | Orleans |
| Mejia | Lidia | F | O | 84 | Orleans |
| Melancon | Ethel | F | C | 90 | Jefferson |
| Melerine | Lucille | F | C | 85 | St Bernard |
| Meyer | Earl | M | C | 80 | St Bernard |
| Meyer | Helen | F | C | 79 | St Bernard |
| Migllore | Rose | F | C | 80 | Orleans |
| Milanez | George | M | A | 59 | Orleans |
| Miller, Sr | Arthur | M | A | 78 | St Bernard |
| Miller | Willie | M | A | 82 | Orleans |
| Montalbano | Helen | F | C | 85 | St Bernard |
| Moore | Mary | F | A | 64 | Orleans |
| Morang | Robert | M | C | 70 | Orleans |
| Moreland | Ned | M | A | 81 | Orleans |
| Mortellaro | Helen | F | C | 83 | Orleans |
| Mosby | Veola | F | A | 79 | Orleans |
| Mosgrove | Stephen | M | C | 60 | St Bernard |
| Moss | Roy | M | A | 55 | Orleans |
| Muhoberac | Matthew | M | C | 79 | St Bernard |
| Mullen | Matilda | F | C | 78 | Orleans |
| Mumphrey | Joel | F | C | 76 | St Bernard |
| Napoleon | William | M | A | 60 | Orleans |
| Navis | Frances | F | C | 80 | St Bernard |
| Neely | Michael | M | C | 52 | Orleans |
| Nelson | Elaine | F | C | 90 | Jefferson |
| Nettles | Ashley | F | A | 10 | Orleans |
| Nicholas | Joseph | M | A | 83 | Orleans |
| Nora | Edward | M | A | 66 | Orleans |
| Northon | Olga | M | C | 92 | Orleans |
| Norwood | Mary | F | A | 71 | Orleans |
| O'Connor | Fabiola | F | C | 85 | St Bernard |
| Olivier | Helen | F | C | 82 | Orleans |
| Orduna | Louis | M | C | 90 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Owney | Bernadine | F | A | 61 | Orleans |
| Pace | Maria | F | C | 79 | Orleans |
| Parker | George | M | A | 56 | Orleans |
| Parker | Janet | F | C | 88 | St Bernard |
| Parker | Margaret | F | C | 62 | St Tammany |
| Parker | Rose | F | C | 83 | Orleans |
| Parr | Carol Ann | F | C | 59 | St Bernard |
| Parr | Norman | M | C | 69 | St Bernard |
| Perkins | George | M | A | 78 | Orleans |
| Pelitere | Peter | M | C | 70 | Jefferson |
| Pereira | Yvette | F | C | 54 | Orleans |
| Perret | Helen | F | C | 90 | St Bernard |
| Peters | Jerry | M | A | 64 | Orleans |
| Peters | Reynette | F | A | 87 | Orleans |
| Peyton | Virginia | F | C | 68 | Orleans |
| Phillips | Beverly | F | A | 65 | Orleans |
| Pichon | Dorothy | F | C | 76 | Orleans |
| Pino | Rosemary | F | C | 83 | St Bernard |
| Pierre | Juanita | F | A | 69 | Orleans |
| Pinkney | Thelma | F | C | 76 | Orleans |
| Poissenot | Emile | M | C | 89 | St Bernard |
| Poladura | Helen | F | C | 86 | Orleans |
| Polmer | Rachel | F | C | 64 | Orleans |
| Ponseti | Marvin | M | C | 75 | Orleans |
| Porter | William | M | A | 75 | Orleans |
| Preston | Leon | M | A | 70 | Orleans |
| Price | Julius | M | A | 22 | Orleans |
| Prima | Joseph | M | C | 86 | Orleans |
| Prusinski | Jerome | M | C | 86 | Orleans |
| Rambo | Glenn | M | C | 34 | St Bernard |
| Randall | Gladys | F | C | 81 | St Bernard |
| Randolph | Isaac | M | A | 81 | Orleans |
| Ransom | Verina | F | A | 49 | Orleans |
| Rashkin | Janet | F | C | 80 | St Bernard |
| Rasmussen | Muriel | F | C | 90 | Orleans |
| Ray | Eddie | M | A | 59 | Orleans |
| Reeves | Olampia | F | A | 87 | Orleans |
| Reysack | Richard | M | C | 81 | St Bernard |
| Richards | Milton | M | A | 62 | Orleans |
| Richburg | LeJohn | M | A | 60 | Orleans |
| Rickie | Jeanne | F | C | 93 | Orleans |
| Riehm | Elizabeth | F | C | 82 | Jefferson |
| Riehms | Clarise | F | C | 75 | Plaquemines |
| Risper | Leonard | M | A | 74 | Orleans |
| Rivers | Rufus | M | C | 77 | St Bernard |
| Rizzo | Virginia | F | C | 98 | Orleans |
| Roark | Rebecca | F | C | 61 | St Bernard |
| Roberts | Dana | F | C | 43 | Out Of State |
| Robertson | Arthur | M | A | 88 | Orleans |
| Robertson | Ethel | F | A | 84 | Orleans |
| Robin | Jean | F | C | 78 | Orleans |

| Pizzuto-Robino | Bernice | F | C | 80 | St Bernard |
|---|---|---|---|---|---|
| Robinson | Bessie | F | A | 64 | Orleans |
| Robinson | Pearl | F | A | 82 | Orleans |
| Rocha | Alberto | M | H | 87 | Orleans |
| Rodgers | Zola | F | C | 77 | Orleans |
| Rodrigue | Eva | F | C | 93 | St Bernard |
| Rodriguez | Jose | M | H | 78 | Orleans |
| Romero | Manuel | M | H | 84 | Orleans |
| Romero | Margarita | F | H | 88 | Orleans |
| Roquevert | Louis | M | C | 79 | Orleans |
| Roy | Eddie | M | A | 63 | Orleans |
| Rulh | Ruth | F | C | 75 | Orleans |
| Russell | John | M | C | 80 | St Bernard |
| Russell | Robert | M | A | 37 | Orleans |
| Ryan | Georgia | F | C | 82 | St Bernard |
| Ryan | Van | M | C | 84 | St Bernard |
| Ryburn | Alma | F | C | 83 | Unknown |
| Saia | Darlene | F | C | 54 | St Bernard |
| Sanfilippo | Antonia | F | C | 79 | St Bernard |
| Sauter | Fritz | M | C | 48 | Orleans |
| Savoca | Nicholas | M | C | 75 | Orleans |
| Savoie | Rose | F | C | 91 | St Bernard |
| Schielder | Anna | F | C | 75 | St Bernard |
| Schiro | Cynthi | F | C | 50 | St Bernard |
| Schiro | Delores | F | C | 87 | St Bernard |
| Schiro, Jr. | Jake | M | C | 54 | St Bernard |
| Schneider | Catherine | F | C | 81 | Orleans |
| Scott | Austin | M | A | 66 | Orleans |
| Seeger | Elaine | F | C | 90 | Orleans |
| Seifker | Henry | M | C | 70 | St Bernard |
| Sennette | Janie | F | A | 93 | Orleans |
| Serou | Gordon | M | C | 67 | Orleans |
| Serpas | Nellie | F | C | 87 | Orleans |
| Shanks | Isaac | M | A | 43 | Jefferson |
| Shannon | Edna | F | C | 90 | Orleans |
| Shaw | Jerry | M | A | 46 | Orleans |
| Shaw | William | M | A | 82 | Orleans |
| Shepherd | Walter | M | A | 48 | Orleans |
| Sherman | Lillian | F | C | 92 | Orleans |
| Sherman | Rose | F | A | 88 | Orleans |
| Sherman | Scott | M | C | 54 | Orleans |
| Sherrod | Naomi | F | C | 84 | Orleans |
| Signal | Pamela | F | A | 41 | Orleans |
| Simmons | Arthur | M | A | 91 | Orleans |
| Simmons, Jr | Levie | M | A | 69 | Orleans |
| Simon | Richard | M | A | 53 | Orleans |
| Simpson | Mary | F | C | 60 | St Bernard |
| Sindibaldi | Albert | M | C | 87 | Orleans |
| Singelmann | Pauline | F | C | 84 | Orleans |
| Singleton | Bennie | M | A | 74 | Orleans |
| Sires | Louise | F | C | 93 | St Bernard |

| Smallwood Jr | Matthew | M | A | 62 | St Bernard |
| Smith | Darren | M | A | 44 | Orleans |
| Smith | Elvira | F | H | 66 | Orleans |
| Smith | Marsha | F | C | 57 | Jefferson |
| Smooth | Ersell | F | A | 33 | Orleans |
| Smith | Velzie | F | A | 84 | Orleans |
| Smooth | Kendra | F | A | 16 | Orleans |
| Smooth | Kendricka | F | A | 18 | Orleans |
| Snowden | Cynthia | F | C | 46 | Orleans |
| Sparks | Edward | M | A | 54 | Orleans |
| Spichiger | Jean | M | H | 69 | Orleans |
| St Pe | Robert | M | C | 60 | Orleans |
| Stafford, Sr | Henry | M | C | 63 | St Bernard |
| Stafford | Joseph | M | A | 65 | Orleans |
| Starks | Edward | M | A | 58 | Orleans |
| Sterns | Marian | F | C | 56 | St Bernard |
| Stevens | Eleanor | F | C | 84 | Orleans |
| Stewart | Charles | M | C | 68 | Orleans |
| Stewart | Karl | M | A | 39 | Orleans |
| Stewart | Onita | F | A | 70 | Orleans |
| Stieber | Marian | F | C | 79 | Orleans |
| Stieber | Raymond | M | C | 89 | Orleans |
| Stipelcovich | Betty | F | C | 51 | Plaquemines |
| Strong | Nelia | F | A | 87 | Orleans |
| Sullivan | John | M | C | 37 | St Bernard |
| Sutton | Edith | F | A | 85 | Orleans |
| Swan | Alvin | M | C | 68 | Jefferson |
| Sylvester | Patricia | F | A | 50 | Orleans |
| Tate | Allen | M | A | 56 | Orleans |
| Taitt | Herman | M | A | 83 | Orleans |
| Tappan | Donald | M | C | 73 | Orleans |
| Taylor | Ronald Lee | M | A | 51 | Unknown |
| Teno | Joseph | M | A | 62 | Orleans |
| Thomas | Earl | M | A | 87 | Orleans |
| Thomas | Meddie | M | A | 61 | Orleans |
| Thomas | Rodney | M | A | 82 | Orleans |
| Thomas | Shelly | M | A | 52 | Orleans |
| Thomason | Michael | M | C | 51 | St Bernard |
| Thompson | Minnie | F | C | 80 | Orleans |
| Thornton | Lillie | F | A | 99 | Orleans |
| Thrift | Carl | M | A | 57 | Orleans |
| Tidwell | Rosalie | F | C | 83 | Orleans |
| Tidwell | Roy | F | C | 82 | Orleans |
| Tobias | Daisy | F | A | 53 | Orleans |
| Torrence | George | M | C | 43 | St Bernard |
| Toups | Alice | F | C | 82 | Orleans |
| Toups | Beulah | F | C | 94 | Jefferson |
| Tran | Hong | M | AP | 71 | Orleans |
| Trentecosta | Mary | F | C | 77 | St Bernard |
| Turner | John | M | C | 63 | Orleans |
| Turner | Meaher | M | C | 85 | Orleans |

| Ulmer | James | M | A | 70 | Orleans |
|---|---|---|---|---|---|
| Urquhart | Anna | F | C | 75 | Orleans |
| Valteau | Wendell | M | A | 58 | Orleans |
| Varnado | Aden | F | A | 74 | Orleans |
| Varnado | Willa Mae | F | A | 67 | Orleans |
| Vaughn | Pamela | F | A | 53 | Orleans |
| Veal | Mable | F | A | 74 | Orleans |
| Venison | Lee | M | A | 65 | Orleans |
| Verret | Almeda | F | C | 73 | St Bernard |
| Wagner | Mary | F | C | 94 | Orleans |
| Walker | Willie | M | A | 78 | Orleans |
| Waller | Genevieve | F | C | 48 | Jefferson |
| Warden | Rita | F | C | 83 | Orleans |
| Warren | James | M | A | 67 | Orleans |
| Washington | Celina | F | A | 70 | Orleans |
| Washington | James | M | A | 60 | Orleans |
| Watson | Iretha | F | A | 89 | Orleans |
| Watson | Monroe | M | A | 69 | Orleans |
| Watts | Wilbur | M | C | 84 | Orleans |
| Weathersby | Mary | F | A | 96 | Orleans |
| Weathersby | Maurice | M | A | 50 | Orleans |
| Weaver | James | M | C | 83 | Orleans |
| Webster | Phyllis | F | A | 60 | Orleans |
| Webster | Thomas | M | A | 77 | Orleans |
| Wesley | Harrison | M | A | 92 | Orleans |
| White | Helen | F | A | 54 | Orleans |
| Wickem | Joan | F | A | 60 | Jefferson |
| Wilder | James | M | A | 72 | Orleans |
| Williams | Audrey | F | A | 71 | Orleans |
| Williams | Clarence | M | A | 56 | Orleans |
| Williams | David | M | A | 74 | Orleans |
| Williams | Lionel | M | A | 49 | Orleans |
| Williams Jr | Paul | M | A | 60 | Orleans |
| Williams | Roy | M | A | 19 | Orleans |
| Williams | Walter | M | A | 61 | Orleans |
| Wilson | Madge | F | A | 83 | Orleans |
| Wilson | Raymond | M | A | 63 | Orleans |
| Wimberly | Hattie | F | A | 65 | Orleans |
| Wright | Joseph | M | C | 89 | Orleans |
| Young | Elzie | M | A | 80 | Orleans |
| Young | Gloria | F | C | 79 | St Bernard |
| Young | Lynus | M | C | 85 | Orleans |
| Young | Robert | M | A | 85 | Orleans |
| Youngblood | Carolyn | F | A | 42 | Orleans |
| Zumpe | Walter | M | C | 85 | Orleans |
| Name withheld at the family's request. | | M | C | 92 | Orleans |

# Vital Statistics of All Bodies at St. Gabriel Morgue
## 2/23/2006

**Status:**

| Process | # | % |
|---|---|---|
| RELEASED | 727 | 82% |
| Coroner's case; death not storm-related | 23 | >1% |
| Ready to be released - Contacting Family Members | 74 | 8% |
| UNKNOWN Identity | 86 | 9% |
| | 910 | |

**Demographic Information for the 824 Victims Identified (see first three "Status" categories above) :**

**Gender:**

| Gender | # | % |
|---|---|---|
| Unknown | 0 | 0% |
| Male | 415 | 50% |
| Female | 409 | 50% |
| TOTAL | 824 | |

**Race:**

| Race | # | % |
|---|---|---|
| Unknown | 37 | 4% |
| African American | 427 | 52% |
| Asian Pacific | 6 | 1% |
| Caucasian | 328 | 40% |
| Hispanic | 17 | 2% |
| Native American | 4 | >1% |
| Other | 5 | >1% |
| TOTAL | 824 | |

**Age:**

| Age | # | % |
|---|---|---|
| 0 to 5 | 1 | >1% |
| 6 to 10 | 1 | >1% |
| 11 to 15 | 5 | >1% |
| 16 to 20 | 5 | 1% |
| 21 to 30 | 10 | 2% |
| 31 to 40 | 23 | 3% |
| 41 to 50 | 72 | 8% |
| 51 to 60 | 114 | 14% |
| 61 to 75 | 191 | 25% |
| > 75 | 377 | 39% |
| * UNKNOWN | 25 | 6% |
| | 824 | |

2