## Deceased Katrina Victims Released to Families Updated
## February 23, 2006

| Last | First | Gender | Race | Age | Parish of Residence |
|---|---|---|---|---|---|
| Aaslestad | Wayne | M | C | 64 | Orleans |
| Acosta | Bertha | F | C | 85 | Orleans |
| Alexander | Estrella | F | AP | 76 | Orleans |
| Alexander | Dale | M | A | 55 | Orleans |
| Alexis | Cecile | F | A | 92 | Orleans |
| Alford | Hollis | M | A | 66 | St Bernard |
| Allen | James | M | A | 72 | Orleans |
| Ancar | Evelyn | F | N.Am | 74 | St Bernard |
| Andrews | Brenda | F | A | 51 | Orleans |
| Andrews | Ferdinand | M | A | 87 | Orleans |
| Anthony | Ruby | F | A | 75 | Orleans |
| Arcement | Irma | F | C | 75 | Orleans |
| Arceneaux | Betty | F | C | 65 | St Bernard |
| Arceneaux | Douglas | M | C | 69 | St Bernard |
| Archer | Gregory | M | A | 39 | Orleans |
| Ares | Jose | M | C | 83 | Orleans |
| Armstrong | Lydia | F | A | 89 | Orleans |
| Arnold | James | M | C | 87 | Orleans |
| Ashbey | Rosemary | F | C | 83 | Orleans |
| Ashley | Frank | M | A | 81 | Orleans |
| Asmore | Edna | F | A | 82 | Orleans |
| August | Gertrude | F | A | 84 | Orleans |
| August | Joseph | M | A | 82 | Orleans |
| Augustin | Theresa | F | A | 90 | Orleans |
| Austin | Winona | F | C | 80 | Orleans |
| Babin | Beverly | F | C | 82 | Orleans |
| Babin, Jr | Justin | M | C | 68 | Jefferson |
| Bacino | Frank | M | C | 82 | Orleans |
| Baham | Christiana | F | C | 71 | Orleans |
| Baham | Warren | M | A | 82 | Orleans |
| Balthazar | Earl | M | C | 72 | Orleans |
| Banks | Joseph | M | A | 81 | St Bernard |
| Banta | Lillian | F | C | 88 | St Bernard |
| Barcellona | Walter | M | C | 62 | St Bernard |
| Barnes | Samuel | M | A | 73 | Orleans |
| Batieste Jr | Arthur | M | A | 78 | Orleans |
| Batiste | Lawrence | M | A | 84 | Orleans |
| Batiste | Shirley | F | A | 73 | Orleans |
| Baulden | Irene | F | A | 79 | Orleans |
| Baumgartner | George | M | C | 95 | Orleans |
| Baxter | William | M | C | 60 | Orleans |
| Beard | Ella | F | A | 94 | Orleans |
| Beard | Sonia | F | A | 50 | Orleans |
| Beason, Sr | Arzell | M | A | 78 | Orleans |





| | | | | | |
|---|---|---|---|---|---|
| Beatty | Gladys | F | C | 84 | Orleans |
| Benjamin | Mary | F | A | 63 | Orleans |
| Benjamin | Nercile | M | A | 82 | Orleans |
| Benjamin | Sterling | M | A | 38 | Orleans |
| Bennett | Carmen | F | H | 56 | St Bernard |
| Bennett | Edith | F | C | 84 | Orleans |
| Berger | Harry | M | C | 84 | Orleans |
| Betzer | Carol | F | C | 72 | Orleans |
| Bilich | Inez | F | C | 87 | Orleans |
| Blackwell | Katherine | F | C | 76 | Orleans |
| Blanchard | Herbert | M | A | 82 | Orleans |
| Blancher | Lawrence | M | C | 79 | Orleans |
| Blancher | Marjorie | F | C | 80 | Orleans |
| Blappert | Gloria | F | C | 81 | Orleans |
| Blutcher | Nettie | F | A | 94 | Orleans |
| Bohnet | Gloria | F | C | 80 | Orleans |
| Bonono | Anna Mae | F | C | 85 | Orleans |
| Bonono | Luke | M | C | 80 | Orleans |
| Boone | Willie | F | A | 80 | Orleans |
| Borges | Errol | M | C | 64 | Jefferson |
| Borne | Samuel | M | A | 73 | Orleans |
| Bosarge | Sarah | F | C | 81 | St Bernard |
| Boss | Bulah | F | A | 51 | Orleans |
| Bourgeois | Joe Lynn | F | C | 57 | Jefferson |
| Bournes | Rayfield | M | A | 54 | Orleans |
| Bowie | Xavier | M | A | 57 | Orleans |
| Bowser | Gloria | F | A | 81 | Orleans |
| Boyd | Arthur | M | A | 48 | Orleans |
| Boyd | Loretta | F | C | 77 | St Tammany |
| Boyle | Eugenie | F | C | 40 | St Bernard |
| Breaux | Eunice | F | C | 76 | St Bernard |
| Breckenridge | Helen | F | A | 77 | Orleans |
| Bridges | Chris | M | A | 34 | Orleans |
| Brinston | Johnny | M | A | 67 | Orleans |
| Brossette | Joseph | M | C | 81 | Orleans |
| Brouchard | Alma | F | C | 83 | Orleans |
| Brouwer | Mabel | F | C | 70 | Orleans |
| Brown | Gerald | M | A | 48 | Orleans |
| Brown | Laurence | M | A | 79 | Orleans |
| Brown | Roosevelt | M | A | 78 | Orleans |
| Brumfield, Sr. | Danny | M | A | 45 | Orleans |
| Brumfield | Mattie | F | A | 70 | Orleans |
| Buckner | Selina | F | A | 97 | Orleans |
| Buras | Lloyd | M | C | 92 | Orleans |
| Burgess | Jannie | F | A | 79 | Orleans |
| Burke | Mary | F | C | 81 | Orleans |
| Burke | Thomas | M | C | 48 | St Bernard |
| Burns | Evelyn | F | C | 97 | St Bernard |
| Burns | Winnie | F | A | 91 | Orleans |
| Buse | Owen | M | C | 68 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Butler | Alex | M | A | 68 | Orleans |
| Butler | Benny | M | A | 72 | St Bernard |
| Butler | Leroy | M | A | 59 | St Bernard |
| Byrd | June | M | A | 72 | Orleans |
| Caixeta | Benilda | F | H | 55 | Orleans |
| Caliste | Frank | M | A | 81 | Orleans |
| Campieri | Joseph | M | C | 88 | Orleans |
| Capetillo | Patsy | F | H | 94 | Orleans |
| Carpenter | Claude | M | C | 61 | Jefferson |
| Carson | Nathaniel | M | A | 49 | Orleans |
| Casby | James | M | A | 52 | Jefferson |
| Casimire | Louise | F | N.Am | 83 | Orleans |
| Castle | Issac | M | A | 58 | Orleans |
| Cevasco | Irma | F | C | 74 | Orleans |
| Chambers | Frank | M | C | 72 | St Bernard |
| Charles | Donald | M | A | 52 | Orleans |
| Cherrie | Onelia | F | A | 91 | Orleans |
| Chester | Ricky | M | A | 45 | Jefferson |
| Clifton | Warren | M | A | 71 | Orleans |
| Coleman | Arnecker | F | A | 35 | Orleans |
| Coleman | Darrel | M | A | 54 | Orleans |
| Coleman | Johnnie | M | A | 76 | Orleans |
| Coleman | Thomas | M | A | 80 | Orleans |
| Collins | Ethel | F | A | 85 | Orleans |
| Collins | Lylton | M | A | 60 | Orleans |
| Comes | Guy | M | C | 91 | Orleans |
| Common | Clarence | M | A | 85 | Orleans |
| Cooley | Wilmer | M | A | 80 | Orleans |
| Cook | Myrtle | F | A | 58 | Orleans |
| Cosse | Walter | M | C | 30 | St Bernard |
| Cotham | Donna | F | C | 41 | Jefferson |
| Cousins | Adele | F | C | 81 | St Bernard |
| Cowsill | Barry | M | C | 50 | Orleans |
| Couvillion | Ned | M | C | 53 | St Bernard |
| Cox | Frances | F | C | 77 | St Bernard |
| Cox | Ronald | M | C | 72 | Orleans |
| Cronan | George | M | C | 74 | Orleans |
| Cronan | Mary | F | C | 78 | Orleans |
| Crutchfield | Wessie | F | A | 73 | Washington |
| Cummings | Norman | M | A | 75 | Orleans |
| Cuquet | Nicholas | M | C | 79 | Orleans |
| Dabon | Stella | F | A | 68 | Orleans |
| D'Arcangelo | Frank | M | C | 66 | Orleans |
| Daigle | Irene | F | C | 83 | St Bernard |
| Dalier | Amelie | F | C | 81 | Orleans |
| Dang | Kan Thi | F | AP | 95 | Orleans |
| Darsam | Mary | F | C | 83 | St Bernard |
| Davis | Calvin | M | A | 77 | Orleans |
| Davis | Donise | F | A | 28 | Orleans |
| Davis | George | M | A | 69 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Davis | John | M | A | 59 | Orleans |
| Davis | Rosemary | F | C | 78 | St Bernard |
| Davis | Tanner | M | A | 84 | Orleans |
| Dawson | Elaine | F | A | 59 | Orleans |
| Day | Duffey | M | A | 72 | Orleans |
| Deadman | William | M | C | 71 | Orleans |
| Deamer | Ella | M | A | 72 | Orleans |
| Deamer | Leslie | M | A | 92 | Orleans |
| Dear | Herman | M | A | 57 | Orleans |
| Deblanc | Elva | F | C | 92 | Orleans |
| Decour | Evangeline | F | A | 76 | Orleans |
| Dees | Clinton | M | A | 60 | Orleans |
| Delafosse | Robert | M | C | 39 | St Bernard |
| Delatte | Zerelda | F | C | 72 | St Bernard |
| Delaune | Alan | M | C | 51 | St Bernard |
| Deluca | John | M | C | 77 | Orleans |
| Denley | Jane | F | C | 80 | St Bernard |
| Dennis | Maggie | F | A | 89 | Orleans |
| Depascual | Agnes | F | C | 81 | St Bernard |
| Dexter, Jr. | Robert | M | C | 63 | Orleans |
| Dickerson | Lawrence | M | A | 22 | Orleans |
| Dieck | Milton | M | C | 85 | Orleans |
| Dimambro | Roger | M | C | 63 | Orleans |
| Dinwiddie | Blanche | F | A | 71 | Jefferson |
| Dorsey | Kerney | F | A | 85 | Orleans |
| Dreher | Katie | F | C | 90 | Orleans |
| Drury | Rita | F | C | 49 | Orleans |
| Ducre | Margaret | F | A | 82 | Orleans |
| Dugar | Ethel | F | A | 61 | Orleans |
| Dugas | Edward | M | C | 80 | St Bernard |
| Duhon | Harrison | M | C | 84 | St Bernard |
| Duhon | Septeme | M | A | 68 | Orleans |
| Dunn | John | M | A | 49 | Orleans |
| Dupas | Harold | M | A | 77 | Orleans |
| Dupor | Gladys | F | A | 51 | Orleans |
| Duvernay | Lorraine | F | A | 79 | Orleans |
| Dyer | Mary | F | A | 72 | Orleans |
| Eaton | Patsy | F | C | 58 | St Bernard |
| Ebanks | Kemron | M | A | 74 | Orleans |
| Edwards | Harry | M | A | 64 | East Baton Rouge |
| Edwards | Joseph | M | A | 45 | Orleans |
| Edwards | Lorraine | F | A | 58 | Orleans |
| Edwards | Marjorie | F | A | 85 | Orleans |
| Eleby | Clementine | F | A | 78 | Orleans |
| Ellis | Amelia | F | A | 71 | Orleans |
| Embry | Russell | M | C | 54 | St Bernard |
| Emerson | Joan | F | C | 57 | St Bernard |
| England | Robert | M | A | 56 | Orleans |
| Estarlich | Michael | M | H | 80 | Orleans |
| Ester | Edward | M | A | 76 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Ester | Feado | M | A | 87 | Orleans |
| Estes | Gregory | M | A | 35 | Orleans |
| Evans | Daniel | M | A | 86 | Orleans |
| Everett | Emmett | M | A | 61 | Orleans |
| Ewale | Tesfalidet | M | A | 66 | Orleans |
| Fahrenholtz | Helen | F | C | 91 | St Bernard |
| Falcone | Michael | M | C | 56 | Jefferson |
| Falley | George | M | A | 90 | Orleans |
| Falley | Shirley | F | A | 73 | Orleans |
| Farzande | Ervin | M | AP | 44 | St Bernard |
| Farzande | John | M | AP | 48 | St Bernard |
| Fazande | Alvin | M | A | 78 | Orleans |
| Fazande | Bernadette | F | A | 78 | Orleans |
| Ferguson | Shelly | F | C | 50 | Orleans |
| Flemming | Clarence | M | C | 64 | Orleans |
| Flint | Prosper | M | A | 77 | Orleans |
| Ford | Alma | F | A | 46 | Orleans |
| Forrest | Hubert | M | C | 86 | Orleans |
| Francis | Ella | F | A | 94 | Orleans |
| Francois | Benjamin | M | A | 99 | Orleans |
| Frazier | Ruby | F | A | 76 | Orleans |
| Freeman | Ethel | F | A | 91 | Orleans |
| Frischertz | Maxine | F | C | 84 | St Bernard |
| Fuhrmann | Caroline | F | C | 92 | Jefferson |
| Funk | Robert | M | C | 60 | Jefferson |
| Gabriel | Eldridge | M | A | 95 | Orleans |
| Gagliano | Charles | M | C | 81 | St Bernard |
| Gagliano | Shirley | F | C | 71 | St Bernard |
| Gaillourd | Wallace | M | C | 76 | Orleans |
| Galatas, Jr | Arthur | M | C | 81 | St Bernard |
| Gallodoro | Tufanio | M | C | 82 | St Bernard |
| Gardener | Mario | M | C | 54 | St Bernard |
| Garrison | Marguerite | F | A | 88 | Orleans |
| Gastinell | Ellery | M | A | 45 | Orleans |
| Gauthier | Ruby | F | A | 80 | Orleans |
| Gayle | Shirley | F | A | 73 | Orleans |
| Gibson | Robert | M | A | 85 | Orleans |
| Gilmore | Ernest | M | A | 51 | Orleans |
| Giuffre | Vincent | M | C | 87 | Orleans |
| Godwin | Catherine | F | C | 61 | St Bernard |
| Godwin | Thelma | F | C | 81 | St Bernard |
| Goffner | Preston | M | A | 59 | Orleans |
| Gonzalez | Dulce Maria | F | H | 80 | Orleans |
| Gonzalez | Maria Delos Angeles | F | H | 52 | Orleans |
| Gonzalez | Rosa | F | H | 74 | Orleans |
| Gordon | Mary | F | C | 51 | Orleans |
| Gourgues | Mary | F | C | 81 | St Bernard |
| Grant | Marcus | M | A | 57 | Orleans |
| Greathouse | David | M | C | 48 | Jefferson |
| Green | Joyce | F | A | 73 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Green | Marion | F | A | 69 | Orleans |
| Green | Rita | F | C | 84 | St Bernard |
| Green | Shanai | F | A | 3 | Orleans |
| Gregg | William | M | C | 76 | St Bernard |
| Griffith | Lorraine | F | A | 64 | Orleans |
| Grimes | Ayrie | M | A | 93 | Orleans |
| Grunik | George | M | C | 72 | St Bernard |
| Gueydan | John | M | C | 81 | Orleans |
| Guillory | Robert | M | A | 51 | Orleans |
| Gulotta | Charles | M | C | 74 | Orleans |
| Gulotta | Dorothy | F | C | 63 | Orleans |
| Gurtner | Ura | F | C | 85 | St Bernard |
| Hackett | Gertrude | F | A | 69 | Orleans |
| Hains | Gilda | F | A | 50 | Orleans |
| Hall | Azemo | M | A | 78 | Orleans |
| Hall | Carrie | F | A | 78 | Orleans |
| Hall | Raymond | M | A | 89 | Orleans |
| Hamilton | Mary | F | A | 79 | Orleans |
| Hardeman | Iris | F | A | 51 | Orleans |
| Harold | Rosa | F | C | 65 | Orleans |
| Harris | Pearl | F | A | 100 | Orleans |
| Harris | Rudulph | M | A | 73 | Orleans |
| Hart | Martha | F | C | 64 | Orleans |
| Hartdegend | Shirley | F | C | 78 | St Bernard |
| Harvey | Oliver | M | A | 100 | Orleans |
| Hawkins | Mary | F | A | 78 | Orleans |
| Haynes | Paul | M | A | 78 | Orleans |
| Haywood | Mattie | F | A | 85 | Orleans |
| Hebert | Isabelle | F | A | 52 | Orleans |
| Hebert | Wilbur | M | C | 67 | St Bernard |
| Henry | Edmond | M | A | 97 | Orleans |
| Henry | Gladys | F | A | 83 | Orleans |
| Henry | Janice | F | A | 53 | Orleans |
| Henry | Thomas | M | A | 55 | Orleans |
| Herbert | Ethel | F | A | 82 | Orleans |
| Herndon | Rosemary | F | C | 75 | St Bernard |
| Heyl | Norris | F | C | 79 | Orleans |
| Hilborn | Jules | M | C | 86 | Orleans |
| Hilliard | Kevin | M | A | 43 | Orleans |
| Hingle | Celeste | F | C | 85 | Plaquemines |
| Hingle | Dorothy | F | C | 83 | St Bernard |
| Hinkel | Audrey | F | C | 72 | Orleans |
| Holland | Dorothy | F | C | 80 | Orleans |
| Holloman | Dorothy | F | A | 68 | Orleans |
| Holloway | Delia | F | A | 82 | Orleans |
| Holmes | Vincent | M | A | 47 | Orleans |
| Holton | Alma | F | A | 95 | Orleans |
| Hose | Amelia | F | C | 102 | Orleans |
| Hotard | Bonafacia | F | H | 77 | Jefferson |
| Howard | Lethea | F | A | 57 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Howley | John | M | C | 44 | Jefferson |
| Huard | George | M | C | 91 | St Bernard |
| Humphrey | Adella | F | H | 89 | Orleans |
| Humphrey | Daisy | F | A | 89 | Orleans |
| Humphrey | Lloyd | M | A | 93 | Orleans |
| Husband | Herman | M | A | 47 | Orleans |
| Hutcherson, Jr. | George | M | C | 78 | Orleans |
| Hymel | Daryl | M | C | 50 | Orleans |
| Hymel | Edgar | M | C | 50 | Orleans |
| Hutzler | Alice | F | C | 90 | St Bernard |
| Jachim | Robert | M | C | 83 | Orleans |
| Jacko | Karnettia | F | A | 26 | Orleans |
| Jackson | Alcede | M | A | 83 | Orleans |
| Jackson | Antonia | F | A | 90 | Orleans |
| Jackson | Eddie | M | A | 97 | Orleans |
| Jackson | Elizabeth | F | A | 81 | Orleans |
| Jackson | Emelda | F | A | 78 | Orleans |
| Jackson | Ernestine | F | A | 64 | Orleans |
| Jackson | Gladys | F | A | 95 | Orleans |
| Jackson | James | M | A | 75 | Orleans |
| Jackson | James | M | A | 47 | Jefferson |
| Jackson | Myrtle | F | A | 75 | Orleans |
| Jackson | Rocksey | F | A | 65 | Orleans |
| Jackson | Rosa | F | A | 86 | East Baton Rouge |
| Jackson | Royal | M | A | 80 | Orleans |
| Jackson | Russell | M | A | 63 | Orleans |
| Jacksn-Daly | Nora | F | A | 83 | Orleans |
| Jacques | Dorothy | F | A | 87 | Orleans |
| James, Sr | Arthur | M | A | 54 | Orleans |
| James | Geneva | F | A | 98 | Jefferson |
| James | Gertie | F | A | 87 | Orleans |
| James | Keith | M | A | 47 | Orleans |
| James | Michael | M | A | 31 | Orleans |
| Jefferson | Aleria | F | A | 69 | Orleans |
| Jenkins | Georgia | F | C | 57 | St Bernard |
| Jenkins | Joseph | M | C | 57 | St Bernard |
| Jenkins | Thomas | M | A | 64 | Orleans |
| Johns | Delores | F | A | 45 | Orleans |
| Johns | Lydia | F | C | 82 | Orleans |
| Johnson | Althea | F | A | 60 | Orleans |
| Johnson | Gerald | M | A | 34 | Orleans |
| Johnson | Geraldine | F | A | 57 | Orleans |
| Johnson | James | M | A | 47 | Orleans |
| Johnson | John | M | A | 76 | Orleans |
| Johnson | Mabel | F | C | 88 | St Bernard |
| Johnson | Mary | F | A | 68 | Orleans |
| Johnson | Preston | M | A | 25 | Unknown |
| Johnson | Willie | M | A | 59 | Orleans |
| Johnston | Anthony | M | C | 96 | Orleans |
| Jolly | Thomas | M | C | 85 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Jones | Anthony | M | A | 32 | Orleans |
| Jones | Ella | F | C | 80 | Orleans |
| Jones, Sr | Cornelius | M | A | 79 | Jefferson |
| Jones | George | M | A | 86 | Orleans |
| Jordan | Vicki | F | C | 38 | St Bernard |
| Joseph | Mayola | F | A | 47 | Orleans |
| Joseph | Ruby | F | A | 94 | Orleans |
| Kafoed | Malcolm | M | C | 88 | Jefferson |
| Keelen | Salvadore | M | A | 62 | Orleans |
| Keiffer, Sr | Armstead | M | A | 62 | Orleans |
| Keller | Darryl | M | A | 51 | Orleans |
| Keller | Raymond | M | A | 52 | Orleans |
| Kennerson | Joey | M | A | 13 | Orleans |
| Kessner | John | M | C | 60 | St Bernard |
| Kinard | Shelton | M | A | 55 | Orleans |
| Kingston | Nathaniel | M | A | 83 | Orleans |
| Kinsey | Gretta | F | A | 61 | Orleans |
| Knight | Iris | F | C | 76 | St Bernard |
| Knight | Jimmie | M | A | 75 | Orleans |
| Kramer | Mildred | F | C | 85 | Orleans |
| Krause | Claris | F | C | 87 | St Bernard |
| Krennerich | Edith | F | C | 84 | St Bernard |
| Kuyt | Peter | M | C | 75 | Orleans |
| Labanca | Carmen | F | C | 95 | Orleans |
| LaBasse | Daniel | M | C | 78 | Orleans |
| Labat | Mary | F | C | 84 | St Bernard |
| LaCarbiere | John | M | A | 46 | Orleans |
| Lachney | Clifton | M | C | 71 | Orleans |
| Lachney | Jeffrey | M | C | 28 | Orleans |
| LaCoste | Althea | F | A | 73 | Orleans |
| Laddin | Ronald | M | C | 64 | Orleans |
| Lafayette | James | M | A | 97 | Orleans |
| Lagasse | Merle | F | C | 76 | Orleans |
| Lainez | Albertine | F | A | 86 | Orleans |
| Lala | Athea | F | C | 76 | Orleans |
| Lala | George | M | C | 74 | Orleans |
| Landry | Carla | F | A | 44 | Orleans |
| Landry-Prevost | Lilitha | F | A | 39 | St John |
| Landry | Muronda | F | A | 34 | Orleans |
| Landry | Neomi | F | A | 78 | Orleans |
| Larive | Lurnice | M | A | 83 | Orleans |
| Larive | Leroy | M | C | 85 | Orleans |
| Larmeu | Elvera | F | C | 84 | Orleans |
| Larre | Helen | F | C | 91 | St Bernard |
| Lastie | Cynthia | F | A | 48 | Orleans |
| Latino | Marie | F | A | 20 | Orleans |
| Laudumiey | Mathilde | F | C | 55 | Orleans |
| Laur | John | M | C | 85 | Orleans |
| Lawrence | Willie | M | A | 47 | Orleans |
| Lawrence | Wesley | M | A | 49 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Leblanc | Gladys | F | C | 89 | St Bernard |
| LeBourgeois | Julia | F | C | 75 | Orleans |
| Lee | Simon | M | C | 88 | Orleans |
| Levasseur | Carl | M | C | 49 | Orleans |
| Lewis | Doneika | F | A | 14 | Orleans |
| Lewis | Nicole | F | A | 36 | Orleans |
| Lewis | Patricia | F | A | 53 | Orleans |
| Lewis | Rickie | M | A | 53 | Orleans |
| Lind | Mary | F | C | 91 | St Bernard |
| Liuzza | Dominique | F | C | 53 | St Bernard |
| Long | James | M | C | 56 | Orleans |
| Lonon | Mary | F | A | 87 | Orleans |
| Lopez | Frank | M | C | 60 | Orleans |
| Lopez | Todd | M | H | 42 | St Bernard |
| Lott | Shirley | M | C | 93 | St Bernard |
| Louper | Edmund | M | A | 75 | Orleans |
| Louros | Harry | M | C | 90 | St Bernard |
| Love, Sr | Herbie | M | A | 45 | Orleans |
| Lozes | Martha | F | C | 85 | Orleans |
| Lucas | Gregory | M | A | 48 | Orleans |
| Lurie | Linda | F | C | 72 | Orleans |
| Lynch | Elizabeth | F | C | 87 | Orleans |
| Lyons | Leola | F | A | 71 | Orleans |
| Madison | Ronald | M | A | 40 | Orleans |
| Mahaney | Peggy | F | C | 74 | St Bernard |
| Major | Frankie | M | A | 47 | Orleans |
| Major | Joseph | M | A | 39 | St Bernard |
| Mancuso | Mary | F | C | 87 | Orleans |
| Manuel | Jacqueline | F | A | 65 | Orleans |
| Marcellas | Willia | F | A | 90 | Orleans |
| Mares | Shirley | F | C | 81 | St Bernard |
| Maurino | Louise | F | C | 45 | Orleans |
| Marks | George | M | A | 74 | Orleans |
| Marsala | Edna | F | C | 95 | Orleans |
| Marshall, Jr | John | M | A | 66 | Orleans |
| Martin | Cecile | F | C | 95 | Orleans |
| Martin | Mary | F | A | 68 | Orleans |
| Martin | Plummie | F | A | 92 | Orleans |
| Martinez | Willie | M | A | 84 | Orleans |
| Martinolich | August | M | C | 68 | St Bernard |
| Masino | Joyce | F | C | 82 | Orleans |
| Mason | Arthur | M | C | 88 | Orleans |
| Matthews | Rendy | F | A | 86 | Orleans |
| May | Jessie | F | A | 79 | Orleans |
| Mayfield | Irvin | M | A | 64 | Orleans |
| Mayfield | Lee | M | A | 41 | Orleans |
| Mc Caddy | Paul | M | A | 69 | Orleans |
| Mc Cray | William | M | A | 71 | Orleans |
| Mc Donald | Matthew | M | C | 41 | Out Of State |
| Mcguire | Joyce | F | C | 77 | St Bernard |

| | | | | | |
|---|---|---|---|---|---|
| Mc Manus | Wilda | F | A | 70 | Orleans |
| McWilliams | Darrell | M | A | 48 | Orleans |
| Mejia | Lidia | F | O | 84 | Orleans |
| Melancon | Ethel | F | C | 90 | Jefferson |
| Melerine | Lucille | F | C | 85 | St Bernard |
| Meyer | Earl | M | C | 80 | St Bernard |
| Meyer | Helen | F | C | 79 | St Bernard |
| Meyer | Shirley | F | C | 83 | St Bernard |
| Migllore | Rose | F | C | 80 | Orleans |
| Milanez | George | M | A | 59 | Orleans |
| Miller, Sr | Arthur | M | A | 78 | St Bernard |
| Miller | Willie | M | A | 82 | Orleans |
| Montalbano | Helen | F | C | 85 | St Bernard |
| Moore | Mary | F | A | 64 | Orleans |
| Mora | Edward | M | A | 56 | Orleans |
| Morales | Laureta | F | C | 92 | St Bernard |
| Morang | Robert | M | C | 70 | Orleans |
| Morant | Mary | F | A | 52 | Orleans |
| Moreland | Ned | M | A | 81 | Orleans |
| Morrow | Curtis | M | A | 60 | St Bernard |
| Mortellaro | Helen | F | C | 83 | Orleans |
| Mosby | Veola | F | A | 79 | Orleans |
| Mosgrove | Stephen | M | C | 60 | St Bernard |
| Moss | Roy | M | A | 55 | Orleans |
| Muhoberac | Matthew | M | C | 79 | St Bernard |
| Mullen | Matilda | F | C | 78 | Orleans |
| Mumphrey | Joel | F | C | 76 | St Bernard |
| Muse | Johnathan | M | A | 18 | Orleans |
| Napoleon | William | M | A | 60 | Orleans |
| Navis | Frances | F | C | 80 | St Bernard |
| Neely | Michael | M | C | 52 | Orleans |
| Nelson | Elaine | F | C | 90 | Jefferson |
| Nettles | Ashley | F | A | 10 | Orleans |
| Nicholas | Joseph | M | A | 83 | Orleans |
| Nora | Edward | M | A | 66 | Orleans |
| Northon | Olga | M | C | 92 | Orleans |
| Norwood | Mary | F | A | 71 | Orleans |
| O'Connor | Fabiola | F | C | 85 | St Bernard |
| Olivier | Helen | F | C | 82 | Orleans |
| Olsen | Mary | F | C | 78 | Orleans |
| Orduna | Louis | M | C | 90 | Orleans |
| Owney | Bernadine | F | A | 61 | Orleans |
| Pace | Maria | F | C | 79 | Orleans |
| Parker | George | M | A | 56 | Orleans |
| Parker | Janet | F | C | 88 | St Bernard |
| Parker | Margaret | F | C | 62 | St Tammany |
| Parker | Rose | F | C | 83 | Orleans |
| Parr | Carol Ann | F | C | 59 | St Bernard |
| Parr | Norman | M | C | 69 | St Bernard |
| Perkins | George | M | A | 78 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Pelitere | Peter | M | C | 70 | Jefferson |
| Pereira | Yvette | F | C | 54 | Orleans |
| Perret | Helen | F | C | 90 | St Bernard |
| Peters | Jerry | M | A | 64 | Orleans |
| Peters | Reynette | F | A | 87 | Orleans |
| Peyton | Virginia | F | C | 68 | Orleans |
| Phillips | Beverly | F | A | 65 | Orleans |
| Phillips | Winston | M | A | 81 | Orleans |
| Pichon | Dorothy | F | C | 76 | Orleans |
| Pierre | Ernest | M | A | 68 | Orleans |
| Pierre | Juanita | F | A | 69 | Orleans |
| Pinkney | Thelma | F | C | 76 | Orleans |
| Pino | Rosemary | F | C | 83 | St Bernard |
| Platt | Louise | F | C | 63 | Orleans |
| Poissenot | Emile | M | C | 89 | St Bernard |
| Poladura | Helen | F | C | 86 | Orleans |
| Polmer | Rachel | F | C | 64 | Orleans |
| Ponseti | Marvin | M | C | 75 | Orleans |
| Porter | William | M | A | 75 | Orleans |
| Preston | Leon | M | A | 70 | Orleans |
| Price | Douglas | M | A | 43 | Orleans |
| Price | Julius | M | A | 22 | Orleans |
| Prima | Joseph | M | C | 86 | Orleans |
| Prusinski | Jerome | M | C | 86 | Orleans |
| Rambo | Glenn | M | C | 34 | St Bernard |
| Randall | Gladys | F | C | 81 | St Bernard |
| Randolph | Isaac | M | A | 81 | Orleans |
| Ransom | Verina | F | A | 49 | Orleans |
| Rashkin | Janet | F | C | 80 | St Bernard |
| Rasmussen | Muriel | F | C | 90 | Orleans |
| Ray | Eddie | M | A | 59 | Orleans |
| Reacord | Althea | F | A | 78 | Orleans |
| Reeves | Olampia | F | A | 87 | Orleans |
| Reysack | Richard | M | C | 81 | St Bernard |
| Richard | Edward | M | A | 83 | Orleans |
| Richard | Sandra | F | C | 58 | Orleans |
| Richards | Milton | M | A | 62 | Orleans |
| Richburg | LeJohn | M | A | 60 | Orleans |
| Rickie | Jeanne | F | C | 93 | Orleans |
| Riehm | Elizabeth | F | C | 82 | Jefferson |
| Riehms | Clarise | F | C | 75 | Plaquemines |
| Risper | Leonard | M | A | 74 | Orleans |
| Rivers | Rufus | M | C | 77 | St Bernard |
| Rizzo | Virginia | F | C | 98 | Orleans |
| Roark | Rebecca | F | C | 61 | St Bernard |
| Roberts | Dana | F | C | 43 | Out Of State |
| Robertson | Arthur | M | A | 88 | Orleans |
| Robertson | Ethel | F | A | 84 | Orleans |
| Robichaux | Edward | M | A | 61 | Orleans |
| Robichaux | John | M | A | 91 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Robichaux | Virgie | F | A | 86 | Orleans |
| Robin | Jean | F | C | 78 | Orleans |
| Pizzuto-Robino | Bernice | F | C | 80 | St Bernard |
| Robinson | Bessie | F | A | 64 | Orleans |
| Robinson | Pearl | F | A | 82 | Orleans |
| Rocha | Alberto | M | H | 87 | Orleans |
| Rock | Edgar | M | A | 81 | Orleans |
| Rodgers | Zola | F | C | 77 | Orleans |
| Rodrigue | Eva | F | C | 93 | St Bernard |
| Rodriguez | Jose | M | H | 78 | Orleans |
| Roessler | Guadalupe | F | H | 79 | Orleans |
| Romero | Manuel | M | H | 84 | Orleans |
| Romero | Margarita | F | H | 88 | Orleans |
| Roquevert | Louis | M | C | 79 | Orleans |
| Ross | Elizabeth | F | C | 55 | St Bernard |
| Roy | Eddie | M | A | 63 | Orleans |
| Rulh | Ruth | F | C | 75 | Orleans |
| Russell | John | M | C | 80 | St Bernard |
| Russell | Robert | M | A | 37 | Orleans |
| Ryan | Georgia | F | C | 82 | St Bernard |
| Ryan | Van | M | C | 84 | St Bernard |
| Ryburn | Alma | F | C | 83 | Unknown |
| Saia | Darlene | F | C | 54 | St Bernard |
| Sanfilippo | Antonia | F | C | 79 | St Bernard |
| Sauter | Fritz | M | C | 48 | Orleans |
| Savoca | Nicholas | M | C | 75 | Orleans |
| Savoie | Rose | F | C | 91 | St Bernard |
| Scariano | Louise | F | C | 88 | Orleans |
| Schielder | Anna | F | C | 75 | St Bernard |
| Schiro | Cynthi | F | C | 50 | St Bernard |
| Schiro | Delores | F | C | 87 | St Bernard |
| Schiro, Jr. | Jake | M | C | 54 | St Bernard |
| Schneider | Catherine | F | C | 81 | Orleans |
| Schultz | Irma | F | C | 76 | Orleans |
| Schultz | John | M | C | 78 | Orleans |
| Scott | Austin | M | A | 66 | Orleans |
| Scott | Bereita | F | A | 87 | Orleans |
| Seeger | Elaine | F | C | 90 | Orleans |
| Seifker | Henry | M | C | 70 | St Bernard |
| Sennette | Janie | F | A | 93 | Orleans |
| Serou | Gordon | M | C | 67 | Orleans |
| Serpas | Nellie | F | C | 87 | Orleans |
| Sevalia | Barbara | M | A | 55 | Orleans |
| Sevalia | Victoria | F | A | 93 | Orleans |
| Shanks | Isaac | M | A | 43 | Jefferson |
| Shannon | Edna | F | C | 90 | Orleans |
| Shaw | Jerry | M | A | 46 | Orleans |
| Shaw | William | M | A | 82 | Orleans |
| Shepherd | Walter | M | A | 48 | Orleans |
| Sherman | Lillian | F | C | 92 | Orleans |

| Sherman | Rose | F | A | 88 | Orleans |
|---|---|---|---|---|---|
| Sherman | Scott | M | C | 54 | Orleans |
| Sherrod | Naomi | F | C | 84 | Orleans |
| Signal | Pamela | F | A | 41 | Orleans |
| Simmons | Arthur | M | A | 91 | Orleans |
| Simmons, Jr | Levie | M | A | 69 | Orleans |
| Simon | Richard | M | A | 53 | Orleans |
| Simpson | Mary | F | C | 60 | St Bernard |
| Sindibaldi | Albert | M | C | 87 | Orleans |
| Singagliese | Brian | M | A | 34 | Out Of State |
| Singelmann | Pauline | F | C | 84 | Orleans |
| Singleton | Bennie | M | A | 74 | Orleans |
| Sires | Louise | F | C | 93 | St Bernard |
| Smallwood Jr | Matthew | M | A | 62 | St Bernard |
| Smith | Darren | M | A | 44 | Orleans |
| Smith | Elvira | F | H | 66 | Orleans |
| Smith | Freddie | M | A | 61 | St Bernard |
| Smith | John | M | A | 48 | Orleans |
| Smith | Lincoln | M | A | 80 | Orleans |
| Smith | Marsha | F | C | 57 | Jefferson |
| Smooth | Ersell | F | A | 33 | Orleans |
| Smith | Velzie | F | A | 84 | Orleans |
| Smooth | Kendra | F | A | 16 | Orleans |
| Smooth | Kendricka | F | A | 18 | Orleans |
| Snowden | Cynthia | F | C | 46 | Orleans |
| Sparks | Edward | M | A | 54 | Orleans |
| Sparks | Susie | F | A | 46 | Orleans |
| Spichiger | Jean | M | H | 69 | Orleans |
| St Pe | Robert | M | C | 60 | Orleans |
| Stafford, Sr | Henry | M | C | 63 | St Bernard |
| Stafford | Joseph | M | A | 65 | Orleans |
| Stafford | Mary | F | C | 78 | Orleans |
| Starks | Edward | M | A | 58 | Orleans |
| Sterns | Marian | F | C | 56 | St Bernard |
| Stevens | Eleanor | F | C | 84 | Orleans |
| Stewart | Charles | M | C | 68 | Orleans |
| Stewart | Karl | M | A | 39 | Orleans |
| Stewart | Onita | F | A | 70 | Orleans |
| Stieber | Marian | F | C | 79 | Orleans |
| Stieber | Raymond | M | C | 89 | Orleans |
| Stipelcovich | Betty | F | C | 51 | Plaquemines |
| Strong | Nelia | F | A | 87 | Orleans |
| Sullivan | John | M | C | 37 | St Bernard |
| Sutton | Edith | F | A | 85 | Orleans |
| Swan | Alvin | M | C | 68 | Jefferson |
| Swiber | Madeline | F | C | 69 | Orleans |
| Sylvester | Patricia | F | A | 50 | Orleans |
| Tate | Allen | M | A | 56 | Orleans |
| Taitt | Herman | M | A | 83 | Orleans |
| Tappan | Donald | M | C | 73 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Taylor | Ronald Lee | M | A | 51 | Unknown |
| Temple | Tommie | M | A | 68 | Orleans |
| Thibodeaux | Emma | F | C | 0 | St Tammany |
| Teno | Joseph | M | A | 62 | Orleans |
| Thomas | Earl | M | A | 87 | Orleans |
| Thomas | Meddie | M | A | 61 | Orleans |
| Thomas | Rodney | M | A | 82 | Orleans |
| Thomas | Shelly | M | A | 52 | Orleans |
| Thomason | Michael | M | C | 51 | St Bernard |
| Thomopolous | Donna | F | C | 62 | St Bernard |
| Thompson | Charles | M | A | 58 | Orleans |
| Thompson | Minnie | F | C | 80 | Orleans |
| Thornton | Lillie | F | A | 99 | Orleans |
| Thrift | Carl | M | A | 57 | Orleans |
| Tidwell | Rosalie | F | C | 83 | Orleans |
| Tidwell | Roy | F | C | 82 | Orleans |
| Tobias | Daisy | F | A | 53 | Orleans |
| Torrence | George | M | C | 43 | St Bernard |
| Toups | Alice | F | C | 82 | Orleans |
| Toups | Beulah | F | C | 94 | Jefferson |
| Name withheld at the family's request. | | M | C | 92 | Orleans |
| Tran | Hong | M | AP | 71 | Orleans |
| Trentecosta | Mary | F | C | 77 | St Bernard |
| Turner | Ebert | M | A | 74 | Orleans |
| Turner | John | M | C | 63 | Orleans |
| Turner | Meaher | M | C | 85 | Orleans |
| Ulmer | James | M | A | 70 | Orleans |
| Urquhart | Anna | F | C | 75 | Orleans |
| Valteau | Wendell | M | A | 58 | Orleans |
| Varnado | Aden | F | A | 74 | Orleans |
| Varnado | Willa Mae | F | A | 67 | Orleans |
| Vaughn | Pamela | F | A | 53 | Orleans |
| Veal | Mable | F | A | 74 | Orleans |
| Venison | Lee | M | A | 65 | Orleans |
| Verret | Almeda | F | C | 73 | St Bernard |
| Vidrios | Inez | F | C | 81 | St Bernard |
| Wagner | Mary | F | C | 94 | Orleans |
| Walker | Shirley | F | C | 65 | Orleans |
| Walker | Willie | M | A | 78 | Orleans |
| Waller | Genevieve | F | C | 48 | Jefferson |
| Warden | Rita | F | C | 83 | Orleans |
| Warren | James | M | A | 67 | Orleans |
| Washington | Celina | F | A | 70 | Orleans |
| Washington | James | M | A | 60 | Orleans |
| Washington | Rita | F | A | 82 | Orleans |
| Watson | Iretha | F | A | 89 | Orleans |
| Watson | Monroe | M | A | 69 | Orleans |
| Watts | Wilbur | M | C | 84 | Orleans |
| Weathers | James | M | C | 29 | Orleans |
| Weathersby | Mary | F | A | 96 | Orleans |

| | | | | | |
|---|---|---|---|---|---|
| Weathersby | Maurice | M | A | 50 | Orleans |
| Weaver | James | M | C | 83 | Orleans |
| Webster | Phyllis | F | A | 60 | Orleans |
| Webster | Thomas | M | A | 77 | Orleans |
| Wesley | Harrison | M | A | 92 | Orleans |
| White | Helen | F | A | 54 | Orleans |
| Wickem | Joan | F | A | 60 | Jefferson |
| Wilder | James | M | A | 72 | Orleans |
| Williams | Audrey | F | A | 71 | Orleans |
| Williams | Clarence | M | A | 56 | Orleans |
| Williams | David | M | A | 74 | Orleans |
| Williams | George | M | A | 77 | Orleans |
| Williams | Joseph | M | A | 73 | Orleans |
| Williams | Lawrence | M | A | 56 | Orleans |
| Williams | Lionel | M | A | 49 | Orleans |
| Williams Jr | Paul | M | A | 60 | Orleans |
| Williams | Rosetta | F | A | 79 | Orleans |
| Williams | Roy | M | A | 19 | Orleans |
| Williams | Walter | M | A | 61 | Orleans |
| Williams | Yolanda | F | A | 50 | Orleans |
| Wilson | Madge | F | A | 83 | Orleans |
| Wilson | Raymond | M | A | 63 | Orleans |
| Wimberly | Hattie | F | A | 65 | Orleans |
| Woods | Alphonse | M | A | 77 | Orleans |
| Woods | Samuel | M | A | 72 | Orleans |
| Wright | Joseph | M | C | 89 | Orleans |
| Young | Elzie | M | A | 80 | Orleans |
| Young | Gloria | F | C | 79 | St Bernard |
| Young | John | M | A | 44 | Orleans |
| Young | Lynus | M | C | 85 | Orleans |
| Young | Robert | M | A | 85 | Orleans |
| Youngblood | Carolyn | F | A | 42 | Orleans |
| Zumpe | Walter | M | C | 85 | Orleans |

**-end-**