UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATION LITIGATION | * | |
| | * | NO. 05-4182 |
| **PERTAINS TO:** | * | & Consol. Cases |
| (PALMER:  Case No. 06-7540) | * | |
| | * | SECTION "K" |
| | * | MAG. (2) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM**

NOW INTO COURT, through undersigned, come defendant and mover, Aparcio, Walker, & Seeling, Inc., who respectfully requests leave of court to file a Reply Memorandum to plaintiff's Memorandum in Opposition, all for the reasons set forth in the Memorandum in Support hereof.

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ William H. Eckert**
*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone:** *(504) 836-7556*
**Fax:** *(504) 836-7566*
**Email:** **beckert@ungarino-eckert.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  David E. Kavanagh and Charles M. Ponder, III
.

/s/ William H. Eckert
_____
WILLIAM H. ECKERT