**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATION LITIGATION** | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | **& Consol. Cases** |
| **(PALMER:  Case No. 06-7540)** | * | |
| | * | **SECTION "K"** |
| | * | **MAG. (2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion for Leave of Court,

It is hereby ordered that said Motion is Granted and defendant and mover, Aparcio,

Walker, & Seelings, Inc. shall be permitted to file the accompanying Reply Memorandum.

New Orleans, Louisiana, this ___ day of _____, 2006.


_____
JUDGE