UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATION LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: | * | & Consol. Cases |
| (PALMER:  Case No. 06-7540) | * | |
| | * | SECTION "K" |
| | * | MAG. (2) |

**************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

May it please the court

This Memorandum is filed on behalf of defendant and mover, Aparcio, Walker, & Seeling, Inc., (AWS) in support of AWS's Motion for Leave of Court to File Reply Memorandum. AWS seeks leave of court to file a response to plaintiff's Memorandum in Opposition to AWS's Partial Motion for Summary Judgment.

Plaintiff makes very bold and inflammatory argument, unfortunately, to which undersigned counsel feels compelled to respond in order to protect the record.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  David E. Kavanagh and Charles M. Ponder, III
.

/s/ William H. Eckert
_____
WILLIAM H. ECKERT

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ William H. Eckert**
*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**     *(504) 836-7556*
**Fax:**           **(504) 836-7566**
**Email:**         **beckert@ungarino-eckert.com**