

Figure 2.   Selected wind observations and best track maximum sustained surface wind speed curve for Hurricane Katrina, 23-30 August 2005.  Aircraft observations have been adjusted for elevation using 90%, 80%, and 80% reduction factors for observations from 700 mb, 850 mb, and 1500 ft, respectively.  Dropwindsonde observations include actual 10 m winds (sfc), as well as surface estimates derived from the mean wind over the lowest 150 m of the wind sounding (LLM), and from the sounding boundary layer mean (MBL).

24

Figure 5. Pressure observations for Hurricane Katrina.



**Figure 3.** Selected pressure observations and best track minimum central pressure curve for Hurricane Katrina, 23-30 August 2005.

25

Figure 6. Peak gusts of Hurricane Katrina.



26

Figure 7. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (370500).



27

Figure 8. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (375000).



28

Figure 9. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (381600).



29

Figure 10. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (385200).



30

Figure 11. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (385500).



31

Figure 12. Wind field and storm surge hindcast by the COE using the ADCIRC computer model (392400).



32

Figure 13. Maximum storm surge hindcast by the COE using the ADCIRC computer model.



33

Figure 14. Maximum storm surge in the metropolitan New Orleans area hindcast by the COE using the ADCIRC computer model.



34

Figure 15. Observed, computed and design storm surge at several locations along the MRGO levees.



35

Figure 16.  Maximum water levels inside St Bernard Parish occurring during Katrina flooding.



36

Figure 17.  Stage hydrographs for the Lower Ninth Ward and Cahlmette.



37

Figure 18. Hindcast significant wave heights for the area east of the MRGO levees.



38

Figure 19. Hindcast significant wave periods for the area east of the MRGO levees.

Peak Wave Period (sec) at Maximum Wave Height



39

Figure 20. Hindcast wave heights along the MRGO levee.

