



**Soil Testing Engineers, Inc.**

316 HIGHLANDIA DRIVE (70810) • P.O. BOX 83710 (70884) • BATON ROUGE, LOUISIANA
PHONE (225) 752-4790 • FAX (225) 752-4878 • www.STEofLA.com

GORDON P. BOUTWELL, JR., Ph.D.
CHAD M. POCHE, MS
KELLIE T. McNAMARA
KEITH SPAMPNETO
RICARDO de ABREU, Ph.D.

August 14, 2006

*REGISTERED PROFESSIONAL ENGINEERS*

Mr. George Frilot, Esq.
Frilot & Partridge
3600 Energy Center
1100 Poydras
New Orleans, LA   70163

Re:     Expert Report – Flooding Evaluation
        Murphy Oil Tank 250-2 - Meraux, LA
        STB File: 06-1055

Dear Mr. Frilot:

As you authorized on April 5, 2006, the writer has evaluated material relative to the flooding of the Murphy Oil facility following Hurricane Katrina on August 29, 2005.  The writer's assignment was to determine:

1.  Would the water level have been high enough to float Tank 250-2 absent breaching of the flood protection system for the St. Bernard-Lower 9th Ward polder? His conclusion is that levee/floodwall overtopping alone would not cause enough flooding to overtop and erode the tank's Containment Dike and thus float the tank.  Breaching would cause sufficient flooding to cause tank floatation.

2.  Was breaching of the levee/floodwall system of this polder a failure of design and/or construction of the levee/floodwall system?  His conclusion is that it was such a failure.

3.  Who was responsible for design and construction of the levee/floodwall system?  His conclusion was the U. S. Army Corps of Engineers.

4.  Did the Containment Dike around T-250-2 erode before or after the tank floated?  His conclusion was that erosion preceded floatation.

The writer's findings and conclusions are given in more detail in the attached report.  Of course, these conclusions are based on information given to or secured by the writer to date; he reserves the right to modify this report should additional information become available.  It has been a pleasure to work with you and your staff on this project.

Sincerely,
Soil Testing Engineers, Inc.

Gordon P. Boutwell, P. E.

**EXHIBIT**
**C**

GPB/lf

SCANNED

enclosure

GEOTECHNICAL  ENVIRONMENTAL & MATERIALS CONSULTANTS



**STE**
Soil Testing Engineers, Inc.

## EXPERT REPORT BY DR. GORDON P. BOUTWELL, P.E.
### FLOODING EVALUATION
### TANK T-250-2
### MURPHY OIL FACILITY
### MERAUX, LOUISIANA

### EXECUTIVE SUMMARY

The principal findings and conclusions of this evaluation are summarized below for convenience. Details are contained in the Main Body of this report and in its Appendices.

1. **The Tank.** Tank T-250-2 floated out of position because floodwaters from Hurricane Katrina overtopped its Containment Dike (top at elevation +8.0 feet) which surrounded the tank. The 40-Arpent canal levee northeast of Murphy provided a secondary barrier (governing top at +6.5 feet), but the primary flood protection was the federal Hurricane Protection System with its much higher levees.

2. **Overtopping vs Breaching.** A levee or floodwall can be overtopped by a storm surge and/or its waves without failing (breaching). A breach means that the levee top has lost elevation so that water flows through as well as over the original levee section.

3. **Water Sources.** The primary source of the storm surge water which flooded the Murphy facility was the massive breaches along the 14-mile-long Mississippi River-Gulf Outlet (MRGO) Hurricane Levee. This water alone would have topped Murphy's Containment Dike. Secondarily, some flow came over the Intracoastal Waterway (ICWW) levees and through the breaches along the Inner Harbor Navigation Canal (IHNC) by the Lower 9th Ward, and some influence of rainfall.

4. **Flooding.** Analyses by four entities, including the U.S. Army Corps of Engineers (USACE) and one other group not a part of this project, all show that the T-250-2 Containment Dike would not have been overtopped had the various Federal (USACE) levees such as those along the MRGO and IHNC not breached. The floating of T-250-2 was a direct result of levee/floodwall breaching.

5. **Breaching.** All independent investigating teams and, to some extent, the USACE-dominated federal team agree that the levee/floodwall breaches were foreseeable to the designers (USACE) given the knowledge at the time these levees/floodwalls were designed and/or constructed. In fact, some breaching can be laid to specific decisions by the designers to disregard factors which later led to breaching.

6. **Containment Dike.** The Containment Dike around the T-250-2 area was deeply eroded by inflowing water from the breached levees. This erosion occurred as water flowed over the top of the Dike and before the water level within the Containment Area was high enough to float the tank.

7. **Responsibility.** The USACE agrees that they were charged with the responsibility for design and construction of the Hurricane Protection System's levees and floodwalls.



**8.    Qualifications.** The writer is a registered professional civil engineer in the state of Louisiana. He holds a PhD degree in civil engineering and has been practicing in geotechnical engineering (a recognized specialty within civil) in Louisiana for over 40 years. He has published in the field of soil stability. He was a member of the Levee Assessment Team commissioned by the American Society of Civil Engineers to study the New Orleans levee failures, and has continued serving with the National Science Foundation Levee team.



**STE**
Soil Testing Engineers, inc.

## EXPERT REPORT BY DR. GORDON P. BOUTWELL, P.E.
### FLOODING EVALUATION
### TANK T-250-2
### MURPHY OIL FACILITY
### MERAUX, LOUISIANA

## 1.0   INTRODUCTION

### 1.1   ORGANIZATION

This report describes the investigation performed by the writer on this project, and presents his conclusions. Throughout this report, the term "the writer" refers to Dr. Gordon P. Boutwell, P.E. The report is divided into four sections, as follows:

- **Section 1.0 – Introduction.** Describes the nature of the project and the writer's assignment.

- **Section 2.0 - Project Information.** Describes the items of interest, i.e., the pertinent levees/floodwalls, storm surge, Tank 250-2, etc.

- **Section 3.0 - Evaluations.** Presents writer's opinions of the flooding situation with respect to the effects of pure overtopping of the levee/floodwall system as opposed to breaching, and the causes of breaching. The behavior of the Containment Dike is also covered. His reasons for these opinions are included.

- **Section 4.0 – Other.** Presents the writer's qualifications and other information normally requested in a report of this type.

References used by the writer are listed in Appendix A. Some of these also contained information which was not pertinent to the writer's assignment and was not used in forming his opinions. Appendix B contains details of the information in Section 4.0. Appendix C describes the writer's calculations for flooding amounts and depths.

### 1.2   BACKGROUND

Tank 250-2 lies within its own Containment Dike inside the Murphy Oil facility in Meraux, LA. The Murphy Oil facility is within a "polder" (low land surrounded by flood protection barriers) that encompasses St. Bernard Parish and the Lower 9th Ward of New Orleans. This "St. Bernard Polder" is surrounded by floodwalls and levees designed by and built under the supervision of the U. S. Army Corps of Engineers (USACE); see IPET 2006a, IPET 2006b, IPET 2006c (p. I-16). On the morning of August 29, 2005, storm surges and waves from Hurricane Katrina overtopped portions of the St. Bernard Polder flood protection system. This led to breaching, or catastrophic failure, of large portions of this USACE flood protection system (Seed, et.al., 2005, Seed, et.al., 2006, IPET 2006c).



**STE**
Soil Testing Engineers, Inc.

Page 2

As a result, floodwater in the Murphy Oil Facility reached an elevation high enough to overtop and erode the Containment Dike and thus "float" Tank 250-2 out of position; the tank ruptured (Arnold, 2006). This eventually resulted in a release of oil which is the subject of the lawsuit "Turner, et.al vs Murphy."

## 1.3   OVERTOPPING vs BREACHING

These terms will be used frequently in the discussions which follow. "Overtopping" means that water flows over the top of the levee or floodwall. This may or may not lead to "breaching," which is a catastrophic failure of the levee or floodwall. Breaching lowers the top elevations of the levee or floodwall; the amount can be small but frequently drops the top elevation near to, or even below, the bottom elevation of the levee.

If a levee is overtopped but does not breach, the water flow depth is relatively small: the distance from the top of the levee to the top of the water. Also, flow acts only so long as the surge level is above the levee top. Storm surges have relatively short durations. During Katrina, water levels stayed within about 2 feet of their maxima for periods of 2 to 3 hours, typically. Conversely, when a levee breaches fully, flow will continue until the water level inside the levee is equal to that outside the levee. The water column is also much higher than for overtopping, so that the flow rate is far greater. Thus, breaching normally leads to far more flooding than overtopping alone (Kemp, et.al., 2006; IPET, 2006c/p. I-10). Especially in the case of overtopping, flow due to wave action (though sometimes minor) must be considered.

## 1.4   STORM SURGE vs FLOODING

A hurricane's storm surge is a rise of the water level in unprotected waters caused by wind and low atmospheric pressure. A storm surge does not necessarily lead to flooding. The very purpose of the Hurricane Protection System was to keep the storm surge from flooding the areas it "protected." In this report, "storm surge" will refer to the water levels attained at and just *outside* the levees and floodwalls of the Hurricane Protection System. Once water has passed over (or through) the Hurricane Protection System, it becomes floodwater. The writer therefore classifies the high water levels at the Murphy Oil Facility as "flooding."

## 1.5   WRITER'S ASSIGNMENT

The writer was first contacted by Mr. Frilot on or about April 4, 2006. He first met with Mr. Frilot and his team on April 10, 2006. His assignment from Mr. Frilot was as follows:

**1.5.1   Flooding Analysis.** It is generally accepted that levee/floodwall overtopping without a breach of the levee/floodwall does not produce nearly the flooding that results when breaching occurs (Kemp, et.al., 2006; IPET, 2006c/p. I-10). Clearly, the actual floodwaters at the site of Tank 250-2 were sufficient to overtop the Containment Dike and float that tank; these waters came from a combination of (relatively) short-term overtopping and (relatively) long-term breach flows. The writer was requested to determine if the floodwater level at the site of Tank 250-2 would have been enough to float the tank if the levees/floodwalls had merely been overtopped but had not breached.



**STE**
Soil Testing Engineers, Inc.

Page 3

**1.5.2 Levee/Floodwall Failure.** If overtopping alone does not produce enough water at the tank site to float it, then floating, movement, and rupture are results from breaching, not mere overtopping. It is undeniable that breaching of the St. Bernard Polder flood protection system designed and built by the USACE occurred (IPET 2006a, IPET 2006b, IPET 2006c, Seed, et.al., 2005, Seed, et.al., 2006). The writer was requested to determine if design and/or construction of parts of this system led to breaching rather than mere overtopping under the onslaught from Katrina.

**1.5.3 Containment Dike Flooding and Erosion.** Clearly, the floodwater level in the Murphy Oil Facility was high enough to erode and overtop the Containment Dike which surrounded Tank T-250-2. Sufficient water entered the Containment Area to float T-250-2 out of position. The writer was requested to evaluate the rates of Containment Area filling and erosion of the Containment Dike.

## 1.6   LIMITATIONS

The analyses and conclusions given in this report are based primarily on the data given in the various References (See Appendix A), plus the writer's visual observations of some of the pertinent flood protection system components. The latter included the Gulf Intracoastal Water Way (GIWW) Levee, the Mississippi River-Gulf Outlet (MRGO) Hurricane Levee, and the Inner Harbor Navigation Canal (IHNC) Levee as defined in Section 2.3.2 of this report. At the present time (August 14, 2006), new or finalized reports are expected in the near future from (or were not issued in time for analysis by the writer) the Interagency Performance Evaluation Team (IPET-USACE), the ASCE External Review Panel (Studying IPET), the National Science Foundation Team, and, possibly, Team Louisiana. The USACE has not yet completed its analysis of the surge and wave affects on the St. Bernard levee (IPET, 2006c/p. V-18-1). Also, massive documentation has been requested from the USACE. The writer reserves the right to modify his report and its conclusions as this or other additional information becomes available.

## 2.0 PROJECT INFORMATION

## 2.1   ELEVATION

The whole basis for this problem is water: water getting to the wrong place in the wrong amount. Everyone knows that water flows downhill. Therefore, it will flow over a levee or floodwall only if the water level elevation is above the elevation of the top of the levee or floodwall. So, knowing elevations accurately is vital to understanding the flooding situation. Elevations of both land and water are always referenced to some "datum," such as Mean Sea Level (MSL), Mean Gulf Level (MGL), North American Vertical Datum (NAVD), etc.

These datums are adjusted periodically by the U. S. Geological Survey (USGS). For example, NAVD88 of 1988 is about 0.15 feet lower than NAVD29 of 1929. Compounding the problem in the New Orleans area is the fact that the USGS "benchmarks" to which other elevations are referenced are themselves sinking. Yet, this benchmark sinkage was not taken into account in setting top elevations during construction of many levees/floodwalls in the New Orleans area (IPET, 2006a; IPET, 2006c/p. I-5).



Page 4

In order to compare water and ground elevations *as accurately as possible*, all elevations mentioned in this report have been converted to the new USACE/IPET standard: NAVD88-2004.65 by either IPET or Morris (2006). Any variations from this standard are noted.

## 2.2    TANK 250-2

The tank and Containment Dike information in this section is taken from Arnold (2006, 2006a) and Baugher (2006); it is included in this report to aid the reader. This steel fixed-roof tank is some 223 feet in diameter and 40 feet high; its bottom rim elevation (top of ring wall) just prior to Katrina averaged -2.5 feet. The tank was ground-supported, that is, it had a ringwall for erection purposes but *no pile foundation*. As is common practice, this tank was not fastened to its ringwall. Tank 250-2 is surrounded by a Containment Dike whose crest (top) elevation is at least +8.0 feet (Morris 2006). The Containment Dike was intended as a spill containment measure, not as a floodwall. It was originally constructed to about Elevation +6 feet with compacted clay, then later raised to +8 feet with a siltier material. At the time Katrina struck, Tank T-250-2 contained about 6 feet of crude oil.

Calculations by Baugher (2006) show that the tank would float when the elevation of water adjacent to the tank reached 6.3 feet above the ringwall, or about Elevation +3.8 feet. This level is below the top of the Containment Dike (Elevation +8.0 feet). Therefore, if floodwater did not essentially top the Containment Dike, the tank would not have floated. However, a floodwater level high enough to overtop the Containment Dike would float the tank.

## 2.3    FLOOD PROTECTION SYSTEM

**2.3.1    General Description.** The flood protection system for Tank 250-2 can be likened to an onion, with several layers of protection. *From outside to inside*, these are:

- St. Bernard Polder Flood Protection System (Federal - USACE)
- Forty-Arpent Canal Levee/Paris Road/Violet Canal Levee (Not Federal 08/29/05)
- Tank 250-2 Containment Dike (Murphy)

**2.3.2    USACE St. Bernard Polder Flood Protection System.** The "St. Bernard Polder" includes St. Bernard Parish plus the Lower 9th Ward of New Orleans. It is "protected" on the north side by the GIWW levee, on the east by the Hurricane Levee along the MRGO, on the south by the Caernarvon levee, (a Hurricane levee which proceeds from the MRGO to the Mississippi River), and on the west by the Mississippi River levee and the IHNC floodwall and levee (See Figure 1). These are described below.

***2.3.2.1 USACE GIWW Levee.*** This northern boundary of the St. Bernard Polder is primarily an earthen levee. It runs about 5 miles east from the IHNC to the junction of the GIWW and the MRGO. The westernmost mile has a design top elevation near +17.0 feet (p. V-13-44, IPET, 2006c). The remaining eastern 4 mile section has a design top elevation of +14.0 feet (p. III-159, IPET, 2006c). LIDAR surveys for the State of Louisiana in 2002 showed the actual top elevations to range



**STE**
Soil Testing Engineers, Inc.

from +14.0 to +17.0 feet (Morris, 2006a). In the vicinity of the Paris Road (I-510) bridge, the all-earth levee was replaced with a concrete and steel sheet pile "T"-wall. The writer inspected this portion of the flood protection system in early October, 2005. This levee system had been overtopped at a few locations during Hurricane Katrina, and both the earth and floodwall sections were hit by barges; no breaches occurred in this levee.

***2.3.2.2 USACE Hurricane Levee along the MRGO.*** This portion forms the eastern boundary of the St. Bernard Polder. It begins at the east end of the GIWW Levee and extends some 14 miles to the southeast. Its lower section was formed as a spoil pile from dredging for the MRGO in the 1960's. Obviously, the first level was built of whatever material was dredged from the MRGO. Later, after the weak underlying soils had consolidated under the weight of this fill and gained strength, the levee was raised. Part of this raising consisted of earth levee, but some was by sheetpile floodwalls. The earth levee portions *"were constructed using hydraulic fill that contains significant silt and sand"* (IPET 2006c, p. V-74). There are flood control gates along the MRGO Hurricane Levee at Bayou Bienvenue and Bayou Dupre. Backfill around the concrete portions of these flood control structures consisted of sand and shell (Seed, et.al., 2006). The levee had reached or exceeded its final design elevation (+17.5) over some distances, but much of the levee was 3 to 4 feet lower than design (IPET 2006c, p. IV-145 and pp. V-18-125 through V-18-193).

The writer inspected the Hurricane Levee along the MRGO in early October, 2005. His observations, plus those by Seed, et.al. (2006) and those reported in IPET (2006a) indicate that this levee was virtually destroyed by Hurricane Katrina's storm surge. At some locations, the levees had been totally scoured out to below sea level. Several hundred feet of sheetpile wall between Bayous Bienvenue and Dupre had collapsed. IPET (2006c, p. V-74) states that *"The levees along the Mississippi River Gulf Outlet on the northeast side of St. Bernard Parish...had numerous breaches and were washed out over considerable lengths."*

***2.3.2.3 USACE Caernarvon Hurricane Levee from MRGO to Mississippi River.*** This levee proceeds in a broad "U" shape from the southwestern end of the MRGO Hurricane Levee at the MRGO back westwards to the Mississippi River. Its total length is some 12 miles. The design top elevation of this levee is about +17.0 on its eastern end, +16.5 through its midsection, and as low as +13.5 for about a mile adjacent to the Mississippi River (IPET 2006c, p. III-159). The actual pre-Katrina top elevations were generally +14.0 to +17.0 feet, but with a significant low area near the Mississippi River (Morris, 2006a). Most of this levee was not breached by Hurricane Katrina (Seed, et.al., 2005, p. 1-10), but did sustain some damage (IPET, 2006c, p. V-6). A significant breach developed near the levee's intersection with the Mississippi River, where pre-Katrina top elevations were as low as +7.0 to +8.0 feet (Morris, 2006a).

***2.3.2.4 USACE Mississippi River Levee.*** About 12.5 miles of Mississippi River Levee bound the west (actually, southwest) side of the St. Bernard Polder. This is an earthen levee with a crest elevation near +17.0 to +19.0 feet. This levee was not breached by Hurricane Katrina (Seed, et.al., 2006), but sustained damage at one point (IPET, 2006c, p. V-6).

***2.3.2.5 USACE Inner Harbor Navigation Canal Levee.*** The east bank levee on the IHNC forms the west boundary of the St. Bernard Polder. This had an "I-wall" type floodwall system running


**STE**
Soil Testing Engineers, Inc.

Page 6

about 1.5 miles north from the Mississippi River Lock to the IHNC-40 Arpent Canal Levee intersection, then was an all-earth levee north to the GIWW. The design top elevation of the floodwall was about +15.0 feet. The actual tops as of the 2002 LIDAR survey were at about +12.5 feet (IPET, 2006c, p. V-13-5). Katrina caused two breaches of this levee/floodwall; the southern was some 1000 feet long and the northern about 400 feet long (Seed, et.al., 2006).

**2.3.3   Non-Federal Forty-Arpent Canal Levee.** This levee proceeds from the Caernarvon Hurricane Levee eastwards to the Violet Canal, thence north and northeast some 11 miles to the IHNC. It is primarily an earthen levee, whose governing (lowest) top elevation is +6.5 feet (Morris, 2006a). During Hurricane Katrina, floodwater from the MRGO Hurricane Levee overtopped this levee, and also breached it at one location about 1.3 miles east of Paris Road (Seed, et.al., 2006). For discussion purposes, the Forty-Arpent Canal Levee divides St. Bernard Parish into 3 major sections:

- St. Bernard East (Marsh): The area east and north of the 40-Arpent Canal Levee but west and south of the MRGO Hurricane Levee and the ICWW Levee. It encompasses some 60% of the Polder, and is primarily marsh (normal water surface +0 feet). Its total area is about 44 square miles.

- St. Bernard North: The area bounded by the 40-Arpent, Violet Canal, Mississippi River, and IHNC levees. It encompasses some 22% of the Polder and has a typical ground surface elevation near +2 feet. The Murphy Oil facility is located in this section, which totals some 21 square miles. Paris Road (governing top elevation about +2 feet) divides this section into two subsections at low water elevations.

- St. Bernard South: The area bounded by the 40-Arpent Canal, Violet Canal, Mississippi River, and Caernarvon Hurricane Levees. This area totals some 18% of the Polder, and covers about 13 square miles. Note that the top elevations of the Violet Canal levees are higher than those along the 40-Arpent Canal Levee, (Morris, 2006a).

**2.3.4   Tank 250-2 Containment Dike.** This levee was mentioned in Section 2.2 of this report. It is an earthen levee, enclosing an area roughly 345 x 1275 feet in plan (Arnold, 2006). It held two other similar tanks in addition to T-250-2. The important parameter here is the governing levee top elevation: +8.0 feet (Morris, 2006).

**2.4   KATRINA INDUCED FLOODING**

**2.4.1   General.** The flooding which affected the Murphy Oil site was from the MRGO Hurricane Levee, the IHNC and the GIWW Levee. Of these, the most significant water source was the USACE's MRGO Hurricane Levee (See Section 2.4.2 of this report). Data from Van Heerden (2005) and IPET (2006b) indicate that the MRGO Hurricane Levee had breached by about 0500-0600 on August 29, 2005, before the storm surge at that location peaked. Floodwaters entered the area just east of Paris Road about 0800-0830, flowing from the northeast. Similarly, floodwaters entered the Lower 9th Ward from the IHNC about 0730. A rush of water from the west was noted at Jackson Barracks (1.5 miles east of the IHNC) at 0800. At one location in Chalmette, water was

 **STE**
Soil Testing Engineers, Inc.

Page 7

first noted about 0830, reached Elevation +8.0 feet by 0915 and +11.0 feet by 1130 (IPET 2006c, p. IV-194).

In addition to this timing data, hydrographs by the USACE are available which give time-storm surge level information at several pertinent locations (IPET, 2006c, p. IV-221 and IV-229).

Another source of water was rainfall from Katrina. This could not be handled by the St. Bernard pumping system, which was substantially inoperative due to flooding of the pump stations. Rainfall from Katrina is given on p. I-22 of IPET (2006c): in St. Bernard, the average rainfall was about 10 ½ inches.

**2.4.2  Breached (Real) Conditions.** As mentioned, breaches occurred in the levees "protecting" St. Bernard Parish. The severity of flooding in St. Bernard generally, and at the Murphy facility in particular, was due to this breaching, as will be seen in Section 2.4.3. Highwater marks at the Murphy facility indicate that a water level as high as +12 feet was attained. Detailed calculations were made by the USACE at three locations in the St. Bernard North Polder (See Section 2.3.3), east of Paris Road and between the Mississippi River and 40-Arpent Canal levees. These were locations 46, 853, and 64 of Figure 4-1, Appendix 4 to Volume VI of IPET (2006c). Location 64 was nearest the Murphy facility. There, the IPET (2006c) results indicate that the water level rose from Elevation 0 feet at 0830 on August 29, 2005, to a peak near +11.9 feet at 1000 that morning.

On page IV-240 of IPET (2006c), the USACE suggests that the primary source for water entering the Chalmette area (near the Murphy Facility) was the breached MRGO Hurricane Levee. This levee is approximately 14 miles long. Pages V-13-60 and V-13-C3 of IPET (2006c) show that at least 5 miles of this levee lost 12 or more feet in height due to breaching in the face of Katrina's +18 to +20 foot storm surge. By way of comparison, the IHNC failures totalled about 1/4 mile in length and were subjected to a maximum storm surge near +14.2 feet. Figures on pages IV-243 and IV-244 of IPET (2006c) indicate that the MRGO Hurricane Levee in the breached condition had at least 4 times the flow as the unbreached condition on a per-lineal-foot basis. The flow data on Table C-2 of this report could be adjusted for the lengths of levee breaching and the factor mentioned above. This somewhat simplistic analysis suggests that 60% to 80% of the floodwater entering the St. Bernard Polder (where the Murphy Oil Facility is located) came from the MRGO Hurricane Levee.

**2.4.3  Unbreached (Calculated) Conditions.** Clearly, the levees actually did breach and the Murphy facility was actually flooded to a water level of +12 feet. This was sufficient to overtop the T-250-2 Containment Dike (at +8.0 feet) and to float the tank out of position. What water levels would have occurred at the Murphy facility had the MRGO and other USACE levees not breached? This question has been analysed by various parties and is discussed below.

*2.4.3.1 Team Louisiana Analysis.* This information was taken basically from Kemp, et.al. (2006). That work was based on the levees' having been at their design elevations just before Hurricane Katrina, and did not include rainfall (Kemp, 2006a). Given those conditions, Kemp, et.al. (2006) determined that only 11% of the floodwater in St. Bernard Parish was from overtopping; the rest came through the breaches. The water elevation which would have resulted from overtopping alone was +3.6 feet in St. Bernard. When this elevation is adjusted to include the 10 ½ inch rainfall, it



**STE**
Soil Testing Engineers, Inc.

Page 8

becomes +4.5 feet.

Even the adjusted figure is lower than the top of the Tank 250-2 Containment Dike. Following Kemp's scenario, the tank site would not have flooded and the tank would not have moved.

***2.4.3.2 USACE Analysis.*** These analyses are found in Appendix 4, Volume VI, of IPET (2006c). They are based on the actual Pre-Katrina levee and floodwall top elevations; the levees were assumed unbreached. Two scenarios were studied: without operating pump stations (Case 1 - the real situation) and if the pump stations had been operating (Case 2). Rainfall was included. The IPET model predicted that about 29% of the water came from overtopping. Water elevations due solely to rain plus overtopping were computed at several locations in St. Bernard Parish. One (#64 on Figure 4-1, Vol. VI, Appendix 4, IPET 2006c) was close to the Murphy facility and south of the 40-Arpent canal; it should therefore be representative of conditions at the Murphy Facility. The results for Location #64 are given on page VI-4-32 of IPET (2006c). Under Case 1 (without pumping), the water elevation without breaching reaches +4.0 feet, and with pumping (Case 2) to +4.3 feet. These values should be compared with the observed +12 feet and calculated +11.9 feet mentioned for the breached condition in Section 2.4.2 of this report. In even the worst unbreached levee case, the USACE analyses show water levels at the Murphy facility well below the top of the T-250-2 Containment Dike. The tank area would not have flooded and the tank would not have moved.

***2.4.3.3 The Writer's Analysis.*** The writer also calculated water levels at the Murphy facility for the unbreached levee condition. These analyses used USACE storm hydrographs, pre-Katrina actual levee top elevations from IPET (2006c) and Morris (2006, 2006a), and the design levee top elevations from IPET (2006c). The time-water level relationship for an approximate +18.0 foot storm surge for the MRGO Hurricane Levee was taken from pp. IV-244 and IV-245 of IPET (2006c). The flow rates for various overtopping heights were calculated using the equations on p. IV-240 of IPET (2006c). Rainfall and the effects of the internal levees (40 Arpent and Violet) and Paris Road were included. Details of the calculations are included in Appendix C. The results can be summarized as follows:

- There would have been insufficient water to overtop the 40-Arpent Canal Levee (maximum water level in the Marsh Area north of the 40-Arpent Canal of +4.3 feet). No floodwater (except rain) would reach the outside of the Tank 250-2 Containment Dike. That dike would not have been overtopped, the tank site would not have flooded, and the tank would not have moved.

- Even if the 40-Arpent Canal Levee provided no barrier, the water level at the Murphy facility would not have exceeded about +3.7 feet. This is well below the top elevation (+8.0 feet) of the Containment Dike which surrounds T-250-2. Hence, even under this scenario, the site of T-250-2 would not flood, and the tank would not move.

The writer also analysed the situation using a "+20 foot" (maximum) storm surge along the MRGO, which is found only on pp. V-18-125 through V-18-206 of IPET (2006c). Under this scenario, the water levels in the Marsh Area reach +6.0 feet (design levee tops) to +6.6 feet (actual levee tops);

**STE**
Soil Testing Engineers, Inc.

the latter is barely sufficient to overtop the 40-Arpent Canal Levee. The resulting water levels at the Murphy facility are +0.9 and +1.6 feet including rainfall; again, these are well below the top of the Containment Dike. Even if the 40-Arpent Canal Levee provided no barrier, under this "20 foot surge" scenario, the water level at the T-250-2 Containment Dike would only reach +4.9 feet (design levee tops) to +5.4 feet (actual levee tops). Neither is sufficient to top the Containment Dike (top at +8.0 feet). Hence, the tank site would not flood, and the tank would not move.

***2.4.3.4 Suhayda Analysis.*** This information was taken from Suhayda (2006). His calculations are based on the assumptions that the MRGO Hurricane Levee (1) had been built to Elevation +17.0 feet and (2) did not breach. For this condition, Suhayda (2006) determined that the area surrounding the Murphy Oil Facility would not have flooded. He calculated that the flooding in the marsh between the MRGO Hurricane Levee and the 40-Arpent Canal Levee was insufficient to overtop the latter, even with a +20 foot storm surge at the former. Suhayda's (2006) analysis concurs essentially with those of Team Louisiana and the writer. His calculations show that, absent breaching of the levees/floodwalls, the water levels just outside the Containment Dike for T-250-2 would have been insufficient to overtop that dike, and thus also insufficient to float and/or move the tank.

**2.4.4   Summary.** Clearly, the water level at the Murphy facility exceeded that of the top of T-250-2's Containment Dike. The tank site flooded and the tank floated. However, independent analyses by four entities (including the USACE) show that <u>absent levee breaching</u>, the water levels just outside the Containment Dike for T-250-2 would have been insufficient to overtop that dike, and thus also insufficient to float the tank.

The writer therefore concludes that Tank T-250-2 would not have moved if the Federal (USACE) Hurricane Protection System levees/floodwalls around the St. Bernard Polder had not breached.

## 3.0   FAILURE EVALUATIONS

As discussed in Section 2.4.3, the cause of flooding deep enough to float Tank 250-2 was breaching (collapse) of some levees/floodwalls which surrounded the St. Bernard Polder. Major breaching occurred on two pertinent portions of the USACE flood protection system: the Hurricane Levee along the MRGO and the Floodwall along the IHNC. Sections 3.1 and 3.2 discuss why these two portions failed. Section 3.3 analyses the overtopping and erosion of the Containment Dike.

## 3.1   USACE HURRICANE LEVEE ALONG THE MRGO

As mentioned in Section 2.3.2.2, this was primarily an earthen levee, but with some sections raised to grade by sheetpiles; it also had two flood control gate structures: at Bayou Bienvenue and Bayou Dupree.

**3.1.1   Earthen Levee Failure.** Visual inspections by the writer and others in October, 2005 (Seed, et.al., 2005; Seed, et.al., 2006) show that the obvious cause of failures of earthen levees along the MRGO was erosion scour. The storm surge/waves overtopped this levee; the resulting flow of water



**STE**
Soil Testing Engineers, Inc.

Page 10

across and down the levee eroded away levee material. As the erosion works back beyond the water-side crest of the levee, it begins to reduce the effective height of the levee. This results in faster flow and more erosion in a vicious cycle. Eventually, the breach can extend to or below the original (pre-levee) natural ground surface. Of course, the problem can be compounded by erosion on the water-side face due to wave action before the levee is actually overtopped. Breaches developed to or below Elevation +5 feet (Seed, et.al., 2006), IPET 2006c/pp. V-133, V-18-145, etc.). Even the USACE attributes the failures of the MRGO Hurricane (earthen) levees to erosion, especially of levees made of hydraulic fill (p. I-28, IPET 2006c).

Clearly, some earthen levees such as along the GIWW withstood overtopping but did not breach. The difference between *breaching and non-breaching* behavior for a given overflow situation clearly depends on:

- Susceptibility of the basic levee material (soil) to erosion.
- Presence or absence of armoring to resist erosion.

In general, silts and sands are more susceptible to erosion than are clays (e.g., p. V-74, IPET 2006c; p. 7-6, USACE 2000). Also, the more loosely any of these materials is compacted, the less resistant to erosion it will be (Briaud, 2006). The USACE general standards for levees require cohesive (clayey) soils, and the materials should be at least "semicompacted" (Seed, et.al., 2006). For the MRGO Hurricane Levee, the USACE relaxed its normal standards and allowed the use of sand in the levees. USACE (2000) states on its p. 7-6 that where pervious material (*sands and silts*) <u>must</u> be used in levee construction they should be covered with a thick layer of impervious material (clay). Furthermore, there were no compaction standards (Seed, et.al., 2006). Rather, the material was hydraulically placed. The basic design was thus susceptible to erosion absent any armoring. Page 7-6 of USACE (2000) states that one of the factors on deciding about armoring is the susceptibility of the embankment materials to erosion. There was no armoring in the design. Rather, the USACE deliberately disregarded any need for armoring. According to p. III-166 of IPET (2006c), *"Due to the short duration of hurricane floods and the generally erosion-resistant nature of the soil along this project, no erosion protection was considered necessary along the leveed portion of the project."* Yet, as seen earlier, the levees *"were constructed using hydraulic fill that contains significant silt and sand..."* i.e., lightly compacted, highly erodible materials! Page I-29 of IPET (2006c) mentions Figure 15 (on p. I-30) and states that *"...the correspondence of breaching and hydraulic fill constructed levees is obvious."* Post-Katrina investigations showed that the MRGO Hurricane Levee was generally composed of soil materials rated as having "High" to "Very High" Erosion Susceptibilities by the *EFA* Test (Seed, et.al., 2006; Briaud, 2006). This means an erosion rate as high as 10 feet of soil per hour with an overtopping flow velocity of only 2 feet per second (less than 1 foot of overtopping head). The actual flows over the MRGO Hurricane Levee achieved velocities of 3 to 15 feet per second (IPET, 2006c, p. IV-236). Compounding this problem, the transitions from earth levee to the closure structures at Bayous Dupre and Bienvenue were made of sand and shell, a very highly erodible material.

While there is no doubt that the earthen portions of the MRGO Hurricane Levee were destroyed by erosion, Seed, et.al. (2006) differ on the details from IPET (2006c). The former believes water-side erosion caused the breaching, while the latter blames land-side erosion as overtopping water

 **STE**
**Soil Testing Engineers, Inc.**

cascades down the landside slope. The writer used USACE landside slope velocities versus time taken from p. IV-236 of IPET (2006c). The Erosivity-Velocity relationship was conservatively taken from the central trend of Zone II ("High Erodibility"), found on p. 6 of Briaud, et.al. (2006). For this purpose, and for further conservatism, he took "breaching" as when the calculated total erosion attained 10 feet. In this regard, the analysis assumes a uniform "sheet" erosion; in reality, erosion concentrates in preferred channels. The analysis is therefore again conservative.

The results of these analyses showed that breaching by landside face erosion would probably have occurred in 30 to 60 minutes after levee overtopping began, i.e., before 0630 on August 29, 2005. The data on p. IV-235 of IPET (2006c) suggests that breaching due to waterside face erosion could have occurred by 0530-0600. Waterside face erosion could have breached the levees even if the storm surge itself were insufficiently high to cause overtopping, or had not yet reached the overtopping height.

In short, these unarmored earth levees were doomed to breaching from Katrina's storm surge. This is clearly a design error for levees intended to resist hurricanes.

**3.1.2   Sheetpile Wall Levee Failures.**   The writer and others observed failures of sheetpile wall sections of the MRGO Hurricane Levee in October, 2005 (Seed, et.al., 2005; Seed, et.al., (2006). The mechanism of failure was simple. Floodwaters overtopping the sheetpile floodwall drop almost vertically some 8 to 10 feet, then strike the ground on the land side at a velocity of 20 to 25 feet per second. In even a Medium erodibility soil, the resulting erosion rates are at least 3 to 4 feet per hour (Briaud, et.al. 2006). The soil on the land side provides the "passive pressure" which supports the sheetpile wall against the thrust of the water on the "canal" side. When the soil is eroded away, so is the passive pressure. Eventually, erosion reduces the passive pressure to the point where it can no longer resist the water thrust, and the wall collapses (Seed, et.al., 2005, Seed, et.al., 2006). The writer personally observed deep land-side scour trenches adjacent to failed sheetpile wall segments along the MRGO Hurricane Levee. However, he did not perform stability analyses to determine how much erosion was necessary to cause failure, since the mechanism was so obvious.

Like the overtopping scour of earthern levees, failure of sheetpiles from erosion was inevitable given the unarmored surface of the soil in which the sheetpiles were imbedded. Deeper sheetpile tip embedments may have alleviated the problem but were not constructed. Land-side armoring would have prevented the failures but was not constructed. It is noteworthy that the USACE's plans for rebuilding include land-side armoring. This is an implicit admission that the previous design was flawed. The USACE itself admits that measures to investigate the effects of, say, overtopping were not included; see the statement *"...little consideration was given to the performance of the system if the design intent or system requirements were exceeded"* (IPET, 2006c/p. I-3).

**3.2    USACE's IHNC FLOODWALLS**

**3.2.1   North Breach.**   This was some 400 feet long, occurring near the intersection of the IHNC floodwall and the 40-Arpent canal. The design top elevation was +15 feet but the actual pre-Katrina value was +12.5 feet. Both IPET (2006c/p. V-52 to V-55) and Seed, et.al. (2006) attribute the north breach to a classic "slope stability" failure. This failure occurred when the water level in the IHNC

 **STE**
**Soil Testing Engineers, Inc.**

Page 12

was at +10.5 feet, or 2 feet below the actual top elevation of the floodwall and 4.5 feet below its design top elevation (IPET, 2006c/p. I-30). At the IPET citations above, the USACE itself blames (1) improper geometry used in the analysis; (2) incorrect analysis methodology, and (3) analyzing only <u>one</u> section along a mile and a half of levee. As a result, the floodwall failed at a water level far less than its design load. This means design error.

**3.2.2   South Breach.** This failure ran about 1000 feet along the canal, beginning just north of the Mississippi River Lock. It also had a +12.5 foot actual top. Here, there is a significant difference of opinion as to the exact cause of the failure between IPET (2006c) and Seed, et.al. (2006). The former attributes the failure to the mechanism discussed in Section 3.1.2 of this report: scour of the unarmored landside surface. The writer personally observed landside scour trenches adjacent to the South Breach that were still 4 to 5 feet deep a month after the failures. The writer's calculations for the stability of these cantilevered sheetpile walls are based on soil and wall data from p. V-13-5 of IPET (2006c). The results indicate that the wall would collapse under the storm surge when the scour trench reached about 5 to 6 feet below adjacent ground surface. Seed, et.al. (2006) point to subsurface hydraulic pressures as inducing the South Breach by a classic Slope Stability failure. Although a co-author of Seed, et.al. (2006), the writer considers the USACE contention to be correct. Either way, the failure is due to design error. In the writer's opinion, the basic flaw here was failure to provide land-side scour protection. Had the designers considered the possibility of overtopping, the scour problem and consequent need for armoring should have been obvious. It is being embodied by the USACE in the rebuilding work currently in progress, which is an implicit admission that the previous design was flawed.

**3.3   CONTAINMENT DIKE: FILLING AND EROSION**

**3.3.1   Background.** The floodwater level adjacent to the Containment Area which held Tank T-250-2 reached about Elevation +12 feet on August 29-30, 2005. This water level was well above the top of the Containment Dike at +8 feet, so that water poured over the Containment Dike, eroded it (as is evident from numerous photos), and filled the Containment Area. This high water floated T-250-2 (Baugher, 2006; Arnold, 2006). The writer's assignment was to evaluate whether or not the Dike eroded significantly before the water level was high enough to float the tank (Elevation +3.8).

**3.3.2   Method of Analysis.** The rate of soil erosion depends on the velocity of water flowing over the soil; the faster the flow, the greater will be the erosion. The velocity of flow over, say, a dike or levee increases dramatically as the depth of water over the dike top increases. Of course, erosion reduces the dike height, so that a given water elevation has more depth over the dike top. This increases the velocity and thus erosion in a chain reaction.

In these analyses, the elevation of the floodwater outside the Containment Dike was taken from Figure 136 of IPET (2006c/p. IV-194). The floodwater level was increasing at about the time the dike was overtopped; this was considered in the calculations. The velocities were calculated using the USACE flow equations on p. IV-240 of IPET (2006c) and broad-weir flow-velocity relationships. The USACE equations were developed for the high wave conditions along the



MRGO, so the wave portion was reduced by a factor of 5 to account for the low probable wave heights near the Containment Dike. It was clear from preliminary calculations that the Containment Area filled quickly. Site photos also showed the "alluvial fans" of eroded dike material extending well into the Containment Area. These observations clearly indicated a highly erodible material (at least in the upper portion of the dike). Based on that, the writer used the Erosivity-Velocity relationship from the upper bound of "High Erodibility" (which is the lower bound of "Very High Erodibility") on page 6 of Briaud, et.al. (2006).

The water elevation - volume of water relationship for the Containment Area was prepared by C. A. Morris and supplied to the writer by Arnold (2006). Arnold (2006a) provided the nominal dimensions of the Containment Area.

**3.3.3   Cases Studied.** The calculations were made for cases with small waves and for still water (no waves). Also, since the photographs showed erosion was basically limited to a few areas rather than being basically uniform, different percentages of the dike's length were considered as eroded. The times calculated are those with respect to the time at which the water level outside of and adjacent to the Containment Area reached the top of the Containment Dike. Rainfall was considered. To cover the range of possibilities, two rainfall values were taken: none (0 inches of rain) and the total average for St. Bernard Parish due to Hurricane Katrina (10 ½ inches).

For the purposes of this analysis, the writer has defined "Significant Erosion" as removal of 2 feet of dike material. It should be noted that, due to the "chain reaction" effect of velocity and erosion depth, erosion depths of 4 feet were calculated as occurring within 10-15 seconds or less after the

2 foot level was reached. For filling rate calculations, it was assumed that non-erosive materials were encountered after 2 feet of erosion in one case and also after 4 feet of erosion in another case.

**3.3.4   Results.** The results of these analyses are summarized on Table C-3, located in Appendix C. Some pertinent observations are:

- The Containment Area fills rapidly. For the most representative case (5% of dike length erodes) times to tank floatation level are +6 to +9 minutes (no waves) to +2 to -2 minutes with waves. Negative times mean that wave effects have started erosion before the outside water level has reached the original elevation of the dike top.

- In all cases, the depth of erosion on the Containment Dike reaches its assumed limit (2 or 4 feet) before the water level inside the Containment Area is sufficient to float the tank.

**3.4   MISCELLANEOUS**

**3.4.1   Design Hurricane.** The "Standard Project Hurricane" used by the USACE to determine the storm surges and waves which the USACE levee system had to resist was out of date. According to IPET (2006c/p. 1-5), *"The original design criterion ...of the Standard Project Hurricane... was not representative of the hurricane hazard at the time of design. While updates...were made...the*

 **STE**
Soil Testing Engineers, Inc.

Page 14

*Corps chose to continue to use the 1965 and 1966 original definitions..."* The original design storm was 20 years out of date and had been updated when most of these facilities were designed. The writer has seen no evidence that the Hurricane Protection System was strengthened to account for meteorological improvement, at least in the pre-Katrina period.

**3.4.2   USACE Conclusion.** Regarding the overall Hurricane Protection System, the USACE admits that *"The storm exceeded design criteria, but the performance was less than the design intent."* (IPET, 2006c/p. I-3). This is a clear statement that the design intent was not achieved, i.e., there were design errors.

**3.5      USACE RESPONSIBILITY.**

This is clearly stated on IPET (2006c/I-16): *"Congress first authorized the Lake Ponchartrain and Vicinity hurricane protection* (writer's note: includes St. Bernard Parish) *under the Flood Control Act of 1965...The Corps of Engineers was assigned responsibility for project design and construction."*

**3.6      CONCLUSIONS**

Based on the data discussed in Section 2.0 and the above analyses, the writer concludes:

- The only reason floodwaters got high enough to float T-250-2 was that the Federal (USACE) flood protection system breached. Mere overtopping, even from a storm (Katrina) which exceeded the out-of-date design storm, would not have provided enough water.

- These breaches were due to foreseeable causes which could have been prevented had the USACE used common and relatively simple engineering solutions. In some cases (e.g., MRGO Hurricane Levee), potential problems which later caused failure were specifically disregarded. This constitutes design error.

- The entity responsible to Congress (and thus the nation) for design and construction of the Hurricane Protection System for St. Bernard Parish was the U. S. Army Corps of Engineers.

- The USACE through its IPET, agrees that the high water at the facility was due to breaches that were forseeable by the USACE, and that the water level at the Murphy facility absent breaching would have been below the level Murphy's consultants found to be necessary for T-250-2 to float.

- The floodwaters which filled the Containment Area around T-250-2 also eroded the Containment Dike. This erosion occurred before the water level in the Containment Area was high enough to float the tank.



Page 15

## 4.0   OTHER

### 4.1   QUALIFICATIONS

The writer holds Bachelor of Civil Engineering and Master of Science in Civil Engineering degrees from the Georgia Institute of Technology, and a PhD degree in Civil Engineering from Duke University. He has been a practicing geotechnical engineer in Louisiana for over 40 years, and is a registered professional engineer in Civil Engineering in the State of Louisiana. He has investigated numerous earth slope and sheetpile wall failures, and has published in these fields. In 2005, he was a member of the ASCE Hurricane Katrina Levee Evaluation Team. That team completed its work, and Dr. Boutwell was requested to and did join the National Science Foundation Team investigating the New Orleans Levee failures. He has lectured extensively on this topic. Dr. Boutwell has taught courses in subsurface engineering at Southern University, LSU, and the University of New Orleans. A detailed resume is attached in Appendix B.

### 4.2   PUBLICATIONS

The writer's resume in Appendix B contains a listing of his presentations and publications, including the last 10 years.

### 4.3   COURT APPEARANCE

Dr. Boutwell has been accepted as an expert in both geotechnical engineering and geohydrology. He has testified in federal, State of Louisiana, and local courts. A list of his court-related projects over the past 4 years involving a deposition and/or appearance in court is attached in Appendix B.

### 4.4   COMPENSATION

Dr. Boutwell's hourly rates for this project at $200.00 per hour for analysis and $240.00 per hour for depositions or court appearances.  Clerical support is billed at $35.00/hr and drafting at $55.00/hr.



Aug 14, 2006 - 2:57 pm

P:\2006\06-1055 Murphy Oil\CADD\(061055)-01 Area Plan.dwg

**TANK T-250-2**
**MURPHY OIL FACILITY**
MERAUX, LOUISIANA
for
**FRILOT & PARTRIDGE**
ATTORNEYS
NEW ORLEANS, LOUISIANA

**STE**
**Soil Testing Engineers, Inc.**
Baton Rouge, LA    Jefferson, LA    Biloxi, MS

| Project Engineer: | Drawn by: | Checked by: |
|---|---|---|
| G.P. Boutwell | DMS | |
| File No.: | Date: | Figure No.: |
| 06-1055 | 7-13-06 | 1 |

Title:
**AREA PLAN**

SOURCES:
Seed, et.al. (2005).



**APPENDIX B**

**Gordon P. Boutwell, P.E.**

**CASES IN WHICH TESTIFIED AT TRIAL
OR BY DEPOSITION MAY, 2002 - MAY, 2006**

1.  RUSSELL VICKNAIR vs STATE FARM FIRE & CASUALTY
    19th Judicial District - Parish of East Baton Rouge, LA
    No. 498359
    Deposition concerning damage to residence from broken pipes.
    Deposition given June 13, 2003.

2.  IC RAILMARINE TERMINAL CO. vs AMERICAN IRON REDUCTION, LLC
    23RD Judicial District - Parish of St. James, LA
    No. 27389
    Deposition and testimony concerning volume and slope stability of iron ore storage piles. Completed
    Feb-Mar, 2004.

3.  ESTATE OF GASTON PATOUT and ROY PATOUT vs CITY OF NEW IBERIA, LA Consolidated
    with SQUIRREL RUN INVESTMENT GROUP, INC. vs CITY OF NEW IBERIA
    16th Judicial District - Parish of Iberia, LA
    Patout - No. 74696; Squirrel Run - No. 78778
    Deposition concerning quantity of garbage left on property and cost to remediate property. Completed
    March, 2004.

4.  U. S. FUSION vs HARTEC
    ?? Judicial District (LA)
    Case No. not in file
    Deposition concerning placement of HDPE Geomembranes.
    Deposition given week of October 2, 2004.

5.  Galan, et.al., vs Sewerage and Water Board of New Orleans
    Civil District Court for the Parish of Orleans, Division M
    No. 2001-084818  c/w 2001 - 16972
    Testimony concerning settlements alleged due to pile driving.
    Testimony given March 22, 2005.

6.  BP OIL PIPELINE CO. vs WEBB CROSBY TUG
    U. S. District Court - Eastern District of LA., Div. A
    No. 02-1125 c/w 02-1222
    Deposition concerning strengths of soils at lake bottom.
    Deposition given June, 2004.
    Testimony April, 2005.

# APPENDIX A

# REFERENCES

**STE**
Soil Testing Engineers, Inc.

**EXPERT REPORT BY DR. GORDON P. BOUTWELL, P.E.**
**FLOODING EVALUATION**
**TANK T-250-2**
**MURPHY OIL FACILITY**
**MERAUX, LOUISIANA**

**APPENDIX A**
**REFERENCES**

Arnold, J. L., 2006. "Expert Report – Cause of Dike Breach"

Arnold, J. L., 2006. Personal Communication.

Baugher, K., 2006. "Expert Report - Opinions Related to Crude Oil Spilled from Tank T-250-2 at the Murphy Oil Refinery in Meraux, LA after Hurricane Katrina"

Briaud, J.L., 2006, "Erosion Tests on New Orleans Levee Samples," Texas A & M University (in preparation). This work is also quoted in Chapter 9 of Seed, et.al., 2006b.

IPET (Interagency Performance Evaluation Task Force). 2006a. "Performance Evaluation Plan and Interim Status, Report 1 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System." U. S. Army Corps of Engineers MMTF 00038-06, January 10, 2006. 165 pp + Apps. (https://ipet.wes.army.mil)

IPET (Interagency Performance Evaluation Task Force). 2006b. "Performance Evaluation Plan and Interim Status, Report 1 of a Series: Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System." U. S. Army Corps of Engineers MMTF 00038-06, March 10, 2006. 322 pp + Apps. (https://ipet.wes.army.mil)

IPET (Interagency Performance Evaluation Task Force). 2006c. "Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System: Draft Final Report of the Interagency Performance Evaluation Task Force." U. S. Army Corps of Engineers, June 1, 2006. Approx. 6,000 pp (https://ipet.wes.army.mil)

Kemp, G. P., H. Mashriqui, Lvan Heerden, M. Levitan, D. Braid, B. Huilman, R. Cunningham, E. Evers, E. Hyfield, and D. Dartez. 2006. "Forecasting Surge Flooding of New Orleans during Hurricane Katrina," in publication.

Kemp, G.P., 2006a. Personal communication

Morris, C.A. 2006. "Expert Report submitted by Chad Morris on the Case Turner vs Murphy Oil, USA."

Morris, C.A., 2006a. Personal communication

Seed, R., Nicholson, P.G., Dalrymple, R.A., Battjes, J., Bea, R.G., Boutwell, G., Bray, J.D., Collins, B.D., Harder, L.F., Headland, J.R., Inamine, M., Kayen, R.E., Kuhr, R., Pestana, J.M., Silva-


**STE**
Soil Testing Engineers, Inc.

Page 2

Tulla, F., Storesund, R., Tanaka, S., Wartman, J., Wolff, T.F., Wooten, L. And Zimmie, T. 2005. "Preliminary Report on the Performance of the New Orleans Levee Systems in Hurricane Katrina on August 29, 2005", Report No. UCB/CITRIS - 05/01, CITRIS Center, University of California, Berkeley, November 16, 2005. (http://hsgac.senate.gov/_files/Katrina/SeedPPT.pdf)

R.B. Seed, R.I. Abdelmalak, A.G. Athanasopoulos, R.G. Bea, G.P. Boutwell, J.D. Bray, J.L. Briaud, C. Cheung, B.D. Collins, D. Cobos-Roa, J. Cohen-Waeber, L. Ehrensing, D. Farber, N. Hanemmann, L.F. Harder, M.S. Inamine, K.S. Inkabi, A.M. Kammerer, D. Karadeniz, R.B. Kayen, R.E.S. Moss, J. Nicks, S. Nimala, J.M. Pestana, J. Porter, K. Rhee, M.F. Riemer, K. Roberts, J.D. Rogers, R. Storesund, A. Thompson, A.V. Govindasamy, X. Vera-Grunauer, J. Wartman, C.M. Watkins, E. Wenk, and S. Tim, 2006, "Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005." Report No. UCB/CCRM-06/01, Draft Final Report dated May 22, 2006.

USACE (U. S. Army Corps of Engineers), 2000, "Engineering Design and Construction of Levees," EM1110-2-1913, Department of the Army, Washington, D.C.

Suhayda, J. 2006. "Expert Report - The Hydrologic Effects of Hurricane Katrina on the Flooding of the Murphy Oil Refinery."

van Heerden, I. 2005. Personal Communication

## OTHER DOCUMENTS REVIEWED

The writer also reviewed certain other documents but did not rely on them in formulating the opinions expressed in this report. They are cited below briefly for completeness.

**DEPOSITIONS**
    Douglas Whittington: June 12, 2006
    William Turnage: June 15, 2006

**EXPERT REPORTS**
| | | |
|---|---|---|
| David P. Barnes, Jr. | : | July 14, 2006 |
| Lee E. Branscome | : | July 11, 2006 |
| Theilsch Engineering | : | July 26, 2006 |
| Structural Integrity Associates | : | July 27, 2006 |
| Willis & Company | : | July 6 and 23, 2006 |
| Charles M. Duhon | : | July 26, 2006 |
| Enviroconsultants, Inc. | : | July 25, 2006 |
| Marco Kaltofen | : | June 19 and July 25, 2006 |
| Paul Templet | : | June 19, 2006 |
| Philip Bedient | : | June 27, 2006 |
| Alan Jeffrey | : | July 17, 2006 |
| Vincent Wilson | : | June 22, 2006 |

# APPENDIX B

# DR. GORDON P. BOUTWELL, P.E.

## CASES IN WHICH TESTIFIED AT TRIAL
## OR BY DEPOSITION MAY, 2002 – MAY, 2006

## AND

## RESUME



Page 2

7.  **Z-DELTA DEVELOPMENTS** vs Parish of Ascension
    23rd Judicial District - Parish of Ascension, LA
    No. 76254
    Deposition concerning extent and nature of dredge spoil.
    Deposition given February 22, 2006.

Dr. Boutwell also has ongoing expert witness projects on:
*   Napoleon Street Residences - *New Orleans*
*   Residence - Shreveport (inactive)
*   Residence – Alexandria (inactive)
*   Residence – Madisonville
*   Groundwater Pollution - Plaquemine, LA

**Bold indicates Client**


**STE**
Soil Testing Engineers, Inc.

*Professional Resume*

---

### *Dr. Gordon P. Boutwell, Jr., P.E.*

**Position:** President, Senior Consultant

**Education:**
BCE (highest Honors) - Civil Engineering
 Georgia Tech - 1960
MSCE - Civil Engineering
 Georgia Tech - 1961
PhD - Civil Engineering
 Duke University - 1968

**Professional History:**

1974 - Present
President, Senior Consultant
Soil Testing Engineers, Inc. - Baton Rouge, Louisiana

1967 - 1974
Chief Engineer
ETCO Engineers - Baton Rouge, Louisiana

1963 - 1967
Soils Engineer
ETCO Engineers - Baton Rouge, Louisiana

1961 - 1963
Engineer Officer
U.S. Marine Corps.

1961 - 1961
Refinery Lubrication Engineer
Humble Oil & Refining Co. - Baton Rouge, Louisiana

1960 - 1961
Staff Soils Engineer
Law Engineering Testing Co. - Atlanta, Georgia

1957 - 1960
Soil Technician (Summer Jobs)
Engineers' Laboratories, Inc. - Jackson, Mississippi

**Registrations:**
Civil Engineer (Louisiana)
Environmental Engineer (Louisiana)
Professional Engineer (Mississippi)

**Professional Associations:**
American Consulting Engineers Council
American Society of Civil Engineers
Louisiana Engineering Society
Tau Beta Pi



**STE**
Soil Testing Engineers, Inc. *Resume - Dr. Gordon P. Boutwell, Jr., P.E.*      *Page 2*

| | |
|---|---|
| **Academic** | Visiting Professor of Civil Engineering, Louisiana State University (1997) |
| | Visiting Professor of Civil Engineering, Texas A&M University (1994) |
| | Adjunct Professor of Civil Engineering, Southern University (1978-1983, 1999-2001) |
| | Adjunct Professor of Civil Engineering, University of New Orleans (1999-present) |
| | Guest Lecturer, Drexel University |
| | Guest Lecturer, University of Texas at Austin |
| | Guest Lecturer, North Carolina State University |
| | Guest Lecturer, Seoul (Korea) National and other Korean Universities |
| | Research Affiliate, Urban Waste Management & Research Center |
| **Other** | Chairman, Louisiana State Engineers Selection Board (1980) |
| | Chairman, ASCE National Committee on Environmental Concerns in Geotechnical Engineering (1985-1986) |
| | Chairman, EPA Peer Review Panel on Caps (1983) |
| | Chairman, EPA Peer Review Panel on Clay Liners (1984) |
| | Member, EPA Peer Review Panel on Groundwater Modeling (1986) |
| | Member, EPA Peer Review Panel on Liner CQA (1991) |
| | Chairman, ASTM Task Group D18.04.05 (1993-1996) |
| | Reviewer, EPA Technical Documents (various) |
| | Publications Reviewer, Am. Soc. Testing and Materials (1993-1994) |
| | Editorial Board, ASCE Journal of Geotechnical Engineering (1992-2001) |
| | Member, National Science Foundation Peer Review Panel (1999) |
| | Member, U. S. Dept. of Energy Peer Review Panels (2000, 2001, 2002) |
| | Member, ASCE Geo Institute Technical Coordinating Council (2003-Present) |
| | Recipient, LDEQ Bentley Mackay Award for Lifetime Service to the Solid Waste Community, 2004 |
| | Member, ASCE New Orleans Levee Assessment Team, 2005 |

**Experience:**

Dr. Boutwell has been a practicing soils consultant in Louisiana since 1963. He has directed several thousand soils and geologic investigations in this area, including both geotechnical and geoenvironmental projects. A list of some major projects in both field is included.

*Geotechnical.* He has prepared foundation recommendations and reports for structures including residences, small commercial buildings, high-rise structures and major industrial plants, with both shallow and deep foundations. He has also performed analyses for stability of slopes ranging from small canals to the Mississippi River bank.

*Geoenvironmental.* He has prepared plans for design, groundwater monitoring, and Construction Quality Assurance for Solid, Oil Field, and Hazardous Waste facilities. He has directed groundwater assessments in several states, and for many types of commercial, governmental, and industrial facilities. He has prepared closure plans, and remedial action plans for spills and for long-term seepage.

*Miscellaneous.* He has written several computer programs for geoscience analyses. His expertise includes a detailed knowledge of field exploration techniques (both by borings and by geophysical methods) and laboratory testing techniques. He has qualified as an expert in geotechnical engineering and geohydrology both in court and at adjudicatory hearings of the Louisiana Departments of Environmental Quality and Natural Resources. He has also testified before the Mississippi Department of Environmental Quality.

Over the past 20 years, Dr. Boutwell has become a nationally-recognized expert in waste-retention barriers. He is frequently requested to speak on clay liner construction and testing. He developed the Two-Stage Borehole test for field determination of permeability, which is now accepted by the US EPA and other regulatory authorities around the country. He has conducted seminars on liner design/construction/CQA for regulatory authorities in several states.



**STE**
Soil Testing Engineers, Inc. *Resume - Dr. Gordon P. Boutwell, Jr., P.E.*                    *Page 3*

| Project Title | Location | Contract Value | Overall Project |
|---|---|---|---|
| IPG-1 Mill | Mansfield, LA | $850,000 | $500,000,000 |
| This was a "grass-roots" paper mill involving some 100+ borings 30 to 100 feet deep. Dr. Boutwell directed the analyses for process and structural foundations, including spread footings, driven and drilled piles, earth pressures, dynamic foundation responses, pavement, etc. The project also included investigation and foundation recommendations for 20+ miles of pipeline and a 10+ mile railroad. | | | |
| Marketing Terminal | Alliance, LA | $125,000 | $10,000,000 |
| Dr. Boutwell directed three junior engineers on this project, which included four 150+ foot borings over water and nine 100 - 130 foot land borings. The site is underlain by soft alluvial deposits of south Louisiana. The analyses included foundations for warehouses and pipe racks (on piles), controlled loading of storage tanks, plus compression/lateral loads on marine piles. The stability of the Mississippi Riverbank at this location was also evaluated. The site, south of New Orleans, is located on soft alluvial deposits. | | | |
| Various Storage Tanks | Baton Rouge, LA | $100,000 | unknown |
| In one refinery, Dr. Boutwell directed the geotechnical investigations, prepared controlled - loading schedules, and monitored construction of several tanks on the batture area. This area is underlain by soft alluvial deposits and, on occasion, deep rubble fills. All tanks were successfully loaded full height during hydrostatic testing. | | | |
| Industrial Expansions | Geismar, LA | $80,000 | unknown |
| Dr. Boutwell directed several projects at this petrochemical plant, which included numerous soil borings (including work over water) and analyses of the soft alluvial deposits for:<br>• Mississippi Riverbank Stability<br>• Controlled loading of Storage Tanks<br>• Pile Foundations (with load testing) for various process units<br>• Stability of gypsum stack, with predictions for ultimate allowable height<br>• Dynamic analyses of compressor foundations | | | |
| Industrial Expansions | Gramercy, LA | $200,000 | Unknown |
| Dr. Boutwell directed numerous investigations at this plant for new and/or rebuilt units. The work involved borings, on land, over water, and in contaminated areas. His work included analyses for:<br>• Site contamination remediation<br>• Pile/shaft/mat foundations for process units<br>• Riverbank Stability<br>• Dock Movements<br>• Controlled loading of Storage Tanks<br>• Stability of Gypsum Stacks and Coke Piles<br>The soils are primarily soft alluvial deposits. | | | |



**STE**
Soil Testing Engineers, Inc. *Resume - Dr. Gordon P. Boutwell, Jr., P.E.*                          *Page 4*

| Project Title | Location | Contract Value | Overall Project |
|---|---|---|---|
| **Solid Waste Landfill Design** | Holmwood, LA | $250,000 | $30,000,000 |
| A grass-roots solid waste landfill such as this project requires geological, seismic, and geotechnical evaluation. Dr. Boutwell directed this entire project. It required some 80 borings, heave and slope stability analyses, design of the groundwater protection and monitoring systems, etc. The project was successfully permitted through LDEQ. | | | |
| **Groundwater Assessment** | Livingston, LA | $300,000 | unknown |
| Dr. Boutwell prepared the work plan for this assessment of groundwater contamination near some pre-RCRA cells at this hazardous waste facility. After LDEQ approval of the plan, he directed its execution which included 30+ soil borings and 20+ monitoring wells. He prepared the report, which evaluated the site potentiometric and groundwater chemistry, delineated the plume (s) and contained remedial options. LDEQ accepted the results of this assessment. | | | |
| **Landfarm and Landfill Design** | Livonia, LA | $600,000 | $25,000,000 |
| **Landfarm.** Dr. Boutwell evaluated the site for land treatment units, including the treatment zone, barrier, and underdrain system. He subsequently directed construction CQA and sampling/analysis/reporting of both groundwater and treatment monitoring. The facility was permitted by LDNR.<br><br>**Landfill.** Elsewhere on the site a 60-acre solid waste landfill. Dr. Boutwell directed the 60+ boring investigation, heave and slope stability calculations, prepared construction dewatering plans, and wrote the appropriate regulatory responses. He also oversaw construction CQA for the slurry wall and liners, as well as installation, and reporting of some 30 groundwater monitoring wells installed according to his monitoring plan. The facility was permitted by LDEQ. | | | |
| **Industrial Solid Waste Landfill Design** | Port Hudson, LA | $250,000 | $6,000,000 |
| Dr. Boutwell not only directed all geoscience work on this "grass roots" facility, but also was responsible for all civil design and permit application preparation. Groundwater control during construction was an important feature of this project. Of course, it included the normal slope stability and heave analyses, groundwater protection system, and groundwater monitoring system. | | | |
| **Sugar Mill Design** | Rabak, Sudan | $150,000 | $100,000,000 |
| Dr. Boutwell developed and directed (in the field) the investigation for this mill, one of the world's largest. He also performed a seismic study of the area, and analyzed the mat foundations for the mill machinery and structure for static and dynamic loads. Other duties included canal lining design and finding sources of construction materials (sand and gravel). | | | |
| **Superfund Site Capping** | Indianapolis, IN | $250,000 | $10,000,000 |
| Dr. Boutwell directed the test pad program (4 sealed, double-ring infiltrometers, 9 two-stage field permeability tests), including field participation. He also was in charge of the CQA work during construction and also of slurry wall installation. | | | |



**STE**
Soil Testing Engineers, Inc. *Resume – Dr. Gordon P. Boutwell, Jr., P.E.*                    *Page 5*

| Project Title | Location | Contract Value | Overall Project |
|---|---|---|---|
| Annual Geotechnical and Groundwater Reports | Livingston, LA | $40,000/yr | unknown |
| From 1983 until the facility was closed in 1989, Dr. Boutwell directed preparation of the required Annual Geotechnical Report and Annual Groundwater Report. This involved stratigraphic analysis of all new borings (Note: In 1988, STE performed over 1 mile of borings in 6 weeks), plus analysis and presentation of all groundwater monitoring at the site during each year. | | | |
| Riverbank Stability Analyses | Baton Rouge, LA | $200,000 | unknown |
| This work consisted of several projects for different industries, during which Dr. Boutwell evaluated the stability of the east bank of the Mississippi River from Scott's Bluff to about the level of the State Capitol, and also that of Bayou Monte Sano. The northernmost area has stiff Pleistocene soils, the more southerly part soft alluvial deposits. Field work included borings and setting slope indicators. Some of these projects involved analyses of actual failures. | | | |
| Contaminant Remediation Investigation | Bayou Goula, LA | $45,000 | unknown |
| This project involved migration of heavy metals (As and Pb) from a pit in a rural area. Some movement was natural, some from construction activities. Dr. Boutwell's investigation delineated the vertical and horizontal extent of contamination above background, and presented remedial measures. His remediation plan (minor capping) was accepted by the US EPA with insignificant modifications. | | | |
| Landfarm Evaluation | South Louisiana | $15,000 | unknown |
| A major waste disposal firm was considering the acquisition of this existing facility. The firm engaged Dr. Boutwell to evaluate the facility for its design and groundwater impact. He performed an extensive analysis of the site's chemical data (wells and treatment areas) which demonstrated significant groundwater degradation. The disposal firm declined to purchase this facility. | | | |
| Hot Black Liquor Pond | DeRidder, LA | $60,000 | $3,000,000 |
| Dr. Boutwell designed the barrier system (recompacted clay plus geosynthetic) for this unit. The major feature was protection of the barrier from the high initial temperature of the contents, which involved detailed analysis of transient heat flow. | | | |
| Proposed Landfill | Vicksburg, MS | $200,000 | $10,000,000 |
| Dr. Boutwell directed and/or performed the entire permitting and design process for this "grass-roots" municipal landfill. | | | |
| Sugar Warehouse | Port Allen, LA | $20,000 | $5,000,000 |
| This project involved a heavy, wide-area floor load on compressible soils adjacent to the I-10 Mississippi River Bridge. The warehouse was successfully ground-supported. LDOTD accepted Dr. Boutwell's findings that the warehouse would not affect the existing bridge piers. | | | |
| Port Expansion | Gwangyang, Korea | $10,000 | $100,000,000 |
| This project required strengthening and preconsolidating a 480-acre port site underlain by extremely soft dredge spoil and very soft clay. It was accomplished by preloading with wick drains to accelerate settlements. Geosynthetic surface reinforcement was also required. | | | |

 **STE**
Soil Testing Engineers, Inc. *Resume - Dr. Gordon P. Boutwell, Jr., P.E.* *Page 6*

**Publications**

Vesic, A.S., G.P. Boutwell, and T.L. Tai, Theoretical Studies of Cratering Mechanisms, U.S. Army COE Waterways Experiment Station, Vicksburg, MS, 1967.

Boutwell, G.P., On the Yield Behavior of Cohesionless Materials, Duke Univ. Soil Mechanics Series #7, Duke University, Durham, N.C. 1968.

Boutwell, G.P., "Deep Foundations in Clays," Philadelphia Section, ASCE, 1972.

Boutwell, G.P., and D.S. Saxena, "Design Method: Dynamically Loaded Pile Foundations," #1833, ASCE Annual Meeting, Houston, TX, October, 1972.

Boutwell, G.P., R.B. Adams, and D.A. Brown, "Hazardous Waste Disposal in Louisiana," Proc. Annual Geotechnical Symposium, Capitol Section, ASCE, February, 1980.

Boutwell, G.P., and V.R. Donald, "Compacted Clay Liners for Industrial Wastes," ASCE Annual Meeting, Las Vegas, NV, March, 1982.

Boutwell, G.P., "The 40 CFR Waste Regulation System," ASCE Annual Meeting, Atlanta, GA, May, 1984.

Boutwell, G.P., "Fixation in Land Disposal" Air Pollution Control Association Annual Meeting, Baton Rouge, LA, 1985.

Boutwell, G.P., "Groundwater Protection for Oil Field Waste," Water Pollution Control Association Annual Meeting, Lafayette, LA, 1986.

Boutwell, G.P., and A.F. Mick, "Monitoring and Modeling for a Mill Closure," Proc. TAPPI 1986 Environmental Conference, New Orleans, LA, April, 1986.

Boutwell, G.P. and R.K. Derick, "Sanitary Landfills in the Saturated Zone," Proc. Waste-Tech '86, National Solid Waste Management Association, Chicago, IL, 1986.

Boutwell, G.P., "Brine Contamination of Louisiana Aquifers," Water Pollution Control Association Annual Meeting, New Orleans, LA, 1987.

Boutwell, G.P. and T.A. Lawrence, "Electromagnetic Data Interpretation Using Multivariate Least-Squares Regression," Proc. Conference on Northwestern Groundwater Issues, National Water Well Association, Stamford, CT, April, 1988.

Boutwell, G.P., and C.S. Hedges, "Construction Quality Assurance for Compacted Clay Liners," Proc. LDEQ Groundwater Symposium, Louisiana Department of Environmental Quality, Baton Rouge, LA, May, 1988.

Boutwell, G.P., and S.F. Bobowski, "Groundwater Monitoring - The Underground Perspective," Am. Inst. Chemical Engineers, New Orleans, LA, 1988.



*Resume – Dr. Gordon P. Boutwell, Jr., P.E.* _____ *Page 7*

Boutwell, G.P., and C.S. Hedges, "Evaluation of Waste-Retention Liners by Multivariate Statistics," Proc XII Int. Conf. on Soil Mechanics and Foundations, Rio de Janeiro, August, 1989.

Lawrence, T.A. and G.P. Boutwell, "Predicting Stratigraphy at Landfill Sites Using Electromagnetics," Geotechnics of Waste Fills - Theory and Practice, ASTM STP 1070, Am. Soc. Testing and Materials, Philadelphia, PA 1989.

Boutwell, G.P., and C.R. Rauser, "Clay Liner Construction," Proc. Annual ASCE - Penn. DOT Geotechnical Seminar, Hershey, PA, April, 1990.

Boutwell, G.P., "Construction Quality Assurance for Geomembranes," Proc. First Materials Engineering Conference, Materials Engrg. Div., ASCE, Denver, CO, August, 1990.

Johnson, G.W., W.S. Crumley, and G.P Boutwell, "Field Verification of Clay Liner Hydraulic Conductivity," Waste Containment Systems: Construction, Regulation, and Performance, GSP No. 26, ASCE, New York, November, 1990.

Boutwell, G.P., "The STEI Two-Stage Borehole Field Permeability Test," Symposium on Containment Liner Technology and Subtitle D, Houston Section, ASCE, Houston, TX, March, 1992.

Boutwell, G.P., and C.N. Tsai, "The Two-Stage Field Permeability Test for Clay Liners," Geotechnical News, June, 1992.

Benson, C.H., and G.P. Boutwell, "Compaction Control Criteria and Field-Scale Hydraulic Conductivity of Compacted Clay Liners," Proc. 15th Madison Waste Conference, Madison, WI, August, 1992.

Boutwell, G.P., "Field Permeability Testing with the TSB Procedure," Proc. Int. Symposium In Geology and Confinement of Toxic Wastes, Montpelier, France, June, 1993.

Trautwein, S.J., and G.P. Boutwell, "In-Situ Hydraulic Conductivity Tests for Compacted Soil Liners and Caps," Hydraulic Conductivity and Waste Contaminant Transport in Soils, ASTM STP 1142, Am. Soc. Testing Materials, Philadelphia, PA, 1994.

Boutwell, G.P., K.L. McManis, and M. Nataraj, "Field Measurement of Infiltration Rates," Urban Waste Research Group/University of New Orleans, New Orleans, LA, 1995.

Boutwell, G.P., and V.A. Fiore, "Settlement of Clay Cover on Saturated Garbage," GeoEnvironment 2000, ASCE, New Orleans, LA, 1995

Boutwell, G.P., and G.L. Perkins, "Groundwater Protection Barriers for MSW Landfills," Proc. Air & Water Association Symposium, Nashville, TN, 1996.

Boutwell, G.P., and T.J. Hueckel, "Indigenous Floors and Barriers," Chapter 7 of First International Containment Technology Workshop, R.R. Rumer and J.L. Mitchell, eds, USEPA/USDOT/Dupont, Wilmington, DE, 1996.



**STE**
Soil Testing Engineers, Inc.

*Resume – Dr. Gordon P. Boutwell, Jr., P.E.*                    *Page 8*

Benson, C.H., J.A. Gunter, G.P. Boutwell, S.J. Trautwein, and P.H. Berzanskis, "Hydraulic Conductivity Assessment of Four Test Pads," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, Oct., 1997.

Boutwell, G.P., "Use of Geosynthetics as Barriers to Fluid Flow," Proc. Indo-US Workshop on Ground Improvement Using Geosynthetics, New Delhi, March, 1997.

Blotz, L.A., C.H. Benson, G.P. Boutwell, "Estimating Maximum Density and Optimum Water Content," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, Sept., 1998.

Boutwell, G.P., and P.D. Schmidt, "Pre-Instrumented Riverbank Slide," presented at ASCE National Meeting, Boston, MA, Nov., 1998, published in ASCE/GSP #77

Benson, C.H., D.E. Daniel, and G.P. Boutwell, "Field Performance of Compacted Clay Liners," Journal of Geotechnical and Geoenvironmental Engineering, ASCE, May 1999.

Benson, C.H., and G.P. Boutwell, "Compaction Control and Scale-Dependent Hydraulic Conductivity of Compacted Clay," ASTM STP 1384, 1999.

Boutwell, G.P., M.S. Nataraj, and K.L. McManis, "Deep Foundations on Brownfields Sites," Proceedings, Prague 2000, Prague, Czech Republic, September, 2000.

Boutwell, G.P., M.S. Nataraj, and K.L. McManis, "Pile Foundations - An Environmental Problem?," The Louisiana Civil Engineer, Baton Rouge, LA, February 2001.

M.S. Nataraj, K.L. McManis, and G.P. Boutwell, "Vertical Expansion of Landfills," Indian Conference on the Environment, December, 2000.

Nataraj, M.S., K.L. McManis, and G.P. Boutwell, "Settlement and Liquid Release Behavior of Municipal Solid Waste," Proc. 17th International Conference on Solid Waste Technology and Management, Philadelphia, PA., October, 2001.

Boutwell, G. P., and S. M. Meunier, "Geosynthetics to the Rescue," Proc. McMat 2005, Am. Soc. Mechanical Engineers, June, 2005.

de Abreu, R. C., K. L. McManis, and G. P. Boutwell, "A New Model for Immediate Settlement Predictions," Proc. XVI Int. Conf. on Soil Mechanics and Geotechnical Engineering, Osaka, Japan, A. A. Balkema, Pub. 2005.

Boutwell, G. P., and B. S. Lim, "Foundations on Soft Soils: Lessons from the Mississippi River Delta," Proc. ATC-7, Inc. Soc. Soil mech. And Geotech. Eng., Pusan, Korea, 2005.

Boutwell, G. P., and B.S. Lim, "Applied Geoenvironmental Engineering-Clay Liner Technology," Proc. 2005 Meeting of the Korean Geoenvironmental Society, Seoul, Korea, 2005 (Keynote Lecture).


**STE**
Soil Testing Engineers, Inc.

*Resume – Dr. Gordon P. Boutwell, Jr., P.E.*                                      Page 9

**Other Technical Presentations**

**"Landfill Liners and Their Testing"**
| | |
|---|---|
| OH. Environmental Protection Agency | 1991, 1998 |
| PA. Dept. of Environmental Regulation | 1992 |
| MS. Dept. of Environmental Quality | 1993, 1995 |
| UT. Dept. of Environmental Quality | 1994 |
| TN. Dept. of Environmental Quality | 1994 |
| MT. Dept. of Health and Environmental Science | 1994 |
| LA. Dept. of Environmental Quality | 1995, 1996 |

**"Site Investigation for Remediation"**

| | |
|---|---|
| LA. DEQ Annual Conference | 1990 |
| U.S. Environmental Training Institute | 1994 |

**"Environmental Audits"**
| | |
|---|---|
| Robert Morris Institute | 1989 |
| LA. Young Bankers' Association | 1990 |

**"Slurry Walls"**
| | |
|---|---|
| LA. Section, ASCE | 1995 |
| MS. Dept. Of Environmental Quality | 1995 |

**"Slope Stability for Waste Facilities"**
| | |
|---|---|
| LA. DEQ Annual Conference | 1999 |
| Vesic Memorial Lecture: NC Section, ASCE | 2002 |
| Seminar, NC State University | 2004 |
| Koerner Symposium, Drexel University | 2004 |

**"Vertical Expansion of Landfills"**
| | |
|---|---|
| LA. DEQ Annual Conference | 2000 |
| Tri-States Engineering Conference | 2001 |

**"The Little Remediation That Couldn't – A Case History"**
| | |
|---|---|
| LA. Section, ASCE | 2000 |

**"New Developments in Landfill Technology"**
| | |
|---|---|
| LA DEQ Annual Conference | 2002 |
| Tri-States Engineering Conference | 2002 |

**"Drilling on Contaminated Sites"**
| | |
|---|---|
| LA. Groundwater Association | 2002 |

**"Bulkhead Failures-Some Case Historics"**
| | |
|---|---|
| LA. Section, ASCE | 2002 |



**STE**
Soil Testing Engineers, Inc.

*Resume - Dr. Gordon P. Boutwell, Jr., P.E.*                    Page 10

**"Landfill Liners and Covers"**
SWANA Regional Conference                                    2003

**"Design of Sanitary Landfills for Municipal Solid Wastes"**
Korea University                                             2003
Seoul National University                                    2003
National Kyung - Sung University                             2003

**"Groundwater Monitoring 101"**
LDEQ Landfill Operators' Training Courses                    2003

**"Piles Can Be A Pain"**
LA. Section, ASCE                                           2003

**"Groundwater Monitoring 201"**
SWANA Regional Conference                                    2004

**"Compacting Garbage for Fun and Profit"**
LDEQ Landfill Operators' Training Courses                    2004
LDEQ Annual Conference                                       2005
SWANA Quad-States Conference                                 2005

**"Residual Soil Shear Strength in Stability Analysis"**
SE Geotechnical Highway Conference                           2004
LA. Joint Engineering Conference                             2005
Korean National Highway Board                                2005

**"Pile Foundations on Brownfields Sites"**
or **"Pile Foundations - An Environmental Problem?"**
LA. DEQ Annual Conference                                    2001
Tri-States Engineering Conference                            2002
Pile Driving Contractors' Association                        2005
National Kyung-Sung University (Korea)                       2005
Daewoo Construction Institute (Korea)                        2005

**Failures in the New Orleans Levee**
    **System - Hurricane Katrina - August 2005**
Consulting Engineers' Council of LA.                         2005
LA. Joint Engineering Societies Meeting                      2006
MS. Joint Engineering Societies Meeting                      2006

# APPENDIX C

# FLOODING CALCULATIONS


**STE**
Soil Testing Engineers, Inc.

**EXPERT REPORT BY DR. GORDON P. BOUTWELL, P.E.**
**FLOODING EVALUATION**
**TANK T-250-2**
**MURPHY OIL FACILITY**
**MERAUX, LOUISIANA**

**APPENDIX C**
**FLOODING CALCULATIONS**

This Appendix C describes the writer's method for calculating the volumes of water entering the St. Bernard Polder and the water surface elevations reached under the assumption that the levees and floodwalls did not breach. The concept is discussed first, followed by fuller details for specific levee areas and for the flooding depths.

**C.1    CONCEPT**

**C.1.1   Objective.** The objective is to calculate the depth of floodwater (plus rainwater) which would have occurred at the Murphy facility due to Hurricane Katrina if the Federal levees and floodwalls "protecting" St. Bernard Parish had not breached.

**C.1.2   Flow Types.** Absent breaching, floodwater enters the Polder by the following processes:

- Wave splash during the period from when waves begin to splash over the top of the levee (flow time begins) until the storm surge level overtops the levee.

- Direct flow (with wave action) from the time the storm surge overtops the levee until the storm surge level drops below the top of the levee.

- Wave splash during the period from when the storm surge level falls below the levee top until waves cease to splash over the levee (flow time ends).

Equations for the flow rates during these periods are available at IPET (2006c/p. IV-240). They give the flow rate (q') in cubic feet per second per lineal foot of levee as a function of surge height ($h_s$) over the levee height ($h_L$). So, it is necessary to integrate these results over the total flow time to get the flow in cubic feet per lineal foot, and then integrate that flow over the levee length to get the objective: total flow in cubic feet of water.

**C.1.3   Calculation Steps.** The primary steps in performing the necessary calculations for the total flow into the St. Bernard Polder are outlined below.

- Step 1: Flow - Maximum Overtopping Relationship. Here, the writer used the cited USACE equations for the instantaneous flow rate (q'), and the appropriate USACE hydrograph for the surge level ($h_s$) - time (t) relationship. Summing the instantaneous flow rates over the times during which these rates applied yielded the total flow rate (q) over the levee per foot of levee length. This total flow (q) is associated with a maximum value (H) of levee overtopping, i.e., maximum surge elevation minus levee top elevation.


**STE**
Soil Testing Engineers, Inc.

Page 2

- Step 2: Application to Levee. Different parts of each levee have differing crest heights ($h_c$) and maximum storm surge levels ($h_{sm}$), thus differing (H) values. Data on ($h_{sm}$) and ($h_c$) along the levees was generally available in IPET (2006c). Each levee was divided into length increments ($L_i$) over which the maximum overtopping ($H_i$) and thus total flow rate ($q_i$) were relatively constant. The total flow increment over that part of the levee ($Q_i$) is the flow rate ($q_i$) times the length over which that rate acts ($L_i$). Hence, the total flow over the levee (Q) is

$$Q = \Sigma Q_i = \Sigma q_i L_i$$

**C.1.4  Water Level.** In a simplistic manner, the depth of water is the volume that flows in divided by the area covered. The real situation is not quite that simple. Morris (2006) prepared a table of storage volume in the "Marsh" and "Protected" areas versus elevations which the water reaches. This information has been subdivided proportionally to the relative areas of subsections P1, P2, and P3 plus M1 and M2 as delineated on Figure 1. The results are presented on Table C-1. The heights of the Violet Canal Levee (+9 feet), 40-Arpent Canal Levee (+6 feet), and Paris Road (+1.5 feet) must be taken into account when using Table C-1.

The water level calculations in Section C.4 were made by matching the inflows (see Section C.3) to the storage volumes available (See Table C-1) to establish water levels. Rainfall (10 ½ inches = 0.87 feet) was included in those calculations.

**C.3  FLOW VOLUMES**

**C.3.1  MRGO Hurricane Levee.** This was the most significant flow area. Its hydrograph was taken from IPET (2006c/pp. IV-144 and IV-145). The "+18 foot surge" maximum storm surge case is the one most frequently cited in IPET (2006c). Its maximum storm surge levels ($h_{sm}$) were taken from Figure 179, Vol. IV of IPET (2006c). A maximum storm surge near +20 feet is illustrated on pages V-18-125 through V-18-206 of IPET (2006c); data from these pages was used for the "+20 foot surge" case. The sections to which relatively constant levee *top elevations* (hc) applied and their lengths were taken from pages V-18-125 through V-18-193 of IPET (2006c). These illustrated both the design levee top elevations and the actual pre-Katrina levee top elevations.

The total flows over the unbreached MRGO Hurricane levee were calculated to be as shown in Table C.3.1, below.



### Table C.3.1
### Total Flows over MRGO Hurricane Levee

| Maximum Surge (feet) | Total Flow (Mcf)* | |
|---|---|---|
| | **Design Top** | **Pre-Katrina Top** |
| +18 | 1209 | 1497 |
| +20 | 3067 | 4106 |

*Mcf = Million cubic feet

**C.3.2  IHNC Levees and Floodwalls.** This consists of two parts, a floodwall some 5000 feet long (IPET, 2006c/p. III-158) and a leveed area about 5600 feet long (IPET, 2006v/p.V-11-18) and (Morris, 2006a). Floodwall elevations were +12.5 feet for the actual pre-Katrina condition and +15.0 feet for the design condition as mentioned in Section 3.2 of this report. In the leveed area, the actual pre-Katrina top ranged from +14.0 to +16.0 feet (Morris, 2006a). The hydrograph was taken from IPET (2006c/Fig. V-40). The design top was taken as +16.0 feet from IPET (2006c/III-159). The maximum storm surge was +14.2 feet (IPET, 2006c/p. IV-33).

The results of the calculations for the IHNC levees and floodwalls yielded the following flows for the unbreached condition.

### Table C.3.2
### Total Flows over IHNC Floodwalls and Levees

| Case | Flow (Mcf) | | |
|---|---|---|---|
| | **Floodwalls** | **Levee** | **Total** |
| Actual Pre-Katrina Top | 194 | 42 | 236 |
| Design Top | 19 | 0 | 19 |

**C.3.3  ICWW Levee.** Flow from overtopping of the levee along the south bank of the ICWW would proceed into the Marsh area of the St. Bernard Polder. Hydrographs for this Levee were constructed as follows.

- Eastern Portion: IHNC to I-510 (Paris Road) Bridge. Here, the time-water level storm surge data was taken from pp. IV-229 and V-27 of IPET (2006c), representing the two ends of the GIWW section. The hydrograph was constructed by weighting the IV-229 data by 2/3 and the V-27 data by 1/3.

- Western Portion: I-510 Bridge to MRGO/ICWW Split. The hydrograph was constructed as outlined above, but with a 1/3 weight for the IV-229 data and a 2/3 weight for the V-27 data.



**STE**
Soil Testing Engineers, Inc.

Page 4

The maximum storm surge level was assumed to vary linearly from its IPET (2006c) values of +17.5 feet at the extreme end to +15.3 feet on the extreme west end.

The waves in the ICWW were less than along the MRGO because of less exposure to and different orientation of the waves. Hence, the flow due to wave surge was taken as 80% of the MRGO values in the more exposed Eastern Portion of the ICWW, 67% of the MRGO values in the less exposed Western Portion.

The IPET top-of-levee information for this section had little detail, especially for the Eastern Portion. Two different sections of IPET (2006c) give different design top elevations. Page III-159 gives +17.5 feet and p. IV-190 gives +11 to +15 feet. In the Western Portion, design values range from +17.0 feet to +14.0 feet (p. III-159, IPET 2006c). From the writer's visual observations in early October, 2005, overtopping along the GIWW was minor. The writer's final values for the actual pre-Katrina top elevations were +17.0 feet increasing linearly to +18.2 feet for the Eastern Portion; +16.5 feet (east) decreasing to +13.5 feet (west) for the Western Portion (Morris, 2006a). The design top elevations were taken as +14.0 feet for the Western Portion and +17.0 feet for the Eastern Portion.

The results of the calculations for the GIWW Levee yielded the following flows for the unbreached condition.

**Table C.3.3**
**Total Flows over GIWW Levee**

| Case | Flow (Mcf) | | |
|------|---------|---------|-------|
|      | Eastern | Western | Total |
| Actual Pre-Katrina Top | 9 | 833 | 842 |
| Design Top | 17 | 786 | 803 |

**C.3.4  Caernarvon Levee.** This levee proceeds basically westwards from the MRGO Hurricane Levee to the Mississippi River levee. The MRGO hydrograph was used for the surge-time relationship. The maximum surge for the eastern 10,800 feet was taken as that at the adjacent MRGO: +19.0 feet for the "20-foot Surge" case and +17.5 feet for the "18-foot Surge case." In the western 46,700 feet, the surge drops from +15.3 feet to +13.8 feet because of friction in the marsh. The actual pre-Katrina top elevations of the western portion of the levee were obtained from Morris (2006a). A small area near the Mississippi River had top elevations as low as +8.0 feet; otherwise, the tops ranged from +13.0 to +17.0 feet. Pre-Katrina top elevations in the eastern portion were available from IPET (2006c/pp. V-18-192 through V-18-206). The design elevations were given for the eastern portion as +17.0 feet (IPET 2006c/pp. V-18-192 through V-18-206) and for the western portion as +16.5 feet except for a 3000 foot long section at +13.5 feet adjacent to the Mississippi River.


**STE**
Soil Testing Engineers, Inc.

Page 5

Waves along the Caernarvon Levee run parallel to rather than perpendicular to the levee centerline. Therefore, 80% of the MRGO wave splash was used for the eastern end, and 67% for the more protected west portion.

The results of the calculations for flow over the unbreached Caernarvon Levee are summarized in Table C.3.4, below.

**Table C.3.4**
**Flows over Caernarvon Levee**

| Case | Flow (mcf): +18 feet Surge | | | Flow (Mcf): +20 feet Surge | | |
|---|---|---|---|---|---|---|
| | East | West | Total | East | West | Total |
| Pre-Katrina Actual Top | 56 | 539 | 595 | 154 | 539 | 693 |
| Design Top | 184 | 58 | 242 | 438 | 58 | 496 |

**C.3.5  Summary.** The results of these calculations for all areas from Tables C.3.1 through C.3.4 have been summarized and are presented on Table C-2.

**C.4  WATER ELEVATIONS**

**C.4.1  Concept.** This section matches the flow volumes from Section C.3 (presented on Table C-2) with the storage volume - water elevation data discussed in Section C.1.4 and presented on Table C-1. When the flow volume equals the storage volume, the water elevation results.

**C.4.2  Actual Pre-Katrina Levee Top Elevations.** The flooding behaviors differ for the normal "+18 foot surge" and the single-occurrence "+20 foot surge."

- +18 Foot Surge. In this case, all of the area Caernarvon-West water is held in P1, and all of the IHNC-Floodwall water is held in area P3. The remaining water (2439 Mcf) floods the Marsh area (M1+M2) to +3.4 feet (+4.3 with rain). This is not enough to top the 40-Arpent Canal Levee. Thus, no floodwater would enter area P2, where the Murphy facility is located.

- +20 Foot Surge. With this assumption, the remaining floodwater after area P1 takes the Caernarvon-West water and area P3 takes the IHNC Floodwall water is some 5048 Mcf. Including rainfall, this raises the water level in the Marsh (M1 + M2) to +6.6 feet. This situation provides only minor overtopping (541 Mcf) of the 40-Arpent Canal Levee, so that the floodwater theoretically reaches the Murphy facility at around +1.6 feet (including rainfall).

**C.4.3  Design Levee Top Elevations.** Reference to Table C-2 shows that the Design Levee Top total flows are less than those for the actual Pre-Katrina Levee Top condition. Hence, no floodwater would reach area P2, where the Murphy facility is located.



STE
Soil Testing Engineers, Inc.

FLOODING EVALUATION
TANK T-250-2
MURPHY OIL FACILITY
MERAUX, LA

TABLE C-1
STORAGE AREA CAPACITIES

| WATER ELEV. (ft.*) | PROTECTED AREA VOLUME (Mcf) | | | | MARSH AREA VOLUME (Mcf) | | | | OVERALL TOTAL (Mcf) (73.9) |
|---|---|---|---|---|---|---|---|---|---|
| | P1 (13.1) | P2 (8.7) | P3 (7.9) | SUBTOTAL (29.7) | M1 (35.7) | M2 (8.5) | SUBTOTAL (44.2) | | |
| +1.0 | 333 | 220 | 202 | 755 | 188 | 45 | 233 | 988 |
| +2.0 | 528 | 350 | 320 | 1198 | 718 | 171 | 889 | 2087 |
| +3.0 | 766 | 508 | 464 | 1738 | 1555 | 369 | 1924 | 3662 |
| +4.0 | 1046 | 693 | 634 | 2373 | 2458 | 584 | 3042 | 5415 |
| +5.0 | 1360 | 900 | 823 | 3084 | 3398 | 807 | 4205 | 7289 |
| +6.0 | 1698 | 1124 | 1028 | 3850 | 4363 | 1037 | 5400 | 9250 |
| +7.0 | 2051 | 1358 | 1242 | 4651 | 5343 | 1270 | 6613 | 11264 |
| +8.0 | 2417 | 1600 | 1463 | 5478 | 6339 | 1506 | 7845 | 13323 |

*:      Feet NGVD 88 - 2004.65
Mcf:    Millions of cubic feet
Source: Morris, 2006

See Figure 1 for Area Designations
(Area in square miles)
Note: Subareas estimated from subtotals by Morris

P:\2006\06-1055 Murphy Oil\Report\Table C-1 Storage Area Capacities.wpd



STE
Soil Testing Engineers, Inc.

FLOODING EVALUATION
TANK T-250-2
MURPHY OIL FACILITY
MERAUX, LA

TABLE C-2
WRITER'S FLOW CALCULATIONS

| Area | Overflow Volumes (Mcf) | | | | | |
|---|---|---|---|---|---|---|
| | "+18 Foot" MRGO Surge | | "+20 Foot" MRGO Surge | | | |
| | Design Levee Top | Pre-Katrina Levee Top | Design Levee Top | Pre-Katrina Levee Top | | |
| IHNC Floodwalls | 19 | 194 | 19 | 194 | | |
| IHNC Levees | 0 | 42 | 0 | 42 | | |
| ICWW Levee-West | 786 | 833 | 786 | 833 | | |
| ICWW Levee-East | 17 | 9 | 17 | 9 | | |
| MRGO Levee | 1209 | 1497 | 3067 | 4106 | | |
| Caernarvon Levee-East | 184 | 58 | 438 | 58 | | |
| Caernarvon Levee-West | 56 | 539 | 154 | 539 | | |
| Total | 2273 | 3172 | 4481 | 5781 | | |

Mcf = Million cubic feet

06-1035

P:\030046-1035 Murphy Oil\Report\Table C-2 Writer's Flow Calculations.wpd

FLOODING EVALUATION
TANK T-250-2
MURPHY OIL FACILITY
MERAUX, LA

TABLE C-3
RESULTS OF FILLING/EROSION ANALYSES

| CASE | DIKE LENGTH ERODED (%) | TIME (t) IN MINUTES TO TANK FLOATATION | | | |
|------|------------------------|-------------------------|-------------|---------------------------|-------------|
| | | EROSION LIMITED TO 2' | | EROSION LIMITED TO 4' | |
| | | 0" Rain | 10.5" Rain | 0" Rain | 10.5" Rain |
| No Waves | 0 | +11.5 | +9.4 | +11.5 | +9.4 |
| | 1 | +10.9 | +8.8 | +10.0 | +8.1 |
| | 5 | +9.0 | +7.2 | +7.0 | +5.8 |
| | 100 | +4.6 | +4.3 | +4.3 | +4.2 |
| | T* | +4.1 | +4.1 | +4.1 | +4.1 |
| With Waves | 0 | +4.5 | +1.4 | +4.5 | +1.4 |
| | 1 | +3.7 | +0.8 | +3.1 | +0.0 |
| | 5 | +1.5 | -0.8 | -0.7 | -1.5 |
| | 100 | -2.8 | -3.1 | -3.1 | -3.2 |
| | T* | -3.2 | -3.2 | -3.3 | -3.3 |

T* = Time until Erosion Reaches Cited Limit
Time = 0 when water level reaches original dike top

STE
SoilTesting Engineers, Inc.

P:\2006605.1033 Murphy Oil\Report\Table C-3 Results of Filling Erosion Analyses.wpd

05-1035



**US Army Corps
of Engineers®**



EXHIBIT

D



# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

### Volume I – Executive Summary and Overview

June 2006

**FINAL DRAFT**
(Subject to Revision)