

Figure 7.   Maximum computed storm water level using the ADCIRC model, Mississippi to Louisiana region, water levels in feet, NAVD88 (2004.65).

Winds from Katrina generated a record-wave environment. Again, the lack of measurements caused the IPET to model the wind-generated waves to determine the conditions created by the storm. IPET used a nested approach that used the WAM model to generate wind wave fields for the entire Gulf, and STWAVE to model nearshore waves in and around New Orleans. The resulting wave heights and wave periods are shown in Figures 8-11. They demonstrate that the Katrina-generated wave environment was severe. The most significant finding was that the waves along the GIWW, St. Bernard, and Plaquemines levees were ocean-generated waves, with a wave period in the 16-sec range, much more capable of runup and overtopping structures.



Figure 8.   Lake Pontchartrain maximum modeled significant wave height and corresponding mean
direction (wave heights in feet)

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 9.   Lake Pontchartrain modeled peak wave period corresponding to the maximum wave height (periods in sec)

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 10. Southeast Louisiana maximum modeled wave height (wave heights in feet)

Volume I  Executive Summary and Overview
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 11. Southeast Louisiana modeled peak wave period corresponding to the maximum wave height (periods in sec)

Figure 12 shows the locations of the most severe damage to the hurricane protection system. Approximately 169 miles of the protective structures were significantly damaged by Katrina-generated surge and waves, as well as 34 of 71 pumping stations. A total of 41 miles of structures was judged to be severely damaged. There were a total of 50 major breaches, areas where the structures failed, causing a dramatic reduction in protective elevation and losing the ability to prevent the inflow of external water. Of the 50 major breaches, four were caused by foundation-induced failures and the remainder from a combination of overtopping and scour. Three of the four foundation breaches occurred in the outfall canals and one in the IHNC. I-wall

structures were particularly vulnerable as were levee sections created from hydraulic fill and transitions where either elevation or strength differences occurred from changes in structure type or capability.



Figure 12.  Locations (in red) of severe damage to hurricane protection structures resulting from Katrina

The storm surge and waves first attacked the Plaquemines levees well before Katrina's landfall, causing significant overtopping and erosion before dawn. The MRGO levees were soon hit with similar conditions and eventually both Plaquemines and St. Bernard levees would be overtopped by both high surge and high, long-period waves. The persistent east to west winds had also built up a significant surge level at the convergence of the GIWW and the IHNC. Wind-generated waves reached at least 4 ft in the IHNC, contributing to very high water and dynamic loading on structures. The surge and waves had a devastating effect on the sections of the levees along the GIWW (Figure 13) and MRGO (Figure 14) that were constructed with hydraulic fill. The overtopping waves created very high water velocities down the back sides of the levees, reaching 10 to 15 ft/sec. These velocities were two to three times those experienced on the water side of the levees. The potential for erosion being related to the cube of velocity, it is no wonder that the back sides of the levees, especially where they were comprised of erodible materials, were scoured away leading to, in many cases, complete breaching. Figure 15 shows the close correlation between the degree of breaching from overtopping and erosion and the types of

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

materials, In this example for New Orleans East, the correspondence of breaching and hydraulic fill constructed levees is obvious.



Figure 13.  Example of levee along New Orleans East, GIWW, breaching from overtopping and scour of erodible materials



Figure 14.  Example of levee breach along MRGO from overtopping and scour of erodible materials

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 15. Correlation of levee breaching with type of levee materials for New Orleans East

Four I-wall failures that resulted in breaches and very significant flooding occurred on the morning of August 29th.

At about 5:00 AM, the Lower Ninth Ward was flooded by a breach in the I-wall on the east side of the IHNC. The failure occurred when the water elevation in the IHNC was 10.5 ft, about 2.0 ft below the top of the wall. The failure was caused by instability in the foundation soils beneath the I-wall and the levee. The failure was aggravated by deflection of the I-wall as the water rose in the canal. This movement of the I-wall caused separation of the wall from the levee fill soil on the canal side of the wall, and formation of a gap extending down to the bottom of the wall. Water entering this crack subjected the wall to high water pressures and greatly increased loads, leading to gross instability and a breach through the wall as the water continued to rise.

At about 6:30 AM, with water at elevation 7.0 ft in the 17th Street Canal, the I-wall on the east side of the canal was breached, flooding the adjacent neighborhoods. The mechanism of failure was the same as at the IHNC – development of a gap between the I-wall and the levee fill, which resulted in increased water load on the wall. The design of the wall at this location had not recognized lower strength beneath the toe of the levee than beneath the crest, and this fact resulted in an I-wall with less capacity than would otherwise have been the case.

At about 7:00 AM a breach occurred on the London Avenue Canal near Mirabeau Avenue. About an hour later a second breach occurred on the London Avenue Canal, near Robert E. Lee Boulevard. Like the 17th Street Canal and the IHNC breaches that occurred earlier, the London Avenue Canal breaches involved formation of a gap between the wall and the levee fill on the canal side of the wall (Figure 16). At the London Avenue Canal, an additional effect of the gaps was that water flowed down through the gaps into the underlying sand. High water pressures in the sand uplifted the marsh layer on the landside of the levee, resulting in concentrated flow and erosion, removing material and reducing support for the floodwall, which failed catastrophically.

I-30

Volume I  Executive Summary and Overview
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 16.   Example of I-wall breach on London Avenue Outfall Canal (north breach) resulting from
formation of a crack along the water side of the floodwall, introducing high pore pressures
under the levee and causing uplift and failure

The I-wall failure mechanisms at the IHNC, 17th Street Canal, and London Avenue were
investigated by field explorations, laboratory tests to measure soil properties, limit equilibrium
analyses of stability, finite element analyses of seepage and soil-structure interaction, and
centrifuge model tests. These numerical analyses and physical tests all showed that the formation
of gaps behind the walls was a key element in the failure (Figure 17).

After the I-wall failure that resulted in the breach at the IHNC, the water level in the canal
continued to rise (Figure 18). At 9:00 AM, the water reached elevation 14.2 ft, 1.7 ft above the
tops of the levees and floodwalls. Water flowing over the walls when they were overtopped
eroded trenches on the protected side of the walls as it cascaded onto the levee fill. Soil that was
providing support for the walls was removed by this erosion, making the walls less stable,
resulting in two additional floodwall breaches, one on the east side of the IHNC, south of the
first breach, and one on the west side. A fourth IHNC breach occurred when an overtopped levee
on the west side was eroded away when it was overtopped.



Figure 17.  Depiction of failure mechanism for 17th Street and IHNC foundation failures. A crack forming along the front of the I-wall introduced high forces down the face of the sheetpile, resulting in lateral movement of the floodwall along a shear plane in the weak clay foundation

The flooding resulting from the overtopping and breaching was catastrophic. Figure 19 shows the extent and depth of flooding for the metropolitan area where almost 80 percent was inundated. Pumping stations were for the most part not operating due to prior evacuation of operators, loss of power, or loss of cooling water for the pumps. An evaluation of the pumping performance as a percentage of the total capacity is given in Figure 20. The pump stations in New Orleans were simply not designed to operate during major storms. A few stations, notably in Orleans Parish, may have continued to operate if the flooding had not been so extensive. Had the pumps been able to operate, the extent of flooding may not have been impacted greatly, but the duration of flooding could have been reduced. Using temporary pumps and slowly bringing the permanent pumps on line after Katrina required 53 days to unwater the city.

I-32

Volume I  Executive Summary and Overview
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 18.  Example of breach along IHNC (east side) from overtopping
and scour (top) and scour behind adjacent section that did not
fail (bottom)



Figure 19.  Map of maximum depths of flooding from Katrina

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 20.  Example of pumping performance during Katrina

Scenarios run for the hypothetical situation of no levee or floodwall breaching, and assuming full pumping capacity, demonstrated that rainfall and overtopping would have caused extensive flooding, but that flooding in some areas, may be as little as one-third of that experienced during Katrina. Figure 21 is one example of that analysis for Orleans East.

The consequences of the flooding were enormous, dwarfing the losses from previous disasters. Figure 22 shows the distribution, by census block, of the percentage of the direct property losses (loss/value) that occurred in the metropolitan area. This graphic correlates primarily to elevation (depth of flooding) and concentration of assets. When coupled with the approximately $4.5 to $5.6 billion in public infrastructure damages, the total direct property losses for New Orleans alone reach nearly $25 billion. In contrast, Figure 23 shows the hypothetical percentage loss for the scenario of having no breaching (just overtopping) and full pumping capacity. While this scenario is not realistic for the time of Katrina, when added to the relationship shown in Figure 20, it is a testimony to the value of having a resilient hurricane protection system.



Figure 21.  Comparison of flooding from Katrina (left) to hypothetical condition of no breaching and full
           pumping capacity (right) for Orleans East Bank

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 22.  Distribution, by census block, of percent property damage (damage/value) from Katrina

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 23. Hypothetical percent property damage (damage/value) for scenario of no breaching and full pumping capacity

The regional and long-term impacts are greater and have yet to be quantified. Loss of life was staggering with almost 1600 fatalities accounted for and another 400 missing and presumed dead. Loss of life was highly associated with evacuation. Of those who remained, the elderly were particularly vulnerable with three of every four persons who died being over 60 years old. In fact, the flooding in general was disproportionately cruel to the poor, the elderly, and the disabled, groups least likely to be able to care for themselves in a disaster.

The flooding and resultant prolonged loss of services caused what has become more of a migration than an evacuation, casting long shadows on the region's ability to recover. Only 8 of 73 neighborhoods did not flood, while 34 were completely inundated. Residential property losses were a staggering 78 percent of the total. Commercial property losses were approximately 11 percent of the total while industrial losses were under 2 percent. Clearly, the people of New Orleans suffered the most direct losses and these losses represent perhaps the greatest challenge to recovery, not just in terms of property damages. The extensive flooding caused a breakdown in the area's social and cultural structure, significantly complicating recovery and

I-38

Volume I  Executive Summary and Overview
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

redevelopment. Critical social institutions such as schools and hospitals have been very slow to reopen.

Figure 24 shows an example of the pre-Katrina and post-Katrina (1 June 06) direct economic damage - elevation relationships developed for each subbasin. Similar relationships were developed for elevation and loss-of-life using Katrina data and the LifeSim model. Together these relationships provide a fundamental input to the risk and reliability analysis. The dramatic change in the curves from pre-Katrina to Post Katrina conditions represents the change in the value of the property from losses due to Katrina. Even if the probability of flooding remained the same, the risk (product of probability of flooding at a given level and level of consequences) for this subbasin would be decreased because of the reduced exposure for economic loss.

The risk prior to Katrina was significant, in part because New Orleans is mostly below sea level, in part because the hurricane protection system had not been completed, in part because it had not been tested, and in part because portions were just not up to the test. The gap component of the foundation failure mechanisms was not considered in the design of those structures and they had never experienced water levels above approximately 5 ft (compared to 8-10 ft in the outfall canals and over 14 ft in IHNC during Katrina). Levee sections created with hydraulic fill and capped with thin clay had never experienced design water levels, not to mention overtopping. Both components of risk were significant. The probability of a failure of floodwalls and some sections of levees were high, and there was a great potential for serious consequences because of the large population and extensive property being protected by the structures. The repairs since Katrina have been formidable and those sections of the system are no doubt the strongest. The temporary gates at the outfall canals will dramatically reduce the forces that the floodwalls along the canal experience. Replacing I-walls sections with stronger and higher T-wall sections along the IHNC will also significantly reduce risk, as will armor behind floodwall sections deemed vulnerable to overtopping and erosion. Rebuilding levee sections higher and with high quality clays will dramatically increase their resilience to overtopping. It is the other 40 percent that represent the greatest risk until additional measures can be taken to raise and strengthen them.

Given the ability to achieve an equal level of protection around the entire system, some areas will at least, in a relative sense, continue to harbor the greatest risk, those having elevations the most below sea level and those directly exposed to the full surge and wave environments that large storms can create. Given any overtopping, water will first inundate the lowest area. Coupled with rainfall, the performance (and therefore resilience) of the pumping stations will become the first line of defense. Given breaching, most likely where surge and wave environments can be most severe, the lowest areas again will flood first and flood the most. This risk assessment does not require the sophisticated model developed by the IPET, and it points out that there are rules of thumb that cannot be avoided. A risk model, however, gives planners and the public a common framework for quantifying their relative levels of vulnerability and understanding its source. That is a smart way to begin the process of reducing risk where it is most practical and will provide the most significant benefits.

There were numerous media reports of wide spread water contamination in and around New Orleans. Samples from bottom sediments in Lake Pontchartrain, and the marshes in St. Bernard

as well as numerical modeling of surface water contaminant transport did not support these reports. Figure 25 shows the results of one of the modeling efforts, in this case to examine maximum surface water concentrations of arsenic (As) in Lake Pontchartrain. All of these investigations, which included other contaminants such as lead and coliform bacteria, showed that the floodwater contaminant impacts on the region were marginal and typically, did not exceed EPA standards. While there were localized contamination events, in general the New Orleans area did seem to have escaped wide spread pollutant contamination. The impact of salt water flooding of wetlands and marshes was significant and represents the most serious environmental damage sustained from Katrina.

Katrina is truly a disaster from which this nation must seek and apply lessons learned to prevent reoccurrence.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 24.  Comparison of flood damage – elevation relationships for pre- and post-Katrina scenarios for Orleans subbasin 5



Figure 25. Maximum As water surface concentrations (mg/l total) in Lake Pontchartrain after Katrina

## Interagency Performance Evaluation Task Force

IPET was established by the Chief of Engineers to determine the facts concerning the performance of the New Orleans Hurricane Protection System (HPS) in response to Hurricane Katrina. IPET has over 150 experts from 50 organizations conducting in-depth analyses that include understanding the surge and wave levels resulting from the storm; determining the forces experienced by the HPS; understanding the design, as-built, and as-maintained character of the HPS; determining the most likely causes and mechanisms for observed behavior (failure and success); characterizing the extent and consequences of flooding to include the influence of the pumping stations; and performing a risk and reliability assessment of the HPS. Appendix 1 provides the IPET principal leaders, their roles in IPET, and their affiliations and a list of the organizational affiliations of individuals serving on IPET teams. At the request of the Chief of Engineers, the American Society of Civil Engineers (ASCE) set up an External Review Panel to provide continuous review of the work of the IPET. The panel is comprised of experts from industry, academia, and government with a broad range of experience and expertise in each of the principal areas of analysis. At the request of the Secretary of Defense, the National Research Council established the Committee on New Orleans Regional Hurricane Protection Projects to provide strategic oversight of the IPET and to make recommendations concerning hurricane protection in New Orleans. Appendix 2 lists the members of the ASCE External Review Panel and their affiliations. Appendix 3 lists the members of the NRC Committee on New Orleans Regional Hurricane Protection Projects. Appendix 4 summarizes the IPET contributions to Task Force Guardian, the Corps organization responsible for the repair of the hurricane protection system.

> ..."to provide credible and objective scientific and engineering answers to fundamental questions about the performance of the hurricane protection and flood damage reduction system in the New Orleans metropolitan area."
>
> **LTG Carl A. Strock, Chief of Engineers, 10 Oct 2005**

The IPET analysis is assisting the Corps and other responsible agencies in understanding why various components of the hurricane protection system performed as they did during Katrina, providing input to all of the ongoing efforts to reconstitute the hurricane protection system. This includes support to the three main efforts to fully achieve the current authorized levels of protection: 1) repair of the areas seriously damaged by Hurricane Katrina, 2) the design and construction efforts to restore the hurricane protection system to authorized elevations of protection, and 3) the design and construction for the completion of the previously authorized hurricane protection system (not yet completed because of lack of funds). The goal is to be able to use these lessons learned to reconstitute a more resilient and capable hurricane protection system than that which existed prior to Katrina. The extensive information repository, analytical tools, and analysis results also provide a significant new body of knowledge and analytical capability from which the Corps can begin evaluation of alternative approaches to providing higher levels of protection in the future. It is also hoped that the findings of the IPET efforts, coupled with the insights and interpretations of the ASCE External Review Panel and the NRC

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Committee on New Orleans Regional Hurricane Protection Projects, will contribute to positive changes in engineering practice and water resources policy for the future.

During the conduct of the IPET studies, there has been continuous interaction with the Corps of Engineers entities in New Orleans responsible for the repair and reconstitution of hurricane protection in the region. These organizations, Task Force Hope, Task Force Guardian, and the New Orleans District, have representatives embedded in the IPET Teams, providing an effective two-way conduit for information and rapid transfer of results and lessons learned. It was imperative that the knowledge gained by the IPET and others be immediately made available to those responsible for repair and reconstruction.

## IPET Objective

The objective of the IPET was to develop factual answers to the following questions:

- **Hurricane Protection System: What were the design criteria for the pre-Katrina hurricane protection system, and did the design, as-built construction, and maintained condition meet these criteria?**

- **Storm: What were the storm surges and waves used as the basis of design, and how do these compare to the storm surges and waves generated by Hurricane Katrina?**

- **Performance: How did the floodwalls, levees, pumping stations, and drainage canals, individually and acting as an integrated system, perform in response to Hurricane Katrina, and why?**

- **Consequences: What have been the societal-related consequences of the Katrina-related damage?**

- **Risk: Following the immediate repairs, what will be the quantifiable risk to New Orleans and vicinity from future hurricanes and tropical storms?**

A parallel objective was to share, as they were determined, the information, findings, and lessons learned from answering these questions with the personnel and organizations engaged in the repair and reconstitution of the hurricane protection system, and with the public. The goal was to inform decisions on the design and construction of repairs to the significantly damaged sections and the assessment of the condition and integrity of the undamaged sections prior to the next hurricane season. Secondary objectives were to provide information and analytical capabilities that would support the evaluation of alternative means to provide higher levels of protection in the future and to provide insights into the types of changes in engineering practice and policy that would facilitate more effective hurricane protection.

**Prior Reports**

IPET efforts are documented in three major reports, including this final report. All are available on the IPET public Web site, https://IPET.wes.army.mil . An uncommon element to this study is that the majority of the findings and lessons learned were transferred to those responsible for the repair and reconstitution of the hurricane protection system, as learned and prior to the publication of these reports. This was one of the most important objectives of the IPET, to positively impact the repair activities while ongoing and to provide capabilities needed to reconstitute long-term effective protection for the area.

**Report 1**: IPET Report 1, Performance Evaluation Plan and Interim Status, published as a draft on 10 January, 2006, documented the IPET scope of work and analysis methods that resulted from significant interaction with the individual experts and the collective body of the External Review Panel. ASCE provided their formal review of IPET Report 1 in a letter report to the Chief of Engineers on 20 February 2006, available on the ASCE Web site. The National Research Council Committee published their comments and review of the IPET activities and Report 1 in a letter report to the Assistant Secretary of the Army for Civil Works on 21 February 2006, available on the National Academies of Engineering Web site.

IPET Report 1 also provided a status report of the analysis in the various task comprising the IPET plan with a limited number of example products, mostly related to the initial storm surge and wave modeling. It included significant background information concerning the organization of the IPET activities, the participants and their affiliations, information sources and management, and the general approach for accomplishing the scopes of work.

**Report 2**: Report 2, Performance Evaluation and Interim Results, published as a draft on 10 March 2006, provided a synopsis of the analyses to date and presented significant interim results. A secondary objective was to provide at least a full prototype of the analysis that was ongoing for all of the IPET tasks to allow the ERP and NRC reviewers a greater opportunity to provide feedback and advice to enhance the ultimate impact and value of the IPET efforts.

Report 2 was structured around the five major questions that comprise the IPET mission. It presented some significant results of analysis that formed the basis for the findings in this report. The results ranged from the relatively complete products of some aspects of the performance evaluation to prototypes of products for other tasks. The geodetic vertical and water level datum and the storm surge and wave condition analyses are examples of areas where significant results were presented. In other areas a partial analysis was presented, for example the structural performance analysis of the 17th Street drainage canal breach, lacking only the numerical stability analysis component of the work. The information for other tasks, for example the risk and reliability analysis, represented prototypes for the final products under development. The intent for these areas was to document and describe how these products are being developed and what they will look like when published in the final report. Report 2 was provided to the ASCE External Review Panel on 9-10 March 2006 in Vicksburg, MS, and to the NRC Committee on New Orleans Regional Hurricane Protection Projects on 20 March 2006 in New Orleans, LA. The External Review Panel's feedback to the Chief of Engineers on that meeting is available on the ASCE Web site.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

The IPET met with the ERP for the forth time 3-5 May 2006 in New Orleans. The objective of the meeting was to provide detailed information and receive feedback on the analyses that were being completed for the final report. On 15 May 2006, the IPET met with the NRC Committee in New Orleans to provide a status report on the analyses and preparation of the draft final report. Insights gained from those meetings are included in this report. Final comments from both the ERP and NRC Committee, after their review of the draft final report, will be incorporated into this report prior to its final publication and release.

## Draft Final Report

This report is the final report on the IPET performance evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System. It comprises nine volumes that document the work conducted by the IPET teams and the results of that work. The general content of each volume and how the results are being applied are described below:

**Volume I: Executive Summary and Overview.** Volume I provides an executive summary and overview of the IPET study and its principal findings and lessons learned. It is a big picture summary of the in-depth analysis and results presented in Volumes II to VIII.

**Volume II: Geodetic Vertical and Water Level Datums.** Because of the complex and variable subsidence in Southeast Louisiana, establishing an accurate vertical reference for measurements has been a constant challenge. By accelerating efforts already under way by the Corps of Engineers and the NOAA National Geodetic Survey (NGS), accurate elevations were established for the reference points within the region using modern global positioning system technology. The relationship of local mean sea level to the geodetic datum was also established to provide a complete reference system for all analysis, repair, and planning activities. Additional surveys were accomplished to accurately determine the elevation of all critical features and structures that comprise the hurricane protection system as well as perishable data such as high-water marks resulting from Katrina.

The elevations for the reference points for the geodetic vertical datum have been provided to the Corps of Engineers directly and to other agencies and the public through NOAA/NGS channels. All surveyed elevations for levees, floodwalls, pump stations, other structures, and high-water marks are being transitioned to the Corps and made available through the IPET Web site, https://IPET.wes.army.mil. Digital elevation data obtained by a variety of methods to include airborne LIDAR have been corrected to the geodetic datum and will be available through the IPET Web site. This information provided a common foundation for IPET analyses as well as the application of the results in the hurricane protection system repairs. By accurately defining the elevations of the current structures, these data provide a clear definition of the changes needed to achieve authorized protection elevations for the system as well as ultimately achieving 100-year or higher levels of protection. Guidance has been provided to update agency criteria and methods for managing the reference datums in areas of rapid and variable subsidence.

**Volume III: The Hurricane Protection System.** The hurricane protection system is comprised of three individual authorized projects. What is in place has been designed and constructed in steps over time, starting in 1965 and continuing today. This volume provides a

detailed description of the hurricane protection system. It focuses on the character of the hurricane protection system starting with the definition of the hazard, defined by the Standard Project Hurricane (SPH), translation of the SPH into authorized levels of protection, the general methods and assumptions for the design of the floodwalls and levees to provide that protection, the as-built character following construction, and the maintained condition of the structures. It includes documentation of the geotechnical information available and used for the design and construction and provides references for the detailed information. To augment this information an annotated chronology of the significant decisions and communications that led to the constructed structures on the outfall canals is included. This provides significant insights as to what was built and the design intent. This is the first step in understanding and examining the performance of the entire hurricane protection system and providing a platform for the performance analysis of individual sites to better understand breaching.

The comprehensive description of the hurricane protection system has been a platform for the majority of the IPET analysis. It was essential to understanding the intent of the designers and the character of the built structures. It provided the fundamental information for the levee and floodwall performance analysis from geotechnical information on the subsurface conditions to the design assumptions and analyses used to develop the sheetpile depths, floodwall heights, and the levee geometry. The same information was a basic input to the characterization of the system for the risk assessment. The annotated chronology on the design and construction of the outfall canals was input to the Corps' companion forensic study examining why specific decisions were made in the evolution of those projects.

**Volume IV: The Storm:** Volume IV deals with characterization of Hurricane Katrina and the hydrodynamic environment it created. This involves two major components, a regional analysis of surge and waves generated by Katrina and high-resolution modeling of the surge and waves to better understand the time history of the static and dynamic forces that impacted the levees and floodwalls. The regional modeling provided a time history of the surge and wave environments for all locations around the hurricane protection system. This employed advanced computer codes using a very high resolution representation of the geospatial character of the nearshore environment and the hurricane protection system. The high resolution hydrodynamic modeling created a more detailed time history of water levels and forces in the confined spaces of the outfall canals, the IHNC, and the GIWW as well as the interaction of surge and waves with structures such as overtopping of levees along St. Bernard and Plaquemines Parishes. A time history of Katrina-generated forces, by location around the hurricane protection system, was essential to conducting a credible performance analysis, allowing the appropriate level of forces, based on the established timing of events to be used in the evaluation. The time line of events was developed by combining eyewitness interviews with a wide variety of physical information and evidence. The time line established when overtopping, breaching, and flooding occurred in the individual drainage basins and along the various reaches of the hurricane protection system. This was an essential input to the structural performance analysis, allowing accurate determination of the time history and character of the storm-generated forces to which structures were subjected at the time of overtopping or breaching. The wave, surge, and velocity information was provided directly to the Corps' Task Force Guardian for use in designing levee and floodwall repairs.

A special study was made to examine the impact of the MRGO channel on the storm surge levels in the IHNC. The ADCIRC model was run with the MRGO channel in its pre-Katrina condition and again assuming the channel did not exist. The results demonstrated that, for larger storms, the MRGO channel has little impact on the water levels in the IHNC.

**Volume V: The Performance - Levees and Floodwalls.** Volume V documents the structural performance analysis of the levees and floodwalls. The analysis addresses the floodwall breach sites on 17th Street and London Avenue Outfall Canals and the IHNC individually, describing the field investigations, computer modeling, and physical modeling used to determine the most likely failure mechanism. Sophisticated numerical models for stability and seepage, along with detailed field investigations, were used to determine the most likely failure mechanisms for each site. Centrifuge testing at both the Rensselaer Polytechnic Institute and the Engineer Research and Development Center was used to confirm these mechanisms and develop a complete picture of the processes. It also describes the analysis of Orleans Outfall Canal, which provided un-breached analogs for both the 17th Street and London Avenue sites. A broad analysis of the impact of overtopping and scour on the St. Bernard and Plaquemines levees is provided to understand the massive breaching that occurred in those parishes in terms of the types of materials used in the levees and the forces to which they were exposed.

The failure mechanisms determined for the I-wall breach sites, coupled with the knowledge gained by studying the Orleans non-breach analog sites, were used to develop criteria for investigating the remaining undamaged I-wall sections for performance integrity and to develop approaches to strengthen I-wall sections as necessary. Analysis for levee breaching was used to determine the primary causes of breaching and specify repair and rebuilding strategies that would be more robust. The knowledge gained is also being used to develop operating rules for managing water in the outfall canals after the temporary surge gates and pumps are installed and operating, as well as input to Corps Headquarters assessments of changes needed in engineering guidelines and design criteria.

**Volume VI: The Performance - Interior Drainage and Pump Stations.** Volume VI describes the second major component of the performance analysis of the physical system, interior drainage and pump stations. This volume describes the character of pump stations in each parish, documents their performance during and after Katrina, and provides performance information for each station. The performance curves, including those describing back flow, were critical inputs to the drainage models that were used to assess flooding. The development of interior drainage models is described along with their application to compute and map the extent of flooding from Katrina and to examine how different performance scenarios would have impacted flooding. The interior drainage modeling includes characterization of the impact of pump station performance and the relative impacts of breaching and overtopping (with no breaching) on flooding. The pumping and interior drainage information was a critical input to both the consequence and risk assessments.

Hypothetical scenarios were examined using the interior drainage and pumping modeling capability to explore a number of important questions for the future. These included potential differences in the extent of flooding if no breaching (levee or floodwall) occurred or if only the foundation failures occurred (no levee breaching), and the potential difference in flooding if the

pumping stations could maintain full capacity during hurricanes. Together, these also provide an opportunity to examine the value of a totally resilient system, i.e., structures that can all survive overtopping and maintain full pumping capacity during a major hurricane.

**Volume VII: Consequences**. Volume VII describes the IPET efforts to define the losses that occurred because of Katrina and to consider the potential losses from future hurricanes. The consequences from Hurricane Katrina flooding have been characterized in economic, human health and safety, social and cultural, and environmental terms. The assessment of flood consequences has several purposes integral to understanding the dimensions of the Hurricane Katrina event as well as other possible hurricane and storm events. For example, consequences are one of the dimensions of risk necessary to understand the level of safety provided by the hurricane protection system. To achieve these objectives, a number of hypothetical scenarios were examined as well as the consequences of the Katrina event:

- Actual: Katrina with actual system performance—representing the actual flooding in greater New Orleans resulting from Hurricane Katrina.

- Hypothetical: Katrina with various levee and floodwall failure conditions—representing the estimated level of flooding in greater New Orleans that would have resulted from Hurricane Katrina had there been no failure of levees and floodwalls, foundation failure induced breaching only and considering different efficiency levels of interior pumping (Katrina pumping and full capacity pumping).

- Risk: Probabilistic risk scenarios modeled by the Risk and Reliability Assessment Team—representing residual hurricane-related flood risks in greater New Orleans as of August 2005 before the arrival of Hurricane Katrina, as well as flood risks as of June 2006 following repair of damages to the hurricane protection system caused by Hurricane Katrina.

The methods used and the specific consequences determined in terms of economic (direct and indirect), human safety and health, cultural and historical, and environmental losses are documented. Direct property damages represent monetary damages to residential, commercial, industrial, public buildings, vehicles, and infrastructure. Indirect economic consequence was focused on estimating local and regional economic impacts and examining possible changes in the structure of the regional economy from pre-Katrina levels into the future. Indirect economic consequences are represented in terms of possible repopulation of the area, capital stock formation, and employment levels. A limited scope economic forecast of population, employment, and local investment based on two "what if" simulations was developed as limiting control scenarios.

The types of human health and safety consequences considered varied by event scenario. For the actual Katrina scenario, the effects considered include recorded mortality as well as actual and potential morbidity, including both physical and mental health impacts. For the hypothetical Katrina scenario (without system failure), the assessment of human health effects focused only on potential mortality. The development of the loss of life – elevation relationships and direct economic damage – elevation relationships by sub-basin for the risk assessment is described, as

well as developing similar relationships for the hypothetical scenarios to assist in the examination of potential consequences of future hurricane events.

The social and cultural consequences assessment considered social, cultural, and historical indicators as expressed in both quantitative and qualitative terms. These include indicators of populations, neighborhoods, communities, institutions and geographic points and locales, at local, regional, and national scales. For the actual Katrina scenario, these indicators were used to assess social and cultural changes from pre-Katrina levels. The environmental consequences assessment considered quantitative measures of contamination and loss of significant ecological resources. The specific ecological resources addressed include ecological support, fisheries, wildlife, pests, and special status species. For the actual and hypothetical Katrina scenarios, post-Katrina ecological resource conditions were compared against pre-Katrina conditions for those resources.

The consequence information generated by the IPET was a direct input to the risk and reliability assessment and is being transferred to the Corps for application in the Louisiana Coastal Protection and Restoration Study. Consequence information for the lower sections of Plaquemines Parish is currently being assembled and will be provided in the final report scheduled for release in September 2006.

**Volume VIII: Risk and Reliability**. Volume VIII documents the risk and reliability methodology being conducted to provide a system-wide assessment of performance. It includes the risk methodology used, the characterization of the individual drainage subbasins and the features that impact hurricane protection, characterization of the expected performance (reliability) and uncertainty of the performance of individual features and reaches of the system, and the development of a comprehensive joint probability analysis of the hurricane hazard threat. System reliability is described by fragility curves that characterize the expected performance of individual reaches or structures as a function of storm water levels. The fragility curves were generated from a detailed evaluation of the subsurface conditions, the character of the structures, and understanding the relevant failure mechanisms (defined previously or from the IPET performance analysis). Approximately 2000 hypothetical storms were run through the ADCIRC model and a tailored wave estimation procedure to generate detailed information on the probability of different water (wave and surge) levels occurring at different locations around the hurricane protection system. This ensemble of storms represents the full range of storms that may hit New Orleans and provides a joint probability model for defining the hazard that each reach might experience in the future.

This work offers the opportunity to examine risk at the census block level or aggregated to subbasins, basins (parishes), or system-wide levels. It also allows examination of the impact of changes in the character of the protection for a given reach, providing a systems approach to examine how alternative protection measures can reduce risk. This can include relatively simple to very sophisticated measures. Simple measures might include armoring existing structures, elevating levees, and use of erosion-resistant materials, seepage berms, or relief wells. More sophisticated approaches could include replacing I-walls with T-walls and adding surge gates at the ends of the outfall canals. With limited modification, the analysis could include different types of approaches such as large surge barriers between Lake Pontchartrain and Lake Borgne.

Risk products are not presented in this draft report. The risk methodology is being validated and risk products will be subjected to a rigorous peer review and validation prior to their release. The risk assessment will contrast relative risk levels by subbasin prior to Katrina to those after repairs are complete (effectively 1 June 2006). The Risk and Reliability model and associated information will be transitioned to the Louisiana Comprehensive Protection and Restoration Study as a tool for evaluating alternative approaches for higher levels of protection.

**Volume IX: General Appendices**: Volume IX provides information considered important background for the overall IPET study and the analyses presented in the other volumes. It includes appendices on the Information Repository developed to support analyses, information on the Web site developed to provide a means to quickly share IPET analysis and results with the public, the IPET Project Management Plan, a summary of the contributions to Task Force Guardian, the official documents concerning IPET, the IPET Communications Plan, and the IPET management model.