# Appendix 1
# IPET Leadership, Affiliations, and Organizations

| Task Force | Leader |
|---|---|
| Project Director | **Dr. Lewis E. Link** – University of Maryland |
| Technical Director | **Dr. John Jaeger** – U.S. Army Corps of Engineers, Huntington District |
| Project Manager | **Jeremy Stevenson** – U.S. Army Corps of Engineers, Huntington District |

| Team | Leaders |
|---|---|
| Data Collection and Management – Perishable Data, Systems Data, and Information Management | **Dr. Reed Mosher** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Denise Martin** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Information Technology Laboratory |
| Geodetic Vertical and Water Level Datum Assessment | **James K. Garster** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Topographic Engineering Center<br>**David B. Zilkowski** – National Oceanic and Atmospheric Administration, National Geodetic Survey |
| Hurricane Surge and Wave Analysis | **Bruce Ebersole** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Coastal and Hydraulics Laboratory<br>**Dr. Joannes Westerink** – University of Notre Dame |

| | |
|---|---|
| Hydrodynamic Forces Analysis | **Dr. Donald Resio** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Coastal and Hydraulics Laboratory<br>**Dr. Bob Dean** – University of Florida |
| Geotechnical Structure Performance Analysis | **Dr. Michael Sharp** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Dr. Scott Steedman** – Steedman and Associates, Ltd., United Kingdom |
| Floodwall and Levee Performance Analysis | **Dr. Reed Mosher** – U.S. Army Corps of Engineers, Engineer Research and Development Center, Geotechnical and Structures Laboratory<br>**Dr. Michael Duncan** – Virginia Polytechnic Institute and State University |
| Pumping Station Performance Analysis | **Brian Moentenich** – U.S. Army Corps of Engineers, Portland District<br>**Bob Howard** – South Florida Water Management District |
| Interior Drainage / Flooding Analysis | **Jeff Harris** – U.S. Army Corps of Engineers, Hydrologic Engineering Center, Hydrology and Hydraulics Technology Division<br>**Steve Fitzgerald** – Harris County Flood Control District |
| Consequence Analysis | **Dr. Dave Moser** – U.S. Army Corps of Engineers, Institute for Water Resources<br>**Dr. Patrick Canning** – U.S. Department of Agriculture, Economic Research Service |
| Risk and Reliability Analysis | **Jerry Foster** – Headquarters, U.S. Army Corps of Engineers<br>**Bruce Muller** – U.S. Bureau of Reclamation |

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Organization

The IPET teams are comprised of individuals from a wide variety of organizations, bringing together a unique diversity and depth of knowledge and experience. These organizations are listed below.

### Government Agencies

Federal Emergency Management Agency, Department of Homeland Security

Harris County, Texas, Flood Control District

Metropolitan Water Reclamation District of Greater Chicago

National Institute for Science & Technology

National Oceanographic & Atmospheric Administration, Atlantic Oceanographic and Meteorological Laboratory, Hurricane Research Division

National Oceanographic & Atmospheric Administration, Center for Operational Oceanographic Products and Services

National Oceanographic & Atmospheric Administration, National Geodetic Survey

South Florida Water Management District

United States Army Corps of Engineers

United States Bureau of Reclamation

United States Department of Agriculture, Economic Research Service

United States Geological Survey

### Academia

Alfred University, New York

Georgia Institute of Technology

Johns Hopkins University

Louisiana State University

Massachusetts Institute of Technology, Department of Urban Studies & Planning

Michigan State University

Oklahoma State University

Pennsylvania State University

Rensselaer Polytechnic Institute

Stanford University

Texas A&M University

University of California

University of Delaware

University of Florida

University of Illinois

University of Maryland

University of Miami National Oceanographic & Atmospheric Administration Cooperative Institute for Marine and Atmospheric Studies

University of Missouri

University of New Orleans

University of North Carolina

University of Notre Dame

University of South Carolina

University of Texas

Utah State University

Virginia Polytechnic Institute & State University (Virginia Tech)

## Private Industry

3001 Inc.

Abt Associates, Inc.

Ayres Associates

Beta Testing & Inspection, LLC

Burns, Cooley, Dennis

CH2M Hill

CTE/AECOM

Environ International Corporation, CA

Gannett-Fleming, Inc.

GeoComp Corporation

GeoDelft

Geomatrix Consultants, Inc.

Michael Baker Corporation

Oceanweather, Inc.

RAC Engineering

Science Applications International Corporation (SAIC) at NOAA/NCEP

SpecPro, Inc.

Steedman & Associates, Ltd.

Surfbreak Engineering

Taylor Engineering

URS Corporation

Victor Parr, consultant

Watershed Concepts

# Appendix 2
# American Society of Civil Engineers
# External Review Panel Members

| Name | Organization |
|---|---|
| Christine F. Andersen | City of Long Beach California |
| Jurjen Battjes | Delft University of Technology |
| David E. Daniel | University of Texas at Dallas |
| Billy Edge | Texas A&M University |
| William Espey | Espey Consultants, Inc. |
| Robert B. Gilbert | University of Texas at Austin |
| Thomas L. Jackson | DMJM Harris |
| David Kennedy | California Department of Water Resources |
| Dennis S. Mileti | Colorado University (retired) |
| James K. Mitchell | Virginia Polytechnic Institute & State University (Virginia Tech) |
| Peter Nicholson | University of Hawaii |
| Clifford A. Pugh | U.S. Bureau of Reclamation |
| George Tamaro | Mueser Rutledge Consulting Engineers |
| Robert Traver | Villanova University |
| Lawrence H. Roth | American Society of Civil Engineers |
| John E. Durrant | American Society of Civil Engineers |

# Appendix 3
# National Research Council Committee Members

| Name | Organization |
|------|--------------|
| G. Wayne Clough | Georgia Institute of Technology |
| Rick A. Luettich | University of North Carolina |
| Frederic Raichlen | California Institute of Technology |
| Rafael L. Bras | Massachusetts Institute of Technology |
| Peter Marshall | Burns & Roe Services |
| Y. Peter Sheng | University of Florida |
| John T. Christian | Consulting Engineer |
| David H. Moreau | University of North Carolina |
| Robert H. Weisberg | University of South Florida |
| Jos Dijkman | Delft Hydraulics |
| Thomas D. O'Rourke | Cornell University |
| Andrew J. Whittle | Massachusetts Institute of Technology |
| Robin L. Dillon-Merrill | Georgetown University |
| Risa I. Palm | Louisiana State University |
| Delon Hampton | Delon Hampton & Associates |
| Kenneth W. Potter | University of Wisconsin |
| Jeffrey W. Jacobs | National Academy of Science |

# Appendix 4
# Task Force Guardian Inputs

IPET Products Provided to Task Force Guardian and Task Force Hope

a. **Data Repository – 25 October 2005.** The IPET Data Repository was established as an entry point for collecting information pertaining to the New Orleans and Southeast Louisiana Hurricane Protection Projects that needs to be validated as factual. This repository supports both the IPET and TFH/TFG efforts by providing a database where information can be reviewed for accuracy and quality prior to posting the information on the IPET public website.

b. **Establishment of the IPET Public Website – 2 November 2005.** The IPET public website was established as a way to be fully transparent in effectively sharing factual information pertaining to the New Orleans and Southeast Louisiana Hurricane Protection Projects. The website provides a way to proactively communicate information that might otherwise require the public and TFG to process Freedom of Information Acts.

c. **Establishment of On-Line Team Workspace using Groove – 22 September 2005.** To enable IPET, ERP, and members of TFH/TFG with on-line workspaces to communicate and share information virtually, Groove software and technical support was provided by IPET. Through these virtual workspaces information can be effectively and efficiently shared. Groove is a primary tool used to bring the IPET, ERP, and TFH/TFG teams together in sharing knowledge and information required to accomplish their missions.

d. **Integration of the IPET Public Website and the TFH/TFG Electronic Bid Solicitation Websites – 15 November 2005.** As a way to more effectively enable public benefit from the historic and performance-related information on the IPET public website and the reconstruction plans and specifications on the TFH/TFG electronic bid solicitation website, electronic linkage was provided to facilitate integration of the two sites.

e. **"Summary of Field Observations Relevant to Flood Protection in New Orleans, LA" – 5 December 2005.** This IPET review provided Task Force Guardian with a simple statement of concurrence or nonconcurrence from the IPET floodwall and levee sub team and additional relevant discussion for each of the major findings in the ASCE/NSF

report's chapter eight, "Summary of Observations and Findings." The additional discussion relates to the analysis being conducted by the IPET or others that would assist in applying the ASCE/NSF findings to the reconstruction of hurricane protection in New Orleans.

f. **"Preliminary Wave and Water Level Results for Hurricane Katrina" – 23 November 2005.** This IPET report to TFH/TFG included observations from the IPET surge and wave sub team from a field trip and overflight of New Orleans and Southeast Louisiana.

g. **"Summary of IPET Numerical Model of Hurricane Katrina Surge and Wave Plans, Approach and Methods" – 19 December 2005.** This PowerPoint presentation by the IPET surge and wave sub team provided TFH/TFG with an update on wave and water level results for Hurricane Katrina. Wave and water level results from fast-track simulations of upper Category 3 type storms on various storm tracks and a Standard Project Hurricane event were also provided.

h. **Review of Proposal to Float In and Sink a Barge to Close Canals by June 2006 – 28 December 2005.** The proposal included the use of existing large ship tunnel thrusters mounted on a barge with huge pumping capacities. Review determined that the closure plan does not have enough pumping capacity to match existing pumps during a hurricane.

i. **Technical Support to TFG on the Analysis and Design of the Reconstruction Plans and Specifications for the Breaches – Continuous Support as Needed.** Technical support continues to be provided to TFG on an as-needed basis. As a minimum, monthly face-to-face meetings take place in New Orleans. This support includes geotechnical and structural consultations. These discussions also include reviews of plans and specifications for reconstruction features such as T-walls, L-walls, I-walls, levees, and foundation investigations.

j. **Evaluation of Existing and As-Built Conditions at Canals – On-going.** This evaluation includes concrete and steel material properties for reinforcement and sheet piles on the I-walls, as-built length of sheet piles, surveys, and foundation material properties and boring logs.

k. **Life-cycle Documentation of the Hurricane Protection System – On-going.** This documentation includes a review of the design, construction, and operation and maintenance of the hurricane system.

l. **Verification of Current and Reconstructed Floodwall Elevations – November 2005.** Established a tidal gage in November 2005 at the 17th Street Canal to monitor current sea level relationships to the newest NAVD88 datum epoch (2004.65). Verified floodwall elevations on Lakefront outfall canals and IHNC relative to this latest tidal and vertical epoch.

*m.* **LIDAR Ground Truthing – On-going.** Currently performing ground-truthing surveys throughout the region to calibrate various LIDAR-based elevation models used by Task Force Guardian.

*n.* **Densification of Control Benchmarks – 31 December 2005.** IPET has established approximately 75 vertical benchmarks throughout the region. These control points are being used for Task Force Guardian construction activities.

*o.* **Establishment of GIS Team – 2 February 2006.** The "GIS Team" was established to maximize the effectiveness and efficiency of the GIS resources within IPET, Task Force Guardian, Task Force Hope, and the New Orleans District. The GIS Team consists of members from each of the four teams and provides a way to integrate efforts and share information pertaining to the HPS. The GIS Team will also provide for a way to assure a smooth transition of IPET generated GIS information to the New Orleans District upon disbanding of IPET once its performance evaluation is completed. Significant IPET data sets shared with TFG in January and February 2006 include the digital elevation models, vertical datum survey data, geotechnical data, and photographs.

*p.* **Insight into probable cause of breaching at 17th Street Canal – Continuous ending March 2006.** Information was shared with TFG on the probable cause of breaching at the 17th Street Canal. Recommendations were provided on considering the formation of a gap at the base of cantilever I-walls and shear strength variations between the centerline and inboard toe of levees used in combination with I-walls.

*q.* **Storm Surge and Wave analysis results for Katrina and historical storms – December 2005.** Information pertaining to modeled Katrina storm surge and wave heights and periods for various locations along the HPS was provided to TFG. In addition, modeled surge and wave results from other historical storms were also provided.

*r.* **Review comments on canal closure structures – December 2005 and January 2006.** IPET review comments for the outfall canal closure structures were provided to aid in development of high quality P&S for the closure structures.

*s.* **Provided comments in IPET Report 2 regarding comparison of Hurricane Katrina wave and period conditions with design values – March 2006.** Design wave conditions, particularly wave period, should be re-evaluated for the east-facing levees in east Orleans, St. Bernard and Plaquemines Parishes.

*t.* **Closure Structures Modeling – January – February 2006.** IPET members at MVN performed modeling analysis of the closure structures on 17th Street, Orleans and London Ave Canals.

*u.* **Closure Structures Interim Operations Plan – March 2006 – Ongoing.** IPET members review and comment on operations of the gates and pumps. This includes criteria for closing & opening, and coordination with local jurisdictions.

v. **MRGO White Paper – March 2006.** Input on analysis of MRGO effect on storm propagation into metropolitan New Orleans and vicinity.

w. **ITR on Heat Straightening Repairs at Empire Floodgate.** IPET team members visited the Empire Floodgate and reviewed the proposed repair plan approving of the corrective action plan and making further clarifying recommendations. IPET suggested requiring in the specs that the project supervisor be an experienced heat straightener possibly added to section 5 of the specs and that NDT be performed prior to and following the heat straightening. The initial NDT would benefit general initial assessment of the floodgate and provide a base line in the event you get an inexperienced contractor that does more harm then good. TFG will know if heat straightening caused cracking if you have a base line. TFG may want to consider the simultaneous application of V heat on both sides of the flange considering its thickness this could be added in section 3.5 of Avent's spec. IPET believes section 3.5.3 pertains to simultaneous vee heats on the same side of the flange.



**US Army Corps
of Engineers®**

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

### Volume V – The Performance — Levees and Floodwalls



Jun 06

FINAL DRAFT
(Subject to Revision)

# Volume V
# The Performance — Levees and Floodwalls

This report is not intended as a final expression of the findings or conclusions of the United States Army
Corps of Engineers, nor has it been adopted by the Corps as such. Rather, this is a preliminary report
summarizing data and interim results compiled to date. As a preliminary report, this document and the
information contained therein are subject to revisions and changes as additional information is obtained.

# Contents

Executive Summary ....................................................................................................... V-1

    Performance Analysis Team ................................................................................. V-2
    Historical Data Collection Team ......................................................................... V-3
    Perishable Data Collection Team ........................................................................ V-3
    Physical Modeling Team ...................................................................................... V-4

Floodwall and Levee Performance Analysis ................................................................ V-5

17th Street Canal Breach ............................................................................................. V-7

    Soil conditions and soil properties ...................................................................... V-18
    Shear Strength Assessment for Analysis of the 17th Street Canal Breach ......... V-21
    Limit Equilibrium Stability Assessment .............................................................. V-26
    Centrifuge Modeling Results for the 17th Street Canal Breach .......................... V-28
    Finite Element Soil-Structure Interaction Results for the 17th Street Canal Breach ......... V-30
    Summary of 17th Street Canal Breach Assessment ............................................ V-38

Assessment of London Avenue Canal Breaches ......................................................... V-39

    Seepage and Stability Analysis of the London Avenue Canal Breaches ............. V-43
    Centrifuge Modeling Results for the London Avenue Canal Breaches ............... V-45
    Finite Element Soil-Structure Interaction Results for London Avenue Canal Breaches ......... V-47
    Summary of Assessment of the London Avenue Canal Breaches ........................ V-52

Assessment of Inner Harbor Navigation Canal Breaches ........................................... V-52

Assessment of Orleans Canal and Michoud Canal I-walls .......................................... V-60

    Analysis of the Performance of the Orleans Canal I-walls ................................. V-60
    Centrifuge Modeling Results for the Orleans Canal I-wall ................................. V-64
    Analysis of the Performance of the Michoud Canal I-walls ............................... V-67

Levee Erosion and Scour from Overtopping .............................................................. V-71

    Failure Patterns ................................................................................................... V-71
    Levees ................................................................................................................. V-72
    Floodwalls .......................................................................................................... V-79
    Transitions ........................................................................................................... V-80

Floodwall and Levee Performance Findings and Lessons Learned ............................ V-80

    Findings .............................................................................................................. V-80
    Lessons Learned ................................................................................................. V-81

Appendix 1. Soil Data Report

Appendix 2. Description of New Orleans Area Geology, Environments of Deposition, and
    General Engineer Properties of these Environments

Appendix 3. 17th Street Canal Strength Evaluation

Appendix 4. 17th Street Canal Slope Stability Analyses

Appendix 5. IPET Centrifuge Model Test Report

Appendix 6. Soil-Structure Interaction Analysis of the Floodwall at 17th Street

Appendix 7. Interim Data Report, London Avenue Outfall Canal

Appendix 8. Analysis of the London Avenue Canal I-Wall Breaches

Appendix 9. Soil Structure Interaction Analysis of the Floodwalls at London Avenue Canal

Appendix 10. Analysis of Performance of the Orleans Canal I-Walls

Appendix 11. Analysis of Performance of the Inner Harbor Navigation Canal

Appendix 12. Levee Damage Report – Geotechnical Investigation – New Orleans East (Orleans Parish)

Appendix 13. Levee and Floodwall Erosion and Scour from Overtopping Storm Surge

Appendix 14. General Description of New Orleans' Basins and Damage from Hurricane Katrina

Appendix 15. Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: 17th Street Canal Levee Breach

Appendix 16. Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: IHNC

Appendix 17. Finite Element Seepage Study

Appendix 18. Erosion of New Orleans and St. Bernard Levees

Appendix 19. FLAC Numerical Analyses of Floodwalls of New Orleans Flood Protection System

Appendix 20. Glossary for Performance of Levees and Floodwalls

# Executive Summary

This report summarizes a comprehensive investigation of the performance of floodwalls and levees in New Orleans during Hurricane Katrina. In all, about 50 locations were studied, where breaches in the hurricane protection system occurred due to overtopping and erosion, or due to structural instability.

The majority of the breaches resulted from erosion following overtopping of floodwalls or levees. Overtopping and erosion led to failure of I-walls when water cascading over the tops of the walls scoured and eroded the soil on the protected side of the wall, eventually eroding away so much of the soil supporting the wall that the wall became unstable. Overtopping and erosion led to failure of levees when the soils of which the levees were constructed had insufficient resistance to erosion to withstand the velocity of the water flowing down the protected side of the levee embankment, eventually cutting through the levee crest, washing out the levee.

Most alarming were the failures of I-walls that occurred before overtopping, as a result of foundation instability. Breaches resulting from failures of this type occurred at the 17th Street Canal and the Inner Harbor Navigation Canal (IHNC), where the failure occurred in weak foundation clay, and at the London Avenue Canal, where the instability resulted from intense seepage and high uplift water pressures in the sand foundation. A common element in these I-wall failures was development of a gap between the wall and the soil on the canal side of the wall. Water entered these gaps, increasing the water loads on the walls. Limit equilibrium stability analyses indicate that the factors of safety against instability dropped by about 25% when the gaps formed and water flowed into them. Limit equilibrium stability analyses, centrifuge model tests, and finite element soil-structure interaction analyses all showed that gap formation played a key role in the instability of the walls. At the London Avenue I-wall, with sand beneath the levee and I-wall, the opening of the gap allowed water to flow down the back of the I-wall, introducing high water pressures into the sand, resulting in high uplift water pressures, increased hydraulic gradients, and greatly increased likelihood of subsurface erosion and piping on the protected side of the wall.

The clay in the foundations of the 17th Street Canal I-wall and the IHNC I-wall was found to be normally consolidated, with undrained shear strength that was lower beneath the levee slopes and beyond the toe than beneath the levee crest, where the clay had been compressed under higher pressure. This variation of the undrained strength of the clay with pressure was found to be an important aspect of the foundation soil behavior, and a key factor in evaluation of stability.

The ability of levees to withstand overtopping without suffering extensive erosion varied significantly throughout the New Orleans area. The areas where the levees were made of clay performed well in spite of the fact that they were overtopped. In other areas the levees were completely washed away after being overtopped. The difference in performance was found to depend on the type of material that was used to construct the levees. Rolled clay levees withstood overtopping the best, and levees constructed of sand and silt by hydraulic filling suffered far more erosion from overtopping.

The investigations described in this report provide a basis for more reliable designs for floodwalls and levees, and the lessons learned from these studies have been incorporated in the design work of the Task Force Guardian team. The findings are also useful in assessing the current conditions and stability of the unfailed sections of the levees and floodwalls.

## Performance Analysis Team

| Name | Assignment | Organization |
|------|-----------|--------------|
| Reed Mosher, PhD | **Co-Lead** | ERDC/GSL |
| Mike Duncan, PhD, PE | **Co-Lead** | Virginia Tech |
| George Sills, PE | Geotechnical | ERDC/GSL |
| Noah Vroman | Geotechnical | ERDC/GSL |
| Joe Dunbar | Geologist | ERDC/GSL |
| Ron Wahl, PE | Geotechnical Modeling | ERDC/GSL |
| Maureen Corcoran, PhD | Geologist | ERDC/GSL |
| Robert Ebeling, PhD, PE | Geotechnical Modeling | ERDC/ITL |
| Don Yule | Geotechnical Modeling | ERDC/GSL |
| Eileen Glynn | Geotechnical | ERDC/GSL |
| L. Tommy Lee | Geotechnical | ERDC/GSL |
| Paul Mlakar, PhD, PE | Structural | ERDC/GSL |
| Joe Padula, PhD, PE | Structural | ERDC/GSL |
| Kevin Abraham | Geotechnical Modeling | ERDC/ITL |
| Mike Pace | Geotechnical Modeling | ERDC/ITL |
| Benita Abraham | Data Support | ERDC/GSL |
| Tony Young, PE | | MVD |
| Ken Klaus, PE | | MVD |
| Richard Pinner, PE | | MVD |
| Pete Cali, PhD, PE | | MVD |
| Tom Brandon, PhD, PE | Geotechnical | Virginia Tech |
| Steve Wright, PhD, PE | Slope Stability | University of Texas |
| Allen Marr, PhD, PE | PLAXIS Analysis | GeoComp |
| Thomas McGill | GIS Analysis | ERDC/GSL |
| Laurel Gorman | GIS Analysis | ERDC/ITL |

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Historical Data Collection Team

| Name | Assignment | Organization |
|---|---|---|
| Maureen Corcoran, PhD | **Co-Leader** | ERDC-GSL |
| Reed Mosher, PhD | **Co-Leader** | ERDC-GSL |
| Benita Abraham | Data Collection | ERDC-GSL |
| Bernice Bass | Data Collection | ERDC-GSL |
| Glenda Brandon | Data Collection | ERDC-GSL |
| Vickey Davis | Data Collection | ERDC-GSL |
| Beverly DiPaolo, PhD | Data Collection | ERDC-GSL |
| Vikki Edwards | Data Collection | ERDC-GSL |
| Eileen Glynn | Data Collection | ERDC-GSL |
| Blaise Grden | Data Collection | ERDC-ITL |
| Tina Holmes | Data Collection | ERDC-GSL |
| Edward Huell | Data Collection | ERDC-ITL |
| Bob Larson | Data Collection | ERDC-GSL |
| L. Tommy Lee | Data Collection | ERDC-GSL |
| Cheri Loden | Data Collection | ERDC-GSL |
| Sharon McBride | Data Collection | ERDC-GSL |
| Tiffany Mims | Data Collection | ERDC-GSL |
| Hattie Smith | Data Collection | ERDC-GSL |
| Charlie Whitten | Data Collection | ERDC-GSL |
| Sue Wolfe | Data Collection | ERDC-GSL |

## Perishable Data Collection Team

| Name | Assignment | Organization |
|---|---|---|
| Reed Mosher, PhD | **Task Lead** | ERDC-GSL |
| Paul Mlakar, PhD, PE | **On-Site Lead** | ERDC-GSL |
| Beverly DiPaolo, PhD | Structural | ERDC-GSL |
| Joe Dunbar | Geology | ERDC-GSL |
| Eileen Glynn | Geotechnical | ERDC-GSL |
| Rick Haskins | Parallel Seismic | ERDC-ITL |
| Ken Klaus | Geotechnical | MVD |
| Rick Olsen | Geotechnical | ERDC-GSL |
| Joe Padula, PhD, PE | Structural | ERDC-GSL |
| Guillermo Riveros | Structural | ERDC-ITL |
| George Sills, PE | Geotechnical | ERDC-GSL |

| Evelyn Villanueva | Geology | ERDC-GSL |
| Noah Vroman | Geotechnical | ERDC-GSL |
| Don Yule | Geotechnical | ERDC-GSL |

## Physical Modeling Team

| Michael K. Sharp, PhD, PE | **Co-Leader** | USACE-ERDC |
| R. Scott Steedman, PhD, FREng | **Co-Leader** | Steedman & Associates, LTD |
| Henry Blake | | USACE-ERDC |
| David Carnell | | USACE-ERDC |
| David Daily | | USACE-ERDC |
| Wayne Hodo | | USACE-ERDC |
| Wipawi Vanadit-Ellis | | USACE-ERDC |
| Tarek Abdoun, PhD | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Marcelo Gonzalez, MS | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Dominic Moffitt | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Hassan Radwan | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Alex Sankovich | | Rensselaer Polytechnic Institute |
| Inthuorn Sasankal, PhD | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Javier Ubilla, MS | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Thomas F. Zimmie, PhD, PE | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Frans Barends, PhD, Ir | Geodelft Research Team | Geodelft |
| Paul Schaminee, MSc | Geodelft Research Team | Geodelft |
| Adam Bezuijen, MSc | Geodelft Research Team | Geodelft |
| Kevin Stone, PhD | External Expert Consultancy | Brighton University |

V-4

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Floodwall and Levee Performance Analysis

On Monday, August 29, 2005, Hurricane Katrina struck the U.S. Gulf Coast. The effects of the storm were being felt in the New Orleans area during the early morning hours. The storm produced a massive surge of water on the coastal regions that overtopped and eroded away levees and floodwalls along the lower Mississippi River in Plaquemines Parish, along the eastern side of St. Bernard Parish, along the eastern side of New Orleans East, and in locations along the Gulf Intracoastal Waterway and the Inner Harbor Navigation Canal. Surge water elevated the level of Lake Pontchartrain, and shifting storm winds forced the lake water against the levees and floodwalls along its southern shores and New Orleans outfall canals, and resulted in high surge levels in the Inner Harbor Navigations Canal, the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, and the Mississippi River.

Information regarding the performance of the floodwalls and levees making up the hurricane protective system for the New Orleans area, including St. Bernard Parish and Plaquemines Parish during Hurricane Katrina is presented in this volume. The focus of the effort was to assess the performance of floodwalls and levees throughout the system, to investigate the most likely causes of the damage and failure of the levees and floodwalls in the system, to compare the damaged components with similar sections or reaches where the performance was satisfactory, and to understand the mechanisms that led to the breaches in order to assess likely future performance of the un-breached reaches of the flood-protection system, and to provide a basis for design of improvements capable of providing protection against future storms of even greater destructive power than Katrina.

The performance of levees and floodwalls varied significantly throughout the New Orleans area. The investigation described here shows that the two main causes of breaches in the floodwall and levee system were erosion due to overtopping and instability due to soil foundation failure. The investigation has looked at the most likely causes of the damage and failure of the levees and floodwalls in the system and compares them with similar sections or reaches where the performance was satisfactory. It is important to understand in detail the most likely mechanisms that led to the breaches along the reaches in order evaluate the likely future performance of the un-breached reaches of the flood-protection system.

The investigation described here involved: (1) comprehensive assessment of the background information and examination of the entire levee system to identify reaches that performed satisfactorily and those that suffered damage; (2) characterization of the damaged reaches based on the breach mechanism, the surge height, and the wave action; (3) detailed analyses to ensure that site conditions and breach mechanisms are well understood; (4) use of this information to evaluate future performance of the flood-protection system.

Breaches due to instability of floodwalls occurred at one location on the 17th Street Canal, at two locations on the London Avenue Canal, and at one location on the Inner Harbor Navigation Canal (IHNC). Breaches due to erosion as a result of overtopping occurred at three locations on the Inner Harbor Navigation Canal and at many locations on the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, and the Mississippi River levees. Figure 1 shows in red the extent of the damage to the levees and floodwalls. Of the 284 miles of levees and floodwalls,

169 miles were damaged. Figure 2 shows the locations of the major breaches in the flood control system.

The performance of levees varied significantly. In some areas, the levees performed well in spite of the fact that they were overtopped. In other areas the levees were completely washed away after being overtopped. The keys to the ability of some levee reaches to withstand overtopping without erosion were: (1) the type of material of which the levees were constructed, and (2) the severity of the surge and wave action to which the levees were subjected.

This report describes the limit equilibrium stability analyses, the centrifuge model studies and the finite element soil-structure interaction studies used to evaluate floodwall and levee performance at the 17th Street Canal, the London Avenue Canal, the IHNC, and the Orleans Canal, followed by the studies performed to assess performance at breaches caused by erosion.



Figure 1. Damage to the New Orleans Hurricane Protection System

V-6

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 2. Location of Breaches in Orleans Parish, East Bank

## 17th Street Canal Breach

Observations made at the breach at the 17th Street Canal show that the most likely cause of breach is due to a soil foundation failure. Figure 3 shows an aerial photo showing an approximately 450-ft breach in the floodwall along the east side of the 17th Street Outfall Canal south of the old Hammond Road Bridge. Figure 4 shows that a section of levee has moved more than 40 feet inward to the land side. It appears that the remaining levee section making up the breach was washed away by the water flowing through the breach. The top of the I-wall section of the floodwall in the breach can be seen adjacent to the levee section that moved into the land side.



Figure 3.   Aerial Photograph of the 17th Street Canal Breach Looking South From the Old Hammond
Road Bridge

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 4.   Aerial Photograph of the 17th Street Canal Breach Showing I-Wall and Embankment
Translation

   A transverse multi-beam sonar survey of the surface of the canal bottom and breach was
conducted before construction of an emergency closure across the breach, at the cross section
shown in Figure 5. Topographic cross sections developed from the results of this survey are
shown in Figure 6a and 6b. The survey showed that the crest of the levee on the canal side
remained essentially in place after the breach, as shown by the ground surface profile at Station
11+50, in Figure 7. It can be seen that the levee and floodwall moved about 40 ft laterally during
the failure, and was tilted toward the landside at about 45 degrees after the failure.



Figure 5.   Location of Multi-Beam Sonar Survey Cross-Sections at the 17th Street Canal Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.





EXHIBIT

E

US Army Corps
of Engineers.

# Performance Evaluation of the New Orleans and Southeast Louisiana Hurricane Protection System

## Draft Final Report of the Interagency Performance Evaluation Task Force

Volume V – The Performance — Levees and Floodwalls



FINAL DRAFT
(Subject to Revision)

# Volume V
# The Performance — Levees and Floodwalls

This report is not intended as a final expression of the findings or conclusions of the United States Army Corps of Engineers, nor has it been adopted by the Corps as such. Rather, this is a preliminary report summarizing data and interim results compiled to date. As a preliminary report, this document and the information contained therein are subject to revisions and changes as additional information is obtained.

# Contents

Executive Summary ................................................................................................................ V-1

    Performance Analysis Team ............................................................................... V-2
    Historical Data Collection Team ....................................................................... V-3
    Perishable Data Collection Team ....................................................................... V-3
    Physical Modeling Team .................................................................................... V-4

Floodwall and Levee Performance Analysis ............................................................ V-5

17th Street Canal Breach ................................................................................................ V-7

    Soil conditions and soil properties ..................................................................... V-18
    Shear Strength Assessment for Analysis of the 17th Street Canal Breach ........... V-21
    Limit Equilibrium Stability Assessment ............................................................. V-26
    Centrifuge Modeling Results for the 17th Street Canal Breach ........................... V-28
    Finite Element Soil-Structure Interaction Results for the 17th Street Canal Breach ........ V-30
    Summary of 17th Street Canal Breach Assessment ............................................. V-38

Assessment of London Avenue Canal Breaches ....................................................... V-39

    Seepage and Stability Analysis of the London Avenue Canal Breaches ............... V-43
    Centrifuge Modeling Results for the London Avenue Canal Breaches .................. V-45
    Finite Element Soil-Structure Interaction Results for London Avenue Canal Breaches ....... V-47
    Summary of Assessment of the London Avenue Canal Breaches .......................... V-52

Assessment of Inner Harbor Navigation Canal Breaches ...................................... V-52

Assessment of Orleans Canal and Michoud Canal I-walls ..................................... V-60

    Analysis of the Performance of the Orleans Canal I-walls ................................... V-60
    Centrifuge Modeling Results for the Orleans Canal I-wall ................................... V-64
    Analysis of the Performance of the Michoud Canal I-walls .................................. V-67

Levee Erosion and Scour from Overtopping ........................................................... V-71

    Failure Patterns ................................................................................................ V-71
    Levees ............................................................................................................... V-72
    Floodwalls ........................................................................................................ V-79
    Transitions ........................................................................................................ V-80

Floodwall and Levee Performance Findings and Lessons Learned ...................... V-80

    Findings ............................................................................................................ V-80
    Lessons Learned ............................................................................................... V-81

Appendix 1. Soil Data Report

Appendix 2. Description of New Orleans Area Geology, Environments of Deposition, and
    General Engineer Properties of these Environments

Appendix 3. 17th Street Canal Strength Evaluation

Appendix 4. 17th Street Canal Slope Stability Analyses

Appendix 5. IPET Centrifuge Model Test Report

Appendix 6. Soil-Structure Interaction Analysis of the Floodwall at 17th Street

Appendix 7. Interim Data Report, London Avenue Outfall Canal

Appendix 8. Analysis of the London Avenue Canal I-Wall Breaches

V-ii

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Appendix 9. Soil Structure Interaction Analysis of the Floodwalls at London Avenue Canal

Appendix 10. Analysis of Performance of the Orleans Canal I-Walls

Appendix 11. Analysis of Performance of the Inner Harbor Navigation Canal

Appendix 12. Levee Damage Report – Geotechnical Investigation – New Orleans East (Orleans Parish)

Appendix 13. Levee and Floodwall Erosion and Scour from Overtopping Storm Surge

Appendix 14. General Description of New Orleans' Basins and Damage from Hurricane Katrina

Appendix 15. Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: 17th Street Canal Levee Breach

Appendix 16. Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: IHNC

Appendix 17. Finite Element Seepage Study

Appendix 18. Erosion of New Orleans and St. Bernard Levees

Appendix 19. FLAC Numerical Analyses of Floodwalls of New Orleans Flood Protection System

Appendix 20. Glossary for Performance of Levees and Floodwalls

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

# Executive Summary

This report summarizes a comprehensive investigation of the performance of floodwalls and levees in New Orleans during Hurricane Katrina. In all, about 50 locations were studied, where breaches in the hurricane protection system occurred due to overtopping and erosion, or due to structural instability.

The majority of the breaches resulted from erosion following overtopping of floodwalls or levees. Overtopping and erosion led to failure of I-walls when water cascading over the tops of the walls scoured and eroded the soil on the protected side of the wall, eventually eroding away so much of the soil supporting the wall that the wall became unstable. Overtopping and erosion led to failure of levees when the soils of which the levees were constructed had insufficient resistance to erosion to withstand the velocity of the water flowing down the protected side of the levee embankment, eventually cutting through the levee crest, washing out the levee.

Most alarming were the failures of I-walls that occurred before overtopping, as a result of foundation instability. Breaches resulting from failures of this type occurred at the 17th Street Canal and the Inner Harbor Navigation Canal (IHNC), where the failure occurred in weak foundation clay, and at the London Avenue Canal, where the instability resulted from intense seepage and high uplift water pressures in the sand foundation. A common element in these I-wall failures was development of a gap between the wall and the soil on the canal side of the wall. Water entered these gaps, increasing the water loads on the walls. Limit equilibrium stability analyses indicate that the factors of safety against instability dropped by about 25% when the gaps formed and water flowed into them. Limit equilibrium stability analyses, centrifuge model tests, and finite element soil-structure interaction analyses all showed that gap formation played a key role in the instability of the walls. At the London Avenue I-wall, with sand beneath the levee and I-wall, the opening of the gap allowed water to flow down the back of the I-wall, introducing high water pressures into the sand, resulting in high uplift water pressures, increased hydraulic gradients, and greatly increased likelihood of subsurface erosion and piping on the protected side of the wall.

The clay in the foundations of the 17th Street Canal I-wall and the IHNC I-wall was found to be normally consolidated, with undrained shear strength that was lower beneath the levee slopes and beyond the toe than beneath the levee crest, where the clay had been compressed under higher pressure. This variation of the undrained strength of the clay with pressure was found to be an important aspect of the foundation soil behavior, and a key factor in evaluation of stability.

The ability of levees to withstand overtopping without suffering extensive erosion varied significantly throughout the New Orleans area. The areas where the levees were made of clay performed well in spite of the fact that they were overtopped. In other areas the levees were completely washed away after being overtopped. The difference in performance was found to depend on the type of material that was used to construct the levees. Rolled clay levees withstood overtopping the best, and levees constructed of sand and silt by hydraulic filling suffered far more erosion from overtopping.