The investigations described in this report provide a basis for more reliable designs for floodwalls and levees, and the lessons learned from these studies have been incorporated in the design work of the Task Force Guardian team. The findings are also useful in assessing the current conditions and stability of the unfailed sections of the levees and floodwalls.

**Performance Analysis Team**

| Name | Assignment | Organization |
|---|---|---|
| Reed Mosher, PhD | **Co-Lead** | ERDC/GSL |
| Mike Duncan, PhD, PE | **Co-Lead** | Virginia Tech |
| George Sills, PE | Geotechnical | ERDC/GSL |
| Noah Vroman | Geotechnical | ERDC/GSL |
| Joe Dunbar | Geologist | ERDC/GSL |
| Ron Wahl, PE | Geotechnical Modeling | ERDC/GSL |
| Maureen Corcoran, PhD | Geologist | ERDC/GSL |
| Robert Ebeling, PhD, PE | Geotechnical Modeling | ERDC/ITL |
| Don Yule | Geotechnical Modeling | ERDC/GSL |
| Eileen Glynn | Geotechnical | ERDC/GSL |
| L. Tommy Lee | Geotechnical | ERDC/GSL |
| Paul Mlakar, PhD, PE | Structural | ERDC/GSL |
| Joe Padula, PhD, PE | Structural | ERDC/GSL |
| Kevin Abraham | Geotechnical Modeling | ERDC/ITL |
| Mike Pace | Geotechnical Modeling | ERDC/ITL |
| Benita Abraham | Data Support | ERDC/GSL |
| Tony Young, PE | | MVD |
| Ken Klaus, PE | | MVD |
| Richard Pinner, PE | | MVD |
| Pete Cali, PhD, PE | | MVD |
| Tom Brandon, PhD, PE | Geotechnical | Virginia Tech |
| Steve Wright, PhD, PE | Slope Stability | University of Texas |
| Allen Marr, PhD, PE | PLAXIS Analysis | GeoComp |
| Thomas McGill | GIS Analysis | ERDC/GSL |
| Laurel Gorman | GIS Analysis | ERDC/ITL |

V-2

Volume V The Performance – Levees and Floodwalls

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

**Historical Data Collection Team**

| Name | Assignment | Organization |
|---|---|---|
| Maureen Corcoran, PhD | **Co-Leader** | ERDC-GSL |
| Reed Mosher, PhD | **Co-Leader** | ERDC-GSL |
| Benita Abraham | Data Collection | ERDC-GSL |
| Bernice Bass | Data Collection | ERDC-GSL |
| Glenda Brandon | Data Collection | ERDC-GSL |
| Vickey Davis | Data Collection | ERDC-GSL |
| Beverly DiPaolo, PhD | Data Collection | ERDC-GSL |
| Vikki Edwards | Data Collection | ERDC-GSL |
| Eileen Glynn | Data Collection | ERDC-GSL |
| Blaise Grden | Data Collection | ERDC-ITL |
| Tina Holmes | Data Collection | ERDC-GSL |
| Edward Huell | Data Collection | ERDC-ITL |
| Bob Larson | Data Collection | ERDC-GSL |
| L. Tommy Lee | Data Collection | ERDC-GSL |
| Cheri Loden | Data Collection | ERDC-GSL |
| Sharon McBride | Data Collection | ERDC-GSL |
| Tiffany Mims | Data Collection | ERDC-GSL |
| Hattie Smith | Data Collection | ERDC-GSL |
| Charlie Whitten | Data Collection | ERDC-GSL |
| Sue Wolfe | Data Collection | ERDC-GSL |

**Perishable Data Collection Team**

| Name | Assignment | Organization |
|---|---|---|
| Reed Mosher, PhD | **Task Lead** | ERDC-GSL |
| Paul Mlakar, PhD, PE | **On-Site Lead** | ERDC-GSL |
| Beverly DiPaolo, PhD | Structural | ERDC-GSL |
| Joe Dunbar | Geology | ERDC-GSL |
| Eileen Glynn | Geotechnical | ERDC-GSL |
| Rick Haskins | Parallel Seismic | ERDC-ITL |
| Ken Klaus | Geotechnical | MVD |
| Rick Olsen | Geotechnical | ERDC-GSL |
| Joe Padula, PhD, PE | Structural | ERDC-GSL |
| Guillermo Riveros | Structural | ERDC-ITL |
| George Sills, PE | Geotechnical | ERDC-GSL |

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

| | | |
|---|---|---|
| Evelyn Villanueva | Geology | ERDC-GSL |
| Noah Vroman | Geotechnical | ERDC-GSL |
| Don Yule | Geotechnical | ERDC-GSL |

**Physical Modeling Team**

| | | |
|---|---|---|
| Michael K. Sharp, PhD, PE | **Co-Leader** | USACE-ERDC |
| R. Scott Steedman, PhD, FREng | **Co-Leader** | Steedman & Associates, LTD |
| Henry Blake | | USACE-ERDC |
| David Carnell | | USACE-ERDC |
| David Daily | | USACE-ERDC |
| Wayne Hodo | | USACE-ERDC |
| Wipawi Vanadit-Ellis | | USACE-ERDC |
| Tarek Abdoun, PhD | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Marcelo Gonzalez, MS | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Dominic Moffitt | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Hassan Radwan | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Alex Sankovich | | Rensselaer Polytechnic Institute |
| Inthuorn Sasankal, PhD | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Javier Ubilla, MS | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Thomas F. Zimmie, PhD, PE | | Rensselaer Polytechnic Institute Geotechnical Centrifuge Research Team |
| Frans Barends, PhD, Ir | Geodelft Research Team | Geodelft |
| Paul Schaminee, MSc | Geodelft Research Team | Geodelft |
| Adam Bezuijen, MSc | Geodelft Research Team | Geodelft |
| Kevin Stone, PhD | External Expert Consultancy | Brighton University |

V-4

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Floodwall and Levee Performance Analysis

On Monday, August 29, 2005, Hurricane Katrina struck the U.S. Gulf Coast. The effects of the storm were being felt in the New Orleans area during the early morning hours. The storm produced a massive surge of water on the coastal regions that overtopped and eroded away levees and floodwalls along the lower Mississippi River in Plaquemines Parish, along the eastern side of St. Bernard Parish, along the eastern side of New Orleans East, and in locations along the Gulf Intracoastal Waterway and the Inner Harbor Navigation Canal. Surge water elevated the level of Lake Pontchartrain, and shifting storm winds forced the lake water against the levees and floodwalls along its southern shores and New Orleans outfall canals, and resulted in high surge levels in the Inner Harbor Navigations Canal, the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, and the Mississippi River.

Information regarding the performance of the floodwalls and levees making up the hurricane protective system for the New Orleans area, including St. Bernard Parish and Plaquemines Parish during Hurricane Katrina is presented in this volume. The focus of the effort was to assess the performance of floodwalls and levees throughout the system, to investigate the most likely causes of the damage and failure of the levees and floodwalls in the system, to compare the damaged components with similar sections or reaches where the performance was satisfactory, and to understand the mechanisms that led to the breaches in order to assess likely future performance of the un-breached reaches of the flood-protection system, and to provide a basis for design of improvements capable of providing protection against future storms of even greater destructive power than Katrina.

The performance of levees and floodwalls varied significantly throughout the New Orleans area. The investigation described here shows that the two main causes of breaches in the floodwall and levee system were erosion due to overtopping and instability due to soil foundation failure. The investigation has looked at the most likely causes of the damage and failure of the levees and floodwalls in the system and compares them with similar sections or reaches where the performance was satisfactory. It is important to understand in detail the most likely mechanisms that led to the breaches along the reaches in order evaluate the likely future performance of the un-breached reaches of the flood-protection system.

The investigation described here involved: (1) comprehensive assessment of the background information and examination of the entire levee system to identify reaches that performed satisfactorily and those that suffered damage; (2) characterization of the damaged reaches based on the breach mechanism, the surge height, and the wave action; (3) detailed analyses to ensure that site conditions and breach mechanisms are well understood; (4) use of this information to evaluate future performance of the flood-protection system.

Breaches due to instability of floodwalls occurred at one location on the 17th Street Canal, at two locations on the London Avenue Canal, and at one location on the Inner Harbor Navigation Canal (IHNC). Breaches due to erosion as a result of overtopping occurred at three locations on the Inner Harbor Navigation Canal and at many locations on the Mississippi River Gulf Outlet, the Gulf Intracoastal Waterway, and the Mississippi River levees. Figure 1 shows in red the extent of the damage to the levees and floodwalls. Of the 284 miles of levees and floodwalls,

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

169 miles were damaged. Figure 2 shows the locations of the major breaches in the flood control system.

The performance of levees varied significantly. In some areas, the levees performed well in spite of the fact that they were overtopped. In other areas the levees were completely washed away after being overtopped. The keys to the ability of some levee reaches to withstand overtopping without erosion were: (1) the type of material of which the levees were constructed, and (2) the severity of the surge and wave action to which the levees were subjected.

This report describes the limit equilibrium stability analyses, the centrifuge model studies and the finite element soil-structure interaction studies used to evaluate floodwall and levee performance at the 17th Street Canal, the London Avenue Canal, the IHNC, and the Orleans Canal, followed by the studies performed to assess performance at breaches caused by erosion.



Figure 1. Damage to the New Orleans Hurricane Protection System



Figure 2. Location of Breaches in Orleans Parish, East Bank

## 17th Street Canal Breach

Observations made at the breach at the 17th Street Canal show that the most likely cause of breach is due to a soil foundation failure. Figure 3 shows an aerial photo showing an approximately 450-ft breach in the floodwall along the east side of the 17th Street Outfall Canal south of the old Hammond Road Bridge. Figure 4 shows that a section of levee has moved more than 40 feet inward to the land side. It appears that the remaining levee section making up the breach was washed away by the water flowing through the breach. The top of the I-wall section of the floodwall in the breach can be seen adjacent to the levee section that moved into the land side.



Figure 3. Aerial Photograph of the 17th Street Canal Breach Looking South From the Old Hammond Road Bridge



Figure 4.   Aerial Photograph of the 17th Street Canal Breach Showing I-Wall and Embankment Translation

A transverse multi-beam sonar survey of the surface of the canal bottom and breach was conducted before construction of an emergency closure across the breach, at the cross section shown in Figure 5. Topographic cross sections developed from the results of this survey are shown in Figure 6a and 6b. The survey showed that the crest of the levee on the canal side remained essentially in place after the breach, as shown by the ground surface profile at Station 11+50, in Figure 7. It can be seen that the levee and floodwall moved about 40 ft laterally during the failure, and was tilted toward the landside at about 45 degrees after the failure.



Figure 5. Location of Multi-Beam Sonar Survey Cross-Sections at the 17th Street Canal Breach

V-10

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

After the emergency closure was complete and the water levels were drawn down, large blocks of the marsh were found strewn in neighborhoods surrounding the breach, as shown in Figure 8. A close examination of the marsh blocks reveals that an approximately one-ft-thick clay layer is attached to the bottom of the marsh block, Figure 9. In order to inspect the failure plane or zone, a backhoe trench was excavated to expose a vertical surface through the slide block. A photograph of the side of this trench is shown in the upper left corner of Figure 10, and a closer view is shown in Figure 11. The photograph in Figure 11 shows a portion of the clay layer, which was initially located beneath the marsh layer, was displaced upward and over a portion of the marsh layer by the lateral displacement that occurred during the failure. The shearing mechanism that resulted in this condition is shown in Figure 12. This shows that the failure plane of the slide block was within the clay under the levee, and that the failure plane came upward through the marsh layer further landward.

A description of the geology and soil stratification in the area are discussed in the following section.



Figure 6a. Surface Profiles at the 17th Street Canal Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 6b. Surface Profiles at the 17th Street Canal Breach



Figure 7.  Profile for Station 11+50 Through the 17th Street Canal Breach



Figure 8.   Marsh Blocks From the Levee Embankment at the 17th Street Canal Breach



Figure 9.   Clay Attached to Marsh Blocks at the 17th Street Canal Breach



Figure 10. Photographs Taken at the 17th Street Canal Breach After the Failure