

Figure 11.  Exposed Failure Plane at the 17th Street Canal Breach, Showing Clay That Was Initially Below the Marsh Layer Was Displaced Above Some of the Marsh Material During the Failure. The marsh material above and below the clay is the same layer, confirmed by age dating. The clay was moved into this position during the failure, as shown in Figure 12

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 12.  A Portion of the Clay Layer, Initially Located Beneath the Marsh Layer, Was Displaced Upward
and Over a Portion of the Marsh Layer as it was Displaced Laterally by the Failure. A photograph
of the displaced clay, with marsh material above it and below it, can be seen in Figure 11

## Soil conditions and soil properties

The soil conditions in the area of the New Orleans outfall canals has been determined
through evaluation of existing and recently drilled engineering borings, earlier geologic mapping
studies of the area (Dunbar et al. 1994 and 1995; Dunbar, Torrey, and Wakeley, 1999; Kolb,
Smith, and Silva, 1975; Kolb, 1962; Kolb and Van Lopik, 1958; and Saucier, 1963 and 1994),
and new studies performed since August 2005.

Geologic mapping of the surface and subsurface in the vicinity of the canal failures identifies
distinct depositional environments, related to Holocene (less than 10,000 years old) sea level rise
and deposition of sediment by Mississippi River distributary channels during this period.
Overlying the Pleistocene surface beneath the 17th Street Canal are approximately 50 to 60 ft of
shallow water, fine-grained sediments consisting of bay sound or estuarine, beach, and lacustrine
deposits as indicated in the cross section shown in Figure 13. Overlying this shallow water
sequence are approximately 10 to 20 ft of marsh and swamp deposits that correspond to the late
stages of deltaic sedimentation as these deltaic deposits became subaerial. A buried barrier beach
ridge extends in a southwest to northeast direction in the subsurface, along the southern shore of
Lake Pontchartrain, as shown by the geologic map in Figure 14. A stable sea level 10 to 15 ft
lower than current levels permitted sandy sediments from the Pearl River to the east to be
concentrated by longshore drift, and formed a sandy spit or barrier beach complex in the New
Orleans area (Saucier, 1963, 1994). As shown by Figure 14, the site of the levee breach at the
17th Street Canal is located on the northern side of the beach ridge where the sand ridge is
thinner and there is a layer of clay between the sand and the marsh layer, while both of the
London Canal breaches are located over the thickest part of the barrier beach ridge complex,
where the sand deposit lies directly beneath the marsh layer, as shown in Figure 13.



Figure 13. Geological Cross Section Extending West to East Direction Across eastern Jefferson Parish and Into Western Orleans Parish. Section runs from near the 17th Street Canal to the Inner Harbor Navigation Canal. Major outfall canals in Orleans Parish are noted on the section. Cross section shows the different environments of deposition in the subsurface overlying the Pleistocene (10,000 to 2 million years old) surface. Holocene (less than 10,000 years old) shallow water fill composed of between 50 to 60 feet of bay-sound (and/or estuarine), relic beach (i.e., buried Pine Island Barrier beach complex) and lacustrine or interdistributary deposits. Shallow water environments are overlain by 10 to 20 ft of marsh and swamp deposits. Detailed explanation of environments with discussion of lithogology and engineering properties is presented in Appendix A. Cross-section modified from east half of section C –C', Spanish Fort Quadrangle (Dunbar and others, 1994). Maps and cross-sections from the New Orleans area are available at *lmvmapping.erdc.usace.army.mil*.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 14. Generalized Contour Map Showing the Pine Island Beach, Contour Values Are in Ft MSL (Saucier, 1994). Upper figure shows general trend of the contours of the top of beach ridge in the New Orleans area, lower figure shows detailed view at the canals. London canal levee failures are located along the axis of the beach. The 17th Street Canal levee break is located on the protected or back barrier side of the beach ridge and consequently is dominated by fine-grained deposits corresponding to low-energy depositional type settings. Extent of beach ridge shown extends across the Spanish Fort, Chef Mentuer, and New Orleans 15-min. USGS topographic quadrangles

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Shear Strength Assessment for Analysis of the 17th Street Canal Breach

A considerable number of borings had been made in the breach area and in neighboring areas before the failure. Additional borings have been drilled, cone penetration tests have been performed, and test pits have been excavated since the failure. Figure 15 shows the locations of the available borings and Cone Penetration Test probes. Several hundred unconfined compression tests and unconsolidated-undrained (UU) tests have been conducted on the soils at the site. A summary of these is presented in the Appendix "Data Report on 17th Street Canal breach."

A detailed representation of the soil stratification along the centerline of the levee in the breach area is shown in Figure 16. Figure 17 shows the cross section for Station 10+00, from the west bank to the east bank where the breach occurred. The subsurface in the breach area was divided into six soil types over the depth of the investigation, as shown in Table 1.

| Table 1 Major Soil Groups at the 17th Street Outfall Canal Breach Site | | | | |
|---|---|---|---|---|
| Layer | Approximate Elevation of Top of Layer, ft (NAVD88) | Approximate Elevation of Bottom of Layer, ft (NAVD88) | Soil Type | Consistency |
| Embankment | 5 | -11.5 | Clayey (CL's and CH) | Stiff |
| Marsh | -11.5 | -16.5 | Organic/Peat | Very Soft |
| Lacustrine | -16.5 | -36.5 | Clays (CH) | Very Soft |
| Beach Sand | -36.5 | -45 | Sand | |
| Bay Sound/Estuarine | -45 | -75 | Clayey (CH) | Stiff to V. Stiff |
| Pleistocene (Undifferentiated) Prairie Formation | -75 | | Clays – Generally CH with some sand | Stiff |

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 15. Boring and CPT Location Map – 17th Street Canal Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 16. Centerline (CL) Longitudinal Section – 17th Street Canal Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 17. Prefailure Cross Section 17th Stree Canal Breach (New Stationing Sta 10+00) / (GDM Stationing Sta. 562+75)

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

The data available from previous and new studies in the 17th Street Canal area were used to develop a shear strength model, called here the "IPET strength model," for use in analyzing the stability of the I-wall in the breach and adjacent areas.

The levee fill is compacted CL or CH material, with an average liquid limit of about 45%. Beneath the fill is a layer of marsh 5 ft to 10 ft thick. The marsh is composed of organic material from the cypress swamp that occupied the area, together with silt and clay deposited in the marsh. The average moist unit weight of the marsh is about 80 pcf. Beneath the marsh is a lacustrine clay layer, with an average liquid limit of about 95%. The clay is normally consolidated throughout its depth, having been covered and kept wet by the overlying layer of marsh.

The measured shear strengths of the levee fill scatter very widely, from about 120 psf to more than 5,000 psf, and cannot be interpreted without applying judgment. The values used are based on the combined judgment of the IPET team to make the most reasonable interpretation of the scattered data. Placing the greatest emphasis on data from UU tests on 5-in.-diameter samples, which appear to be the best-quality data available, $s_u = 900$ psf is a reasonable value to represent the levee fill. This strength can be compared to a value of 500 psf for the levee fill used in the design analyses. The marsh (or peat) deposit is stronger beneath the levee crest where it was consolidated under the weight of the levee, and weaker at the toe of the levee and beyond, where it less compressed. The measured shear strengths of the marsh scatter very widely, from about 50 psf to about 920 psf. Values of $s_u = 400$ psf beneath the levee crest and $s_u = 300$ psf beneath the levee toe appear to be representative of the measured values. These strengths can be compared to a value of 280 psf at all locations that was used in the design analyses.

The clay (which has been found to be the most important material with respect to stability of the I-wall and levee) is normally consolidated. Its undrained shear strength increases with depth at a rate of 11 psf per foot of depth. This rate of increase of strength with depth corresponds to a value of $s_u / p' = 0.24$. There is very little scatter in the results of the CPTU tests, and these values provide a good basis for establishing undrained strength profiles in the clay. The undrained strength at the top of the clay is equal to 0.24 times the effective overburden pressure at the top of the clay. With this model, the undrained shear strength of the clay varies with lateral position, being greatest beneath the levee crest where the effective overburden pressure is greatest and least at the levee toe and beyond where the pressure is lowest, and varying with depth, increasing at a rate of 11 psf per foot at all locations.

The design analyses used undrained strengths for the levee fill, the marsh, and the clay, and a drained friction angle to characterize the strength of the sand layer beneath the clay, as does the strength model described above. Thus, the strengths are directly comparable. Strengths from the IPET strength model are compared to the design strengths in Table 2:

| Table 2 Comparison of Strengths of the Levee and Marsh Used in the Design with the IPET Strength Model | | |
|---|---|---|
| Material | Strength Uses for Design | Strength Model Based on all Data Available in February 2006 |
| Levee fill | $s_u$ = 500 psf, $\phi$ = 0 | $s_u$ = 900 psf, $\phi$ = 0 |
| Marsh | $s_u$ = 280 psf, $\phi$ = 0 | $s_u$ = 400 psf, $\phi$ = 0 beneath levee crest<br>$s_u$ = 300 psf, $\phi$ = 0 beneath levee toe |

It can be seen that the strengths for the levee fill and the marsh used in the design are consistently lower that those for the IPET strength model, which were estimated using all of the data available in February 2006.

The values of strength for the clay vary with depth and laterally, as discussed above. The rate of increase of strength with depth (11 psf per foot in the IPET strength model) is essentially the same in the IPET strength model as for the design strengths. Beneath the levee crest, the design strengths are very close to the IPET strength model. At the toe of the levee, however, the strengths used in the design are considerably higher than the strengths from the IPET strength model.

Field observations and preliminary analyses show that the most important shear strength is the undrained strength of the clay. Critical slip surfaces intersect only small sections within the marsh and the levee fill, and do not intersect the sand layer beneath the clay at all. Therefore, the strengths of these materials have small influence on stability, and minor variations in these strengths from section to section would not control the location of the failure. For this reason, the comparison of strengths in the breach area with strengths elsewhere has been focused on the undrained strength of the clay.

Although the data is sparse, it is fairly consistent, and it appears that the clay strengths in the areas north and south of the breach are higher than those in the breach. Based on data available for comparison, the undrained strengths of the clay in the areas adjacent to the breach are 20% to 30% higher than those in the breach area. Strength differences of this magnitude are significant. They indicate that the reason the failure occurred where it did is very likely that the clay strengths in that area were lower than in adjacent areas to the north and south.

A more complete description of the IPET strength model and the tests that support it is contained in Appendix, "17th Street Shear Strength Final Draft."

## Limit Equilibrium Stability Assessment

Limit equilibrium analyses were used to examine stability of the levee and I-wall. The results of these analyses are interpreted in terms of factors of safety and probabilities of failure.

Stability analyses were performed for three cross sections within the breach area using the IPET shear strength model. The results of these analyses were compared with the results of the analyses on which the design of the I-wall was based, and additional analyses were performed

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

for the design cross-section geometry and shear strengths, using Spencer's method and the computer program, SLIDE[1]. The SLIDE analysis results were checked using UTEXAS4[2].

It was found that:

- The calculated factors of safety decreased as the elevation of the water level on the canal side of the wall increased, and

- Smaller factors of safety were calculated when it was assumed that a gap existed between the wall and the soil on the canal side of the wall, with hydrostatic water pressures acting within this gap, increasing the load on the wall.

It seems likely that, as the water level in the canal rose, the I-wall deflected towards the land side, causing it to pull away from the levee fill. When the resulting gap between the fill and the wall filled with water, the increased hydrostatic pressure became a significant factor in decreasing the wall stability.

The results of the analyses are consistent with the performance of the I-wall in the breach area. Calculated water levels for factors of safety equal to 1.0 for the condition with a gap behind the wall vary from 9.8 ft to 10.6 ft, as compared with a water level of 7 ft to 8 ft at the time failure began based on an eyewitness report. It appears that wave effects might raise the effective water level by 1 to 2 ft, to as much as 10 ft. In addition, it was found that using non-circular slip surfaces reduced the calculated factors of safety by about 5% as compared with those calculated using circular slip surfaces. Thus, considering the influence of waves increasing the effective average water level, and non-circular slip surfaces resulting in lower factors of safety, it is apparent that the results of the stability analyses are in close agreement with the observed performance.

The calculated factors of safety are about 25% lower when it is assumed that a separation or gap develops between the wall and the levee fill on the canal side of the wall. The results calculated assuming that a gap formed and full hydrostatic water pressure acted in the gap, are consistent with field observations, indicating that it is highly likely that a gap did form in the areas where the wall failed. It seems likely that when a gap formed and the portion of the wall below the levee crest was loaded by water pressures, the factor of safety would have dropped quickly by about 25%. Soil-structure interaction analyses and centrifuge model tests have confirmed this mode of behavior.

The New Orleans District Method of Planes[3] used for the design analyses is a conservative method of slope stability analysis. All other things being equal, the factor of safety calculated

---

[1] Available from Rocscience Inc., 31 Balsam Avenue, Toronto, Ontario, Canada M4E 3B5
[2] Available from Shinoak Software, 3406 Shinoak Drive, Austin, TX 78731
[3] A study of the Method of Planes, undertaken by IPET at the request of the New Orleans District Task Force Guardian, indicates that the Method of Planes gives lower factors of safety than more accurate methods of analysis, such as Spencer's method. The magnitude of the difference between the two varies from case to case.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

using the Method of Planes was about 10% lower than the factor of safety calculated using Spencer's method[4], which satisfies all conditions of equilibrium.

The factors of safety calculated in the design analyses were higher than the factors of safety calculated for the conditions that are believed to best represent the actual shear strengths, geometrical conditions, and loading at the time of failure. The principal differences between the design analyses and the conditions described in this report relate to (1) the assumption that a gap formed between the wall and the levee soil on the canal side of the wall, and (2) the fact that the design analyses used the same strength for the clay beneath the levee slopes, and for the area beyond the levee toe, as for the zone beneath the crest of the levee. The IPET strength model has lower strengths beneath the levee slopes and beyond the toe.

Factors of safety for areas adjacent to the breach, where clay strengths are higher, were about 15% higher than those calculated for the breach area. These differences in calculated factor of safety are not large; and it thus appears that the margin of safety was small in areas that did not fail. It is possible that gaps did not form in those areas, and the wall was, therefore, less severely loaded.

Estimates of probability of failure for a water level of 7.0 ft NAVD88 are about 12% in the breach area, and 1% in adjacent areas with clay strengths 20% higher. For a water level of 10.0 ft, the estimated probability of failure is 58% in the breach area and 16% in adjacent areas.

A more complete description of the stability analyses and results is contained in the Appendix, "17th Street Stability Final Draft."

## Centrifuge Modeling Results for the 17th Street Canal Breach

The physical (centrifuge) models of the levees on 17th Street, London Avenue, and Orleans canals have provided detailed insights into the mechanisms that led to the breach. A more complete description of the centrifuge modeling effort is contained in the Appendix, "IPET Centrifuge Model Test Report." The centrifuge modeling has contributed to the overall understanding of the performance of the outfall canal levees.

The centrifuge model results revealed that the gap formation had a major contribution to all of the beaches on the outfall canals. In all of the scale models where the toe of the sheet pile wall terminated in the clay layer, like the 17th Street Canal breach location, a translational failure occurred through the clay when the gap opened and filled with water. This is clearly seen in the instruments recording movement of the wall and in the video imagery, Figure 18.

The sliding surface developed near the top of the clay layer and progressed landwards until it was outside the levee, then turned upward to exit through the marsh layer. This mechanism is similar to the observations in the field from 17th Street. The movement of the model wall was arrested before larger displacements took place to capture the final state of the 17th Street model (Model 1), Figure 19. Despite the fairly significant lateral movement, there is minimal heave of the swampy marsh layer on the landward side at the stage shown in Figure 19.

---

[4] Spencer, E. (1967) "A Method of Analysis of the Stability of Embankments Assuming Parallel Inter-Slice Forces," *Geotechnique*, Institution of Civil Engineers, Great Britain, Vol. 17, No. 1, March, pp. 11-26.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 18. Sliding Surface Forms at Top of Clay Layer in 17th Street Canal Model 1

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 19. Final State of 17th Street Model 1 Showing Lateral Translation on Sliding Surface Starting at the Toe of the Wall and Progressing Landward

All of the clay foundation models failed with a similar mechanism under the flood loading, commencing with a small rotation and formation of a gap behind the wall, followed by further rotation and large translation associated with a shear plane that formed from the toe of the sheet pile wall and progressed landwards through the upper part of the clay layer. This was consistent with the field observations.

Other observations relevant to the site conditions on the 17th Street Canal were also noted from the centrifuge model tests. The very soft, normally consolidated clay beneath the levee experienced significant settlements as the weight of the levee was increased to its full value. The marsh layer also tended to be compressed below the levee, but predominantly through elastic compression.

In the 17th Street Canal models, the formation of the gap behind the wall was followed by the immediate development of a slip movement at the toe of the wall, and an increasing rate of landward movement. As the initial slip surface extended toward the toe of the levee, the weaker clay farther from the centerline of the levee was less able to resist the driving forces acting on the levee block.

A more complete description of the centrifuge modeling effort is contained in the Appendix, "IPET Centrifuge Model Test Report."

## Finite Element Soil-Structure Interaction Results for the 17th Street Canal Breach

Finite element soil-structure interaction analyses were conducted to provide a third approach to development of a complete understanding of the 17th Street Canal breach mechanism. A two-dimensional (2-D) cross section at Station 10+00 of the east side of the 17th Street Canal at the breach location was modeled, as shown in Figures 20 and 21. A detailed description of the

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.