nonlinear finite-element soil-structure interaction analyses and results is contained in the
Appendix, "17th Street SSI Station 10+00."



Figure 20.  Two-Dimensional Cross-Section Model Used in Soil-Structure Interaction Analysis of Station
10+00 on the 17th Street Canal East Side Breach



Figure 21.  Finite-Element Mesh Used in Soil-Structure Interaction Analysis of Station 10+00 on the 17th Street Canal East Side Breach

The finite element analyses show that gap formed as the water rose on the canal side of the wall. The criterion for gap formation was earth pressure against the wall less than the hydrostatic water pressure at that depth. When that condition was reached, the finite element mesh was adjusted to separate the soil elements from the wall elements with a gap. The gap began to open when the water in the canal rose to elevation 6.5 ft. Eventually, the gap extended to the tip of the sheet pile, which was at the lacustrine clay-marsh interface. Factors of safety were computed using the strength reduction method. The strength reduction method involves performing a series of finite element analyses using values of the strength parameters c and $\phi$ (or c' and $\phi$') that are reduced by dividing them by assumed values of factor of safety. The correct factor of safety, as determined by this method, is the smallest value that results in unstable conditions in the analysis. When the gap developed and filled with water the factor of safety decreased suddenly by about 25%, from 1.45 to 1.16, as shown in Figure 22.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 22.  Factor of Safety Versus Canal Water Elevation Computed in the Soil-Structure Interaction
Analysis of Station 10+00 on the 17th Street Canal East Side Breach

The development of a gap, which immediately filled with water, resulted in a marked increase in calculated displacements, as shown in Figure 23. As the water in the canal rises from El 6.5 to El 9.0, the maximum lateral deformation increases from 1.6 ft, the condition shown in Figure 24, to 5.3 ft, the conditions shown in Figure 25; and the factor of safety decreases from 1.16 to 0.98. Figure 26 shows that the contours of maximum shear strains form a shear surface that compare well with the critical failure surface found in the limit equilibrium stability analysis, Figure 27.



Figure 23.   Horizontal Sheet Pile Deflections Versus Canal Water Elevation Computed in the Soil-
             Structure Interaction Analysis of Station 10+00 on the 17th Street Canal East Side Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 24.  Deformed Mesh for Canal Elevation 6.5 ft and Gap to Elevation -18.5 ft Computed in the Soil-Structure Interaction Analysis of Station 10+00 on the 17th Street Canal East Side Breach (Note: Canal elevation not to scale in figure)



Figure 25.  Deformed Mesh for Canal Elevation 9.0 ft and Crack to Elevation -18.5 ft Computed in the Soil-Structure Interaction Analysis of Station 10+00 on the 17th Street Canal East Side Breach (Note: Canal Elevation not to scale in figure)

V-36

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 26. Reaches of Large Shear Strains from Strength Reduction for Canal Elevation 9.0 ft and Gap to Elevation -18.5 ft Computed in the Soil-Structure Interaction Analysis of Station 10+00 on the 17th Street Canal East Side Breach



**Figure 27.** Critical Circle for 17th Street Canal Station 10+00 – Water Elevation 10 ft, With a Water-Filled Gap Behind the Wall

A more complete description of the finite element soil-structure interaction is contained in the Appendix, "17th Street SSI Station 10+00."

## Summary of 17th Street Canal Breach Assessment

Eye-witness reports indicate that the breach began to develop about 6:00 AM on Monday, 29 August 2005, and was fully developed before 9:00 AM. Field evidence, analyses, and physical model tests show that the breach was due to instability caused by shear failure within the clay in the foundation beneath the levee and the I-wall, with a rupture surface that extended laterally beneath the levee, and exited upward through the marsh layer. A key factor in the failure was the formation of a gap between the wall and the levee fill on the canal side of the wall, allowing water pressure to act on the wall below the surface of the levee. Another important factor was the low shear strength of the foundation clay beneath the outer parts of the levee and beyond the toe of the levee.

These two important factors in the mechanism of failure have significant system-wide implications because gap formation and lateral variation of shear strength beneath the levee must be considered for other locations throughout the system when geologic conditions are similar to those at the 17th Street Canal.

V-38

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Assessment of London Avenue Canal Breaches

Two I-wall failures resulting in breaches occurred at the London Avenue Canal during Hurricane Katrina, one on the east side of the canal at Mirabeau Avenue (the south breach), and the other on the west side of the canal at Robert E. Lee Boulevard (the north breach). At both locations, the levees and I-walls were founded on a layer of marsh material overlying sand. In addition, the I-wall on the east side, across the canal from the north breach, moved and tilted, but did not breach.

The south breach, shown in Figure 28, occurred about 6:00 AM to 7:00 AM on August 29th, when the water level in the canal was 7.1 ft to 8.2 ft NAVD88. The breach was narrower than the breach at the 17th Street and the London Avenue north breach. A deep scour hole formed due to the inrush of water, and a large amount of eroded sand was deposited in the neighborhood inland of the breach. It appears that the breach was quite narrow when it formed, and subsequently widened to about 60 ft as wall panels adjacent to the initial breach were undermined by scour, and tilted into the scour hole.



Figure 28. South Breach, London Avenue Canal

The north breach, shown in Figure 29, occurred about 7:00 AM to 8:00 AM on August 29th, about an hour after the south breach, when the canal water level was 8.2 ft to 9.5 ft NAVD88. The breach was about 410 ft wide, approximately the same width as the breach at 17th Street. As the breach occurred, the ground surface on the protected side of the levee heaved upward, taking with it the playhouse shown in Figure 30. The upward movement of the playhouse can be discerned by comparing the before and after photos in Figure 30. The I-wall opposite the north breach (on the east side of the canal) moved and tilted significantly, presumably at about the same time as the breach occurred on the west side, but the east I-wall did not breach; this tilted but intact I-wall is shown in Figure 31. A line of sinkholes was observed at the inland side of the distressed east I-wall, and a sand boil at the inboard embankment toe indicates that erosive seepage and piping had occurred beneath the levee.



Figure 29. North Breach, London Avenue Canal



Figure 30.  Playhouse at the London Avenue Canal North Breach Before the Failure (top photo) and After
(bottom photo)



Figure 31. Tilted I-Wall Opposite the North Breach on the London Avenue Canal

At both the south and north breach locations, it seems likely that underseepage and internal erosion caused or contributed to the failures.

It is not possible to establish the cause of the south breach with certainty based on the field observations made after the failure. The failed sections of the I-wall have not yet been found, and large volumes of sand were moved by the inflow of water through the breach, covering the landscape. The failure might have resulted from underseepage erosion and piping, or from sliding instability aggravated by under-seepage and uplift pressures. Analyses have been performed to examine both of these possibilities.

As shown in Figure 29, a long section of the floodwall at the north breach was displaced laterally, and it seems likely that sliding instability was likely the primary mode of failure, with seepage and high pore pressures in the sand as a significant contributing factor. It seems likely that the failure and breach were the result of insufficient passive resistance to counteract the water pressure forces to which the wall was subjected. The passive resistance was likely reduced by the effects of water seeping through the foundation soils beneath the levee and the marsh layer inland, inducing uplift pressures and reducing shear strengths. Analyses have been performed to examine the likelihood of erosion and piping, and instability due to uplift and reduced shear resistance.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

## Seepage and Stability Analysis of the London Avenue Canal Breaches

Seepage and stability analyses were performed to investigate if the erosion and piping and/or sliding instability caused the foundation failure at these breach locations. Finite element analyses of seepage beneath the I-wall were performed to determine the pore pressures in the sand beneath the marsh layer. The characteristics of the cross sections for the south and north breach are shown in Figure 32 and Figure 33. The relevant materials are the sand at the base of the section, the overlying marsh layer, and the clayey levee fill. Thorough analyses of transient and steady seepage indicated that (a) steady seepage through the sand was established quickly, and (b) the pore pressures within the sand and the uplift pressures on the base of the marsh layer are not affected by the permeability values assigned to the marsh layer and the levee fill, provided that those materials are at least two orders of magnitude less permeable than the sand. The values of permeability of the marsh layer and the levee fill used in the seepage analyses were selected in accordance with these findings, and were considered to be reasonable estimates of the permeabilities of these materials. A more complete description of the seepage analysis is contained in the Appendix, "Analysis of London Avenue Canal I-wall Breaches."



Figure 32. London Avenue Canal South Breach Cross Section

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 33. London Avenue Canal North Breach Cross Section

In conditions like those at London Avenue, with the I-walls penetrating down to the cohesionless sand layer in the foundation, a crack or gap extending to the tip of the sheetpile is not possible, because the sand is incapable of sustaining a crack. These cases were analyzed using what was termed a "half-cracked" condition, with the crack extending only to the top of the sand. Below the top of the sand the sheetpile is loaded by water pressures that are lower than hydrostatic, and active earth pressures.

The analyses described in the Appendix, "Analysis of London Avenue Canal I-wall Breaches," indicate a strong likelihood that high uplift pressure on the base of the levee and the marsh layer was a key factor in the failures at both the south and the north breaches. At both locations, these high uplift pressures probably resulted in the development of a rupture through the marsh layer, and hydraulic gradients large enough to cause erosion of the sand upward through the rupture.

At the south breach area, this erosion may have been the principal mode of failure, with gross instability occurring after considerable volumes of sand, marsh, and levee fill had been removed by erosion and piping. Without alteration of the south breach cross section by erosion and piping, the calculated factors of safety with respect to instability are greater than 1.0, indicating that alteration of the profile by erosion and piping probably played an essential role in the failure at this location where the sand was dense, and the sand friction angle would have been high. The conclusion that the failure probably started in a small zone of intense seepage is consistent with the narrow breach that eventually developed.

At the north breach area, the probability of erosion and piping is slightly less than at the south breach, although still very high. The probability of instability at the north breach is higher than at the south breach, due to the fact that the sand at the north breach was loose, and would have had a low friction angle. High uplift pressures likely resulted in a rupture through the marsh layer and the underlying thin layer of lacustrine clay. At this location, however, the high pore pressures within the sand would have been sufficient to cause instability without significant alteration of the cross section by erosion. The failure at the north affected a much wider zone than the failure at the south, indicating that intense localized erosion and piping probably did not play a key role in the failure at the north breach. It appears that high uplift pressures and lower friction angle of the less-dense sand were key elements in the failure at the north breach.

## Centrifuge Modeling Results for the London Avenue Canal Breaches

In the London Avenue Canal model tests, where the toe of the sheet pile wall penetrated into the sand and was restrained from lateral movement by the sand, the opening of the gap on the canal side of the floodwall was followed by rotation of the top of the wall landward. With the opening of the gap, the model tests for the London south breach and the London north breach both showed gross movements indicative of wall failure, as may be seen in Figure 34. Rotation of the wall was accompanied by a translational sliding of the landward part of the levee and marsh layer, on top of the underlying sand. Rotation of the wall is linked to reduction in effective stress on the sand layer beneath the landward side of the levee. Once the gap was fully opened, pore pressure transducers in the foundation sand layer showed that the pore pressure in the sand rose very significantly. The increasing water pressure in the sand layer reduced the effective stress at the base of the marsh layer. The reduction in vertical effective stress has two effects: the first is to increase the likelihood of uplift of the swampy marsh (as the increasing water pressure in the foundation balances or exceeds the weight of the levee and marsh layer above) and the second is to reduce the stiffness of the sand surrounding the toe of the sheet pile wall, reducing the passive resistance that the sand provides.



Figure 34   Superposition of Video Images of the Rotational Failure of the London South Model Wall,
Model 1

The high pore water pressures under the toe of the levee on the landward side and under the
swampy marsh led to water being ejected from the ground at the toe of the levee. This may be
deduced from the piezometric heads near the toe of the levee, and can be seen clearly in the
video images of the landward toe. Figure 35 shows a view of the levee and floodwall as seen
from the 'backyard' of houses behind the levee, showing 'black' water emerging from the toe of
the levee as the flood wall rotates landward. This supports the earlier assessment based on
seepage analyses that a rupture through the marsh layer overlying the sand at the south breach
led to a failure initiated by erosion and piping.



Figure 35. Water Emerging From Toe of Levee as Failure Progresses, London South Model 2

A more complete description of the centrifuge modeling effort is contained in the Appendix, "IPET Centrifuge Model Test Report."

## Finite Element Soil-Structure Interaction Results for London Avenue Canal Breaches

Finite element soil-structure interaction analyses were conducted to provide a third approach to development of a complete understanding of the London Avenue Canal breach mechanisms. A two-dimensional cross section through the north breach is shown in Figures 36 and 37. The older sheetpile wall shown in the figures, which was left in place when the newer one was constructed, does not influence the results of the analysis in any significant way. A detailed description of the nonlinear finite-element soil-structure interaction analyses is contained in Appendix "London Avenue SSI.".



Figure 36.  Two-Dimensional Cross Section Model Used in the SSI Analysis of the London Avenue Canal North Breach



Figure 37.  Finite Element Mesh Used in the SSI Analysis of the London Avenue Canal North Breach

Like the limit equilibrium stability analysis and centrifuge tests, the finite element analyses showed that the formation of a gap down to the sand layer leads quickly to failure. Some of the details regarding formation of the gap were found to be dependent on the stiffness assigned to the levee fill and the marsh layer. The lower and upper limits of the possible stiffness values for the levee fill and the marsh layer were used to investigate the effect of stiffness on the formation of the gap. Figure 38 shows how the gap increased in depth as the canal water elevation increased. The gap began to form once the canal water elevation reached the crest of the levee, and progressed down the wall as the canal water elevation continued to rise. The rate of progression of the gap down the wall was found to depend on the soil stiffness, with the stiffer soil allowing the canal water elevation to reach a higher level before the gap extends to the top of the sand layer.

Once the gap extended full depth, the water pressure in the sand rose rapidly, and the elevated water pressure in the sand layer reduced the vertical effective stress at the base of the marsh layer, Figure 39. The reduction in vertical effective stress has two effects: the first is to increase the uplift pressure on the bottom of the marsh layer, as shown in Figure 39; and the second is to reduce the stiffness of the sand surrounding the tip of the sheet pile wall, reducing the passive resistance provided by the sand.

The finite element soil-structure interaction analyses are consistent with the behavior observed in the centrifuge tests, where the opening of the gap on the canal side of the floodwall was followed by rotation of the wall landward, as shown in Figure 40. Figure 41 shows the horizontal displacement of the top and tip of the wall as the canal water rises. It shows that the

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

tip did not translate horizontally; instead, the wall rotated about the tip. Figure 41 also shows the significant increase in rotation of the wall once the crack reached the sand layer.

The factor of safety decreased substantially when the crack opened fully, as may be seen in Figures 41 and 42. When the crack (or gap) opened, the factor of safety decreased with no change in water level, as shown by the horizontal line segments in Figures 41 and 42. For the low-stiffness soil, the gap opened fully at a canal water elevation of 6.0 ft, and the factor of safety decreased from 2.5 to 1.8. For the stiff soil, the crack opened fully at a canal water elevation of 8.0 ft, and the factor of safety decreased immediately from 2.1 to below 1.0. If the canal bottom was covered with silt, and the sand layer was therefore not connected to the canal, the opening of the gap would be the means for connecting the sand layer to the canal.



Figure 38. Elevation of Gap Tip Versus Canal Water Elevation



Figure 39.  Effective Vertical Stress in the Beach Sand for the Analysis Using Average Stiffness Values
with Canal Elevation 6.0 ft and Gap to Elevation -12.9 for the London Avenue North Breach



Figure 40.  Ultimate Mechanism from Strength Reduction Analysis Using Average Stiffness Values with
Canal Elevation 6.0 ft and Gap to Elevation -12.9 ft, London Avenue North Breach
(displacements are exaggerated)



Figure 41.  Horizontal Sheet Pile Deformations versus Canal Water Elevation Computed Using Average
Stiffness Values for the London Avenue Canal North Breach



Figure 42.  Factor of Safety Versus Canal Water Elevation Calculated Using the Strength Reduction
Method for the London Avenue Canal North Breach

**Summary of Assessment of the London Avenue Canal Breaches**

The breach on the London Avenue Canal near Mirabeau Avenue (the south breach) occurred at 6:00 AM to 7:00 AM on Monday, 29 August 2005. The breach on the London Avenue Canal near Robert E. Lee Boulevard (the north breach) occurred by 7:30 AM. Field evidence, analyses, and physical model tests show that the breaches were due to the effects of high water pressures within the sand layer beneath the levee and I-wall, and high water loads on the walls. The London Avenue Canal breaches had a key factor in common with the 17th Street Canal breach – formation of a gap between the wall and the levee fill on the canal side of the wall. At both the 17th Street Canal and the London Avenue Canal, formation of a gap allowed high water pressures to act on the wall below the surface of the levee, severely loading the wall. At the London Avenue Canal, an additional effect of the gap was that water flowed down through the gap into the underlying sand. High water pressures in the sand uplifted the marsh layer on the landside of the levee, resulting in concentrated flow and erosion, removing material and reducing support for the floodwall.

Analyses of the south breach showed that erosion is most likely the principal mode of failure, with sliding instability occurring after significant volumes of sand and marsh had been removed by erosion and piping. Without alteration of the south breach cross section by erosion and piping on the landside of the levee, the calculated factors of safety with respect to sliding instability are greater than 1.0, indicating that alteration of the cross section by erosion and piping probably played an essential role in the failure at this location.

Field observations at the north breach indicate that the canal-side levee crest remained intact after the breach, and a playhouse on the property adjacent to the breach was heaved upward as the ground beneath it heaved upward during the failure. The analyses described in this report show that conditions for erosion and piping were present at the north breach, but the more likely cause of the failure was sliding instability. High uplift pressures likely resulted in a rupture through the marsh layer and the underlying thin layer of clay. At this location, however, the high pore pressures within the sand would reduce passive resistance sufficiently to result in sliding instability without significant alteration of the cross section.

It seems reasonable to assume that the wall on the opposite side of the canal from the north breach, which moved and tilted, must have been close to failure, but this location has not been analyzed in detail.

# Assessment of Inner Harbor Navigation Canal Breaches

Four breaches occurred on the IHNC (Inner Harbor Navigation Canal) during Hurricane Katrina on the morning of August 29th. Two of the breaches occurred on the east bank between the Florida Avenue Bridge and the North Claiborne Avenue Bridge adjacent to the 9th Ward, and two on the west bank, just north of the intersection of France Road and Florida Avenue. The locations of theses breaches are shown in Figure 43. Three of the breaches involved failures of floodwalls on levees, and one involved failure of a levee due to overtopping erosion.

All of the IHNC floodwalls and levees were overtopped on August 29th. The peak storm surge elevation in the IHNC was 14.2 ft at 9:00 AM, as can be seen in Figure 44. This peak water level is about 1.7 ft above the tops of the floodwalls and levees. The reaches where the floodwalls and levees did not collapse have, therefore, survived water loading considerably higher than the design loading.

Initial observations after the hurricane revealed that overtopping had eroded at least one section of levee (without floodwall) along the west bank, and had eroded the soil adjacent to the wall at three other locations along the east and west bank. It appeared that water flowing over the floodwall scoured and eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and reducing the passive resistance, as can be seen in Figure 45. The erosion appeared to be so severe at the breach locations that the sheet piles may have lost all foundation support, resulting in failures of the type shown in Figure 46. Perhaps the best evidence of this scour can be seen along the un-breached reaches of the east bank I-walls, where U-shaped scour trenches were be found adjacent to the I-walls. As the scour increased, the I-wall may have moved laterally and leaned toward the protected side, causing the scour trench to grow as the water cascaded farther down the slope until sufficient soil resistance was lost and complete failure occurred.

Although it is clear that the walls were overtopped, and that their stability was compromised by the erosion that occurred, it is also clear that one of the east side breaches occurred before the wall was overtopped. Eyewitness reports indicate that the water level in the 9th Ward near Florida Avenue was rising as early as 5:00 AM, when the water level in the IHNC was still below the top of the floodwall, as shown by the hydrograph in Figure 47. Stability analyses indicate that foundation instability would occur before overtopping at the north breach on the east side of the IHNC. This breach location is thus the likely source of the early flooding in the Lower 9th Ward. Stability analyses indicate that the other three breach locations would not have failed before they were overtopped.

The soil immediately beneath the levees and floodwalls at all four breach locations included marsh, beneath which was clay, and beneath the clay, sand. Through most of their lengths, the critical circles passed through the marsh and clay. The critical circles did not extend to the sand layer beneath the clay.

Formation of a gap on the canal side of the wall, allowing hydrostatic water pressure acting through the full depth of the gap, causes a very significant reduction in the value of the calculated factor of safety. Evidence that a gap did form behind the wall near the breaches can be seen in Figures 48 and 49.

Stability analyses of the north breach on the east side resulted in a computed factor of safety equal to 1.0, with a gap on the canal side of the wall and water in the IHNC at elevation 11.2 ft. This is about 1.0 ft higher than the average IHNC water level at the time flood water was observed in the Lower 9th Ward. Considering that the effective water level could have been one foot higher due to wave effects, this result is consistent with the observed IHNC water level when flood water was first reported in the Lower 9th Ward. It thus appears that the north breach

occurred before overtopping, and that this breach was the source of the first influx of water into the 9th Ward.



Figure 43. Four Breach Locations on the Inner Harbor Navigation Canal

V-54

Volume V The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Stability analyses of the south breach on the east side, and the north breach on the west side, resulted in computed factors of safety larger than 1.0 with the water level at the top of the wall and a crack behind the wall, indicating that the walls at those locations would have remained stable if none of the soil supporting the wall had been removed by erosion. Stability analysis of the south breach on the west side, where there was no I-wall, showed that the factor of safety there was also high, and the breach was due to overtopping erosion.

The lower computed factor of safety at the north breach on the east side is attributable to the fact that the ground elevation on the protected side is lower at that location and there was less soil on the protected side of the wall that was able to provide support for the wall.

The IPET strength model used for the north breach on the east bank, which is based on all of the data available in May 2006, agrees fairly closely with the design strengths reported in the General Design Memorandum (GDM) No. 3 under the center of the levee. Both the GDM and the IPET strength model assign lower strengths beneath the embankment toe and beyond than beneath the crest of the embankment, but the GDM strengths at this location are higher than the IPET strengths. The GDM strengths are, thus, reasonably consistent with the currently available data.

The design analyses were performed using the Method of Planes, without a crack between the wall and the levee fill on the canal side of the wall. For the canal water level at 10.5 ft (the design water level), the factor of safety computed using the Method of Planes was 1.25. The minimum factor of safety calculated for the same conditions using Spencer's method was 1.45, indicating that the Method of Planes is conservative by about 14% in this case.

In summary, the foundation failure at the north breach on the east side of the IHNC was a result of differences between the actual conditions and assumptions used as the basis for the design. Those differences are (1) the ground surface beyond the toe of the levee at the north breach location was lower than the landside ground surface in the design cross section, and (2) the design analyses did not consider the possibility of a gap forming behind the wall, allowing water to run into the gap and increase the load on the wall. The other three breaches on the IHNC were due to overtopping and erosion.



Figure 44. Katrina Hydrograph for the Inner Harbor Navigation Canal

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 45.  Scour and Erosion on the Protected Side of the IHNC Adjacent to the 9th Ward in the Vicinity of the South Breach

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 46.  Scour and Erosion Leading to the Failure of the I-Wall on the IHNC Adjacent the South Breach
(9th Ward)

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.