

Figure 47. Hydrograph for the 9th Ward Inundation



Figure 48. IHNC East Bank – South Breach – Wall Movement

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

V-59



Figure 49. IHNC East Bank – North Breach – Wall Movement

## Assessment of Orleans Canal and Michoud Canal I-walls

The I-walls at the Orleans Canal and Michoud Canal did not fail, even though they were severely loaded during Hurricane Katrina. The purpose of studying them was to be able to make detailed comparisons between their successful performance and that of the I-walls at 17th Street Canal, London Avenue Canal, and Inner Harbor Navigation Canal (IHNC), which breached. It is important to determine if the analysis and physical modeling methods that indicated unstable conditions for the 17th Street Canal, London Avenue Canal, and IHNC I-walls, which did fail, would indicate stable conditions for the Orleans Canal and Michoud Canal I-walls, which did not fail. These assessments of stable I-walls provide insight into the performance of other I-walls in the hurricane protection system.

### Analysis of the Performance of the Orleans Canal I-walls

At the Orleans Canal south area (Station 8+61), the marsh layer beneath the levee is underlain by sand, as shown in Figure 50. At the Orleans Canal north area (Station 64+27), the marsh layer beneath the levee is underlain by clay, as shown in Figure 51. The geologic conditions at these two locations on the Orleans canal are thus directly comparable to the locations at the 17th Street Canal and the London Avenue Canal where breaches occurred.

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 50. Schematic Cross Section at Orleans South, With Seepage Boundary Conditions

V-61

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Orleans Avenue Canal - North
Station 64+27
East I-wall

Figure 51. Schematic Cross Section of Orleans North

Volume V The Performance – Levees and Floodwalls

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

For purposes of evaluating stability of the walls, it was assumed that a gap would form as it had at the other I-wall locations. There are two possible conditions regarding formation of a gap behind the wall. The first involves a gap extending to the bottom of the wall, as considered at the 17th Street Canal. The second involves continuation of this gap below the bottom of the wall, by hydraulic fracturing the levee fill and marsh material below the wall. Hydraulic fracturing is possible in any location where (1) water pressures exceed the total stress on a potential fracture plane, as would be the case for a vertical plane extending below the bottom of the wall, and (2) the soil has sufficient strength for the gap to remain open, supported by the water pressure. For the conditions at Orleans south, the levee fill and marsh are strong enough to maintain a water-filled gap extending down to the marsh-sand interface. Water would fill this gap, loading the wall and the fracture plane below the wall, and introducing the canal head at the top of the sand.

Formation of a hydraulic fracture below the bottom of the wall would result in very severe loading on the wall for two reasons: (1) the gap would allow water to flow directly into the sand layer, increasing pore pressures and uplift pressures, and (2) the gap beneath the wall would extend the vertical face on which water pressures would act, thereby greatly increasing the water load acting on the plane of the wall. Although formation of a deeper gap by hydraulic fracturing has not been confirmed by field observation, it does appear to be feasible in soils as strong as the levee fill and marsh at Orleans south. Although occurrence of hydraulic fracturing is a scenario not often encountered, it is believed to be a condition that should be evaluated in this study of the performance of the Orleans south I-wall.

The same type of seepage analysis and interpretation of results that showed high hydraulic gradients, factors of safety less than 1.0, and probability of erosion greater than 99% at the London Avenue south breach, showed moderate hydraulic gradients, factors of safety larger than 1.0, and probabilities of erosion of 3% and 28% for the highest water level experienced on the Orleans Canal, with an assumed gap extending below the tip of the wall to the top of the sand layer. The fact that no signs of erosion due to underseepage were observed in the Orleans south area after the flood neither confirms nor refutes these calculated probabilities. The analyses indicate a possibility of erosion, but this would not necessarily result in failure of the I-wall. Erosion, if it did occur beneath the marsh layer, might not result in visible manifestations at the ground surface, and might not move a sufficient quantity of sand to alter the cross section significantly.

The same type of stability analyses and interpretation of results that showed factors of safety less than 1.0, and probabilities of instability varying from 70% to 97% at the London Avenue north breach, showed factors of safety varying from 1.9 to 2.7 for the highest water level observed at the Orleans Canal, and probabilities of instability lower than one in one million.

The same type of stability analyses and interpretation of results that showed factors of safety from 1.0 to 1.2 for a range of water levels, and probabilities of instability from 12% to 60% for the 17th Street Canal breach, showed factors of safety from 1.5 to 1.6 for the highest water level observed at the Orleans Canal, and probabilities of instability from 1% to 3%.

These results show that the methods of stability analysis applied to conditions with clay beneath the levee and marsh layer are capable of modeling instability where it occurs, and stable conditions where they occur.

A more complete description of the stability analyses and results is contained in the Appendix, "Analysis of the Performance of Orleans Canal I-Walls."

## Centrifuge Modeling Results for the Orleans Canal I-wall

Similar to the cases for slope stability and seepage analyses, scale models of the Orleans Canal sections were tested in the geotechnical centrifuge to confirm that a failure would not occur for these sections. The cross section chosen to represent the southern portion of the Orleans Avenue levees is similar to the cross section at London Avenue, except that the levee is wider and higher, and the penetration of the floodwall is less (the toe of the wall is at the base of the levee/top of the swampy marsh layer).

As with the other levee sections, the instruments beneath the model levee responded to the rising water in the canal by increased water pressures in the sand, reducing nearly linearly from a maximum near the canal to a minimum to the landward side of the levee, as shown in Figure 52. At the water level rose in Orleans Avenue canal, the floodwall did not show any movement to indicate the opening of a gap. A cross section through the centrifuge model at the maximum water level reached during Hurricane Katrina is shown in Figure 53.



Figure 52.  Seepage Flow Net for Orleans Avenue South with Piezometric Levels Under the Swampy Marsh at Katrina Flood Level

V-64

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 53. Orleans South Model at Katrina Flood Level

The piezometric levels below the swampy marsh in the Orleans South model showed a declining level from the canal side to the protected side of the levee, as may be seen in Figure 54. The additional height and width of the Orleans South levee, seen superimposed in the figure for both Orleans South and London South, significantly increase its capacity to resist the flood levels, and no evidence was seen of a gap opening through the swampy marsh to provide a hydraulic connection to the sand below. The London Avenue Canal south breach piezometric levels and cross section, shown in Figure 54 for comparison, show a more critical condition in terms of uplift under the landward side of the levee. Both models, however, show high piezometric levels near the toe of the levee on the landward side, sufficient to lead to uplift of the marsh layer.

  This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 54. Comparison of Piezometric Levels in Orleans South (Katrina Flood) and London South, with the Base of the Marsh Layer Assumed to be at a Common Elevation

As the water level was raised above the Katrina flood level in the Orleans south model, a gap was seen to open to the toe of the floodwall, associated with small movements of the flood wall landward, as shown in Figure 55. Unlike the other models, this gap did not develop into a full failure condition; and no unstable movement of the floodwall was observed, despite the water level reaching the top of the floodwall. Translational movements were observed to be controlled by compression of the swampy marsh layer. Relative movement between the top of the sand and the swampy marsh was apparent, in a similar manner, to the uplift mechanism in the London Avenue models.



Figure 55. Small Sliding Movement of Marsh as Gap Forms, Orleans South Model

Comparison between the geometries of Orleans and London Avenue shows that the vertical effective stress in the sand foundation below the levee was considerably higher under the Orleans levee than under the London Avenue levees. Figure 56 shows the vertical effective stress on the underside of the marsh layer measured in the Orleans South and, for comparison, the London South models. The tendency of the floodwall to rotate is reduced by the height and weight of the landward section of the Orleans levee.



Figure 56.  Vertical Effective Stress Comparison Between Orleans South and London South

A more complete description of the centrifuge modeling effort is contained in the Appendix, "IPET Centrifuge Model Test Report."

## Analysis of the Performance of the Michoud Canal I-walls

Although no breach occurred in the Michoud Canal I-walls, they are being rehabilitated with additional relief wells and stability berms because of concern for their possibly marginal stability.  An evaluation of the performance of these I-walls is in progress. It will be added to Volume V when it has been completed. An aerial view of the Michoud Canal is shown in Figure 57.



Figure 57. Aerial Photograph of Michoud Canal

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 58. Geologic Cross Section of Sta. 4+00 on the Michoud Canal

V-69

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 59. Geologic Cross Section of Sta. 26+00 on the Michoud Canal

Volume V The Performance – Levees and Floodwalls

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

# Levee Erosion and Scour from Overtopping

Water overtopping the levees led to extensive scour and erosion in some locations, which ultimately resulted in breaches in the flood protection system. The performance of levees varied significantly throughout the New Orleans area. In some areas, the levees performed well in spite of the fact that they were overtopped. In other areas the levees were severely eroded and completely washed away after being overtopped. Levee performance during Hurricane Katrina has highlighted the importance of the resistance of levees to overtopping, as an important factor determining the resilience of the flood protection system.

Lengthy reaches (miles) of earthen levees and capped levees were overtopped. Some reaches showed signs of initial erosion, others showed signs of progressive erosion, and other reaches contained significant breaching. Similar to levees, lengthy reaches of floodwall were overtopped and were left in various stages of damage ranging from minor scour at the wall base to breaches where complete floodwall sections were flattened.

In the New Orleans East, Lakeshore, and St. Bernard Parish basins, approximately 50 miles of earthen levees overtopped but did not breach; approximately 20 miles of earthen levees overtopped and contained significant breaches; approximately 7 miles of floodwalls overtopped but did not breach; and approximately 2 miles of floodwalls overtopped and were breached. The majority of levees and floodwalls were damaged by overtopping, but did not breach.

In Plaquemines Parish, the combined length of the Mississippi River mainline levee and the back levee is about 162 miles. The length of I-walls and cantilever sheetpile walls is about 7 miles. All of the levees in Plaquemines Parish sustained damage due to overtopping, and there was considerable crown and slope scour in all sections. The mainline levee riverside slope pavement sustained damage from the hundreds of ships and barges that crashed into it. There were also several severe breaches, coinciding with pipeline crossings and with floodwalls. Five of the 7 miles of floodwall were damaged beyond repair. Major breaches occurred at sheet pile wing walls at two pump stations in the back levee. A major breach occurred at the Shell pipeline crossing near Nairn, and the West Pointe a la Hache pipeline crossing was severely damaged.

Several stages of erosion and scour progression were noted along numerous levee/floodwall reaches. Although conditions have been altered in many locations by construction of repairs, it is possible to infer useful information regarding soil erodibility from observations of performance during overtopping.

## Failure Patterns

Very little evidence of front side (flood side) erosion was noted in the post-Katrina forensic inspections. Backside (landside) erosion patterns were observed along the breached and unbreached levee and floodwall in Orleans, St. Bernard, and Plaquemines Parishes. The following overtopping and breaching damage patterns were observed:

a. Earthen levee backside erosion caused by: (1) wave overtopping when the surge level was below the levee crest elevation, and (2) continuous water overtopping when the

surge level exceeded the levee crest elevation. Progressive erosion of unprotected soil on the protected side (backside) likely contributed to levee breaching.

b. Damage to the earthen levee on the backside of floodwalls caused by wave and/or water overtopping, impacting the unprotected soil. Loss of lateral soil support and progressive erosion likely contributed to wall and levee breaching.

c. Damage to transitions between earthen levees and structures such as flood gates and floodwalls. Erosion of earthen levee material and scour at the transitions was observed, and localized overtopping was most likely due to levee/wall elevation differentials.

The following pictures and descriptions show examples of the damage patterns, and available additional information such as soil borings and pre-Katrina elevations are included to provide possible explanations for scouring erosion. Figure 60 shows the observed failure progression.



Figure 60.  Erosion Progression Patterns for Earthen Levees, Floodwalls, and Exposed Sheet Pile

Scour pattern "A" indicates scour located on the protected side levee slope (or located immediately adjacent to the floodwall or sheet pile protected side); "B" indicates erosion on the protected slopes, including stabilizing transition slopes; "C" indicates erosion progressing to the levee crown adjacent to the floodwall or sheet pile protected side; "D" indicates scour on both the flood side and the protected side of the levee or floodwall; and "E" indicates that the original levee footprint has been significantly altered due to erosion, and the original foundation base may have scour holes or washouts.

## Levees

The performance of levees varied significantly throughout the New Orleans area. The areas where the levees were made of clay performed well in spite of the fact that they were overtopped. In other areas the levees were completely washed away after being overtopped. Several factors appear to explain this difference of performance. One is the type of material that was used to construct the levees. The clay levees appeared to have withstood the storm the best. For instance, the levee at the Entergy power plant in the New Orleans East area, shown in Figure 61, suffered only minor erosion due to overtopping. This overtopping can be seen in the widely circulated picture taken by Entergy personnel during the storm shown in Figure 62. Preliminary results of cone penetrometer tests taken on the levee at the Entergy power plant indicate that the levee is constructed of clay (CH).



Figure 61.   Overtopped Levee Under the Paris Road Bridge Adjacent to the Entergy Power Plant in the New Orleans East, After the Storm



Figure 62. Overtopping of the Levee Under the Paris Road Bridge Adjacent to the Entergy Power Plant in the New Orleans East During Hurricane Katrina

Levees with higher silt and sand content in the embankment material or zoned embankments with sand zones scoured worst after erosion began, and in some cases completely washed away. In general, levees that were subjected to overtopping with little wave action appeared to have survived better than levees that were subjected to overtopping and significant wave action. The levees along the Mississippi River Gulf Outlet on the northeast side of St. Bernard Parish and the New Orleans East back levee, which fronts Lake Borgne, had numerous breaches and were washed out over considerable lengths. These levees were constructed using hydraulic fill that contains significant silt and sand, and they were subjected to large waves and significant depths of overtopping.

An example of the erosion of a hydraulically filled levee is the New Orleans East back levee, shown in Figure 63. Figure 64 shows the location of the breaches along the levee caused by erosion, and Figure 65 shows the section of the levee that was hydraulically filled. It can be noted that the breaches are located in the section that was constructed of hydraulic fill. However, this is not a perfect correlation and other factors need to be considered. Figure 66 shows locations where the surge and wave hydrographs have been determined from calculations and high water marks. Figure 67 shows a plot of pre-Katrina levee elevations and the surge height plus the peak wave height at these locations. It can be seen that the greatest erosion of the hydraulically filled levees occurs when the surge height plus the peak wave height had the greatest level above the crest of the levee. Examination of this information has shown that the

peak wave height is the most important component of the surge. The figure also shows that levees constructed of rolled fill had equal to or greater surge plus the peak wave height over their crest, yet did not breach. Therefore, it is concluded that the combination of hydraulically filled levees and high surge and wave action leads to breaches by erosion.



Figure 63.  General Map of NOE Basin, Major Levee Segments are Lakefront Levees, NOE East Levee (South Point to GIWW), NOE Back Levee, Citrus Back Levee, and IHNC Levees



Figure 64. NOE Basin Post-Katrina Breaches

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 65.  NOE Levee Construction Materials (USACE DM NOE Back Levee, Citrus Back Levee, South Point to GIWW Levee, Lakefront Levees, and IHNC Levees) 1971, 1969, etc.)



Figure 66. Selected Model Data Points for Surge Analysis

This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.



Figure 67.  Data from Table 2 Plotted With Levee Elevations Derived From Pre-Katrina LIDAR for Citrus
Back Levee and NOE Back Levee

## Floodwalls

Water overtopping the floodwalls led to extensive scour and erosion in some locations,
which ultimately resulted in breaches. This was most dramatic along the Inner Harbor
Navigation Canal (IHNC) adjacent to the Lower 9th Ward where two I-wall breaches were
caused by overtopping erosion. It appeared that water flowing over the floodwall scoured and
eroded the levee on the protected side of the I-wall, exposing the supporting sheet piles and
reducing the passive resistance. The water flowing over the top of the walls may have scoured
significant amounts of soil from the levee adjacent to the wall. Evidence of this scour can be
seen along the unbreached reaches of the I-walls on the IHNC where U-shaped scour trenches
could be found adjacent to the I-walls, as can be seen in Figure 45. As the scour increased, the I-
wall may have moved laterally and leaned to the protected side, causing the scour trench to grow
as the water cascaded farther down the slope until sufficient soil resistance was lost and the wall
failed, as shown in Figure 46. I-walls along the Mississippi River Gulf Outlet and the Mississippi
River in Plaquemines Parish suffered similar damage due to overtopping where the greater the
scour, the greater the lateral translation and tilting of walls.

It appears that the I-walls were not designed to withstand overtopping. The survivability of this type of wall could be significantly improved by providing erosion protection such as grouted rip-rap or concrete erosion mats running from the base of the wall down the face of the levee on the protected side.

While overtopping of the I-walls led to significant scour and damage in many cases, overtopping of T-walls did not lead to extensive scour and erosion. In general, T-walls did not suffer severe scour on the protected side, likely because the base of the inverted T-wall section extends out on the protected side, preventing scour adjacent to the T-wall stem.

## Transitions

A common problem observed throughout the flood protection system was the scour and washout found at the transition between structural features and earthen levees. In many cases, the structural features were at higher elevations than the adjacent earthen levee, resulting in scour and washout of the levee at the end of the structural feature. At these locations, the dissimilar geometry concentrates the flow of water at the intersection of the levee with the structure, causing high flow velocities and turbulence that resulted in the erosion of the levee soil. The performance at transitions could be improved by fully embedding the structural walls within the levee fill, and using the levee to transition the difference in elevation from the structure to the main section of the levee. In a few cases, observations indicated that this type of transition performed successfully. The embedded area and the transition to the main section of the levee should have erosion protection such as grouted rip-rap or concrete erosion mats.

In some cases, the structures were lower than the connecting earthen levees. At these sites, the flow of the water is channeled over the structural feature, causing erosion of soil on the protected side of the structure. The performance in these cases can be improved by providing erosion protection on the protected side of the structures and along the transition section.

# Floodwall and Levee Performance Findings and Lessons Learned

## Findings

The majority of approximately 50 levee and floodwall breaches resulted from overtopping and subsequent erosion, or from erosion-induced instability of I-walls.

A single design cross section was used for long sections of the I-walls, and was applied in areas where the protected side ground elevation was lower than considered in the design analysis.

Four major floodwall breaches, three in the outfall canals and one on the IHNC, resulted from shear failure or erosion and piping through the foundation soils at water elevations below the original design elevations. The foundation-induced breaches had the common element that a gap opened between the levee and floodwall, on the canal side of the wall, as the water rose against the wall. Water entering these gaps imposed increased loads on the walls.

Where the foundation soil was permeable sand, water flowing down through the gaps increased the water pressure in the sand, reduced the capacity of the foundation to resist load, and increased the likelihood of erosion and piping.

In sections where the foundation soils were clay, the shear strength of the clay was smaller beneath the levee slopes and beyond the toe than beneath the crest where the clay was compressed under higher pressures, and was therefore stronger.

No levee breaches occurred without overtopping. The degree of erosion and breaching of overtopped levees was directly related to the character of the in-place levee materials and the severity of the surge and wave action. Hydraulically filled levees with higher silt and sand content in the embankment material that were subjected to high overtopping surge and wave action suffered the most severe damage.  Rolled clay levees performed well, even when overtopped.

I-walls throughout the hurricane protection system (HPS) that were subjected to overtopping suffered extensive erosion and scour of the foundation of the wall on the protected side. The only exceptions were walls that had paved surfaces adjacent to the walls on the protected side.

Significant scour and erosion occurred at many transitions between concrete structures and earthen levees.

While overtopping of the I-walls led to significant scour and damage in many cases, overtopping of T-walls did not lead to extensive scour and erosion, because the base of the inverted T-wall sections extended over the protected side.

T-walls performed well during Katrina. Because of their pile foundations, they are better able to transfer high lateral water loads into stronger underlying foundation materials.

## Lessons Learned

Floodwall design criteria should consider a broad range of potential failure modes.

I-walls should be designed to be stable with a gap between the wall and the levee on the water side of the wall, with hydrostatic pressure acting through the depth of the gap.

Both horizontal and vertical variation of the strengths of clay foundation soils with overburden pressure should be considered in evaluations of levees and I-walls.

Water pressures in sand foundations beneath levees and I-walls should be evaluated by means of seepage analyses that reflect very conservative assumptions regarding hydraulic boundary conditions, and seepage control measures should be included in design as needed to reduce the potential for erosion and piping.

Rolled clay fill embankments are generally able to withstand overtopping without erosion for many hours, and should be used to construct levees wherever possible. Armoring can augment existing levee materials to provide improved erosion resilience.

Improved resistance against erosion at transitions between earthen levees and structures can be achieved by embedding the structural walls within the levee fill, and protecting the transition by armoring.

Design methods should be updated periodically to include the review of recent research and case histories.

V-82

Volume V  The Performance – Levees and Floodwalls
This is a preliminary report subject to revision; it does not contain final conclusions of the United States Army Corps of Engineers.

Case 2:05-cv-04182-SRD-JCW   Document 2153-10   Filed 12/11/06   Page 25 of 28



**Google** Maps

Address **9000 Patricia St**
**Chalmette, LA 70043**



EXHIBIT

F





Address **6040 Bullard Ave**
**New Orleans, LA 70128**





**Google** Maps

Address **6040 Bullard Ave**
**New Orleans, LA 70128**