UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 OCT 25 AM 8:57
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| ITELD, BERNSTEIN & ASSOCIATES, L.L.C. | CIVIL ACTION |
| | NO. 06-3418 |
| VERSUS | SECTION "R" |
| THE HANOVER INSURANCE GROUP; MASSACHUSETTS BAY INSURANCE COMPANY; MOSES SWENT; EUSTIS INSURANCE, INC., ABC INSURANCE CO. | MAG. DIV. 1 |

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO REMAND

**MAY IT PLEASE THE COURT:**

Since this matter was submitted on briefs, Judge Berrigan has recently ruled on issues similar to those presently pending before this Court in the matter of *Fidelity Homestead Association v. Hanover Ins. Co.*, 2006 WL 2873562 (E.D. La. Oct. 5, 2006). Because the case is only recently decided, Plaintiff respectfully requests this Court's consideration of the *Fidelity Homestead* decision, and attaches a copy of same to this Memorandum as **Exhibit "A"**. Plaintiff Iteld, Bernstein & Associates, L.L.C. relied upon its insurance agents in much the same way as Fidelity Homestead Association relied upon its agents, Insurance Underwriters, Ltd. and Elliot W. Laudeman, III.

RESPECTFULLY SUBMITTED:

LANNY R. ZATZKIS, T.A. (Bar #13781)
KAREN D. McCARTHY (Bar #14193)
YVETTE A. D'AUNOY (Bar #22761)
ZATZKIS, McCARTHY & ASSOCIATES, L.L.C.
650 Poydras Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 523-2266
Facsimile: (504) 593-9921
Email: Lanny@Zatzkis.com,
Karen@Zatzkis.com and Yvette@Zatzkis.com
COUNSEL FOR PLAINTIFF

1

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ITELD, BERNSTEIN & ASSOCIATES, L.L.C. | * | CIVIL ACTION |
| | * | |
| | * | NO. 06-3418 |
| VERSUS | * | |
| | * | SECTION "R" |
| THE HANOVER INSURANCE GROUP; | * | |
| MASSACHUSETTS BAY INSURANCE | * | MAG. DIV. 1 |
| COMPANY; MOSES SWENT; EUSTIS | * | |
| INSURANCE, INC., ABC INSURANCE CO. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing document has been served upon all parties, through counsel of record, by hand delivery, facsimile, express courier, or via U.S. Mails postage prepaid and properly addressed, this 20th day of October, 2006.

_[signature]_