UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MELANIE PALMER** | * | CIVIL ACTION |
| | * | |
| **VERSUS** | * | NO. 2006-8126 |
| | * | |
| **ENCOMPASS INSURANCE COMPANY** | * | SECT. C |
| **AND APARICIO, WALKER & SEELING** | * | MAG. 3 |

*******************************************************************

## ORDER

Bbased upon the pleadings filed herein and upon plaintiff's motion for remand:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff, Melanie Palmer's, Motion to Remand be and is hereby granted, remanding this action back to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, bearing docket no.635-382, division "I" entitled "Melanie Palmer vs. Encompass Insurance Company, et al."

Signed on this _____ day of _____, 2006 in New Orleans, Louisiana.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT COURT