UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2006-8126 |
| | * | |
| ENCOMPASS INSURANCE COMPANY | * | SECT. C |
| AND APARICIO, WALKER & SEELING | * | MAG. 3 |

******************************************************************

NOTICE OF HEARING

TO:    David I. Bordelon                          Glenn B. Adams
       Ungarino & Eckert                          Porteous, Hainkel & Johnson, LLP
       3850 N. Causeway Blvd., Ste. 1280          704 Carondelet Street
       Metairie, LA 70002                         New Orleans, LA 70130-3774

       Charles M. Ponder III
       Lozes & Ponder
       1010 Common Street, Ste.1700
       New Orleans, la. 70112

       Please take notice that plaintiff's Motion to Remand will be brought for hearing before

the United States District Court for the Eastern District of Louisiana on the 6th  day of

December, 2006 at 9:30 a.m., before this Honorable Court.

                                      Respectfully submitted:


                                      David E. Kavanagh - Bar No. 2019
                                      WEEKS, KAVANAGH & RENDEIRO
                                      810 Union Street, 2nd Floor
                                      New Orleans, LA 70112
                                      (504)529-5100
                                      Attorney for Melanie Palmer

## CERTIFICATE

I hereby certify that a copy of the above and foregoing has been forwarded to opposing counsel by placing copy of same in the U.S. Mail, postage prepaid, this ___ day of November, 2006.

_____