UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MELANIE PALMER | * | CIVIL ACTION NO.: 06-8126 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| ENCOMPASS INSURANCE COMPANY, | * | MAGISTRATE: 2 |
| AND APARICIO, WALKER & SEELING | * | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

Let the hearing on Petitioner's Motion to Remand, presently set on December 13, 2006 be and the same is hereby continued until December 27, 2006

NEW ORLEANS, LOUISIANA this 7th day of December, 2006.

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No