FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 20  PM 4:56

LORETTA G. WHYTE
         CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | |
|---|---|
| **FRANK GAMBINO and LUCREZIA GAMBINO**<br>    **Plaintiffs** | **CA NUMBER: 06-8636** |
| **VERSUS** | **SECTION: "K"** |
| **THE STANDARD FIRE INSURANCE COMPANY and ALLIANCE INSURANCE AGENCY SERVICES**<br>    **Defendants** | **MAGISTRATE JUDGE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO REMAND, MEMORANDUM INCORPORATED, and STIPULATIONS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, FRANK and LUCREZIA GAMBINO, who respectfully request this Honorable Court remand the instant matter back to the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, for the following reasons and in light of the following stipulations:

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No_____

1.      Defendant, ALLIANCE INSURANCE AGENCY SERVICES, INC., removed the instant matter to this Honorable Court, basing said removal on federal question jurisdiction, specifically that the instant matter involves the interpretation of a Standard Flood Insurance Policy, which contains a forum selection clause, which mandates the policy holder to file suit in federal court for any claims arising under the policy or any dispute arising from the handling of the policy, or any claim alleged under the policy.

2.  STIPULATION - Plaintiffs, FRANK and LUCREZIA GAMBINO, hereby stipulate that the damages sued upon herein are not the result of flooding.

3.  STIPULATION - Plaintiffs, FRANK and LUCREZIA GAMBINO, hereby stipulate that the damages sued upon herein do not exceed $75,000.00, exclusive of costs, interest, and penalties.

Respectfully submitted,

BIRDSALL LAW FIRM, INC.

_____
BRIAN C. BIRDSALL (#18796)
918 Poydras Street, Second Floor
New Orleans, Louisiana 70112
Telephone: (504) 523-5413
Attorneys for Petitioner
FRANK and LUCREZIA GAMBINO

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by depositing same in the United States Mail, postage prepaid, this 20th day of November, 2006.

_____