# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# STATE OF LOUISIANA

| | |
|---|---|
| **FRANK GAMBINO and LUCREZIA GAMBINO**<br>**Plaintiffs** | **CA NUMBER: 06-8636** |
| **VERSUS** | **SECTION: "K"** |
| **THE STANDARD FIRE INSURANCE COMPANY and ALLIANCE INSURANCE AGENCY SERVICES**<br>**Defendants** | **MAGISTRATE JUDGE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF MOTION

TO:  Mr. Wayne R. Maldonado
Attorney for Alliance Insurance Agencies Services, Inc.
3850 N. Causeway Blvd., Suite 1280
Metairie, Louisiana 70002

**PLEASE TAKE NOTICE** that plaintiff's Motion to Remand is set for hearing on the 10th day of January, 2007 at 9:30 a.m.

You are invited to attend and participate as you see fit and proper.

Respectfully submitted,

BIRDSALL LAW FIRM, INC.

BRIAN G. BIRDSALL (#18796)
918 Poydras Street, Second Floor
New Orleans, Louisiana 70112
Telephone: (504) 523-5413
Attorneys for Petitioner
FRANK and LUCREZIA GAMBINO

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record, by depositing same in the United States Mail, postage prepaid, this 20th day of November, 2006.

-2-