# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO. 05-4182<br>§ SECTION "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |
| PERTAINS TO: | § |
| | § |
| ALL CASES | § |
| | § |
| | § |
| | § |
| | § |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT**, come Defendants Liaison Counsel, Ralph S. Hubbard III, and

Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order

Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on

October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Case Name | Case Number | Pertains To |
|---|---|---|
| Lundy Enterprises, L.L.C. et al v. Wausau Underwriters Insurance Company et al | No. 06-3509 | Insurance |
| Battaglia et al v. Horace Mann Insurance et al | No. 06-4529 | Insurance |
| Aaron et al v. AIG Centennial Insurance Company et al | No. 06-4746 | Insurance |
| Kiefer et al v. Lexington Insurance Company et al | No. 06-5370 | Insurance |
| Morales v. Buffman, Inc. et al | No. 06-5962 | St. Rita |
| Steudlein et al v. State Farm Fire and Casualty Company et al | No. 06-7307 | Insurance |
| Kramer et al v. Buffman, Inc. et al | No. 06-7457 | St. Rita |

---

[1]      This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated November 27, 2006 (Doc. 1801).

| Case Name | Case Number | Pertains To |
|---|---|---|
| Knight et al v. Allstate Insurance Company | No. 06-7771 | Insurance |
| Poissenot et al v. Mangano et al | No. 06-7858 | St. Rita |
| Thedy v. Buffman, Inc. et al | No. 06-8106 | St. Rita |
| Lewis v. Buffman, Inc. et al | No. 06-8107 | St. Rita |
| In Re: Great Lakes Dredge & Dock Company | No. 06-8676 | Dredging Limitations |
| Verges et al v. Buffman, Inc. et al | No. 06-8731 | St. Rita |
| Wagner v. Mangano et al | No. 06-8761 | St. Rita |
| Berthelot et al v. Mangano et al | No. 06-8810 | St. Rita |
| Frischhertz et al v. Mangano et al | No. 06-8821 | St. Rita |
| Hughes v. Louisiana Citizens Property Insurance Corporation et al | No. 06-8885 | Insurance |
| Ivker et al v. State Farm Fire and Casualty Company et al | No. 06-8942 | Insurance |
| In Re: King Fisher Marine Service, L.P. | No. 06-8967 | Dredging Limitations |
| Gonzales et al v. Mangano et al | No. 06-8972 | St. Rita |
| Herzog et al v. St Rita's Nursing Home et al | No. 06-8992 | St. Rita |
| Muller et al v.Travelers Property Casualty Company of America, et al | No. 06-9108 | Insurance |
| Dorand et al v. Buffman Inc et al | No. 06-9191 | St. Rita |
| Cousins et al v. The Mangano Corporation et al | No. 06-9193 | St. Rita |
| Gallodoro et al v. Mangano et al | No. 06-9206 | St. Rita |
| Lott v. Mangano et al | No. 06-9236 | St. Rita |
| Franz et al v. Mangano et al | No. 06-10426 | St. Rita |
| Rogers v. Encompass Insurance Company et al | No. 06-0152 | Insurance |
| Baird et al v. Encompass Insurance Company et al | No. 06-0153 | Insurance |
| Humphreys v. Encompass Insurance Company et al | No. 06-0169 | Insurance |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Respectfully submitted, this _11_ day of December, 2006.

_____

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA  70113
Telephone:  (504) 525-1355
Facsimile:  (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195

**Defendants Liaison Counsel**

3

## CERTIFICATE OF SERVICE

I hereby certify that, on December ⧸⧸ , 2006, a copy of the foregoing was filed.  A copy

of this filing will be sent by e-mail to all parties who have appeared in the above-captioned

actions pursuant to the Court's service instructions.