# Exhibit A

## In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

Case List as of December 5, 2006

| Case Name | Case Number | Pertains To |
|---|---|---|
| O'Dwyer et al v. USA et al | No. 05-4181 | Levee, MRGO, Responder |
| In Re: Katrina Canal Breaches Litigation (Lead Case) | No. 05-4182 | Levee |
| J. Vodanovich v. Boh Brothers Construction Co., LLC et al | No. 05-4191 | Levee |
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | *No. 05-4568* | *Levee* |
| A. Vodanovich et al v. Boh Bros. Construction Co., LLC et al | No. 05-5237 | Levee |
| Kirsch et al v. Boh Brothers Construction Co. et al | No. 05-6073 | Levee |
| Ezell et al v. Boh Brothers Construction Co. et al | No. 05-6314 | Levee |
| Vanderbrook et al v. State Farm Fire and Casualty Company et al | No. 05-6323 | Insurance |
| Brown et al v. Boh Brothers Construction Company, LLC et al | No. 05-6324 | Levee |
| LeBlanc et al v. Boh Bros. Construction Co., LLC et al | No. 05-6327 | Levee |
| Bradley et al v. Modjeski and Masters, Inc. | No. 05-6359 | Levee |
| Tauzin et al v. Board of Commissioners for the Orleans Parish Levee District et al | No. 06-0020 | Levee |
| Conlay v. Encompass Insurance Company et al | No. 06-0151 | Insurance |
| Bradley et al v. Pittman Construction Co., Inc et al | No. 06-0225 | Levee |
| Xavier University of Louisiana v. Travelers Property Casualty Company of America | No. 06-0516 | Insurance |
| Finney et al v. Boh Brothers Construction Company, LLC et al | No. 06-0886 | Levee |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1672 | Insurance |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1673 | Insurance |
| Chehardy et al v. State Farm Fire & Casualty Company et al | No. 06-1674 | Insurance |

| Case Name | Case Number | Pertains To |
|---|---|---|
| O'Dwyer v. United States Army Corps of Engineers | No. 06-1850 | Levee, MRGO, Responder (Freedom of Information Act) |
| O'Dwyer et al v. United States of America | No. 06-1885 | MRGO |
| Solomon et al v. Travelers Insurance Company et al | No. 06-2143 | Insurance |
| Reed v. USA et al | No. 06-2152 | MRGO |
| Robinson et al v. United States of America et al | No. 06-2268 | MRGO |
| Christenberry et al v. Board of Commissioners for the Orleans Levee District et al | No. 06-2278 | Levee |
| Sanchez et al v. Boh Brothers Construction Co. et al | No. 06-2287 | Levee |
| Fitzmorris et al v. Board of Commissioners for the Orleans Parish Levee District et al | No. 06-2346 | Levee |
| Marcello et al v. Boh Bros. Construction Company, LLC et al | No. 06-2545 | Levee |
| Artus et al v. United States of America et al | No. 06-2824 | MRGO |
| Lundy Enterprises, L.L.C. et al v. Wausau Underwriters Insurance Company et al | No. 06-3509 | Insurance |
| *Harvey et al v. Board of Commissioners for the Orleans Levee District, Parish of Orleans (remanded to State Court)* | *06-3529* | *Levee* |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3544 | MRGO |
| Weeks Marine, Inc. v. Great American Insurance Company of New York | No. 06-3545 | MRGO |
| Savoy et al v. USA et al | No. 06-3552 | MRGO |
| Balfour et al v. Hanover Insurance Company | No. 06-3992 | Insurance |
| O'Dwyer v. The United States of America | No. 06-4024 | MRGO |
| C. Adams et al v. Boh Bros. Construction Company, L.L.C. et al | No. 06-4065 | Levee |
| Ackerson et al v. Bean Dredging, L.L.C. et al | No. 06-4066 | MRGO |
| O'Dwyer, et al. v. Department of Transportation and Development, et al. | No. 06-4389 | Levee, MRGO, Responder |
| Battaglia et al v. Horace Mann Insurance et al | No. 06-4529 | Insurance |
| G. Adams, et al. vs. Boh Brothers Construction Company, LLC, et al. | No. 06-4634 | Levee |
| Vidacovich et al v. Hartford Insurance Company of the Midwest | No. 06-4719 | Insurance |
| Aaron et al v. AIG Centennial Insurance Company et al | No. 06-4746 | Insurance |
| Bowers v. State Farm Fire and Casualty Company | No. 06-4777 | Insurance |
| Danny Rebecca, Inc. et al v. Scottsdale Insurance Company | No. 06-4808 | Insurance |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Madere et al v. Lexington Insurance Company | No. 06-4816 | Insurance |
| Nguyen et al v. Allstate Insurance Company | No. 06-4818 | Insurance |
| Reese v. Allstate Insurance Company | No. 06-4873 | Insurance |
| Mathews et al v. Allstate Indemnity Company et al | No. 06-4915 | Insurance |
| Vinet v. State Farm Fire and Casualty Company | No. 06-4917 | Insurance |
| Pelican Graphics, LLC v. United States Fidelity and Guaranty Company | No. 06-4927 | Insurance |
| Brock, et al. vs. Boh Brothers Construction Company, L.L.C., et al. | No. 06-4931 | Levee |
| Berenson v. Maryland Casualty Company et al | No. 06-4956 | Insurance |
| Joseph, et al. v. New Orleans Sewage and Water Board, et al. | No. 06-5032 | Levee |
| Cohen et al v. Board of Commissioners for the Orleans Levee District et al | No. 06-5042 | Levee |
| Sims et al.v. Board of Commissioner for the Orleans Levee District et al. | No. 06-5116 | Levee |
| Richard et al. v. Port of New Orleans et al. | No. 06-5118 | Levee, MRGO |
| DePass et al. v. Board of Commissioners for the Orleans Levee District et al. | No. 06-5127 | Levee |
| M. Adams et al. v. Port of New Orleans et al. | No. 06-5128 | Levee, MRGO |
| Bourgeois et al. v. Port of New Orleans et al. | No. 06-5131 | Levee, MRGO |
| Ferdinand et al v. Port of New Orleans et al | No. 06-5132 | Levee, MRGO |
| Christophe et al v. Port of New Orleans et al | No. 06-5134 | Levee, MRGO |
| S. Williams et al v. Port of New Orleans et al | No. 06-5137 | Levee, MRGO |
| Porter et al v. Port of New Orleans et al | No. 06-5140 | Levee, MRGO |
| Augustine et al v. Port of New Orleans et al | No. 06-5142 | Levee, MRGO |
| Russell et al v. United States of America,et al. | No. 06-5155 | MRGO |
| Fleming, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5159 | Levee, MRGO |
| Holmes, et al. v. The United States of America; The United States Army Corps of Engineers | No. 06-5161 | Levee, MRGO |
| Anderson et al v. United States of America et al | No. 06-5162 | MRGO |
| Gordon, et al. v. United States of America, et al. | No. 06-5163 | Levee |
| Abadie, et al. v. Aegis, et al. | No. 06-5164 | Insurance |
| Morris Kirschman & Co., L.L.C. et al v. Westchester Surplus Lines Insurance Company et al | No. 06-5183 | Insurance |
| LeDuff et al v. Boh Bros. Construction Company, LLC et al | No. 06-5260 | Levee, MRGO |
| Bertoniere v. Lexington Insurance Company | No. 06-5297 | Insurance |
| Gisevius, Jr., et al. v. Boh Brothers Construction Company, LLC, et al. | No. 06-5308 | Levee |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Breithoff (Weller), et al. v. Modjeski and Masters, Inc., et al. | No. 06-5367 | Levee |
| Kiefer et al v. Lexington Insurance Company et al | No. 06-5370 | Insurance |
| Austin et al v. Allstate Fire and Casualty Insurance Company et al | No. 06-5383 | Insurance |
| O'Dwyer et al v. United States of America | No. 06-5771 | Levee, MRGO |
| Cochran et al v. Boh Brothers Construction Co., LLC et al | No. 06-5785 | Levee |
| O'Dwyer v. Department of Transportation And Development, State of Louisiana et al | No. 06-5786 | Levee, Responder |
| Scott v. State Farm Fire and Casualty Company | No. 06-5886 | Insurance |
| Yacob, et al. v. Board of Commissioners for the Orleans Levee District, et al. | No. 06-5937 | Levee |
| Morales v. Buffman, Inc. et al | No. 06-5962 | St. Rita |
| O'Dwyer v. United States of America et al | No. 06-6099 | Responder |
| Deane et al v. Boh Bros. Construction Co., L.L.C. et al | No. 06-6473 | Levee |
| Chamberlain et al v. Louisiana Farm Bureau Casualty Insurance Company et al | No. 06-6479 | Insurance |
| Hanna v. Farm Bureau Insurance Companies et al | No. 06-6481 | Insurance |
| Rodrigue et al v. Buffman, Inc. et al | No. 06-6639 | St. Rita |
| Pontchartrain Baptist Church et al v. Sewerage and Water Board of New Orleans et al | No. 06-6642 | Levee |
| Fontenot et al v. Auto Club Family Insurance Company | No. 06-6872 | Insurance |
| Shavers-Whittle Construction, Inc. v. Fireman's Fund Insurance Company | No. 06-6968 | Insurance |
| Blount et al v. Hanover Insurance Group | No. 06-7228 | Insurance |
| Steudlein et al v. State Farm Fire and Casualty Company et al | No. 06-7307 | Insurance |
| Bankston v. Hartford Insurance Company et al | No. 06-7351 | Insurance |
| Kenney et al v. Buffman, Inc. et al | No. 06-7355 | St. Rita |
| Johnson v. Buffman, Inc. et al | No. 06-7400 | St. Rita |
| Laundry Basket, Inc v. Peerless Insurance Company et al | No. 06-7450 | Insurance |
| Kramer et al v. Buffman, Inc. et al | No. 06-7457 | St. Rita |
| Mintz v. Auto Club Family Insurance Company et al | No. 06-7483 | Insurance |
| Palmer v. Encompass Insurance Company et al | No. 06-7540 | Insurance |
| Frught v. Lafayette Insurance Company | No. 06-7577 | Insurance |
| Paul et al v. Sewerage and Water Board of New Orleans et al | No. 06-7682 | Levee |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Knight et al v. Allstate Insurance Company | No. 06-7771 | Insurance |
| Poissenot et al v. Mangano et al | No. 06-7858 | St. Rita |
| Thedy v. Buffman, Inc. et al | No. 06-8106 | St. Rita |
| Lewis v. Buffman, Inc. et al | No. 06-8107 | St. Rita |
| Hubert v. Buffman, Inc. et al | No. 06-8219 | St. Rita |
| Mooney v. State Farm Fire and Casualty Company | No. 06-8602 | Insurance |
| In Re: Great Lakes Dredge & Dock Company | No. 06-8676 | Dredging Limitations |
| Richardson v. Boh Bros. Construction Co., LLC et al | No. 06-8708 | Levee |
| Verges et al v. Buffman, Inc. et al | No. 06-8731 | St. Rita |
| Wagner v. Mangano et al | No. 06-8761 | St. Rita |
| Berthelot et al v. Mangano et al | No. 06-8810 | St. Rita |
| Frischhertz et al v. Mangano et al | No. 06-8821 | St. Rita |
| Hughes v. Louisiana Citizens Property Insurance Corporation et al | No. 06-8885 | Insurance |
| Ludwig et al v. Alliance Insurance Agency Services, Inc. et al | No. 06-8935 | Insurance |
| Ivker et al v. State Farm Fire and Casualty Company et al | No. 06-8942 | Insurance |
| Montalbano et al v. Buffman, Inc. et al | No. 06-8963 | St. Rita |
| In Re: King Fisher Marine Service, L.P. | No. 06-8967 | Dredging Limitations |
| Gonzales et al v. Mangano et al | No. 06-8972 | St. Rita |
| dePascual et al v. Buffman, Inc. et al | No. 06-8982 | St. Rita |
| Herzog et al v. St Rita's Nursing Home et al | No. 06-8992 | St. Rita |
| Bell v. Mangano et al | No. 06-9037 | St. Rita |
| Anguzza et al v. Buffman, Inc. et al | No. 06-9038 | St. Rita |
| Wilkinson v. Allstate Insurance Company et al | No. 06-9097 | Insurance |
| Muller et al v.Travelers Property Casualty Company of America, et al | No. 06-9108 | Insurance |
| Louisiana Environmental Action Network v. U.S. Army Corps of Engineers | No. 06-9147 | Levee |
| Dorand et al v. Buffman Inc et al | No. 06-9191 | St. Rita |
| Thomason et al v. Buffman, Inc. et a | No. 06-9192 | St. Rita |
| Cousins et al v. The Mangano Corporation et al | No. 06-9193 | St. Rita |
| Gallodoro et al v. Mangano et al | No. 06-9206 | St. Rita |
| Lott v. Mangano et al | No. 06-9236 | St. Rita |
| Conlon v. Mangano et al | No. 06-9321 | St. Rita |
| Alfonso v. Buffman, Inc. et al | No. 06-9641 | St. Rita |
| Franz et al v. Mangano et al | No. 06-10426 | St. Rita |
| Rogers v. Encompass Insurance Company et al | No. 06-0152 | Insurance |
| Baird et al v. Encompass Insurance Company et al | No. 06-0153 | Insurance |

| Case Name | Case Number | Pertains To |
|---|---|---|
| Humphreys v. Encompass Insurance Company et al | No. 06-0169 | Insurance |