UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION NO: 05-4182 (2) * CONS. KATRINA CANAL * |
| PERTAINS TO: | * JUDGE DUVAL, * |
| INSURANCE (Chehardy, No. 06-1672 C/W No. 06-1673 C/W No. 06-1674) | * MAGISTRATE WILKINSON * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that the *Chehardy* Plaintiffs have filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's Order dated November 27, 2006, granting, in part, State Farm Fire and Casualty Company, Inc.'s Rule 12 Motion to Dismiss the Plaintiffs' Complaints.

Respectfully Submitted,

s/ Joseph M. Bruno
Joseph Bruno, La. Bar No. 3604
jbruno@brunobrunolaw.com
David S. Scalia, La. Bar No. 21369
david@brunobrunolaw.com
BRUNO & BRUNO
855 Baronne Street
New Orleans, LA 70113
Ph: (504) 525-1335
Fax: (504) 561-6775

AND

Calvin C. Fayard, Jr. La. Bar. Roll. No. 5486
calvinfayard@fayardlaw.com
FAYARD AND HONEYCUTT, APLC
519 Florida Avenue, SW
Denham Springs, LA 70726
Ph: (225) 664-4193
Fax: (225) 664-6925

AND

John N. Ellison, Esq.
jellison@andersonkill.com
Darin McMullen, Esq.
dmcmullen@andersonkill.com
ANDERSON KILL & OLICK, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Ph: (215) 568-4202
Fax: (215) 568-4375
*Admitted Pro Hac Vice*

2

AND

Joseph J. McKernan, La. Bar No. 10027
jemckernan@mckernanlawfirm.com
MCKERNAN LAW FIRM
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Ph: (225) 926-1234
Fax: (225) 926-1202

AND

Drew Ranier, La. Bar No. 8320
dranier@rgelaw.com
N. Frank Elliot III, La. Bar No. 23054
felliot@rgelaw.com
RANIER, GAYLE and ELLIOT, L.L.C.
1419 Ryan Street
Lake Charles, LA 70601
Ph: (337) 494-7171
Fax: (337) 494-7218

AND

Larry D. Dyess, La. Bar No.19555
ldyess@rgelaw.com
LARRY D. DYESS, APLC
4637 Jamestown Avenue, Suite D
Baton Rouge, LA 70808
Ph: (504) 581-9322
Fax: (504) 561-8961

AND

James P. Roy, La. Bar. Roll. No. 11511
jimr@wrightroy.com
DOMENGEAUX, WRIGHT, ROY
 AND EDWARDS, l.l.c.
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337) 233-3033
Fax: (337) 232-8218

AND

Matthew D. Schultz, Fla. Bar. No.640328
mschultz@levinlaw.com
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 ECHSNER & PROCTOR, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: (850) 435-7140
Facsimile: (850) 436-6123
*Admitted Pro Hac Vice*

Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing of Petition for Permission to Appeal filed by the *Chehardy* Plaintiffs has been served upon all counsel of record by electronic noticing of filing of filings by the electronic filing of this Notice with the Court, and all other counsel by email transmission, this 11th day of December, 2006.

s/ Joseph M. Bruno<br>Joseph M. Bruno