UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*   CIVIL ACTION NO: 05-4182 (2)<br>*   CONS. KATRINA CANAL<br>* |
| PERTAINS TO:<br><br>MRGO    (Robinson 06-2268) | *   JUDGE DUVAL,<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Plaintiffs Response to the United States Attorney General's Letter Brief was delivered this 11th Day of December, 2006 via e-mail and facsimile to U. S. Attorney Robin Doyle Smith.

/s/ Joseph M. Bruno
Joseph M. Bruno