
## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## STATE OF LOUISIANA

| | |
|---|---|
| **FRANK GAMBINO and LUCREZIA GAMBINO**<br>**Plaintiffs** | CA NUMBER: 06-8636 |
| **VERSUS** | SECTION: "K" |
| **THE STANDARD FIRE INSURANCE COMPANY and ALLIANCE INSURANCE AGENCY SERVICES**<br>**Defendants** | MAGISTRATE JUDGE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Frank and Lucrezia Gambino, who requests this Court's permission to argue orally its Motion to Remand to State Court on the 10th day of January, 2007 at 9:30 a.m.