UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERR S. HOWELL, <br> Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 06-8845 <br> SECTION ~~A~~ K (2) |
| VS. | * <br> * | JUDGE: ~~JAY C. ZAINEY~~ |
| AMERICAN SOUTHERN HOME <br> INSURANCE COMPANY, <br> Defendant | * <br> * <br> * | MAG. JUDGE: ~~ALMA L. CHASEZ~~ |

*****************************************

## MOTION TO REMAND
### AMOUNT IN CONTROVERSY DOES NOT EXCEED $75,000.00
### EXCLUSIVE OF INTEREST AND COSTS

Plaintiff moves this Court for an order remanding the above entitled action to Civil District Court for the Parish of Orleans, from whence this action was removed hereto, on the ground that plaintiff's cause of action is not within the original jurisdiction of this Court, nor may the action, therefore, be removed hereto. The ground for this motion is that the amount in controversy does not exceed $75,000.00 exclusive of interest and costs, in that plaintiff's action seeks unspecified damages as required in state court proceedings, however plaintiff avers that the amount in controversy does not exceed $75,000.00, as more fully set forth in plaintiff's complaint filed herein.

Dated, December 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleadings has been served upon all Counsel of record by fax and U.S. Mail on this 6th day of December, 2006.

_Alan G. Bouterie_ (signature)

**RESPECTFULLY SUBMITTED,**

_Alan G. Bouterie_ (signature)

ALAN G. BOUTERIE, 16822
200 Commercial Square, Suite D
Slidell, LA 70461
(985) 641-9002