UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERR S. HOWELL, Plaintiff | * * * | CIVIL ACTION NO. 06-8845 |
| | * | SECTION "A" K(2) |
| VS. | * * | JUDGE: ~~JAY C. ZAINEY~~ |
| AMERICAN SOUTHERN HOME INSURANCE COMPANY, Defendant | * * * | MAG. JUDGE: ~~ALMA L. CHASEZ~~ |
| ****************************** | | |

## NOTICE OF HEARING

TO:   American Southern Home Insurance Company
through counsel of record
Matthew A. Woolf
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**PLEASE TAKE NOTICE**, that upon the pleadings and proceedings heretofore had and upon the annexed written Motion to Remand this cause to the Civil District Court for the Parish of Orleans, State of Louisiana, from which it was improvidently removed, undersigned counsel will bring on the said motion for hearing before Honorable Stanwood R. Duval, Jr., ~~Jay C. Zainey~~, Judge of Section K ~~"A"~~, on the 7th day of February, 2007, at 9:30 ~~9:00~~ A.M., or as soon thereafter as counsel may be heard, for the relief requested in the said annexed written motion.

RESPECTFULLY SUBMITTED,

_____
ALAN G. BOUTERIE, 16822
200 Commercial Square, Suite D
Slidell, LA 70461
(985) 641-9002