UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION
      CONSOLIDATED LITIGATION

                                                               NO. 05-4182 "K" (2)

PERTAINS TO:  INSURANCE <u>Aaron</u>, 06-4746     JUDGE DUVAL
                                                                   MAG. WILKINSON

## ORDER ON MOTIONS

APPEARANCES:  None (on the record)

MOTIONS:  Defendants' Rule 12(e) Motions for More Definite Statement, Record Doc. Nos. 1708, 1710, 1758, 1795, 1824, 1827 and 1930

O R D E R E D:

 XXX :  CONTINUED. These motions are subject to and will be determined in accordance with the procedure and schedule established by Judge Duval in his order of November 29, 2006. Record Doc. No. 2034. Accordingly, they are re-noticed for hearing on March 23, 2007 at 9:30 a.m. before Judge Duval, unless otherwise ordered by the court, and the oral argument before me, previously scheduled for December 13, 2006 at 11:00 a.m., is cancelled.

                                                  JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.