**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BETTY MULLINS, INDIVIDUALLY AND AS THE SURVIVING CHILD OF SHIRLEY LOTT | * | CIVIL ACTION |
| | * | NO. 06-7802 |
| Plaintiff, | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO; MABEL B. MANGANO; SALVADOR A. MANGANO, JR.; ALOC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM; BUFFMAN, INC.; DORMAN, INC.; MGH LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM; MANACA, INC.; MANGANO CONSULTANTS, INC.; THE MANGANO CORPORATION; MANQUEST, INC.; MANGANO MANAGEMENT, INC.; STS AMUSEMENTS, L.L.C., D/B/A ST. RITA NURSING HOME | * | |
| Defendants. | * | |

* * * * * * * *

**UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND**

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: December 4, 2006 ______

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Traci L. Colquette
Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I, Traci L. Colquette, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the following parties by ECF or electronic mail:

David O'Shee Walker
dwalker@nbalawfirm.com

Louis G. Spencer
lgs@ecwko.com

James A. Cobb, Jr.
jac@ecwko.com

Susan E. Henning
seh@ecwko.com

s/ Traci L. Colquette
Traci L. Colquette