**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| BETTY MULLINS, INDIVIDUALLY | * | CIVIL ACTION |
| AND AS THE SURVIVING CHILD OF | * | |
| SHIRLEY LOTT | * | NO. 06-7802 |
| | * | |
| Plaintiff, | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO; MABEL B. | * | |
| MANGANO; SALVADOR A. MANGANO, | * | |
| JR.; ALOC LIMITED PARTNERSHIP, | * | |
| A LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM; BUFFMAN, INC.; | * | |
| DORMAN, INC.; MGH LIMITED | * | |
| PARTNERSHIP, A LOUISIANA | * | |
| PARTNERSHIP IN COMMENDAM; | * | |
| MANACA, INC.; MANGANO | * | |
| CONSULTANTS, INC.; THE MANGANO | * | |
| CORPORATION; MANQUEST, INC.; | * | |
| MANGANO MANAGEMENT, INC.; | * | |
| STS AMUSEMENTS, L.L.C., D/B/A ST. | * | |
| RITA NURSING HOME | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

**<u>NOTICE OF HEARING</u>**

To:     <u>All Counsel of Record</u>:


PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January, 2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.


New Orleans, Louisiana, this _____ day of _____, 2006.


_____
Judge Stanwood R. Duval
Eastern District of Louisiana

2