UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BETTY MULLINS INDIVIDUALLY AND AS THE SURVIVING CHILD OF SHIRLEY LOTT | CIVIL ACTION<br><br>NO. 06-7802 |
| VERSUS | SECTION "M" (1) |
| SALVADOR A. MANGANO, MABEL B. MANGANO, SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM, BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM, MANACA, INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION, MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C., D/B/A ST. RITA NURSING HOME | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# O R D E R

Upon consideration of the foregoing Joint Motion to Dismiss The State of Louisiana d/b/a Louisiana State University Health Sciences Center, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; and State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana from the above-captioned

proceeding without prejudice, and it appearing to this Court that there are the grounds for the relief requested in the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that State of Louisiana d/b/a Louisiana State University Health Sciences Center Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, and Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana are dismissed from the above-captioned proceeding without prejudice.

_____
UNITED STATES DISTRICT JUDGE

NO.99742638.1