UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BETTY MULLINS INDIVIDUALLY AND AS THE SURVIVING CHILD OF SHIRLEY LOTT** | **CIVIL ACTION**<br><br>**NO. 06-7802** |
| **VERSUS** | **SECTION "M" (1)** |
| **SALVADOR A. MANGANO, MABEL B. MANGANO, SALVADOR A. MANGANO, JR., AOLC LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM, BUFFMAN, INC., DORMAN, INC., MGH LIMITED PARTNERSHIP, A LOUISIANA PARTNERSHIP IN COMMENDAM, MANACA, INC., MANGANO CONSULTANTS, INC., THE MANGANO CORPORATION, MANGUEST, INC., MANGANO MANAGEMENT, INC., STS AMUSEMENTS, L.L.C., D/B/A ST. RITA NURSING HOME** | |

## NOTICE OF HEARING

TO:  Betty Mullins
     Through Her Counsel of Record
     David O. Walker
     2220 Bonaventure Court
     P. O. Box 1190
     Alexandria, LA  71309-1190

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants,

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

- 2 -

Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 27th day of December, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

          Respectfully submitted,

          **CHARLES C. FOTI, JR.**
          **ATTORNEY GENERAL**

          BY:  /s/ Brent B. Barriere
                 Brent B. Barriere (La. Bar No. 2818)
                 Special Assistant Attorney General

                 Susie Morgan (La. Bar No. 9715)
                 Catherine E. Lasky (La. Bar No. 28652)
                 Robert R. Wood, Jr. (La. Bar No. 29488)
                 **PHELPS DUNBAR LLP**
                 Canal Place
                 365 Canal Street • Suite 2000
                 New Orleans, Louisiana 70130-6534
                 Telephone: (504) 566-1311
                 Telecopier: (504) 568-9130

          **STATE OF LOUISIANA, DEPARTMENT OF**
          **TRANSPORTATION AND DEVELOPMENT,**
          **JOHNNY BRADBERRY, SECRETARY**

          BY:  /s/ William M. Hudson, III
                 William M. Hudson, III (La. Bar No. 1970)
                 Special Assistant Attorney General
                 Oats & Hudson
                 100 East Vermillion Street, Suite 400

NO.99742639.1

Lafayette, LA  70501
Telephone:  (337) 233-1100
Facsimile:  (337) 233-1178

Clifton O. Bingham, Jr. (La. Bar No. 3052)
Special Assistant Attorney General
Oats & Hudson
343 Third Street, Suite 550
Baton Rouge, LA  70801
Telephone:  (225) 383-9993
Facsimile:  (225) 383-6993

Michael M. Duran, Jr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/  Shelly D. Dick
Shelly D. Dick (La. Bar No. 18865)
Special Assistant Attorney General
Amanda G. Clark (La. Bar No. 24432)
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA  70809
Telephone:  (225) 928-5400
Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**  /s/  Stephen Vogt
Stephen Vogt (La. Bar No. 07706)
Special Assistant Attorney General
Thibaut, Thibaut & Vogt
P. O. Box 36

>7809 Jefferson Hwy, Suite D-3
>Baton Rouge, LA  70809
>Telephone:  (225) 923-3200
>Facsimile:  (225)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

>David O.Walker
>2220 Bonaventure Court
>P. O. Box 1190
>Alexandria, LA  71309-1190

>/s/   Brent B. Barriere

- 4 -