UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CARLOS ALONZO** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8759** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:   B(2)** |
| | * | |

*********************************************************************

<u>**MEMORANDUM IN SUPPORT OF MOTION TO REMAND**</u>

Now Comes Plaintiff, Carlos Alonzo, who respectfully requests that this Court remand the present case to the 34th Judicial District Court for the Parish of St. Bernard for the reasons set forth below:

Defendant, United States Government, has removed this case to the Eastern District on the basis that claims against the United States Government may be brought only in a Court of federal jurisdiction.  However, prior to the removal of this case to the Eastern District, Defendants, Salvador Mangano, Mabel Mangano, Buffman, Inc., et al., voluntarily dismissed their claims against the United States Government.  *See* Attached Exhibit A.  Judge Frank Foil, Ad Hoc, who was appointed to hear all of the cases arising from the St. Rita's Nursing Home tragedy, signed a Judgment on September 20, 2006, which dismissed the claims against the United States Government prior to the removal of this case to federal court.  *See* Attached Exhibit A.  There are no other federal government entities named as defendants in the present suit.

As the United States Government is no longer a party to this suit and was dismissed from this case prior to removal, there was no basis for federal court jurisdiction at the time of removal.

Therefore, Plaintiff respectfully requests that this Court decline to exercise subject matter jurisdiction and remand this case to the 34th Judicial District Court for the Parish of St. Bernard.

            RESPECTFULLY SUBMITTED:

            **/s/ Dominick F. Impastato, III**
            LLOYD N. FRISCHHERTZ, #5749
            DOMINICK F. IMPASTATO, III, #29056
            MARC L. FRISCHHERTZ, #29194
            Frischhertz & Associates
            1130 St. Charles Avenue
            New Orleans, Louisiana 70130
            504-523-1500 (phone)
            504-581-1670 (fax)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on **November 6, 2006,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 James A. Cobb , Jr
 Jeremy D. Goux
 Stevens E. Moore
 Louis G. Spencer

 I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail and/or facsimile to all counsel of record not represented by the above.

            **/s/ Dominick F. Impastato, III**
            La. Bar No. 29056