**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CARLOS ALONZO** | * | **CIVIL ACTION NO.** |
| | * | |
| **VERSUS** | * | **06-8759** |
| | * | |
| **SALVADOR MANGANO, ET AL.** | * | **SECTION:   B(2)** |
| | * | |

*************************************************************************

**NOTICE OF HEARING**

Please take notice that this Court shall hold hearing on Plaintiff's Motion To Remand on the **13h day of DECEMBER,  2006**, at **9:00 A.M.**

Signed this _____ day of _____, 2006.

_____
JUDGE LEMELLE