**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| FRED BRACKLEIN AND YOLANDA | * | CIVIL ACTION |
| HUBERT, AS DULY APPOINTED | * | |
| CO-POWERS OF ATTORNEY ON | * | NO. 06-7633 |
| BEHALF OF GILDA C. BRACKLEIN | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC. D/B/A ST. RITA'S | * | |
| NURSING HOME, MANGANO | * | |
| CONSULTANTS, INC., MANGANO | * | |
| MANAGEMENT INC., THE MANGANO | * | |
| CORP., MANGUEST, INC., MANACA, | * | |
| INC., MGH LIMITED PARTNERSHIP, | * | |
| STS AMUSEMENTS, LLC, DORMAN, | * | |
| INC., AND AOLC LIMITED | * | |
| PARTNERSHIP | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *     *     *     *     *     *     *     * | | |

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of

Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by

Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano

("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

    For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.


Dated: December 4, 2006 _____          Respectfully submitted,


                                        PETER D. KEISLER
                                        Assistant Attorney General

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General

                                        PHYLLIS J. PYLES
                                        Director, Torts Branch


                                        s/ Traci L. Colquette_____
                                        Traci L. Colquette
                                        Trial Attorney, Torts Branch, Civil Division
                                        U.S. Department of Justice
                                        Benjamin Franklin Station, P.O. Box 888
                                        Washington, D.C.  20044
                                        (202) 305-7536 / (202) 616-5200 (Fax)
                                        Attorneys for the United States

## <u>CERTIFICATE OF SERVICE</u>

  I, Traci L. Colquette, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the following parties by ECF or electronic mail:


Chadwick William Collings
chad@thornhilllawfirm.com




       <u>s/ Traci L. Colquette   </u>
        Traci L. Colquette