# Bracklein/Hubert v. Buffman, et al., 06-7633



| | |
|---|---|
| FRED BRACKLEIN and YOLANDA HUBERT, AS DULY APPOINTED CO-POWERS OF ATTORNEYS ON BEHALF OF GILDA C. BRACKLEIN | NO.  106 334 |
| v. | 34th JUDICIAL DISTICT |
| BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., THE MANGANO CORPORATION MANGUEST, INC., MANACA, INC., MGH LIMITED PARTNERSHIP, STS AMUSEMENTS, LLC, DORMAN, INC., and AOLC LIMITED PARTNERSHIP | ST. BERNARD PARISH |
| MAY 2 5 2006 | STATE OF LOUISIANA |

Filed

1:46 PM

**PLAINTIFF'S ORIGINAL PETITION**

NOW COME, FRED BRACKLEIN & YOLANDA H. HUBERT, as duly appointed Co-Powers of Attorneys on Behalf of GILDA C. BRACKLEIN, and avers as follows:

1.

Petitioners are and were at all material times the niece and nephew of GILDA C. BRACKLEIN, who was up until in August, 2005, also a resident of St. Bernard Parish.

2.

Named Defendants herein are the following entities and individuals:

A. BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME, is a Louisiana CORPORATION and a nursing home care facility, having its registered office in St. Bernard Parish. Its principal place of business is 1422 E. LA. Highway 46, St. Bernard, LA 70085. This Defendant is and was doing business as BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME, may be served with process through its Registered Agent, Salvador Mangano, 1422 E. La. Hwy 46, St. Bernard, LA 70085.

B. MANGANO CONSULTANTS, INC., is a Louisiana CORPORATION and a management company. It's mailing address is C/O Mabel B. Mangano, P.O. Box 35, Violet, LA 70092. Its principal place of business is 1422 E. LA. Hwy. 46, St. Bernard, LA 70085. This Defendant is and was doing business as MANGANO CONSULTANT, INC., may be served with process through its Registered Agent, Mabel B. Mangano, 1422 E. La. Hwy. 46, St. Bernard, LA 70085.

C. MANGANO MANAGEMENT, INC., is a Louisiana CORPORATION and a management company. It's mailing address is C/O Mabel B. Mangano, P.O. Box 35, Violet, LA 70092. Its principal place of business is 1522 E. LA. Hwy. 46, St. Bernard, LA 70085. This Defendant is and was doing business as MANGANO MANAGEMENT, INC., may be served with process through its

order by failing to evacuate the residents of St. Rita prior to the storm, despite the fact that La. Hwy. 46, where St. Rita is located, is a designated hurricane evacuation route.

16.

Upon information and belief, St. Rita was the only one of four nursing homes in St. Bernard Parish which did not evacuate its residents.

17.

As a result of the failure of the Defendants to evacuate St. Rita, GILDA C. BRACKLEIN was forced to wait in the nursing home as water entered the building, knowing that there was no way for her to escape as flood water filled the room in which she was located.

18.

The failure of Defendants to look after, care fore, and evacuate the residents of St. Rita, including Ms. Bracklein, who were in their sole care, custody and control constituted an act of negligence, strict liability, gross negligence, and/or other fault, which will be shown at trial and/or through discovery, and was the direct cause of Ms. Bracklein's pain, suffering, anxiety, fear, and emotional trauma.

19.

Specifically, Defendants were at fault in the following, non-exclusive particulars:

a. Failure to heed warnings from governmental authorities to evacuate;

b. Failure to accept assistance from governmental authorities to evacuate;

c. Failure to adhere to St. Rita's own plan for hurricane evacuation;

d. Failure to move elderly, infirm patients, including GILDA C. BRACKLEIN, to higher ground and/or a more protected facility or location well in advance of the hurricane, despite being fully aware of the difficulties of moving such patients during a storm;

e. Failing to contact the families of the residents to advise that the residents would not be moved and giving the residents an opportunity to make individual plans to move the patient;

f. Failure to use its own contracted ambulance service to move patients in advance of the hurricane; and,

g. Such other particulars as will be proven at trial.