# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRED BRACKLEIN AND YOLANDA | * | CIVIL ACTION |
| HUBERT, AS DULY APPOINTED | * | |
| CO-POWERS OF ATTORNEY ON | * | NO. 06-7633 |
| BEHALF OF GILDA C. BRACKLEIN | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC. D/B/A ST. RITA'S | * | |
| NURSING HOME, MANGANO | * | |
| CONSULTANTS, INC., MANGANO | * | |
| MANAGEMENT INC., THE MANGANO | * | |
| CORP., MANGUEST, INC., MANACA, | * | |
| INC., MGH LIMITED PARTNERSHIP, | * | |
| STS AMUSEMENTS, LLC, DORMAN, | * | |
| INC., AND AOLC LIMITED | * | |
| PARTNERSHIP | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *    *    *    *    *    *    *    * | | |

**<u>NOTICE OF HEARING</u>**

To:      <u>All Counsel of Record</u>:


PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January, 2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.


New Orleans, Louisiana, this _____ day of _____, 2006.


_____
Judge Stanwood R. Duval
Eastern District of Louisiana