UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRED BRACKLEIN AND YOLANDA HUBERT, AS DULY APPOINTED CO-POWERS OF ATTORNEY ON BEHALF OF GILDA C. BRACKLEIN** | **CIVIL ACTION** |
| | **NO. 06-7633** |
| **VERSUS** | |
| **BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT INC., THE MANGANO CORP., MANGUEST, INC., MANACA, INC., MGH LIMITED PARTNERSHIP, STS AMUSEMENTS, LLC, DORMAN, INC., AND AOLC LIMITED PARTNERSHIP** | **SECTION "B" (3)** |

NOTICE OF HEARING

TO:    Fred Bracklein
        Through His Counsel of Record
        M.Chad Trammell
        Kimberly A. Ramsey
         Nix, Patterson & Roach, LLP
        401 Edwards St., 8th Floor, Suite 820
        Shreveport, LA  71101

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants,

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official

capacity as Secretary of the Louisiana Department of Transportation and Development; State of

Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 27th day of December, at ~~9:00~~ *9:30* o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/  Brent B. Barriere
    Brent B. Barriere (La. Bar No. 2818)
    Special Assistant Attorney General

    Susie Morgan (La. Bar No. 9715)
    Catherine E. Lasky (La. Bar No. 28652)
    Robert R. Wood, Jr. (La. Bar No. 29488)
    **PHELPS DUNBAR LLP**
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF**
**TRANSPORTATION AND DEVELOPMENT,**
**JOHNNY BRADBERRY, SECRETARY**

BY:  /s/  William M. Hudson, III
    William M. Hudson, III  (La. Bar No. 1970)
    Special Assistant Attorney General
    Oats & Hudson
    100 East Vermillion Street, Suite 400
    Lafayette, LA  70501
    Telephone:  (337) 233-1100
    Facsimile:  (337) 233-1178

- 2 -

Clifton O. Bingham, Jr. (La. Bar No. 3052)
Special Assistant Attorney General
Oats & Hudson
343 Third Street, Suite 550
Baton Rouge, LA  70801
Telephone:  (225) 383-9993
Facsimile:  (225) 383-6993

Michael M. Duran, Jr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/  Shelly D. Dick_____
        Shelly D. Dick (La. Bar No. 18865)
        Special Assistant Attorney General
        Amanda G. Clark (La. Bar No. 24432)
        Forrester, Jordan & Dick
        4981 Bluebonnet Avenue
        Baton Rouge, LA  70809
        Telephone:  (225) 928-5400
        Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**  /s/  Stephen Vogt_____
        Stephen Vogt (La. Bar No. 07706)
        Special Assistant Attorney General
        Thibaut, Thibaut & Vogt
        P. O. Box 36
        7809 Jefferson Hwy, Suite D-3
        Baton Rouge, LA  70809
        Telephone:  (225) 923-3200

NO.99742628.1

Facsimile:  (225)


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached

list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of

December, 2006.

> M.Chad Trammell
> Kimberly A. Ramsey
> Nix, Patterson & Roach, LLP
> 401 Edwards St., 8th Floor, Suite 820
> Shreveport, LA  71101
>                          /s/   Brent B. Barriere

NO.99742628.1