UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION
                                                      NO. 05-4182

PERTAINS TO: Aaron, C.A. No. 06-4746                  SECTION "K"(2)

ORDER

For the reasons stated in the Minute Entry of November 29, 2006 (Doc. 2034) at

Paragraph V at 4-5,

**IT IS ORDERED** that the request for oral argument on the following motions set for

hearing on December 13, 2006 is **DENIED**:

    Doc. 1751    Motion to Sever

    Doc. 1756    Motion to Sever

    Doc. 1844    Motion for Judgment on Pleadings

    Doc. 1846    Motion for Judgment on Pleadings

    New Orleans, Louisiana, this __12th__ of December, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE