UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSE LEA L. LEPINE, INDIVIDUALLY AND ON BEHALF OF HER MOTHER, HELEN PERRET,** | * | **CIVIL ACTION NO. 06-8881** |
| **Plaintiff** | * | |
| | * | **SECTION "K"** |
| **v.** | | |
| | * | |
| **SALVADOR MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANAGANO MANAGEMENT, INC. MANACA, INC., BUFFMAN, INC., THE MANAGANO CORPORATION** | * | **MAGISTRATE 2** |
| | * | |
| | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION TO REMAND</u>

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Rose Lea Lepine, individually and on behalf of her mother, Helen Perret, who submits the following motion to remand this matter to state court. Plaintiff previously filed a petition for damages in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana. As

discussed in the accompanying Memorandum, this is a survival and wrongful death action against the defendants in connection with their negligence in failing to evacuate the plaintiff's mother from St. Rita's Nursing Home facility in St. Bernard Parish. Plaintiff's petition properly names Buffman, Inc., Salvador Mangano and Mabel B. Mangano as defendants in this action. All three named defendants are Louisiana citizens and are not subject to the jurisdiction of this court. These defendants filed a third party demand against the United States of America alleging that their negligence in construction and maintenance of the Mississippi River Gulf Outlet (hereinafter "MRGO") renders them liable to defendants for all or a portion of defendants' liability to the plaintiff. Third party defendant, United States of America, promptly removed this action to Federal Court under 28 U.S.C. § 1346(b)(1), 1441(a) and 1442(a).

As discussed in the accompanying Memorandum, this action should be remanded back to state court as this court lacks subject matter jurisdiction over the third party defendant, United States of America. Plaintiff also respectfully requests that this Honorable Court award attorneys' fees and costs incurred in the required filing of this Motion to Remand, pursuant to the statutory authority of 28 U.S.C. § 1447(c).

|  |
|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on November 21, 2006, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to James A. Cobb, Jr., Jeremy D. Goux, Stevens E. Moore, and Louis G. Spencer,  by operation of the court's electronic filing system.<br><br>s/ Chadwick W. Collings |

**Respectfully submitted,**

**THORNHILL & COLLINGS, L.C.**

**s/ Chadwick W. Collings**
**CHADWICK W. COLLINGS    #25373**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**chad@thornhilllawfirm.com**