UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROSE LEA L. LEPINE, INDIVIDUALLY AND ON BEHALF OF HER MOTHER, HELEN PERRET,** **Plaintiff** | * * | **CIVIL ACTION NO. 06-8881** |
| | * | **SECTION "K"** |
| v. | * | |
| **SALVADOR MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC. MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION** **Defendants** | * * * * | **MAGISTRATE 2** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

**Salvador Mangano, Mabel B. Mangano, Manguest, Inc. a/k/a St. Rita's Nursing Home, Mangano Consultants, Inc., Mangano Management, Inc., Manaca, Inc., Buffman, Inc., The Mangano Corporation through their attorney of record:**
**James E. Cobb**
**Emmett, Cobb, Waits & Henning**
**1515 Poydras Street, Ste. 1950**
**New Orleans, LA 70112**

**United States of America**
**Through its attorney of record:**
**Jim Letten**
**Stevens E. Moore**
**Hale Boggs Federal Building**
**500 Poydras Street**
**Room 210B**
**New Orleans, Louisiana 70130**

**PLEASE TAKE NOTICE** that the hearing on Plaintiff's Motion to Remand will be heard on the 13th day of December, 2006, at 9:30 a.m., at the United States District Court for

the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana, before the Honorable Stanwood R. Duval, Jr., Judge, Section "K."

**Respectfully submitted,**

**THORNHILL & COLLINGS, L.C.**

**s/ Chadwick W. Collings**
**CHADWICK W. COLLINGS   #25373**
**1308 Ninth Street**
**Slidell, Louisiana 70458**
**(985) 641-5010**
**(985) 641-5011 fax**
**chad@thornhilllawfirm.com**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2006, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to James A. Cobb, Jr., Jeremy D. Goux, Stevens E. Moore, and Louis G. Spencer, by operation of the court's electronic filing system.

**s/ Chadwick W. Collings**