FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC -6  PM 4: 23

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES                    CIVIL ACTION 05-4182
CONSOLIDATED LITIGATION

                                                 SECTION "K"
PERTAINS TO: LEVEE (NO. 06-7682)                 JUDGE DUVAL

                                                 MAG. WILKINSON

---

### MOTION TO RESET HEARING ON MOTION TO CERTIFY
### WITH INCORPORATED MEMORANDUM
### and REQUEST FOR EXPEDITED CONSIDERATION

Now into Court, through undersigned counsel, comes the State of Louisiana Department of Transportation and Development ("DOTD"), who appears strictly for the purposes of this Motion, reserving all rights and defenses available to it, and with respect represents:

1.

Plaintiffs' Motion to Certify is set for hearing on December 13, 2006.

2.

There are currently several motions pending before the Court, including DOTD's motion to dismiss all claims against it.

3.

DOTD respectfully suggests that the Court should rule on any pending dispositive motions before addressing class certification. Moreover, DOTD suggests that the Court should,

____ Fee_____
____ Process_____
X  Dktd_____
____ CtRmDep_____
____ Doc. No._____

if need be, implement a case management order that provides for the completion of class-related discovery prior to a hearing on plaintiffs' motion.

4.

Plaintiffs' Motion is set for hearing on December 13th, and therefore DOTD respectfully moves the Court to address this Motion on an expedited basis.

Wherefore, the State of Louisiana Department of Transportation and Development respectfully moves this Honorable Court to continue without date plaintiffs' motion to certify, so that the Court can address all pending dispositive motions and, if need be, formulate a case management plan.

Respectfully submitted,

CHARLES C. FOTI, JR.,
Attorney General

By:

Richard G. Duplantier, Jr., TA (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel.: (504) 525-6802; Fax: (504) 525-2456
Special Assistant Attorneys General
rduplantier@gjtbs.com
thassinger@gjtbs.com
jhassinger@gjtbs.com

2

Stephen F. Babin (#2634)
Michael Keller (#20895)
Thomas M. Brahney (#26815)
Office of the Louisiana Attorney General
601 Poydras St., Suite 1725
New Orleans, LA  70130
Tel.: (504) 599-1200; Fax: (504) 599-1212
Assistant Attorneys General
BabinS@ag.state.la.us
KellerM@ag.state.la.us
BrahneyT@ag.state.la.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of

by facsimile or electronic mail, and by placing same in the United States Mail, properly addressed

and first class postage prepaid on this 6th day of December, 2006.

LAMBERT J. HASSINGER, JR.

3