UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION 05-4182 |
| PERTAINS TO: LEVEE (NO. 06-7682) | SECTION "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

**IT IS ORDERED** that the hearing on plaintiffs' Motion to Certify be and hereby is continued without date. The Court shall implement a case management order addressing discovery and other tasks to be completed prior to a hearing on plaintiffs' Motion.

New Orleans, Louisiana this ___ day of December, 2006.

_____
DISTRICT COURT JUDGE

