UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION 05-4182 |
| PERTAINS TO: LEVEE (NO. 06-7682) | SECTION "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### NOTICE OF HEARING

You are hereby notified that the Motion to Reset Hearing on Motion to Certify, filed by the State of Louisiana Department of Transportation and Development, shall be brought for hearing before the Hon. Stanwood R. Duval, Jr., United States District Judge, on the 27th day of December, 2006 at 9:30 a.m., or otherwise as directed by the Court.

Respectfully submitted,

CHARLES C. FOTI, JR.,
Attorney General

By: _____
Richard G. Duplantier, Jr., TA (#18874)
Timothy W. Hassinger (#25085)
Lambert J. Hassinger, Jr. (#21683)
Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Tel.: (504) 525-6802; Fax: (504) 525-2456
Special Assistant Attorneys General
rduplantier@gjtbs.com
thassinger@gjtbs.com
jhassinger@gjtbs.com

        Stephen F. Babin (#2634)
        Michael Keller (#20895)
        Thomas M. Brahney (#26815)
        Office of the Louisiana Attorney General
        601 Poydras St., Suite 1725
        New Orleans, LA  70130
        Tel.: (504) 599-1200; Fax: (504) 599-1212
        Assistant Attorneys General
        BabinS@ag.state.la.us
        KellerM@ag.state.la.us
        BrahneyT@ag.state.la.us

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of by facsimile or electronic mail, and by placing same in the United States Mail, properly addressed and first class postage prepaid on this 6th day of December, 2006.

                                      _____
                                      LAMBERT J. HASSINGER, JR.