UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE LEA L. LEPINE, INDIVIDUALLY AND ON BEHALF OF HER MOTHER, HELEN PERRET, | * * * * | CIVIL ACTION<br><br>NO. 06-8881 |
| Plaintiffs,<br>v. | * * * | JUDGE DUVAL |
| SALVADOR MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION, | * * * * * * * * | MAG. JUDGE WILKINSON |
| Defendants. | * * | |

\* \* \* \* \* \* \* \*

**UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND**

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: December 4, 2006            Respectfully submitted,

                                                PETER D. KEISLER
                                                Assistant Attorney General

                                                C. FREDERICK BECKNER III
                                                Deputy Assistant Attorney General

                                                PHYLLIS J. PYLES
                                                Director, Torts Branch

                                                s/ Traci L. Colquette
                                                Traci L. Colquette
                                                Trial Attorney, Torts Branch, Civil Division
                                                U.S. Department of Justice
                                                Benjamin Franklin Station, P.O. Box 888
                                                Washington, D.C.  20044
                                                (202) 305-7536 / (202) 616-5200 (Fax)
                                                Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the following parties by ECF or electronic mail:

| | |
|---|---|
| Chadwick William Collings<br>chad@thornhilllawfirm.com | Jeremy D. Goux<br>wynnegouxlobello@bellsouth.net |
| Tommy Wood Thornhill<br>tom@thornhilllawfirm.com | Louis G. Spencer<br>lgs@ecwko.com |
| James A. Cobb, Jr.<br>jac@ecwko.com | Susan E. Henning<br>seh@ecwko.com |

          s/ Traci L. Colquette
             Traci L. Colquette