UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE LEA L. LEPINE, INDIVIDUALLY AND ON BEHALF OF HER MOTHER, HELEN PERRET, | * * * * | CIVIL ACTION NO. 06-8881 |
| Plaintiffs, v. | * * * * | JUDGE DUVAL MAG. JUDGE WILKINSON |
| SALVADOR MANGANO, MABEL B. MANGANO, MANGUEST, INC. a/k/a ST. RITA'S NURSING HOME, MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION, | * * * * * * * * | |
| Defendants. | * * | |

\* \* \* \* \* \* \* \*

## NOTICE OF HEARING

To:   All Counsel of Record:

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January,

2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

    New Orleans, Louisiana, this _____ day of _____, 2006.

                                                   _____
                                                   Judge Stanwood R. Duval
                                                   Eastern District of Louisiana