**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** * | | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | | |
| | * | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO:** | | |
| | * | **JUDGE DUVAL** |
| **O'Dwyer C.A. No. 05-4181** | | |
| | * | **MAGISTRATE WILKINSON** |

* * * * * * * * * * * * * * * * *

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that the following named Plaintiffs in Civil Action No. 05-4181:

       **Maureen O'Dwyer
       Alexis O'Dwyer Navarro
       Shirley D. O'Dwyer
       Lisa Marie O'Dwyer
       Harold Joseph Gagnet
       Sally Egerton Richards
       Shane Porter and
       Stephanie Porter
       Interior Specialties LLC
       Shelia Jones Jordan
       Charles Edward Jordon
       Wayne M. Jones
       Gloria Agnes Griffin, individually and as Administration of the
        Succession of her brother Stephen Williams, and on behalf of any
         and all heirs, survivors, relatives and beneficiaries of the deceased
       Leticia Brown**

**Jo Anna McLean**
**Lee Davidson McLean III**
**Kathryn Frank**
**Richard Springer Favor**
 **And**
**Miriam McMichael Favor d/b/a The Garden Smith**
**Philip B. Alford**
**Gerald Pipes Guice**
**Beverly Anne Ferguson Guice**
**Madeleine Alise Guice**
**Kenneth Hastings Guice**
**Anthony Phillip Hende4rson**
**Louis Joseph O'Dwyer, Jr.**
**Maurleen M. O'Dwyer**
**Aaron Jacob O'Dwyer**
**Henry Grady Hardy, Jr.**
**Letizia Hardy**
**Jane Veronica Hardy**
**Brian Southerland Hardy**
**Martin Ramos**
**Richard Ehret**
**Leslie Ehret**
**Anthony Phillip Henderson**
**Frances Y. Bellerino**
**Louise J. Young**
**Edward R. Young**
 **And**
**Veronica F. Young d/b/a Floor Crafters Wood Interiors**
**Joseph Rauchwerk**
**Cheryl Sweat Rauchwerk**
**Marilyn Von Schmidt**
**Susan G. Jeanfreau, M.D.**
**Wallace E. Jeanfreau, M.D.**
**Robert J. Jeanfreau, M.D.**
**Jerry Victor Jacob**
**Gloria Pohlman Hecker**
**Joseph W.P. Hecker, in proper person**
**Nicholas S. Lindner**
**Ruth B. Ragas**
**Paul J. Ragas**
**Jason P. Ragas**
**Walter J. Morgan**
**Katie L. Ragas**
**Arthur Tracy Abel**
**Kathleen C. Abel**
**Kitty B. Hoffman**

-3-

**Craig Anthony Miller**
**Stephen Christopher Jeandron**
**Andre Trevigne Fowler**
**John Wesley Stewart, Jr.**
**George Schmidt db/a The George Schmidt Gallery**
**Delia LaBarre**
**Tyrone Anthony Alexander**
**Michael Cormick**
**Penny Anderson**
**Calie Newell**
**Betty Francis**
**Lester McGee**
**Sherman Griffin**
**Sandra Meyers**
**Gregory Cormick**
**Jeffrey Baker Day**
**Ashley O'Dwyer Day**
**Harold Alexander**
**Vonola Avist**
**Dana Bell**
**Gloria Mae Bell**
**Hitchai Bryant**
**Nicole Bryant**
**John Collins**
**Jonell Collins**
**Catherine Collins**
**Sherene Collins**
**Simeko Collins**
**Jerry Cormick**
**Lauren Dabney**
**Kevin Daliet**
**Norcille Daliet**
**Donald Ellis**
**Kim Ellis**
**Bobbie Evans**
**Audrey Gray**
**Lucille Gray**
**Issac Hayes**
**Mary Johnson**
**Mary Noela Johnson**
**Wayne Anthony Johnson**
**Ann Lawless**
**Detective Carlton Lawless**
**Gene Lee**
**Ivin Lee**
**Lynn Lee**

**Jimmie Martin**
**Harry Nobles**
**Alma Sanders**
**Barbara Sanders**
**Albertha Skinner**
**Gilda Skinner**
**Irinika Skinner**
**Irvin Skinner**
**Brandon Smith**
**Felix Augustin**
**Pauline Augustin**
**Cynthia Bell**
**Rhona Causey**
**Winnette Lang**
**Ferdinand Leon**
**Lydia Leon**
**Caroll Denesse**
**Lucien Denesse**
**Ashley Navarre**
**Doreine Navarre**
**Melvin Navarre**
**Sylvia Byrd**
**William Byrd**
**Blair Bundy**
**Dawn Bundy**
**Jill Bundy**
**John Collins**
**Sherlene Collins**
**Janice Collins, on her own behalf and on behalf of her son,**
  **John Henry Collins**
**Jamie Collins, on her own behalf and on behalf of her son,**
  **Jacobi Glover**
**Mitchell Armour**
**Vanessa Carter**
**Kerry Carter**
**Joshua Billon and his spouse,**
 **Monica Billon, on their own behalf and on behalf of their minor**
 **Children,**
   **Isaiah Billon and**
   **Monica Billon**
**Betty Christy**
**De-Fean Christy**
**La-Shawn D. Robinson**
**Patricia Granger, on her own behalf and on behalf of her daughter**
  **Tomika Edwards**
**Charmeine Jefferson, on her own behalf and on behalf of her children,**

  Lemor James,
  Ariel James,
  Yolanda Jefferson, and
  Erika Thornton
Chris McCormick
Michele Armour
Monique Armour
Mitchell Armour III
Augustine Greenwood
Rosemary Greenwood, on her own behalf an don behalf of her children,
  Yasemine and
  Jasemine Greenwood
Byrne Sherwood
Linda Morgan
Lokea Morgan
Denisha Morgan
Shelia Smith
Jacqueline Smith
James Smith, Jr.
Nina Baughn, on her own behalf an don behalf of her minor child,
  Karim Kemp
  Karen Kemp
  Erica Kemp
Patricia Green
Tanaka Johnson
Bobby Johnson
Charles Williams
Laura Recasner, on her own behalf and on behalf of her children,
  Dajohon Recasner,
  Kurshell Recasner and
  Charleston Recasner
  Agnes Recasner
Charmaine Rhome
Judy Starks
Insuk Caro d/b/a Wig Fashions and Apolostic Christian Bookstore
Troylyn Washington
Mercedes Washington
Shanika Taylor
Marsha Taylor
Erica Kemp
Karen Kemp
Dawn Bundy, on her own behalf and on behalf of her minor children,
  Emanuel Bundy
  Shekinah Bundy
  Jane Bundy, and

    Blair Bundy, Jr.
**Roxchell Panika Santee', on her own behalf and on behalf of her minor son,**
    Tyree Santee'
**Samuel Bourne**
**Nicole Bryan**
**Alton J. Crowden, on his own behalf and on behalf of his minor children,**
    Cameron Crowden and
    Kelli Crowden
**Ashley Navarre**
**Shana Patterson**
**Keana Quinn**
**Niketsa Ramsey, on her own behalf and on behalf of her minor children,**
    Desmonisha Ramsey,
    Kenyel Rochon and
    Desmond Ramsey
**Darylynn Ramsey**
**Julie Ramsey, on her own behalf and on behalf of her minor children,**
    Dalisha Ramsey and
    Charli Ramsey
**Robert Rhone**
**Joshua Smith**
**Cynthia Tibbet, on her own behalf and on behalf of her children,**
    Brittany Tibbet,
    Sidney Tibbet,
    Chelesa Tibbet, and
**Janice Tollins, on her own behalf and on behalf of her minor son,**
    John Tollins
**Glenda Medina**
**Michele Elizabeth Omes**
**Jim Richard Pazos**
**Avery Scott**
**Frank Duncan  Macpherson Strachan III**
**Joshua Dillon and his spouse,**
**Monica Dillon, on their own behalfs and on behalf of their minor children,**
    Isaiah Dillon and
**Monica Pollard**
**Donald G. Deaton**
**Pamela A. Morgan**
**Frank Butler, Jr., on his own behalf And on behalf of his minor children,**
    Frank Butler III,
    Charles Butler and

    Tachmonite Butler
**Lorenzo Butler**
**Alonzo W. Butler and his spouse,**
**Laquinta Butler, on their own behalfs and on behalf of their minor children,**
    Alonzo W. Butler, Jr.
    Jasmyn Butler, and
    Rashaad Butler
**Rita Bailey**
**Tony Green**
**Lina Vaughn**
**William Byrd**
**Sylvia Byrd**
**Ruth Harris**
**Clifford Harris**
**Jonathan Washington**
**Vicky Michel**
**Simon Kleindorf**
**Bertha Kleindorf**
**David Kleindorf**
**Connie Kleindorf**
**Troylyn Washington, on her own behalf and on behalf of her minor child,**
    Dasia Washington
**Mercedes Ann Washington**
**Roy Junior Washington**
**Tony Green**
**Eva McGee**
**Levi Johnson**
**Patricia Johnson**
**Lequecia Bunn, on her own behalf and on behalf of her minor child,**
    Jada Gibson
**Imelda Johnson**
**Michael Johnson**
**Mulkina Coates, on her own behalf and on behalf of her minor children,**
    Keshina Coates and
    Malik Coates
**Benjamin Morgan**
**Chandra Maxon, on her own behalf and on behalf of her minor children,**
    Byron Maxon,
    Darianne Maxon,
    Janea Maxon,
    Willie Maxon,
    Devante Maxon, and

  Chandray Maxon
**Marylyn Maxon, on her own behalf and on behalf of her minor children,**
  Shancanacia Maxon,
  Ravanell Maxon, and
  Robert Maxon
**Lois Torregano**
**Loisha Breaux, on her own behalf and on behalf of her minor children,**
  Loishell Williams and
  Mikayla Breaux
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Joan A. Miller**
**Linda Boyd, on her own behalf and on behalf of her minor children,**
  Caress Boyd, and
  Charles Boyd
**Elijah Washington**
**Keineisha Richard, on her own behalf and on behalf of her minor children,**
  Marlon Richard,
  Marcel Richard, and
  Emyjah Washington
**Anthony Barnes**
**Janice Barnes**
**Shena Barnes**
**Falish Barnes**
**Melanie Barnes**
**Darryle Lee Johnson, Sr.**
**Tameko Benjamin, on her own behalf and on behalf of her minor children,**
  Jovana Benjamin
  Darione Benjamin
  Darryle Lee Johnson, Jr., and
  Darielle Benjamin
**Delilah Milton**
**Kimmie Ferdinand**
**Ashley Ferdinand**
**Cornell Batiste**
**James Hollins and his wife,**
**Lakvina Coates, on their own behalf and on behalf of their minor children,**
  Semaj Hollins, and
  Jamaya Hollins
**Tamaya Coates**
**Maria Washington, on her own behalf and on behalf of her minor**

children,
  Janisha Washington,
  Andrew Washington,
  Charles Washington, and
  Mekhi Washington
Andrew Hill
Leslie Johnson, on her own behalf and on behalf of her minor child,
  Jamay Johnson
  Lakeisha Fernandez, on her own behalf and on behalf of her minor child,
  Eddie McGee, Jr.
Lessie Johnson
Zelda McKendall
Ellsworth P. McKendall
Kimberly McKendall
Michael McKendall
Russell Gardner
Winnette Lang, on her own behalf and on behalf of her minor children,
  Kavon Lang, and
  Lashanice Jones
Lisa Byrd, on her own behalf and on behalf of her minor child,
  Sadzisya Byrd
Michael Anthony Snipes, Jr.
JoAnn Snipes
Michael A. Snipes, Sr.
Garry Bougeois
Cheryl Bernard
Johndra Patterson
Terrill Morris
Dianne Thompson
Michael Thompson
Ruby Ann Washington, on her own behalf an don behalf of her minor children,
  Shaune Bakewell, and
  LaShay Johnson
Victor Moore and his wife,
Pamelyn Morgan Moore, on their own behalfs and on behalf of their minor children,
  Victor Lyn Morgan
  Pamelor Morgan
  Vicknesha Morgan, and
  Victoria Moore
Ruby Ann Washington, on her own behalf and on behalf of her minor children,
  Shaune Bakewell, and

  LaShay Johnson
**David Bealer**
**Roseann Bealer**
**Stacy Bealer**
**Roland Rodrigue**
**Cheryl Rodrigue**
**John Elmer Smith**
**Wanda Jean Smith**
**Robin Marie Smith**
**Linda R. Breaux**
**Larry Robert Reinhardt**
**Rosa A. Reinhardt**
**Robert E. Stone**
**Linda Dufrene**
**Maria Thecla Eugenia Albers, New Orleans Montessori School, Inc.**
**Josephine J. Dupree-Dean**
**Herbert C. Jackson**
**Gail Brown, on her own behalf and on behalf of her minor children,**
  **Aaron Pulliam and**
  **Brandon Pulliam**
**Myron Mack**
**Sheila Lewis**
**Pernell Lewis**
**Ashanti Lewis**
**Natasha Leevis, on her own behalf and on behalf of her minor children,**
  **Natiasha Lewis and**
  **Shaila Lewis**
**Christoopher Patterson, and his spouse,**
  **Linda Johnson, on their own behalfs and on behalf of their minor children,**
  **Christopher Edward Patterson, Jr. and**
  **Chrisha Patterson**
**Shanipa Patterson, on her own behalf and on behalf of her minor children,**
  **Sherman Singleton**
  **Shermont Singleton and**
  **Reggineka Rice**
**Sharie Johnson**
**Rachel Johnson**
**Joan Bundy**
**Michelle Renee' Alexander**
**Rodney James, on her own behalf and on behalf of his minor children,**
  **Rodney James, Jr. and**
  **Alexis James**
**Robert Young**

**Cornelius Young**
**Shactha (spelled phonetically) Williams**
**Rose Marie Young**
**Tykesha Arington, on her own behalf and on behalf of her minor children,**
  **Charles Arington**
  **Tyriel Arington and**
  **Braione Arington**
**Lloyd Joseph**
**Juanita Arington**
**PTC Petroleum & Industrial Supplies, Inc.**
**Ronald D. Pitisci**
**Kathleen Pitisci**
**Gerald Anthony Picquet**
**Lynn Picquet**
**Darnell Williams, on her own behalf and on behalf of her minor child,**
  **Chad Williams**
**Anthony Barnes**
**Janice Barnes**
**Falisha Barnes**
**Shena Barnes**
**Melanie Barnes**
**Glennis Livas, on her own behalf and on behalf of her minor child,**
  **William E. Patterson**
**Malika Batiste, on her own behalf and on behalf of her minor niece and nephew,**
  **Caliyah Porter and**
  **Aaron Batiste**
**Christopher Arrington**
**Noema Arrington, on her own behalf and on behalf of her minor children,**
  **Eric Arrington and**
  **Aaron Arrington**
**Phillip Martin**
**Paulette Biggs, on her own behalf and on behalf of her minor child,**
  **Arkasia McFarland**
**Aldo Gofredo Hernandez, Sr., and his spouse,**
  **Areli Carlota Hernandez, on their own behalf and on behalf of their minor child,**
  **Emmanuel Goffredo Hernandez**
**Aldo Gofredo Hernandez, Jr.**
**Lloyd Loup III**
**Alaina Loup**
**Kenneth Arcement**
**Marlene Arcement**
**Shanika Taylor**

   **Marsha Taylor**
   **Erica Kemp**
   **Latonya Caldwell, on her own behalf and on behalf of her minor children,**
    **Onyell Caldwell and**
    **Charles Dears**
   **Larose Taylor**
   **Stephan Sawyer**
   **Ms. Eprsy Livas**
   **Brandon Livas**
   **Clifford Coates**
   **Tammie Chattman, on her own behalf and on behalf of her minor children,**
    **Rudarion Chattman**
    **Randel Chattman, and**
    **Joseph Chattman**
   **Linzie Brown**
   **Emargie C. Brumfield**
   **Leonard Brumfield**
   **Brandon Carr**
   **Jessie Arbuthnot**
   **Mary P. Mingo**
   **Rachel Goldsmith**
   **Gayle LeBlanc**
   **Michael LeBlanc and his spouse,**
    **Larice Taylor LeBlanc, on their own behalfs and on behalf of their minor child,**
    **Mika Jane LeBlanc**
   **Kim Gaines, on her own behalf and on behalf of her minor children or grandchildren,**
    **Jamechia Smith, and**
    **Diamond Beam**
   **Michael Gaines**
   **William B. English, Jr.**
   **Rosaria English**
   **Hazel McGuire**
   **Mary H. Johnson**
   **Jerry Matthews**
   **Dennis Jones, Jr.**
   **Raquel Roth, on her own behalf and on behalf of her minor children,**
    **Dennis Jones III and**
    **Kellie Ann Jones**
   **Linda Roth**
   **Toya Roth, on her own behalf and on behalf of her minor children,**
    **Jerrell White and**
    **Terrell Roth**

**Courtney Little, on her own behalf and on behalf of her minor children,**
  **Tezanne Allen,**
  **Rashad Little, and**
  **Fabian Earls, Jr.**
**Reynell Santee, and his spouse,**
  **Tawana Rayford, on their own behalfs and on behalf of their minor children,**
  **Ranisha Rayford,**
  **Wynell Rayford, and**
  **Reynell Rayford**
**Darron Meyers**
**Troylyn Meyers, on her own behalf and on behalf of her minor children,**
  **Keiera Minor and**
  **Ashley Meyers, and on behalf of her grandchild,**
  **Daniah Williams**
**Roxchell Santee, on her own behalf and on behalf of her minor child,**
  **Tyree Santee**
**Phillip Lazard**
**Marguerite Lazard**
**Joel Frank**
**Juliet Johnson**
**Ronald Rome**
**Aunna Johnson, on her own behalf and on behalf of her minor children,**
  **Darryl Johnson and**
  **Carlos Johnson**
**John Washington**
**Bernadine Washington**
**Wanda Washington**
**Alexis Washington**
**Hazel Taylor**
**Christina Taylor**
**Sophia Taylor, on her own behalf and on behalf of her minor child,**
  **Alex Taylor**
**Yolanda Washington, on her own behalf and on behalf of her minor children,**
  **Alecia Washington,**
  **Alacia Washington and**
  **Tyrell Washington**
**Tyronne Washington**
**Bruce Washington**
**Larry Rowe**
**Dianne Santee**
**Toni Santee, on her own behalf and on behalf of her minor children,**

   **Paris Johnson,**
   **Traychell White and**
   **Kani Santee**
**Reynell Santee and his spouse,**
   **Tawana Rayford, on their own behalf and on behalf of their minor children,**
   **Ranisha Rayford,**
   **Wynell Rayford and**
   **Reynell Rayford**
**Kelly Simon**
**Robert Santee**
**Diana Santee, on her own behalf and on behalf of her minor children,**
   **Timothy Santee,**
   **Marvin Santee,**
   **Ireal Santee,**
   **Tiffany Santee,**
   **Teianna Santee**
   **Teriane Santee and**
   **Niecal Santee**
**Wilson Ricks**
**Brent Smith, Jr., on his own behalf and on behalf of his minor child,**
   **Brent Smith III**
**Michael Gaines**
**Kim Gaines, on her own behalf and on behalf of her minor children,**
   **Jamechia Smith and**
   **Diamond Beam**
**Victor Moore and his spouse,**
   **Pamelyn Morgan, on their own behalf and on behalf of their minor children,**
   **Victor Lyn Morgan,**
   **Pamelor Morgan,**
   **Vicknesha Morgan and**
   **Victoria Moore**
**Louise Ragas**
**Fayann Ragas**
**Terrill Morris**
**Linda Morris**
**Vanesa Davis**
**James Cook**
**Daniel Davis**
**Jeanette Williams**
**Reverend Curtis Coleman, Sr., on his own behalf and on behalf of his entire Congregation and the Ephesian Missionary Baptist Church**
**Mary P. Mingo**
**Rachel Goldsmith**
**Gayle LeBlanc**

**Michael LeBlanc, and his spouse,**
  **Larice Taylor LeBlanc, on their own behalf and on behalf of their minor child,**
  **Mika Jane LeBlanc**
**Jessie Arbuthnot**
**Curtis Coleman, Sr.**
**Curtis Coleman, Jr.**
**Jerome Coleman**
**Keith Coleman**
**Carnese Williams**
**Raymond Hunter**
**William Hunter**
**AndrewWilliams**
**Eric Williams**
**Winston Williams**
**Paul Mosley, Sr.**
**Paul Mosley, Jr.**
**Brandon Mosley**
**Hope Mosely**
**Shaqual Mosley**
**Shannel Mosely**
**Ivan Mosley**
**Betty Mosley**
**Margarite Rochon**
**Raymond Hunter**
**Naomi Hunter**
**Wilson M. Simmons**
**Procula D. Simmons**
**Tammy Amos**
**Michael Green**
**Ronald M. Farve, on his own behalf and on behalf of his minor daughter,**
  **Rhonda Farve**
**Renee' Farve, on her own behalf and on behalf of her minor children,**
  **Jalicia Slick,**
  **Darvell Burgess and**
  **Dwight Clark**
**Silas Battie**
**Wrenel Hill**
**Janice Hill**
**Shinedel Hill**
**Janet Ausbrook, on her own behalf and on behalf of her mother,**
  **Anna Ausbrook, and her brother,**
  **James Ausbrook**
**Trenese Simon, on her own behalf and on behalf of her minor daughter,**

    **Lashal Simon**
    **Jocelyn Causey**
    **Shelita Simon, on her own behalf and on behalf of her minor children,**
      **Roger Simon,**
      **Rogerrikka Simon,**
      **Terrell Simon,**
      **Terrell Byrd and**
      **Tyrell Byrd**
    **Coleen Mooney**
    **Paul Mosely**
    **Judith Chauppette**
    **Tarita B. Smith, on her own behalf and on behalf of her minor children,**
      **Byron Smith and**
      **Royce Smith**
    **Trey McCrory**
    **Ether Bullock, on her own behalf and on behalf of her minor grandson,**
      **Tharnell Bullock**
    **Charles Terrell**
    **Evelyn McDowell, on her own behalf and on behalf of her deceased mother,**
      **Sylvia Haley, and as personal representative of the deceased, and on behalf of her minor son,**
      **Gino McDowell, her minor grandson,**
      **Bishop Thomas, minor nephew,**
      **Lewis Johnson, and minor niece,**
      **Jaleesa Robinson**

do hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment of the Honorable Stanwood R. Duval, Jr. dated December 8, 2006, a copy of which is appended hereto and marked Exhibit No. 1.

        Respectfully submitted,

        **LAW OFFICES OF**
        **ASHTON R. O'DWYER, JR.**

        **By:    S/Ashton R. O'Dwyer, Jr.**
             **Ashton R. O'Dwyer, Jr.**
             **Bar No. 10166**

-17-

                                 **One Canal Place**
                                 **365 Canal Street**
                                 **Suite 2670**
                                 **New Orleans, LA 70130**
                                 **Telephone: (504) 561-6561**
                                 **Facsimile: (504) 561-6560**

## **CERTICATE OF SERVICE**

     I hereby certify that on December 12, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                          S/ Ashton R. O'Dwyer, Jr.