# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO: LEVEE**

| | | |
|---|---|---|
| C.A. No. 05-4181 O'Dwyer | C.A. No.05-6314 Ezell | |
| C.A. No. 05-4182 Berthelot | C.A. No.05-6324 Brown | C.A. No. 06-2287 Sanchez |
| C.A. No. 05-4191 Jared Vodanovich | C.A. No. 05-6327 LeBlanc | C.A. No. 06-2346 Fitzmorris |
| C.A. No. 05-5237 Ann Vodanovich | C.A. No.06-0060 Tauzin | C.A. No. 062545 Marcello |
| C.A. No. 05-6073 Kirsch | C.A.No. 06-0225 Bradley | |
| C.A. No.06-0886 Finney | C.A. No. 06-2278 Christenberry | |

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of defendants Boh Bros. Construction Co., L.L.C. and B & K Construction Company, Inc. and against all plaintiffs in C.A. No. 05-4181 O'Dwyer, C.A. No. 05-4182 Berthelot, C.A. No. 05-4191 Jared Vodanovich, C.A. No. 05-5237 Ann Vodanovich, C.A. No. 05-6073 Kirsch, C.A. No.06-0886 Finney, C.A. No.05-6314 Ezell, C.A. No.05-6324 Brown, C.A. No. 05-6327 LeBlanc, C.A. No.06-0060 Tauzin, C.A.No. 06-0225 Bradley, C.A. No. 06-2278 Christenberry, C.A. No. 06-2287 Sanchez, C.A. No. 06-2346 Fitzmorris, and C.A. No. 062545 Marcello

New Orleans, Louisiana, this __8th__ day of December, 2006.

/STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE