

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 11 PM 4: 37

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES          CIVIL ACTION 05-4182
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE (NO. 06-7682)          SECTION "K" (2)
                                          JUDGE DUVAL
                                          MAG. WILKINSON

---

### ORDER

**IT IS ORDERED** that the Motion to Reset Hearing on Motion to Certify filed by the

State of Louisiana shall be heard on the _23rd_ day of ~~December~~ March, 2006 at 9:30 a.m./ p.m.

New Orleans, Louisiana this 11th day of December, 2006.

_____
DISTRICT COURT JUDGE

Fee_____
Process_____
X Dktd_____
✓ CtRmDep_____
Doc. No_____