```
                                           FILED
                                       U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF LA

                                     2006 DEC 12  PM 12: 45

                                       LORETTA G. WHYTE
                                             CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: ST. RITA, Fleming (06-5159) | § § § | |

### ORDER

Considering the foregoing United States' Ex Parte Motion for Extension of Time to Plead,

**IT IS HEREBY ORDERED** that defendant, United States of America, is **GRANTED** a twenty (20) day extension of time, through and including December 21, 2006, within which to respond to plaintiffs' Complaint.

New Orleans, LA, this 11th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____
```