**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| CAROL M. BEATMANN, et al., | * | CIVIL ACTION |
| | * | NO. 06-8947 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*     \*     \*     \*     \*     \*     \*     \*

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of

Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by

Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano

("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard

Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party

demand against the United States in the above-listed action should be dismissed.

///

Dated: December 4, 2006                    Respectfully submitted,


                                           PETER D. KEISLER
                                           Assistant Attorney General

                                           C. FREDERICK BECKNER III
                                           Deputy Assistant Attorney General

                                           PHYLLIS J. PYLES
                                           Director, Torts Branch

                                           s/ Kara K. Miller
                                           Kara K. Miller
                                           Trial Attorney, Torts Branch, Civil Division
                                           U.S. Department of Justice
                                           Benjamin Franklin Station, P.O. Box 888
                                           Washington, D.C.  20044
                                           (202) 616-4448 / (202) 616-5200 (Fax)
                                           Attorneys for the United States

## <u>CERTIFICATE OF SERVICE</u>

I, Kara K. Miller, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon all counsel of record by ECF or electronic mail:


Michael Clifford Code
mcode@ubclaw.com

John F. Emmett
jfe@ecwko.com

Jerry Anthony Beatmann, Jr.
beatmann@ubclaw.com

Louis G. Spencer
lgs@ecwko.com

James A. Cobb, Jr.
jac@ecwko.com

Susan E. Henning
seh@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net



s/ Kara K. Miller
Kara K. Miller