UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CAROL M. BEATMANN, et al., | * | CIVIL ACTION |
| | * | NO. 06-8947 |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| SALVADOR A. MANGANO, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \*

**NOTICE OF HEARING**

To:   <u>All Counsel of Record</u>:

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January, 2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana