**Beatmann et al. v. Buffman, Inc., et al., 06-8947**

34th JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. **105 889**                                    DIVISION:

CAROL M. BEATMANN, CHERYL M. STEMPEL, DAVID J. MARES AND SUSAN M.
CARRIGEE, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER,
SHIRLEY V. MARES

VERSUS

SALVADOR A. MANGANO, MABEL B. MANGANO, BUFFMAN, INC.
d/b/a ST. RITA'S NURSING HOME, AND ABC INSURANCE COMPANY

FILED: **FEB 2 3 2006** _____        _____
         /0.20 m                                        DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Carol M.
Beatmann, Cheryl M. Stempel, David J. Mares and Susan M. Carrigee, individually and on
behalf of their mother, Shirley V. Mares, who, with respect represent:

I.

Made defendants herein are:

1.   Salvador A. Mangano, a person of the full age of majority and resident of the
     Parish of St. Bernard, State of Louisiana and within the jurisdiction of this
     Honorable Court;

2.   Mabel B. Mangano, a person of the full age of majority and resident of the Parish
     of St. Bernard, State of Louisiana and within the jurisdiction of this Honorable
     Court;

3.   Buffman, Inc. d/b/a St. Rita's Nursing Home, a Louisiana corporation authorized
     to do and doing business within the Parish of St. Bernard, State of Louisiana and
     within the jurisdiction of this Honorable Court; and

4.   ABC Insurance Company, a fictitious designation of an actual liability insurance
     company authorized to do and doing business in the State of Louisiana, which, at
     all material times herein did insure defendants, Salvador A. Mangano, Mabel B.
     Mangano and/or Buffman, Inc. d/b/a St. Rita's Nursing Home, for liabilities of the
     nature and kind made the basis of this lawsuit.

1

II.

On or about August 29, 2005, Shirley V. Mares was a resident of St. Rita's Nursing Home in the Parish of St. Bernard, State of Louisiana.

III.

At all times material or pertinent herein, Shirley V. Mares was in the care of the defendants, Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. d/b/a St. Rita's Nursing Home.

IV.

At all times material and pertinent herein, ABC Insurance Company maintained in full force and effect an insurance policy insuring the acts of the defendants, Salvador A. Mangano, Mabel B. Mangano and/or Buffman, Inc. d/b/a St. Rita's Nursing Home, as alleged herein, thereby entitling this direct action against the defendant insurer, and thereby also rendering the defendant insurer liable, in solido, with Salvador A. Mangano, Mabel B. Mangano and/or Buffman, Inc. d/b/a St. Rita's Nursing Home for damages as sued for herein.

V.

On or about August 29, 2005, Hurricane Katrina struck St. Bernard Parish bringing rising flood waters. As a result, Shirley V. Mares died of drowning.

VI.

The sole and proximate cause of the death of Shirley V. Mares was the negligence of the defendants, Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. d/b/a St. Rita's Nursing Home.

VII.

Petitioners aver that the above-described incident was in no way caused by them but that same was caused by the negligence of Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc. d/b/a St. Rita's Nursing Home in the following, non-exclusive respects:

1.  Failing to evacuate the residents of St. Rita's Nursing Home despite knowledge of oncoming Hurricane Katrina;

2.  Failing to have an evacuation plan;

3.  Failing to notify families and next of kin of residents of St. Rita's Nursing Home that the residents would not be evacuated;

2

4. Failing to implement an evacuation plan if one exists; and

5. Any and all other acts and/or omissions constituting negligence which may be proven at the trial of this matter.

### VIII.

On the date of her death, Shirley V. Mares was a widower and survived by her only four (4) children, petitioners, Carol M. Beatmann, Cheryl M. Stempel, David J. Mares and Susan M. Carrigee., entitling them to bring a wrongful death action under Louisiana Civil Code Article 2315.2 and a survival action under Louisiana Civil Code Article 2315.1.

### IX.

As a result of the incident sued upon, Shirley V. Mares was made to suffer physical pain and suffering, mental pain and anguish at the time of her death and any and all other elements of damage which may be proven at the trial of this matter.

### X.

As a result of the incident sued upon, petitioners, Carol M. Beatmann, Cheryl M. Stempel, David J. Mares and Susan M. Carrigee, have been made to suffer and will continue to suffer loss of love, affection, companionship and any and all other damages which may be proven at the trial of this matter.

### XI.

Amicable demand has been made to no avail.

### XII.

Petitioners are entitled to and hereby request a trial by jury.

WHEREFORE, petitioners, Carol M. Beatmann, Cheryl M. Stempel, David J. Mares and Susan M. Carrigee, individually and on behalf of their mother, Shirley V. Mares, pray:

1) That a copy of this petition be served upon the defendants and that defendants be cited to appear and answer same within the legal delays permitted by law, and that after all due proceedings are had, there be Judgment herein in favor of petitioners and against the defendants, Salvador A. Mangano, Mabel B. Mangano, Buffman, Inc. d/b/a St. Rita's Nursing Home and ABC Insurance Company, jointly and in solido, for an amount consistent with the law and evidence, plus penalties and attorney fees in accordance with Louisiana law and interest from the date of

3