## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CAROL M. BEATMANN, CHERYL M.**          **CIVIL ACTION**
**STEMPEL, DAVID MARES AND**
**SUSAN M. CARRIGEE**                      **NO. 06-8947**
**INDIVIDUALLY AND ON BEHALF OF**
**THEIR MOTHER, SHIRLEY V.**               **SECTION "K" (2)**
**MARES**

**VERSUS**

**SALVADOR A. MANGANO, MABEL B.**
**MANGANO, BUFFMAN, INC., D/B/A**
**ST. RITA'S NURSING HOME AND**
**ABC INSURANCE COMPANY**

<u>**NOTICE OF HEARING**</u>

TO:     Carol M. Beatmann
        Through Her Counsel of Record
        James A. Cobb, Jr.
        Emmett, Cobb,Waits & Kessenich
        1515 Poydras St., Suite 1950
        New Orleans, LA  70112

    **PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants,

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official

capacity as Secretary of the Louisiana Department of Transportation and Development; State of

Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official

capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the

Attorney General; Charles Foti, in his official capacity as Attorney General of the State of

Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To

Dismiss, on the 27th day of December, at 9:30 o'clock a.m., before the Honorable Stanwood R.

Duval, Jr.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
 Brent B. Barriere (La. Bar No. 2818)
 Special Assistant Attorney General

 Susie Morgan (La. Bar No. 9715)
 Catherine E. Lasky (La. Bar No. 28652)
 Robert R. Wood, Jr. (La. Bar No. 29488)
 **PHELPS DUNBAR LLP**
 Canal Place
 365 Canal Street • Suite 2000
 New Orleans, Louisiana 70130-6534
 Telephone: (504) 566-1311
 Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF**
**TRANSPORTATION AND DEVELOPMENT,**
**JOHNNY BRADBERRY, SECRETARY**

BY:  /s/  William M. Hudson, III
 William M. Hudson, III  (La. Bar No. 1970)
 Special Assistant Attorney General
 Oats & Hudson
 100 East Vermillion Street, Suite 400
 Lafayette, LA  70501
 Telephone:  (337) 233-1100
 Facsimile:  (337) 233-1178

 Clifton O. Bingham, Jr. (La. Bar No. 3052)
 Special Assistant Attorney General
 Oats & Hudson
 343 Third Street, Suite 550

NO.99742647.1

Baton Rouge, LA  70801
Telephone:  (225) 383-9993
Facsimile:  (225) 383-6993

Michael M. Duran, Jr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823


**STATE OF LOUISIANA, KATHLEEN
BLANCO, GOVERNOR**


**BY:**/s/  Shelly D. Dick_____
Shelly D. Dick (La. Bar No. 18865)
Special Assistant Attorney General
Amanda G. Clark (La. Bar No. 24432)
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA  70809
Telephone:  (225) 928-5400
Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS
OFFICIAL CAPACITY AS SECRETARY,
DEPARTMENT OF HEALTH AND
HOSPITALS**

**BY:**   /s/  Stephen Vogt_____
Stephen Vogt (La. Bar No. 07706)
Special Assistant Attorney General
Thibaut, Thibaut & Vogt
P. O. Box 36
7809 Jefferson Hwy, Suite D-3
Baton Rouge, LA  70809
Telephone:  (225) 923-3200
Facsimile:  (225)

NO.99742647.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

James A. Cobb, Jr.
Emmett, Cobb,Waits & Kessenich
1515 Poydras St., Suite 1950
New Orleans, LA  70112

/s/   Brent B. Barriere

NO.99742647.1