IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV 21 PM 4:48
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: § § § MRGO, *Reed*, No. 06-2152 § MRGO, *Ackerson*, No. 06-4066 § § § | |

### EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFFS' OPPOSITIONS TO FOUR OF THE DREDGING DEFENDANTS' MOTIONS TO DISMISS

NOW COMES Phillip Reed, on behalf of himself and all others similarly situated and Fellosea Ackerson, et al. ("Plaintiff"), and request a twenty-four hour extension of the November 21, 2006 deadline by which they are required to file their oppositions to the following four of the eight motions filed by the Dredging Defendants:

1. Rule 12(b)(6) Motion to Dismiss and/or Rule 56 Motion for Summary Judgment on the Affirmative Defense of Peremptory to Dismiss MRGO Plaintiffs' Complaints Against Bean Dredging LLC, Stuyvesant Dredging Corp. and Bean Stuyvesant LLC.;

2. Dredging Defendants' Motion for Judgment on the Pleadings Pursuant to La.R.S. 9:2772 and F.R.C.P. 12(c);

3. Dredging Defendants' Motion to Dismiss Plaintiffs' Claims Pursuant to F.R.C.P. 12(b)(1) and 12(c).; and

4. Dredging Defendants Motion to Dismiss Plaintiff's Concealment and Implied Warranty Claims Pursuant to F.R.C.P. 12(c) and 9(b).

doc 1163
misswp

___ Fee_____
___ Process_____
X  Dktd _____
✓  CtRmDep._____
___ Doc. No_____

In support of this motion Plaintiffs aver that their undersigned counsel need additional time to complete said oppositions.

Plaintiffs' Liaison Counsel, Joseph Bruno, has tried to contact the Dredging Defendants' Liaison Counsel, James H. Roussel and A. Gordon Grant, Jr., to obtain their consent, but was not able to reach them. Therefore, Plaintiffs do not know if they consent to this extension.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III

And

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net
Attorney for all the plaintiffs in *Ackerson*,
No. 06-4066

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 21st day of November, 2006 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail and/or U. S. Mail.

CAMILO K. SALAS III