IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 13 AM 7: 33

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | |

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the date by which Philip Reed on behalf of himself and all others similarly situated and Fellosea Ackerson, et al. are required to file their opposition to four of the eight motions filed by the Dredging Defendants be and the same is hereby EXTENDED until November 22, 2006.

New Orleans, Louisiana, this 12 day of December, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____