# United States District Court
## EASTERN DISTRICT OF LOUISIANA

Louisiana Environmental Action Network, Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-9147

TO:

Lieutenant General Carl A. Strock, Commander
and Chief of Engineers
U.S. Army Corps of Engineers
Headquarters
441 G. Street, NW
Washington, D.C. 20314

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Adam Babich
Tulane Environmental Law Clinic
6329 Freret Street
New Orleans, LA 70118
Tel. No. (504) 865-5789, Direct Line (504) 865-8800

an answer to the complaint which is herewith served upon you, within 60days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

11/11/06

DATE

(BY) DEPUTY CLERK

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 2 November 2006 |
| Name of SERVER (PRINT) Dana Steinberg | | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: .....

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: .....

☐ Returned unexecuted: .....

☑ Other (specify): Certified mail to Lt. Gen. Carl A. Strock, US Army Corps of Engineers, 441 G. St NW, Washington DC 20314; Col. Richard P. Wagenaar US Army Corps of Engineers, 7400 Leake Ave. New Orleans, LA 70118; Alberto Gonzales US Dept of Justice 950 Pennsylvania Ave, Washington DC 20530; Jim Letten Hale Boggs Federal Bldg, 500 Poydras St. New Orleans, LA 70130; Stephen L. Johnson, US EPA 1200 Pennsylvania Ave, DC 20460

| | STATEMENT OF SERVICE FEES | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2 November 2006
Date

Signature of Server

1226 8th St; New Orleans, LA 70115
Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.