UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN M. DARSAM, JR., LAWRENCE J. DARSAM, and FRED J. DARSAM | * * * | CIVIL ACTION |
| Plaintiffs, | * * | NO. 06-9569 |
| v. | * * | JUDGE DUVAL |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABLE BUFFONE MANGANO, and ABC INSURANCE COMPANY | * * * * * * | MAG. JUDGE WILKINSON |
| Defendants. | * * | |
| *    *    *    *    *    *    *    * | * | |

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: December 4, 2006       Respectfully submitted,

    PETER D. KEISLER
    Assistant Attorney General

    C. FREDERICK BECKNER III
    Deputy Assistant Attorney General

    PHYLLIS J. PYLES
    Director, Torts Branch


    s/ Traci L. Colquette
    Traci L. Colquette
    Trial Attorney, Torts Branch, Civil Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 888
    Washington, D.C. 20044
    (202) 305-7536 / (202) 616-5200 (Fax)
    Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the following parties by ECF or electronic mail:

| | |
|---|---|
| Chadwick William Collings<br>chad@thornhilllawfirm.com | Jeremy D. Goux<br>wynnegouxlobello@bellsouth.net |
| Tommy Wood Thornhill<br>tom@thornhilllawfirm.com | Louis G. Spencer<br>lgs@ecwko.com |
| James A. Cobb, Jr.<br>jac@ecwko.com | Susan E. Henning<br>seh@ecwko.com |

                                         s/ Traci L. Colquette
                                             Traci L. Colquette