UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN M. DARSAM, JR., LAWRENCE J. DARSAM, and FRED J. DARSAM | * * * | CIVIL ACTION<br>NO. 06-9569 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL<br>MAG. JUDGE WILKINSON |
| BUFFMAN, INC. d/b/a ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABLE BUFFONE MANGANO, and ABC INSURANCE COMPANY | * * * * * | |
| Defendants. | * * | |
| *   *   *   *   *   *   *   * | * | |

## NOTICE OF HEARING

To:   All Counsel of Record:

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January,

2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

      New Orleans, Louisiana, this \_\_\_\_ day of _____, 2006.

                                          _____
                                          Judge Stanwood R. Duval
                                          Eastern District of Louisiana