UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN M. DARSAM, JR., LAWRENCE J. DARSAM, AND FRED J. DARSAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-9569** |
| **BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR MANGANO, MABEL BUFFONE MANGANO AND ABC INSURANCE COMPANY** | **SECTION "B" (4)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, come third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") and respectfully request that this Court dismiss them from the above-captioned proceeding pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The Louisiana Defendants are protected from suits in federal court pursuant to

the Eleventh Amendment of the United States Constitution, because they are all administrative arms and officials of the State of Louisiana to whom sovereign immunity applies. Consequently, the Louisiana Defendants are entitled to dismissal of all claims against them.

For the foregoing reasons and as more fully detailed in the attached memorandum in support, third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana, respectfully pray this motion to dismiss be granted and that the claims against them asserted by the third-party plaintiff, Buffman, Inc. d/b/a St. Rita's Nursing Home and ABC Insurance Company, be dismissed.

    Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:     /s/   Brent B. Barriere
        Brent B. Barriere (La. Bar No. 02818)
        Special Assistant Attorney General

        Susie Morgan (La. Bar No. 09715)
        Catherine E. Lasky (La. Bar No. 28652)
        Robert R. Wood, Jr. (La. Bar No. 29488)
        **PHELPS DUNBAR LLP**
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

BY: /s/   William M. Hudson, III
William M. Hudson, III (La. Bar No. 1970)
Special Assistant Attorney General
Oats & Hudson
100 East Vermillion Street, Suite 400
Lafayette, LA  70501
Telephone:  (337) 233-1100
Facsimile:  (337) 233-1178


Clifton O. Bingham, Jr. (La. Bar No. 3052)
Special Assistant Attorney General
Oats & Hudson
343 Third Street, Suite 550
Baton Rouge, LA  70801
Telephone:  (225) 383-9993
Facsimile:  (225) 383-6993

Michael M. Duran, Sr. (La. Bar No. 18875)
Special Assistant Attorney General
Oats & Hudson
530 Natchez Street, Suite 200
New Orleans, LA  70130
Telephone:  (504) 527-0960
Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

BY:/s/   Shelly D. Dick
Shelly D. Dick(La. Bar No. 18865)
Special Assistant Attorney General
Amanda G. Clark (La. Bar No. 24432)
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA  70809
Telephone:  (225) 928-5400
Facsimile:  (225) 346-0285

**- AND –**

NO.99742640.1

- 4 -

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**  /s/   Stephen Vogt
      Stephen Vogt (La. Bar No. 07706)
      Special Assistant Attorney General
      Thibaut, Thibaut & Vogt
      P. O. Box 36
      7809 Jefferson Hwy, Suite D-3
      Baton Rouge, LA  70809
      Telephone:  (225) 923-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

    Daniel L. Dysart
    Paul A. Tabary, III
    3510 N.Causeway Blvd., Suite 699
    Metairie, LA  70002
                /s/   Brent B. Barriere

NO.99742640.1