UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN M. DARSAM, JR., LAWRENCE J. DARSAM, AND FRED J. DARSAM** | **CIVIL ACTION** |
| Versus | **NO. 06-9569** |
| **BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME, SALVADOR MANGANO, MABEL BUFFONE MANGANO AND ABC INSURANCE COMPANY** | **SECTION "B" (4)** |

## NOTICE OF HEARING

TO:   John M. Darsam, Jr.
      Through His Counsel of Record
      Daniel L. Dysart
      Paul A. Tabary, III
      3510 N. Causeway Blvd., Suite 699
      Metairie, LA  70002

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To

NO.99742643.1

Dismiss, on the 27th day of December, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

        Respectfully submitted,

        **CHARLES C. FOTI, JR.**
        **ATTORNEY GENERAL**

BY:   /s/  Brent B. Barriere
        Brent B. Barriere (La. Bar No. 2818)
        Special Assistant Attorney General

        Susie Morgan (La. Bar No. 9715)
        Catherine E. Lasky (La. Bar No. 28652)
        Robert R. Wood, Jr. (La. Bar No. 29488)
        **PHELPS DUNBAR LLP**
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

BY:   /s/  William M. Hudson, III
        William M. Hudson, III (La. Bar No. 1970)
        Special Assistant Attorney General
        Oats & Hudson
        100 East Vermillion Street, Suite 400
        Lafayette, LA 70501
        Telephone: (337) 233-1100
        Facsimile: (337) 233-1178

        Clifton O. Bingham, Jr. (La. Bar No. 3052)
        Special Assistant Attorney General
        Oats & Hudson
        343 Third Street, Suite 550
        Baton Rouge, LA 70801
        Telephone: (225) 383-9993
        Facsimile: (225) 383-6993

        Michael M. Duran, Jr. (La. Bar No. 18875)
        Special Assistant Attorney General
        Oats & Hudson
        530 Natchez Street, Suite 200
        New Orleans, LA  70130
        Telephone:  (504) 527-0960
        Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/  Shelly D. Dick
        Shelly D. Dick (La. Bar No. 18865)
        Special Assistant Attorney General
        Amanda G. Clark (La. Bar No. 24432)
        Forrester, Jordan & Dick
        4981 Bluebonnet Avenue
        Baton Rouge, LA  70809
        Telephone:  (225) 928-5400
        Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/  Stephen Vogt
        Stephen Vogt (La. Bar No. 07706)
        Special Assistant Attorney General
        Thibaut, Thibaut & Vogt
        P. O. Box 36
        7809 Jefferson Hwy, Suite D-3
        Baton Rouge, LA  70809
        Telephone:  (225) 923-3200
        Facsimile:  (225)

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

    Daniel L. Dysart
    Paul A. Tabary, III
    3510 N. Causeway Blvd., Suite 699
    Metairie, LA  70002

                      /s/   Brent B. Barriere