UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN M. DARSAM, JR., LAWRENCE J. DARSAM and FRED J. DARSAM | * * * | CIVIL ACTION |
| | * | NO.: 06-9569 |
| **Plaintiffs** | * * | SECTION: ~~B(4)~~ K(2) |
| VERSUS | * * | |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABS INSURANCE COMPANY | * * * * * | |
| **Defendants** | * | |

**Notice of Hearing**
~~ORDER~~

Considering the Motion to Remand, filed by the original plaintiffs it is:

*noticed*  ~~ORDERED~~ that this matter is set for hearing on the 10th ~~17th~~ day of January, 2007 at ~~9:00~~ 9:30 a.m.

**ORDER** signed this _____ day of, 2006 at New Orleans, Louisiana.

_____
JUDGE