UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K" <br> JUDGE STANWOOD R. DUVAL, JR. <br><br> MAG. DIV. 2 <br> MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: | | |
| MRGO (Reed, No. 06-2152); | | |
| MRGO (Ackerson, No. 06-4066) | | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Amend and Correct;

IT IS HEREBY ORDERED that Manson Gulf, LLC's *Ex Parte* Motion to Amend and Correct is hereby GRANTED.

New Orleans, Louisiana, this  11th   day of December, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99742701.1