UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JUNE L. ALIFF, DONALD W. LAE, LOUIS LAE JR. AND DEBRA MARSHALL, Individually and on Behalf of Their Mother, LAURA MAE LAE | * * * * * | CIVIL ACTION<br><br>NO. 06-9642 |
| Plaintiffs, | * * | |
| v. | * * | JUDGE DUVAL<br>MAG. JUDGE WILKINSON |
| THE MANGANO CORPORATION d/b/a/ ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO AND MABEL BUFFONE MANGANO | * * * * * | |
| Defendants. | * * | |
| *    *    *    *    *    *    *    * | | |

### UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: December 4, 2006          Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        s/ Traci L. Colquette
        Traci L. Colquette
        Trial Attorney, Torts Branch, Civil Division
        U.S. Department of Justice
        Benjamin Franklin Station, P.O. Box 888
        Washington, D.C.  20044
        (202) 305-7536 / (202) 616-5200 (Fax)
        Attorneys for the United States

## **CERTIFICATE OF SERVICE**

      I, Traci L. Colquette, hereby certify that on December 4, 2006, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the following parties by ECF or electronic mail:

| | |
|---|---|
| Frank E. Lamothe, III<br>felamothe@lamothefirm.com | Jeremy D. Goux<br>wynnegouxlobello@bellsouth.netChadwick |
| James A. Cobb, Jr.<br>jac@ecwko.com | |

                                          s/ Traci L. Colquette
                                              Traci L. Colquette