**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| JUNE L. ALIFF, DONALD W. LAE, | * | CIVIL ACTION |
| LOUIS LAE JR. AND DEBRA | * | |
| MARSHALL, Individually and on Behalf | * | NO. 06-9642 |
| of Their Mother, LAURA MAE LAE | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| THE MANGANO CORPORATION d/b/a/ | * | |
| ST. RITA'S NURSING FACILITY, | * | |
| SALVADOR A. MANGANO AND | * | |
| MABEL BUFFONE MANGANO | * | |
| | * | |
| Defendants. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF HEARING**

To:    All Counsel of Record:


       PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to

Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United

States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January,

2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral

argument.


       New Orleans, Louisiana, this _____ day of _____, 2006.


                                        _____
                                        Judge Stanwood R. Duval
                                        Eastern District of Louisiana