# Aliff v. Mangano Corp., 06-9642

34TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. BERNARD

STATE OF LOUISIANA

NO. **106 446**

DIVISION **D**

JUNE L. ALIFF, DONALD W. LAE,
LOUIS LAE, JR. AND DEBRA MARSHALL,
Individually and on Behalf of Their Mother,
LAURA MAE LAE

VERSUS

THE MANGANO CORPORATION d/b/a ST. RITA'S NURSING FACILITY,
SALVADOR A. MANGANO AND MABEL BUFFONE MANGANO

FILED: _____ JUN 14 2006 _____

_Lora R. Torres_

DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of June L. Aliff, Donald W. Lae, Louis Lae, Jr. and Debra Marshall, each individually and on behalf of their deceased mother, Laura Mae Lae, with respect represents the following:

I.

June L. Aliff, Donald W. Lae and Louis Lae, Jr. are all persons of the full age of majority and residents of the Parish of Jefferson, State of Louisiana; Debra Marshall, also a person of the full age of majority, is a resident of the Parish of Tangipahoa, State of Louisiana.

II.

Made defendants herein are:

A) Mangano Corporation d/b/a St. Rita's Nursing Facility, a domestic corporation authorized to do and doing business in the Parish of St. Bernard, State of Louisiana;

B) Salvador A. Mangano, a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana; and

C) Mabel Buffone Mangano, a person of the full age of majority and a resident of the Parish of St. Bernard, State of Louisiana.

Lindsey Ladouceur                    9858934325            p.2

opposed to evacuating her with family members since they could take care of her and provide all her comforts. They assured Mrs. Marshall that they would do nothing to put her mother at risk.

## VIII.

On Monday, August 29, 2005, Laura Mae Lae was abandoned in the St. Rita Nursing Home Facility, as staff fled to save their lives, as flooding from Hurricane Katrina engulfed the facility.

## IX.

After the storm had occurred, the family had no knowledge of whether or not Laura Mae Lae had perished or had survived. The family made numerous efforts to locate staff and survivors in an attempt to locate Mrs. Lae. During the week of Thanksgiving 2005, the family was advised that Laura Mae Lae's remains had been identified from a surgical pin in her hip from a prior hip surgery.

## X.

The above described acts were caused through the intentional conduct and negligence of St. Rita's Nursing Facility, Salvador Mangano, Mabel Buffone Mangano, its nurses, employees, and staff, which intentional conduct and negligence is more particularly described as follows:

a)   Failure to follow its own policy and/or protocol for a hurricane evacuation;

b)   Failure to accept transportation for evacuation from St. Bernard Parish authorities;

c)   Abandonment of the residents by St. Rita's Nursing Facility;

d)   Intentionally leaving patients at the nursing facility without any means of life support;

e)   Failing to have in place an evacuation policy and/or protocol;

Lindsay Ladouceur                              9858934325              p.3

f)    Failing to have a plan to evacuate patients in the event of an emergency;

g)    Violation of Laura Mae Lae's resident rights to a safe and secure place to live.

### XI.

Plaintiffs have suffered grief, mental anguish and distress, and loss of love and affection as a result of the death of their mother.

### XII.

Laura Mae Lae experienced substantial physical pain and suffering, mental anguish, emotional trauma as the floodwaters rose and she was unable to do anything to save herself and which eventually resulted in an anguishing painful death by drowning.

### XIII.

Plaintiffs, June L. Aliff, Donald W. Lae, Louis Lae, Jr. and Debra Marshall have a survival and wrongful death claim against St. Rita's Nursing Facility, The Mangano Corporation, Salvador Mangano and Mabel Buffone Mangano.

### XIV.

Petitioners are entitled to and hereby demand trial by jury on all issues.

WHEREFORE, petitioners prays that defendants in this matter be cited and served with a certified copy of this Petition and that they be made to appear and answer same; that after due proceedings, there be judgment rendered herein in favor of petitioners, June L. Aliff, Donald W. Lae, Louis Lae, Jr. and Debra Marshall, and against defendants, The Mangano Corporation d/b/a St. Rita's Nursing Facility, Salvador Mangano and Mabel Buffone Mangano, in an amount reasonable in the premises. Petitioners