# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 3 0 2006
LORETTA G. WHYTE
CLERK

November 27, 2006

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 06-30840   In Re: Katrina Canal
USDC No.   2:05-CV-4182
           2:05-CV-4181

The court has granted the appellants' motion to reinstate the appeals.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Renee S. McDonough, Deputy Clerk
504-310-7673

P.S. The clerk of the district court is requested to certify the record on appeal within fifteen (15) days from this date and send notification to this office when certification is complete.

Mr Joseph W Hecker
Mr Ashton R O'Dwyer Jr
Mr William D Aaron Jr
Mr Thomas P Anzelmo Sr
Mr Joseph Vincent DiRosa Jr
Ms Catherine J Finnegan
Mr Thomas F Gardner
Mr Ralph S Hubbard III
Mr Michael C Keller
Mr Ben Louis Mayeaux
Ms Penya M Moses-Fields
Mr James B Mullaly
Mr George R Simno III

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

```
Mr Victor E Stilwell Jr
Mr Christopher Kent Tankersley
Ms Deborah Louise Wilson
Ms Loretta Whyte, Clerk

MOT-2
```