FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 11 PM 3:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION NO: 05-4182 (2) * CONS. KATRINA CANAL * |
| PERTAINS TO: | * JUDGE DUVAL, * |
| INSURANCE (*Vanderbrook*, C.A. No. 05-6323) | * MAGISTRATE WILKINSON * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that the *Vanderbrook* Plaintiffs have filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's Order dated November 27, 2006, granting, in part, State Farm Fire and Casualty Company, Inc.'s Rule 12 Motion to Dismiss the Plaintiffs' Complaints.

Respectfully Submitted,

*/s/ Robert G. Harvey*

Robert G. Harvey, Sr. (La/Bar No. 18615)
Law Office of Robert G. Harvey, Sr., APLC
2609 Canal Street
New Orleans, LA 70119
504-822-2136
rgharvey@bellsouth.net

\_\_ Fee 455 paid
\_\_ Process_____
X Dktd _____
\_\_ CtRmDep_____
\_\_ Doc. No_____

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___11th___ day of December, 2006.

_____
ROBERT G. HARVEY