UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE L. ALIFF, DONALD W. LAE, LOUIS LAE, JR. AND DEBRA MARSHALL, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, LAURA MAE LAE<br><br>VERSUS<br><br>THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO, SR., AND MABEL BUFFONE MANGANO | CIVIL ACTION<br>NO. 06-9642 "C" (2)<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE 2<br>MAGISTRATE JOSEPH C. WILKINSON, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") and respectfully request that this Court dismiss

99742607

them from the above-captioned proceeding pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.  The Louisiana Defendants are protected from suits in federal court pursuant to the Eleventh Amendment of the United States Constitution, because they are all administrative arms and officials of the State of Louisiana to whom sovereign immunity applies.  Consequently, the Louisiana Defendants are entitled to dismissal of all claims against them.

For the foregoing reasons and as more fully detailed in the attached memorandum in support, third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana, respectfully pray this motion to dismiss be granted and that the claims against them asserted by the third-party plaintiff, Buffman, Inc. d/b/a St. Rita's Nursing Home and ABC Insurance Company, be dismissed.

    Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:
    /s/   Brent B. Barriere
    Brent B. Barriere (La. Bar No. 02818)
    Special Assistant Attorney General

    Susie Morgan (La. Bar No. 09715)
    Catherine E. Lasky (La. Bar No. 28652)
    Robert R. Wood, Jr. (La. Bar No. 29488)
    **PHELPS DUNBAR LLP**
    Canal Place
    365 Canal Street • Suite 2000

      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

**BY:** /**s**/   William M. Hudson, III
      William M. Hudson, III (La. Bar No. 1970)
      Special Assistant Attorney General
      Oats & Hudson
      100 East Vermillion Street, Suite 400
      Lafayette, LA  70501
      Telephone:  (337) 233-1100
      Facsimile:  (337) 233-1178

      Clifton O. Bingham, Jr. (La. Bar No. 3052)
      Special Assistant Attorney General
      Oats & Hudson
      343 Third Street, Suite 550
      Baton Rouge, LA  70801
      Telephone:  (225) 383-9993
      Facsimile:  (225) 383-6993

      Michael M. Duran, Sr. (La. Bar No. 18875)
      Special Assistant Attorney General
      Oats & Hudson
      530 Natchez Street, Suite 200
      New Orleans, LA  70130
      Telephone:  (504) 527-0960
      Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:**/s/   Shelly D. Dick
      Shelly D. Dick(La. Bar No. 18865)
      Special Assistant Attorney General
      Amanda G. Clark (La. Bar No. 24432)
      Forrester, Jordan & Dick
      4981 Bluebonnet Avenue
      Baton Rouge, LA  70809

        Telephone:  (225) 928-5400
        Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**  /s/   Stephen Vogt
    Stephen Vogt (La. Bar No. 07706)
    Special Assistant Attorney General
    Thibaut, Thibaut & Vogt
    P. O. Box 36
    7809 Jefferson Hwy, Suite D-3
    Baton Rouge, LA  70809
    Telephone:  (225) 923-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

    Frank E. LaMothe, III
    LaMothe Law Firm
    315 Lee Lane, Suite 104
    Covington, LA  70433

        /s/   Brent B. Barriere