UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE L. ALIFF, DONALD W. LAE, LOUIS LAE, JR. AND DEBRA MARSHALL, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, LAURA MAE LAE | CIVIL ACTION NO. 06-9642 "C" (2) |
| | JUDGE STANWOOD R. DUVAL, JR. |
| VERSUS | |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO, SR., AND MABEL BUFFONE MANGANO | MAGISTRATE 2 MAGISTRATE JOSEPH C. WILKINSON, JR. |

**************************************************************************

**O R D E R**

Upon consideration of the foregoing Joint Motion to Dismiss The State of Louisiana d/b/a Louisiana State University Health Sciences Center, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; and State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana from the above-captioned proceeding without prejudice, and it appearing to this Court that there are the grounds for the relief requested in the Motion:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion is granted;

NO.99742619.1

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that State of Louisiana d/b/a Louisiana State University Health Sciences Center Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, and Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana are dismissed from the above-captioned proceeding without prejudice.

_____
UNITED STATES DISTRICT JUDGE