UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE L. ALIFF, DONALD W. LAE, LOUIS LAE, JR. AND DEBRA MARSHALL, INDIVIDUALLY AND ON BEHALF OF THEIR MOTHER, LAURA MAE LAE | CIVIL ACTION NO. 06-9642 "C" (2) |
| | JUDGE STANWOOD R. DUVAL, JR. |
| VERSUS | |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO, SR., AND MABEL BUFFONE MANGANO | MAGISTRATE 2 MAGISTRATE JOSEPH C. WILKINSON, JR. |

## NOTICE OF HEARING

TO: June Aliff
Through Her Attorney of Record
Frank E. LaMothe, III
LaMothe Law Firm
315 Lee Lane, Suite 104
Covington, LA 70433

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants,

Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of

Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official

capacity as Secretary of the Louisiana Department of Transportation and Development; State of

Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official

capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the

Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 27th day of December, at 9:30 [handwritten, struck through 9:00] o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

          Respectfully submitted,

          **CHARLES C. FOTI, JR.**
          **ATTORNEY GENERAL**

          BY:   /s/ Brent B. Barriere
                 Brent B. Barriere (La. Bar No. 2818)
                 Special Assistant Attorney General

                 Susie Morgan (La. Bar No. 9715)
                 Catherine E. Lasky (La. Bar No. 28652)
                 Robert R. Wood, Jr. (La. Bar No. 29488)
                 **PHELPS DUNBAR LLP**
                 Canal Place
                 365 Canal Street • Suite 2000
                 New Orleans, Louisiana 70130-6534
                 Telephone: (504) 566-1311
                 Telecopier: (504) 568-9130

          **STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

          BY:   /s/ William M. Hudson, III
                 William M. Hudson, III (La. Bar No. 1970)
                 Special Assistant Attorney General
                 Oats & Hudson
                 100 East Vermillion Street, Suite 400
                 Lafayette, LA 70501
                 Telephone: (337) 233-1100
                 Facsimile: (337) 233-1178

                 Clifton O. Bingham, Jr. (La. Bar No. 3052)
                 Special Assistant Attorney General
                 Oats & Hudson
                 343 Third Street, Suite 550

    Baton Rouge, LA  70801
    Telephone:  (225) 383-9993
    Facsimile:  (225) 383-6993

    Michael M. Duran, Jr. (La. Bar No. 18875)
    Special Assistant Attorney General
    Oats & Hudson
    530 Natchez Street, Suite 200
    New Orleans, LA  70130
    Telephone:  (504) 527-0960
    Facsimile:  (504) 524-2823


**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/  Shelly D. Dick
    Shelly D. Dick (La. Bar No. 18865)
    Special Assistant Attorney General
    Amanda G. Clark (La. Bar No. 24432)
    Forrester, Jordan & Dick
    4981 Bluebonnet Avenue
    Baton Rouge, LA  70809
    Telephone:  (225) 928-5400
    Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/  Stephen Vogt
    Stephen Vogt (La. Bar No. 07706)
    Special Assistant Attorney General
    Thibaut, Thibaut & Vogt
    P. O. Box 36
    7809 Jefferson Hwy, Suite D-3
    Baton Rouge, LA  70809
    Telephone:  (225) 923-3200
    Facsimile:  (225)

- 4 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 4th day of December, 2006.

Frank E. LaMothe, III
LaMothe Law Firm
315 Lee Lane, Suite 104
Covington, LA  70433

/s/   Brent B. Barriere