```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2006 DEC 11  PM 5:03

                                LORETTA G. WHYTE
                                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION NO.: 05-4182 (2) * CONS. KATRINA CANAL * |
| PERTAINS TO: | * JUDGE DUVAL, JR. * |
| INSURANCE (Chehardy, No. 06-1672  C/W No. 06-1673  C/W No. 06-1674) | * MAGISTRATE WILKINSON, JR. * * |

**NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL**

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that defendants Allstate Insurance Company and Allstate Indemnity Company (collectively "Allstate"), have filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's

```
___ Fee____
___ Process___
 X  Dktd___
___ CtRmDep___
___ Doc. No___
```

73594

Order dated November 27, 2006, denying Allstate's Rule 12 Motion to Dismiss.

New Orleans, Louisiana, this 11th day of December, 2006.

Respectfully submitted,

*[signature]*

Judy Y. Barrasso, 12986
Edward R. Wicker, Jr., 27138
Of
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance
Company and Allstate Indemnity
Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Allstate Insurance Company's and Allstate Indemnity Company's Notice of Filing of Petition for Permission to Appeal has been served upon all counsel of record by email transmission, this 11th day of December, 2006.

*[signature]*

73594