UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    *    CIVIL ACTION
CONSOLIDATED LITIGATION    *    NO. 05-4182 "K"(2)
   *    JUDGE DUVAL
   *    MAG. WILKINSON

PERTAINS TO:
   06-9642
ST. RITA'S: *Aliff, et al.*, Case No. ~~06-8972~~

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come plaintiffs herein, June L. Aliff, Mrs. Debra Marshall, Mr. Donald W. Lae, and Mr. Louis D. Lae, individually and as the surviving children of their mother, Mrs. Laura Mae Lae,, who hereby move this Honorable Court to remand the claims in the above captioned matter which were recently removed from state court, for the reason for set forth in the accompanying memorandum.

WHEREFORE, plaintiffs, Ms. June Aliff, Mrs. Debra Marshall, Mr. Donald W. Lae, and Mr. Louis D. Lae, individually and as the surviving children of their mother, Mrs. Laura Mae Lae, respectfully request that this Motion to Remand be granted and that this Honorable Court refuse to exercise jurisdiction over this matter and remand this action to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

FRANK E. LAMOTHE, III (#07945)
LAMOTHE LAW FIRM, LLC
315 Lee Lane, Suite 104
Covington, Louisiana 70433
Telephone: (985) 249-6800
Facsimile: (985) 249-6006

Attorney for plaintiffs,
Ms. June Aliff, Mrs. Debra Marshall,
Mr. Donald W. Lae,; and Mr. Louis D.
Lae on behalf of their deceased mother,
Ms. Laura Mae Lae.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, by depositing same in the United States Postal Service, properly addressed and postage prepaid, this date, December 6, 2006.

FRANK E. LAMOTHE, III