UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>                06-9642<br>ST. RITA'S: *Aliff, et al.*, Case No. ~~06-8972~~ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## MEMORANDUM IN SUPPORT OF MOTION TO REMAND

MAY IT PLEASE THE COURT:

In support of their motion to remand, plaintiffs hereby adopt, incorporate, and plead as if reproduced herein all of the arguments made in the motions to remand and documents previously filed by the following parties in this consolidated litigation, case No. 69642:

1. Allan Johnson, Document No. 1599, Specific Case No. 06-7400

2. Tommy Rodrigue, Document No.1600, Specific Case No. 06-6639

3. Susan Conlon, Document No. 1642, Specific Case No, 06-9321

4. Darlene Thedy, Document No. 1807, Specific Case No. 06-8106

5. Joy Lewis, Document No. 1813, Specific Case No. 06-8107

6. Norman Morales, Document No. 1817, Specific Case No. 06-5962

7. Brenda Berthelot, Document No. 1822, Specific Case No. 06-8810

8. Emile R. Poissenot et al., Document No. 1835, Specific Case No. 06-7858

9. Wes Kramer et al., Document No. 1866-2, Specific Case No. 06-7457

10. Salvador Gonzales, et al., Document No. 1915-2, Specific Case No. 106-446

In further support of this motion and as evidence of the fact that defendants' third party demand against the United States of America, upon which this removal was based, was an improper and contrived attempt by the defendants to have this case removed to federal court as a litigation tactic, plaintiffs direct this courts attention to Exhibits "A and "B" previously filed as attachments to document number 1849 in case no. 06-8972 and document number 1883 in case no. 06-8761 in this consolidated matter. These Judgments from the 34th Judicial District Court for the Parish of St. Bernard evidence that the defendants voluntarily dismissed their claims against the United States Government in several of the consolidated cases, which, like the instant case, arise from the same set of operative facts – the defendants' operation of St. Rita's Nursing Home and the deaths of its residents on August 29, 2005. Defendants' willingness to voluntarily dismiss the United States as a defendant in those cases, all of which were pending in the 34th Judicial District Court and which had been the subject of a case management order in that jurisdiction, is evidence that the United States in neither

an indispensable or necessary party to those related cases, or to the case presently before this Court.

Defendants do not truly believe that they are entitled to indemnity or contribution in tort from the United States, otherwise defendants would not have voluntarily dismissed them from those consolidated cases. In effect, by proceeding in the manner that they have, the defendants have frustrated judicial economy. The St. Rita's cases were pending in Louisiana District Court for the Parish of St. Bernard, where Judge Frank Foil had been appointed over them all. Initial conferences had been held by Judge Foil, and the cases were organized into groups for administrative purposes. By arbitrarily suing the United States in some, but not all of those cases, the defendants have now frustrated any attempts at orderly discovery and trial of the cases, resulting in more procedural hurdles for the plaintiffs to overcome before these matters all end up in state court. It is the most efficient and proper way for this Court to remand the cases forthwith.

WHEREFORE, plaintiffs, Ms. June Aliff, Mrs. Debra Marshall, Mr.Donald W. Lae, and Mr. Louis D. Lae, individually, and as the surviving children of their mother, Mrs. Laura Mae Lae, respectfully request that this Motion to Remand will be granted and that this Honorable Court refuse to exercise jurisdiction over this matter and remand this action to the 34th Judicial District Court for the Parish of St. Bernard.

Respectfully submitted,

*/s/ Frank E. Lamothe, III*

**FRANK E. LAMOTHE, III (#07945)**
**LAMOTHE LAW FIRM, LLC**
315 Lee Lane, Suite 104
Covington, Louisiana 70433
Telephone: (985) 249-6800
Facsimile: (985) 249-6006

Attorney for plaintiffs,
Ms. June Aliff, Mrs. Debra Marshall,
Mr. Donald W. Lae,; and Mr. Louis D.
Lae on behalf of their deceased mother,
Ms. Laura Mae Lae.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record, by depositing same in the United States Postal Service, properly addressed and postage prepaid, this date, December 6, 2006.

*/s/*
FRANK E. LAMOTHE, III