UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * * | CIVIL ACTION 5-4182 "K"(2) |
| CONSOLIDATED LITIGATION | * * | JUDGE DUVAL Mag. Wilkinson |

PERTAINS TO:

06-9642

ST. RITA'S: *Aliff, et al.*, Case No. 06-8972

* * * * * * * * * * * *

## NOTICE OF MOTION

PLEASE TAKE NOTICE that petitioner, June L. Aliff, et al., through undersigned counsel, will bring on their Motion to Remand before the Honorable Stanwood Duval, United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130, on the 10th day of January, 2007, at 9:30a.m., or as soon thereafter as possible.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by depositing same in the United States Postal Service, properly addressed and postage prepaid, this date, December 6, 2006.

FRANK E. LAMOTHE, III