```
                                                    FILED
                                              U.S. DISTRICT COURT
                                             EASTERN DISTRICT OF LA

                                              2006 DEC 11  PM 5:03

                                                 LORETTA G. WHYTE
                                                      CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * CIVIL ACTION NO.: 05-4182 (2) * CONS. KATRINA CANAL * |
| PERTAINS TO: | * JUDGE DUVAL, JR. * |
| INSURANCE (Humphreys, No. 06-0169) | * MAGISTRATE WILKINSON, JR. * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF PETITION FOR PERMISSION TO APPEAL

NOTICE IS HEREBY GIVEN to this Honorable Court and to all parties through their counsel of record that defendant Encompass Insurance Company ("Encompass"), has filed a petition this day in the United States Court of Appeals for the Fifth Circuit seeking appellate review of this Court's Order dated November 27, 2006,

```
                                    ___ Fee_____
                                    ___ Process___
                                     X  Dktd_____
                                    ___ CtRmDep___
                                    ___ Doc. No___
```

73601

denying Encompass' Rule 12 Motion to Dismiss.

New Orleans, Louisiana, this 11th day of December, 2006.

Respectfully submitted,

_____
Judy Y. Barrasso, 12986
Susan M. Rogge, 28203
   Of
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Encompass Insurance Company

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Encompass Insurance Company's Notice of Filing of Petition for Permission to Appeal has been served upon all counsel of record by email transmission, this 11th day of December, 2006.

_____

73601