OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  DEC 1 2 2006
**LORETTA G. WHYTE**
**CLERK**

Date: 12-12-06

In Re: Katrina Canal Breaches Consolidated Litigation

Pertains to: Cochran (06-5785)

Case No. 05-4182 Section K(2)

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Bob. Bros. Construction Co., L.L.C.
   (address) 12203 Airline Highway, Baton Rouge, LA
2. (name) Washington Group International, Inc.
   (address) 320 Somerulos St., Baton Rouge, LA
3. (name) Virginia Wrecking Company, Inc.
   (address) 8550 United Plaza Blvd., Baton Rouge, LA
4. (name) Gulf Group, Inc. of Florida
   (address) 7028 Bellaire Drive, New Orleans, LA

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs (06-5785)
Address 3117 22nd Street, Suite 6
Met., LA 70002

___ Fee_____
___ Process BG 12 Sms
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__

(1)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 12-12-06

In Re: Katrina Canal Breaches Consolidated Litigation

vs.

Pertains to: Cochran (06-5785)

Case No. 05-4182 Section K(2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

5. 1. (name) Modjeski and Masters, Inc.
   (address) 1055 St. Charles Ave., New Orleans, LA

6. 2. (name) C.R. Pittman Construction Company, Inc.
   (address) 1047 Oriole St., New Orleans, LA

7. 3. (name) Pittman Construction Co. of LA, Inc.
   (address) 3021 Franklin, New Orleans, LA

8. 4. (name) Burk-Klein Peter, Inc.
   (address) 755 Magazine St., New Orleans, LA

Very truly yours,

_____
"Signature"
Attorney for Plaintiffs (06-5785)
Address 3117 22nd Street, Suite 6
Met., LA 70002

```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: 12-12-06

In Re: Katrina Canal Breaches Consolidated Litigation

vs.

Pertains to: Cochran (06-5785)

Case No. 05-4182 Section K(2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

9. 1. (name) Burk-Kleinpeter, L.L.C.
   (address) 4176 Canal Street, New Orleans, LA

10. 2. (name) B & K Construction Co, Inc.
    (address) 520 N. Causeway Blvd., Mandeville, LA

11. 3. (name) Miller Excavating Service, Inc.
    (address) 421 Alemedia Rd., St. Rose, LA

12. 4. (name) James Construction Group, Inc.
    (address) 11200 Industriplex Blvd, Baton Rouge, LA

Very truly yours,

_____
"Signature"

Attorney for Plaintiffs (06-5785)
Address 3117 22nd Street, Suite 6
Met., LA 70002

(3)