KATRINA-RELATED
ST. RITA'S NURSING HOME

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 13  AM 10: 56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LUCILLE FRANZ, EUGENE RUIZ AND PETER RUIZ, JR., individually and on behalf of their sibling, ROSEMARY DAVIS, | * | CIVIL ACTION |
| | * | NUMBER: 06-10426 |
| Plaintiffs, | * | SECTION: "K" (2) |
| v. | * | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, BUFFMAN, INC. D/B/A ST. RITA'S NURSING HOME FACILITY, MANGANO CONSULTANTS, INC., AND MANGANO MANAGEMENT, INC., LOUISIANA NURSING HOME ASSOCIATION, INC., AND ABC INSURANCE COMPANY, | * | |
| Defendants. | * | |

\* \* \* \*

## COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1. List of all parties remaining in this action:

    a. Lucille Franz, Eugene Ruiz and Peter Ruiz, Jr., individually and on behalf of their sibling, Rosemary Davis, Plaintiffs

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

    b.    Buffman, Inc., Salvador Mangano, Mabel B. Mangano, Buffman, Inc., d/b/a St. Rita's Nursing Home Facility, Mangano Consultants, Inc., and Mangano Management, Inc., Louisiana Nursing Home Association, Inc., and ABC Insurance Company, Defendants

    c.    Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant

    d.    State of Louisiana, Department of Transportation and Development, 3rd Party Defendant

    e.    Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant

    f.    State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant

    g.    Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant

    h.    State of Louisiana, Office of the Attorney General, 3rd Party Defendant

    i.    Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant

    j.    The Lake Borne Basin Levee District, 3rd Party Defendant

    k.    Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant

    l.    United States of America, 3rd Party Defendant

2.    Copies of all pleadings filed in state court are attached in globo as Exhibit A.

3. Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

STEVENS E. MOORE (14242)
Assistant United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Room 210B
New Orleans, Louisiana 70130
Telephone: (504) 680-3061

Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 305-7536 / (202) 616-5200 (Fax)

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 13th day of December, 2006.

STEVENS E. MOORE
Assistant United States Attorney