UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATION LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO:<br>(PALMER: Case No. 06-7540) | * <br> * <br> * <br> * | & Consol. Cases <br><br> SECTION "K" <br> MAG. (2) |

**************************************************

## ORDER

Considering the foregoing Motion for Leave of Court,

It is hereby ordered that said Motion is Granted and defendant and mover, Aparcio, Walker, & Seelings, Inc. shall be permitted to file the accompanying Reply Memorandum.

New Orleans, Louisiana, this 13th day of   December   , 2006.

_____
JUDGE