UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: INSURANCE (06-4917) | * * | JUDGE DUVAL MAG. WILKINSON |

**************************************************************************

### CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

    Here comes Sandra Vinet, through undersigned counsel, who pursuant to Federal Rules of Civil Procedure Rule 15 moves this Honorable Court for leave to amend its Original Complaint and file its first Amended Complaint, which amends the original to exclude all langauge referring to any "water damage exclusion clause" and/or "flood damage," and thus distinguishing this case from the consolidated cases before this section.   Plaintiff has contacted opposing counsel, namely Christian A. Garbett, who does not oppose this Amendment.

    Plaintiff prays that this Court grant her leave to file her First Amended Complaint.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 14th day of December 2006.<br><br>        s/ Scott G. Wolfe, Jr.<br>          SCOTT G. WOLFE | Respectfully Submitted,<br><br>s/ Scott G. Wolfe, Jr.<br>Scott G. Wolfe, Jr. (Bar Roll 30122)<br>THE WOLFE LAW OFFICES, L.L.C.<br>4821 Prytania Street<br>New Orleans, LA 70115<br>P: 504-894-9653<br>F: 866-761-8934<br>Attorney for Plaintiffs |