UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| INSURANCE (06-4917) | * | MAG. WILKINSON |

************************************************************************

## AMENDED COMPLAINT

1.

Now into court, through undersigned counsel, comes Plaintiff Sandra Vinet, who amends her original Complaint as follows:

2.

All allegations, provisions, causes of action and statements of fact remain unchanged, except that:

3.

Plaintiff removes Section G. of her Complaint, specifically lines 42 through 45.

4.

Plaintiff removes Section H of her Complaint, specifically lines 46-50.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>    I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 14th day of December 2006.<br><br>              <u>s/ Scott G. Wolfe, Jr.</u><br>                SCOTT G. WOLFE | Respectfully Submitted,<br><br><u>s/ Scott G. Wolfe, Jr.</u> _____<br>Scott G. Wolfe, Jr. (Bar Roll 30122)<br>THE WOLFE LAW OFFICES, L.L.C.<br>4821 Prytania Street<br>New Orleans, LA 70115<br>P: 504-894-9653<br>F: 866-761-8934<br>Attorney for Plaintiffs |