UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE WINSTON, SR. AND DONNA AARON, ET AL. VERSUS AIG CENTENNIAL INSURANCE COMPANY, ET AL. | * * * * * * * § | CIVIL ACTION NO. 06-4746 SECTION: R MAGISTRATE: 4 |

## MOTION FOR EXTENSION OF TIME

Now into court, through undersigned counsel, comes "Involved Lloyd's Underwriters," incorrectly named in the Plaintiffs' Complaint as "Underwriters at Lloyd's, London." This Entry of Appearance and Motion for Extension of Time is on behalf of only those certain Underwriters at Lloyd's, London who subscribed to policies ultimately established to have been provided to members of the plaintiff class and properly at issue in this litigation.[1] For ease of reference, the Defendants on whose behalf this appearance is made will be referred to in the future as "The

---

[1] The Involved Lloyd's Underwriters expressly reserve the right to move to dismiss or otherwise to challenge Plaintiffs' Complaint on the grounds that they have been improperly named and identified and on the grounds that, as a result, they have not been properly served. Plaintiffs' counsel previously granted "Underwriters at Lloyd's, London" an informal extension of time to answer or otherwise plead to the Complaint.

{File: 00020164.DOC /} 1

Our File No. 400-0006

Involved Lloyd's Underwriters". Undersigned counsel has recently received a copy of the Complaint for Damages in this matter and additional time is required to investigate, collect information and respond and that undersigned counsel needs an additional twenty (20) days within which to answer. This is defendants', The Involved Lloyd's Underwriters, first formal request for an extension of time in which to answer.

Plaintiffs have not filed an objection to the extension and have no objection to this request.

Wherefore, defendants, The Involved Lloyd's Underwriters pray that they be granted an additional twenty (20) days to answer plaintiffs' Complaint for Damages.

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069

Of Counsel

David E. Walker, Esq.
Jill A. O'Donovan, Esq.
WALKER WILCOX MATOUSEK LLP
225 W. Washington, Suite 2400
Chicago, Illinois 60606
Telephone: 312.244.6700
Facsimile: 312.244.6800/6801
dwalker@wwmlawyers.com
jodonovan@wwmlawyers.com

{File: 00020164.DOC /}2

Our File No. 400-0006

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jim S. Hall, Esquire, Attorney for Plaintiffs.

_____
PATRICK D. DeROUEN, ESQ.

{File: 00020164.DOC /}3

Our File No. 400-0006