UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE WINSTON, SR. AND DONNA AARON, ET AL. VERSUS AIG CENTENNIAL INSURANCE COMPANY, ET AL. | * * * * * * * § | CIVIL ACTION NO. 06-4746 SECTION: R MAGISTRATE: 4 |

## ORDER

**IT IS ORDERED** that defendants, THE INVOLVED LLOYD'S UNDERWRITERS, be and are hereby GRANTED an extension of time of twenty (20) days within which to file responsive pleadings in the above-captioned matter.

NEW ORLEANS, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**

{File: 00020164.DOC /}4

Our File No. 400-0006