UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br><br>INSURANCE:   *Aaron,* 06-4746 | CIVIL ACTION NO. 05-4182<br><br>SECTION   K   - JUDGE DUVAL<br><br>MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, comes plaintiff, Paula Robichaux, who hereby voluntarily dismisses all claims against Defendant, Wilshire Insurance Company, without prejudice, at Plaintiff's cost, reserving all other claims.

Respectfully Submitted:
**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Howard L. Murphy, Esquire, Deutsch, Kerrigan & Stiles.

                                                s/Jim S. Hall
                                                **JIM S. HALL, (Bar No.: 21644)**
                                                **JOSEPH W. RAUSCH (Bar No.: 11394)**
                                                800 N. Causeway Blvd., Suite 100
                                                Metairie, LA 70001
                                                Telephone: (504) 832-3000
                                                Facsimile:   (504) 832-1799
                                                E-Mail Address: jim@jimshall.com