UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> _____ * <br> * <br> PERTAINS TO: * <br> * <br> INSURANCE:   *Aaron*, 06-4746     * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION  K  - JUDGE DUVAL <br><br> MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that all claims of Plaintiff, Paula Robichaux, only, against Wilshire Insurance Company, only, be, and are hereby **DISMISSED**, without prejudice, at Plaintiff's cost, reserving all other claims.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Howard L. Murphy, Esquire, Deutsch, Kerrigan & Stiles.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com