UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO: INSURANCE
THOMAS AUSTIN, JR., ET AL.          *          CIVIL ACTION NO. 06-5383
VERSUS                                              *
ALLSTATE FIRE AND CASUALTY    *          SECTION: I
INSURANCE COMPANY, ET AL.       *
                                                          *          MAGISTRATE: 2
                                                          *
_____ §

## ORDER

**IT IS ORDERED** that defendants, THE INVOLVED LLOYD'S UNDERWRITERS, be and are hereby GRANTED an extension of time of twenty (20) days within which to file responsive pleadings in the above-captioned matter.

NEW ORLEANS, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**

{File: 00020173.DOC /}4

Our File No. 400-0011