FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 13  PM 4: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| INSURANCE: *Aaron*, 06-4746 | * * * | MAGISTRATE: WILKINSON |

### DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

Defendants, Scottsdale Indemnity Company and Scottsdale Insurance Company (collectively "Scottsdale"), move for a more definite statement of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(e).[1] Scottsdale respectfully moves this Court for an order requiring Plaintiffs to provide a more definite statement of the allegations in their Complaint, clarifying their alleged causes of action for: breach of insurance contract; violation of La. R.S. 22:658; La. R.S. 22:658.2, La. R.S. 22:1220; violation of state and federal laws pertaining to unfair trade practices; breach of their duty to act reasonably and fairly under La. R.S. 22:1220;

---

[1] Scottsdale has filed a Motion to Dismiss or Motion for More Definite Statement and Motion to Sever plaintiffs' claims. We were told that we had to file a Motion for More Definite Statement separately. Thus, out of an abundance of caution we are filing this Motion. Hearing on the Motion to Dismiss was originally set for December 13, 2006, but has been re-noticed for hearing on March 23, 2007 at 9:30 a.m.

Fee____
____Process____
X /Dktd____
✓ CtRmDep 73722
____Doc. No.____

- 1 -

failure to tender fair and adequate payment for casualty losses. In support of this Motion, Scottsdale adopts and incorporates the supporting memorandum filed herewith.

**WHEREFORE**, Scottsdale Indemnity Company and Scottsdale Insurance Company pray that the Court grant their Motion For More Definite Statement.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Steven W. Usdin, 12896
Shera J. Finn, 29184
   Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone 504- 589-9700

Attorneys for Scottsdale Indemnity
Company and Scottsdale Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion For More Definite Statement has been served upon all counsel of record by placing same in the U.S. mail, postage prepaid and properly addressed, this 13th day of December, 2006.

_____

73722