UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br><br>NO.: 05-4182 "K"(2) |
| PERTAINS TO: | *<br>* | JUDGE: DUVAL |
| INSURANCE: *Aaron*, 06-4746 | *<br>*<br>* | MAGISTRATE: WILKINSON |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Scottsdale Indemnity Company and Scottsdale Insurance Company will bring for hearing its Motion For More Definite Statement before the Honorable Judge ~~Duval~~ Wilkinson on the ~~23~~ 21 of March, 2007 at ~~9:30~~ 11:00 a.m., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana or as soon thereafter as counsel may be heard.

- 1 -

73721

Respectfully Submitted,

*(signature)*

Judy Y. Barrasso, 2814
Steven W. Usdin, 12896
Shera J. Finn, 29184
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone 504- 589-9700

Attorneys for Scottsdale Indemnity
Company and Scottsdale Insurance
Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by placing same in the U.S. mail, postage prepaid and properly addressed, this 13th day of December, 2006.

*(signature)*

- 2 -

73721