FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 13 PM 3: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | |
| | | * | NO. 05-4182 |
| | | * | |
| | | * | SECTION "K" |
| LEVEE CASES | | * | |
| | | * | MAGISTRATE 2 |
| PERTAINS TO:  06-7682 (PAUL) | | * | |
| | | * | |

## MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, Judy Paul, *et al.*,
who for the reasons set forth more fully in their supporting memorandum, respectfully move this
Honorable Court to vacate its Court's December 5, 2006 Order (entered at Docket # 2075) which
formalized the December 1, 2006 Stipulation of Voluntary Dismissal With Prejudice (entered at
Docket # 2065).

This motion relates to, and is intended to replace as needed, Plaintiffs' December 4, 2006
Motion to Vacate Voluntary Stipulation of Dismissal With Prejudice (entered at Docket # 2001),

Page -1-



which was filed and brought to Chambers in copy the day *before* the Order formalizing the

stipulation was signed by the Court.

Respectfully submitted,

By: _____

RICHARD M. MARTIN, Jr., Bar # 8998
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

JOHN  J. CUMMINGS, III, Bar # 4652
CUMMINGS & CUMMINGS
416 Gravier Street
New Orleans, LA 70130
Telephone: (504) 586-0000

DEBORAH SULZER, Bar # 19806
650 Poydras Street, Suite 2635
New Orleans, LA 70130
Telephone: (504) 299-3380

RICHARD A.WEIGAND, Bar # 13324
WEIGAND & LEVENSON
427 Gravier Street
New Orleans, LA 70130
Telephone:  (504) 568-1256

ARTHUR MORRELL, Bar # 1494
J.P. MORRELL, Bar # 29635
1660 Treasure Street
New Orleans, LA 70119
Telephone: (504) 261-0535

SUZETTE BAGNERIS, Bar # 2224
3520 General DeGaulle Drive, Suite 4070
New Orleans, LA 70114
Telephone: (504) 368-1911

And, of Counsel:

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210

## CERTIFICATE OF SERVICE

I hereby certify that I have served the above and foregoing Motion and incorporated Memorandum upon the defendants, through its registered agent, by placing a copy of same in the U.S. Mail, properly addressed and postage pre-paid, this 13th day of December, 2006.

_____
Richard M. Martin, Jr.