UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" MAGISTRATE 2 |
| LEVEE CASES PERTAINS TO: 06-7682 (PAUL) | * * * * | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF**
**MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE**

MAY IT PLEASE THE COURT:

**I.   Introduction and Chronology.**

These matters began with the removal of this case from the Civil District Court for the Parish of Orleans by CSX Transportation, Inc. ("CSX"). On November 2, 2006 this case was consolidated with the above-captioned matter (entered as Docket # 1493).[1] Thereafter, on November 8, 2006, CSX filed its motion to dismiss or, alternatively for summary judgment (entered as Docket # 1530), Plaintiffs filed their motion for remand (entered as Docket # 1543), and Burlington Northern Sante Fe Railroad Company ("BNSF") filed its motion to dismiss (entered as Docket # 1579). All were noticed for hearing on November 29, 2006.[2] Against the

---

[1] References are to document docket numbers in No. 05-4182, the consolidated canal breaches litigation.

[2] The Court's November 29, 2006 Minute Entry continued all motion practice originally noticed for that date and set a new schedule for briefing.

backdrop of these competing motions, discussion began regarding dismissal of claims against the two railroad defendants. Plaintiffs' objective was remand. On Friday, December 1, 2006, when Plaintiffs, CSX and BNSF filed a Voluntary Stipulation of Dismissal With Prejudice. This document was entered the following week as Docket # 2065. After its filing, but *before* the stipulation's related Order formalizing dismissal was signed, Plaintiffs determined that the agreement vis-a-vis dismissal *with prejudice* was inappropriate and should be withdrawn.

Consequently, on Monday, December 4, 2006, Plaintiffs filed their Motion to Vacate Voluntary Stipulation of Dismissal With Prejudice (entered as Docket # 2001). A courtesy copy was delivered simultaneously to Chambers and one of the Court's Law Clerks was alerted to the existence of this issue. This motion to vacate was noticed for a hearing on December 27, 2006. However, on Tuesday, December 5, 2006, the stipulation's related Order, formalizing the stipulation of dismissal with prejudice, was signed by the Court (entered as Docket # 2075).

Because their initial motion addressed only the issue of a stipulation without a signed order, and the Order entered as Docket # 2075 altered the nature of the relief to be sought, Plaintiffs have respectfully submitted this second motion which addresses the same underlying issue.

## II. Requested Relief.

Plaintiffs, understanding that CSX and BNSF will oppose this motion, request that the Court vacate the December 5, 2006 Order formalizing the dismissal and, instead, address the railroad defendants' previously pending motions to dismiss or, alternatively, for summary judgment, and the Plaintiffs' opposing motion for remand. Resolution of those issues – also featured in other consolidated cases – will accomplish the same goal as a stipulation of dismissal.

Respectfully submitted,

By: /s/ [signature]

| | |
|---|---|
| RICHARD M. MARTIN, Jr., Bar # 8998<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 | JOHN J. CUMMINGS, III, Bar # 4652<br>CUMMINGS & CUMMINGS<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 |
| DEBORAH SULZER, Bar # 19806<br>650 Poydras Street, Suite 2635<br>New Orleans, LA 70130<br>Telephone: (504) 299-3380 | RICHARD A. WEIGAND, Bar # 13324<br>WEIGAND & LEVENSON<br>427 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 568-1256 |
| ARTHUR MORRELL, Bar # 1494<br>J.P. MORRELL, Bar # 29635<br>1660 Treasure Street<br>New Orleans, LA 70119<br>Telephone: (504) 261-0535 | SUZETTE BAGNERIS, Bar # 2224<br>3520 General DeGaulle Drive, Suite 4070<br>New Orleans, LA 70114<br>Telephone: (504) 368-1911 |

And, of Counsel:

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210