UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| LEVEE CASES | * * * | SECTION "K" MAGISTRATE 2 |
| PERTAINS TO: 06-7682 (PAUL) | * * | |

## ORDER

Considering the above and foregoing Motion;

**IT IS ORDERED** that the December 5, 2006 Order dismissing the above-captioned matter (Docket # 2075) be and hereby is **VACATED**.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

Page -1-