## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K" <br><br> MAGISTRATE 2 |
| LEVEE CASES | | | |
| PERTAINS TO: 06-7682 (PAUL) | | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiffs, Judy M. Paul, et al., will bring on for hearing the above and foregoing "Motion to Vacate Order of Dismissal with Prejudice" before the Honorable Stanwood R. Duval, Jr., at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana, on Wednesday the 10th day of January, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Page -1-

Respectfully submitted,

By: /s/ [signature]

| | |
|---|---|
| RICHARD M. MARTIN, Jr., Bar # 8998<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 | JOHN J. CUMMINGS, III, Bar # 4652<br>CUMMINGS & CUMMINGS<br>416 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 586-0000 |
| DEBORAH SULZER, Bar # 19806<br>650 Poydras Street, Suite 2635<br>New Orleans, LA 70130<br>Telephone: (504) 299-3380 | RICHARD A. WEIGAND, Bar # 13324<br>WEIGAND & LEVENSON<br>427 Gravier Street<br>New Orleans, LA 70130<br>Telephone: (504) 568-1256 |
| ARTHUR MORRELL, Bar # 1494<br>J.P. MORRELL, Bar # 29635<br>1660 Treasure Street<br>New Orleans, LA 70119<br>Telephone: (504) 261-0535 | SUZETTE BAGNERIS, Bar # 2224<br>3520 General DeGaulle Drive, Suite 4070<br>New Orleans, LA 70114<br>Telephone: (504) 368-1911 |

And, of Counsel:

WILLIAM C. GAMBEL, Bar # 5900
MILLING BENSON WOODWARD, LLP
909 Poydras Street, Suite 2300
New Orleans, LA 70112
Telephone: (504) 569-7210