UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD WILLIAMS, ET AL | * | CIVIL ACTION |
| | * | NO: 06-5471 |
| VERSUS | * | JUDGE DUVAL |
| BOARD OF COMMISSIONERS OF THE ORLEANS PARISH LEVEE DISTRICT, ET AL | * | MAG. WILKINSON |

## O R D E R

CONSIDERING the foregoing First Motion for Extension of Time;

IT IS HEREBY ORDERED that the Motion be and is granted and that defendant, B&K Construction Company, Inc., is granted an extension of time, through December 26, 2006, to file responsive pleadings to Plaintiffs' Complaint.

New Orleans, Louisiana, this __14th__ day of ___December___, 2006.

_____
JUDGE

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 6th day of December, 2006.

_____
Herman C. Hoffmann, Jr., Bar No. 6899
Betty F. Mullin, Bar No. 9818
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras Street
30th Floor - Energy Center
New Orleans, Louisiana 70163
(504) 569-2030
Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Williams-Dean\ExtensionMot-Williams.wpd