IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>*Abadie et al., v. Aegis Security Insurance Co.,*<br>No. 06-5164 | *<br>*<br>* CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE STANWOOD R. DUVAL<br>*<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON<br>*<br><br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE LEAD COUNSEL
## FOR DEFENDANT FARMERS INSURANCE EXCHANGE

NOW INTO COURT, through undersigned counsel, comes defendant, Farmers Insurance Exchange ("Farmers"), who move this Court for an order substituting Marshall M. Redmon of the law firm of Phelps Dunbar, L.L.P., 445 North Boulevard, Suite 701, Post Office Box 4412, Baton Rouge, Louisiana, 70821-4412, (e-mail address: redmonm@phelps.com) as lead counsel in place of Robert R. Wood, Jr. of the same law firm Canal Place, 365 Canal Street, Suite 2000, New Orleans, LA 70130. Farmers further request that Marshall M. Redmon receive e-mail notification of any filings or court notices and that Robert R. Wood, Jr. be removed from the e-mail notification service list regarding this matter. These parties state that granting this motion will not delay or retard the progress of this litigation.

1

WHEREFORE, Farmers Insurance Exchange hereby prays that Marshall M. Redmon be listed as lead counsel substituting for Robert R. Wood, Jr. and that Marshall M. Redmon receive e-mail notification of any filings or court notices, removing Robert R. Wood, Jr. from the e-mail notification service listing.

        Respectfully submitted,

        PHELPS DUNBAR, LLP

        BY:  /s/ Virginia Y. Trainor                    _
        Marshall M. Redmon (Bar  No. 18398)
        Virginia Y. Trainor (Bar No. 25275)
        City Plaza
        445 North Boulevard, Suite 701
        Baton Rouge, LA 70802
        Phone: (225) 346-0285
        Fax: (225) 381-9197
        e-mail: redmonm@phelps.com

        AND

        Robert R. Wood, Jr. (La. Bar No. 29488)
        Christopher M. Capitelli (Bar No. 30136)
        One Canal Place, Suite 2000
        365 Canal Street
        New Orleans, Louisiana 70130
        Telephone:  (504) 584-9267
        Facsimile:  (504) 568-9130

        Of Counsel:

        Andrew L. Sandler (pro hac vice application to be filed)
        Amy Sabrin (pro hac vice application to be filed)
        Victoria Holstein-Childress, Louisiana Bar No. 28611
        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
        1440 New York Avenue, NW
        Washington, DC 20005
        (202) 371-7000
        Fax (202) 393-5760

        **ATTORNEYS FOR DEFENDANT**
        **FARMERS INSURANCE EXCHANGE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 15th day of December, 2006, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel for defendants and plaintiffs in this matter.

                                        /s/ Virginia Y. Trainor

BR.490221.1