

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152 | § § § § § § § § | |

## MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW COMES plaintiff, Phillip Reed ("Plaintiff"), individually and as representative of all others similarly situated, and requests leave to file his First Supplemental and Amending Complaint for the reasons set forth in the memorandum submitted in support of this motion.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

CAMILO K. SALAS III

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of December, 2006 served a copy of the foregoing pleading on all parties in Case No. 06-2152 via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III