IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § § § § | | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Reed*, No. 06-2152 | | |

### MEMORANDUM SUBMITTED IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

MAY IT PLEASE THE COURT:

Plaintiff, Phillip Reed, on behalf of himself and all others similarly situated ("Plaintiff"), respectfully submits this memorandum in support of his Motion For Leave to File First Supplemental and Amending Complaint.

Plaintiff filed this suit on April 24, 2006 without invoking jurisdiction under the Admiralty Extension Act, 46 U.S.C. App. § 740, which states that no suit can be filed against the United States of America until expiration of six months after the claim is presented in writing to the federal agency that owns or operates the vessel that causes the injury or damage (in this case the Army Corps of Engineers).

Plaintiff filed an administrative claim with the Army Corps of Engineers on June 7, 2006, which was received by the agency on June 9, 2006. The six month period required by the Admiralty Extension Act expired at the latest on December 9, 2006 and, therefore, Plaintiff wishes to assert the Admiralty Extension Act as an additional basis for jurisdiction.

In addition, Plaintiff wishes to set forth with more particularity the acts of omission or commission by the various Dredging Defendants and the Army Corps of Engineers, which caused and/or contributed to the damage suffered by Plaintiff.

This is Plaintiff's first amendment to his original complaint.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of December, 2006 served a copy of the foregoing pleading on all parties in Case No. 06-2152 via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III