## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>MRGO, *Reed*, No. 06-2152 § § § § § § § | |

## **NOTICE OF HEARING**

Please take notice that undersigned counsel for plaintiff, Phillip Reed, on behalf of himself and all others similarly situated, will bring on for hearing Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint before the Honorable Magistrate Judge Joseph Wilkinson on the 3rd day of January, 2007 at 11:00 o'clock a.m. in the United States Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

New Orleans, Louisiana, this 14th day of December, 2006.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of December, 2006 served a copy of the foregoing pleading on all parties in Case No. 06-2152 via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III

2