IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO, *Reed*, No. 06-2152 | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW COMES plaintiff, Phillip Reed ("Plaintiff"), individually and as representative of the class defined herein, and amends his Class Action Complaint as follows:

1.

At the end of paragraph 4, Plaintiff adds the following allegations:

"This Court also has jurisdiction pursuant to 28 U.S.C. § 1333 (*in personam*) and 46 U.S.C. App. § 740 (plaintiff having filed an administrative claim with the Army Corp of Engineers, which the agency received on June 9, 2006 without making any decision thereon in the six months that have passed).

2.

At the end of paragraph 32, Plaintiff adds the following allegations:

"Defendants failed to follow requirements of 33 CFR Parts 335-38, particularly 33 CFR 336.1(c)(4) and 33 CFR 320.4(b) and Executive Order No. 11990 made applicable thereby. The Dredging Defendants deviated from and/or failed to execute their dredging activities in the manner required by the

Army Corps of Engineers and by the Nationwide Permits, specific permits, or general authorizations for dredging issued by or obtained by the Army Corps of Engineers pursuant to 33 CFR §§ 337.5 and 338.2. Furthermore, all defendants failed to follow State requirements (made applicable by 33 CFR 337.2) including those contained in Chapter 7, Sections 701 and 707 of the Louisiana Administrative Code related to dredging activities.

WHEREFORE, plaintiff, on behalf of himself and all others similarly situated, prays that his Class Action Complaint be amended as set forth above and that after due proceedings are had there be judgment rendered as prayed for in his Class Action Complaint.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

CAMILO K. SALAS III

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 14th day of December, 2006 served a copy of the foregoing pleading on all parties in Case No. 06-2152 via facsimile, e-mail and/or U. S. Mail.

CAMILO K. SALAS III