UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:   *Aaron*, 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS  MOTION FOR LEAVE TO FILE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *AARON, ET AL. V. AIG, ET AL.*, NO. 06-4746**

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and move this Honorable Court for Leave to file an Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively closing *Aaron, et al. V. AIG, et al.,* No. 06-4746 according to law and for the following reasons, to wit:

I.

This matter was filed on or about the one year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named plaintiffs.

1

II.

The Complaint named over 100 defendant insurers and over a thousand plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

III.

The adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

IV.

Inasmuch as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

V.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case the parties retain the option to move to re-open this matter and sever those claims that cannot be resolved.

**W H E R E F O R E**, plaintiffs pray that they be granted leave to file their Motion and Incorporated Memorandum in Support for Entry of an Order Administratively closing *Aaron, et al. V. AIG, et al.,* No. 06-4746 and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 15th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:  (504) 832-1799
E-Mail Address: jim@jimshall.com