UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **KATRINA CANAL BREACHES** **CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION NO. 05-4182** |
| _____ | * * | **SECTION   K   - JUDGE DUVAL** |
| **PERTAINS TO:** | * * | |
| **INSURANCE:**   *Aaron*, 06-4746 | * * | **MAG. (2) - MAG. WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the **PLAINTIFFS MOTION FOR LEAVE TO FILE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *AARON, ET AL. V. AIG, ET AL.,* NO. 06-4746**;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the motion be and is hereby **GRANTED**.

New Orleans, Louisiana this _____ Day of December, 2006.

_____
**UNITED STATES DISTRICT JUDGE**