UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| | * | **SECTION   K   - JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | |
| | * | **MAG. (2) - MAG. WILKINSON** |
| **INSURANCE:**      *Aaron*, 06-4746 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS  MOTION FOR LEAVE TO FILE MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *AARON, ET AL. V. AIG, ET AL.*, NO. 06-4746**

**MAY IT PLEASE THE COURT**:

This matter was filed on or about the one year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named and similarly situated plaintiffs.  The Complaint named over 100 defendant insurers and over one thousand plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

Despite the filing of the lawsuit, the adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

1

Inasmuch as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case that this case that plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

## CONCLUSION

Considering the above and foregoing, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow the claimants and insurers negotiations to continue unimpeded by protracted litigation. Plaintiffs believe, and respectfully suggest that in instances where negotiations prove to be unsuccessful that they should retain the option of moving to re-open the case, and then upon re-opening move to sever their claims at which time the instant matter could then administratively closed again.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 15th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com
