UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * * | SECTION   K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:        *Aaron*, 06-4746 | * * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, undersigned counsel for plaintiffs in *Aaron, et al. v AIG, et al,* Action No. 06-4746 has spoken with liaison counsel, Joseph Bruno, who indicated that his office is filing a similar motion in the matter entitled *Abadie, et al. V. Aegis Security Insurance Co., et al.,* No. 06-5164 and that they had received no objection to said Motion.  Undersigned counsel further represents that the vast majority of the defendants in the *Abadie* matter are in fact defendants in this matter and that undersigned counsel is aware of no reason why defendants positions would not be similar in this case as in the *Abadie* case.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 15th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:  (504) 832-1799
E-Mail Address: jim@jimshall.com