UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION   K   - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aaron*, 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Plaintiffs Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Aaron, et al. v. AIG, et al.,* NO. 06-4746;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the motion be and is hereby **GRANTED**, and that the matter of *Aaron, et al., v. AIG, et al,* No. 06-4746 be and is hereby Administratively Closed, and;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the parties shall retain the option to move to re-open *Aaron, et al., v. AIG, et al,* No. 06-4746 in the event that it becomes apparent that negotiations of certain claims will be unsuccessful, and then move to sever those unsuccessfully negotiated claims from *Aaron, et al., v. AIG, et al,* No. 06-4746, allowing those severed claims to proceed in this court, and *Aaron* to be administratively re-closed.

New Orleans, Louisiana this _____ Day of December, 2006.

                                                    **UNITED STATES DISTRICT JUDGE**