UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.,* NO. 06-5164**

**NOW INTO COURT,** come plaintiffs in the above numbered and captioned cause, and

move this Honorable Court for Leave to file an Unopposed Motion and Incorporated

Memorandum in Support for Entry of an Order Administratively closing *Abadie, et al. V. Aegis*

*Security Insurance Co., et al.,* No. 06-5164 according to law and for the following reasons, to

wit:

I.

This matter was filed as a class action lawsuit on the one year anniversary of Hurricane

Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named and similarly situated plaintiffs.

II.

The Complaint named 161 defendant insurers and several thousand plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

III.

The adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

IV.

Inasmuch as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

V.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case that this case that plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

**W H E R E F O R E**, plaintiffs pray that they be granted leave to file their Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively

closing *Abadie, et al. V. Aegis Security Insurance Co., et al.,* No. 06-5164  and reserving the

option to move to re-open and sever individual claims in the event that it becomes apparent that

continued negotiations of those individual claims will be unsuccessful.

Respectfully submitted,

**BRUNO & BRUNO**

__/s/   Joseph M. Bruno__
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:    jbruno@brunobrunolaw.com
          dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___15th___ day of December , 2006.

___/s/  Joseph M. Bruno_____

**JOSEPH M. BRUNO**