UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

MEMORANDUM IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.*, NO. 06-5164

MAY IT PLEASE THE COURT:

This matter was filed as a class action lawsuit on the one year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named and similarly situated plaintiffs. The Complaint named 161 defendant insurers and several thousand plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims.

Despite the filing of the lawsuit, the adjusting process is continuing and negotiations between the named plaintiffs and various of the defendant insurance companies is ongoing.

Inasmuch as there continues to be negotiations of individual plaintiffs claims between those individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such a case that this case that plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

## CONCLUSION

Considering the above and foregoing, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow the claimants' and insurers' negotiations to continue unimpeded by protracted litigation. Plaintiffs believe, and respectfully suggest that in instances where negotiations prove to be unsuccessful that they should retain the option of moving to re-open the case, and then upon re-opening move to sever their claims at which time the instant matter could then administratively closed again.

Respectfully submitted,

**BRUNO & BRUNO**

\_/s/\_\_Joseph M. Bruno_____
**Joseph M. Bruno (3604)**

David S. Scalia  (21369)
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
         dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___15th___ day of December , 2006.

/s/  Joseph M. Bruno
**JOSEPH M. BRUNO**