UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § | |
| | § | |

ORDER

Considering the **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING** *ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.*, NO. 06-5164;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the motion be and is hereby **GRANTED**.

New Orleans, Louisiana this _____ Day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE