UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | § § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § | |
| | § | |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in *Abadie, et al. v Aegis Security Insurance Co., et al* has inquired of counsel whether there is any objection to the filing of the **PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.*, NO. 06-5164**, and has received no objection.

Respectfully submitted,

**BRUNO & BRUNO**

/s/ Joseph M. Bruno
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
         dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___15th___ day of December , 2006.

/s/ Joseph M. Bruno
**JOSEPH M. BRUNO**