UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § | |
| | § | |
| | § | |

ORDER

Considering the Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Abadie, et al. v. Aegis Security Insurance Co., et al.*, NO. 06-5164;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, that the motion be and is hereby **GRANTED**, and that the matter of *Abadie, et al., v. Aegis Security Insurance, Co, et al*, No. 06-5164 be and is hereby Administratively Closed, and;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the parties shall

retain the option to move to re-open *Abadie, et al., v. Aegis Security Insurance, Co, et al*, No. 06-5164 in the event that it becomes apparent that negotiations of certain claims will be unsuccessful, and then move to sever those unsuccessfully negotiated claims from *Abadie, et al., v. Aegis Security Insurance, Co, et al*, No. 06-5164, allowing those severed claims to proceed in this court, and *Abadie* to be administratively re-closed .

New Orleans, Louisiana this _____ Day of December, 2006.

_____
**UNITED STATES DISTRICT JUDGE**