UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: ALL CASES<br>*Publish to the Web* | SECTION "K"(2) |

## NOTICE

Because of the extraordinary volume of filings in the above-captioned litigation and the concerns about the number of e-mails received per day, the Clerk's Office will now provide one notice of all filings in the umbrella which will be generated at the end of each day and which you will receive overnight by e-mail. You will still be able to obtain your "free looks" at all filed documents through this e-mail. If there is a time sensitive order, arrangements for immediate dissemination will be made.

New Orleans, Louisiana, this 15th of December, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE