UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: STANWOOD R. DUVALL, JR. |
| | * | "K" |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON |
| AARON, ET AL VERSUS | * | JR. "2" |
| AIG CENTENNIAL INSURANCE | * | |
| COMPANY, ET AL | * | |
| 2006-4746 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEVER

Defendants, Empire Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, move pursuant to Rule 21 of the Federal Rules of Civil Procedure, for an order to sever each Plaintiff's claim from the claims of other Plaintiffs, or, alternatively, an order severing the claims against each Defendant from claims against other Defendants. The joinder of the Plaintiffs in this case is improper as the Plaintiffs joined do not assert claims that arise from the same transaction or occurrence. Additionally, there are no common questions of law or fact common to all Plaintiffs. It also follows that the joinder of Defendants is also improper because the claims asserted against them do not involve the same transaction or occurrence and do not involve common questions of law or fact. Consequently, the permissive joinder requirements of Rule 20 are not satisfied. For these reasons and the reasons set forth in the

attached memorandum in support, the undersigned Defendants respectfully request that this Honorable Court find that the Plaintiffs and Defendants named in this matter are misjoined and, therefore, order the claims of the plaintiffs be severed in accordance with Rule 21.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _s//: Sean P. Mount_
  **DOMINIC J. OVELLA, #15030 – T.A.
  LAURENCE E. LARMANN, #08044
  JOSEPH L. SPILMAN, #17813
  ANNE E. MEDO, #24556
  SEAN P. MOUNT, #27584**
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for Defendants, Fidelity and Deposit Company of Maryland and Empire Fire & Marine Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing pleading by mailing the same by United States Mail, properly addressed, and first class postage prepaid, by facsimile service and/or by electronic mail to:

All Counsel of Record

on this 15 December 2006.

_s//: Sean P. Mount_