UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> <br> PERTAINS TO: INSURANCE <br> <br> AARON, ET AL VERSUS <br> AIG CENTENNIAL INSURANCE <br> COMPANY, ET AL <br> 2006-4746 | CIVIL ACTION NO: 05-4182 <br> <br> JUDGE: STANWOOD R. DUVALL, JR. <br> "K" <br> <br> MAGISTRATE: JOSEPH C. WILKINSON JR. "2" |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, Empire Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, will bring for hearing its Motion for More Definite Statement and Motion to Sever on March 23, 2007 before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana or as soon thereafter a counsel may be heard.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: _s//: Sean P. Mount_
 **DOMINIC J. OVELLA, #15030 – T.A.**
 dovella@hmhlp.com
 **LAURENCE E. LARMANN, #08044**
 **JOSEPH L. SPILMAN, #17813**
 **ANNE E. MEDO, #24556**
 **SEAN P. MOUNT, #27584**
 One Galleria Boulevard, Suite 1400
 Metairie, Louisiana 70001
 Telephone: (504) 836-6500
 Counsel for Defendants, Fidelity and Deposit Company of Maryland and Empire Fire & Marine Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing pleading by mailing the same by United States Mail, properly addressed, and first class postage prepaid, by facsimile service and/or by electronic mail to:

All Counsel of Record

on this 15 December 2006.

_s//: Sean P. Mount_