UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 |
| | JUDGE: STANWOOD R. DUVALL, JR. "K" |
| PERTAINS TO: INSURANCE | |
| AARON, ET AL VERSUS AIG CENTENNIAL INSURANCE COMPANY, ET AL 2006-4746 | MAGISTRATE: JOSEPH C. WILKINSON JR. "2" |

## MOTION FOR A MORE DEFININTE STATEMENT

Defendants, Empire Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, move pursuant to Rule 12(e) for a more definite statement of Plaintiffs' Complaint. The Plaintiffs' Complaint is so vague and ambiguous that the undersigned defendants cannot reasonably be required to respond to this pleading. In General, the Plaintiffs' amended complaint does little to provide defendants even a reasonable idea of the grounds of their complaint or basis for recovery. For this reason and the reasons set forth in the accompanying Memorandum in Support, the undersigned respectfully request that this Court order Plaintiffs to provide a more definite statement of the allegations in their Complaint.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**


BY: _s//: Sean P. Mount_
    DOMINIC J. OVELLA, #15030 – T.A.
    dovella@hmhlp.com
    LAURENCE E. LARMANN, #08044
    JOSEPH L. SPILMAN, #17813
    ANNE E. MEDO, #24556
    SEAN P. MOUNT, #27584
One Galleria Boulevard, Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500
Counsel for Defendants, Fidelity and Deposit Company of Maryland and Empire Fire & Marine Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing pleading by mailing the same by United States Mail, properly addressed, and first class postage prepaid, by facsimile service and/or by electronic mail to:

All Counsel of Record

on this 15 December 2006.

                                            _s//: Sean P. Mount_