## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO: 05-4182 |
| | JUDGE: STANWOOD R. DUVALL, JR. "K" |
| PERTAINS TO: INSURANCE | |
| AARON, ET AL VERSUS AIG CENTENNIAL INSURANCE COMPANY, ET AL 2006-4746 | MAGISTRATE: JOSEPH C. WILKINSON JR. "2" |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendants, Empire Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, will bring for hearing its Motion for More Definite Statement and Motion to Sever on March 23, 2007 before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana or as soon thereafter a counsel may be heard.

1

2

        Respectfully Submitted,

        **HAILEY, McNAMARA, HALL,**
        **LARMANN & PAPALE, L.L.P.**

    BY:    *s//: Sean P. Mount*
            **DOMINIC J. OVELLA, #15030 – T.A.**
            dovella@hmhlp.com
            **LAURENCE E. LARMANN, #08044**
            **JOSEPH L. SPILMAN, #17813**
            **ANNE E. MEDO, #24556**
            **SEAN P. MOUNT, #27584**
    One Galleria Boulevard, Suite 1400
    Metairie, Louisiana 70001
    Telephone: (504) 836-6500
    Counsel for Defendants, Fidelity and Deposit Company of Maryland and Empire Fire & Marine Insurance Company

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing pleading by mailing the same by United States Mail, properly addressed, and first class postage prepaid, by facsimile service and/or by electronic mail to:

    All Counsel of Record

on this 15 December 2006.

                            *s//: Sean P. Mount*