

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION<br>NO. 2005-4182 "K" (2) |
| | * <br> * | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (06-8126)<br>MELANIE PALMER<br>v. ENCOMPASS INSURANCE COMPANY and<br>APARICIO, WALKER & SEELING | * <br> * <br> * <br> * <br> * | MAG. WILKINSON |

*********************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW COMES Defendant, Encompass Insurance Company, through undersigned counsel, who suggests to this Honorable Court that they desire to add additional counsel of record in these proceedings. Specifically, Michael W. Collins, of Porteous, Hainkel & Johnson, L.L.P., a member of the bar of the Eastern District of Louisiana who is admitted to practice by the Supreme Court of Louisiana, Bar # 29129.

**WHEREFORE**, considering the above reasons, Defendant moves the Court to enroll Michael W. Collins as an additional counsel of record for the Defendant.

Respectfully Submitted,

GLENN B. ADAMS (#2316)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____

1

Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
*Attorney for Encompass Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this ___12th___ day of December, 2006 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing same by United States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

GLENN B. ADAMS

2