FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15 PM 4:09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 2005-4182 "K" (2) |
| | JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (06-8126)<br>MELANIE PALMER<br>v. ENCOMPASS INSURANCE COMPANY and<br>APARICIO, WALKER & SEELING | MAG. WILKINSON |

*******************************************

## ORDER

CONSIDERING THE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD, filed by Encompass Insurance Company;

IT IS ORDERED, that Michael W. Collins, is hereby enrolled as additional counsel of record for Defendant, Encompass Insurance Company.

NEW ORLEANS, LOUISIANA this 15th day of December, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
 ✓  CtRmDep____
___ Doc. No.____

3