FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15  PM 4: 09

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 2005-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:<br>INSURANCE (06-9097)<br>DANIEL WILKINSON<br>v. ALLSTATE INSURANCE COMPANY and<br>GREGORY RUIZ AGENCY | MAG. WILKINSON |

*********************************************

## ORDER

CONSIDERING THE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD, filed by Allstate Insurance Company;

IT IS ORDERED, that Michael W. Collins, is hereby enrolled as additional counsel of record for Defendant, Allstate Insurance Company.

NEW ORLEANS, LOUISIANA this 15th day of December, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

3