# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

Loretta G. Whyte
Clerk

500 Poydras St., Room C-151
New Orleans, LA 70130

December 14, 2006

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO 06-30840

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 14 2006
LORETTA G. WHYTE
CLERK*

IN RE: COLLEEN BERTHELOT ET AL V BOH BROTHER CONST    CA 05-4182 K
c/w CA 05-4181

In connection with this appeal, the following documents are transmitted and/or information furnished. Please acknowledge receipt on the enclosed copy of this letter.

___  1) Certified copy of the notice of appeal and docket entries.

___  2) Certified copy of notice of a cross-appeal and docket entries.

___  3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___  4) This case is proceeding in forma pauperis

___  5) Order Appointing Counsel ___ CJA-20 ___ FPD

___  6) District Judge Entering the final judgment is_____

___  7) Court Reporter assigned to the case_____

___  8) If criminal case, number and names of other defendants on appeal _____

___  9) This case was decided without a hearing; there will be no transcript.

___  10) Spears hearing held; court reporter present.

In connection with this appeal, the following documents are transmitted. Please acknowledge receipt on the enclosed copy of this letter.

_X_  1) **Certified** Electronic Copy of Record on appeal:

   ___ Volume(s) of record    ___ Volume(s) of copy transcript

   ___ Volume(s) of depositions

   ___ Container(s) of exhibits ___ Box ___ Envelope

___  2) Supplemental electronic record consisting of_____

___  3) SEALED DOCUMENT _____

___  4) Other:_____

Very truly yours,

By____Alixia Phelps____
Deputy Clerk

___ Fee_____
___ Process_____
___ Dktd_____
___ CtRmDep_____
___ Doc. No._____