IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br> *Abadie et al., v. Aegis Security Insurance Co.,* No. 06-5164 | * <br> * <br> * CIVIL ACTION <br> * NO. 05-4182 "K"(2) <br> * JUDGE STANWOOD R. DUVAL <br> * <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion to Substitute Lead Counsel;

IT IS HEREBY ORDERED that the Motion be granted and that Marshall M. Redmon of the law firm Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana (e-mail address: redmonm@phelps.com; telephone: 225-346-0285; fax: 225-381-9197) be listed as lead counsel for Farmers Insurance Exchange substituting for Robert R. Wood, Jr.

IT IS FURTHER ORDERED that Marshall M. Redmon receive e-mail notification of any filings or court notices and that Robert R. Wood, Jr. be removed from the e-mail notification service listing.

Signed this ___18th___ day of ___December___, 2006, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

4

BR.490221.1