1810-62468-DJO/cal

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE: STANWOOD R. DUVALL, JR. |
| | * | "K" |
| PERTAINS TO: INSURANCE | * | |
| | * | MAGISTRATE: JOSEPH C. WILKINSON |
| ABADIE, ET AL VERSUS | * | JR. "2" |
| AEGIS SECURITY INSURANCE | * | |
| COMPANY, ET AL | * | |
| 2006-5164 | * | |

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that defendant, Union Standard Insurance Company, be and is hereby granted an extension of time of twenty (20) days in which to file responsive pleadings in the above entitled and numbered cause of action.

New Orleans, Louisiana, this 18th day of December 2006.

_____
JUDGE