UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>INSURANCE (06-4917) | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

**********************************************************************

### PROPOSED ORDER

Considering the foregoing, including the certification that there is no objection,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff is hereby GRANTED leave to file her First Amended Complaint.

New Orleans, Louisiana, this __15th__ day of December, 2006.

_____
UNITED STATES MAGISTRATE JUDGE