UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182  SECTION "K" (2) |
| PERTAINS TO: INSURANCE (06-4917) | * * * | JUDGE DUVAL MAG. WILKINSON |

**************************************************************************

## AMENDED COMPLAINT

1.

Now into court, through undersigned counsel, comes Plaintiff Sandra Vinet, who amends her original Complaint as follows:

2.

All allegations, provisions, causes of action and statements of fact remain unchanged, except that:

3.

Plaintiff removes Section G. of her Complaint, specifically lines 42 through 45.

4.

Plaintiff removes Section H of her Complaint, specifically lines 46-50.

| | |
|---|---|
| **CERTIFICATE OF SERVICE** | Respectfully Submitted, |
|     I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of a electronic filing to Christian A. Garbett. this 14th day of December 2006. | s/ Scott G. Wolfe, Jr. <br> Scott G. Wolfe, Jr. (Bar Roll 30122) <br> THE WOLFE LAW OFFICES, L.L.C. <br> 4821 Prytania Street <br> New Orleans, LA 70115 <br> P: 504-894-9653 <br> F: 866-761-8934 <br> Attorney for Plaintiffs |
|     s/ Scott G. Wolfe, Jr. <br>     SCOTT G. WOLFE | |