KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND BERNARD REYES | CIVIL ACTION |
| Plaintiffs | NO. 06-9193 |
| v. | SECTION: "K" (2) |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO AND MABEL MANGANO, | |
| Defendants | |

### EX-PARTE MOTION FOR REMAND

Now into court, through undersigned counsel, comes Plaintiffs and who upon suggesting to this Honorable Court that the sole basis for Federal Jurisdiction has been removed with the dismissal of the United States of America (Doc. No. 2053) and this matter should be remanded to State Court.

Respectfully submitted,

s/ Christopher J. Bruno
CHRISTOPHER J. BRUNO  #18818
**BRUNO & BRUNO**
855 Baronne Street
New Orleans, Louisiana  70113

Telephone: (504) 525-1335
Facsimile: (504) 525-4728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Cobb, Esq.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants

c/ Christopher J. Bruno
CHRISTOPHER J. BRUNO