KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND<br>BERNARD REYES | CIVIL ACTION |
| Plaintiffs | NO. 06-9193 |
| | SECTION: "K" (2) |
| v. | |
| THE MANGANO CORPORATION D/B/A<br>ST. RITA'S NURSING FACILITY,<br>SALVADOR A. MANGANO AND MABEL<br>MANGANO, | |
| Defendants | |

**MEMORANDUM IN SUPPORT**

**MAY IT PLEASE THE COURT**:

The above matter was removed by the United States of America on October 30, 2006. On the 8th day of November, 2006 this Honorable Court signed a Voluntary Motion to Dismiss the United States of America thereby removing the only basis for Federal Jurisdiction over the above matter. (Doc. No. 2053).

Respectfully submitted,

s/ Christopher J. Bruno  
CHRISTOPHER J. BRUNO  #18818  
**BRUNO & BRUNO**  
855 Baronne Street  
New Orleans, Louisiana  70113  
Telephone:  (504) 525-1335  
Facsimile: (504) 525-4728

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Cobb, Esq.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants

c/ Christopher J. Bruno  
CHRISTOPHER J. BRUNO