KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND BERNARD REYES | CIVIL ACTION |
| Plaintiffs | NO. 06-9193 |
| v. | SECTION: "K" (2) |
| THE MANGANO CORPORATION D/B/A ST. RITA'S NURSING FACILITY, SALVADOR A. MANGANO AND MABEL MANGANO, | |
| Defendants | |

### ORDER

**CONSIDERING THE FOREGOING**, it is ordered that the above matter be and is hereby remanded to State Court.

Signed this____Day of December, 2006 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE