UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br><br> _____ <br><br> PERTAINS TO: <br> INSURANCE (06-04529 *Battaglia, Jr.*) <br><br> _____ | CIVIL ACTION <br> NO. 05-4182 "K" 2 <br> JUDGE DUVAL <br> MAG. WILKINSON |

## NOTICE OF HEARING

To:  Horace Mann Insurance Company, *et al.*
     Through its Attorney
     Michael Holoway
     601 Poydras Street, Suite 2775
     New Orleans, LA 70130-6027

PLEASE TAKE NOTICE that Plaintiffs, Daryl and Mandie Battaglia, will bring their Motion to Compel before the Honorable Magistrate Wilkinson at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 11:00 a.m., on January 3, 2007, or at such time thereafter as counsel may be heard.

Respectfully Submitted:

/s/ James M. Garner
JAMES M. GARNER, #19589, T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, electronic mail and/or by depositing same in the United States Mail, properly addressed and postage prepaid, this 18th day of December, 2006.

/s/ James M. Garner
**JAMES M. GARNER**