## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO. 05-4182 "K" 2** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| _____ | § | |
| | § | |
| **PERTAINS TO:** | § | |
| **INSURANCE (06-04529 _Battaglia, Jr._)** | § | |
| | § | |
| _____ | § | |

### ORDER

**CONSIDERING THE FOREGOING** Motion to Compel Rule 26 Conference and Motion to Compel Responses to Plaintiffs' Discovery Requests:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Rule 26 Conference and Motion to Compel Responses to Plaintiffs' Discovery Requests is **GRANTED**.

**IT IS FURTHER ORDERED** that a Rule 26 conference shall be held in Chambers on the _____ day of _____, 2007, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**JUDGE JOSEPH C. WILKINSON, JR.**