## AFFIDAVIT OF SUSAN GEOGHEGAN.

STATE OF _Louisiana_

COUNTY OF _Orleans_

**BEFORE ME**, the undersigned authority, a Notary Public, duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared,

## SUSAN GEOGHEGAN

Who, after being duly sworn, did depose and state as follows:

1. I am over eighteen (18) years of age and I am competent to testify to the facts contained in this Affidavit.

2. I have personal knowledge of the facts attested to herein.

3. I am the servicing agent for Doctors Barry and Frances Barbara Shapiro Ivker's Standard Flood Insurance Policy ("SFIP"), number 98-RF-9551-9, at issue in the matter entitled *"Frances Ivker, wife of/and Barry Ivker v. State Farm Fire and Casualty Company, Susan Geoghegan and XYZ Insurance Company"* pending in the United States District Court for the Eastern District of Louisiana, case number 06-8942 - SSV - SS.

4. Due to the effects of Hurricane Katrina, a portion of my records, including the records for Doctors Barry and Frances Barbara Shapiro Ivker, were destroyed.

5. I am personally acquainted with both Plaintiffs. Dr. Frances Ivker was previously my physician. I employed Dr. Barry Ivker as a stress management counselor for my office.

6. Given my previous acquaintance with Doctors Barry and Frances Ivker, with certainty I state that neither Barry Ivker nor Frances Barbara Shapiro Ivker have ever requested

that I make any changes to their SFIP, or their homeowners' policy, nor have they ever inquired as to options regarding their SFIP or their homeowners' policy.

7. I have reviewed the Affidavit of Theron H. Bryan, Jr. regarding Doctors Barry and Frances Barbara Shapiro Ivker's SFIP, number 98-RF-9551-9, and agree with the statements of Theron H. Bryan, Jr. contained therein.

8. Further, affiant sayeth not.

_____
SUSAN GEOGHEGAN

Sworn to and Subscribed Before
me this ___ day of November, 2006.

_____
Notary Public

JOSEPH J. AGUDA, JR.
NOTARY PUBLIC
Louisiana Bar No. 27762
My Commission is for Life.

Print Name/No. _____
My Commission expires _____