## AFFIDAVIT OF THERON H. BRYAN, JR.

STATE OF ___Florida___

COUNTY OF ___Polk___

**BEFORE ME**, the undersigned authority, a Notary Public, duly qualified and commissioned in and for the State and County aforesaid, personally came and appeared,

### THERON H. BRYAN, JR.

Who, after being duly sworn, did depose and state as follows:

1. I am over eighteen (18) years of age and I am competent to testify to the facts contained in this Affidavit.

2. I am employed by State Farm Mutual Automobile Insurance Company in support of State Farm Fire and Casualty Company ("State Farm"), a foreign insurer domiciled in the State of Illinois with its principal place of business in Bloomington, Illinois.

3. I am the Underwriting Section Manager at State Farm. I have held that position since January, 2005.

4. In that capacity, I have reviewed the books and records of State Farm. These books and records reflect the date Barry and Frances Barbara Shapiro Ivker ("the Ivkers") first purchased a Standard Flood Insurance Policy ("SFIP") number 98-RF-9551 from State Farm in April, 1996.

5. The business records that reflect this information, as well as the application and renewal information, are maintained by State Farm in the regular course of its business at or near the date and time of the event.

6. These business records reflect that the Ivkers originally purchased a SFIP with a three year policy term, number 98-RF-9551-9, and requested building coverage in the amount of $141,000.00 and contents coverage in the amount of $15,000.00, for the property located at 8260 Colony Ct., New Orleans, Louisiana ("property") in April, 1996, from State Farm.

7. These business records also reflect that the Ivkers renewed their three year SFIP for the 1999-2002 term. The NFIP discontinued three year term policies, and the Ivkers continuously and annually renewed the SFIP number 98-RF-9551-9 for the Colony Ct. property for subsequent terms.

8. It is within State Farm's regular course of business that the Ivkers' Declarations Page and SFIP, number 98-RF-9551-9, were prepared and mailed to the Ivkers on or about April 16, 1996.

9. These business records reflect that said Declarations Page, policy number 98-RF-9551-9, showed building coverage in the amount of $141,000.00 and contents coverage in the amount of $15,000.00.

10. These business records further reflect that the Ivkers selected inflation coverage and SFIP, number 98-RF-9551-9 renewed for three years in April, 1999 and annually thereafter with an increase in coverage limits for both Coverage A and Coverage B.

11. In accordance with State Farm's regular course of business, subsequent renewals of the Ivkers' SFIP, number 98-RF-9551-9, automatically generated renewal notices.

12. The initial declarations page addressed to the Ivkers reflected that the Colony Ct. property was covered for building coverage in the amount of $141,000.00 and contents coverage in the amount of $15,000.00.

13. The Ivkers' subsequent renewals are as follows:

        1999 – $146,400.00 building and $ 15,900.00 for contents.
        2002 – $159,600.00 building and $ 17,300.00 for contents.
        2003 – $163,400.00 building and $ 17,600.00 for contents.
        2004 – $175,200.00 building and $ 18,000.00 for contents.
        2005 – $185,200.00 building and $18,600.00 for contents.

14.     Further, in State Farm's regular course of business, the aforementioned renewal notices were forwarded to the Ivkers.

15.     A request to increase building coverage to $178,000 was received and effective June 18, 2004. A declarations page was mailed on or about June 24, 2004.

16.     Further, affiant sayeth not.

                                                                       **THERON H. BRYAN, JR.**

Sworn to and Subscribed Before
me this 20th day of November 2006,
2006.

_Pamela C. Hill_
      Notary Public

Print Name/No. _Pamela C. Hill_
My Commission expires _03-07-2010_

Notary Public State of Florida
Pamela C Hill
My Commission DD526328
Expires 03/07/2010