UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES        §        CIVIL ACTION
CONSOLIDATED LITIGATION              §        NO. 05-4182 "K"(2)
                                     §        JUDGE DUVAL
                                     §        MAG. WILKINSON
_____      §
                                     §
PERTAINS TO: LEVEE, MRGO             §
Gordon, No. 06-5163                  §
_____      §

## ORDER

CONSIDERING the foregoing "First Unopposed Exparte Motion for Extension of Time to File Responsive Pleadings on Behalf of Eustis Engineering Company, Inc.,"

IT IS HEREBY ORDERED that Eustis Engineering Company, Inc. is granted an additional twenty (20) days, or through January 2, 2007, within which to respond to the plaintiffs' "Class Action Complaint."

New Orleans, Louisiana, this __18th__ day of ~~November~~ December, 2006.

_____
United States District Court Judge