UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | |
| XAVIER UNIVERSITY OF LA., NO. 06-0516 | * | |
| | * | |
| | * | |

## **O R D E R**

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Travelers Property Casualty Company of America is hereby granted leave to file its Reply Memorandum in Support of Motion for Modification of Scheduling Order and Continuation of Trial Date.

NEW ORLEANS, LOUISIANA, this 18th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE