UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| PAUL, NO. 06-7682 | * * | MAG. WILKINSON |

## O R D E R

"*Ex Parte* Motion for Leave to File Reply in Support of CSX Corporation's Motion to Dismiss or, in the Alternative, Motion for Summary Judgment" having been considered:

**IT IS ORDERED** that leave be hereby **GRANTED** to defendant CSX Transportation, Inc. to file a "Reply In Support of CSX Transportation, Inc.'s Motion For Dismissal Under Rule 12(B)(6) Or, In The Alternative, Motion For Summary Judgment Under Rule 56."

New Orleans, Louisiana, this   18th  day of December, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

931466-1                                         1