UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | § | **CIVIL ACTION** |
| | § | **NO. 05-4182 "K" (2)** |
| **PERTAINS TO: St. Rita 06-8810 (Berthelot)** | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |

## ORDER

BASED UPON THE FOREGOING MOTION, it is ordered that plaintiff, Brenda Berthelot is granted leave of court to file the Supplemental Memorandum in Support of Motions to Remand and Motion to Dismiss.

This __18th__ day of __December__, 2006.

_____
JUDGE

1