**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § | CIVIL ACTION |
| _____ | § | NO. 05-4182 "K" (2) |
| PERTAINS TO: St. Rita 06-8810 (Berthelot) | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |

_____

**CERTIFICATE OF SERVICE**

I hereby certify that the Supplemental Memorandum in Support of Motion to Remand and Motion for Leave of Court to file Supplemental Memorandum of have been served upon all parties in this matter through counsel of record, by e-mail transmission. This 29th day of November, 2006.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:_____ s/ William R. Mustian, III_____
        **WILLIAM R. MUSTIAN, III (#9865)**
        3117  22nd Street, Suite 6
        Metairie, Louisiana  70002
        Telephone:  (504) 831-0666
        Facsimile:  (504) 831-0726
        E-mail:  wrm@stangamustian.com

1