UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>ST. RITA (Kenney) 06-7355 | *<br>*<br>*<br>* | |

## ORDER

IT IS ORDERED, ADJUGED AND DECREED that Third-Party Defendant, Lake Borgne Basin Levee District, ("LBBLD"), is granted leave of Court to file its Reply To Plaintiff's Opposition To Third-Party Defendant Lake Borgne Basin Levee District Rule 12(B)(6) Motion To Dismiss.

New Orleans, Louisiana, this 18th day of December, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE