

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 18  PM 4:52

LORETTA G. WHYTE
     CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO.: 05-4182 "K"(2) |
| PERTAINS TO: | * * | JUDGE: DUVAL |
| INSURANCE: *Aaron*, 06-4746 | * * * | MAGISTRATE: WILKINSON |

### DEFENDANTS' MOTION FOR MORE DEFINITE STATEMENT

Defendants, Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Metropolitan Casualty Insurance Company, properly referred to as Metropolitan Property and Casualty Insurance Company (collectively "Met P&C"), move for a more definite



Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____

73980

statement of Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(e).[1] Met P&C respectfully moves this Court for an order requiring Plaintiffs to provide a more definite statement of the allegations in their Complaint, clarifying their alleged causes of action for: breach of insurance contract; violation of La. R.S. 22:658; La. R.S. 22:658.2, La. R.S. 22:1220; violation of state and federal laws pertaining to unfair trade practices; breach of their duty to act reasonably and fairly under La. R.S. 22:1220; failure to tender fair and adequate payment for casualty losses. In support of this Motion, Met P&C adopts and incorporates the supporting memorandum filed herewith.

**WHEREFORE**, Met P&C prays that the Court grant its Motion For More Definite Statement.

Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Shera J. Finn, 29184
  Of
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone 504- 589-9700

Attorneys for Metropolitan Property and
Casualty Insurance Company

---

[1] Met P&C has filed a Motion to Dismiss or Motion for More Definite Statement and Motion to Sever plaintiffs' claims. We were told that we had to file a Motion for More Definite Statement separately. Thus, out of an abundance of caution, we are filing this Motion.

73980

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion For More Definite Statement has been served upon all counsel of record by placing same in the U.S. mail, postage prepaid and properly addressed, this 18th day of December, 2006.

_____