UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION<br><br>NO.: 05-4182 "K"(2) |
| PERTAINS TO: | *<br>* | JUDGE: DUVAL |
| INSURANCE: *Aaron*, 06-4746 | *<br>*<br>* | MAGISTRATE: WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Metlife Auto and Home, Metropolitan Property and Casualty Insurance Company, Metropolitan Direct Property and Casualty Insurance Company, Metropolitan General Insurance Company, Metropolitan Group Property and Casualty Insurance Company, and Metropolitan Casualty Insurance Company, properly referred to as Metropolitan Property and Casualty Insurance Company (collectively "Met P&C"), will bring for hearing its Motion For More Definite Statement before the Honorable Judge Duval on the 23rd of March, 2007 at 9:30 a.m., United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana or as soon thereafter as counsel may be heard.

73985

- 2 -

        Respectfully Submitted,

_____
Judy Y. Barrasso, 2814
Shela J. Finn, 29184
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone 504- 589-9700

Attorneys for Metropolitan Property and
Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by placing same in the U.S. mail, postage prepaid and properly addressed, this 18th day of December, 2006.

_____

73985