UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ § | | |

**DEFENDANT UNITED STATES' MOTION FOR
EXPEDITED HEARING**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves for an expedited hearing of its motion for leave to supplement the record by filing an additional document, the Mississippi River Gulf Outlet Deep-Draft De-authorization Interim Report to Congress, as an exhibit in support of the United States' pending

1

motion to dismiss.  In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support of this motion, as well as the entire record.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## **CERTIFICATE OF SERVICE**

I certify that on December 19, 2006, a true copy of Defendant United States' Motion for Leave to Supplement the Record was served on all counsel of record by ECF, electronic mail, facsimile, or first class mail.

s/ Robin D. Smith
Robin D. Smith
