# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
|  | § | JUDGE DUVAL |
|  | § | MAG. WILKINSON |
|  | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
|  | § | |

## DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT
## OF ITS MOTION FOR EXPEDITED HEARING

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States has moved for an expedited hearing of its motion for leave to supplement the record by filing an additional document, the Mississippi River Gulf Outlet Deep-Draft De-authorization Interim Report to Congress, as an exhibit in support of the United States' pending motion to dismiss. The expedited hearing is requested in order to bring this new document to the attention of the Court before it rules on the pending motion to dismiss. The Court has previously announced its intent to rule on the motion to dismiss by the end of the year or as soon thereafter as possible.

1

For this reason, the United States' motion for an expedited hearing should be granted.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        s/ Robin D. Smith
        ROBIN D. SMITH
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C.  20044
        (202) 616-4289
        (202) 616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on December 19, 2006, a true copy of Defendant United States' Memorandum in Support of its Motion for an Expedited Hearing was served on all counsel of record by ECF, electronic mail, facsimile, or first class mail.

   s/ Robin D. Smith     
Robin D. Smith
