**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' MOTION FOR**
**LEAVE TO SUPPLEMENT RECORD**

Pursuant to Rule 7(b), Fed. R. Civ. P., and Local Rule 7, the United States moves

for leave to supplement the record by filing an additional document, the Mississippi

River Gulf Outlet Deep-Draft De-authorization Interim Report to Congress, as an

exhibit in support of the United States' pending motion to dismiss. In support of this

1

motion, the Court is respectfully referred to the United States' Memorandum of Law in

support of this motion, the Exhibits submitted herewith, and the entire record.

Respectfully submitted,

 PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I certify that on December 19, 2006, a true copy of Defendant United States'

Motion for Leave to Supplement the Record was served on all counsel of record by ECF,

electronic mail, facsimile, or first class mail.


    s/ Robin D. Smith
    Robin D. Smith