

DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

Honorable J. Dennis Hastert
Speaker of the House
of Representatives
U.S. Capitol Building, Room H-232
Washington, D.C. 20515-0001

DEC 15 2006

Dear Mr. Speaker:

In accordance with Public Law 109-234, the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, I am providing you this interim report on status of the comprehensive plan examining the deauthorization of the Mississippi River-Gulf Outlet (MRGO). Pursuant to this Act, the Corps of Engineers is developing a comprehensive assessment, at full Federal expense, to examine deauthorization of deep-draft navigation on the MRGO. The final comprehensive plan for the MRGO will be included in the Louisiana Coastal Protection and Restoration (LaCPR) investigation which is authorized by Public Law 109-103.

The interim report does not contain a final recommendation for construction or deauthorization but does identify a preliminary assessment for further evaluation as a component under the LaCPR efforts. The information necessary to meet the requirements of the National Environmental Policy Act is not included in the report. In addition, construction cost information is preliminary and remains to be validated through the Corps cost estimating process. As such, cost information in the interim report represents only a reconnaissance level of information. The preliminary assessment and other potential closure options will be further evaluated as part of the LaCPR investigation.

Upon receipt of the report of the Chief of Engineers for the LaCPR study, I will review the recommendations, and provide you with this information after complying with applicable laws and Executive Orders.

Very truly yours,

John Paul Woodley, Jr.

John Paul Woodley, Jr.
Assistant Secretary of the Army
(Civil Works)

Enclosure

Printed on  Recycled Paper



DEPARTMENT OF THE ARMY
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

DEC 15 2006

Honorable Richard Cheney
President of the Senate
U.S. Capitol Building, Room S-212
United States Senate
Washington, D.C. 20510-0012

Dear Mr. President:

In accordance with Public Law 109-234, the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006, I am providing you this interim report on status of the comprehensive plan examining the deauthorization of the Mississippi River-Gulf Outlet (MRGO). Pursuant to this Act, the Corps of Engineers is developing a comprehensive assessment, at full Federal expense, to examine deauthorization of deep-draft navigation on the MRGO. The final comprehensive plan for the MRGO will be included in the Louisiana Coastal Protection and Restoration (LaCPR) investigation which is authorized by Public Law 109-103.

The interim report does not contain a final recommendation for construction or deauthorization but does identify a preliminary assessment for further evaluation as a component under the LaCPR efforts. The information necessary to meet the requirements of the National Environmental Policy Act is not included in the report. In addition, construction cost information is preliminary and remains to be validated through the Corps cost estimating process. As such, cost information in the interim report represents only a reconnaissance level of information. The preliminary assessment and other potential closure options will be further evaluated as part of the LaCPR investigation.

Upon receipt of the report of the Chief of Engineers for the LaCPR study, I will review the recommendations, and provide you with this information after complying with applicable laws and Executive Orders.

Very truly yours,

John Paul Woodley, Jr.

John Paul Woodley, Jr.
Assistant Secretary of the Army
(Civil Works)

Enclosure

Printed on  Recycled Paper



**DEPARTMENT OF THE ARMY**
OFFICE OF THE ASSISTANT SECRETARY
CIVIL WORKS
108 ARMY PENTAGON
WASHINGTON DC 20310-0108

DEC 15 2006

Honorable Robert Portman
Director
Office of Management and Budget
Washington, D.C. 20503-0008

Dear Mr. Portman:

I am providing an information copy of the Corps of Engineers interim report on the status of the comprehensive plan examining the deauthorization of the Mississippi River Gulf Outlet (MRGO). The interim report was prepared in response to Public Law 109-234, the Emergency Supplemental Appropriations Act for Defense, the Global War on Terror, and Hurricane Recovery, 2006. Pursuant to this Act, the Corps of Engineers is developing a comprehensive assessment, at full Federal expense, to examine deauthorization of deep-draft navigation on the MRGO. The final comprehensive plan for the MRGO will be included in the Louisiana Coastal Protection and Restoration (LaCPR) investigation which is authorized by Public Law 109-103, and is currently scheduled for completion in December 2007.

The interim report does not contain a final recommendation for construction or deauthorization but does identify a preliminary assessment for further evaluation as a component under the LaCPR efforts. The information necessary to meet the requirements of the National Environmental Policy Act is not included in the report and it contains only a reconnaissance level of cost and engineering information. The report does not seek any Congressional approval, appropriations, or legislative action. I am also providing this six-month interim report to the Congress for information only, as required by law.

I look forward to continuing to work with your staff as we develop responsive measures to the devastating hurricane season of 2005.

Very truly yours,

John Paul Woodley, Jr.

John Paul Woodley, Jr.
Assistant Secretary of the Army
(Civil Works)

Enclosure

Printed on Recycled Paper