**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.    06-4389 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR**
**LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This

Honorable Court for leave to file a Supplemental Memorandum in support of their

Motion for leave to Amend their Complaint to add allegations against the CSX

defendants.  This Motion is filed upon the grounds that, although Judge Duval has been

"briefed" on four (4) separate occasions, three (3) in Civil Action No. 05-4181 and once

in Civil Action No. 06-4389, on the "merits" of plaintiffs' claims against the CSX

defendants, Your Honor Magistrate Wilkinson has not been briefed at all concerning the

merits of plaintiffs' claims against the CSX defendants.   The proposed Supplemental Memorandum remedies that situation.

                                      <u>      S/Ashton R. O'Dwyer, Jr.      </u>
                                      **Ashton R. O'Dwyer, Jr.**
                                      **Law Offices of Ashton R. O'Dwyer, Jr.**
                                      Bar No. 10166
                                      One Canal Place
                                      365 Canal Street, Suite 2670
                                      New Orleans, LA 70130
                                      Tel.:  (504) 561-6561
                                      Fax.  (504) 561-6560

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                        <u>      S/Ashton R. O'Dwyer, Jr.      </u>