UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
| | * | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | * | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR
LEAVE TO FILE SUPPLEMENTAL MEMORANDUM**

**MAY IT PLEASE THE COURT:**

Plaintiffs in Civil Action No. 06-4389 file this Memorandum in Support of their Motion for Leave to File Supplemental Memorandum in Support of Motion for Leave to Amend Complaint to add allegations against the CSX defendants primarily to comply with the Local Rule which requires that a Memorandum accompany all Motions noticed for hearing.  The merits of plaintiffs' claims against the CSX defendants are embodied in plaintiffs' Memorandum in Opposition to the Motion to Dismiss the CSX defendants, and

-1-

-2-

accompanying exhibits, all of which are attached to the proposed Supplemental Memorandum which plaintiffs are seeking leave to file.

                                                Respectfully submitted,

                                                S/Ashton R. O'Dwyer, Jr.
                                      **Ashton R. O'Dwyer, Jr.**
                                      **Law Offices of Ashton R. O'Dwyer, Jr.**
                                      Bar No. 10166
                                      One Canal Place
                                      365 Canal Street, Suite 2670
                                      New Orleans, LA 70130
                                      Tel.: (504) 561-6561
                                      Fax. (504) 561-6560

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                S/Ashton R. O'Dwyer, Jr.