-1-

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:  * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO  * | | |
| RESPONDER CASES AND TO  * | | JUDGE DUVAL |
| NO.   06-4389  * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the Plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of Their Motion for Leave to Amend the Complaint to add allegations against the CSX defendants, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs be and they are hereby **GRANTED** leave of Court to file their Supplemental Memorandum in Support of Their Motion for Leave to Amend the Complaint to add allegations against the CSX Defendants.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**J U D G E**

-1-

-2-

-2-