UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-4389 | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * *

**PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN
IN SUPPORT OF THEIR MOTION FOR
LEAVE TO AMEND COMPLAINT
TO ADD ALLEGATIONS AGAINST THE CSX DEFENDANTS**

**MAY IT PLEASE THE COURT:**

Undersigned counsel for Movers/Plaintiffs apologizes to Magistrate Wilkinson for the "late" submission of this Supplemental Memorandum, on the eve of oral argument on the Motion for Leave to Amend Complaint. However, the past two (2) weeks have been one "deadline" after another, and only today did counsel realize that although Judge Duval has been briefed, four (4) times, on the merits of plaintiffs' claims against the CSX defendants (twice in Memoranda filed in 05-4181, once at oral argument, and once in a

-1-

-2-

Memorandum filed in 05-4389), Your Honor has not been briefed on the merits of plaintiffs' claims against the CSX defendants, at all!  Accordingly, and in an effort to ease the burden on Your Honor prior to tomorrow's hearing, plaintiffs attach hereto their Memorandum in Opposition to the Motion(s) to Dismiss filed by CSX Corporation and CXS Transportation, Inc., together with all attachments, in No. 05-4389 for Your Honor's ready reference.

Respectfully submitted,

S/Ashton R. O'Dwyer, Jr.
**Ashton R. O'Dwyer, Jr.**
**Law Offices of Ashton R. O'Dwyer, Jr.**
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Tel.:  (504) 561-6561
Fax.  (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

S/Ashton R. O'Dwyer, Jr.