UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * CIVIL ACTION * * NO. 05-4182 * * SECTION "K" (2) * |
| PERTAINS TO: INSURANCE        (*Abadie,* 06-5164) | * JUDGE DUVAL MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STATE FARM'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *CONNIE ABADIE, ET AL. V. AEGIS SECURITY INSURANCE CO., ET AL.*, NO. 06-5164

Defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively, "State Farm"), with a full reservation of all exceptions, rights, and defenses, and for the limited purpose of responding to plaintiffs' Motion for Leave to File Motion for Entry of an Order Administratively Closing *Connie Abadie, et al. v. Aegis Security Ins. Co., et al.*, No. 06-5164, submit this memorandum in opposition to the plaintiffs' motion for leave to file an "Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Abadie, et al. v. Aegis Security Insurance Co., et al.,* No. 06-

5164," Rec. Doc. 2238.   Contrary to the plaintiffs' representation, State Farm opposes the administrative closure of the *Abadie* case at this time, for reasons that will be fully addressed in later briefing and argument.   Therefore, this Court should deny plaintiffs leave to file their motion as an unopposed motion.

State Farm has not made any representation to plaintiffs' counsel that it would voluntarily consent to administrative closure of the *Abadie* case at this time.   Plaintiffs filed with their motion for leave an accompanying "Local Rule 7.6E Certificate."[1]   That certificate stated that plaintiffs' counsel has inquired of counsel whether there is any objection to the filing of the Plaintiffs' Unopposed Motion for Leave to File Unopposed Motion and Incorporated Memorandum in Support For Entry of an Order Administratively Closing *Abadie, et al. v. Aegis Security Insurance Co., et al.*, No. 06-5164, and has received no objection.   To the contrary, prior to the filing of plaintiffs' motion, plaintiffs' counsel did not ask State Farm's counsel for consent to plaintiffs' motion to administratively close the case.   Nor did counsel for State Farm give consent to plaintiffs' counsel for plaintiffs' motion to administratively close the case.   Indeed, prior to the filing of plaintiffs' motion, counsel for State Farm informed the Defense Liaison Counsel that State Farm would object to an administrative closure of this case if plaintiffs sought one.

Further still, there has been no discussion of the parameters, effects, or implications that closure of such a massive proceeding would have on all parties.   This Court

---

[1]   Local Rule 7.6E only governs motions to intervene, to amend pleadings, or to file third-party complaints, and therefore has no applicability here.

844459v.1

therefore should deny plaintiffs leave to file their motion as unopposed.  The plaintiffs' motion

should be docketed as a contradictory motion and scheduled for hearing at a later date.

Respectfully submitted,

/s/ Sarah H. Barcellona
Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Andrea L. Fannin, 26280
Sarah H. Barcellona, 28080
   of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty
  Company and State Farm General
  Insurance Company

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Memorandum in

Opposition to Plaintiffs' Motion for Leave to File Motion for Entry of an Order Administratively

Closing *Abadie, et al. v. Aegis Security Ins. Co., et al.,* No. 06-5164 has been served upon all

counsel of record by electronic service through the Court's CM/ECF system or by placing same

in the United States mail, postage prepaid and properly addressed, this 19th day of December,

2006.

/s/ Sarah H. Barcellona