

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 21  PH 4:27

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EDWARD WILLIAMS, and SABRINA DEAN ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | * * * * | CIVIL ACTION<br><br>No. 06-5471 |
| VERSUS | * * | SECTION "R" |
| BOARD OF COMMISSIONERS OF THE ORLEANS PARISH LEVEE DISTRICT, ET AL. | * * * | MAGISTRATE (3) |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S CONSENT MOTION AND INCORPORATED MEMORANDUM FOR SECOND EXTENSION OF TIME

**NOW INTO COURT**, comes defendant St. Paul Fire and Marine Insurance Company ("St. Paul"), through undersigned counsel, which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, appears for the special and sole purpose of obtaining a fifteen (15) day extension of time from its extended due date of November 20, 2006, within which to answer, object or otherwise respond to the Class Action Complaint filed by plaintiffs.

In support of its request, St. Paul represents that its current deadline for filing responsive pleadings is November 20, 2006. However, although St. Paul is named in the caption of this lawsuit and was served with a copy thereof, the Complaint itself includes no allegation against St. Paul.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

Undersigned counsel has communicated with counsel for the plaintiffs as to this apparent error, and plaintiffs' counsel has advised that they intend to amend their Complaint to state a claim against St. Paul. However, until such amendment is made, there is no claim to which St. Paul can respond. Accordingly, **plaintiffs' counsel consents to this requested extension** so as to allow the plaintiffs to so amend their Complaint.

**WHEREFORE**, St. Paul Fire and Marine Insurance Company respectfully requests that it be granted a fifteen-day extension of time from November 20, 2006 to December 5, 2006, within which to answer, object or otherwise respond to the plaintiffs' Class Action Complaint.

Respectfully submitted,

_____
Joseph P. Guichet, La. Bar #24441
Ralph S. Hubbard III, La. Bar #7040
April R. Roberts, La. Bar #30821
**LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD**
601 Poydras St., Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine
Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 21st day of November, 2006.

_____