FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 20  AM 7:43

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD WILLIAMS, and SABRINA DEAN ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED | CIVIL ACTION<br><br>No. 06-5471 |
| VERSUS | SECTION "R" K |
| BOARD OF COMMISSIONERS OF THE ORLEANS PARISH LEVEE DISTRICT, ET AL. | MAGISTRATE (3) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### O R D E R

Considering the foregoing Consent Motion and Incorporated Memorandum for Second Extension of Time,

**IT IS HEREBY ORDERED** that St. Paul Fire and Marine Insurance Company be and is hereby granted a twenty-day extension of time from its current due date of November 20, 2006, or until December 5, 2006, within with to answer, please or otherwise respond to plaintiffs' Class Action Complaint.

New Orleans, Louisiana, this 14th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____