# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br><br>INSURANCE (06-6481) | § § § § § § | |

*FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA 2006 DEC 19 PM 12:38 LORETTA G. WHYTE CLERK*

## STATEMENT OF NO OPPOSITION TO MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes Louisiana Farm Bureau Mutual Insurance Company ("Farm Bureau) who with respect avers:

1.

Farm Bureau removed this case to the Eastern District of Louisiana from the 22nd Judicial District Court for the Parish of St. Tammany due to its reasonable belief that this Court had subject matter jurisdiction under 28 U.S.C. §1369 and 28 U.S.C. §1441(c), as explained more fully in the Notice of Removal by Louisiana Farm Bureau Mutual Insurance Company, filed on September 26, 2006.

2.

Plaintiff subsequently filed a Motion to Remand on October 20, 2006, and a hearing date of December 27, 2006 was selected by the Court.

3.

Since the Motion to Remand has been filed by plaintiff, Farm Bureau has had the opportunity to review of the jurisdictional analysis of the Court, specifically as illustrated in its Order and Reasons, filed on December 12, 2006 (pertaining to Case No. 06-6479, among

___ Fee___<br>___ Process___<br>_X_ Dktd___<br>___ CtRmDep___<br>___ Doc. No___

others).

4.

In light of the Court's previous rulings, including its Order and Reasons of December 12, 2006, Farm Bureau hereby states it has no opposition to the remand of this case to the 22nd Judicial District Court for the Parish of St. Tammany for further proceedings.

Respectfully submitted:

PLAUCHÉ MASELLI PARKERSON L.L.P.

_____
ANDREW L. PLAUCHÉ, JR. (Bar No. 11023)
JAMES K. ORDENEAUX (Bar No. 28179)
201 St. Charles Avenue, Suite 4240
New Orleans, LA 70170-4240
Office: 504.582.1142; Fax: 504.582.1172

H. ALSTON JOHNSON III (Bar No. 7293)
PHELPS DUNBAR, L.L.P.
445 North Blvd., Suite 701
Baton Rouge, LA 70802
Office: 225.346.0285; Fax: 225.381.9197

ATTORNEYS FOR LOUISIANA FARM BUREAU MUTUAL INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Answer and Affirmative Defenses has been forwarded to all counsel of record via either facsimile, hand delivery, or United States Mail, properly addressed and postage prepaid from New Orleans, Louisiana, on December 19, 2006.

_____