UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES        CIVIL ACTION
       CONSOLIDATED LITIGATION

                                          NO. 05-4182 "K" (2)

PERTAINS TO:  Lundy Enterprises, No. 06-3509        JUDGE DUVAL
                                                                MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:  Motion of Defendant, IMA of Kansas, Inc., to Compel Responses to Discovery, Record Doc. No. 1996

O R D E R E D:

XXX : DISMISSED AS MOOT. The office of Lawrence J. Duplass, counsel for movant, has advised the court that he has received responses to the subject discovery, and the motion, previously set for hearing on December 20, 2006, is moot.

New Orleans, Louisiana, this __20th__ day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE