FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 20  AM 7: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  KATRINA CANAL BREACHES          §     CIVIL ACTION
CONSOLIDATED LITIGATION                  §     NO. 05-4182 "K" (2)
                                         §     JUDGE DUVAL
                                         §     MAG. WILKINSON
                                         §
                                         §

PERTAINS TO:  INSURANCE
JAMES ANDERSON, ET AL.              *     CIVIL ACTION NO. 06-5485
VERSUS                              *
ACE INSURANCE COMPANY, ET AL.       *     SECTION: ℒ K
                                    *
                                    *     MAGISTRATE: ✔ 2
                                    *
                                          §

## ORDER

**IT IS ORDERED** that defendants, THE INVOLVED LLOYD'S UNDERWRITERS, be

and are hereby GRANTED an extension of time of twenty (20) days within which to file

responsive pleadings in the above-captioned matter.

NEW ORLEANS, Louisiana, this _19th_ day of _December_, 2006.

_____
**JUDGE**

Moot —
See Doc. 2034 granting
Extension to Feb. 1, 2007

Our File No. 400-Anderson                {File: 00020171.DOC /}4

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____