UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 20  AM 7:42

LORETTA G. WHYTE
CLERK

In Re: KATRINA CANAL BREACHES § CIVIL ACTION
CONSOLIDATED LITIGATION § NO. 05-4182 "K" (2)
§ JUDGE DUVAL
§ MAG. WILKINSON

PERTAINS TO: INSURANCE
THOMAS AUSTIN, JR., ET AL.        *   CIVIL ACTION NO. 06-5383
VERSUS                            *
ALLSTATE FIRE AND CASUALTY        *   SECTION: I
INSURANCE COMPANY, ET AL.         *
                                  *   MAGISTRATE: 2

## ORDER

**IT IS ORDERED** that defendants, THE INVOLVED LLOYD'S UNDERWRITERS, be and are hereby GRANTED an extension of time of twenty (20) days within which to file responsive pleadings in the above-captioned matter.

NEW ORLEANS, Louisiana, this ___ day of _____, 2006.

_____
JUDGE

Moot

See Doc. 2034 granting extension to Feb 1, 2007

Our File No. 400-0011     {File: 00020173.DOC /}4

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____