FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 20 AM 7:41

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **06-6099** |
| VERSUS | * | DIVISION "S" K |
| | | JUDGE MARY VIAL LEMMON |
| THE UNITED STATES OF AMERICA, ET AL | * | |
| | | MAGISTRATE (3) (5) |
| | * | JUDGE DANIEL E. KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the forgoing Motion to Dismiss, and upon finding that said motion is well-taken,

IT IS ORDERED that the above-entitled and numbered suit said motion be and is hereby GRANTED.

IT IS FURTHER ORDERED that the claims made by plaintiffs against the Orleans Parish Criminal Sheriff's Office be DISMISSED. *

New Orleans, LOUISIANA, this 19th day of _____, 2006.

_____
UNITED STATES JUDGE

\* Having been informed by counsel that there is no opposition to this motion.

___ Fee_____
___ Process____
_X_ Dkt'd_____
___ CtRmDep___
___ Doc. No____