FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 20  AM 7: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WINSTON, SR. & DONNA AARON, ET AL | * | CIVIL ACTION NO. 06-4746 |
| | * | |
| vs. | * | SECTION: "K" |
| | * | MAG. (2) |
| AIG CENTENNIAL INSURANCE COMPANY, ET AL | * | |

************************************************************************

## ORDER

CONSIDERING THE FOREGOING, the Motion for an Expedited Hearing on Southwest Business Corporation's Motion to Sever is ~~granted~~ denied; however, Southwest Business Corporation's Motion to Sever is hereby ~~set~~ reset for a hearing on ~~December 13, 2006~~ March 23, 2007, at 9:30 A. M. before the Honorable Stanwood R. Duval, Jr., U.S. District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, this 14th day of December, 2006.

_____
U.S. DISTRICT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____