UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *Reed,* No. 06-2152 | SECTION "K"(2) |

## ORDER

For the reasons stated in open court on December 15, 2006,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File First Supplemental and Amending Complaint (Doc. 2236) is **RENOTICED** for hearing before the Honorable Stanwood R. Duval, Jr., on January 10, 2007 at 9:30 a.m.; **however, the matter is to be taken on the papers without oral argument.**

**IT IS FURTHER ORDERED** that plaintiff shall brief the Court as to why such an amendment will not be futile **on or before December 22, 2006 by 5:00 p.m.** Defendants shall file an opposition thereto no later than **Friday, January 5, 2007 by 5:00 p.m.**

New Orleans, Louisiana, this 20th day of December, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE