UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| | § | |
| | § | |
| PERTAINS TO: | § | |
| INSURANCE (06-5370) | § | |
| *Kiefer, et al. v. Allstate, et al.* | § | |
| | § | |

## UNOPPOSED MOTION TO DISMISS DEFENDANT AND ADD CORRECT DEFENDANT

NOW INTO COURT, through undersigned counsel, come the Complainants in the above captioned matter and suggest that United Fire Group was erroneously named as a defendant in the lawsuit. Complainants move to dismiss United Fire Group as a defendant.

Further, the correct entity should have been Lafayette Insurance Company, a company that operates under a trade group known as United Fire Group. Complainants move to add Lafayette Insurance Company as a defendant. Lafayette Insurance Company is an insurance company licensed to and doing business in the State of Louisiana and may be served through its attorney of record, Howard Kaplan.

WHEREFORE, Complainants pray that:

(1)  United Fire Group be dismissed as a defendant in the above captioned matter; and

(2)  Lafayette Insurance Company be added as a defendant in the above captioned matter.

Respectfully submitted,

**FAYARD & HONEYCUTT, APC**

*/s/ Calvin C. Fayard*

Calvin C. Fayard, Jr. (La. Bar Roll #5486)
D. Blayne Honeycutt (La. Bar Roll #18264)
Wanda J. Edwards (La. Bar Roll #27448)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925

and

**MURPHY LAW FIRM**
Peyton P. Murphy
7035 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 928-8800
Facsimile: (225) 928-8802

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 20th day of December, 2006.

_____
CALVIN C. FAYARD, JR.