UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § PERTAINS TO: § INSURANCE (06-5370) § *Kiefer, et al. v. Allstate, et al.* § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for the plaintiffs in Kiefer, et al. v. Allstate, et al. has conferred with counsel for United Fire Group and Lafayette Insurance Company. Counsel, Howard Kaplan of Bernard, Cassisa, Elliott & Davis advised that he had opposition to the above and foregoing motion and that he would accept service on behalf of Lafayette Insurance Company.

Respectfully submitted,

**FAYARD & HONEYCUTT, APC**

Calvin C. Fayard, Jr. (La. Bar Roll #5486)
D. Blayne Honeycutt (La. Bar Roll #18264)
Wanda J. Edwards (La. Bar Roll #27448)
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: (225) 664-4193
Facsimile: (225) 664-6925
*and*
**MURPHY LAW FIRM**
Peyton P. Murphy
7035 Jefferson Highway
Baton Rouge, LA 70809
Telephone: (225) 928-8800
Facsimile: (225) 928-8802