UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION       * <br> _____ * | CIVIL ACTION <br><br> NO. 05-4182 "K" (2) |
| PERTAINS TO LEVEE:                                * | JUDGE DUVAL |
| O'DWYER,         NO. 06-1885 <br>                  NO. 06-5771 | |

MOTION FOR LEAVE TO FILE
MEMORANDUM IN OPPOSITION TO UNITED STATES'
MOTION TO DISMISS UNDER 12(b)(6)

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter), for leave to file their Amicus in Opposition to the Motion to Dismiss filed by the United States in this matter.

                                                    Respectfully submitted,

OF COUNSEL:
MILLING BENSON WOODWARD L.L.P.   ____/s/ William C. Gambel_____
                                                          William C. Gambel (LA Bar No. 5900)
                                                          909 Poydras Street, Suite 2300
                                                          New Orleans, LA  70112-1010
                                                          Telephone:  (504) 569-7000
                                                          Telecopy:  (504) 569-7001
                                                          wgambel@millinglaw.com

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130

Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423

## CERTIFICATE OF SERVICE

      I hereby certify that on this __20th___ day of December, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed to the parties on the attached, and with adequate postage affixed thereon.

                                                 __/s/ William C. Gambel_____

W356420