UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: KATRINA CANAL BREACHES * CIVIL ACTION
CONSOLIDATED LITIGATION *
NO. 05-4182 "K" (2)
_____ *

PERTAINS TO LEVEE: * JUDGE DUVAL

O'DWYER, NO. 06-1885
NO. 06-5771

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss Under 12(b)(6),

IT IS ORDERED THAT Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss under 12(b)(6) is hereby GRANTED.

New Orleans, Louisiana, this ____ day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

W356420