

Appendix A

LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

NEW ORLEANS LAKEFRONT OUTFALL CANALS

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
DECEMBER 1982          FILE NO. H-2-29706

PLATE 5