

Appendix B

Figure 1