UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES  * | CIVIL ACTION |
| CONSOLIDATED LITIGATION          * | |
| _____ | NO. 05-4182 "K" (2) |
| | * |
| PERTAINS TO LEVEE:            * | JUDGE DUVAL |
| O'DWYER,        NO. 06-1885 | |
|                 NO. 06-5771 | |

_____

### REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO UNITED STATES' MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter) respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of certain pleadings and papers contained in the Court's files, true and correct copies of which are attached hereto as the exhibits listed below:

| **Exhibit** | **Description** |
|---|---|
| A | US Army Corps of Engineers' Main Report and Final Supplement I to the Environmental Impact Statement in the Reevaluation Study of Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project (July 1984) |

DATED:  December 20, 2006            By: /s/ William C. Gambel
                                                                William C. Gambel (LA Bar No. 5900)
                                                                909 Poydras Street, Suite 2300
                                                                 New Orleans, Louisiana 70112
                                                                Telephone: (504) 569-7000
                                                                Facsimile: (504) 569-7001
                                                                wgambel@millinglaw.com

                                                                Attorney For the Plaintiffs in Case No. 06-5116 (Sims), Case No. 06-5118 (Richard), Case No. 06-5142 (Augustine), Case No. 06-5132 (Ferdinand), Case No. 06-5131 (Bourgeois), Case No. 06-5134 (Christophe), Case No. 06-5137 (Williams), Case No. 06-5127 (DePass), Case No. 06-5128 (Adams), and Case No. 06-5140 (Porter)

356469                                2

CERTIFICATE OF SERVICE

      I hereby certify that on this __20th__ day of December, 2006, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed to the parties on the attached list, and with adequate postage affixed thereon.

                __/s/ William C. Gambel__