

**US Army Corps of Engineers**
New Orleans District

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

*REEVALUATION STUDY*

JULY 1984

VOLUME I

MAIN REPORT AND
FINAL SUPPLEMENT I TO THE
ENVIRONMENTAL IMPACT STATEMENT



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P. O. BOX 60267
NEW ORLEANS, LOUISIANA   70160

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

## SYLLABUS

The purpose of this study is to review the ongoing Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project to determine if the plan of improvement originally proposed and currently being constructed is still the most feasible method to achieve hurricane protection for the Metropolitan New Orleans area, and if not, what modifications to the plan are necessary to provide the most feasible hurricane protection project.

This study was conducted in response to a 1977 Federal court injunction which stopped construction of portions of the project on the basis that the 1975 final environmental impact statement (EIS) for the project was inadequate. The court directed that the EIS be rectified to include adequate development and analysis of alternatives to the proposed action. The results of the studies presented herein are considered to be of sufficient scope and detail to adequately supplement the existing EIS.

Various solutions to the problems and needs relating to existing low level hurricane protection for the Metropolitan New Orleans area were analyzed. These solutions were developed using two basic design concepts. One design concept would provide barrier structures at Lake Pontchartrain's main tidal passes in conjunction with levee and floodwall protection. The barrier structures would be closed during the approach of hurricanes from the Gulf of Mexico to reduce the build-up of lake levels, thereby reducing the extent of levee and floodwall construction which otherwise would be necessary. Plans incorporating the use of barrier structures in their designs were designated as barrier plans. The other design concept would provide hurricane protection solely by means of raising and strengthening levees and floodwalls; these plans were designated as high level plans.

As presented herein, the most feasible plan for providing hurricane protection was determined to be a high level plan. The plan would provide for improving the existing hurricane protection levee systems in Orleans Parish and the east bank of Jefferson Parish, improving existing levees and constructing new ones in St. Bernard Parish, repairing and rehabilitating the Mandeville Seawall in St. Tammany Parish, building a new mainline hurricane levee on the east bank of St. Charles Parish just north of US Highway 61 (Airline Highway), raising and strengthening the existing levee which extends along the Jefferson-St. Charles Parish boundary between Lake Pontchartrain and Airline Highway, and defering construction of the proposed Seabrook lock until its feasibility as a feature of the Mississippi River-Gulf Outlet navigation project can be determined. Areas which would be inclosed by the proposed levee and floodwall construction would be provided protection against tidal surge flooding resulting from the Standard Project Hurricane (SPH). The SPH is defined as the most severe hurricane which can be reasonably expected to occur from a combination of meteorological and hydrologic events reasonably characteristic of the area. The first cost (completion cost) of the recommended plan is estimated at $627,714,000 and annual costs would average $22,769,000. Annual benefits (remaining benefits) which would accrue to the recommended plan are estimated at $95,771,000, the bulk of which, $88,430,000, relate to reduction of flood damages to existing development. The benefit-to-cost ratio is 4.2 to 1, and the average annual excess benefits over costs are $73,002,000. These costs are at 1981 price levels and use an interest rate of 3 1/8 percent.

Implementation of the recommended plan would provide protection to the Metropolitan New Orleans area, but also would result in short term turbidity along the Jefferson Parish lakefront, require conversion of 54 acres of marsh and 411 acres of lake bottoms to project works, result in deep and potentially anoxic deep holes in Lake Pontchartrain, and temporarily disrupt esthetics and recreational values along the Orleans Parish and Jefferson Parish lakefronts.

LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY
HURRICANE PROTECTION PROJECT
REEVALUATION STUDY

**ERRATA SHEET**

COST UPDATE

Costs and benefits presented in the report have been updated to October 1983 price levels. The summary tables below present this information at the authorized interest rate of 3 1/8 percent and at the current interest rate of 8 1/8 percent. The plans are justified at either interest rate, and the High Level Plan remains the NED plan.

PLAN COMPARISON AT 3 1/8 PERCENT

October 1983 Price Levels

($ 1,000,000s)

| ITEM | High Level Plan Base Year 1988 | Barrier Plan Base Year 1988 | Barrier Plan Base Year 1993 |
|---|---|---|---|
| Total First Cost | 680.0 | 806.0 | 806.0 |
| Gross Investment | 712.0 | 816.0 | 952.0 |
| Annual Benefits | 104.0 | 94.7 | 110.0 |
| Annual Charges | 24.8 | 28.4 | 33.2 |
| Benefit-Cost Ratio | 4.2 to 1 | 3.3 to 1 | 3.3 to 1 |
| Excess Benefits | 79.2 | 66.3 | 76.8 |

## PLAN COMPARISON AT 8 1/8 PERCENT

### October 1983 Price Levels
### ($ 1,000,000s)

| ITEM | High Level Plan Base Year 1988 | Barrier Plan Base Year 1988 | Barrier Plan Base Year 1993 |
|---|---|---|---|
| Total First Cost | 680.0 | 806.0 | 806.0 |
| Gross Investment | 768.0 | 841.0 | 1,242.0 |
| Annual Benefits | 102.0 | 73.5 | 109.0 |
| Annual Charges | 63.9 | 69.7 | 103.0 |
| Benefit-Cost Ratio | 1.6 to 1 | 1.05 to 1 | 1.05 to 1 |
| Excess Benefits | 38.1 | 3.8 | 6.0 |

OUTFALL CANALS

Since completion of this report, plans to provide protection at the three main outfall canals in New Orleans have been further investigated. It appears likely that protection could be provided at a cost of approximately $60,000,000 for the Barrier Plan and about 2 percent greater for the High Level Plan. Although this figure is less than the estimate used in the reevaluation report ($124,000,000), since it is substantially the same for either plan, it does not affect plan selection.

## VOLUME 1

MAIN REPORT AND FINAL SUPPLEMENT I TO THE ENVIRONMENTAL IMPACT STATEMENT

## VOLUME 2

APPENDIX A - ENGINEERING INVESTIGATIONS

APPENDIX B - ECONOMIC ANALYSIS

APPENDIX C - ENVIRONMENTAL RESOURCES

## VOLUME 3

APPENDIX D - PUBLIC VIEWS AND RESPONSES

# LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT

## TABLE OF CONTENTS

| Title | Page |
|---|---|
| **INTRODUCTION** | |
| STUDY AUTHORITY | 1 |
| STUDY PURPOSE AND SCOPE | 2 |
| PRIOR STUDIES AND REPORTS | 3 |
| **PLAN FORMULATION** | |
| PROBLEM IDENTIFICATION | 5 |
| EXISTING CONDITIONS | 5 |
| AUTHORIZED AND EXISTING HURRICANE PROTECTION WORKS | 33 |
| CONDITIONS IF NO FEDERAL ACTION TAKEN | 43 |
| ENVIRONMENTAL RESOURCES | 48 |
| PROBLEMS, NEEDS, AND OPPORTUNITIES | 52 |
| PLANNING CONSTRAINTS | 54 |
| PLANNING OBJECTIVES | 54 |
| MANAGEMENT MEASURES | 55 |
| PLAN FORMULATION RATIONALE | 56 |
| PLANS CONSIDERED IN PRELIMINARY PLANNING | 58 |
| PLAN ASSESSMENT AND EVALUATION | 92 |
| THE BARRIER PLAN | 93 |
| THE HIGH LEVEL PLAN | 109 |
| MITIGATION PLANS | 120 |
| COMPARISON OF DETAILED PLANS | 121 |
| INTRODUCTION | 121 |
| NATIONAL ECONOMIC DEVELOPMENT | 121 |
| DETERMINATION OF RECOMMENDED PLAN | 125 |
| SENSITIVITY ANALYSIS | 128 |

TABLE OF CONTENTS (Continued)

| Title | Page |
|---|---|

### DESCRIPTION OF RECOMMENDED PLAN

| | |
|---|---|
| PLAN FEATURES | 132 |
|   ST. CHARLES PARISH AREA | 132 |
|   JEFFERSON PARISH AREA | 133 |
|   NEW ORLEANS AREA | 133 |
|   CITRUS-NEW ORLEANS EAST AREA | 134 |
|   CHALMETTE AREA PLAN | 135 |
|   MANDEVILLE SEAWALL | 135 |
| DESIGN AND COST CONSIDERATIONS | 135 |
|   ST. CHARLES PARISH AREA | 135 |
|   JEFFERSON PARISH AREA | 136 |
|   NEW ORLEANS AREA | 136 |
|   CITRUS-NEW ORLEANS EAST AREA | 136 |
|   RELOCATIONS | 138 |
| OPERATION AND MAINTENANCE CONSIDERATIONS | 138 |
| PLAN ACCOMPLISHMENTS | 139 |
| SUMMARY OF ECONOMIC, ENVIRONMENTAL, AND SOCIAL EFFECTS | 139 |
|   ECONOMIC EFFECTS | 139 |
|   ENVIRONMENTAL EFFECTS | 141 |
|   SOCIAL EFFECTS | 142 |

### PLAN IMPLEMENTATION

| | |
|---|---|
| INTRODUCTION | 143 |
| DIVISION OF RESPONSIBILITIES | 143 |
|   FEDERAL RESPONSIBILITIES | 143 |
|   NON-FEDERAL RESPONSIBILITIES | 143 |

### STUDY PARTICIPANTS AND COORDINATION

### RECOMMENDATIONS

TABLE OF CONTENTS (Continued)

LIST OF FIGURES

| Number | Title | Page |
|--------|-------|------|
| 1 | EFFECT OF BARRIER STRUCTURES ON LAKE LEVELS | 35 |
| 2 | SEABROOK COMPLEX | 63 |
| 3 | CHEF MENTEUR COMPLEX | 65 |
| 4 | RIGOLETS COMPLEX | 67 |

LIST OF TABLES

| Number | Title | Page |
|--------|-------|------|
| 1 | POPULATION OF ECONOMIC STUDY AREA 1950-1980 | 7 |
| 2 | COMPARATIVE TRAFFIC PATTERNS OF PORTS | 8 |
| 3 | ECONOMIC TRENDS IN THE STUDY AREA | 10 |
| 4 | EMPLOYMENT AND PER CAPITA PERSONAL INCOME | 11 |
| 5 | EMPLOYMENT BY INDUSTRY, 1979 | 12 |
| 6 | SUMMARY OF LAND USE CATEGORIES | 14 |
| 7 | URBAN LAND USE | 15 |
| 8 | NONURBAN LAND USE | 16 |
| 9 | POPULATION PROJECTION: NEW ORLEANS SMSA AND LAKE PONTCHARTRAIN ECONOMIC STUDY AREA | 44 |
| 10 | NEW ORLEANS SMSA - POPULATION, PERSONAL INCOME, AND LABOR AND PROPRIETOR'S INCOME, 1969 AND 1978, AND PROJECTED, 1985-2030 | 46 |
| 11 | NEW ORLEANS SMSA - EMPLOYMENT BY INDUSTRY BY PLACE OF WORK, 1969 AND 1978, AND PROJECTED, 1985-2030 | 47 |
| 12 | ESTIMATES OF FIRST COSTS TO COMPLETE BARRIER COMPLEXES | 61 |
| 13 | DESCRIPTION OF PRELIMINARY PLANS | 73 |

TABLE OF CONTENTS (Continued)

LIST OF TABLES (Continued)

| Number | Title | Page |
|---|---|---|
| 14 | SUMMARY ESTIMATES OF FIRST COSTS TO COMPLETE | 74 |
| 15 | SUMMARY OF FIRST COSTS FOR ST. CHARLES PARISH LEVEE ALINEMENTS, BARRIER PLANS | 81 |
| 16 | SUMMARY OF FIRST COSTS FOR ST. CHARLES PARISH LEVEE ALINEMENTS, HIGH LEVEL PLANS | 84 |
| 17 | SUMMARY COMPARISON OF IMPACTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE NEW ORLEANS EAST LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 86 |
| 18 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE CITRUS LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 88 |
| 19 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE NEW ORLEANS LAKEFRONT LEVEE REACH FOR HIGH LEVEL PLANS | 89 |
| 20 | SUMMARY COMPARISON OF FIRST COSTS OF PRELIMINARY ALTERNATIVES TO COMPLETE THE JEFFERSON PARISH LAKEFRONT REACH FOR HIGH LEVEL PLANS | 91 |
| 21 | SUMMARY OF COSTS TO COMPLETE THE BARRIER PLAN | 101 |
| 22 | SUMMARY OF COSTS TO COMPLETE THE HIGH LEVEL PLAN | 114 |
| 23 | SUMMARY COMPARISON OF PLANS | 122 |
| 24 | PLAN COMPARISON NATIONAL ECONOMIC DEVELOPMENT DETERMINATION | 124 |
| 25 | SEPARABLE AREAS FOR INCREMENTAL ANALYSIS | 130 |
| 26 | INCREMENTAL ANALYSIS OF SEPARABLE AREAS FOR THE HIGH LEVEL PLAN | 131 |
| 27 | SUMMARY OF COSTS TO COMPLETE THE HIGH LEVEL PLAN | 140 |
| 28 | SUMMARY OF LOCAL COSTS | 147 |

## TABLE OF CONTENTS (Continued)

### LIST OF PLATES

| Number | Title |
|--------|-------|
| 1 | GENERAL MAP |
| 2 | LIMITS OF SPH OVERFLOW |
| 3 | AUTHORIZED PLAN |
| 4 | SEPARABLE PROJECT AREAS |
| 5 | NEW ORLEANS LAKEFRONT OUTFALL CANALS |
| 6 | ALTERNATIVE NEW ORLEANS EAST ALINEMENT |
| 7 | ST. CHARLES PARISH ALINEMENTS |
| 8 | THE BARRIER PLAN |
| 9 | THE HIGH LEVEL PLAN |
| 10 | BARRIER VS. HIGH LEVEL PLAN-DIFFERENCE IN SPH OVERFLOW |
| 11 | PROJECT AREA FOR ENVIRONMENTAL IMPACT ANALYSIS |
| 12 | ENVIRONMENTAL RESOURCES MAP |
| 13 | CULTURAL RESOURCES LOCATION MAP |

# INTRODUCTION

This report has been arranged in three volumes. The first volume, the Main Report, is a nontechnical presentation of the study results, including the overall project formulation processes, the environmental impact statement (EIS), and study recommendations. The second volume, a set of technical appendixes, contains technical data in support of information presented in the Main Report. These appendixes are primarily an aid to the technical reviewer. Volume III is the Public Views and Responses appendix containing the comments received on the draft EIS.

## STUDY AUTHORITY

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project, as presently being constructed, was authorized by Public Law 89-298, 27 October 1965, House Document 231, 89th Congress, 1st Session (the Flood Control Act of 1965) generally in accordance with recommendations contained within a report of the Chief of Engineers. Upon receipt of funds in 1966, construction of the hurricane protection project began.

In response to the National Environmental Policy Act of 1969, the US Army Corps of Engineers prepared an EIS in August 1974, and filed it with the Council on Environmental Quality in January 1975. Shortly thereafter, the adequacy of the EIS was challenged in court, and, on 30 December 1977, major portions of the project were enjoined from further construction by United States District Court, Eastern District of Louisiana, New Orleans Division. Subsequently, in March 1978, the injunction was modified to allow continued construction of all portions of the project, except the barrier complexes at Chef Menteur Pass and The Rigolets. Pertinent portions of the court's opinion are as follows.

"It is clear from the evidence in this case that the final environmental impact study for the Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection Project prepared by the United States Army Corps of Engineers dated August 1974 does not comply with the requirements of Title 43 United States Code Section 4332 which provides in pertinent part: ... all agencies in the federal government shall - utilize a systematic, interdisciplinary approach in decision making ... include in every recommendation or report or proposals for legislation ... a detailed statement by the responsible official on the environmental impact of the proposed action ... alternatives to the proposed action ... As written the EIS actually precludes both public and governmental parties from the opportunity to fairly and adequately analyze ... the proposed plan and any alternatives to it ... the court's opinion is limited strictly to the finding that the environmental impact statement of August, 1974 for the project was legally inadequate. Upon proper compliance with the law with regard to the impact statement this injunction will be dissolved and any hurricane plan thus properly presented will be allowed to proceed ..."

This report has been prepared as a response to that injunction.

## STUDY PURPOSE AND SCOPE

Upon issuance of the court injunction, studies which could adequately support a legally sufficient supplement to the EIS were initiated. The results of those studies are contained in this report.

Considered in the investigation were the immediate and future needs for providing hurricane protection to the Metropolitan New Orleans area;

and the economic, social, and environmental impacts and implications of the alternatives. This report is considered a final response to the requirements set forth in the court injunction.

## PRIOR STUDIES AND REPORTS

There have been numerous prior reports concerned with navigation and flood control in the area. A summary of pertinent reports is contained in this section.

House Document No. 90, 70th Congress, 1st Session, submitted 8 December 1927, is the basis for the Flood Control, Mississippi River and Tributaries project adopted by the Flood Control Act of 15 May 1928. The Mississippi River levee system is included in this general plan.

For over a century, the Corps of Engineers has conducted studies concerning deep-draft navigation on the Mississippi River below Baton Rouge, Louisiana. House Document No. 215, 76th Congress, 1st Session, submitted 15 March 1939, resulted in authorization by the River and Harbor Act of 2 March 1945 to combine and modify existing deep-draft projects on the river in a single project, "Mississippi River, Baton Rouge to the Gulf of Mexico, Louisiana." Subsequently modified by the River and Harbor Act of 23 October 1962, the project currently provides the following channel dimensions:

| | |
|---|---|
| Baton Rouge to New Orleans | 40 by 500 feet |
| Port of New Orleans | 35 by 1,500 feet |
| New Orleans to Head of Passes | 40 by 1,000 feet |
| Southwest Pass | 40 by 800 feet |
| Southwest Pass Bar Channel | 40 by 600 feet |
| South Pass | 30 by 450 feet |
| South Pass Bar Channel | 30 by 600 feet |

A report entitled "Deep-Draft Access to the Ports of New Orleans and Baton Rouge, Louisiana," recently prepared by the New Orleans District, recommended enlarging the navigation channel from Baton Rouge to the Gulf of Mexico to dimensions of 55 by 750 feet. The Board of Engineers for Rivers and Harbors has approved the report, and it has been sent to the Secretary of the Army.

House Document No. 96, 79th Congress, 1st Session, submitted 19 May 1942, provides the basis for the existing project on the Gulf Intracoastal Waterway (GIWW) east of New Orleans.

Senate Document No. 139, 81st Congress, 2nd Session, submitted 20 February 1950, provides the basis for the existing Lake Pontchartrain, Louisiana, levee project along the Jefferson Parish lakefront.

House Document No. 245, 82nd Congress, 1st Session, submitted 25 September 1951, resulted in authorization of the Mississippi River-Gulf Outlet (MR-GO) project by the River and Harbor Act of 29 March 1956. The project provides for a 36- by 500-foot ship channel between the Inner Harbor Navigation Canal (IHNC) in New Orleans and the Gulf of Mexico, a 1,000- by 2,000- by 36-foot deep turning basin and a high level bridge over the channel at Louisiana Highway 47. Project authorization also provides for a lock and connecting channel between the Mississippi River and the new ship channel when economically justified.

# PLAN FORMULATION

## PROBLEM INDENTIFICATION

To determine the problems and needs of the study area as related to hurricane protection, it is necessary to understand the present and projected future conditions. This section contains a summary of information related to human, economic, and environmental resources of the study area, thus providing a basis for determining the potential social and economic effect of hurricane-induced flooding.

**EXISTING CONDITIONS**

LOCATION. The study area, shown on Plate 1, is located in southeastern Louisiana in the vicinity of New Orleans, and includes all or a portion of five parishes: Jefferson, Orleans, St. Bernard, St. Charles, and St. Tammany. It consists of the low land and water areas between the Mississippi River alluvial ridge and the Pleistocene escarpment to the north and west. The dominant topographic feature is Lake Pontchartrain, a shallow land-locked tidal basin approximately 640 square miles in area and averaging 12 feet in depth. It connects with Lake Maurepas to the west, through Pass Manchac and North Pass, and with the Gulf of Mexico to the east through Lake Borgne and Mississippi Sound. The lake drains approximately 4,700 square miles of tributary area.

The study area is bounded by water bodies posing potential flood threats. The Metropolitan New Orleans area is protected against riverine flooding by the project works of the Flood Control, Mississippi River and Tributaries project. On the east bank of the Mississippi River within this area, populated sections are threatened by flooding

5

resulting from hurricane-induced tidal surges from Lake Pontchartrain and/or the interconnected Lakes Borgne and Maurepas.

Residential and commercial development along the shores of Lake Pontchartrain is extensive, being most dense along the south shore, which is occupied by portions of Orleans, Jefferson, and St. Charles Parishes to the east of the Bonnet Carre' Spillway. The populated areas located within the portions of Orleans and St. Bernard Parishes, inclosed by the Chalmette Area Plan levee system, are concentrated along the Mississippi River to the south of the GIWW. Along the north shore of Lake Pontchartrain in St. Tammany Parish, population density is less, but the area is rapidly developing. Slidell, located to the northeast, is the major population center. Also, located along the north shore are the communities of Lacombe, Mandeville, and Madisonville.

HUMAN RESOURCES. Residential developments and population growth adjacent to the Central Business District of New Orleans historically have been dependent on the construction and maintenance of levees along the lakes and waterways of the area. The earliest developments took place along the natural ridges, with later residential growth occurring where the greatest levee protection was available. In recent years, residential development in the Lake Pontchartrain area has followed the pattern of many other urban centers with a growing number of multiple-family dwelling units and several mid-rise level apartment buildings.

Table 1 shows the significant population increases which occurred in the economic study area between 1950 to 1980. The 2.5 percent compound annual growth rate between 1950 to 1960 declined to 1.5 percent during the 1960's and 1.3 percent during the 1970's. Of special significance has been the changing distribution of the population. While the city of New Orleans experienced a net decline from 1950 to 1980, the total population of the surrounding parishes (Jefferson, St. Bernard, St. Tammany, and St. Charles) increased by more than

6

300 percent. The most dramatic growth has taken place in Jefferson Parish, on the East Bank of the Mississippi River, increasing from 19,000 in 1940 to 275,000 in 1980, or more than 1,300 percent. The west bank of the Mississippi River in Jefferson has grown rapidly as well, from 32,000 in 1940 to 180,000 in 1980--an increase of almost 500 percent.

### TABLE 1

#### POPULATION OF ECONOMIC STUDY AREA
#### 1950-1980

| Parish | Land Area (Sq. Mi.) | Populations | | | |
|---|---|---|---|---|---|
| | | 1950 | 1960 | 1970 | 1980 |
| Jefferson | 372 | 103,873 | 208,769 | 338,229 | 454,592 |
| Orleans | 203 | 570,443 | 627,525 | 593,471 | 557,482 |
| St. Bernard | 521 | 11,087 | 32,186 | 51,185 | 64,097 |
| St. Charles | 291 | 13,363 | 21,219 | 29,550 | 37,259 |
| St. Tammany | 882 | 26,988 | 38,643 | 63,585 | 110,554 |
| TOTALS | 2,269 | 725,754 | 928,342 | 1,076,020 | 1,223,984 |

SOURCE: US Department of Commerce, Bureau of the Census, Census of Population, "Number of Inhabitants, Louisiana".

ECONOMIC RESOURCES. A period of extremely rapid growth occurred in the New Orleans area during the 1950's and mid-1960's, largely as a result of increased mineral production in surrounding areas, the development of petro-chemical industries, National Aeronautic and Space Administration programs, marine construction, the continued growth of the Port of New Orleans and, to a somewhat lesser degree, the continued development of the tourist industries. However, during the late 1960's and 1970's economic growth rates returned to those more in line with national trends.

While the competition of other ports appears to have increased, the total volume of tonnage reported for the Port of New Orleans has continued to grow, and by 1979, surpassed the total reported for the Port of New York, previously the Nation's most active port. Table 2 compares the traffic patterns of the Port of New Orleans with New York and several ports along the gulf coast. In addition to waterborne commerce, connecting truck and rail lines have helped maintain the Metropolitan New Orleans area as a major international as well as regional market. Based on figures reported by the Louisiana Department of Labor, transportation employment in the study area in 1979 accounted for 44 percent of the state's total.

### TABLE 2

#### COMPARATIVE TRAFFIC PATTERNS OF PORTS

| Year | New Orleans | Total Volume of Tonnage Reported New York | Miami[1] | Tampa | Mobile | Houston |
|---|---|---|---|---|---|---|
| 1970 | 123,674 | 174,008 | 12,371 | 31,357 | 23,830 | 64,654 |
| 1971 | 120,067 | 181,025 | 12,709 | 34,975 | 24,919 | 68,424 |
| 1972 | 125,719 | 196,843 | 15,667 | 43,230 | 27,291 | 71,431 |
| 1973 | 136,104 | 216,896 | 18,111 | 41,923 | 30,518 | 88,518 |
| 1974 | 144,189 | 195,096 | 15,698 | 40,919 | 33,154 | 89,106 |
| 1975 | 140,409 | 177,815 | 14,107 | 39,858 | 32,453 | 83,674 |
| 1976 | 155,990 | 179,587 | 15,729 | 39,904 | 35,379 | 89,898 |
| 1977 | 162,992 | 185,292 | 15,333 | 45,620 | 35,944 | 104,291 |
| 1978 | 160,612 | 186,733 | 15,631 | 47,077 | 36,261 | 111,936 |
| 1979 | 167,135 | 163,621 | 16,607 | 47,885 | 35,245 | 117,551 |

[1] Includes Port Everglades and Miami Harbors.

SOURCE: US Army Corps of Engineers, Waterborne Commerce of the United States, 1979.

Construction of the New Orleans Superdome, several large commercial buildings, and a number of major hotels have helped keep the area's

8