economy active.   The changing skyline of the New Orleans Central Business District reflects this growth, as well as the significance which construction industries have had on the area's economic development in recent years.

Table 3 indicates business and manufacturing trends in the five-parish economic study area as reported by the Bureau of the Census. While the data indicate that commercial and manufacturing activities have increased in other areas of the state, the figures for wholesale trade and service industries exemplify New Orleans' continued strength as a regional commercial center.   For example, the 1977 Census of Wholesale Trade shows that sales in the Lake Pontchartrain economic study area (Jefferson, Orleans, St. Bernard, St. Charles, and St. Tammany Parishes) accounted for 46 percent of the state total, while the area's population in 1977 was estimated at approximately 30 percent of the state total.   The growing importance of tourism is reflected by the increasing number of hotels constructed in recent years and by hotel and motel receipts.   In 1958, hotel and motel receipts in the Lake Pontchartrain economic study area accounted for 42 percent of the state total.   By 1977 they made up 65 percent of the state total.

The fluctuation in manufacturing employment, on the other hand, could reflect the need for greater balance in the area's economy as suggested by some local analysts.   Data for 1979, as reported by the State Department of Labor, indicated that manufacturing accounted for approximately 11 percent of total employment in the Lake Pontchartrain economic study area.   Manufacturing accounted for 15 percent of the total employment reported for the rest of the state.   City planners, in cooperation with the Board of Commissioners of the Port of New Orleans (Dock Board), are promoting port facilities and industrial expansion in the development of an Almonaster-Michoud Industrial District, a largely undeveloped 7,000-acre portion of the Citrus-New Orleans East area which will be protected by the plan.   Developers hope to relocate certain port

## TABLE 3

### ECONOMIC TRENDS IN THE STUDY AREA

|  | 1958 | 1963 | 1967 | 1972 | 1977 |
|---|---|---|---|---|---|
| **Retail Trade** | | | | | |
| Number of Establishments | 8,134 | 6,342 | 7,958 | 8,703 | 8,121 |
| Sales ($1,000's) | 1,001,527 | 1,133,089 | 1,591,015 | 2,395,141 | 3,985,704 |
| Percent of State | 34 | 33 | 33 | 33 | 32 |
| **Wholesale Trade** | | | | | |
| Number of Establishments | 1,749 | 1,816 | 1,935 | 2,103 | 2,250 |
| Sales ($1,000's) | 2,371,046 | 2,673,483 | 3,606,681 | 4,768,954 | 9,065,065 |
| Percent of State | 60 | 58 | 54 | 49 | 46 |
| **Selected Service Industries** | | | | | |
| Number of Establishments | 4,731 | 4,408 | 5,938 | 8,593 | 9,172 |
| Sales ($1,000's) | 186,032 | 228,389 | 323,897 | 718,982 | 1,282,818 |
| Percent of State | 48 | 48 | 47 | 48 | 44 |
| **Manufacturing** | | | | | |
| Number of Establishments | 963 | 924 | 921 | 955 | 1,056 |
| Number of Employees | 49,000 | 50,600 | 57,800 | 57,600 | 51,300 |
| Percent of State | 36 | 36 | 35 | 32 | 26 |
| **Value Added by Manufacture** | | | | | |
| ($1,000's) | 513,503 | 618,363 | 976,700 | 1,218,700 | 2,368,500 |
| Percent of State | 36 | 32 | 35 | 28 | 25 |

SOURCE:  US Department of Commerce, Bureau of the Census.

10

facilities and expand industrial development in this tidewater area, and
eventually broaden the metropolitan area's economic base. Two related
projects are currently under study; one would modify lockage capacity
through the MR-GO and IHNC, and the other would enlarge the Mississippi
River navigation channel from Baton Rouge, Louisiana, located upstream
of New Orleans, to the Gulf of Mexico.

EMPLOYMENT AND INCOME. Table 4 illustrates establishment-based
employment covered by the Louisiana Employment Security Law and per
capita personal income in the study area for 1977, 1978, and 1979. The
high employment and above average incomes generated in the study area
reflect its historic economic growth.

TABLE 4

EMPLOYMENT AND PER CAPITA PERSONAL INCOME

| Parish | 1977 | | 1978 | | 1979 | |
|---|---|---|---|---|---|---|
| | Employment | Income | Employment | Income | Employment | Income |
| | | ($) | | ($) | | ($) |
| Jefferson | 107,139 | 7,039 | 133,062 | 7,850 | 144,951 | 8,867 |
| Orleans | 275,687 | 6,987 | 300,439 | 7,744 | 303,973 | 8,707 |
| St. Bernard | 11,579 | 6,596 | 13,428 | 7,172 | 13,948 | 8,135 |
| St. Charles | 12,993 | 6,199 | 15,561 | 7,167 | 17,407 | 8,030 |
| St. Tammany | 12,395 | 5,576 | 17,812 | 6,440 | 20,111 | 7,191 |
| Total/per capita | 419,793 | 6,870 | 480,302 | 7,626 | 500,390 | 8,588 |
| % of State | 36 | 115 | 35 | 113 | 35 | 113 |

SOURCE: State of Louisiana, Department of Labor, Office of Management
and Finance; Employment Wages, November 1980, US Department of Commerce,
Bureau of Economic Analysis, Survey of Current Business, April 1981.

Table 5 shows an employment distribution for 1979. Like a number
of large metropolitan areas in recent years, New Orleans and the Lake

11

TABLE 5

EMPLOYMENT BY INDUSTRY, 1979

| | Mining | Construction | Transportation | Wholesale | Retail | Finance | Service | Public Administration |
|---|---|---|---|---|---|---|---|---|
| State of Louisiana | 77,547 | 144,123 | 130,336 | 101,503 | 255,267 | 72,234 | 402,982 | 77,606 |
| LAKE PONTCHARTRAIN ECONOMIC STUDY AREA | | | | | | | | |
| Jefferson Parish | 4,050 | 15,785 | 14,383 | 11,752 | 33,615 | 5,640 | 36,136 | 4,249 |
| Orleans Parish | 12,052 | 13,455 | 38,688 | 23,819 | 49,155 | 22,744 | 97,383 | 20,500 |
| St. Bernard Parish | 174 | 982 | 993 | 175 | 2,315 | 408 | 2,936 | 740 |
| St. Charles Parish | 202 | 5,364 | 1,684 | 1,294 | 1,215 | 252 | 2,488 | 176 |
| St. Tammany Parish | 211 | 2,288 | 971 | 638 | 4,366 | 1,091 | 7,163 | 761 |
| TOTAL | 16,689 | 37,874 | 56,719 | 37,678 | 90,666 | 30,135 | 146,106 | 26,426 |
| Allocated to Parishes 1/ | 71,516 | 135,746 | 127,802 | 91,937 | 248,799 | 70,799 | 399,340 | 76,612 |
| Percent of State 1/ | 23 | 28 | 44 | 41 | 36 | 42 | 37 | 34 |

1/ Firms operating in two or more parishes with no available breakdown by area are included only in the totals; therefore, the percent of the state is computed using only the figures specifically allocated to the parished in the study area.

SOURCE: State of Louisiana, Department of Labor, Office of Management and Finance, Employment wages, November 1980.

Pontchartrain economic study area in general have suffered from unemployment and underemployment problems. Some of these problems have been attributed to the immediate area's dependency on the port and tourist industries, the latter requiring labor intensive services but generating lower levels of income. However, information provided by the Louisiana Department of Labor indicates that other portions of the state have experienced more severe effects from the recent economic recession than the New Orleans area. Preliminary estimates indicate that unemployment in the New Orleans Standard Metropolitan Statistical Area (SMSA) was 10.6 percent in June of 1982, while the figure for the state was 11.5 percent.

Land Use. Land use in the five-parish study area ranges from 2.5 percent urban (St. Bernard Parish) to 34.3 percent urban (Orleans Parish). A summary of urban versus nonurban land use by parish is shown in Table 6. Considering the five-parish area as a unit, and not including Lakes Pontchartrain and Maurepas, approximately 12.7 percent is urban. A review of the data in Table 7 indicates that about 41 percent of the urbanized area is residential. Table 8 contains a breakdown of nonurban use into five categories. Over 70 percent of the nonurban land use is water and wetlands, and the depicted acreages do not include the areas of Lakes Pontchartrain and Maurepas. If the areas for these bodies of water are included in the land use calculations, over 98 percent of the study area would be water and wetlands, and only 0.6 percent would be considered urban. The extremely high amount of water and wetlands indicates the potential for damage from flooding due to storm-related high water.

ENVIRONMENTAL SETTING AND NATURAL RESOURCES. The project area, located in southeastern Louisiana, is of mostly low relief and characteristic of an alluvial plain. The area is within the Pontchartrain Basin, which is situated near the center of the Gulf Coastal Plain in the lower reaches of the Mississippi Embayment. The basin is in a shallow depression

TABLE 6

SUMMARY OF LAND USE CATEGORIES
(Acres)

| PARISH | TOTAL[1/] | URBAN | PERCENT URBAN | NONURBAN | PERCENT NONURBAN |
|--------|-----------|-------|---------------|----------|-------------------|
| Jefferson | 230,420 | 69,253 | 30.1 | 161,167 | 69.9 |
| Orleans | 134,036 | 45,937 | 34.3 | 88,099 | 65.7 |
| St. Bernard | 335,355 | 8,391 | 2.5 | 326,964 | 97.5 |
| St. Charles | 187,343 | 31,780 | 17.0 | 155,563 | 83.0 |
| St. Tammany | 571,467 | 30,116 | 5.3 | 541,351 | 94.7 |
| TOTAL | 1,458,621 | 185,477 | 12.7 | 1,273,144 | 72.8 |

[1/] Does not include Lakes Pontchartrain and Maurepas, parish boundaries are indefinite.

SOURCE:  Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans-
Baton Rouge Metropolitan Area 1980.

TABLE 7

URBAN LAND USE
(Acres)

| PARISH | RESIDENTIAL | COMMERCIAL SERVICES | INDUSTRIAL | EXTRACTIVE | TRANSPORTATION | INSTITUTIONAL | STRIP AND CLUSTERED SETTLEMENT | OPEN | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Jefferson | 23,616 | 4,237 | 4,659 | 27,917 | 576 | 865 | 2,980 | 4,403 | 69,253 |
| Orleans | 27,950 | 3,645 | 4,157 | 947 | 2,348 | 1,055 | 1,270 | 4,565 | 45,937 |
| St. Bernard | 5,079 | 376 | 1,300 | 402 | 230 | 159 | 666 | 179 | 8,391 |
| St. Charles | 3,592 | 223 | 3,556 | 21,660 | 26 | 166 | 2,007 | 550 | 31,780 |
| St. Tammany | 16,467 | 1,042 | 429 | 2,574 | 723 | 888 | 6,326 | 1,667 | 30,116 |
| TOTAL | 76,704 | 9,523 | 14,101 | 53,500 | 3,903 | 3,133 | 13,249 | 11,364 | 185,477 |

SOURCE: Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans-Baton Rouge Metropolitan Area 1980.

15

TABLE 8

NONURBAN LAND USE
(Acres)

| PARISH | AGRICULTURE | FOREST | WATER[1] | WETLANDS | BARREN LANDS | TOTAL |
|---|---|---|---|---|---|---|
| Jefferson | 3,354 | 3,415 | 79,851 | 74,342 | 205 | 161,167 |
| Orleans | 755 | 36 | 18,314 | 68,994 | 0 | 88,099 |
| St. Bernard | 18,691 | 0 | 53,942 | 254,331 | 0 | 326,964 |
| St. Charles | 22,436 | 535 | 11,261 | 120,942 | 389 | 155,563 |
| St. Tammany | 98,383 | 209,285 | 6,677 | 226,907 | 99 | 541,351 |
| TOTAL | 143,619 | 213,271 | 170,045 | 745,516 | 693 | 1,273,144 |

[1] Does not include Lakes Pontchartrain and Maurepas, which are bordered by several parishes, where definite parish boundaries into these water bodies have not been defined. The total area of these lakes is about 720 square miles, or 31,363,200 acres.

SOURCE: Land Use Maps published in the Inventory of Basic Environmental Data, New Orleans—Baton Rouge Metropolitan Area 1980.

16

lying between the alluvial ridge of the Mississippi River to the south and sloping uplands to the north and west. Lake Pontchartrain, a brackish embayment of the Gulf of Mexico some 640 square miles in area, is connected to Lake Borgne to the east via The Rigolets, Chef Menteur Pass, and the IHNC. To the west, Lake Pontchartrain is connected by Pass Manchac and North Pass to Lake Maurepas, a freshwater lake about 90 square miles in area. The south shore area from the Bonnet Carre' Spillway to Lake Borgne is essentially uniform in topography. The land slopes gently downward from an average elevation of about 12 feet National Geodetic Vertical Datum (NGVD)[1] along the natural banks of the Mississippi River to approximately sea level near the lake shores.

All of this area is protected from Mississippi River overflows by the mainline levee system. Minimum elevations as low as minus 9 feet are found in the artificially drained low-lying marsh and swamp areas (the area is subject to subsidence). A ridge at an elevation of approximately 4 feet, is located about 2 to 3 miles from the lake, and runs generally parallel to the lakeshore in eastern Jefferson Parish and throughout Orleans Parish. This ridge, known as the Metairie-Gentilly Ridge, is the remains of the natural levee of an ancient distributary of the Mississippi River, and forms a natural drainage divide between the river and the south shore of Lake Pontchartrain. US Highway 90 generally traverses this ridge in the eastern part of Orleans Parish.

The north shore of Lake Pontchartrain, located in St. Tammany Parish, is composed of low-lying marsh and swamp at an elevation of about 1.5 feet. The land rises inland to the adjacent higher Pleistocene escarpment forming the northern boundary of the study area, except in the vicinity of the town of Mandeville where the shoreline abuts the uplands.

---

[1]Unless otherwise noted, all elevations in this report are expressed in feet referenced to National Geodetic Vertical Datum, formerly referred to as mean sea level.

The portions of the physical study area to the west in Tangipahoa, Livingston, Ascension, St. James, and St. John the Baptist Parishes are essentially low-lying marsh and swamp with an average elevation of 1.5 feet. The feasibility of providing hurricane protection to this area is being investigated under the Lake Pontchartrain-West Shore, Louisiana project. Where the shoreline is not protected by erosion control works, a general shoreline retreat is the present dominant process within Lake Pontchartrain. A map of the physical study area, the area within the Standard Project Hurricane overflow limits, is shown on Plate 2. The designated study area for environmental analysis is delineated differently (Plate 11). The project study area boundaries are based on limits of flooding, while the study area for environmental land use analysis is based on habitats directly and indirectly impacted by construction activities associated with the project. The impacts of hurricane flooding are also discussed in the EIS.

Climate. The study area has a subtropical marine climate. Located in a subtropical latitude, its climate is influenced by the many water surfaces of the lake, streams, and the Gulf of Mexico. Throughout the year, these water areas modify the relative humidity and temperature conditions, decreasing the range between the extremes. When southern winds prevail, these effects are increased, imparting the characteristics of a marine climate.

The area has mild winters and hot, humid summers. During the summer, prevailing southerly winds produce conditions favorable for afternoon thundershowers. In the colder seasons, the area is subjected to frontal movements which produce squalls and sudden temperature drops. River fogs are prevalent in the winter and spring when the temperature of the Mississippi River is somewhat colder than the air temperature.

In the New Orleans area, the mean average temperature is about 70 degrees Fahrenheit ('F). The monthly mean temperatures vary from

53°F to 82°F.  Record high temperatures of 102°F occurred in June 1954 and August 1951 at Belle Chasse and New Orleans, respectively.  The record low temperatures of 7°F and 13°F occurred in January 1963 at Belle Chasse and New Orleans, respectively.

Precipitation generally is heavy in two fairly definite rainy periods.  Summer showers last from about mid-June to mid-September, and heavy winter rains generally occur from mid-December to mid-March.  The annual normal precipitation for New Orleans (Citrus station) is 58.22 inches, with annual variations of plus or minus 50 percent.  Extreme monthly rainfalls exceeding 12 inches are not uncommon, and as much as 25 inches have been recorded in a single month.  The greatest 24-hour amount of precipitation since 1871 was 14.01 inches on 15 and 16 April 1927.  Snowfall amounts are generally insignificant, and hail of a damaging nature seldom occurs.

Average wind velocity is about 9 miles per hour (mph), based on historic anemometer coverage at the New Orleans International Airport. The predominant wind directions are south to southeast from March to June and north to northeast from September to February.

From early June until late November, the study area is subject to the threat of hurricanes.  A hurricane is defined as a well-developed cyclonic storm, usually of tropical origin, that occurs in the North Atlantic Ocean, Gulf of Mexico, Caribbean Sea, and Eastern and Southern Pacific Oceans.  Hurricane storm characteristics are violent winds, tremendous waves and surges, and torrential rainfall.  (Average wind speeds must be at or above 75 mph in order for a storm to be classified as a hurricane.)  Size and duration vary with each hurricane, but they generally extend over thousands of square miles, reach heights of 30,000 feet or more, and last from 9 to 12 days.

Hurricanes pose a dual threat to life and property because of high winds and associated flooding. Winds can be damaging in themselves, but it is also a matter of record that wind patterns may cause changes in lake levels. Hurricane winds in the study area can increase the volume of water in Lakes Pontchartrain and Maurepas, increasing the average still water lake elevations. Further, wind can "tilt" the water in the lakes towards shore, depending upon wind direction. The wave action generated by wind forces further increases surge elevations. Rainfall associated with hurricanes poses an additional flood threat.

The study area has experienced many severe hurricanes, as well as lesser tropical storms which caused loss of life and/or damage to property. Official meteorological records are not available prior to 1893, but historic accounts are available. Because a large portion of the study area was relatively uninhabited prior to 1893, the extent of the flooding often went unobserved.

Prior to 1800, New Orleans had little protection from flooding caused by lake waters entering the city. Bienville's newly established capital city of New Orleans was severely damaged by a hurricane in 1722. The church, crops, stores, and 35 huts were destroyed, and the city was reduced to a state of famine. A 1723 hurricane caused similar damage. Other storms in 1776, 1779, 1780, 1781, 1793, and 1794 struck the area. Severe crop damage was reported from some of these storms. The lack of storm reports during the mid-century is thought to be primarily a lack of records rather than the absence of storms.

Historic data indicate that storms struck the area in 1800, 1811, 1812, and 1821. A particularly severe storm in 1831 devastated the area near the gulf and caused considerable damage in the study area. Several lives were lost, and all the buildings fronting the lake in the vicinity of New Orleans were washed away. The hurricane of 1837 inundated the city of New Orleans for a distance of approximately 2 miles inland from

20

the shoreline of the lake, and several lives were lost.  In 1860, another severe hurricane struck the area.  Heavy damage was reported in Mandeville, and several deaths occurred in New Orleans where approximately two-thirds of the city was inundated.  In 1887, a storm which had paralleled the entire coast of Texas passed inland near New Orleans.  Flooding occurred in the portion of the city nearest Lake Pontchartrain, as well as in some interior localities through levee breaks along drainage canals.  In October 1893, an extremely violent hurricane devastated the coastal region of Louisiana west of the Mississippi River.  The loss of life was estimated to be 2,000 persons, and heavy damage in other areas in Louisiana are noted in most of the storm records.  It was reported that the rate of forward motion of this storm decreased to nearly zero in the vicinity of the Mississippi River.  As a result of this stalling, the winds in the area were of long duration, and great volumes of gulf waters were forced from Lake Borgne into Lake Pontchartrain.  Other 19th century storms which resulted in lesser damage occurred in 1886, 1888, 1892, 1894, and 1897.

As development increased in the study area in the 20th century, the amount of damage from storms increased.  Additionally, refinements in the procedures of damage assessments, improved communications, and better record keeping have provided much better information on the duration and impact of these storms.  Hurricanes or tropical storms occurred in 1900, 1901, 1902, 1904, 1905, 1906, 1907, 1909, 1914, 1915, 1917, 1919, 1920, 1936, 1940, 1943, 1945, 1946, 1947, 1948, 1955, 1956, 1961, 1964, 1965, 1969, 1971, and 1974.  Some of these were major hurricanes which caused extensive damage and loss of life.

The storm of 4-16 August 1901 passed just east of New Orleans causing considerable property damage and the loss of 10 lives.  Approximately 3 square miles of the city were inundated to depths of 1 to 4 feet.  The hurricane of 10-22 September 1909 caused damage exceeding $6 million, and a loss of 353 lives.  The railroad was washed

out between Frenier and Ruddock along the west shore of the lake, and the western portion of the city was flooded to depths of 1 to 2 feet.

From 22 September to 2 October 1915, a storm with winds of 75 mph at New Orleans caused considerable damage. Torrential rains accompanied the storm, causing severe flooding in the southeastern portion of Louisiana. New Orleans reported a total of 8.2 inches of rain with a maximum of 1.59 inches in 1 hour. Failure of the drainage pumps caused the impounded water to remain for several hours. In New Orleans, 25,000 buildings were destroyed or damaged, and the city was flooded to depths of 1 to 8 feet. Total property losses exceeded $13 million and the death toll was 275.

The hurricane of 4-21 September 1947 ranked as one of the greatest on record. It struck the Louisiana coast south of Lake Borgne and continued westward south of Lake Pontchartrain. The path of the storm center in relation to the converging coasts of Mississippi and southeastern Louisiana was conducive to the generation of a very high tidal surge. Water flowed over the seawall at the New Orleans lakefront, inundating approximately 8.9 square miles of lakefront area, of which 2.7 square miles were covered by sheet flow 2 feet or more in depth. Flow over the low protective embankment along the lakeshore caused flooding of approximately 31 square miles in Jefferson Parish, making the drainage pumps inoperative for a considerable period of time. Water was 6 feet deep in some sections. New Orleans International Airport had 6 inches of water on the runways and could not operate. Wind speeds at the airport were reported as high as 98 mph with gusts to 112 mph. Total storm damage was estimated at $110 million with 51 lives lost, 12 of which were in Louisiana.

Hurricane Flossy (21-30 September 1956), passed over the mouth of the Mississippi River on a northeasterly track. Heavy rains, varying from 4 to 10 inches, fell along the path of the storm from Florida to

Grand Isle.  The seawall along the New Orleans lakefront was overtopped by waves, flooding an area of approximately 2.5 square miles in the eastern part of the city; however, Jefferson Parish was protected by a levee built after the 1947 storm.  Total deaths reported on the coast were 15 and damage was estimated at $20 million.

In late September 1964, Hurricane Hilda developed off the southern coast of western Cuba and attained a surface wind velocity of 150 mph on 1 October while the hurricane was located 350 miles south of New Orleans.  Hilda crossed the Louisiana coast west of New Orleans during the evening of 3 October.  At that time, maximum winds were 98 mph. Offshore and coastal oil installations suffered heavy damage and camps located along the south shore of Lake Pontchartrain in the Eastern New Orleans area were severely damaged by high waves in the lake.  The hurricane resulted in the flooding of more than 3,000,000 acres of land, damages estimated in excess of $53,000,000, and the death of 39 people.

The most destructive storm of record on the Louisiana coast, and one of the great hurricanes of this century, was Betsy, which entered the Gulf of Mexico on 8 September 1965.  At that time, wind velocities were estimated at 150 mph.  When the storm entered the Louisiana coast at Grand Isle on 9 September, winds were reported at 105 mph, with gusts to 160 mph.  The eastern portion of New Orleans and the adjacent Chalmette area of St. Bernard Parish suffered severe damage from floodwaters and winds.  The waters overtopped and poured through breaks in the IHNC levees and the Chalmette back levee.  The Citrus and New Orleans East back levees, located along the GIWW, also were overtopped.  Many camps and homes located along Chef Menteur, The Rigolets, Lake St. Catherine, and the south shore of Lake Pontchartrain in the Citrus-Little Woods area were completely demolished or heavily damaged by the combination of floodwaters, wind and waves.  Serious flooding occurred in these areas with the depths ranging up to 9 feet. Waves caused overtopping of the New Orleans seawall on Lake

Pontchartrain, but a secondary levee constructed by the local levee board prevented serious overflow into the city. Damages and expenditures related to this hurricane were estimated at over $2 billion. More than 2 1/2 million acres of land were flooded, approximately 300,000 persons were evacuated or changed living quarters, and more than 27,000 homes were destroyed or flooded. In addition, offshore and coastal oil installations and public utilities reported unprecedented damage. Fall crops were heavily damaged and much livestock drowned. Deaths in Louisiana resulting from Hurricane Betsy are listed at 81 persons, including over 50 deaths in the New Orleans area.

Hurricane Camille, which occurred in August 1969, was one of the most intense and destructive hurricanes ever recorded. By the 17th, Camille had winds estimated at 190 mph, and was located southeast of New Orleans and south of the gulf coast of Mississippi. Just before midnight, Camille hit the gulf coast with winds estimated at 160 mph and gusts up to 200 mph. Maximum tidal surges exceeded 20 feet. While Camille was in the Gulf of Mexico, a central barometric pressure of 26.61 inches was recorded, second only to the 26.35 inches recorded by the Labor Day hurricane of 1935. (Central barometric pressure is an important parameter affecting a storm's intensity.)

While the Mississippi coast received the brunt of Camille, the study area also suffered damages. Heavy damages were sustained by all types of facilities in and near The Rigolets/Chef Menteur/Lake St. Catherine area. Camps and homes located on both the north and south shores of Lake Pontchartrain were heavily damaged. Total monetary damages as a result of Camille exceeded $1 billion, while at least 262 lives were lost.

The geographical location of the New Orleans area, combined with the low terrain and nearby bodies of water, make this densely populated section of the state highly susceptable to hurricane-induced damages.

<u>Hydrology</u>.   The study area lies within the Lake Pontchartrain Basin. This drainage basin is bounded by the Pearl River Basin on the east, Mississippi Sound to the south (via Lake Borgne), and the Mississippi River to the west.   The Pearl River Basin, whose western boundary generally follows the Louisiana-Mississippi state boundary in the vicinity of Lake Pontchartrain, does not directly interface with the Pontchartrain Basin.   It does provide about one-half of the freshwater inflows to Lake Borgne.

Lake Borgne is an estuarine area which connects to the east with Mississippi Sound (an embayment of the Gulf of Mexico) and to the west with Lake Pontchartrain via Chef Menteur Pass and The Rigolets, two natural tidal passes.

The Mississippi River is separated from the study area by the left descending bank mainline levees, but is connected with the Pontchartrain system at two locations.   The Bonnet Carre' Spillway, located on the east bank of the Mississippi River in St. Charles Parish about 26 miles north of New Orleans, is a feature of the Mississippi River and Tributaries Flood Control project.   The spillway is designed to operate as a relief valve for the Mississippi River; that is, when floodflows on the Mississippi River below the spillway reach 1,250,000 cubic feet per second, a portion of the river's flows are diverted to Lake Pontchartrain.   Studies indicate that previous operations of the spillway have produced only small lake variations, varying from 0.7 feet to 1.5 feet measured at or near the design diversion capacity of 250,000 cfs.   Along the south shore, Lake Pontchartrain is connected with the Mississippi River, MR-GO, and GIWW via the IHNC, a manmade channel.   The IHNC is connected to the Mississippi River via a lock.   The Mississippi is a source of freshwater inflows for Lake Pontchartrain via the Industrial Lock and during limited periods when the Bonnet Carre' Spillway operates.   Conversely, the MR-GO, which connects with the Gulf of Mexico, is a source of saline waters for Lake Pontchartrain.

Lake Pontchartrain is an oval-shaped low salinity estuary formed from a remnant of an arm of the Gulf of Mexico, which was impounded by deltaic deposits of the Mississippi River and gradually freshened. It is about 25 miles wide along its north-south axis and 40 miles long along its east-west axis. In addition to its tidal passes at Chef Menteur, The Rigolets, and at the IHNC (Seabrook), Lake Pontchartrain has two inland passes to the west, North Pass and Pass Manchac, which connect to Lake Maurepas. Lake Maurepas has a surface area of about 90 square miles and an average depth of 10 feet. The total drainage area having significant effect on the lake system covers approximately 4,700 square miles.

The northern portions of the Lake Pontchartrain Basin are drained by numerous streams and rivers which flow in a predominantly southerly direction to Lakes Maurepas and Pontchartrain. Portions of Ascension, St. James, St. John the Baptist, St. Charles, Orleans, and Jefferson Parishes which lie east of the Mississippi River and north of St. Bernard Parish, are all drained by a series of natural and manmade streams and canals which flow away from the Mississippi River to Lakes Maurepas and Pontchartrain. In Orleans, Jefferson, and St. Bernard Parishes, pumping stations are required to lift the water through the levees which protect the New Orleans metropolitan area from flooding to the lake level. Pumping station discharge locations include Lake Pontchartrain, the IHNC, the MR-GO, and Lake Borgne.

Within Lake Pontchartrain and adjoining Lake Maurepas, water circulation patterns and lake levels are controlled by tidal action at the tidal passes, freshwater inflows from upstream drainage areas, and the wind. The lake generally has diurnal tides, that is, one high tide and one low tide in a day. Records indicate that normal wave crests range from 0.1 to 5.3 feet; whereas, normal tides in Lake Pontchartrain average 0.6 feet. This indicates that wind effects usually mask diurnal tidal fluctuations. Estimation of wind energy effects indicates that

tidal effects predominate over wind at wind speeds less than 4.5 mph, winds and tides are about equal when wind speeds range between 4.5 and 6.5 mph, and wind effects predominant when they are greater than 6.5 mph. Since wind speeds average more than 6.5 mph, winds generally dominate tides in the lake. Maximum stages occur in Lake Pontchartrain during hurricane activity in the vicinity. A maximum recorded stage of 13.1 feet occurred at Frenier Beach on 29 September 1915, while a minimum recorded stage of minus 2.2 feet occurred at New Orleans on 26-27 January 1938.

Except in the immediate vicinity of the tidal passes, the direction and speed of water circulation in Lake Pontchartrain is controlled by winds. Currents average 0.4 feet per second (fps) in the lake, while mean flood current speeds in the tidal passes average 1.2 to 1.6 fps.

The bulk of inflows received by Lake Pontchartrain comes from its tidal passes. Headwater flows account for only 4.5 percent of Lake Pontchartrain's inflow, while The Rigolets, Chef Menteur Pass, and the IHNC contribute 57, 32, and 6.5 percent, respectively, of the lake's total inflow volume.

The salinities of Lakes Pontchartrain and Maurepas normally range from fresh to brackish [brackish waters have a salinity of 1.0 to 5.0 parts per thousand (ppt)]. At times of extreme low flows, Lake Maurepas can become brackish. Salinities average less than 0.2 ppt in Lake Maurepas while averaging about 1.5 ppt in Lake Pontchartrain. Lake Pontchartrain salinities range seasonally from a low of about 0.45 ppt in the late spring to a high of about 5.3 ppt in the late fall, reflecting seasonal variations in freshwater inflow. The salinity regime is subject to drastic change during hurricanes.

Because the lake system receives its salt input from the tidal passes located to the east, the salinity of the lake is fresher towards

the west.  The lake system receives about half of its freshwater input
from headwater inflows and about half from the tidal passes.  The
Rigolets transports freshwater from the Pearl River Basin, and the IHNC
transports freshwater from the Mississippi River.  Salt budget
calculations indicate that The Rigolets supplies about 40 percent; the
Chef Menteur Pass supplies about 40 percent; and the IHNC supplies about
20 percent of the total salt entering the lake.

Water Quality.  Lake Pontchartrain, the IHNC, GIWW, and MR-GO are all
classified as "water quality limited."  The water quality limited
classification is given a stream segment where it is known that water
quality does not meet all applicable standards and/or is not expected to
meet all applicable standards, even after application of the effluent
limitations required by the Federal Water Pollution Control Act.  Each
of these surface waters is subjected to sewage contaminated storm water,
and domestic and industrial wastewater discharges from the New Orleans
metropolitan area.

    Rivers and streams draining into Lake Pontchartrain along the north
shore carry pollutants from the basin uplands.  Residential development
on the north shore, particularly in the Slidell and Mandeville areas,
also has increased storm water runoff to the lake.  Untreated domestic
wastewater discharges from camps along the shoreline and on immediate
tributaries are an additional source of pollution.  Primary contact
recreation (swimming, skiing, etc.) is one of the designated uses of the
lake.  However, a recent (1982) bacterial pollution survey prompted
state health officials to recommend that primary contact recreation
activities not be conducted within 1/4-mile of the shoreline along the
south shore west of US Highway 11.  State health officials also
discourage primary contact activities along the north shore within a
200-yard radius of the mouth of streams which flow into the lake.