Urban storm water, industries, and vessels are sources of pollution in the IHNC, GIWW, and MR-GO. None of these waters has been designated as suitable for primary contact recreation. Because of the manufacture, handling, use, and transport of toxic materials in the project area, these water bodies are subject to periodic spills, some of which have caused acute environmental perturbations.

Heavy industrialization of the area ensures a generally low level, but essentially constant, input of known toxic and potentially toxic substances to local water bodies from atmospheric fallout, washout and direct discharges.

<u>Botanical Resources</u>.   The vegetation north of Lake Pontchartrain consists of swamp and marshland, with pinewoods on the prairie terrace to the north and west. Within the area of study, there are various types of marshlands, cypress-tupelo swamps, bottomland hardwood forests, and submerged grass beds (see Plate 12). The marshes in the study area can be described as two basic types. Fresh-intermediate marshes contain a variety of plant species such as bulltongue, deerpea, maidencane, and wiregrass. The most common forms of vegetation associated with the brackish-saline marshes are wiregrass, oystergrass, and black rush.

The cypress-tupelo swamp is dominated by baldcypress, tupelogum, Drummond red maple, ash, and black willow. Most of this association is confined to St. Charles Parish. Bottomland hardwoods are located on higher, less frequently flooded areas. Common vegetation includes hackberry, various species of oaks, cottonwood, sycamore, and American elm. The dredged material disposal areas and levees located within the marsh system are vegetated with a scrub shrub type of plant association, consisting mainly of marsh elder and eastern baccharis.

The prairie terraces to the north and west of Lake Pontchartrain are covered primarily with longleaf, slash, spruce and loblolly pines,

oaks (several species), magnolias, tulip tree, flowering dogwood, and sweetgum.

The submerged vegetation within the lake and associated inlets (primarily wild celery, naiad, widgeongrass, and spikerush) provide cover, nursery, and spawning benefits to the local recreational and commercial fishery.

Zoological Resources. The biota of the study area can be divided into two categories: organisms having a land-based habitat and those utilizing aquatic habitat.

Lake Pontchartrain and the extensive marsh, swamplands, and bottomland in the project area contribute to an important seafood industry. The marsh and open waters provide varied and highly productive habitat for game and furbearing animals, as well as waterfowl. There are two wildlife management areas (Manchac and Joyce) and one refuge (St. Tammany) in the project area.

The aquatic life of Lake Pontchartrain is composed of typical brackish water species. The low salinity allows the invasion of freshwater species but excludes some of the typical high salinity forms. As is typical of the biota of estuaries, there is an abundance of a few species which can tolerate brackish conditions. Lake Pontchartrain is considered a nursery area for many marine species of the Gulf of Mexico, with the eastern portion being of exceptional importance to such species as menhaden and white shrimp.

The fishes of the lake are primarily marine and estuarine with the Atlantic croaker, gulf menhaden, anchovy, and silverside being particularly abundant. Other common species include spot, sand seatrout, sea catfish, and striped mullet. Freshwater species such as blue catfish, channel catfish, largemouth bass, and other sunfish occur in less saline water near incoming river mouths.

Lake Pontchartrain supports a sport and commercial fishery for many species including blue crab, white shrimp, spotted seatrout, black drum, red drum, sheepshead, and flounder. Western Lake Pontchartrain and the interconnecting Lake Maurepas also provide a sufficient density of brackish water clams to support a viable commercial shell harvesting industry.

The bald eagle is the only endangered or threatened species that might be impacted by a project alternative. For further discussion, see Appendix C, Section 1.

Additional information concerning zoological resources can be found in the EIS.

Cultural Resources. Located within the present and proposed levee system protecting Orleans, St. Bernard, Jefferson, and St. Charles Parishes are 104 historic properties and eight historic districts listed in the National Register of Historic Places. These properties include Big Oak and Little Oak Islands archeological sites, the Chalmette National Historical Park, Destrehan Plantation, Camp Parapet Powder Magazine, and the many historic buildings and districts in New Orleans.

The remainder of the Lake Pontchartrain study area also contains many significant cultural resources listed in the National Register. Forts Pike and Macomb are massive brick fortifications built in the early 1800's to guard the two natural passes into Lake Pontchartrain, The Rigolets, and Chef Menteur Pass. The historic town of Mandeville, which contains three structures listed in the Register and a proposed historic district, is located on the north shore of the lake. Three of the lighthouses which dot the lake's shoreline; Pass Manchac, New Canal, and Tchefuncte River Rear Range; have recently been listed in the National Register. Also listed in the Register are two archeological sites located in the marshes and swamps which constitute the lake's

31

shoreline. The Tchefuncte type site (16ST1) is composed of two *Rangia* shell middens in the marsh east of Mandeville. The Bayou Jasmine site (16SJB2) is a deeply buried cultural deposit dating to the Poverty Point period and is located in St. John the Baptist Parish between Lakes Maurepas and Pontchartrain. Plate 13 is a cultural resources location map.

Numerous other archeological sites are located throughout the study area. These sites are characteristically *Rangia* shell middens located on relict natural levee ridges, beaches, and shorelines. The archeological record of the Lake Pontchartrain Basin documents the presence of man from the late Archaic period [ca. 4,000 - 2,500 Before Present (B.P.)], with an economic strategy largely based on exploitation of *Rangia*.

Navigation through Lake Pontchartrain has existed since the early exploration of Louisiana. In fact, the shorter route to the gulf provided by the Bayou St. John/Lake Pontchartrain/Rigolets or Chef Menteur Pass route was a primary consideration in the founding of New Orleans. Commercial navigation in the lake continued throughout the 18th and 19th century first with extension of Bayou St. John by construction of the Carondelet Canal, and later by construction of the New Basin Canal into the growing city of New Orleans. Numerous historic shipwrecks are reported in Lake Pontchartrain.

Historic cultural resources in the study area also include approximately 150 recreational camps located along the Orleans Parish shoreline east of Lakefront Airport. Most of these structures are built on pilings some distance out in the lake with piers providing access to the shore. Some of the camps are reported to date from the late 19th century. Prior to the development of the New Orleans Lakefront between West End and the Lakefront Airport in the late 1920's, similar structures dotted the entire lakeshore of Orleans Parish from West End to South Point.

Recreational Resources. A linear recreational environment exists adjacent to the Lake Pontchartrain shoreline. Many recreational areas are currently existing and several are planned for future development. The Jefferson Parish Department of Recreation has developed a recreation master plan, dated March 1982, which encompasses all facilities to date and identifies additional area development. Increased demand for water-oriented recreation will continue until met via additional development such as that contained in the above mentioned master plan. Also contained in the Jefferson Parish Master Plan is a multi-million dollar recreational development which includes several boat launching areas, improvement of a 10.5-mile long National Recreation Trail, yacht harbors, marinas, private camps, and significant nodes of public/private neighborhood recreational developments with ancillary features. These recreational features are located exclusively on the narrow strip of land between the levee crown and the lakeshore. Activities occurring on existing facilities or in the vicinity of the project area include: boating, boat and bank fishing, crabbing, shrimping, skiing, sailing, picnicking, jogging, horseback riding, biking, walking for pleasure, field sports, sightseeing, and observation of wildlife. The existing facilities are adjacent to large residential areas, and attract heavy usage year round.

## AUTHORIZED AND EXISTING HURRICANE PROTECTION WORKS

The Lake Pontchartrain, Louisiana, and Vicinity Hurricane Protection project has been under construction since 1966. Portions of the plan incorporate features which previously had been constructed under other Federal authorities (Jefferson Parish Lakefront Levee), an unconstructed feature of the MR-GO project (Seabrook lock), and several features constructed by local interests. The authorized plan consists of two basic elements; barrier complexes at Lake Pontchartrain's three main tidal entrances and levees/floodwalls. Features of the plan are shown on Plate 3. Completion of this plan would provide protection

33

against the Standard Project Hurricane (SPH), defined as the most severe hurricane which can be reasonably expected to occur from a combination of meteorological and hydrological events reasonably characteristic of the area.

AUTHORIZED BARRIER COMPLEXES. The purpose of the barrier complexes is to allow closure of Lake Pontchartrain's main tidal passes during the approach of a hurricane from the Gulf of Mexico. The water levels in the lake thus can be kept at lower levels than that which normally would occur, thereby reducing required levees or floodwall heights. Figure 1 shows the planned effects of the barrier complexes upon Lake Pontchartrain's water levels during a hurricane occurrence. The proposed barrier complexes would be located at The Rigolets, Chef Menteur Pass, and at Seabrook (at the lakeside mouth of the IHNC). The only feature of any of these proposed complexes yet constructed is the GIWW navigation channel bypass feature of the Chef Menteur Pass complex. The modified 1977 court injunction precludes construction of either The Rigolets complex or Chef Menteur complex until such time a legally adequate supplement to the existing EIS is filed with the Environmental Protection Agency (EPA).

The Seabrook complex is a feature of the MR-GO navigation project, however, it also can serve as a barrier feature for hurricane protection. Thus, the authorization of the hurricane protection project provides for the construction costs of the Seabrook complex to be shared on a 50/50 basis between the MR-GO project and the hurricane protection project. The court injunction does not preclude work on the Seabrook complex, but physical construction of this feature has not been initiated.

LEVEES/FLOODWALLS. The levee/floodwall features of the current plan of improvement (exclusive of the tie-in levees associated with the barrier complexes) encompass six distinct areas of protection: the Chalmette Area, the Citrus-New Orleans East Area, the New Orleans Area, the



EXISTING - WITHOUT PROJECT CONDITIONS



WITH LEVEES RAISED TO BARRIER PLAN HEIGHTS, NO BARRIERS



LEVEES RAISED TO BARRIER PLAN HEIGHTS WITH BARRIER COMPLEXES IN PLACE

EFFECTS OF BARRIER STRUCTURES ON LAKE LEVELS
FIGURE I

35

Jefferson Parish Area, the St. Charles Parish Area, and the Mandeville Seawall, located on the north shore of Lake Pontchartrain along the lakefront of the town of Mandeville. Plate 4 shows the separable areas of protection.

Chalmette Area Plan. This ring levee system encompasses the populated area of St. Bernard Parish, a large portion of St. Bernard wetlands, and a portion of Orleans Parish located to the south of the GIWW. The levee system makes use of the existing Mississippi River levee to the west. The northern and eastern portions of the system utilize a dredged material disposal bank along the MR-GO as a levee base. There are navigable floodgates at Bayou Bienvenue and at Bayou Dupre, along the eastern portion of the levee system. These floodgates normally remain open and allow for navigation, gravity drainage, and tidal exchange to the inclosed wetlands. A gravity drainage structure is under construction at Creedmore Canal in the southern portion of the levee system. The levee system, designed to have net grades ranging from 17.5 feet to 14.0 feet, currently is under construction. The area protected by the Chalmette Area Plan is subject to a hurricane flood threat from Lake Borgne rather than Lake Pontchartrain; therefore, construction of the proposed barrier complexes are not related to this portion of the project.

Citrus-New Orleans East Area. The levee system follows an alinement of the levee system which was in place at the time of project authorization. The system encompasses two distinct areas, the Citrus area to the west and the New Orleans East area to the east. The line of demarkation between the two areas runs generally north from the Michoud Canal and along Paris Road, following an existing low level non-Federal levee. Comprised mostly of nonwetland areas, the Citrus area was partially developed at the time of project authorization and has experienced significant growth. Much of the New Orleans East area is wetlands and has remained basically undeveloped; however, there has been

increasing pressure for large scale development of the area in recent years.

To the west, preproject earthen levees along the IHNC, which had a grade of 8.6 feet, have been raised to 13-14 feet by floodwalls with some short sections of earthen levees. This floodwall work is essentially complete. Along the lakefront from the IHNC to South Point, preproject protection was provided by a floodwall built around the lakefront of the New Orleans Airport to an elevation of 10.5 feet. This floodwall ties into the Southern Railroad embankment which parallels the lakefront and has an elevation of 8.3 feet. Neither the airport floodwall nor the railroad embankment was adequate to meet the Corps design criteria.

Project protection along the lakefront consists of an earthen levee located just to the landside of the railroad embankment with net design grades ranging from 13.5 to 14 feet, with two exceptions; about 1/2-mile of floodwall in front (to the landside) of the airport, and about 1/4-mile of floodwall to an elevation of 11 feet on the landside of the area known as Lincoln Beach.

Along the eastern boundary of the Citrus-New Orleans East area, from the lakefront at South Point to the GIWW, project protection is provided by the South Point-to-GIWW levee which is built upon an existing locally constructed levee. The preproject grade of the levee was 10.6 feet and the project design grade varies from 12.5 to 14 feet. The southern portion of the Citrus-New Orleans East levee system is built upon a locally constructed levee paralleling the GIWW. The preproject grade of the levee varied from 8.6 to 13 feet. The grade of the project levee varies from 14 to 17.5 feet, with the exception of floodwalls surrounding the Michoud Canal which range in grade from 20 to 22 feet. The lakefront levees, South Point-to-GIWW levee and levees paralleling the GIWW (back levees) are nearing completion. It should be

37

noted that because the back levees and IHNC floodwalls do not front Lake Pontchartrain, their designs are not affected by construction of the barrier complexes.

New Orleans Area. This area is protected on the south by the existing Mississippi River levee, a feature of the Flood Control, Mississippi River and Tributaries project. To the east, the area is protected by levees and floodwalls on the west bank of the IHNC. The west bank of the IHNC originally had an earthen levee built to an elevation of 8.6 feet. Subsequently, this was raised to a design grade of 13 to 14 feet by means of a floodwall, with the exception of some short reaches consisting of levees.

Preproject protection along the New Orleans lakefront consisted of a seawall backed by a low levee from the Jefferson Parish line to the IHNC. The first 1/2-mile adjacent to Jefferson Parish is a seawall having a vertical crown of 6.5 feet protected by a breakwater at an elevation of 5.0 feet, forming the Orleans Marina. It is backed by a levee with an elevation of 9 feet. To the east of the harbor area, a stepped-type seawall with a crown elevation of 7.2 to 8.0 feet extended along the lakefront to the IHNC. Several hundred feet landward of the seawall, a small levee with a crown elevation of 8.6 feet provided secondary protection. The western boundary of the western New Orleans area was protected by a return levee paralleling the western bank of the Metairie (17th Street) Outfall Canal, and the lakefront protection system tied into the Jefferson Parish lakefront protection system.

The current plan of improvement would increase the net grade of the preproject earthen levee to 12 feet, with the exception of about 1,300 feet of floodwall built around the Orleans Marina and approximately 550 feet adjacent to the marina. This section would have a net grade of 10.5 feet, and would tie into the earthen levee system. The floodwall is complete, while the levee is presently at a net grade

38

of about 11.5 feet. Portions of the levee system have been raised to 16 feet by local authorities as a means of interim protection; however, the levee cross-section is not built to Corps criteria. Additionally, gaps in the levee system exist at road crossings.

New Orleans has three outfall canals for pumping stations at 17th Street (Metairie Outfall Canal), Orleans Avenue, and London Avenue which provide the major drainage for the city. These are shown on Plate 5. The pumping stations are set back 1 to 3 miles from the lakefront. Additionally, Bayou St. John, formerly a navigable channel, is now closed by floodgates about 1/2-mile inland from the lakefront. At the time of project authorization, the return levees paralleling the outfall canals to the pumping stations and Bayou St. John to its floodgates were considered adequate. Subsequently, they were determined to be inadequate in terms of grade and stability. Some of the return levees (of varying elevations) have been improved by local interests since the initial authorization, but still are considered inadequate under current design criteria. A number of solutions have been considered to correct these deficiencies in New Orleans' levee system, but no final decision has been reached.

The 17th Street Outfall Canal runs along the Jefferson/Orleans Parish line. It not only provides drainage for Orleans Parish, but also for a portion of Jefferson Parish. A return levee paralleling the west bank of the canal extends from the Mississippi River to Lake Pontchartrain. The return levee is considered inadequate in terms of preventing canal overflow during an SPH event, and there are two highway crossing gaps in the return levee; however, the levee is considered an effective enough barrier to prevent major flood exchange between East Jefferson Parish and the west New Orleans area to render the two areas independent when considering hurricane flood protection.

39

Jefferson Parish. This area lies on the east side of the Mississippi River, protected on the south by the existing Mississippi River levee. To the north, the area is protected by a lakefront levee constructed during the early 1950's under the authority of the Flood Control, Mississippi River and Tributaries project. The levee, with a net grade of 10 feet, is considered adequate to provide protection in tandem with barrier structures, with the exception of requiring additional foreshore protection (rip rap). The area is bounded on the east by the west bank return levee of the 17th Street Outfall Canal, and on the west by a return levee paralleling an outfall canal at the St. Charles Parish line.

There are four main pumping stations located along the Jefferson Parish lakefront levee which form an integral part of the mainline protection. The stability of the pumping stations was not considered to be either a problem or Federal responsibility at the time of project authorization; however, they were later determined to be structurally inadequate in terms of ability to withstand hurricane tidal surges from the lake. Local interests are in the process of providing adequate frontage protection for the four stations. It has been determined that this locally performed frontage protection work will meet Corps criteria, and that the work falls within the purview of the project, i.e., can be cost-shared as part of hurricane protection project related work. Local interests also have raised the lakefront levee by means of levee work and steel sheet piling to 14 feet for interim protection. Because the work did not affect the stability of the Federal levee, it was permitted; however, the Corps does not consider the parish to have design protection to 14 feet because the designs do not meet Corps criteria.

St. Charles Parish. From the standpoint of hurricane protection, the present condition of this area east of the Mississippi River is the same as it was prior to authorization of the hurricane protection project.

The area is bounded to the east by a levee along the St. Charles/Jefferson Parish line, to the south by the Mississippi River levee, and to the west by the east guide levee of the Bonnet Carre' Spillway. Although a small strip of St. Charles Parish is located just to the west of and parallel to the Bonnet Carre' Spillway, there is little development in that portion of the parish. The area to the north of US Highway 61 (known locally as the Airline Highway) is primarily wetlands, with most development being located south of the highway. No mainline levee to protect the area against flooding from Lake Pontchartrain exists. Drainage is by gravity, although some of the developments in the area are protected by a combination of ring levees and interior pumping.

It was originally planned to provide this portion of St. Charles Parish with hurricane protection by means of an earthen lakefront levee. The levee would connect the Jefferson Parish Lakefront levee to the east with the Bonnet Carre' Spillway east guide levee to the west. The levee would be built to a net grade of 12.5 feet and have a gravity drainage structure located at its approximate midpoint. Subsequent to detailed studies of the proposed St. Charles Lakefront levee (1973), the New Orleans District decided to defer indefinitely construction of the fe-ture as it had been originally proposed.

The decision was based on environmental considerations. The levee would alter the existing hydrology (overflow patterns) of a large area of wetlands, and thus reduce the biological productivity of these areas. Subsequent to this decision, Bayou La Branche and Bayou Trepagnier were designated as natural and scenic streams by the State of Louisiana. (See Plate 11.) Construction of the levee as originally proposed would block these two streams and contravene the State's Natural and Scenic Rivers Act. It should be noted that construction of barrier structures would provide some degree of hurricane protection for the area even if no mainline levee is constructed in St. Charles Parish.

41

A Federal levee, actually part of the Jefferson Parish levee, extends along the St. Charles/Jefferson Parish line for a distance of 5.0 miles. The levee has a grade of 10 feet at the lakefront and 7 feet at its inland terminus. Since the levee does not tie into the Mississippi River levee, there presently exists a substantial gap in the levee system. Additionally, the levee itself is deficient in grade and section to withstand overtopping from an SPH event. Without additional work in St. Charles Parish, the boundary levee could be flanked around its southern terminus by floodwaters in St. Charles Parish, or topped-- or both. This would result in flooding of the East Bank of Jefferson Parish. The deficiencies of the return levee are such that improvement of the levee must be considered in any plan for providing adequate hurricane protection for the eastern portion of Jefferson Parish.

Mandeville Seawall. The Mandeville seawall runs along the lakefront of the town of Mandeville, located on the north shore of Lake Pontchartrain, for a distance of 1.5 miles, and has a net grade of 6 feet. Rehabilitation of the seawall, which is in a poor state of repair, is a feature of the current plan of improvement. However, the Corps has never received satisfactory assurances of local cooperation, and further study is being held in abeyance pending resolution of this issue by the Corps and local officials. Mandeville, as well as the rest of the north shore of Lake Pontchartrain, would receive some protection from hurricanes by construction of the barrier structures.

It should be noted that many of the elevations given for preproject improvements are different from those quoted in the project's authorizing document. That is because an error in the vertical datum used to determine these elevations was discovered. The discrepancies between the quoted elevations of the authorizing document and this document reflect corrections acknowledging the datum error.

42

## CONDITIONS IF NO FEDERAL ACTION TAKEN

HUMAN RESOURCES. Based on historical trends, population growth in the Lake Pontchartrain economic study area probably will continue. Table 9 compares OBERS BEA Regional Projections for the New Orleans SMSA prepared by the Bureau of Economic Analysis with the most recent (1976) population projections published by the University of New Orleans (UNO).

The exact location of this population growth within the five-parish economic study area will be influenced by many factors, including the availability of land in other areas, construction costs, interest rates, flood protection, environmental concerns, the proximity of housing to the work place and commercial centers, differences in lifestyles, the rising cost of home ownership relative to incomes, and the construction of two new bridges--one paralleling the existing Greater New Orleans Bridge and a second further up river at Luling, Louisiana. As the figures for St. Tammany Parish illustrate, population in the eastern portion of the study area has increased somewhat more rapidly than projected in UNO's 1976 report. Much of the new residential development which has occurred since 1970 in Orleans Parish (coextensive with the city of New Orleans) has also taken place in the eastern part of the city.

In recent years, the largest volume of population growth in the study area has taken place in Jefferson Parish. This pattern is expected to continue in the near future. The Corps' latest analysis predicts the population of St. Charles Parish to increase from 39,000 in 1985 to 60,000 by the year 2035. However, the possibility of variation could be relatively high in view of the volume of economic activity in the parish. The amount of land on both sides of the Mississippi River and Lake Pontchartrain is probably sufficient to accommodate anticipated population growth over the theoretical life of the project.

43

TABLE 9

POPULATION PROJECTION: NEW ORLEANS SMSA
AND LAKE PONTCHARTRAIN ECONOMIC STUDY AREA

|  | 1980[1] | 1985 | 1990 | 1995 | 2000 | 2030 |
|---|---|---|---|---|---|---|
| 1980 New Orleans SMSA | 1,186,725 | | | | | |
| No change in share[2] | – | 1,250,391 | 1,327,657 | – | 1,443,682 | 1,717,879 |
| Low change in share[2] | – | 1,212,216 | 1,275,472 | – | 1,376,981 | 1,634,445 |
| Moderate change in share[2] | – | 1,200,790 | 1,252,375 | – | 1,333,651 | 1,562,256 |
| 1976 Lake Pontchartrain Economic Study Area[3] | | | | | | |
| Jefferson Parish | 454,592 | 539,249 | 606,121 | 658,628 | 702,729 | – |
| Orleans Parish | 557,482 | 541,964 | 529,939 | 528,632 | 523,026 | – |
| St. Bernard Parish | 64,097 | 76,986 | 85,438 | 92,260 | 98,267 | – |
| St. Tammany Parish | 110,554 | 94,455 | 106,760 | 119,732 | 132,917 | – |
| SMSA | 1,186,725 | 1,252,654 | 1,328,258 | 1,399,252 | 1,456,939 | – |
| St. Charles Parish | 37,259 | 40,206 | 44,271 | 48,378 | 52,003 | – |
| TOTAL | 1,223,984 | 1,292,860 | 1,372,529 | 1,447,630 | 1,508,942 | – |

[1]/ US Department of Commerce, Bureau of the Census, 1980 Census of Population. "Number of Inhabitants, Louisiana."

[2]/ US Water Resources Council, 1980 OBERS BEA Regional Projections, Vol. 8, July 1981. The Low- and Moderate- variations reflect changes in the SMSA's share of the state's total employment.

[3]/ University of New Orleans, Projections to the year 2000 of Louisiana Population and Housing, Segal et al., 1976.

44

ECONOMIC RESOURCES. Some local analysts have suggested that the continued growth of labor-intensive service industries requiring domestic skills, without the concurrent growth of industries requiring more technical skills, could result in a less desirable occupational mix for the metropolitan area. One of the purposes of the Almonaster-Michoud Industrial District (A-MID) project, located in eastern New Orleans and within the authorized project levees, is to generate additional employment and broaden the area's occupational base. The A-MID project is supported by both the city of New Orleans and the Board of Commissioners of the Port of New Orleans. In addition to the construction of new port facilities along the MR-GO, the project hopes to attract industries requiring more technical skills in jobs paying higher salaries.

Failure to provide adequate hurricane protection could discourage further economic growth in some of the undeveloped areas, possibly diverting capital investments to other areas with a greater level of natural flood protection, but with fewer locational advantages. Lack of industrial expansion could inhibit future commercial activity as well, although mineral production would probably continue, depending on resource availability. The area's mild climate, natural resources, transportation access, and cultural and historical significance offer future development potential; however, it will also experience the threat of future hurricanes.

EMPLOYMENT AND INCOME. Income and employment projections for the New Orleans SMSA were contained in the 1980 OBERS BEA Regional Projections prepared by the US Department of Commerce for the US Water Resources Council. These projections, shown in Tables 10 and 11, contained three levels of projections (defined in the tables) related to the possible change in the areas share of Louisiana's total employment in various industries.

45

TABLE 10

NEW ORLEANS, SMSA—POPULATION, PERSONAL INCOME,
AND LABOR AND PROPRIETOR'S INCOME, 1969 AND 1978, AND PROJECTED, 1985-2030

($1,000'S OF 1972 DOLLARS)

| | HISTORICAL | | NO-CHANGE-IN-SHARE [1] | | | | LOW-CHANGE-IN-SHARE [2] | | | | MODERATE-CHANGE-IN-SHARE [3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1969 [4] | 1978 [5] | 1985 | 1990 | 2000 | 2030 | 1985 | 1990 | 2000 | 2030 | 1985 | 1990 | 2000 | 2030 |
| POPULATION (JULY 1) | 1,036,960 | 1,141,054 | 1,250,391 | 1,327,657 | 1,443,682 | 1,717,879 | 1,212,216 | 1,275,472 | 1,376,981 | 1,634,445 | 1,200,790 | 1,252,375 | 1,333,651 | 1,562,256 |
| TOTAL PERSONAL INCOME (PLACE OF RESIDENCE) | 4,100,435 | 5,818,709 | 8,120,186 | 10,010,573 | 14,034,281 | 30,653,307 | 7,799,931 | 9,503,059 | 13,202,478 | 28,764,671 | 7,705,201 | 9,281,192 | 12,668,921 | 27,150,544 |
| BY PLACE OF WORK | | | | | | | | | | | | | | |
| TOTAL LABOR AND PROPRIETORS' INCOME [6] | 3,442,227 | 4,711,925 | 6,652,748 | 8,210,179 | 11,559,426 | 25,255,541 | 6,384,616 | 7,785,097 | 10,850,366 | 23,669,461 | 6,306,112 | 7,600,846 | 10,415,297 | 23,323,044 |
| AGRICULTURAL PRODUCTION | 2,732 | 1,958 | 2,304 | 2,546 | 3,082 | 5,241 | 2,244 | 2,462 | 2,964 | 5,032 | 2,225 | 2,423 | 2,886 | 4,850 |
| NONFARM | 3,439,495 | 4,709,967 | 6,650,444 | 8,207,632 | 11,556,345 | 25,250,300 | 6,382,372 | 7,782,634 | 10,857,402 | 23,664,449 | 6,303,887 | 7,598,423 | 10,412,411 | 22,318,194 |
| PRIVATE | 2,988,008 | 4,078,684 | 5,810,459 | 7,190,710 | 10,161,904 | 22,336,414 | 5,542,395 | 6,765,792 | 9,463,293 | 20,751,736 | 5,463,977 | 6,581,877 | 9,019,332 | 19,409,262 |
| AGRICULTURAL SERVICES, FORESTRY | | | | | | | | | | | | | | |
| FISHERIES, AND OTHER [7] | 7,000 | 14,357 | 19,854 | 23,997 | 32,446 | 66,383 | 19,784 | 23,846 | 32,156 | 65,726 | 19,828 | 23,861 | 32,016 | 65,020 |
| MINING | 200,768 | 276,897 | 362,894 | 349,417 | 351,869 | 410,713 | 309,123 | 305,428 | 300,437 | 347,956 | 298,097 | 284,981 | 266,411 | 293,785 |
| CONSTRUCTION | 244,718 | 391,883 | 492,425 | 554,057 | 690,709 | 1,336,931 | 480,707 | 337,115 | 666,045 | 1,286,928 | 476,761 | 528,828 | 648,522 | 1,239,864 |
| MANUFACTURING | 540,067 | 580,369 | 834,478 | 1,185,143 | 1,826,825 | 4,306,642 | 799,849 | 1,025,172 | 1,340,569 | 3,601,546 | 776,302 | 964,973 | 1,380,621 | 3,073,962 |
| NONDURABLE GOODS | 204,749 | 199,351 | 286,772 | 369,993 | 546,387 | 1,254,830 | 254,161 | 313,985 | 451,032 | 1,026,424 | 243,313 | 289,374 | 392,5166 | 845,954 |
| DURABLE GOODS | 335,318 | 381,018 | 605,706 | 815,150 | 1,280,438 | 3,051,811 | 545,688 | 711,188 | 1,089,537 | 2,575,123 | 532,989 | 675,600 | 988,105 | 2,228,008 |
| TRANSPORTATION AND PUBLIC UTILITIES | 451,061 | 667,138 | 932,996 | 1,158,641 | 1,625,022 | 3,489,744 | 892,411 | 1,093,591 | 1,520,931 | 3,249,056 | 878,524 | 1,061,021 | 1,442,438 | 3,014,009 |
| WHOLESALE TRADE | 317,528 | 430,850 | 595,134 | 716,688 | 972,923 | 2,015,626 | 547,250 | 642,348 | 855,122 | 1,760,053 | 534,841 | 613,084 | 785,671 | 1,557,205 |
| RETAIL TRADE | 378,820 | 514,667 | 699,148 | 843,030 | 1,155,039 | 2,424,393 | 695,171 | 838,683 | 1,144,705 | 2,401,529 | 693,689 | 835,101 | 1,135,871 | 2,374,843 |
| FINANCE, INSURANCE, AND REAL ESTATE | 226,818 | 309,448 | 470,262 | 597,727 | 878,530 | 2,037,986 | 444,462 | 555,751 | 806,688 | 1,863,597 | 435,909 | 535,697 | 757,282 | 1,705,758 |
| SERVICES | 621,228 | 894,076 | 1,363,018 | 1,760,010 | 2,625,541 | 6,247,995 | 1,353,638 | 1,743,858 | 2,596,642 | 6,175,345 | 1,350,026 | 1,734,330 | 2,570,500 | 6,084,819 |
| GOVERNMENT | 451,487 | 631,283 | 839,945 | 1,016,923 | 1,394,441 | 2,913,887 | 839,978 | 1,016,843 | 1,394,109 | 2,912,713 | 839,910 | 1,016,546 | 1,393,079 | 2,908,931 |
| FEDERAL CIVILIAN | 132,791 | 189,761 | 251,084 | 303,372 | 414,464 | 856,916 | 254,411 | 308,426 | 422,397 | 874,004 | 255,437 | 310,589 | 427,084 | 886,885 |
| FEDERAL MILITARY | 17,867 | 30,327 | 35,232 | 39,534 | 48,223 | 89,570 | 35,232 | 39,534 | 48,223 | 89,570 | 35,232 | 39,534 | 48,223 | 89,570 |
| STATE AND LOCAL | 300,829 | 411,195 | 553,630 | 674,017 | 931,755 | 1,967,402 | 550,335 | 668,883 | 923,489 | 1,929,139 | 549,241 | 666,423 | 917,773 | 1,932,477 |

[1] In the no-change-in-share procedure, for each industry, the substate area's share of the State's employment was held constant throughout the projections period. A substate area's projected share of total (all-industry) State employment, therefore, will change only to the extent that the substate area has a disproportionate share of the State's fast- or slow-growth industries.

[2] In the low-change-in-share procedure, for each industry, the substate area's share of the State's employment was projected to change from 1975 to 1980 at an annual rate of change equal to 75 percent of the annual rate of change equal in the share from 1969 to 1978; from 1980 to 1985, at an annual rate equal to 1/2 of the projected annual rate for 1978 to 1980; and for each succeeding 5-year period, at 1/2 of the projected rate for the preceding 5-year period.

[3] In the moderate-change-in-share procedure, for each industry, the substate area's share of the State's employment was projected to change from 1978 to 1980 at an annual rate of change equal to 85 percent of the annual rate of change in the share from 1969 to 1978; from 1980 to 1985, at an annual rate equal to 2/3's of the projected annual rate for 1978 to 1980; and for each succeeding 5-year period, at 2/3's of the preceding 5-year period.

[4] Estimates based on the 1967 Standard Industrial Classification (SIC).

[5] Estimates based on the 1972 SIC.

[6] Consists of wage and salary disbursements, other labor income, and proprietors' income.

[7] Consists of wages and salaries paid to United States residents working for international organizations.

SOURCE: 1980 OBERS BEA Regional Projections

46

TABLE 11

NEW ORLEANS, SMSA - EMPLOYMENT BY INDUSTRY
BY PLACE OF WORK, 1969 AND 1978, AND PROJECTED, 1985-2030

| | HISTORICAL | | | NO-CHANGE-IN-SHARE [1] | | | | LOW-CHANGE-IN-SHARE [2] | | | | MODERATE-CHANGE-IN-SHARE [3] | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1969 | 1978 | 1985 | 1990 | 2000 | 2030 | 1985 | 1990 | 2000 | 2030 | 1985 | 1990 | 2000 | 2030 |
| TOTAL EMPLOYMENT | 448,457 | 546,209 | 651,403 | 710,199 | 797,704 | 924,270 | 631,403 | 682,171 | 760,796 | 879,435 | 625,461 | 669,840 | 736,943 | 840,828 |
| AGRICULTURAL PRODUCTION | 2,990 | 1,851 | 1,553 | 1,451 | 1,292 | 1,021 | 1,513 | 1,403 | 1,242 | 980 | 1,500 | 1,361 | 1,210 | 945 |
| NONFARM | 445,467 | 544,358 | 649,850 | 708,748 | 795,413 | 923,249 | 629,890 | 680,768 | 759,553 | 878,454 | 623,961 | 668,459 | 735,733 | 839,883 |
| PRIVATE | 375,907 | 460,428 | 554,387 | 606,610 | 684,579 | 797,505 | 534,586 | 578,860 | 648,023 | 753,063 | 528,716 | 566,679 | 624,454 | 714,895 |
| AGRICULTURAL SERVICES, FORESTRY | | | | | | | | | | | | | | |
| FISHERIES, AND OTHER | 1,622 | 2,225 | 2,788 | 3,120 | 3,670 | 4,427 | 2,784 | 3,109 | 3,649 | 4,398 | 2,791 | 3,113 | 3,638 | 4,360 |
| MINING | 15,667 | 17,652 | 17,608 | 15,771 | 12,493 | 7,506 | 15,833 | 13,745 | 10,630 | 6,336 | 15,257 | 12,807 | 9,406 | 5,334 |
| CONSTRUCTION | 26,721 | 39,076 | 44,768 | 46,907 | 43,012 | 38,718 | 43,704 | 43,536 | 41,478 | 37,272 | 43,345 | 42,865 | 40,389 | 35,912 |
| MANUFACTURING | 57,321 | 51,632 | 65,119 | 75,120 | 91,784 | 115,431 | 58,004 | 64,663 | 76,963 | 95,950 | 56,157 | 60,618 | 68,346 | 81,260 |
| NONDURABLE GOODS | 25,285 | 21,455 | 25,993 | 29,291 | 34,886 | 43,511 | 22,854 | 24,817 | 28,737 | 35,509 | 21,864 | 22,835 | 24,925 | 29,114 |
| DURABLE GOODS | 32,036 | 30,177 | 39,126 | 45,829 | 56,897 | 71,920 | 35,150 | 39,846 | 48,226 | 60,441 | 34,292 | 37,782 | 43,421 | 52,126 |
| TRANSPORTATION AND PUBLIC UTILITIES | 47,207 | 51,416 | 58,354 | 62,501 | 68,515 | 76,340 | 55,583 | 58,678 | 63,610 | 70,613 | 54,642 | 56,784 | 60,068 | 65,118 |
| WHOLESALE TRADE | 32,614 | 38,967 | 46,562 | 50,140 | 55,274 | 62,411 | 42,623 | 44,700 | 48,280 | 54,144 | 41,599 | 42,354 | 44,168 | 47,619 |
| RETAIL TRADE | 68,273 | 95,385 | 114,501 | 126,069 | 143,020 | 165,917 | 113,952 | 125,265 | 141,928 | 164,580 | 113,742 | 124,795 | 140,955 | 162,944 |
| FINANCE, INSURANCE, AND REAL ESTATE | 24,596 | 32,319 | 43,091 | 48,832 | 57,817 | 72,253 | 40,615 | 45,244 | 52,872 | 65,789 | 39,798 | 43,539 | 49,499 | 59,993 |
| SERVICES | 101,886 | 131,756 | 161,596 | 180,150 | 208,996 | 254,501 | 161,489 | 179,922 | 208,612 | 253,981 | 161,385 | 179,603 | 297,786 | 252,374 |
| GOVERNMENT | 69,560 | 83,930 | 95,463 | 102,138 | 111,833 | 125,744 | 95,304 | 101,908 | 111,531 | 125,391 | 95,245 | 101,780 | 111,278 | 124,988 |
| FEDERAL CIVILIAN | 13,736 | 15,806 | 17,421 | 18,577 | 20,443 | 23,419 | 17,687 | 18,935 | 20,895 | 23,959 | 17,770 | 19,089 | 21,165 | 24,371 |
| FEDERAL MILITARY | 6,909 | 7,370 | 7342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 | 7,342 |
| STATE AND LOCAL | 48,915 | 60,574 | 70,701 | 76,219 | 84,049 | 94,983 | 70,275 | 75,631 | 83,294 | 94,090 | 70,133 | 75,349 | 82,772 | 93,276 |

[1] In the no-change-in-share procedure, for each industry, the substate area's share of the State's employment was held constant throughout the projections period. A substate area's projected share of total (all-industry) State employment, therefore, will change only to the extent that the substate area has a disproportionate share of the State's fast- or slow-growth industries.

[2] In the low-change-in-share procedure, for each industry, the substate area's share of the State's employment was projected to change from 1978 to 1980 at an annual rate of change equal to 75 percent of the annual rate of change equal in the share from 1969 to 1978; from 1980 to 1985, at an annual rate equal to 1/2 of the projected annual rate for 1978 to 1980; and for each succeeding 5-year period, at 1/2 of the projected rate for the preceding 5-year period.

[3] In the moderate-change-in-share procedure, for each industry, the substate area's share of the State's employment was projected to change from 1978 to 1980 at an annual rate of change equal to 85 percent of the annual rate of change in the share from 1969 to 1978; from 1980 to 1985, at an annual rate equal to 2/3's of the projected annual rate for 1978 to 1980; and for each succeeding 5-year period, at 2/3's of the preceding 5-year period.

SOURCE: 1980 OBERS BEA Regional Projections

At the present time, the low-change-in-share projections have been determined to represent the most likely growth trend for the New Orleans SMSA (Jefferson, Orleans, St. Bernard, and St. Tammany Parishes). The Corps' latest analysis of projected population growth in St. Charles Parish indicates a somewhat higher rate of increase than anticipated for the SMSA, based on historical trends. Population in St. Charles Parish is expected to increase from 39,000 in 1985 to 60,000 by the year 2035. The possibility for significant variations from these figures, however, seems relatively high because of their dependency on the factors discussed previously.

LAND USE. The same conditions which will influence future economic growth in the area will influence land use. If hurricane protection is not provided, land use densities probably will increase in the more protected areas of the project and stimulate growth in adjacent areas. Without additional protection, the demand for (and value of) the more protected adjacent lands within the economic study area would tend to increase. The higher land values would be reflected in the cost of home ownership, commercial property, and eventually the cost of goods, services, and overall cost-of-living.

### ENVIRONMENTAL RESOURCES

WATER QUALITY. Projected future water quality conditions for the project area were modeled in conjunction with the New Orleans-Baton Rouge Metropolitan Area Water Resources Study, completed by the New Orleans District, Corps of Engineers in 1981. Data from that study, combined with additional information, provides an overview of future conditions.