the water column. It is estimated that dredging could affect approximately 54,000 acres of the lake annually.

5.2.5.7. The future with no additional Federal action condition would result in an estimated 516-acre increase in lake bottom habitat in the area of potential construction impact due to marsh subsidence and erosion. Additionally, an estimated 124-acre increase in the bayou/canal habitat in the area of potential construction impact would occur as a result of oil exploration activity.

5.2.5.8. Major surface waters which might be impacted by construction include Lake Pontchartrain, the Inner Harbor Navigation Canal (IHNC), Mississippi River-Gulf Outlet, and the Gulf Intracoastal Waterway. The significance of these water bodies is generally reflected by the designated uses assigned to them by the Louisiana Department of Natural Resources (LDNR). Designated use classifications, based on present and anticipated future uses, are shown in Table 5.2. Water quality in Lake Pontchartrain, the MR-GO, GIWW, and IHNC must be protected because of high actual and potential recreational use, and the important role of these waters in fish and shellfish productivity. General criteria (desirable attributes) and numerical standards (enforceable limits) applicable to the ambient quality of state waters have been published by the Water Pollution Control Division of the LDNR. The general criteria and numerical standards are designed to protect surface waters from degradation resulting from nonquality-dependent beneficial uses. Numerical standards applicable to the ambient quality of water bodies potentially affected by the project are shown in Table 5.3.

TABLE 5.2

DESIGNATED USES FOR SURFACE WATERS
POTENTIALLY IMPACTED BY THE PROJECT

| | WATER USES | | |
|---|---|---|---|
| SEGMENT DESCRIPTION | A Primary Contact Recreation | B Secondary Contact Recreation | C Propagation of Fish and Wildlife |
| MR-GO/IHNC (Tidal) | | X | X |
| IHNC (Tidal) | | X | X |
| Lake Pontchartrain (Tidal) | X | X | X |

SOURCE: Louisiana Stream Control Commission (1977)

TABLE EIS-5.3

NUMERICAL WATER QUALITY CRITERIA

| | Chloride mg/l | Sulfate mg/l | DO mg/l | pH Range S.U. | Bacterial Standard[1] | Temperature °C | Total Dissolved Solids mg/l |
|---|---|---|---|---|---|---|---|
| Lake Pontchartrain—West of Highway 11 | – | – | 4.0 | 6.5–9.0 | #1 | 35 | – |
| Lake Pontchartrain—East of Highway 11 | – | – | 4.0 | 6.5–9.0 | #4 | 35 | – |
| MR-GO | – | – | 4.0 | 6.5–9.0 | #4 | 35 | – |
| IHNC/GIWW | – | – | 4.0 | 6.5–9.0 | #1 | 35 | – |

1/ #1 = Primary Contact Recreation – Based on a minimum of five samples taken over not more than a
   30-day period, the fecal coliform content shall not exceed a log mean of 200/100 ml nor
   shall more than 10 percent of the total samples during any 30-day period exceed 400/100 ml.

   #4 = Shellfish Propagation – The monthly total coliform median most probably number shall not
   exceed 70/100 ml and not more than 10 percent of the samples ordinarily exceed a MPN of
   230/100 ml.

SOURCE: Louisiana Stream Control Commission (1977)

5.2.5.9. Occasional water quality problems in the project area have been dramatically signalled by fish kills, and by measurements of high concentrations of heavy metals, pesticides, and fecal coliform bacteria. Indications of acute environmental perturbations such as the reported existence of "dead zones" in Lake Pontchartrain have been noted. Inferences of potential water quality problems also have arisen from reports of toxic chemical spills and detection of toxic substances in some project area waters.

5.2.5.10. Beneficial uses of project area water bodies such as navigation, shell dredging, and oil and gas exploration and production often have produced side effects which clash with quality-dependent uses. Recently (1982), notable conflicting beneficial uses, waste and storm water disposal versus primary contact recreation, were brought to public attention through publication of a bacteriological survey of Lake Pontchartrain. This survey prompted state health officials to recommend that primary contact recreational activities not be conducted within 1/4-mile of the lake's southern shoreline, west of US Highway 11. The high bacteria levels noted in the lake were attributed by state health officials to discharges of storm and municipal wastewater. In spite of this and other known exceptions, the quality of the project area waters has generally remained adequate to sustain quality-dependent uses while supporting nonquality-dependent uses as well. Additional discussions of ambient surface water quality are contained in Appendix C, Sections VI through IX.

5.2.5.11. Groundwaters in the project area are a significant source of good quality water for some industries, municipalities, and individual consumers. Groundwaters will not be impacted by the project and are not addressed in this study.

5.2.5.12. Under future with no additional Federal action conditions, significant improvement in the overall quality of project area surface waters is not anticipated. Some reduction in the concentration of conventional pollutants (COD, BOD, suspended and dissolved solids, nitrogen, and phosphorus) might result from increased efficiencies of upgraded and new wastewater treatment facilities. However, industrialization of the area will continue, and total mass loading of conventional and nonconventional pollutants to area surface waters is likely to increase. Significant efforts toward treatment of urban and industrial stormwater discharges are unlikely to be initiated in the foreseeable future. Transport of hazardous materials and the attendant inevitable occasional toxic material spills will continue.

5.2.5.13. Hurricane tides would elevate salinities of inland waters and could result in depressed dissolved oxygen levels due to the increased nutrient loads and suspended solids in the incoming waters. Prolonged ponding of storm water and the associated street drainage could result in further deterioration of water quality due to increased levels of coliforms and other bacteria.

## 5.2.6.   FISHERIES

5.2.6.1. Lake Pontchartrain, with its varying habitats and adjacent
marshes, is used at various times by numerous species of fish and crus-
taceans. At least part of this diversity is due to the availability of
submerged vegetation and varying ranges of salinity available in the
lake. Habitats consist of the open lake, grass beds, and beach areas.
The fish fauna is comprised of 85 known species, 55 of which are lake
species, 22 marsh species, and eight species resident to both areas
(Stone et al., 1980). Four species dominate the fish population:
anchovy, croaker, menhaden, and silverside. Eight of the most abundant
species are primarily marsh dwellers: sheepshead minnow, rainwater
killifish, sailfin molly, mosquitofish, spotted sunfish, bluegill,
redear sunfish, and least killifish. The fish populations within the
lake are very seasonal, with the largest number of fish occurring during
spring/summer with a peak in July, followed by gradual decreases during
late summer and fall. Anchovies do not follow the seasonal patterns and
are found within the lake and surrounding marsh throughout the year.
Young croaker heavily utilize the open water of the lake and avoid
vegetated areas. Juvenile menhaden use inshore beach and marsh as their
primary habitat; but as they reach subadult to adult size, they use the
open water in the lake (Stone et al., 1980). Juvenile spot utilize the
shoreline grass beds as primary habitat during summer months and move to
the open water of the lake as they become adults.

5.2.6.2. The Lake Pontchartrain/Borgne estuarine complex supports a
significant commercial fishery. Preliminary 1981 estimates prepared by
the National Marine Fisheries Service (NMFS) show that the commercial
catch from Lakes Borgne and Pontchartrain was 3,351,621 pounds with an
exvessel value of $3,271,372 (see Appendix C-III, pages 7 through 12 for
discussion of historical data). This represents 16 percent of the total
value of the 1981 commercial fishery for the State of Louisiana. In
Lake Pontchartrain, blue crab dominates the commercial fishery and
comprises two-thirds of the value and four-fifths of the total volume
(Thompson and Stone, et al., 1980). Brown and white shrimp, catfish,
and seatrout account for about 33 percent of the total catch value.
Estimates of shrimp catches are conservative because they do not reflect
the harvest of the recreational shrimper. A moderate amount of
recreational crabbing is also done in the lake which is not noted in the
above figures. It has been estimated by the USFWS that the shrimp and
crab poundages reported (400,000 pounds and 2,700,000 pounds, respec-
tively) should be increased by a factor of two to account for this
recreational fishing. While no commercial fishing for menhaden is
allowed in Lake Pontchartrain, the lake is vital as nursery and feeding
habitat for this species. Based on personal communication (Chapoton,
1982) with NMFS, approximately 63,000 metric tons of menhaden were
attributable to the Lakes Borgne-Pontchartrain estuarine complex during
a 5-year period (1977-1981). Of this amount, approximately 47,250
metric tons ($4,167,400) were attributable to Lake Pontchartrain.

5.2.6.3.  Sportfishing in Lake Pontchartrain is very important.  The
lake is utilized by the densely populated areas of Metropolitan New
Orleans, Baton Rouge, and the adjacent north shore communities of
Slidell, Covington, and Mandeville and provides an estimated 227 man-
days of sportfishing (U. S. Fish and Wildlife Service, 1962).  Most of
the sport fish are euryhaline species and are dependent on the entire
estuarine complex to complete their life cycle.  This explains the
transient, migratory behavior of most sport species in the lake.
Because of this behavior, some sportfishing occurs in the lake
throughout the year.  The most sought after species include seatrout,
croaker, black drum, red drum, largemouth bass, various sunfish,
sheepshead, southern flounder and crevalle fish.  The sportfish standing
crop is estimated to be 11,084,393 pounds.  Approximately 83 pounds/acre
are estimated for areas less than 8 feet in depth (approximately 76,066
acres) and 14.57 pounds/acre for areas over 8 feet deep (approximately
318,061 acres) (Rogillio and Brassette, 1977).  Fifty-seven percent of
the sport fish standing crop is attributable to water less than 8 feet
in depth.

5.2.6.4.  The fishes of Lake Pontchartrain feed primarily within a
benthic or planktonic-nektonic food web nourished by numerous
detritivores.  Mullet and menhaden feed directly on detritus.  The
phytoplankton population of Lake Pontchartrain is seasonal in its
species composition.  Variations in habitat preferences also occur.
Some species prefer marsh habitat, while others occur primarily or
solely in the lake (Stone et al., 1980).

5.2.6.5.  Lake Pontchartrain has a substantial resident population of
nonmotile bottom-dwelling organisms.  Bahr et al. (1980) found 24
macrobenthic species in Lake Pontchartrain.  Of these, the six dominant
species were chironomids which comprised 93 percent of the total
abundance.  The various groups of macrobenthic organisms were found in
different habitats due to salinity regime and sediment characteristics
influenced by urban runoff and dredging activities.  While oysters are
present in Lake Pontchartrain, they presently are not harvestable due to
excessive fecal coliform counts found in the oyster producing areas of
the lake.  The brackish water clam, (Rangia cuneata), is the most
economically important benthic species in Lake Pontchartrain, and the
oyster is most important in Lake Borgne.  The larger size Rangia
populations were found to be restricted to the shallow waters along the
north shore, with smaller individuals in the open lake.  Under future
with no additional Federal action conditions, an approximate
58,736,965-pound reduction in fisheries is estimated in the Lakes
Pontchartrain/Borgne area based on pounds per acre from Appendix C,
Section 3, and acres from Table 6.3.  This would be a result of marsh
loss.

5.2.6.6.  Since most of the fish populations in Lake Pontchartrain are
euryhaline, any hurricane-induced salinity changes should not signif-
icantly affect them.  However, since the limit of flooding (Plate 2)

would reach a large portion of the freshwater fish community in Lake Maurepas and the surrounding wetlands, much of this freshwater fishery could potentially be adversely affected by the higher salinity flood-waters. Some of the less salt tolerant species could be killed by the incoming floodwaters. Further impacts would be associated with the destruction of spawning habitat, loss of shoreline and marsh vegetation as well as displacement of various species. Severe changes in salinities could alter the production of certain benthos such as the Rangia clam utilized as a food base in the lake. For some species, the flooded marshes would expand spawning habitat temporarily, depending on time and duration of flooding.

5.2.7.   **WILDLIFE**

5.2.7.1.  Because of extensive marshes and moderate amount of forested habitat, the project area supports a variety of wildlife. There are few deer in the area; however, small game such as squirrels and rabbits are common. Furbearers occur in fairly large numbers in the marshes, especially muskrat, nutria, and raccoons. Nongame animals such as rats and mice are also common.

5.2.7.2.  Migratory waterfowl are present in large numbers in the area. Large concentrations of dabbling ducks such as the mallard, blue- and green-winged teal, gadwall, American widgeon, and pintail are often common in the marshes of New Orleans East in the winter. An estimated 500,000 lesser scaup winter on Lakes Pontchartrain and Maurepas. The mottled duck nests in the marshes and the wood duck in wooded swamps. Other common game birds in the area include rails, coots, and common snipes. Wading birds such as great, snowy, and cattle egrets; great blue, green, and Louisiana herons; and white-faced and white ibis are abundant in the wooded swamps and marshes. Seabirds present include the white pelican; ring-billed, herring and laughing gulls; Forester's, common, and least terns; and the black skimmer. Numerous active seabird and wading bird nesting concentrations occur in the project area. Shorebirds such as willets, killdeers, and greater and lesser yellowlegs are common. Several species of raptors present include the marsh hawk, red-tailed hawk, Mississippi kite, and turkey vulture. Song birds such as cardinals, wrens, blackbirds, sparrows, warblers, and mockingbirds are present in various habitats. Blue jays and various woodpeckers also occur.

5.2.7.3.  Amphibians are generally restricted to freshwater habitats in the project area; frogs, toads, and salamanders are present. Reptiles common in the marshes and swamps include the American alligator, turtles, anoles, water snakes, and the cottonmouth.

5.2.7.4.  Numerous terrestrial and aquatic insects are present in the project area. Some, such as mosquitoes, gnats, and deer flies, are nuisances and/or carriers of disease.

5.2.7.5.  Under future with no additional Federal action conditions, there would be a significant decline in wildlife species and abundance throughout the project area.  This would result from natural and man-induced deterioration of marshes, and clearing of bottomland hardwoods and wooded swamps for residential, industrial, and agricultural purposes.  Hurricane-induced flooding could not only drown animals but isolate their food sources.  In addition, increased salinities could damage cypress trees and thereby adversely affect wildlife.

## 5.2.8.  ENDANGERED SPECIES

The only endangered species that potentially could be impacted would be the bald eagle.  There are two nests in the project area, one at White Kitchen in St. Tammany Parish and another in St. Charles Parish (see Plate 12).  For more information, see the Endangered Species Assessment in Appendix C, Section I.  Under future with no additional Federal action conditions, the cypress-tupelo assemblages that could possibly be utilized as nesting habitat in St. Charles Parish could undergo a transition to urban development.  This would reduce possible nesting areas.  The cypress-tupelo habitat near the eagle nest in St. Tammany Parish would remain because the nest is near the Pearl River Wildlife Management Area.  Hurricane-induced flooding could result in some vegetation changes that may limit habitat of prey species.

## 5.2.9.  BLUE LIST

5.2.9.1.  This is a listing of birds that are not yet considered threatened by the US Fish and Wildlife Service, but that are showing a noncyclical decline in numbers or a significant decrease in range.  This is basically an "early warning system."  Table 5.4 lists such birds, describes their numbers in the project area, and indicates the habitats each utilizes.

5.2.9.2.  Under future with no additional Federal action conditions, there would be a decline in abundance of most of these species as marsh and forested habitat declines.

## 5.2.10.  RECREATION

5.2.10.1.  The south shoreline of Lake Pontchartrain offers many open parkland areas and numerous associated public recreational developments which are used extensively by residents of the New Orleans metropolitan area.  The types of existing recreational facilities along the linear configuration of the lakefront area provide for a variety of urban day-use activities.

TABLE 5.4

AUDUBON SOCIETY BLUE LIST (1982)

| BIRD | OCCURRENCE [1] Study Area | State | HABITAT [2] |
|------|------|------|------|
| Western Grebe | e | e | 6 |
| American Bittern | c | c | 5 |
| Sharp-shinned Hawk | c | c | 1,2 |
| Red-shouldered Hawk | c | c | 1,2,3,4,5 |
| Swainson's Hawk | u | e | 5 |
| Marsh Hawk | c | c | 4,5 |
| King Rail | c | c | 5 |
| Piping Plover | c | r | 8,10 |
| Snowy Plover | r | r | 8 |
| Long-billed Curlew | r | r | 4,5,9,10 |
| Upland Sandpiper | c | c | 4 |
| Least Tern | c | c | 6,8,9 |
| Black Tern | c | c | 5,6,8,9 |
| Short-eared Owl | u | r | 5 |
| Ruby-throated Hummingbird | c | c | 1,2,3 |
| Hairy Woodpecker | c | c | 1,2 |
| Willow Flycatcher | u | r | 3,4 |
| Bewick's Wren | r | r | 3,4 |
| Eastern Bluebird | r | r | 1 |
| Loggerhead Shrike | c | c | 4 |
| Bell's Vireo | u | r | 2,3 |
| Golden-winged Warbler | r | r | 1,2,3 |
| Yellow Warbler | r | c | 1,2,3,9 |
| Dickcissel | c | c | 4 |
| Grasshopper Sparrow | r | r | 3,4 |
| Bachman's Sparrow | r | c | 4 |

[1] c = relatively common    r = rare    e = extremely rare
u = unknown

[2] 1 = Upland forest      6 = Bays or ponds
2 = Bottomland hardwood    7 = Buildings
3 = Brush                  8 = Beaches
4 = Fields                 9 = Islands
5 = Marsh                  10 = Mudflats

5.2.10.2.  In general, there are three categories of recreational use areas along the urbanized portions of Lake Pontchartrain: (1) open maintained areas which provide for unstructured outdoor games and passive recreational use; (2) developed facilities for individual and group activities; and (3) developed facilities for water access. Unurbanized areas, such as the St. Charles Parish marsh and areas in the vicinity of Chef Menteur Pass and The Rigolets, attract sport hunters and sport fisherman.

5.2.10.3.  There are five public boat launch sites, two fishing piers, a marina, a yacht harbor, and two potential swimming areas located along the lakefront.  Swimmers also may use other parts of the lakefront at their own discretion.  Pollution caused by storm water runoff and leakage from sewer lines often forces the closure of swimming areas.

5.2.10.4.  The Orleans Parish lakefront area contains three children's playgrounds.  These areas include:  swings, see-saws, slides, and merry-go-rounds;  four group picnic shelters;  and restroom facilities. Additional park furniture includes portable picnic tables, portable trash cans, and drinking fountains.  Public telephones and fountains, including the Mardi Gras Fountain, are also located along Lakefront Drive.  At times, existing restroom facilities do not adequately serve the number of people using the lakefront.  Portable toilets have been placed along the lakefront by the Levee Board to provide additional sanitation.

5.2.10.5.  Many private recreational and fishing camps are located in eastern Orleans Parish.  Most of these structures serve as recreational second homes for residents living in the metropolitan areas of New Orleans.

5.2.10.6.  In Jefferson Parish, the lakeshore recreational development is more clustered than that of Orleans Parish.  Jefferson Parish contains several major recreational developments along its linear lakefront park, which extends along the entire parish.  The major feature of the park is a 10.5-mile National Recreation Trail which provides an area for walking, jogging, biking, and horseback riding. Bank and wade fishing are common activities along the linear park, and several areas are used as bird sanctuaries.  Water access facilities have been developed in three locations.  Two of these locations, Williams and Bonnabel, have undergone extensive facility expansions with each currently providing eight-lane boat launches with courtesy docks, fishing piers, slack-water harbor areas, sailboat launches and moorings, rest areas, parking areas, sanitation facilities and graded open areas with plans for future developments.  Walter's Park, an informal park of unusual character, is located at one point along the linear system. This park was constructed over a period of many years by a local resident.  It is primarily used as a resting area for those using the National Recreation Trail.

5.2.10.7. A significant fishing and waterfowl hunting resource exists
along the Lake Pontchartrian portion of St. Charles Parish. This area
is primarily a brackish marsh/cypress-tupelo swamp environment used by
private clubs for waterfowl hunting, and, to some degree, for deer and
alligator hunting. Fishing also is popular in this area. Numerous
canals bisecting the area provide excellent access for fisherman and
hunters. Within the study area, several scattered primitive hunting and
fishing camps have been erected in prime user locations. Recreational
fishing currently satisfies 19,122 man-days valued at $74,576 and sport
hunting satisfies 2,039 man-days valued at $18,991. Consult the US Fish
and Wildlife Coordination Act Report, Volume II, Section XIV, Table 8.

5.2.10.8. Recreational usage along the south shore of the lake during
the summer season is substantial due to the lake's ease of access to
large adjacent populations. There are no substitutes for lakefront
water-oriented outdoor recreation in the area. The Lake Pontchartrain
shoreline is unique in itself; and the activities which are intensely
pursued in its vicinity are indicative of the current demand for water-
oriented outdoor recreation in highly urbanized areas.

5.2.10.9. Recreational use along the south shore of the Lake Pont-
chartrain area would not be impaired under future with no additional
Federal action conditions. Existing recreational facilities would not
be affected; demands on these facilities would continue to increase as
the population of the metropolitan area grows. Hunting would decrease
due to habitat loss. The Jefferson Parish Department of Recreation has
prepared a Master Plan for recreational development along the shoreline,
which contains proposals for future additional recreational areas at the
Bucktown lakeshore and Causeway Boulevard lakeshore, as well as for
increased development of the National Recreation Trail. These
proposals, if developed, would assist in filling increased recreational
demands. As the water quality of the lake deteriorates, the associated
water-based recreational resources would be reduced.

5.2.10.10. There are three sites in the project area designated as
either a Wildlife Management Area (WMA) or refuge. Manchac WMA, located
in the northeastern corner of St. John the Baptist Parish, is an
8,325-acre area owned and operated by the Louisiana Department of
Wildlife and Fisheries (LDWF). Habitat types include intermediate marsh
and cypress tupelo swamp. This area is open to the public for deer,
small game, and waterfowl hunting, but receives its highest usage from
waterfowl hunters. The 13,659-acre Joyce WMA is located in Tangipahoa
Parish to the north of the Manchac WMA. It is owned and operated by the
LDWF and is heavily utilized by waterfowl hunters. The St. Tammany
Refuge is in St. Tammany Parish and consists of 1,300 acres of brackish
marsh habitat; it is also managed by the LDWF. No hunting is allowed on
this refuge. No Federal refuges are located in the project area;
however, a large tract of marsh and wooded swamp in St. Charles Parish
has been considered for inclusion into the National Wildlife Refuge
System. Under future with no additional Federal action conditions, the

quality of these areas would decrease as a result of habitat degradation. The Manchac State Wildlife Management Area would encounter at least temporary flooding from hurricane winds, and, depending on salinity and duration of flood waters, irreversible habitat and vegetative changes could occur.

5.2.11. **NATIONAL REGISTER OF HISTORIC PLACES**

5.2.11.1.  The National Register of Historic Places, as published in the "Federal Register" through 1 May 1984, was reviewed for sites within the project area.  Located within the present and proposed levee system protecting Orleans, St. Bernard, Jefferson, and St. Charles Parishes are 104 historic properties and eight historic districts listed in the National Register of Historic Places.  These properties include Big Oak and Little Oak Islands archeological sites, the Chalmette National Historical Park, Destrehan Plantation, Camp Parapet Powder Magazine, and the many historic buildings and districts in New Orleans.  Of these historic properties and districts, 20 are further recognized by being designated as National Historic Landmarks.

5.2.11.2.  The area outside the levee system also contains many significant cultural resources listed in the National Register.  Forts Pike and Macomb are massive brick fortifications built in the early 1800's to protect the two natural passes into Lake Pontchartrain--The Rigolets and Chef Menteur Pass.  The historic Town of Mandeville, including three structures listed in the Register and a proposed historic district facing the lake, is located on the north shore of the lake.  Three lighthouses located on the lake's shoreline (Pass Manchac, New Canal, and Tchefuncte River Range Rear) have recently been listed in the National Register.  Also listed in the Register are two archeological sites located in the marshes and swamps which constitute the lake's shoreline.  The Tchefuncte type site (16ST1) is composed of two Rangia shell middens in the marsh east of Mandeville.  The Bayou Jasmine site (16SJB2), a deeply buried cultural deposit dating to the Poverty Point period, is located in St. John the Baptist Parish between Lakes Maurepas and Pontchartrain.

5.2.11.3.  Cultural resources studies, designed to identify National Register and Register-eligible properties in the project area, have been completed for the majority of the project's impact area.  These surveys have identified two National Register properties in the potential impact area of the project.  These two properties are Forts Pike and Macomb located immediately adjacent to the Rigolets and Chef Menteur Complexes, respectively, of the Barrier Plan.  Potential visual impacts have not yet been fully addressed.  In addition, a remote sensing survey of the offshore borrow areas in Lake Pontchartrain located numerous magnetic anomalies which could represent significant historic shipwrecks.

5.2.11.4.  Cultural resource studies have not yet been completed for the Mandeville seawall, the St. Charles Parish levee, and the New Orleans

Outfall Canals alternative.  No known properties currently listed in, or determined eligible for, the National Register are located in the possible impact areas of these project features.

5.2.11.5.  Under future with no additional Federal action conditions, the National Register properties and districts located within and outside of the present and proposed levee system would be vulnerable to hurricane-related flood damage.  Other historic properties not presently listed in the National Register would be subject to the same effects. The Mandeville seawall would be subject to collapse during hurricane or other storm-generated wave action.  Such a collapse would lead to erosion and flood damages to the historic Town of Mandeville.  In particular, the three National Register properties located on Lakeshore Drive and the proposed National Register district would be adversely affected by failure of the seawall.  The many archeological sites located throughout the marshes and swamps of the project area will continue to be adversely affected.  This results from urban growth, industrialization, and related development which will continue to expand into presently undeveloped low-lying areas.  The destructive natural forces of marsh subsidence and shoreline erosion will continue also.

## 5.3.  SECTION 122 ITEMS

The following are those Section 122 items deemed to be significantly impacted by the project.  For a discussion of all Section 122 items, see Appendix B, Exhibit 2, Socioeconomic Assessment.

### 5.3.1.  MINERALS

The mineral resources of the area consist primarily of petroleum which represented 96 percent of mineral production in 1975.  There are also several active gas wells located in Lakes Pontchartrain and Borgne.  Several submarine gas pipelines are located in the various levee reaches.  These pipelines are primarily used to transport gas from well sites to users.  Clay deposits are located on the north shore of Lake Pontchartrain at Howze Beach.  Under the future with no additional Federal action conditions, the extraction of oil, gas, and minerals would continue, but eventually would decrease in importance as resources dwindle.

### 5.3.2.  AIR QUALITY

Air quality is relatively good compared to other urban areas.  Of the six pollutants for which the US Environmental Protection Agency has set National Ambient Air Quality Standards, New Orleans violates only one, ozone (Office of Analysis and Planning, City of New Orleans, 1981).  The Clean Air Act also provides for maintaining or improving existing air quality in areas already meeting current standards.  For this purpose, various classes of areas have been designated with certain allowable levels of emissions.  Under this classification, New Orleans

areas would be in the Class II category, which allows moderate emissions for some economic growth.   Under future with no additional Federal action conditions, air quality in the area would change to some degree due to continual development of residential, commercial, and light industrial development.

### 5.3.3.   NOISE

The project area ranges from urban to isolated, sparsely populated out-lying coastal communities.   The urban portion of the project is subjected to traffic noise and ongoing construction works.   The rural, isolated areas are relatively noise free.   However, noise caused by the activities of the oil and gas industry, shipping, and sport and commercial fishing occurs throughout the area.   Under future with no additional Federal action conditions, the noise levels would increase due to continuing urban and industrial development.

### 5.3.4.   FLOOD CONTROL

Historically, land development in the New Orleans area has involved the construction of levees with drainage through a system of pumps. Local officials recognize these procedures as a trade-off, balancing the needs for hurricane protection and land development against reducing a certain amount of the adjacent wetland acreage which is also considered a valuable resource.   Flood control programs have been involved in the development of a multiplicity of the area's water, land, mineral, and human resources.   Under future with no additional Federal action conditions, some local flood protection possibly could be implemented, but probably not to the extent needed to protect developing areas.

### 5.3.5.   PROPERTY VALUES

The value of protected property is relatively high compared to unprotected property.   Under future with no additional Federal action conditions, properties without adequate protection would be of less value.

### 5.3.6.   BUSINESS AND INDUSTRIAL ACTIVITY

The economic base of the New Orleans area is centered around transportation and related commercial activities.   Port operations at New Orleans are among the world's most active.   Consequently, related businesses and industries in the area are heavily dependent on port activities.   Existing facilities along the riverfront have become dated by current standards.   At the same time, other commercial interests, including tourism and convention activities, have been attracted to the riverfront.   A number of commercial and light industrial establishments are located along the IHNC.   Under future with no additional Federal action conditions, trends would be toward increasing tourist trade and commercial development, with industrial activities increasing in the Almonaster-Michoud Industrial District.

### 5.3.7.  EMPLOYMENT

Historically, over 65 percent of the people employed in the project area have been engaged in services, retail trade, manufacturing, transportation, communications and utilities, and construction.  Under future with no additional Federal action conditions, employment would be expected to increase, but not as much as if the area were protected.

### 5.3.8.  HOUSING

The limited amount of protected land in the New Orleans area has resulted in relatively high density housing.  As in other urban centers, low incomes in the inner city have resulted in pockets of low quality housing.  Construction has grown rapidly in suburban areas.  A gradual pattern of renovation is occurring in older neighborhoods.  Under future with no additional Federal action conditions, protected land available for housing would be reduced, which would result in the construction of more high density housing.

### 5.3.9.  ESTHETICS

Esthetic values are high in many parts of the study area, although poorly planned urban and commercial expansion has caused a decrease in some areas.  Lake Pontchartrain, the shoreline and associated parks, the marshes of St. Bernard and St. Charles Parishes, historic sites and parks all contribute to these values.  Under future with no additional Federal action conditions, esthetics probably would remain similar to the present.

### 5.3.10.  COMMUNITY COHESION

Community opinion generally favors additional flood protection.  Under future with no additional Federal action conditions, public opinion would continue to favor a solution to the problem of hurricane-induced flooding.

# 6. ENVIRONMENTAL EFFECTS

## 6.1. SIGNIFICANT RESOURCES

This section discusses the impacts projected to result from completion of the project by utilizing either the High Level (Plan 10) or Barrier (Plan 2) Plans. Impacts addressed in the existing EIS that have or will have occurred up to 1984 and are considered common to both plans will not be discussed in this section, but will be addressed for mitigation purposes only. (See Paragraph 4.4.2.4.) Habitat conversion (by feature) due to direct construction is shown in Table 6.1. Habitat acreages impacted by direct construction of the two plans are presented in Table 6.2. The area of potential construction impact referred to in the table is the total acres impacted by either plan. This area is then analyzed to compute future scenarios. Table 6.3 compares acres available in 1978 with acres expected to be available in 2100 for three scenarios: future with no additional Federal action, future with Barrier Plan, and future with High Level Plan. The methodology for calculating these projections is explained in Appendix C, Section XIII. These projections are rough estimates and are only of value in comparing plans. In the following paragraphs, the acres lost to direct construction will be stated. Then the net increase or decrease in habitat type will be discussed. This net change is the difference between the future with no additional Federal action and the future with the plan.

### 6.1.1. CYPRESS-TUPELO SWAMPS

6.1.1.1. HIGH LEVEL PLAN. Levee construction would destroy 213 acres of swamp. By 2100, the net decrease in the area of potential construction impact would be 56 acres. Cypress tupelo habitat is more abundant in the study area and is generally of less value to wildlife than bottomland hardwoods. Approximately 4,000 acres of swamp in St. Charles Parish would be impounded by the levee, but culverts would maintain the existing water exchange.

6.1.1.2. BARRIER PLAN. Approximately 164 acres would be lost due to levee construction. By 2100, the net decrease in the area of potential construction impact would be 49 acres. The operation of the barrier structure could provide protection to the cypress-tupelo habitats along the northwestern shoreline of Lake Pontchartrain. With the gates of the barrier structure closed, the amount of floodwater reaching the cypress tupelo habitat would be minimized along with the adverse effects of elevated salinities.

### 6.1.2. BOTTOMLAND HARDWOOD

6.1.2.1. HIGH LEVEL PLAN. This habitat type would not be impacted by direct construction. Thus, there would be no net loss by 2100.

TABLE 6.1

HABITAT CONVERSION DUE TO POST-1984 CONSTRUCTION BY FEATURE
(acres)

### BARRIER PLAN

| Feature | Habitat Impacted | Habitat Converted to | | | |
|---|---|---|---|---|---|
| | | Scrub Shrub | Levee and Structure | Bayou/ Canal | Lake Bottoms |
| Chef Menteur Area | 1,943 marsh | 1,681 | 146 | 116 | |
| | 28 lake bottoms | 28 | | | |
| | 359 bayou/canal | | 120 | 239 | |
| Rigolets Area | 420 marsh | 331 | 61 | 28 | |
| | 37 levee | | 37 | | |
| | 41 bottomland hardwood | | 29 | 12 | |
| | 511 bayou/canal | | 238 | 273 | |
| St. Charles Area | 164 cypress-tupelo | | 164 | | |
| TOTALS | 3,503 | 2,040 | 795 | 668 | |

### HIGH LEVEL PLAN

| Feature | Habitat Impacted | Scrub Shrub | Levee and Structure | Bayou/ Canal | Lake Bottoms |
|---|---|---|---|---|---|
| GIWW to South Point | 28 marsh | | 28 | | |
| | 36 levee | | 36 | | |
| New Orleans East-Back | 3 lake bottoms | | 3 | | |
| New Orleans East-Lakefront | 26 marsh | | 26 | | |
| | 50 levee | | 50 | | |
| Jefferson Parish Lakefront | 88 scrub shrub | | 88 | | |
| | 408 lake bottoms | | 408 | | |
| | 265 levee | | 265 | | |
| | 573 lake bottoms | | | | 573 |
| St. Charles | 213 cypress-tupelo | | 213 | | |
| TOTALS | 1,690 | | 1,117 | | 573 |

TABLE 6.2

ACRES IMPACTED IN AREAS OF POTENTIAL CONSTRUCTION IMPACT (BY HABITAT)
IN 1978

| HABITAT TYPE | BARRIER PLAN | HIGH LEVEL PLAN | AREA OF POTENTIAL[1] CONSTRUCTION IMPACT |
|---|---|---|---|
| Cypress-tupelo | 164 | 213 | 213 |
| Brackish/saline marsh | 2,363 | 54 | 2,417 |
| Lake bottoms | 28 | 984 | 1,012 |
| Bayou/canal | 870 | 0 | 870 |
| Bottomland hardwoods | 41 | 0 | 41 |
| Levee | 37 | 351 | 388 |
| Scrub shrub | | 88 | 88 |
| TOTAL | 3,503 | 1,690 | 5,029 |

[1] The area of potential construction impacts consists of the total
construction right-of-way which would be either totally or partially
affected by project construction.

TABLE 6.3

FUTURE ACREAGE WITHIN AREA OF POTENTIAL CONSTRUCTION IMPACT

| Habitat Type | Base Conditions (1978) | Future with no additional Federal action[1] | Future with High Level Plan[1] | Future with Barrier Plan[1] |
|---|---|---|---|---|
| Cypress-tupelo | 213 | 56 | 0 | 7 |
| Brackish/saline marsh | 2,417 | 857 | 834 | 20 |
| Lake bottoms | 1,012 | 1,528 | 1,091 | 1,051 |
| Bayou/canal | 870 | 994 | 992 | 667 |
| Bottomland hardwoods | 41 | 3 | 3 | 0 |
| Scrub shrub | 88 | 870 | 706 | 2,160 |
| Levee | 388 | 641 | 1,295 | 1,017 |
| TOTAL | 5,029 | 4,949 | 4,921 | 4,922 |

[1] Future is year 2100.

6.1.2.2.  BARRIER PLAN.  The entire 41 acres in the area of direct impact would be converted to levee or borrow.  By 2100, the net decrease in the area of potential construction impact would be 4 acres.

6.1.3.  **MARSHES**

6.1.3.1.  HIGH LEVEL PLAN.  Levee construction would destroy 54 acres of marsh.  By 2100, there would be a net decrease of 23 acres in the area of potential construction impact.  Levee construction would result in the burial of existing marsh; the higher ground elevations would preclude repopulation by marsh plants.

6.1.3.2.  BARRIER PLAN.  Construction of levees would destroy 2,363 acres of brackish-saline marsh.  By 2100, there would be a net decrease of 837 acres in the area of potential construction impact.  The majority of the marsh loss is the result of burial by dredged material associated with the barrier complexes.  This material raises ground elevations and encourages succession to scrub shrub habitat.  Some marsh would become levee and some would become bayou/canal.

6.1.4.  **LAKE PONTCHARTRAIN AND ADJACENT WATERS**

6.1.4.1.  HIGH LEVEL PLAN.  Approximately 411 acres of lake bottom would be filled for levee construction (mostly in Jefferson Parish) and an additional 573 acres of lake bottom (0.1 percent of the total lake bottoms) off Jefferson Parish would be deepened.  By 2100, there would be approximately 1,091 acres of lake bottom in the area of direct impact.  This would be 437 acres less than would exist under future with no additional Federal action conditions.  No bayou/canal habitat would be impacted by this plan.

6.1.4.2.  Both short- and long-term water quality impacts could result from construction of the Jefferson Parish levee with hydraulic fill.  Short-term impacts, primarily related to solids lost to adjacent waters, would occur during the multi-lift levee construction periods, each approximately 18 months long.  Data from analyses of the proposed borrow material, and elutriates prepared from that material indicate relatively low to moderate potential for release of contaminants from dredged materials.  However, localized dissolved oxygen depletion due to chemical and biochemical oxygen demands might occur.  Minor modification of local water chemistry might result from the fill material discharges.  Generally, sufficient mixing and dilution should be available to retard radical changes in water chemistry in the immediate discharge area.  Since these levees would be built in successive lifts, it is probable that leaching of the fill material would occur between each lift.  These leachates could contain contaminants along with the mineral solids which would enter Lake Pontchartrain through the runoff.  Although the quality of runoff could be very poor at times, the quantities of runoff would generally be insignificant in relation to the dilution potential of the receiving waters; however, during the

placement of the first lift, erosion control measures would be implemented, and therefore, the leaching of the fill material would be moderated.

6.1.4.3. To obtain fill for Jefferson Parish Lakefront levees, dredging to depths approaching 60 feet below existing lake bottom levels would be required. Evaluation of water quality in deep borrow pits located in the New Orleans District indicates that the quality of the upper oxygenated waters generally reflects conditions in adjacent waters. However, the deeper waters are subjected to oxygen depletion by bacterial action on accumulated organic matter. Deprived of atmospheric reaeration, they become anoxic during a portion of the year. Anoxic conditions tend to increase the rate of release of some bound contaminants from the bottom muds. However, current research (Gambrell, Khalid, Verloo, and Patrick, 1977) indicates that low pH and redox-potential in sediment-water systems tend to favor formation of soluble species of metals; whereas, in oxidized non-acid systems, slightly soluble or insoluble forms tend to predominate. Thus, a reducing environment may immobilize metals. Based on available literature and limited data from an existing 65-foot hole in Lake Pontchartrain, it does not appear that conditions conducive to toxic material release would exist in the holes because of the neutral pH water and reduced sediments which will exist in the holes. Dense highly saline water tends to occupy the lower depths of the deep borrow pits. Consequently, deep borrow pits often exhibit strong density gradients due to dissolved solids differentials between the surface and deep waters. If toxic materials were released from bottom sediments, the density gradient that would be established would not permit mixing with the adjacent water of Lake Pontchartrain. The mild climate of the project area generally precludes thermally-induced seasonal exchange (overturn) of surface and bottom waters. In addition, hydraulic analyses of water movements in Lake Pontchartrain, as related to horizontal and vertical displacement in deep water for typical and extreme tidal occurrences, indicate that, even during extreme conditions (hurricanes), the bottom waters of a 60-foot borrow pit would not mix with adjacent Lake Pontchartrain waters.

6.1.4.4. Most of the water quality impacts attributable to constructing levees which follow existing levee alinements would result from solids contained in runoff from levee-fill areas. Such impacts are normally intermittent, highly localized, and relatively short-term. The quality of runoff could be very poor at times, but runoff quantities generally would be insignificant in relation to the quantity of water available for mixing and dilution.

6.1.4.5. Fill-material discharges associated with constructing the new St. Charles Parish levee would also cause intermittent and relatively short-term water quality impacts. This levee reach would be constructed using dry-hauled fill. Dissolved oxygen depletion could occur in shallow marsh waters at the fringes of the levee-fill areas. Also,

locally intensified nitrogen and phosphorus levels might occur as a result of the fill-material discharges.

6.1.4.6.  Water quality impacts attributable to fill-material discharges are addressed in detail in the Section 404(b)(1) Evaluation Reports (Appendix C).

6.1.4.7.  BARRIER PLAN.  Levee construction would fill approximately 28 acres of lake bottoms.  By 2100, an estimated 1,051 acres would exist in the area of potential construction impact.  This is approximately 477 acres less than would accrue through normal marsh loss in the future with no additional Federal action.  This is because the marsh that would become lake bottom without the barriers would be utilized for disposal.

6.1.4.8.  Construction of the barrier complex would cause 359 acres of bayou/canal habitat to be converted to levee/structure; an additional 512 acres (0.1 percent of the total lake bottoms) would be deepened to 20-40 feet below existing bottoms.  By 2100, an estimated 467 acres of this habitat would remain in the area of direct impact.  This is 327 acres less than would occur under future with no additional Federal action conditions.

6.1.4.9.  Hydraulic dredging to depths approaching 40-50 feet below existing lake bottom levels would be required to obtain fill for construction relating to the barrier complexes.  Consequently, essentially permanent water quality impacts related to deep borrow pits, as discussed for the High Level Plan, also are applicable to this plan.  For additional information on effects of barrier construction on water quality, refer to report entitled "Effects of Flood Control Barriers in Passes of Lake Pontchartrain, Louisiana," included in the Environmental Resources Appendix of this report.  Further, water quality impacts associated with constructing the St. Charles Parish levee would be the same as described for the High Level Plan.

6.1.4.10.  Constructing the barrier complexes could result in both short- and long-term water quality impacts.  The most readily identifiable effects relate to hydraulic dredging to obtain an estimated 36 million cubic yards for in-place construction fill.  Excess dredged material in an amount approximately equal to the required in-place quantity could be lost to adjacent surface waters.  Contaminants bound to hydraulically-dredged sediments could be dispersed over a relatively large area adjacent to the construction sites.  Potentially, long-term contaminant leaching from the earthern structures could occur, producing trace levels of pollutants in adjacent waters.  Subtle, essentially permanent, modification of local current and flow patterns near the barrier structures could potentially cause areas of poor water circulation and reduced flushing with attendant water quality problems.