**STATE**

Department of Culture, Recreation and Tourism (16 February 1984)

Department of Culture, Recreation and Tourism (20 February 1984)

Department of Environmental Quality

Department of Natural Resources (28 February 1984)

Department of Natural Resources (19 June 1984)

Department of Transportation and Development, Office of Public Works

Wildlife & Fisheries Statement

**ORGANIZATIONS**

Audubon Society, New Orleans Chapter

Board of Levee Commissioners of the Orleans Levee District

City of New Orleans

Environmental Defense Fund (9 February 1984)

Environmental Defense Fund (6 March 1984)

Geodata Inc.

League of Women Voters of Louisiana

Louisiana Wildlife Federation Inc. (27 February 1984)

Louisiana Wildlife Federation Inc. (1 March 1984)

Regional Planning Commission, Jefferson, Orleans, St. Bernard, St. Tammany Parishes

St. Charles Parish

Sierra Club, Delta Chapter

**INDIVIDUALS**

Mr. Milton Cambre

Ms. Juanita Grimes

Ms. Moira Ford

Mr. Michael Halle

Dr. Oliver Houck

## 8.6. PUBLIC VIEWS AND RESPONSES

Public views expressed to this agency concerning the Lake Pontchartrain Hurricane Protection Project were considered in the preparation of the Draft and Final Supplement to the Environmental Impact Statement for Lake Pontchartrain, Louisiana, and Vicinity, Hurricane Protection Project. As discussed in Section 1.4 of the EIS, several controversial issues may require resolution prior to project implementation. These issues were brought forth at the public meeting. Public views and responses are presented in Appendix D.

# 9. LITERATURE CITED

Bahr, Leonard M. Jr., Jean Pantell Sikora, and Walter B. Sikora, 1980. Macrobenthic Survey of Lake Pontchartrain, Louisiana. 1978. Pages 659-696 in Stone James H. ed. Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands and Selected Land Uses. 1980.

Bolt, Beranek, and Newman. 1971. Noise from Construction Equipment and Operations, Building Equipment, and Home Applicances. US Environmental Protection Agency NTID300.1.

Cavit, M. H. 1979. Dependence of Menhaden Catch on Wetland Habitats: A Statistical Analysis. Unpublished report submitted to US Fish and Wildlife Service, Ecological Services Field Office, Lafayette, Louisiana. US Fish and Wildlife Service, Office of Biological Services, National Coastal Ecosystems Team. 12 pages.

Chapoton, Robert B. 1982. Personal Communication (August 17, 1982). National Marine Fisheries Service, Beaufort Laboratory.

Cramer, Glenn W. and John Day, Jr. 1980. Productivity of Swamps and Marshes Surrounding Lake Pontchartrain, Louisiana. Pages 593-645 in Stone, James ed. Environmental Analysis of Lake Pontchartrain Louisiana, Its Surrounding Wetlands and Selected Land Uses.

Danell, R. M. 1961. Trophic Spectrum of An Estuarine Community Based on Studies of Lake Pontchartrain, Louisiana. Ecology 42: 553-568.

Davis, J. T. B. J. Fotenot, C. E. Hoenke, A. M. Williams, and J. S. Hughes. 1970. Ecological Factors Affecting Anadromous Fishes of Lake Pontchartrain and Its Tributaries. Louisiana Wildlife and Fisheries Commission, Bulletin No. 9.

Environmental Affairs Unit, Office of Analysis and Planning, City of New Orleans. 1981. Comprehensive Environmental Strategy for New Orleans.

Gambrell, R. P., R. A. Khalid, M. G. Verloo, V. H. Patrick, Jr. 1977. Transformations of Heavy Metals and Plant Nutrients in Dredged Sediments as Affected by Oxidation Reduction Potential and pH. Dredged Materials Research Program, U.S. Army Corps of Engineers.

Gunter, G. 1961. Habitat of Juvenile Shrimp (Family Penaeidae). Ecology 42(3): 598-600.

Levine, Steven J.  1980.  Gut contents of Forty-four Lake Pontchartrain Fish Species 1977-1978.  Pages 899-994 in Stone, James H. ed. Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands, and Selected Land Uses, 1980.

Montz, G. N.  1974.  Lake Pontchartrain and Vicinity Hurricane Protection Project, Final Environmental Impact Statement prepared for New Orleans Army Corps of Engineers District.

Odum, W. E., J. C. Zieman, and E. J. Heald.  1973.  The Importance of Vascular Plant Detritus to Estuaries.  Pages 91-114 in R. H. Chabreck ed.  Proceedings of Coastal Marsh and Estuary Management Symposium, Louisiana State University, Baton Rouge.

Pisapia, Ralph C.  1974.  Biological Implications of Dredge Holes.  US Fish and Wildlife Service, Division of River Basin Studies, Annapolis, Maryland.

Remane, A. and Schlieper.  1971.  Biology of Brackish Water.  Wiley and Sons.  210 pp.

Rogillio, Howard E. and Brassette, Richard S.  1977.  A Survey of Sportfish in Lake Pontchartrain, Louisiana Wildlife and Fisheries Commission, New Orleans, Louisiana.  Contribution from Dingell-Johnson Project F-24, Louisiana.

Stone, James H., Nancy A. Drummond, Lawrence L. Cook, Edward C. Theriot and Dianne M. Kindstedt.  1980.  The Distribution and Abundance of Plankton of Lake Pontchartrain, Louisiana. 1978.  Pages 437-583 in Stone, James H. ed. Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands and Selected Land Uses.

Swenson, Erick M.  1980.  General Hydrography of Lake Pontchartrain, Louisiana.  Pages 57-157 in Stone, James ed. Environmental Analysis of Lake Pontchartrain Louisiana, Its Surrounding Wetlands and Selected Land Uses.

Thompson, Bruce A. and J. Stephen Verret.  1980.  Nekton of Lake Pontchartrain, Louisiana and Its Surrounding Wetlands.  Pages 711-825 in Stone, James H. ed. Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands and Selected Land Uses, 1980.

Thompson, Bruce A. and Stone, James H.  1980.  Selected Commercial Fish and Shellfish Data from Lake Pontchartrain, Louisiana During 1963. 1975, Some Influencing Factors and Possible Trends.  Pages 1069-1129 in Stone, James H. ed. Environmental Analysis of Lake Pontchartrain, Louisiana, Its Surrounding Wetlands and Selected Land Uses.  1980.

Turner, R. E.   1979.   Louisiana's Coastal Fisheries and Changing Environmental Conditions.   Pages 363-370 in J. W. Day, Jr., Dr. R. Culley, Jr., R. E. Turner, and A. J. Mumphrey, Jr., eds. Proceedings of the Third Coastal Marsh and Estuary Management Symposium.   Louisiana State University Division of Continuing Education, Baton Rouge, Louisiana.

US Army Engineer Waterways Experiment Station, CE, Vicksburg, Mississippi.  Effects on Lake Pontchartrain, La., of Hurricane Surge Control Structures and Mississippi River-Gulf Outlet Channel; Hydraulic Model Investigation, by I. C. Tallant and H. B. Simmons. November 1963, viii, 43 pp. and appendix - illus - table. (Technical Report No. 2-636)

## RECOMMENDATIONS

I recommend that the existing project plan for hurricane protection for Lake Pontchartrain, Louisiana, and Vicinity, authorized by Public Law 89-298 on 27 October 1965, be modified to provide for the implementation of a Federal project for hurricane protection, in accordance with the plan tentatively selected herein, with such further modifications thereto as in the discretion of the Chief of Engineers may be advisable. These tentative recommendations are made with the provision that, prior to proceeding with redirecting or initiating construction of plan features which vary from that which is provided for by the current plan of improvement, local interests provide adequate supplements to current assurances.

Robert C. Lee
Colonel, Corps of Engineers
District Engineer

