LAKE PONTCHARTRAIN , LOUISIANA , AND
VICINITY , HURRICANE PROTECTION PROJECT

LIMITS OF SPH
OVERFLOW

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

AUTHORIZED PLAN

LAKE PONTCHARTRAIN, LOUISIANA, A
VICINITY, HURRICANE PROTECTION PROJ
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS