LAKE PONTCHARTRAIN, LOUISIANA AND
VICINITY HURRICANE PROTECTION PROJECT

SEPARABLE PROJECT AREAS

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS
DATE: DECEMBER 1982
FILE NO. H-2-29



PLATE 5