LEGEND
- Existing Levees
- Levees To Be Modified
- New Levees
- Existing Locks
- Existing Levees
- Channels
- Lock
- Floodgate
- Drainage Structure

LAKE PONTCHARTRAIN, LOUISIANA AND VICINITY, HURRICANE PROTECTION PROJECT
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

THE BARRIER PLAN

LEGEND

Existing Levees
To Be Modified
New Levees
Existing Levees
Locks
Floodgate
Drainage Structure

LAKE PONTCHARTRAIN, LOUISIANA, AND
VICINITY, HURRICANE PROTECTION PROJECT

THE HIGH LEVEL PLAN

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

LAKE   PONTCHARTRAIN

LAKE   MAUREPAS

LAKE   BORGNE

HANCOCK COUNTY

MISSISSIPPI

LOUISIANA

ST. TAMMANY PARISH

TANGIPAHOA PARISH

LIVINGSTON PARISH

EAST BATON ROUGE PARISH

ASCENSION PARISH

ST. JAMES PARISH

ASSUMPTION PARISH

LAFOURCHE PARISH

ST. CHARLES PARISH

ST. JOHN THE BAPTIST PARISH

JEFFERSON PARISH

ORLEANS PARISH

ST. BERNARD PARISH

PLAQUEMINES PARISH

NEW ORLEANS

Pontchatoula

Madisonville