LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY HURRICANE PROTECTION PROJECT
BARRIER VS HIGH LEVEL PLAN DIFFERENCE IN SPH OVERFLOWS
U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS CORPS OF ENGINEERS
DATE: DECEMBER 1982
FILE NO. H-2-297
PLATE
LEGEND
Differencs Between Barrier Plan and High Level Plan SPH Overflow Limits
NOTE: Difference in SPH overflow west of line not delineated
SCALE OF MILES
LAKE PONTCHARTRAIN
LAKE MAUREPAS
LAKE BORGNE
LAKE ST. CATHERINE
BONNET CARRE SPILLWAY
ST. TAMMANY PARISH
TANGIPAHOA PARISH
LIVINGSTON PARISH
ASCENSION PARISH
EAST BATON ROUGE PARISH
ST. JOHN THE BAPTIST PARISH
ST. JAMES PARISH
ST. CHARLES PARISH
JEFFERSON PARISH
ORLEANS PARISH
ST. BERNARD PARISH
PLAQUEMINE PARISH
ASSUMPTION PARISH
LAFOURCHE PARISH
HANCOCK COUNTY
LOUISIANA
MISSISSIPPI
Ponchatoula
Madisonville
Mandeville
Lacombe
Slidell
LaPlace
Verret
NEW ORLEANS
N.O. East Area
Citrus Area
NEW ORLEANS LAKEFRONT AIRPORT
SEABROOK
SOUTH POINT
ALLIGATOR POINT
PROCTOR POINT
INTRACOASTAL WATERWAY
GULF
MISSISSIPPI RIVER - GULF OUTLET
MISSISSIPPI RIVER
HARVEY CANAL
ALGIERS CANAL
ALGIERS LOCK
HARVEY LOCK
IHNC LOCK
I. H. N. C.
LAKE PONTCHARTRAIN CAUSEWAY
TANGIPAHOA RIVER
TCHEFUNCTA RIVER
BAYOU LACOMBE
PEARL RIVER
THE RIGOLETS
CHEF MENTEUR PASS
PASS MANCHAC
BAYOU BIENVENUE
PARIS ROAD
AIRLINE HIGHWAY
SOUTHERN R.R.
L&N R.R.
LAKE CATAOUATCHE

LEGEND

U.S. NATURAL AND
SCENIC RIVERS

A. LAKE BORGNE CANAL
B. BAYOU DUPRE
C. BASHMAN BAYOU
D. TERRE BEAU BAYOU
E. PIROGUE BAYOU
F. BAYOU BIENVENUE
G. BAYOU CHAPERON
H. BAYOU TREPAGNIER
I. BAYOU LABRANCHE

LAKE PONTCHARTRAIN, LOUISIANA AND
VICINITY, HURRICANE PROTECTION PROJECT

PROJECT AREA
FOR ENVIRONMENTAL
IMPACT ANALYSIS

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

DATE: DECEMBER 1982