# ENVIRONMENTAL RESOURCE MAP

LAKE PONTCHARTRAIN, LOUISIANA, AND VICINITY, HURRICANE PROTECTION PROJECT

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

DATE: DECEMBER 1985

## LEGEND

Malcent Eagle Nest
White Kitchen Eagle Nest
Mitigation Sites Under Study

Habitat Types
Brackish Marsh
Intermediate Marsh
Cypress Tupelo Swamp
Grass Beds

In-place mitigation
Environmental Restoration Sites

LAKE PONTCHARTRAIN, LOUISIANA, AND
VICINITY HURRICANE PROTECTION PROJECT

CULTURAL RESOURCES
LOCATION MAP

U.S. ARMY ENGINEER DISTRICT, NEW ORLEANS
CORPS OF ENGINEERS

LEGEND

● National Register Properties
  Dense Concentration of
  National Register Properties (104)
  Historic Districts (8)