# Mailing Information for a Case 2:05-cv-04182-SRD-JCW

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **William David Aaron , Jr**
  waaron@goinsaaron.com,rsmith@goinsaaron.com
- **Neil Charles Abramson**
  abramson@phelps.com,parkerd@phelps.com,steadmas@phelps.com
- **Wystan M. Ackerman**
  wackerman@rc.com,sholden@rc.com
- **Glenn B. Adams**
  gadams@phjlaw.com,adamsgb@gmail.com
- **Orr Adams , Jr**
  orradams@aol.com,nancykhobbs@yahoo.com
- **Stephen C. Aertker , Jr**
  SAertker@hvfa-law.com,TGoodnight@hvfa-law.com
- **Joseph James Aguda , Jr**
  jaguda@nielsenlawfirm.com,rcastle@nielsenlawfirm.com,cduhe@nielsenlawfirm.com
- **Angie Arceneaux Akers**
  aakers@lpw-law.com,lgauthreaux@lpw-law.com,bsimpson@lpw-law.com
- **Roy F. Amedee , Jr**
  ramedeejr@aol.com,brent@klibertlaw.com
- **Jonathan Beauregard Andry**
  jandry@andrylawfirm.com,dsmith@andrylawfirm.com
- **Sidney J. Angelle**
  sja@lcba-law.com,rgd@lcba-law.com,ddc@lcba-law.com,bjc@lcba-law.com,ebb@lcba-law.com,rsm@lcba-law.com,inrekatrina@lcba-law.com
- **Thomas P. Anzelmo**
  Tanzelmo@mcsalaw.com,jtorrence@mcsalaw.com,ltowler@mcsalaw.com
- **Kirk Norris Aurandt**
  kaurandt@daiglefisse.com
- **John E. Baay , II**
  jbaay@glllaw.com,bmcdonnell@glllaw.com
- **Adam Babich**
  ababich@tulane.edu,ababich@earthlink.net
- **Stephen F. Babin**
  BabinS@ag.state.la.us
- **Suzette Peychaud Bagneris**
  sbagneris@aol.com

- **Sarah House Barcellona**
  sbarcellona@stonepigman.com,swhelan@stonepigman.com
- **Valerie Briggs Bargas**
  vbargas@sszblaw.com,cathyb@sszblaw.com
- **William A. Barousse**
  wbarousse@glllaw.com,nordonez@glllaw.com
- **Judy Y. Barrasso**
  jbarrasso@barrassousdin.com,slanglois@barrassousdin.com
- **Brent Bennett Barriere**
  barrierb@phelps.com,battagld@phelps.com
- **Francis J. Barry , Jr**
  fbarry@dkslaw.com,jhyde@dkslaw.com
- **Stephen R. Barry**
  sbarry@barrypiccione.com,sdixon@barrypiccione.com,klatiolais@barrypiccione.com
- **Adrianne L. Baumgartner**
  abaumgartner@phjlaw.com,kboudreaux@phjlaw.com
- **Samuel Beardsley , Jr**
  s_beards@bellsouth.net,sbeardsley@couturelaw.net
- **Jerry Anthony Beatmann , Jr**
  beatmann@ubclaw.com,kbouffard@ubclaw.com
- **Daniel E. Becnel , Jr**
  dbecnel@becnellaw.com,mmoreland@becnellaw.com
- **Robert M. Becnel**
  ROBBECNEL@AOL.COM
- **Kerrie Theriot Belsome**
  kbelsome@dkslaw.com
- **Allan Berger**
  aberger@allan-berger.com,jgalliano@allan-berger.com,brennanmelanie@hotmail.com
- **Eric B. Berger**
  ebb@lcba-law.com,rsm@lcba-law.com,inrekatrina@lcba-law.com
- **Keith J. Bergeron**
  kbergeron@dkslaw.com,jvelez@dkslaw.com,bergeron-keith@cox.net
- **Clifton O. Bingham , Jr**
  cbingham@oatshudson.com,drandazzo@oatshudson.com
- **Kelly Cambre Bogart**
  kbogart@duplass.com,kprice@duplass.com
- **David Ira Bordelon**
  dbordelon@ungarino-eckert.com
- **Alan G. Bouterie**
  agblaw@bellsouth.net,rondap@bellsouth.net
- **Martha Dupree Bowden**
  mdbowden03@yahoo.com
- **Nicole McDaniel Bowen**
  nbowen@duplass.com,sbowser@duplass.com,cmotes@duplass.com

- **Margaret E. Bradley**
  mbradley@lpw-law.com
- **Thomas M. Brahney**
  BrahneyT@ag.state.la.us
- **Terrence L. Brennan**
  tbrennan@dkslaw.com,spacaccio@dkslaw.com
- **Philip S. Brooks , Jr**
  pbrooks@monbar.com,mokeefe@monbar.com
- **Galen S. Brown**
  gbrown@hamiltonfirm.net,tborne@hamiltonfirm.net
- **Christopher James Bruno**
  cbruno@brunobrunolaw.com
- **Joseph M. Bruno**
  jbruno@brunobrunolaw.com,stephaniep@brunobrunolaw.com
- **Stephen G. Bullock**
  sbullock@stonepigman.com,wduncan@stonepigman.com
- **James Thomas Busenlener**
  jbusenlener@lshah.com,emyrddin@lshah.com
- **Brant J. Cacamo**
  BJC@LCBA-LAW.COM,rsm@lcba-law.com,inrekatrina@lcba-law.com
- **Joseph Edward Cain**
  jcain@hhkc.com,emartin@hhkc.com
- **Robert John Caluda**
  rcaluda@rcaluda.com,stephanie@rcaluda.com
- **Jaime Michele Cambre**
  jcambre@duplass.com,sbowser@duplass.com
- **Gina Puleio Campo**
  campo@hebblergiordano.com,natalie@hebblergiordano.com
- **David Ryan Cannella**
  dcannella@landryswarr.com,lslaw@landryswarr.com
- **Brian Joseph Capitelli**
  bcapitelli@barrassousdin.com,slanglois@barrassousdin.com
- **Burt K. Carnahan**
  bkc@lcba-law.com,mbm@lcba-law.com
- **Kenny Maurice Charbonnet**
  kmc49@cox.net,carolynb@charbonnetlawfirm.com
- **Raymond A. Chenault**
  rchenault@mcglinchey.com
- **Christopher Chocheles**
  cchocheles@shergarner.com,oarregui@shergarner.com
- **Amanda G. Clark**
  aclark@fjdlegal.com,jerrie@fjdlegal.com
- **Albert D. Clary**
  adc@longlaw.com,kge@longlaw.com,rhondad@longlaw.com
- **James A. Cobb , Jr**
  jac@ecwko.com,kcb@ecwko.com,saa@ecwko.com,am@ecwko.com

- **Michael Clifford Code**
  mcode@ubclaw.com,kbouffard@ubclaw.com
- **Kevin Lawrence Cole**
  kcole@gjtbs.com,bmorton@gjtbs.com,craymond@gjtbs.com
- **Thomas Louis Colletta , Jr**
  lcolletta@lemle.com
- **Chadwick William Collings**
  chad@thornhilllawfirm.com,chadwickcollings@charter.net
- **Michael W. Collins**
  mcollins@phjlaw.com,bgates@phjlaw.com
- **Traci L. Colquette**
  Traci.ColQuette@usdoj.gov,Catherine.Corlies@usdoj.gov
- **Charles Bruce Colvin**
  ccolvin@kingsmillriess.com,lbarre@kingsmillriess.com
- **John Patrick Connick**
  pconnick@lil.nocoxmail.com
- **William Peter Connick**
  pconnick@connicklaw.com,rmentz@connicklaw.com
- **Clayton Morris Connors**
  cconnors@mumphreylaw.com,gmcgowen@mumphreylaw.com
- **Rebecca Y. Cooper**
  rebecca.cooper@phelps.com,pattersk@phelps.com
- **Joseph W. Cotchett**
  jcotchett@cpsmlaw.com
- **James Dalton Courson**
  dcourson@stonepigman.com
- **Keith Michael Couture**
  keithcouture@bellsouth.net,kcouture@couturelaw.net,art894@aol.com
- **Richard Abelard Cozad**
  rcozad@mpc-law.com,kforet@mpc-law.com,bboudreaux@mpc-law.com
- **William Jerrol Crain**
  wc@jonesfussell.com
- **Robert G. Creely**
  rcreely@aol.com,tph59@amatocreely.nocoxmail.com
- **Jack J. Crowe**
  jcrowe@winston.com
- **John J. Cummings , III**
  ccdlawfirm@aol.com
- **Martha Y. Curtis**
  mcurtis@shergarner.com,lgraffagnini@shergarner.com
- **Frank Jacob D'Amico , Jr**
  damico@damicolaw.net,ldeogracias@damicolaw.net
- **Christian E. Daigle**
  daiglec@phelps.com
- **Thomas W. Darling**
  tdarling@grhg.net,tigerthom@cox.net,firm@grhg.net,tl@grhg.net

- **Clayton Arthur Larsh Davis**
  cdavis@lundydavis.com
- **Laurie Lee DeArmond**
  ldearmond@phjlaw.com,jboudreaux@phjlaw.com
- **Jacques P. DeGruy**
  jdegruy@mblb.com,smethe@mblb.com
- **Beverly Aloisio DeLaune**
  bdelaune@dkslaw.com,dkimble@dkslaw.com
- **Patrick Dominic DeRouen**
  pderouen@phjlaw.com,nreid@phjlaw.com,cminster@phjlaw.com
- **Erin E. Dearie**
  dearie@bayoulaw.com,aadams@bayoulaw.com
- **Kevin R. Derham**
  kderham@duplass.com,sbowser@duplass.com,ndavis@duplass.com
- **Joseph Vincent DiRosa , Jr**
  jvdirosa@cityofno.com,jdirosa1@cox.net
- **Richard Nelson Dicharry**
  dicharrr@phelps.com,pattersk@phelps.com
- **Rachelle D. Dick**
  sdick@fjdlegal.com,barbara@fjdlegal.com
- **James L. Donovan , Jr**
  JDonovan@donovanlawler.com,jtaulli@donovanlawler.com
- **Walter C. Dumas**
  wdumas@dumaslaw.com,tyoungblood@dumaslaw.com
- **Mary L. Dumestre**
  mdumestre@stonepigman.com
- **Richard G. Duplantier , Jr**
  duplantier@gjtbs.com,kking@gjtbs.com
- **Lawrence J. Duplass**
  lduplass@duplass.com,sdeblieux@duplass.com,caccardo@duplass.com
- **Michael McGrath Duran , Sr**
  mduran@oatshudson.com
- **Daniel L. Dysart**
  dldysart@dst-law.com,angeliquew@dst-law.com
- **Emily E. Eagan**
  eeagan@joneswalker.com,psenentz@joneswalker.com
- **William Harry Eckert**
  beckert@ungarino-eckert.com
- **Wanda Jean Edwards**
  wandaedwards@fayardlaw.com
- **N. Frank Elliot , III**
  felliot@rgelaw.com,lhartley@rgelaw.com
- **Stephen N. Elliott**
  elliotts@bernard-cassisa.com
- **John N. Ellison**
  jellison@andersonkill.com,mtodd@andersonkill.com,glite@andersonkill.com

- **John F. Emmett**
  jfe@ecwko.com,crb@ecwko.com
- **Clarence William Emory**
  bemory@mblb.com,smethe@mblb.com
- **Nina Wessel English**
  nenglish@gordonarata.com,wdorsey@gordonarata.com
- **John B. Esnard , III**
  jesnard@dkslaw.com
- **John Karl Etter**
  jke@rodneylaw.com,jke57@bellsouth.net
- **Richard M. Exnicios**
  rexnicios@damicolaw.net
- **Andrea L. Fannin**
  afannin@stonepigman.com
- **Christopher R. Farrell**
  crfarrell@jonesday.com
- **Steven K. Faulkner , Jr**
  skfaulk@cox.net
- **Calvin Clifford Fayard , Jr**
  calvinfayard@fayardlaw.com,donna@fayardlaw.com
- **Shera J. Finn**
  sfinn@barrassousdin.com
- **Catherine J. Finnegan**
  tess.finnegan@usdoj.gov,catherine.corlies@usdoj.gov
- **Debra J. Fischman**
  dfischman@shergarner.com,jhubert@shergarner.com
- **Stephen G. Flynn**
  stephen.flynn@usdoj.gov,torts.aa.files@usdoj.gov
- **John L. Fontenot , Jr**
  John.Fontenot@arlaw.com,Bridget.Chandler@arlaw.com
- **Jason Paul Foote**
  jfoote@chopin.com
- **Charles C. Foti , Jr**
  southalll@ag.state.la.us
- **Lloyd N. Frischhertz**
  lnfrisch@aol.com
- **Marc L. Frischhertz**
  mlfrisch@bellsouth.net,jspellman1@bellsouth.net,lnfrisch@aol.com
- **Nina D. Froeschle**
  nfroeschle@hunton.com
- **Craig Edmond Frosch**
  cfrosch@usryandweeks.com,mdelcastillo@usryandweeks.com,cefrosch2@hotmail.com
- **Samuel B. Gabb**
  sam@lcgllaw.com,cgranger@lundydavis.com

- **Gary Joseph Gambel**
  ggambel@mrsnola.com,shotard@mrsnola.com
- **William Christian Gambel**
  wgambel@millinglaw.com,mshrell@millinglaw.com,pbarrere@millinglaw.com
- **Derek D. Gambino**
  dgambino@bellsouth.net
- **Christian Albert Garbett**
  cgarbett@klb-law.com,dburleigh@klb-law.com
- **Thomas Francis Gardner**
  gardner@bayoulaw.com,aadams@bayoulaw.com
- **Tina L. Garmon**
  tgarmon@lawla.com,mspadoni@lawla.com
- **James M. Garner**
  jgarner@shergarner.com,jchocheles@shergarner.com,mgarner@shergarner.com
- **Dexter A. Gary**
  beauxroux@aol.com,Lirette@bellsouth.net
- **Scott Owen Gaspard**
  sgaspard@burglass.com
- **James F. Gasquet , III**
  jgasquet3@bellsouth.net
- **Thomas Livingston Gaudry , Jr**
  tgaudry@grhg.net,dbreaux@grhg.net,firm@grhg.net
- **Kenneth Joseph Gelpi , Jr**
  kgelpi@monbar.com,ymaranto@monbar.com,lquintana@monbar.com
- **Louis L. Gertler**
  lgertler@ggvplaw.com,kagnelly@ggvplaw.com
- **Meyer H. Gertler**
  mhgertler@ggvplaw.com,emaynard@ggvplaw.com
- **Dominic Joseph Gianna**
  dgianna@midrid.com,dabraham@midrid.com,cbarbier@midrid.com
- **Nancy B. Gilbert**
  ngilbert@kcwlaw.com
- **George Moore Gilly**
  gillyg@phelps.com,dunnk@phelps.com
- **Thomas V. Girardi**
  tgirardi@girardikeese.com
- **Frederick J. Gisevius , Jr**
  fgisevius@aol.com
- **Soren Erik Gisleson**
  sgisleson@hhkc.com,jchauvin@hhkc.com,emartin@hhkc.com
- **Phyllis Esther Glazer**
  glazerp@ag.state.la.us,pennm@ag.state.la.us,pearleyj@ag.state.la.us,kellerm@ag.state.la.us
- **Stephen E. Goldman**
  sgoldman@rc.com,akowalsky@rc.com

- **Pablo Gonzalez**
  gonzalep@phelps.com,pabsgonzalez@hotmail.com,bradfors@phelps.com
- **Jeremy D. Goux**
  wynnegouxlobello@bellsouth.net
- **Arthur Gordon Grant , Jr**
  ggrant@monbar.com,ymaranto@monbar.com,lquintana@monbar.com
- **Andrew R. Greene**
  agreene@sonnenschein.com
- **Philip L. Gregory**
  pgregory@cpsmlaw.com
- **James Bradley Guest**
  jimguest@bellsouth.net
- **Joseph Pierre Guichet**
  jguichet@lawla.com,aboyd@lawla.com
- **Kara M. Hadican**
  khadican@gainsben.com,cbabin@gainsben.com
- **Jim S. Hall**
  jim@jimshall.com,jodi@jimshall.com,kerry@jimshall.com,debbie@jimshall.com
- **William Marvin Hall**
  wmh@haileymcnamara.com
- **Erin Casey Hangartner**
  ehangartner@midrid.com
- **Mark Emerson Hanna**
  mhanna@mcsalaw.com,ozg@mcsalaw.com
- **Lesli D. Harris**
  lharris@stonepigman.com,sgothard@stonepigman.com
- **Randall Earl Hart**
  randall@broussard-hart.com
- **Robert G. Harvey , Sr**
  rgharvey@bellsouth.net
- **Lambert Joseph Hassinger , Jr**
  Jhassinger@gjtbs.com
- **Timothy William Hassinger**
  thassinger@gjtbs.com,awebster@gjtbs.com
- **Bonita Y. Hawkins**
  bhawkins@barrassousdin.com,mowens@barrassousdin.com
- **Joseph W. Hecker**
  arod@odwyerlaw.com
- **Carl E. Hellmers , III**
  chellmers@frilotpartridge.com
- **Paul Hesse**
  paul@hinglelaw.com
- **Waldon Michael Hingle**
  servewmh@hinglelaw.com,michelleb@hinglelaw.com,sally@hinglelaw.com,heid
  i@hinglelaw.com,candice@hinglelaw.com,celia@hinglelaw.com

- **Herman C. Hoffmann , Jr**
  hhoffmann@spsr-law.com,calcantar@spsr-law.com
- **Michael Eugene Holoway**
  mholoway@lawla.com,lalawdude@aol.com
- **Brian A. Homza**
  homzab@cykg.com,pooles@cykg.com,cartere@cykg.com
- **David Blayne Honeycutt**
  dbhoneycutt@fayardlaw.com,mindy@fayardlaw.com
- **John William Houghtaling , II**
  john@ghwlaw.net,melissa@ghwlaw.net
- **Ralph Shelton Hubbard , III**
  rhubbard@lawla.com,ljackson@lawla.com
- **Stephen M. Huber**
  stephen@ghwlaw.net,theresa@ghwlaw.net
- **Lauren L. Hudson**
  lhudson@shergarner.com,khellyer@shergarner.com
- **William M. Hudson , III**
  mhudson@oatshudson.com,kellzey@oatshudson.com
- **Thomas H. Huval**
  thuval@hvfa-law.com
- **Dominick F. Impastato , III**
  dimpastato@gmail.com,jspellman1@bellsouth.net
- **Darleen Marie Jacobs**
  dollyno@aol.com
- **Tamara Kluger Jacobson**
  tkjacobson@aol.com,mrosinia@hotmail.com
- **H. Alston Johnson**
  johnsona@phelps.com,davisj@phelps.com
- **Christopher K. Jones**
  cjones@kcwlaw.com
- **Steven C. Judice**
  sjudice@kcwlaw.com,stacie@kcwlaw.com,meda-kay@kcwlaw.com
- **Kevin P. Kamraczewski**
  kevink@sonnenschein.com
- **Howard Bruce Kaplan**
  hkaplan@bernard-cassisa.com
- **Brian David Katz**
  bkatz@hhkc.com,emartin@hhkc.com,bjackson@hhkc.com
- **David Edmund Kavanagh**
  dkavanagh@wkrlaw.com
- **Patrick G. Kehoe , Jr**
  pgkehoejr@kehoejr.com
- **Anne Derbes Keller**
  akeller@bakerdonelson.com,lhook@bakerdonelson.com

- **Michael Courtney Keller**
  kellerm@ag.state.la.us,pennm@ag.state.la.us,philibertj@ag.state.la.us,pearleyj@ag.state.la.us,babins@ag.state.la.us,glazerp@ag.state.la.us
- **Duane M. Kelley**
  dkelley@winston.com
- **Jason R. Kenney**
  jrk@ecwko.com,kcb@ecwko.com
- **Robert Emmett Kerrigan , Jr**
  rkerrigan@dkslaw.com,rbrowne@dkslaw.com,rek@dkslaw.com
- **John Fredrick Kessenich**
  rkessenich@daiglefisse.com,dlebreton@daiglefisse.com
- **Richard E. King**
  rking@gjtbs.com,aditcharo@gjtbs.com
- **Kyle P. Kirsch**
  kkirsch@mcsalaw.com,lbarnes@mcsalaw.com,tbrady@mcsalaw.com
- **Ronald Joseph Kitto**
  rkitto@monbar.com,njohnson@monbar.com
- **Robert W. Knights**
  rknights@ggvplaw.com,kagnelly@ggvplaw.com
- **Terrence Kent Knister**
  tknister@gordonarata.com,ccooper@gordonarata.com
- **William Lee Kohler**
  lkohler@lawla.com
- **Beth M. Kramer**
  bkramer@crowell.com
- **Stephen Skelly Kreller**
  sskreller@gmail.com
- **Alex Kriegsman**
  alex.kriegsman@usdoj.gov,efile_nrs.enrd@usdoj.gov
- **Andre Jude Lagarde**
  ajl@mcsalaw.com
- **Hugh Palmer Lambert**
  hlambert@lambertandnelson.com,alexis@lambertandnelson.com
- **Kent A. Lambert**
  klambert@bakerdonelson.com,mrich@bakerdonelson.com,psigmon@bakerdonelson.com
- **Frank E. Lamothe , III**
  felamothe@lamothefirm.com,khensarling@lamothefirm.com
- **John M. Landis**
  jlandis@stonepigman.com,pkrupicka@stonepigman.com
- **Kathryn W. Landry**
  klandry@ieyoublandry.com,kathilandry@aol.com
- **Mickey P. Landry**
  mlandry@landryswarr.com,lslaw@landryswarr.com
- **Wade Antoine Langlois , III**
  wlanglois@grhg.net,ptranchina@grhg.net

- **Lindsay A. Larson , III**
  llarson@klb-law.com,spond@klb-law.com
- **William J. Larzelere , Jr**
  blarzelere@lpw-law.com,tdejean@lpw-law.com
- **Catherine Elena Lasky**
  laskyk@phelps.com,battagld@phelps.com
- **Thomas Patrick LeBlanc**
  tommy@lcgllaw.com
- **Joseph E. Lee , III**
  jel@pkrlaw.com,lvw@pkrlaw.com,smt@pkrlaw.com
- **Wayne J. Lee**
  wlee@stonepigman.com,pwhite@stonepigman.com
- **Andrea S. Lestelle**
  alestelle@lestellelaw.com
- **Terrence Jude Lestelle**
  lestelle@lestellelaw.com
- **Daniel Lichtl**
  dlichtl@frc-law.com,sbm@frc-law.com,cnunez@frc-law.com
- **Edward John Lilly**
  elilly@cclhlaw.com,lross@cclhlaw.com
- **Danny J. Lirette**
  lirette@bellsouth.net
- **Jay M. Lonero**
  jlonero@lpw-law.com,bsimpson@lpw-law.com,rromeu@lpw-law.com
- **Douglas Conrad Longman , Jr**
  dlongman@pdlaw.com,kfulton@pdlaw.com
- **Heather Shauri Lonian**
  hlonian@stonepigman.com,dmurphy@stonepigman.com
- **Joseph P. Lopinto , III**
  lopinto3@aol.com
- **Rainer Lorenz**
  rainerlorenzatty@bellsouth.net
- **Hunter William Lundy**
  hlundy@lundydavis.com,cprejean@lundydavis.com
- **Barbara L. Lyons**
  blyons@cpsmlaw.com
- **Wayne Robert Maldonado**
  wmaldonado@ungarino-eckert.com
- **George T. Manning**
  gtmanning@jonesday.com
- **F. Gerald Maples**
  federal@geraldmaples.com,ldemos@fgmapleslaw.com
- **Belhia V. Martin**
  belhiamartin@bellsouth.net
- **Christopher W. Martin**
  martin@mdjwlaw.com,lindaa@mdjwlaw.com

- **Richard Massie Martin , Jr**
  rmmjr@cox.net
- **Tara Lavel Mason**
  tlm@lcba-law.com
- **Adam Patrick Massey**
  amassey@klb-law.com,aalmaaita@klb-law.com
- **Freeman Rudolph Matthews**
  pmatthews@usryandweeks.com,mdelcastillo@usryandweeks.com,frm_matthews
  @yahoo.com
- **Ben Louis Mayeaux**
  bmayeaux@ln-law.com,denisen@ln-law.com
- **Michael L. McAlpine**
  mmcalpine@mpc-law.com,sfury@mpc-law.com
- **Jonathan Christopher McCall**
  mccall@chaffe.com,connors@chaffe.com
- **Karen Delcambre McCarthy**
  Karen@Zatzkis.com,lanny@zatzkis.com,kdmhome@att.net,erin@zatzkis.com
- **James F. McConnon , Jr**
  jim.mcconnon@usdoj.gov,catherine.corlies@usdoj.gov
- **Gregory John McDonald**
  gmcdonald@bfrob.com,kbutler@bfrob.com
- **Eugene M. McEachin , Jr**
  mceachine@bernard-cassisa.com
- **Julia E. McEvoy**
  jmcevoy@jonesday.com
- **Gordon J. McKernan**
  gmckernan@mckernanlawfirm.com,hbarousse@mckernanlawfirm.com
- **J. J. (Jerry) McKernan**
  jemckernan@mckernanlawfirm.com,hkeller@mckernanlawfirm.com
- **Evans Martin McLeod**
  mcleodm@phelps.com,weyerp@phelps.com
- **Robert A. McMahon , Jr**
  mcmahonr@bernard-cassisa.com,blanchp@bernard-
  cassisa.com,rambo1615@yahoo.com,thibodt@bernard-cassisa.com
- **Daphne P. McNutt**
  dmcnutt@barrypiccione.com,sdixon@barrypiccione.com
- **Anne Elizabeth Medo**
  anne_medo@haileymcnamara.com,laurie_sigur@haileymcnamara.com
- **Emma Alexandra Mekinda**
  emmamekinda@yahoo.com,em@mpc-law.com,khf@mpc-
  law.com,ljohnson@mpc-law.com
- **Gerald A. Melchiode**
  jmelchiode@gjtbs.com,mwilson@gjtbs.com
- **Joseph Mark Messina**
  jmm@lcba-law.com,ddc@lcba-law.com,inrekatrina@lcba-law.com

- **Gerald Edward Meunier**
  dmartin@gainsben.com,gmeunier@gainsben.com
- **Kara K. Miller**
  kara.k.miller@usdoj.gov,catherine.corlies@usdoj.gov
- **Karen Edginton Milner**
  kmilner@hamiltonfirm.net,tborne@hamiltonfirm.net
- **Clay Mitchell**
  cmitchell@levinlaw.com
- **Charles W. Montz , Jr**
  willm@ln-law.com,bmayet@ln-law.com
- **Stevens E. Moore**
  stevens.moore@usdoj.gov,rosanne.alford@usdoj.gov,sherrel.taylor@usdoj.gov
- **Susie Morgan**
  morgans@phelps.com
- **Arthur Anthony Morrell**
  jeanpaulmorrell@hotmail.com
- **Faye Dysart Morrison**
  Fmorrison@twpdlaw.com,nalonzo@twpdlaw.com
- **Andre J. Mouledoux**
  amouledoux@mblb.com,dhoerner@mblb.com,bpgus@aol.com,pvanmatre@mblb.com
- **Sean P. Mount**
  smount@hmhlp.com,clandry@hmhlp.com
- **James Bryan Mullaly**
  jamesmullaly1@hotmail.com,jbmullaly@cityofno.com,dbrown@cityofno.com
- **Betty Finley Mullin**
  bmullin@spsr-law.com,lynnz@spsr-law.com
- **J. Wayne Mumphrey**
  jwmumphrey@mumphreylaw.com,smitchell@mumphreylaw.com
- **Howard Louis Murphy**
  hmurphy@dkslaw.com,mcazaubon@dkslaw.com
- **Peyton Patrick Murphy**
  pmurphy@murphylfirm.com,kelliboudreaux@hotmail.com,jleblanc@murphylfirm.com
- **Robert Hugh Murphy**
  rmurphy@mrsnola.com,SPassauer@mrsnola.com
- **John Herr Musser , IV**
  jmusser@bellsouth.net
- **William Roy Mustian , III**
  naitsum@hotmail.com,treymustian@yahoo.com
- **Adrian Girard Nadeau**
  agn@longlaw.com
- **Daniel W. Nelson**
  dnelson@gibsondunn.com,jfortell@gibsondunn.com
- **John Francis Nevares**
  jfnevares-law@microjuris.com

- **John A.V. Nicoletti**
  jnicoletti@nicolettihornig.com,wfennell@nicolettihornig.com
- **Gerald J. Nielsen**
  gjnielsen@aol.com
- **James R. Nieset , Jr**
  jnieset@phjlaw.com,tdonnell@phjlaw.com
- **Michaela E. Noble**
  mnoble@monbar.com,mokeefe@monbar.com
- **Gregory James Noto**
  gjcookie45@AOL.com
- **Robert A. Novak**
  rnovak@nicolettihornig.com
- **Pierce O'Donnell**
  pod@oslaw.com,aowen@oslaw.com
- **Ashton Robert O'Dwyer , Jr**
  arod@odwyerlaw.com,vbroussard@odwyerlaw.com
- **William E. O'Neil**
  weo@theoneilgroup.com,avj@theoneilgroup.com
- **Pius Akamdi Obioha**
  pakamdi@aol.com
- **Frances Mae Olivier**
  franntown@yahoo.com,olivierlawoffice@yahoo.com
- **J. Geoffrey Ormsby**
  gormsby@smithfawer.com,kathy@smithfawer.com
- **Dominic J. Ovella**
  dovella@hmhlp.com,jkent@hmhlp.com
- **Michael C. Palmintier**
  mpalmintier@dphf-law.com,jamerson@dphf-law.com,dmoore@dphf-law.com
- **James L. Pate**
  jamesp@ln-law.com,leslies@ln-law.com
- **Darren Albert Patin**
  dpatin@hmhlp.com
- **Maura Zivalich Pelleteri**
  mpelleteri@kfplaw.com,aseltzer@kfplaw.com,tkittrell@kfplaw.com
- **Gary Michael Pendergast**
  GMPendergastLLC@aol.com,limo1462@aol.com
- **Thomas Christopher Pennebaker**
  tpennebaker@nielsenlawfirm.com,ahayno@nielsenlawfirm.com,tcpatnlf@aol.com,aprince@nielsenlawfirm.com
- **Christopher Raymond Pennison**
  cpennison@lpw-law.com,lgauthreaux@lpw-law.com
- **Ronnie Glynn Penton**
  fedcourtmail@rgplaw.com,fedcourtmail2@rgplaw.com
- **David K Persons**
  dpersons@haileymcnamara.com,mbrown@haileymcnamara.com

- **C. Michael Pfister**
  mpfister@duplass.com,kkeller@duplass.com,gjackson@duplass.com
- **Dennis J. Phayer**
  dphayer@burglass.com
- **Michael Raudon Phillips**
  mphillips@frilotpartridge.com,kballard@frilotpartridge.com
- **Frank Anthony Piccolo**
  fap@pkrlaw.com
- **H. Minor Pipes , III**
  mpipes@barrassousdin.com,shooker@barrassousdin.com
- **Andrew Lane Plauche , Jr**
  aplauche@pmpllp.com,jordeneaux@pmpllp.com,pzanco@pmpllp.com,ahuff@p
  mpllp.com,charrell@pmpllp.com,aguder@pmpllp.com
- **Camille Bienvenu Poche**
  cpoche@pdlaw.com,pmichon@pdlaw.com
- **Paul J. Politz**
  ppolitz@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com
- **Matthew F. Popp**
  mfp@ecwko.com,matthewpopp@msn.com
- **Drew A. Ranier**
  dranier@rgelaw.com,marnold@rgelaw.com
- **James C. Rather , Jr**
  jrather@mcsalaw.com
- **Daniel Gibbons Rauh**
  Drauh@glllaw.com
- **Joseph W. Rausch**
  joe@jimshall.com,debbie@jimshall.com
- **Albert Joseph Rebennack , Jr**
  ajrebennack@cox.net,stephanie@rcaluda.com
- **Marshall Mc Alis Redmon**
  redmonm@phelps.com
- **Richard Thomas Reed**
  rickreed@sszblaw.com
- **Simeon B. Reimonenq , Jr**
  sreimonenq@lawla.com,aboyd@lawla.com
- **Gino John Rendeiro**
  GRENDEIRO@WKRLAW.COM,JBERGERON@WKRLAW.COM
- **Don M. Richard**
  drichard@dmrlaw.net
- **Pamela K. Richard**
  pkr@lcba-law.com,mbm@lcba-law.com
- **Thomas M. Richard**
  trichard@chopin.com,rdominick@chopin.com,clunn@chopin.com
- **Timothy R. Richardson**
  trichardson@usryandweeks.com,trichardson2@hotmail.com

- **Stephen Winthrop Rider**
  srider@mcglinchey.com,mgambill@mcglinchey.com
- **Michael R.C. Riess**
  mriess@kingsmillriess.com
- **William E. Rittenberg**
  rittenberg@rittenbergsamuel.com
- **William Joseph Riviere**
  bill.riviere@phelps.com,weyerp@phelps.com
- **John L. Robert , III**
  jrobert@frc-law.com,tgallinghouse@frc-law.com
- **April Rochelle Roberts**
  aroberts@lawla.com,mnguyen@lawla.com
- **John Van Robichaux , Jr**
  info@robichauxlaw.com,karen@robichauxlaw.com
- **Wendy Hickok Robinson**
  whrobinson@gordonarata.com,sbarden@gordonarata.com,smaone@gordonarata.
  com,gordonarata@yahoo.com
- **Roy J. Rodney , Jr**
  RJR@rodneylaw.com,NBM@rodneylaw.com
- **Susan Muller Rogge**
  srogge@barrassousdin.com
- **Harry Rosenberg**
  ROSENBEH@PHELPS.COM
- **James H. Roussel**
  jroussel@bakerdonelson.com
- **James P. Roy**
  jimr@wrightroy.com,sandym@wrightroy.com,susant@wrightroy.com
- **Stephen Robert Rue**
  ruemanager@aol.com
- **Charles Robert Rumbley**
  crr@lcba-law.com
- **Gary Jude Russo**
  gjrusso@perretdoise.com,llandry@perretdoise.com
- **Camilo Kossy Salas , III**
  csalas@salaslaw.com
- **David P. Salley**
  dsalley@shrmlaw.com,mmonsour@shrmlaw.com
- **Jonathan H. Sandoz**
  jsandoz@daiglefisse.com,tbarrios@daiglefisse.com
- **David Scott Scalia**
  DAVID@brunobrunolaw.com,florian@brunobrunolaw.com,jennifer@brunobrun
  olaw.com
- **Seth Andrew Schmeeckle**
  sschmeeckle@lawla.com,mspadoni@lawla.com
- **Matthew D. Schultz**
  mschultz@levinlaw.com

- **Nyka M. Scott**
  nscott@bakerdonelson.com,lhook@bakerdonelson.com
- **Charles F. Seemann , Jr**
  cseemann@dkslaw.com,clafaye@dkslaw.com
- **Kevin Discon Shearman**
  lawyer94@aol.com
- **Christian A. Shofstahl**
  cshofstahl@hvfa-law.com,dlang@hvfa-law.com
- **Sharon K Shutler**
  sharon.shutler@usdoj.gov,Torts.AA.Files@usdoj.gov
- **Robert I. Siegel**
  rsiegel@glllaw.com,jhale@glllaw.com
- **George R. Simno , III**
  gsimno@swbno.org
- **David R. Simonton**
  dsimonton@sonnenschein.com
- **Michael R. Sistrunk**
  mrs@mcsalaw.com,mlt@mcsalaw.com,kab@mcsalaw.com
- **Benjamin Richard Slater , III**
  bslater@lemle.com,mmonfrey@lemle.com
- **Peter Brooks Sloss**
  psloss@mrsnola.com
- **John H Smith**
  jsmith@mckernanlawfirm.com,esimon@mckernanlawfirm.com,apierrottie@mck
  ernanlawfirm.com
- **Randall A. Smith**
  rasmith3@bellsouth.net,mmzornes@bellsouth.net
- **Robin D. Smith**
  catherine.corlies@usdoj.gov
- **Louis G. Spencer**
  lgs@ecwko.com,saa@ecwko.com
- **Michael D. Spencer**
  spencer@chaffe.com,gaddy@chaffe.com
- **Joseph L. Spilman , III**
  jspilman@hmhlp.com,jdanos@hmhlp.com
- **Remy Voisin Starns**
  rvs127@juno.com
- **Elwood C. Stevens , Jr**
  attyecs@aol.com,cat1857@aol.com
- **Victor Elbert Stilwell , Jr**
  vstilwell@dkslaw.com
- **David A. Strauss**
  dstrauss@klb-law.com,bcowand@klb-law.com
- **Jeffery Bryan Struckhoff**
  struckhoff@lestellelaw.com,lestelle@lestellelaw.com

- **Deborah M. Sulzer**
  deborah@deborahsulzerlaw.com
- **Margaret L. Sunkel**
  msunkel@glllaw.com,nordonez@glllaw.com
- **Frank J. Swarr**
  fswarr@landryswarr.com,lslaw@landryswarr.com
- **Paul A. Tabary , III**
  patabary@dst-law.com,connies@dst-law.com
- **Brent A. Talbot**
  talbot@chaffe.com,mayeaux@chaffe.com
- **Patrick A. Talley , Jr**
  ptalley@frilotpartridge.com,jtolar@frilotpartridge.com
- **Christopher Kent Tankersley**
  ctankersley@burglass.com
- **Kelly Theard**
  ktheard@dkslaw.com,spacaccio@dkslaw.com
- **Cynthia J. Thomas**
  cthomas@gjtbs.com,cmussachia@gjtbs.com
- **Vernon Palmer Thomas**
  vpthom1@yahoo.com
- **Tommy Wood Thornhill**
  tom@thornhilllawfirm.com,dawn@thornhilllawfirm.com,chad@thornhilllawfirm.com
- **Richard Alvin Tonry , II**
  lolivier@tonryandginart.com,rwest@tonryandginart.com
- **Sidney Donecio Torres , III**
  storres@torres-law.com,dhemelt@torres-law.com,rburns@torres-law.com
- **Virginia Y. Trainor**
  trainorg@phelps.com,guarnerd@phelps.com
- **Chad M. Trammell**
  chadtrammell@nixlawfirm.com
- **William T. Treas**
  wtreas@nielsenlawfirm.com,srogers@nielsenlawfirm.com,sbillingsley@nielsenlawfirm.com
- **William D. Treeby**
  wtreeby@stonepigman.com,lshea@stonepigman.com
- **Connie P. Trieu**
  ctrieu@dcolvinlaw.com,slester@dcolvinlaw.com,rlatuso@dcolvinlaw.com
- **Richard John Tyler**
  rtyler@joneswalker.com,jcasella@joneswalker.com
- **Randy Jay Ungar**
  COURTS@UNGARLAWYERS.COM
- **John Elliott Unsworth , Jr**
  john_unsworth@haileymcnamara.com,rcurcuru@hmhlp.com,ltusa@hmhlp.com
- **Steven W. Usdin**
  susdin@barrassousdin.com,shooker@barrassousdin.com

- **Jon A. Van Steenis**
  jvansteenis@daiglefisse.com,regberk@yahoo.com,manderson@daiglefisse.com
- **Susan Molero Vance**
  smv@theoneilgroup.com,avj@theoneilgroup.com,lc@theoneilgroup.com,cmh@theoneilgroup.com
- **Gregory P. Varga**
  gvarga@rc.com,lgallucci@rc.com
- **Wendell R. Verret**
  wverret@barrypiccione.com
- **Stephen H. Vogt**
  shvogt@bellsouth.net,smithse1@bellsouth.net
- **Jean Michel Voltaire**
  jean.michel.voltaire@usdoj.gov,jmv7182@hotmail.com
- **Randolph J. Waits**
  rjw@ecwko.com,mfp@ecwko.com,kma@ecwko.com,lgs@ecwko.com,jrk@ecwko.com,saa@ecwko.com
- **David O'Shee Walker**
  dwalker@nbalawfirm.com,pamend@nbalawfirm.com
- **John R. Walker**
  johnwalker@allengooch.com
- **Jennifer W. Wall**
  wallj@phelps.com
- **David Edward Walle**
  dwalle@bfrob.com,jlindsey@bfrob.com
- **Michael Q. Walshe , Jr**
  mwalshe@stonepigman.com
- **Susannah Brooks Walter**
  swalter@lemle.com,mmonfrey@lemle.com
- **John William Waters , Jr**
  jwaters@bfrob.com,blawson@bfrob.com
- **B. Gerald Weeks**
  BGWEEKS@AOL.COM,WKRLAW@AOL.COM
- **William John Wegmann , Jr**
  wjwegmann@aol.com,nancykhobbs@yahoo.com
- **Nicholas J. Wehlen**
  nwehlen@stonepigman.com,lshea@stonepigman.com
- **Alan Dean Weinberger**
  aweinber@midrid.com,ebreaux@midrid.com
- **Francis Gerald Weller**
  fweller210@aol.com
- **Paula Marcello Wellons**
  pwellons@twpdlaw.com,rsylvera@twpdlaw.com,mmarcello@twpdlaw.com,epottle@twpdlaw.com
- **George R. Wentz , Jr**
  gwentz@burke-mayer.com

- **Marion Overton White**
  marionwhite@bellsouth.net
- **Lawrence D. Wiedemann**
  wiedemannlaw@gmail.com
- **Stephen Michael Wiles**
  smwiles@fgmapleslaw.com,ltaylor@fgmapleslaw.com
- **James McClendon Williams**
  jwilliams@ghwlaw.net,danielle@ghwlaw.net
- **Kristopher T. Wilson**
  kwilson@lawla.com,dfogg@lawla.com
- **LaDonna Grey Wilson**
  lwilson@lawla.com
- **Jesse Lee Wimberly , III**
  wimberly@nternet.com,dorisstein@nternet.com
- **Scott L. Winkelman**
  swinkelman@crowell.com
- **Jon Wesley Wise**
  jwise@frc-law.com,sbm@frc-law.com,jrobert@frc-law.com,pzavoda@frc-law.com
- **Phillip A. Wittmann**
  pwittmann@stonepigman.com,jchaillot@stonepigman.com,jweinstein@stonepigman.com
- **Scott G. Wolfe , Jr**
  scott@wolfelaw.com,lillian@wolfelaw.com
- **John Powers Wolff , III**
  jwolff@kcwlaw.com,cathy@kcwlaw.com,cjones@kcwlaw.com
- **Justin I. Woods**
  jwoods@gainsben.com
- **Matthew A. Woolf**
  mwoolf@bakerdonelson.com
- **Bob F. Wright**
  bobw@wrightroy.com,darlenep@wrightroy.com,susant@wrightroy.com
- **William Everard Wright , Jr**
  wwright@dkslaw.com
- **Mary Ellen Wyatt**
  mwyatt@nielsenlawfirm.com,srogers@nielsenlawfirm.com,snichols@nielsenlawfirm.com
- **Vincent F. Wynne , Jr**
  wynnelawfirm@bellsouth.net
- **Alan J. Yacoubian**
  ajy@jjbylaw.com,rspaysse@jjbylaw.com,drutherford@jjbylaw.com,dcc@jjbylaw.com
- **Thomas M. Young**
  young@hebblergiordano.com,heidi@hebblergiordano.com
- **Lanny R. Zatzkis**
  lanny@zatzkis.com,erin@zatzkis.com

- **Gary M. Zwain**
  gzwain@duplass.com,csilessi@duplass.com,pcobb@duplass.com
- **John W. deGravelles**
  jdegravelles@dphf-law.com,jfryoux@dphf-law.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Carole A. Breithoff  (Weller)
2932 Lime Street
Metairie, LA 70006

William J. Luscy                                    , III
William Luscy, III, Attorney at Law
616 Papworth Ave.
Suite C
Metairie, LA 70005

Matthew J. Ungarino
Ungarino & Eckert, LLC
Lakeway Two
3850 N. Causeway Blvd.
Suite 1280
Metairie, LA 70002

Gerard Michael Victor
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165

Richard Anthony Weigand
Weigand & Levenson
427 Gravier St.
1st Floor
New Orleans, LA 70130

Robert R. Wood                                    , Jr
Phelps Dunbar, LLP
Canal Place
365 Canal St.
Suite 2000
New Orleans, LA 70130-6534
```