

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 OCT 23  PM 3:15

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER | * | CIVIL ACTION NO. |
| OF THE | * | **06-8922** |
| COMPLAINT OF LUHR BROS., INC., AS OWNER OF SPUD BARGE L-1101, SPUD BARGE L-1103 AND M/V MICHAEL A AND AS OWNER *PRO HAC VICE* OF M/V CHARLIE B PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | * | SECTION MAGISTRATE **SECT. K MAG. 2** |

* * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND, WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, comes Luhr Bros., Inc. (the "Petitioner"), as owner of the Spud Barge L-1101, Spud Barge L-1103 and M/V Michael A and as owner *pro hac vice* of M/V Charlie B, and respectfully requests that this Honorable Court enter an Order permitting it to deposit into the Registry of the Court a check in the amount of $250.00 in lieu of filing a cost bond in the above-captioned Limitation Action, all as allowed by Local Admiralty Rule 65.1.1 and/or Local Civil Rule 67.1.

**WHEREFORE,** Petitioner prays that this Honorable Court allow it to deposit into the Registry of the Court the attached check in the amount of $250.00 and made

- 1 -

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

payable to "Clerk of Court – United States District Court, Eastern District of LA," and that this Honorable Court enter an Order accordingly.

                        Respectfully submitted,

                        **LARZELERE PICOU WELLS**
                            **SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA 70002
Phone: (504) 834-6500
Fax:      (504) 834-6565

BY: _W. J. La_____
**W. J. LARZELERE, JR. (#8057)**
    blarzelere@lpw-law.com
**T. JUSTIN SIMPSON (#18437)**
    jsimpson@lpw-law.com
**ANGIE L. ARCENEAUX (#26786)**
    aakers@lpw-law.com

**ATTORNEYS FOR LUHR BROS., INC.**