

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER<br><br>OF THE<br><br>COMPLAINT OF GREAT LAKES<br>DREDGE & DOCK COMPANY, AS<br>OWNER OF THE DREDGES CALIFORNIA,<br>MANHATTAN ISLAND, PADRE ISLAND,<br>AND ALASKA, AND AS OWNER<br>PRO HAC VICE OF THE DREDGE<br>TEXAS<br><br>PERTAINS TO:<br>ALL DREDGING LIMITATION ACTIONS<br>CIVIL ACTION NOS. 06-8676;06-8884;06-8888;<br>06-8890;06-8891;06-8922;06-8967;06-9075;<br>and 06-06-9223 | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |

### ORDER

Before the Court is Limitation Plaintiffs, T.L. James & Company, Inc., Gulf Coast Trailing Company, a Louisiana partnership, and TLJIC, L.L.C., a partner therein; Great Lakes Dredge & Dock Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros. Inc.; Pine Bluff Sand and Gravel Company; King Fisher Marine Service, L.P. and Manson Construction Co. (collectively the "Limitation Plaintiffs") Motion to Set Monition Period and for Publication of Notice. The Court, after considering the motion and memorandum in support, is of the opinion that Limitation Plaintiffs motion is meritorious;

NO NMS 131364 v1
2902907-000001

Fee_____
_____ Process_____
X   Dktd_____
_____ CtRmDep_____
_____ Doc. No_____

ACCORDINGLY, IT IS THEREFORE:

ORDERED that Limitation Plaintiff's Motion to Set Monition Period and for Publication of Notice is ~~GRANTED~~; DENIED. — This determination *

IT IS FURTHER ORDERED that pursuant to F.R.C.P. Supp Rule F(4), ~~all claims filed~~ in the Limitation Actions referenced above ~~shall be filed~~ no later than April 24, 2007, and that notice of such ~~deadline shall~~ be published in accordance with LAR64.5 and Supp. Rule F(4).

EXECUTED at New Orleans, Louisiana, this 14 day of December, 2006

UNITED STATES DISTRICT JUDGE

* will be made at the January 24, 2006 Motion to Stay Limitation hearing.

NO NMS 131364 v1
2902907-000001