UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
      CONSOLIDATED LITIGATION
                                NO. 05-4182 "K" (2)

PERTAINS TO:  MRGO, Reed (06-2152)            JUDGE DUVAL
                                      MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:        Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint, Record Doc. No. 2236

O R D E R E D:

 XXX :  I have been advised by Judge Duval's office that the referenced motion was the subject of oral argument on a related motion set before him and that he will therefore address the motion, Record Doc. No. 2236, which was previously set for hearing before me on January 3, 2007.  Accordingly, let the record reflect that the referenced motion is no longer pending on my docket.

New Orleans, Louisiana, this   21st   day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE