UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | | * | JUDGE Duval |
| | | * | MAG. WILKINSON |
| _____ | | * | |
| | | * | |
| PERTAINS TO: | | * | |
| | | * | |
| LEVEE | (06-5159- Fleming) | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER

Defendant, Virginia Wrecking Company, Inc., answers the Complaint for Damages - Class Action of Flora Fleming, et al, as follows:

### FIRST DEFENSE

The Class Action Complaint for Damages fails to meet the prerequisites for a class action in that:

A.  The alleged class does not meet the numerosity requirement and joinder of all alleged members of the class is not impracticable;

B.  The questions of law or fact common to the alleged members of the class do

1

not predominate over individual questions of law and fact, particularly with regard to individual liability and damages issues inherent in the different zones alleged in the Complaint for Damages - Class Action; and

C.  The plaintiffs will not be able to fairly and adequately protect the interests of the class members and do not have claims typical of the other alleged class members.

## SECOND DEFENSE

The Complaint for Damages Class Action fails to state a claim against this defendant upon which relief may be granted.

## THIRD DEFENSE

And now answering the specific allegations of the Complaint for Damages Class Action, defendant avers:

1.

The allegations of Paragraph 1 of the Complaint for Damages - Class Action are denied.

2.

The allegations of Paragraph 2 of the Complaint for Damages - Class Action are denied, except to admit that defendant is a non-Louisiana corporation with its domicile in Alabama.

3.

The allegations of Paragraph 3 of the Complaint for Damages - Class Action are denied.

4.

The allegations of Paragraph 4 of the Complaint for Damages - Class Action are denied.

5.

The allegations of Paragraph 5 of the Complaint for Damages - Class Action require no answer of this defendant.  However, out of an abundance of caution, the allegations are denied.

6.

The allegations of Paragraph 6 of the Complaint for Damages - Class Action are denied.

7.

The allegations of Paragraph 7 of the Complaint for Damages - Class Action are denied.

8.

The allegations of Paragraph 8 of the Complaint for Damages - Class Action are denied.

9.

The allegations of Paragraph 9 of the Complaint for Damages - Class Action are denied.

10.

The allegations of Paragraph 10 of the Complaint for Damages - Class Action are denied.

11.

The allegations of Paragraph 11 of the Complaint for Damages - Class Action are denied.

12.

The allegations of Paragraph 12 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

13.

The allegations of Paragraph 13 of the Complaint for Damages - Class Action are denied.

14.

The allegations of Paragraph 14 of the Complaint for Damages - Class Action are denied.

15.

The allegations of Paragraph 15 of the Complaint for Damages - Class Action are denied.

16.

The allegations of Paragraph 16 of the Complaint for Damages - Class Action are denied.

17.

The allegations of Paragraph 17 of the Complaint for Damages - Class Action are denied.

18.

The allegations of Paragraph 18 of the Complaint for Damages - Class Action are

denied.

19.

The allegations of Paragraph 19 of the Complaint for Damages - Class Action are denied.

20.

The allegations of Paragraph 20 of the Complaint for Damages - Class Action are denied.

21.

The allegations of Paragraph 21 of the Complaint for Damages - Class Action are denied.

22.

The allegations of Paragraph 22 of the Complaint for Damages - Class Action are denied.

23.

The allegations of Paragraph 23 of the Complaint for Damages - Class Action are denied.

24.

The allegations of Paragraph 24 of the Complaint for Damages - Class Action are denied.

25.

The allegations of Paragraph 25 of the Complaint for Damages - Class Action are denied.

26.

The allegations of Paragraph 26 of the Complaint for Damages - Class Action are denied.

27.

The allegations of Paragraph 27 of the Complaint for Damages - Class Action are denied.

28.

The allegations of Paragraph 28 of the Complaint for Damages - Class Action are denied.

29.

The allegations of Paragraph 29 of the Complaint for Damages - Class Action are denied.

30.

The allegations of Paragraph 30 of the Complaint for Damages - Class Action are denied.

31.

The allegations of Paragraph 31 of the Complaint for Damages - Class Action are denied.

32.

The allegations of Paragraph 32 of the Complaint for Damages - Class Action are denied.

33.

The allegations of Paragraph 33 of the Complaint for Damages - Class Action are denied.

34.

The allegations of Paragraph 34 of the Complaint for Damages - Class Action are denied.

35.

The allegations of Paragraph 35 of the Complaint for Damages - Class Action are denied.

36.

The allegations of Paragraph 36 of the Complaint for Damages - Class Action are denied.

37.

The allegations of Paragraph 37 of the Complaint for Damages - Class Action are denied.

38.

The allegations of Paragraph 38 of the Complaint for Damages - Class Action are denied.

39.

The allegations of Paragraph 39 of the Complaint for Damages - Class Action are denied.

40.

The allegations of Paragraph 40 of the Complaint for Damages - Class Action are denied.

41.

The allegations of Paragraph 41 of the Complaint for Damages - Class Action are

denied.

42.

The allegations of Paragraph 42 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

43.

The allegations of Paragraph 43 of the Complaint for Damages - Class Action are denied.

44.

The allegations of Paragraph 44 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

45.

The allegations of Paragraph 45 of the Complaint for Damages - Class Action are denied.

46.

The allegations of Paragraph 46 of the Complaint for Damages - Class Action are denied.

47.

The allegations of Paragraph 47 of the Complaint for Damages - Class Action are denied.

48.

The allegations of Paragraph 48 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

49.

The allegations of Paragraph 49 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

50.

The allegations of Paragraph 50 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

51.

The allegations of Paragraph 51 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

52.

The allegations of Paragraph 52 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

53.

The allegations of Paragraph 53 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

54.

The allegations of Paragraph 54 of the Complaint for Damages - Class Action are denied.

55.

The allegations of Paragraph 55 of the Complaint for Damages - Class Action are denied for a lack of sufficient information to justify a belief therein.

56.

The allegations of Paragraph 56 of the Complaint for Damages - Class Action are

denied.

57.

The allegations of Paragraph 57 of the Complaint for Damages - Class Action are denied.

58.

The allegations of Paragraph 58 of the Complaint for Damages - Class Action are denied for lack of sufficient information to justify a belief therein.

59.

The allegations of Paragraph 59 of the Complaint for Damages - Class Action are denied for lack of sufficient information to justify a belief therein.

60.

The allegations of Paragraph 60 of the Complaint for Damages - Class Action are denied.

61.

The allegations of Paragraph 61 of the Complaint for Damages - Class Action are denied.

62.

The allegations of Paragraph 62 of the Complaint for Damages - Class Action are denied.

63.

The allegations of Paragraph 63 of the Complaint for Damages - Class Action do not require an answer by this Defendant, however out of an abundance of caution are denied.

64.

The allegations of Paragraph 64 of the Complaint for Damages - Class Action are denied.

65.

The allegations of Paragraph 65 of the Complaint for Damages - Class Action are denied.

66.

The allegations of Paragraph 66 of the Complaint for Damages - Class Action are denied.

67.

The allegations of Paragraph 67 of the Complaint for Damages - Class Action are denied.

68.

The allegations of Paragraph 68 of the Complaint for Damages - Class Action are denied.

69.

The allegations of Paragraph 69 of the Complaint for Damages - Class Action are denied.

70.

The allegations of Paragraph 70 of the Complaint for Damages - Class Action are denied.

71.

The allegations of Paragraph 71 of the Complaint for Damages - Class Action are

denied.

72.

The allegations of Paragraph 72 of the Complaint for Damages - Class Action are denied.

73.

The allegations of Paragraph 73 of the Complaint for Damages - Class Action are denied.

74.

The allegations of Paragraph 74 of the Complaint for Damages - Class Action are denied.

75.

The allegations of Paragraph 75 of the Complaint for Damages - Class Action are denied.

76.

The allegations of Paragraph 76 of the Complaint for Damages - Class Action are denied.

77.

The allegations of Paragraph 77 of the Complaint for Damages - Class Action are denied.

78.

The allegations of Paragraph 78 of the Complaint for Damages - Class Action are denied.

79.

The allegations of Paragraph 79 of the Complaint for Damages - Class Action are denied.

80.

The allegations of Paragraph 80 of the Complaint for Damages - Class Action are denied.

81.

The allegations of Paragraph 81 of the Complaint for Damages - Class Action are denied.

82.

The allegations of Paragraph 82 of the Complaint for Damages - Class Action are denied.

83.

The allegations of Paragraph 83 of the Complaint for Damages - Class Action are denied.

84.

The allegations of Paragraph 84 of the Complaint for Damages - Class Action are denied.

85.

The allegations of Paragraph 85 of the Complaint for Damages - Class Action are denied.

86.

The allegations of Paragraph 86 of the Complaint for Damages - Class Action are

denied.

87.

The allegations of Paragraph 87 of the Complaint for Damages - Class Action do not require an answer by this Defendant, however out of an abundance of caution are denied.

88.

The allegations of Paragraph 88 of the Complaint for Damages - Class Action are admitted.

### FOURTH DEFENSE

Alternatively, defendant avers that any work by defendant was done in accordance with plans or specifications furnished to defendant and it has no liability pursuant to Louisiana R.S. 9:2771.

### FIFTH DEFENSE

Alternatively, any work done by defendant was done under the supervision and/or direction and/or control of the U.S. Army Corps. of Engineers and defendant is thereby immune from suit and from tort liability.

### SIXTH DEFENSE

Alternatively, any work done by defendant was done in accordance with plans or specifications furnished by the U.S. Army Corps. of Engineers and defendant has no liability pursuant to Louisiana R.S. 9:2771.

### SEVENTH DEFENSE

Alternatively, defendant avers that any work done by defendant was not done where any break of any levee/flood wall occurred or where any failure of any levee/flood wall

occurred.

### EIGHTH DEFENSE

Alternatively, defendant avers that it has no liability for any subcontractors as defendant is not vicariously liable or liable under the doctrine of *respondeat superior* for subcontractors.

### NINTH DEFENSE

Alternative, any breaks in any levee/flood walls or any failures of any levee/flood walls occurred as a result of the fault or negligence of others for whom this defendant is not liable or responsible, including, but not limited to, the City of New Orleans, the United States Government, the U.S. Army Corps. of Engineers, the Levee Boards, the architects or engineers who designed the levees/flood walls, and others.

### TENTH DEFENSE

Alternatively, plaintiffs' claims are barred by Louisiana R.S. 9:2772.

### ELEVENTH DEFENSE

Alternatively, any breaks in any levee/flood walls or any failures of any levee/flood walls occurred as a result of an act of nature, namely, Hurricane Katrina, for which this defendant is not responsible or liable.

### TWELFTH DEFENSE

Any work done by Virginia Wrecking Company was done under the supervision and/or direction and/or control of the U. S. Army Corps of Engineers, and Virginia Wrecking is thereby immune from suit and from tort liability in accordance with the government contractor's defense recognized in ***Boyle v. United Technologies Corp.,*** 487 U.S. 500,

108 S. Ct. 2510, 101 L. Ed. 442 (1988) and **_Hercules v. U.S.,_** 516 U.S. 417, 116 S. Ct. 981, 134 L. Ed. 2nd 47 (1996).

### THIRTEENTH DEFENSE

Plaintiffs have failed to mitigate their damages.

### FOURTEENTH DEFENSE

Plaintiffs cannot prove that any action by Virginia Wrecking Company was the cause in fact of the harm they allegedly suffered or that it was a proximate cause or substantial factor in the harm or that Virginia Wrecking Company owed a duty to the plaintiffs encompassed by the risks that plaintiffs would suffer the alleged harm.

89.

Defendant desires trial by jury.

WHEREFORE, defendant, Virginia Wrecking Co., Inc., prays that there be judgment in its favor and against the plaintiffs, dismissing their suit, at their costs, and with full prejudice. Defendant further prays for trial by jury.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS & GREMILLION, L.L.C.**

_/s/ Wade A. Langlois, III_
THOMAS L. GAUDRY, JR., T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
Email: wlanglois@grhg.net
Counsel for Defendant, Virginia Wrecking Company, Inc.

**GAUDRY, RANSON,**
 **HIGGINS & GREMILLION, L.L.C.**

THOMAS W. DARLING (#23020)
888 Tara Blvd., Suite B
Baton Rouge, LA 70806
Phone: (225) 231-4916   Fax: (225) 231-4917
Email: tdarling@grhg.net
Counsel for Defendant, Virginia Wrecking Company, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that on the __21st__ day of __December__, 2006 a copy of the above and foregoing Answer was filed electronically with the Clerk of Court using the CM/ECF system, and that a copy has been served upon all counsel of record by electronic transmittal and/or by United States Mail, postage prepaid and properly addressed.

Gretna, Louisiana this __21st__ Day of __December__, 2006.

/s/ Wade A. Langlois, III
WADE A. LANGLOIS, III, LSBA #17681
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466
Facsimile: (504) 362-5938
Email: wlanglois@grhg.net
Counsel for Defendant, Virginia Wrecking Company, Inc.

G:\0262\1692\Pleadings\Fleming\Answer.wpd