# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 06-4634 (ADAMS) | MAG. WILKINSON |

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel comes plaintiff, Glenn Michael Adams, et al., who, upon representing to this Court that he wishes to dismiss without prejudice based on the fact that he has learned that, apparently, Burk Kleinpeter, LLC has no involvement in this litigation and was improperly named. For this reason, plaintiffs hereby move this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against defendants, Burk Kleinpeter, LLC, with each party to bear its own cost.

Respectfully submitted:

_____
J. Patrick Connick (#22219)
Law Offices of J. Patrick Connick, L.L.C.
3900 Veterans Memorial Blvd.
Third Floor
Metairie, Louisiana 70002
Counsel for Glenn Michael Adams, et al.

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2006, I served a copy of the foregoing pleading on all parties in this case via facsimile, e-mail, and/or U.S. Mail.

      s/Charles F. Seemann, Jr.
CHARLES B. SEEMANN, JR. (#11912)
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine Street
New Orleans, LA 70130-3672
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
E-Mail: cseemann@dkslaw.com
COUNSEL FOR BURK-KLEINPETER, INC.