UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVALL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:   06-6099 (O'DWYER) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Motion;

**IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**