UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:   06-5137 (WILLIAMS) | * * | |

* * * * * * * * * * * * * * * * * * *

## MOTION TO FILE AMENDED ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners for the Orleans Parish Levee District, seeks leave of this honorable court to file its attached and unopposed Amended Answer to Plaintiff's Original Petition for Damages.

Defendant seeks leave to amend its answer so that it may reflect the legislative change of the Hurricane Katrina Immunity Statute from La. R.S. 9:2800.16 to 9:2800.17.

Respectfully submitted,

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (#25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)

>MCCRANIE, SISTRUNK, ANZELMO,
>HARDY, MAXWELL & MCDANIEL
>3445 N. Causeway Boulevard, Ste. 800
>Metairie, LA   70002
>Telephone:  (504) 831-0946
>Facsimile:  (504) 831-2492
>
>-and-
>
>JAMES L. PATE (#10333)
>BEN L. MAYEAUX (#19042)
>Laborde & Neuner
>One Petroleum Center, Suite 200
>1001 West Pinhook Road, Suite 200
>Post Office Drawer 52828
>Lafayette, LA 70505-2828
>Telephone: (337) 237-7000
>ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by email and/or placing same in the U.S. Mail, postage prepaid and properly addressed this 21ST day of December, 2006.