UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVALL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:   06-5128 (ADAMS) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

### MOTION TO FILE AMENDED ANSWER

**NOW INTO COURT**, through undersigned counsel, comes defendant, The Board of Commissioners for the Orleans Parish Levee District, seeks leave of this honorable court to file its attached and unopposed Amended Answer to Plaintiff's Original Petition for Damages.

Defendant seeks leave to amend its answer so that it may reflect the legislative change of the Hurricane Katrina Immunity Statute from La. R.S. 9:2800.16 to 9:2800.17.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
JAMES C. RATHER, JR. (#25839)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)

        MCCRANIE, SISTRUNK, ANZELMO,
        HARDY, MAXWELL & MCDANIEL
        3445 N. Causeway Boulevard, Ste. 800
        Metairie, LA   70002
        Telephone: (504) 831-0946
        Facsimile: (504) 831-2492

        -and-

        JAMES L. PATE (#10333)
        BEN L. MAYEAUX (#19042)
        Laborde & Neuner
        One Petroleum Center, Suite 200
        1001 West Pinhook Road, Suite 200
        Post Office Drawer 52828
        Lafayette, LA 70505-2828
        Telephone: (337) 237-7000
        **ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by email and/or placing same in the U.S. Mail, postage prepaid and properly addressed this 21ST day of December, 2006.