UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    \*    CIVIL ACTION
      CONSOLIDATED LITIGATION    \*    NO. 05-4182 "K" (2)
                                         \*
_____ \*    JUDGE DUVALL
                                         \*

PERTAINS TO:                     \*    MAG. WILKINSON
                                         \*

LEVEE:     06-5128 (ADAMS)       \*
                                         \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion;

       **IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee

District ("OLD"), be granted leave to file its unopposed amended answer.

       New Orleans, Louisiana, this _____ day of _____, 2006.


                               _____
                                           **JUDGE**