UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:   06-5140 (PORTER) | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing Motion;

**IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**