UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | |
| LEVEE, RESPONDER CASE NOS | * | JUDGE: DUVAL |
| O'DWYER – 06-4389 AND | * | |
| O'DWYER – 06-6099 | * | MAG. JUDGE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR SANCTIONS

**NOW INTO COURT**, through undersigned counsel, comes the State of Louisiana who moves this Honorable Court for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure and 28 U.S.C. §1927 for the following reasons:

1.

The plaintiffs have, in the last fourteen months, filed three lawsuits in the Eastern District of Louisiana against the State of Louisiana and various state agencies and officers for acts or omissions directly relating to preparation for and

response to Hurricane Katrina and/or alleging the State is responsible for the widespread flooding caused by the levee breaches.[1]

2.

The proposed classes of plaintiffs are the same in each of the three cases. The plaintiffs are represented by the same attorney, Ashton O'Dwyer, in each case.

3.

The State of Louisiana respectfully suggests that the successive lawsuits were filed for improper purposes such as to harass, cause unnecessary delay or needless increase in the cost of litigation and, to circumvent the order of this Honorable Court prohibiting amendment of the complaint in 05-4181 without leave of court and a showing of good cause.

4.

Furthermore, the claims in Civil Action Nos. 06-4389 and 06-6099 are legally frivolous because they are not warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law.

---

[1] 05-4181, 06-4389, and 06-6099. Please note Docket No. 06-5786 is the case to which the plaintiffs refer in 06-6099 that they filed in Civil District Court for the Parish of Orleans in an attempt to interrupt prescription. The case has been removed. However, service has neither been issued nor requested on any defendant in the case. It was filed in CDC on August 24, 2006 and more than 90 days have passed since the lawsuit was filed.

5.

The State of Louisiana additionally respectfully suggests that the successive lawsuits represent unreasonable and vexatious multiplication of the litigation such that the State of Louisiana is entitled to excess costs, expenses, and attorney's fees incurred as a direct result of the conduct of counsel for the plaintiffs.

**WHEREFORE**, the State of Louisiana respectfully prays that its motion be granted and sanctions issued against the plaintiffs and their counsel of record.

        Respectfully submitted,

        **CHARLES C. FOTI, JR.**
        **ATTORNEY GENERAL**

**BY**:   ___s/ *Michael C. Keller*_____
        **MICHAEL C. KELLER (#20895) (T.A.)**
        **PHYLLIS E. GLAZER (# 29878)**
        **STEPHEN F. BABIN (#2634)**
        **ASSISTANT ATTORNEYS GENERAL**

        **DEPARTMENT OF JUSTICE**
        **LITIGATION DIVISION**
        601 Poydras Street, Suite 1725
        New Orleans, Louisiana 70130
        Telephone No.    504-599-1200
        Facsimile No.    504-599-1212
        Email:   KellerM@ag.state.la.us
                     GlazerP@ag.state.la.us
                     BabinS@ag.state.la.us

-4-

## CERTIFICATE OF SERVICE

I hereby certify that on *December 22, 2006*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Counsel of Record*.

    *s/ Michael C. Keller*
    **MICHAEL C. KELLER**