UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | |
| LEVEE, RESPONDER CASE NOS | * | JUDGE: DUVAL |
| O'DWYER – 06-4389 AND | * | |
| O'DWYER – 06-6099 | * | MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**TO:**

 ALL COUNSEL OF RECORD
 *VIA CM/ECF*

**PLEASE TAKE NOTICE,** that the undersigned will bring the foregoing motion for hearing, before the Honorable Stanwood R. Duval, Jr. District Judge for the Eastern District of Louisiana, at the United States District Courthouse for the

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the *10th* day of *January, 2007* at *9:30 A.M.*

          Respectfully submitted,

          **CHARLES C. FOTI, JR.**
          **ATTORNEY GENERAL**

**BY**:    s/ *Michael C. Keller*
          **MICHAEL C. KELLER (#20895) (T.A.)**
          **PHYLLIS E. GLAZER (# 29878)**
          **STEPHEN F. BABIN (#2634)**
          **ASSISTANT ATTORNEYS GENERAL**

          **DEPARTMENT OF JUSTICE**
          **LITIGATION DIVISION**
          601 Poydras Street, Suite 1725
          New Orleans, Louisiana 70130
          Telephone No.    504-599-1200
          Facsimile No.    504-599-1212
          Email:    KellerM@ag.state.la.us
                      GlazerP@ag.state.la.us
                      BabinS@ag.state.la.us

## **CERTIFICATE OF SERVICE**

     I hereby certify that on *December 22, 2006*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Counsel of Record*.

          *s/ Michael C. Keller*
          **MICHAEL C. KELLER**