## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NUMBER 05-4182 "K"(2) |
| *PERTAINS TO:*<br>LEVEE, RESPONDER CASE NOS<br>O'DWYER – 06-4389 AND<br>O'DWYER – 06-6099 | JUDGE: DUVAL<br><br>MAG. JUDGE: WILKINSON |

### CERTIFICATE OF SERVICE PURSUANT TO FED. R. CIV. P. 11(c)(1)(A)

I hereby certify that on <u>November 29, 2006</u>, I hand delivered a copy of the foregoing Motion for Sanctions and Memorandum in Support Thereof to <u>Ashton R. O'Dwyer</u>, *counsel for plaintiffs*.

More than twenty-one days have elapsed since service of the Motion for Sanctions and the complaints in 06-4389 and 06-6099 have neither been withdrawn nor appropriately corrected. Pursuant to Fed. R. Civ. P. 11(c)(1)(A), this Motion for Sanctions is timely filed this <u>22nd</u> day of <u>December</u>, 2006.

        *s/ Michael C. Keller*
        **MICHAEL C. KELLER**