UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | |
| LEVEE, RESPONDER CASE NOS | * | JUDGE: DUVAL |
| O'DWYER – 06-4389 AND | * | |
| O'DWYER – 06-6099 | * | MAG. JUDGE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT ON
### MOTION FOR SANCTIONS

**NOW INTO COURT,** through undersigned counsel, comes the State of Louisiana respectfully requesting oral argument on its Motion for Sanctions pursuant to Fed. R. Civ. P. 78 and Local Civil Rule 78.1E.

The State of Louisiana prays that its request be granted and that oral argument on its Motion for Sanctions be held before the Honorable Stanwood R. Duval, Jr., United States District Judge for the Eastern District of Louisiana, at the

1

United States District Courthouse, Courtroom C352, 500 Poydras Street, New Orleans, Louisiana, at such time as is convenient for this Honorable Court.

          Respectfully submitted,

          **CHARLES C. FOTI, JR.**
          **ATTORNEY GENERAL**

**BY**:    ___s/ *Michael C. Keller*_____
          **MICHAEL C. KELLER (#20895) (T.A.)**
          **PHYLLIS E. GLAZER (# 29878)**
          **STEPHEN F. BABIN (#2634)**
          **ASSISTANT ATTORNEYS GENERAL**

          **DEPARTMENT OF JUSTICE**
          **LITIGATION DIVISION**
          601 Poydras Street, Suite 1725
          New Orleans, Louisiana 70130
          Telephone No.    504-599-1200
          Facsimile No.    504-599-1212
          Email:    KellerM@ag.state.la.us
                      GlazerP@ag.state.la.us
                      BabinS@ag.state.la.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on *December 22, 2006*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: *All Counsel of Record*.

          _____*s/ Michael C. Keller*_____
          **MICHAEL C. KELLER**