UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182 "K" (2) |
| § | JUDGE DUVAL |
| _____§ | MAG. WILKINSON |
| § | |
| PERTAINS TO:  LEVEE § | |
| (*La. Envtl. Action Network, 06-9147*) § | |
| _____§ | |

## EX PARTE/CONSENT MOTION TO ENROLL APPEARANCE

Trial Attorney Eric Hostetler hereby moves to enroll his appearance on behalf of the United States Army Corps of Engineers in the above-noted case.  It is respectfully requested that service of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail delivery:

ERIC G.  HOSTETLER
Trial Attorney
Environmental Defense Section
Environment & Natural Resources
        Division
U.S. Department of Justice
P.O. Box 23986
L'Enfant Plaza Station
Washington, D.C. 20026-3986

For overnight delivery:

ERIC G. HOSTETLER
Trial Attorney
Environmental Defense Section
Environment & Natural Resources
        Division
U.S. Department of Justice
601 D. St., N.W.
Suite 8000
Washington, D.C. 20026-3986

ECF Filing:
eric.hostetler@usdoj.gov

Dated: December 22, 2006                    Respectfully submitted,


                                            SUE ELLEN WOOLDRIDGE
                                            Assistant Attorney General


                                            s/ Eric G. Hostetler
                                            ERIC G. HOSTETLER
                                            Trial Attorney
                                            Environmental Defense Section
                                            Environment & Natural Resources
                                                    Division
                                            U.S. Department of Justice
                                            P.O. Box 23986
                                            Washington, D.C. 20026-3986
                                            (202) 305-2326
                                            (202) 514-8865(Fax)

                                            Attorneys for the United States Army Corps
                                                    of Engineers

## **CERTIFICATE OF SERVICE**

  I, Eric G. Hostetler, hereby certify that on December 22, 2006, I served a true copy of the United States' Ex Parte/Consent Motion to Enroll Appearance upon all counsel of record by using the CM/ECF system which will send a notice of electronic filing to the following:

Adam Babich
ababich@tulane.edu

           s/ Eric G. Hosteter
           Eric G. Hostetler