UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | :  CIVIL ACTION<br>:<br>:  NO. 05-4182 "K"(2)<br>: |
| PERTAINS TO:<br>LEVEE (06-6642, 05-4181, 06-4065, 06-5367, 06-6473, 06-5260, 06-4389, 06-6642, 06-5163, 05-4182, 05-6324, 05-6073, 06-20, 06-886, 05-6359, 05-6314, 05-6327, 05-5237, 06-2346, 06-2545, 06-2278, 06-2287) | :  JUDGE DUVAL<br>:<br>:  MAGISTRATE WILKINSON<br>:<br>:<br>: |

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD

Modjeski and Masters, Inc., co-defendant in the above captioned actions, desires that Francis J. Barry, Jr. be substituted as lead trial counsel as Victor E. Stilwell, Jr. is deceased, and as such, should be withdrawn as counsel of record. Additionally, Modjeski and Masters, Inc. desires that Frederick R. Bott and Scott J. Hedlund of the law firm of Deutsch, Kerrigan and Stiles, LLP be included as additional counsel of record.

Respectfully submitted:


*s/ Keith J. Bergeron*
Francis J. Barry, Jr., T.A.  (#02830)
Email: fbarry@dkslaw.com
Keith J. Bergeron (#25574)
Email: kbergeron@dkslaw.com
Frederick R. Bott (#03285)
Email: fbott@dkslaw.com
Scott J. Hedlund (#30549)
Email: shedlund@dkslaw.com
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile:  (504) 566-1201
**Attorneys for Modjeski and Masters, Inc., Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the __22nd__ day of ___December___, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

> s/ Keith J. Bergeron
> Francis J. Barry, Jr., T.A. (#02830)
> Email: fbarry@dkslaw.com
> Keith J. Bergeron (#25574)
> Email: kbergeron@dkslaw.com
> Frederick R. Bott (#03285)
> Email: fbott@dkslaw.com
> Scott J. Hedlund (#30549)
> Email: shedlund@dkslaw.com
>     of
> DEUTSCH, KERRIGAN & STILES, L.L.P.
> 755 Magazine Street
> New Orleans, Louisiana 70130
> Telephone: (504) 581-5141
> Facsimile: (504) 566-1201
> **Attorneys for Modjeski and Masters, Inc., Defendant**