UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | : CIVIL ACTION<br>:<br>: NO. 05-4182 "K"(2)<br>: |
| PERTAINS TO:<br>LEVEE (06-6642, 05-4181, 06-4065, 06-5367, 06-6473, 06-5260, 06-4389, 06-6642, 06-5163, 05-4182, 05-6324, 05-6073, 06-20, 06-886, 05-6359, 05-6314, 05-6327, 05-5237, 06-2346, 06-2545, 06-2278, 06-2287) | : JUDGE DUVAL<br>:<br>: MAGISTRATE WILKINSON<br>: |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of Record:

IT IS ORDERED that Victor E. Stilwell, Jr. of the law firm Deutsch, Kerrigan and Stiles be withdrawn as trial counsel and Francis J. Barry, Jr. be substituted as trial counsel in the above captioned matters for Modjeski and Masters, Inc.

IT IS FURTHER ORDERED that Frederick R. Bott and Scott J. Hedlund of the law firm of Deutsch, Kerrigan and Stiles, LLP be included as additional counsel of record in the above captioned matters for Modjeski and Masters, Inc.

New Orleans, Louisiana, this ____ day of ____, 2006.

_____

JUDGE