MINUTE ENTRY
WILKINSON, M.J.
DECEMBER 20, 2006

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>        CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL LEVEE, MRGO,<br>RESPONDER CASES & O'Dwyer, No. 06-4389 | JUDGE DUVAL<br>MAG. WILKINSON |

## MOTION HEARING

APPEARANCES:    Ashton O'Dwyer, representing plaintiff's; Brent Talbot, representing defendant, CSX

MOTION:           Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint, Record Doc. No. 2014

O R D E R E D:

 XXX : DEFERRED. As discussed with counsel at oral argument, I will confer with Judge Duval to determine if he desires to decide this motion in conjunction with the related motions to dismiss pending before him. If so, the motion will be removed from my docket. If not, oral argument on the merits of the motion will be conducted before me on January 4, 2007 at 11:00 a.m.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   0:20