

**US Army Corps of Engineers ®**
Hurricane Protection Office

# London Avenue Outfall Canal
Project Fact Sheet

The London Avenue Outfall Canal is located in Orleans Parish, east of Orleans Avenue Canal. The canal extends approximately 3 miles from Pump Station No. 3 to its outfall at Lake Pontchartrain.

The project includes the construction of an interim gated closure structure on London Avenue Canal at Lake Pontchartrain. This structure has a series of 11 panel gates that will be open under normal conditions and may be closed during rising Lake Pontchartrain surge from impending tropical storm activity.

- The structure currently has 12 temporary pumps with a pumping capacity of 2,800 cubic feet per second. At this rate, the pumps could fill the average back yard swimming pool in less than one second.

- The massive movable gates are 35.5 feet tall and nearly 12 feet wide. They are supported by structures called jackets. The jackets are anchored to a depth of 110 feet.

- Rounded concrete cells, 46 feet in diameter, provide support for the pumps' discharge pipes and integrate the gated structure into the earthen levee. Anchoring the cells and providing support for the discharge pipe are H-piles that are driven more than 66 feet.



*New Orleans Hurricane Protection Office*     *Shaping Today, Securi[ng Tomorrow]*

EXHIBIT C



**US Army Corps
of Engineers ®
Hurricane Protection Office**

# London Avenue Outfall Canal
## Project Fact Sheet

**Stronger Protection for New Orleans**

The U.S. Army Corps of Engineers' work to upgrade the flood and storm protection system will continue through 2010. The Corps will engineer, construct and improve storm flood protection infrastructure to a 100-year protection level. This work includes stronger levees, floodwalls and interior drainage, including:

- Constructing permanent pump and flood gate structures to block storm surges from entering the 17th St., London Avenue and Orleans Avenue Canals.
- Replacing I-wall design floodwalls with stronger T-wall or L-wall    design floodwalls
- Raising levees to their authorized levels and eventually to the 100-year level protection.

The federal government has appropriated more than $5 billion to complete the work of restoring and improving the hurricane protection system. The work currently consists of more than 100 planned construction projects to restore the system to authorized levels. A majority of these construction projects will be awarded to local businesses.



Artist's rendition of Interim Gated Closure Structure

**DEC 2006**

*New Orleans Hurricane Protection Office*            *Shaping Today, Securing Tomorrow*





EXHIBIT D


