

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 14  PM 2: 50

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | SECTION: K |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE: 4 |

## MOTION TO AMEND ANSWER TO WITHDRAW REQUEST FOR A JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes Allstate Insurance Company and with respect, represents:

Defendant Allstate Insurance Company, in answer to the petition for damages filed by plaintiffs, requested a trial by jury. After further consideration, defendant, Allstate Insurance Company, has reconsidered this request and determined that in the interest of economy and expediency, this matter can be adjudicated without the need for a jury. As such, defendant, Allstate Insurance Company, respectfully requests that the demand for a trial by jury be withdrawn.

Defendant, Allstate Insurance Company has contacted opposing counsel and said request is unopposed as evidenced by the attached certificate.

___ Fee_____
___ Process_____
_X_ Dktd _____
___ CtRmDep_____
___ Doc. No_____

-1-

WHEREFORE, defendant prays that the demand for trial by jury be withdrawn.

Respectfully submitted,

**DONOVAN & LAWLER**, APLC

**JAMES L. DONOVAN, JR.** (1337)
4640 Rye Street
Metairie, LA  70006
Telephone:  (504) 454-6808
Facsimile:  (504) 887-5885
Attorneys for Defendant,
Allstate Insurance Company

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on the 14th day of December, 2006.

JAMES L. DONOVAN, JR.