UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE<br>IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | SECTION: ~~R~~ K |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE: 4 |

<u>CERTIFICATE IN COMPLIANCE WITH LR 7.4.1M</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Larry D. Knight and Ivory Butler Knight and with respect, represents:

They have been informed that Defendant, Allstate Insurance Company, has requested that the demand for a trial by jury be withdrawn. Plaintiffs do not oppose Defendant's motion to withdraw its demand for trial by jury.

Respectfully submitted,

**DONOVAN & LAWLER,** APLC

**DAVID L. COLVIN** (4353)
**CONNIE P. TRIEU** (30312)
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650
Attorneys for Plaintiffs,
Larry D. Knight and Ivory Butler Knight