

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 15 P 12: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERARD PATTERSON AND<br>MICHELLE MONROE PATTERSON | * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 06-6655 |
| AUTO CLUB FAMILY INSURANCE<br>COMPANY AND ALLIANCE<br>INSURANCE AGENCY SERVICES,<br>INC. | * <br> * <br> * <br> * <br> * | SECTION: "K"<br><br>JUDGE<br>MAG. JUDGE: "2" |

**************************************

### MOTION FOR CONSOLIDATION WITH
### IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), and moves this Honorable Court to Consolidate the captioned matter currently pending in Section "K" with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182; Section "K"(2) for the following reasons:

1.

On November 29, 2006, the Honorable Stanwood R. Duval, Jr. of this Court issued a Minute Entry entitled "Conference of 11/29/06 Concerning Continuing Motion Practice" in which Judge Duval ordered that all cases in which there is an issue of the applicability of a flood exclusion in an "all risk" policy for flooding caused by a breach of a canal, be transferred to

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

Section "K" and consolidated with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation*.

2.

The property at issue in this litigation is located 3613 Van Cleave Drive in Meraux, Louisiana, and upon information and belief, that residence was flooded subsequent to one or more of the breaches in the levee system in the New Orleans area and/or the breaches in the levee system surrounding the Mississippi River Gulf Outlet.

3.

On October 3, 2006, ACFIC filed an Answer in which ACFIC asserted, among other defenses, that the insurance policy excluded coverage as a result of water damage.[1]

4.

In accordance with Judge Duval's minute entry dated November 29, 2006, ACFIC respectfully submits that the captioned matter fits within Judge Duval's criteria for consolidation with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation*.

**WHEREFORE**, Defendant, Auto Club Family Insurance Company, prays that this matter be consolidated with the litigation entitled *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182, Section "K"(2) all in accordance with the Minute Entry issued by Judge Duval concerning this matter.

---

[1] See copy of Answer filed by ACFIC, particularly the "Fourth Defense" which specifically pleads the terms of the insurance policy including the water damage exclusion, attached hereto and identified as Exhibit 1.

2

Respectfully submitted,
CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
THOMAS M. RICHARD (#2069)
BRADLEY J. LUMINAIS, JR. (#28663)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3838
Facsimile: (504) 836-9550
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of December, 2006, served a copy of the foregoing pleading on counsel for all parties by:

( ) Hand Delivery            (✓) Prepaid U. S. Mail

( ) Facsimile                ( ) UPS/Federal Express

_____
BRADLEY J. LUMINAIS, JR.

3