

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| LEVEE CASES | | * * | |
| PERTAINS TO: | 06-7682 (PAUL) 06-5132 (FERDINAND) 06-5131 (BOURGEOIS) | * * * | JUDGE DUVAL MAG. WILKINSON |

### EX PARTE MOTION TO SUBSTITUTE LEAD COUNSEL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF"), and upon suggesting to the Court that BNSF lead counsel of record, Patrick A. Talley, Jr., of the firm of Frilot Partridge, L.C., moves for an order substituting Carl E. Hellmers, III as lead counsel for the purpose of email service and notification and notice. This change in counsel will not delay these proceedings.

**WHEREFORE,** Defendant, BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF"), respectfully request that the Court grant this Motion to Substitute Lead Counsel.

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No____
```

Respectfully submitted,

FRILOT, PARTRIDGE, L.C.

_____
PATRICK A. TALLEY, JR. (#1616)
MICHAEL R. PHILLIPS (#21020)
CARL E. HELLMERS, III (#25705)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this ___13th___ day of December, 2006 served a copy of the foregoing on all counsel of record via facsimile and/or by the United States Postal Service properly addressed and postage prepaid.

_____