UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2006 DEC 19 PM 1: 13
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | |
| | SECTION K (DUVAL) |
| ALLSTATE INSURANCE COMPANY | |
| | MAGISTRATE 3 (KNOWLES) |

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Defendant, Allstate Insurance Company, moves the Court for an order substituting Christopher P. Lawler of the firm of Donovan & Lawler as its counsel of record and trial attorney for this action in lieu and in place of James L. Donovan, Jr. of the firm of Donovan & Lawler, and whose name we are withdrawing as counsel of record for said defendant.

LAW OFFICES OF DONOVAN & LAWLER

_____
JAMES L. DONOVAN, JR. (#1337)
4640 Rye Street
Metairie, LA 70006
(504) 454-6808
(504) 887-5885 (Fax)
email: jdonovan@donovanlawler.com

_____
CHRISTOPHER P. LAWLER (#25139)
Email: cplawler@donovanlawler.com

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No._____

## ORDER

Considering the above and foregoing motion,

IT IS ORDERED by the Court that Christopher P. Lawler of the firm of Donovan & Lawler be and is hereby substituted as counsel of record and trial attorney for defendants, Allstate Insurance Company in said action and that his name as such, be entered on the record and docket thereof; and that James L. Donovan, Jr. of the Law Offices of Donovan & Lawler be removed as counsel for defendant, Allstate Insurance Company.

New Orleans, Louisiana, this _28th_ day of _December_, 2006.

_____
JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _18th_ day of _December_, 200_6_, served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
CHRISTOPHER P. LAWLER