FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 21   A 11: 30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | SECTION: R |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE: 4 |

### ORDER

IT IS ORDERED by the Court, that Allstate Insurance Company's Motion to Amend Answer and withdraw demand for trial by jury is hereby granted.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**JUDGE**

Fee _____
Process _____
X /Dktd _____
✓ CtRmDep _____
Doc. No. _____

-1-