FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 21  A 11: 38

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * CONSOLIDATED LITIGATION * | CIVIL ACTION |
| | * | NO. 05-4182 "K"(2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-7682 (PAUL) | * | JUDGE DUVAL |
| 06-5132 (FERDINAND) | * | MAG. WILKINSON |
| 06-5131 (BOURGEOIS) | * | |

## ORDER

Considering the foregoing Motion to Substitute Lead Counsel filed on behalf of Defendant, BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF")

**IT IS HEREBY ORDERED** that the Motion to Substitute Lead Counsel is GRANTED. Patrick A. Talley, Jr. of the firm of FRILOT PARTRIDGE, L.C. is hereby allowed to withdraw as lead counsel for BNSF for purposes of email notification and notice and Carl E. Hellmers, III of the firm of FRILOT PARTRIDGE, L.C. is hereby enrolled as lead counsel for BNSF for purposes of email notification and notice.

New Orleans, Louisiana, this 20th day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____