

**U.S. DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA

FILED  DEC 21 2006

**LORETTA G. WHYTE**
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K" |
| PERTAINS TO: ALL LEVEE, MRGO RESPONDER CASES AND TO NO. 06-4389 | MAGISTRATE (2) |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

### ORDER

Considering the Plaintiffs' Motion for Leave to File Supplemental Memorandum in Support of Their Motion for Leave to Amend the Complaint to add allegations against the CSX defendants, Record Doc. No. 2289, which the Court has duly noted,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs be and they are hereby **GRANTED** leave of Court to file their Supplemental Memorandum in Support of Their Motion for Leave to Amend the Complaint to add allegations against the CSX Defendants.

New Orleans, Louisiana, this  21st  day of December, 2006.

UNITED STATES MAGISTRATE JUDGE