-1-

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES  * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO: * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO  * | | |
| RESPONDER CASES AND TO  * | | JUDGE DUVAL |
| NO.   06-4389  * | | |
| * | | MAGISTRATE WILKINSON |
| * * * * * * * * * * * * * * * * * * * | | |

**NOTICE OF MANUAL ATTACHMENT**

EXHIBITS 1 AND 2 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM ARE TO BE FILED WITH CLERK'S OFFICE ON 12/20/06.

                                      Respectfully submitted,

                                          S/Ashton R. O'Dwyer, Jr.
                                      **Ashton R. O'Dwyer, Jr.**
                                      **Law Offices of Ashton R. O'Dwyer, Jr.**
                                      Bar No. 10166
                                      One Canal Place
                                      365 Canal Street, Suite 2670

-2-

New Orleans, LA 70130<br>
Tel.: (504) 561-6561<br>
Fax. (504) 561-6560

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

_____S/Ashton R. O'Dwyer, Jr._____