UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | JUDGE DUVAL |
| _____ | * | |
| PERTAINS TO: | * | MAGISTRATE WILKINSON |
| | * | |
| INSURANCE (Ludwig, No. 06-8935) | * | |
| _____ | * | |

**THE STANDARD FIRE INSURANCE COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Defendant, The Standard Fire Insurance Company ("Standard Fire") in compliance with the Federal Rules of Civil Procedure Rule 7.1, files this corporate disclosure statement.

1. Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc.

2. Travelers Insurance Group Holdings, Inc. is a wholly-owned subsidiary of Travelers Property Casualty Corp.

1

3. Travelers Property Casualty Corp. is a wholly-owned subsidiary of St. Paul Travelers Companies, Inc.

4. St. Paul Travelers Companies, Inc. is a publicly traded holding company and not an insured that indirectly owns 100% of The Standard Fire Insurance Company.

Respectfully submitted:

_____
Gary J. Russo (#10828)
Douglas C. Longman, Jr. (#8719)
Camille Bienvenu Poché #22597
Attorneys for The Standard Fire Insurance Co.
PERRET DOISE, APLC
P. O. Drawer 3408
Lafayette, LA. 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: gjrusso@perretdoise.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following to Louis L. Gertler, Robert W. Knights, Wayne Robert Maldonado. David Ira Bordelon, and Matthew J. Ungarino.

s/Gary J. Russo_____
Gary J. Russo (#10828) Trial Counsel
Douglas C. Longman, Jr. (#8719)
Camille Bienvenu Poché #22597
Attorneys for The Standard Fire Insurance Co.
PERRET DOISE
A Professional Law Corporation
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001

894.284\corporate disclosure.doc