UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | CIVIL ACTION |
| VERSUS | NO: 05-4182 |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | SECTION: "K"(2)<br>CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO:<br>ST. RITA - CA 06-8219 "K" | |

### ORDER

IT IS ORDERED that Civil Action No. 06-8219 "K" Magistrate Judge division (1) is reallotted to the Magistrate Judge division (2), pursuant to consolidation order dated November 16, 2006.

New Orleans, Louisiana this __18th__ day of December, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

DEC 21 2006
TRANSFERRED TO
MAG. 2

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____