**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION

TINA L. GARMON

27TH FLOOR, PAN-AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

TEL (504) 568-1990
FAX (504) 310-9195
tgarmon@lawla.com

November 22, 2006

*<u>Via Facsimile: 299-2300</u>*
Lauren L. Hudson
Sher Garner Cahill Richter Klein & Hilbert, LLC
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033

Re:   Mandie Battaglia wife of/and Daryl A. Battaglia, Jr. v. Horace Mann Insurance Company
      USDC - Eastern District of Louisiana - Civil Action No.: 06-4529

Dear Ms. Hudson:

On Tuesday, November 22, 2006, I received several duplicate copies of Mandie and Dayl Battaglia's Interrogatories and Request for Production of Documents to Horace Mann Property and Casualty ("Horace Mann"). Under the federal rules, "a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)." See Fed. R. Civ. P. 26(d). The parties have not yet had their Rule 26(f) conference.

Unless you tell us that you would prefer to withdraw these discovery requests and serve new ones following the Rule 26(f) conference, we will calendar our response date for 30 days following the day we have the conference.

Should you have any questions, please feel free to contact me.

Sincerely,

Tina L. Garmon

TLG/msb

**EXHIBIT "A"**