Not Reported in F.Supp.2d                                                                 Page   1
Not Reported in F.Supp.2d, 2003 WL 139164 (E.D.La.)
(Cite as: Not Reported in F.Supp.2d)
H

Briefs and Other Related Documents
Chevron USA, Inc. v. PeulerE.D.La.,2003.Only the Westlaw citation is currently available.
United States District Court, E.D. Louisiana.
CHEVRON USA, INC.
v.
John B. PEULER
No. Civ.A. 02-2982.

Jan. 14, 2003.
Jan. 15, 2003.

BARBIER, J.
*1 Before the Court is defendant's Motion to Review Magistrate's Order set for hearing on an expedited basis. In his motion, defendant moves to review the Magistrate Judge's January 13, 2003 order denying defendant's previous Motion to Quash Notice of Deposition and Subpoena. The Court conducted oral argument on the motion by telephone on Tuesday, January 14, 2003.

Having reviewed the record and considered the memoranda and argument of counsel as well as applicable law, the Court finds that Magistrate Judge's order was "clearly erroneous" and "contrary to law," in that it failed to take cognizance of the applicability of Federal **Rule** 26(d) to the instant case. *See,* Fed. R. Civ. P. 72(a).

Federal **Rule** 26(d) provides in part: "Except in categories of proceedings exempted from initial disclosure or when authorized under these **rules** or by order or agreement of the parties, a party may not seek discovery from any source before the parties have **conferred** as required by **Rule 26(f)**." Emphasis added.

In this case, the attorneys have admitted that they have never had a **Rule 26(f) conference**, have not made their initial disclosures, have not had a Federal **Rule** 16 scheduling **conference**, have not agreed to waive the initial disclosure requirement, and have not agreed on when or how to make their disclosures. And, while the limitation set forth in Federal **Rule 26(f)** may be altered by court order or stipulation, neither has occurred in this case. Accordingly, plaintiff's scheduling of the deposition, and issuance of a subpoena duces tecum, violates Federal **Rule** 26(d). Therefore;

IT IS ORDERED that defendant's Motion to Review Magistrate's Order should be and is hereby GRANTED, and accordingly,

IT IS FURTHER ORDERED that the Notice of Deposition of John B. Peuler and Subpoena Duces Tecum for January 14, 2003 is hereby QUASHED;

IT IS FURTHER ORDERED that oral argument on defendant's Motion to Disqualify Plaintiff's Counsel (Rec.Doc. 22), currently set for February 5, 2003, is hereby CONTINUED until *Friday, February 14, 2003 at 8:30 a.m.*

IT IS FURTHER ORDERED that counsel shall conduct a Federal **Rule 26(f) conference** and reschedule the deposition and reissue the subpoena duces tecum to a date not earlier than seven days following the hearing on defendant's Motion to Disqualify Counsel.

E.D.La.,2003.
Chevron USA, Inc. v. Peuler
Not Reported in F.Supp.2d, 2003 WL 139164 (E.D.La.)

Briefs and Other Related Documents (Back to top)

. 2004 WL 2687074 (Trial Motion, Memorandum and Affidavit) Opposition to Motion to Compel (Jan. 26, 2004) Original Image of this Document with Appendix (PDF)
. 2004 WL 2687066 (Trial Motion, Memorandum and Affidavit) Opposition to Motion to Quash Subpoena Duces Tecum (Jan. 20, 2004) Original Image of this Document with Appendix (PDF)
. 2004 WL 2687062 (Trial Motion, Memorandum and Affidavit) Opposition to Motion to Continue Settlement Conference (Jan. 13, 2004) Original Image of this Document with Appendix (PDF)
. 2003 WL 23895839 (Trial Motion, Memorandum and Affidavit) Memorandum in Opposition to Motion to Disqualify Counsel (Feb. 6, 2003)
. 2002 WL 32738264 (Trial Pleading) Amended Answer to Complaint, Amended Complaint and Second Amended Complaint (Dec. 18, 2002) Original Image of this Document (PDF)
. 2002 WL 32738263 (Trial Pleading) Answer to Complaint, Amended Complaint and Second Amended Complaint (Dec. 9, 2002) Original Image

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.