UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §§§§§ | CIVIL ACTION<br>NO. 05-4182 "K" 2<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (06-04529 *Battaglia, Jr.*) | §§§§ | |

## ORDER

**CONSIDERING THE FOREGOING** Motion to set Preliminary Conference:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to set Preliminary Conference is **GRANTED**.

**IT IS FURTHER ORDERED** that a preliminary conference shall be held in Chambers on the _____ day of _____, 2007, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**JUDGE JOSEPH C. WILKINSON, JR.**