UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL A. BATTAGLIA, SR. and<br>BONNIE BATTAGLIA | CIVIL ACTION NO. 06-4532 |
| | SECTION: K |
| VERSUS | |
| | JUDGE: STANWOOD R. DUVAL |
| HORACE MANN INSURANCE COMPANY, et al. | MAGISTRATE: ALMA CHASEZ |

## RULE 37.1 CERTIFICATE

Plaintiffs, Daryl and Bonnie Battaglia, hereby certify that counsel for undersigned has informed Defendants, through their counsel of record, Michael Holoway, of Plaintiffs' intent to Move this Court to Compel a Rule 26 Conference and to Compel discovery responses. Additionally, Plaintiffs' counsel certifies that they have attempted to discuss this matter with Defendants' counsel so that this dispute might be resolved without Court intervention, but counsel have been unable to do so.

/s/ Lauren L. Hudson
JAMES M. GARNER, #19589, T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300
jgarner@shergarner.com

**ATTORNEYS FOR PLAINTIFFS
DARYL AND BONNIE BATTAGLIA**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record via facsimile and United States Mail, postage prepaid and properly addressed, this 18th day of December 2006.

/s/ James M. Garner
JAMES M. GARNER