UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

DARYL A. BATTAGLIA, SR. and      CIVIL ACTION NO. 06-4532
BONNIE BATTAGLIA

    SECTION: K

VERSUS

    JUDGE: STANWOOD R. DUVAL

HORACE MANN INSURANCE COMPANY,
HORACE MANN PROPERTY & CASUALTY     MAGISTRATE: ALMA CHASEZ
INSURANCE COMPANY &
TEACHERS INSURANCE COMPANY

## ORDER

**CONSIDERING THE FOREGOING** Motion to Compel Rule 26 Conference and Motion to Compel Responses to Plaintiffs' Discovery Requests:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel Rule 26 Conference and Motion to Compel Responses to Plaintiffs' Discovery Requests is **GRANTED**.

**IT IS FURTHER ORDERED** that a Rule 26 conference shall be held in Chambers on the _____ day of _____, 2007, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**JUDGE ALMA CHASEZ**