LAW OFFICES OF

# SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.

TWENTY-EIGHTH FLOOR
909 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70112-1033
http://www.shergarner.com

LEOPOLD Z. SHER [1]
JAMES M. GARNER [2]
ELWOOD F. CAHILL, JR.
RICHARD P. RICHTER
STEVEN I. KLEIN [1,8]
PETER L. HILBERT, JR.
MARIE A. MOORE [3]
DEBRA J. FISCHMAN
ROBERT P. THIBEAUX
DARNELL BLUDWORTH [2]
MARTHA Y. CURTIS [2]
NEAL J. KLING
KEITH A. KORNMAN [2]
JOSHUA S. FORCE [2,4]

DEBORAH J. MOENCH
DOROTHY S. WATKINS LAWRENCE [2]
JOHN T. BALHOFF, II
ALVIN C. MIESTER, III
KAREN T. HOLZENTHAL
ASHLEY S. BERGERON
CHRISTOPHER T. CHOCHELES
HOWARD T. BOYD, III [2]
RYAN O. ADAMS
THOMAS J. MADIGAN, II [6]
KEVIN M. McGLONE
SHARONDA R. WILLIAMS [5,9]
CHAD P. MORROW
LAUREN L. HUDSON [3]

ELLEN PIVACH DUNBAR
JEFFREY D. KESSLER [7]
KEITH L. MAGNESS
R. SCOTT HOGAN

OF COUNSEL:
TIMOTHY B. FRANCIS
DAVID A. MARCELLO

[1] LAW CORPORATION
[2] MEMBER OF LOUISIANA AND TEXAS BARS
[3] MEMBER OF LOUISIANA AND ALABAMA BARS
[4] MEMBER OF LOUISIANA AND CALIFORNIA BARS
[5] MEMBER OF LOUISIANA AND GEORGIA BARS
[6] MEMBER OF LOUISIANA AND MISSISSIPPI BARS
[7] MEMBER OF LOUISIANA AND NEW YORK BARS
[8] BOARD CERTIFIED TAX ATTORNEY LOUISIANA BOARD OF LEGAL SPECIALIZATION
[9] REGISTERED TO PRACTICE BEFORE THE UNITED STATES PATENT AND TRADEMARK OFFICE

ALL OTHERS LOUISIANA BAR

jgarner@shergarner.com
Direct Dial: (504) 299-2102
Direct Fax: (504) 299-2302

(504) 299-2100
FAX (504) 299-2300

August 22, 2006

Horace Mann Insurance Company,
Horace Mann Property & Casualty Company, and
Teachers Insurance Company
1 Horace Mann Plaza
Springfield, Illinois 62715-0001

    Re:    Home Owners Insurance Claim
              Policy Number: 17001378271
              Claim Number: 44156V
              Our reference: 20779.0001

Dear Sir or Madam:

      We have attached a copy of the Complaint filed on behalf of Mr. and Mrs. Battaglia this afternoon. We have also attached Plaintiff's Interrogatories and Requests for Production of August 22, 2006. In order to expedite this matter, we suggest waiving the Rule 26 Conference and proceeding directly to discovery. Please contact the undersigned should you wish to discuss this matter.

                                          Cordially,

                                          James M. Garner
                                          Lauren L. Hudson

Enclosures



EXHIBIT A

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL A. BATTAGLIA, SR. and<br>BONNIE BATTAGLIA | CIVIL ACTION NO. 06-_____ |
| | SECTION _____ |
| VERSUS | |
| | JUDGE_____ |
| HORACE MANN INSURANCE COMPANY,<br>HORACE MANN PROPERTY & CASUALTY<br>INSURANCE COMPANY &<br>TEACHERS INSURANCE COMPANY | MAGISTRATE _____ |

### PLAINTIFF'S INTERROGATORIES OF AUGUST 22, 2006 TO TEACHERS INSURANCE COMPANY

TO:    Teachers Insurance Company
         Through the Louisiana Secretary of State
         8549 United Plaza Boulevard
         Baton Rouge, Louisiana 70809

Daryl A. Battaglia, Sr. and Bonnie Battaglia ("Plaintiffs"), on authority of Federal Rule of Civil Procedure 33, does hereby request full and separate answers, in writing, to these Interrogatories and further requests service of your answers on **James M. Garner and Lauren L. Hudson, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Twentieth-Eighth Floor, New Orleans, Louisiana, 70112**, within thirty (30) days of service hereof.

In accordance with Federal Rule of Civil Procedure 26(e), these Interrogatories are deemed to be continuing, and you are required to supplement your responses as information changes or as


EXHIBIT B

more information becomes available.

## DEFINITIONS

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "PERSON" means person, party, corporation, partnership or concern, singular or plural.

2) "NAME" means full proper names, as well as all other names by which the person has been known.

3) "PLAINTIFF" means Daryl A. Battaglia, Sr. and Bonnie Battaglia, and any representatives and attorneys.

4) "DESCRIBE" means list and describe separately sufficient for the purposes of a motion for production thereof.

5) "DOCUMENTS" means all writings or computer data of any nature, including but not limited to:

   (a) Formal or informal;

   (b) Penned, penciled, drawn, crayoned, printed electronically stored or mechanically reproduced;

   (c) Front and back; and

   (d) Rough or smooth of:

      (i) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties, including any type of letters or forms substituting therefor;

      (ii) Intercompany communications;

      (iii) Intracompany communications;

(iv)    Telephone memoranda;

(v)     Notes;

(vi)    Endorsements, whether by pencil, pen, or interlineation on any copies of the foregoing, whether on all copies or not;

(vii)   Working notes of the same nature as "(vi)";

(viii)  Logs;

(ix)    Reports;

(x)     Detailed lists of work or service to be done under an agreement, oral or written, tacit or expressed;

(xi)    Business and investigation records made in the normal courset;

(xii)   Committee records, notes and minutes, whether secret, private or public;

(xiii)  Director's subcommittee and Board resolutions, whether a standing board or ad hoc;

(xiv)   Commissions of endeavor and letters of credence;

(xv)    Credential and recall of credentials;

(xvi)   Specifications and bill of material, in the original and in the copy of, whether final, tentative or working, including all working notes thereon, whether voided or not, modified or not, complete or not or approved or not;

(xvii)  Layout, structural and material specification changes, including all free hand or informal scaled design drawings;

(xviii) Statistical forms;

(xix)   Personnel rosters;

(xx)    Job classifications and duty assignments;

(xxi)   Pictures and photographs, whether positive or negative;

(xxii)  X-rays, whether normal or of an advanced stage of the art;

(xxiii) Contracts, modifications and rescissions thereof, including working proposals and endorsements thereon;

(xxiv) Consultation reports;

(xxv) Written requests and commentaries concerning consultative reports;

(xxvi) Private diaries coming under the control or possession of responding party;

(xxvii) Progress and performance reports, letters and communications;

(xxviii) Written complaints, demands, assertions and breach of contracts;

(xxix) Facsimiles, telexes, telegrams, mailgrams and wireless reports;

(xxx) E-mail, data files, programs, floppy discs, or other data maintained or generated on or by computer;

(xxxi) Insurance inspection reports pertaining to casualty risk of property as distinguished from third-party claims;

(xxxii) Surveyor's reports, letters or written commentaries;

(xxxiii) Work and job orders;

(xxxiv) Acceptance of work or service documents.

6) "IDENTIFY," "IDENTITY," AND "IDENTIFICATION" when used to refer to a natural person, means to state the following:

(a) The person's full name and present or last known home address, home telephone number, business address, and business telephone number;

(b) The person's present title and employer or other business affiliation;

(c) The person's home address, home telephone number, business address and business telephone number at the time of the actions at which each Interrogatory is directed; and

(d) The person's employer and title at the time of the actions at which

4

each Interrogatory is directed.

7) "IDENTIFY," "IDENTITY," and "IDENTIFICATION," when used to refer to a document, means to state the following:

    (a) The subject of the document

    (b) The title of the document;

    (c) The type of document (e.g., letter, memorandum, telegram, facsimile, email, chart);

    (d) The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

    (e) The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

    (f) The present or last known location and custodian of the documents.

All responses directing the undersigned to the attention of an exhibit list will be deemed insufficient, incomplete and evasive. You must specify which particular document(s) on the exhibit list fulfills the information requested in the discovery request.

9) "YOU" or "YOUR" means Horace Mann Insurance Company, their adjusters, investigators, attorneys, representatives, agents, underwriters, employees, executives, directors, officers, independent contractors, ANY wholly-owned or affiliated companies, or anyone else answering on their behalf.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning.

5

## INTERROGATORIES OF AUGUST 22, 2006

### INTERROGATORY NO. 1.

Please IDENTIFY ANY insurance policy that YOU issued to PLAINTIFF that was in effect on August 29, 2005. For ANY policy identified, please include the following information:

1. The policy number;
2. The dates during which the policy is or was in effect;
3. The address(es) of the insured location(s);
4. The type(s) of coverage provided;
5. The maximum limit of insurance for each type of coverage provided; and
6. The deductible for each type of coverage provided.

### INTERROGATORY NO. 2.

Please IDENTIFY the date on which YOU received the notice of the claim submitted by PLAINTIFF for coverage related to losses by Hurricane Katrina.

### INTERROGATORY NO. 3.

Please IDENTIFY ANY PERSON with whom YOU contracted, employed or otherwise retained to assist in ANY way in processing and/or adjusting ANY of PLAINTIFF's claims under the insurance policy(ies) identified in YOUR response to Interrogatory No. 1.

### INTERROGATORY NO. 4.

Please IDENTIFY ANY PERSON with whom YOU initiated adjustment of PLAINTIFF's loss and what steps were taken in doing so.

### INTERROGATORY NO. 5.

Please IDENTIFY ALL facts, reasons, and methodologies YOU employed to calculate PLAINTIFF's amounts owed under the insurance policy(ies) identified in YOUR response to

Interrogatory No. 1.

**INTERROGATORY NO. 6.**

Please IDENTIFY the amount of ANY payments YOU have made under ANY of the insurance policy(ies) identified in YOUR response to Interrogatory No. 1. For ANY payment YOU identify, please include the following information:

1. The dates on which these payments were made;
2. To whom YOU submitted these payments.;
3. ANY facts, reasons, and methodologies YOU employed to calculate these payments; and
4. The property address for each payment.

**INTERROGATORY NO. 7.**

Please IDENTIFY ANY of the claimed damages to ANY of PLAINTIFF's insured properties that are not covered and why they are not covered.

**INTERROGATORY NO. 8.**

Please IDENTIFY ANY PERSON who makes or is included in making the decision that ANY of the claimed damages to ANY of PLAINTIFF's insured properties that are not covered and why they are not covered.

**INTERROGATORY NO. 9.**

Please IDENTIFY ALL actions taken by YOU or ANY PERSON with whom YOU contracted, employed or retained, in adjusting and/or processing PLAINTIFF's claims under the insurance policy(ies) identified in YOUR response to Interrogatory No. 1.

**INTERROGATORY NO. 10.:**

Please IDENTIFY ALL witnesses YOU intend to call at the trial of this case to provide fact

and/or expert testimony and state the subject matter of their anticipated testimony.

**INTERROGATORY NO. 11.:**

Please IDENTIFY ALL exhibits, including, but not limited to, ANY demonstrative EVIDENCE, that YOU plan to introduce or use at trial.

**INTERROGATORY NO. 12.:**

For ANY Request for Admission that YOU deny or do not admit without qualification, please IDENTIFY ALL facts, reasons, and witnesses YOU contend support YOUR denial.

Respectfully submitted,

JAMES M. GARNER #19589 T.A.
LAUREN L. HUDSON, #28614
SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR DARYL A. BATTAGLIA
and BONNIE BATTAGLIA.**

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL A. BATTAGLIA, SR. and<br>BONNIE BATTAGLIA | CIVIL ACTION NO. 06-_____ |
| | SECTION _____ |
| VERSUS | |
| | JUDGE_____ |
| HORACE MANN INSURANCE COMPANY,<br>HORACE MANN PROPERTY & CASUALTY<br>INSURANCE COMPANY &<br>TEACHERS INSURANCE COMPANY | MAGISTRATE _____ |

### PLAINTIFF'S REQUESTS FOR PRODUCTION OF AUGUST 22, 2006 TO TEACHERS INSURANCE COMPANY

TO:   Teachers Insurance Company
      Through the Louisiana Secretary of State
      8549 United Plaza Boulevard
      Baton Rouge, Louisiana 70809

Daryl A. Battaglia, Sr. and Bonnie Battaglia ("Plaintiffs"), on authority of Federal Rule of Civil Procedure 34, does hereby request full and separate answers, in writing, to these Requests for Production (the "Requests") and further requests service of your answers on **James M. Garner and Lauren L. Hudson, Sher Garner Cahill Richter Klein & Hilbert, L.L.C., 909 Poydras Street, Twentieth-Eighth Floor, New Orleans, Louisiana, 70112**, within thirty (30) days of service hereof.

In accordance with Federal Rule of Civil Procedure 26(e), these Requests are deemed to be



EXHIBIT C

continuing, and you are required to supplement your responses as information changes or as more information becomes available.

### DEFINITIONS

When used herein, the following words have respectively the following meanings, unless otherwise indicated:

1) "PERSON" means person, party, corporation, partnership or concern, singular or plural.

2) "NAME" means full proper names, as well as all other names by which the person has been known.

3) "PLAINTIFF" means Daryl A. Battaglia, Bonnie Battaglia, and any representatives or attorneys.

4) "DESCRIBE" means list and describe separately sufficient for the purposes of a motion for production thereof.

5) "DOCUMENTS" means all writings or computer data of any nature, including but not limited to:

    (a) Formal or informal;

    (b) Penned, penciled, drawn, crayoned, printed electronically stored or mechanically reproduced;

    (c) Front and back; and

    (d) Rough or smooth of:

        (i) Correspondence, whether an original or a file copy thereof, whether directly sent or received, and whether copies of correspondence between other parties, including any type of

letters or forms substituting therefor;

(ii)   Intercompany communications;

(iii)  Intracompany communications;

(iv)   Telephone memoranda;

(v)    Notes;

(vi)   Endorsements, whether by pencil, pen, or interlineation on any copies of the foregoing, whether on all copies or not;

(vii)  Working notes of the same nature as "(vi)";

(viii) Logs;

(ix)   Reports;

(x)    Detailed lists of work or service to be done under an agreement, oral or written, tacit or expressed;

(xi)   Business and investigation records made in the normal courset;

(xii)  Committee records, notes and minutes, whether secret, private or public;

(xiii) Director's subcommittee and Board resolutions, whether a standing board or ad hoc;

(xiv)  Commissions of endeavor and letters of credence;

(xv)   Credential and recall of credentials;

(xvi)  Specifications and bill of material, in the original and in the copy of, whether final, tentative or working, including all working notes thereon, whether voided or not, modified or not, complete or not or approved or not;

(xvii) Layout, structural and material specification changes, including all free hand or informal scaled design drawings;

(xviii) Statistical forms;

(xix) Personnel rosters;

(xx) Job classifications and duty assignments;

(xxi) Pictures and photographs, whether positive or negative;

(xxii) X-rays, whether normal or of an advanced stage of the art;

(xxiii) Contracts, modifications and rescissions thereof, including working proposals and endorsements thereon;

(xxiv) Consultation reports;

(xxv) Written requests and commentaries concerning consultative reports;

(xxvi) Private diaries coming under the control or possession of responding party;

(xxvii) Progress and performance reports, letters and communications;

(xxviii) Written complaints, demands, assertions and breach of contracts;

(xxix) Facsimiles, telexes, telegrams, mailgrams and wireless reports;

(xxx) E-mail, data files, programs, floppy discs, or other data maintained or generated on or by computer;

(xxxi) Insurance inspection reports pertaining to casualty risk of property as distinguished from third-party claims;

(xxxii) Surveyor's reports, letters or written commentaries;

(xxxiii) Work and job orders;

    (xxxiv) Acceptance of work or service documents.

6) "IDENTIFY," "IDENTITY," AND "IDENTIFICATION" when used to refer to a natural person, means to state the following:

  (a) The person's full name and present or last known home address, home telephone number, business address, and business telephone number;

  (b) The person's present title and employer or other business affiliation;

  (c) The person's home address, home telephone number, business address and business telephone number at the time of the actions at which each Request is directed; and

  (d) The person's employer and title at the time of the actions at which each Request is directed.

7) "IDENTIFY," "IDENTITY," and "IDENTIFICATION," when used to refer to a document, means to state the following:

  (a) The subject of the document

  (b) The title of the document;

  (c) The type of document (e.g., letter, memorandum, telegram, facsimile, email, chart);

  (d) The date of the document, or if the specific date thereof is unknown, the month and year or other best approximation of such date;

  (e) The identity of the person or persons who wrote, contributed to, prepared, or originated such document; and

  (f) The present or last known location and custodian of the documents.

All responses directing the undersigned to the attention of an exhibit list will be deemed insufficient, incomplete and evasive. You must specify which particular document(s) on the exhibit list fulfills the information requested in the discovery request.

8) "YOU" or "YOUR" means Horace Mann Insurance Company, their adjusters, investigators, attorneys, representatives, agents, underwriters, employees, executives, directors, officers, independent contractors, ANY wholly-owned or affiliated companies, or anyone else answering on their behalf.

All terms defined herein, and those not specifically defined, shall be given their usual and customary meaning

## REQUESTS FOR PRODUCTION OF AUGUST 22, 2006

### REQUEST NO. 1.:

Please produce a certified copy of ANY insurance policy that YOU issued to PLAINTIFF that was in effect on August 29, 2005.

### REQUEST NO. 2.:

Please produce ALL DOCUMENTS RELATED TO ANY insurance policy that YOU issued to PLAINTIFF that was in effect on August 29, 2005.

### REQUEST NO. 3.:

Please produce ALL DOCUMENTS RELATED TO ANY communications by or between YOU and PLAINTIFF or counsel for PLAINTIFF from August 29, 2005 to date.

### REQUEST NO. 4.

Please produce ALL DOCUMENTS RELATED TO the processing and/or adjustment of PLAINTIFF's claims under Insurance Policy No. 17001378271.

**REQUEST NO. 5.**

Please produce ALL DOCUMENTS RELATED TO ANY communications, whether internal or external, REGARDING the processing and/or adjustment of ANY of PLAINTIFF's claims under Insurance Policy No. 17001378271.

**REQUEST NO. 6.:**

Please produce YOUR entire underwriting file on PLAINTIFF for Insurance Policy No. 17001378271 and any renewal thereof.

**REQUEST NO. 7.:**

Please produce YOUR entire claims file on PLAINTIFF for Insurance Policy No. 17001378271.

**REQUEST NO. 8.**

Please produce ALL DOCUMENTS RELATED TO ANY request made for an advance payment on ANY of PLAINTIFF's claims under the aforementioned insurance policy.

**REQUEST NO. 9.:**

Please produce ALL DOCUMENTS RELATED TO ANY entity or person with whom YOU contracted, employed, or otherwise retained to adjust ANY or part of PLAINTIFF's claims under Insurance Policy No. 17001378271, including but not limited to Alan Roemer and Guy Sledge.

**REQUEST NO. 10.:**

Please produce ANY contracts or agreements with ANY adjusters retained to adjust ANY or part of PLAINTIFF's claims under Insurance Policy No. 17001378271, including but not limited to Alan Roemer and Guy Sledge.

7

**REQUEST NO. 11.:**

Please produce ALL DOCUMENTS RELATED TO or evidencing ANY communications with ANY adjusters retained to adjust ANY or part of PLAINTIFF's claims under Insurance Policy No. 17001378271, including but not limited to Alan Roemer and Guy Sledge.

**REQUEST NO. 12.:**

Please produce ALL DOCUMENTS received by YOU from ANY adjusters retained to adjust ANY or part of PLAINTIFF's claims under Insurance Policy No. 17001378271, including but not limited to Alan Roemer and Guy Sledge.

**REQUEST NO. 13.:**

Please produce ALL DOCUMENTS RELATED TO ANY inspection report prepared for ANY of PLAINTIFF's claims under Insurance Policy No. 17001378271.

**REQUEST NO. 14.:**

Please produce ALL DOCUMENTS RELATED TO ANY estimates prepared for ANY of PLAINTIFF's claims under Insurance Policy No. 17001378271.

**REQUEST NO. 15.:**

Please produce ALL DOCUMENTS RELATED TO PLAINTIFF's timely payment of premiums under Insurance Policy No. 17001378271.

**REQUEST NO. 16.:**

Please produce ALL DOCUMENTS RELATED TO PLAINTIFF's timely notice of loss under Insurance Policy No. 17001378271.

**REQUEST NO. 17.:**

Please produce ALL DOCUMENTS REGARDING ANY payments YOU have made under Insurance Policy No. 17001378271.

**REQUEST NO. 18.:**

Please produce ALL DOCUMENTS RELATED TO the amount of ANY payments made under Insurance Policy No. 17001378271.

**REQUEST NO. 19.:**

Please produce ALL DOCUMENTS REGARDING ANY loss reserves YOU set for PLAINTIFF's claims against YOU.

**REQUEST NO. 20.**

Please produce ALL DOCUMENTS RELATED TO the reinsurance of Insurance Policy No. 17001378271.

**REQUEST NO. 21.:**

Please produce ALL exhibits, including demonstrative exhibits, YOU intends to use at the trial of this matter.

**REQUEST NO. 22.:**

For ANY Request for Admission that YOU deny or do not admit without qualification, please produce ALL DOCUMENTS you contend support YOUR denial.

**REQUEST NO. 23.:**

For ANY Request for Admission that YOU deny or do not admit without qualification, please produce ALL EXHIBITS, including, but not limited to, ANY demonstrative EVIDENCE, that YOU contend to support YOUR denial.

Respectfully submitted,

*[signature]*

JAMES M. GARNER #19589 T.A.
LAUREN L. HUDSON, #28614
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Twenty-eighth Floor
New Orleans, Louisiana 70112
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
**COUNSEL FOR DARYL A. BATTAGLIA, SR. and BONNIE BATTAGLIA.**