UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL A. BATTAGLIA, SR., ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 06-4532 |
| HORACE MANN INSURANCE COMPANY, ET AL. | SECTION: "K"(5) |

**ORDER SETTING ORAL ARGUMENT**

Oral argument on Plaintiffs' Motion to Compel will be conducted on January 3, 2007 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

New Orleans, Louisiana, this 19th day of December, 2006.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE