<table>
<tr><td>Michael E. Holoway<br>Tel.: (504) 568-1990<br>Fax: (504) 310-9195</td><td align="center">LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD<br>A LAW CORPORATION<br>SUITE 2775, PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LA 70130-6027</td><td>e-mail:<br>mholoway@lawla.com</td></tr>
</table>

December 13, 2006

James M. Garner, Esq.
Lauren L. Hudson, Esq.
Sher, Garner, Cahill, Richter,
Klein & Hilbert, LLP
Twenty-Eighth Floor
909 Poydras Street
New Orleans, LA  70112-1033

    Re:    **Daryl A. Battaglia, Sr. and Bonnie Battaglia v. Horace Mann Insurance Company,** *et al.*
            **USDC - Civil Action No.: 06-4532;**
            **Mandie Battaglia, wife of/and Daryl A. Battaglia, Jr. v. Horace Mann Insurance Company,** *et al.*
            **USDC - Civil Action No.: 06-4529**
            **Your Reference: 20779.0002 and 20779.0002**
            **Our File No. 10816-06573 and 10816-06726**

Dear Counselors:

    We are in receipt of and thank you for your Interrogatories, Request for Production of Documents and Request for Admissions forwarded to us again in your most recent correspondence dated December 11, 2006. As an initial matter, both your cover letters reference the Daryl Battaglia, Sr., Civil Action Number 06-4532, but all the attached Interrogatories, Request for Production of Documents and Request for Admissions reference Mandie Battaglia, wife of/and Daryl A. Battaglia, Jr. The caption of the Interrogatories and Request for Production of Documents referred to is blank for the Civil Action Number, Section, Judge, and Magistrate and purports to refer to the date of August 22, 2006 in the title.

    As previously indicated in our correspondence forwarded November 22, 2006, the discovery which you have propounded is premature according to Rules 33(a)[1],

---

[1] Rule 33(a) states: "Without leave of court or written stipulation, interrogatories may not be served before the time specified in Rule 26(d)."

@PFDesktop\::ODMA/MHODMA/INTERWOVEN;Lugenbuhl;154027;1

34(b)[2] and 36(a)[3] of the Federal Rules of Civil Procedure. All of the foregoing rules refer to Rule 26(d) which states "...a party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)". In these consolidated matters, Judge Duval has also issued an order deferring Rule 26 disclosures until further order of the court. Accordingly, we will not respond to discovery and requests for admissions issued prior to a properly scheduled Rule 26(f) conference in compliance with the orders of the court. It is our understanding that the liason counsel for the consolidated Katrina cases will report a suggested disclosure and discovery plan to the court on January 15, 2006.

      With kind regards, I remain

                              Cordially,

                              Michael E. Holoway

MEH/mm

                                                        **EXHIBIT "B"**

---

[2] Rule 34(b) states: "Without leave of court or written stipulation, a request may not be served before the time specified in Rule 26(d)."

[3] Rule 36(a) states: "Without leave of court or written stipulation, requests for admission may not be served before the time specified in Rule 26(d)."