UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARYL A. BATTAGLIA, SR. and<br>BONNIE BATTAGLIA | CIVIL ACTION NO. 06-4532 |
| | SECTION: K |
| VERSUS | |
| | JUDGE: STANWOOD R. DUVAL |
| HORACE MANN INSURANCE COMPANY,<br>HORACE MANN PROPERTY & CASUALTY<br>INSURANCE COMPANY &<br>TEACHERS INSURANCE COMPANY | MAGISTRATE: ALMA CHASEZ |

## ORDER

**CONSIDERING THE FOREGOING** Motion to set Preliminary Conference:

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to set Preliminary Conference is **GRANTED**.

**IT IS FURTHER ORDERED** that a preliminary conference shall be held in Chambers on the _____ day of _____, 2007, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**JUDGE ALMA CHASEZ**