UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:   * | MAGISTRATE (2) |
| ALL LEVEE, MRGO   * | |
| RESPONDER CASES AND TO   * | JUDGE DUVAL |
| NO.   05-4181   * | |
|        06-4389   * | MAGISTRATE WILKINSON |
|        06-5786   * | |
|        06-6099   * | |
| * | |

* * * * * * * * * * * * * * * * * *

PLAINTIFFS' MOTION TO DISQUALIFY
THE LOUISIANA DEPARTMENT OF JUSTICE
AS COUNSEL OF RECORD FOR
<u>ALL STATE AND STATE AGENCY DEFENDANTS</u>

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court to disqualify The Louisiana Department of Justice (hereinafter sometimes the "LDOJ") as counsel of record for the State and State agency defendants in the above-styled and numbered causes, upon the following non-exclusive grounds:

1) Employees of the State and State agencies, including the LDOJ, have engaged in criminal conduct directed at counsel for plaintiffs, in violation of Louisiana criminal and civil laws, and in derogation of rights guaranteed to plaintiffs' counsel by the U.S. and State Constitutions;

2)     Employees of the State and State agencies, including the LDOJ, have engaged in criminal and civil conspiracy directed at counsel for plaintiffs, in violation of Louisiana criminal and civil laws, and in derogation of rights guaranteed to plaintiffs' counsel by the U.S. and State Constitutions;

3)     Employees of the State and State agencies, including the LDOJ, have engaged in conduct prejudicial to the administration of justice;

4)     Actual conflicts of interests exist between and among the State and State agencies, including the LDOJ, and other agencies and individuals on whose behalf the LDOJ has entered appearances in this litigation; and

5)     Continuing legal representation of the State and State agencies by the LDOJ will result in the following:

    a)     A situation which This Honorable Court should deem as intolerable for potential for misconduct, including the potential that lawyers within the LDOJ will commit obstruction of justice, subornation of perjury and threaten further harm to and/or continue to intimidate plaintiff's counsel (which already has occurred);

    b)     Potential for lawyers within the LDOJ violating the Louisiana Rules of Professional Conduct, including particularly Rules 1.13, 1.16, 2.1, 2.3, 3.4 and 8.4;

    c)     The likelihood that public suspicion as a result of the real or probable impropriety described, <u>supra</u>, will outweigh any social interest served by the LODJ's continuing the representation of the State and State agency defendants in this litigation.

Further grounds for disqualification of the LDOJ from representing the State and State agencies relate to the facts that (a) undersigned counsel for plaintiffs has named as defendants in civil litigation pending before This Honorable Court employees of the LDOJ, namely Charles Foti and Burton Guidry, and (b) the fact that Charles Foti and other employees of the LDOJ, as well as employees of the State and State agencies represented by the LDOJ, will be witnesses in this litigation.

Further grounds for this Motion to Disqualify the LDOJ as counsel for the State and State agencies appear more fully in the Memorandum filed simultaneously herewith.

>Respectfully submitted,
>
>**LAW OFFICES OF**
>**ASHTON R. O'DWYER, JR.**
>**Counsel for Plaintiffs**
>
>By:   S/Ashton R. O'Dwyer, Jr.
>      Ashton R. O'Dwyer, Jr.
>      In Proper Person
>      One Canal Place
>      365 Canal Street
>      Suite 2670
>      New Orleans, LA 70130
>      Tel. 504-561-6561
>      Fax. 504-561-6560

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>      S/Ashton R. O'Dwyer, Jr.