# AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

    **BEFORE ME,** the undersigned authority, personally came and appeared

## ASHTON R. O'DWYER, JR.

who, being first duly sworn, did depose and say, of his own personal knowledge, as follows:

1. That he is the named plaintiff in two pieces of litigation: (a) the matter entitled: "Ashton R. O'Dwyer, Jr. versus Ernest L. Edwards, Joseph L. Shea and Charles R. Talley", being No. 06-11166 on the docket of Civil District Court for the Parish of Orleans; and (b) the matter entitled: "Ashton R. O'Dwyer, Jr. versus The State of Louisiana, et al.", being Civil Action No. 06-7280 on the docket of the United States District Court for the Eastern District of Louisiana, having been improvidently removed to Federal Court from Civil District Court by lawyers representing defendant Michael J. Magner;

2. That the allegations contained in his litigations are true and correct;

3. That appended hereto and marked identification as Exhibit A is a true and correct Timeline of some of the events which have transpired since August 29, 2005.

2

New Orleans, Louisiana, this _____ day of _____, 2006.

S/Ashton R. O'Dwyer, Jr.<br>**ASHTON R. O'DWYER, JR.**

**SWORN TO AND SUBSCRIBED BEFORE ME,
THIS 29th DAY OF December 2006.**

**S/ Charlotte Viener
NOTARY PUBLIC**

2