UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NOS.  05-4181 | * | |
|          06-4389 | * | MAGISTRATE WILKINSON |
|          06-5786 | * | |
|          06-6099 | * | |

* * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   All counsel of record

**PLEASE TAKE NOTICE** that Plaintiffs will bring the attached Motion to Disqualify the Louisiana Department of Justice as Counsel of Record for all State and State Agency Defendants for hearing before the Honorable Stanwood R. Duval, at 9:30 A.M., on January 24, 2007, at the United States District Court, 500 Poydras Street, New Orleans, Louisiana 70130.

                                            Respectfully submitted,

                                            **LAW OFFICES OF**
                                            **ASHTON R. O'DWYER, JR.**
                                            **Counsel for Plaintiffs**

-2-

                    By:    **S/Ashton R. O'Dwyer, Jr.**
                           **Ashton R. O'Dwyer, Jr.**
                           **In Proper Person**
                           **One Canal Place**
                           **365 Canal Street**
                           **Suite 2670**
                           **New Orleans, LA 70130**
                           **Tel. 504-561-6561**
                           **Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                       S/Ashton R. O'Dwyer, Jr.