UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NO.   05-4181 * | |
|        06-4389 * | MAGISTRATE WILKINSON |
|        06-5786 * | |
|        06-6099 * | |
| * | |

* * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

Exhibit No. 1

Exhibit No. 2

Exhibit No. 3

Exhibit No. 4 — Appendix and Affidavit that was E-filed

Exhibit No. 5 —

                                         Respectfully submitted,

                                         LAW OFFICES OF
                                         ASHTON R. O'DWYER, JR.
                                         Counsel for Plaintiffs

                                    By:   S/Ashton R. O'Dwyer, Jr.
                                                 Ashton R. O'Dwyer, Jr.
                                                 In Proper Person
                                                 Bar No. 10166
                                                 One Canal Place

#2382

>365 Canal Street
>Suite 2670
>New Orleans, LA 70130
>Telephone: (504) 561-6561
>Facsimile: (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>S/Ashton R. O'Dwyer, Jr.