### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:                                        * | MAGISTRATE (2) |
| ALL LEVEE, MRGO                               * | |
| RESPONDER CASES AND TO   * | JUDGE DUVAL |
| NO.   05-4181                                        * | |
|           06-4389                                        * | MAGISTRATE WILKINSON |
|           06-5786                                        * | |
|           06-6099                                        * | |
| * * * * * * * * * * * * * * * * * * | |

### REQUEST FOR ORAL ARGUMENT

**COME NOW** Plaintiffs, appearing through undersigned counsel pursuant to the provisions of Rule 78.1 of the Uniform Local Rules of the United States District Courts for the State of Louisiana, and request oral argument on their Motion to Disqualify the Louisiana Department of Justice as Counsel of Record for all State and State Agency Defendants, to be heard before The Honorable Judge Stanwood R. Duval, Jr. on January 24, 2007, at 9:30 A.M.

        S/Ashton R. O'Dwyer, Jr.
**Ashton R. O'Dwyer, Jr.**
**Law Offices of Ashton R. O'Dwyer, Jr.**
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Tel.:  (504) 561-6561
Fax.  (504) 561-6560

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record; I further certify that I E-mailed the foregoing document to the non-CM/ECF participants.

                                              **S/Ashton R. O'Dwyer, Jr.**