UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLDIATION LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: (Gambino: Case No. 06-8636) | * * * * * | & Consol. Cases SECTION "K" MAG. 2 |

**********************************************

## ORDER

**Considering the foregoing Motion;**

**IT IS ORDERED** by the court that Wayne R. Maldonado be permitted to withdraw as lead counsel from the representation of defendant, Alliance Insurance Agency Services, Inc., in this matter and that the name of William H. Eckert of Ungarino & Eckert, LLC be entered on the record of the court as lead attorney for defendant, Alliance Insurance Agency Services, Inc., in the above entitled and numbered cause, and that all electronic notices in this case be sent to his attention and no further electronic notices be sent to Wayne R. Maldonado or to Matthew J. Ungarino.

**THUS DONE, ORDERED AND SIGNED** in chambers in New Orleans, Louisiana, this 27th day of December, 2006.

_____
JUDGE