UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-4065) CATHY ADAMS, ET AL. V. BOH BROS CONSTRUCTION CO., LLC, ET AL. | § § § § | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice. The extension of time is for good cause and to provide Defendant time to confer with opposing counsel to consider a voluntary dismissal as the original Plaintiffs have in this consolidated matter. Plaintiff has previously provided Defendant with an informal extension of time; however, in an abundance of caution, Defendant moves this Honorable Court for a formal extension of time to file responsive pleadings.

WHEREFORE, defendant, C.R. Pittman Construction Company, Inc., prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

                    Respectfully submitted:

                    *s/ Gerald A. Melchiode*
                    GERALD A. MELCHIODE, T.A.  (#22525)
                    Email: jmelchiode@gjtbs.com
                    JASON J. MARKEY (#29722)
                    Email:  jmarkey@gjtbs.com
                    GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
                    701 Poydras Street, 40th Floor
                    New Orleans, Louisiana 70139
                    Telephone:  (504) 525-6802
                    Facsimile:  (504) 525-2456
                    **Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the  29th  day of  December , 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

                    s/   *Gerald A. Melchiode*
                    Gerald A. Melchiode, T.A. (#22525)
                    Email: jmelchiode@gjtbs.com
                    Jason J. Markey. (#29722)
                    Email:  jmarkey@gjtbs.com
                    Galloway, Johnson, Tompkins, Burr & Smith
                    One Shell Square
                    701 Poydras Street, 40th Floor
                    New Orleans, Louisiana  70139
                    Telephone:  (504) 525-6802
                    Facsimile:  (504) 525-2456
                    **Counsel for C.R. Pittman Construction Company, Inc.**