UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO: LEVEE<br>(*La. Envtl. Action Network, 06-9147*)<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Having considered the Ex Parte/Consent Motion to Enroll Trial Attorney Eric Hostetler on behalf of the United States of America, IT IS ORDERED that the Motion to Enroll is GRANTED and the Clerk of Court shall enroll Eric Hostetler, Esq., as counsel of record for the United States of America.

New Orleans, Louisiana, this  28th  day of ___December___, 2006.

_____
UNITED STATES DISTRICT JUDGE