# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO.: 05-4182 "K"(2) |
| § | JUDGE DUVAL |
| § | MAG. WILKERSON |
| § | |
| § | |
| PERTAINS TO: § | |
| LEVEE (06-5367) § | |
| CAROLE A. BREITHOFF, ET AL. V. MODJESKI § | |
| AND MASTERS, INC., ET AL. § | |

## MOTION FOR EXTENSION OF TIME

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice. The extension of time is for good cause and to provide Defendant time to confer with opposing counsel to consider a voluntary dismissal as the original Plaintiffs have in this consolidated matter. Plaintiff has previously provided Defendant with an informal extension of time; however, in an abundance of caution, Defendant moves this Honorable Court for a formal extension of time to file responsive pleadings.

WHEREFORE, defendant, C.R. Pittman Construction Company, Inc., prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

> Respectfully submitted:
>
> *s/ Gerald A. Melchiode*
> GERALD A. MELCHIODE, T.A.  (#22525)
> Email: jmelchiode@gjtbs.com
> JASON J. MARKEY (#29722)
> Email:  jmarkey@gjtbs.com
> GALLOWAY, JOHNSON, TOMPKINS,
> BURR & SMITH
> 701 Poydras Street, 40th Floor
> New Orleans, Louisiana 70139
> Telephone:  (504) 525-6802
> Facsimile:  (504) 525-2456
> **Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of __December__, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

> s/   *Gerald A. Melchiode*
> Gerald A. Melchiode, T.A. (#22525)
> Email: jmelchiode@gjtbs.com
> Jason J. Markey. (#29722)
> Email:  jmarkey@gjtbs.com
> Galloway, Johnson, Tompkins, Burr & Smith
> One Shell Square
> 701 Poydras Street, 40th Floor
> New Orleans, Louisiana  70139
> Telephone:  (504) 525-6802
> Facsimile:  (504) 525-2456
> **Counsel for C.R. Pittman Construction Company, Inc.**