**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5367)<br>CAROLE A. BREITHOFF, ET AL. V. MODJESKI<br>AND MASTERS, INC., ET AL. | §<br>§<br>§<br>§ | |

**ORDER**

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that defendant, C.R. Pittman Construction Company, Inc., be granted a formal extension of time until February 1, 2007 to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E