UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES § | | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | | NO.: 05-4182 "K"(2) |
| § | | JUDGE DUVAL |
| § | | MAG. WILKERSON |
| § | | |
| § | | |
| PERTAINS TO: § | | |
| LEVEE (06-5785) § | | |
| JIMMY COCHRAN, SR., ET AL. V. BOH BROS. § | | |
| CONSTRUCTION COMPANY, LLC., ET AL. § | | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice.  The extension of time is for good cause and to provide Defendant time to confer with opposing counsel to consider a voluntary dismissal as the original Plaintiffs have in this consolidated matter.  Plaintiff has previously provided Defendant with an informal extension of time; however, in an abundance of caution, Defendant moves this Honorable Court for a formal extension of time to file responsive pleadings.

WHEREFORE, defendant, C.R. Pittman Construction Company, Inc., prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

        Respectfully submitted:

        *s/ Gerald A. Melchiode*
        GERALD A. MELCHIODE, T.A. (#22525)
        Email: jmelchiode@gjtbs.com
        JASON J. MARKEY (#29722)
        Email: jmarkey@gjtbs.com
        GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
        Telephone: (504) 525-6802
        Facsimile: (504) 525-2456
        **Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of __December__, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

        s/ *Gerald A. Melchiode*
        Gerald A. Melchiode, T.A. (#22525)
        Email: jmelchiode@gjtbs.com
        Jason J. Markey. (#29722)
        Email: jmarkey@gjtbs.com
        Galloway, Johnson, Tompkins, Burr & Smith
        One Shell Square
        701 Poydras Street, 40th Floor
        New Orleans, Louisiana 70139
        Telephone: (504) 525-6802
        Facsimile: (504) 525-2456
        **Counsel for C.R. Pittman Construction Company, Inc.**