UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| _____ | SECTION   K   - JUDGE DUVAL |
| PERTAINS TO: | |
| INSURANCE:   *Aaron,* 06-4746 | MAG. (2) - MAG. WILKINSON |

## ORDER

Considering the foregoing Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that all claims of Plaintiff, Paula Robichaux, only, against Wilshire Insurance Company, only, be, and are hereby **DISMISSED**, without prejudice, at Plaintiff's cost, reserving all other claims.

New Orleans, Louisiana, this __28th__ day of _____December_____, 2006.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 14th day of December, 2006, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Howard L. Murphy, Esquire, Deutsch, Kerrigan & Stiles.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com