UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                         NO. 05-4182
PERTAINS TO:  INSURANCE CASES
                                                                         SECTION "K"

# ORDER

**IT IS ORDERED** that the **TELEPHONE STATUS CONFERENCE** to discuss the confusion concerning discovery in the insurance cases and as to whether discovery that does not concern the levee breaches can begin is **SET** on **JANUARY 2, 2007** at **2:00 P.M.** with the office of James M. Garner. (504) 299-2900 initiating said conference call.

New Orleans, Louisiana, this 29th day of December, 2006.

_____
HON. STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE