# EXHIBIT B



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

September 8, 1986

REPLY TO
ATTENTION OF:

Engineering Division
Projects Engineering Section

| FILE |
| HBG |
| ACCT |
| WBC |
| TYS |
| DFS |
| BTM |
| BEP |
| STAFF |

Mr. Barney T. Martin, Jr.
Modjeski and Masters
1055 St. Charles Avenue
New Orleans, Louisiana 70130

Dear Mr. Martin:

Reference is made to your July 29, 1986 letter providing your responses to our comments on your report titled "A study of High Level Flood Protection". We have reviewed your responses and offer the following comments.

1.  The flowline presented was verified under the following conditions:

a.  Hammond Highway and Veterans bridges were assumed to be sealed and floodproofed with dredging beneath the bridges. You assume that the Louisiana Department of Transportation and Development (LA. DOTD) will seal the Hammond Highway Bridge to our satisfaction and tie it to the existing substructure. It must be noted that the comments we provided on the design for the waterproofing of the bridge have not been satisfactorily resolved by the LA. DOTD.

b.  The conceptual bridge elevations provided for the new interstate bridges (I-10 & I-610) and the New West Esplanade Bridge were used with the channel bottom beneath them dredged.

2.  The cost ($2,609,704) for replacing the existing Veterans Bridge is not economical when compared to the alternative for providing flood gates at both ends of the bridge ($800,000).

3.  The design concept presented for the flood protection required at the pumping station would be adequate for the high level plan.

4.  The conceptual bridge elevations sketch provided for the new interstate bridges (I-10 & I-610) and West Esplanade Bridge shows the top elevations of the I-walls at these bridges at "net" grades. The I-walls should be designed with gross elevations 6-inches higher than the net grade to accommodate potential wall settlements, even if no settlement is predicted by analysis.

MODJESKI-E2
01267

-2-

5.  Reference the letter from Eustis Engineering to Modjeski and Masters dated 19 September 1984 in Appendix C of subject report.  The letter stated that "Stability analyses considering failure toward the land side and canal side were made to determine the recommended cross section to provide a minimum factor of safety of 1.3," and that "Copies of these cross sections along with copies of all computer printout sheets were previously furnished to the Foundations and Materials Branch of Corps of Engineers, New Orleans District for review and have been approved."  Formal approval of cross sections and analyses has not been given.  We were requested to and have reviewed working draft cross sections and analyses to check if the concept of degrading the levee was acceptable.  Based on what we reviewed approval of the concept was given but we indicated that final cross sections and analyses would have to be presented and reviewed before formal approval could be given.  The computer printout presented in your most recent submittal, the July 29, 1986 letter, shows a factor of safety of 1.278 from Sta 554+00 to Sta 574+00 for the protected side which is below the required factor of safety of 1.3; therefore, it is unacceptable.

6.  Pile capacity calculations for a 24" steel pipe pile at Veterans Highway Bridge show a sand layer between EL-76 and EL-150.  No boring has been presented showing a layer of sand between EL-76 and EL-150.  The steel pipe piles will be exposed to a variable water surface in the canal which will subject the steel to corrosion.  If steel pipe piles are used, some type of corrosion protection should be specified.

7.  It is recommended that one datum be used in the report and on figures.  In Section VIII "Items Required for Permanent Flood Protection" discussions reference elevations in Cairo Datum but figures 33, 34, 35, and 36 show elevations in N.G.V.D.

I trust the foregoing is responsive to your needs.  If I can be of further assistance in this matter let me know.

Sincerely,

William B. Searle
Frederic M. Chatry
Chief, Engineering Division

Copies Furnished:

Mr. C. E. Bailey, Chief Engineer
Board of Levee Commissioners
Orleans Levee District
Suite 202, Administration Building
New Orleans, Lakefront Airport
New Orleans, Louisiana 70126

Mr. John Holtgreve
Design Engineering Inc.
3330 West Esplanade, Suite 205
Metairie, Louisiana 70002

MODJESKI-E2
01268



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:                          January 4, 1988

Engineering Division
Structural Design Section

Mr. Barney T. Martin, Jr.
Modjeski and Masters
Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana  70130

Dear Mr. Martin:

Reference is made to your letter dated November 2, 1987 to Mr. Ed Bailey, Chief Engineer of the Orleans Levee District, and to your letter dated November 12, 1987 to this office, in which you requested our review of the in-progress plans and specifications for the 17th Street Canal, Parallel Flood Protection, Phase 1B, Hammond Highway to Southern Railway, OLB project number 2043-2047.

We are considering changes in the factors of safety used in determining penetration of I-wall sheet piling and changes in the method of determining I-wall deflections. We will let you know more by the end of January 1988. However, we have reviewed the subject plans and specifications based on present criteria and offer the following comments:

a.  Sta. 636+00 to Sta. 638.31.  Our preliminary analysis indicates that a higher tip penetration for the steel piling in this area can be obtained by applying submerged soil weight on the floodside of the floodwall and also by raising the levee crown to elevation 11.0 National Geodetic Vertical Datum.

b.  A transition in sheet pile tip penetration is required for the sections between station 589+00 and station 590+00, station 614+00 and station 615+00, and between station 635+00 and station 636+00.

c.  Station 625+00 to Sta. 635+00.  Our preliminary analysis indicates that a lower tip penetration of the sheet piling than the penetration shown on the plan is required to satisfy the floodwall stability into the canal.

MODJESKI-E2
01208

-2-

d.  Based on the information presented in the typical sections, drawing number 3, a discontinuity in the sheetpile wall would occur at station 589+00.  This should be clarified.

e.  Our stability analysis of the floodwall reaches described in enclosures 1 through 8, indicates that a more economical design for the floodwall in those reaches can be obtained by using the floodwall layout depicted on the enclosures.  It is recommended that you revise the subject plans to reflect the floodwall layout shown on the enclosures.

f.  Since the dredging of the canal will not extend into the Jefferson Parish side, the potential for scour of the levee on this bank of the canal will exist.  To be able to detect such scour, control lines, as shown on enclosures 9 through 13 will be required.  These control lines should be added to the drawings.  Additionally, survey cross-sections of the existing levee and canal bank, with initial cross-sections of the levee and dredged canal immediately after construction and cross-sectional surveys taken on a yearly basis thereafter, must be provided to this office.  These surveys are required to detect erosion into the control lines, which if it occurs, could cause failure of the subject levee.  Should erosion beyond the control lines occur, the Sewerage and Water Board of New Orleans will be responsible for taking corrective action at their own cost.

If there are any questions concerning our requirements, please let us know.

Sincerely,

Frederic M. Chatry
Chief, Engineering
      Division

Enclosures

MODJESKI-E2
01209



STA 553+70 TO STA 568+00
ORLEANS SIDE

SCALE : 1" = 20'

MODJESKI-E2
01210

ENCl. 1



STA 568+00 TO STA 589+00
ORLEANS SIDE

EL 11.6 ▽

L.W.E. -5.0 ▽

EL -18.4

FLOODSIDE TOE SAME AS
MODJESKI + MASTERS PLANS

Gross El. 14.1    Net El 13.6

EL 2.5

Theoretical Section

- 11 -

Tip El -30.7

DEGRADE

- 13 -

NET EL 5.5

EL -2.0

EL -3.0

EL -4.0

- 31.0 -
OR 2.5

BERM (VARY)

SCALE  1" = 20'
ELEVATION IN FEET NGVD

MODJESKI-E2
01211

Encl. 2



STA 589+00 TO STA 614+00
ORLEANS SIDE

Gross EL 14.1

Net EL 13.6

EL 11.6

EL 2.5

EL 18.5

L.W.E. -5.0

1 ON 3H

THEORETICAL SECTION

EL 18.4

FLOODSIDE TOE SAME AS MODESKI + MASTERS PLANS

SCALE : 1" = 20'

NET EL. 7.0
DEGRADE

EL 10.5

EL 3.5

EL -2.6

EL -2.5

TIP EL -14.6

MODJESKI-E2
01212

ENCL. 3

STA. 614+00 TO STA. 625+00
ORLEANS SIDE

FLOODSIDE TOE SAME AS MODJESKI & MASTERS PLAN

SCALE: 1" = 20'

MODJESKI-E2
01213

ENCL- 4

STA. 625+00 TO STA. 635+00
ORLEANS SIDE

GROSS EL. 14.6

El. 12.1

Degrade

EL. 3.5'

NET EL. 14.1

-8'-

-17.5'-

THEORETICAL SECTION

L.W.E. EL-5.0

1V ON 3H

EL-17.4

FILL

NET EL 8.0
NET EL. 7.5

TIP EL -11.8

FLOODSIDE TOE SAME AS MODJESKI & MASTERS PLANS

SCALE : 1" = 20'

MODJESKI-E2
01214

Encl. 5

STR. 635+00 TO STR. 647+00

ORLEANS SIDE

I-WALL GROSS EL. 15.1' (NET EL. 14.6')
GROSS LEVEE EL. 11.5' (NET EL. 11.0)

EL. 12.6

THEORETICAL SECTION

EL. -5.0 L.W.E.

EL. 16.4

FLOOD SIDE TOE SAME
AS MODJESKI & MASTERS

NON 3H

NON 2.9 H

2.0

8'

TIP EL. 0.0'

EL. -0.5

-1.0

SCALE: 1" = 20'
ELEVATION IN FEET N.G.V.D.

MODJESKI-E2
01215

Encl. 6



STA 647+00 TO STA 663+00
ORLEANS AND JEFFERSON SIDE

Scale: 1" = 20'
Elevations in Feet N.G.V.D.

Flood side levee toe same as Modjeski+Masters Plans

Gross EL. 15.1 (Net EL 14.6)
NET EL 12.0

TIP EL 6.7
(STA 648+72)

Degrade

1V on 3.3H
EL 5.5

1V on 3H

OVER DREDGING

THEORETICAL SECTION

EL 12.6

EL -5.0

EL -16.4

EL -1.0

EL -7

MODJESKI-E2
01216

Encl. 7



STA 663+00 TO STA 670+00
ORLEANS SIDE

SCALE 1" = 20'
ELEVATION IN FEET NGVD

MODJESKI-E2
01217

End. 8



STA. 568+00 CANAL-SIDE FAILURE

LIMITS OF PARTIAL DREDGING

STABILITY CONTROL LINE

El. 24.0
El. 18.5
El. 17.5
El. 10.0
El. -16.0

| STRATA | γ | Cad | Cac | φ |
|--------|-----|-----|-----|-----|
| 1 | 120 | 500 | 500 | 0 |
| 2 | 103 | 500 | 500 | 0 |
| 3 | 103 | 280 | 280 | 0 |
| 4 | 103 | 280 | 280 | 0 |
| 5 | 103 | 280 | 380 | 0 |
| 6 | 100 | 380 | 380 | 0 |
| 7 | 122 | 0 | 0 | 30° |

* Note : Elevations Refer to Cairo Datum *

C:\123>*



STA. 610+00 CANAL- SIDE FAILURE

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

| STRATA | $\gamma$ | $C_{int}$ | $C_{DES}$ | $\phi$ |
|--------|------|------|------|------|
| 1 | 110 | 500 | 500 | 0 |
| 2 | 103 | 500 | 500 | 0 |
| 3 | 103 | 280 | 280 | 0 |
| 4 | 103 | 280 | 280 | 0 |
| 5 | 103 | 280 | 280 | 0 |
| 6 | 102 | 280 | 280 | 0 |
| 7 | 122 | 0 | 0 | $30°$ |

MODJESKI-E2
01219

*Encl. 10*



STA 63+00 CANAL-SIDE FAILURE

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

MODJESKI-E2
01220

Encl. 11



STA. 61+00 CANAL-SIDE FAILURE

| STRATA | γ | Cur | Clr | φ |
|--------|-----|-----|-----|-----|
| 1 | 120 | 500 | 500 | 0 |
| 2 | 103 | 500 | 500 | 0 |
| 3 | 103 | 280 | 280 | 0 |
| 4 | 103 | 280 | 280 | 0 |
| 5 | 103 | 280 | 580 | 0 |
| 6 | 102 | 380 | 380 | 0 |
| 7 | 122 | 0 | 0 | 30 |

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

MODJESKI-E2
01221

Encl. 12



STA 638+00 CANAL-SIDE FAILURE

* NOTE: ELEVATIONS REFER TO CAIRO DATUM *

MODJESKI-E2
01222

Encl. 13



PARTNERS

W. B. CONWAY
H. H. SNYDER
C. F. COMSTOCK
J. J. SCHERRER
J. M. KULICK

SENIOR ASSOCIATES

R. W. CHRISTIE
C. T. FORTRAN
H. E. WALDNER

CONSULTANTS

T. R. KEALEY
R. E. FELSBURG

ASSOCIATES

H. E. ECKHOFF
T. Y. SOONG
J. E. PRICKETT
B. P. STRAIN, JR.
D. F. SORGENFRED
B. T. MARTIN, JR.
J. L. MCKENNEY
G. A. MURRAY
D. H. LEROY
R. A. LITTLE
L. V. BORDEN
E. W. ROHRBAUGH

**MODJESKI AND MASTERS**
CONSULTING ENGINEERS
*Founded 1893*

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 · 524-4344

August 17, 1988

**FILE COPY**

Mr. Jorge Romero
Engineering Division
New Orleans District,
Corps of Engineers
Post Office Box 60267
New Orleans, LA  70160

RE: 17TH STREET CANAL PARALLEL FLOOD PROTECTION
OLB PROJECT NO. 2043-2027

Dear Jorge:

We would like to thank you for meeting with us yesterday to clarify some of
the recent changes to the Corps design criteria for cantilever flood walls
for the Lake Pontchartrain Flood Protection Plan.  We understand that the
criteria discussed in our meeting only applies to flood protection around
Lake Pontchartrain and does not necessarily apply to any other locations.
As a matter of confirmation, I have listed our understanding of the new
criteria as presented to us in the meeting.

DETERMINATION OF SHEET PILE PENETRATION

"Q"  CASE

Factor of Safety  =  1.5, with water to SWL and landside water at
el. 0.0.

Factor of Safety  =  1.25, with SWL and wave load and landside water
at el. 0.0.  (No wave load to be considered in
17th Street Canal)

Factor of Safety  =  1.0, with water to SWL plus 2.0 feet and land
side water at el. 0.0.

-"S" .CASE

Factor of Safety  =  1.2, with SWL and plus wave load and landside
water at el. 0.0.  (No wave load to be considered
in 17th Street Canal)

MODJESKI-E2
01193



# MODJESKI AND MASTERS

Mr. J. Romero                    August 17, 1988                    Page 2

"S" CASE (CONTINUED)

Factor of Safety  ≈  1.5, with water at SWL and landside water at
                     el 0.0 or a penetration to head ratio equal to
                     3:1, whichever results in the least penetration.

Our analysis approach for the "S" Case will be to first check the penetration
required for a facotr of safety of 1.5. This penetration will be compared
with the penetration required to meet the 3:1 penetration to head ratio. If
the 3:1 ratio requires a deeper penetration than the factor of safety of 1.5,
the penetration required by the factor of safety of 1.5 will be used. If
the 3:1 ratio results in a penetration less than the factor of safety of 1.5,
then the factor of safety of 1.2 will be checked. If the factor of safety of
1.2 results in a penetration greater than the 3:1 check, then the penetration
required by the factor of safety of 1.2 will be used. If the 3:1 requirement
is deeper than the factor of safety of 1.2, then the 3:1 requirement will be
used.

## DETERMINATION OF BENDING MOMENT

To determine the bending moment in the sheet pile, the pressure diagram
resulting from the "Q" or "S" Case dictating the penetration will be used.
For example, if the "S" Case using a factor of safety of 1.2 applied to the
soil determines the penetration, the pressure diagram resulting from that
factor of safety will be used to determine the bending moment. The exception
to this is when the 3:1 case governs. Then a trial and error approach will
be used to determine what factor of safety needs to be applied to the soil to
result in that penetration. This factor of safety will then be used to
determine the pressure diagram that will be used to generate the bending
moment. Obviously some judgement can be used here. If the penetration of
the 3:1 case is close to that of the factor of safety case of 1.5 or 1.2 then
those pressure diagrams could be used. This allowable stress in the sheet
pile will still be kept at .45 fy.

## DETERMINATION OF DEFLECTION

To determine deflection, only one case is to be checked. That case will be
the pressure diagram resulting from the "Q" Case using a factor of safety
of 1.0 with water to SWL plus 2.0 feet and landside water at el 0.0. The
allowable deflection is still 1.5".

# MODJESKI AND MASTERS

Mr. J. Romero                    August 17, 1988                    Page 3

If we have misunderstood any of your directions, please let us know.  If
we do not hear from you, we will assume our understanding is correct and
will proceed using the approach outlined above.

                         Very truly yours,

                         MODJESKI AND MASTERS
                         Engineers


                         *Barney T. Martin*
                         BARNEY T. MARTIN


BTM:jrb


cc:  Mr. Ed Bailey - Board of Levee Commissioners
     Mr. John Holtgreve - Design Engineering Inc.
     Mr. Berkeley Traughber


MODJESKI-E2
01195



# DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT. CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS. LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

October 21, 1988



Engineering Division
Projects Engineering Section

Mr. Barney T. Martin, Jr.
Modjeski and Masters
1055 St. Charles Avenue
New Orleans, Louisiana  70130

Dear Mr. Martin:

Reference is made to your September 21, 1988, letter concerning the 17th Street Canal Parallel Flood Protection Phase 1B - Hammond Highway to Southern Railway, OLB Project No. 2043-0207.

We have reviewed the preliminary plans and have the following comments:

a.  The following stations should have the protected side (P.S.) crown width degraded as shown in the stability analysis by Eustis Engineering.  The P.S. slope should be degraded to El. 0.0 or natural ground, whichever is higher.

| STATION | EXISTING P.S. CROWN WIDTH | RECOMMENDED BY EUSTIS ENGR P.S. CROWN WIDTH |
|---|---|---|
| 558+00 | 12.5' | 11.5' |
| 564+00 | 14' | 11.5' |
| 568+00 | 11' | 10' |
| 578+00 | 11' | 10' |
| 580+00 | 13' | 10' |
| 582+00 | 11' | 10' |
| 586+00 | 13' | 10' |

b.  The following reaches should have the I-wall stability analyses based on the minimum crown width or have the wall alignment changed to match the minimum sheet pile requirements:

MODJESKI-E2
01181

- 2 -

| REACH | STATION | MINIMUM EXISTING CROWN WIDTH |
|-------|---------|------------------------------|
| STA.  589+00 to 614+00 | 596+00 | 8' |
| STA.  614+00 to 625+00 | 616+00 | 5' |
| STA.  625+00 to 634+00 | 634+00 | 4' |
| STA.  625+00 to 634+00 | 627+28 | 6' |

c. Sta. 643+00 to Sta. 663+00. The stability analysis by Eustis Engineering had a 1V on 3H levee slope on the canal side. This reach was dredged by a contractor. At Sta. 659+00 and Sta. 651+00, the distance from the levee crown to El. -10.0 (67.5') is less than a 1V on 3H slope. Since the shear strength along the failure surface is dependent on the ground surface profile above EL. -10.0, a ground surface below a 1V on 3H slope at 67.5' away from the levee crown will result in a lower factor of safety.

d. Sta. 663+00 to Sta. 669+87. The sections shown on the plans do not correspond to the stability analyses presented for this reach. At sta. 663+00 and sta. 669+87, the distance from the crown of the levee to El. -16.5 is 90' in the plans (not 93' as shown in the stability analysis). At sta. 669+87, due to the actual levee slope profile below water which was overdredged by the contractor, approximately 98' is needed from the crown to El. -16.5. At sta. 663+00, 97' is required from the crown to El. -16.5.

If you have any questions concerning the above review comments, please contact Mr. Vann Stutts, phone (504) 862-2614.

Sincerely,

Frederic M. Chatry
Chief, Engineering Division

MODJESKI-E2
01182

0508



# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:                    November 1, 1988

Engineering Division
Structural Design Section

Mr. Barney T. Martin
Modjeski and Masters
Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana   70130

Dear Mr. Martin:

    Reference is made to your October 18, 1988 letter,
concerning the 17th Street Canal Parallel Flood Protection
Phase 1B, in which you proposed the reuse of some of the
existing sheet piling between station 627+28 and station
638+31 and between station 643+00 and station 670+62.90.
Reference is also made to our October 21, 1988 letter,
concerning the same project, in which we provided our
comments concerning the alignment and stability of the
subject floodwall.

    We do not have any objections to reusing the existing
sheet piling, provided our October 21, 1988, comments are
resolved to satisfy Lake Pontchartrain, Louisiana and
Vicinity Hurricane Protection  Project, High Level Plan,
design criteria.

    If you have any questions concerning the above, please
contract Mr. Desai at telephone number 862-2657.

                    Sincerely,

                    Frederic M. Chatry
                    Chief, Engineering Division



**DEPARTMENT OF THE ARMY**

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

P.O. BOX 60267

NEW ORLEANS, LOUISIANA 70160-0267

August 12, 1988

REPLY TO
ATTENTION OF

| | | |
|---|---|---|
| ✓ | FILE | |
| | HBG | |
| | ACCT | |
| ✓ | WBC | ✓ |
| | TYS | |
| | DFS | |
| ✓ | BTM | ✓ |
| ✓ | MLS | ✓ |
| | | |
| | STAFF | |

Engineering Division
Structural Design Section

Mr. Barney Martin
Modjeski and Masters
Consulting Engineers
John Hancock Building
Room 510
1055 St. Charles Avenue
New Orleans, Louisiana  70113

Dear Mr. Martin:

Reference is made to a copy of your letter dated August 1, 1988, addressed to Mr. C. E. Bailey, Chief Engineer of the Orleans Levee District, furnished to this office in which you requested our review of the contract plans and specifications for the 17th Street Canal Toe-Wall at Pumping Station Number 6.

The design of the toe-wall is satisfactory.  However, we recommend that the end of the concrete cap be revised as shown on the attached sketches.  This revision is required to facilitate transitioning the proposed flood protection at the pumping station into the floodwall along the east bank of the canal to be constructed under the Lake Pontchartrain, Louisiana and Vicinity Hurricane Protection Project, High Level Plan.

Sincerely,

Frederic M. Chatry
Chief, Engineering Division

Enclosure

MODJESKI-E2
01059



FLOOD WALL ALIGNMENT (HLP)

End of Concrete
Cap

4"

Sta. 51+13.86
offset baseline
'B', 64.21'

DETAIL A

Top/sheet pile

Top/Conc. cap

Top/sheet pile

SECTION X-X

MODJESKI-E2
01060



## DEPARTMENT OF THE ARMY

### NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
### P.O. BOX 60267
### NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:
April 25, 1989

Engineering Division
Projects Engineering Section

Mr. Barney T. Martin, Jr.
Modjeski and Masters
  Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana  70130

Dear Mr. Martin:

    Reference your April 10, 1989 letter concerning the
17th Street Canal Parallel Flood Protection Phase 1B –
Hammond Highway to Southern Railway OLB Project
No. 2043-0207.

    We have reviewed your revised landside slope stability
analysis furnished in the above referenced letter.  The
following comments are offered for your consideration:

    a.  The soil shear strength design line for Sta. 554+00
to Sta. 635+00 should be 500 psf from El 0.0 to El. -2.0
NGVD (Eustis Soils Report dated 2 Nov 81).

    b.  A landside stability analysis for Reach 1 and
2 showing wedges and calculations at El -20.5 NGVD should
be submitted.

    c.  A landside stability analysis for Reach 3 showing
wedges and calculations at El -10.5 and El -20.5 NGVD
should be submitted.  Calculations should also be furnished
for an active wedge location of X = 110 and a passive
wedge location of X = 140.5 at El -32.0 NGVD.

    d.  The landside stability analysis for Reach 3 is
controlled by the ground surface elevations at Sta. 604+00,
a vacant lot with no fence.  The lower ground elevations
of the vacant lot in comparison to the adjoining backyards
of residences is easily seen.  Six inches of fill from
the levee toe to a distance of 30 ft from the levee toe
will allow a more economical levee section, comparable
to the section previously submitted (Oct 88).

- 2 -

e.   The RB calculations for Reaches 4, 5 and 8
canalside stability, should be based on a piezometric
headline of El -2.4 NGVD in the sand.

f.   The I-Wall stability calculations should have
submerged weights for the floodside soil profiles for
the high water design case.

g.   The canalside stability analysis for Reaches 5,
6, 7 and 8 are labelled "Rapid Draw-Down Case".  The label
is a misnomer since the piezometric headline in the sand
is independent of the canal water elevation as demonstrated
by the test section findings (Eustis Engr. Report, dated
12 Jan 84).

Please refer to my letter of January 31, 1984
commenting on our review of the Eustis Engineering Report.
It was noted in the referenced letter that the hydrostatic
head in the sand under the levee is at El -2.4 NGVD and
that the hydrostatic head should be considered in future
stability analysis.  A copy of the referenced letter is
attached.

Should you have any questions concerning the above
comments, please contact Mr. Vann Stutts at (504) 862-2614.

Sincerely,

William B. Seale

Frederic M. Chatry
Chief, Engineering Division

Enclosure

MODJESKI-E2
01176

January 31, 1984

Foundations & Materials Branch
Engineering Division


Mr. G. Joseph Sullivan
General Superintendent
New Orleans Sewerage and Water Board
City Hall, Civic Center
New Orleans, LA  70165

Dear Mr. Sullivan:

Reference is made to the attached Modjeski and Masters letter of January 17, 1984 forwarding the Eustis Engineering report on the 17th Street Outfall Canal Test Section.

We have reviewed the test section report and concur with the conclusions presented on page six. We also concur with the recommendation of installing piezometers to monitor the uplift pressures along the entire reach where the sand stratum is exposed. A contingency plan should be developed to eliminate excess uplift pressures at the landside toe during construction and presented to this office for approval.

We further concur that the recommendations of the Eustis report adequately address comments 1 and 3 on page 2 of our September 7, 1983 letter to Modjeski and Masters (copy attached). It should be noted that the test data indicate the hydrostatic head in the sand under the levee is approximately elevation 18 CD (-2.4 N.G.V.D.). This data should be considered in future stability analyses.

In regard to your permit application, technical comments 2b through 2f forwarded to you by Operations Division's letter of January 20, 1983 (copy attached) have been satisfactorily resolved. However, comment 2a concerning the gap at Veterans Highway remains to be addressed.

MODJESKI-E2
01177

Encl

-2-

I wish to point out that this letter does not necessarily
imply credit for construction toward the High Level Plan.

If we can be of any further assistance please do not
hesitate to call.

Sincerely,


Frederic M. Chatry
Chief, Engineering Division

Enclosures

Copy furnished:

Mr. Barney Martin
Modjeski and Masters
Consulting Engineers
John Hancock Building
1055 St. Charles Avenue
New Orleans, Louisiana  70130

2

MODJESKI-E2
01178



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF

October 20, 1989

Engineering Division
Projects Engineering Section

Mr. Barney T. Martin, Jr.
Modjeski and Masters Consulting Engineers
1055 St. Charles Avenue
New Orleans, Louisiana  70130

Dear Mr. Martin:

We have reviewed the final plans and specifications
for the 17th Street Canal Parallel Flood Protection,
Phase 1B – Hammond Highway to Southern Railroad, OLB
Project No. 2043-0207 which you furnished to us in your
letter of October 10, 1989.   The following additional
comments are offered:

a.  The specifications, pages 4-6 paragraph
4-03.4.4  require each layer to be compacted to at
least 95 percent of the maximum dry density of optimum
water content in accordance to ASTM D698; however, only
90 percent is necessary.

b.  Imposition of recent revisions to the I-wall
design criteria mandated by our Lower Mississippi
Valley Division office, results in higher sheet pile
tip elevations.  The resulting sheet pile tip
elevations are shown on enclosure 1.  Revise the plans
to show the new tip elevations.  This will result in a
lower overall cost for the project.

Once the above comments are incorporated into the
plans and specifications, we have no objection to your
proceeding with the proposed work.

MODJESKI-E2
01141

-2-

An estimate of credit due the Orleans Levee Board
(OLB) for engineering and design costs, including
work-in-kind credits for construction described in the
plans and specifications, will be detailed in the GDM
for this project feature.  The GDM for the 17th Street
Canal will be submitted to our Division Office in
mid-March 1990.  The final amount of credits to OLB
will be determined by government audit of the contract
payments.

Sincerely,

Frederic M. Chatry
Chief, Engineering Division

Enclosure

Copy Furnished:

Mr. C. E. Bailey, Chief Engineer
Board of Levee Commissioners
Orleans Levee District
Suite 202, Administration Building
New Orleans Lakefront Airport
New Orleans, Louisiana  70126

MODJESKI-E2
01142



**DEPARTMENT OF THE ARMY**
MISSISSIPPI RIVER COMMISSION, CORPS OF ENGINEERS
VICKSBURG, MISSISSIPPI 39180

ADDRESS REPLY TO:
PRESIDENT, MISSISSIPPI RIVER COMMISSION
CORPS OF ENGINEERS
P. O. BOX 80
VICKSBURG, MISSISSIPPI 39180

CEMRC-ED-GS  (1105-2-10c)                                    24 JUL '89

MEMORANDUM FOR Commander, New Orleans District, ATTN:  CELMV-ED-F

SUBJECT:  Sheet Pile Wall Design Criteria

1. Reference:

   a.  CEMRC-ED-GS letter, subject as above, dated 23 Dec 87.

   b.  CELMN-ED-DD letter, entitled "Phasing in of New I-Wall Design Criteria into NOD's Design/Construction Program," dated 26 Jan 88, and endorsements thereto.

   c.  CELMN-ED-DD letter, entitled "I-Wall Deflection," dated 18 Nov 88 and endorsements thereto.

   d.  WES final report entitled "Development of Finite Element-Based Design Procedure for Sheet Pile Walls" (encl 1).

2. The first two referenced letters (ref 1a and 1b) set forth revised criteria for determining the penetration of sheet pile floodwalls founded in soft clays.  The third letter (ref 1c) primarily involved discussions concerning estimating sheet pile deflections and design of I-walls to withstand these deflections.  The purpose of this letter is to summarize the guidance for determining sheet pile wall penetrations, deflections, and moments based on the referenced letters and an evaluation of the referenced report.

3. The following criteria should be followed to determine the penetration of sheet pile floodwalls founded in soft clays:

Q-Case

F.S. = 1.5 with water to flowline or SWL.

F.S. = 1.25 with water to flowline plus approved freeboard for river levees or with SWL and waveload for hurricane protection levees.

F.S. = 1.0 with SWL plus 2-ft freeboard for hurricane protection levees.

S-Case

F.S. = 1.2 with water to flowline or SWL and waveload.  If a hurricane protection floodwall has no significant waveload, determine the penetration using Q-case criteria only.

F.S. = 1.0 with water to flowline plus approved freeboard for river levees.

MODJESKI-E2<br>0J143

*Encl 1*

CEMRC-ED-GS
SUBJECT:  Sheet Pile Wall Design Criteria                    24 JUL '89

Select the maximum penetration from the applicable cases above using a limit
equilibrium analysis such as CANWAL.  In some cases, especially Q-case penetrations
derived for low heads, the theoretical required penetrations could be minimal.  In
order to ensure adequate penetration to account for unknown variations in ground
surface elevations and soil conditions, penetrations should be arbitrarily
increased, as necessary, to achieve a penetration to head ratio (for flowline or
SWL) of about 2.5 to 3:1.  Engineering judgement should be exercised in selecting
appropriate loading cases and penetration to head ratios.  For certain projects,
penetration to head ratios of less than  2.5 to 3:1 may be appropriate.

4.  Moment and shear forces computed for design of the sheet pile wall sections
should be based on the most critical loading case set forth in para 3 above and a
conventional limit equilibrium analysis such as CANWAL.  Based upon comparisons
presented in reference 1d using the Finite Element Method and soft clay conditions,
there is no significant increase in moment due to increasing pile penetration (see
plots in reference 1d, pages A-26, A-28, and A-30).  Consequently moment and shear
forces computed for design of sheet pile wall sections need only be based upon the
critical load case set forth in paragraph 3 above and the resulting pile
penetration, even if the selected penetration is greater than the computed required
penetration.  As stated in reference 1d, displacements of sheet pile walls founded
in soft clays are likely more the result of deep seated soil movements than due to
flexural deflection of the sheet pile.  Therefore, in addition to the calculation
of flexural deflection based on the critical loading case and the limit equilibrium
analysis, the finite element derived recommendations outlined on page 43 of ref 1d
can be used to help estimate total wall deflections.  Of course, the closer the
actual project site conditions are to those assumed in the WES report, the more
applicable the finite element derived deflections.  In any case, estimated sheet
pile deflection should not control the selection of the sheet pile section for
walls founded in soft clays.  A flexible connection should be designed to
accommodate the estimated relative deflections between I-walls and adjacent pile or
soil founded monoliths.

5.  It should be noted that the finite element estimated wall deflections in the
WES final report are somewhat less than those in its draft report.  This is
primarily due to the selection of a higher "K" value (soil stiffness) to calibrate
the finite element model to the E-99 field test data.  Due to sensitivity of the
computed and actual deflections to soil stiffness, the actual deflections
experienced in the field can only be estimated with limited accuracy.  If the
I-wall/levee is designed for a minimum F.S. = 1.30 for sliding stability, deep
seated foundation movements should not normally be excessive.

6.  In future design reports and design memorandums, the following information
should be shown on each I-wall Stability Plate:

   a.  Summary of load cases considered in the design.
   b.  Moment Diagram for controlling load case.
   c.  Shear Diagram for controlling load case.
   d.  Deflections computed by both CANWAL and the WES report method
       (if applicable).
   e.  Sample computations illustrating the selection of the required sheet pile
       section.

MODJESKI-E2
01144

2

CEMRC-ED-GS
SUBJECT:  Sheet Pile Wall Design Criteria                    24 JUL '89

If space permits show items b and c on levee cross-section immediately adjacent to
sheet pile soil pressure diagram.

FOR THE PRESIDENT OF THE COMMISSION:

Encl

FRED H. BAYLEY III
Chief, Engineering Division

3

MODJESKI-E2
01145

# 17th St. Outfall Canal GDM

## ORLEANS SIDE

| STATION | REQUIRED TIP ELEVATION |
|---|---|
| 553+70 TO 568+00 | -9.75 [1] |
| 568+00 TO 589+00 | -9.75 [1] |
| 589+00 TO 614+00 | -9.75 [1] |
| 614+00 TO 625+25 | -6.25 [1] |
| 625+25 TO 635+00 | -5.0 [2] |
| 635+00 TO 642+00 | 0.0 [2] |
| 642+00 TO 663+00 | 0.0 [2] |
| 663+00 TO 670+63 | 0.0 [2] |

[1] 2.5 to 1 penetration to head ratio
[2] Tip extended for seepage

MODJESKI-E2
01146