# EXHIBIT C



| SYMBOL | DESCRIPTION | DATE | APPROVED |
|--------|-------------|------|----------|

REVISIONS

# U. S. ARMY ENGINEER DISTRICT, NEW ORLEANS
## CORPS OF ENGINEERS
### NEW ORLEANS, LOUISIANA

| BOARD OF LEVEE COMMISSIONERS ORLEANS LEVEE DISTRICT NEW ORLEANS, LOUISIANA | MODJESKI & MASTERS Inc. NEW ORLEANS, LOUISIANA |
|---|---|

LAKE PONTCHARTRAIN, LA. AND VICINITY
### HIGH LEVEL PLAN
## 17TH STREET CANAL
### EXCAVATION AND FLOODWALL PROTECTION
### CAPPING OF FLOODWALLS
EAST SIDE LEVEE IMPROVEMENTS

# TITLE SHEET

DESIGNED BY: F.S.
DRAWN BY: P.W.R.
CHECKED BY: W.L.S.
DATE: NOV. 1992

SUBMITTED BY: W. B. CONWAY
MODJESKI & MASTERS Inc.

APPROVED BY:

APPROVED BY:

CHIEF, DESIGN BRANCH

APPROVED BY:

CHIEF, ENGINEERING DIVISION

APPROVED BY:

COLONEL, C. E. DISTRICT ENGINEER

CADD FILE: 40208X01.DGN

| PLOT DATE: APR 1993 | PLOT SCALE: 1 |
|---|---|

SOLICITATION NO.
DACW29- 93-B-0025

FILE NO.
H-4-40208

DWG. 1 OF 16



C•A•D

REVIEW OF PLANS AND SPECIFICATIONS
17TH STREET OUTFALL CANAL
CAPPING ● FLOODWALLS, EAST SIDE IM●VEMENTS

by Andy Studdard, Cost Engineering Branch

---

1.  **BIDDING SCHEDULE**

a.  Change the bidding schedule to the normal format.

b.  Change the quantity of the present Item 2. to "Lump Sum". The Contractor will know how many sheet piles to drive and how deep to drive them. Also, change the description of this item to *Furnishing and Driving New Sheet Piles and Driving Existing Sheet Piles in Place"*.

c.  Leave out the present Item 3., *Vibration Monitoring.* The Contractor can monitor vibrations himself if its that critical.

d.  Change the quantity of the present Item 4. to "Lump Sum". The Contractor will know how many sheet piles to cut off.

e.  Change the quantity of the present Item 5. to "Lump Sum". The Contractor will know the quantity of concrete required.

f.  Leave out the present Item 6., *Cementitious Paint*. Include the price of painting in the price for the concrete floodwall.

g.  Change the title of the present Item 7. to *Fertilizing, Seeding, and Mulching*.

h.  Create a separate subdivided payment item to cover keeping emergency sheet piles on hand. (See our comment 3.v. below on how and why to do this.)

2.  **SPECIAL CLAUSES**

a.  Leave out the present page 1-1 and change the numbering of the rest of the pages in this section back to H-1, H-2, H-3. . .

b.  Put back H-13, *RIGHTS-OF-WAY*. Let the Government take care of furnishing the right-of-way for access to the site and let the Contractor take care of any permits he needs for using the city streets.

c.  In H-18, change the payment to 60% for mobilization and 40% for demobilization.

d.  A note in the margin of H-24 *WEEKENDS, HOLIDAYS, AND NIGHTS* (which was scratched out) says to see Section 2-17. That particular section tells the Contractor when he can and can't work, but it is in the so-called Special Provisions. Take the information from the present Section 2-17 out of the Special Provisions and put in the Special Clauses.

e.  Put back H-26 *AGGREGATE SOURCES*, which was scratched out.

PAGE 1

MODJESKI-E1
01044

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

f. At the beginning of H-29 *OBSTRUCTION OF NAVIGABLE WATERWAYS*, take out the note to see also Section 2-19.

g. A note at the beginning of H-29 *SIGNAL LIGHTS*, says to see also Section 2-19. Section 2-19 tells the Contractor that the 17th Street Canal is not a navigable waterway but that the Contractor shall display signal lights anyway because illicit navigation sometimes occurs. Since this is not a navigation project, we recommend taking the information from the present Section 2-19 and putting it in the place of the present H-29 and then adding some information telling the Contractor exactly which lights to display. (The present H-29 references some Cost Guard regulations which the Contractor is not likely to know anything about.)

h. Leave out H-31 *STATE TAXES*. The Government should deal with the state before the Contract is sent out for bids to make sure that the Contractor won't have to pay any of these type of taxes.

i. Leave out H-32 *REQUIRED INSURANCE SCHEDULE*. The work is not on a Government installation.

j. Leave out H-34 *AVAILABILITY AND USE OF UTILITY SERVICES*. The Government will not provide any utilities.


3. Take out the entire *SPECIAL PROVISIONS* and disseminate or dispose of the information as follows:

a. Discard everything in 2-01 *EXTENT OF CONTRACT*. This stuff is just a repeat of the DESCRIPTION AND MAGNITUDE OF WORK on the solicitation page.

b. Discard everything in 2-02 *CONTRACT DOCUMENTS*.

c. Discard everything in 2-03 *SPECIAL AND TECHNICAL PROVISIONS*.

d. Discard everything in 2-04 *STANDARDS*. Each section of the Technical Clauses will list applicable publications.

e. Discard everything in 2-05 *DEFINITION OF TERMS*. The Contract Clauses will cover any definitions of terms.

f. Discard everything in 2-06 . The Contract Clauses will cover differing site conditions in an entirely different manner than that proposed here.

g. Take out 2-07.1, *General Project Limits* and 2-07.2, *Access Points* and clearly show and describe all Government-furnished access points on the drawings. The Government should furnish suitable access right-of-way at no charge to the Contractor.

h. Leave out the 2-07.2, the proposed *Access Points* which, among other things, would require the Contractor to pay the City of New Orleans $1,200 per month for a place to park his trailer. He might want to put it somewhere else and should be allowed to make his own deal.

PAGE 2

MODJESKI-E1
01045

17TH STREET OUTFALL CANAL
CAPPING ● FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

i.  Leave out 2-07.3, *Other Locations*, which tells the Contractor that he must obtain any additional lands he desires at his own expense.  The Special Clauses cover that.

j.  Place the information now in the first three paragraphs of 2-07.4, *Coordination With Other Work in Area*, in a newly created section of the Special Clauses.

k.  Discard the last two paragraphs of 2-07.4.  (These are the last two paragraphs on the present page 2-6.)  If the Government allows two separate Contractors to work in the same area, it should not automatically be held without fault if those Contractors get in each other's way.

l.  Discard everything in 2-08, *TRAFFIC*.  Amend the Drawings by showing the required traffic control devices and the required locations of those devices.  Amend the Special Clauses by adding a section saying that traffic control devices shall be provided as shown on the drawings.

The designers should meet with the City during the design phase to determine what devices to use and exactly where to put them.  Forcing the Contractor to go through the motions of getting a qualified Traffic Engineer would be a waste of time and a waste of money.

m.  Discard the entire 2-09, *TRUCKING THROUGH CITY STREETS*.  Under no circumstances should the Contractor be required to put up a $25,000 bond with the City of New Orleans to use the streets, nor should the Contractor have to perform any work under the supervision of city officials.  Amend the Special Clauses by adding a section telling the Contractor to sweep the streets at designated intervals, say twice a day or so when any hauling is underway.

n.  Put the information from 2-10, *UTILITIES* in the Special Clauses.

o.  Discard 2-11, *WORKING IN THE VICINITY OF EXISTING STRUCTURES*.

p.  Discard 2-12, *DAMAGE TO PROPERTY*.

q.  Discard 2-13, *MATERIALS BY CONTRACTOR*.

r.  Discard 2-14, *VARIATIONS OF ESTIMATED QUANTITIES*.  The "Variations" clause could be put in the Special Clauses if the Contract authorizes a variation in estimated quantities (see FAR 12.403(c) and FAR 52.212-11).

s.  Put the information from 2-15, *AS-BUILT DRAWINGS*. in the Special Clauses except allow the Contractor to use regular drawings instead of blue-line drawings.

t.  Discard 2-16, *EXTRA WORK*.

u.  As noted in our comment 2.d. above put the information from 2-17, *HOURS OF OPERATION*, in the Special Clauses.

PAGE 3

MODJESKI-E1
01046

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

v.  Discard 2-1B, *SEQUENCE OF CONSTRUCTION*.  The Contractor should not have to submit his sequence of construction for approval, since, prior to submitting his bid, he would not be able to determine whether or not a particular sequence would be approved.  If the Government wants the Contractor to work in some particular sequence, it can put that requirement in the specifications.  The specifications should tell the Contractor exactly what to do to maintain the present level of flood control.

With the inclusion of such ambiguous terms as *"temporary gaps"* and *"existing level of flood control"* the present 2-1B is very confusing and would seem to be meant for cases where existing sheet piles are actually removed before other work is done.  Note that the first full paragraph on the present page 2-12 says that the Contractor shall have on hand enough sheeting to close any gaps he creates in the existing level of flood control, but nothing says how long those sheets would have to be.

Rather than requiring the Contractor to keep sheet piles on hand for closing gaps at no extra cost to the Government, we recommend creating a separate subdivided item to cover keeping a *specified quantity* of sheet piles at the site.  The unit for this subdivided would be per "month".  The first subitem would be for the first month and the second subitem would be for all over the first month.  Any part of a month would be taken as a whole month.  (The Contractor would likely have to rent these sheet piles. Normally, companies that rent out the sheet piles charge about $115 per ton-month for the first month but only charge about $15 per ton-month for all over the first month.)

Also, what about vibration monitoring when a hurricane is approaching??

w.  As per our comment 2. g. above, put the information from 2-19, *LIGHTS ON FLOATING EQUIPMENT*, in the Special Clauses.

## 4.  SECTION 3, STEEL SHEET PILING

a.  In 3-05.2.2, take out everything after the 4th sentence.  The Contractor can't be held accountable if the existing piles are out of plumb, since they will have had to have been out of plumb before he even begins work on the project.

b.  Reword 3-05.2.3 to the following: "The Contractor shall not drive sheet piles within 200 feet of any concrete placed on this project until at least 7 days after that concrete is placed."

c.  In 3-07.1, take out the requirement for the Contractor to use an independent testing lab for vibration monitoring.  If vibration monitoring is required at all——and we're not convinced it should be required——the Contractor should be allowed to use his own people to do it.

d.  Take out 3-07.2 Qualifications of Testing Lab.

PAGE 4

MODJESKI-E1
01047

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

e. Take out 3-07.3 *Reporting Readings*, which would require the technician to report daily monitor readings to the Contracting Officer. The Contracting Officer will have no practical need for such reports. If vibration monitoring equipment detects vibrations which are beyond a certain established threshold, then the Contractor should be required to stop driving piles and take necessary corrective action.

f. Change 3-08.1.1 *Driving* so that driving existing sheet piles and new sheet piles will not be measured for payment. Use "lump sum", since the Contractor will be able to accurately determine the quantity to drive.

g. Change 3-08.1.2 *Trimming* so that trimming sheet piles will not be measured for payment. Use "lump sum" for trimming sheet piles, since the Contractor will be able to accurately determine the quantity of piles to trim.

h. Take out 3-08.1.3 *Vibration Monitoring*. No measurement or payment should be made for vibration monitoring.

i. Take out 3-08.1.4 *Driving and Pulling Emergency Sheet Pile*. Any driving and pulling of emergency sheet piles should be handled under a Contract modification. (Note that the consultant wants to use a single payment item to cover driving existing sheet piles and driving emergency sheet piles. This would allow nothing for stabbing the emergency sheet piles, even though, prior to submitting his bid, the Contractor would have no way to determine how many emergency sheet piles would have to be driven.)

j. Change 3-08.2.1 so that payment for driving existing sheet piles and the new sheet piles will be on a "lump sum" basis.

k. Change 3-08.2.2 *Trimming Sheet Pile* so that payment for trimming sheet piles will be on a "lump sum" basis.

l. Reword 3-08.2.3 so that payment for furnishing new sheet piles sheet will be included in the lump sum price for *Furnishing and Driving New Sheet Piles and Driving Existing Sheet Piles in Place*. (See our comment 1.b. above where we recommended changing the description of this item.)

l. Take out 3-08.2.4. No extra payment should be made for vibration monitoring.

m. Change 3-08.2.5 so that payment for keeping emergency sheet piles on hand will be made at the unit price per month for a designated quantity of piles. (See our comment 3. v. above. The description of this subdivided item would give the quantity and sizes of the sheet piles to keep on hand, and the unit would be "per month".)

n. Take out 3-08.2.6 and 3-082.7. Payment for driving and pulling emergency sheet piles should be handled by a Contract modification.

MODJESKI-E1
01048

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

## 5.   SECTION 4, CONCRETE CAP

a.  The page-numbering and the paragraph-numbering in this so-called
section are not consistent with those elsewhere.  Within Section 4,
SECTION C3D, SECTION C3A, SECTION C3B and SECTION C3C are intermingled with
sections with entirely different paragraph-numbering schemes.  Use the same
numbering schemes for the entire specifications——both for paragraphs and
for pages.  For example, the 1st page of SECTION C3D would be page C3D-1,
the 2nd page would be page C3D-2, and so forth if the letter/number/letter
scheme is used for sections.  If the sections are denoted by numbers only,
then the page-numbering scheme for Section 4 would be 4-1, 4-2, 4-3. . .

b.  In the presently-numbered C3D-3.1.1, replace every case of the term "on
Page 4-6" with the term "in H-26".  See our comment 2. e. above.

c..  Leave out the presently-numbered page 4-6 and page 4-7.  This
information will be covered in H-26 AGGREGATE SOURCES of the Special
Clauses.  (The clause number might not necessarily be H-26, but it will
contain the same information as the present H-26.)

d.  The presently-numbered C3D-3.2 says that the Government will take the
concrete compression test samples.  On practically all recent projects,
the Contractor is required to take the samples and the Government witnesses
the operation.

e.  The presently-numbered C3D-3.2 says that the Government will take the
concrete compression test samples.  On practically all recent projects,
the Contractor is required to take the samples and the Government witnesses
the operation.

f.  Leave out both the presently-numbered C3D-4.1.2 and C3D-4.1.3 on the
present page 4-9.  No allowances should be made for testing cores or load
tests.

g.  The construction tolerances given in the presently-numbered C3D-4.2 on
the present page 4-10 are not applicable to this project.

h.  The first sentence of the presently-numbered C3D-5.1.1 on the present
page 4-9 requires the Contractor to submit his concrete mix proportions for
approval.  Change this so that these proportions would be submitted for
information only.  If the Government were to approve the Contractor's
concrete mix, the Government would be at least partially at fault if
anything went wrong.

i.  In the first sentence of the presently-numbered C3D-6.2, replace the
term "Page 4-6" with the term "in H-26".  See our comment 2. e. above.

j.  In the presently-numbered C3D-7.2.1, give a 28-day strength requirement
for the cases where pozzolan is used.  (Nobody can afford to wait 90 days
to find out if the concrete will be okay.)

PAGE 6

MODJESKI-EI
01049

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

k.  Change the presently-numbered C3D-7.2.3 by giving the maximum aggregate sizes for each phase of this project.

l.  Change the presently-numbered C3D-16.1 *MEASUREMENT AND PAYMENT* so that concrete is paid for on a "lump sum" basis.  No measurement would be made.

m.  Leave out the present page 4-36.

n.  In the first sentence of the presently-numbered C3A-3.1, reduce the submittal time from 45 days to 15 days.

o.  Take out the 4th sentence of the presently-numbered C3A-4, which would require the approval of the Contractor's form design before any concrete is placed.  The Government should not assume the responsibility of approving the Contractor's design, since according to the first sentence of C3A-4, the Contractor is responsible for his own design.

p.  Take out the 4th sentence of the presently-numbered C3A-4, which would require the approval of the Contractor's form design before any concrete is placed.  The Government should not assume the responsibility of approving the Contractor's design, since according to the first sentence of C3A-4, the

q.  Rewrite the entire the presently-numbered C3A-5 *MATERIALS* to tell exactly what kind of finish to use on this project.  Use the same finishes for all monoliths.

r.  Change the presently-numbered C3A-9.2 by giving only one minimum required time to leave the forms in place.  Don't allow any variations for temperature, lift heights, or the amount of cementitious material as per the second sentence of C3A-9.2.  (That sentence doesn't tell how temperature, lift heights, or the amount of cementitious material would affect the time the forms are left in place.)

s.  In the third line of the presently-numbered C3A-11, replace the term *"unit prices"* with the term *"lump sum"*.

t.  In the third line of the presently-numbered C3A-11, replace the term *"unit prices"* with the term *"lump sum"*.

u.  Leave out the present page 4-42.

v.  The presently-numbered C3B-6 *SUBMITTALS* would require the Contractor to submit shop drawings for appoval.  Change that so that shop drawings would be submitted for informational purposes only.  The Government should not approve shop drawings.

w.  Leave out the second sentence of the presently-numbered C3B-8-3.2 and leave out the following table.  Concrete cover should be as shown on the drawings (make sure the drawings show the concrete cover).

PAGE 7

MODJESKI-E1
01050

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

**x.** Leave out the second sentence of the presently-numbered C3B-B-3.2 and leave out the the table which follows it.

**y.** In the third line of the presently-numbered 4-05.4, replace the term *"unit prices"* with the term *"lump sum"*.

**z.** In the presently-numbered 4-08.5.1, replace every case of the term *"Chief Engineer"* with the term *"Contracting Officer"*.

**aa.** The presently-numbered 4-08.5.2, gives requirements for compaction equipment and the presently-numbered 4-08.5.4 tells how many passes each of those equipment types is to make to achieve the desired compaction. However, the presently-numbered 4-08.5.3 says that compaction should be to 95% of optimum water content as determined by ASTM D698 or 90% as determined by ASTM D1557. What if the required number of passes doesn't give the required density??

Also, the type of equipment described in the presently-numbered 4-08.5.2 is normally used to construct levees and is too large to compact the areas that will be backfilled on this project. Some kind of hand-operated vibrating equipment would be more suitable.

**bb.** Change the presently-numbered 4-08.6 so that excess material is spread out on the levee crown rather than hauled away. Hauling the material would serve little purpose other than to run up the cost of the project. *May not be possible*

## 6. SECTION 5, TURFING

**a.** Change the title of this section to **FERTILIZING, SEEDING, AND MULCHING**.

**b.** At the very beginning of the second sentence of 5-01 *SCOPE*, replace the phrase *"The establishment of turf"* with the phrase *"Fertilizing, seeding, and mulching"*. The Contractor should only be required to fertilize, seed, and mulch the levee according to the specifications. He cannot be held responsible if no turf results from his efforts, as long as he follows the specifications.

**c.** Change the title of 5-02 from *AREAS TO BE TREATED* to *AREAS TO BE FERTILIZED AND SEEDED*. Change the text of 5-02 to the following: *"The Contractor shall fertilize, seed, and mulch the levee as shown on the Contract drawings. The Contractor shall also fertilize, seed, and mulch any additional areas within the rights-of-way disturbed by his operations."*

**d.** In 5-03.2 *Sequence of Work*, leave out requirement number 5. *Post Fertilizing*.

**e.** Leave out the first paragraph of 5-04.1, which would require the Contractor to supply representative samples of levee material to the Louisiana Cooperative Extension Service so that they can determine the

PAGE 8

MODJESKI-E1
01051

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

quantity of fertilizer and lime to be used. Go with our normal specifications for fertilizer, i.e., 60 pounds of nitrogen per acre, etc.

If the specifications don't tell exactly what kind of fertilizer to use, the Contractor won't be able to determine the cost of fertilizer until after work is started, and this could result in a contract modification. On the other hand, if the designers want to change from the normal fertilizer requirements, let them take the soil samples to the Louisiana Cooperative Extension Service and use the resulting information to write the specifications for the fertilizer.

f.  Leave out 5-04.2, *Fertilizer, Postplanting*.  No postplanting should be required, since it would just drag out the Contract completion date and would have very marginal benefits at best.

g.  In the second sentence of 5-07.1, replace the term *"Chief Engineer"* with the term *"Contracting Officer"*.

i.  In 5-07.2, replace the word *"turfing"* with the words *"fertilizing, seeding, and mulching"*.

j.  At the end of the first sentence of 5-07.3, replace the word *"turfed"* with the words *"fertilized, seeded, and mulched"*.

k.  In both the first sentence and the last sentence of 5-07.4, replace the word *"turfed"* with the words *"fertilized, seeded, and mulched"*.

l.  Leave out 5-08.2, *Postplanting Fertilization*.  No postplanting should be required.  (See our comment 6. e. above.)

m.  Leave out 5-11, *WATERING*, an attempt to require the Contractor to water planted areas sufficiently to promote growth.  This could only stir up trouble between the Contractor and some over-zealous Government Inspector. The wording is so loose that the Contractor could not really be required to water anyway.  (Nothing clearly tells him when or how to water.)

n.  At the end of the first line of 5-12, *MOWING* replace the word *"turfed"* with the words *"fertilized, seeded, and mulched"*.

o.  In the first sentence of 5-14 *REPAIR*, replace the word *"turfed"* with the words *"fertilized, seeded, and mulched"* and replace the word *"turfing"* with the words *"fertilizing, seeding, and mulching"*.

p.  According to the second sentence of 5-14 *REPAIR*, repair work required because of faulty operations or negligence by the Contractor shall be performed without additional cost (to the Government).  Amend this section by telling how to pay for repair work that is not the fault of the Contractor.

q.  Change 5-15 *INSPECTION AND ACCEPTANCE* so that fertilizing, seeding, and mulching will be accepted immediately after those operations are completed as specified.  The Government inspector will have to be on his toes to

PAGE 9

MODJESKI-E1
01052

17TH STREET OUTFALL CANAL
CAPPING OF FLOODWALLS, EAST SIDE IMPROVEMENTS

by Andy Studdard, Cost Engineering Branch

assure that the Contractor doesn't screw up and do something wrong, like, for instance, not planting the right kind of seed or not using enough fertilizer.

*The emphasis should clearly be on fertilizing, seeding, and mulching, and not on establishment of turf. If only establishment of turf is required, then the Contractor could just wait around until grass starts growing.*

r.   Change the first sentence of 5-16 <u>MEASUREMENT</u> to the following: "Fertilizing, seeding, and mulching will be measured by the acre."

s.   Change 5-17 <u>PAYMENT</u> to the following:

*"Payment for fertilizing, seeding, and mulching will be made at the contract unit price per acre for "Fertilizing, Seeding, and Mulching". This price shall constitute full compensation for furnishing all plant, labor, materials and equipment and performing all operations necessary to fertilize, seed, and mulch in accordance with these specifications.*

### 7.   <u>DRAWINGS</u>

We have returned a marked-up set of drawings with our comments, most of which are relatively minor.  Note that on at the upper left side of Drawing 9, the section entitled <u>TYPICAL TYPE I CAP</u> requires a #5 bar to be passed through the handling holes of existing piles which are to be cut-off to grade.   What is the Contractor to do in cases where the handling hole is in the cut-off section?

MODJESKI-E1
01053

Green

17th Street Outfall Canal, Capping of Floodwalls
East Side Improvements
P&S Review Comments
6 May 92

ED-FM (Rome x-1194):

1.  **Section 4.**  We recommend that the sections be arranged as the paragraphs are numbered (C3A, C3B, C3C, C3D).  These specs will be difficult for all who have to use them because of the chopped up paragraph numbering.

2.  **Pgs 4-2 and 4-4, paras C3D-2.1, C3D-2.3 and C3D-2.4.**  Update the publications by making the changes shown.

3.  **Pg 4-5, para 3.1.1.**  In the first, third and last sentences, replace "on Page 4-6" with " in H-26".  Note the aggregate source list should be listed in the special clause section H.

4.  **Pg 4-5, para 3.1.1.**  In the third sentence, replace "Government's Inspector... by the Government" with "Contracting Officer's Representative in accordance with CRD-C 100 shall be delivered to the Waterways Experiment Station (3909 Halls Ferry Road) in Vicksburg MS".

5.  **Pg 4-5, 3.1.1.**  Add the following as the fifth sentence:

    From 90 to 120 days will be required to complete evaluation of the aggregates.

6.  **Pg 4-6 and 4-7, paras a thru e.**  Move these paragraphs to the special clause section (H) and insert the latest (Sep 91) aggregate source list (att 1).

7.  **Pg 4-8, para C3D-3.2.**  In the second sentence, delete "for".

8.  **Pg 4-8, para C3D-3.2.**  Change the fifth sentence to the following:

    When cylinders are molded, slump and air content will be determined in accordance with ASTM C 143 and ASTM C 231, respectively.

9.  **Pg 4-11, para C3D-4.3.**  Under the class of finish, delete classes C & D in their entirety.  Note the Formwork section only references classes A, B and F.

10.  **Pg 4-12, para C3D-5.1.4.**  This paragraph should be reserved and its subparagraphs deleted if grout is not needed as implied by reserving C3D-14.

11.  **Pg 4-13, paras C3D-5.3.3 and C3D-5.3.4.**  Delete "C3D-8.1 and".

12.  **Pg 4-14, para C3D-6.1.5.**  Change "low alkali with the optional" to "with the alkali requirements of Table 2 and with the".

13.  **Pg 4-14, para C3D-6.1.6.**  Insert "(PM)" after "Type I".

1

MODJESKI-EI
01054

P&S Review Cmts: 17th Street Canal, F/W Capping, East Side      6 May 92

14. **Pg 4-14, para C3D-6.2.** At the end of the first sentence, change "Page 4-6" to "H-26".

15. **Pg 4-15, para C3D-6.5.** Add "sugar," after "salt,".

16. **Pg 4-15, para C3D-7.2.1 and C3D-7.2.2.** If different from what is specified, add the strength and water-cementitious ratio requirements for the stabilization slab (presently labeled "Concrete Pouring Table") shown in Section C-C on drawing 12.

17. **Pg 4-17, para C3D-7.4.1.** In the table, change "Less than 505" to "Less than or equal to 505".

18. **Pg 4-23, para C3D-10.4.** Drawing 12 shows a construction joint allowed; therefore, some, if not all of the following paragraphs should be added:

    C3D-10.4  Construction Joint Treatment.
    C3D-10.4.1  General.  Concrete surfaces to which other concrete is to be bonded shall be prepared for receiving the next lift or adjacent concrete by cleaning with either air-water cutting, sandblasting, or high pressure water jet.  The surfaces of construction joints shall be kept continuously wet for the first 12 hours during the 24-hour period prior to placing concrete.
    C3D-10.4.2  Cleaning.
    C3D-10.4.2.1  Air-Water Cutting.  Air-water cutting of a construction joint shall be performed at the proper time and only on horizontal construction joints.  The surface shall be cut with an air-water jet to remove all laitance and to expose clean, sound, mortar and coarse aggregate, but not so as to undercut the edges of the larger particles of aggregate.  The air pressure used in the jet shall be 100 pounds per square inch plus or minus 10 pounds per square inch, and the water pressure shall be just sufficient to bring the water into effective influence of the air pressure.  When approved by the Contracting Officer, a retarder complying with the requirements of CRD C 94 may be applied to the surface of the lift in order to prolong the period of time during which air-water cutting is effective.  Prior to receiving approval, the Contractor shall furnish samples of the material to be used and shall demonstrate the method to be used in applications.  After cutting, the surface shall be washed and rinsed as long as there is any trace of cloudiness of the wash water.  The surface shall again be washed just prior to placing the succeeding lift.  Where necessary to remove accumulated laitance, coatings, stains, debris, and other foreign material, sandblasting will be required as the last operation before placing the next lift.
    C3D-10.4.2.2  High-Pressure Water Jet.  A stream of water under a pressure of not less than 3,000 pounds per square inch may be used for cleaning.  Its use shall be delayed until the concrete is sufficiently hard so that only the surface skin or mortar is removed and there is no undercutting of coarse- aggregate particles.  Where the cleaning occurs more than 2 days prior to placing the next lift or where work in the area subsequent to the cleaning causes dirt or

2

P&S Review Cmts: 17th Street Canal, F/W Capping, East Side      6 May 92

debris to be deposited on the surface, the surface shall be cleaned again as the last operation prior to placing the next lift.  If the water jet is incapable of a satisfactory cleaning, the surface shall be cleaned by sandblasting.

   C3D-10.4.2.3  Sandblasting.  When employed in the preparation of construction joints, sandblasting shall be performed as the final operation completed before placing the following lift.  The operation shall be continued until all accumulated laitance, coatings, stains, debris, and other foreign materials are removed. The surface of the concrete shall then be washed thoroughly to remove all loose materials.  The surface shall again be washed just prior to placing the succeeding lift.

   C3D-10.4.2.4  Waste Disposal.  The method used in disposing of waste water employed in cutting, washing, and rinsing of concrete surfaces shall be such that the waste water does not stain, discolor, or affect exposed surfaces of the structures, or damage the environment of the project area.  The method of disposal shall be subject to approval.

   C3D-10.4.2.5  Surface Condition.  The surface of the lift shall be damp at the time of placement of the next lift and shall be free of standing water.

19.  Pg 4-23, para C3D-10.4.1.  In the note, change "DETAIL ___" to "Section C-C" for agreement with drawing 12.

20.  Pg 4-24, para C3D-11.4.  In the fourth sentence, delete "may".

21.  Pg 4-26, para C3D-12.2.  In the last sentence, change "for 7 days" to "and protected in accordance with C3D-13".

22.  Pg 4-26, para C3D-12.2.1.  In the table, state the type of textured finish and the cementitious paint color.  Note the drawings do not show where the textured finish and cementitious paint are to be applied.

23.  Pg 4-26, para 12.2.1.  In the first sentence below the table, change "painting" to "cementitious painting".

*C3C-9A ?*

24.  Pg 4-27.  Since the requirements for the cementitious paint finish are not contained in subparagraphs of C3D-12, consider adding paragraph C3D-12.2.7 entitled, "Cementitious Paint Finish" in which cross reference is made to Section 4-07.

25.  Pg 4-27, para C3D-13.2.  For two occurances in the third sentence, change "it is kept" to "the wall and burlap are kept" and "the burlap is kept", respectively.

26.  Pg 4-30, para C3D-15.2.5.  In the first sentence, delete "slag,".

27.  Pg 4-31, para C3D-15.2.8.  At the end of the first sentence, delete "of placement".

28.  Pg 4-34, para C3D-15.3.8.  Delete "should".

3

MODJESKI-EI
01056

P&S Review Cmts: 17th Street Canal, F/W Capping, East Side    6 May 92

29.   Pg 4-37, para C3A-2.1.  Replace "Recommended Practice for Concrete Formwork" with "Formwork for Concrete".

30.   Pg 4-37, para C3A-2.2.  Replace "Bureau of Standards (NBS)" with "Institute of Standards and Technology (NIST)".

31.   Pg 4-37, para C3A-3.3. Reevaluate the requirements for sample panels with respect to the requirements of paragraph C3A-9.1.

32.   Pg 4-38, para C3A-4.  In the fifth sentence, change "12 of ACI Standard 347" to "2 of ACI 347R".

33.   Pg 4-38, para C3A-5.1.1.  In the second exception of the first sentence, reference is made to drawing #12 where the Detail of a special forming is to be used; however, drawing #12 does not show the Detail.

34.   Pg 4-38, para C3A-5.1.1.  In the second sentence, change "NBS" to "NIST".

35.   Pg 4-39, para C3A-5.1.3. Note the Class "F" finish is not labeled on the drawings.

36.   Pg 4-39, para C3A-5.2.  In the fifth sentence, change "ACI 347" to "ACI 347R".

37.   Pg 4-40, para C3A-9.1.  In the first sentence, change "pour" to "place".

38.   Pgs L-16 & L-17.  Add the submittal items contained in attachment 2.

39.   Dwg 12, Sect C-C.  Replace "Pouring Table" with "Stabilization Slab.

40.   Necessary changes are shown marked in green on pages 4-15, 4-23, 4-35, 4-37, 4-38, 4-39, 4-56 and 4-58.

ED-FS (Richardson x-1031):

41.   Pgs 4-59 & 4-60, para 4-08.2.  The reference to Section 3-03.4.4 in the last sentence should be verified.

42.   Pgs 4-60 & 4-63, para 4-08.5.  This section contains a mixture of both performance type specifications and end result compaction requirements.  Only one type should be specified.  Add the word "pounds" after "1150" in the last line of page 4-60.

43.   Dwg 7 of 14.  The section shown in the lower lefthand corner of the drawing indicates that the sheetpile will be driven to el. -15 to Sta 612+92.4.  The sheetpile should be driven to Sta 614+00 instead of Sta 612+92.4.

44.   Dwg 13 of 14.  Recommend capping all of the sheetpile since settlements of the levee tiein should be essentially complete.

4

LIST OF APPROVED AGGREGATE SOURCES

September 1991

| Producer | Nearest Town to Pit | Pit Designation |
|---|---|---|
| A. B. Chisum Gravel Co. | Sicily Island, LA | A. B. Chisum Sand & Gravel |
| American Sand & Gravel Co. | Hattiesburg, MS | Plant A |
| American Sand & Gravel Co. | Hattiesburg, MS | Plant E |
| B & B Gravel, Inc. | Grangeville, LA | Hornsby Pit |
| B & B Gravel, Inc. | Grangeville, LA | Naquin Pit |
| Blain Sand & Gravel, Inc. | Crystal Spring, MS | Jones Pit |
| D. & J. Construction | Aimwell, LA | Aimwell Pit |
| Dravo Basic Materials Co., Inc. | Smithland, KY | Three Rivers Quarry |
| Feliciana Sand & Gravel Co. | Jackson, LA | Harvey Pit |
| Feliciana Sand & Gravel Co. | Jackson, LA | Mckowen Pit |
| Jackson Ready-Mix Concrete Co. | Crystal Springs, MS | Pit # 715-11 |
| Lambert Gravel Co., Inc. | Bains, LA | G-2 |
| Louisiana Industries, Inc. | DeRidder, LA | Anacoco Pit |
| Louisiana Industries, Inc. | Grangeville, LA | Hatcher-Wales Plant |
| Louisiana Industries, Inc. | Hickory, LA | Hickory Plant |
| Louisiana Industries, Inc. | Grangeville, LA | Hornsby Plant |
| Louisiana Industries, Inc. | Ball, LA | Paradise Pit |
| Louisiana Industries, Inc. | Perryville, LA | Perryville Pit |
| Louisiana Industries, Inc. | Enon, LA | Price Plant |
| Louisiana Industries, Inc. | Woodworth, LA | Woodworth Plant |
| Mears Sand & Gravel Co. | Watson, LA | Penny & Easterly Leases |
| Mid-State Material Co., Inc. | Woodworth, LA | Woodworth Plant |
| Mid-State Sand & Gravel Co., Inc. | Gardner, LA | Gardner-Hot Wells Plant |

MODJESKI-E1
01058

ATT. 1

| | | |
|---|---|---|
| Quick Sand & Gravel. Inc. | Watson, LA | Bailey & Addison Leases |
| Rebel Sand & Gravel Co. | Watson, LA | Plant 5 |
| Rebel Sand & Gravel Co. | Watson, LA | Plant 6 |
| Rebel Sand & Gravel Co. | Watson, LA | Plant 9 |
| Reed Crushed Stone Co.. Inc. | Gilbertsville, KY | Gilbertsville Quarry |
| Standard Gravel Co. | Pearl River, LA | Nicholson Plant (Nic-7) |
| Standard Gravel Co. | Enon, LA | Enon Pit (C-10) |
| Thomas Sand & Gravel Co.. Inc. | Grangeville, LA | Carter #2 Pit |
| T. L. James & Co.. Inc. | Pearl River, LA | Pit # 1 |
| T. L. James & Co.. Inc. | Pearl River, LA | Pit # 3 |

\*  "Nearest Town to Pit" according to LDOTD Official State Highway Map.

Futher information on these pits can be obtained from the Geology Section of the  U. S. Army Corps of Engineers District Office in New Orleans.

ATT. 1

MODJESKI-E1
01059

CELMN-RE-AP  (405-90h)                          27 May 1992
                                                Mrs. LaBure/jt/1295

MEMORANDUM FOR  Chief, Engineering Division

SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection
Project, 17th Street Outfall Canals, Capping of Floodwalls East Side
Improvements, Orleans Parish, Louisiana

1. Memorandum, CELMN-ED-DD, dated 8 April 1992, furnished for review a copy
of plans and specifications for subject project.

2. The following comments are offered:

   a.  It is our understanding that the Orleans Levee District may want the
Corps of Engineers to advertise this contract. Therefore, the plans and
specifications have been reviewed from this prospective.

   b.  Special Clause 2-07 Right-of-Way and Access to Work Site

      (1) 2-07.1 General Project Limits - The "North Limit" and "South
Limit" of the project should be delineated on sheets 3 and 6 of the plan
drawings, respectively as described in the specifications. Since the
"East Limit" of the project will be the "fence line" on the backside slope of
the Orleans Levee, it is assumed there are encroachments on the existing
right-of-way. The "fence line" should be delineated as a "construction area"
available to the contractor to avoid possible confusion that the "entire
right-of-way" on the protected side of the 17th street canal levee is
available to the contractor. This "construction area" should avoid
obstructions. The other alternative, is to utilize the existing right-of-way
line and identify all obstructions, utilities, and facilities, within the
existing right-of-way, in tabular form by station if necessary, with
appropriate disposition, such as "to be removed by others" or "do not
disturb." This should be applied to the "West Limit" as well.

      (2) 2-07.2.2 Access Points - The four access points proposed in the
specification should be shown on the plan drawing (sheets 3 through 6). The
specifications require the contractor to obtain access agreements for 2 of
these locations. "Location 2" appears to be a construction staging area
(temporary construction easement). The specifications inform the contractor
that any costs associated with obtaining access to the job site in accordance
with any requirements set forth in the specifications or otherwise, should be
taken into account in the contractor's bid since no direct payment will be
made. However, we feel that the right-of-way access and staging areas should
be acquired or agreements secured by the Orleans Levee District pursuant to
the Local Cooperation Agreement between the Orleans Levee District and the
Government. This agreement states that the Orleans Levee District shall
"provide all lands, easements, and rights-of-way, including borrow and spoil
disposal areas necessary for construction, operation, and maintenance of the
project." Our contractor is only responsible for damage due to his fault or
negligence.

MODJESKI-E1
01062

CELMN-RE-AP
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection
Project, 17th Street Outfall Canals, Capping of Floodwalls East Side
Improvements, Orleans Parish, Louisiana

The Local Cooperation Agreement between the United States of America and the
Orleans Levee District states that the Levee District will "hold and save the
United States free from damages due to the construction works." This extends
to contractors for the Corps of Engineers, as well.  The Permits and
Responsibility Clause (APR 1984), No. 52.236-0007, of the Federal Acquisition
Regulation further states that "The contractor shall also be responsible for
all damages to persons or property that occur as a result of the contractor's
fault or negligence, and shall take proper safety and health precautions to
protect the work, the workers, the public and the property of others." This
clause is adequate for addressing the contractor's liability and should be
included in the contract along with the standard FAR contract clauses.
Therefore, the requirement that the contractor obtain additional insurance for
the use of the City of New Orleans property and provide a
hold harmless to the City, would not be acceptable if the Corps advertised
this contract.  In addition, the hold harmless requested on behalf of
Mr. Robert J. Lupo for access through his property should be addressed with
Office of Counsel as well for acceptability.

     (3)  2-07.3  Other locations – This clause should follow Engineering
Division's standard right-of-way clause H-13, deleted from the specifications
on pages 1 – 21 and 1 – 22.

     c.  2-07.4  Coordination With Other Work in Area – If this provision is
included, a comparable and appropriate clause should be included in the other
contract regarding coordination of work to avoid conflicts.  The clause in
this contract should be reviewed by Office of Counsel, as well.

     d.  2-11 Working in the Vicinity of Existing Structures – As stated
previously, all items, obstructions, utilities and facilities, located within
the right-of-way made available to the contractor, must be identified with
appropriate disposition.  See our comment in b.(1).

     e.  2-12 Damage to Property – See our comment b.(2) regarding contractor
responsibility and liability.

5.  This concludes our review of plans and specifications for subject project.
In accordance with your memorandum, subject plans and specifications are
returned.

Atchs

THAD J. BROWN
Chief, Real Estate Division

(Please see page 3 for copies furnished)

MODJESKI-EI
01063

CELMN-RE-AP
SUBJECT:  Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection
Project, 17th Street Outfall Canals, Capping of Floodwalls East Side
Improvements, Orleans Parish, Louisiana


CF (w/o atchs):
CELMN-ED-DD
CELMN-ED-E
CELMN-CD-QR
CELMN-CD-NO
CELMN-LC
CELMN-CT
CELMN-RE-P
CELMN-RE-AC
CELMN-RE-E

3

MODJESKI-EI
01064

*Orange*

CELMN-CD-QM                          (19R2FWCP)S-200,B-120
Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements

GENERAL OBSERVATIONS

The following comments are preliminary and are made under the
assumption that the COE will be administering the contract for
this project:

   (1) The specifications have not been prepared and presented
in a manner routinely familiar to Construction Division personnel.
The Bidding Schedule is ad hoc, the sections out of order, the
paragraph numbers non-standard, and some FAR Clauses have been
misapplied.  The specifications in their present form can neither
be reviewed nor applied by Government personnel in an expeditious
manner . They could also prove confusing to potential bidders.
Recommend that these specifications be revised so as to continue
use of the " Uniform Contract Format " in preparation of P&S and
then resubmitted for a Regulation BCO review.(QM,CM)

   (2) Completely reformat Bidding Schedule to accord with Item
1, above.(LA,QM)

   (3) Either change Item 3, Vibration, to a subdivided item or
include with lump sum in Item 2, Sheet Piling. It may require more
than $150.00 to do this work.(QM,CM)

   (4) Include indexes, preferably a general index and indexes
   for each section.(QM)

   (5) Put Sections in order, eg.: Sec.A, Sec.B, Sec.C....Sec.H
and use correct nomenclature for paragraphs and pages as indicated
below:(QM)

        Section A Solicitation, Pg. A-1, A-2 etc.
        Section B (Bidding Schedule), Pg B-1, B-2 etc.
        Section C (Technical Specifications), Pg.C-1, Pp.C1-1.1 etc
        Section H (Special Clauses), Pg. H-1, Pp.H-1 etc.....

   (6) Page 2-1( Page C1-1), Section 2(1) and Typical: Use
correct terminology such as " Technical Clauses " not " Special
Provisions ".(QM)

BIDDING SCHEDULE

   (7) Pgs. B-1 and B-2: Completely revise to follow standard
U S Government format.(LA,QM)

   (8) Revise item "3" to utilize sub-divided item clause.
Example:

                                           MODJESKI-E1
                                             01065

                    Encl 1

CELMN-CD-QM                              ( 19R2FWCP )S-200,B-120
Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements

| Vibration Monitoring: | Est.Amt. | Unit Price | Total |
|---|---|---|---|
| a. First 125 Hours | 125 | $/Hr. | $ |
| b. All over 125 Hrs. | 75 | | $ |

                                                              ( QM )

     (9)  Consider the following:
         a. Item # 3 - Vibration Monitoring: Delete or modify as
previously discussed.
         b. Item # 8 - Emergency Sheet Pile
Include cost of deleted items in the Driving Existing Sheet Pile
in Place Item.  Concrete Cap Item should be changed from a unit
price to a lump sum item.(CC)

SECTION C - TECHNICAL SPECIFICATIONS

     (10) Revise sections and paragraphs to use standard Government
nomenclature such as: SECTION C1/2/3 etc., Pg C1/2-1, Pp. C1-01.
This comment should be considered "Typical " for all
Sections.(QM)

     (11) Pg.(C1)2-2, Pp. (C1)2-03: Delete "SPECIAL AND" from
title. (QM)

     (12) Pg. (C1)2-2, Pp(C1)2-05: Check these Specifications
nutritiously to confirm that the term " Engineer " does in fact "
always " refer to MODJESKI and MASTERS.(QM)

     (13) Pg. (C1)2-4, Pp(C1)2-07.2.2(2): Don't show item "2)"as an
access way for the Contractor. Page (C)2-5, 1st Pp. restricts the
use to parking his trailer.(QM)

     (14) Pg.(C1)2-4, Pp(C1)2-07.2.2: This section also instructs
contractor to obtain access to job site through  written agreement
with property owner.  These agreements should be completed prior
to bid opening.   Also, it should be stated that access via the
17th street canal, for all the work adjacent to the floodwall, is
available for the contractor's use as previously requested in BCO
Review of 20 April 1990.  This section contains a hold harmless
clause in favor of the City of New Orleans, but none for the
Government. Correct this.

     (15) Pg. (C1)2-4: Add a paragraph number, " C1-07.2.3 " at "
Access at location (1) shall..."(QM)

     (16) Pg. (C1)2-6, Pp.(C1)2-07.4: Fill in dates and time
period.(QM)

MODJESKI-EI
01066

CELMN-CD-QM                        (19R2FWCP)S-200,B-120
Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements


    (17) Pg.2-7(C1-7), Pp.2-08.1.2(C1-8.1.2; Certification: Revise
to read "...a registered professional engineer 'registered in a
State of the United States'." (QM)


    (18) Pg. (C1)2-9, Pp. (C1)2-09, 4th Pp, Last sentence, 5th Pp.
and 6th Pp., First sentence Delete: " Chief Maintenance Engineer
of the New Orleans Street Department " " Sewerage and Water Board
" and " Representatives of the New Orleans Street Department ".
Contractor must deal only with COR.(QM)
        - 6th Pp.: Clarify last sentence "...no direct
        payment."(QM)


    (19) Pg. (C1)2-12, Pp.(C1)2-18: Delete last paragraph starting
with "Payment for driving and pulling the emergency sheeting".
The specifications should indicate that this work, if required,
will be paid for by modification.(CC)


    (20) Pg. 3-1 through 3-5, Pps 3-01 through 3-08.2.7; Revise to
        read Pgs C2-1 Through C2-5, Pps. C2-1 thru C2-8.2.7.(QM)


    (21) Page 3-2(C2-2), Pp.3-05.2.2: If a pile is driven to below
"acceptable" elevation, consider inserting the following as
indicated: "...deeper. ' If a pile is overdressing and a vertical
welded extension is necessary to restore proper elevation, a
minimum extension of 6-inches above the weld shall be made even if
it is necessary to pre-trim the overdriven pile to procure correct
elevation.' If.." (QM)


    (22) Pg.(C2)3-4, Pp.(C2)3-08: Delete or revise to accord with
Comment " "3", above, Measurement and Payment paragraph for
Vibration Monitoring (Sec 33-08.1.3 and 3-08.2.4).
        -Delete same for Driving and Pulling Emergency Sheet Pile
(Sec 3-08.1.4, 3-08.2.6 and 3-08.2.7), Emergency Sheet Pile (Sec
3-08.2.5).  The cost of the above work, except emergency sheet
pile, should be included in the contract unit price for Driving
Sheet Pile.(CC,QM)


    (23) SECTION 4/SECTION C3D: This section ( These sections ) do
not fit in with the "bare-bones" numerical designations in use
throughout the specifications. Clarify the nomenclature used in
these specifications. See comment No. 9 on this subject. (QM)


    (24) Section C3D-16, change the concrete cap item from unit
price to a lump sum item.  Also change the reference of unit
price to lump sum in the measurement and payment paragraphs for
formwork, reinforcing steel, shear studs, concrete, expansion
joints, waterstops, expansion joint fillers, cathodic protection,
and structural excavation and backfill for the concrete cap.


                                            MODJESKI-E1
                                              01067

CELMN-CD-QM                           (19R2FWCP)S-200,B-120
Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements


SECTION H - SPECIAL CLAUSES

    (25) PP H-2, Liquidated Damages: The amount for Liquidated
Damages is $          per day.(QM)

    (26) Page (H)1-15, Pp.H-10f: Clarify applicability of this
statement. Where are these two-way haul roads?(QM)

    (27) Page (H)1-23, Pp. H-17, Commercial Warranty: This PP
doesn't seem to apply. If this is correct delete it.(QM)

    (28) Section H-18 Mob and Demob calls for 80 percent of the
item is be paid for under mobilization and the remaining 20
percent for demobilization.  Normally these percentages are 60
percent for mob and 40 percent for demob.

    (29) Pp.H-20, Time extensions for unusually severe in calendar
days weather are:

                        WEATHER CALENDAR

| ITEM | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| E. 5-DAY WEEK ADJ | 7 | 6 | 4 | 4 | 4 | 6 | 6 | 6 | 4 | 4 | 4 | 5 |

                                    Total (5-Day Wk Adj)   60

REMARKS:  New Regulation ER 415-1-15, 31 Oct 89, determining days
for 5-day work week was used in adjusting the weather calendar.
The adjustment used here was 5/7 of the normal calendar.(QM)

    (30)Pp H-32 Required Insurance Schedule: Unless this is a
Government Reservation, this paragraph should be deleted.(QM)

    (31)   H-33 Government Furnished Property: Can't find any
property being furnished by Government. This could be very
misleading. Delete paragraph.(QM)

DRAWINGS

    (32)  Drawing Number 7, Note A should be replaced with "It is
the contractor's option to trim and drive the piles between
stations 553+90.7 and 612+92.4 or to drive the piles to a lower

MODJESKI-E1
01068

CELMN-CD-QM                           (19R2FWCP)S-200,B-120
Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements


than required elevation thereby eliminating the need for trimming.
No separate payment will be made for trimming in this reach the
cost shall be included in the Driving Sheet Pile Item".(CC)

    (33)  Drawing Number 9, there is no table to indicate the
values of elevation A, B and C shown on the drawing.(CC,QM)

END              '      (19R2FWCP)120/200

MODJESKI-E1
01069



CELMN-CT-CC (1180-1-1q)                    7 May 1992

MEMORANDUM FOR  CELMN-ED

SUBJECT:  Review of Plans and Specifications for 17th St.
Outfall Canal, Capping of Floodwalls East Side Improvements

1.  Plans and specifications for the subject job have been
reviewed and the following are our comments.

2.  This entire specification and bidding schedule needs to be
put in the correct format.

3.  Throughout the specifications there are paragraphs that
refer back to other numbered paragraphs.  When these
specifications are put in the correct format, make sure that all
paragraphs referenced are corrected.

4.  Throughout this entire spec there are paragraphs referenced
and then deleted.  Example:  C3C-7.2.1 Splices.  Deleted
These paragraphs should be omitted completely.  There will be a
lot of confusion caused if left in.

5.  Contracting Division will change page A-2, SF-1442 back,
block 26, to reflect the New Orleans Area Office.

6.  Page 2-5, paragraph 2), fill in the blank at the end of the
first line.

7.  Page C2-5, the paragraph following 6), 2nd line, fill in the
blanks.

8.  Page 2-8, paragraph 2-09, 5th line, fill in the blanks.

9.  Page 3-5, paragraphs 3-08.2.6 and 3-08.2.7, bid item 8 is a
lump sum item for emergency sheet pile.  There will not be a unit
price.

10. There are no aggregate sources listed on page 4-6 as
indicated.  This paragraph should be incorporated into Section H,
Special Clauses.

11. Page 4-13, paragraph C3D-5.3.5, last line, there is no
paragraph C3D-10.4 as indicated.

12. Page 4-23, paragraph C3D-10.4.1 should read C3D-10.4 or omit
completely as indicated in paragraph 4 above.

13. Page 4-23, the note following paragraph C3D-10.4.1 has a
blank that must be filled in.

14. Page 4-28, there should be a paragraph marked C3D-13.3
"Reserved".

15. Page 4-35, paragraph C3D-16.1, 5th line, there is a blank
that must be filled in.

16. Page 4-37, there are 2 paragraphs numbered C3A-2.2.

17. Page 4-38, paragraph C3A-5.1.1, 4th line, there is a blank
that must be filled in.

MODJESKI-EI
01070

18. Page 4-39, paragraph C3A-5.1.3, there are some blanks that must be filled in.

19. Page 4-41, there are 2 paragraphs C3A-9.2 and C3A-10.  The paragraph C3A-9.2 marked "deleted" should be omitted as indicated in paragraph 4 above.

20. Page 4-55, there are 2 paragraphs numbered C3C-4.1.1.  Omit the one marked "deleted" as indicated in paragraph 4 above.

21. Page 4-56, there are 2 paragraphs numbered C3C-6.2.  Omit the one marked "deleted" as indicated in paragraph 4 above.  Also, C3C-6.3.2 should be omitted as indicated in paragraph 4 above.

22. Page 4-57, there are 2 paragraphs numbered C3C-7.2, and C3C-8.2.  The paragraph C3C-7.2 marked "deleted" should be omitted as indicated in paragraph 4 above.

23. Page 4-58, 9th and 10th lines from top of page, fill in the blanks.

24. Page 4-59, 12th line from top of page, fill in blanks.

25. Attached for your information is a list of the correct clauses that will be put in Section I.  Some of these clauses may not apply to this contract, therefore, they will be deleted and the numbers changed accordingly.

26. Contracting will update the clauses in Sections K and L.

FOR THE CHIEF, CONTRACTING DIVISION

DIANE K. PECOUL
Chief, Construction Service
     Section

Enclosures

CF:
CELMN-CD-QR

MODJESKI-EI
01071

## SECTION I
### CONTRACT CLAUSES

I.1 BASIS FOR SETTLEMENT OF PROPOSALS (EFARS 49.113(100))

I.2 CONTRACTING OFFICER'S REPRESENTATIVE (DEC 1991)

I.3 DEFINITIONS (APR 1984)--ALTERNATE I (APR 1984)

I.4 EFARS 52.202-10001 DEFINITIONS.

I.5 OFFICIALS NOT TO BENEFIT (APR 1984)

I.6 GRATUITIES (APR 1984)

I.7 COVENANT AGAINST CONTINGENT FEES (APR 1984)

I.8 RESTRICTIONS ON SUBCONTRACTOR SALES TO THE GOVERNMENT (JUL 1985)

I.9 ANTI-KICKBACK PROCEDURES (OCT 1988)

I.10 REQUIREMENT FOR CERTIFICATE OF PROCUREMENT INTEGRITY--MODIFICATION (NOV 1990)

I.11 PRICE OR FEE ADJUSTMENT FOR ILLEGAL OR IMPROPER ACTIVITY (SEP 1990)

I.12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JAN 1990)

I.13 STATUTORY PROHIBITION ON COMPENSATION TO FORMER DEPARTMENT OF DEFENSE EMPLOYEES (DEC 1991)

I.14 SPECIAL PROHIBITION ON EMPLOYMENT (DEC 1991)

I.15 DISPLAY OF DOD HOTLINE POSTER (DEC 1991)

I.16 PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTOR DEBARRED, SUSPENDED, OR PROPOSED FOR DEBARMENT (JUN 1991)

I.17 VARIATION IN ESTIMATED QUANTITY (APR 1984)

I.18 SUSPENSION OF WORK (APR 1984)

MODJESKI-E1
01072

I.19 AUDIT--SEALED BIDDING (APR 1985)

I.20 PRICE REDUCTION FOR DEFECTIVE COST OR PRICING
DATA--MODIFICATIONS-- SEALED BIDDING (DEC 1991)

I.21 SUBCONTRACTOR COST OR PRICING DATA--MODIFICATIONS--SEALED BIDDING
(DEC 1991)

I.22 ORDER OF PRECEDENCE--SEALED BIDDING (JAN 1986)

I.23 UTILIZATION OF SMALL BUSINESS CONCERNS AND SMALL DISADVANTAGED
BUSINESS CONCERNS (FEB 1990)

I.24 SMALL BUSINESS AND SMALL DISADVANTAGED BUSINESS SUBCONTRACTING
PLAN (JAN 1991)--ALTERNATE I (AUG 1989)

I.25 UTILIZATION OF WOMEN-OWNED SMALL BUSINESSES (AUG 1986)

I.26 LIMITATIONS ON SUBCONTRACTING (JAN 1991)

I.27 NOTICE OF PARTICIPATION BY ORGANIZATIONS FOR THE HANDICAPPED (APR
1991)

I.28 LIQUIDATED DAMAGES--SMALL BUSINESS SUBCONTRACTING PLAN (AUG 1989)

I.29 UTILIZATION OF LABOR SURPLUS AREA CONCERNS (APR 1984)

I.30 LABOR SURPLUS AREA SUBCONTRACTING PROGRAM (APR 1984)

I.31 CONVICT LABOR (APR 1984)

I.32 CONTRACT WORK HOURS AND SAFETY STANDARDS ACT--OVERTIME
COMPENSATION (MAR 1986)

I.33 DAVIS-BACON ACT (FEB 1988)

I.34 WITHHOLDING OF FUNDS (FEB 1988)

I.35 PAYROLLS AND BASIC RECORDS (FEB 1988)

I.36 APPRENTICES AND TRAINEES (FEB 1988)

I.37 COMPLIANCE WITH COPELAND ACT REQUIREMENTS (FEB 1988)

I.38 SUBCONTRACTS (LABOR STANDARDS) (FEB 1988)

MODJESKI-E1
01073

I.39 CONTRACT TERMINATION--DEBARMENT (FEB 1988)

I.40 COMPLIANCE WITH DAVIS-BACON AND RELATED ACT REGULATIONS (FEB 1988)

I.41 DISPUTES CONCERNING LABOR STANDARDS (FEB 1988)

I.42 CERTIFICATION OF ELIGIBILITY (FEB 1988)

I.43 EQUAL OPPORTUNITY (APR 1984)

I.44 AFFIRMATIVE ACTION COMPLIANCE REQUIREMENTS FOR CONSTRUCTION (APR 1984)

I.45 AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND VIETNAM ERA VETERANS (APR 1984)

I.46 AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS (APR 1984)

I.47 EMPLOYMENT REPORTS ON SPECIAL DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (JAN 1988)

I.48 CLEAN AIR AND WATER (APR 1984)

I.49 DRUG-FREE WORKPLACE (JUL 1990)

I.50 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (DEC 1991)

I.51 HAZARD WARNING LABELS (DEC 1991)

I.52 DRUG-FREE WORK FORCE (SEP 1988)

I.53 BUY AMERICAN ACT--CONSTRUCTION MATERIALS (APR 1984)

I.54 RESTRICTIONS ON CERTAIN FOREIGN PURCHASES (APR 1991)

I.55 NONDOMESTIC CONSTRUCTION MATERIALS (DEC 1991)

I.56 UTILIZATION OF INDIAN ORGANIZATIONS AND INDIAN-OWNED ECONOMIC ENTERPRISE (AUG 1991)

I.57 AUTHORIZATION AND CONSENT (APR 1984)

.58 NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT
(APR 1984)

I.59 PATENT INDEMNITY--CONSTRUCTION CONTRACTS (APR 1984)

I.60 RIGHTS IN SHOP DRAWINGS (APR 1966)

I.61 ADDITIONAL BOND SECURITY (APR 1984)

I.62 INSURANCE--WORK ON A GOVERNMENT INSTALLATION (SEP 1989)

I.63 PLEDGES OF ASSETS (FEB 1990)

I.64 FEDERAL, STATE, AND LOCAL TAXES (JAN 1991)

I.65 TAXES--CONTRACTS PERFORMED IN U.S. POSSESSIONS OR PUERTO RICO
(APR 1984)

I.66 SUPPLEMENTAL COST PRINCIPLES (DEC 1991)

I.67 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (APR 1989)

I.68 INTEREST (JAN 1991)

I.69 ASSIGNMENT OF CLAIMS (JAN 1986)

I.70 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (APR 1989)

I.71 DISPUTES (DEC 1991)

I.72 PROTEST AFTER AWARD (AUG 1989)

I.73 CERTIFICATION OF CLAIMS AND REQUESTS FOR ADJUSTMENT OR RELIEF (DEC
1991)

I.74 DIFFERING SITE CONDITIONS (APR 1984)

I.75 SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (APR 1984)

I.76 MATERIAL AND WORKMANSHIP (APR 1984)

I.77 SUPERINTENDENCE BY THE CONTRACTOR (APR 1984)

I.78 PERMITS AND RESPONSIBILITIES (NOV 1991)

MODJESKI-E1
01075

I.79 OTHER CONTRACTS (APR 1984)

I.80 PROTECTION OF EXISTING VEGETATION, STRUCTURES, EQUIPMENT, UTILITIES, AND IMPROVEMENTS (APR 1984)

I.81 OPERATIONS AND STORAGE AREAS (APR 1984)

I.82 USE AND POSSESSION PRIOR TO COMPLETION (APR 1984)

I.83 CLEANING UP (APR 1984)

I.84 ACCIDENT PREVENTION (NOV 1991)

I.85 SCHEDULES FOR CONSTRUCTION CONTRACTS (APR 1984)

I.86 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (APR 1984)

I.87 MODIFICATION PROPOSALS--PRICE BREAKDOWN (DEC 1991)

I.88 CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS (DEC 1991)

I.89 CHANGES (AUG 1987)

I.90 PRICING OF CONTRACT MODIFICATIONS (DEC 1991)

I.91 SUBCONTRACTS (FIXED-PRICE CONTRACTS) (APR 1991)

I.92 GOVERNMENT PROPERTY (FIXED-PRICE CONTRACTS) (DEC 1989)

I.93 GOVERNMENT-FURNISHED PROPERTY (SHORT FORM) (APR 1984)

I.94 INSPECTION OF CONSTRUCTION (JUL 1986)

I.95 PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG COMMERCIAL VESSELS (APR 1984)-- ALTERNATE II (APR 1984)

I.96 NOTIFICATION OF TRANSPORTATION OF SUPPLIES BY SEA (DEC 1991)

I.97 VALUE ENGINEERING--CONSTRUCTION (MAR 1989)--ALTERNATE I (APR 1984)

I.98 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (SHORT FORM) (APR 1984)

MODJESKI-E1
01076

I.99 TERMINATION FOR CONVENIENCE OF THE GOVERNMENT (FIXED-PRICE) (APR 1984)-- ALTERNATE I (APR 1984)

I.100 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)

I.101 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

MODJESKI-E1
01077

*1 May 92*
*Mr. Terronova*
*pages 1-9*

EXCAVATION AND FLOOD PROTECTION - 17TH STREET CANAL
CAPPING OF FLOODWALLS

## COMMENTS ON SPECIFICATIONS

1. **GENERAL.** The Technical Specifications for this job should be formatted as follows:

**DIVISION 1 - NOT USED**

**DIVISION 2 - SITE WORK**

   SECTION C2A - ENVIRONMENTAL PROTECTION
   SECTION C2B - CLEARING AND GRUBBING
   SECTION C2C - STRUCTURAL EXCAVATION AND BACKFILL
   SECTION C2D - FERTILIZING, SEEDING AND MULCHING
   SECTION C2E - STEEL SHEET PILING

**DIVISION 3 - CONCRETE**

   SECTION C3A - FORMWORK FOR CONCRETE
   SECTION C3B - REINFORCING STEEL
   SECTION C3C - EXPANSION JOINTS
   SECTION C3D - CAST IN-PLACE STRUCTURAL CONCRETE
   SECTION C3E - SHEAR STUDS

**DIVISION 4 - NOT USED**

**DIVISION 5 THROUGH DIVISION 15 - NOT USED**

**DIVISION 16 - ELECTRICAL**
   SECTION C16A - CATHODIC PROTECTION

2. **BIDDING SCHEDULE.**

   A. <u>General</u>. The Bidding Schedule should be structured similar to that in typical COE contracts.

   B. Change Bid Item No. 5, "Concrete Cap" to "Reinforced Concrete Cap". Make this a lump sum item.

   C. Delete Bid Item No. 6, "Cementitous Paint", in its entirety. Payment for this item will be included in Bid Item No. 5.

   D. Change Bid Item No. 7, "Turfing" to "Fertilizing, Seeding and Mulching".

   E. Change Bid Item No. 8, "Emergency Sheet Pile" to "Stockpiling of Emergency Sheet Pile".

1

MODJESKI-E1
01078

F.  Add a new lump sum Bid Item entitled "Structural Excavation and Backfill".

3.  **SPECIAL CLAUSES.**

   A.  <u>General</u>.

      (1)  Include an index at the beginning of the Special Clauses.

      (2)  Label the pages of the Special Clauses "H-__", not "I-__".

   B.  H-3  <u>CONTRACT DRAWINGS, MAPS, AND SPECIFICATIONS</u>.  Include the File No. in sub-paragraph e.  Structure the information in this sub-paragraph similar to that in typical COE specifications.

   C.  H-10  <u>SAFETY PROVISIONS</u>.

      (1)  <u>Sub-paragraph d</u>.  Delete the "*" at the beginning of this sub-paragraph along with the corresponding note.

      (2)  <u>Sub-paragraphs k(4) and k(5)</u>.  Delete the following sentence in both sub-paragraphs: "The alleviate difficulties associated with attaining compliance, an implementation time period until 1 January 1991 is granted.".

   D.  H-13  <u>RIGHTS-OF-WAY</u>.  Do not include this paragraph in "Section 2-07".  Leave this paragraph in place in the Special Clauses.

   E.  H-18  <u>PAYMENT FOR MOBILIZATION AND DEMOBILIZATION</u>.

      (1)  <u>Sub-paragraph a(1)</u>.  Change "Eighty percent (80%)" to "Sixty percent (60%)".

      (2)  <u>Sub-paragraph a(2)</u>.  Change "twenty percent (20%)" to "forty percent (40%)".

   F.  H-23  <u>UTILITIES AND IMPROVEMENTS</u>.  Do not include this paragraph in "Section 2-10".  Leave this paragraph in place in the Special Clauses.

   G.  H-24  <u>WEEKENDS, HOLIDAYS AND NIGHTS</u>.  Do not include this paragraph in "Section 2-17".  Leave this paragraph in place in the Special Clauses.

   H.  H-24  <u>AGGREGATE SOURCES</u>.  Leave this paragraph in place in the Special Clauses.

2

I.  H-32  <u>REQUIRED INSURANCE SCHEDULE</u>.  Delete this paragraph. It is only valid for jobs being conducted on Government reservations.

J.  H-32  <u>IDENTIFICATION OF GOVERNMENT FURNISHED PROPERTY</u>. Delete this paragraph.

K.  Include a submittal register (ENG FORM 4288) at the end of the Special Clauses.  The most current version of this form is May 91.

4.  <u>SECTION 2 - SPECIAL PROVISIONS</u>.  This section should be eliminated from the specifications, and the information contained in this section incorporated within the Special Clauses.

5.  <u>SECTION 3 - STEEL SHEET PILING</u>.

A.  <u>General</u>.  Although the technical information included in this section is adequate, it should be incorporated within the most recent version of the COE's guide specification on Steel Sheet Piling.  The format of this section should follow that used in the guide specification which is the Uniform Contract Format, and the format established by the CSI.

B.  Include a paragraph in this section entitled "EMERGENCY SHEET PILING".  In this new paragraph, refer to the Special Clause entitle "SEQUENCE OF CONSTRUCTION", which is now identified as paragraph 2-18.

C.  <u>Paragraph 3-08, "MEASUREMENT AND PAYMENT"</u>.

(1)  Do not refer to the applicable Bid Items as "Bid Item No. --"; rather, list the entire title of the Bid Item.  For example, "Bid Item No. 2" should be "Driving Existing Sheet Pile In Place".

(2)  <u>Paragraph 3-08.1.4, "Driving and Pulling Emergency Sheet Pile"</u>.  Delete this paragraph in its entirety, and replace it with the following paragraph:

"3-08.1.4  <u>Stockpiling, Driving and Pulling Emergency Sheet Pile</u>.  No measurement will be made for stockpiling, driving and pulling emergency sheet pile.".

(3)  <u>Paragraph 3-08.2.5, "Emergency Sheet Pile"</u>.  Delete the reference to "Section 2-18".  Restructure this paragraph as follows:

MODJESKI-E1
01080

"3-08.2.5  Emergency Sheet Pile.

"3-08.2.5.1  Stockpiling.  Payment for stockpiling on site at all times the necessary amount of sheet pile required to close gaps created by the Contractor in the existing level of flood protection in order to perform the required work will be made at the contract lump sum price for "Stockpiling Emergency Sheet Pile".  Payment shall include all cost of furnishing, handling, storing, removing from the site upon job completion, and all other incidental work.

"3-08.2.5.2  Driving and Pulling Emergency Sheet Pile. Payment for driving and pulling emergency sheet pile will be made under the Contract Clause entitled "CHANGES".".

6.  SECTION 4 - CONCRETE CAP.

A.  General.  The current edition of Section 4, in which the current guide specifications on "Cast-In-Place Structural Concrete", "Formwork For Concrete", "Reinforcing Steel", and "Expansion Joints" are referred to as a separate documents within the section, is not acceptable.  Section 4 should be split into 5 different sections as follows:

     Section C3A - "Formwork For Concrete"
     Section C3B - "Reinforcing Steel"
     Section C3C - "Expansion Joints"
     Section C3D - "Cast-In-Place Structural Concrete"
     Section C3E - "Shear Studs"

The information included on page 4-1 should be incorporated within new section C3A.  However, the first of the two special conditions on page 4-1 should be included in a new section, C2A, entitled "Clearing and Grubbing".  Payment for this work should be covered under a new lump sum Bid Item entitled "Clearing and Grubbing".

B.  Page 4-6, "Aggregate Sources.  This information should be included in the Special Clause entitled "AGGREGATE SOURCES", and not Section C3D.

C.  Page 4-11, Paragraph C3D-4.3.  Delete "Class of Finish" B, C and F from the chart in the upper portion of page 4-11 along with the corresponding information.

D.  Page 4-26, Paragraph C3D-12.2.1.  Delete the table found in the middle of the page and replace it with the following:

| Type of Finish | Structure or Portion of Structure |
|---|---|
| Coating of waterproof cementitious paint finish. (Color: Pearl Gray) | The top and both sides of the caps to a limit 12 inches below the ground elevation. |

4

E.  <u>Page 4-27, Paragraph C3D-12.2.3</u>.  Delete this paragraph and replace it with the following:

"C3D-12.2.3  <u>Cementitious Paint Finish</u>.  As approved by the Contracting Officer and after all required patching, cleaning, and correction of major imperfections have been completed, concrete surfaces to be finished shall be given a cementitious paint finish as hereinafter described:.  The finish shall not be applied before the initial 7 day moist curing period is complete.  The temperature of the air adjacent to the surface shall not be less than 50°F for 24 hours prior to and following the application of the finish.  If the temperature of the air adjacent to the surface is above 90°F, the surface shall be cooled prior to the application of the finish by hosing with clean water until it reaches a temperature of 85°F.  The finish for any area shall be completed in the same day and the limits of the finished area shall be made at corners or monolith joints.  The surfaces to be finished must be structurally sound, clean and free from dirt, form marks, loose mortar particles, paint, films, protective coatings, efflorescence, laitance, etc.  The cementitious paint finish shall consist of dampening the surface ahead of the cementitious paint application with clean water.  As a base coat, cementitious paint shall be applied at a rate of two pounds per square yard of surface area.  The coating shall be uniform, completely filling all pits, air bubbles, and surface voids.  All cementitious paint shall conform to Fed. Spec. AA-A-155.  Cementitious paint shall be prepared and applied in accordance with the manufacturer's written recommendations.  The mixing liquid for cementitious paint shall contain one part "Acryl 60" or equal, to three parts clean water.  Two coats of acrylic emulsion paint shall then be applied over the base coat.  The cementitious base coat and the acrylin emulsion paint shall both be pearl gray in color.  Uniform color shall be maintained by use of only one mixture without any changes in materials or proportions for any structure or portion of structure which is exposed to view or on which a special finish is required.".

F.  <u>Paragraph C3D-16, "MEASUREMENT AND PAYMENT"</u>.Delete existing paragraph C3D-16 in its entirety, and replace it with the following paragraph:

"C3D-16.  MEASUREMENT AND PAYMENT.  No measurement will be made for concrete.  Payment for concrete will be made at the contract lump sum price for "Reinforced Concrete Cap", which price and payment shall include the cost of all labor, materials, and the use of all equipment and tools required to complete the concrete work.  Reinforced concrete caps consist of concrete, reinforcing steel, formwork, waterstops, expansion joint filler, application of cementitous paint, and other components incidental thereto.".

MODJESKI-E1
01082

G. <u>Page 4-36, Paragraph 4-03, "FORMWORK FOR CONCRETE"</u>. As stated above, a new section C3A entitled "Formwork for Concrete" should be included.

H. <u>Page 4-38, Paragraph C3A-5, "MATERIALS"</u>. Delete existing sub-paragraphs C3A-5.1.2 and C3A-5.1.3 in their entirety. Add the following paragraph:

"C3A-5.1.2 <u>Class "D" Finish</u>. This class of finish shall apply to all surfaces to be covered with backfill unless shown otherwise on the drawings. The sheathing may be of wood or steel.".

I. <u>Page 4-42, Paragraph 11, "MEASUREMENT AND PAYMENT"</u>. Delete "contract unit prices for Bid Item No. 5, Concrete Cap" and replace it with "contract lump sum price for "Reinforced Concrete Cap"".

J. <u>Page 4-42, Paragraph 4-04, "REINFORCING STEEL"</u>. As stated above, a new section C3B entitled "Reinforcing Steel" should be included.

K. <u>Page 4-43, Paragraph C3B-4, "QUALITY ASSURANCE"</u>. Delete this paragraph in its entirety.

L. <u>Page 4-46, Paragraph C3B-8, "PLACEMENT INSTALLATION"</u>. Retitle this paragraph "INSTALLATION".

M. <u>Page 4-47, Paragraph C3B-8.3.2"</u>. In the table in the middle of the page, delete the column entitled "VARIATION".

N. <u>Page 4-48, Paragraph C3B-9, "MEASUREMENT AND PAYMENT"</u>. Delete this paragraph in its entirety and replace it with the following:

"C3B-9. MEASUREMENT AND PAYMENT. No separate measurement or payment will be made for reinforcement bars and accessories. Payment for furnishing and placing reinforcement bars and accessories shall be included in the contract prices for the items of work to which the reinforcement bars and accessories are incidental.".

O. <u>Page 4-49, Paragraph 4-05, "SHEAR STUDS"</u>. As stated above, a new section C3E entitled "Shear Studs" should be created. The information included on pages 4-49, 4-50, 4-51 and 4-52 should be incorporated into this new section. Payment for "Shear Studs" should be included in the contract lump sum price for "Reinforced Concrete Cap".

P. <u>Page 4-53, Paragraph 4-04, "EXPANSION JOINTS"</u>. As stated above, a new section C3C entitled "Expansion Joints" should be included.

6

MODJESKI-E1
01083

Q.   Page 4-54.

(1)   Paragraph C3C-3.1.   Delete ASTM Standards A 109-89, A 167-89a, A 570-88, D 2628-81, and D 2834-89.

(2)   Paragraphs C3C-3.2 and C3C-3.3.   Delete these paragraphs in their entirety.

R.   Page 4-56, Paragraph C3C-7.1.   Delete this paragraph in its entirety and replace it with the following:

"C3C-7.1   Expansion Joints.   Premolded filler strips shall be accurately positioned and secured against displacement to clean, smooth concrete surfaces.   Material used to secure premolded fillers   to concrete shall not harm the concrete.   The groove shall be thoroughly cleaned of all laitence, curing compound, foreign materials, and protrusions of hardened concrete.   Any dust shall be blown out of the groove with oil-free compressed air.".

S.   Page 4-57.

(1)   Paragraph C3C-7.2.   Delete this paragraph in its entirety and replace it with the following:

"C3C-7.2   Waterstops shall be installed in joints as shown on the drawings or as otherwise directed.   Waterstops shall be carefully and correctly positioned during installation to eliminate faulty installation that may result in joint leakage. Adequate provision shall be made to support and protect the waterstops during the progress of the work.   Any waterstop punctured or damaged shall be replaced or repaired at the Contractor's expense.   The concrete shall be thoroughly consolidated in the vicinity of the waterstop.   Suitable guards· shall be provided to protect exposed projecting edges and ends of partially embedded waterstops from damage when concrete placement has been discontinued.".

(2)   Paragraph C3C-8, "MEASUREMENT AND PAYMENT".   Delete this paragraph in its entirety and replace it with the following:

"C3C-8.   MEASUREMENT AND PAYMENT.

"C3C-8.1   Expansion Joints and Waterstops.   No separate measurement or payment will be made for expansion joints and waterstops, and all costs in connection therewith shall be included in the contract unit or lump sum prices for the items of work to which the work is incidental.

"C3C-8.2   Expansion Joint Fillers.   No separate measurement or payment will be made for furnishing, cutting, and installing the expansion joint filler and all costs in connection therewith shall be included in the contract prices for the items of work to which the work is incidental.".

7

MODJESKI-E1
01084

T. **Page 4-58, Paragraph 4-07**. Delete this paragraph in its entirety. This information has been addressed in comment E above. Payment for cementitous paint finish will be included in "Reinforced Concrete Cap".

U. **Page 4-59, Paragraph 4-08, "STRUCTURAL EXCAVATION AND BACKFILL FOR THE CONCRETE CAP"**. This information contained in this paragraph should be incorporated into a new section entitled "Structural Excavation and Backfill". A new lump sum Bid Item entitled "Structural Excavation and Backfill" should be included in the Bidding Schedule.

V. **Page 4-63, Paragraph 4-09, "CATHODIC PROTECTION"**. This information contained in this paragraph should be incorporated into a new section entitled "Cathodic Excavation". A new lump sum Bid Item entitled "Structural Excavation and Backfill" should be included in the Bidding Schedule.

## 7. SECTION 5 - TURFING.

A. **General**. This section should be relabled "C2F - FERTILIZING, SEEDING AND MULCHING". The current section on turfing calls for hydraulic seeding. In past COE specifications, the Contractor has the option to choose his method for distributing seed. This section should be modified to reflect this.

B. Add the following paragraph to this section:

C2F-_. QUALITY CONTROL.

C2F-_.1 **General**. The Contractor shall establish and maintain quality control for finished dressing, fertilizing, and seeding [[fertilizing, seeding and mulching]] operations and shall maintain records of his quality control for all construction operations including, but not limited to, the following:

(1) **Preparation of Ground Surface**. Location and quality of finish dressing, including necessary clearing, filling, or dressing out of washes, smoothness and uniformity of surfaces, and time of year.

(2) **Fertilizing**. Quality of materials. Areas fertilized, quantity applied, and method of application.

(3) **Seeding**. Quality and type of seed, area covered, rate of application, quantity of seed used, and method of distribution.

(4) **Mulching**. Quality of materials, area mulched, quantity applied, method of application.)

8

MODJESKI-E1
01085

(5)  <u>Maintenance and Repair</u>.  Location and type of maintenance problems and remedial treatment performed.)

(6)  <u>Watering</u>.  Quality of water, area watered, quantity applied, and method of application.)

C2F-_.2  <u>Reporting</u>.  The original and two copies of these records of inspections and tests, as well as the records of corrective action taken, shall be furnished the Government daily. Format of the report shall be as prescribed in the Special Clause entitled "CONTRACTOR QUALITY CONTROL".

C.  <u>Page 5-7, Paragraph 5-17</u>.  Delete this paragraph in its entirety and replace it with the following:

"C2F-__.  PAYMENT.  Payment for fertilizing, seeding and mulching measured as described in C2F-__, "MEASUREMENT", and other incidental work, except disposal of debris, will be made at the contract price per acre for "Fertilizing, Seeding and Mulching".  Prices and payments shall constitute full compensation for furnishing all plant, labor, materials and equipment and performing the work, including any necessary repairs, in accordance with these specifications.

9

MODJESKI-E1
01086

CELMN-ED-DS                                    Mr.Achreja

MEMORANDUM FOR   c/struc des sec

SUBJECT: Review of Plans and Specifications for 17th Street
Canal, East Side Improvements.

    1.  Reference your letter dated 6 Apr 92 we have reviewed the
plans and specifications for the subject project and our comments
are as follows:

Section-H (Special Clauses)

  a. Include Index.
  b. All the paragraphs should be underlined.
  c. Para.'d' on page 1-10 should include transportation
     facilities in regard to access to job site.
  d. Submittal Register 'Engineering Form #4288 Aug 89'
     need to be included.
  e. Safety sign page shall to included at the end of
     H-Clauses, instead of in the appendices A-D.

Section 2

  a. Include Index.
  b. Page 2-5, Rental period in para. No.2 has been left blank.
  c. Page 2-5, page numbers for sketches for access locations
     are missing.
  d. Para. No. 2-09, page no's in line 4 are missing.

Section 3

  a. Include Index.
  b. Include a paragraph on quality control.
  c. On page 3-5, unit prices have been omitted.

Section 4

  a. Include Index.
  b. Page 4-1 call for section 4, but page 4-2 has section
     03D, please check the descrepancy.
  c. On page 4-6, list of aggregate sources is missing.
  d. Detail on page 4-23 has been left blank.

   Section 4-08, 4-09, & Section 5                    **MODJESKI-E1**
                                                         **01087**
  a. No index have been given.
  b. pargraphs on quality control should be given.

    2. Other minor typo errors and omissions on drawings and
and specifications have been flagged with paper clips for
convenience.   *the comments on this page.*        *Also see*
                                                   *the pages*
    3. P.C.C. for this job is Mr. Singh Achreja(Ext.2675).   *1 Thru 9 of*
                                                             *comments*
                          *Bill Foret*                       *attached*

Encl.
1. One set of drawings.            William A. Foret,Jr
2. One copy of Spec's.             chief, Specification Section

PRINCIPALS
W. B. CONWAY, P.E.
H. H. SNYDER, P.E.
C. F. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
D. F. SORGENFREI, P.E.

ASSOCIATES
T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STRAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. MCKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z. PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

## MODJESKI AND MASTERS, INC.
CONSULTING ENGINEERS
*Since 1893*

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 - 524-4344
FAX NO. 504 - 561-1229

July 31, 1992

JN 1412

Mr. W. Eugene Tickner
Chief, Engineering Division
U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160-0267

ATTN:  Mr. Jorge Romero

RE:  **17TH STREET OUTFALL CANAL**
     **CAPPING OF FLOODWALLS**
     **ORLEANS LEVEE BOARD PROJECT NO. 24311**

Dear Mr. Tickner:

Transmitted herewith are the following for the captioned project:

1. Final Review Contract Drawings (Bluelines numbered 1-13,16-17)- We have not included the rebar schedule (Drawings 14 and 15) in this submittal. 15 sets of plans are being submitted in hard copy format for this final review process, however, we are aware that final plans are required to be submitted in Intergraph format.

2. One hard copy of the Final Review Contract Specifications, computer discs containing the Final Review Specifications, and a copy of the parts of the Specifications not on the disc.

The following are the files containing the specifications (All files are on drive A:):

| | | | |
|---|---|---|---|
| Title sheet- | TITLE | C3B- | STEEL |
| Bid schedule- | BID | C3C- | JOINTS |
| Index- | TOC | C3D- | CONCRETE |
| C2A- | EP | C3E- | METAL |
| C2B- | CLEAR.GRU | C16A- | CATHODIC |
| C2C- | STRUC.EXE | H- | H-CLAUSE.CON. |
| C2D- | F&S | | |
| C2E- | SHEET | | |
| C3A- | FORMWORK | | |

MODJESKI-EI
01002

**M O D J E S K I   A N D   M A S T E R S ,   I N C .**

July 31, 1992

Mr. W. Eugene Tickner                                    Page 2

Enclosed with this letter are our responses to the comments from you dated May 29, 1992.

We are transmitting by copy of this letter, plans and specifications to Mr. Norval Knapp (LaDOTD), Ms. Geneva Grille (LaDOTD), and Mr. Joseph Sullivan (Sewerage and Water Board) and Mr. Jim Lignon (U.S. Sprint). By separate letter, we are transmitting plans and specifications to Mr. Alan Francingues (OLB), Mr. John Holtgreve (DEI), Mr. Richard F. Allen (City Planning Commission) and Mr. Walker Sullivan (L.P.& L.).

We have updated Mr. Ray Kaufmann (N.O. Department of Streets) with all material regarding traffic control and trucking in a letter dated July 9, 1992.

If you have any questions or require any further information, please let us know. Otherwise we will await your comments.

Very truly yours,

MODJESKI AND MASTERS, INC.
Consulting Engineers

Felton Suthon
Felton Suthon

FS:gls:0021

cc:  Mr. Norval Knapp     - 1 set
     Ms. Geneva Grille    - 1 set
     Mr. Jim Lignon       - 1 set
     Mr. Joseph Sullivan  - 1 set

MODJESKI-E1
01003

<u>RESPONSES TO COMMENTS</u>

<u>Cost Engineering (CELMN-ED-CF)</u>
1.   <u>Bidding Schedule (See B-1)</u>
     a-b. Done.
     c.   We have left out vibration monitoring as a job
          requirement, although we recommend its inclusion.
     d-f. Done.
     g.   We have called the item Fertilizing and Seeding, as this
          project is entirely south of Latitude 30 1/2 North, where
          no mulching is required according to USCE specifications.
     h.   Done. See response to 3.v..
2.   <u>Special Clauses (See H)</u>
     a-f. Done.
     g.   The item has been amended as requested.  We have appended
          the required Coast Guard regulations in Appendix H-2.
     h-j. Done.
3.   <u>Special Provisions (Incorporated into H)</u>
     a-f. Done.
     g-h. See Drawings 16 and 17- We are currently working on
          access through the Orleans Levee Board and traffic
          control with the New Orleans Department of Streets.
     i.   Done.
     j-k. See H-32 for Coordination With Other Work.
     l-m. These requirements were mandated by the City of New
          Orleans Department of Streets on previous work in the
          area.  We have included the changes to the requirements
          in this submittal and have forwarded these changes to the
          Department of Streets for their approval (Letter from
          Modjeski and Masters to Mr. Ray J. Kaufmann dated July 9,
          1992).
     n-u. Done.
     v.   See Specifications Section comments Section 5.
     w.   Done.
4.   <u>Steel Sheet Piling (See C2E)</u>
     a-b.      See C2E-6.2.1 & 2
     c-e,h.    See Comment 1.c. above.
     f,j,l.    See C2E-9.2.1
     g,k.      See C2E-9.2.2
     i,n,m.    See 3 v. above.
5.   <u>Concrete Cap</u>
     a-x.      Done.
     y.        Shear Studs are now in Section C3E.
     z-aa.     Done.  See Section C2C.
     bb.       We recommend hauling the material as stated in
               Section C2C-4.8 & 9 because the factor of safety
               for slope stability through the majority of the job
               site is a minimum 1.3, and extra permanent weight
               on these levees would worsen the situation.
6.   <u>Fertilizing and Seeding (See C2D)</u>
     a-s. Done.

MODJESKJ-E1<br>01004

7.   Drawings
     The Contractor shall burn a pulling hole on all trimmed sheets
     in accordance with the note on Dwg. 8.

CELMN-CD-QM
1,2,7.          Done (See B-1).
3,8,9a.         Done. See Cost Engineering #1c..
4,5,6.          Done.
9b.             See Specifications Sections Comment 5 .
10.             Done.
11.             See Section H.
12,13.          Removed.  See Cost Engineering #3e,h.
14. '           We are currently working with the Orleans Levee
                Board on access.  See Dwg. No. 17, Note 10 for
                access via canal.
15.             Removed.  See Cost Engineering #3g.
16.             Updated.  See H-31.
17.             See Cost Engineering Comment #3m..
18.             See Dwg. No. 17, Notes 5 and 6.
19.             See C2E-9.2.3.2.
20.             See Section C2E.
21.             See C2E-6.2.2.
22.             See C2E-9.2.3.2.
23.             Done.
24.             See C3D-16.2.
25.             Does U.S.C.E. fill this in?
26-31.          Done.
32.             See Drawing No. 6 (to Station 614+00).
33.             See Table on Drawing No. 7.

CELMN-CT-CC
1-4.            Done.
6.              Removed. See Cost Engineering #3h.
7.              Access requirements now on Dwgs. 16 and 17.
8.              No longer applies.  See Cost Engineering #3h.  Truck
                weight limits are appended at the end of Section H.
9.              See Specifications Section Comment #5.
10.             See H-25.
11.             Now C3D-10.4 is included as C3D-10.3.
12.             Done.
13.             Section C-C of Dwg.11 is the reference.
14,15.          These items have been deleted.
16.             One has been deleted- See C3A-2.3.
17.             Done.
18.             See Cost Engineering # 5q.
19-22.          Done.
23.             Cementitious paint requirements found in Section C3D-
                12.2.
24.             Paint is now paid for under "Reinforced Concrete Cap".
25.             We have included the list of Contract Clauses (Section I)
                in the hard copy of the Specifications.

ED-FM
1,2.        Done.
3.          See H-25.
4,5.        See C3D-3.
6.          See H-25.
7-11.       Done.
12.         See C3D-6.1.4.
13.         See C3D-6.1.5.
14-17.      Done.
18-19.      See C3D-10.3. We have eliminated sandblasting because of
            the close proximity of residences to the job site.
20-21.      Done.
22-24.      See Section C3D-12.2.
25-32.      Done.
33.         See Section C-C on Dwg. No. 11.
34.         Done.
35.         Class "F" Finish no longer required.
36-37.      Done.
38.         The Submittal Register can be found at the end of Section
            H.
39-40.      Done.
41.         Revised- No longer applies.
42.         Resolved by using Section C2C for Structural Excavation
            and Backfill.
43.         See note on Dwg. No. 6.
44.         We propose to leave the sheets uncapped to discourage
            bikes and/or pedestrians from climbing on the wall. This
            is a heavily travelled area, and by capping the wall
            further, the Orleans Levee Board could left open to
            litigation.

CELMN-RE-AP (Real Estate)
2. b. (1)   We will use the Right of Way lines indicated on Dwgs.
            Nos. 2 through 5. Obstructions are listed in H-13.
2. b. (2)   We are currently working with the Orleans Levee Board on
            access to the work site.
2. b. (3)   Done.
2. c.       See H-31 for an approximate schedule of items on Contract
            92-1.
2. d.       See Real Estate Comment # 2. b. (1).
2. e.       See Real Estate Comment # 2. b. (2).

SPECIFICATIONS SECTION
1.          Done.
2. A-F.     Done.  C2D is "Fertilizing and Seeding".  See Cost
            Engineering Comment #1g..
3. A-K.     Done. B- We need the file number.
4.          Done.
5.          Done. See C2E-8 and 9. This will be a lump sum item with
            emergency driving and pulling done by modification. We
            recommend that you consider establishing a unit price per
            square foot for sticking, driving, and subsequently
            pulling the emergency sheet pile. A review of bids for
            similar items on the West Side Levee Improvements (East

MODJESKI-E1
01006

Jefferson Levee District Contract 92-1 bid in March, 1992) would indicate that a price of $5.50 per square foot would be reasonable.  This price is based on an average of 8 bids (excluding high and low bids) for "Redriving Existing Sheet Pile" and "Pulling Existing Sheet Pile" increased by 20%.

6.      All Done with the following notes:

    C,H.    See C3D-4.2- Class "A" and "B" Finishes only.  See C3D-5.1 for locations.

    E.      The Orleans Levee Board has authorized Thoro or approved equal.

    L.      See C3B-7..

    M.      Concrete cover is shown in the Drawings.

7.  A.      See C2D-9.1..

    B.      See C2D-2..

    C.      See C2D-12.  See Cost Engineering Comment #3g for explanation of using "Fertilizing and Seeding" .

STRUCTURAL DESIGN
Section H
a.      See H-a.
b..     Done.
c.      Reference to Dwgs. 16 and 17 for access in H-6d..
d.      Included after Section H.
Section 2 now incorporated in Section H.  All spaces left blank are no longer included in Specifications.
Section 3 (See C2E)
a.      See C2E-a.
b.      See C2E-4.
c.      See C2E-9.2.3.2.
Section 4 (See C3A-D)
a.      Done.
b.      All now C3D.
c.      See H-25.
d.      See Detail C-C of Dwg. No. 11.
Section 4-08 and 5
a.      See C2C-a and C2D-a.
b.      See C2C-2 and C2D-2.

CELMN-ED-DS

Mr. Hester/2734
13 Aug 92

MEMORANDUM FOR   C/Struc Design Sec         JN 1412

SUBJECT:   Review of Plans and Specifications for 17th Street
Outfall Canal, Capping of Floodwalls, East Side Improvements

Please reference your memo dated 7 Aug 92 requesting a review of
the subject plans and specifications.  The result of our review is
as follows.

1.   In General, there are several notes shown on the drawings
(marked in red) which either are already covered within the
specifications or should be included in the specifications only.

2.   The new floodwall currently being built on the westbank of the
17th Street Outfall Canal has a textured (fin) finish, which seems
aesthetically appropriate due to its location in a residential
area.  We recommend that a similar finish be used for this
eastbank floodwall.  Please keep in mind that if this
recommendation is accepted, extensive changes must be made to the
applicable sections of Division 3, namely Section C3A, "FORMWORK
FOR CONCRETE", and Section C3D, "CAST-IN-PLACE STRUCTURAL CONCRETE".

3.   Normally access requirements are stipulated under the special
clause "Physical Data", but since your access to the site is quite
extensive as shown on Dwg. 17, you should consider writing a
separate special clause specifying access requirements including
the construction of the timber access.  Nevertheless, access
requirements should not be located on the drawings.

4.   There is no apparent reason why Appendix H-2 is attached at
the end of the Special Clauses.  This appendix should be deleted
if not applicable.

Other comments and revisions are noted on the drawings and
specifications in red.

WILLIAM FORET
Chief, Specifications Section

MODJESKI-E1
00169

VN 1412

SEP 04 '92  01:25PM ENG DIV ADMIN UNIT                                    P.1



# FACSIMILE HEADER SHEET

U.S. ARMY CORPS OF ENGINEERS
NEW ORLEANS DISTRICT
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

## US Army Corps of Engineers

| DELIVER TO | FROM |
|---|---|
| Fax No. 561-1229 | Fax No. 862-1585 |
| Name Felton Suthon | Name Robert J Grubb |
| Office Symbol Mojeski & Masters | Office Symbol CELMNED-DD |
| Telephone No. 524-4344 | Telephone No. 862-2678 |

| Date 4/Sep/92 | No. of Pages (including cover sheet) 2 | Precedence (P or R) | If you do not receive all pages, please telephone: |
|---|---|---|---|

REMARKS:

Felton,
After your revu, let's get together on the phone. Also our NoRo has asked for a meeting w/ you & us concerning the work.

MODJESKI-E1
00165

SEP 04 '92  01:26PM LMG DIV ADMIN UNIT                              P.2

| CONVERSATION RECORD | TIME 1000 | DATE 4 Sep 92 | | |
|---|---|---|---|---|

| TYPE | | ROUTING NAME/SYMBOL | INT |
|---|---|---|---|

TYPE   ☐ VISIT   ☒ CONFERENCE   ☐ TELEPHONE

LOCATION OF VISIT/CONFERENCE
MEETIN W/ NORO, CONST DIV                    ☐ INCOMING
                                             OUTGOING

NAME OF PERSON(S) CONTACTED:   ORGANIZATION   TELEPHONE
SEE BELOW                      CELMN-CD

SUBJECT : 17th St. Outfall Canal, Flood Protection
Improvement Project, East Side Improvements, Floodwall
Capping, East Bank

SUMMARY ATTENDEES: HARVEY SIMS(CELMNCD-QM);  BILL SMITH(CELMNCD-QM);
CHESTER ASHLEY(NORO); WARD PURDHAM(CELMN-QM);   REE ANDERSON(NORO);
ROBERT J. GRUBB(CELMNED-DD)

Q1: HOW WILL THE I-WALL CAPPING BE CONSTRUCTED?   TOE ANCHORS IN WATER?
Q2: ROW?  WHERE IS IT? WHAT ARE THE DIMENSIONS? WHAT ARE THE EXTENTS?
    DESIGNATE THE ROW LIMITS.  NEED CLEARING EXTENTS.  DO NOT SEE HOW
    YOU CAN BUILD THE WALL?
Q3: WHERE ARE THE ACCESS ROUTES IN THE SPECS? (A3: PLACED IN DRAWINGS-
    BASED ON EARLIER COMMENTS)  SHOULD BE PUT IN SPECS.
Q4: WHAT TYPE AND BRAND OF FORM ARE YOU USING?  IT NEEDS TO BE WATERTIGHT.
Q5: WHAT ARE WE DOING WITH THE EXISTING MATERIAL?  SHOULD BE SHOWN IN THE
    PLANS.  DRAWINGS NEED REPRESENTATIVE CROSS-SECTIONS WHICH SHOW EXISTING
    AND CONSTRUCTED GRADES.
Q6: NORO HAS A LARGE NUMBER OF ????? CONCERNING THE CONCRETE PORTION OF
    THE SPECS.  IE FINISHING
Q7: NO NEED FOR THE WEST SIDE BASELINE.
Q8: RECOMMEND USING EROSION CONTROL AT THE TOE OF THE LEVEE(HAY BALES LAID
    AGAINST THE SECURITY FENCE; BIDDING FORM-A. EROSION CONTROL, B.MAINT.)
Q9: NORO RECOMMENDS  TO OLD-BECAUSE THERE MAY BE VIBRATION PROBLEMS, OLD
MAY WANT TO DO VIBRATION MONITORING.  OTHERWISE, LEAVE VIBRATION MONITOR OUT.
Q10: GAPS-NEED RANGES,STATIONING WE SHOULD TO BE CONCERNED ABOUT.

| Name of Person Documenting Conversation RJ GRUBB | SIGNATURE | DATE 9/4/92 |
|---|---|---|

ACTION TAKEN
ACTION REQUIRED

  NEED TO CALL HIM TO ARANGE A MEETING W/ NORO

| SIGNATURE | TITLE | DATE |
|---|---|---|

Exception to OF 271
Approved by GSA/IRMS 4-89            CONVERSATION RECORD            OPTIONAL FORM 271(12-76)
                                                                   DEPARTMENT OF DEFENSE

MODJESKI-E1
00166

CELMN - CD - QM

JN 1412

23 Sept 92

MEMORANDUM FOR C/Engr Div

SUBJECT:  Review of Plans and Specifications for 17th Street Outfall Canal, Capping of Floodwalls, East Side Improvements

1. Reference CELMN-ED-DW multiple memorandums dated 8 Apr 92 and 7 Aug 92 respectfully, subject as above.

2.  The Construction Division has reviewed the revised plans and specifications, Encls 2 and 3 from referenced memo of 7 Aug, subject as above and offers comments on Encl 1.

3. Some subjects commented on in the BCO review of the 8 Apr package have been deleted from these revised P & S, seemingly at random, rather than being addressed.

4. Subjects we detected are: Access points for the Contractor, Vibration Monitoring of Pile Driving and Cementitious Painting of Caps.

5. The A & E should have flagged such items for the reviewers. When random changes to specification scopes are made during review process, without notifying all concerned, errors or mistakes could go undetected.

6. Please resubmit a complete BCO review package to the Construction Division, after the enclosed comments have been addressed.

7.  Direct any questions relevant to this correspondence to Mr. H. J. Sims at extension 1520.

Encls

RICHARD T. HILL
Chief, Construction Division

CF:  w/o encls 2 and 3
CELMN-CD-NO
CELMN-CD-CM
CELMN-CD-CC

MODJESKI-E1
00136

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements        23 Sept 92

## GENERAL OBSERVATIONS

1. Many items have been deleted from the specifications
instead of being modified to accord with related BCO comments. This
was done without an accompanying list, note or explanation for the
action. We don't know how extensive this approach was used or if the
Engineering Division concurred with the action. Some items of major
importance are:

a. The entire section ( old 2-07.2. pg 2-4 ) covering
access points has been eliminated. Reinsert access ways that are
available for the contractor to use into the specifications. (QM)

b. Vibration monitoring, discussed in more detail below.

c. Application of cementitious paint to concrete cap with
related specifications. See also comment no.18, below.(QM,CC)

2. If the BCO comments do not " flag " a deleted subject it
may be assumed that it went undetected. (QM)

3. Numerous errors, omissions, etc. in the concrete technical
specifications made it very difficult to review. Recommend that
these sections be rewritten similar to the attached concrete
specifications (Attachment A) and included in the review package;
last item, "Specific Request", below.

a. Revise applicable paragraphs accordingly for the job
specific requirements.

b. Pg C3A-4, pp. C3A-9.2  UNSUPPORTED CONCRETE: Revise
the 1st sentence from "less than 24 hours" to read "less than 18
hours".
    -This has been done on other floodwall jobs through
modifications with the Government receiving a credit.  Since
precedent has been set already, we can avoid a modification to this
contract by incorporating this now.(NO)

## BIDDING SCHEDULE

4. Unless some subdivided item(s) is added to these
specifications, delete page B-2, VARIATIONS IN ESTIMATED QUANTITIES.
SUBDIVIDED ITEMS. (QM)

5. Add hay bale erosion control system adjacent to the safety
fence, preferably as a subdivided item.(NO)

6. Change item 0002 to read "Furnish and drive new sheet
piling" and list as a unit price item _COST/__ SF.(CC)
  19R02CAP A400/B300                    QM-1 Sept 92          1

ENCL 1

MODJESKI-E1
00137


Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements          18 Sept 92

    7. Change item 0006 to 0007.(CC)

    8. Change item 0007 to 0008. (CC)

## SECTION C - TECHNICAL SPECIFICATIONS

    9. PG.C2A-1, SECTION C2A-ENVIRONMENTAL PROTECTION: Engineering
should verify need for Contractor to comply with NPDES Stormwater
Discharge Permit Regulations in accordance with CELMV-CO-C/
CELMV-ED-T (415), Colonel J.B.Avant, 12 Aug 92.
    - If this regulation is now applicable, the requirements
should be incorporated into these specifications as stipulated.(QM)

    10. Pg C2A-2, pp. C2A-7.1  GENERAL: Last sentence refers to
several Contract Clauses.  There is no list of Contract Clauses to
review. Either delete the sentence or furnish the clauses.(NO)

    11.Pg C2A-3, pp. C2A-8.1  CONTAMINATION OF WATER: Add the
following sentence to the end of the paragraph: "The Contractor
shall recover any pollution from the canal caused by his operations
at his expense."(NO)

    12. C2A-7: PROTECTION OF LAND RESOURCES. Hay bales should be
provided continuously along and at the R/W line to provide erosion
protection.(CC,NO,QM)

    13. Pg C2B-2, pp. C2B-6.2  REMOVAL FROM SITE OF WORK:  Last
sentence, Delete the words "if suitable Government-furnished
disposal areas are available."(NO)

    14. Pg C2C-1, pp. C2C-1  SCOPE: First sentence references stock
piling materials from required structural. There is no mention of
stock piling material,eg: limits, dimensions, location, etc. in this
section. Either address this or delete "stock piling materials" from
this paragraph.(NO)

    15. Pg C2C-1, pp. C2C-2.  QUALITY CONTROL;(5), Compaction Test:
2nd Sent: Delete C2C-5.2. It does not exist.(NO)

    16. Pg C2C-1, pp. C2C-2.2  APPLICABLE PUBLICATIONS:  Delete the
reference to "C 207-79  Hydrated Lime for Masonry Purposes" from
this paragraph.(NO)

    17. Pg C2C-3, pp. C2C-4.1  STRUCTURAL EXCAVATION: Midsection of
paragraph states "...material classified by the Unified Soil
Classification System (as shown on the Soil Boring Legend)...".  Add
this to the drawing.(NO)

    18. Pg C2C-5, pp. C2C-4.10  RIP-RAP: Pp. states that rip-rap
must be moved and then replaced after cap installation.  It is not
  19RO2CAP A400/B300                         QM-1 Sept 92          2

MODJESKI-E1
00138

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements                18 Sept 92
clear where the rip-rap is to be moved and if there is sufficient
stockpile areas available. This should be addressed and revised if
necessary.(NO)

19. Pg C2B-2, pp. C2B-4.6  AREAS TO BE CLEARED:  Recommend that
clearing of all areas be limited to minimum required for
construction of concrete cap as opposed to 20 feet east and west of
the centerline of the sheet pile wall.(NO)

20. Pg C2E-1, pp. C2E-1.  SCOPE, 3rd line: Delete "required"
and add "Contractor furnished".(NO,QM)

21. Pg. C2E-1, Pp. C2E-1: If requirements for vibration
monitoring are to be deleted, verify this action with the Levee
Board to minimize possibility of a misunderstanding. See BCO comment
# 2, below with related data.(QM)

22. Pg C2E-1, pp. C2E-3  SUBMITTALS:  Include a requirement for
Contractor to submit plan for stockpiling sheetpile on the job site
for emergency gap closure as specified in C2E-8.(NO,QM)

23. Pg C2E-1, pp. C2E-3.3  DRIVING RECORDS: Delete the last
sentence.(NO)

24. Pg C2E-2, pp. C2E-5.1  Next to last sentence: There is no
"Section C5B" in the specifications.  Revise accordingly.(NO,QM)

25. Pg.C2E-4, following pp C2E-7 (old pp 3-06, pgs 3-3/4/5) :
The entire section specifying vibration monitoring during driving of
sheet piling has been deleted since the preliminary review.
Recommend that this be verified with the Levee Board.(QM)

26. Pg. C2E-5;Pp.C2E-9.2.1: PAYMENT, FURNISHING AND DRIVING NEW
SHEET PILING. Change this paragraph so that the payment of item no.
0002 will be made at the contract price per SF.(CC,QM)

27. Pg. C3A-5; Pp.C3A-11: MEASUREMENT AND PAYMENT. Delete the
words "lump sum". (CC,QM)

28. Pg. C3B-4;Pp.C3B-8: MEASUREMENT AND PAYMENT. Same as item
27.(CC,QM)

29. Pg.C3C-3,Pp.C3C-8: MEASUREMENT AND PAYMENT. Same as item
27.(CC,QM)

    - Rephrase as annotated.(CC,QM)

30. Pg C2D-1, pp. C2D-1  SCOPE.  Recommend the requirement of
wood-cellouse fiber mulch be applied along with fertilizer and seed
as a hydro-mulch application.  This has proven to give a good stand
of grass while the fiber mulch protects the new embankment from
19R02CAP A400/B300                          QM-1 Sept 92          3

MODJESKI-E1
00139

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements          23 Sept 92
erosion.  Revise this section and applicable paragraphs as
necessary.(NO)

31. Pg C2D-4.  Recommend insertion of the "Fertilizer and
Postplanting" paragraph and verbiage previously used on Jefferson
Lakefront contracts.(NO)

32. Pg C2D-5, pp. C2D-5.4  WATER.  Delete this paragraph if
mulch is not applied with the seed and fertilizer. Also delete
paragraph C2D-9.3 "Hydraulic Seeding" on page C2D-9 and para.
C2D-2.1 (5) "Watering" on page C2D-2.(NO)

33. Pg C2D-6, pp. C2D-6.2.1  FERTILIZER.  Reference to para.
C2D-6.2 is incorrect.  Revise accordingly.(NO)

34. Pg C2D-9, pp. C2D-10  MOWING.  Add the following  sentence
to the end of the paragraph: "Immediately prior to final acceptance
of work, the Contractor shall mow all seeded areas." Also,
recommend insertion of the following paragraphs and verbiage after
C2D-10  MOWING: "Inspection and Acceptance", "Maintenance", "Repair"
and other paragraphs applicable to this section.(NO)

35. Pg. C3D-6;Pp.C3D-3.2: CONSTRUCTION TESTING BY GOVERNMENT.
Information in this paragraph starting with the sentence beginning
with "Test samples.... to the end of this section is excellent, but
if the Area Office does not plan to perform this specific QA
concrete compression tests it should be removed from the specs and
their plan inserted.(CC)

36. Pg. C3D-38;Pp.C3D-12.2.2: CEMENTITIOUS PAINT FINISH. Verify
the Fed. paint Spec. AA-A-155 as .listed on page C3D-39.  Federal
paint spec TT-P-0035 is what has been used in the past. Refer also
to comment 1.c, above.(CC,QM)

37. Correct typos, spelling and misc. errors as annotated on
pages:  C2C-1, C2C-5, C2D-1,C2E-1,C2E-3, C2E-5, C3A-2, C3A-3, C3A-4,
C3B-4, C3C-a, C3C-3, C3D-12, C3D-16, C3D-20, C3D-24, C3D-39, C3E-a,
H-16, H-32 & H-33. (CM, QM)

SECTION H, SPECIAL CLAUSES

38. PG. H-1, Pp H-2: The amount to be charged for liquidated
damages is $1,360. (QM)

39. (1) Pg. H-4; Pp. H-4 f.(1 ), CONTRACT OR QUALITY CONTROL:
After the sentence requiring 24 hour advance notice of the
preparatory meeting, add the following sentence : "The contractor
must submit a written agenda of the topics to be discussed at the
preparatory meeting on the day prior to the meeting. " (NO)

19R02CAP A400/B300                              QM-1 Sept 92              4

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements          23 Sept 92
    40. Pg. H-9,Pp. H-7; LAYOUT OF WORK :  In the first sentence
delete the reference to Government established base line since
construction may still be ongoing on the Jefferson Parish side of
the canal. Recommend that Contractor layout work in the field from
the existing sheet pile wall line .

    41. Change the third sentence to read "The contract or shall be
responsible for executing the work to the lines and grades shown on
the drawings ."

    42.  Revise applicable drawings accordingly. (NO)

    43.  Pg.H-10, Pp.H-8; QUANTITY SURVEYS: Delete this paragraph
because there is no embankment work in the specs to measure. The
only earthwork to be done is the structural excavation and backfill
which is lump sum. (QM, CC, NO)

    44. Pg.H-20;Pp.H -13, RIGHTS-OF-WAY : Clearly define right of
way on the drawing. Identify and mark in the field all known
obstructions listed in paragraph c or on the plans in a tabular
format. This table should include the station location, description
of obstruction, disposition, and owner.(CC)

    45. Pgs. H-25/26;Pp.H-22, Utilities & Improvements: Revise
sentences to make needed, complete and usable statements.(QM,NO)

# Pg.H-26;Pp.H-23, WEEKENDS, HOLIDAYS AND NIGHTS: Revise this clause
to read "Permissible Hours of Operation". Insert appropriate
paragraph concerning week ends, holidays and nights used on previous
Govt contracts.(NO)

    46.  Pgs. H-28,29&30; Pp.H-26, Stone Sources: Delete entire
paragraph. Not applicable. (QM,NO)

    47.  Pg H32,Pp. H-30,Govt. Furnished Property: Delete this
entire paragraph. The Government is not furnishing any property.
(QM, CC,NO)

    48. Appendix H-1; Form 4288 , Submittal Register :

        a. The submittal register lists the Environmental
Protection Plan as part of the register.  Delete this item to
accord with ER 415-1-10. The submittal register should include all
technical submittals, but not include items such as safety plans, QC
plans, environmental plans, etc.(NO,QM)

        b. Relocate Register from " Appendix " to end of " H "
Clauses.                                            (NO, QM)

    49. CONTRACT CLAUSES, SITE VISIT ASSISTANCE:
           - Page L-5, para . L.11
19R02CAP A400/B300                    QM-1 Sept 92          5

MODJESKI-E1
00141

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements            23 Sept 92

        Correct the paragraph to read that assistance may be
obtained by contacting the New Orleans Area Engineer:
                        Mr. Chester Ashley
                        P.O. Box 60267
                        New Orleans, La. 70160
                        Telephone No. 504-862-1200 (NO)

DRAWINGS

     50. GENERAL

          a. Verify the location and elevation of the benchmark
prior to contract award.(NO)

          b. A Soil Boring Legend needs to be added containing the
Unified Soil Classification Chart and Plasticity Chart.(NO)

          c. Recommend before and after videos be taken by the
Contractor and specified on the drawing concerning damage that may
occur as a result of the Contractor's operations.  Any repair should
be done at the Contractor's expense.(NO)


     51. DWG. 2: Provide a legend to identify Right-of-Way lines,
Base lines, floodwall centerlines, and utility lines. The quantities
listed in the description of work should be deleted.(CC,NO,QM)

          a. Show access road(s) on this plan even though it is to
be detailed on drawings 16 and 17.(CC)

          b. Add a note on Dwg 2 and/or show the limits on the
applicable drawings where the safety fencing is to be placed.
Revise as necessary.(NO)

     52. DWG 3: Clearly identify the LP & L aerial transmission line
crossing the canal at B/L Station 580+45.  Include a note regarding
action to be taken regarding this utility. (NO)

     53. DWG 5: Clearly identify the U.S. Sprint fiber optic line
opposite B/L Station 644+74.  Add a note referencing Dwg 9 for
details concerning this utility.(NO)

     54. DWGS. 2 THRU 5: Neither the Construction easement nor the
Right-of-Way limits are defined. These limits should be clearly
defined and dimensions referenced to the base line . The
obstructions with the Right-of-Way should be noted on the plans and
listed in a tabular form at (see comment on pp. H-13).(CC,NO,QM)

          a. The Right-of-Way indicates only approximately 25 feet
between floodwall 1 and R/W line . This is insufficient to perform
  19R02CAP A400/B300                        QM-1 Sept 92            6

MODJESKI-E1
00142

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements          23 Sept 92
structural excavation with equipment on the L/S, much less to
provide access along the L/S of the Floodwall. See pp "e", below.
(CC,QM )

      b. Request that designer indicate in necessary detail the
proposed types of form designs that can be installed under such
conditions .(QM )

      c. Suggest also that designer evaluate the use of
different methods for installing the concrete forms, such as:

      d.   Constructing a coffer dam.

      e. Grading and flattening out the levee on the floodside
       of the sheeetpile wall. (QM)

  55. DWG 6:

      a.  For the bottom left typical levee section shown,
Station 553+90.7 differs from the plan stationing (Sta. 553+91.6) on
Dwg 2.  Verify and correct as necessary.

      b. For the Typical Section Sta. 545+83 to Sta. 552+14.1,
address where the rip-rap is to be stockpiled that is removed.
Clarify and indicate on drawing.(NO)

  56. DWGS 6 and 7:

      a. For the typical sections shown, indicate the lines,
slopes, grade and elevations for the structural excavation and
backfill that is to be performed.(NO)

      b. Recommend that transitional details be shown where the
floodwall and backfill transitions from one type of floodwall
(elevation) to another.(NO)

    57. DWG.9-12: The floodwall cap layout drawings are shown on
drawing in opposite direction of the Plan view of drawings nos. 2-5.
Change to be in the same direction.(CC)

  58. DWG 11

      a. The Description of Work states that 3 new sheets of PZ
22 sheet piling is required to be driven.  This drawing shows two
sheets.  It is not clear where the other required PZ 22 is to be
driven.  Clarify and identify on the applicable drawing.

19R02CAP A400/B300                    QM-1 Sept 92          7

MODJESKI-E1
00143

Review of Plans and Specifications for 17th Street Outfall Canal,
Capping of Floodwalls, East Side Improvements          23 Sept 92

b. For "Section B-B", no mention of the sandbag gap
closure shown on the drawing is made in the specifications.  Include
the sandbag closure in the specifications with the method of
measurement and payment (if any).

c. For "Section C-C", there is no mention of the 4"
required crushed stone fill in the technical specifications.
Address in detail the requirements for the crushed stone in the
specifications or on the drawing including measurement and payment
of the item.(NO)

59. DRAWING 14 and 15: Dwgs 14 and 15 were not included as part
of the plans. Please include in the next review.(NO,QM)

60. DWG. 16&17: The R/W line is not shown in relation to the
various access routes.  It appears that the access routes are
outside the Right-of-Way if the R/W line is correct as shown on
drawings 2-5.  If this is correct then additional R/W and or
temporary construction servitude must be provided.(CC)

61. DWG 17:

- The following comments are offered regarding the 15'
wide ramp consisting of earthen fill and shell that is to be
constructed by the contractor:

a.  Address details of shell to be placed including type,
gradation, thickness, etc.(Give x-section) and method of
measurement and payment.

b. Recommend excess material from structural excavation
be used to construct the 15' wide ramp.  There should be no
measurement and payment for the ramp construction.(NO)

SPECIFIC REQUEST

62. *THE CONSTRUCTION DIVISION REQUESTS AN OPPORTUNITY FOR A
COMPLETE BCO REVIEW AFTER THE A/E FIRM HAS COMPLETED WORK RELATED TO
THESE COMMENTS.(QM,CC,NO)*



19R02CAP A400/B300                          QM-1 Sept 92          8

MODJESKI-E1
00144

PRINCIPALS

W. B. CONWAY, P.E.
N. H. SNYDER, P.E.
C. P. COMSTOCK, P.E.
J. J. SCHERRER, P.E.
J. M. KULICKI, PH.D., P.E.
H. E. WALDNER, P.E.
D. F. SORGENFREI, P.E.

# MODJESKI AND MASTERS, INC.

## CONSULTING ENGINEERS

### Since 1893

ASSOCIATES

T. Y. SOONG, P.E.
J. E. PRICKETT, P.E.
B. P. STRAIN, JR., P.E.
B. T. MARTIN, JR., P.E.
J. L. McKENNEY, P.E.
G. A. MURRAY, P.E.
D. H. LEROY, P.E.
R. A. LITTLE, P.E.
L. V. BORDEN, P.E.
L. K. HUANG, P.E.
D. R. MERTZ, PH.D., P.E.
M. C. IRWIN, P.E.
B. E. PETERSON, P.E.
Z.    PRUCZ, PH.D., P.E.
E. W. ROHRBAUGH

1055 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
TELEPHONE 504 · 524-4344
FAX NO. 504 · 561-1229

December 2, 1992

JN 1412

Mr. W. Eugene Tickner
Chief, Engineering Division
U.S. Army Corps of Engineers
Post Office Box 60267
New Orleans, Louisiana 70160-0267

Attn: Mr. Bob Grubb

RE: 17TH STREET OUTFALL CANAL
    CAPPING OF FLOODWALLS
    ORLEANS LEVEE BOARD PROJECT NO. 24311

Dear Mr. Tickner:

We transmit by this letter Plans and Specifications for Construction Division Final Review on the captioned project. As requested, we are providing 4 full size sets of drawings numbered 1-17 and 4 sets of specifications in hard copy format. The plans and specifications are also being transmitted to you in the required electronic format.

| Drawing Files: | | Specification Files: | |
|---|---|---|---|
| 1. | TS | TITLE | |
| 2-5. | PLAN 1-4 | BID | |
| 6-7. | LTS001-002 | TOC | |
| 8. | FCTS | EP | (C2A) |
| 9-12. | FCPL01-04 | CLEAR.GRU | (C2B) |
| 13. | FCJD | STRUC.EXE | (C2C) |
| 14-15. | RBS001-002 | F&S | (C2D) |
| 16-17. | AS001-002 | SHEET | (C2E) |
| | | FORMWORK | (C3A) |
| | | STEEL | (C3B) |
| | | JOINTS | (C3C) |
| | | CONCRETE | (C3D) |
| | | METAL | (C5A) |
| | | CATHODIC | (C16A) |
| | | H-CLAUSE.CON | (H) |

MODJESKI-E1
00939

Responses to Final Review Comments are attached. Briefly, changes have been made to the scope of the project. The wall is now 24 inches in width instead of 21 inches to allow more room for deviations from line in the sheetpile. The sheet pile is now to be driven to grade instead of being trimmed; thus emergency sheet pile is no longer required because the existing sheeting will merely be

MODJESKI AND MASTERS, INC.

December 2, 1992

Mr. W. Eugene Tickner                                            Page 2

pulled up in place in the event of a hurricane. All stations are
now referenced to the centerline of the sheet pile instead of the
baseline. The Contractor will now use a cofferdam just south of
Hammond Highway to ensure a dry working area. The cofferdam will
also be a bid item. We have eliminated sandbagging south of
Hammond Highway by completing the wall as indicated in Dwg. No. 11
without a 90-degree turn (See response to CELMN-CD-QM Comment #6).
The specification for removal of the existing coal tar epoxy paint
from the sheet pile is now added to Section C2E of the
specifications. We have specified sandblasting after consulting
with the manufacturer of the paint.

Some issues remain currently unresolved, and we will continue to
work on these during this review.

The drawings have some very minor errors. We have corrected these
errors on our system (AUTOCAD), but given the expense of the
translation and the possibility of further revisions, we will
correct these in INTERGRAPH prior to Final Submittal.

We request the right to update the Special Clause "OTHER WORK IN
THE AREA" prior to advertisement should the East Jefferson Levee
District's project schedule change.

The Special Clause "UTILITIES AND IMPROVEMENTS" will require
updating if L.P.& L. allows for weekend outages of the power line
during the May to September period or if another L.P.& L. project
in the vicinity takes the line out of service during this project,
thus eliminating the need for an outage for construction purposes.

We may receive further information on Orleans Marina tidal gage
information from the Orleans Levee Board to further update the
information currently provided in C2E-10.

Resolution of Right-of-Way immediately north of Hammond Highway is
still required from the Orleans Levee Board.

If you have any questions or require any further information,
please let us know. Otherwise we will await your comments.

Very truly yours,

MODJESKI AND MASTERS
Consulting Engineers

Felton Suthon

Felton Suthon

FS:gls:tickner3
cc: Mr. F. Mineo, O.L.B.

MODJESKI-E1
00940

RESPONSES TO FINAL REVIEW COMMENTS

Comments of CELMN-CD-OM- Sep. 23, 1992:

1a        Cost Engineering had previously requested that
          information on access sites be placed in the drawings.
          Information on access sites is contained on drawings 2-5,
          16 and 17, and in the Special Clause "ACCESS AND TRUCKING
          REQUIREMENTS".

1b,21,25  Vibration monitoring will be handled by the Orleans Levee
          Board.   See Special Clause entitled "VIBRATION
          MONITORING" for Contractor responsibilities.

1c        Cementitious Paint is specified in C3D-12.2.1,2.

3         Many of the changes to C3A through C3D were specified by
          other Corps departments.  We have carefully incorporated
          the attachment into our specifications.  Please note that
          in C3D-7.2.3 and 7.2.4 we have simplified the section
          based on a 1-inch minimum clearance from rebar to sheet
          pile.  Also note that because a cofferdam will be built
          from Sta. 69+93.33 to Sta. 9+25.80 to maintain dry
          working conditions, there will be no construction joints,
          thus eliminating C3D-10.3.

4         We have eliminated "VARIATIONS IN ESTIMATED QUANTITIES,
          SUBDIVIDED ITEMS" as there are no subdivided items.

5,12      See C2A-7.6, C2A-15.2, C2A-16.2 and Drawings 2-5 for all
          information on protected side erosion (hay bales).  It
          will be paid for by the linear foot for approximately
          11,593 feet.

6 7 8     South of Hammond Highway, we previously called for an
20 58a    angle point and a required corner at Sta. 9+28 to provide
58b       the necessary turn to construct floodgates for Hammond
          Highway as per DM-20.  Recent events indicate that there
          is some uncertainty as to the future of the area (new
          bridge or floodgates?) and we have thus decided to build
          the floodwall straight to Sta. 9+25.80 without an angle
          point or any required sheeting.   This plan would allow
          for future construction of either floodgates or a new
          bridge.  The drawings and the specifications now contain
          no required sheeting, no required sandbagging, and no
          required angle point south of Hammond Highway.

9         Engineering Division will have to answer this.

10        We have provided a list of Contract Clauses in Section I.

11        Done- See C2A-8.1.

13        Done- See C2B-6.2.

MODJESKI-E1
00941

14      Drawings 2-5 and the Special Clause "OFF-SITE STORAGE"
        contain this information.

15      C2C-2(5).  The reference to C2C-5.2 has been corrected to
        be to C2C-4.2.

16      Done- See C2C-2.2

17 50b  C2C-4.1.  Since we have no soil borings and the excavated
        material is to be re-used, the reference to the Unified
        Soil Classification System has been omitted.

18 55b  See Dwg. No. 5 for details of rip-rap storage.

19      We have reduced the clearing currently specified in C2B-
        4.3 from 20 feet on either side of the sheet pile to 5
        feet on either side.

22      The sheets are all to be driven to required grade with
        exceptions noted in the plans and specifications.  In an
        emergency, the sheets will all be in place and must only
        be raised.   See C2E-9 and H-10(j)(5) for emergency
        procedures.  There is no longer any need for emergency
        sheet pile.

23      C2E-3.3 now C2E-3.2- Done.

24 26   This section has been removed. See comment 6.

27-29   C3A-5, C3B-4, C3C-3. All done.

30-34   Fertilizing, Seeding and Mulching (Section C2D)- We have
        incorporated the mulching into the areas described in
        C2D-4.2.1.  The reference to C2D-6.2.1 has been removed.

35      If a different section is required, please inform us.

36      C3D-12.2.2- TT-P-0035 is the USCE spec and will be used
        on this job.

37      Typos corrected.

38      $1,360 for liquidated damages included in H-1.

39      Sentence included in H-4.

40-42   We have altered the reference line for the project to be
        the centerline of the sheet pile wall.  All references to
        Stations are now to Wall Line (W/L).

MODJESKI-E1
00942

43      We have deleted "QUANTITY SURVEYS".

44 60   See Drawings 2-5 and 16-17 for all right-of-way (RW)
        information on the plans.  H-12 has been revised to

reflect this and obstructions to RW.  Access to all RW from off-site has been arranged as follows:

Ramps adjacent to I-10: OLB has applied for permit from LaDOTD.

West Harrison Lot: OLB and City of New Orleans (Owner) by agreement.

South of Hammond Highway: OLB and Robert S. Lupo (Owner) by agreement.

North of Hammond Highway: See cover letter (UNRESOLVED)

| | |
|---|---|
| 45 | LP&L Power Line: See cover letter (UNRESOLVED) |
| 45a | The title has been changed as requested. |
| 46 | "STONE SOURCES" has been deleted. |
| 47 | "GOVERNMENT FURNISHED PROPERTY" has been deleted. |
| 48 | We have updated and relocated the submittal register as requested. |
| 49 | We cannot respond to this item. |
| 50a | The benchmark has been surveyed as recently as June of 1992 to start the West Side Levee Improvements (East Jefferson Levee District Contract 92-1). |
| 50c | See General Notes and Special Clause "VIDEOTAPE DOCUMENTATION." |
| 51-54 | We have included the legend, floodwall centerline, RW lines, and utility lines on the plans (Dwgs. 2-5). Included in these sheets are details of storage, access, safety fence, and erosion control.  Because of the limited plan area on the drawings, the access road and storage details have been provided at the bottom of the drawing.  All sheets have been revised to be oriented in the same direction as the Panel Layouts (Dwgs. 9-12). We have eliminated the Description of Work as per Specifications Section comment # 1. |
| 54a | The RW is very limited from Sta. 40+13 to Sta. 10+86. The Contractor will have to arrange a way of constructing the cap from the canal. |
| 54b-e,58c | The Contractor will have to use a cofferdam as indicated in C2E-7, "Provisions for Cofferdam".  This will allow a |

MODJESKI-E1
00943

dry working area and allow for painting of the concrete. Therefore, there is no longer a toe anchor form or required crushed stone.

55a     This no longer applies, as the basis of stationing is now the sheet pile wall.

56a     There is no need to indicate lines and slopes for excavation and backfill because this item is a lump sum item. We have indicated areas for excavation for access on Dwgs. 2 through 5.

56b     We have provided transitional details.

57      The floodwall cap layout is presented as shown to show the protected side of the cap in order to detail the required treatment of the cap.  We have adjusted the plans to reflect a south-to-north arrangement.

59      The reinforcing schedule is shown on Dwgs. 14-15.

61      The access ramps are detailed on Dwg. 17 and located on Dwgs. 2-5.  See also the Special Clause "Access and Trucking Requirements".

62      We cannot answer this.

**Comments of CELMN-ED-DS- Aug. 13, 1992:**

1        These items have been handled as requested.

2        The Orleans Levee Board (OLB) is aware of the finish on the Jefferson floodwall.  The choice of finish is the OLB's decision.  The flood side of both the Jefferson and Orleans floodwalls will be pearl grey and thus similar in appearance.

3        We have detailed this information in the Special Clause entitled "Access and Trucking Requirements" as well as on Dwgs. 2-5 and 16-17.

4        Appendix H-2 is referenced in the Special Clause entitled "Signal Lights".

MODJESKI-E1
00945

<u>Comments of CELMN-ED-CF- Aug. 27, 1992:</u>

1        No response.

2        Done.

3-4      South of Hammond Highway, we previously called for an
         angle point and a required corner at Sta. 9+28 to provide
         the necessary turn to construct floodgates for Hammond
         Highway as per DM-20.  Recent events indicate that there
         is some uncertainty as to the future of the area (new
         bridge or floodgates?) and we have thus decided to build
         the floodwall straight to Sta. 9+25.80 without an angle
         point or any required sheeting.  This plan would allow
         for future construction of either floodgates or a new
         bridge.  The drawings and the specifications now contain
         no required sheeting and no angle point south of Hammond
         Highway.

         The sheets are all to be driven to required grade with
         exceptions noted in the plans and specifications.  In an
         emergency, the sheets will all be in place and must only
         be raised.  Therefore, there will only be a "Driving
         Existing Sheet Pile" item, which will include the minor
         costs of associated trimming at transitions and adjacent
         to the U.S. Sprint Fiber Optic Line.

5        Done.

6-8      No response.

MODJESKI-E1
00946