UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:      KATRINA CANAL BREACHES             § | CIVIL ACTION |
|                  CONSOLIDATED LITIGATION             § | NO.: 05-4182 "K"(2) |
| § | JUDGE DUVAL |
| § | MAG. WILKERSON |
| § | |
| § | |
| PERTAINS TO:                                                     § | |
| LEVEE (06-6473)                                                  § | |
| JENNIFER LUSCY DEANE, ET AL. V. BOH BROS § | |
| CONSTRUCTION CO., LLC, ET AL.               § | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice.  The extension of time is for good cause and to provide Defendant time to confer with opposing counsel to consider a voluntary dismissal as the original Plaintiffs have in this consolidated matter.  Plaintiff has previously provided Defendant with an informal extension of time; however, in an abundance of caution, Defendant moves this Honorable Court for a formal extension of time to file responsive pleadings.

WHEREFORE, defendant, C.R. Pittman Construction Company, Inc., prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the    29th    day of    December   , 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/   *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. (#22525)
Email: jmelchiode@gjtbs.com
Jason J. Markey. (#29722)
Email:  jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**