## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE (06-5163) | | § | |
| CREATO GORDON, ET AL. V. UNITED STATES | | § | |
| OF AMERICA, ET AL. | | § | |

## ORDER

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that defendant, C.R. Pittman Construction Company, Inc., be granted a formal extension of time until February 1, 2007 to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E