UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| | § § | |
| PERTAINS TO: LEVEE (O6-2278) HERBERT CHRISTENBERRY, ET AL. V. BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ET AL. | § § § § § | |

**MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL COUNSEL OF RECORD**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

    Respectfully submitted:

    *s/ Gerald A. Melchiode*
    GERALD A. MELCHIODE, T.A.  (#22525)
    Email: jmelchiode@gjtbs.com
    JASON J. MARKEY (#29722)
    Email:  jmarkey@gjtbs.com
    GALLOWAY, JOHNSON, TOMPKINS,
    BURR & SMITH
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone:  (504) 525-6802
    Facsimile:  (504) 525-2456
    **Counsel for C.R. Pittman Construction Company, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Jason J. Markey. #22722
Email: jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**