UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION  NO.: 05-4182 "K"(2)  JUDGE DUVAL  MAG. WILKERSON |
| PERTAINS TO:  LEVEE (O6-2278)  HERBERT CHRISTENBERRY, ET AL. V. BOARD  OF COMMISSIONERS OF THE ORLEANS LEVEE  DISTRICT, ET AL. | § § § § § | |

**ORDER**

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of Record:

IT IS ORDERED that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E