UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES           CIVIL ACTION
        CONSOLIDATED LITIGATION
                                        NO. 05-4182 "K" (2)

PERTAINS TO: LEVEE Cochran, No. 06-5785  JUDGE DUVAL
                                         MAG. WILKINSON

### ORDER

At the request of plaintiff's counsel, William R. Mustian, III, his appearance at the January 5, 2007, call docket is hereby CONTINUED. Instead, the call docket appearance in this particular case is rescheduled for January 17, 2007 at 11:00 a.m. before me.

New Orleans, Louisiana, this 29th day of December, 2006.

                                JOSEPH C. WILKINSON, JR.
                                UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.