UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5032) NATHANIEL JOSEPH, ET AL. V. NEW ORLEANS SEWERAGE AND WATER BOARD, ET AL. | § § § § § § | |

**ORDER**

Considering the foregoing Motion for Extension of Time:

IT IS ORDERED that defendant, C.R. Pittman Construction Company, Inc., be granted a formal extension of time until February 1, 2007 to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E