UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES              CIVIL ACTION
        CONSOLIDATED LITIGATION
                                           NO. 05-4182 "K" (2)

PERTAINS TO: ALL LEVEE, MRGO,              JUDGE DUVAL
RESPONDER CASES & O'Dwyer, No. 06-4389     MAG. WILKINSON

## ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Plaintiffs' Motion for Leave to File Second Supplemental and Amending Complaint, Record Doc. No. 2014

O R D E R E D:

__XXX__ : DEFERRED. As discussed with counsel at the December 20, 2006 hearing, the captioned motion will be determined by Judge Duval in conjunction with the related motion to dismiss, which has already been briefed and argued. Accordingly, the clerk is directed to remove this motion from my docket, and the oral argument tentatively scheduled before me on January 4, 2007 at 11:00 a.m. is CANCELLED.

New Orleans, Louisiana, this __29th__ day of December, 2006.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CC: Hon. Stanwood R. Duval, Jr.