UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION  <br><br>PERTAINS TO:<br>LEVEE (06-2545)<br>PETER LAMER MARCELLO, ET AL. V. BOH BROS CONSTRUCTION COMPANY., L.L.C., ET AL. | § § § § § § § § § § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |

## MOTION FOR EXTENSION OF TIME

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice.  The extension of time is for good cause and to provide Defendant time to confer with opposing counsel to consider a voluntary dismissal as the original Plaintiffs have in this consolidated matter.  Plaintiff has previously provided Defendant with an informal extension of time; however, out of an abundance of caution, Defendant moves this Honorable Court for a formal extension of time to file responsive pleadings.

WHEREFORE, defendant, C.R. Pittman Construction Company, Inc., prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

    Respectfully submitted:

    *s/ Gerald A. Melchiode*
    GERALD A. MELCHIODE, T.A. (#22525)
    Email: jmelchiode@gjtbs.com
    JASON J. MARKEY (#29722)
    Email: jmarkey@gjtbs.com
    GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone: (504) 525-6802
    Facsimile: (504) 525-2456
    **Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

    s/ *Gerald A. Melchiode*
    Gerald A. Melchiode, T.A. (#22525)
    Email: jmelchiode@gjtbs.com
    Jason J. Markey. (#29722)
    Email: jmarkey@gjtbs.com
    Galloway, Johnson, Tompkins, Burr & Smith
    One Shell Square
    701 Poydras Street, 40th Floor
    New Orleans, Louisiana 70139
    Telephone: (504) 525-6802
    Facsimile: (504) 525-2456
    **Counsel for C.R. Pittman Construction Company, Inc.**