**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE (06-2545) | | § | |
| PETER LAMER MARCELLO, ET AL. V. BOH BROS | | § | |
| CONSTRUCTION COMPANY., L.L.C., ET AL. | | § | |

**MOTION TO WITHDRAW AND SUBSTITUTE ADDITIONAL**
**COUNSEL OF RECORD**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by

and through undersigned counsel, who desires that J. Marston Fowler of the law firm Galloway,

Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the

law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of

record for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A. (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email: jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Counsel for C.R. Pittman Construction**
**Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the    29th    day of    December   , 2006 a copy

of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/ *Gerald A. Melchiode*

Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Jason J. Markey. #29722
Email: jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**