UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| | § § | |
| PERTAINS TO: LEVEE (O6-2278) HERBERT CHRISTENBERRY, ET AL. V. BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ET AL. | § § § § § | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC., by and through undersigned counsel, who desires that JASON J. MARKEY of the law firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as additional counsel of record for C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the   29th   day of    December        , 2006 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/  *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Jason J. Markey. #29722
Email:  jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**
