UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (O6-2278) HERBERT CHRISTENBERRY, ET AL. V. BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT, ET AL. | | |

**ORDER**

Considering the foregoing Motion to Enroll Additional Counsel of Record:

IT IS ORDERED that Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
J U D G E