UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK GAMBINO and** | * | **CIVIL ACTION** |
| **LUCREZIA GAMBINO** | * | |
| | * | **NO. 06-8636** |
| **VERSUS** | * | |
| | * | **SECTION K** |
| **THE STANDARD FIRE INSURANCE COMPANY and** | * | |
| **ALLIANCE INSURANCE AGENCY SERVICES, INC.** | * | **MAG. (2)** |

**********************************************

**STATE OF LOUISIANA**

**AFFIDAVIT**

**PARISH OF JEFFERSON**

COMES NOW the affiant, Manuel R. De Pascual, Jr., and having been duly sworn on oath, deposes and states as follows:

1. I am employed as an agent by Alliance Insurance Agency Services, Inc., and this affidavit is based on my personal knowledge.

2. Policy Number 9521945346619 ("the Policy") is a homeowners insurance policy that belongs to Frank and Lucrezia Gambino ("Plaintiffs") covering property located at 945 to 949 Helois Avenue, Metairie, Louisiana.

3. The Policy issued by The Standard Fire Insurance Company was originally procured no later than the date of __10-21-2001__.

4. The Policy was renewed annually, with no changes in coverage, beginning on the date of __10-21-2001__ to the date of __10-21-2007__.

EXHIBIT 1

C:\Documents and Settings\Manuel1\Local Settings\Temporary Internet Files\OLK50C\Affidavit.pjh8.doc

_____
Manuel R. De Pascual, Jr.

SWORN TO AND SUBSCRIBED BEFORE ME, this 12 day of December, 2006.

_____
NOTARY PUBLIC
Printed Name: Glenn M. Oliver
Bar# / Notary #: 012673

GLENN M. OLIVER
NOTARY PUBLIC
NOTARY ID #012673
MY COMMISSION IS FOR LIFE