# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. | CIVIL ACTION NO.: 05-4182 |
| VERSUS | SECTION "K" |
| BOH BROS. CONSTRUCTION CO., L.L.C., ET AL. | MAGISTRATE (2) <br> CONS. KATRINA CANAL |
| PERTAINS TO: <br> LEVEE: (06-5159–Fleming) | |

### UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF VIRGINIA WRECKING COMPANY, INC. WITHOUT PREJUDICE

**NOW INTO COURT**, come Plaintiffs in *Fleming*: **06-5159** on behalf of themselves and all others similarly situated and based on representations made to counsel for plaintiffs by counsel for defendant Virginia Wrecking Company, Inc., move to dismiss their Complaint without prejudice as against said defendant. Plaintiffs specifically reserve all rights as against all parties not dismissed herein.

**WHEREFORE,** plaintiffs pray for an Order of Voluntary Partial Dismissal, dismissing without prejudice plaintiffs' Complaint as to defendant, Virginia Wrecking Company, Inc., and specifically reserving all rights and causes of action against all parties not dismissed herein.

Respectfully submitted,

LEVEE LITIGATION GROUP

JOSEPH M. BRUNO, T.A.  (La. Bar #3604)
DANIEL E. BECNEL, JR.  (La. Bar #2926)
JOHN W. DeGRAVELLES (La. Bar #4808)
WALTER C. DUMAS   (La. Bar #5163)
CALVIN C. FAYARD, JR.  (La. Bar #5486)
JIM S. HALL (La. Bar #21644)
DARLENE M. JACOBS (La. Bar #7208)
HUGH P. LAMBERT (La. Bar #7933)
F. GERALD MAPLES (La. Bar #25960)
GERALD E. MEUNIER (La. Bar #9471)
PEYTON P. MURPHY (La. Bar #22125)
ASHTON R. O'DWYER, JR.  (La. Bar #10166)
JERROLD S. PARKER
DENNIS C. REICH (Tx. Bar #16739600)

BY:   **s/ David S. Scalia**
JOSEPH M. BRUNO, T.A.  (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA   70113
Telephone: (504) 525-1335
Fax: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail or other electronic transmission this 2nd day of January, 2007.

/s/   David S. Scalia
**DAVID S. SCALIA**