UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| PERTAINS TO: | § | |
| LEVEE: (06-5159–Fleming) | § | |
| | § | |

### MEMORANDUM IN SUPPORT UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF VIRGINIA WRECKING COMPANY, INC. WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs in *Fleming*–06-5159 on behalf of themselves and all others similarly situated, have received representations by counsel for defendant Virginia Wrecking Company, Inc., and based upon those representations plaintiffs wish to dismiss their Complaint without prejudice as against Virginia Wrecking Company, Inc., and specifically reserve all rights as against all parties not dismissed herein.

Respectfully submitted,

LEVEE LITIGATION GROUP

JOSEPH M. BRUNO, T.A.  (La. Bar #3604)
DANIEL E. BECNEL, JR.  (La. Bar #2926)

JOHN W. DeGRAVELLES (La. Bar #4808)
WALTER C. DUMAS   (La. Bar #5163)
CALVIN C. FAYARD, JR.  (La. Bar #5486)
JIM S. HALL (La. Bar #21644)
DARLENE M. JACOBS (La. Bar #7208)
HUGH P. LAMBERT (La. Bar #7933)
F. GERALD MAPLES (La. Bar #25960)
GERALD E. MEUNIER (La. Bar #9471)
PEYTON P. MURPHY (La. Bar #22125)
ASHTON R. O'DWYER, JR.  (La. Bar #10166)
JERROLD S. PARKER
DENNIS C. REICH (Tx. Bar #16739600)

BY:   **s/ David S. Scalia**
JOSEPH M. BRUNO, T.A.  (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA   70113
Telephone: (504) 525-1335
Fax: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail or other electronic transmission this 2nd day of January, 2007.

/s/  David S. Scalia
**DAVID S. SCALIA**