UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL. | § | CIVIL ACTION NO.: 05-4182 |
| | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., | § | |
| ET AL. | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| PERTAINS TO: | § | |
| LEVEE: (06-5159–Fleming) | § | |
| | § | |

### LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in the captioned matter has inquired of counsel for Virginia Wrecking Company, Inc. whether there is any objection to the filing of the Unopposed Motion for Voluntary Dismissal of Virginia Wrecking Company, Inc. Without Prejudice. Counsel for Virginia Wrecking Company, Inc. has communicated to counsel for plaintiffs that there is no objection.

Respectfully submitted,

LEVEE LITIGATION GROUP

JOSEPH M. BRUNO, T.A. (La. Bar #3604)
DANIEL E. BECNEL, JR. (La. Bar #2926)
JOHN W. DeGRAVELLES (La. Bar #4808)
WALTER C. DUMAS (La. Bar #5163)
CALVIN C. FAYARD, JR. (La. Bar #5486)

JIM S. HALL (La. Bar #21644)
DARLENE M. JACOBS (La. Bar #7208)
HUGH P. LAMBERT (La. Bar #7933)
F. GERALD MAPLES (La. Bar #25960)
GERALD E. MEUNIER (La. Bar #9471)
PEYTON P. MURPHY (La. Bar #22125)
ASHTON R. O'DWYER, JR. (La. Bar #10166)
JERROLD S. PARKER
DENNIS C. REICH (Tx. Bar #16739600)

BY: **s/ David S. Scalia**
JOSEPH M. BRUNO, T.A. (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Fax: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail or other electronic transmission this 2nd day of January, 2007.

/s/ **David S. Scalia**
**DAVID S. SCALIA**