UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL. § | CIVIL ACTION NO.: 05-4182 |
| § | |
| VERSUS § | SECTION "K" |
| § | |
| BOH BROS. CONSTRUCTION CO., L.L.C., § | |
| ET AL. § | MAGISTRATE (2) |
| § | CONS. KATRINA CANAL |
| § | |
| PERTAINS TO: § | |
| LEVEE: (06-5159–Fleming) § | |
| § | |

## ORDER

Considering the plaintiffs' Unopposed Motion for Voluntary Dismissal of Virginia Wrecking Company, Inc. Without Prejudice,

**IT IS ORDERED**, that the Motion be and is hereby **GRANTED** and Virginia Wrecking Company, Inc., be and is hereby dismissed from this matter without prejudice, reserving to plaintiffs all rights as to all parties not dismissed herein.

New Orleans, Louisiana this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE