UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

PERTAINS TO:
INSURANCE (06-8636)
*Gambino v. The Standard Fire Insurance Company and Alliance Insurance Agency Services, Inc.*

## AFFIDAVIT OF MONICA GRISSOM

STATE OF TEXAS

COUNTY OF HARRIS

COMES NOW the affiant, Monica Grissom, and having been duly sworn on oath, deposes and states as follows:

1. I am employed as a Technical Specialist for The Standard Fire Insurance Company ("Standard Fire"), and this affidavit is based on my personal knowledge.

2. Policy Number 952194534 661 9 ("the Policy") is a Homesavers insurance policy issued by Standard Fire to Frank and Lucrezia Gambino covering that property located at 945-49 Helois Street, Metairie, Louisiana 70005.

3. The limits of the Policy are $110,000 for dwelling, $11,000 for loss of use, $55,000 for personal property replacement and $11,000 for other structures.



EXHIBIT A

4. The Policy has an original effective policy period of October 21, 1998 to October 21, 1999.

5. Thereafter, the Policy was renewed for several years and the policy period of the policy in effect on the date Hurricane Katrina made landfall was October 21, 2004 to October 21, 2005.

6. Since the original issuance of the Policy there have been automatic increases in coverage amounts mandated by the terms of the Policy. However, none of the various renewals of the Policy affected any substantive or material restrictions in the coverage provided by the original Policy and specifically the Policy has always contained a flood exclusion provision.

Monica Grissom

SUBSCRIBED AND SWORN to before me this 29th day of December, 2006.

Notary Public in and for Harris County, Texas
My Commission Expires: Nov. 24, 2008
Printed Name of Notary Public: Sara A. Rogers
Number Assigned to Notary Public: _____



SARA ALISON ROGERS
Notary Public, State of Texas
My Commission Expires
November 24, 2008