Company Search                                                    Page 1 of 1



Please wait while we prepare this page for printing.

**Active Company Search Form**

 New Search

**1 records found**
You searched: Standard Fire

Print a complete listing of your results.   

Export a complete listing of your results in Excel.   

| Company Information | |
|---|---|
| STANDARD FIRE INSURANCE COMPANY, THE | |
| **NAIC:** | 19070 |

| | | | |
|---|---|---|---|
| **Status:** | ACTIVE | **Date Approved:** | 6/14/1912 |
| **Domicile:** | CT | **License Types: Insurer - 06/14/1912** | |
| | | **Classification: FIRE AND CASUALTY** | |
| **Address:** | One Tower Square<br><br>Hartford , CT 06183-6014 | **Coverage Lines:**<br>Burglary & Forgery<br>Crop & Livestock<br>Fidelity & Surety<br>Fire & Extended Coverage<br>Glass<br>Home Owners<br>Liability<br>Marine & Transportation<br>Miscellaneous<br>Steam Boiler & Sprinkler Leakage<br>Vehicle<br>Workmans Compensation | |
| **Phone:** | 8602770111 | | |
| **Toll Free:** | 8778728732 | | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | | |
| **Agent Address:** | 8549 United Plaza Blvd.<br>BATON ROUGE , LA 70809 | | |

**EXHIBIT**

_B_