UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: "K"(2) |
| VERSUS | * | |
| | * | JUDGE:  DUVAL |
| PERTAINS TO:  INSURANCE | * | |
| *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 | * | MAGISTRATE:  WILKINSON |
| *Vanderbrook*, No. 05-6323 | * | |
| *Xavier University*, No. 06-516 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## DEFENDANT INSURERS' MOTION TO STAY LITIGATION PENDING APPEAL

Defendant Insurers Lexington Insurance Company, the Standard Fire Insurance Company (improperly named as Travelers Property & Casualty Company of America), Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, Aegis Security Insurance Company, the American Insurance Company, Lafayette Insurance Company, the Hanover Insurance Company, Great Northern Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, and Unitrin Preferred Insurance Company hereby jointly move for a stay of the proceedings in *Chehardy, et al. v. Wooley, et al.,* No. 06-1672 c/w 06-1673 and 06-1674, *Vanderbrook, et al. v. State Farm Fire and Casualty Co.,*

*et al.,* No. 05-6323 and *Xavier University of Louisiana v. Travelers Property Casualty Company of America,* No. 06-516.

The grounds for this motion are fully stated in the attached Defendant Insurers' Memorandum in Support of Motion to Stay Litigation Pending Appeal.

Respectfully submitted,

*/s/Steven W. Usdin*
STEVEN W. USDIN, #12986
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendant*
*Great Northern Insurance Company*


ROBERT I. SIEGEL
GIEGER, LABORDE & LAPEROUSE, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
(504) 654-1307

*Attorneys for Defendant*
*Lexington Insurance Company*


JUDY Y. BARRASSO, #2814
H. MINOR PIPES, III, #24603
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

74742

JUDY Y. BARRASSO, #2814
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendants*
*Allstate Insurance Company,*
*Allstate Indemnity Company and*
*Encompass Insurance Company*


ALAN J. YACOUBIAN
NEAL J. FAVRET
KERTH J. GRAVENER
JOHNSON, JOHNSON, BARRIOS &
  YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
(504) 528-3001

*Attorneys for Defendant*
*Auto Club Family Insurance Company*


MAURA Z. PELLETERI
AMY M. SELTZER
KREBS, FARLEY & PELLETERI, P.L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
(504) 299-3570

*Attorneys for Defendant*
*Aegis Security Insurance Company*

74742

LAWRENCE J. DUPLASS
C. MICHAEL PFISTER
KELLY CAMBRE BOGART
JAIME M. CAMBRE
DUPLASS, ZWAIN, BOURGEOIS,
  MORTON, PFISTER & WEINSTOCK
3838 North Causeway Boulevard
Three Lakeway Center, Suite 2900
Metairie, Louisiana  70002
(504) 832-3700

*Attorneys for Defendant*
*The American Insurance Company*

WILLIAM J. WEGMANN, JR.
ORR ADAMS, JR.
110 Veterans Memorial Boulevard
Suite 440
Metairie, Louisiana  70005
(504) 833-3800

HOWARD B. KAPLAN
BERNARD, CASSISA, ELLIOTT & DAVIS
1615 Metairie Road, P. O. Box 55490
Metairie, Louisiana  70055-5490
(504) 834-2612

*Attorneys for Defendant*
*Lafayette Insurance Company*

RALPH S. HUBBARD III, T.A.
JOSEPH P. GUICHET
SETH A. SCHMEECKLE
LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
(504) 568-1990

*Attorneys for Defendants*
*The Hanover Insurance Company and*
*The Standard Fire Insurance Company*

74742

NEIL C. ABRAMSON
NORA BOLLING BILBRO
PHELPS DUNBAR, L.L.P.
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130-6534
(504) 584-9200

*Attorneys for Defendant*
*Unitrin Preferred Insurance Company*

74742

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendant Insurers' Motion to Stay Litigation Pending Appeal has been served upon all counsel of record by electronic noticing this 2nd day of January, 2007.

*/s/Steven W. Usdin*

74742