UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: "K"(2) |
| VERSUS | * | |
| | * | JUDGE: DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 | * | MAGISTRATE: WILKINSON |
| *Vanderbrook*, No. 05-6323 | * | |
| *Xavier University*, No. 06-516 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Insurers Lexington Insurance Company, the Standard Fire Insurance Company (improperly named as Travelers Property & Casualty Company of America), Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, Aegis Security Insurance Company, the American Insurance Company, Lafayette Insurance Company, the Hanover Insurance Company, Great Northern Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, and Unitrin Preferred Insurance Company will bring the attached Motion to Stay Litigation Pending Appeal for hearing before the Honorable Stanwood R. Duval, Jr. on

74743

- 2 -

January 17, 2007 at 9:30 o'clock a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, or as soon thereafter as counsel may be heard.

    Respectfully submitted,

    */s/Steven W. Usdin*
    STEVEN W. USDIN, #12986
    BARRASSO USDIN KUPPERMAN
     FREEMAN & SARVER, L.L.C.
    909 Poydras Street, Suite 1800
    New Orleans, Louisiana  70112
    (504) 589-9700

    *Attorneys for Defendant*
    *Great Northern Insurance Company*


    ROBERT I. SIEGEL
    GIEGER, LABORDE & LAPEROUSE, LLC
    One Shell Square
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana  70139-4800
    (504) 654-1307

    *Attorneys for Defendant*
    *Lexington Insurance Company*


    JUDY Y. BARRASSO, #2814
    H. MINOR PIPES, III, #24603
    BARRASSO USDIN KUPPERMAN
     FREEMAN & SARVER, L.L.C.
    909 Poydras Street, Suite 1800
    New Orleans, Louisiana  70112
    (504) 589-9700

    *Attorneys for Defendant*
    *Liberty Mutual Fire Insurance Company*

JUDY Y. BARRASSO, #2814
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendants*
*Allstate Insurance Company,*
*Allstate Indemnity Company and*
*Encompass Insurance Company*


ALAN J. YACOUBIAN
NEAL J. FAVRET
KERTH J. GRAVENER
JOHNSON, JOHNSON, BARRIOS &
 YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
(504) 528-3001

*Attorneys for Defendant*
*Auto Club Family Insurance Company*


MAURA Z. PELLETERI
AMY M. SELTZER
KREBS, FARLEY & PELLETERI, P.L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
(504) 299-3570

*Attorneys for Defendant*
*Aegis Security Insurance Company*

- 3 -

74743

                        LAWRENCE J. DUPLASS
                        C. MICHAEL PFISTER
                        KELLY CAMBRE BOGART
                        JAIME M. CAMBRE
                        DUPLASS, ZWAIN, BOURGEOIS,
                         MORTON, PFISTER & WEINSTOCK
                        3838 North Causeway Boulevard
                        Three Lakeway Center, Suite 2900
                        Metairie, Louisiana  70002
                        (504) 832-3700

                        *Attorneys for Defendant*
                        *The American Insurance Company*

| | |
|---|---|
| WILLIAM J. WEGMANN, JR. | HOWARD B. KAPLAN |
| ORR ADAMS, JR. | BERNARD, CASSISA, ELLIOTT & DAVIS |
| 110 Veterans Memorial Boulevard | 1615 Metairie Road, P. O. Box 55490 |
| Suite 440 | Metairie, Louisiana  70055-5490 |
| Metairie, Louisiana  70005 | (504) 834-2612 |
| (504) 833-3800 | |
| | *Attorneys for Defendant* |
| | *Lafayette Insurance Company* |

                        RALPH S. HUBBARD III, T.A.
                        JOSEPH P. GUICHET
                        SETH A. SCHMEECKLE
                        LUGENBUHL, WHEATON, PECK,
                         RANKIN & HUBBARD
                        601 Poydras Street, Suite 2775
                        New Orleans, Louisiana  70130
                        (504) 568-1990

                        *Attorneys for Defendants*
                        *The Hanover Insurance Company and*
                        *The Standard Fire Insurance Company*

74743

- 5 -

        NEIL C. ABRAMSON
        NORA BOLLING BILBRO
        PHELPS DUNBAR, L.L.P.
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        (504) 584-9200

        *Attorneys for Defendant*
        *Unitrin Preferred Insurance Company*

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic noticing this 2nd day of January, 2007.

*/s/Steven W. Usdin*

74743