- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION: "K"(2) |
| VERSUS | * | |
| | * | JUDGE:  DUVAL |
| PERTAINS TO:  INSURANCE | * | |
| *Chehardy,* Nos. 06-1672, 06-1673, and 06-1674 | * | MAGISTRATE:  WILKINSON |
| *Vanderbrook*, No. 05-6323 | * | |
| *Xavier University*, No. 06-516 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **DEFENDANT INSURERS' REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 78.1E, Defendant Insurers Lexington Insurance Company, the Standard Fire Insurance Company (improperly named as Travelers Property & Casualty Company of America), Liberty Mutual Fire Insurance Company, Auto Club Family Insurance Company, Aegis Security Insurance Company, the American Insurance Company, Lafayette Insurance Company, the Hanover Insurance Company, Great Northern Insurance Company, Allstate Insurance Company, Allstate Indemnity Company, Encompass Insurance Company, and Unitrin Preferred Insurance Company request oral argument on its Motion to Stay Litigation Pending Appeal.  Defendant Insurers request oral argument on the grounds that oral argument

- 1 -

74763

- 2 -

will better enable the parties and the Court to address the facts and issues presented in the motion.

Respectfully submitted,

*/s/Steven W. Usdin*
STEVEN W. USDIN, #12986
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendant*
*Great Northern Insurance Company*


ROBERT I. SIEGEL
GIEGER, LABORDE & LAPEROUSE, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana  70139-4800
(504) 654-1307

*Attorneys for Defendant*
*Lexington Insurance Company*


JUDY Y. BARRASSO, #2814
H. MINOR PIPES, III, #24603
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendant*
*Liberty Mutual Fire Insurance Company*

JUDY Y. BARRASSO, #2814
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana  70112
(504) 589-9700

*Attorneys for Defendants*
*Allstate Insurance Company,*
*Allstate Indemnity Company and*
*Encompass Insurance Company*


ALAN J. YACOUBIAN
NEAL J. FAVRET
KERTH J. GRAVENER
JOHNSON, JOHNSON, BARRIOS &
 YACOUBIAN
701 Poydras Street, Suite 4700
New Orleans, Louisiana  70139-7708
(504) 528-3001

*Attorneys for Defendant*
*Auto Club Family Insurance Company*


MAURA Z. PELLETERI
AMY M. SELTZER
KREBS, FARLEY & PELLETERI, P.L.L.C.
400 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
(504) 299-3570

*Attorneys for Defendant*
*Aegis Security Insurance Company*

74763

|  |  |
|---|---|
|  | LAWRENCE J. DUPLASS<br>C. MICHAEL PFISTER<br>KELLY CAMBRE BOGART<br>JAIME M. CAMBRE<br>DUPLASS, ZWAIN, BOURGEOIS,<br>  MORTON, PFISTER & WEINSTOCK<br>3838 North Causeway Boulevard<br>Three Lakeway Center, Suite 2900<br>Metairie, Louisiana  70002<br>(504) 832-3700<br><br>*Attorneys for Defendant*<br>*The American Insurance Company* |
| WILLIAM J. WEGMANN, JR.<br>ORR ADAMS, JR.<br>110 Veterans Memorial Boulevard<br>Suite 440<br>Metairie, Louisiana  70005<br>(504) 833-3800 | HOWARD B. KAPLAN<br>BERNARD, CASSISA, ELLIOTT & DAVIS<br>1615 Metairie Road, P. O. Box 55490<br>Metairie, Louisiana  70055-5490<br>(504) 834-2612<br><br>*Attorneys for Defendant*<br>*Lafayette Insurance Company* |
|  | RALPH S. HUBBARD III, T.A.<br>JOSEPH P. GUICHET<br>SETH A. SCHMEECKLE<br>LUGENBUHL, WHEATON, PECK,<br>  RANKIN & HUBBARD<br>601 Poydras Street, Suite 2775<br>New Orleans, Louisiana  70130<br>(504) 568-1990<br><br>*Attorneys for Defendants*<br>*The Hanover Insurance Company and*<br>*The Standard Fire Insurance Company* |

- 4 -

74763

- 5 -

        NEIL C. ABRAMSON
        NORA BOLLING BILBRO
        PHELPS DUNBAR, L.L.P.
        365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130-6534
        (504) 584-9200

        *Attorneys for Defendant*
        *Unitrin Preferred Insurance Company*

74763

- 6 -

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Defendant Insurers' Request for Oral Argument has been served upon all counsel of record by electronic noticing, this 2nd day of January, 2007.

*/s/Steven W. Usdin*

74763