UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO: 05-4182 <br> * <br> * SECTION: "K"(2) <br> * |
| PERTAINS TO: INSURANCE <br> *Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 <br> *Vanderbrook*, No. 05-6323 | * JUDGE: DUVAL <br> * <br> * MAGISTRATE: WILKINSON <br> * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### DEFENDANT STATE FARM FIRE AND CASUALTY INSURANCE COMPANY'S JOINDER IN DEFENDANT INSURERS' MOTION TO STAY LITIGATION PENDING APPEAL

Defendant State Farm Fire and Casualty Insurance Company ("State Farm") respectfully joins in the motion by the Defendant Insurers, filed on January 2, 2007, seeking to stay the *Chehardy* and *Vanderbrook* litigations pending appeal of this Court's Order of November 27, 2006, in which the Court ruled on the scope of the water damage exclusions in the defendant insurance companies' insurance policies.

In its November 27 Order, this Court ruled that under State Farm's water damage exclusion, there is no coverage under State Farm's policies for water damage resulting from flooding caused by the levee breaches that occurred during Hurricane Katrina. Thus, State Farm

1

845837v.2

is in a different position from the other Defendant Insurers whose policies were found by the Court not to exclude such water damage.

Plaintiffs have petitioned the Fifth Circuit for interlocutory review pursuant to 28 U.S.C. §1292(b) of this Court's rulings with respect to State Farm. Granting a stay of the litigation against State Farm pending Plaintiffs' appeal makes particular sense. The only remaining claims against State Farm are extra-contractual claims asserted by the *Chehardy* Plaintiffs. In its November 27 Order, this Court declined to rule on the various insurance company defendants' motions to dismiss Plaintiffs' extra-contractual claims, holding that it "would be premature and a distraction to approach the extra-contractual issues at this juncture." Order at 64. The claims asserted against State Farm by the plaintiffs in *Vanderbrook* were dismissed in full. Order at p. 55. Because the *Chehardy* Plaintiffs' extra-contractual claims are either entirely or in large part dependent upon there being insurance coverage,[1] it would not serve the goals of judicial economy to proceed with discovery and litigation as to extra-contractual claims against State Farm at this time, given this Court's ruling on the contractual claims against State Farm.

This Court has already ordered that the issue of insurance coverage is stayed pending the appeal of the November 27 Order. *See* Minute Order Regarding Conference of 11/29/06 Concerning Continuing Motion Practice (filed 12/06/2006) at Part VI. A ruling by this Court clarifying that discovery is stayed with respect to issues of insurance coverage and

---

[1] For example, a claim that an insurance company acted in bad faith in denying a claim for insurance benefits fails as a matter of law if the plaintiff was not entitled under his or her insurance policy to the claimed benefits. *See Clausen v. Fid. & Deposit Co. of Md.*, 95 0504 (La. App. 1st Cir. 8/4/95) 660 So. 2d 83, 86 (Louisiana's bad faith statute "do[es] not provide a cause of action against an insurer absent a valid, underlying insurance claim"); *Phillips v. Patterson Ins. Co.*, 01 1545 (La. App. 3d Cir. 4/3/02) 813 So. 2d 1191, 1195 (same).

extending the stay to issues pertaining to the extra-contractual claims against insurers including State Farm would prevent the potentially unnecessary expenditure of substantial time and resources by the parties and the Court.

Accordingly, State Farm respectfully submits that the Defendant Insurers' motion to stay should be granted.

This, the 2nd day of January 2007

Respectfully submitted,

s/ Sarah H. Barcellona

_____
WAYNE J. LEE, 7916
STEPHEN G. BULLOCK, 3648
SARAH H. BARCELLONA, 28080
STONE, PIGMAN, WALTHER,
   WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588

ATTORNEYS FOR RESPONDENT /
DEFENDANT STATE FARM FIRE
AND CASUALTY COMPANY

# C E R T I F I C A T E

I hereby certify that on January 2, 2007 a copy of the foregoing Defendant State Farm Fire And Casualty Insurance Company's Joinder In Defendant Insurers' Motion To Stay Litigation Pending Appeal was filed electronically with the Clerk of Court through the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic system.

s/ Sarah H. Barcellona

_____

845837v.2