UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| _____ | * | SECTION  K  - JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | |
| | * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:    *Aaron,* 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against Wilshire Insurance Company be, and are hereby **DISMISSED**, without prejudice, at Plaintiffs cost.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 3rd day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Howard L. Murphy, Esquire, Deutsch, Kerrigan & Stiles.

                                                s/Jim S. Hall
                                                **JIM S. HALL, (Bar No.: 21644)**
                                                **JOSEPH W. RAUSCH (Bar No.: 11394)**
                                                800 N. Causeway Blvd., Suite 100
                                                Metairie, LA 70001
                                                Telephone: (504) 832-3000
                                                Facsimile:   (504) 832-1799
                                                E-Mail Address: jim@jimshall.com