UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE |
| *Abadie et al, v. Aegis Security Insurance Co.* | * | JOSEPH C. WILKINSON |
| No. 06-5164 | * | |
| | * | |
| Defendant. | * | |

***************************************

## NOTICE OF APPEARANCE OF COUNSEL

To: All Plaintiffs
Through their attorney of record
Joseph M. Bruno, Esq.
David S. Scalia, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

**PLEASE TAKE NOTICE** that undersigned counsel represents named defendants Allstate Fire and Casualty Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company.

−1−

Respectfully submitted,

_____
Judy Y. Barrasso, #2814
Edward R. Wicker, #27138
Barrasso, Usdin, Kupperman,
Freeman & Sarver
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Counsel for Allstate Fire and Casualty Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this 3rd day of January, 2007.

_____

–2–