U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  DEC 21 2006

LORETTA G. WHYTE
CLERK

**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2006

Mr Joseph W Hecker
2nd Floor
619 Europe Street
Baton Rouge, LA 70806

Mr Ashton R O'Dwyer Jr
Suite 2670
365 Canal Street
1 Canal Place
New Orleans, LA 70130

      No. 06-30840 In Re: Katrina Canal
      USDC No. 2:05-CV-4182
                 2:05-CV-4181

We have docketed the appeal as shown above, and ask you to use the case number in future inquiries. You can obtain a copy of our briefing checklist on the Fifth Circuit's Website "www.ca5.uscourts.gov/clerk/docs/brchecklist.pdf".

Briefing Notice. The record is complete for purposes of the appeal, see FED. R. APP. P. 12. Appellant's brief and record excerpts are due within 40 days of the date shown above, see FED. R. APP. P. & 5TH CIR. R. 28, 30, and 31. See also 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief. [If required, **electronic copies of briefs MUST be in Portable Document Format (PDF).**]

Policy on Extensions. The court grants extensions sparingly and under the criteria of 5TH CIR. R. 31.4. You must contact opposing counsel and tell us if the extension is opposed or not. 5TH CIR. R. 31.4 and the Internal Operating Procedures following rules 27 and 31 state that except in the most extraordinary circumstances, the maximum extension for filing briefs is 30 days in criminal cases and 40 days in civil cases.

Reply Brief. We do not send cases to the court until all briefs are filed, except in criminal appeals. Reply briefs must be filed within the 14 day period of FED. R. APP. P. 31(a)(1). See 5TH CIR. R. 31.1 to determine if you have to file electronic copies of the brief, and the format.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

**Brief Covers**. THE CASE CAPTION(S) ON BRIEF COVERS MUST BE EXACTLY THE SAME AS THE CASE CAPTION(S) ON THE ENCLOSED TITLE CAPTION SHEET(S). **YOU WILL HAVE TO CORRECT ANY MODIFICATIONS YOU MAKE TO THE CAPTION(S) BEFORE WE SUBMIT YOUR BRIEF TO THE COURT.**

Dismissal of Appeals. The clerk may dismiss appeals **without notice** if you do not file a brief on time.

Appearance Form. If you have not filed an appearance form as required by 5TH CIR. R. 46, you must do so within 10 days from this date. You must name each party you represent, see FED. R. APP. P. and 5TH CIR. R. 12. You may print or download the "Form for Appearance of Counsel" from the Fifth Circuit's web site, www.ca5.uscourts.gov.

To receive the record for preparing your brief, counsel, including CJA attorneys, must provide the appropriate district court with a United Parcel Service, or similar commercial delivery service, account number. If you wish to receive exhibits, you must specifically request them. The district court will charge your account for shipping you the record on appeal. In the alternative, you may contact a local courier or attorney support services firm to pick up the record and ship it to you. CJA counsel may add these shipping fees to their vouchers.

**Once you obtain the record, you should check it within 10 days of receipt for any missing or incomplete items. If you need to request a supplemental record or order transcripts, do so promptly. The court will not grant extensions of time to file your brief because you did not timely check the record.**

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: *Angelique D. Batiste*
        Angelique D. Batiste, Deputy Clerk
        504-310-7700

Enclosure
cc w/encl:  Mr William D Aaron Jr
           Mr Thomas P Anzelmo Sr
           Mr Joseph Vincent DiRosa Jr
           Ms Catherine J Finnegan
           Mr Thomas F Gardner
           Mr Ralph S Hubbard III
           Mr Michael C Keller
           Mr Ben Louis Mayeaux
           Ms Penya M Moses-Fields
           Mr James B Mullaly
           Mr George R Simno III
           Mr Victor E Stilwell Jr
           Mr Christopher Kent Tankersley
           Ms Deborah Louise Wilson

Case No. 06-30840

MAUREEN O'DWYER; HAROLD JOSEPH GAGNET; SALLY EGERTON RICHARDS; STEPHANIE PORTER, doing business as Interior Specialties LLC; SHEILA JORDAN JORDAN; ET AL

       Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA, through its agencies & instrumentalities the United States Army Corps of Engineers and the Federal Emergency Mangaement Ageny (a/k/a Fema); KATHLEEN BLANCO, Louisiana State Govenernor, both individually & in her elected capacity; LOUISIANA STATE; RAY NAGIN, Mayor, both individually & in his elected capacity; NEW ORLEANS CITY; EDDIE COMPASS, Chief of police, both individually & in his appointed capacity; EDDIE JORDAN, District Attorney, both individually & in his appointed capacity; JIM HUEY, President of Orleans Parish Levee Board, both individually & in his official capacity; ORLEANS PARISH LEVEE BOARD; RAY NAGIN, Orleans Parish Sewerage & Water Board, both individually & in his capacity; CRIMINAL SHERIFF FOR THE PARISH OF ORLEANS; CLERK OF COURT, PARISH OF ORLEANS, CRIMINAL DISTRICT; UNIDENTIFIED PARTIES; ORLEANS PARISH SEWERAGE AND WATER BOARD; AARON BROUSSARD, individually & in his capacity as President for the Parish of Jefferson; JEFFERSON PARISH; KIMBERLY WILLIAMSON BUTLER, Clerk of Court, Orleans Parish Criminal District Court; EUSTIS ENGINEERING COMPANY INC; MODJESKI & MASTERS INC; C RAY NAGIN, Honorable Mayor, sued as Ray Nagin; EDWIN COMPASS, III, former Superintendent of Police, sued as Eddie Compass; ORLEANS LEVEE DISTRICT, Board of Commissioners, sued as Orleans Parish Levee Board; ST PAUL FIRE & MARINE INSURANCE CO; LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT; SEWERAGE AND WATER BOARD OF NEW ORLEANS; B & K CONSTRUCTION COMPANY INC; BURK KLEINPETER, INC; CSX TRANSPORTATION INC; GEOTECH, INC; PITTMAN CONSTRUCTION CO, INC; WASHINGTON GROUP INTERNATIONAL INC

       Defendants - Appellees

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 18, 2006

Mr Joseph W Hecker
2nd Floor
619 Europe Street
Baton Rouge, LA 70806

Mr Ashton R O'Dwyer Jr
Suite 2670
365 Canal Street
1 Canal Place
New Orleans, LA 70130

Mr William D Aaron Jr
Goins Aaron
Suite 3800
201 St Charles Avenue
New Orleans, LA 70170

Mr Thomas P Anzelmo Sr
McCranie Sistrunk Anzelmo
Hardy Maxwell & McDaniel
Suite 800
3445 N Causeway Boulevard
Metairie, LA 70002

Mr Joseph Vincent DiRosa Jr
Deputy City Attorney
City Attorney's Office
for the City of New Orleans
Room 5E03
1300 Perdido Street
New Orleans, LA 70112

Ms Catherine J Finnegan
US Department of Justice
Civil Division
PO Box 888
Benjamin Franklin Station
Washington, DC 20044

Mr Thomas F Gardner
Gardner & Kewley
Suite 200
1615 Metairie Road
Metairie, LA 70005

Mr Ralph S Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
Suite 2775
601 Poydras Street
Pan American Life Center
New Orleans, LA 70130

Mr Michael C Keller
Office of the Attorney General
for the State of Louisiana
Suite 1725
601 Poydras Street
Pan American Life Center
New Orleans, LA 70130

Mr Ben Louis Mayeaux
Laborde & Neuner
Suite 200
1001 W Pinhook Road
1 Petroleum Center
Lafayette, LA 70503

Ms Penya M Moses-Fields
City of New Orleans
Law Department
1340 Poydras Street
New Orleans, LA 70112

Mr James B Mullaly
City Attorney's Office
for the City of New Orleans
Room 5-E03
1300 Perdido Street
New Orleans, LA 70112

Mr George R Simno III
1728 Oriole Street
New Orleans, LA 70122

Mr Victor E Stilwell Jr
Deutsch, Kerrigan & Stiles
755 Magazine Street
New Orleans, LA 70130

Mr Christopher Kent Tankersley
Burglass & Tankersley
5213 Airline Drive
Metairie, LA 70001

Ms Deborah Louise Wilson
317 Magazine Street
New Orleans, LA 70130

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

       No. 06-30840  In Re: Katrina Canal
          USDC No.  2:05-CV-4182
                    2:05-CV-4181

Dear Counsel:

In addition to the briefing notice enclosed, the court has directed the parties to brief the following:

Whether the order (document 551) and the judgment (document 789) from which this appeal is taken are appealable based on the termination of the litigation, pursuant to R. 54(b), Fed. R. App., or the collateral order doctrine, or whether there exists some other basis of appellate jurisdiction.  See generally 28 U.S.C. §§ 1291, 1292(a), (b).


                         Sincerely,

                         CHARLES R. FULBRUGE III, Clerk

                              *Angelique D. Batiste*
                    By: _____
                         Angelique D. Batiste, Deputy Clerk
                         504-310-7700