UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.:  05-4182 "K-2" |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | * * | |
| WINSTON, SR. & DONNA AARON, ET AL 06-4746 | * * * * | |
| *    *    *    *    *    * | * | |

**MOTION FOR EXTENSION OF TIME**

NOW COMES defendant, Assurance Company of America, who prays that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice.  Plaintiff has previously provided Defendant with an informal extension of time; however, in an abundance of caution, Defendants move this Honorable Court for a formal extension of time to file responsive pleadings.

**WHEREFORE**, defendant, Assurance Company of America, prays that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**STEPHEN J. MOORE (#23871)**
**DAVID M. MORAGAS (#29633)**
**RYAN M. BOURGEOIS (#29098)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Assurance Company of America*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 3rd day of January, 2006, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**

2