UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | **CIVIL ACTION NO.: 05-4182 "K-2"**<br><br>**JUDGE DUVAL**<br><br>**MAGISTRATE WILKINSON** |
| **PERTAINS TO: INSURANCE** | | |
| **WINSTON, SR. & DONNA**<br>**AARON, ET AL**<br>**06-4746** | | |

\*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that defendant, Assurance Company of America, be granted a formal extension of time until February 1, 2007, to file responsive pleadings.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**