UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 "K-2" |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO:  INSURANCE | * | |
| | * | |
| CONNIE ABADIE, ET AL | * | |
| 06-5164 | * | |
| | * | |
| *     *     *     *     *     *     * | | |

## MOTION FOR EXTENSION OF TIME

NOW COME defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, by and through undersigned counsel, who pray that Defendant be provided a formal extension of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order outlined in the Conference of 11/29/06 Continuing Motion Practice, Section III, Extension of Cut-Offs and Motion Practice.  Plaintiff has previously provided Defendants with an informal extension of

time; however, in an abundance of caution, Defendants move this Honorable Court for a formal extension of time to file responsive pleadings.

**WHEREFORE**, defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, pray that this Honorable Court grant a formal extension of time until February 1, 2007 to file responsive pleadings.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**STEPHEN J. MOORE (#23871)**
**DAVID M. MORAGAS (#29633)**
**RYAN M. BOURGEOIS (#29098)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants,*
*American Zurich Insurance Company,*
*Assurance Company of America,*
*Colonial American Casualty Surety,*
*ZC Sterling Corporation, Zurich American*
*Insurance Company, Zurich American*
*Insurance Company of Illinois,*
*Zurich International (Bermuda) Limited and*
*Zurich Specialties London Limited*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of January, 2006, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**