UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES  *   CIVIL ACTION NO.:  05-4182 "K-2"
CONSOLIDATED LITIGATION        *
                               *   JUDGE DUVAL
                               *
                               *   MAGISTRATE WILKINSON
                               *
PERTAINS TO:  INSURANCE        *
                               *
CONNIE ABADIE, ET AL           *
06-5164                        *
                               *
*   *   *   *   *   *   *

**ORDER**

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, be granted a formal extension of time until February 1, 2007, to file responsive pleadings.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**