# AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

    **BEFORE ME,** the undersigned authority, personally came and appeared

**ASHTON R. O'DWYER, JR.**

who, being first duly sworn, did depose and say, of his own personal knowledge, as follows:

1. That he is plaintiffs' counsel in Civil Action Nos. 06-4389 and 06-6099 on the docket of the United States District Court for the Eastern District of Louisiana;

2. That he is also plaintiffs' counsel in Civil Action No. 06-5786 on the docket of this Court, which was originally filed in Civil District Court as No. 2006-8322, but which was removed to this Court from State Court by one of the defendants;

3. That Civil Action No. 06-4389 was filed primarily to invoke admiralty and maritime jurisdiction, and to make specific allegations of fault, neglect, strict liability and/or breach of the warranty of workmanlike performance by certain defendants, including the State defendants, prior to the first anniversary of Hurricane KATRINA. (Articles IV, VIII and XIII);

4. That Civil Action No. 06-6099 was filed primarily to allege "responder" causes of action against the named defendants, including the State defendants. (Articles IX, X, XI and XII).

5. That Civil Action No. 06-5786, which was originally filed in Civil District Court as No. 2006-8322, was filed primarily in order to interrupt

prescription against State and local defendants, and to invoke jurisdiction in a State Court of proper venue, if it is ultimately determined that this Court lacks jurisdiction over plaintiffs' claims against the same defendants;

6. Although he concedes that some, but clearly not all, of the allegations contained in the above-referenced litigations against certain defendants may have been summarily dismissed previously by This Honorable Court, those dismissals are currently on appeal to the United States Court of Appeals for the Fifth Circuit;

7. That he specifically avers that any duplicative claims asserted in these actions are not being presented for any improper purpose, such as to harass or to cause unnecessary delay or needless increase in the cost of litigation, but are being presented as warranted by existing law or by non-frivolous arguments for the extension, modification or reversal of existing law or the establishment of new law;

8. That he did not intend to, nor did he at any time, so multiply the proceedings in any case unreasonably and vexatiously;

9. That all he has attempted to do in his Victims of KATRINA litigation is to be a zealous advocate for totally innocent clients, which he avers he is honor bound to continue to do;  and

10. That the allegations contained in his litigations are true and correct.

New Orleans, Louisiana, this 3rd day of January 2007.

                                                3

                                                S/Ashton R. O'Dwyer, Jr.
                                                **ASHTON R. O'DWYER, JR.**

**SWORN TO AND SUBSCRIBED BEFORE ME,
THIS 3rd DAY OF JANUARY 2007.**


       **S/ Charlotte Viener**
       **NOTARY PUBLIC**

3