UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES   * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | | |
| * | | SECTION "K" |
| * | | |
| PERTAINS TO:                              * | | MAGISTRATE (2) |
| ALL LEVEE, MRGO                           * | | |
| RESPONDER CASES AND TO       * | | JUDGE DUVAL |
| NO.   06-4389                                    * | | |
|         06-6099                                    * | | MAGISTRATE WILKINSON |
| * | | |

* * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN OPPOSITION
TO THE MOTION TO DISMISS BY THE
STATE OF LOUISIANA, STATE AGENCY
AND STATE OFFICER DEFENDANTS**

**MAY IT PLEASE THE COURT:**

The State of Louisiana, its agencies, etc., are back again, urging This Honorable Court to dismiss the innocent plaintiffs' claims against them on the theory that "No one is legally responsible for anything that occurred" prior to, during or after Hurricane KATRINA.  In opposing the Motion to Dismiss filed by the State, its agencies, etc., plaintiffs make the following arguments:

1) The causes of action asserted by plaintiffs against the State of Louisiana, its agencies, and individuals employed by the State, in the cases being the subject of the State's Motion to Dismiss are meritorious, and the State has waived sovereign immunity for the claims asserted by plaintiffs.  Article

-1-

    XII §10(A) of the Louisiana Constitution of 1974.  See also LSA-R.S. 9:2798.1.

2) The State, its agencies, etc. are not immunized by virtue of LSA-R.S. 9:2798.1 or by virtue of LSA-R.S. 29:735, and plaintiffs have specifically pleaded that the action and inaction by the State defendants was willful, and constituted criminal, malicious, intentional, willful, outrageous, reckless, or flagrant misconduct, and that the State defendants and individuals employed by the State were in derogation of and violated specific rules and regulations promulgated pursuant to the provisions of those statutes.

3) Plaintiffs also have averred that the State defendants had no discretion to violate Federal or State law or to deprive plaintiffs of their Federal or State constitutional rights.

4) Plaintiffs also have averred that any State law, ordinance, proclamation, regulation, statute, etc. pursuant to which the State defendants, or any of them, claim they acted, is unconstitutional, and that the conduct of the State defendants pursuant to any State law, ordinance, proclamation, regulation, statute, etc. cannot be immunized by State law.

5) Plaintiffs aver that the State of Louisiana, its agencies, etc., have received untold millions of dollars from the Federal Government, both prior to and since Hurricane KATRINA, and plaintiffs should be allowed to conduct discovery into what conditions the Federal Government may have

   imposed upon the State, its agencies, etc. in consideration for the receipt of those federal funds.

6) Plaintiffs also aver that the State of Louisiana, its agencies, etc. have waived Eleventh Amendment Immunity by virtue of persistent and systematic invocation of the jurisdiction of the Federal Court system in Louisiana.[1]

7) Eleventh Amendment Immunity has been misconstrued. Refer to separate Memorandum directed to this issue, appended hereto and marked for identification as Exhibit No. 1.

8) Plaintiffs should be allowed to amend their pleadings to aver entitlement to prospective injunctive relief, particularly in their "responder" cases, namely Civil Action No. 06-6099. See <u>AT&T Communications v. Bell South Telecommunications Inc.</u>, 238 F.3d 636 (5th Cir. 2001).

9) The United States Court of Appeals for the Fifth Circuit has not yet ruled on the District Court's summary dismissal of plaintiffs' claims against the State defendants in Civil Action No. 05-4181, which plaintiffs maintain was erroneous.

10) Plaintiffs have sued the State of Louisiana, its agencies, etc. in State Court in the matter entitled: "Maureen O'Dwyer vs. Louisiana Department of Transportation and Development", being No. 2006-8322 on the docket of the Civil District Court for the Parish of Orleans, and that action was removed to This Honorable Court from State Court by one of the defendants, and now bears Civil Action No. 06-5786. Accordingly, the

---

[1] Two such actions bear Civil Action Nos. 05-4157 and 06-3813 on the docket of this Court.

        merits of the claims against the State defendants in No. 06-5786 will have to be litigated in the federal forum, regardless of whether plaintiffs' claims against State defendants are immunized by Eleventh Amendment, or by anything else, in Civil Action Nos. 06-4389 and 06-6099.

11) Even if all of plaintiffs' arguments, <u>supra</u>, fail, the individual State defendants must remain in the suit as proper parties defendant.

12) Plaintiffs respectfully submit that the Motion to Dismiss filed by the State, its agencies, etc. should be denied.

                                                  <u>    S/Ashton R. O'Dwyer, Jr.    </u>
                                                  **Ashton R. O'Dwyer, Jr.**
                                                  **Law Offices of Ashton R. O'Dwyer, Jr.**
                                                  Bar No. 10166
                                                  One Canal Place
                                                  365 Canal Street, Suite 2670
                                                  New Orleans, LA 70130
                                                  Tel.: (504) 561-6561
                                                  Fax. (504) 561-6560

-5-

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record; I further certify that I E-mailed the foregoing document to the non-CM/ECF participants.

                     **S/Ashton R. O'Dwyer, Jr.**