UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| _____ | * | **SECTION   K  - JUDGE DUVAL** |
| | * | |
| **PERTAINS TO:** | * | |
| | * | **MAG. (2) - MAG. WILKINSON** |
| **INSURANCE:**     *Aaron,* 06-4746 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come Plaintiffs, who hereby voluntarily dismiss all claims against defendant, Armed Forces Insurance Company, who has made no appearance in this matter, without prejudice, at Plaintiffs cost, and with reservation of all of the Plaintiffs claims against all other parties named and unnamed.

Respectfully Submitted:
**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 4th day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com
