# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | § § § § § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### *EX PARTE* AND UNOPPOSED MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come Susan Russell, et al., plaintiffs herein in Civil Action No. 06-5155, who respectfully move this Honorable Court for an Order dismissing Manson Gulf, L.L.C. from this case, without prejudice, and each party to bear his or its own costs.

Respectfully submitted,

BY: _____
John W. deGravelles (#04808)
deGravelles, Palmintier, Holthaus
 & Fruge, L.L.P.
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735

ATTORNEYS FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 3rd day of January, 2007.

_____
E. Martin McLeod, Defense Counsel for Manson Gulf, LLC

NO.99745181.1