MINUTE ENTRY
DUVAL, J.
DECEMBER 15, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | SECTION "K"(2) |
| | CONS. KATRINA CANAL |

THIS DOCUMENT RELATES TO:
REC. DOC. 1155, 1157 through 1163 & 1176

## ORAL ARGUMENT

MRGO (06-2152, 06-4066) : Rule 12(b)(6) MOTION to Dismiss Case, and /or Rule 56 MOTION for Summary Judgment by Bean Dredging, L.L.C., Bean Stuyvesant, L.L.C., Bean Horizon Corporation, Stuyvesant Dredging Company, doc 1155.

MRGO (06-2152, 06-4066) : MOTION to Dismiss Plaintiff's Fourth Cause of Action pursuant to F.R.C.P. 12 (c) by Bean Dredging Corporation, Bean Dredging, L.L.C., Bean Horizon Corporation, Bean Stuyvesant, L.L.C., CF Bean Corporation, CF Bean L LC, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Trailing Company, KFMSGP, L.L.C., King Fisher Marine Service, I nc., King Fisher Marine Service, L.P., Luhr Bros Inc, Mike Hooks Inc, NATCO Dredging Limited Partnership, Royal Boskalis Westminster N.V., Stuyvesant Dredging Co., L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc., TL James and Company, Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, C.F. Bean, L.L.C., C.F. Bean Corporation, T.L. James & Company, Inc., T.L. James Marine, Inc. , Luhr Bros., Inc. , Pine Bluff Sand and Gravel Company, T.L. James Marine, L.L.C. , T.L. James and Company, Inc, doc. 1157.

MRGO (06-2152) : MOTION to Dismiss for Lack of Jurisdiction by United States of America, doc. 1158.

MRGO (06-2152, 06-4066) : MOTION to Dismiss Plaintiff's Concealment and Implied Warranty Claims Pursuant to F.R.C.P. 12(c) and 9(b) by B & K Construction Company, Inc., Bean Dredging Corporation, Bean Dredging, L.L.C., Bean Horizon Corporation , Bean Stuyvesant, L.L.C., CF Bean Corporation, CF Bean LLC, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Traili ng Company, KFMSGP, L.L.C., King Fisher Marine Service, Inc., King Fisher Marine Service, L.P., Luhr Bros Inc, NATCO Dredging Limited Partnership, Pine Bluff Sand and Gravel Company, Royal Boskalis Westminster N.V., Stuyvesant Dredging Co., L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc., T.L. James Marine, L.L.C., TL James and Company, Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, C.F. Bean, L.L.C., C.F. Bean Corporation, T.L. James & Company, Inc., T.L. James Marine, Inc., Luhr Bros., Inc., Bean Horizon L.L.C., Mike

Hooks, Inc., T.L. James and Company, Inc.., doc. 1159.

MRGO (06-2152, 06-4066) : MOTION to Dismiss Plaintiff's claims pursuant to F.R.C.P. 12(b)(1) and 12(c) by Bean Dredging Corporation, Bean Dredging Corporation, Bean Dredging, L.L.C., Bean Horizon Corporation, Bean Stuyvesant, L.L.C., CF Bean C orporation, CF Bean LLC, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Trailing Company, KFMSGP, L.L.C., King Fis her Marine Service, Inc., King Fisher Marine Service, L.P., Luhr Bros Inc, Mike Hooks Inc, NATCO Dredging Limited Partnership, Pine Bluff Sand and Gravel Company, Royal Boskalis Westminster N.V., Stuyvesant Dredging Co., L.L.C., Stuyvesant Dredging C ompany, Stuyvesant Dredging, Inc., T.L. James Marine, L.L.C., TL James and Company, Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, C.F. Bean, L.L.C., C.F. Bean Corporation, Bean Horizon L.L.C., Stuyvesant Dredging Company, Stuyvesant Dre dging, Inc., Stuyvesant Dredging Co., L.L.C., Royal Boskalis Westminster N.V., Gulf Coast Trailing Company, TLJIC, L.L.C., T.L. James & Company, Inc., T.L. James Marine, Inc., T.L. James Marine, L.L.C., Great Lakes Dredge & Dock Company, L.L.C. of Lo uisiana, Great Lakes Dredge & Dock Corporation of Delaware, NATCO Dredging Limited Partnership, Great Lakes Trailing Company, Weeks Marine Inc, Mike Hooks Inc, Luhr Bros., Inc., Pine Bluff Sand and Gravel Company, King Fisher Marine Service, Inc., Ki ng Fisher Marine Service, L.P., KFMSGP, L.L.C., Bean Dredging, L.L.C., Bean Horizon Corporation, Bean Stuyvesant, L.L.C., Great Lakes Dredge & Dock Company, C.F. Bean, L.L.C., C.F. Bean Corporation, Bean Horizon L.L.C., T.L. James & Company, Inc., T. L. James Marine, Inc., T.L. James and Company, Inc., doc. 1160.

MRGO (06-2152, 06-4066) : MOTION to Dismiss Case pursuant to the suits in admirality act and F.R.C.P. 12(c) by Bean Dredging Corporation, Bean Dredging, L.L.C., Bean Horizon Corporation, Bean Stuyvesant, L.L.C., CF Bean Corporation, CF Bean LLC, G reat Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Trailing Company, KFMSGP, L.L.C., King Fisher Marine Service, Inc., King Fisher Marine Service, L.P., Luhr Bros Inc, Mike Ho oks Inc, NATCO Dredging Limited Partnership, Pine Bluff Sand and Gravel Company, Royal Boskalis Westminster N.V., Stuyvesant Dredging Co., L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc., T.L. James Marine, L.L.C., TL James and Company , Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, C.F. Bean, L.L.C., C.F. Bean Corporation, Bean Horizon L.L.C., T.L. James & Company, Inc., T.L. James Marine, Inc., T.L. James and Company, Inc. doc. 1161.

MRGO (06-2152, 06-4066) : MOTION for Judgment on the Pleadings by Bean Dredging Corporation, Bean Dredging, L.L.C., Bean Horizon Corporation, Bean Stuyvesant, L.L.C., CF Bean Corporation, CF Bean LLC, Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Trailing Company, KFMSGP, L.L.C., King Fisher Marine Service, Inc., King Fisher Marine Service, L.P., Luhr Bros I nc, Mike Hooks Inc, NATCO Dredging Limited Partnership, Pine Bluff Sand and Gravel Company, Royal Boskalis Westminster N.V., Stuyvesant Dredging Co., L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc., T.L. James Marine, L.L.C., TL James and Company, Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, C.F. Bean, L.L.C., C.F. Bean Corporation, Bean Horizon L.L.C., T.L. James & Company, Inc., T.L. James Marine, Inc., T.L. James and Company, Inc.

1162.

MRGO (06-2152, 06-4066) : MOTION for Judgment on the Pleadings by Great Lakes Dredge & Dock Company, Great Lakes Dredge & Dock Company, L.L.C. of Louisiana, Great Lakes Dredge & Dock Corporation of Delaware, Great Lakes Trailing Company, Gulf Coast Trailing Company, KFMSGP, L.L.C., King Fisher Marine Service, Inc., King Fisher Marine Service, L.P., Luhr Bros Inc, Mike Hooks Inc, NATCO Dredging Limited Partnership, Pine Bluff Sand and Gravel Company, T.L. James Marine, L.L.C., TL James and Comp any, Inc., TL James Marine Inc, TLJIC, L.L.C., Weeks Marine Inc, T.L. James & Company, Inc., T.L. James Marine, Inc., T.L. James and Company, Inc., doc. 1163.

MRGO (06-2152, 06-4066): MOTION for Dismissal and/or Partial Dismissal by Manson Construction Co., 1176.

CASE MANAGER:  SHEENA DEMAS
COURT REPORTER: JODI SIMCOX

APPEARANCES:

A. J. Rebennack, Camilo Salas, III, Gordon Grant, Philip Brooks, George Gilly, James Roussel, Terrence Brennan, K. Florian Buchler, James Cobb, William Percy & Stephen Flynn

Case called.  All present and ready.
Oral argument by parties.
Plaintiff to submit briefs by December 22, 2006 and defendants' response briefs to be filed by January 5, 2007, after which time these matters are SUBMITTED.
Court adjourns at 11:30 a.m.

JS-10 (2:00)