UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL ST. RITA | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

Having conferred with Judge Duval, Judge Frank Foil, who is presiding over the related state court proceedings in the ST. RITA NURSING HOME CASES, and counsel, **IT IS ORDERED** that a conference to discuss settlement possibilities, limited exclusively to the ST. RITA NURSING HOME CASES, will be conducted on **WEDNESDAY, JANUARY 10, 2007, at 2:30 p.m.** before the undersigned magistrate judge. The settlement conference is to be attended only by James A. Cobb, representing the St. Rita parties, and all counsel for plaintiffs who have asserted claims against the St. Rita parties in cases pending in this court. Judge Foil will also be invited to attend.

New Orleans, Louisiana, this  3rd  day of January, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.