UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | |
| Plaintiffs, | * * | Civil Action No. 05-4182 |
| | * | Judge: Duval |
| Versus | * * | Magistrate Judge: Wilkenson |
| PERTAINS TO:  INSURANCE (06-2143) | * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

CORPORATE DISCLOSURE STATEMENT OF
THE STANDARD FIRE INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes Defendant The Standard Fire Insurance Company, also incorrectly identified in the Complaint as The Travelers Insurance Company,  pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits this corporate disclosure statement.

The Standard Fire Insurance Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings Inc., a wholly-owned subsidiary of Travelers Property Casualty Corp., a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a publicly traded company.

Respectfully Submitted:

/s/ Tina L. Garmon
**Ralph S. Hubbard III La. Bar No. 7040**
**Tina L. Garmon, La. Bar No. 29579**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail: rhubbard@lawla.com
tgarmon@lawla.com
**Attorneys for The Standard Fire Insurance Company and The Travelers Indemnity Company**

### CERTIFICATE OF SERVICE

I hereby certify that on 4 January 2007 a copy of the foregoing Corporate Disclosure was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

Ralph Shelton Hubbard, III
Tina L. Garmon
Meyer H. Gertler
Robert W. Knights

by operation of the court's electronic filing system.

/s/ Tina L. Garmon
**Ralph S. Hubbard III La. Bar No. 7040**
**Attorneys for The Standard Fire Insurance Company and The Travelers Indemnity Company**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail: rhubbard@lawla.com
tgarmon@lawla.com