UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **DIVISION "K" SECT: "2"** |
| versus | * | |
| | * | |
| | * | |
| **PERTAINS TO : INSURANCE,** | * | **JUDGE: STANWOOD R. DUVAL** |
| **Abadie et al, v. Aegis Security Insurance Co.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | **MAG. JOSEPH C. WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * * * * | | |

### NOTICE OF APPEARANCE OF COUNSEL

TO:    All Plaintiffs
        Through their attorney of record:
        Joseph M. Bruno
        David S. Scalia
        Bruno & Bruno
        855 Baronne Street
        New Orleans, LA 70113

PLEASE take notice that undersigned counsel represents named Defendant DELTA LLOYDS INSURANCE COMPANY OF HOUSTON, TEXAS. Defendant does not waive, and reserves all rights and defenses available, as per the Court's Order extending the deadline to respond until February 1, 2007.

        Respectfully submitted,
        Nielsen Law Firm, L.L.C.

        /s/ Thomas C. Pennebaker
        Gerald J. Nielsen, La. S.B. 17078
        Thomas C. Pennebaker, La.S.B.24597
        3838 N. Causeway Blvd.  Suite 2850
        Metairie, Louisiana 70002
        Tel. (504) 837-2500
        Fax (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
        Counsel for Defendants Fidelity National Insurance
        Company and Fidelity National Property and
        Casualty Company

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing Pleading was served upon all counsel of record by hand delivery, facsimile transmission, electronic mail, and/or by U.S. Postal Service, on this 4th day of January, 2007.

        BY:/s/ Thomas C. Pennebaker