UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| Plaintiff, | * * | |
| versus | * * * | DIVISION "K" SECT: "2" |
| PERTAINS TO : INSURANCE, Abadie et al, v. Aegis Security Insurance Co. | * * * | JUDGE: STANWOOD R. DUVAL |
| Defendant. | * * | MAG. JOSEPH C. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF COUNSEL

TO:   All Plaintiffs
      Through their attorney of record:
      Joseph M. Bruno
      David S. Scalia
      Bruno & Bruno
      855 Baronne Street
      New Orleans, LA 70113

   PLEASE take notice that undersigned counsel represents named Defendants FIDELITY NATIONAL INSURANCE COMPANY and FIDELITY NATIONAL PROPERTY AND CASUALTY COMPANY.  Defendants do not waive, and reserve all rights and defenses available, as per the Court's Order extending the deadline to respond until February 1, 2007.

Respectfully submitted,
Nielsen Law Firm, L.L.C.

/s/ Thomas C. Pennebaker
Gerald J. Nielsen, La. S.B. 17078
Thomas C. Pennebaker, La.S.B.24597
3838 N. Causeway Blvd.  Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for Defendants Fidelity National Insurance Company and Fidelity National Property and Casualty Company

and

Terrence K. Knister
Gordon, Arata, McCollam, Duplantis & Eagan, LLP
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Ph# 504-569-1865 (direct dial)
Fax# 504-582-1121
tknister@gordonarata.com
Counsel for Defendants Fidelity National Insurance Company and Fidelity National Property and Casualty Company

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the foregoing Pleading was served upon all counsel of record by hand delivery, facsimile transmission, electronic mail, and/or by U.S. Postal Service, on this 4th day of January, 2007.

BY:/s/ Thomas C. Pennebaker