**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANAL BREACHES**                      **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                        **NO: 05-4182**

**PERTAINS TO:**                                        **SECTION: "K"(2)**

*Frank Gambino*, No. 06-8636

<u>**ORDER**</u>

        Pursuant to Local Rule 78.1E, the Court finds that Oral Argument is unnecessary and

therefore denies the Request for Oral Argument for the Motion to Remand (Rec.Doc.No. 2159).

Accordingly,

        **IT IS ORDERED** that the Request for Oral Argument (Rec.Doc.No. 2164) is **DENIED**

and the motion will be considered submitted on briefs on January 10, 2007.

        New Orleans, Louisiana, on this __4th__ day of January, 2007.

                                        _____
                                        **STANWOOD R. DUVAL, JR.**
                                        **UNITED STATES DISTRICT COURT JUDGE**