UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE: |
| *Austin, et al v. Allstate Ins., et al* | * | JOSEPH C. WILKINSON |
| No. 06-5383 | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE OF COUNSEL

To:   All Plaintiffs
      Through their counsel of record
      Joseph J. McKernan, Esq.
      Chet G. Boudreaux, Esq.
      John H. Smith, Esq.
      McKernan Law Firm
      8710 Jefferson Highway
      Baton Rouge, Louisiana 70809

**PLEASE TAKE NOTICE** that undersigned counsel represents named defendants Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company.

Respectfully submitted,

–1–

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, #2814
Laura Spansel Gravener, # 30148
Barrasso, Usdin, Kupperman,
Freeman & Sarver
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Counsel for Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, Allstate Insurance Company, Allstate Property and Casualty Insurance Company, Encompass Insurance Company of America, and Encompass Property and Casualty Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this 4th day of January, 2007.

*/s/ Judy Y. Barrasso*