UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE: |
| *Kiefer, et al v. Allstate Ins., et al* | * | JOSEPH C. WILKINSON |
| No. 06-5370 | * | |
| | * | |
| Defendant. | * | |

**************************************

### NOTICE OF APPEARANCE OF COUNSEL

To: All Plaintiffs
Through their counsel of record
Calvin C. Fayard, Jr., Esq..
D. Blayne Honeycutt, Esq.
Wanda J. Edwards, Esq.
Fayard & Honeycutt, APC
519 Florida Avenue SW
Denham Springs, Louisiana 70726

Peyton D. Murphy, Esq.
Murpy Law Firm
7035 Jefferson Highway
Baton Rouge, Louisiana 70726

**PLEASE TAKE NOTICE** that undersigned counsel represents named defendants Allstate

–1–

Insurance Company and Allstate Indemnity Company.

                      Respectfully submitted,

                      */s/ Judy Y. Barrasso*

                      Judy Y. Barrasso, #2814
                      Laura Spansel Gravener, # 30148
                      Barrasso, Usdin, Kupperman,
                      Freeman & Sarver LLC
                      909 Poydras Street, Suite 1800
                      New Orleans, Louisiana 70112
                      Telephone:  (504) 589-9700

                      Counsel for Allstate Insurance Company and Allstate Indemnity Company

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this 4th day of January, 2007.

                      */s/ Judy Y. Barrasso*