UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| _____ | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE: |
| *Kiefer, et al v. Allstate Ins., et al* | * | JOSEPH C. WILKINSON |
| No. 06-5370 | * | |
| | * | |
| Defendant. | * | |
| ************************************** | | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

To:     All Plaintiffs
        Through their counsel of record
        Calvin C. Fayard, Jr., Esq..
        D. Blayne Honeycutt, Esq.
        Wanda J. Edwards, Esq.
        Fayard & Honeycutt, APC
        519 Florida Avenue SW
        Denham Springs, Louisiana 70726

        Peyton D. Murphy, Esq.
        Murpy Law Firm
        7035 Jefferson Highway
        Baton Rouge, Louisiana 70726

        **PLEASE TAKE NOTICE** that undersigned counsel represents named defendant Liberty

Mutual Insurance Company.

74970

Our File:  13,348

Respectfully submitted,

*/s/ H. Minor Pipes, III*

_____

H. Minor Pipes, III, # 24603
Laura Spansel Gravener, # 30148
Barrasso, Usdin, Kupperman,
Freeman & Sarver LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Counsel for Allstate Insurance Company and Allstate
Indemnity Company

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all

counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S.

Postal Service, on this 4th day of January, 2007.

*/s/ H. Minor Pipes, III*

_____

–2–

74970

Our File:  13,348