FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2006 DEC 20 P 4:22

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| | * | |
| VERSUS | * | SECTION: R K |
| | * | |
| ST. PAUL TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, ET AL | * | MAGISTRATE: 1 |

**MOTION TO CONTINUE REMAND HEARING**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Patricia Dicorte, who seeks a continuance of the Remand Hearing set for 9:30 a.m. on Wednesday, December 27, 2006. Undersigned counsel will be out of town at that time for a previously scheduled vacation, and, as such, the request for a continuance. This is Plaintiff's first request for a continuance, and opposing counsel does not oppose same.

Wherefore, Plaintiff prays that her Motion to Continue the Remand Hearing on December 27, 2006, be granted.

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____

Respectfully submitted,

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

_____
KENNETH W. ANDRIEU, BAR # 20675
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the United States mail postage prepaid and properly addressed on this 19th day of December, 2006.

_____
KENNETH W. ANDRIEU