FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4 PM 3: 47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION NO.: 06-8270 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| ST. PAUL TRAVELER'S CASUALTY INSURANCE COMPANY OF AMERICA, ET AL | * | MAGISTRATE: 1 |

## ORDER

Considering Plaintiff's Unopposed Motion to Continue Remand Hearing;

**IT IS ORDERED** that the December 27, 2006, Remand Hearing be and is hereby continued to the 10th day of January, 2007, at 9:00 o'clock a.m.

New Orleans, Louisiana,

_____
JUDGE

Fee_____
Process_____
X / Dktd_____
✓ CtRmDep_____
Doc. No_____