UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) | | |

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO FILE OPPOSITION *AMICUS CURIAE*

NOW INTO COURT, through undersigned counsel, comes Limitation Petitioner, Manson Construction Co. ("Manson"), and respectfully requests that this Honorable Court grant it leave to file the attached Opposition *Amicus Curiae* to the *Reed* Plaintiffs' Motion for Leave to File Amended Complaint.

Previously, Manson has filed its Complaint for Exoneration from or Limitation of Liability (Rec. Doc. 2327). When Manson's Limitation Complaint was filed, all claims against Manson were stayed as a matter of law.

Out of an abundance of caution, Manson requests that it be granted leave to file the attached Opposition *Amicus Curiae*.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
George M. Gilly, T.A.(Bar #6234)
William J. Riviere (Bar #20593)
Evans Martin McLeod (Bar #24846)
Christian E. Daigle (Bar #29819)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

ATTORNEYS FOR MANSON CONSTRUCTION CO.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 5th day of January, 2007.

_____