UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: | § § § | SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| MRGO (Reed, No. 06-2152);<br><br>MRGO (Ackerson, No. 06-4066) | § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing *Ex Parte* Motion for Leave to File Opposition *Amicus Curiae*;

IT IS HEREBY ORDERED that Limitation Petitioner, Manson Construction Co., is hereby granted leave to file its Opposition *Amicus Curiae* to the *Reed* Plaintiffs' Motion for Leave to File Amended Complaint.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99748824.1