UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO:  INSURANCE | * | |
| AARON, ET AL. V. AIG CENTENNIAL | * | JUDGE DUVAL |
| INSURANCE COMPANY, ET AL.  06-4746 | * | |
| ****************************************** | | MAG. WILKINSON |

### HOMESITE INSURANCE COMPANY'S MOTION TO SEVER AND INCORPORATED MEMORANDUM IN SUPPORT

Pursuant to Federal Rules of Civil Procedure 20 and 21, defendant HOMESITE INSURANCE COMPANY, through its undersigned counsel, hereby moves for an order severing each individual plaintiff's claim from those of the other plaintiffs, or, in the alternative, an order severing the claims against Homesite from the claims against the other defendants.

In support of this Motion, Homesite joins in and incorporates by reference the Memorandum of Law in Support of Motion to Sever by Safeco Defendants (filed on November 7, 2006) and the Memorandum in Support of State Farm's Motion to Sever (filed on November 7, 2006).

For the reasons stated therein, which are equally applicable to plaintiffs' claims against Homesite, plaintiffs have improperly joined over 1,800 claims against over 100 insurance companies in one lawsuit in violation of Fed. R. Civ. P. 20. Plaintiffs' claims arise from different transactions

or occurrences, and involve different questions of law and fact. Accordingly, Homesite moves this Court to sever each plaintiff's claim against those of the other plaintiffs, or, at a minimum, should sever the claims against Homesite from the claims against the other defendants.

January 5, 2007.

Respectfully submitted,

/S/ KERRIE T. BELSOME
**ROBERT E. KERRIGAN (#7350)**
**KERRIE T. BELSOME (#28246)**
**DEUTSCH, KERRIGAN & STILES, LLP**
755 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 581-5141
FACSIMILE: (504) 566-1201
**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joinder in the Motions to Sever has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 5th day of January, 2007.

/S/ KERRIE T. BELSOME
**KERRIE T. BELSOME**

#338567v1<DKS> -joinder in motions to sever