UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: INSURANCE AARON, ET AL. V. AIG CENTENNIAL INSURANCE COMPANY, ET AL. 06-4746 | * * * | JUDGE DUVAL |
| ******************************************* | | MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Homesite Insurance Company will bring its Motion to Sever against plaintiffs for hearing before the Honorable Stanwood R. Duval, Jr. on the 23rd day of March, 2007, or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ KERRIE T. BELSOME
**ROBERT E. KERRIGAN (#7350)**
**KERRIE T. BELSOME (#28246)**
**DEUTSCH, KERRIGAN & STILES, LLP**
755 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 581-5141
FACSIMILE: (504) 566-1201
**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**