UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) <br><br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| LEVEE CASES | | |
| PERTAINS TO:  06-7682 (PAUL) | | |

## OPPOSITION TO MOTION TO VACATE ORDER OF DISMISSAL WITH PREJUDICE

This Memorandum is submitted by the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") in opposition to plaintiffs' Motion to Vacate the Order of Dismissal with Prejudice. BNSF incorporates herein in its entirety the arguments previously made in its Opposition to the Motion to Vacate the Stipulation of Dismissal filed by plaintiffs. (Doc. 2298). Plaintiffs seek to vacate the stipulation and order of dismissal as to both BNSF and CSX following extended negotiation between counsel as well as a very clear understanding as to the nature and purpose for the dismissal. Plaintiffs were well aware that the stipulation under Rule 41 was with prejudice, and Rule 41 expressly provides that such a stipulation is effective upon filing, without a further order of the court. Plaintiffs' motion should be denied.

Respectfully submitted,

FRILOT, PARTRIDGE, L.C.

_____
PATRICK A. TALLEY, JR. (#1616)
MICHAEL R. PHILLIPS (#21020)
CARL E. HELLMERS, III (#25705)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of January, 2007 served a copy of the foregoing on all counsel of record via facsimile and/or by the United States Postal Service properly addressed and postage prepaid.

_____

2