UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION: 05-4182 "K" (2) |
| Plaintiff, | * | |
| | * | JUDGE: STANWOOD R. DUVAL |
| | * | |
| | * | |
| PERTAINS TO: INSURANCE | * | MAGISTRATE JUDGE: |
| *Aaron, et al v. AIG Centennial Ins. Co., et al* | * | JOSEPH C. WILKINSON |
| No. 06-4746 | * | |
| | * | |
| Defendant. | * | |

**************************************

## NOTICE OF APPEARANCE OF COUNSEL

To:    All Plaintiffs
        Through their counsel of record
        Jim S. Hall, Esq.
        Jim S. Hall & Associates
        800 N. Causeway Boulevard, Suite #100
        Metairie, Louisiana 70001

      **PLEASE TAKE NOTICE** that undersigned counsel represent named defendants Liberty Insurance Corporation, Liberty Insurance Underwriters, Inc., Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Insurance Company, LM Insurance Corporation, and LM Property and Casualty Insurance Company.

                                                      Respectfully submitted,

–1–

Our File: 13,284

75081

        */s/ H. Minor Pipes, III*
        ―――――――――――――――――――
        Judy Y. Barrasso, # 2814
        H. Minor Pipes, III, # 24603
        Susan M. Rogge, # 29203
        Laura Spansel Gravener, # 30148
        Barrasso, Usdin, Kupperman,
        Freeman & Sarver LLC
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone: (504) 589-9700

        Counsel for Liberty Insurance Corporation, Liberty Insurance Underwriters, Inc., Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Insurance Company, LM Insurance Corporation, and LM Property and Casualty Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U.S. Postal Service, on this 5th day of January, 2007.

        */s/ H. Minor Pipes, III*
        ―――――――――――――――――――

–2–

75081

Our File: 13,284