UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: LEVEE<br>*Creato Gordon*, No. 06-5163 | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT MOTION TO CONTINUE ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Creato Gordon *et al.* ("Plaintiffs") and defendant, St. Paul Fire and Marine Insurance Company ("Defendant"), which, pursuant to agreement between the parties, jointly move this Court for a continuance of the Oral Argument on St. Paul's Rule 12(E) Motion for a More Definite Statement set before Magistrate Wilkinson at 11:00 a.m. on January 10, 2007. The parties submit that they have conferred and believe this continuance will allow Plaintiffs time to amend their Class Action Complaint to cure the ambiguities complained of in St. Paul's Rule 12(E) Motion.

**WHEREFORE**, Plaintiffs and Defendant move for a continuance of said Argument to January 24, 2007 at 11:00 a.m.

Respectfully submitted,

*April R. Roberts*
_____
Joseph P. Guichet, La. #24441
Ralph S. Hubbard, III, La. #7040
April R. Roberts, La. #30821
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and**
**Marine Insurance Company**

_____
Joseph M. Bruno, T.A., La. #3604
David S. Scalia, La. #21369
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6799

AND

Hugh P. Lambert, La. #7933
Linda J. Nelson, La. # 9938
E. Alexis Bevis, La. #29091
**LAMBERT & NELSON, PLC**
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2007, a copy of the Joint Motion to Continue Oral Argument was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system. Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

*April R. Roberts*