UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Creato Gordon*, No. 06-5163 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion to Continue Oral Argument,

**IT IS HEREBY ORDERED** that Oral Argument on St. Paul Fire and Marine Insurance Company's Rule 12(E) Motion for More Definite Statement is continued to January 24, 2007 at 11:00 a.m.

NEW ORLEANS, LOUISIANA, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE