UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG WILKINSON |

PERTAINS TO:

LEVEE: *Ponchartrain Baptist Church*, 06-06642

## DECLARATION

I, Michael Killgore, declare as follows:

1. I am of full age and majority, and I am competent to make this declaration.

2. I am the President of the Industrial Group of James Construction Group, LLC, f/k/a Angleo Iafrate Construction, LLC ("James"), and the following is based upon my personal knowledge:

3. In 2001, James was engaged by the U.S. Army Corps of Engineers to demolish and reconstruct two bridges crossing the London Avenue Canal at Filmore Avenue and at Mirabeau Avenue respectively.

{N1598576.1}

4. James' work on the two bridges was performed pursuant to a contract number DACW29-02-C-0013 between James (under its former name) and the U.S. Army Corps of Engineers ("Construction Contract").

5. All of the piles were driven from land or from the bridge deck.

6. The cranes used in connection with work on the two bridges were positioned on land of on the bridge deck.

7. With the exception of a small work barge and a small boat used for access to the middle part of the bridges, the work on the two bridges was performed from either the land of the bridge deck.

8. The barge was used simply as a platform for workers performing formwork activities.

9. The small boat was used simply to ferry workers from the side of the canal to the barge as necessary.

10. The small work barge and the small boat were lifted into the water from the side of the canal for use and, after the portion of the work necessitating their use was complete, they were lifted out of the water in the same manner.

11. With the exception using the small work barge and small boat in the manner described, James did not use the canal as an avenue to ferry or move any equipment.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed 5th January, 2007.

_____
MICHAEL KILLGORE

{N1598576.1}