# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

                                        NO. 05-4182 "K"(2)
                                        JUDGE DUVALL
                                        MAG WILKINSON

PERTAINS TO:

LEVEE: *Ponchartrain Baptist Church*, 06-06642

## [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to Supplement Opposition to Motion to Remand,

IT IS ORDERED that Defendant, James Construction Group, LLC f/k/a Angelo Iafrate Construction, LLC ("James"), is granted leave to supplement its Opposition to Motion to Remand, Rec. Doc. 2354 ("Opposition").

IT IS FURTHER ORDERED that the Opposition is hereby supplemented by attaching the January 5, 2007 Declaration of Michael Killgore thereto, and incorporating it therein.

New Orleans, Louisiana, this _____ day of _____, 2007

                             _____
                             United States District Judge