UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Kiefer*, No. 06-5370 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

## *EX PARTE* MOTION BY LLOYD'S UNDERWRITERS FOR ENTRY OF APPEARANCE

NOW INTO COURT, through undersigned counsel, comes Those Certain Underwriters at Lloyd's, London, who subscribed severally as their interests appear thereon and not jointly to Lloyd's Policy Nos. WAT0210678 and 254889 (incorrectly identified in Plaintiffs' Amended Complaint as "Lloyd's of London") (hereinafter referred to at "Lloyd's Underwriters"), who avers that undersigned counsel will be local counsel and assist David E. Walker, Esquire, Jill A. O'Donovan, Esquire and James W. Kienzle, Jr., Esquire in representing these Defendants.

Filed contemporaneously with this Motion for Entry of Appearance is an *Ex Parte* Motion by Lloyd's Underwriters for Leave to Appear *Pro Hac Vice* on behalf of David E. Walker, Esquire, Jill A. O'Donovan, Esquire and James W. Kienzle, Jr., Esquire.

Pursuant to this Court's Order, responsive pleadings will be filed on behalf of Lloyd's Underwriters on or before February 7, 2006.

1

OUR FILE NO. 400-0013

WHEREFORE, Defendants, Lloyd's Underwriters, pray that this Court enter an Order of Appearance recognizing that undersigned counsel will be one of the attorneys of record for Those Certain Underwriters at Lloyd's, London.

Respectfully submitted,

PORTEOUS, HAINKEL & JOHNSON

_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069

Of Counsel

David E. Walker, Esq.
Jill A. O'Donovan, Esq.
James W. Kienzle, Jr., Esq.
WALKER WILCOX MATOUSEK LLP
225 W. Washington, Suite 2400
Chicago, Illinois 60606
Telephone: 312.244.6700
Facsimile: 312.244.6800/6801
dwalker@wwmlawyers.com
jodonovan@wwmlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January ___, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

_____
PATRICK D. DeROUEN, ESQ.

2

OUR FILE NO. 400-0013