UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Kiefer*, No. 06-5370 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing *Ex Parte* Motion by Lloyd's Underwriters for Entry of Appearance filed herein by Those Certain Underwriters at Lloyd's, London, who subscribed severally as their interests appear thereon and not jointly to Lloyd's Policy Nos. WAT0210678 and 254889;

IT IS ORDERED that Patrick D. DeRouen, Esquire, Laurie L. DeArmond, Esquire and Chad J. Primeaux, Esquire are hereby recognized as attorneys of record in this matter for Those Certain Underwriters at Lloyd's, London who subscribed severally as their interests appear thereon and not jointly to Lloyd's Policy Nos. WAT0210678 and 254889.

---

**JUDGE**

1

OUR FILE NO. 400-0013