UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION<br>NO.: 05-4182<br><br>SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE<br>*Kiefer*, No. 06-5370 | *<br>*<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE JUDGE WILKINSON |

### AFFIDAVIT OF DAVID E. WALKER
### IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS

COUNTY OF COOK

I, David E. Walker, being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. My business telephone number is (312) 244-6700. My e-mail address is dwalker@wwmlawyers.com.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants Involved Lloyd's Underwriters.

3. I am licensed to practice in Illinois and was admitted to the Illinois bar in 1989 and the Federal District Court for the Northern District of Illinois in 1994. My Illinois attorney number is 6202056.

4. I am a member in good standing in all jurisdictions listed in paragraph 3.

5. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.

{File: 00021003.DOC /}



EXHIBIT B

6. There are no disciplinary proceedings presently pending against me in any jurisdiction.

7. In addition, no criminal charges have ever been instituted against me.

I respectfully request this Court to permit me to appear as counsel *pro hac vice* in this matter on behalf of the Involved Lloyd's Underwriters.

Further affiant sayeth naught.

*[signature]*
David E. Walker

Sworn and subscribed before me
This 4th day of January 2007.

*[signature]*
Notary Public

"OFFICIAL SEAL"
DIANA JANICKI
Notary Public, State of Illinois
My Commission Expires 04/10/08

{File: 00021003.DOC /}