UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 |
| | * | |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE DUVAL |
| *Kiefer*, No. 06-5370 | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## AFFIDAVIT OF JAMES W. KIENZLE, JR.
## IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS

COUNTY OF COOK

I, James W. Kienzle, Jr., being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. My business telephone number is (312) 244-6700. My e-mail address is jkienzle@wwmlawyers.com.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants Involved Lloyd's Underwriters.

3. I am licensed to practice in Illinois and was admitted to the Illinois bar and the Federal District Court for the Northern District of Illinois in 2004. My Illinois attorney number is 6283241.

4. I am a member in good standing in all jurisdictions listed in paragraph 3.

5. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.



EXHIBIT F

6. There are no disciplinary proceedings presently pending against me in any jurisdiction.

7. In addition, no criminal charges have ever been instituted against me.

I respectfully request this Court to permit me to appear as counsel *pro hac vice* in this matter on behalf of the Involved Lloyd's Underwriters.

Further affiant sayeth naught.

_____
James W. Kienzle, Jr.

Sworn and subscribed before me
This 4th day of January 2007.

_____
Notary Public

"OFFICIAL SEAL"
DIANA JANICKI
Notary Public, State of Illinois
My Commission Expires 04/10/08

{File: 00021018.DOC /}