UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE *Kiefer*, No. 06-5370 | * * | JUDGE DUVAL |
| | * * | MAGISTRATE JUDGE WILKINSON |

### *EX PARTE* MOTION BY LLOYD'S UNDERWRITERS FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Defendants Those Certain Underwriters at Lloyd's, London who subscribed severally as their interests appear thereon and not jointly to Lloyd's Policy Nos. WAT0210678 and 254889 (incorrectly identified in Plaintiffs' Amended Complaint as "Lloyd's of London") (hereinafter referred to as "Lloyd's Underwriters"), and pursuant to Rule 83.2.6 of this Court, respectfully moves this Court to grant admission *pro hac vice* to the following attorneys so that they may appear and participate in this proceeding as co-counsel for the Lloyd's Underwriters:

      David E. Walker, Esq.

      Jill A. O'Donovan, Esq.

      James W. Kienzle, Jr., Esq.

1. Lloyd's Underwriters requests that this Court allow David E. Walker, Jill A. O'Donovan, and James W. Kienzle, Jr. to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Patrick D. DeRouen, Louisiana Bar No. 20535, Laurie L. DeArmond, Louisiana Bar No. 26622, and Chad J. Primeaux, Louisiana Bar No. 30024,

the latter of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. David E. Walker is an attorney at law practicing with the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. Mr. Walker is admitted to practice in, and is in good standing in, the bar of the State of Illinois as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Walker, as required by Local Rule 83.2.6, is attached hereto as Exhibit B.

3. Jill A. O'Donovan is an attorney at law practicing with the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. Ms. O'Donovan is admitted to practice in, and is in good standing in, the bar of the State of Illinois as shown by reference to the Certificate of Good Standing attached hereto as Exhibit C. The oath of Ms. O'Donovan, as required by Local Rule 83.2.6, is attached hereto as Exhibit D.

4. James W. Kienzle, Jr. is an attorney at law practicing with the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. Mr. Kienzle is admitted to practice in, and is in good standing in, the bar of the State of Illinois as shown by reference to the Certificate of Good Standing attached hereto as Exhibit E. The oath of Mr. Kienzle, as required by Local Rule 83.2.6, is attached hereto as Exhibit F.

5. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE Defendants Lloyd's Underwriters pray that the Court enter an order admitting David E. Walker, Jill A. O'Donovan, and James W. Kienzle, Jr. of the law firm Walker Wilcox Matousek LLP as co-counsel in this proceeding, *pro hac vice*.

Respectfully submitted,

_____
PATRICK D. DeROUEN, ESQ. (#20535)
LAURIE L. DeARMOND, ESQ. (#26622)
CHAD J. PRIMEAUX, ESQ. (#30024)
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone:  (504) 581-3838
Facsimile:   (504) 581-4069

Of Counsel

David E. Walker, Esq.
Jill A. O'Donovan, Esq.
James W. Kienzle, Jr., Esq.
WALKER WILCOX MATOUSEK LLP
225 W. Washington, Suite 2400
Chicago, Illinois 60606
Telephone:  (312) 244-6700
Facsimile:   (312) 244-6800/6801

*Attorneys for Certain Underwriters at Lloyd's, London*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___ day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

_____
Patrick D. DeRouen

{File: 00021021.DOC /}