UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE *Kiefer*, No. 06-5370 | * * * * | JUDGE DUVAL  MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Ex Parte Motion by the Involved Lloyd's Underwriters for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that David E. Walker, Jill A. O'Donovan, and James W. Kienzle, Jr. of the law firm of Walker Wilcox Matousek LLP are hereby admitted *pro hac vice* as co-counsel of record for the Lloyd's Underwriters in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

{File: 00021035.DOC /}