# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

David E. Walker

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1989 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Tuesday, September 26, 2006.

*Juleann Hornyak*
Clerk


EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 |
| | * | |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE DUVAL |
| *Aaron*, No. 06-4746 | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## AFFIDAVIT OF DAVID E. WALKER
## IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS

COUNTY OF COOK

I, David E. Walker, being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. My business telephone number is (312) 244-6700. My e-mail address is dwalker@wwmlawyers.com.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants Involved Lloyd's Underwriters.

3. I am licensed to practice in Illinois and was admitted to the Illinois bar in 1989 and the Federal District Court for the Northern District of Illinois in 1994. My Illinois attorney number is 6202056.

4. I am a member in good standing in all jurisdictions listed in paragraph 3.

5. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.

EXHIBIT B

{File: 00020947.DOC /}

6. There are no disciplinary proceedings presently pending against me in any jurisdiction.

7. In addition, no criminal charges have ever been instituted against me.

I respectfully request this Court to permit me to appear as counsel *pro hac vice* in this matter on behalf of the Involved Lloyd's Underwriters.

Further affiant sayeth naught.

David E. Walker

Sworn and subscribed before me
This 4th day of January 2007.

Notary Public

"OFFICIAL SEAL"
DIANA JANICKI
Notary Public, State of Illinois
My Commission Expires 04/10/08

{File: 00020947.DOC /}

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jill A. O'Donovan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, September 26, 2006.

*Juleann Hornyak*

Clerk



EXHIBIT C

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Aaron*, No. 06-4746 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

### AFFIDAVIT OF JILL A. O'DONOVAN
### IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS

COUNTY OF COOK

I, Jill A. O'Donovan, being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. My business telephone number is (312) 244-6700. My e-mail address is jodonovan@wwmlawyers.com.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants Involved Lloyd's Underwriters.

3. I am licensed to practice in Illinois and was admitted to the Illinois bar and the Federal District Court for the Northern District of Illinois in 1995. My Illinois attorney number is 6230436.

4. I am a member in good standing in all jurisdictions listed in paragraph 3.

5. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.

EXHIBIT D

{File: 00020997.DOC /}

6. There are no disciplinary proceedings presently pending against me in any jurisdiction.

7. In addition, no criminal charges have ever been instituted against me.

I respectfully request this Court to permit me to appear as counsel *pro hac vice* in this matter on behalf of the Involved Lloyd's Underwriters.

Further affiant sayeth naught.

_____
Jill A. O'Donovan

Sworn and subscribed before me
This 4th day of January 2007.

_____
Notary Public

"OFFICIAL SEAL"
DIANA JANICKI
Notary Public, State of Illinois
My Commission Expires 04/10/08

{File: 00020997.DOC /}

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James Walter Kienzle, Jr.

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 4, 2004 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, September 26, 2006.

*Juleann Hornyak*
Clerk

EXHIBIT E

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Aaron*, No. 06-4746 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

### AFFIDAVIT OF JAMES W. KIENZLE, JR.
### IN SUPPORT OF EX PARTE MOTION TO APPEAR PRO HAC VICE

STATE OF ILLINOIS

COUNTY OF COOK

I, James W. Kienzle, Jr., being first duly sworn according to law, depose and state as follows:

1. I am a member of the law firm of Walker Wilcox Matousek LLP, 225 W. Washington, Suite 2400, Chicago, Illinois, 60606. My business telephone number is (312) 244-6700. My e-mail address is jkienzle@wwmlawyers.com.

2. I seek admission *pro hac vice* so that I may appear and participate as co-counsel in the captioned matter on behalf of Defendants Involved Lloyd's Underwriters.

3. I am licensed to practice in Illinois and was admitted to the Illinois bar and the Federal District Court for the Northern District of Illinois in 2004. My Illinois attorney number is 6283241.

4. I am a member in good standing in all jurisdictions listed in paragraph 3.

5. I have never been suspended, disbarred, or resigned as a result of a disciplinary charge, investigation, or proceeding in any jurisdiction.

EXHIBIT F

6.  There are no disciplinary proceedings presently pending against me in any jurisdiction.

7.  In addition, no criminal charges have ever been instituted against me.

I respectfully request this Court to permit me to appear as counsel *pro hac vice* in this matter on behalf of the Involved Lloyd's Underwriters.

Further affiant sayeth naught.

James W. Kienzle, Jr.

Sworn and subscribed before me
This 4th day of January 2007.

Notary Public

"OFFICIAL SEAL"
DIANA JANICKI
Notary Public, State of Illinois
My Commission Expires 04/10/08

{File: 00020999.DOC /}