UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:   KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 |
| | * | |
| | * | SECTION "K"; MAG. 2 |
| | * | |
| PERTAINS TO: INSURANCE | * | JUDGE DUVAL |
| *Aaron*, No. 06-4746 | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

## ORDER

Considering the Ex Parte Motion by the Involved Lloyd's Underwriters for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that David E. Walker, Jill A. O'Donovan, and James W. Kienzle, Jr. of the law firm of Walker Wilcox Matousek LLP are hereby admitted *pro hac vice* as co-counsel of record for the Involved Lloyd's Underwriters in the captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
UNITED STATES DISTRICT JUDGE