UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>INSURANCE (06-4529 Battaglia)<br>              (06-4532 Battaglia) | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2) |

### ORDER ON MOTION

APPEARANCES:  None (on the briefs)

MOTION:        (1) Plaintiffs' Motion to Compel Rule 26 Conference and Discovery Responses, Record Doc. No. 2263; (2) Plaintiffs' Motion to Compel Rule 26 Conference and Discovery Responses, Record Doc. No. 2378

O R D E R E D:

 XXX : DENIED. The subject written discovery was prematurely issued in violation of Fed. R. Civ. P. 26(d). Defendants were justified in not submitting responses for that reason and because of the status of disclosure and discovery planning in the consolidated umbrella litigation in which these cases are now involved. While these motions were pending and noticed for hearing, one before me and one before Magistrate Judge Chasez – since transferred to me – both on January 3, 2007, counsel provoked a telephone conference with Judge Duval, who entered an order relevant to the subject discovery on January 2, 2007. Record Doc. No. 2420. Some of the written discovery that is the subject of these motions is not permitted under that order. While these two cases certainly would benefit from a requirement that counsel adhere strictly to the requirements of Fed. R. Civ. P. 26(f), a status conference – which counsel for the moving plaintiffs and the subject defendants have been ordered to attend – is now scheduled before Judge Duval next week. Record Doc. No. 2420. Part of the purpose of that conference is to discuss how discovery may proceed in cases like these two. Considering all of the foregoing,

IT IS ORDERED that the referenced motions are DENIED.

IT IS FURTHER ORDERED that (1) no Rule 26(f) conference will be compelled at this time, (2) no responses to the subject discovery are due or ever have been due, and none will be compelled at this time, (3) defendants' objections to the subject discovery have not been waived, (4) the requests for admissions are not deemed admitted, and (5) all objections to the subject discovery are specifically preserved.

IT IS FURTHER ORDERED that at the conclusion of the status conference with Judge Duval, counsel for the parties in these two cases must appear in person before me so that I may enter a further order concerning the particular discovery at issue in these motions, if appropriate.

New Orleans, Louisiana, this 5th day of January, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Stanwood R. Duval, Jr.