UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

PERTAINS TO: 06-8884                             SECTION "K"(2)
In the Matter of the Complaint of Mike Hooks

## OREDER

There is an Ex Parte Motion to Deposit $250.00 into Registry of Court pending in this matter that is noted as Doc. No. 5 in the originally filed matter. There being no objection thereto,

**IT IS ORDERED** that the Ex Parte Motion to Deposit $250.00 (Doc. 5) is **GRANTED**.

New Orleans, Louisiana, this __8th__ day of January, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE