UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLEEN BERTHELOT | CIVIL ACTION |
| VERSUS | NO. 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., *et al*<br>PERTAINING TO: 06-7771 (LARRY KNIGHT) | SECTION "K" |

### ORDER SETTING PHONE STATUS CONFERENCE

Pursuant to calls placed to counsel this date,

**IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** to discuss Ivory & Larry Knight's Motion to Reset Deadline of Plaintiff's Expert Reports as well as levee breach discovery **IS SET** on **TUESDAY, JANUARY 9, 2007** at **11:30 A.M.**, with the office of Scott Glendening (504/367-9001), counsel for plaintiffs, initiating said conference call.

New Orleans, Louisiana, this __8th__ day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE