MINUTE ENTRY
WILKINSON, M. J.
JANUARY 5, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO:  ALL CASES                          JUDGE DUVAL
MAG. WILKINSON

<u>**CALL DOCKET HEARING AND ORDER**</u>

Pursuant to the court's previous order, Record Doc. No. 2034, a call docket was

conducted in these consolidated cases before the undersigned magistrate judge on this

date.  Appearing for plaintiffs were:  David  Scalia and Joseph Bruno in C.A. No. 06-

5163;  Ashton O'Dwyer in C.A. Nos. 06-5786 and 06-6099; Joseph Rausch in C.A. No.

06-4746; Camilo Salas in C.A. No. 06-2152; A. J. Rebennach in C.A. Nos. 06-4066 and

06-4065; Josh Palmintier in C.A. Nos. 06-2545 and 06-5155; Ariel DiGiulio in C.A. No.

06-0020;  Kara M. Hadican in C.A. 06-225; William C. Gambel in C.A. Nos. 06-5134,

MJSTAR:   **1 : 15**

06-5118, 06-5142, 06-5132, 06-5131, 06-5137, 06-5128 and 06-5140;[1] Keith Couture

in C.A. No. 06-5042; Steve Juam in C.A. Nos. 06-4931, 06-6868 and 06-8708; and

William T. Jones (via telephone) in C.A. No. 06-5260.

Appearing for defendants were:  Francis J. Barry, Jr., representing Madjeski and

Masters, Inc., Laura Gravener, representing Liberty Mutual Fire Insurance Co.; Erin

Dearie, representing Eustis Engineering Company, Inc.; Gerald A. Melchiode,

representing C. R. Pittman Construction Company, Inc., Galen S. Brown, representing

New Orleans Public Belt Railroad Commission, and Angie Arceneaux Akers,

representing Luhr Bros., Inc.  Counsel for numerous other parties were also in

attendance.

The purpose of the hearing was to encourage the completion of service of process

and the filing by defendants of waiver of service forms, answers, or responsive motions.

The call docket functioned also to receive from counsel for plaintiffs their oral reports

concerning their attempts to locate, serve or otherwise prompt an appearance by any

defendant who has not yet made an appearance in these consolidated cases, all so that

issue may formally be joined and this matter may be moved forward.

---

[1]Mr. Gambel also represents plaintiffs in C.A. Nos. 06-5116 and 5127, which are assigned to Magistrate Judge Knowles, who is being informed by copy of this minute entry of Mr. Gambel's appearance at the call docket.

In general, plaintiffs' counsel described their plans to continue efforts to serve unserved defendants or obtain responses from others.  Counsel also reported that they will shortly be moving voluntarily to dismiss some defendants; and that their investigations have revealed new service information for others, whom they will attempt again to serve.

Considering the record, the oral representations of counsel during the hearing and the applicable law, **IT IS ORDERED** that in each case in which all defendants have not been served (except in <u>Abadie</u>, C.A. No. 06-5164, and <u>Aaron</u>, C.A. 06-4746, in which motions to stay are pending), no later than **Monday, January 22, 2007**, counsel for plaintiffs must file and serve any contemplated motions for voluntary dismissal of any defendant; and/or as to any defendant whom plaintiffs seek to continue to pursue, counsel for plaintiffs must file either (1) proof of service as required by Fed. R. Civ. P. 4(l) or the waiver of service form contemplated by Fed. R. Civ. P. 4(d) as to any defendant who has not yet appeared, or (2) a motion with good cause shown for further extension of the 120-day time limit for service provided by Fed. R. Civ. P. 4(m).  After **January 22, 2007**, I will review the record and determine in consultation with Judge Duval what defendants, if any, should be dismissed by the court in accordance with Rule 4(m).

**IT IS FURTHER ORDERED** that no later than **January 22, 2007**, William T. Jones, counsel for plaintiffs in Civil Action No. 06-5260, <u>LeDuff v. Boh Bros. Construction Co, LLC</u>, must file a motion to enroll pro hac vice or he will no longer be allowed to participate in this case.

**IT IS FURTHER ORDERED** that no later than **January 22, 2007,** Kara Hadican, counsel for plaintiffs in Civil Action No. 06-225, <u>Bradley v. Pittman Construction Co., Inc.</u>, must contact again the person with whom she has been in touch as to the Pittman defendant entity and attempt to prompt an appearance, failing which plaintiffs must file any contemplated motion for entry of default judgment, and provide me with the name and address of the registered agent for service of process for any defendant for which she requests entry of default.

The court encourages defense counsel, in an effort to move this matter forward, to accept service or, if requested, waive service on behalf of their client(s). Fed. R. Civ. P. 4(d).

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc:   HON. STANWOOD R. DUVAL, JR.
      HON. DANIEL E. KNOWLES, III

4