UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | | |

## ORDER

Considering the foregoing *Ex Parte* Motion to Dismiss,

IT IS HEREBY ORDERED that all claims filed against defendant, Manson Gulf, L.L.C., in Civil Action No. 06-5155 are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this __8th__ day of __January__, 200 __7__.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99745181.1