UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION K - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:     *Aaron*, 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against Fidelity & Guaranty Insurance Underwriters be, and are hereby **DISMISSED**, without prejudice, at Plaintiffs cost, and with reservation of all of the Plaintiffs claims against all other parties named and unnamed..

New Orleans, Louisiana, this __8th__ day of _____January_____, 2007.

_____
UNITED STATES DISTRICT JUDGE