UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                        NO. 05-4182

PERTAINS TO: 06-8636 *Gambino*          SECTION "K"(2)

## ORDER

**IT IS ORDERED** that the Request for Oral Argument on the Motion to Remand (Doc. 2159) is **DENIED** as set forth in Doc. 2034.

New Orleans, Louisiana, this 8th day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE