UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DARYL A. BATTAGLIA, SR., ET AL.                CIVIL ACTION

VERSUS                                         NUMBER: 06-4532

HORACE MANN INSURANCE COMPANY, ET AL.          SECTION: "K"(2)


O R D E R

Oral argument on Plaintiffs' Motion to Compel which was scheduled for January 3, 2007 at 11:00 a.m. before the undersigned is hereby canceled as the case has been transferred to Magistrate Judge Wilkinson.

New Orleans, Louisiana, this  3rd  day of January, 2007.

                                    _____
                                         ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE