FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 21  AM 10: 25

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 2005-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE (06-4873) | * | |
| DOROTHY REESE | * | |
| v. ALLSTATE INSURANCE COMPANY | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW COMES Defendant, Allstate Insurance Company, through undersigned counsel, who suggests to this Honorable Court that they desire to add additional counsel of record in these proceedings. Specifically, Michael W. Collins, of Porteous, Hainkel & Johnson, L.L.P., a member of the bar of the Eastern District of Louisiana who is admitted to practice by the Supreme Court of Louisiana, Bar # 29129.

**WHEREFORE**, considering the above reasons, Defendant moves the Court to enroll Michael W. Collins as an additional counsel of record for the Defendant.

Respectfully Submitted,

GLENN B. ADAMS (#2316)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838

Fee_____
Process_____
Dktd_____
CtRmDep_____
Doc. No_____

1

Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
*Attorney for Allstate Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this _____ day of December, 2006 served a copy of

the foregoing pleading on counsel for all parties to this proceeding by mailing same by United

States Mail, properly addressed and first class postage prepaid, and/or by facsimile service.

GLENN B. ADAMS

2