UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 27  PM 12: 07

LORETTA G. WHYTE
        CLERK
```

CHRISTLE BERTONNIERE

v.                    Case Number: 06-5297 "K" (2)

LEXINGTON INSURANCE COMPANY

---

### MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

NOW INTO COURT, through undersigned counsel, come plaintiffs, who, upon suggesting to this Honorable Court that:

I.

The deadline to effect service of the complaint in the above-captioned matter is December 26, 2006.

II.

Plaintiffs have not effected service at this time, as plaintiffs and defendant have been involved in on-going settlement negotiations.

III.

In view of the above and foregoing, plaintiffs request an additional 20 days to effect service of the complaint in the above-captioned matter.

Kevin D. Shearman
Attorney at Law (Bar No. 23297)
3350 Ridgelake Drive, Ste. 200
Metairie, Louisiana 70002
Telephone (504) 835-6829
FAX (504) 834-6156

___ Fee _____
___ Process _____
_X_ Dktd _____
_V_ CtRmDep _____
___ Doc. No _____

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 26th day of December, 2006, served a copy of the foregoing pleading on counsel for all parties to this proceeding by forwarding the same via United States Mail or by FAX.

_Kevin D. Shearman_
Kevin D. Shearman