

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br> NO. 2005-4182 "K" (2) |
| | * <br> * | JUDGE DUVAL |
| PERTAINS TO: <br> INSURANCE (06-7540) <br> MELANIE PALMER <br> v. ENCOMPASS INSURANCE COMPANY and <br> APARICIO, WALKER & SEELING | * <br> * <br> * <br> * <br> * | MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD, filed by Encompass Insurance Company;

IT IS ORDERED, that Michael W. Collins, is hereby enrolled as additional counsel of record for Defendant, Encompass Insurance Company.

NEW ORLEANS, LOUISIANA this _____ day of December, 2006.

_____
JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No