

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 2005-4182 "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE (06-4873) | * | |
| DOROTHY REESE | * | |
| v. ALLSTATE INSURANCE COMPANY | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING THE MOTION TO ENROLL AS ADDITIONAL COUNSEL OF

RECORD, filed by Allstate Insurance Company;

IT IS ORDERED, that Michael W. Collins, is hereby enrolled as additional counsel of

record for Defendant, Allstate Insurance Company.

NEW ORLEANS, LOUISIANA this ____ day of December, 2006.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

3