FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  PM 3:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CHRISTLE BERTONNIERE

    v.    Case Number: 06-5297 "R" (2)

LEXINGTON INSURANCE COMPANY

---

## ORDER

Considering the above and foregoing:

IT IS HEREBY ORDERED that plaintiffs be and are hereby granted an additional 20 days or until January 15, 2007 to effect service in the above-captioned matter.

New Orleans, Louisiana, this 4th day of January, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____