UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -4  PM 3:51

LORETTA G. WHYTE
CLERK

IN RE: KATRINA CANAL BREACHES *        CIVIL ACTION
CONSOLIDATED LITIGATION      *
                             *         NO. 05-4182 "K" (2)
                             *
PERTAINS TO LEVEE:           *         JUDGE DUVAL

O'DWYER,      NO. 06-1885
              NO. 06-5771

## ORDER

Considering the foregoing Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss Under 12(b)(6),

IT IS ORDERED THAT Motion for Leave to File Memorandum in Opposition to United States' Motion to Dismiss under 12(b)(6) is hereby GRANTED.

New Orleans, Louisiana, this 4 day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

W356420

___ Fee_____
_/_ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____