UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come Plaintiffs, who hereby voluntarily dismiss all claims against Defendants, Liberty Insurance Corp., Liberty Insurance Underwriters, Inc., Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe, LTD., Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Ins. Co., LM Insurance Corp., and LM Property & Casualty Ins. Co.,  without prejudice, at Plaintiffs cost, and with reservation of all of the Plaintiffs claims against all other parties named and unnamed.

        Respectfully Submitted:
        **JIM S. HALL & ASSOCIATES**

        <u>s/Jim S. Hall</u>
        **JIM S. HALL, (Bar No.: 21644)**
        **JOSEPH W. RAUSCH (Bar No.: 11394)**
        800 N. Causeway Blvd., Suite #100
        Metairie, Louisiana 70001
        Telephone: (504) 832-3000
        Facsimile: (504) 832-1799
        E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 8th day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

        <u>s/Jim S. Hall</u>
        **JIM S. HALL, (Bar No.: 21644)**
        **JOSEPH W. RAUSCH (Bar No.: 11394)**
        800 N. Causeway Blvd., Suite 100
        Metairie, LA 70001
        Telephone: (504) 832-3000
        Facsimile:   (504) 832-1799
        E-Mail Address: jim@jimshall.com