

Appendix B

**Figure 1**