# deGravelles, Palmintier, Holthaus & Frugé L.L.P.
### ATTORNEYS AT LAW

618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735
Telecopier (225) 336-1146

John W. deGravelles, L.L.C.[1,2]
Michael C. Palmintier, P.L.C.
C. Frank Holthaus, P.L.C.[3]
Scott H. Frugé, P.L.C.

Randolph W. Hunter
Diana Beard Moore
Joshua M. Palmintier
J. Neale deGravelles

[1] ALSO ADMITTED IN COLORADO AND TEXAS
[2] BOARD CERTIFIED - CIVIL TRIAL ADVOCACY
   National Board of Trial Advocacy
[3] BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
   National Board of Trial Advocacy

*Of Counsel*
David W. Robinson
(1927-2004)

December 20, 2006

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 22 PM 1:33
LORETTA G. WHYTE
CLERK

Hon. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District
500 Poydras Street
New Orleans, LA 70130

**VIA UPS OVERNIGHT MAIL**

RE: Colleen Berthelot, et al v.
Boh Brothers Construction Co., LLC, et al
CA No. 05-4182
Section "K"(2) Cons. Katrina Canal
Relating to CA 06-2545 and CA 06-5155
U.S.D.C., Eastern District of Louisiana

Dear Ms. Whyte:

Enclosed herewith please find the original and two photocopies of the following:

(1) Summons to Gulf Group, Inc. of Florida regarding CA No. 06-2545;

(2) Summons to Luhr Bros., Inc. regarding CA No. 06-5155;

(3) Summons to Ham Construction Overseas NV regarding CA No. 06-5155; and

(4) Summons to NATCO Dredging Limited Partnership regarding CA No. 06-5155.

Whereas you previously issued summonses to these parties, we were unable to make service at the addresses shown on the original summonses. We have since obtained new address information, and we request that you reissue the above summonses and return them to me for service with a copy of the Complaint on the proper parties. A return overnight envelope is enclosed for your use.

Thank you for your usual courtesy and cooperation in this regard.

Very truly yours,

John W. deGravelles

JWd:cma
Enclosures-As Stated
**DICTATED BUT NOT READ.**