AO 440 (Rev. 10/93) Summons in a Civil Action

Return

# United States District Court

DISTRICT OF **LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 29 P 2:31
LORETTA G. WHYTE
CLERK

IN Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

V.

PERTAINS TO:
COCHRAN, NO:06-5785

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-4182

SECTION "K"
MAGISTRATE (2)
JUDGE DUVAL
MAGISTRATE WILKINSON

TO: (Name and address of defendant)

BURK_KLEINPETER, INC,
Through its registered agent
TERRENCE L. BRENNAN
755 Magizine STreet
New Orleans, Louisiana 70130

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM R. MUSTIAN, III, ESQ.
STANGA & MUSTIAN
3117 22nd Street
Suite 6
Metairie, Louisiana 70002

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

B. Gregory

(BY) DEPUTY CLERK

DATE: DEC 12 2006

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12/18/06 |
| NAME OF SERVER (PRINT) Henry W McCoy | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Sandra Pecaccio
755 Magazine St New Orleans La  8:33 am

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/06
               Date

Signature of Server

Address of Server:
BOMBET, CASHIO & ASSOCIATES
11220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796  FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.