AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __LOUISIANA__

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 DEC 29 P 2:31
LORETTA G. WHYTE
CLERK

In Re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

V.

PERTAINS TO:
COCHRAN, NO:06-5785

**SUMMONS IN A CIVIL CASE**

**RETURN**

CASE NUMBER: 05-4182

SECTION "K"
MAGISTRATE (2)
JUDGE DUVAL
MAGISTRATE WILKINSON

TO: (Name and address of defendant)

BOH BROS. CONSTRUCTION CO., L.L.C.
Through its registered agent
MICHAEL G. CULLEN
12203 Airline Highway
Baton Rouge, Louisiana 70817

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM R. MUSTIAN, III, ESQ.
STANGA & MUSTIAN
3117 22nd Street
Suite 6
Metairie, Louisiana 70002

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

DATE  DEC 12 2006

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No _____

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12-18-06 |
| NAME OF SERVER (PRINT) Mitchell H. Bombet | TITLE Licensed Investigator |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 12203 Airline Highway Baton Rouge, LA 70817

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-18-06
            Date

Signature of Server

BOMBET, CASHIO & ASSOCIATES
Address of Server 18220 North Harrell's Ferry Road
BATON ROUGE, LOUISIANA 70816-0601
(225) 275-0796 FAX (225) 272-3631

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.