# STANGA & MUSTIAN
### A Professional Law Corporation

Causeway Office Center Condominium
3117 22nd Street, Suite 6
Metairie, Louisiana 70002

e-mail: wrm@stangamustian.com

**Attorneys at Law**
Alonzo T. Stanga, III
William R. Mustian, III

Telephone: (504) 831-0666
Facsimile: (504) 831-0726

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -3 PM 2: 15

LORETTA G. WHYTE
CLERK

December 28, 2006

**VIA FACSIMILE ONLY- 504-589-7633**
Attn: Magistrate Joseph C. Wilkinson, Jr.
United States Eastern District Court
Hale Boggs Building
500 Poydras Street - Suite B-409
New Orleans, Louisiana 70130

In Re: Katrina Canal Breaches; Civil Action No. 05-4182
Section "K"; Magistrate (2);(Cochran, No. 06-5785)

Dear Magistrate Wilkinson:

I note that the above referenced matter is scheduled for a call docket on January 5, 2007 at 10:00 am. I have only one case that is involved in that call docket specifically Jimmy Cochran Case No.: 06-5785. In that matter, I believe that there is only defendant that we have been unable to serve at this point.

A robing ceremony is scheduled for Judge Cornelius "Conn" Regan in the 24th Judicial District Court in Gretna at 10:30 a.m. on January 5, 2007. I have known Judge Regan for many years and would very much like to be able to attend his robing ceremony. I was wondering if there would be any way that I could appear for the call docket after the robing ceremony is completed if Your Honor believes that the call docket will last for an extended period of time.

Of course, my obligation to respond to the call docket is paramount but if there is any way the Court could make an accommodation so that I can attend Judge Regan's robing ceremony, it would be very much appreciated.

With best wishes, I remain,

Sincerely,

STANGA & MUSTIAN
A Professional Law Corporation

WILLIAM R. MUSTIAN, III

WRM/jj