AO 440 (Rev. 10/93) Summons in a Civil Action

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -5  AM 10: 41

LORETTA G. WHYTE
CLERK

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

RETURN

Thomas Austin, Jr., et al.

V.

Allstate Fire and Casualty Insurance Company, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-5383

"K"(2)

TO: (Name and address of defendant)

Encompass Insurance Company of America
through its agent for service of process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph J. McKernan
McKernan Law Firm
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

an answer to the amended complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

NOV 16 2006
DATE

(BY) DEPUTY CLERK

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/12/2006 |
| Name of SERVER (PRINT)<br>Joseph J. McKernan | TITLE<br>Attorney at Law |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): <u>Summons and Amended Complaint was served on defendant through its agent for service of process as evidenced by the attached correspondence dated 12/12/2006 and certified return receipt signed on 12/13/2006.</u>

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| - 0 - | - 0 - | - 0 - |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01/04/2007
Date

Signature of Server

<u>8710 Jefferson Hwy., Baton Rouge, LA 70809</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# MCKERNAN LAW FIRM

A Professional Limited Liability Company

**ATTORNEYS**
JOSEPH J. "JERRY" McKERNAN*†‡▲
GORDON J. McKERNAN*
THOMAS L. WALKER
JOHN H SMITH✧
CHET G. BOUDREAUX✧
DERRICK M. WHITTINGTON

8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone (225) 926-1234
Fax (225) 926-1202
e-mail: email@mckernanlawfirm.com

**OF COUNSEL**
SCOTT E. BRADY

December 12, 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**#7001 0360 0002 7554 6460**
Honorable Al Ater
Secretary of State
State of Louisiana
P.O. Box 94125
Baton Rouge, LA 70804-9125

    RE: Thomas Austin, Jr., et al. v. Allstate Fire and Casualty Insurance Company, et al.

Dear Secretary Ater:

    Enclosed is our check in the amount of $350.00 representing payment of your fee for service of the our Amended Complaint on the below defendants:

    Encompass Property and Casualty Company
    Allstate Indemnity Company
    Allstate Insurance Company
    Allstate Property and Casualty Insurance Company
    State Farm Fire and Casualty Company
    American National General Insurance Company
    State Farm General Insurance Company
    Republic Fire and Casualty Insurance Company
    Allstate Fire and Casualty Insurance Company
    Lafayette Insurance Company
    Encompass Insurance Company of America
    American National Property and Casualty Company
    Lexington Insurance Company
    Underwriter's at Lloyd's London

We are hereby serving each defendant with the attached Amended Complaint respectively.

*Above Licensed in Louisiana and Texas
✧Above Licensed in Louisiana and Mississippi
† Board Certified - Civil Trial Law - National Board of Trial Advocacy
‡ Board Certified - American Board of Trial Advocacy
▲Fellow, International Academy of Trial Lawyers

Secretary of State
State of Louisiana

     If you have any questions, please contact my legal assistant, Heather Keller, at (225) 388-3103.

                             Sincerely yours,

                             Jerry McKernan

JJM/hnk
Enc.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Honorable Al Ater
Secretary of State
Street, Apt or PO Box: State of Louisiana
P.O. Box 94125
City, State: Baton Rouge, LA 70804-9125

PS Form 3

7001 0360 0002 7554 6460

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Honorable Al Ater
   Secretary of State
   State of Louisiana
   P.O. Box 94125
   Baton Rouge, LA 70804-9125

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   *Antoinette Pierre*  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Antoinette Pierre
C. Date of Delivery: DEC 13 2006
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7001 0360 0002 7554 6460

PS Form 3811, August 2001      Domestic Return Receipt      102595-02-M-1540