FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -5  PM 4: 34

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re:  KATRINA CANAL BREACHES      *
CONSOLIDATED LITIGATION            *
                                   *
                                   *   CIVIL ACTION:  05-4182 "K" (2)
         Plaintiff,                *
                                   *
                                   *
_____  *   JUDGE:  STANWOOD R. DUVAL
                                   *
                                   *
PERTAINS TO:   INSURANCE           *   MAGISTRATE JUDGE:
*Abadie, et al  vs.  Aegis Security* JOSEPH C. WILKINSON
Insurance Company, et al*           *
No. 06-05164                       *
                                   *
         Defendant.                *
                                   *
* * * * * * * * * * * * * * * * *  *

**NOTICE OF APPEARANCE OF COUNSEL**

To:     All Plaintiffs
        Through their counsel of record
        Joseph M. Bruno, Esq.
        David Scott Scalia, Esq.
        Bruno & Bruno
        855 Baronne Street
        New Orleans, LA  70113

___ Fee_____
___ Process_____
X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

**PLEASE TAKE NOTICE** that undersigned counsel represents named defendant Union National Fire Insurance Company.

Respectfully submitted,

**ADAMS AND REESE LLP**

_[signature]_

Deborah B. Rouen, #02084
4500 One Shell Square
New Orleans, LA  70139
Telephone:  (504) 585-0257
Facsimile:  (504) 566-0210

_Counsel for Union National Fire Insurance Company_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by hand delivery, facsimile transmission, Court's electronic system, and/or by U. S. Postal Service on this 5th day of January, 2007.

_[signature]_

Deborah B. Rouen
