# **A F F I D A V I T**

STATE OF MARYLAND

CITY OF BALTIMORE

BEFORE ME, the undersigned Notary Public, personally came and appeared Betty Jorgenson, who, after being duly sworn did depose and state:

a.     That I am employed by Zurich American Insurance Company, the parent company of Assurance Company of America, as a Statistical Reporting Research Specialist;

b.     That in my capacity as Statistical Reporting Research Specialist with Zurich American Insurance Company, I have personal knowledge of all of Assurance Company of America's policies involving coverage for the year 2005;

c.     That I have personally reviewed all of Assurance Company of America's records for policies involving coverage for the year 2005 and have first hand knowledge that Assurance Company of America did not issue any homeowners policies providing coverage during the year of 2005;

d.     That the facts contained above are true and correct to the best of my information, knowledge and belief.

*Betty Jorgenson*

SWORN TO AND SUBSCRIBED

BEFORE ME THIS _7_ DAY OF

_December_, 2006.

_Aleatha E. Johnson_
NOTARY PUBLIC