UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: LEVEE <u>Gordon</u>, No. 06-5163 | JUDGE DUVAL<br>MAG. WILKINSON |

**ORDER**

    The parties' Joint Motion to Continue Oral Argument, Record Doc. No. 2483, on defendant's Motion for More Definite Statement, Record Doc. No. 1974, previously set for hearing before me on January 10, 2007, is hereby GRANTED, but under the following circumstances: This motion is subject to and will be determined in accordance with the procedure and schedule established by Judge Duval in his order of November 29, 2006. Record Doc. No. 2034. Accordingly, it is hereby re-noticed for hearing on March 23, 2007 at 9:30 a.m. before Judge Duval, unless otherwise ordered by the court, and the oral argument before me, previously scheduled for January 10, 2007 at 11:00 a.m., is CANCELLED.

    New Orleans, Louisiana, this __9th__ day of January, 2007.

JOSEPH C. WILKINSON, JR.<br>
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.