## DECLARATION OF PIERCE O'DONNELL

I, Pierce O'Donnell declare as follows:

1. I am an attorney licensed to practice before the Courts of the State of California. I am a member of O'Donnell and Associates PC, co-counsel of record for Plaintiffs and have been admitted to practice before this Court *pro hac vice* in connection with this action. I have personal knowledge of the matters set forth herein, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness, I could and would testify competently to the following:

2. I did not learn of the Government's Motion to Supplement until January 7, 2007 when I received an e-mail from Ms. Janet Daley asking if Plaintiffs would oppose the Government's Motion to Supplement. A true and correct copy of that e-mail is attached hereto as Exhibit A. As per an agreement with Defendants' lead counsel reached at the commencement of this action, all documents filed with the court were to be similarly served by the moving part on the opposing party's lead counsel by facsimile, e-mail or U.S. mail. As set forth herein, at no time was my office ever served with a copy of the Government's motion as per our agreement, and to the best of knowledge, none of my co-counsel was personally served with the Government's moving papers.

3. I have attached hereto as Exhibit B a true and correct copy of a December 18, 2006 e-mail sent to me by United States Attorney Robin D. Smith. While the e-mail states that the United States would be moving to supplement the record, the e-mail attached only one document -- the December 15, 2006 report the Government now seeks to introduce. A true and correct copy of the face page of this report is attached hereto as

Exhibit C.  The e-mail did not attach a notice of motion, a memorandum of points and authorities, or any other document related to the Government's motion to introduce additional evidence.

4. Mr. Smith's December 18, 2006 e-mail asked whether my clients had "any opposition to the motion," and that same day -- December 18, 2006 -- at 11:13 A.M., I responded to Mr. Smith by e-mail, stating: "Plaintiffs strongly oppose any supplementation of the record.  The record on your motion to dismiss is closed."  A true and correct copy of my responsive e-mail is attached hereto as Exhibit D.

5. Neither I nor anyone in my office received any further contact from the Government after December 18, 2006; nor did we receive any moving papers from Defendants' counsel.

6. On January 7, 2007, I received an e-mail from Ms. Janet Daley asking if Plaintiffs would oppose the Government's motion to augment the record.  Because I had not been served with any documents pursuant to our agreement with Defendants' lead counsel, I assumed that the Government had filed a motion to augment the record shortly before the January 7, 2007 date on which this e-mail was sent, or planned on filing such a motion in the near future.

7. I replied the same day by e-mail, stating that Plaintiffs would oppose a Government motion to augment the record on numerous grounds, including the irrelevance of the proffered report.  A true and correct copy of my e-mail response to Ms. Daley is attached as Exhibit E.

8. I have attached as Exhibit F a true and correct copy of a written "Statement of Concerns" issued by University of California at Berkeley Civil

Engineering Professor Dr. Robert Bea; Louisiana State University Professors Drs. John Day, Ivor van Heerden, and Paul Kemp; and eminent environmental scientist Dr. Sherwood Gagliano at a December 21, 2006 press conference in New Orleans, Louisiana. These prominent scientists have spent considerable time studying the cause of flooding in the wake of Katrina. They issued their "Statement of Concerns" in response to the 2006 MR-GO Report on the future of the MR-GO submitted by Congress by the U.S. Army Corps of Engineers on December 15, 2006.

      I declare under penalty of perjury under the laws of the United States and the States of California and Louisiana that the foregoing is true and correct and that this declaration is executed this 9th day of January, 2007 in Los Angeles, California.

                                    s/ Pierce O'Donnell
                                    Pierce O'Donnell