# Exhibit A

## Dolores Valdez

**From:** Janet_Daley@laed.uscourts.gov
**Sent:** Sunday, January 07, 2007 12:29 PM
**To:** pod@oslaw.com
**Cc:** Robin.Doyle.Smith@usdoj.gov
**Subject:** United States" motion for Leave to Supplement Record--doc. 2288

Dear Mr. O'Donnell,

We are in receipt of a Motion for Expedited Hearing concerning the filing of the newest Interim Report to Congress. Do you have any opposition to the document being filed in the record? The Judge asked me to ask you as there is no representation in the motion whether there is an objection thereto.
thanks
Janet

Janet Daley
Chambers of Stanwood Duval, Jr.
Office (504) 589-7540
Fax     (504) 589-2393
Link