# Exhibit B

## Dolores Valdez

| | |
|---|---|
| **From:** | Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov] |
| **Sent:** | Monday, December 18, 2006 9:06 AM |
| **To:** | pod@osmlaw.com; pod@oslaw.com |
| **Cc:** | mgutierrez@oslaw.com |
| **Subject:** | Robinson |
| **Attachments:** | MRGO Deep Draft De-Authorization Interim Report to Congress 061214 Final.pdf |

Dear Pierce:

The United States is moving for leave to supplement the record by filing the attached Mississippi River Gulf Outlet Deep-Draft De-authorization Interim Report as an exhibit to the pending motion to dismiss. This report, which was transmitted to Congress on Friday, depicts and describes the LPVHPP levees and discusses their involvement in the Katrina flood.

Please let me know whether your clients have any opposition to the motion.

Sincerely,

Robin D. Smith
Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC 20044
202-616-4289 (voice)
202-616-5200 (fax)