# Exhibit C

# MISSISSIPPI RIVER GULF OUTLET
## Deep-Draft De-Authorization
## Interim Report to Congress

**US Army Corps of Engineers**

**December 2006**