# Exhibit D

## Dolores Valdez

| | |
|---|---|
| **From:** | pierceodonnell@mycingular.blackberry.net |
| **Sent:** | Monday, December 18, 2006 4:09 PM |
| **To:** | Dolores Valdez |
| **Subject:** | Fw: Robinson |

Robin
Plaintiffs strongly oppose any supplementation of the record. The record on your motion to dismiss is closed. Pierce

------Original Message------
From: Smith, Robin (CIV)
To: pod@osmlaw.com
To: Pierce O'Donnell
Cc: mgutierrez@oslaw.com
Sent: Dec 18, 2006 9:06 AM
Subject: Robinson

Dear Pierce:

The United States is moving for leave to supplement the record by filing the attached Mississippi River Gulf Outlet Deep-Draft De-authorization Interim Report as an exhibit to the pending motion to dismiss. This report, which was transmitted to Congress on Friday, depicts and describes the LPVHPP levees and discusses their involvement in the Katrina flood.

Please let me know whether your clients have any opposition to the motion.

Sincerely,


Robin D. Smith
Trial Attorney
Civil Division, Torts Branch
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
202-616-4289 (voice)
202-616-5200 (fax)


Sent via BlackBerry from Cingular Wireless

1