# Exhibit E

# Andy Owen

**From:** pierceodonnell@mycingular.blackberry.net
**Sent:** Sunday, January 07, 2007 7:43 PM
**To:** Janet_Daley@laed.uscourts.gov
**Cc:** Robin Smith
**Subject:** Re: United States" motion for Leave to Supplement Record--doc. 2288 REVISED

Dear Janet:
Thank you for your inquiry. About two weeks ago, I received an email from DOJ (I think Robin Smith) asking if Plaintiffs would consent to this supplementation of the record. I responded that we would actively oppose the request. I added that the record on the motion was closed. I may have also noted (because it is true in our view) that the Army Corps' Interim Report added nothing to the relevant information before the Court. I am frankly surprised that the Government's counsel did not disclose our strenuous opposition to supplementing the record. As for an expedited hearing, we would oppose any hearing. We believe that the request is untimely since the motion has been under submission since October 27th and the Interim Report was released on December 15th. We would request that the Court deny the motion on that basis as well as the fact that the document that the Government seeks to admit is inadmissible for numerous reasons, including the fact that it is an interim report, is sharply disputed in numerous respects by distinguished scientists who find it seriously flawed, is not competent evidence about whether "levees" were built along the MR-GO, and is not a document that qualifies for judicial notice.
    Finally, the issue of "levees" is a material disputed fact requiring discovery. The assertions in the Interim Report are sharply disputed by substantial evidence.
    If the Court grants expedition, we would ask for an opportunity to respond in writing promptly. We would need only a few days.
Thank you. Pierce O'Donnell

Sent via BlackBerry from Cingular Wireless

-----Original Message-----
From: Janet_Daley@laed.uscourts.gov
Date: Sun, 7 Jan 2007 14:29:21
To:pod@oslaw.com
Cc:Robin.Doyle.Smith@usdoj.gov
Subject: United States" motion for Leave to Supplement Record--doc. 2288

Dear Mr. O'Donnell,

We are in receipt of a Motion for Expedited Hearing concerning the filing of the newest Interim Report to Congress.  Do you have any opposition to the document being filed in the record?  The Judge asked me to ask you as there is no representation in the motion whether there is an objection thereto.
thanks
Janet


Janet Daley
 Chambers of Stanwood Duval, Jr.
 Office   (504) 589-7540
 Fax      (504) 589-2393
 Link