UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE (06-5370) *Kiefer, et al. v. Allstate, et al.* | § § § § § § | |

## ORDER

Considering the foregoing Unopposed Motion to Dismiss Defendant and Add Correct Defendant,

**IT IS HEREBY ORDERED** that United Fire Group be and hereby is dismissed with prejudice as a defendant in the above cited matter; and

**IT IS FURTHER ORDERED** that Lafayette Insurance Company be and hereby is added as a defendant in the above cited matter, this __9th__ day of _____January_____, 200_7_.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE