UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: 06-8270 *Dicorte* | SECTION "K"(2) |

### ORDER

**IT IS ORDERED** that the Request for Oral Argument on the Motion to Remand (Doc. 2115) is **DENIED** as set forth in Doc. 2034.

New Orleans, Louisiana, this __9th__ day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE