UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: 06-4746 Aaron Doc. 2434            SECTION "K"(2)
             06-5164 Abadie Doc. 2437

## ORDER

Before the Court the above-noted "Motions for Extension of Time" in which various insurers filed individual motions in each of the above-numbered cases seeking a "**formal extension** of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order" contained in Doc. No. 2034 wherein the Court clearly granted an extension until February 1, 2007, to file responsive pleadings at page 3 with respect to every case in this matter. The Court finds these motions curious as an extension has been granted as formally as is judicially possible. Accordingly,

**IT IS ORDERED** that these Motions for Extension of Time (Doc. 2434 and Doc. 2437) are **DENIED** as **MOOT in light of Doc. 2034.**

New Orleans, Louisiana, this ___9th__ day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE