UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182"K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 06-4634 (ADAMS) | MAG. WILKINSON |

### ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiff's claim be and is hereby dismissed, in its entirety, without prejudice, as to defendant, Burk Kleinpeter, LLC, with each party to bear its own cost.

NEW ORLEANS, LOUISIANA, this  9th  day of    January   , 2006.

_____
JUDGE