UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ABRAHAM YACOB, ET AL | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 06-5937 |
| | * | |
| VERSUS | * | |
| | * | |
| | * | |
| THE BOARD OF COMMISSIONERS | * | SECTION: K |
| FOR THE ORLEANS LEVEE DIST., | * | |
| ET AL | * | |
| | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

IT IS HEREBY ORDERED that the claim in the above matter by plaintiff, Abraham Yacob, and against defendant, C.R. Pittman Construction Company, Inc. is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 9th day of January, 2006.

_____
JUDGE