UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-2545)<br>PETER LAMER MARCELLO, ET AL. V. BOH BROS<br>CONSTRUCTION COMPANY., L.L.C., ET AL. | | §<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Additional Counsel of Record:

IT IS ORDERED that J. Marston Fowler of the law firm Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be substituted as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this __9th__ day of _____January_____, 2006.

_____
J U D G E