UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (O6-2278)<br>HERBERT CHRISTENBERRY, ET AL. V. BOARD<br>OF COMMISSIONERS OF THE ORLEANS LEVEE<br>DISTRICT, ET AL. | §<br>§<br>§<br>§<br>§ | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record:

IT IS ORDERED that Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be enrolled as additional counsel of record for C.R. Pittman Construction Company, Inc.

New Orleans, Louisiana, this __9th__ day of _____January_____, 2006.

_____
J U D G E