UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION

       NO. 05-4182

**PERTAINS TO:**        SECTION "K"(2)
*Chehardy*, No. 06-1672, 06-1673 and 06-1674
*Vanderbrook*, No. 05-6323
*Xavier,* No. 06-516

## ORDER

    Before the Court is Defendant Insurers' Motion to Stay Litigation Pending Appeal (Doc. 2414) in which State Farm Fire and Casualty Insurance Company joined (Doc. 2415). Insurers seek to stay discovery in the above-noted cases contending that in the event the Court's decision with respect to coverage would be overturned, the Court's and the parties' time and resources spent on complex discovery, pretrial proceedings and, possibly, class certification issues involving may parties, may be wasted. The Court is not persuaded by this argument. There is no certainty as to the time that the appeal at issue may take, while it is certain that stale discovery is not in the best interest of justice or the parties. Accordingly,

    **IT IS ORDERED** that the Motion to Stay Litigation Pending Appeal (Doc. 2414) is **DENIED**.

    New Orleans, Louisiana, this  10th  day of January, 2007.

                                **STANWOOD R. DUVAL, JR.**
                    **UNITED STATES DISTRICT COURT JUDGE**