UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO:** C.R. Pittman filings in | **SECTION "K"(2)** |

| | | | |
|---|---|---|---|
| 06-4065 | Doc. 2387 | 06-2278 | Doc. 2396 |
| 06-5367 | Doc. 2389 | 06-5032 | Doc. 2399 |
| 06-5785 | Doc. 2390 | 06-5260 | Doc. 2400 |
| 06-6473 | Doc. 2394 | 06-6642 | Doc. 2403 |
| 06-5163 | Doc. 2395 | 06-2545 | Doc. 2405 |

## ORDER

Before the Court are the above-noted "Motions for Extension of Time" in which C.R. Pittman Construction Company, Inc. filed individual motions in each of the above-numbered cases–that is ten separate motions–seeking a "**formal extension** of time until February 1, 2007 to file responsive pleadings, as is consistent with this Court's order" contained in Doc. No. 2034 wherein the Court clearly granted an extension until February 1, 2007, to file responsive pleadings at page 3 with respect to every case in this matter. The Court finds these motions curious as an extension has been granted as formally as is judicially possible. Accordingly,

**IT IS ORDERED** that these Motions for Extension of Time (Doc. 2387, 2389, 2390, 2394, 2395, 2396, 2399, 2400, 2403, and 2405) are **DENIED** as **MOOT in light of Doc. 2034.**

New Orleans, Louisiana, this 9th day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE