# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | **NO. 05-4182 "K" (2)** |
| | * | |
| | * | **JUDGE DUVALL** |
| | * | |
| **PERTAINS TO:** | * | **MAG. WILKINSON** |
| | * | |
| **LEVEE:    06-5132 (FERDINAND)** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the foregoing Motion;

　　　　**IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee

District ("OLD"), be granted leave to file its unopposed amended answer.

　　　　New Orleans, Louisiana, this ___9th___ day of _____January_____, 2006.

_____
**JUDGE**