UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2)<br>JUDGE DUVALL<br>MAG WILKINSON |

**PERTAINS TO:**

**LEVEE:** *Ponchartrain Baptist Church*, 06-06642

### [PROPOSED] ORDER

Considering the foregoing *Ex Parte* Motion for Leave to Supplement Opposition to Motion to Remand,

IT IS ORDERED that Defendant, James Construction Group, LLC f/k/a Angelo Iafrate Construction, LLC ("James"), is granted leave to supplement its Opposition to Motion to Remand, Rec. Doc. 2354 ("Opposition").

IT IS FURTHER ORDERED that the Opposition is hereby supplemented by attaching the January 5, 2007 Declaration of Michael Killgore thereto, and incorporating it therein.

New Orleans, Louisiana, this __9th__ day of __January__, 2007

_____
United States District Judge

{N1597974.2}

1