UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 "K"(2) |
| | * | |
| PERTAINS TO: ADAMS | * | JUDGE DUVAL |
| LEVEE CASE NO. NO. 06-4065 | * | |
| | * | MAGISTRATE WILKINSON |

**************************************************

### O R D E R

Considering the foregoing Motion;

**IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

New Orleans, Louisiana, this ___9th___ day of _____January_____, 2006.

_____
JUDGE