UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 "K" (2) |
| | * * | JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:  06-4389 (O'DWYER) | * * | |

* * * * * * * * * * * * * * * * * *

### O R D E R

Considering the foregoing Motion;

  **IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

  New Orleans, Louisiana, this __9th__ day of _____January_____, 2006.

_____
JUDGE