UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVALL |
| PERTAINS TO: | * * | MAG. WILKINSON |
| LEVEE:   06-5471   (WILLIAMS) | * * | |

* * * * * * * * * * * * * * * * * * *

<u>**O R D E R**</u>

Considering the foregoing Motion;

**IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

New Orleans, Louisiana, this ___9th___ day of _____January_____, 2006.

_____
JUDGE