UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVALL |
| PERTAINS TO:<br><br>LEVEE:   06-5118 (RICHARD) | * * * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion;

    **IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee District ("OLD"), be granted leave to file its unopposed amended answer.

    New Orleans, Louisiana, this __9th__ day of ____January____, 2006.

                                            _____
                                                  JUDGE