UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | |
| _____ | * | JUDGE DUVALL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:    06-5140 (PORTER) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion;

       **IT IS ORDERED** that Defendant, Board of Commissioners of the Orleans Levee

District ("OLD"), be granted leave to file its unopposed amended answer.

       New Orleans, Louisiana, this ___9th___ day of _____January_____, 2006.


_____
JUDGE