UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:   06-4660 Aquilar<br>                06-4661 Battiste<br>                06-4669 Hayes | SECTION "K"(2) |

It has come to the attention of the Court that the above-referenced cases are 3 among 17 pending separate class actions all filed by Jim Hall in which it appears the gravamen of the claim against insurers concerns below market unit pricing on items and non-payment of industry standard items. There is no mention of a claim for flood damage caused by third-party negligence in any of the complaints. Nonetheless, Mr. Hall has sought to have these claims transferred and consolidated under the Katrina umbrella. Counsel for Allstate has filed an objection to the transfer and the Court intends to discuss this issue with counsel as well as counsel in *Battiste* and *Hayes*. Accordingly,

**IT IS ORDERED** that a **TELEPHONE STATUS CONFERENCE** to discuss same is scheduled on **FRIDAY, JANUARY 12, 2007**, at **9:3O A.M.** with the Court initiating said conference call.

New Orleans, Louisiana, this ___10th___ day of January, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT