UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:   *Aaron,* 06-4746 | * * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Motion to Voluntarily Dismiss Without Prejudice be and hereby is **GRANTED** and that all claims asserted in this lawsuit against Liberty Insurance Corp., Liberty Insurance Underwriters, Inc., Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe, LTD., Liberty Personal Insurance Company, Liberty Surplus Insurance Company, LM General Ins. Co., LM Insurance Corp., and LM Property & Casualty Ins. Co. are dismissed, without prejudice, at Plaintiffs cost.  All other claims against all other defendants are hereby reserved.

New Orleans, Louisiana, this __10th__ day of _____January_____, 2007.

_____
UNITED STATES DISTRICT JUDGE