UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                  NO. 05-4182

PERTAINS TO:                                                 SECTION "K"(2)
*O'Dwyer*, No. 06-4389, *O'Dwyer*, No. 06-6099
*O'Dwyer*, No. 05-4181, *O'Dwyer*, No. 06-5786

## ORDER

Before the Court are a Motion to Dismiss State of Louisiana, State Agency and State Officer Defendants from *O'Dwyer* Cases : 06-4389 and 06-6099 (Doc. 1731), a Motion for Sanctions (Doc. 2345) filed by the State of Louisiana both of which were set for hearing on January 10, 2007. Subsequently, the *O'Dwyer* plaintiffs filed Plaintiffs' Motion to Disqualify the Louisiana Department of Justice as Counsel of Record for All State and State Agency Defendants (Doc. 2382). That motion is set for hearing on January 24, 2007.

The Court has suspended much of the motion practice in the Katrina umbrella as explained in Doc. 2034; however, the Court has determined that these motions shall be addressed independently. Accordingly,

**IT IS ORDERED** that the Motion to Dismiss State of Louisiana, State Agency and State Officer Defendants from *O'Dwyer* Cases : 06-4389 and 06-6099 (Doc. 1731), the Motion for Sanctions (Doc. 2345) and Plaintiffs' Motion to Disqualify the Louisiana Department of Justice as Counsel of Record for All State and State Agency Defendants (Doc. 2382) are **CONTINUED** to be heard at a special setting on **February 28, 2007 at 10:00 a.m. with oral argument on all matters.** The briefing schedule for all three motions, however, remains tied to the original

hearing dates; opposition to the Motion to Disqualify is due on January 16, 2007; any reply brief thereto must be filed no later than January 24, 2007.

New Orleans, Louisiana, this  10th   day of January, 2007.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**