UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION

NO. 05-4182

PERTAINS TO: 06-3552 *Savoy*

SECTION "K"(2)

## ORDER

It has come to the Court's attention that the above-styled matter was transferred and consolidated under the *Katrina Canal Breaches Consolidated Litigation*. This case is an one for prospective, injunctive relief and is unrelated to the umbrella. Furthermore, taking cognizance of Title 28, Section 455(b)(1) and Canon 3-C(1) of the Code of Judicial Conduct, and considering that he has served as counsel for one of the parties who stands to be affected by any decision in this matter and which person is also a close personal friend,

**IT IS ORDERED** that the Clerk of Court sever this matter out of the *Katrina Canal Breaches Consolidated Litigation*, C.A.No. 05-4182 and **REALLOT** this case to a section of this Court other than Section "K."

New Orleans, Louisiana, this ___9th___ day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

JAN 1 0 2007

TRANSFERRED TO
SECT. F MAG. 1

Fee
Process
X Dktd
CtRmDep
Doc. No.