FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 10  PM 2: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § § | |

## ORDER

Having considered the United States' Motion for Expedited Hearing on its Motion for Leave to Supplement the Record, and for good cause shown, it is hereby

ORDERED that the Motion for Expedited Hearing is GRANTED. The United States' Motion for Leave to Supplement the Record shall be ~~heard without oral argument on December ___, 2006~~ taken on the papers. Plaintiffs shall file an opposition to the Motion for Leave no later than Friday, January 12, 2007

New Orleans, Louisiana, this 9th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

1