FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 10 PM 2:21

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION K - JUDGE DUVAL |
| PERTAINS TO: | |
| INSURANCE:  Aaron, 06-4746 | MAG. (2) - MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against Wilshire Insurance Company be, and are hereby **DISMISSED**, without prejudice, at Plaintiffs cost. ✝

New Orleans, Louisiana, this 9th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE

✝ In the future, the Court will deny such motions unless there is a representation in the body thereof that no answer has been filed in compliance with Fed.R.Civ.P. 41.

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 3rd day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: Howard L. Murphy, Esquire, Deutsch, Kerrigan & Stiles.

s/Jim S. Hall
JIM S. HALL, (Bar No.: 21644)
JOSEPH W. RAUSCH (Bar No.: 11394)
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:  (504) 832-1799
E-Mail Address: jim@jimshall.com