

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARREN WEESE** | * | **CIVIL ACTION NO. 06-10499** |
| | * | |
| **VERSUS** | * | **JUDGE BERRIGAN** |
| | * | |
| **THE HANOVER INSURANCE** | * | **SECTION "C"** |
| **COMPANY AND INSURANCE** | * | |
| **UNDERWRITERS, LTD.** | * | **MAGISTRATE (5)** |
| | * | |

*********************************************

### MOTION FOR REMAND
### AND FOR ATTORNEY'S FEES AND EXPENSES

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Darren Weese (hereinafter referred to as "plaintiff"), who urges this Court to remand this case for lack of subject matter jurisdiction under 28 U.S.C. §§1332, 1369 and 28 U.S.C § 1441(e)(1)(B). Defendants, The Hanover Insurance Company and Insurance Underwriters, Ltd. (hereinafter collectively referred to as "defendants"), removed this case on the alleged basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332, supplemental subject matter jurisdiction under 28 U.S.C. §1441(e)(1)(B) and its companion statute, 28 U.S.C. § 1369, the Multiparty, Multiform Trial Jurisdiction Act ("MMTJA"). As explained more fully in the accompanying Memorandum in Support of Motion to Remand, this case should be remanded as defendants have failed to meet their burden of establishing the clear jurisdictional prerequisites of 28 U.S.C. § 1332, 1369 and 28 U.S.C. § 1441(e)(1)(B).

Furthermore, these issues have already been addressed by United States District Court Judge Ivan Lemelle, Judge Marcel Livaudais, Jr. and Judge Sarah Vance in *Carroll vs. Lafayette Insurance Company*, Civil Action No. 06-3955, *Wallace v. Louisiana Citizens*, 494 F.3d 697 (5th Cir. 3/31/06) and *Harrington v. Lexington Insurance Co.*, Civil Action 06-1440, respectively. Thus, no subject matter jurisdiction exists in this matter.

For the foregoing reasons and as more fully explained in the accompanying Memorandum in Support, plaintiff respectfully requests that this Court issue an order remanding this case to the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, and to award plaintiff attorney's fees and costs.

Respectfully submitted,

_____
Bruce C. Betzer, Bar No.: 26800
The Law Office of Bruce C. Betzer
A Professional Limited Liability Company
3500 North Causeway Boulevard, Suite 1442
Metairie, Louisiana 70002
Telephone: (504) 832-1984
Facsimile: (504) 831-0892
Attorney for Plaintiff, Darren Weese

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, on this the ___13___ day of December, 2006.

_____
Bruce C. Betzer