UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARREN WEESE** | * | **CIVIL ACTION NO. 06-10499** |
| | * | |
| **VERSUS** | * | **JUDGE BERRIGAN** |
| | * | |
| **THE HANOVER INSURANCE** | * | **SECTION "C"** |
| **COMPANY AND INSURANCE** | * | |
| **UNDERWRITERS, LTD.** | * | **MAGISTRATE (5)** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** the forgoing Motion for Remand and for Attorney's Fees and Expenses;

**IT IS ORDERED** that plaintiff's motion is hereby **GRANTED**.

New Orleans, Louisiana this _____ day of _____, 2006.

_____
**DISTRICT JUDGE**