# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DARREN WEESE** | * | **CIVIL ACTION NO. 06-10499** |
| | * | |
| **VERSUS** | * | **JUDGE BERRIGAN** |
| | * | |
| **THE HANOVER INSURANCE** | * | **SECTION "C"** |
| **COMPANY AND INSURANCE** | * | |
| **UNDERWRITERS, LTD.** | * | **MAGISTRATE (5)** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion for Remand and for Attorney's Fees

and Expenses will be brought on for hearing before the Honorable Helen G. Berrigan in the United

States District Court for the Eastern District of Louisiana on the 7th day of February, 2007 at 9:30

a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
Bruce C. Betzer, Bar No.: 26800
The Law Office of Bruce C. Betzer
A Professional Limited Liability Company
3500 North Causeway Boulevard, Suite 1442
Metairie, Louisiana 70002
Telephone:  (504) 832-1984
Facsimile:  (504) 831-0892
Attorney for Plaintiff, Darren Weese

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, on this the ___18___ day of December, 2006.

Bruce C. Betzer