UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>　　　Plaintiff, | *<br>*　CIVIL ACTION: 05-4182 "K" (2)<br>*<br>*　JUDGE: STANWOOD R. DUVAL<br>*<br>* |
| PERTAINS TO: INSURANCE<br>*Kiefer, et al v. Allstate Ins., et al*<br>No. 06-5370<br>　　　Defendant. | *　MAGISTRATE JUDGE:<br>*　JOSEPH C. WILKINSON<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FEDERAL INSURANCE COMPANY'S MOTION TO WITHDRAW COUNSEL**

Defendant, Federal Insurance Company, respectfully moves to withdraw Brian J. Capitelli of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. as counsel of record for Federal Insurance Company, as he is no longer a member of this firm.

Respectfully Submitted,

*/s/ Steven W. Usdin*

Steven W. Usdin, 12986
Shera J. Finn, 29184
　Of
BARRASSO USDIN KUPPERMAN
　FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone:  (504) 589-9700

Attorneys for Federal Insurance Company, erroneously sued as Chubb Insurance Company

1

Our File:  10,400

75502

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw Counsel has been served upon counsel of record by e-filing into the record and/or by placing same in the United States Mail, postage prepaid and properly addressed this 11th day of January, 2007.

*/s/ Steven W. Usdin*
_____

Our File: 10,400

75502