UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>  Plaintiff, | * * * * * | CIVIL ACTION: 05-4182 "K" (2)<br><br>JUDGE: STANWOOD R. DUVAL |
| PERTAINS TO: INSURANCE<br>*Kiefer, et al v. Allstate Ins., et al*<br>No. 06-5370<br><br>  Defendant. | * * * * * * | MAGISTRATE JUDGE:<br>JOSEPH C. WILKINSON |

*******************************************

## **O R D E R**

Considering Federal Insurance Company's Motion to Withdraw Counsel;

**IT IS ORDERED** that Brian J. Capitelli of the law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. be withdrawn as counsel of record for Federal Insurance Company.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
J U D G E

Our File:  10,400

75503