UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES M. VIDRIOS | CIVIL ACTION |
| VERSUS | NO 06-10790 |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABC INSURANCE COMPANY | JUDGE STANWOOD DUVAL<br><br>MAGISTRATE JUDGE 2 |

### JOINT MOTION TO DISMISS THIRD-PARTY DEMANDS

**NOW INTO COURT**, though undersigned counsel, come third-party defendants Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana; Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants"), respectfully move this Court to dismiss them from the above-captioned proceeding, pursuant to Rule 12(B)(6) of the Federal Rules of Civil Procedure.

NO.99747460.1

The third-party demand filed by third-party plaintiffs, Buffman, Inc. d/b/a St. Rita's Nursing Home Facility, Mabel Mangano and Salvador Mangano ("Third-Party Plaintiffs"), fails to state a cause of action for which relief can be granted against Louisiana Defendants.

**WHEREFORE**, for the above reason, as more fully set forth in the accompanying memorandum of law, the third-party demand against the Louisiana Defendants in the above-listed actions should be dismissed.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Special Assistant Attorney General

Susie Morgan (La. Bar No. 9715)
Catherine E. Lasky (La. Bar No. 28652)
Robert R. Wood, Jr. (La. Bar No. 29488)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 28th day of December, 2006.

/s/   Brent B. Barriere

NO.99747460.1

## ST. RITA SERVICE LIST

| | |
|---|---|
| Daniel L. Dysart<br>Paul A. Tabary, III<br>3510 N.Causeway Blvd., Suite 600<br>Metairie, LA  70002 | Stevens E. Moore<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Michael C. Code<br>J.A. "Jay" Beatmann, Jr.<br>3445 N. Causeway Blvd., Suite 724<br>Metairie, LA  70002 | Chadwick W. Collings<br>TomW. Thornhill<br>1308 Ninth Street<br>Slidell, LA  70458 |
| Jeremy D. Goux<br>Martha D. Bowden<br>417 North Theard Street<br>Covington, LA  70433 | Gregory J. Noto<br>532 E. Judge Perez Drive, Suite 102<br>Chalmette, LA  70043 |
| M.Chad Trammell<br>Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards St., 8th Floor, Suite 820<br>Shreveport, LA  71101 | William E. Rittenberg<br>Larry Samuel<br>715 Girod Street, Suite 200<br>New Orleans, LA  70130 |
| Leon N. Frischhertz<br>Marc L. Frischhertz<br>Dominick F. Impastato, III<br>Frischhertz & Associates<br>634 Connell's Park Lane<br>Baton Rouge, LA  70806 | Caprice Ieyoub<br>Kathryn W. Landry<br>Ieyoub & Landry<br>8180 YMCA Plaza, Suite C<br>Baton Rouge, LA  70810 |
| Joseph P. Lopinto, III<br>P. O. Box 246<br>Metairie, LA  70004 | James B. Guest<br>1900 32nd Street<br>Kenner, LA  70065 |
| Lawrence J. Duplass<br>Duplass, Zwain, Bourgeois, Morton,<br>  Pfister & Weinstock<br>3838 N. Causeway Blvd., Suite 2900<br>Metairie, LA  70002 | William R. Mustian<br>3117 22nd Street, Suite 6<br>Metairie, LA  70002 |

| | |
|---|---|
| James A. Cobb, Jr.<br>Emmett, Cobb, Waits & Kessenich<br>1515 Poydras St., Suite 1950<br>New Orleans, LA  70112 | David O. Walker<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA  71309-1190 |
| Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards Street<br>Suite 820<br>Shreveport, LA  71101 | Patrick G. Kehoe, Jr.<br>833 Baronne Street<br>New Orleans, LA  70113 |