UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES M. VIDRIOS** | **CIVIL ACTION** |
| **VERSUS** | **NO 06-10790** |
| **BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABC INSURANCE COMPANY** | **JUDGE STANWOOD DUVAL** <br><br> **MAGISTRATE JUDGE 2** |

### NOTICE OF HEARING

TO: James Vidrios
  Through: His Attorney of Record
  Daniel L. Dysart
  Dysart & Tabary, LLC
  3510 N. Causeway Blvd.
  Suite 600
  Metairie, LA 70002

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of

NO.99747594.1

Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 24th day of January, 2007, at 9:00 o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

    Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
      Brent B. Barriere (La. Bar No. 2818)
      Special Assistant Attorney General

      Susie Morgan (La. Bar No. 9715)
      Catherine E. Lasky (La. Bar No. 28652)
      Robert R. Wood, Jr. (La. Bar No. 29488)
      **PHELPS DUNBAR LLP**
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 28th day of December, 2006:

Daniel L. Dysart
Dysart & Tabary, LLC
3510 N. Causeway Blvd.
Suite 600
Metairie, LA 70002


      /s/   Brent B. Barriere

- 3 -

NO.99747594.1