UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES M. VIDRIOS** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 06-10790** |
| **VERSUS** | * | |
| | * | **SECTION: K** |
| **BUFFMAN, INC., D/B/A ST. RITA'S** | * | |
| **NURSING HOME, SALVADOR A.** | * | |
| **MANGANO, MABEL BUFFONE** | * | |
| **MANGANO AND ABC INSURANCE** | * | |
| **COMPANY** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

~~**ORDER**~~ *NOTICE OF HEARING*

Considering the Motion to Remand, filed by the original plaintiffs it is:

**ORDERED** that this matter is set for hearing on the 24th day of January, 2007. *@ 9:30*

**ORDER** signed this _____ day of, 2006 at New Orleans, Louisiana.

_____
JUDGE

KATRINA- RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES M. VIDRIOS** | * | CIVIL ACTION |
| **Plaintiff,** | * | SECTION: |
| v. | * | NUMBER: |
| **BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL BUFFONE MANGANO AND ABC INSURANCE COMPANY,** | * * * | |
| **Defendants.** | * | |

\* \* \* \*

## NOTICE OF REMOVAL

The United States of America, through the undersigned Assistant United States Attorney, removes this civil action from State Court to Federal District Court. As grounds for removal the United States respectfully represents:

I.

On October 27, 2006, defendants Salvador A. Mangano, Mabel B. Mangano and Buffman, Inc., a/k/a St. Rita's Nursing Home made the United States of America a third-party defendant in the above-captioned civil action now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, No. 107-688, Division "A". The U. S. Attorney's Office, Eastern

District of Louisiana, was served with a copy of the 3rd Party Demand on November 29, 2006.

II.

Defendants brought this Third Party demand seeking indemnity or contribution from the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 *et seq.*

III.

This case can be removed from State court to this Court because it appears to be an action over which the district courts of the United States have exclusive jurisdiction. See 28 U.S.C. §§ 1346(b)(1) and 1441(a). This case may also be removed from State Court to this Court pursuant to 28 U.S.C. § 1442(a).

IV.

A copy of all pleadings and process in the possession of the United States are attached to this notice.

V.

This action now pending in the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, is properly removed to this Court pursuant to 28 U.S.C. §§ 1441(a) and 1442(a).

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY

_____
STEVENS E. MOORE
Assistant United States Attorney
Bar Roll No. 14242
Hale Boggs Federal Building
500 Poydras Street, 210B
New Orleans, Louisiana 70130
Telephone: (504)680-3061

Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 305-7536 / (202) 616-5200 (Fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for those parties identified in the attached pleading by forwarding same to them by United States mail, properly addressed and postage prepaid this 6th day of December, 2006.

_____
STEVENS E. MOORE
Assistant United States Attorney

-3-