UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES M. VIDRIOS, | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 06-10790 |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABLE BUFFONE MANGANO AND ABC INSURANCE COMPANY, | * * * * * * | |
| Defendants. | * * | |
| * * * * * * * * | | |

## UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano ("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: January 5, 2007                          Respectfully submitted,

                                  PETER D. KEISLER
                                  Assistant Attorney General

                                  C. FREDERICK BECKNER III
                                  Deputy Assistant Attorney General

                                  PHYLLIS J. PYLES
                                  Director, Torts Branch


                                  s/ Traci L. Colquette
                                  Traci L. Colquette
                                  Trial Attorney, Torts Branch, Civil Division
                                  U.S. Department of Justice
                                  Benjamin Franklin Station, P.O. Box 888
                                  Washington, D.C.  20044
                                  (202) 305-7536 / (202) 616-5200 (Fax)
                                  Attorneys for the United States

## CERTIFICATE OF SERVICE

      I, Traci L. Colquette, hereby certify that on January 5, 2007, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the parties of record by ECF.

                                    s/ Traci L. Colquette
                                          Traci L. Colquette