UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES M. VIDRIOS, | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 06-10790 |
| | * | |
| v. | * | JUDGE DUVAL |
| | * | MAG. JUDGE WILKINSON |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABLE BUFFONE MANGANO AND ABC INSURANCE COMPANY, | * * * * * | |
| | * | |
| Defendants. | * | |
| | * | |
| *   *   *   *   *   *   *   * | | |

**NOTICE OF HEARING**

To:   All Counsel of Record:

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 24th day of January,

2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

      New Orleans, Louisiana, this \_\_\_\_ day of _____, 2007.

                                            _____
                                            Judge Stanwood R. Duval
                                            Eastern District of Louisiana