MINUTE ENTRY
WILKINSON, M. J.
JANUARY 10, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
       CONSOLIDATED LITIGATION

NO. 05-4182."K" (2)

PERTAINS TO: ALL ST. RITA      JUDGE DUVAL
       MAG. WILKINSON

## ORDER

A conference to discuss settlement possibilities, limited exclusively to the ST. RITA NURSING HOME CASES, was conducted on January 10, 2007, before the undersigned magistrate judge. The settlement conference was attended by James A. Cobb and other counsel, representing the St. Rita parties, and numerous counsel for plaintiffs who have asserted claims against the St. Rita parties in cases pending in this court and in the state court. Settlement discussions are continuing.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.

MJSTAR: 1 : 20