MINUTE ENTRY
WILKINSON, M.J.
JANUARY 11, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
    CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

PERTAINS TO: ALL CASES

JUDGE DUVAL
MAG. WILKINSON

Today, I participated in a conference conducted by Judge Duval with liaison counsel, counsel for the United States and four (4) state court judges concerning case management matters.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **2 : 50**