MINUTE ENTRY
WILKINSON, M.J.
JANUARY 11, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE (06-4529 Battaglia)<br>         (06-4532 Battaglia) | SECTION "K" (2) |

As contemplated in my previous order, Record Doc. No. 2497, I met today with James Garner, counsel for plaintiffs and Ralph Hubbard, counsel for defendants. Counsel reported that they have resolved the discovery matters that were the subject of those motions, and no further order is necessary at this time.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:   : 05