FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 11  AM 10: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 |
| | * | SECTION "K"; MAG. 2 |
| PERTAINS TO: INSURANCE *Aaron*, No. 06-4746 Austin, No 06-5383 Abadie, No. 065164 Keifer, No. 06-5370 | * * * * | JUDGE DUVAL MAGISTRATE JUDGE WILKINSON |

ORDER
Doc. Nos. 2496, 2495, 2494, 2493

Considering the Ex Parte Motion by the Involved Lloyd's Underwriters for Leave to Appear *Pro Hac Vice*; and the Ex Parte Motion by Lloyd's Underwriters for Entry of Appearance Doc. No. 2491

IT IS ORDERED that David E. Walker, Jill A. O'Donovan, and James W. Kienzle, Jr. of the law firm of Walker Wilcox Matousek LLP are hereby admitted *pro hac vice* as co-counsel of record for the Involved Lloyd's Underwriters in the captioned matters. *

New Orleans, Louisiana, this 10th day of January, 2007.

these Motions are all GRANTED and

_____
UNITED STATES DISTRICT JUDGE

Counsel is required in the future to conform with the style requirements contained in Case Management Orders 1, 2 and 3. Individual filings requesting the same relief will not be accepted in the future.

{File: 00021034.DOC /}

Fee_____
Process___
X Dkt_____
CtRmDep___
Doc. No___