KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAYMOND COUSINS AND<br>BERNARD REYES<br><br>    Plaintiffs<br><br>v.<br><br>THE MANGANO CORPORATION D/B/A<br>ST. RITA'S NURSING FACILITY,<br>SALVADOR A. MANGANO AND MABEL<br>MANGANO,<br><br>    Defendants | CIVIL ACTION<br><br>NO. 06-9193<br><br>SECTION: "K" (2) |

### ORDER

**CONSIDERING THE FOREGOING**, it is ordered that the above matter be and is hereby remanded to State Court.

Signed this 11th Day of January, 2007 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE