UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> § <br> § <br> § <br> PERTAINS TO: § <br> INSURANCE        (06-5370) § <br> *Kiefer, et al. v. Allstate, et al.* § <br> § | CIVIL ACTION <br> NO. 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXPEDITED HEARING ON THEIR MOTION TO ADMINISTRATIVELY CLOSE
*KIEFER, ET AL. V. ALLSTATE, ET AL.*, NO. 06-5370**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs in the captioned matter, who, contemporaneous with the filing of the instant motion, have also filed a Motion to Administratively Close the case. Plaintiffs move this court for an expedited hearing on the Motion to Administratively Close the case to preserve judicial resources and to allow the parties to attempt to negotiate a resolution. On January 24, 2007, at 9:30 a.m., this Honorable Court will entertain oral argument on similar motions within these consolidated proceedings pertaining specifically to *Abadie, et al. v. Aegis Security Insurance Company, et al.*, No. 06-5164 [Doc. 2238-5] and *Aaron, et al. v. AIG Centennial Insurance Company, et al.*, No. 06-4746. Undersigned counsel has conferred with Defendants' Liaison Counsel who advised that all known counsel for the insurer defendants in the instant litigation were afforded an opportunity to oppose this motion for expedited consideration and that no known counsel asserted an opposition.

**WHEREFORE,** Plaintiffs pray that their Motion to Administratively Close the Case be set on an expedited basis on the 24th day of January, 2007, at 9:30 a.m.

Respectfully submitted,

**FAYARD & HONEYCUTT, APC**

_____
Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
D. Blayne Honeycutt (La. Bar Roll No. 18264)
Wanda J. Edwards (La. Bar Roll No. 27448)
519 Florida Avenue SW
Denham Springs, LA 707226
PH: (225) 664-4193
FX: (225) 664-6925
EM: calvinfayard@fayardlaw.com
EM: dbhoneycutt@fayardlaw.com
EM: wandaedwards@fayardlaw.com

And

**MURPHY LAW FIRM**
Peyton P. Murphy (La. Bar Roll No. 22125)
7035 Jefferson Highway
Baton Rouge, LA 70726
PH: (225) 928-8800
FX: (225) 328-8802

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __12th__ day of January, 2007.

/s/ Wanda J. Edwards
WANDA J. EDWARDS