UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE   (06-5370) *Kiefer, et al. v. Allstate, et al.* | |

**ORDER**

Considering the Plaintiffs' Unopposed Motion for Expedited Hearing on Plaintiffs' Motion in Support for Entry of an Order Administratively Closing *Kiefer, et al. v. Allstate, et al.*, No. 06-5370;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the motion be and is hereby **GRANTED,** and that the Motion to Administratively close the matter of *Kiefer, et al. v. Allstate, et al.*, No. 06-5370; shall be set for hearing with oral argument on January 24, 2007, at 9:30 a.m.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**