## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § | **NO. 05-4182 "K"(2)** |
| | § | **JUDGE DUVAL** |
| | § | **MAG. WILKINSON** |
| | § | |
| | § | |
| | § | |
| **PERTAINS TO:** | § | |
| **INSURANCE**      **(06-5370)** | § | |
| *Kiefer, et al. v. Allstate, et al.* | § | |
| | § | |

### PLAINTIFFS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR ENTRY OF AN ORDER ADMINISTRATIVELY CLOSING *KIEFER, ET AL. V. ALLSTATE, ET AL.*, NO. 06-5370

**NOW INTO COURT,** through undersigned counsel, come plaintiffs in the above numbered and captioned cause, request that this Honorable Court enter an Order administratively closing this case according to law and for the following reasons:

1.

This matter was filed as a class action lawsuit near the one year anniversary of Hurricane Katrina for the purpose of interrupting prescription with regard to claims against insurers for damages arising from the hurricane, and therefore preserving the rights of all named and similarly situated plaintiffs. Subsequently, the lawsuit was amended deleting class allegations.

2.

The original complaint named approximately sixteen defendants and a few dozen plaintiffs, all of whom at the time of filing had begun the claims process and who as of this date continue to negotiate their insurance claims and attempt to resolve them.

3.

The adjusting process is continuing and negotiations between the named plaintiffs and the defendant insurance companies is ongoing.

4.

Inasmuch as there continues to be negotiations of individual plaintiffs' claims between the individual plaintiffs and their insurers, it seems reasonable, prudent, and in furtherance of the interests of justice that this matter be administratively closed to allow those negotiations to continue unimpeded by protracted litigation.

5.

Plaintiffs recognize that continued negotiations may not in all cases be successful and that individual settlements in some instances might not be reached, and therefore suggest that in such case that the plaintiffs retain the option to move to re-open this matter at which time plaintiffs will move to sever those claims that cannot be settled, and then move again to administratively close this matter leaving the severed claims to be adjudicated by the court.

**WHEREFORE,** plaintiffs pray for an Order administratively closing this matter and reserving the option to move to re-open and sever individual claims in the event that it becomes apparent that continued negotiations of those individual claims will be unsuccessful.

Respectfully submitted,

**FAYARD & HONEYCUTT, APC**


Calvin C. Fayard, Jr. (La. Bar Roll No. 5486)
D. Blayne Honeycutt (La. Bar Roll No. 18264)
Wanda J. Edwards (La. Bar Roll No. 27448)
519 Florida Avenue SW
Denham Springs, LA 707226
PH: (225) 664-4193

FX: (225) 664-6925
EM: calvinfayard@fayardlaw.com
EM: dbhoneycutt@fayardlaw.com
EM: wandaedwards@fayardlaw.com

And

**MURPHY LAW FIRM**
Peyton P. Murphy (La. Bar Roll No. 22125)
7035 Jefferson Highway
Baton Rouge, LA 70726
PH: (225) 928-8800
FX: (225) 328-8802

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this document upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __12th__ day of January, 2007.

/s/  Wanda J. Edwards
WANDA J. EDWARDS