# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: INSURANCE   (06-5370) *Kiefer, et al. v. Allstate, et al.* | |

## ORDER

Considering the Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Kiefer, et al. v. Allstate, et al.*, No. 06-5370;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the motion be and is hereby **GRANTED,** and that the matter of *Kiefer, et al. v. Allstate, et al.*, No. 06-5370; be and is hereby Administratively Closed, and;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the parties shall retain the option to move to re-open *Kiefer, et al. v. Allstate, et al.*, No. 06-5370 in the event tha tit becomes apparent that negotiations of certain claims will be unsuccessful, and then move to sever those unsuccessfully negotiated claims from *Kiefer, et al. v. Allstate, et al.*, No. 06-5370, allowed those severed claims to proceed in this court, and *Kiefer* to be administratively re-closed.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**