**MINUTE ENTRY**
**DUVAL, J.**
**January 12, 2007**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO: INSURANCE CASES** | **SECTION "K"(2)** |

Attending a telephonic status conference held this day concerning a number of class actions suits filed by Jim S. Hall concerning primarily claims against insurers concerning below market unit pricing on items and non-payment of industry standard items were:

Joe Rausch for Jim S. Hall

Judy Barasso for Allstate and

Seth Schmeeckle for Horace Mann Insurance Company and Travelers Insurance Co.

The Court explained that the conference was called to discuss various Motions to Transfer filed in these cases to this section of court in relation to its standing order concerning the transfer of any case concerning the effectiveness of a Water Damage Exclusion in an All-Risk Policy as it pertains to damage allegedly caused by a breach in a canal.

After a thorough discussion, the Court determined that the primary issue of these cases did not involve an evaluation of the applicability of a water damage exclusion. As such, the Court found that these cases should neither be transferred nor consolidated under the Katrina Canal Breaches Consolidated Litigation. In the event that the water damage exclusion actually becomes an issue, then the Court will entertain further discussion. Accordingly,

**IT IS ORDERED** that the following cases be transferred back to the appropriate sections of Court as the Court finds that they are not related to the Katrina Canal Breaches Consolidated Litigation:

| | | |
|---|---|---|
| 06-4661 | Battiste , et al . v. Travelers Cas. and Surety Co. | MLCF-JW |
| 06-4665 | Barthelemy v. National Sec. Fire and Cas. Co. | MLCF-DK |
| 06-4669 | Hayes v. Horace Mann Ins. Co. | IVLR-KR |

JS–10: 15minutes