UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182 "K" (2)

PERTAINS TO: INSURANCE Aaron, 06-4746  JUDGE DUVAL
                                       MAG. WILKINSON

### ORDER ON MOTION

APPEARANCES: None (on the record)

MOTION: Defendants' Rule 12(e) Motion for More Definite Statement, Record Doc. No. 2230

O R D E R E D:

XXX : CONTINUED. This motion is subject to and will be determined in accordance with the procedure and schedule established by Judge Duval in his order of November 29, 2006. Record Doc. No. 2034. Accordingly, it is re-noticed for hearing on March 23, 2007 at 9:30 a.m. before Judge Duval, unless otherwise ordered by the court.

New Orleans, Louisiana, this 12th day of January, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.