**DECLARATION OF PIERCE O'DONNELL**

I, Pierce O'Donnell declare as follows:

1. I am an attorney licensed to practice before the Courts of the State of California. I am a member of O'Donnell and Associates PC, co-counsel of record for Plaintiffs and have been admitted to practice before this Court *pro hac vice* in connection with this action. I have personal knowledge of the matters set forth herein, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true. If called as a witness, I could and would testify competently to the following:

2. Attached as Exhibit A is a true and correct copy of a written "Statement of Concerns" issued by University of California at Berkeley Civil Engineering Professor Dr. Robert Bea; Louisiana State University Professors Drs. John Day, Ivor van Heerden, and Paul Kemp; and eminent environmental scientist Dr. Sherwood Gagliano at a December 21, 2006 press conference in New Orleans, Louisiana. These prominent scientists have spent considerable time studying the causes of flooding in the wake of Katrina. They issued their "Statement of Concerns" in response to the 2006 MR-GO Report on the future of the MR-GO submitted by Congress by the U.S. Army Corps of Engineers on December 15, 2006.

I declare under penalty of perjury under the laws of the United States and the States of California and Louisiana that the foregoing is true and correct and that this declaration is executed this 12th day of January, 2007 in Los Angeles, California.

s/ Pierce O'Donnell
Pierce O'Donnell

1