UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

**UNOPPOSED MOTION AND INCORPORATED MEMORANDUM IN SUPPORT BY PLAINTIFFS SANDRA SPEDALE AND ANTOINE DAVIS FOR PARTIAL DISMISSAL OF THEIR CLAIMS AGAINST DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY WITHOUT PREJUDICE**

**MAY IT PLEASE THE COURT:**

Plaintiffs Sandra Spedale and Antoine Davis wish to withdraw as plaintiffs from the instant lawsuit, thus dismissing any and all of their claims against their alleged insurer defendant State Farm Fire and Casualty Company, without prejudice only and specifically reserving all rights of all other plaintiffs as against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

/s/ David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all counsel of record via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 12TH day of January, 2007.

/s/ David S. Scalia
**DAVID S. SCALIA**