UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

### ORDER

Considering the Motion of Plaintiffs Sandra Spedale and Antoine Davis for Partial Dismissal of Their Claims Against Defendant State Farm Fire and Casualty Company Without Prejudice,

**IT IS ORDERED**, that the motion be and is hereby **GRANTED**, and that Sandra Spedale and Antoine Davis are withdrawn as plaintiffs and that their claims only against the defendant State Farm Fire and Casualty Company are hereby **DISMISSED** without prejudice, reserving all rights of all remaining plaintiffs as against all parties not dismissed herein.

New Orleans, Louisiana, this _____ Day of January, 2007.

_____
United States District Judge