UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security*<br>*Insurance Co., et al.* | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs Sandra Spedale and Antoine Davis has inquired of counsel for defendant State Farm Fire & Casualty Company whether there is any objection to the filing of the Unopposed Motion and Incorporated Memorandum in Support by Plaintiffs Sandra Spedale and Antoine Davis for Partial Dismissal of Their Claims Against Defendant State Farm Fire and Casualty Company Without Prejudice, and has received no objection.

Respectfully submitted,

BRUNO & BRUNO

/s/ David S. Scalia
Joseph M. Bruno (3604)
David S. Scalia (21369)

855 Baronne Street  
New Orleans, LA 70113  
PH (504) 525-1335  
FX:(504) 581-1493  
EM:   jbruno@brunobrunolaw.com  
dscalia@brunobrunolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __12th__ day of January, 2007.

/s/ David S. Scalia  
**DAVID S. SCALIA**