UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>_____<br><br>PERTAINS TO:<br><br>ST. RITA (Vidros, No. 06-10790);<br><br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

### *EX PARTE* MOTION TO AMEND AND CORRECT PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants"), who file this *ex parte* motion to amend and correct their Joint Motion to Dismiss Third-Party Demands, and Memorandum in Support of

Joint Motion to Dismiss (collectively, the "Pleadings"), filed with this Honorable Court on December 28, 2006, as follows:

1.

The Louisiana Defendants seek amend and correct the Pleadings by substituting the attached signature pages (attached as Exhibit "A") in place of the Pleadings' current signature pages.  The Louisiana Defendants further move the Court to recognize the Pleadings as filed by all Louisiana Defendants.  Although the Pleadings indicate that they were filed on behalf of all Louisiana Defendants, the signature blocks for some of the Louisiana Defendants' counsel were inadvertently omitted from the filed documents.  Accordingly, the Louisiana Defendants move the Court to recognize the Pleadings as filed by all Louisiana Defendants, and substitute the signature pages (attached as Exhibit "A") in place of the signature pages on the Pleadings.

2.

The Louisiana Defendants move to amend and correct their Joint Motion to Dismiss Third-Party Demands by substituting "Rule 12(b)(1)" in place of the current inadvertent reference to "Rule 12(b)(6)" on page one.  The Louisiana Defendants filed the Pleadings pursuant to Rule 12(b)(1), and therefore seek to amend and correct the pleadings by inserting the correct reference.

**WHEREFORE**, the Louisiana Defendants pray that the Court grant their *Ex Parte* Motion to Amend and Correct Pleadings, and further pray that the Court:  (i) substitute the signature page (attached as Exhibit "A") in place of the Pleadings' current signature pages; (ii) recognize the Pleadings as being filed by all Louisiana Defendants; and (iii) substitute "Rule 12(b)(1)" in place of the current inadvertent reference to "Rule 12(b)(6)" on page one of their Joint Motion to Dismiss Third-Party Demands.

NO.99750898.1

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/ Brent B. Barriere
      Brent B. Barriere (La. Bar No. 2818)
      Special Assistant Attorney General

      Susie Morgan (La. Bar No. 9715)
      Catherine E. Lasky (La. Bar No. 28652)
      Robert R. Wood, Jr. (La. Bar No. 29488)
      **PHELPS DUNBAR LLP**
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF**
**TRANSPORTATION AND DEVELOPMENT, JOHNNY**
**BRADBERRY, SECRETARY**

**BY:**   /s/ Wiliam M. Hudson
      William M. Hudson, III  (La. Bar No. 1970)
      Special Assistant Attorney General
      Oats & Hudson
      100 East Vermillion Street, Suite 400
      Lafayette, LA  70501
      Telephone:  (337) 233-1100
      Facsimile:  (337) 233-1178

      Clifton O. Bingham, Jr. (La. Bar No. 3052)
      Special Assistant Attorney General
      Oats & Hudson
      343 Third Street, Suite 550
      Baton Rouge, LA  70801
      Telephone:  (225) 383-9993
      Facsimile:  (225) 383-6993

      Michael M. Duran, Jr. (La. Bar No. 18875)
      Special Assistant Attorney General
      Oats & Hudson
      530 Natchez Street, Suite 200
      New Orleans, LA  70130
      Telephone:  (504) 527-0960

        Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:**   /s/ Shelly D. Dick
        Shelly D. Dick (La. Bar No. 18865)
        Special Assistant Attorney General
        Amanda G. Clark (La. Bar No. 24432)
        Forrester, Jordan & Dick
        4981 Bluebonnet Avenue
        Baton Rouge, LA  70809
        Telephone:  (225) 928-5400
        Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/ Stephen Vogt
        Stephen Vogt (La. Bar No. 07706)
        Special Assistant Attorney General
        Thibaut, Thibaut & Vogt
        P. O. Box 36
        7809 Jefferson Hwy, Suite D-3
        Baton Rouge, LA  70809
        Telephone:  (225) 923-3200
        Facsimile:  (225)

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by electronic transmission, facsimile and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 12th day of January, 2007.

    /s/ Brent B. Barriere

NO.99750898.1