Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:  /s/ Brent B. Barriere
 Brent B. Barriere (La. Bar No. 2818)
 Special Assistant Attorney General

 Susie Morgan (La. Bar No. 9715)
 Catherine E. Lasky (La. Bar No. 28652)
 Robert R. Wood, Jr. (La. Bar No. 29488)
 **PHELPS DUNBAR LLP**
 Canal Place
 365 Canal Street • Suite 2000
 New Orleans, Louisiana 70130-6534
 Telephone: (504) 566-1311
 Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

BY:  /s/ Wiliam M. Hudson
 William M. Hudson, III (La. Bar No. 1970)
 Special Assistant Attorney General
 Oats & Hudson
 100 East Vermillion Street, Suite 400
 Lafayette, LA 70501
 Telephone: (337) 233-1100
 Facsimile: (337) 233-1178

 Clifton O. Bingham, Jr. (La. Bar No. 3052)
 Special Assistant Attorney General
 Oats & Hudson
 343 Third Street, Suite 550
 Baton Rouge, LA 70801
 Telephone: (225) 383-9993
 Facsimile: (225) 383-6993

 Michael M. Duran, Jr. (La. Bar No. 18875)
 Special Assistant Attorney General
 Oats & Hudson
 530 Natchez Street, Suite 200
 New Orleans, LA 70130
 Telephone: (504) 527-0960



3

NO.99750898.1

Facsimile: (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

BY: /s/ Shelly D. Dick
Shelly D. Dick (La. Bar No. 18865)
Special Assistant Attorney General
Amanda G. Clark (La. Bar No. 24432)
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA 70809
Telephone: (225) 928-5400
Facsimile: (225) 346-0285

- AND –

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

BY: /s/ Stephen Vogt
Stephen Vogt (La. Bar No. 07706)
Special Assistant Attorney General
Thibaut, Thibaut & Vogt
P. O. Box 36
7809 Jefferson Hwy, Suite D-3
Baton Rouge, LA 70809
Telephone: (225) 923-3200
Facsimile: (225)

4