O.L.B. CONTRACT NO.   24306

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

CONTRACT AND BOND BETWEEN

CITY OF NEW ORLEANS

THE BOARD OF COMMISSIONERS

OF THE

ORLEANS LEVEE DISTRICT

AND

BOH BROTHERS CONSTRUCTION COMPANY, INC.
P. O. Drawer 53266
New Orleans, LA  70153

BE IT KNOWN, that on this __9th__ day of the month of __May__ in the year of OUR LORD One Thousand Nine Hundred and ~~Eighty~~ Ninety of the Independence of the United States of America, the Two Hundred and __Fourteenth__

BEFORE ME

Richard J. McGinity

a Notary Public in and for the Parish of Orleans, State of Louisiana, duly commissioned and qualified, therein residing, and in the presence of the witnesses, hereinafter named and undersigned:

PERSONALLY CAME AND APPEARED:

1st:  __Steven O. Medo, Jr., President__  herein representing and acting for the Board of Commissioners of the Orleans Levee District, an Agency of the State of Louisiana, by virtue of a Resolution of said Board, a duly certified copy of which Resolution is attached hereto and made part hereof.

2nd:  __Boh Brothers Construction Company, Inc.__  hereinafter called the "Contractor", appearing through __John F. Lipani, Vice President__, whose authorization to represent the said Contractor herein, is attached hereto and made part hereof.

Who declared, that for and in consideration of the payment, hereinafter provided for, to be made by said Board of Commissioners of the Orleans Levee District, the said Contractor agrees and is obliged to furnish all labor, equipment, supplies, etc., and to perform all work necessary for the __Excavation & Flood Protection - 17th Street Canal - Phase IB - Hammond Highway to Southern Railway, New Orleans, Louisiana__.

- 1 -

RECORDED IN MORTGAGE OFFICE

INSTRUMENT # _99035_

N/A # _846895_

PARISH OF ORLEANS

DATE _May 29, 1990_

EXHIBIT A

O.L.B. CONTRACT NO.   24306

in accordance with the proposal, specifications, plans, and addenda nos. __-1-__, identified herewith, at the following total prices:

At unit prices to be identified as indicated in the proposal.

**BASE BID:**   Five Million Five Hundred Eighty-Nine Thousand Twenty-Five and No/100 Dollars  ($5,589,025.00)

The Contractor agrees to complete all work contracted for within the period of time stipulated in the signed proposal, which in this instance is __FOUR HUNDRED TWENTY-FIVE (425)__ calendar days from date of work order.

The Contractor agrees that in default of completing all work within the period of time stipulated above, to be bound in the amount of __SIX HUNDRED DOLLARS__ ($__600.00__) LIQUIDATED DAMAGES, not as a penalty, for each calendar day beyond the stipulated time.

Said proposal, specifications, plans, and addendas nos. __-1-__ are identified herewith, and made part hereof, after being paraphed "NEW VARIETUR", by the Notary for identification herewith.

- 2 -

O.L.B. CONTRACT NO.   24306

B O N D

And now to these presents, personally came and intervened __Fidelity and Deposit Company of Maryland__ who declared that he has read and taken cognizance of the above and foregoing contract between the Board of Commissioners of the Orleans Levee District and __Boh Brothers Construction Company, INc.__, Contractor, and binds said company in solido with the said Contractor unto the Board of Commissioners of the Orleans Levee District, in the sum of: __Five Million Five Hundred Eighty-Nine Thousand Twenty-Five and No/100 Dollars  ($5,589,025.00)__ as security for the faithful and satisfactory performance by the said __Boh Brothers Construction Company, Inc.__, Contractor, of all clauses and conditions of this contract and for the payment by the Contractor or subcontractor for all work done, labor performed, or material or supplies furnished for the construction, alteration, or repair under this contract, or for transportation and delivery of such materials or supplies to the site of the job by a for hire carrier, or for furnishing materials or supplies for use in machines used in the construction, alteration, or repair under this contract, in accordance with the law, the condition of this obligation being that if the said __Boh Brothers Construction Company, Inc.__, Contractor, shall well, truly and faithfully and satisfactorily perform all of the obligations assumed by __Boh Brothers Construction Company, Inc.__, Contractor, under this Contract and payment be made by said Contractor and by all Subcontractors for all work done, labor performed and material furnished under this Contract in accordance with law, then this Bond shall become null and void, otherwise to remain in full force and effect.

- 3 -

The said Surety consents and yield to the jurisdiction of the Civil District Court for the Parish of Orleans, State of Louisiana, and formally waived any plea of jurisdiction on account of residence elsewhere in the event of suit under the Contract and Bonds, and the Surety herein shall be limited to such defense only as the principal of these bonds could make.

THUS DONE AND PASSED, in my office at the City of New Orleans, on the day, month and year hereinfirst above written, in the presence of _____Carole B. Parker_____ and _____Linda M. Gutierrez_____ competent witnesses, who hereunto sign their names with said appearers and me, Notary, after reading of the whole.

WITNESSES:

_____[signature]_____
Carole B. Parker

_____[signature]_____
Linda M. Gutierrez

THE BOARD OF COMMISSIONERS OF THE
ORLEANS LEVEE DISTRICT

BY: _____[signature]_____
Steven O. Medo, Jr., President

BOH BROTHERS CONSTRUCTION COMPANY, INC.

BY: _____[signature]_____
John F. Lipani, Vice President

FIDELITY AND DEPOSIT COMPANY OF MARYLAND

_____[signature]_____
        Attorney-in-Fact Bonding
Jack H. Neelis

_____[signature]_____
            NOTARY PUBLIC
RICHARD J. McGINITY

- 4 -

FORM NO. DA-101 (Revised 5/23/71)

STATE OF LOUISIANA )
)
PARISH OF ORLEANS )

### AFFIDAVIT ATTESTING THAT PUBLIC CONTRACT WAS NOT, NOR WILL BE SECURED THROUGH EMPLOYMENT OR PAYMENT OF SOLICITOR

KNOW ALL MEN BY THESE PRESENTS, that a public contract is contemplated between THE BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT AND BOH BROTHERS CONSTRUCTION COMPANY, INC., represented by JOHN F. LIPANI (NAME), VICE PRESIDENT (TITLE), who attests that he is empowered and authorized to execute said documents.

FURTHER, JOHN F. LIPANI, who being duly sworn, does depose and attest that:

(1) affiant employed no person, corporation, firm, association, or other organization, either directly or indirectly, to secure the public contract under which he received payment, other than persons regularly employed by the affiant whose services in connection with the construction of the public building or project, or in securing the public contract were in the regular course of their duties for affiant; and

(2) no part of the contract price received by affiant was paid or will be paid to any person, corporation firm, association, or other organization for soliciting the contract, other than the payment of their normal compensation to persons regularly employed by the affiant whose services in connection with the construction of the public building or project were in the regular course of their duties for affiant.

- 5 -

FORM NO. DA-101 (Revised 5/25/71)

WITNESSES:

_____    _____
Carole B. Parker              JOHN F. LIPANI

_____
Linda M. Gutierrez

   BEFORE ME, the undersigned authority, personally appeared JOHN F. LIPANI _____, who being duly sworn, deposes and states that the above is true and correct in all respects recited.

   SWORN TO AND SUBSCRIBED before me, this ___9th___ day of May _____, 19__90__.

                                    _____
                                         NOTARY PUBLIC
                                    RICHARD J. McGINITY

Federal Identification No.

72-0536353

- 6 -

March 2, 1990

ADDENDUM NUMBER 1
TO THE CONTRACT DOCUMENTS FOR
CONTRACT 2043-0489

THE BOARD OF COMMISSIONERS
OF THE
ORLEANS LEVEE DISTRICT

EXCAVATION AND FLOOD PROTECTION - 17TH STREET CANAL
PHASE IB
HAMMOND HIGHWAY TO SOUTHERN RAILWAY

Bids To Be Opened at 2:00 P.M.   Local Time on Tuesday, March 13, 1990

The original contract specifications for this project, dated February 1990, are ammended as noted in this Addendum Number 1.

Receipt of the addendum shall be acknowledged by inserting its number and date in the space provided on the Form of Proposal.

This Addendum Number 1 consists of 1 page and shall be attached to and submitted with the proposal.

## SPECIFICATIONS

| ITEM NO. | DESCRIPTION |
|---|---|
| ADD 1-1 | Section B-4.01 Site Conditions, Add:<br><br>Prospective Bidders may view soil borings taken in the canal levee, at the office of the Engineer. |
| ADD 1-2 | Section 2-10 Utilities, Add:<br><br>Any costs incurred in obtaining outages on utilities should be taken into account in the Contractor's bid as there shall be no direct payment. |
| ADD 1-3 | Section 2-24 Sampling and Testing, Add:<br><br>Any sampling and testing that is requested by the Board, and not specifically covered in these contract specifications, shall be done by an independent testing laboratory mutually agreeable to the Board and the Contractor, and shall be done at the Board's expense. |

End of Addendum No. 1