THE BOARD OF COMMISSIONERS

OF THE

ORLEANS LEVEE DISTRICT

SPECIFICATIONS

FOR

CONTRACT 2043-0489

EXCAVATION AND FLOOD PROTECTION - 17TH STREET CANAL

PHASE IB

HAMMOND HIGHWAY TO SOUTHERN RAILWAY

February 1990



17TH STREET CANAL

PHASE IB

CONTRACT 2043-0489

TABLE OF CONTENTS

|  | Page |
|---|---|
| Invitation to Bid | A-1 |
| Instruction to Bidders | B-1 - B-7 |
| Proposal Form | C-1 - C-6 |
| Contract Document | C-7 - C-10 |
| Affidavit Form | C-11 - C-12 |
| Contractors Experience Form | C-13 |
| Information to be Furnished with Bid Form | C-14 |
| Specifications | |
|     Table of Contents | D-1 - D-5 |
|     Section 1 - General Specifications (Orleans Levee Board) | 1-1 - 1-13 |
|     Section 2 - Special Provisions | 2-1 - 2-18 |
|     Section 3 - Demolition | 3-1 - 3-2 |
|     Section 4 - Dredging and Levee Reconstruction | 4-1 - 4-10 |
|     Section 5 - Steel Sheet Piling | 5-1 - 5-6 |
|     Section 6 - Turfing | 6-1 - 6-6 |
|     Section 7 - Miscellaneous Specifications | 7-1 - 7-5 |

## INVITATION TO BID

Sealed proposals will be received, opened and publicly read aloud by
the Board of Commissioners, Orleans Levee District, Suite 202,
Administration Building, New Orleans Lakefront Airport, New Orleans,
Louisiana, until 2:00 p.m. on <u>March 13, 1990</u>, for:

### EXCAVATION AND FLOOD PROTECTION - 17TH STREET CANAL
### PHASE IB - HAMMOND HIGHWAY TO SOUTHERN RAILWAY
### OLB PROJECT #2043-0489

The proposed work consists of demolition and dredging in the canal;
sheet pile and levee work on the Orleans levee; and construction of
stone revetments under bridges.

Bids received after the above specified time will not be considered.

Drawings, specifications and contract documents may be examined and
obtained in the office of the engineer, Modjeski and Masters, 1055 St.
Charles Avenue, Suite 510, New Orleans, Louisiana  70130.  Complete
sets of drawings and contract documents may be obtained upon payment
to the Engineer of fifty dollars ($50.00) per set.  Deposit on the
first set is fully refundable to all bona fide prime bidders upon
return of the documents in good condition no later than ten (10) days
after receipt of bids.  The deposit on all other sets of documents
will be refunded 50% upon return of documents as stated above.

The Board reserves the right to reject any and all bids and to waive
any informalities in the public interest.

Each bid must be accompanied by a bid bond or certified check made
payable to the Board of Commissioners of the Orleans Levee District
in the amount of five percent (5%) of the bid.

Bids must be submitted on forms provided by the Owner.  Envelopes con-
taining bids and bid guarantee must be sealed, marked with the project
name, and with the Contractor's name as it appears on the License and
Louisiana Contractor's license number including all major classifica-
tions, sub-classifications and specialty classifications shown
thereon.

## INSTRUCTION TO BIDDERS

### B-1  CROSS REFERENCE TO PRIMARY STATEMENTS

Definitions, requirements, and limitations affecting the bidding are contained in the various contract documents, and are not necessarily repeated in these instructions.

### B-2  QUALIFICATION OF BIDDERS

In determining the Bidder's qualifications, the following factors will be considered:  Work previously completed by the Bidder and whether the Bidder (a) maintains a permanent place of business, (b) has adequate plant and equipment to do the Work properly and expedi- tiously, (c) has the financial resources to meet all obligations inci- dent to the Work, and (d) has appropriate technical experience.

Each bidder shall submit with his bid evidence satisfactorily to the Board of his ability, experience and familiarity with work of the character specified, by completing the form titled "Bidder's Experience Form" attached to these specifications.  bids received without the required data shall be considered informal and may be rejected.

Bidders may be required to submit evidence that they have the financial resources to complete the proposed work and that they have handled former work so that no just claims are pending against such work.  No Bid will be accepted from a Bidder who is engaged in any work which would impair his ability to perform or finance this Work.

### B-3  LOUISIANA LICENSE REQUIREMENTS

Only bids of Contractors licensed under LSA R.S. - 37:2150 et seq. will be considered.  Licensing is supervised by the Louisiana Licensing Board for Contractors, State Capital Building, Baton Rouge, Louisiana.  Contractors desiring to bid shall submit with their Bids evidence that they hold a valid license in the proper classification(s).  Further, the Contractors shall be required to pre- sent evidence that they hold a valid license in the proper classification(s) prior to release of the Bid Documents to the Contractor.

### B-4  FAMILIARIZATION WITH THE WORK

Before submitting his Bid, each prospective Bidder shall fami- liarize himself with the Work, the site where the Work is to be per- formed, local labor conditions and all laws, regulations and other factors affecting performance of the Work.  He shall carefully corre- late his observations with the requirements of the Contract Documents and otherwise satisfy himself of the expense and difficulties attending performance of the Work.  The submission of a Bid will constitute a representation of compliance by the Bidder.  There will be no subsequent financial adjust for lack of such familiarization.

## B-4.01   Site Conditions

Each Bidder shall visit the site of the Work and the surroundings thereof, and completely inform himself relative to construction hazards and procedure, and availability of lands, the character and quantity of surface and subsurface materials, and utilities to be encountered, the arrangement and condition of existing structures and facilities, the procedure necessary for maintenance of uninterrupted operation of existing facilities, the character of construction equipment and facilities needed for performance of the Work, and facilities for transportation, handling, and storage of materials and equipment. All such factors shall be properly investigated and considered in the prepraration of the Bid.

## B-4.02   Prebid Conference

A Pre-Bid Conference will be held at the Orleans Levee District offices located at Room 202, Administration Building, New Orleans Lakefront Airport, New Orleans, La., 70126 at 2:00 P.M., local time, on Thursday, March 1, 1990.  Representatives of the Engineer and Owner will be present to discuss the Project and answer questions. Bidders are encouraged to attend and participate in the conference.

## B-4.03   Interpretations

All questions about the meaning or intent of the Contract Documents shall be submitted to the Engineer in writing.  Replies will be issued by Addenda mailed or delivered to all parties recorded by the Engineer as having received the bidding documents.  Addenda will be issued at least 72 hours (excluding weekends and holidays) prior to the time stated for opening bids.  Questions received less than seven (7) calendar days (excluding weekends and holidays) to the time for opening of Bids will not be answered.

## B-5   TAXES AND PERMITS

Attention is directed to the requirements of the General and Supplementary Conditions regarding payment of taxes and obtaining permits.  All taxes that are lawfully assessed against the Owner or Contractor in connection with the Work shall be paid by the Contractor.  The bid prices shall include all such taxes and the costs of all required permits.

## B-6   BID SECURITY

The amount of bid security is stated in the Advertisement for Bids.  The required security must be in the form of a certified or bank cashier's check or a bid bond.  The bid bond must be executed by a surety, meeting the requirements set forth in General Conditions.

The bid security shall be made payable without conditions to the Board of Commissioners of the Orleans Levee District hereinafter referred to as the Owner.  The bid security may be retained by and shall be forfeited to the Owner as liquidated damages if the Bid is accepted and a contract based thereon is awarded and the Bidder should fail to enter into a contract in the form prescribed, with legally responsible sureties, within twelve days after such award is made by the Owner.

## B-7  RETURN OF BID SECURITY

The bid security of the successful Bidder will be retained until he has executed the Agreement and furnished the required Contract Security, whereupon checks furnished as bid security will be returned; if he fails to execute and deliver the Agreement and furnish the required Contract Security within twelve days of the Notice of Award, the Owner may annul the Notice of Award and the bid security of that Bidder will be forfeited.  The bid security of any Bidder whom the Owner believes to have reasonable chance of receiving the award may be retained by the Owner until the seventh day after the executed Agreement is delivered by the Owner to the Contractor and the required contract Security is furnished, but not to exceed 60 days after the Bid opening.  Checks furnished as bid security by other Bidders will be returned within fourteen (14) days of the Bid opening.

## B-8  CONTRACT TIME

The Contract Time is an essential part of the contract and it will be necessary for each Bidder to satisfy the Owner of this ability to complete the Work within the time set forth in the Bid Form. Provisions for delays, liquidated damages, and extensions of time are set forth in the General Specifications.

## B-9  SUBCONTRACTORS AND SUPPLIERS

Within seven days after Bids are opened, the apparent low Bidder, and any other Bidder so requested, shall submit a list of all Subcontractors he expects to use in the Work.

## B-9.01  Subcontractor Qualification

Particular consideration will be given to the qualifications of each Subcontractor proposed to perform more than 10 percent of the Work.  An experience statement with pertinent information as to similar projects and other evidence of qualification shall be furnished for each named Subcontractor, as requested by the Owner.  If the Owner or Engineer after due investigation has reasonable objection to any proposed Subcontractor, he may, before giving the Notice of Award request the apparent low Bidder to submit an acceptable substitute without an increase in his Bid.  If the apparent low Bidder declines to make any such substitution, Notice of Award shall not be given to such bidder, but in declining to make substitution he will not thereby sacrifice his bid security.  Any Subcontractor so listed and to whom the Owner or Engineer does not make written objection prior to the giving of the Notice of Award will be deemed acceptable to the Owner and Engineer.

The Contractor shall not be required to employ any Subcontractor against whom he has reasonable objection.

The use of Subcontractors listed by the Bidder and accepted by the Owner prior to the Notice of Award and will be required in the performance of the Work.

B-9.02    Suppliers

The list of Subcontractors shall also include the suppliers and manufacturers of principal items or materials and equipment the Bidder expects to use in the Work unless such suppliers or manufacturers are named in the Bid.

The Bidder shall list the suppliers and manufacturers of materials and equipment.

The Bidder shall list the suppliers and manufacturers of materials and equipment.

B-9.03    Manufacturer's Data

The list of Subcontractors submitted as provided herein shall be accomplished by two prints or copies of data on equipment and materials to be furnished by each supplier or manufacturer. Data so submitted shall illustrate the physical characteristics of the materials to be furnished. The drawings submitted prior to the Notice of Award must contain sufficient detail for the Engineer to determine whether the materials will conform to the Contract Documents.

The Contract Documents will take precedence over any non-forming data submitted.

Any Bid specifically conditioned upon furnishing equipment or materials which are not responsive to the Contract Documents will not be considered.

B-10 BIDS
B-10.01   Form of Proposal

The Form of Proposal is bound with the Contract Documents. Bid Forms must be completed in ink.

Bids by corporations must be executed in the corporate name by the president or vice-president (or other corporate officer accompanied by evidence of authority to sign) and the corporate seal shall be affixed and attested by the secretary or an assistant secretary. The state of incorporation shall be shown below the corporate name. Bids by partnerships must be executed in the partnership name and signed by a partner; the title and official address of the partnership must be shown below the signature. Bids by joint ventures shall be signed by each participant in the joint venture or by an authorized agent of each participant.

The names of all persons signing must also be legibly printed below the signature. A Bid by a person who affixes to his signature the word "president", "secretary", "agent", or other designation, without disclosing his principal, may be held to be the Bid of the individual signing. When requested by the Owner, evidence of the authority of the person signing shall be furnished.

All blank spaces in the Bid Form shall be filled in ink. A bid price shall be indicated for each item, alternative, and unit price therein listed. Bids received without all such items completed will be considered nonresponsive.

The Bid shall contain an acknowledgment of receipt of all Addenda, the numbers and dates of which shall be filled in the Bid Form.

No alterations in Bids, or in the printed forms therefore, by erasures, interpolations, or otherwise will be acceptable unless each such alteration is signed or initialed by the Bidder; if initialed, the Owner may require the Bidder to identify any alteration so initialed.

## B-10.02 Bid Pricing

The unit prices listed in the Bid Form including those items designated as lump sum pay items shall be based on the Work indicated on the Drawings and as specified in these Specifications. The Contractor is, therefore, responsible for determining the quantities for all work items necessary to complete the Work and shall base his bids accordingly.

The Award shall be made to the lowest responsive, and responsible Bidder.

## B-10.03 Submission of Bids

The entire bound set of specifications, properly executed by the Bidder, shall be submitted in a sealed envelope and identified, all in accordance with Paragraph 1.01 of the General Specifications. Bidders shall provide their own duplicate copies. If the specifications are not attached to the Bid proposal, Bond Form, and Bid Information, it will be assumed no qualifications to the Bid have been made.

A sample envelope sufficiently large for this submittal is available to the Bidder from the Orleans Levee District. Each bidder shall label such (or similar envelope) with the appropriate information as printed on the Orleans Levee Board furnished envelopes and as provided by the specifications.

If the Bid is sent by mail, the standard sealed envelope shall be enclosed in a separate mailing envelope with the notation "BID ENCLOSED" on the face thereof.

Bids shall be deposited at the designated location prior to the time and date for receipt of Bids indicated in the Advertisement for Bids, or the modified time and date indicated by Addendum. Bids received after the time and date for receipt of Bids will be returned unopened.

Bidders shall assume full responsibility for timely delivery at the location designated for receipt of Bids.

B-5

Oral, telephone, or telegraphs Bids are invalid and will not receive consideration.

No Bidder may submit more than one Bid. Multiple Bids under different names will not be accepted from one firm or association.

## B-10.04  Modification and Withdrawal of Bids

Bids may not be withdrawn or modified after the scheduled closing time for receipt of Bids, nor for at least sixty (60) days thereafter.

## B-10.05  Bids to Remain Open

All Bids shall remain open for 60 days after the day of the Bid opening. The Owner shall release Bids and return bid securities as specified in this section under "Return of Bid Security".

## B-11  AWARD OF CONTRACT

It is the intent of the Owner to issue the notice of award as soon as possible after the receipt of bids. The Owner shall award a contract to the Bidder who, in the Owner's judgement, is the lowest responsive, responsible Bidder. The Owner reserves the right to reject any or all Bids, to award the contract by sections, to waive informalities, and to reject nonconforming, nonresponsive, or conditional Bids.

In evaluating Bids, the Owner shall consider the qualifications of the Bidders, whether or not the Bids comply with the prescribed requirements, and alternatives and unit prices if requested in the Bid Form. The Owner may consider the qualifications and experience of Subcontractors and other persons and organizations, and may reject the Bid of any Bidder who does not pass any such evaluation to the Owner's satisfaction.

The evaluation of data submitted with the bid, or submitted upon request prior to the Notice to Award, will include consideration of the information requested in the experience and performance record of the contractor, subcontractor, and/or manufacturer, fabricators and suppliers.

## B-12  EXECUTION OF THE AGREEMENT

The Owner shall furnish to the Contractor six copies of the Agreement and other Contract Documents bound therewith, necessary for execution of the Contract. Within twelve (12) days of the Owner's Notice of Award, the Contractor shall execute the Agreement, insert executed copies of the required bonds and power of attorney and other information and certificates required elsewhere in these documents (including the various schedules, etc.) and submit all copies to the Owner. The date of contract on the Agreement and Bond forms shall be left blank for filling in by the Owner. The certification date on the power of attorney also shall be left blank for filling in by the Owner.

The Owner shall execute all copies, insert the date of contract on the Agreement, Bonds, and power of attorney.

The Contractor shall file one complete copy of the executed Contract Documents with the Recorder of Mortgages in Orleans Parish. The notary fees and the recording fees shall be paid for by the Contractor. See Paragraph 1.04 of the General Specifications.

## B-13 COPIES OF CONTRACT DOCUMENTS

Copies of the drawings and specifications for use in preparing Bids may be obtained from:

> Modjeski and Masters
> 1055 St. Charles Ave., Room 510
> New Orleans, LA  70130
> (504) 524-4344

on the following basis:

|  | Deposit |
|---|---|
| Complete set of drawings and specifications | $ 50.00 |
| Complete set of drawings | $ 30.00 |
| Complete set of specifications | $ 20.00 |
| Individual sheets of drawings | $  2.50 |
| Postage and handling per set for drawings requested by mail (to be sent UPS) | $ 10.00 |

Deposit on the first set is fully refundable to all bona fide prime bidders upon return of the documents in good condition no later than ten (10) days after receipt of bids. The deposit on all other sets of documents will be refunded 50% upon return of documents as stated above.

The Contractor to whom the contract is awarded will be furnished 5 copies of the specifications and the drawings, together with all Addenda thereto. Additional copies may be purchased as stated above.

## B-14 LOCAL MATERIALS AND FIRMS

By statutory authority, preference is hereby given to materials, supplies and provisions produced, manufactured, or grown in Louisiana, quality being equal to articles offered by competitors outside of the State (LSA R.S. 38:2251), and preference is hereby given to firms doing business in the State of Louisiana (LSA R.S. - 38:2253).

O.L.B. CONTRACT NO. 2043-0489

UNITED STATES OF AMERICA

STATE OF LOUISIANA

PARISH OF ORLEANS

CONTRACT AND BOND BETWEEN

THE BOARD OF COMMISSIONERS

OF THE

ORLEANS LEVEE DISTRICT

AND

CITY OF NEW ORLEANS

BE IT KNOWN, that on this _____
day of the month of _____
in the year of OUR LORD One Thousand
Nine Hundred and Eighty-_____
of the Independence of the United
States of America, the Two Hundred
and _____

BEFORE ME

a Notary Public in and for the Parish
of Orleans, State of Louisiana, duly
commissioned and qualified, therein
residing, and in the presence of the
witnesses, hereinafter named and
undersigned:

PERSONALLY CAME AND APPEARED:

1st: _____ herein representing and acting for
the Board of Commissioners of the Orleans Levee District, an Agency of the State
of Louisiana, by virtue of a Resolution of said Board, a duly certified copy of
which Resolution is attached hereto and made part hereof.

2nd: _____ hereinafter called the
"Contractor", appearing through _____, whose
authorization to represent the said Contractor herein, is attached hereto and
made part hereof.

Who declared, that for and in consideration of the payment, hereinafter provided
for, to be made by said Board of Commissioners of the Orleans Levee District, the
said Contractor agrees and is obliged to furnish all labor, equipment, supplies,
etc., and to perform all work necessary for the _____.

C-7

O.L.B. CONTRACT NO. 2043-0489

in accordance with the proposal, specifications, plans, and addenda nos.
_____, identified herewith, at the following total prices:

The Contractor agrees to complete all work contracted for within the period of time stipulated in the signed proposal, which in this instance is __four hundred twenty-five (425)__ calendar days from date of work order.

The Contractor agrees that in default of completing all work within the period of time stipulated above, to be bound in the amount of __six hundred dollars__ (\$ 600.00 ) LIQUIDATED DAMAGES, not as a penalty, for each calendar day beyond the stipulated time.

Said proposal, specifications, plans, and addendas nos. _____ are identified herewith, and made part hereof, after being paraphed "NEW VARIETUR", by the Notary for identification herewith.

O.L.B. CONTRACT NO. 2043-0489

## B O N D

And   now   to   these   presents,   personally   came   and   intervened

_____

who   declared   that he has read and taken cognizance of the above  and  foregoing

contract   between   the Board of Commissioners of the Orleans Levee  District  and

_____, Contractor,

and  binds  said  company in solido with the said Contractor unto  the  Board  of

Commissioners of the Orleans Levee District, in the sum of:  _____

_____

as   security for  the  faithful  and  satisfactory  performance  by  the   said

_____, Contractor, of all clauses and

conditions   of  this  contract  and  for  the  payment by the  Contractor   or

subcontractor  for  all  work done, labor performed,  or  material  or  supplies

furnished for the construction, alteration, or repair under this contract, or for

transportation  and delivery of such materials or supplies to the site of the job

by  a  for  hire carrier,  or for furnishing materials or  supplies  for  use  in

machines used in the construction,  alteration, or repair under this contract, in

accordance with the law,  the condition of this obligation being that if the said

_____, Contractor, shall well, truly

and  faithfully  and  satisfactorily perform all of the  obligations  assumed  by

_____, Contractor, under this Contract

and  payment  be made by said Contractor and by all Subcontractors for  all  work

done,  labor  performed and material furnished under this Contract in  accordance

with law,  then this Bond shall become null and void, otherwise to remain in full

force and effect.

C-9

The said Surety consents and yield to the jurisdiction of the Civil District Court for the Parish of Orleans, State of Louisiana, and formally waived any plea of jurisdiction on account of residence elsewhere in the event of suit under the Contract and Bonds, and the Surety herein shall be limited to such defense only as the principal of these bonds could make.

THUS DONE AND PASSED, in my office at the City of New Orleans, on the day, month and year hereinfirst above written, in the presence of _____ and _____ competent witnesses, who hereunto sign their names with said appearers and me, Notary, after reading of the whole.

THE BOARD OF COMMISSIONERS OF THE
ORLEANS LEVEE DISTRICT

WITNESSES:                                    BY:_____

_____

                                              BY:_____

_____

_____
Attorney-in-Fact Bonding

_____
NOTARY PUBLIC

C-10

CONTRACT 2043-0489

## TABLE OF CONTENTS

### SECTION 1
### GENERAL SPECIFICATIONS

| | | Page |
|------|------|------|
| 1.01 | Form of Proposal | 1-1 |
| 1.02 | Deposits | 1-1 |
| 1.03 | Acceptance and Rejection of Bids | 1-1 |
| 1.04 | Notarial Contract | 1-1 |
| 1.05 | Bond | 1-1 |
| 1.06 | Definition of Terms | 1-2 |
| 1.07 | General and Special Specifications | 1-2 |
| 1.08 | Specifications and Drawings | 1-2 |
| 1.09 | Interpretation of Documents | 1-2 |
| 1.10 | Extra Work | 1-2 |
| 1.11 | Insurance | 1-3 |
| 1.12 | Engineer's Decision Final | 1-6 |
| 1.13 | Annulment of Contract | 1-6 |
| 1.14 | Ordinances | 1-6 |
| 1.15 | Subcontractors | 1-6 |
| 1.16 | Superintendent | 1-7 |
| 1.17 | Patents | 1-7 |
| 1.18 | Lights | 1-7 |
| 1.19 | Inspection | 1-7 |
| 1.20 | Prosecution of Work | 1-7 |
| 1.21 | Movement of Plant | 1-7 |

TABLE OF CONTENTS (continued)

|      |                                         | Page  |
|------|-----------------------------------------|-------|
| 1.22 | Order of Work                           | 1-8   |
| 1.23 | Liens Against Contractor                | 1-8   |
| 1.24 | Partial Payment                         | 1-8   |
| 1.25 | Time to File Claims                     | 1-8   |
| 1.26 | Board of Arbitrators                    | 1-8   |
| 1.27 | Cleaning Up                             | 1-9   |
| 1.28 | Acceptance                              | 1-9   |
| 1.29 | Certificate of Acceptance               | 1-9   |
| 1.30 | Office of Contractor                    | 1-9   |
| 1.31 | Withdrawal of Bids                      | 1-9   |
| 1.32 | Taxes                                   | 1-9   |
| 1.33 | Award of Contract                       | 1-10  |
| 1.34 | Contract be Let as Whole                | 1-10  |
| 1.35 | Addendum                                | 1-10  |
| 1.36 | Approximate Quantities                  | 1-10  |
| 1.37 | Reference to Materials by Name          | 1-10  |
| 1.38 | Difficulties                            | 1-10  |
| 1.39 | Liquidated Damages                      | 1-10  |
| 1.40 | Contract Time                           | 1-11  |
| 1.41 | Licenses                                | 1-11  |
| 1.42 | Attorney and Notary Fee Schedule        | 1-11  |
| 1.43 | Payment of Employees                    | 1-12  |
| 1.44 | Audit and Inspection                    | 1-12  |
| 1.45 | Signing of Proposal Documents           | 1-12  |
| 1.46 | Arithmetic Discrepancies in Bid Price   | 1-12  |

TABLE OF CONTENTS (continued)

|      |                                                 | Page |
|------|-------------------------------------------------|------|
| 1.47 | Subcontractors                                  | 1-13 |
| 1.48 | Minority Business Participation                 | 1-13 |

SECTION 2
SPECIAL PROVISIONS

| 2-01 | Extent of Contract                             | 2-1 |
| 2-02 | Contract Documents                             | 2-1 |
| 2-03 | Special Specifications                         | 2-2 |
| 2-04 | Standards                                      | 2-2 |
| 2-05 | Definition of Terms                            | 2-2 |
| 2-06 | Changes in Conditions                          | 2-2 |
| 2-07 | Right-of-Way and Access to Work Site           | 2-3 |
| 2-08 | Traffic                                        | 2-5 |
| 2-09 | Trucking Through City Streets                  | 2-5 |
| 2-10 | Utilities                                      | 2-6 |
| 2-11 | Working in the Vicinity of Existing Structures | 2-7 |
| 2-12 | Damage to Property                             | 2-7 |
| 2-13 | Lines, Grades, Etc.                            | 2-7 |
| 2-14 | Materials by Contractor                        | 2-8 |
| 2-15 | Contractor's Plans, Samples and Data           | 2-8 |
| 2-16 | Variation in Estimated Quantities              | 2-8 |
| 2-17 | As-Built Drawings                              | 2-8 |
| 2-18 | Extra Work                                     | 2-8 |
| 2-19 | Hours of Operation                             | 2-9 |
| 2-20 | Sequence of Construction                       | 2-9 |
| 2-21 | Arithmetic Discrepancies in Bid Price          | 2-9 |

TABLE OF CONTENTS (continued)

|          |                                              | Page   |
|----------|----------------------------------------------|--------|
| 2-22     | Partial Payment                              | 2-9    |
| 2-23     | Engineer's Field Office                      | 2-10   |

### SECTION 3
### DEMOLITION

| 3-01     | Structures                                   | 3-1    |
| 3-02     | Obstructions                                 | 3-1    |
| 3-03     | Sheet Pile Wall                              | 3-1    |
| 3-04     | Measurement and Payment                      | 3-2    |

### SECTION 4
### DREDGING AND LEVEE RECONSTRUCTION

| 4-01     | General                                      | 4-1    |
| 4-02     | Dredging                                     | 4-1    |
| 4-03     | Levee Reconstruction                         | 4-3    |
| 4-04     | Disposal                                     | 4-7    |
| 4-05     | Quantity Surveys                             | 4-9    |
| 4-06     | Measurement and Acceptance                   | 4-9    |
| 4-07     | Payment                                      | 4-10   |

### SECTION 5
### STEEL SHEET PILING

| 5-01     | Scope                                        | 5-1    |
| 5-02     | Applicable Publications                      | 5-1    |
| 5-03     | Submittals                                   | 5-1    |
| 5-04     | Materials                                    | 5-1    |
| 5-05     | Pulling and Cleaning Existing Sheet Pile     | 5-2    |
| 5-06     | Painting and Installing New and Reused Sheet Pile | 5-2 |
| 5-07     | Measurement and Payment                      | 5-5    |

TABLE OF CONTENTS (Continued)

SECTION 6
TURFING

|          |                                          | Page |
|----------|------------------------------------------|------|
| 6-01     | Scope                                    | 6-1  |
| 6-02     | Areas to be Treated                      | 6-1  |
| 6-03     | Commencement, Prosecution and Completion | 6-1  |
| 6-04     | Materials                                | 6-1  |
| 6-05     | Sampling and Testing                     | 6-3  |
| 6-06     | Special Equipment                        | 6-4  |
| 6-07     | Preparation of Ground Surface            | 6-4  |
| 6-08     | Application of Fertilizer                | 6-5  |
| 6-09     | Seeding                                  | 6-5  |
| 6-10     | Applying and Anchoring Mulch             | 6-5  |
| 6-11     | Watering                                 | 6-6  |
| 6-12     | Mowing                                   | 6-6  |
| 6-13     | Maintenance                              | 6-6  |
| 6-14     | Repair                                   | 6-6  |
| 6-15     | Inspection and Acceptance                | 6-6  |
| 6-16     | Measurement                              | 6-6  |
| 6-17     | Payment                                  | 6-6  |

SECTION 7
MISCELLANEOUS SPECIFICATIONS

| 7-01     | Mobilization and Demobilization          | 7-1  |
| 7-02     | Stone Revetment Under Bridges            | 7-1  |
| 7-03     | Concrete Revetment                       | 7-3  |
| 7-04     | Relocation of Fiber Optic Line           | 7-4  |
| 7-05     | Preconstruction Survey                   | 7-4  |

## SECTION 1

### GENERAL SPECIFICATIONS

#### 1.01    FORM OF PROPOSAL

The proposal form is bound with the specifications together with the
Bond Form, and all are an integral part of each proposal, and must be
returned so attached, sealed in an envelope marked "BID", and further
identified by the project name, as indicated on advertisement to the
Board's Office, Suite 202, Administration Building, New Orleans
Lakefront Airport, New Orleans, Louisiana 70126, prior to the time
specified in the advertisement for bids.

#### 1.02    DEPOSITS

Each proposal must be accompanied by cash, bid bond, or certified check
of five percent (5%) of the amount bid, payable to the Board of
Commissioners of the Orleans Levee District as a guarantee that the
Bidder will, if awarded the contract, enter into a Notarial Contract
with the Board of Commissioners of the Orleans Levee District.  Deposit
will be returned to all unsuccessful bidders upon adjudication of the
contract, included under these specifications, and to the successful
bidder when contract is signed, bond furnished, and work started in
accordance with proposal and specifications.  Should the successful
bidder fail to furnish Bond, as required, or to start work as per his
proposal, the deposit of that bidder shall be forfeited to the Board of
Commissioners of the Orleans Levee District as ascertained, admitted and
liquidated damages.

#### 1.03    ACCEPTANCE AND REJECTION OF BIDS

The Board of Commissioners of the Orleans Levee District reserves the
right to accept any, or reject any and/or all bids, and to waive
informalities, and to base acceptance of bids on responsibility and past
performance of Contractors as well as on price bid.

#### 1.04    NOTARIAL CONTRACT

The Board of Commissioners of the Orleans Levee District, as party of
the first part, hereinafter referred to as "The Board" or the "Orleans
Levee Board", will require that the bidder to whom the award has been
made, as part of the second part, hereinafter referred to as "The
Contractor", enter into a Notarial Contract within twelve (12) working
days after receipt of notification from the Board that award of contract
has been made to him.  The fee of the Notary, who will be selected by
the Board, will be paid by the Contractor.  See 1.42 for fee schedule.
The recording or fees likewise to be paid by the Contractor.

#### 1.05    BOND

The Contractor shall furnish, without expense to the Board, a bond
written by a Bonding Company to be approved by the Board in the total
amount of Contract.  This is to guarantee to the Board the proper

1 - 1

performance by the Contractor of all and singular obligations assumed by said Contractor under this contract. This bond will be cancelled and sureties released after completion and acceptance by the Board of the work described herein and after expiration of the period provided by law.

## 1.06    DEFINITION OF TERMS

Wherever the term "Chief Engineer" is used in these specifications, drawings, and in the contract, it shall mean the Chief Engineer of the Board of Commissioners of the Orleans Levee District. Wherever the word "Board" or "Orleans Levee Board" is used, it shall mean the Board of Commissioners of the Orleans Levee District.

## 1.07    GENERAL AND SPECIAL SPECIFICATIONS

Wherever the word "Specifications" is mentioned in the proposal, contract or elsewhere, it shall be taken as meaning both the General and the Special Specifications.

## 1.08    SPECIFICATIONS AND DRAWINGS

The specifications and drawings accompanying the proposal are deemed sufficient for the proper execution of the work contemplated under this contract, but should there be an omission or error, or should the said drawings and specifications be insufficient, the Contractor shall not be permitted to profit thereby, nor shall he be penalized, but the Chief Engineer shall, upon discovery of insufficient drawings and specifications, error or omission, correct same, or supply the necessary information or correction.

## 1.09    INTERPRETATION OF DOCUMENTS    (See Section B-4.03)

No oral interpretation will be made to any bidder as to the meaning of any of the Contract Documents which in effect would modify any of the provisions of same. ░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░ ░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░ ░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░▒▓▒░ ░▒▓▒░ Every interpretation shall be in the form of an addendum to the specifications. All addenda issued shall become part of the Contract Documents.

## 1.10    EXTRA WORK

If any work not included in the contract and not specified herein or called for on the plans is deemed necessary by the Chief Engineer, it shall be performed by the Contractor as Extra Work. No claim for extras will be allowed unless specifically authorized in writing by the Chief Engineer of this Board. Payment for such extra work shall be made on the basis of a price previously agreed on if this is feasible, otherwise at actual cost to the Contractor for all labor and material used plus fifteen percent (15%). No compensation will be allowed for overhead or for the rental of small tools. If any equipment such as pile drivers, pumps, excavations, air compressor and such machinery is used in doing

1 - 2

extra work, payment for the rental of such machinery will be made at a price to be agreed on between the Contractor and the Chief Engineer before any work is undertaken.

## 1.11   INSURANCE

### (A)   GENERAL:

(1)   The Contractor shall obtain, maintain during the life of the project, and provide copies to the Owner of the following insurance policies which shall be obtained from insurance companies licensed to do business in the State in which the project is located in the amounts and for the purposes stated and subject to the Owner's approval. Insurance policies shall be approved by owner prior to the commencement of the work. Copies of evidence of renewal of insurance policies shall be obtained and furnished to the Owner prior to the expiration date of such insurance policies when these insurance policies are written for period shorter than the life of the project.

(2)   The Contractor shall not cause any insurance policy to be cancelled or permit it to lapse, and all insurance policies shall include a clause to the effect that the insurance policy or certificate shall not be subject to cancellation or to a reduction in the required coverages and limits of liability or amounts of insurance, until notice has been mailed to the Owner stating the date when such cancellation or reduction shall be effective, which date SHALL NOT BE LESS THAN THIRTY (30) DAYS AFTER SUCH NOTICE.

### (B)   WORKMEN'S COMPENSATION AND EMPLOYER'S LIABILITY:

Statutory Workmen's Compensation and Employer's Liability coverages, for the limit of $100,000 Bodily Injury by accident, $500,000 by Disease policy limit and $100,000 Bodily Injury each employee. Insurance certificates, shall provide coverage for the provisions of the Federal Longshoremans Act and Employers Maritime Liability, should the work to be performed involve these exposures. Maritime limits shall be $500,000 each accident and $500,000 aggregate.

### (C)   COMPREHENSIVE GENERAL LIABILITY:

(1)   "Occurrence" coverage policy:
Limit of Liability:
Combined single limit Bodily Injury and Property Damage

| | |
|---|---|
| I  - Each Occurrence: | $ 500,000 |
| II - In the Aggregate: | $1,000,000 |

(2)   "Claims-Made" Coverage Policy:
Limit of Liability:

|  |  |  |  |
|---|---|---|---|
| I | – General Aggregate, other than products completed operations |  | $1,000,000 |
| II | – Products-Completed Operations Aggregate limit |  | $1,000,000 |
| III | – Each Occurrence |  | $ 500,000 |

Official copies of all General Liability Policies shall include the following exposures:

    (a) "Blasting or explosion"

    (b) Collapse and damage to underground property, for injury or destruction of any property resulting therefrom.

    (c) Products-Completed Operations

    (d) Contractual (hold harmless) Agreement

(D) OWNERS AND ENGINEERS PROTECTIVE (CONTINGENT) LIABILITY:

This policy shall be issued in the name of and for the protection of the owner and shall include the architect-engineer as an additional insured.

Limits of liability shall equal the limits requested under Section. (C) Comprehensive General Liability.

(E) COMPREHENSIVE AUTOMOBILE LIABILITY:

Business Auto Policy
Limits of Liability
Combined single limit bodily injury and property damage:
    $500,000 per accident
    Coverage shall include:

(1) All owned vehicles

(2) Hired or leased vehicles (including coverage for Contractual Liability)

(3) Non-Owned Vehicles

(F) AVIATION LIABILITY INSURANCE (APPLICABLE WHEN AIRCRAFTS ARE NECESSARY IN THE CONTRACT WORK):

Limits of Liability:

(1) Bodily Injury, excluding passengers:
    Each Person:             $1,000,000
    Each Occurrence:      $2,000,000

(2) Single limit, Bodily Injury and Property Damage Including Bodily Injury to passenger:

1 - 4

Each Occurrence:                          $2,000,000

Coverage shall include all leased, hired or other non-owned aircraft.

(G) MARINE INSURANCE (APPLICABLE IF WATERCRAFT AND/OR AMPHIBIANS ARE ARE USED IN THE CONTRACT WORK):

Limits of Liability:

Protection and Indemnity Insurance on all vessels owned and/or chartered.

Limit up to value of the vessel or $1,000,000 single limit, whichever limit is greater.

(H) CONTRACTUAL, HOLD HARMLESS AGREEMENT:

The Contractor shall indemnify, and Hold and save Harmless the Board from all loss, liability or expense to which the Board may be subjected as a result of the operations, Acts of Omissions of the Contractor or any Subcontractor. Under the insurance to be provided for this exposure, the limits of liability shall apply as required under the following coverages and policy.

Item (C-a) "Occurrence Coverage" Policy
Item (C-b) "Claims Made" Policy

(I) EXCEPTION:

To expedite contract awards, certificates of insurance, not a copy of the policy, will be considered on any lines of insurance. However, at the request of the Board, Contractor shall furnish copies of original policies when deemed necessary.

(J) BUILDER'S RISK INSURANCE:

The Contractor shall take out and maintain during the life of this Contract, required amount of insurance for protection against perils of fire, extended coverage (windstorm, hail, explosion, etc.), vandalism and mailicious mischief, provided the work includes construction of any structure. This insurance shall show joint interest of the Owner and Contractor as they may appear. Contractor shall further assume all risks concerning this work, until final acceptance of his work by the Engineers and the Owner.

Optional Coverages, if exposures applicable:
Flood and quake
Away from site
In transit

This insurance shall be placed with reliable insurance carriers, satisfactory to the Board, with a Best Rating of B-X or better who are authorized to do business in the State of Louisiana.

All certificates of insurance shall include thirty (30) days notice of cancellation.

1 - 5

## 1.12    ENGINEER'S DECISION FINAL

If any of the clauses of these specifications appear to conflict or to be inconsistent, they will not be read separately, but all of the clauses shall be understood to be cumulative, and the specifications as a whole be read in order to arrive at the intent of the Contract.

The Chief Engineer shall be the sole judge of the meaning and intent of these specifications, and to whether the specifications have been fully complied with, and the contract satisfactorily performed, and his decision, in case of any misunderstanding or dispute in these particulars, shall be final and binding on both parties.

## 1.13    ANNULMENT OF CONTRACT

If, in the opinion of the Chief Engineer, the Contractor fails to perform the work with sufficient workmen and equipment, or with sufficient material to insure its completion in the time specified in the contract, or shall discontinue the prosecution of the work, or become insolvent, or bankrupt, or shall not carry out the work in an acceptable manner, the Chief Engineer shall give notice in writing to the Contractor, or his Surety, of such delay, neglect, or default, specifying same, and if the Contractor, within a period of ten (10) days after such notice shall not proceed in accordance therewith, then the Chief Engineer shall have full power and authority without violating the contract to take the prosecution of the work out of the hands of the Contractor to appropriate or use any, and/or all materials and equipment on the grounds as may be suitable and acceptable, and may enter into an agreement for the completion of said contract, according to the terms and provisions thereof, or use such other methods, as in his opinion shall be required for the completion of said contract in an acceptable manner and within the time specified. All costs and charges incurred by the Board of Commissioners of the Orleans Levee District, together with the cost of completing the work under the contract, shall be deducted from any monies due, or which may become due said Contractor. In case the expense incurred by the Board of Commissioners of the Orleans Levee District shall be less than the sum which would have been payable under the contract had it been completed by said Contractor, the said Contractor shall be entitled to receive the difference; and in case such expense shall exceed the sum which would have been payable under the contract, the Contractor and his Surety shall be liable to the Board of Commissioners of the Orleans Levee District for the amount of said excess.

## 1.14    ORDINANCES

The Contractor shall comply with all federal, state and city laws, as well as police and health ordinances applying to public work.

## 1.15    SUBCONTRACTORS

No part of the work herein contracted for shall be given, sold or assigned to subcontractors without the consent of the Chief Engineer of this Board.

1 - 6

## 1.16    SUPERINTENDENT

The Contractor must, at all times, either be personally present around the work, or be represented by a competent superintendent, who shall be clothed with full authority to act for him in all cases, and to carry out any instructions relative to the work, which may be given by the Chief Engineer, either personally, or by his authorized representative. The superintendent shall have had the required experience in this class of work, and he shall be satisfactory to the Chief Engineer of the Board.

## 1.17    PATENTS

The Contractor shall defend any and all suits instituted for alleged infringement of patents, if any, or all of the material or apparatus furnished, or used under these specifications and drawings or for any other materials or apparatus not specifically mentioned therein and shall pay all damages and cost of suits instituted in any court provided that the Board of Commissioners of the Orleans Levee District shall give the Contractor notice and opportunity to defend such suit or suits.

## 1.18    LIGHTS

The Contractor shall keep proper lights each night between the hours of sunset and sunrise upon all equipment connected with the work when necessary and shall be responsible for all damages resulting from any neglect or failure in this respect.

## 1.19.   INSPECTION

The work will be conducted under the general direction of the Chief Engineer and will be inspected by inspectors, appointed by him, who will enforce a strict compliance with the terms of the contract.

The inspector will keep all necessary records of the work that has been done, but the presence of the inspector shall not relieve the Contractor or his agents from any responsibility for the proper performance of the work.

The Contractor shall not be entitled to payment for any improper work accepted or allowed by the inspector.

## 1.20    PROSECUTION OF WORK

The work shall be prosecuted as directed by the Chief Engineer and shall be conducted in such manner and with sufficient materials, equipment and labor as will insure the completion of the work within the time specified in the written proposal of the Contractor.

## 1.21    MOVEMENT OF PLANT

At no time shall the plant of the Contractor or any part thereof be removed from the site of the work without the consent in writing from the Chief Engineer.

### 1.22   ORDER OF WORK

The Chief Engineer shall have the right to designate the place at which work shall begin, and the Contractor will be required in advance of the moving of the work to obtain the approval of the Chief Engineer as to the plan of operations he contemplates following.

### 1.23   LIENS AGAINST CONTRACTORS

Whenever required, the Contractor shall show evidence satisfactory to the Chief Engineer that all bills for labor, materials, supplies, salaries, and equipment have been paid by the Contractor, and that there are no liens or claims against the Contractor by furnishing a lien certificate from the Records of Mortgages for work or materials furnished in the performance of this work.

### 1.24   PARTIAL PAYMENTS   (See Section 2-22)

Partial payments will be made on monthly estimates of work done and accepted by the Chief Engineer as being completed according to plans and specifications reserving ten percent (10%) of the amount earned in each estimate.

The ten percent (10%) retainer on each payment will not be released by the Board until the expiration of the time prescribed by law.

The Contractor shall use Orleans Levee Board forms for "Periodical Estimate for Partial Contract Payment" in submitting request for partial payments. These forms are to be submitted to the Board in original and three copies for a total of four (4). Forms may be obtained at the office of the Orleans Levee Board as required.

The Contractor must submit his Lien and Privilege Certificate with his final request for payment in order to receive his ten percent (10%) retainer. This Lien and Privilege Certificate is obtained from the Mortgage Office forty-five (45) days after Certificate of Acceptance has been recorded.

### 1.25   TIME TO FILE CLAIMS

The monthly estimate of work accomplished shall cover all monies due the Contractor, but if the Contractor at any time shall feel that he has claim for work not allowed in the estimate, then he shall file this claim within thirty (30) days after receipt of the monthly estimate of work to which the claim applies.

Any claim filed later than thirty (30) days after receipt of the monthly estimate to which it applies shall not be considered, and the filing of any claim within the aforesaid time is a condition precedent to the consideration of the claim.

### 1.26   BOARD OF ARBITRATORS

Upon the final settlement of this contract all disputed matters which have occurred in the course of said contract and which have not been disposed of as provided for in Paragraph 1.12 shall be submitted to a

Board of Arbitrators; one member shall be selected by the Board, one member by the Contractor, and the third member shall be selected by the former two members who shall grant a prompt hearing and decision on all disputed matters. Said decisions shall be final and binding on both parties. The cost for the services of the third member, if any, to be borne jointly between the Contractor and the Board.

## 1.27    CLEANING UP

At the completion of contract and before final acceptance, the Contractor shall move his equipment including the discarded equipment, if any, the temporary structures used by him during construction, all debris and rubbish, and leave the site in clean condition to the satisfaction of the Chief Engineer.

## 1.28    ACCEPTANCE

Upon completion of the work shown on the plans and described in these specifications, the work performed shall be inspected as a whole, and if found satisfactory by the Chief Engineer, a Certificate of Acceptance with the final estimate shall be issued, but no acceptance of the work for final payment shall be made unless and until said Certificate of Acceptance is issued by the Chief Engineer.

## 1.29    CERTIFICATE OF ACCEPTANCE

Upon acceptance of the contract, the Board will file the acceptance with the Recorder of Mortgages as the Contractor's retainage will be held for forty-five (45) days after date of filing as required by law.

## 1.30    OFFICE OF CONTRACTOR

The Contractor shall maintain on the site of the work a field office, and he shall agree that all communications, orders, or instructions delivered to his field office from the office of the Board shall be received and shall have the same legal force and effect as if delivered to him in person.

## 1.31    WITHDRAWAL OF BIDS

No bids may be withdrawn after the schedule closing time for receipt of bids nor for at least ~~THIRTYXX(30)~~ DAYS thereafter.
SIXTY (60)

## 1.32    TAXES

The prices stated in the proposal shall include all taxes applicable to the Contractor.

## 1.33 AWARD OF CONTRACT

Unless otherwise specifically stated in the Special Specifications, the contract will be awarded on bid prices in the proposal. If time is bid by the Contractor, all bids will be corrected in accordance with the Liquidated Damage Paragraph of the proposal, otherwise, no correction is necessary if the Board established the time of the contract.

## 1.34 CONTRACT BE LET AS WHOLE

Unless otherwise specifically stated in the Special Specifications, the contract will be let as whole. No bid will be considered in which all items have not been priced by the bidder.

## 1.35 ADDENDUM

All bidders are requested to direct all questions about the specifications promptly to the Chief Engineer. This will facilitate making Addendum as required.

## 1.36 APPROXIMATE QUANTITIES

Unless otherwise specifically specified in the Special Specifications, all quantities mentioned in the proposal are approximate and for bidding purposes only.

## 1.37 REFERENCE TO MATERIALS BY NAME

Specific reference in the specifications to any product or material by name or make shall be interpreted as established a standard of quality and shall not be construed as limiting competition, and the Contractor, in such cases, may at his option use any product or material which in the judgement of the Chief Engineer is equal to that named. Prior to the submission of proposal, any proposed substitution of material must be submitted to the Chief Engineer in writing for approval.

## 1.38 DIFFICULTIES

Attention of bidders is called to the conditions and difficulties that may be encountered in his work and bidders are warned to visit and inspect the site of work and acquaint themselves thoroughly with conditions, especially weather, etc., as the Board assumes no responsibility whatever for information furnished the Contractor and does not guarantee its correctness, but the Contractor shall assume full responsibility for his equipment as no claim will be entertained in the case of loss due to any cause whatsoever.

## 1.39 LIQUIDATED DAMAGES

The Contractor specifically agrees in his proposal to the amount of time in which this contract is to be completed, calculated from the date of issuance of Work Order to the date of its completion and acceptance by the Chief Engineer. Any time that is consumed for the completion over and above the stipulated amount of time, agreed to in the proposal by

1 - 10

the Contractor, shall be charged against the Contractor as liquidated damages, not as a penalty. The contractor's failure to complete the work on time shall be a default, notice of which is waived by the Contractor.

## 1.40    CONTRACT TIME

The contract time shall consist of the calendar days elapsed, beginning with the date of issuance of work order and ending with the completion of the work and acceptance by the Chief Engineer.    If in the opinion of the Chief Engineer, the Contractor's work should be delayed because of rain, a strike, or an act of God such as a hurricane, fire, etc., he shall be granted an extension of time.    If the Contractor has worked on .any part of the project for least four (4) hours on any one day, he will have no claim for extra time on that day.

Any request for extension of contract time shall be submitted in writing by the Contractor to the Chief Engineer and shall state the reason for request.·

## 1.41    LICENSES

In accordance with State Act No. 233, effective August 1, 1956, and amended to date, on projects amounting to more than $50,000.00 only bids of Contractors and/or Subcontractors licensed under Act No. 233 of 1956 and amended to date will be considered.

It is the responsibility of the bidder to determine the proper job classification and to possess the proper license, all in accordance with LRS 37:2151 et seq.

Contractors desiring to bid shall submit to Architects or Engineers evidence that they hold license of proper classification and in full force and effect.

## 1.42    ATTORNEY AND NOTARY FEE SCHEDULE

|          |    |         | | FEE   |   | COSTS*  |   | | TOTAL  |
|----------|----|---------|---|--------|---|---------|---|---|--------|
| UNDER    | $  | 3,000   | $ | 125.00 | + | $ 75.00 | = | $ | 200.00 |
| UNDER    | $  | 6,000   | $ | 180.00 | + | $ 75.00 | = | $ | 255.00 |
| UNDER    | $  | 10,000  | $ | 230.00 | + | $ 75.00 | = | $ | 305.00 |
| UNDER    | $  | 15,000  | $ | 275.00 | + | $ 75.00 | = | $ | 350.00 |
| UNDER    | $  | 25,000  | $ | 375.00 | + | $ 75.00 | = | $ | 450.00 |
| UNDER    | $  | 50,000  | $ | 500.00 | + | $ 75.00 | = | $ | 575.00 |
| UNDER    | $  | 100,000 | $ | 650.00 | + | $ 75.00 | = | $ | 725.00 |
| UNDER    | $  | 250,000 | $ | 900.00 | + | $ 75.00 | = | $ | 975.00 |

| UNDER | $    500,000 | $1,100.00 | + | $ 75.00 | = | $1,175.00 |
|-------|--------------|-----------|---|---------|---|-----------|
| UNDER | $ 1,000,000  | $1,800.00 | + | $ 75.00 | = | $1,875.00 |
| UNDER | $ 5,000,000  | $3,800.00 | + | $ 75.00 | = | $3,875.00 |
| UNDER | $15,000,000  | $5,900.00 | + | $ 75.00 | = | $5,975.00 |
| OVER  | $15,000,000  | $6,500.00 | + | $ 75.00 | = | $6,575.00 |

* Includes costs of recording contract plus notarizing and recordation of Affidavit of Acceptance

## 1.43   PAYMENT OF EMPLOYEES

No laborer or mechanic shall be required or permitted to be employed in this work in excess of eight (8) hours in any calendar day or in excess of forty (40) hours in any work week unless such laborer or mechanic receives compensation at a rate not less than one and one-half (1 1/2) times his basic rate of pay for all hours worked in excess of eight (8) hours in any calendar day or in excess of forty (40) hours in such work week, whichever is the greatest number of overtime hours.

All employees engaged in this work shall be paid in full (less deductions made mandatory by law) no less often than once each week without subsequent deductions, rebate on any account the full amount due at time of payment computed in accordance with the provisions of (a) and (b) above, irrespective of any contractual relationship which may be alleged to exist between the contractor and/or subcontractor and such laborers and mechanics.

## 1.44   AUDIT AND INSPECTION

The owner's authorized representatives and/or the Louisiana State Legislative Auditor shall be entitled and permitted to inspect all work, material, records of personnel, invoices of materials, other data and all other records that pertain to the execution of this contract.

## 1.45   SIGNING OF PROPOSAL DOCUMENTS

Any proposal documents not signed by the Contractor will not be accepted by the Board. If the proposal is made by a partnership, it shall contain the names of each partner and shall be signed in the firm name, followed by the signature of the person authorized to sign. If the proposal is made by a corporation, it shall be signed by the name of the corporation followed by the signature of the officer authorized to sign, and the printed designation of the office he holds in the corporation. Contractor is reminded that he must fill out the bidder information form and the bidder experience form, otherwise the proposal may be considered informal and could be rejected. Contract form, bond form and affidavit form are not to be filled in by bidder.

## 1.46   ARITHMETIC DISCREPANCIES IN BID PRICE   (See Section 2-21)

The following methods will be used to resolve any arithmetic discrepancies found on bid forms as submitted by bidders:

(1)  Obviously misplaced decimal points will be corrected.

(2)  In the event of a discrepancy between the unit price and the extended price, the unit price will govern.

(3)  Apparent errors in the extension of unit price will be corrected.

(4)  Apparent errors in the addition of lump sum and extended unit prices will be corrected.

## 1.47   SUBCONTRACTORS

Prior to receiving a work order, the successful bidder must submit to the Chief Engineer a list of all proposed subcontractors for the project. The list shall show the name and address of each firm, the type or work to be performed, the estimated dollar value of the work and the minority status (if any) of the firm.

## 1.48   MINORITY BUSINESS PARTICIPATION

It is the established policy of the Orleans Levee Board to encourage to the fullest extent the use of local minority contractors for subcontract work whenever practical. A list of certified minority owned construction firms in each specialized field of construction may be obtained from the Office of Minority Business Development, City of New Orleans. For purposes of these specifications, minority owned firms are defined as follows:

"Minority" shall mean a person who is a citizen or lawful permanent resident of the United States and who is:

(a)  Black: having origins in any of the black racial groups of Africa.

(b)  Hispanic: of Mexican, Puerto Rican, Cuban, Central or South American, or other

(c)  Asian American: having origins in any of the original peoples of the Far East, Southeast Asia, the Indian subcontinent, or the Pacific Islands.

(d)  American Indian or Alaskan Native: having origins in any of the original peoples of North America.

(e)  Female.

"Minority business enterprise" or "minority-owned business" means a small business organized for profit performing a commercially useful function which is owned and controlled by one or more minority individuals or minority business enterprises certified by the Office of Minority Business Development, City of New Orleans. Owned and controlled means a business in which one or more minorities or minority business enterprises certified by the Office of Minority Business Development, City of New Orleans, owns at least fifty-one percent or in the case of a corporation at least fifty-one percent of the voting stock and control at least fifty-one percent of the management and daily business operations of the business.

1 - 13

## SECTION 2
### SPECIAL PROVISIONS

### 2-01 EXTENT OF CONTRACT

The work to be done under this contract consists of furnishing all plant, equipment, labor and materials, and performing all operations necessary for the following items of work along the 17th Street Canal from the Hammond Highway Bridge to the Southern Railway Bridge: (1) Demolition and removal of all existing structures and obstructions in the canal between Hammond Highway and the Southern Railway; (2) Removal of existing sheet pile, and demolition and removal of its concrete cap, on the Orleans Levee from Hammond Highway to Baseline Sta. 634+65; (3) Dredging of the Orleans side of the canal between Hammond Highway and Interstate 10, and disposal of all dredge material; (4) Reshaping of the Orleans Levee between Hammond Highway and the Southern Railway, and disposal of all excess excavation material at the designated site; (5) Construction of a cantilever steel sheet pile wall between Hammond Highway and the Southern Railway, and providing for vibration monitoring to be in effect during all pile driving operations; (6) Turfing of disturbed and regraded areas within the project limits and at the disposal site for excess levee excavation material; (7) Construction of stone revetments under the Hammond Highway, Veterans Highway and Interstate 10 bridges; (8) Construction of a concrete revetment on the Orleans Levee, just south of the Hammond Highway bridge; (9) Coordinating with U.S. Sprint to relocate one of their fiber optic lines; and (10) Providing for a preconstruction survey of all properties along the Orleans Levee from Hammond Highway to the Southern Railway; all as shown in the contract drawings and as specified herein.

### 2-02 CONTRACT DOCUMENTS

The contract documents governing this contract consist of the following:

1. Contract Specifications consisting of the following papers which are bound together under one cover:

    Advertisement
    Instruction to Bidders
    Proposal Form
    Bidder's Information Form
    Bidder's Experience Form
    Contract and Bond
    Affidavit Form
    General Specifications of the Orleans Levee Board
    Special Specifications for Contract 2043-0489

2.  Contract Drawings titled:

The Board of Levee Commissioners
of the
Orleans Levee District
Contract 2043-0489

Excavation and Flood Protection - 17th Street Canal
Phase IB
Hammond Highway to Southern Railway

Consisting of:  Drawings Nos.:  1-43

2-03 SPECIAL SPECIFICATIONS
The special specifications governing the work to be done under
this contract, as described in Paragraph 2-02, will be covered under
the following headings:

Section 2  - Special Provisions
Section 3  - Demolition
Section 4  - Dredging and Levee Reconstruction
Section 5  - Steel Sheet Piling
Section 6  - Turfing
Section 7  - Miscellaneous Specifications

2-04 STANDARDS
Wherever in these contract documents, references are made to
A.S.A., A.C.I., A.W.W.A., A.S.T.M., and/or other standards and/or
requirements, it shall be understood that the latest standards and/or
requirements of the American Standard Association, American Concrete
Institute, etc., are intended and shall apply, except to the extent
that said standards and/or requirements may be in conflict with appli-
cable laws, ordinances, etc.

2-05 DEFINITION OF TERMS
See also Section 1.06.

Whenever the term "Engineer" is used, it shall be understood to
refer to Modjeski and Masters.

Whenever the term "Chief Engineer's Representative" is used, it
shall be understood to refer to the Chief Engineer's field inspector.

Any submittals that are to be made to the Chief Engineer for
approval shall be made through the Chief Engineer's Representative.

2-06 CHANGES IN CONDITIONS
As it is impossible for the Board to guarantee that no changes
in conditions will take place from the time bids are submitted until
work is started, the Contractor will be required to assume respon-
sibility for changes in conditions beyond the control of the Board.
These contract documents with the Form of Proposal are issued to bid-
ders with the understanding that the Board disclaims all respon-
sibility to the matter of general conditions in the project area.

Bidders must determine for themselves the conditions under which the work will be done and keep abreast of the changes. It is noted that the Engineer's Survey, as referenced to in these specifications and the contract drawings, was current as of April, 1987.

## 2-07 RIGHT-OF-WAY AND ACCESS TO WORK SITE
### 2-07.1 General Project Limits

The Orleans Levee Board will provide the following right-of-way required for construction purposes without cost to the Contractor:

> North Limit - a line perpendicular to the project baseline and passing through Station 552+00.

> South Limit - a line perpendicular to the project baseline and passing through Station 671+00.

> West Limit - the canalside edge of crown on the Jefferson levee.

> East Limit - The "fence line" on the backside slope of the Orleans levee.

This does not however include the right to perform any work off of the bridges within these limits.

### 2-07.2 Intersection of West Harrison Avenue and Bellaire Drive

The right-of-way necessary to provide the 6" of required fill in the vacant lots opposite Baseline Station 604+00 (intersection of West Harrison Avenue and Bellaire Drive) shall be obtained by the Contractor through a lease with the City of New Orleans, who is the Owner of the property. This lease will also allow the Contractor to use this location as a point of access and a location to off-load dredge material from barges into lined trucks. (See Section 4-02.1.) The City's requirements for this lease are as follows:

1) Corporate resolution that the person signing is authorized to sign in the name of his company.

2) A rental of $1,200.00 for the period of one year from whenever the Contractor wishes to begin.

3) A provision for a minimum $500,000/$1,000,000 liability insurance and a minimum of $100,000 property damages especially to cover damage to adjacent property.

4) A hold harmless clause in favor of the City of New Orleans.

5) A stipulation that at the termination of the contract, the portion of these lots between the 6" of required fill and the street (Bellaire Drive), will be filled and graded to street level so as to remove all evidence that trucks have used this as a driveway; a provision that new grass seed be planted, in accordance with Section 6 of these

Specifications, when the grading has been completed; and a provision that any curbs damaged as a result of the Contractor's operations shall be replaced with a new curb of the same type. There is also a provision that the entrance to the area be signed and/or signalized and/or barricaded in compliance with the directives of the Department of Streets.

In addition, the Contractor must also supply a letter to the City from NOPSI stating that satisfactory arrangements have been made for the retention or relocation of its overhead electric distribution lines within the bounds of the subject property.

This lease does not provide for use of this property as a storage location for materials or equipment. If the Contractor wishes to use this property for such purposes, he shall first obtain written permission from the City, and submit a copy to the Chief Engineer.

Any costs associated with obtaining this lease shall be taken into account in the Contractor's bid as there shall be no direct payment. The Contractor shall submit a copy of his lease with the City to the Chief Engineer.

## 2-07.3  Frontage Road Under Interstate

The Contractor shall be given access to the job site north and south of the Interstate, in accordance with the sketches on pages 2-11 through 2-14 of these specifications. The location north of I-10 West is one of the two designated sites for loading dredge material into trucks for hauling. (See Section 4-02.1.)

The permit issued by the Louisiana Department of Transportation and Development, granting permission to use this area for access and loading, is based on the requirements set forth on the referenced sketches which shall strictly be adhered to. Care shall be exercised to prevent damage to the existing curb. If in the opinion of the Chief Engineer or Representative of the Highway Department, any damage has been done, it shall be repaired/replaced to the satisfaction of both parties. Under no circumstances shall the required portable timber ramps be left in the street overnight or during periods when there is no loading activity. Upon completion of work, the Contractor shall remove the earthen fill and shell material used for the levee ramps and shall turf all disturbed areas in accordance with Section 6 of these specifications.

The permit issued does not provide for use of this area as a storage location for materials or equipment. If the Contractor wishes to use this property for such purposes, he shall first obtain written permission from the State, and submit a copy to the Chief Engineer.

2-4

Any costs associated with meeting the requirements set forth on the sketches on pages 2-11 through 2-14 shall be taken into account in the Contractor's bid as there shall be no direct payment.

## 2-07.4  Other Locations

The Contractor shall obtain at his own expense, any additional lands desired for his own convenience in the performance of the work. Any agreements made with public agencies or private concerns shall be the sole responsibility of the Contractor and shall be made in writing, stating all terms of the agreement. Two copies of all agreements shall be submitted to the Chief Engineer.

## 2-08  TRAFFIC

The Contractor shall schedule and plan his work to minimize interference with vehicular traffic.

All traffic re-routing, barricading, signing, lighting, and other construction traffic control devices shall comply with the Federal Highway Administration's "Manual on Uniform Traffic Control Devices" - Part VI, and shall be submitted to the Department of Streets and the Chief Engineer for approval. Proof of approval from the Department of Streets shall be submitted to the Chief Engineer.

At the two locations where the Contractor will be allowed to off load dredge material into lined trucks for hauling (see Section 4-02.1), the Contractor shall provide the traffic control measures and signing as shown on pages 2-15 and 2-16 of these specifications, and as specified herein.  The flagmen shall be provisioned with STOP/SLOW paddles and vests, which shall be suitable for use at night if working after dusk.  In addition adequate lighting shall be provided by the Contractor to insure that the flaggers can easily be seen by approaching vehicles if work is conducted after dusk.  Signs shall be the standard size and color, and shall be illuminated or reflectorized for night use.  Signs shall be erected according to standard procedures.  The Contractor shall take these requirements into account in his bid as there shall be no direct payment.  (These requirements have already been approved by the Department of Streets.)

## 2-09  TRUCKING THROUGH CITY STREETS

Trucks used for hauling shall not exceed the weight limits of the Department of Streets given on pages 2-17 and 2-18 of these specifications, nor shall they exceed 12 cubic yards in capacity.  Lining requirements for trucks hauling dredge material are given in Section 4-04.2.

Trucks traveling to and from the loading areas specified in Section 4-02.1 shall be due so as follows:

1) Trucks travelling to the loading area at the intersection of West Harrison Avenue and Bellaire Drive shall due so from Pontchartrain/West End Boulevard to West Harrison Avenue; and vice versa for trucks leaving this loading area.  No trucks shall use Bellaire Drive or Fleur De Lis Drive for travelling to or from this location.

2) Trucks traveling to the loading area off the Frontage Road shall due·so from Veterans Highway to Fleur De Lis Drive to North Frontage Road; and vice versa for trucks leaving this loading area. No trucks shall use Academy Drive for travelling to or from this location.

The Contractor shall be required to take immediate action to clean up any spilled haul material on any street between the loading area and his approved disposal site. Failure to do so may result in having construction activities shut down by the Chief Engineer's Representative, until all spillage is cleaned up. If necessary, to prevent littering city streets, trucks hauling dredge material will be prohibited from being loaded above water level lines.

In addition, the streets between the loading area in Item 1 above and Veterans Highway, and the streets between the loading area in Item 2 above and Pontchartrain/West End Boulevard, shall be kept clean of mud from tires, etc. The Contractor shall be required at the end of each day to scrape up any residual mud tracked by the trucks' tires. The Contractor shall hose down the streets at periodic intervals as deemed necessary by the Chief Engineer's representative. The streets shall be scraped clean before any hosing is done.

The Contractor shall perform, under the supervision of the Sewerage and Water Board, periodic inspections of the drains along the above referenced streets in order to make sure they are not getting clogged.

A representative of the Department of Streets· will be performing weekly inspections of the above referenced streets to monitor their condition. Any damage to the streets shall be addressed immediately by the Contractor.

## 2-10 UTILITIES

The Contractor's attention is called to the presence of overhead power lines crossing the canal from Dublin Street and Chestnut Street on the Jefferson side to 36th Street on the Orleans side. The crossing from Dublin to 36th is a transmission line and the crossing from Chestnut to 36th is a distribution line.

The transmission line is at a higher elevation than the distribution line, and can be de-energized but not taken down. It is pointed out however that during the period of May 1st through September 15th, LP&L will not permit the transmission line to be de-energized. The Contractor should schedule his work such that it does not conflict with this time period.

The distribution line can be de-energized and if necessary taken down.

The Contractor shall have a preliminary work schedule prepared for the LP&L representatives at the preconstruction conference and shall be required to give notice to the representatives a minimum of 10 working days prior to the actual outage.

The LP&L representatives are:

Transmission Line:  Hal Drez
                    831-5620

Distribution Line:  Mark Bruckner
                    831-5648

## 2-11 WORKING IN THE VICINITY OF EXISTING STRUCTURES
The Contractor shall exercise caution when working in the vicinity of existing structures. Repair of damage to any items will be the responsibility of the Contractor.

The Contractor's attention is brought to the proximity of private residences along the full length of the project site, especially the close proximity of fences, garages, outbuildings, swimming pools etc. Consideration should be given to this condition, as well as the limited width of the work area, in choosing the size of equipment to perform the job.

## 2-12 DAMAGE TO PROPERTY
The Contractor shall assume full responsibility for any damage to any property of the Board or other owner, resulting from his work under this contract. He shall also put back into its original position and condition any and all fences, sidewalks, curbing, roadways, neutral grounds, billboards, signs, etc., that he is required to remove to necessitate the completion of this contract.

## 2-13 LINES, GRADES, ETC.
The Engineer will verify with the Contractor the permanent control points and bench marks for locations and elevations. From these established control points and bench marks, the Contractor shall establish all locations and grades of the work and shall be solely responsible for the exact position of all parts of the work with reference to these established lines and bench marks. The Contractor shall maintain his own field engineering force, that of the Chief Engineer being for checking. The Contractor shall furnish, free of charge, all stakes, permanent bench construction, templates, instrument platforms, other materials necessary for marking and maintaining points and lines given. He shall furnish the Chief Engineer's Representative such assistance as he may require in checking the layout of the work. The Contractor shall be held responsible for the protection of all stakes and marks and if, in the opinion of the Chief Engineer's Representative, benches or lines established by the Engineer have been destroyed or disturbed, they shall be replaced at the Contractor's expense.

2-7

The cost of establishing working control points and bench marks, and maintaining a field engineering force shall be included in the bid price.

Any deviation from the Contract Drawings not approved by the Chief Engineer, shall be subject to correction at the Contractor's expense.

## 2-14 MATERIALS BY CONTRACTOR
All materials required for the various items of work shall be furnished by the Contractor.

## 2-15 CONTRACTOR'S PLANS, SAMPLES AND DATA
The Contractor shall submit for approval, and with such promptness as to cause no delay in his work or in that of the Board, six copies of all shop assembly, erection, Manufacturer's or Fabricator's drawings of materials or equipment, requiring shop or field fabrication, assembly, or erection, together with other information in such detail as will permit the Engineer to judge whether the proposed material, equipment or arrangement will meet the general requirements of the contract drawings and specifications. The Engineer is to return two signed copies and retain four. When these drawings are final, and prior to start of work, the Engineer shall be furnished four copies. All drawings shall measure 24" x 36". All dimensions and quantities shall be in English units.

At least two weeks time shall be allowed for the Engineer to approve the above drawings. However, the Engineer's approval will not relieve the Contractor of responsibility for omissions or correctness of quantities on such lists and diagrams, nor shall an oversight on the part of the Engineer relieve the Contractor of his responsibility relative to compliance with plans and specifications, unless the Contractor mentions in writing, specifically, the manner in which the item of material and/or workmanship does not comply.

## 2-16 VARIATION IN ESTIMATED QUANTITIES
Where the quantity of a pay item is an estimated quantity and where the actual quantity of such pay item is more than fifteen percent above or below the estimated quantity, an equitable adjustment in the contract price shall be made upon the demand of either party. The equitable adjustment shall be based upon any increase or decrease in costs due solely to the variations above one hundred fifteen percent or below eighty-five percent of the estimated quantity.

## 2-17 AS-BUILT DRAWINGS
Upon completion of the contract, the Contractor shall furnish "as-built" drawings consisting of one set of blue line prints, marked up to reflect any and all deviations from the original plans.

## 2-18 EXTRA WORK
If any extra work is required, the Contractor shall submit along with his cost proposal, any requests for additional contract time that he feels is warranted due to the extra work. Both the cost proposal and requested extra time are subject to review and approval by the Chief Engineer. (See also Section 1.10.)

## 2-19 HOURS OF OPERATION

The Contractor shall limit his hours of operation to the hours between 7:00 a.m. and 7:00 p.m., Monday through Saturday.

## 2-20 SEQUENCE OF CONSTRUCTION

The Contractor shall submit his sequence of construction to the Chief Engineer for approval, prior to the commencement of work.  His sequence shall take into account the following requirements:

1. The preconstruction survey shall be completed prior to the commencement of work.

2. Along the portion of the canal where there is existing sheet pile, the Contractor shall be allowed to degrade/raise the levee crown to the required elevation prior to the installation of the required sheet pile.  Along the portion of the canal where there is not existing sheet pile, the Contractor shall not be allowed to degrade the levee crown to the required elevation prior to the instalaltion of the required sheet pile except in accordance with the following:  On a day to day basis, the Contractor may degrade the levee to the required elevation for that distance that he expects to drive required sheet pile on that day.  If the Contractor falls shorts of driving the number of sheets expected, he shall provide temporary flood protection for the distance that was degraded but sheet pile not put in place.  (See also Section 4-01.2.)

3. Prior to pulling existing sheet piling, the Contractor shall have the required sheet piling in place for a distance of 250 feet past the sheet piling that is being pulled.  (See also Paragraph 5-06.5.4.)

4. Prior to dredging, the Contractor shall have the levees reconstructed, required sheet piling in place, existing sheet piling pulled, and to the extent possible, all items of demolition removed from the canal; all for a distance of 250 feet past the dredging operations.

## 2-21 ARITHMETIC DISCREPANCIES IN BID PRICE

In addition to the four methods given in Section 1.46 for resolvng any arithmetic discrepancies found on bid forms as submitted by bidders, the following fifth method shall be used:

5. In the event of a discrepancy between the written bid total and the numerical bid total, the written bid total shall govern, unless it is obvious through a summation of the bid items that the numerical bid total is correct.

## 2-22 PARTIAL PAYMENT

(In this section of the specifications only, "BOARD" refers to the Sewerage and Water Board of New Orleans, and not the Orleans Levee Board.

Contract 2043-0489 is a joint contract between the Orleans Levee Board (DISTRICT) and the Sewerage and Water Board of New Orleans (BOARD). Partial payments on monthly estimates of work done shall be made in accordance with Section 1.46 of these specifications, and the following:

The Consultant shall separate the Contractor's monthly estimate, and submit the request to the BOARD and the DISTRICT showing the amount due by the respective parties. The DISTRICT shall not pay the Contractor until the estimate is approved by the BOARD and payment is made to the DISTRICT for the BOARD's portion of the monthly estimate. The BOARD's payment shall be made upon receipt of estimate from the DISTRICT.

## 2-23 ENGINEER'S FIELD OFFICE

The Contractor shall provide, operate, and maintain a suitable field office for the exclusive use of the Engineer as follows:

One serviceable mobile metal office trailer shall have the following minimum exterior dimensions 30 feet long and 8 feet wide. The trailer shall be equipped with a suitable desk with locking drawers (2 minimum), 4 chairs, 2-drawer legal size file cabinet with lock, drafting table, electrical drinking fountain, electric lights, automatic electric heaters, 2 air conditioner units at 8,000 to 10,000 BTU's each, storm windows and screens, all to the satisfaction of the Engineer. The Contractor shall provide all necessary service including janitor service, electric power, and individual telephone service, satisfactory to the Engineer.

The Contractor shall also provide a portable toilet for the exclusive use of the Engineer. The toilet shall be maintained by the Contractor and shall be cleaned at least three times per week. All janitoral supplies required for this toilet shall be furnished by the Contractor.

The trailer shall be located in the vicinity of the Contractor's field office and shall be connected to the necessary utilities ready for use. The telephone directory listing for the Engineer's field office shall be in the name of the Engineer. The telephone bill will be paid by the Engineer.

All costs associated with providing and maintaining the Engineer's field office, shall be taken into account in the Contractor's bid so there shall be no direct payment.



(See Section 2.07.3)



(See Section 2-07.3)