

(See Section 2-07.3)



(See Section 2-07.3)

2-14



(See Section 2-08)



WEST END BLVD.

PONTCHARTRAIN BLVD.

FLEUR DE LIS DR.

W. HARRISON

BELLAIRE DR.

Sta. 608 + 00.00     Sta. 625 + 00.00

FLOW

600 + 00    610 + 00    BASELINE    620 + 00

N4°01' 26" E     N4° 16' 26" E

LONDON    CHERRY    WALNUT    RASPBERRY    LAKE AVE.

*SIGNING PLAN - II*
N.T.S.

LEGEND

A —▲— = CONSTRUCTION AHEAD

B —▲— = TRUCK CROSSING AHEAD

(See Section 2-08)

truck-tractor and two (2) semitrailers, or truck
tractor, semitrailer, and trailer are permitted.
(M.C.S., Ord. No. 3816, § 1, 6-6-68; M.C.S., Ord.
No. 6752, § 2, 5-4-78.)

### Section 38-169. Weight limits.

Except by permit as provided in Section 38-169.1, no
truck, tractor or trailer shall be operated on the streets of
the City if the following are exceeded:

(a) The total gross weight of any vehicle or combina-
tion of vehicles shall not exceed eighty-eight
thousand (88,000) pounds; and no vehicle or
combination of vehicles shall exceed its license
gross weight.

(b) No tire mounted on any axle attached to any
vehicle or combination of vehicles shall impose a
greater weight on the surface of a highway than six
hundred fifty (650) pounds per inch width of tire.

(c) The total gross weight of any single axle attached
to any vehicle and equipped with low pressure
pneumatic tires shall not exceed twenty thousand
(20,000) pounds.

(d) The total gross weight of any tandem axle or
tandem steering axle attached to any vehicle and
equipped with low pressure pneumatic tires shall
not exceed thirty-four thousand (34,000) pounds.

(e) The total gross weight of any tridum axle attached
to any vehicle and equipped with low pressure
pneumatic tires shall not exceed forty-two thousand
(42,000) pounds.

(f) The total gross weight of any single axle or any
single steering axle attached to any vehicle and
equipped with high pressure pneumatic, solid
rubber or cushion tires shall not exceed eighteen
thousand (18,000) pounds.

(g) The total gross weight of any tandem axle or any
tandem steering axle attached to any vehicle and
equipped with high pressure pneumatic, solid
rubber or cushion tires shall not exceed thirty-two
thousand (32,000) pounds.

Supp. No. 6-78

524.2

(See Section 2-09)

(h) The total gross weight of any trailer shall not exceed forty thousand (40,000) pounds, regardless of the number or type of axles under it.

(i) Further, no vehicle with more than two (2) axles shall be permitted on any of the streets within the city other than those listed as truck routes, except that travel to or from points of origin or destination shall be permissible via the shortest practicable route between such point of origin or destination, and the nearest street listed as a truck route.

When traveling on such designated streets, every motor truck, tractor, or trailer shall be driven as near to the right-hand curb of the roadway as is practicable under existing conditions.

(M.C.S., Ord. No. 3816, § 1, 6-6-68; M.C.S., Ord. No. 6752, § 3, 5-4-78.)

## Section 38-169.1. Permits for excess weight, width, height, and length.

Whenever it shall be necessary to transport a single article which cannot be divided and which exceeds the total weight, width, height, or length allowable by this article, it may be done only after the issuance of a special permit by the Director of Streets. When application for a permit is made, the Director of Streets is authorized to impose conditions upon the issuance of such permits and to make requirements upon their use, such as the data, time of day, routes, and speed limit, the furnishing of a bond with good and solvent surety to protect the city from all liability and damage resulting from the use of such permits, and accompaniment of the shipment by proper escort, police or otherwise, all at the expense of the user, and such other conditions or requirements as the Director of Streets deems necessary and proper. In addition, the Director of Streets, prior to the issuance of a permit, shall collect from the applicant one hundred dollars ($100.00) for an annual permit or ten dollars ($10.00) for a single-trip permit. (M.C.S., Ord. No. 3816, § 1, 6-6-68; M.C.S., Ord. No. 7476, § 1, 2-7-80.)

## Section 38-169.2. Certain equipment required.

No motor truck, tractor or trailer shall be operated on any street unless equipped with tires of rubber or of some

Supp. No. 6-80

(See Section 2-09)

SECTION 3
DEMOLITION

3-01 STRUCTURES

The Contractor shall remove and dispose of all existing timber pilings, docks, and any other structures or remains of structures which may exist within the limits of work as indicated on the contract drawings and as specified herein. Existing structures are shown on the contract drawing to the best of the Engineer's knowledge. The absence of any existing structure from the contract drawings does not excuse the Contractor from removing it, nor will there be any additional payment for its removal. The Contractor should verify the number, size and location of all existing structures by visiting the site. Timber pilings are to be pulled or cut off no higher than the proposed after-dredging ground line so that they cause no obstruction to the flow of water in the canal at the completion of the project. All products of demolition are to be hauled away and disposed of at a site chosen by the Contractor. The disposal site location shall be submitted to the Chief Engineer for approval.

3-02 OBSTRUCTIONS

The Contractor shall remove and dispose of all brush, trees, trash, sunken boats, appliances, broken concrete, tires, shopping carts, crab traps, oil drums, mattresses and any other obstructions which may exist within the limits of this project. These items are to be hauled away and deposited at a site whose location has been submitted to and approved by the Chief Engineer.

Regarding the removal of vegetation: In the areas which are to be dredged, the Contractor shall remove all trees and brush including their root systems. In the areas which are not to be dredged, such as the Jefferson side of the canal, the areas around the bridges and the reach of the canal south of the Interstate bridges, the Contractor shall cut down all trees and brush to ground level in a manner that will not disturb the existing ground profile. The Contractor shall submit his method for this to the Chief Engineer for approval. In the area of the vacant lot opposite Baseline Sta. 604+00 which is to receive 6" of fill material, the Contractor shall clear all brush and underbrush prior to placing the fill. Trees in this lot are to remain.

It is called to the Contractor's attention that there are two muck retainers in the canal which are to be removed and disposed of. These muck retainers are located on the north side of the Hammond Highway bridge and on the south side of I-10 East bridge, and are shown in the contract drawings.

3-03 SHEET PILE WALL

The Contractor shall remove all of the existing concrete-capped sheet pile wall on the Orleans levee, as indicated on the plans and in accordance with Section 5-05.1 of these specifications. The concrete cap shall be carefully broken off so as not to damage the existing sheet pile, and shall be disposed of at a site submitted to and

3-1

approved by the Chief Engineer. The Contractor shall submit his
method for removing the concrete cap to the Chief Engineer for appro-
val. Sheet piles are to be pulled, the order and timing of which is
specified in the sequence of construction, Section 2-20. Information
regarding the configuration of the existing sheet pile wall is located
on Drawing No. 19 of the contract drawings.

## 3-04 MEASUREMENT AND PAYMENT

Payment for demolition will be made at each payment period based
upon the percentage of items removed and properly disposed of that
period, and applied to the lump sum bid price for Bid Item No. 2.
This item will include structures, obstructions and the concrete cap
on the existing sheet pile wall. The weighted value of each structure
to be removed will be mutually agreed upon by the Contractor and Chief
Engineer's Representative prior to the commencement of work.

Payment for pulling the existing sheet pile will be made at the
applicable unit price for Bid Item No. 3 and shall include all costs
of pulling, cleaning, hauling, and off-loading at either the storage
location or coating plant. The length of each pile pulled will be
measured to the nearest tenth of a linear foot and units computed to
the nearest square foot.

SECTION 4
DREDGING AND LEVEE RECONSTRUCTION

4-01 GENERAL
4-01.1 Definitions

Dredge Material - Between the Hammond Highway bridge and the I-10 West bridge, dredge material is herewith defined as that material removed from below the required levee crown elevation, as called out on the typical sections in the contract drawings. Between the I-10 East bridge and the Southern Railway bridge, none of the material to be removed is considered dredge material.

Excavation Material - Between the Hammond Highway bridge and the I-10 West bridge, excavation material is herewith defined as that material removed from above the required levee crown elevation, as called out on the typical sections in the contract drawings. Between the I-10 East bridge and the Southern Railway bridge, all material to be removed is considered excavation material.

Fill Material - As referenced in these specifications, fill material is herewith defined as that fill required above elevation 1.0 M.S.L. as shown in the contract drawings, and also that fill required in the vacant lot opposite Baseline Station 604+00. Fill shown below elevation 1.0 M.S.L. on the contract drawings is not subject to the requirements specified herein for fill material, however, the Contractor shall be required to fill these areas with adjacent material. This "underwater fill" is not included in the estimated bid quantity and there shall be no direct payment for it.

4-01.2 Maintenance of Flood Protection

The Contractor is required to maintain flood protection during all phases of the project. Any temporary flood protection must be built to an elevation equaling or exceeding the existing level of protection. The length of temporary flood protection must never exceed 250 feet. The Contractor must submit any plans for temporary flood protection to the Chief Engineer for approval prior to the commencement work.

4-02 DREDGING
4-02.1 Method and Operations

Dredging shall be conducted as described in these specifications and to the limits shown in the contract drawings.

Bucket dredging shall be the only method of dredging allowed within the limits of work shown on the contract drawings. The bucket size shall not exceed 3 cubic yards.

Dredging shall not be permitted from the levees. Instead, it is recommended that dredging be performed from a system of flex-float barges. The Contractor shall submit his proposed dredging system to the Chief Engineer prior to the commencement work. (See Section 2-20 for the allowable sequence of dredging.)

4-1

No dredging will be permitted while Pump Station No. 6 is in operation. Dredging may resume when the Chief Engineer's Representative has determined that all flow in the canal has ceased.

The Contractor shall be required to initially deposit all dredge material onto a barge that is designed to allow excess water to drain from the dredge material. Only after sufficient drainage has occurred shall the Contractor be allowed to load the dredge material into lined trucks for hauling to the approved dredge material disposal site. Trucks used for hauling dredge material shall only be loaded at designated locations and shall not be allowed to travel on the levees outside of these loading locations. The designated loading locations are as follows: (1) Vacant lots at the intersection of West Harrison Avenue with Bellaire Drive (opposite Baseline Sta. 604+00), and (2) Area north of the I-10 West bridge, off the Frontage Road that passes underneath the Interstate bridges. Requirements set forth by the agencies owning these properties are given in Section 2-07. (See also Section 2-08 and 2-09.)

All dredge material shall be hauled to an approved disposal site in accordance with Section 4-04.2.2.

## 4-02.2  Silt Screens

Silt screens shall be placed within 200 feet downstream and upstream of the dredging operation to prevent silt travel, and shall meet the approval of the Chief Engineer with respect to type, manufacturer, and usage. Dredging shall not be allowed if the silt screens are not in place.

## 4-02.3  Character of Material to be Dredged

The material to be removed from the canal within the specified limits may include sand, silt, clay, shell, logs, stumps, snags, debris, brush, riprap, sunken boats and other obstructions. Bidders shall examine the site and after investigation decide for themselves the character of the material as stated in Section B-4.01.

## 4-02.4  Theoretical After-Dredging Section

Between the Hammond Highway and Veterans Highway bridges, and between the Veterans Highway and I-10 West bridges, an after-dredging cross-section is herewith established which shall have a 25'-0" bottom width. The bottom elevation from Hammond Highway to Veterans Highway shall be -18.5 M.S.L. and from Veterans Highway to I-10 West shall be -17.5 M.S.L. Dredging of six inches of allowable overdepth below the required profile grade (bottom elevation) will be permitted. Side slopes shall be 1 vertical on 3 horizontal with no allowable overdepth. The 1V:3H slope on the west side of the canal shall extend from the west toe of slope up to the location where it intersects with the existing canal bottom. The baseline offset to this location (west top of slope) shall be computed from the Contractor's original survey. On the east side of the canal, the 1V:3H slope shall extend from the east toe of slope up to the elevation of the horizontal shelf on the canal side of the required sheet pile wall from Hammond Highway to Station 636+00, or up to the required levee crown elevation from

4-2

Station 636+00 to I-10 West.  From Hammond Highway to Station 636+00,
there shall be a horizontal shelf on the canal side of the required
sheet pile wall, at an elevation lower than that of the required crown
elevation, with no allowable overdepth.  The elevation and width of
the shelf vary as shown on the typical sections in the contract
drawings.

        The required stability of the levees and sheet pile walls
under design loads is dependent on the theoretical sections described
above and shown in the contract drawings.  With few exceptions, any
deviations from these sections will adversely affect the stability.
To gain acceptance, sections must be dredged to the specified profile
grade, bottom width, side slopes and horizontal shelf elevation.  As
stated above, the only allowable overdepth is six inches in the
required profile grade.  Under no circumstances shall the Contractor
dredge beyond the limits shown in the contract drawings on the west
side of the canal.  The baseline offset to the west toe of slope shall
at no point be less than that given in the tables on the plan and pro-
file drawings, nor shall the offset to the west top of slope be less
than that computed from the Contractor's original survey.

        No dredging is required or allowed underneath any bridges,
between the Interstate bridges, nor south of the I-10 East bridge.

## 4-03 LEVEE RECONSTRUCTION
### 4-03.1 General
        Levee reconstruction shall be conducted as described in these
specifications in order to reshape the levees to coincide with the
cross-sections shown in the contract drawings.

        The Contractor's attention is called to the close proximity
of various fences and outbuildings along the Orleans levee.  The
Contractor shall take the necessary precautions to prevent any
spillage of levee material onto the adjacent structures.  Any costs
that may be incurred in preventing spillage shall be taken into
account in the Contractor's bid price for levee work as no additional
payment will be made.

### 4-03.2 Theoretical Reconstructed Section
        The required levee configuration varies along the length of
the canal with respect to crown elevation and width.  There are six
typical sections shown in the contract drawings to define these para-
meters and the reach of the canal in which each typical section
applies.  Within each of these six reaches the crown elevation is
constant, however the crown width is continuously varying and is a
function of the existing levee configuration.  In the reaches where
excavation of the existing levee crown is required, the required crown
width is that width which results from degrading the levee to the
required crown elevation.  In the one reach where fill is required on
the existing levee crown, the required crown width is that width which
results from placing fill up to the required crown elevation while
maintaining the existing backslope up the fill material.  There is no
earthwork to be performed on the existing backslope anywhere along the
canal.

4-3

A description of the required levee configuration on the canal side of the required sheet pile is given in Section 4-02.4 as this will be shaped using the dredge equipment. The exception to this is the fill required above elevation 1.0 M.S.L. on the canal side of the wall. The specifications for the type of material to be used and the method of placement shall be in accordance with the Section 4-03.4.

The levee cross-sections shall be reconstructed to not less than the required crown elevations. The levee crown and the horizontal shelf shall be graded such that they drain away from the required sheet pile wall. A tolerance of three-tenths of one foot above the prescribed grade will be permitted in the final dressing provided there are no abrupt humps or depressions. Any unreasonable roughness of surface shall be dressed out.

4-03.3   Levee Excavation
Levee excavation shall be conducted to the limits shown in the contract drawings.

Only trucks used for hauling levee excavation material shall be allowed to travel on the levees. Access to, and egress from the levees shall only be allowed at the following locations:  (1) Vacant lots opposite Baseline Sta. 604+00, at the intersection of West Harrison Avenue with Bellaire Drive; (2) Area north of the I-10 West bridge, off the Frontage Road that passes underneath the Interstate bridges; and (3) Area south of the I-10 East bridge off of the same Frontage Road. Requirements set forth by the agencies owning these properties are given in Section 2-07. (See also Sections 2-08 and 2-09.)

All excess levee excavation material shall be hauled to the designated site south of the Civil Defense Shelter in accordance with Section 4-04.3.

4-03.4   Levee Fill
4-03.4.1 Fill Material
Only suitable material may be used for fill in levee construction and for fill in the vacant lot opposite Baseline Station 604+00.  Fill material shall be free from roots, grass, concrete, and other objectionable material and must meet the approval of the Chief Engineer.  Excavation material as defined in Section 4-01.1 may be used as fill where needed if it is free of objectionable material. Dredge material as defined in Section 4-01.1 may not be used as fill.

4-03.4.2 Equipment
1.   Tamping Rollers - shall consist of one or more units. Each unit shall consist of cylindrical drum not less than 48 inches in length and not less than 40 inches in diameter. The drums shall be water or sand and water ballasted.  Each drum shall have staggered feet uniformly spaced over the cylindrical surfaces such as to provide approximately 3 tamping feet for each 2 square feet of drum surface. The tamping feet shall be 7 to 9 inches in clear projection from the cylindrical surface of the roller, and shall have a face area of not

4-4

less than 5 or more than 14 square inches. The units shall be
equipped with a suitable device for cleaning the feet. The rolling
units of multiple-type tamping rollers shall be pivoted on the main
frame in a manner which will permit the units to adapt themselves to
uneven ground surfaces and to rotate independently. The weight of the
roller shall not be less than 1150 pounds per linear foot of drum
length weighted, and shall not be more than 675 pounds per foot of
drum length empty. The roller shall be pulled by a tractor at a speed
not to exceed 3.5 miles per hour.

2. Self-Propelled Tamping Roller — At the option of the
Contractor, self-propelled tamping rollers conforming to the require-
ments of Paragraph 4-05.2(1) above may be used in lieu of tractor-
drawn tamping rollers. Self-propelled rollers exceeding the empty
weight requirements may be used provided that, by the substitution of
tamping feet having a face area not exceeding 14 square inches, the
foot pressure on the tamping feet of the self-propelled roller can be
adjusted to approximately the foot pressure of the towed roller for
the particular working condition. In no case shall the foot areas for
self-propelled tamping rollers be less than those specified for the
towed rollers. For self-propelled rollers in which steering is
accomplished through the use of rubber-tired wheels, the tire pressure
shall not exceed 40 pounds per square inch. The roller shall be
operated at a speed of not more than 3.5 miles per hour.

3. Rubber-Tired Rollers — Rubber-tired rollers shall have a
minimum of four wheels equipped with pneumatic tires. The tires shall
be of such size and ply as to be capable of being operated at tire
pressures between 80 and 100 pounds per square inch at a 25,000 pound
wheel load. The roller wheels shall be located abreast and so
designed that each wheel will carry approximately equal load in tra-
versing uneven ground. The spacing of the wheel will be such that the
distance between the nearest edges of adjacent tires will not be
grater than 50 percent of the rated tire width of a single tire. The
roller shall have a rigid steel frame provided with a body suitable
for ballast loading such that the load per wheels may be varied, as
directed by the Chief Engineer, from 18,000 to 24,000 pounds. The
roller shall be towed at speeds not to exceed 5 miles per hour.

4. Crawler-Type Tractors — Crawler-type tractors used for
spreading or compaction shall weigh not less than 20,000 pounds, shall
exert a unit tread pressure of not less than 6 pounds per square inch,
and shall be operated at a speed not to exceed 3.5 miles per hour.

5. Sprinkling Equipment — Sprinkling equipment shall consist
of tank trucks, pressure distributors, or other equipment designed to
apply water uniformly and in controlled quantities to variable widths
of surface.

6. Miscellaneous Equipment — Scarifiers, disks, spring tooth
or spike tooth harrows, spreaders, power tampers, and other equipment
shall be of types suitable for construction of levee embankment.

4-5

## 4-03.4.3 Embankment Foundation Preparation

Immediately prior to the placement of fill material, the entire earth surface on or against which fill is to be placed shall be thoroughly broken to a depth of 6 inches. If for any cause this broken surface becomes compacted in such a manner that, in the opinion of the Chief Engineer, a plane of seepage or weakness might be induced, it shall again be adequately scarified before the depositing of material thereon. All scarifying and breaking of ground surface shall be done parallel to the centerline of the levee. All of the foregoing work shall be completed at least 200 feet in advance of the embankment construction.

## 4-03.4.4 Embankment Construction

Prior to placement of backfill, the existing levee crown should be stripped of all vegetation, loose topsoil and debris. The subgrade should be scarified to a depth of 6 to 8 inches and recompacted.

Backfill material shall be spread in 8 to 10-inch thick layers. Layers shall be started full out to the slope stakes and shall be carried substantially horizontal with sufficient crown or slope to provide satisfactory drainage during construction. When the surface of any compacted layer is too smooth to bond properly with the succeeding layer, it shall be adequately scarified before the succeeding layer is placed thereon.

Each layer should be compacted to at least 95 percent of the maximum dry density at optimum water content in accordance with ASTM D698 or 90 percent of ASTM D1557. If the material, as removed from other levee areas, is too wet to obtain the desired density, it may be stockpiled and allowed to drain before it is placed in the embankment cross section, or the wet material may be processed by disking and harrowing, if necessary, until the moisture content is reduced sufficiently. No stockpiling will be allowed on the levees and all stockpile areas must be submitted to the Chief Engineer for approval. If the material is too dry to obtain the desired density, the Contractor will be required to pre-wet the material in the borrow area, or to uniformly distribute sufficient moisture in each layer before rolling to permit the desired compaction.

When the moisture content and condition of the spread layers are satisfactory, each layer shall be compacted by any of the following methods at the option of the Contractor:

1. Tamper-Type Roller – Four complete passes over each layer will be required. If tamping rollers are used in tandem, not more than two rows will be permitted and, in such case, one trip of the tandem rollers over any surface will be considered as two passes. When tamping rollers are used in tandem, the tamper foot spacing shall be offset so that the circumferential rows on the rear drums are in line with the midpoint of the circumferential rows of the forwarded drums. Each pass of the tamping roller shall overlap the preceeding or adjacent pass by not less than one foot.

4-6

2. <u>Rubber-Tired Roller</u> - Two complete passes over each layer will be required.

3. <u>Crawler-Type Tractor</u> - Three complete passes over each layer will be required.

A pass shall consist of one complete coverage of the sur-face of a layer by the treads of the roller, tractor, or other com-pacting equipment. Portions of the embankment which the compacting equipment cannot reach for any reason shall be compacted by an approved method to the density at least equal to the surrounding embankment.

If, in the opinion of the Chief Engineer, the desired compaction of any portion of the embankment cannot be secured by the minimum number of passes specified, additional complete passes shall be made over the surface area of such designated portion until the desired compaction has been obtained.

The water content and density of the compacted backfill material will be verified by an independent testing lab retained by the Board. The testing will be performed by the Troxler nuclear den-sity method in accordance with ASTM D 2922 with periodic confirmation by the drive cylinder method in accordance with ASTM D 2937.

4-04  DISPOSAL
4-04.1  <u>General</u>
All hauling shall be done in accordance with Section 2-09 of these specifications.

4-04.2  <u>Dredge Material</u>
4-04.2.1 <u>Disposal Site</u>
All dredge material including debris, shall be hauled in lined trucks to an approved disposal site. The disposal site shall be a non-wetland area. It shall be the Contractor's responsibility to locate an appropriate site and obtain written approval of the site from the U.S. Army Corps of Engineers prior to dredging. This written approval shall state all conditions stipulated by the Corps in granting their approval. Absolutely no dredging will be allowed until the Chief Engineer has received two copies of the written approval from the Corps. The Contractor shall also supply the Owner of the site with a copy of the approval prior to dredging, so that the Owner is aware of all conditions that the Corps has placed on the Contractor in granting their approval of the site.

It is highly recommended that the Contractor contact Mr. Lloyd Baehr's office (862-2259) of the Army Corps of Engineers for a judgement on the disposal site prior to bidding.

In addition, the Contractor shall have a written agreement with the Owner of the disposal site stating all conditions stipulated by the Owner in grating permission for his property to be used as the disposal site. The agreement shall also state that the Owner is aware of the consistency and quantity of the material which is to be

4-7

disposed of on his property and that he has received a copy of the Corps' approval from the Contractor. Two copies of the Contractor's agreement with the Owner shall be submitted to the Chief Engineer prior to dredging.

If the Contractor chooses to use more than one disposal site, the above requirements shall apply to each site.

No dredge material shall be deposited anywhere other than the approved disposal site(s).

## 4-04.2.2 Hauling in Lined Trucks

Dredge material shall only be hauled in lined trucks in order to assure that no dredge material escapes while in route to the approved disposal site(s). The trucks are to be lined with 6 mil polyethylene or any alternative method acceptable to both the Contractor and Chief Engineer. The linings are to be inspected to ensure water tightness prior to each loading and shall be replaced at the sign of any potential leakage.

As state in Section 4-02.1, trucks used for hauling dredge material shall only be loaded in the designated loading areas and shall not be allowed to travel on the levees except in these designated areas, regardless of whether they are loaded or empty.

## 4-04.2.3 Grading of Disposal Site

After all dredge material has been hauled to the approved disposal site, it shall be graded to the satisfaction of the Chief Engineer and in accordance with any requirements set forth in the Corps' approval and the Owner's agreement. If the disposal site is nearer than 2,500 feet to a residential area, the graded dredge material shall be covered by a minimum of one foot of clean fill and then regraded. If there is any question as to whether an area is considered residential, it shall be left up to the decision of the Chief Engineer. An area need not necessarily be zoned residential to be considered residential.

## 4-04.3   Excavation Material
## 4-04.3.1 Disposal Site

All excess excavation material shall be hauled by truck to the following designated disposal site:  the area located south of the Civil Defense Shelter and north of Polk Street, between Pontchartrain Boulevard and West End Boulevard.  The exact placement will be as specified by the Orleans Levee Board.  This material shall be free of debris, trees, brush, roots, etc.

## 4-04.3.2 Hauling in Trucks

Trucks hauling excavation material will not require lining, and while these trucks will be allowed to travel on the levees, it is advised that the Contractor keep this travel to a minimum.

## 4-04.3.3 Grading of Disposal Site

After all excess excavation material has been hauled to the designated disposal site, it shall be spread uniformly over the area, not exceeding two feet in depth. It shall be fertilized and seeded in accordance with Section 6 - Turfing.

## 4-05 QUANTITY SURVEYS

The Contractor will be responsible for making original and final surveys to be used in the computation of quantities for the determination of the contract price for Bid Item 4, Dredging; Bid Item 5, Excavation; and Bid Item 6, Fill. All quantity surveys shall be made under the direction of the Chief Engineer's Representative.

Cross-sections to be used for the purposes of quantity computations are to be taken at a maximum of 50 feet along the baseline. Final cross-sections shall be taken at the same locations as the original cross-sections. In the vacant lot requiring fill opposite Baseline Station 604+00, two cross-sections shall be taken as directed by the Chief Engineer's Representative. Soundings/level rod readings are to be taken at a maximum of 10-foot intervals normal to the baseline, beginning at the canalside edge of crown on the Jefferson levee and proceeding to the fenceline on the back side of the Orleans levee. In the final survey, soundings shall also be taken at the baseline offset to each required toe of slope and top of slope. Horizontal distances will be measured to the nearest foot and elevations to the nearest tenth of a foot. Soundings for the original and final quantity surveys are to be taken with a twelve pound mushroom weight having a six-inch diameter base.

A canal segment shall hereby be defined as a minimum length of 250 feet of completed dredging as detailed in the contract drawings. A levee segment shall hereby be defined as a minimum length of 250 feet of completed levee reconstruction as detailed in the contract drawings.

Original quantity surveys may be made at any time prior to the dredging and levee reconstruction of a particular segment.

Final surveys for payment of levee reconstruction shall be made only after the Chief Engineer's Representative has determined that the work in a particular levee segment is completed. Final surveys for payment of dredging shall be made only after the Chief Engineer's Representative has determined that the dredging in a particular canal segment is completed and the dredging operations are a minimum of 100 linear feet from that segment.

## 4-06 MEASUREMENT AND ACCEPTANCE

The total amount of work to be paid for under Bid Item 4, Dredging; Bid Item 5, Excavation; and Bid Item 6, Fill, shall be based on the actual quantity of material removed or put in place as indicated by the Contractor's original and final surveys, and in accordance with the following: (1) Payment will be made for the six inches of allowable overdepth below profile grade if removed; (2) Payment will not be made for any overdepth on the Orleans side slope

or horizontal shelf; (3) Payment will not be made for any excavation
material removed below the required crown elevation; (4) Payment will
be made for up to 0.3 feet of fill material place above the required
crown elevation within the limits of the theoretical crown width; (5)
Payment will not be made for any fill material placed above the
required horizontal shelf elevation; (6) Payment will not be made for
any fill required below elevation 1.0 M.S.L.

Regarding material on the west side of the canal:  It is
recognized that during dredging operations, there may be some shifting
of loose canal material (muck) from areas beyond the limits of
dredging into the areas to be dredged.  If the Contractor removes this
additional material in the process of achieving the required profile
grade, he will be paid for the removal of this additional material.
The quantity will be computed from the Contractor's original and final
surveys.  The Contractor is reminded of the critical nature of the
limits of dredging on the west side of the canal as stated in the
second paragraph of Section 4-02.4.

In computing quantities for payment, areas will be computed to
the nearest tenth of a square foot and volumes will be computed to the
nearest cubic yard.

Payment for a particular canal segment or levee segment will be
made at the applicable unit price only after it has been determined by
the final quantity survey as described in Section 4-05, that the
entire canal segment has been dredged or the entire levee segment has
been reconstructed to the required cross-section.

4-07 PAYMENT
Payment for Bid Item No. 4, Dredging; Bid Item No. 5, Excavation;
and Bid Item No. 6, Fill, will be made at the applicable contract unit
price per cubic yard based upon quantity surveys and in accordance
with Section 4-06, after acceptance of each particular segment.
Payment for the dredging item shall include removal of dredge
material, silt screens, hauling, grading and any other work incident
thereto.  Payment for the excavation item shall include removal of
excavation material, hauling, grading and any other work incident
thereto.  Payment for the fill item shall include placement of fill
material, preparing, compacting and dressing embankment, and any other
work incident thereto.  As there shall be no direct payment for quan-
tity surveys or temporary flood protection measures, the Contractor
shall take these items into account in preparing Bid Item Nos. 4-6.

## SECTION 5
## STEEL SHEET PILING

## 5-01 SCOPE

The work covered by this section consists of furnishing all plant, equipment, labor and materials and performing all operations in connection with the painting and installation of new sheet piling, and the pulling, cleaning, painting and reinstallation of existing sheet piling, in accordance with these specifications and applicable drawings.

## 5-02 APPLICABLE PUBLICATIONS

The following American Society for Testing and Materials (ASTM) standards of the issues listed below, but referred to thereafter by basic designation only, form a part of this specification to the extent indicated by the references thereto:

| | |
|---|---|
| A 328 | PZ-22 |
| A 36 | Angles for Fabricated Sheet Pile Sections |
| A 325 | Bolts for Fabricated Sheet Pile Sections |

## 5-03 SUBMITTALS

### 5-03.1 Equipment Descriptions

The Contractor shall submit complete descriptions of pile driving equipment, including hammers, extractors, protecting caps and other appurtenances to the Chief Engineer for approval prior to commencement of work.

### 5-03.2 Sheet Pile Layout

Any variations in the sheet pile layout, i.e., the location of starting points, turning points, and/or ending points, shall be submitted for approval with the sheet pile shop drawings. If foreign sheet pile is to be used, the Contractor shall notify the manufacturer that English units (not metric units) are to be used in submittals. (See also, Section 2-15).

## 5-04 MATERIALS

Steel for new sheet piling shall be hot-rolled and conform to the requirements of ASTM A 328. Special fabricated sections shall be fabricated from angles or bent plates conforming to the requirements of ASTM A 36. High-strength bolts (ASTM A 325) shall be used for the fabricated sections. Welding will not be allowed for fabricated sections. Sheet piling, including special fabricated sections, shall be of the type indicated on the drawings, have a nominal web thickness and section modulus not less than that shown in the following table and be of a design such that when in place they will be continuously interlocked throughout their entire length. All piling shall be provided with standard pulling holes located approximately 4 inches below the top of the pile, unless otherwise shown or directed. Piling shall have the properties equivalent to those listed in the following table.

| Type of Section | Nominal Web Thickness (Inches) | Section Modulus Per Lin Ft of Wall (In) | Weight Per Sq Ft of Wall (Lbs) | Weight Per Lin Ft of Pile (Lbs) |
|---|---|---|---|---|
| PZ  22 | 3/8 | 18.1 | 22 | 40.3 |

5-05 PULLING AND CLEANING EXISTING SHEET PILE
5-05.1  Pulling Existing Sheet Pile

As shown in the contract drawings, the existing sheet pile is PMA 22, 20' long.

All sheet piling designated on the plans to be removed, shall be pulled utilizing extractors of sufficient size and type as to minimize damage to the pile. As the sheets are pulled, they will be separated into two groups. One group will be piles that are suitable for reuse between Stations 626+65 and 639+13 and between Stations 642+35 and 670+63. Only the number of sheets needed shall go into this group. Additional sheets, though suitable, shall go into a second group along with any unsuitable sheets. The suitability of individual sheets for reuse will be left to the decision of the Chief Engineer's Representative. The group of piling to be reused will be hauled to a coating plant, and the other group will be hauled, off-loaded, and stacked on wooden blocks at the Orleans Levee Board's property located at 6920 Franklin Avenue.

In the unlikely event that there are not enough existing sheet piles suitable for reuse between the stations given above, the Contractor shall be required to furnish new sheet piles to make up the difference. He shall provide the new piles at the applicable unit price of Bid Item No. 7 for New Sheet Pile.

5-05.2   Cleaning Existing Sheet Pile

All pulled piles shall be cleaned prior to leaving the job site. Cleaning shall be to the extent that the piles are reasonably free from earth and other foreign material so as to easily facilitate redriving. Cleaning shall be to the satisfaction of the Chief Engineer's Representative.

5-06 PAINTING AND INSTALLING NEW AND REUSED SHEET PILE
5-06.1   Placing and Driving
5-06.1.1  Placing

Piling shall be carefully located as shown on the drawings or as directed by the Chief Engineer. A tolerance of 6 inches, plus or minus, off the baseline offset indicated will be permitted. Piles shall be placed in a plumb position with each pile interlocked with adjoining piles for its entire length, so as to form a continuous diaphragm throughout the length of each run of wall. Interlocks shall be properly engaged with the thumb of each pile gripped by the thumb and finger of the adjacent pile. All piles shall be placed as true to line as possible. Suitable temporary wales or guides structures shall be provided to insure that the piles are driven to correct alignment.

5-2

5-06.1.2   Driving
             All piles shall be driven to the depths shown on the
drawings and shall extend to the elevation indicated for the top of
piles.  A tolerance of 3 inches above the indicated top elevaton will
be permitted.  All piles shall be trimmed to the elevation shown on
the plans after completion of driving.  Piles shall be driven by
approved methods in such a manner as not to subject the piles to
serious damage and to insure proper interlocking throughout the length
of the piles.  Pile hammers shall be maintained in proper alignment
during driving operations by use of suitable leads or by guides
attached to the hammer.  A protecting cap shall be employed in
driving, when required, to prevent damage to the tops of piles.  All
piles shall be driven without the aid of a water jet unless otherwise
authorized.  Adequate precautions shall be taken to insure that piles
are driven plumb.  If at any time the forward or leading edge of the
pile wall is found to be out of plumb in the plane of the wall, the
piles already assembled and partly driven shall be driven to full
depth and the Contractor shall provide and drive tapered piles to
interlock with the out of plumb leading edge or take other corrective
measures to insure the plumbness of of succeeding piles.  The maximum
permissible taper for any tapered pile will be one-eighth of an inch
per foot of length.  Each run of piling shall be driven to grade
progressively from the start and no pile shall be driven to a lower
grade than those behind it in the same run except when the piles
behind it cannot be driven deeper.  If the pile next to the one being
driven tends to follow below final grade, it may be pinned to the next
adjacent pile.  There will be no direct payment for the additional
labor and materials necessitated by such changes.  Piles driven out of
innerlock with adjacent piles or otherwise damaged shall be removed
and replaced by new piles at the Contractor's expense.

5-06.2   Cutting and Splicing
             The existing 20' PMA 22 piles which are being reused are
longer than is required.  The Contractor has the option of cutting
these piles to the required length or driving the extra length.  Since
all piles have to be cut off to the required grade after drivng as
stated below, the Contractor might take that opportunity to cut the
reused piles to their required length so as not to have to cut the
piles twice or drive the extra length.  If the Contractor chooses to do
this, he shall make sure that the required length of coal tar epoxy
specified in Section 5-06.4 is applied along the correct portion of
the pile.  In other words, the length of application shall be measured
from the point that will be the top of pile after cut off, not before.

             Piles in excess of the specified elevation shall be cut off
to required grade.  Piles driven below the elevations indicated for
the top of piles and piles which because of damaged heads have been
cut off to permit further driving, and are then too short to reach the
required top elevation, shall be extended to the required elevation by
welding an additional length, when directed, without cost to the
Board.  Should splicing of piles be necessary, the splice shall be
made by an approved butt weld making full penetration of the web.
Piles adjoining spliced piles shall be full length piles.  The
Contractor shall trim the tops of piles excessively damaged during

5-3

driving, when directed to do so, at no cost to the Board. Cut-offs
shall become the property of the Contractor and shall be removed from
the work.

## 5-06.3  Pulling and Re-driving
The Contractor may be required to pull certain selected piles
after driving, for test and inspection, to determine the conditions of
the piles.  Any pile so pulled and found to be damaged to such extent
as would impair its usefulness in the structure shall be removed from
the work and the Contractor shall furnish and drive a new/different
pile to replace the damaged pile at no cost to the Board.  Piles
pulled and found to be in a satisfactory condition shall be redriven.
Payment shall be in accordance with Section 5-07.2.3.

## 5-06.4  Coal Tar Epoxy Polyamide Painting
All sheet piling shall receive Coal Tar Epoxy Paint on both
sides of the sheet for the upper portion of the pile given in the
following table.  A two coat system with each coat measuring a minimum
of 8 mils shall be used.  The portion of piling to be painted shall be
cleaned by blast cleaning in accordance with the Near White Blast
Cleaning Method, prior to painting.

|                     | Length of Application                |
| Station             | Measured from Top of Pile Elevation  |
|---------------------|--------------------------------------|
| 553+12 to 615+00    | 14.0'                                |
| 615+00 to 624+93    | 12.0'                                |
| 626+65 to 636+00    | 11.5'                                |
| 636+00 to 639+13    | 6.5'                                 |
| 642+35 to 663+00    | 4.5'                                 |
| 663+00 to 670+63    | 5.5'                                 |

Coal Tar Epoxy Polyamide Paint shall be applied in confor-
mance with Louisiana Standard Specifications 811 and shall conform to
La. Std.  Spec. 1008.08 and Corps of Engineers Specification C-200.

## 5-06.5  Vibration Monitoring
## 5-06.5.1 Scope
This work consists of having an independent testing lab per-
form vibration monitoring during all pile driving operations.  If more
than one pile driving rig is in operation at any time, each rig shall
be independently monitored.

The Contractor shall be responsible for staying in close con-
tact with the monitoring technician(s).  While it is not anticipated
that vibration readings will be significant, it shall be the
Contractor's responsibility to make sure that pile driving operations
are stopped if vibration readings are approaching any damage
thresholds.

## 5-06.5.2 Qualifications of Testing Lab
The independent testing lab whom the Contractor chooses to
perform the vibration monitoring shall have at least five years
experience in this area.  Proof of the lab's experience shall be sub-
mitted for verification and approval by the Chief Engineer prior to

the commencement of any pile driving operations. In addition, experience information on all technicians to be working on this job shall be submitted for approval.

## 5-06.5.3 Reporting Readings

If at any time a reading of 1.5 inches per second is recorded by the vibration monitoring equipment, the technician shall see to it that the Chief Engineer's Representative is notified immediately.

At the end of pile driving operations each day, the technician operating the vibration monitoring equipment shall be required to fill out a brief summary form of that day's activities, furnished by the Chief Engineer's Representative. The technician shall leave the filled-out form with the Representative, or at a predesignated location in the Engineer's field office, at the end of each day. Failure to submit this form at the end of any given day may result in no payment for monitoring services for that day. In addition, the testing lab shall submit in duplicate, on a weekly basis, typed daily reports.

## 5-06.5.4 Additional Work

At this time, it is not anticipated that the pile pulling operations will be monitored, except for possibly the first day of these operations, to verify that the vibration readings are suitably low. The Board reserves the right, however, to require that all or any part of the pulling operations be monitored. Any monitoring of pulling operations shall only be done at the direction of the Chief Engineer's Representative and shall be done so at the same unit price as for monitoring pile driving. If monitoring is performed, the Contractor shall be required to have the existing concrete cap broken out for a sufficient distance ahead of the pulling operations, so as not to cause any delays that would result in unnecessary costs for "idle" time of the monitoring technician.

## 5-07 MEASUREMENT AND PAYMENT
### 5-07.1 Measurement
#### 5-07.1.1 Piles

The length of each pile driven will be measured to the nearest tenth of a linear foot and units computed to the nearest square foot. No deduction will be made for holes cut for utilities, in computing the area for payment.

#### 5-07.1.2 Vibration Monitoring

Vibration monitoring activities will be measured from one-half hour before the Contractor begins driving piles each day until one-half hour after the Contractor finishes driving piles each day. The number of hours recorded for billing each day will be measured to the nearest half hour. If pile driving operations cease for more than two hours at any given time, the down time will not be measured for payment. Down time of less than two hours will be measured for payment so long as the technician remains on the job site during that time.

5-5

5-07.2   Payment
  5-07.2.1   New Sheet Piling
                    Payment for new steel sheet piling will be made at the
contract unit price for Bid Item No. 7, and shall include all costs
associated with providing new steel sheet piling in place in accor-
dance with the contract plans and specifications. These costs include
furnishing, blasting, painting, transporting, driving, trimming and
all other material and work incident thereto.

  5-07.2.2   Reused Sheet Piling
                    Payment for reusing steel sheet piling will be made at
the contract unit price for Bid Item No. 8, and shall include all
costs associated with providing reused steel sheet piling in place in
accordance with the contract plans and specifications. These costs
shall include blasting, painting, transporting back to the job site,
driving, trimming and all other material and work incident thereto.

                    Pulling and cleaning of existing sheet piling, along
with transporting to and off-loading at either the coating plant or
the Board's storage location, shall be paid under Bid Item No. 3.

  5-07.2.3   Piles Pulled After Driving
                    Piles which are directed to be pulled and found to be
in good condition will be paid for at the applicable contract price
for providing the piles in place, plus and additional amount for pulling
and redriving. The additional amount for pulling will be based on the
contract unit price for pulling existing sheet piling (Bid Item No.
3). The additional amount for redriving will be based on the contract
unit price for providing reused sheet pile in place (Bid Item No. 8).
The full sheet length will be used for computing quantities.

                    When piles which are directed to be pulled are found to
be damaged, no payment will be made for originally providing the pile
in place, nor for the operation of pulling. Piles replacing damaged
piles will be paid for at the applicable contract unit for providing
the pile in place.

  5-07.2.4   Vibration Monitoring
                    Payment for vibration monitoring will be made at the
contract unit price for Bid Item No. 15 and shall include equipment,
monitoring, reports, and all other materials and work incident
thereto.

SECTION 6
TURFING

6-01 SCOPE

The work provided for herein consists of furnishing all plant, labor, equipment, and materials, and performing all operations necessary for finished dressing, fertilizing, seeding, and mulching areas as specified herein and as indicated on the drawings. The establishment of turf shall be performed upon completion of embankment construction in minimum lengths of 500 feet. The period of the year in which the establishment of turf is done on a particular length of embankment will determine the method indicated in Table I which shall be followed for that particular length of embankment. Only one of the methods listed in Table I will be required for that particular length of embankment.

6-02 AREAS TO BE TREATED

Turf shall be established on all disturbed and regraded areas along the Orleans Levee from the fenceline on the land side of the levee to the normal waterline on the canal side of the levee, in the vacant lots opposite Baseline Station 604+00, in the access areas north and south of the Interestate, and on any other areas within the project limits so directed by the Chief Engineer's Representative. In addition, the disposal site for excess excavation material shall be turfed.

6-03 COMMENCEMENT, PROSECUTION AND COMPLETION

6-03.1    General

Preparation of the ground surface, fertilizing, seeding and mulching operations shall be accomplished during the applicable growing season as specified in Table I.

6-03.2    Sequence of Work

The sequence of operations for work prescribed in this section, except mowing, shall be as follows:

1. Preparation of ground surface.
2. Preparation of slurry consisting of fertilizer, seed, and wood cellulose fiber mulch.
3. Application of slurry.
4. Watering.
5. Post-fertilizing

6-04 MATERIALS

6-04.1    Fertilizer, During Mulching Operations

The Contractor will be required to supply representative samples of levee material to the Louisiana Cooperative Extension Service to determine the quantity of fertilizer and lime to be used. This service will take a period of approximately three weeks to obtain results.

Fertilizer shall be uniform in composition and free-flowing. The fertilizer may be delivered to the site in bags or other convenient containers or delivered in bulk. If delivered in bags or containers, the fertilizer shall be fully labeled in accordance with the applicable State fertilizer laws and shall bear the name, tradename or trademark, and warranty of the producer. The fertilizer shall meet the requirements for commercial fertilizer and shall contain a minimum of 100 pounds of available nitrogen per acre, a minimum of 100 pounds of available phosphorus per acre, and a minimum of 100 pounds of available potassium per acre, or the amount determined by the Louisiana Cooperative Extension Service. Should the commercial fertilizer be furnished in bulk, the Contractor shall furnish certified weight tickets and a certified quantitative analysis report, in triplicate, from a recognized testing laboratory certifying the nutrient ratio of the materials. In the event the commercial mixture is delivered to the job site in the original containers, unopened, the analysis report will not be required.

## 6-04.2   Fertilizer, Postplanting

The fertilizer shall meet all of the requirements of 6-04.1 above except that it shall contain a minimum of 50 pounds of available nitrogen per acre, or the amount determined by the Louisiana Cooperative Extension Service.

## 6-04.3   Soil for Repairs

For fill of areas to be repaired, soil shall be of a quality at least equal to that which exists in areas adjacent to the area to be repaired. Soil used shall be free from roots, stones, and other materials that hinder grading, planting, and maintenance operations and shall be free from objectionable weed seeds and toxic substances.

## 6-04.4   Seed

Seed labeled in accordance with U.S. Department of Agriculture Rules and Regulations under the Federal Seed Act shall be furnished by the Contractor. Seed shall be furnished in sealed, standard containers unless written exception is granted. Seed that is wet or moldy or that has been otherwise damaged in transit or storage will not be acceptable. The specifications for seeds shall conform to the following and shall be seeded at the following rates:

|   | TABLE I | | |
|---|---------|---------|---------|
| SEEDING PERIOD AND GRASSES TO BE USED | MINIMUM PURITY% | MINIMUM GERMINATION % | MINIMUM RATE LBS/ACRE |
| 2 March - 14 September | | | |
| Hulled Common Bermuda Grass | 95 | 87 | 40 |
| 15 September - 31 December | | | |
| Unhulled Common Bermuda Grass | 95 | 87 | 60 |
| Rye | 97 | 82 | 55 |
| 1 January - 1 March | | | |
| Unhulled Common Bermuda Grass | 95 | 87 | 30 |
| Hulled Common Bermuda Grass | 95 | 87 | 30 |
| Rye Grass | 97 | 82 | 55 |

6-04.5   Water
Water shall be free from oil, acid, alkali, salt, and other substances harmful to the growth of grass. Lake Pontchartrain water is not acceptable. Water from the 17th Street Canal is not acceptable.

6-04.6   Mulch
Wood fiber mulch shall be furnished and applied by the Contractor. Materials that contain noxious grass or weed seeds that might be detrimental to the turfing being established or to adjacent land will not be acceptable.

6-04.7   Wood Cellulose Fiber Mulch
Wood cellulose fiber mulch for use with hydraulic application equipment, shall consist of specially prepared wood cellulose fiber mixed with a nontoxic, organic tackifier. It shall be processed to contain no growth or germination inhibiting factors, and dyed an appropriate color to facilitate visual metering of the application of materials. The mulch material shall be supplied in packages having a net weight not in excess of 100 pounds. The wood cellulose fiber shall contain not in excess of 10 percent moisture, air dry weight basis. The wood cellulose fiber shall be manufactured so that after addition and agitation in slurry tanks, with fertilizer, grass seed, water, and any other additives, the fibers in the material will become uniformly suspended to form a homogeneous slurry; and that when hydraulically sprayed on the ground, the material will form a blotter-like ground cover which, after application, will allow the absorption of moisture and allow rainfall or mechanical watering to percolate to the underlying soil. The Contractor shall be prepared to submit, on request, certification from the supplier that laboratory and field testing of the product has been accomplished, and that the product meets the foregoing requirements.

6-05 SAMPLING AND TESTING
6-05.1   General
Sampling and testing shall be the responsibility of the Contractor and shall be performed at no additional cost. Sampling and testing shall be performed by a recognized commercial testing laboratory or may be performed by the Contractor. Tests shall be performed in sufficient number to insure that materials meet the specified requirements. Signed copies of the test results shall be furnished to the Chief Engineer.

6-05.2   Material Testing
1.  Fertilizer - Duplicate signed copies of invoices from suppliers shall be furnished. Invoices shall show quantities and percentages of nitrogen, phosphorous, and potassium for the preplanting fertilizer and percentage of nitrogen for the postplanting fertilizer. Upon completion of the project, a final check of the total quantity of fertilizer used will be made against the total area treated, and if minimum rates of application have not been met, an additional quantity of material sufficient to make up the minimum application rate shall be distributed as directed.

6-3

2. <u>Seed</u> - The Chief Engineer shall be furnished duplicate signed copies of statements certifying that each container of seed delivered is labeled in accordance with the Federal Seed Act and is at least equal to the requirements specified in 6-04.4. This certification shall be obtained from the supplier and shall be furnished on or with all copies of seed invoices.

3. <u>Mulch</u> - Representative samples of the materials proposed for use shall be submitted for approval.

## 6-06 SPECIAL EQUIPMENT
### Wood Cellulose Fiber Mulch Spreader
Hydraulic equipment used for the application of slurry that contains fertilizer, grass seed, and wood cellulose fiber, shall have a built-in agitation system with an operating capacity sufficient to agitate, suspend, and homogeneously mix a slurry containing up to 300 pounds of fiber, plus an amount of fertilizer and grass seeds to supply the rates specified in 6-04.1 and 6-04.4, respectively, for each 1,000 gallons of water. The slurry distribution lines shall be large enough to prevent stoppage. The discharge line shall be equipped with hydraulic spray nozzels that will provide even distribution of the slurry on the various slopes to be mulched. The slurry tank shall have a minimum capacity of 1,000 gallons and shall be mounted on a traveling unit, which may be either self-propelled or drawn by a separate unit, that will place the slurry tank and spray nozzles near the areas to be mulched so as to provide uniform distribution without waste. The Chief Engineer may authorize equipment with a smaller tank capacity provided that the equipment has the necessary agitation system and sufficient pump capacity to spray the slurry in a uniform coat over the surface of the area to be mulched.

## 6-07 PREPARATION OF GROUND SURFACE
### 6-07.1   General
Equipment, in good condition, shall be provided for the proper preparation of the ground and for handling and placing all materials. Equipment shall be approved by the Chief Engineer before work is started.

### 6-07.2   Clearing
Prior to grading and tilling, vegetation and debris that may interfere with turfing operations shall be mowed, grubbed, and raked; and shall be disposed of off the site as specified in Section 4-04.

### 6-07.3   Grading
Previously established grades and/or slopes shall be maintained in a true and even condition on the areas to be turfed. Necessary repairs to previously graded areas shall be with suitable material placed as prescribed in Section 4 and on the contract drawings.

### 6-07.4   Tillage
After the areas required to be turfed have been brought to the specified grades, the soil shall be tilled to a depth of at least 2 inches by plowing, disking, harrowing, or other approved operations until the condition of the soil is acceptable. The work shall be performed only during periods when, in the opinion of the Chief Engineer,

beneficial results are likely to be obtained. When drought, excessive moisture, or other unsatisfactory conditions prevail, the work shall be stopped when directed. Undulations or irregularities in the surface to be turfed shall be dressed before the next specified operation.

## 6-08 APPLICATION OF FERTILIZER
### 6-08.1   Fertilization of Areas to be Wood Cellulose Fiber Mulch
Fertilizer meeting the requirements of 6-04.1 shall be distributed uniformly and applied simultaneously with the grass seed and wood cellulose fiber mulch.

### 6-08.2   Postplanting Fertilization
From 30 to 60 days after fertilization, seeding and mulching, fertilizer meeting the requirements of 6-04.2 shall be applied uniformly over the areas fertilized, seeded and wood cellulose fiber mulched. Fertilizer shall be applied when grass blades are dry to minimize burning.

## 6-09 SEEDING
### 6-09.1   General
The application seed shall be sown at the rate and time as indicated on Table I, unless otherwise directed in writing. A satisfactory method of sowing shall be employed, using approved hydraulic seeders or other approved methods. When delays in operations extend the work beyond the most favorable planting season for the species designated, or when conditions are such by reason of drought, high winds, excessive moisture, or other factors, that satisfactory results are not likely to be obtained, work shall be halted as directed, and resumed only when conditions are favorable or when approved alternative or corrective measures and procedures have been effected. If inspection, either during seeding operations or after there is a show of green, indicates that strips wider than the space between rows planted have been left unplanted, or other areas have been skipped, then additional seed fertilizer and/or mulch shall be applied if so directed.

### 6-09.2   Hydraulic Seeding
Seeding shall be combined with fertilizer and wood cellulose fiber mulch, and applied uniformly with equipment meeting the requirements of 6-06.

### 6-09.3   Damage to Seeding
The Contractor shall be fully responsible for any damage to the seeded areas caused by his operations. Areas that become damaged as a result of poor workmanship or failure to meet the requirements of the specifications may be ordered to be repaired and reseeded and/or mulched to specification requirements, without additional cost to the Board.

## 6-10 APPLYING AND ANCHORING MULCH
The application of the wood cellulose fiber mulch slurry shall be made with the hydraulic equipment specified in 6-06. The mulch shall be applied at the rate of 2,200 pounds per acre in combination with water, fertilizer, and grass seed, and shall be sprayed uniformly over the areas to be mulched and seeded.

6-5

6-11 WATERING
    The Contractor will be required to water the area planted, suf-
ficiently to promote growth. Relying solely on rainfall will not be
an acceptable method of watering.

6-12 MOWING
    The seeded areas shall be mowed with approved mowing equipment
to a height of 3 to 4 inches, whenever the height of vegetation becomes
6 to 8 inches. When the amount of grass is heavy, it shall be removed
to prevent destruction of the underlying turf. The Contractor shall
be responsible for mowing until the physical completion of all items
of the contract.

6-13 MAINTENANCE
    Maintenance shall consist of watering and mowing as specicied in
6-11 and 6-12, and any other work incidental to proper maintenance.
Maintenance will be required until the contract is completed.

6-14 REPAIR
    When the surface to be turfed becomes gullied or otherwise
damaged, or when previously placed turfing is damaged, the affected
area shall be repaired to re-establish the condition prior to injury,
as directed. Repair work required because of faulty operations or
negligence on the part of the Contractor, shall be performed without
additional cost.

6-15 INSPECTION AND ACCEPTANCE
    Final acceptance will be made on completion of the contract.
Acceptance of the established turf will be determined by visual
inspection. Existence of erosion problems, or dead or dying turf will
not be acceptable. Payment will not be made until turf is in an
acceptable condition.

6-16 MEASUREMENT
    Establishment of turf by fertilizing, seeding, mulching and
post fertilizing, will be measured for payment by the acre. Acreage
will be determined from the surface areas computed from the theoreti-
cal gross cross-section of embankment fertilized, seeded, mulched, and
post fertilized. Measurement will be to the nearest foot and units
computed to the nearest one-hundredth of an acre.

6-17 PAYMENT
    Payment for establishment of turf by fertilizing, seeding,
mulching and post fertilizing, will be made at the contract unit price
per acre for Bid Item No. 9, and shall constitute full compensation
for furnishing all plant, labor, materials and equipment, and per-
forming all operations necessary in accordance with these specifica-
tions.

## SECTION 7
## MISCELLANEOUS SPECIFICATIONS

## 7-01 MOBILIZATION AND DEMOBILIZATION
### 7-01.1 Payment

All costs connected with the mobilization and demobilization of all of the Contractor's plant and equipment will be paid for at the contract lump sum price for this item, Bid Item No. 1. Sixty percent of this amount will be paid to the Contractor upon the completion of his mobilization at the work site. The remaining forty percent will be paid to the Contractor upon completion of his demobilization from the work site.

## 7-02 STONE REVETMENT UNDER BRIDGES
### 7-02.1 Scope

This work consists of furnishing and constructing stone revetments underneath and adjacent to the Hammond Highway, Veterans Highway, I-10 West, I-610 East and I-10 East bridges. Revetments shall be constructed in accordance with these specifications, in conformity with the details shown on the contract drawings, and as directed by the Chief Engineer's Representative.

### 7-02.2 Materials
#### 7-02.2.1 Stone

Stone revetments shall consist of natural stone that will not disintegrate upon exposure to the elements or be easily broken from handling, and shall be reasonably free from earth and other foreign materials. When tested in accordance with AASHTO Designation: T 85, the solid weight of stone shall be at least 150 pounds per cubic foot (based on bulk specific gravity) and the absorption shall not exceed 2 percent. Samples of stone from a source not previously approved shall be taken under supervision of the Chief Engineer and and submitted for testing and approval prior to delivery to the project. The least dimension of an individual stone shall be at least 1/3 its maximum dimension, and each shipment of stone shall be reasonably well graded within the specified limits.

Control of gradation will be by visual inspection either at the source or project site or both, at the Chief Engineer's option.

Any difference of opinion between the Chief Engineer and Contractor shall be resolved by checking the gradation of 2 random truckloads (or equivalent size samples). Equipment, labor and sorting site shall be furnished by the Contractor at his expense.

The stone shall be graded within the following limits.

| Percent By Weight | Stone Weight (Pounds) |
|---|---|
| 10 maximum | 26 to 36 |
| 40 to 60 | 9 to 14 |
| 20 to 40 | 4 to 9 |
| 15 maximum | Spalls under 4 |

## 7-02.2.2 Plastic Filter Cloth

Filter cloth shall conform to the requirements Section
1018.15 of the Louisiana Standard Specifications for Roads and Bridges
(1982 Edition) as required for riprap, except that the permeability
factor and abrasion resistance criteria are not required.

## 7-02.3   Construction Requirements
## 7-02.3.1 Plastic Filter Cloth

Placement of filter cloth shall be to the north and south
limits shown in the contract drawings. The approximate east and west
limits are shown, however the exact limits will be as specified by the
Chief Engineer's Representative. Filter cloth shall be required in
between the piles of each bridge bent that falls within the limits
shown. Adjacent strips of filter cloth shall be lapped at least 10
inches and the laps pinned at 5-foot maximum intervals. Care shall be
taken to prevent damage to filter cloth during its placement and
during the placement of revetment material. Damaged filter cloth will
be replaced at the Contractor's expense.

After the filter cloth is in place and prior to the final
placement of revetment material, the Board reserves the right to con-
duct a diver's inspection at their own expense to verify proper place-
ment of the filter cloth.

## 7-02.3.2 Stone Placement

Stone shall be dumped into place in such a manner that
smaller stones will be uniformly distributed throughout the mass.  On
sloped surfaces, placement shall proceed from the bottom of slope to
the top of slope.

The north and south limits of stone placement shall be as
shown on the contract drawings. The approximate east and west limits
are shown, however the exact east and west limits shall be as directed
by the Chief Engineer's Representative.

After final placement of revetment material, the Board reser-
ves the right to conduct a diver's inspection at their own expense to
verify uniform distribution of stones before the work is accepted.

## 7-02.4   Quantity Surveys

The Contractor shall be responsible for taking cross-sections
prior to placing stone revetment, to be used in the computation of the
design areas for the determination of payment for Bid Item No. 10,
Stone Revetment.  Cross-sections shall be made under the supervision
of the Chief Engineer's Representative.

Cross-sections shall be taken at the locations directed by
the Chief Engineer's Representative. The approximate number of cross-
sections will be:  at Hammond Highway - 7; at Veterans Highway - 10;
at Interstate - 15.  Soundings and level rod readings are to be taken
at a maximum of 10-foot intervals normal to the baseline. Horizontal
distances will be measured to the nearest foot and elevations to the
nearest tenth of a foot.  Sounding are to be taken using electronic
sounding equipment and a twelve pound mushroom weight having a six-
inch diameter base.

After the stone revetment is in place, baseline offsets to the east and west limits of the revetment shall be measured at the same stations that the cross-sections were taken. The north and south limits are as specified in the contract drawings.

## 7-02.5  Measurements

Quantities of revetment for payment will be based on the computed surface area between the north, south, east and west limits of the stone placement, determined using the before-revetment cross-sections. Areas will be calculated to the nearest square yard. Plastic filter cloth will not be measured for payment.

## 7-02.6  Payment

Stone revetments will be paid for under Bid Item No. 10 at the contract unit price per square yard and shall include furnishing and placing the stone and filter cloth, performing quantity surveys, and all other materials and work incident thereto.

## 7-03 CONCRETE REVETMENT
### 7-03.1  Scope

This work consists of furnishing and constructing a cast-in-place concrete revetment on the Orleans levee south of the Hammond Highway bridge, and performing some minor demolition of a concrete cap. The revetment shall be constructed in accordance with these specifications and in conformity with the details shown on the contract drawings.

## 7-03.2  Materials
### 7-03.2.1 Concrete

Concrete for cast-in-place revetment shall be Class R conforming to Section 902 of the Louisiana Standard Specifications for Roads and Bridges (1982 Edition).

### 7-03.2.2 Reinforcing Steel

Reinforcing steel may be either Grade 40 or 60 deformed bars. Bars shall be either Billet Steel conforming to ASTM A 615 and its supplementary requirements, or Rail Steel conforming to ASTM A616.

### 7-03.2.3 Compacted Fill

Compacted fill of the same specifications as for levee fill shall be required to bring the existing grade up to the required grade for construction of the concrete revetment.

## 7-03.3  Demolition

The Contractor shall be required to remove part of a concrete cap which was constructed in 1965 in the same location as an already existing cap which was constructed in 1962. It is believed that a cold joint exists between the part to be removed and the part to remain, which should facilitate a clean break between the two. Should any dowel bars be exposed after the demolition, the Contractor shall burn them off, flush with the top of the remaining cap.

The Contractor shall perform the demolition prior to constructing the required revetment. The concrete shall be disposed of in the same manner as the rest of the existing sheet pile wall cap.

7-03.4    Payment
          The concrete revetment shall be paid for under Bid Item No. 11 per lump sum, and shall include demolition and removal of the existing concrete cap, compacted fill, construction of the concrete revetment, and all other materials and work incident thereto.

## 7-04 RELOCATION OF FIBER OPTIC LINE
7-04.1    Scope
          This work consists of relocating a U.S. Sprint fiber optic line that passes through the Orleans levee south of I-10 East, and coordinating with U.S. Sprint representatives in performing the relocation, in accordance with these specifications and as detailed in the contract drawings.

7-04.2    Procedure
          The procedure for performing all work associated with the relocation is specified on Drawing No. 20, Relocation of Fiber Optic Line, in the contract drawings.

7-04.3    Measurement and Payment
          Payment for relocation of the U.S. Sprint fiber optic line will be made at the contract lump sum price for Bid Item No. 12, and shall include trenching, backfilling, compacting, providing and maintaining shell cover, installing the fiber optic line through the required sheet pile wall, and all other materials and work incident thereto.

## 7-05 PRECONSTRUCTION SURVEY
7-05.1    Scope
          This work consists of having a preconstruction survey of residential properties performed by an independent party prior to the commencement of work.

7-05.2    Items to be Surveyed
          The items to be surveyed shall include all buildings and appurtenances on the properties adjacent to the Orleans levee from Hammond Highway to the Southern Railway. These buildings and appurtenances include but are not limited to houses, garages, sheds, carports, cabanas, constructed play houses, etc.; pools, spas, hot tubs, etc; fences, retaining walls, free standing walls, etc.; steps, constructed barbeque pits and slabs.

          It is estimated that there are 176 residences within the limits stated above with 31 being multi-family units.

## 7-05.3   Qualifications of Surveyor

The independent party whom the Contractor chooses to perform the preconstruction survey shall have at least five years experience in the field of performing residential surveys for the purpose of documenting the structural condition and integrity of visible components of residential buildings and appurtenances. Proof of the Surveyor's experience shall be submitted for verification and approval by the Chief Engineer prior to the commencement of the survey.   In addition, experience information on the surveyors to be performing the surveys on this job shall be submitted for approval.

## 7-05.4   Extent of Survey

At a minimum, the survey of each property shall include photos of both interior and exterior structural damage, as applicable, as well as a brief expose stating the findings of the survey.   In examining buildings and appurtenances especially close to the levee, the Surveyor shall use his judgement and experience to determine areas of possible concern based on the nature of work to be performed under this contract, and shall photograph these areas also.

It shall be the responsibility of the Surveyor to contact each property Owner/Renter and schedule a time that is agreeable to the Owner/Renter for his property to be surveyed.   Each property Owner/Renter will have been previously notified by the Board concerning the nature of and reasons for the survey.   Should there be a property Owner/Renter who chooses not to allow the Surveyor to enter his residence, the Surveyor shall request that the Owner/Renter sign a document stating such.   The Surveyor shall still be required to examine the exterior of all buildings and appurtenances.

The Surveyor shall prepare a report consisting of the photos and exposes, and shall submit two copies to the Chief Engineer.

## 7-05.5   Measurement and Payment

Payment for the preconstruction survey will be made at the contract lump sum price for Bid Item No. 13, and shall include scheduling, preparing reports, and all other materials and work incident thereto.