UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0020, 06-225, 06-886, | * | MAGISTRATE WILKINSON |
| 06-2278, 06-2287, 06-2545, 06-2346 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GOVERNMENT DEFENDANTS', THE BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT AND THE SEWERAGE AND WATER BOARD OF NEW ORLEANS, MOTION TO AMEND/ALTER JUDGMENT AND/OR TO CERTIFY THE JUDGMENT FOR IMMEDIATE APPEAL

NOW INTO COURT, through undersigned counsel, come government defendants, The Board of Commissioners for the Orleans Levee District (hereinafter "OLD") and The Sewerage and Water Board of New Orleans (hereinafter "SWBNO"), which, for reasons more fully set forth in the attached Memorandum in Support, move this Court amend/alter its judgment and to dismiss all of plaintiffs' claims against them because they are immune from suit. In the alternative, OLD and SWBNO respectfully suggest that this Court certify this case for immediate appeal pursuant to 28 U.S.C. 1292(b).

WHEREFORE, government defendants, The Board of Commissioners for the Orleans Levee District (hereinafter "OLD") and The Sewerage and Water Board of New Orleans (hereinafter "SWBNO"), pray that this Court grant their Motion to Alter/Amend and dismiss plaintiffs' claims

against them with prejudice, or alternatively certifying this Court's decision as immediately appealable pursuant to 28 U.S.C. 1292(b).

Respectfully submitted:

s/Kyle P. Kirsch
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA  70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
        -and-
JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT,
THE ORLEANS LEVEE DISTRICT

Respectfully Submitted:

s/George Simno, III
GEORGE SIMNO, III (#12271)
GERARD M. VICTOR(# 9815)
625 St. Joseph St.,  Room 201
New Orleans, LA 70165
Telephone:  (504) 529-2837
Facsimile:  (504) 585-2455
ATTORNEYS FOR DEFENDANT
THE SEWERAGE AND WATER BOARD
OF NEW ORLEANS

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch