## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * * | JUDGE DUVAL |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-225, 06-886, 06-2278, 06-2287, 06-2545, 06-2346 | * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

TO:  **Plaintiffs Liaison Counsel**
Joseph M. Bruno, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing *Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal* for hearing before the Honorable Stanwood R. Duval, Jr. at the United Stated District Court, Eastern District of Louisiana, located at 500 Camp Street, New Orleans, Louisiana, on the 7th day of February, 2007 at 9:30a.m.

| Respectfully submitted: | Respectfully Submitted: |
|---|---|
| s/Kyle P. Kirsch | s/George Simno, III |
| THOMAS P. ANZELMO, T.A. (#2533) | GEORGE SIMNO, III (#12271) |
| MARK E. HANNA (#19336) | GERARD M. VICTOR (# 9815) |
| KYLE P. KIRSCH (#26363) | 625 St. Joseph St., Room 201 |
| ANDRE J. LAGARDE (#28649) | New Orleans, LA 70165 |
| McCRANIE, SISTRUNK, ANZELMO, | Telephone: (504) 529-2837 |
| HARDY, MAXWELL & McDANIEL | Facsimile: (504) 585-2455 |
| 3445 N. Causeway Boulevard, Ste. 800 | ATTORNEYS FOR DEFENDANT |
| Metairie, LA 70002 | THE SEWERAGE AND WATER BOARD |
| Telephone: (504) 831-0946 | OF NEW ORLEANS |
| Facsimile: (504) 831-2492 | |

-and-

JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT,
THE ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch