CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 06-8104　　　　　　　　　　　　　　　　　　　　　　DIVISION: DRS 1

BENJAMIN J. GLAUDI, JR.

VERSUS

RODNEY COSSE AND STATE FARM FIRE AND CASUALTY COMPANY

FILED:_____　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME

Defendants, State Farm Fire and Casualty Company and Rodney Cosse, move this Honorable Court to extend an additional thirty (30) days to defendants, the time within which defendants must answer plaintiff's petition, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to answering. This is the first formal Motion for Extension of Time filed with the Court. The adverse party has not been contacted.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 29th day of **September, 2006**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

BURT K. CARNAHAN, #3920
JOSEPH M. MESSINA #14216
TARA L. MASON #24544
BRANT J. CACAMO #26227
PAMELA K. RICHARD, # 25223
ERIC B. BERGER, #26196
CHARLES R. RUMBLEY, #29666
LOBMAN, CARNAHAN, BATT,
　ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292　FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co. & Rodney Cosse*

EXHIBIT 1

## ORDER

Considering the above and foregoing motion of defendants, State Farm Fire and Casualty Company and Rodney Cosse, requesting a thirty (30) day extension of time to plead;

**IT IS ORDERED, ADJUDGED AND DECREED** that such extension of time be granted.

New Orleans, Louisiana, this_____day of_____, 2006.

_____
JUDGE