UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BENJAMIN J. GLAUDI, JR.** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 06-8452** |
| **RODNEY COSSE and STATE FARM FIRE AND CASUALTY COMPANY** | * | **SECTION "I"** |
| * * * * * * * * | | **MAGISTRATE 4** |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 20th day of December, 2006, at 9:00 o'clock a.m. before the Honorable Lance M. Africk, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of Oct, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____