UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN VODANOVICH, WIFE OF/AND CHARLIE VODANOVICH; CATHY CARTER, REGINA SCHOEGEL, WIFE OF/AND SAMUEL SCHOEGEL, AND SEAN MCCROSSEN: ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> v. <br><br> BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC, <br><br> DEFENDANTS. | CIVIL ACTION NO. 05-5237 <br><br> SECTION: C <br><br> MAG. 1 <br><br> JUDGE BERRIGAN |

### DECLARATION OF PHILLIP STAGGS IN SUPPORT OF WASHINGTON GROUP INTERNATIONAL, INC.'S CONSENT TO AND JOINDER IN NOTICE OF REMOVAL AND ASSERTION OF FURTHER GROUNDS FOR REMOVAL

DLI-5961198v1


EXHIBIT 1

I, Phillip Staggs, declare and state as follows:

1. I am employed by the Washington Group International, as a Quality Manager, in Fort Lauderdale, Florida.

2. I make this declaration based on my personal knowledge and if called as a witness I could and would competently testify thereto.

3. I have been employed by the Washington Group International, Inc., formerly known as Morrison Knudsen Corporation, since 1988.

4. I had the responsibility of the construction manager for Washington Group at the Industrial Canal work site in New Orleans, Louisiana from the time Washington Group was first present on the site through March 2005, under a contract entered into between Morrison Knudsen and the United States Army Corps of Engineers, Tulsa District by task order first issued in June 1999. That contract specifies the work required to be done by the Washington Group. Because of my job duties, I have personal knowledge of the contract between Washington Group and the Army Corps, and am personally familiar with its performance and with the work done at the job site at the direction and under the supervision of the Army Corps of Engineers.

5. Washington Group was acting as a federal government contractor at all times in connection with its activities at the Industrial Canal work site, pursuant to the direction of a federal officer, namely, the Army Corps of Engineers and its Contracting Officer's Representative, James Montegut, and other Army Corps quality-assurance representatives.

6. The Army Corps of Engineers exercised detailed direction, control, and ongoing supervision over the performance of the contract according to specifications and over all aspects of the activities by Washington Group at the Industrial Canal work site.

7. The Army Corps of Engineers identified the abandoned industrial sites along the Industrial Canal between the flood wall and the canal that Washington Group was to level and clear and the remediation work to be done.

8. At preparatory meetings with the Army Corps of Engineers prior to performing each stage of the work, Washington Group's proposed work plans, including schedules, means and methods, safety requirements, and inspection criteria for performing work along the Industrial Canal between the flood wall and the canal were specifically discussed and approved by the Army Corps of Engineers.

9. To ensure that the work was being performed under the contract in compliance with the Army Corps of Engineers' specifications, the Army Corps of Engineers maintained an on-site field office at the Industrial Canal work site that was staffed full-time by the Corps; conducted regular inspections of the work site and the work Washington Group was performing, including Washington Group's use of vehicles and equipment at the work site; and prepared daily Quality Assurance reports with respect to the work.

10. The Washington Group complied with the terms and specifications of the contract and the written and other instructions given by the Army Corps of Engineers pursuant to that contract at all times during its work along the Industrial Canal between the flood wall and the canal.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2005.

*[signature]*
Phillip Staggs