UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN VODANOVICH, WIFE OF/AND CHARLIE VODANOVICH; CATHY CARTER, REGINA SCHOEGEL, WIFE OF/AND SAMUEL SCHOEGEL, AND SEAN MCCROSSEN; ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>v.<br><br>BOH BROS. CONSTRUCTION CO., LLC, WASHINGTON GROUP INTERNATIONAL, INC., VIRGINIA WRECKING COMPANY, INC., GULF GROUP, INC. OF FLORIDA, MODJESKI AND MASTER, INC., C.R. PITTMAN CONSTRUCTION COMPANY, INC., BURK-KLEINPETER, INC., BURK-KLEINPETER, LLC, B & K CONSTRUCTION COMPANY, INC., MILLER EXCAVATING SERVICES, INC., JAMES CONSTRUCTION GROUP, LLC,<br><br>DEFENDANTS. | CIVIL ACTION NO. 05-5237<br><br>SECTION: C<br><br>MAG. 1<br><br>JUDGE BERRIGAN |

## DECLARATION OF RICHARD LESSER IN SUPPORT OF WASHINGTON GROUP INTERNATIONAL, INC.'S CONSENT TO AND JOINDER IN NOTICE OF REMOVAL AND ASSERTION OF FURTHER GROUNDS FOR REMOVAL

DLI-5961254v1



I, Richard Lesser, declare and state as follows:

1.  I am employed by Washington Safety Management Solutions, LLC, a Washington Group International, Inc., subsidiary, as Senior Principal Chemist, in Denver Colorado.

2.  I make this declaration based on my personal knowledge and if called as a witness I could and would competently testify thereto.

3.  I have been employed by the heritage companies, subsidiaries, or affiliates of Washington Group International, Inc., formerly known as Morrison Knudsen Corporation, since 1995.

4.  From early 2004 until completion of the project in 2005, I had the responsibility of task order manager for Task Order 26, work performed under a contract entered into between Morrison Knudsen and the United States Army Corps of Engineers, Tulsa District, for demolition, site preparation, and environmental remediation services along the east bank of the Inner Harbor Navigation Canal, an area also known as the Industrial Canal, between Florida and Claiborne Avenues (the "Job Site"). The Job Site included the area from the east bank of the canal east to the floodwall. As task order manager, I was responsible for preparing individual site closure and ground water reports for delivery to the Corps and the state of Louisiana, the Technical Completion Report, monthly update reports to the Army Corps of Engineers, financial summaries, negotiating with the State of Louisiana and the Environmental Protection Agency, interfacing with the Army Corps of Engineers, and accepting their direction for the content of these reports. As a result of my job duties, I have personal knowledge of the contract between

Washington Group International and the Army Corps of Engineers and am personally familiar with performance and the work done under the contract under the supervision of the Army Corps of Engineers from the period beginning with my involvement with the project until the completion of the task and its acceptance by the Army Corps of Engineers.

5. The Army Corps of Engineers managed Washington Group as its prime contractor by identifying Definable Features of Work (DFOWs). To meet the Army Corps' DFOW requirements, Washington Group acted as a federal government contractor at all times in connection with its activities at the Industrial Canal Job Site, pursuant to the direction of a federal officer, namely, the Army Corps of Engineers and its Construction Manager, Lee Guillory; its Contracting Officer's Representative, James Montegut III; Alex Brogna; George Bacuta; and other Army Corps representatives. End-of-project closure status discussion was held with Carol Burdine, Army Corps of Engineers Project Manager.

6. The Army Corps of Engineers exercised detailed direction, control, and ongoing supervision over the performance of the task to meet the requirements of the contract and workplans, as well as the expectations of Louisiana's Department of Environmental Quality and the United States Environmental Protection Agency.

7. The Army Corps required, reviewed, edited, and formally approved a recommendation report at the beginning of the project, and subsequently required, reviewed, edited and formally approved a series of workplans, risk assessments, environmental studies, and closure reports. The Army Corps was periodically and

DLI-5961254v1                                3

frequently apprised of project status, in documents detailing the work done under the contract to date, the schedule for upcoming work, the volume and type of materials shipped from the Job Site, and other aspects of the task. The Army Corps also maintained a field office at the Job Site, conducted regular quality inspections at the Job Site, and monitored radio transmissions as the work was being performed at the Job Site.

8. On May 26, 2005, James Montegut III, Contracting Officer's Representative of the Army Corps of Engineers, sent a letter to Lee Guillory and John Weatherly of the Army Corps of Engineers, as well as Bobby Smith of Washington Group and William Perry of Louisiana's Department of Environmental Quality, declaring that, based on the Army Corps' Job Site visit and inspection on May 26, 2005, Task Order 26 was substantially complete. This letter was also copied to others on May 27, 2005 by the Army Corps' Mr. Guillory. True and correct copies of that letter of acceptance sent by the Army Corps under the contract are attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2005.

Richard Lesser

DLI-5961254v1                                    4