

DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

May 26, 2005

IHNC EBIA Remediation Resident Office

SUBJECT: Contract DACA56-94-D-0021 Total Environmental Restoration Contract (TERC), Task order No. 026; IHNC EBIA Remediation Project; New Orleans Louisiana.

Washington Group International
7800 E. Union Ave.
Suite 100
Denver, Co. 80237

Gentlemen,

   A final site visit/inspection was conducted on 26 May 2005 with the following individuals in attendance:
Mr. Jim Montegut – USACE NOD         Mr. Bobby Smith - WGI
Mr. Lee Guillory - USACE NOD          Mr. Ricky Hedrick – USACE SWT
Mr. John Weatherly – USACE SWT

   Upon completion all present agreed that demobilization activities were complete. The site has been fertilized, seeded and graded to drain. All office trailers, rental equipment, and WGI vehicles have been removed from the site; and excess Government property returned (via hand receipt) to NOD's warehouse and Algiers Lock.

   Based on this information, and visual observations Mr. Montegut, the project COR, declared Task Order 26 substantially complete. It was agreed that WGI would complete remaining closeout activities and deliverable items from its Denver Office. All future correspondence, including pay estimates, cost reports, etc. are to be forwarded to Mr. Lee Guillory at NOD headquarters.

Sincerely,

*James A. Montegut*

JAMES A. MONTEGUT III
Contracting Officer's Representative
IHNC EBIA Remediation Project

CC; Mr. Lee Guillory, USACE NOD
     Mr. John Weatherly, USACE SWT
     Mr. Bobby Smith, WGI
     Mr. William Perry, LDEQ

EXHIBIT A



DEPARTMENT OF THE ARMY
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

May 26, 2005

IHNC EBIA Remediation Resident Office

SUBJECT: Contract DACA56-94-D-0021 Total Environmental Restoration Contract (TERC), Task order No. 026; IHNC EBIA Remediation Project; New Orleans Louisiana.

Washington Group International
7800 E. Union Ave.
Suite 100
Denver, Co. 80237

Gentlemen,

A final site visit/inspection was conducted on 26 May 2005 with the following individuals in attendance:
Mr. Jim Montegut - USACE NOD            Mr. Bobby Smith - WGI
Mr. Lee Guillory - USACE NOD            Mr. Ricky Hedrick - USACE SWT
Mr. John Weatherly - USACE SWT

Upon completion all present agreed that demobilization activities were complete. The site has been fertilized, seeded and graded to drain. All office trailers, rental equipment, and WGI vehicles have been removed from the site; and excess Government property returned (via hand receipt) to NOD's warehouse and Algiers Lock.

Based on this information, and visual observations Mr. Montegut, the project COR, declared Task Order 26 substantially complete. It was agreed that WGI would complete remaining closeout activities and deliverable items from its Denver Office. All future correspondence, including pay estimates, cost reports, etc. are to be forwarded to Mr. Lee Guillory at NOD headquarters.

Sincerely,

JAMES A. MONTEGUT III
Contracting Officer's Representative
IHNC EBIA Remediation Project

CC: Mr. Lee Guillory, USACE NOD          MAY 27 2005
    Mr. John Weatherly, USACE SWT
    Mr. Bobby Smith, WGI
    Mr. William Perry, LDEQ
    Carol Burdine (CEMVN-PM-E)
    Ed Usner (CEMVN-PM-E)
    Robin Dykes (CD-CS)
    Hazel Davis (SWT)
    Brad Hull (SWT)