# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| _____ | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO:     INSURANCE | * | |
| ABADIE, ET AL. V. AEGIS SECURITY, | * | JUDGE DUVAL |
| INSURANCE CO., ET AL.  06-5164 | * | |
| ****************************************** | | MAG. WILKINSON |

**HOMESITE INSURANCE COMPANY'S ANSWER TO COMPLAINT,**
**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT**
**AND REQUEST FOR JURY TRIAL**

Defendant, Homesite Insurance Company (Homesite), answers plaintiffs' Complaint and

First Supplemental and Amending Complaint as follows:

## FIRST DEFENSE

Plaintiffs' Complaint and First Supplemental and Amending Complaint fail to state a cause

of action upon which relief may be granted.

## SECOND DEFENSE

Plaintiffs' Complaint and First Supplemental Amending Complaint fail to state a right of

action for which relief may be granted.

## **THIRD DEFENSE**

The allegations contained in the plaintiffs' Complaint and First Supplemental Amending Complaint are vague and/or ambiguous.

## **FOURTH DEFENSE**

Homesite, in response to each specific paragraph in plaintiffs' Complaint avers as follows:

### **I.**

Homesite denies the allegations contained in paragraph 1 for lack of sufficient information.

### **II.**

Homesite denies the allegations contained in paragraph 2 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

### **III.**

Homesite denies the allegations contained in paragraph 3 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## **PARTIES**

### **IV.**

Homesite denies the allegations contained in paragraph 4 for lack of sufficient information.

### **V.**

Homesite denies the allegations contained in paragraph 5 for lack of sufficient information, except to admit its status as a foreign insurer.

**JURISDICTION AND VENUE**

**VI.**

Homesite submits that the allegations contained in paragraph 6 call for legal conclusions and do not require an answer.  To the extent that an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**VII.**

Homesite submits that the allegations contained in paragraph 7 call for legal conclusions and do not require an answer.  To the extent that an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**VIII.**

Homesite submits that the allegations contained in paragraph 8 call for legal conclusions and do not require an answer.  To the extent that an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**IX.**

Homesite admits that Hurricane Katrina caused damage. The remaining allegations are denied. Specifically, with respect to the allegations pertaining to class action status,  the Complaint fails to meet all of the prerequisites of a Class Action included in Rule 23 of the Federal Rules of Civil Procedure.

**FACTUAL BACKGROUND**

**X.**

Homesite denies allegations contained in paragraph 10 for lack of sufficient information.

**XI.**

Homesite denies allegations contained in paragraph 11 for lack of sufficient information.

**XII.**

Homesite denies allegations contained in paragraph 12 for lack of sufficient information.

**XIII.**

Homesite denies allegations contained in paragraph 13 for lack of sufficient information.

**XIV.**

Homesite submits that the allegations contained in paragraph 14 call for legal conclusions and do not require an answer.  Further, any policy issued is a written document and, as such, is the best evidence of its term, conditions and exclusions. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**XV.**

Homesite denies the allegations contained in paragraph 15 for lack of sufficient information, except to specifically deny any allegations that Homesite in any way misrepresented the terms, conditions and/or coverages afforded under its policy.

**XVI.**

Homesite denies the allegations contained in paragraph 16 for lack of sufficient information.

**XVII.**

Homesite denies the allegations contained in paragraph 17 for lack of sufficient information.

**XVIII.**

Homesite denies the allegations contained in paragraph 18 for lack of sufficient information, except to admit that flood insurance policies are issued under the National Flood Insurance Program (NFIP).

**XIX.**

Homesite denies allegations contained in paragraph 19 for lack of sufficient information..

**XX.**

Homesite denies the allegations contained in paragraph 20 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**XXI.**

Homesite denies allegations contained in paragraph 21 for lack of sufficient information, except to specifically deny any allegations that Homesite in any way  mislead or misinformed plaintiffs and/or that it in any way misrepresented the terms, conditions and/or coverages afforded under its policy.

**XXII.**

Homesite denies the allegations contained in paragraph 22 for lack of sufficient information.

**XXIII.**

Homesite denies the allegations contained in paragraph 23 for lack of sufficient information, except to admit that on or about August 29, 2005, Hurricane Katrina made landfall.

**XXIV.**

Homesite denies allegations contained in paragraph 24 for lack of sufficient information.

## XXV.

Homesite denies the allegations contained in paragraph 25 for lack of sufficient information..

## XXVI.

Homesite denies the allegations in paragraph 26 for lack of sufficient information.

## XXVII.

Homesite denies the allegations in paragraph 27 for lack of sufficient information.

## XXVIII.

Homesite denies the allegations in paragraph 28 for lack of sufficient information.

## XXIX.

Homesite denies the allegations in paragraph 29 for lack of sufficient information.

## XXX.

Homesite denies the allegations in paragraph 30 for lack of sufficient information.

## XXXI.

Homesite denies the allegations in paragraph 31 for lack of sufficient information.

## XXXII.

Homesite denies the allegations in paragraph 32 for lack of sufficient information.

## XXXIII.

Homesite denies the allegations in paragraph 33 for lack of sufficient information.

## COUNT I - DECLARATORY JUDGMENT

## XXXIV.

Homesite submits that the allegations contained in paragraph 34 do not require an answer.

To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses.

-6-

## XXXV.

Homesite denies the allegations contained in paragraph 35 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## XXXVI.

Homesite denies the allegations contained in paragraph 36 for lack of sufficient information.

## XXXVII.

Homesite denies the allegations contained in paragraph 37 for lack of sufficient information, except to specifically deny that any losses caused by flooding are covered under Homesite's policy.

## XXXVIII.

Homesite denies the allegations contained in paragraph 38 for lack of sufficient information.

## XXXIX.

Homesite denies the allegations contained in paragraph 39 for lack of sufficient information, except to specifically deny that indemnification is owed for any losses caused by flooding.

## XL.

Homesite denies the allegations contained in paragraph 40 for lack of sufficient information, except to specifically deny any allegations that it failed to indemnify its insureds in accordance with the terms, conditions, and exclusions contained in its policy.

## XLI.

Homesite denies the allegations contained in paragraph 41 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## XLII.

Homesite denies the allegations contained in paragraph 42 for lack of sufficient information, except to specifically deny any allegations that losses caused by flooding are covered under Homesite's policy.

## XLIII.

Homesite denies the allegations contained in paragraph 43.

## XLIV.

Homesite denies the allegations contained in paragraph 44**.**

## XLV.

Homesite denies the allegations contained in paragraph 45 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## XLVI.

Homesite denies the allegations contained in paragraph 46 for lack of sufficient information, except to specifically deny any allegations that Homesite failed to pay any amounts due under the terms and conditions of Homesite's policy.

## XLVII.

Homesite denies the allegations contained in paragraph 47 for lack of sufficient information, except to specifically deny any allegations the Homesite is liable and/or responsible for plaintiffs inability to remedy their alleged damages.

## COUNT II – BREACH OF CONTRACT

## XLVIII

Homesite submits that the allegations contained in paragraph 48 do not require an answer.

-8-

To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses.

**XLIX.**

Homesite denies the allegations contained in paragraph 49 for lack of sufficient information, except to admit that coverage is afforded to Homesite's insureds in accordance with the terms, conditions and exclusions contained in Homesite's policy, which is the best evidence of its contents.

**L.**

Homesite denies the allegations contained in paragraph 50 for lack of sufficient information.

**LI.**

Homesite denies the allegations contained in paragraph 51 for lack of sufficient information, except to specifically deny any allegations that Homesite failed to meet its obligations under its policy and/or that it failed to pay in accordance with the terms, conditions and exclusions contained in its policy.

**LII.**

Homesite denies the allegations contained in paragraph 52 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**COUNT III – BREACH OF IMPLIED COVENANT OF
GOOD FAITH AND FAIR DEALING**

**LIII.**

Homesite submits that the allegations contained in paragraph 53 do not require an answer. To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses.

**LIV.**

Homesite denies the allegations contained in paragraph 54 for lack of sufficient information, except to specifically deny any allegations that Homesite owes indemnification for any losses caused by flooding.

**LV.**

Homesite denies the allegations contained in paragraph 55 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LVI.**

Homesite denies the allegations contained in paragraph 56 for lack of sufficient information, except to specifically deny any allegations that Homesite failed to provide coverage in accordance with the terms, conditions and exclusions contained in its policy.

**LVII.**

Homesite denies the allegations contained in paragraph 57 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LVIII.**

Homesite denies the allegations contained in paragraph 58 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LIX.**

Homesite denies the allegations contained in paragraph 59 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LX.**

Homesite denies the allegations contained in paragraph 60 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LXI.**

Homesite denies the allegations contained in paragraph 61 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LXII.**

Homesite denies the allegations contained in paragraph 62 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LXIII.**

Homesite denies the allegations contained in paragraph 63 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**LXIV.**

Homesite denies the allegations contained in paragraph 64 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

**COUNT IV – BREACH OF LA. REV. STAT. ANN. § 22:1220**

**LXV.**

Homesite submits that the allegations contained in paragraph 65 do not require an answer. To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses.

**LXVI.**

Homesite submits that the allegations contained in paragraph 66 do not require an answer.

To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

## LXVII.

Homesite submits that the allegations contained in paragraph 67 do not require an answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

## LXVIII.

Homesite denies the allegations contained in paragraph 68 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## LXIX.

Homesite denies the allegations contained in paragraph 69 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## LXX.

Homesite denies the allegations contained in paragraph 70 for lack of sufficient information, except to specifically deny any allegations that Homesite failed to provide coverage in accordance with the terms, conditions and exclusions contained in its policy.

## LXXI.

Homesite denies the allegations contained in paragraph 71 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## LXXII.

Homesite denies the allegations contained in paragraph 72 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## LXXIII.

Homesite submits that the allegations contained in paragraph 73 do not require an answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

## LXXIV.

Homesite denies the allegations contained in paragraph 74 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## LXXV.

Homesite denies the allegations contained in paragraph 75 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## COUNT VI – BREACH OF LA. REV. STAT. ANN. § 22:695
### (Incorrectly Numbered)

## LXXVI.

Homesite submits that the allegations contained in paragraph 76 do not require an answer. To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses.

## LXXVII.

Homesite submits that the allegations contained in paragraph 77 do not require an answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

## LXXVIII.

Homesite denies the allegations contained in paragraph 78 for lack of sufficient information.

## LXXIX.

Homesite denies the allegations contained in paragraph 79 for lack of sufficient information, except to specifically deny that any losses caused by flooding are covered under Homesite's policy.

## LXXX.

Homesite denies the allegations contained in paragraph 80 for lack of sufficient information, except to specifically deny any allegations that it failed to indemnify or compensate its insureds in accordance with the terms, provisions and exclusions contained in its policy.

## LXXXI.

Homesite denies the allegations contained in paragraph 81 for lack of sufficient information, except to specifically deny any allegations that it failed to compensate its insureds in accordance with the terms, provisions and exclusions contained in its policy.

## LXXXII.

Homesite denies the allegations contained in paragraph 82 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## COUNT VII – BREACH OF FIDUCIARY DUTY

## LXXXIII.

Homesite submits that the allegations contained in paragraph 83 do not require an answer. To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses

## LXXXIV.

Homesite submits that the allegations contained in paragraph 84 call for legal conclusions and do not require and answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

-14-

**LXXXV.**

Homesite submits that the allegations contained in paragraph 85 call for legal conclusions and do not require and answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**LXXXVI.**

Homesite submits that the allegations contained in paragraph 86 call for legal conclusions and do not require and answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**LXXXVII.**

Homesite submits that the allegations contained in paragraph 87 call for legal conclusions and do not require and answer. To the extent an answer is deemed necessary, the allegations are denied for lack of sufficient information.

**LXXXVIII.**

Homesite denies allegations contained in paragraph 88 for lack of sufficient information, except to specifically deny any allegations that Homesite in any way  mislead or misinformed plaintiffs and/or that it in any way misrepresented the terms, conditions and/or coverages afforded under its policy.

**LXXXIX.**

Homesite denies the allegations contained in paragraph 89 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## XC.

Homesite denies the allegations contained in paragraph 90 for lack of sufficient information, except to specifically deny the allegations to the extent they pertain to Homesite.

## FIFTH DEFENSE

**AND NOW**, further responding to the allegations in plaintiffs' First Supplemental and Amending Complaint, Homesite avers as follows:

## I.

Homesite denies allegations contained in paragraph I for lack of sufficient information.

## II.

Homesite submits that the allegations contained in paragraph II do not require an answer. To the extent an answer is deemed necessary, Homesite repeats and re-alleges its previous responses to the allegations contained in the Original Complaint.

## SIXTH DEFENSE

Homesite gives notice that it intends to rely on such other defenses as they become available by law or during the discovery proceedings of this case and reserves its right to amend its answer to assert such defenses.

## SEVENTH DEFENSE

Homesite pleads all statutory and regulatory provisions applicable to the allegations in plaintiffs' Complaint and First Supplemental and Amending Complaint.

## EIGHTH DEFENSE

Plaintiffs' alleged damages were caused, in whole or in part, by the fault, breach of duty, breach of contract, negligence, and/or intentional acts on the part of plaintiffs.

## NINTH DEFENSE

Plaintiffs' alleged damages were caused, in whole or in part, by the fault, breach of duty, breach of contract, negligence, and/or intentional acts of other individuals, entities, parties, and/or third parties for whom Homesite is not liable or responsible.

## TENTH DEFENSE

Liability of Homesite, if any, is dependant solely upon a policy of insurance which, as a written document, is the best evidence of its terms, conditions, provisions and exclusions.  Homesite pleads such terms, conditions, provisions and exclusions as if copied herein *in extenso*.

Specifically, and without waiving any defense, claim or other exclusion, term, condition or provision of the policie(s) potentially at issue herein, Homesite pleads "the limited fungi, wet or dry rot, or bacteria coverage" exclusion and the "water damage" exclusion.

## ELEVENTH DEFENSE

To the extent plaintiffs' failed to mitigate/or reasonably avoid the consequences of the alleged damages, any recovery from Homesite must be reduced by that amount.

## TWELFTH DEFENSE

Homesite has not acted in bad faith. At all times Homesite acted reasonably and in accordance with the terms and provisions of the policies issued to those plaintiffs' alleged to be insureds of Homesite.  Accordingly, no penalties or attorney fees are owed.

## THIRTEENTH DEFENSE

Homesite is entitled to a credit for any and all amounts of damage or payments made or tendered to plaintiffs' arising out of their alleged loss.

-17-

## JURY DEMAND

Homesite is entitled to and hereby demands a trial by jury on plaintiffs' claims.

**WHEREFORE**, Homesite Insurance Company, prays that its answer be deemed good and sufficient, and after due proceedings, there be a judgment in Homesite's favor and against plaintiffs, dismissing plaintiffs' demands with prejudice and at their cost, and for all of the legal and equitable relief to which Homesite is entitled.

**Respectfully submitted:**

**/S/ KERRIE T. BELSOME**
**ROBERT E. KERRIGAN, Jr. (7350)**
**KERRIE T. BELSOME (28246)**
**DEUTSCH, KERRIGAN & STILES**
**755 Magazine Street**
**New Orleans, LA 70130**
**Telephone: (504) 523-2111**
**Fax: (504) 566-1201**
**ATTORNEYS FOR HOMESITE**
**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing Homesite Insurance Company's Answer to Complaint for Damages, First Supplemental and Amending Complaint and Request for Jury Trial, has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 16th day of January, 2007.

/s/ Kerrie T. Belsome

-18-

#345369v1<DKS> -Answer.Abadie