**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | DIVISION "K" SECT: "2" |
| versus | * | |
| | * | |
| | * | |
| PERTAINS TO : INSURANCE, | * | JUDGE: STANWOOD R. DUVAL |
| Francis Ivker, wife of/and Barry Ivker v. State | * | |
| Farm Fire and Casualty Company, Susan | * | |
| Geoghegan and XYZ Insurance Company | * | |
| | * | |
| Case No. 06-8942 | * | MAG. JOSEPH C. WILKINSON |
| | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel comes Defendant, State Farm Fire

and Casualty Company, who moves this Court to add Charles L. Chassaignac IV, James E.

Johnson, Bryan J. Haydel, Jr., and Eleanor W. Wall of Porteous, Hainkel & Johnson, LLP, as

additional counsel of record on its behalf.

Dated: January 16, 2007.

Respectfully submitted,

Nielsen Law Firm, L.L.C.

*/s/ Joseph J. Aguda, Jr.*
Joseph J. Aguda Jr., #27762
Counsel to be Notified Via Electronic Filing
Gerald J. Nielsen, #17078
Counsel to be Notified Via Electronic Filing
Three Lakeway Center
3838 N. Causeway Blvd, Suite 2850
Metairie, Louisiana 70002
Telephone: (504) 837-2500
Facsimile: (504) 832-9165

Counsel for Defendants, State Farm Fire and
Casualty Company and Susan Geoghegan

and

**Porteous, Hainkel, & Johnson, LLP**
Charles L. Chassaignac, IV, T.A. (#20746)
James Eric Johnson (#23800)
Bryan J. Haydel, Jr. (#27500)
Eleanor Weeks Wall (#29695)
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801
P: (225) 383-8900
F: (225) 383-7900

Counsel for Defendant, State Farm Fire and
Casualty Company as to Homeowners Coverage

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

   Brian D. Katz
   820 O'Keefe Ave
   New Orleans, LA 70113

Temp contact: 201 St. Charles Ave, Suite 4310
   New Orleans, LA 70113

I further certify that on January 16, 2007, I mailed and faxed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

   N/A

        /s/*Joseph J. Aguda, Jr.*
        Joseph J. Aguda, Jr.