UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| Plaintiff, | * * | |
| | * | DIVISION "K" SECT: "2" |
| versus | * * | |
| PERTAINS TO : INSURANCE, Francis Ivker, wife of/and Barry Ivker v. State Farm Fire and Casualty Company, Susan Geoghegan and XYZ Insurance Company | * * * * * | JUDGE: STANWOOD R. DUVAL |
| Case No. 06-8942 | * * | MAG. JOSEPH C. WILKINSON |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * *

## ORDER

It is ORDERED that Charles L. Chassaignac IV, James E. Johnson, Bryan J. Haydel, Jr., and Eleanor W. Wall of Porteous, Hainkel & Johnson, LLP, be and the same are hereby enrolled as additional counsel of record for Defendant, State Farm Fire and Casualty Company.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
J U D G E