UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO:    INSURANCE | * | |
| ABADIE, ET AL. V. AEGIS SECURITY | * | |
| INSURANCE CO., ET AL.  06-5164 | * | |
| ****************************************** | | MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that Homesite Insurance Company requests Oral Argument on its Opposition to Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support for Entry of An Order Administratively Closing *Abadie, et al v. Aegis Security Insurance Co., et al.*, No.06-5164.

Respectfully submitted,

  /s/ KERRIE T. BELSOME
**ROBERT E. KERRIGAN (#7350)**
**KERRIE T. BELSOME (#28246)**
**DEUTSCH, KERRIGAN & STILES, LLP**
755 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 581-5141
FACSIMILE:  (504) 566-1201
**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Request for Oral Argument has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 16th day of January, 2007.

          /S/ KERRIE T. BELSOME
          **KERRIE T. BELSOME**