UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO:   INSURANCE | * | |
| AARON, ET AL. V. AIG CENTENNIAL | * | JUDGE DUVAL |
| INSURANCE COMPANY, ET AL.  06-4746 | * | |
| ****************************************** | | MAG. WILKINSON |

## REQUEST FOR ORAL ARGUMENT

**PLEASE TAKE NOTICE** that Homesite Insurance Company requests Oral Argument on its Opposition to Plaintiffs' Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Aaron, et al v. AIG, et al.*, No. 06-4747.

Respectfully submitted,

  /s/ KERRIE T. BELSOME
**ROBERT E. KERRIGAN (#7350)**
**KERRIE T. BELSOME (#28246)**
**DEUTSCH, KERRIGAN & STILES, LLP**
755 MAGAZINE STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 581-5141
FACSIMILE:  (504) 566-1201
**ATTORNEYS FOR DEFENDANT  HOMESITE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Request for Oral Argument has been served on counsel for all parties by either facsimile, hand delivery, electronic mail or U.S. Mail, properly addressed and postage prepaid, on this 16th day of January, 2007.

    /S/ KERRIE T. BELSOME
**KERRIE T. BELSOME**