UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DARREN WEESE<br><br>VS.<br><br>THE HANOVER INSURANCE<br>COMPANY AND INSURANCE<br>UNDERWRITERS, LTD. | CIVIL ACTION NO. 06-10499<br><br>SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

AFFIDAVIT OF CHRISTINE A. GEORGE IN SUPPORT OF
NOTICE OF REMOVAL

Christine A. George, being duly sworn, deposes and states as follows:

1. I am a Litigation Coordinator with Massachusetts Bay Insurance Company ("MBIC"). I make this affidavit based upon MBIC's business records, with which I am personally familiar.

2. Massachusetts Bay is a corporation organized under the laws of New Hampshire with its principal place of business in Massachusetts.

3. Copies of the declarations for insurance policy number HVO 7782925 that MBIC issued to Plaintiff (the "Policy"), effective for the period from February 12, 2005 through February 12, 2006, are attached as Exhibit A hereto. As reflected on the declarations pages of



- 1 -

the Policy, the policy limits include a limit of $138,000 for dwelling, $13,800 for other structures, and $27,600 for loss of use.

4. MBIC made payments to Mr. Weese totaling $12,607.31.

5. The remaining available limits of the Policy exceeded $75,000 on the date the Notice of Removal was filed and currently exceeds $75,000.

*Christine A. George*
Christine A. George

Sworn to and Subscribed before me
this _13_ day of January, 2007.

*Dave Cobb*
Notary Public

David Cobb
Notary Public, Livingston County, MI
My Commission Expires Sept. 19, 2012


ALLMERICA FINANCIAL®
HANOVER INSURANCE®

09               AMENDED DECLARATION                        #
                                          EFFECTIVE 07/21/05
                   H O M E O W N E R S   P O L I C Y

**REASON FOR AMENDMENT: ADD MORTGAGEE**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HVO 7782925 | 02/12/05 | 02/12/06 | MASSACHUSETTS BAY INSURANCE CO | 040412700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| DARREN WEESE<br>4301 FLORIDA AVE<br>MERAUX, LA  70075 | TELEPHONE: 504-883-2500<br>INSURANCE UNDERWRITERS LTD<br>2610 EDENBORN AVENUE<br>P.O. BOX 6738<br>METAIRIE, LA  70009 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

```
CONSTRUCTION   PREM.   NO. OF   TERR.   PROT.   YR.     SECTION I LOSS        SEAS/SEC
               GROUP   FAM.             CODE    CONST.  DEDUCTIBLE
  VENEER        36       1       05      03      03    $1000 PER OCCURRENCE      NO
COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN
SECTION I COVERAGE                       LIMIT OF LIABILITY            PREMIUMS
  A. DWELLING                                 $138,000                $2,609.00
  B. OTHER STRUCTURES                          $13,800
  C. PERSONAL PROPERTY                         $96,600
  D. LOSS OF USE                               $27,600
SECTION II COVERAGE
  E. PERSONAL LIABILITY                  $300,000 EACH OCCURRENCE
  F. MEDICAL PAY. TO OTHERS -              $1,000 EACH PERSON            $16.00
                  TOTAL BASIC PREMIUM - - - - - - - - - - -           $2,625.00
ADDITIONAL PREMIUMS
  ADDITIONAL COVERAGE ENDORSEMENT                                        $14.00
  EXTENDED DWELLING REPLACEMENT COST                                     $12.00
  REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY        $196.00
              TOTAL ADDITIONAL PREMIUMS - - - - - - - - - -             $222.00
RATING CREDITS
  OPTIONAL DEDUCTIBLE                                                   $500.00CR
      TOTAL RATING CREDITS                                              $500.00CR

VALUED CUSTOMER CREDITS
  CREDIT FOR PROTECTIVE DEVICES                                         $130.00CR
  NEW HOME DISCOUNT                                                     $548.00CR
  NON-SMOKER DISCOUNT 5% CREDIT                                         $130.00CR
  12% CREDIT FOR INSURING BOTH YOUR AUTO AND HOME WITH US               $313.00CR
      TOTAL VALUED CUSTOMER CREDITS                                   $1,121.00CR
              TOTAL CREDITS - - - - - - - - - - - - - - - -          $1,621.00CR

              TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - -          $1,399.00CR
              TOTAL ANNUAL PREMIUM - - - - - - - - - - - -           $1,226.00
  PREV PREMIUM  $1,226.00   CHANGE       $.00     CHANGE IN PREMIUM       $.00

MORTGAGEE
  GMAC MORTGAGE CORP. ISAOA
  042-481299-8
  PO BOX 4025
  CORAOPOLIS, PA  15108
```


EXHIBIT A

09                        AMENDED DECLARATION                                    #
                                                      EFFECTIVE 07/21/05
                         H O M E O W N E R S   P O L I C Y

**REASON FOR AMENDMENT: ADD MORTGAGEE**

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HVO 7782925 | 02/12/05 | 02/12/06 | MASSACHUSETTS BAY INSURANCE CO | 040412700 |

**NAMED INSURED AND ADDRESS**                                  **AGENT**

DARREN  WEESE                                      TELEPHONE: 504-883-2500
4301 FLORIDA AVE                                   INSURANCE UNDERWRITERS LTD
MERAUX, LA   70075                                 2610 EDENBORN AVENUE
                                                   P.O. BOX 6738
                                                   METAIRIE, LA   70009

   FORMS AND ENDORSEMENTS - H00003 04/91, 231-0600 04/83, H00117 01/04,
      231-1340 12/91, H00496 04/91, 231-1442 05/93, 231-1524 02/94, H00490 04/91,
      H00353 12/98, 391-0565 01/83, 231-1949 12/02.

   DESCRIPTION OF ADDITIONAL COVERAGES

     POLICY CONTAINS ADDITIONAL COVERAGE ENDORSEMENT

     EXTENDED DWELLING REPLACEMENT COST APPLIES

     POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

     POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

   SPECIAL HURRICANE DEDUCTIBLE IS 2%, MAXIMUM DEDUCTIBLE=$5000

     CREDIT FOR PROTECTIVE DEVICES                        PERCENTAGE IS 05


                                           AUTHORIZED COMPANY REPRESENTATIVE
                                           INSURANCE UNDERWRITERS LTD


                                                                 DIRECT BILLED
07/12/05                      1022185567                         PAGE 02 OF 02
                           PERSONAL LINES

2