



09                              DECLARATION                              XS AC LF

H O M E O W N E R S   P O L I C Y

3/4/05 DR

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HVO 7782925 | 02/12/05 | 02/12/06 | MASSACHUSETTS BAY INSURANCE CO | 040412700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| DARREN WEESE<br>4301 FLORIDA AVE<br>MERAUX, LA 70075 | TELEPHONE: 504-883-2500<br>INSURANCE UNDERWRITERS LTD<br>2610 EDENBORN AVENUE<br>P.O. BOX 6738<br>METAIRIE, LA 70009 |

POLICY PERIOD- 12:01 A.M. STANDARD TIME AT THE RESIDENCE PREMISES

THE PREMISES COVERED BY THIS POLICY IS LOCATED AT THE ABOVE ADDRESS.

| CONSTRUCTION | PREM. GROUP | NO. OF FAM. | TERR. | PROT. CODE | YR. CONST. | SECTION I LOSS DEDUCTIBLE | SEAS/SEC |
|---|---|---|---|---|---|---|---|
| VENEER | 36 | 1 | 05 | 03 | 03 | $1000 PER OCCURRENCE | NO |

COVERAGE IS PROVIDED WHERE A PREMIUM OR A LIMIT OF LIABILITY IS SHOWN

```
SECTION I COVERAGE                             LIMIT OF LIABILITY            PREMIUMS
 A. DWELLING                                       $138,000                  $2,609.00
 B. OTHER STRUCTURES                                $13,800
 C. PERSONAL PROPERTY                               $96,600
 D. LOSS OF USE                                     $27,600
SECTION II COVERAGE
 E. PERSONAL LIABILITY                      $300,000 EACH OCCURRENCE
 F. MEDICAL PAY. TO OTHERS -                  $1,000 EACH PERSON                $16.00
              TOTAL BASIC PREMIUM - - - - - - - - - - - - - -                $2,625.00
ADDITIONAL PREMIUMS
 ADDITIONAL COVERAGE ENDORSEMENT                                                $14.00
 EXTENDED DWELLING REPLACEMENT COST                                             $12.00
 REPLACEMENT COST ON COVERAGE C - UNSCHEDULED PERSONAL PROPERTY                $196.00
              TOTAL ADDITIONAL PREMIUMS - - - - - - - - - - - -                $222.00
RATING CREDITS
 OPTIONAL DEDUCTIBLE                                                          $500.00CR
              TOTAL RATING CREDITS                                            $500.00CR

VALUED CUSTOMER CREDITS
 CREDIT FOR PROTECTIVE DEVICES                                                $130.00CR
 NEW HOME DISCOUNT                                                            $548.00CR
 NON-SMOKER DISCOUNT 5% CREDIT                                                $130.00CR
 12% CREDIT FOR INSURING BOTH YOUR AUTO AND HOME WITH US                      $313.00CR
              TOTAL VALUED CUSTOMER CREDITS                                 $1,121.00CR
                     TOTAL CREDITS - - - - - - - - - - - - - - - - -        $1,621.00CR

                     TOTAL PREMIUM ADJUSTMENTS - - - - - - - - - - -         $1,399.00CR
                     TOTAL ANNUAL PREMIUM - - - - - - - - - - - - -          $1,226.00
```

FORMS AND ENDORSEMENTS - H00003 04/91*, 231-0600 04/83*, H00117 01/04*,
  231-1340 12/91*, H00496 04/91*, 231-1442 05/93*, 231-1524 02/94*,
  H00490 04/91*, H00353 12/98*, 391-0565 01/83*, 231-1949 12/02*.

DESCRIPTION OF ADDITIONAL COVERAGES

  POLICY CONTAINS ADDITIONAL COVERAGE ENDORSEMENT

EXHIBIT A

02/11/05                    CONTINUED ON NEXT PAGE            DIRECT BILLED
                                1022185567                    PAGE 01 OF 02
                              AGENT                     RECEIVED

09                                    DECLARATION                                   XS AC LF

H O M E O W N E R S   P O L I C Y

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| HVO 7782925 | 02/12/05 | 02/12/06 | MASSACHUSETTS BAY INSURANCE CO | 040412700 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| DARREN  WEESE<br>4301 FLORIDA AVE<br>MERAUX, LA  70075 | TELEPHONE: 504-883-2500<br>INSURANCE UNDERWRITERS LTD<br>2610 EDENBORN AVENUE<br>P.O. BOX 6738<br>METAIRIE, LA  70009 |

DESCRIPTION OF ADDITIONAL COVERAGES

EXTENDED DWELLING REPLACEMENT COST APPLIES

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

POLICY CONTAINS REPLACEMENT COST ON COVERAGE C

SPECIAL HURRICANE DEDUCTIBLE IS 2%, MAXIMUM DEDUCTIBLE=$5000

CREDIT FOR PROTECTIVE DEVICES                               PERCENTAGE IS 05

AUTHORIZED COMPANY REPRESENTATIVE
INSURANCE UNDERWRITERS LTD

02/11/05                            1022185567                        DIRECT BILLED
                      AGENT                                           PAGE 02 OF 02