# HOMEOWNER APPLICATION

**ACORD**

DATE (MM/DD/YYYY): 02/09/2005

**AGENCY:** INSURANCE UNDERWRITERS LTD
2610 EDENBORN AVENUE
P.O. BOX 6738
METAIRIE, LA 70009-6738

PHONE (A/C, No, Ext):
FAX (A/C, No):

CODE: 0404107   SUBCODE:
AGENCY CUSTOMER ID: WEESDA1

**APPLICANT'S NAME AND MAILING ADDRESS** (Include county & ZIP+4):
DARREN WEESE
4301 FLORIDA AVE
MERAUX, LA 70075

NAIC CODE: 22306
FACILITY CODE:
POLICY #: H00 0180925 00
HOME PHONE #:

DATE AT CURR RES:
CO/PLAN: MASSACHUSETTS BAY
EFFECTIVE DATE: 02/22/2005
EXPIRATION DATE: 02/22/2006
BUSINESS PHONE #:
DAY / EVE

## APPLICANT INFORMATION

PREVIOUS ADDRESS (If less than 3 years):
YRS AT PREV ADDR:
LOCATION OF PROPERTY IF DIFF FROM ABOVE (Inc county & ZIP):

APPLICANT'S OCCUPATION (State nature of business if self-employed): CONSTRUCTION MGR
APPLICANT'S EMPLOYER NAME AND ADDRESS:
YEARS IN CURR OCC: 6
YEARS W/ CURR EMPL:
YEARS W/ PRIOR EMPL:
MAR STAT: M
DATE OF BIRTH: 09/26/1971
SOCIAL SECURITY #: 435042830

CO-APPLICANT'S OCCUPATION:
CO-APPLICANT'S EMPLOYER NAME AND ADDRESS:

HOW LONG HAVE YOU KNOWN THE APPLICANT?
DATE AGENT LAST INSPECTED PROPERTY:

## COVERAGES/LIMITS OF LIABILITY

| HO FORM | DWELLING | OTHER STRUCTURES | PERSONAL PROPERTY | LOSS OF USE | PERSONAL LIABILITY EACH OCCURRENCE | MEDICAL PAYMENTS EACH PERSON |
|---|---|---|---|---|---|---|
| HO-3 | $138,000 | $13,800 | $96,600 | $27,600 | $300,000 | $1,000 |

**DED (Type & Amount):**
✓ ALL PERIL: 1,000
WIND/HAIL: 2%
THEFT:
NAMED HURRICANE*:
WEATHER:
*Not Applicable in NC

## ENDORSEMENTS

✓ REPLACEMENT COST DWELLING   ✓ REPLACEMENT COST CONTENTS

ENTER OTHER ENDORSEMENT(S):
NON-SMOKER DISCOUNT-HONS
PREMISES ALARM CREDIT-H216
ACCOUNT CREDIT-HACR
SPECIAL PACKAGE ENDORSEMENT-HACR

EXTENDED DWELLING REPLACEMENT COST-HEDR
WIND AND HAIL PERCENT DEDUCTIBLE-HWHP
REPLACEMENT COST FOR CONTENTS-HREP
NEW HOME DISCOUNT-423

**PREMIUM**
EST TOTAL PREMIUM: $1,226
DEPOSIT:
BALANCE:

## PAYMENT PLAN

ACORD 610 Attached (NOT APPLICABLE IN NC)
ACCOUNT #: 2129947
BILLING: ✓ DIRECT BILL
IF DIRECT BILL: BILL APPLICANT / BILL MORTGAGEE / OTHER
IF APPLICANT BILL: 4 INSTALL W/ DEPOSIT & SERVICE CHARGE / FULL PAY / OTHER

MAIL POLICY TO: AGENT / APPLICANT / OTHER

## RATING/UNDERWRITING

FRAME: 
✓ MASONRY VENEER
MASONRY
FIRE RES

MFG HOME: VINYL SIDING / ALUMINUM SIDING

YR BUILT: 2003
# ROOMS:
MARKET VALUE:
SQ FT:
# APTS:
REPLACEMENT COST: $138,000

STRUCTURE TYPE: ✓ DWELLING / TOWNHOUSE / APART / ROWHOUSE / CONDO / CO-OP
USAGE TYPE: ✓ PRIMARY / SECONDARY / SEASONAL

FARM: 
# FAMILIES: 1
# HSEHLD RES:
PURCHASE DATE/PRICE:
COMP DATE:
RENOVATION TYPE: PART / COMP / YEAR

| | | |
|---|---|---|
| WIRING | | 2003 |
| PLUMBING | | 2003 |
| HEATING | | 2003 |
| ROOFING | | 2003 |
| EXTERIOR PAINT | | |

NUMBER OF FIRE UNITS IN FIRE DIV: 005
TERR CODE: 036
PREM GROUP:
PROTECT CLASS: 03
DISTANCE TO HYDRANT: 0500 FT
FIRE STATION: 03 MI
PROTECTION DEVICE TYPE: SYSTEM / SMOKE / TEMP / BURGLAR
HEAT TYPE: PRIMARY CENTRAL / SECONDARY
HOUSEKEEPING CONDITION:

FIRE/EC RATE:
FIRE DISTRICT/CODE NUMBER:
DIRECT / LOCAL

DATE HEATING SYSTEM LAST SERVICED: 2003
NUM OF AMPS (ELEC SYST):
CIRCUIT BREAKERS: YES / NO
FUSES: YES / NO
KNOB & TUBE OR ALUMINUM WIRING: YES / NO
PLUMBING SYSTEM CONDITION:
PLUMBING SYSTEM ANY KNOWN LEAKS: YES / NO
FOUNDATION: OPEN / CLOSED / NONE

DWELLING LOCATION:
WITHIN CITY LIMITS
WITHIN FIRE DIST
WITHIN FIRE PROT SUBRB

OCCUPANCY: ✓ OWNER / UNOCC / TENANT / VACANT
✓ DEADBOLT
✓ FIRE EXT
VISIBLE TO NEIGHBORS

OIL STORAGE TANK LOCATION: INDOORS / OUTDOORS / ABOVE GROUND ON MASONRY FLOOR / ABOVE GROUND NOT ON MASONRY FLOOR / ABOVE / BELOW GROUND

SWIMMING POOL: YES / ✓ NO
APPROVED FENCE / DIVING BOARD / SLIDE / ABOVE GROUND / IN GROUND

BLDG CODE GRADE:
INSPECTED? YES / NO
TAX CODE: 001630
RATING CLASS: SPEC
OCCUPIED DAILY? ✓ YES / NO
# WKS RENTED:
WIND CLASS: SEMI-RESISTIVE / RESISTIVE / OTHER
ROOF MATERIAL:

IF REPLACEMENT COST APPLIES ACORD 42 ATTACHED:
BASEMENT / GARAGE / BREEZEWAY

RATING CREDITS: ✓ NON-SMOKER / LIGHTNING PROTECTION

MANNER SECURED / OFF PREMISES THEFT EXCL

SPRINKLER: PARTIAL / FULL

FIREPLACES (Enter Number): CHIMNEYS / HEARTHS / PRE-FAB / WOOD STOVE INSERT

ACORD 80 (2004/02)   PLEASE COMPLETE REVERSE SIDE   © ACORD CORPORATION 1981

**EXHIBIT B**



# NON-SMOKING STATEMENT

APPLICANT: Please complete answers to questions below:                                    YES    NO

1. Do you smoke or have you smoked in the past 12 months?                                 ☐     ☒

2. Does any other person who resides in the insured household
   now smoke or have they smoked in the past 12 months?                                    ☐     ☒

Signature of Applicant: _Michele Weese_                                  Date _2-9-05_

NOTE: Smoking is defined to include smoking of cigarettes, cigars, pipe tobacco and other similar materials.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The above statement is correct to the best of my knowledge and belief.

Signature of Agent: _Robert J Nicosia_                   Agency _MMK, LTD_

Date _2-9-05_                 Policy Number _NVO 7782925_

Form 231-0294 (5/86)

**ALLMERICA FINANCIAL**
CITIZENS INSURANCE
HANOVER INSURANCE

| Account | Transaction | Location | Coverage | Rating | Issue | More... |

## POLICY-LEVEL ISSUE INFORMATION

<<Go Back | Issue Policy >>

- Quote New Business / Endorsements
- Quote/Change Request Inquiry
- Sweep Inquiry
- Payments / Deposits
- Report Inquiry
- Bridge Inquiry
- Commercial / Personal
- Exit POS

W09

Account: WEESE, DARREN
Account #: 1022185567
Quote #: 574802801
Agency: INSURANCE UNDERWRITERS LTD
Agency Cd: 0404127

- Begin New Transaction
- View Account Information
- Save
- Rate
- Issue
- Delete

### BILLING INFORMATION

- Billing Option*: DIRECT BILL
- Bill Frequency*: 4 INSTALL W/ DEPOSIT & SERVICE CHARGE
- Renewal Billing Option*: DIRECT BILL
- Renewal Bill Frequency*: 4 INSTALL W/ DEPOSIT & SERVICE CHARGE
- Premium Deposit ($): 435.00
- Bill To:
- Billing Zip Code:
- Billing City, State:
- Billing Street Address:

*(Complete Only If Different From Mailing)*

### PRIOR POLICIES

- Prior Coverage Declined/Cancelled*: NO
- Prior Carrier*: OTHER STANDARD CARRIER
- Name Of Company*: CITIZENS INS CO
- Prior Policy #: FZH032249301
- Other Allmerica Policies(Symbol/Policy #): 1. __  2. __  3. __

### PRIOR LOSSES                                                                    YES

| Type*/Description*: | Date Of Loss*: | Amount($)*: |
|---|---|---|
| ALL OTHERS | 11 / 27 / 2000 | 0 |
| CLUE | | Delete |

Add More...

### ADDITIONAL INFORMATION

- Date Application Signed: 02 / 09 / 2005
- Appraisal Date: __ / __ / __
- Bill Of Sale Date: __ / __ / __
- Declarations Page Routing: SEND TO INSURED
- Agency's Customer # For Download: WEESDA1

COMMENTS TO UNDERWRITER

☐ COST ESTIMATOR
☐ DOG QUESTIONAIRE
☑ NON-SMOKER DISCOUNT FORM
☐ PHOTO
☑ SIGNED APPLICATION
☑ SUPPLEMENTAL HOMEOWNERS QUESTIONAIRE
☐ WOODSTOVE QUESTIONAIRE

```
SUBMITTED BY SHELIA LAROUSSE
```

[ <<Go Back ]   [ Issue Policy >> ]

```
              INSURANCE UNDERWRITERS LTD 2610 EDENBORN AVENUE
                           P.O. BOX 6738
                       METAIRIE, LA 70009-6738
                       Phone:  (504) 883-2500
                       Fax:    (504) 5046832535
                            Quoted On
                                    February 9, 2005
HOMEOWNERS QUOTE FOR:             Premium:        $1,226.00
                                  Deductible:      1,000
DARREN WEESE
4301 FLORIDA AVE                  Group Code:
MERAUX, LA 70075                  Quote No.:      574802801
```

RISK ADDRESS: Same as mailing address

| COVERAGE | LIMIT | PREMIUM | | |
|---|---|---|---|---|
| A - DWELLING | 138,000 | 2,609.00 | TERRITORY: | 005 |
| B - OTHER STRUCTURES | 13,800 | 0.00 | PREM GROUP: | 036 |
| C - PERSONAL PROPERTY | 96,600 | 0.00 | PROT CLASS: | 03 |
| D - LOSS OF USE | 27,600 | 0.00 | CONST TYPE: | V |
| E - PERSONAL LIABILITY | 300,000 | 16.00 | RATING COMPANY: | MASSACHUSETTS BAY |
| F - MEDICAL PAYMENTS | 1,000 | 0.00 | # OF FAMILIES: | 1 |
| | | | UNITS: | |
| | | | FORM: | HO3 |
| | | | TIER: | |
| | | | SUBURBAN RATING: | NO |

```
    BASIC PREMIUM:          2,625.00
    ADJUSTMENTS             1,399.00 -

    TOTAL UNIT PREMIUM      1,226.00
```

ENDORSEMENTS

| ENDORSEMENT CATEGORY | DESCRIPTION | PREMIUM |
|---|---|---|
| DISCOUNTS/CREDITS | NON-SMOKER DISCOUNT-HONS | 130.00 - |
| | PREMISES ALARM CREDIT-H216 | 130.00 - |
| | ACCOUNT CREDIT-HACR | 313.00 - |
| OPTIONAL COVERAGES | SPECIAL PACKAGE ENDORSEMENT-HACE | 14.00 |
| | EXTENDED DWELLING REPLACEMENT COST-HEDR | 12.00 |
| | WIND AND HAIL PERCENT DEDUCTIBLE-HWHP | 500.00 - |
| | REPLACEMENT COST FOR CONTENTS-HREP | 196.00 |
| SYSTEM GENERATED | NEW HOME DISCOUNT-423 | 548.00 - |

This quote is an estimate and does not give you any coverage. After review
by underwriting, actual premiums and coverage may differ or not be provided.

ALLMERICA FINANCIAL
CITIZENS INSURANCE
HANOVER INSURANCE

| Account | Transaction... | Location | Coverage | Rating | Issue... | More... |

## POLICY-LEVEL ISSUE INFORMATION

<<Go Back | Issue Policy >>

- Quote New Business / Endorsements
- Quote/Change Request Inquiry
- Sweep Inquiry
- Payments / Deposits
- Report Inquiry
- Bridge Inquiry
- Commercial / Personal
- Exit POS

W10

Account: WEESE, DARREN
Account #: 1022185567
Quote #: 574802801
Agency: INSURANCE UNDERWRITERS LTD
Agency Cd: 0404127

- Begin New Transaction
- View Account Information
- Save
- Rate
- Issue
- Delete

### BILLING INFORMATION

Billing Option*: DIRECT BILL
Bill Frequency*: 4 INSTALL W/ DEPOSIT & SERVICE CHARGE
Renewal Billing Option*: DIRECT BILL
Renewal Bill Frequency*: 4 INSTALL W/ DEPOSIT & SERVICE CHARGE

Payroll Deduct: | EFT

Premium Deposit ($):
Bill To:
Billing Zip Code:
Billing City, State:
Billing Street Address:

*(Complete Only If Different From Mailing)*

### PRIOR POLICIES

Prior Coverage Declined/Cancelled*: NO
Prior Carrier*: OTHER STANDARD CARRIER
Name Of Company*: CITIZENS INS CO
Prior Policy #: FZH032249301
Other Allmerica Policies(Symbol/Policy #): 1. [ ]  2. [ ]  3. [ ]

### PRIOR LOSSES    YES

| Type* / Description*: | Date Of Loss*: | Amount($)*: |
|---|---|---|
| ALL OTHERS | 11 / 27 / 2000 | 0 |
| CLUE | | Delete |

Add More...

### ADDITIONAL INFORMATION

Date Application Signed: 02 / 09 / 2005
Appraisal Date:
Bill Of Sale Date:
Declarations Page Routing: SEND TO INSURED
Agency's Customer # For Download: WEESDA1

COMMENTS TO UNDERWRITER

- ☐ COST ESTIMATOR
- ☐ DOG QUESTIONAIRE
- ☒ NON-SMOKER DISCOUNT FORM
- ☐ PHOTO
- ☒ SIGNED APPLICATION
- ☒ SUPPLEMENTAL HOMEOWNERS QUESTIONAIRE
- ☐ WOODSTOVE QUESTIONAIRE

Submitted by Shelia Larousse

[<<Go Back]  [Issue Policy >>]

Allmerica SCP

Page 1 of 1



CITIZENS INSURANCE
HANOVER INSURANCE

| Account | Transaction... | Location | Coverage | Rating | Issue... | More... |

## PROCESSING RESULTS

**POLICY CONFIRMATION**

| | |
|---|---|
| Policy Number: | HVO 7782925 00 |
| Total Premium: | $1,228.00 |
| Policy Period: | 02/12/2005 To 02/12/2006 |
| Rating Company: | MASSACHUSETTS BAY |

**MESSAGES**

Print Options...

- Quote New Business / Endorsements
- Quote/Change Request Inquiry
- Sweep Inquiry
- Payments / Deposits
- Report Inquiry
- Bridge Inquiry
- Commercial / Personal
- Exit POS

W03

| | |
|---|---|
| Account: | WEESE, DARREN |
| Account #: | 1022185567 |
| Quote #: | 574802801 |
| Agency: | INSURANCE UNDERWRITERS LTD |
| Agency Cd: | 0404127 |

- Begin New Transaction
- View Account Information
- Save
- Rate
- Issue
- Delete

# ACORD  INSURANCE BINDER

DATE: 02/09/2005

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

| PRODUCER | PHONE (A/C, No, Ext): 504 883-3500 | COMPANY: MASSACHUSETTS BAY | BINDER #: B7960800 |
|---|---|---|---|
| | FAX (A/C, No): 504 883-3535 | | |

INSURANCE UNDERWRITERS LTD
2616 EDENBORN AVENUE
P.O. BOX 6138
METAIRIE, LA 70009-6138

EFFECTIVE DATE: 02-10-2005  12:01  ☑ AM
EXPIRATION DATE: 02-10-2006  ☑ 12:01 AM

CODE: 0404127  SUB CODE:

☑ THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #: HYO 1782525 00

AGENCY CUSTOMER ID: WEESDA1

DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location)
HOMEOWNER  $138,000
HO-3 SPECIAL

INSURED
DARREN WEESE
4301 FLORIDA AVE
MERAUX, LA 70075

## COVERAGES / LIMITS

| TYPE OF INSURANCE | COVERAGE/FORMS | DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| PROPERTY — CAUSES OF LOSS: BASIC ☐ BROAD ☐ SPEC ☑  HO-3 SPECIAL | Dwelling | 1,000 | | 138,000 |
| | Other Structures | | | 13,800 |
| | Personal Property | | | 96,600 |
| | Loss of Use | | | 27,600 |

| GENERAL LIABILITY | | |
|---|---|---|
| COMMERCIAL GENERAL LIABILITY | EACH OCCURRENCE | $ 300,000 |
| ☐ CLAIMS MADE  ☐ OCCUR | DAMAGE TO RENTED PREMISES | $ |
| | MED EXP (Any one person) | $ 1,000 |
| | PERSONAL & ADV INJURY | $ |
| | GENERAL AGGREGATE | $ |
| RETRO DATE FOR CLAIMS MADE: | PRODUCTS - COMP/OP AGG | $ |

| AUTOMOBILE LIABILITY | | |
|---|---|---|
| ☐ ANY AUTO | COMBINED SINGLE LIMIT | $ |
| ☐ ALL OWNED AUTOS | BODILY INJURY (Per person) | $ |
| ☐ SCHEDULED AUTOS | BODILY INJURY (Per accident) | $ |
| ☐ HIRED AUTOS | PROPERTY DAMAGE | $ |
| ☐ NON-OWNED AUTOS | MEDICAL PAYMENTS | $ |
| | PERSONAL INJURY PROT | $ |
| | UNINSURED MOTORIST | $ |
| | | $ |

| AUTO PHYSICAL DAMAGE  DEDUCTIBLE ☐ ALL VEHICLES  ☐ SCHEDULED VEHICLES | | |
|---|---|---|
| COLLISION: | ACTUAL CASH VALUE | |
| OTHER THAN COL: | STATED AMOUNT | $ |
| | OTHER | |

| GARAGE LIABILITY | | |
|---|---|---|
| ☐ ANY AUTO | AUTO ONLY - EA ACCIDENT | $ |
| | OTHER THAN AUTO ONLY: | |
| | EACH ACCIDENT | $ |
| | AGGREGATE | $ |

| EXCESS LIABILITY | | |
|---|---|---|
| ☐ UMBRELLA FORM | EACH OCCURRENCE | $ |
| ☐ OTHER THAN UMBRELLA FORM | AGGREGATE | $ |
| RETRO DATE FOR CLAIMS MADE: | SELF-INSURED RETENTION | $ |

| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | |
|---|---|---|
| | WC STATUTORY LIMITS | |
| | E.L. EACH ACCIDENT | $ |
| | E.L. DISEASE - EA EMPLOYEE | $ |
| | E.L. DISEASE - POLICY LIMIT | $ |

| SPECIAL CONDITIONS/ OTHER COVERAGES | FEES | $ |
|---|---|---|
| | TAXES | $ |
| | ESTIMATED TOTAL PREMIUM | $ |

### NAME & ADDRESS

☐ MORTGAGEE  ☐ ADDITIONAL INSURED
☐ LOSS PAYEE
LOAN #:

AUTHORIZED REPRESENTATIVE:

ACORD 75 (2001/01)  NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE  © ACORD CORPORATION 1993