## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary Public, duly commissioned and qualified within and for this state and parish, personally appeared, Dana Rousselle, Personal Lines Account Manager for Insurance Underwriters, Ltd., who after first being duly sworn, deposed and said that:

1. She is a person of the full age of majority.

2. She is currently employed with Insurance Underwriters, Ltd., and that she has been employed with Insurance Underwriters, Ltd. for since February 7, 2005.

3. She has either personally worked on the Weese account and/or is familiar with the details of the Weese account.

4. Insurance Underwriters, Ltd. procured a homeowners policy for Darren Weese for the property located at 4301 Florida Avenue in Mereaux, Louisiana on February 12, 2005, and that the policy was placed with Massachusetts Bay Insurance Company.

5. Darren Weese (or his wife) did not ask Insurance Underwriters, Ltd. to procure a Flood Policy for this property.

6. Insurance Underwriters, Ltd. did not make any representations to Darren Weese (nor to his wife) that Massachusetts Bay Insurance Company covered losses related to floodwaters, even if the damage also involved wind or other covered peril.

7. Darren Weese knew that a flood policy for this property was not in effect prior to August 29, 2005.

8. On or about July 8, 2005, Darren Weese's wife called Insurance Underwriters, Ltd. to request a copy of the flood policy. However, she was told that they (Darren Weese and/or his wife) had not requested a flood policy.

9. On or about July 12, 2005, three days later, Darren Weese's wife called Insurance Underwriters again to request a copy of the flood policy. However, she was advised again that they (Darren Weese and/or his wife) had not



EXHIBIT C

        requested a flood policy.

10. Darren Weese and/or his wife never instructed Insurance Underwriters, Ltd. in 2005 - either in February 2005, July 2005 or at any point in 2005 - to procure a flood policy for the property located at 4301 Florida Avenue in Mereaux, Louisiana, nor did they ever give Insurance Underwriters, Ltd. a check to bind the flood policy.

11. Darren Weese (personally or through his wife) never indicated to Insurance Underwriters, Ltd. that they had not received a copy of their homeowners policy from the insurer, nor did they ever indicated (or requested) to Insurance Underwriters, Ltd. that they needed to get a second copy of the policy.

12. It is customary business practice that the insurer, not Insurance Underwriters, Ltd., will mail a copy of the policy to the insured within a reasonable amount of time after the policy is procured by the insurance agent.

13. All the documents presented to the Court for consideration involving the Weese account are true copies of the original documents kept in the regular course of business activities at the offices of Insurance Underwriters.

 

*[signature]*
Dana Rousselle
*Personal Lines Account Manager, Insurance Underwriters, Ltd.*

1-16-07
Date

SWORN TO AND SUBSCRIBED
BEFORE ME THE __16th__ DAY OF
JANUARY 16, 2007.

*[signature]*
NOTARY PUBLIC - Monica C. Sanchez