1810-62510/62461-SPM/cal

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION : "K" (2) |
| | * | |
| | * | JUDGE: DUVAL |
| PERTAINS TO: | * | |
| | * | MAGISTRATE: WILKINSON |
| INSURANCE:   AARON, 06-4746 | * | |
| ABADIE, 06-5164 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RESPONSE TO MOTIONS TO ADMINISTRATIVELY CLOSE CASE FILED BY PLAINTIFFS IN *AARON* AND *ABADIE*

**MAY IT PLEASE THE COURT:**

Defendants, Fidelity and Deposit Company of Maryland, ZC Sterling Insurance Agency, ZC Sterling Corporation and Empire Fire and Marine Insurance Company, submit this response to plaintiffs' *ex parte* motions to administratively close the *Aaron* and *Abadie* cases (Rec. Docs. 2237, 2238.)

In accordance with this Honorable Court's prior request in its Minute Entry dated November 29, 2006 (Rec. Doc. 2034), and in the interest of judicial economy, defendants herein adopt the Response to Plaintiffs' Motions for Administrative Closure (Rec. Doc. 2690) filed Safeco Insurance Company of America, Safeco Insurance Company of Illinois, Safeco Insurance Company of Indiana, Safeco National Insurance Company, and Safeco Surplus Lines Insurance Company (collectively, the "Safeco Defendants") as if set forth herein, *in extenso,* except as stated below and with the following supplementation.

1

1810-62510/62461-SPM/cal

In addition, the plaintiffs failed to address the relevant issues as it relates to the potential effects and parameters of any such administrative closure, including but not limited to, any potential effects as it relates to any alleged continuing and subsequent bad faith allegations, the effect on any discovery in this matter, and the effects on any and all other cases within the relevant consolidated litigation. Furthermore, the administrative closure does not address the issue of any and all outstanding class allegations. Defendants advise the Court that they plan on filing a Motion to Strike all class allegations, along with a Motion for More Definite Statement and Motion to Sever in an effort to specifically address those issues.

As such, defendants believe that because of the numerous unresolved questions regarding the possible implications and effects of the plaintiffs' Motion to Administratively Close this matter, as well as the potential substantial prejudicial effects to defendants, plaintiffs' Motion should be denied.

Respectfully Submitted,

**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**

BY: ____s//: Sean P. Mount____
  **DOMINIC J. OVELLA, #15030 – T.A.**
  **dovella@hmhlp.com**
  **LAURENCE E. LARMANN, #08044**
  **JOSEPH L. SPILMAN, #17813**
  **ANNE E. MEDO, #24556**
  **SEAN P. MOUNT, #27584**
  One Galleria Boulevard, Suite 1400
  Metairie, Louisiana 70001
  Telephone: (504) 836-6500
  Counsel for Defendants, Fidelity and Deposit Company of Maryland, ZC Sterling Insurance Agency, ZC Sterling Corporation and Empire Fire & Marine Insurance Company

1810-62510/62461-SPM/cal

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this the 17 January 2007.

*s//: Sean P. Mount*