## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-225, 06-886, 06-2278, 06-2287, 06-2545, 06-2346 | * * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   **Plaintiffs Liaison Counsel**
      Joseph M. Bruno, Esq.
      Bruno & Bruno
      855 Baronne Street
      New Orleans, LA 70113

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing *Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal* for hearing before the Honorable Stanwood R. Duval, Jr. at the United Stated District Court, Eastern District of Louisiana, located at 500 Camp Street, New Orleans, Louisiana, on the 7th day of February, 2007 at 9:30a.m.

Respectfully submitted:

s/Kyle P. Kirsch
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Boulevard, Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (504) 831-2492
          -and-
JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT,
THE ORLEANS LEVEE DISTRICT

Respectfully Submitted:

s/George Simno, III
GEORGE SIMNO, III (#12271)
GERARD M. VICTOR (# 9815)
625 St. Joseph St., Room 201
New Orleans, LA 70165
Telephone: (504) 529-2837
Facsimile: (504) 585-2455
ATTORNEYS FOR DEFENDANT
THE SEWERAGE AND WATER BOARD
OF NEW ORLEANS

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch