FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA** 2007 JAN 16  PM 3: 26

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-4182** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **SECTION: "K"(2) CONS. KATRINA CANAL** |
| **THIS DOCUMENT RELATES TO: CA 06-4532 "K"** | |

## ORDER

**IT IS ORDERED** that Civil Action No. 06-4532 "K" Magistrate Judge division (5) is reallotted to the Magistrate Judge division (2), pursuant to consolidation order dated November 16, 2006.

New Orleans, Louisiana this _____11th_____ day of January, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

JAN 16 2007

TRANSFERRED TO
MAG. 2

_____Fee_____
_____Process_____
_____Docket_____
_____CtRm Dep_____
_____Document No._____