MINUTE ENTRY
WILKINSON, M.J.
JANUARY 17, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE Cochran, No. 06-5785 | JUDGE DUVAL<br>MAG. WILKINSON |

A call docket was conducted in this case on this date. Appearing was William Mustian, counsel for plaintiffs in the Cochran case only, C.A. No. 06-5785. Plaintiffs' counsel reported that, with the single exception of Gulf Group, Inc. of Florida, all defendants in this matter were served no later than December 18, 2006, and service returns have been filed in the record. Attempts to serve the Gulf Group defendant have been made and will now be made again. Accordingly,

IT IS ORDERED that plaintiffs in the Cochran case are granted thirty (30) days from entry of this order either to serve Gulf Group, Inc. of Florida and file a service

MJSTAR:   0:10

return in the record, move voluntarily to dismiss this defendant or move for additional time to effect service.

                                                    JOSEPH C. WILKINSON, JR.
                                            UNITED STATES MAGISTRATE JUDGE

cc: Judge Duval