IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE: Adams, Cathy                  06-4065 Gordon                            06-5163 | | LEVEE, MRGO, RESPONDER: O'Dwyer                    06-4389 NOT YET DESIGNATED: Williams, E.                  06-5471 |

**MOTION AND ORDER TO ENROLL
ADDITIONAL COUNSEL ON BEHALF OF
EUSTIS ENGINEERING COMPANY, INC.**

**NOW INTO COURT** comes Mr. Thomas F. Gardner and Gardner & Kewley, APLC, counsel for Eustis Engineering Company, Inc., and Mat M. Gray, III, Alanson T. Chenault, and Fowler Rodriguez, and move the Court for an Order adding as additional counsel for Eustis Engineering Company, Inc. Mat M. Gray, III, Alanson T. Chenault, and Fowler Rodriguez.

Respectfully Submitted,

GARDNER & KEWLEY
A Professional Law Corporation

 s/THOMAS F. GARDNER
THOMAS F. GARDNER, T.A. (#1373)
DOUGLAS A. KEWLEY (#7355)
ERIN E. DEARIE (#29052)
1615 Metairie Road, Suite 200
Metairie, Louisiana  70005
Telephone:    (504) 832-7222
Facsimile:    (504) 832-7223
**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.**


 s/MAT M. GRAY, III
MAT M. GRAY, III (La. No. 6264)
ALANSON T. CHENAULT, IV (La. No. 20747)
FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana  70130
Telephone:    (504) 523-2600
Telecopier:    (504) 523-2705
Email:        mgray@frc-law.com
**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.**

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 17th day of January, 2007, served a copy of the Motion and Order to Enroll Additional Counsel on Behalf of Eustis Engineering Company, Inc., on counsel for all parties to this proceeding, by e-filing, e-mail or United States Mail, postage prepaid.

                                                 s/MAT M. GRAY, III
                                                 MAT M. GRAY, III