## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | § **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | § **NO. 05-4182 "K"(2)** |
| | § **JUDGE DUVAL** |
| | § **MAG. WILKINSON** |

**PERTAINS TO:**
**LEVEE:**

| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Gordon | 06-5163 |

**LEVEE, MRGO, RESPONDER:**

| | |
|---|---|
| O'Dwyer | 06-4389 |

**NOT YET DESIGNATED:**

| | |
|---|---|
| Williams, E. | 06-5471 |

## ORDER

**CONSIDERING THE FOREGOING,** it is Ordered that Mat M. Gray, III, Alanson T. Chenault, and Fowler Rodriguez be enrolled as additional counsel for Eustis Engineering Company, Inc. in the captioned matter.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
J U D G E