## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>ST. RITA (Vidros, No. 06-10790); | | |

## **ORDER**

Considering the foregoing *Ex Parte* Motion to Amend and Correct Pleadings;

IT IS HEREBY ORDERED that the Louisiana Defendants' *Ex Parte* Motion to Amend and Correct is hereby GRANTED;

IT IS FURTHER ORDERED that the Louisiana Defendants' Joint Motion to Dismiss Third-Party Demands, and Memorandum in Support of Joint Motion to Dismiss, be amended and corrected as prayed for in their Motion.

New Orleans, Louisiana, this __17th__ day of January, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

NO.99750902.1

2

NO.99750902.1