# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES** § <br> **CONSOLIDATED LITIGATION** § <br> § <br> § <br> § <br> § <br> **PERTAINS TO:** § <br> **INSURANCE      (06-5370)** § <br> *Kiefer, et al. v. Allstate, et al.* § <br> § | **CIVIL ACTION** <br> **NO. 05-4182 "K"(2)** <br> **JUDGE DUVAL** <br> **MAG. WILKINSON** |

## ORDER

Considering the Plaintiffs' Unopposed Motion for Expedited Hearing on Plaintiffs' Motion in Support for Entry of an Order Administratively Closing *Kiefer, et al. v. Allstate, et al.*, No. 06-5370;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,** that the motion be and is hereby **GRANTED,** and that the Motion to Administratively close the matter of *Kiefer, et al. v. Allstate, et al.*, No. 06-5370; shall be set for hearing with oral argument on January 24, 2007, at 9:30 a.m.

New Orleans, Louisiana, this ____17th____ day of January, 2007.

_____
**UNITED STATES DISTRICT JUDGE**