UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2) <br><br> JUDGE: DUVAL <br><br> MAGISTRATE: WILKINSON |
| ********************************** | | |
| PERTAINS TO: <br><br> INSURANCE  (Glaudi, No. 06-8452) | * * * * * | |
| ********************************** | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Defendant State Farm's Motion to Re-Transfer to Division "I" has been scheduled and set for February 7, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, United States District Judge, presiding.

Respectfully submitted:

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>　　I do hereby certify that I have, on this **17th day of January, 2007**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.<br><br>　　_____/s Eric B. Berger_____ | _____/s Eric B. Berger_____<br>BURT K. CARNAHAN #3920<br>BRANT J. CACAMO, T.A.  #26227<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br>　ANGELLE & NADER<br>THE TEXACO CENTER, SUITE 2300<br>400 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292   FAX (504) 586-1290<br>*Attorneys for State Farm Fire & Casualty Co.* |