UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL | * | |
| Plaintiffs | * | CIVIL ACTION NO. 06-5164 |
| | * | |
| VERSUS | * | SECTION: K |
| | * | |
| AEGIS SECURITY INSURANCE COMPANY, ET AL | * | MAGISTRATE: 2 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion for Partial Dismissal of Claims of Plaintiff, Vicky Sunseri, without Prejudice;

IT IS HEREBY ORDERED that Vicky Sunseri, withdraw as a plaintiff from the instant lawsuit, thus dismissing any and all of her claims without prejudice only and specifically reserving all rights of all other plaintiffs as against all parties not dismissed herein.

New Orleans, Louisiana, this 16th day of January, 2007.

_____
JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 17 PM 12: 55
LORETTA G. WHYTE
CLERK

\_\_\_ Fee\_\_\_\_\_
\_\_\_ Process\_\_\_\_\_
\_X\_ Dktd\_\_\_\_\_
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No\_\_\_\_\_