# GRADY, SCHNEIDER & NEWMAN, L.L.P.
## ATTORNEYS AND COUNSELORS
✦ ✦ ✦

January 15, 2007

Attn: Ms. Bridget Gregory
Clerk of Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130

Via Federal Express 8595 9072 9910

*[FILED STAMP: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA, FILED JAN 16 2007, LORETTA G. WHYTE CLERK]*

Re: In Re: Katrina Canal Breaches Consolidated Litigation; Cause No. No. 05-4182

Pertains to:
Case No.: 06-5260; ***Bobby L. Leduff, et al., Plaintiffs v. BOH Bros, Construction Company, Defendant***; In the United States District Court Eastern District of Louisiana.

Dear Ms. Gregory:

Enclosed please find two copies of Summons for each of the Defendants listed below in the above referenced case. In light of the Hon. Magistrate Wilkinson's deadline for completing service on all Defendants by January 22, 2007, I would respectfully request that you complete each summons as soon as possible. Once the summonses are completed, please call me and I will make arrangements to have my process server, Mr. Charles Vicknair (504-554-5312) pick up the completed summonses from you.

Defendants:

| # | Defendant | # | Defendant |
|---|---|---|---|
| 1 | Great Lakes Dredge & Dock Company | 9 | Manson Construction Co. |
| 2 | Great Lakes Dredge & Dock Company, L.L.C. of Louisiana | 10 | Mike Hooks, Inc. |
| 3 | Great Lakes Dredge & Dock Corporation of Delaware | 11 | Natco Dredging Limited Partnership |
| 4 | Great Lakes Trailing Company | 12 | Pine Bluff Sand and Gravel Company |
| 5 | King Fisher Marine Service, Inc. | 13 | Washington Group International, Inc. |
| 6 | King Fisher Marine Service, L.P. | 14 | Weeks Marine, Inc. |
| 7 | Louisiana Department of Transportation and Development | | |
| 8 | Luhr Bros., Inc. | | |

Should you have any questions or comments, please feel free to call the office. If I am unavailable, please speak with my Legal Secretary, Margie Fisch.

Thank you for your continued assistance in this case

Respectfully,

*[signature]*
William T. Jones, Jr.

___ Fee _____
___ Process __
X   Dktd _____
___ CtRmDep __
___ Doc. No. __

WTJ/mf   Enclosures

801 CONGRESS ✦ 4th FLOOR ✦ HOUSTON, TEXAS ✦ 77002
TELEPHONE: (713) 228-2200 ✦ FAX: (713) 228-2210
WEBSITE: WWW.GSNLAW.COM
EMAIL: BJONES@GSNLAW.COM