# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

IN RE: KATRINA CANAL

BREACHES LITIGATION

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-4182   "K"(2)

Re: Russell, NO. 06-5155

JUDGE DUVAL

MAGISTRATE WILKINSON

TO: (Name and address of defendant)

Luhr Bros. Inc.

Through CT Corporation System

8550 United Plaza Blvd.

Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. DeGravelles
deGravelles, Palmintier, Holthaus & Fruge, LLP
618 Main Street
Baton Rouge, LA 70801

an answer to the complaint which is herewith served upon you, within __**TWENTY (20)**__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

CLERK

(BY) DEPUTY CLERK

JAN - 3 2007

DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 1/4/07 |
| Name of SERVER (PRINT): Jessie Hebert | TITLE: Courrier |

*Check one box below to indicate appropriate method of service*

☑ Served Personally upon the Defendant. Place where served: Shauna Smith, CT Corporation System, 8550 United Plaza Blvd, Baton Rouge, LA 70809

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 4, 2007
          Date

Signature of Server

618 Main Street
Baton Rouge, LA 70801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.