UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION<br><br>NO. 05-4182 |
| | § § § | SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO:<br><br>MRGO (Russell, No. 06-5155) | § § § § § § § § | MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

**MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANTS NATCO DREDGING, LP
AND HAM CONSTRUCTION OVERSEAS NV**

**NOW COME** plaintiffs, Susan Russell, et al, by and through the undersigned counsel, who pray that they be granted an extension of time until February 15, 2007, to serve NATCO Dredging, LP ("NATCO").  The extension of time is for good cause in that plaintiffs' latest service attempt is ongoing and not yet complete.  A summons was re-issued to NATCO on January 3, 2007.  On January 4, 2007, the plaintiffs caused the summons and complaint to be mailed via certified mail, return receipt requested, to NATCO; however, enough time has not passed for the return receipt of the certified mailing to reach plaintiffs or for the envelope to be returned unclaimed.

Plaintiffs are cognizant that an additional defendant, Ham Construction Overseas NV, has not yet been served despite plaintiffs' previous service attempts.  The last known address at which plaintiffs are attempting to serve Ham Construction is in Curacao, a territory of The Netherlands.  Plaintiffs are currently preparing other necessary paperwork to have Ham Construction served in

Curacao; however, the service agent advises that service will take approximately six to nine weeks to perfect. Because it is plaintiffs' understanding that service on defendants in a foreign land is exempt from the time delays set forth in Fed. R. Civ. P. 4(m), plaintiffs do not believe it is necessary to request an extension of time to serve this defendant. However, if the Court has an alternate interpretation of Fed. R. Civ. P. 4(m), plaintiffs hereby request that it grant an extension of time until April 15, 2007, to serve Ham Construction.

**WHEREFORE**, plaintiffs, Susan Russell, et al, pray that this Honorable Court grant an extension of time until February 15, 2007, to serve NATCO Dredging, LP, and that this Honorable Court grant an extension of time until April 15, 2007, to serve Ham Construction Overseas NV.

Respectfully submitted,

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.

BY:   /s/ John W. deGravelles
      John W. deGravelles (Bar Roll No.: 4808)
      618 Main Street
      Baton Rouge, Louisiana 70801-1910
      TELEPHONE: (225) 344-3735
      FACSIMILE: (225) 336-1146
      *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____/s/ John W. deGravelles_____
John W. deGravelles