UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § § § § § § § PERTAINS TO: LEVEE (Russell, No. 06-5155) | CIVIL ACTION NO. 05-4182 SECTION "K" JUDGE STANWOOD R. DUVAL, JR. MAG. DIV. 2 MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Defendants filed by plaintiffs, Susan Russell, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including February 15, 2007 within which to serve NATCO Dredging, LP.

**IT IS FURTHER ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including April 15, 2007, to serve Ham Construction Overseas NV.

New Orleans, LA, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE