UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>LEVEE (MARCELLO, NO. 06-2545) | | |

**MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANTS GULF GROUP, INC. OF FLORIDA
AND PITTMAN CONSTRUCTION CO. OF LA, LLC**

**NOW COME** plaintiffs, Peter Lamer Marcello, et al, by and through the undersigned counsel, who pray that they be granted an extension of time until February 15, 2007, to serve the following defendants:

1. Gulf Group, Inc. of Florida; and

2. Pittman Construction of LA, LLC.

The extension of time to serve Gulf Group, Inc. of Florida ("Gulf Group") is for good cause in that plaintiffs' latest service attempt is ongoing and not yet complete. A summons was re-issued to Gulf Group on January 3, 2007. On January 4, 2007, the plaintiffs caused the summons and complaint to be mailed via certified mail, return receipt requested, to Gulf Group; however, enough time has not passed for the return receipt of the certified mailing to reach plaintiffs or for the envelope to be returned unclaimed.

A request for the issuance of a summons for Pittman Construction Co. of LA, LLC, is being requested simultaneously with the filing of this motion for extension of time. Whereas plaintiffs are considering voluntarily dismissing this defendant, plaintiffs do not yet have sufficient information to make that determination. Accordingly, plaintiffs desire to formally serve this defendant.

**WHEREFORE**, plaintiffs, Peter Marcello, et al, pray that this Honorable Court grant an extension of time until February 15, 2007, to serve Gulf Group, Inc. of Florida and Pittman Construction Co. of LA, LLC.

>
> Respectfully submitted,
>
> deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.
>
> BY:   /s/ John W. deGravelles
>        John W. deGravelles (Bar Roll No.: 4808)
>        618 Main Street
>        Baton Rouge, Louisiana 70801-1910
>        TELEPHONE: (225) 344-3735
>        FACSIMILE: (225) 336-1146
>        *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>
>      /s/ John W. deGravelles
>        John W. deGravelles