UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br><br>PERTAINS TO:<br><br>LEVEE (Marcello, No. 06-2545) | § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Defendants filed by plaintiffs, Peter Lamer Marcello, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Peter Lamer Marcello, et al, are granted an extension of time through and including February 15, 2007 within which to serve Gulf Group, Inc. of Florida and Pittman Construction Co. of LA, LLC.

New Orleans, LA, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE