UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-5131 (Bourgeois) | * | |
| and 06-5132 (Ferdinand) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT** comes the defendant, the Public Belt Railroad Commission for the City of New Orleans, incorrectly referred to in the plaintiffs' Complaints in the Bourgeois case, #06-5131, and the Ferdinand case, #06-5132, as the "City of New Orleans by and through the Public Belt Railroad Commission," and upon suggesting to the Court that the said defendant has never been served with the Complaint or Summons in either of the two referenced matters, but said defendant agreed, through undersigned counsel at the January 5, 2007 Call Docket Hearing before Magistrate Judge Wilkinson, at Judge Wilkinson's request, to file appearances in the two captioned matters on or before January 22, 2007, and therefore, defendant moves for an extension of 14 days, or until February 1, 2007, within which to file responsive pleadings in the two captioned cases.

Defendant plans to file a Motion to Dismiss in the two captioned case, pursuant to F.R.C.P. Rule 12(b)(6), by February 1, 2007, in accordance with Section III of the Court's November 29, 2006 Minute Entry (Document No. 2034) in the Katrina Canal Breaches Consolidated Litigation, No. 05-4182 (all cases).

Defendant avers that the plaintiffs have not filed into the record an objection to an extension of time, and that this is defendant's first request for an extension of time to file responsive pleadings in either of the two captioned matters.

Respectfully submitted,

HAMILTON, BROWN & BABST

_____
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 18th day of January, 2007.

_____
GALEN S. BROWN