UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| _____ | * | SECTION "K" (2) |
| | * | |
| LEVEE CASES | * | |
| PERTAINS TO: 06-5131 (Bourgeois) | * | |
| and 06-5132 (Ferdinand) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

### O R D E R

Considering the Ex Parte Motion for Extension of Time Within Which to File Responsive Pleadings filed herein by defendant, the Public Belt Railroad Commission for the City of New Orleans,

**IT IS ORDERED** that the defendant, the Public Belt Railroad Commission for the City of New Orleans, be, and it is, hereby granted an extension of _____ days, or until the _____ day of _____, 2007, within which to file responsive pleadings to the plaintiffs' complaints in the <u>Bourgeois</u> case, no. 06-5131 and the <u>Ferdinand</u> case, no. 06-5132.

New Orleans, Louisiana, the _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**