UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION.:   No.  05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE:         DUVAL |
| | * | |
| | * | MAGISTRATE:   WILKINSON |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Larroque, No. 06-8451)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO RE-TRANSFER TO SECTION "C"

NOW INTO COURT, through undersigned counsel, comes State Farm Fire and Casualty Company, and moves this Court to transfer this matter, which was consolidated pursuant to Federal Rule of Civil Procedure 42 with the *In Re Katrina Canal Breaches Consolidated Litigation* (No. 05-4182) back to the section of this court from which the case was previously transferred (Section "C", Judge Berrigan).  Now that this Court has ruled on the validity of the flood/water exclusion in the State Farm insurance policy, there is no reason to maintain this matter with the other levee breach cases.  This matter should be transferred back to Section "C", to which it was originally allotted, in order to

allow this and other State Farm cases[1] to proceed on their individual merits free of the unnecessary burden of discovery into the causes of the flooding.  For these reasons and the reasons stated in the attached Memorandum in Support, State Farm moves that this Court undo the consolidation of this action, *Larroque v. State Farm Insurance Company*, with *In re Katrina* and transfer it back to Section "C".

Respectfully submitted:

\_\_\_/s Eric B. Berger_____
BURT K. CARNAHAN #3920
TARA L. MASON, T.A. #24544
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

*CERTIFICATE OF SERVICE*

I do hereby certify that I have, on this **18th** day of **January, 2007**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

\_\_\_\_/s Eric B. Berger_____

---

[1] This Motion is presented in the above-captioned matter only, but the arguments made herein would also apply to other cases where only State Farm policies are involved.  There are a small number of suits that involve policies of more than one company for one property; these suits may be excluded from the rationale raised herein.

2