UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION.:   No.  05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE:            DUVAL |
| | * | |
| | * | MAGISTRATE:   WILKINSON |
| | * | |
| ************************************** | | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE   (Larroque, No. 06-8451) | * | |
| | * | |
| ************************************** | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Defendant State Farm's Motion to Re-Transfer to Division "C" has been scheduled and set for February 7, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, United States District Judge, presiding.

Respectfully submitted:

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>    I do hereby certify that I have, on this **18th** day of **January, 2007**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.<br><br>    ____/s Eric B. Berger_____ | ___/s Eric B. Berger_____<br>BURT K. CARNAHAN #3920<br>TARA L. MASON, T.A. #24544<br>ERIC B. BERGER, #26196<br>LOBMAN, CARNAHAN, BATT,<br> ANGELLE & NADER<br>THE TEXACO CENTER, SUITE 2300<br>400 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA  70130<br>(504) 586-9292   FAX (504) 586-1290<br>*Attorneys for State Farm Fire & Casualty Co.* |