UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION.:   No.  05-4182 "K" (2) |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE:       DUVAL |
| | * | |
| | * | MAGISTRATE:   WILKINSON |
| | * | |
| ************************************ | | |
| | * | |
| PERTAINS TO: | * | |
| | * | |
| INSURANCE   (Larroque, No. 06-8451) | * | |
| | * | |
| *********************************** | | |

### REQUEST FOR ORAL ARGUMENT ON
### MOTION TO RE-TRANSFER TO SECTION "C"

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who respectfully requests this Honorable Court to allow oral arguments pursuant to Local Rules 78.1 on the Motion for Leave filed herein, which is presently set for February 7, 2007 at 9:30 a.m.

Oral arguments are necessary because State Farm wishes to answer any questions the court may have about why this matter and others involving State Farm should not remain consolidated with the *In re Katrina* consolidated litigation (05-4182).

Respectfully submitted:

___/s Eric B. Berger_____
BURT K. CARNAHAN #3920
TARA L. MASON, T.A. #24544
ERIC B. BERGER, #26196
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this **18th** day of **January, 2007**, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

____/s Eric B. Berger_____