AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| **IN RE:  KATRINA CANAL** | **SUMMONS IN A CIVIL CASE** |
| **BREACHES LITIGATION** | CASE NUMBER: 05-4182    "K"(2) |
| Re: Russell, NO. 06-5155 | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |

TO: (Name and address of defendant)

NATCO Dredging Limited Partnership

Through The Corporation Trust Company

Corporation Trust Center, 1209 Orange Street

Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John W. DeGravelles
deGravelles, Palmintier, Holthaus & Fruge, LLP
618 Main Street
Baton Rouge, LA 70801

an answer to the complaint which is herewith served upon you, within __**TWENTY (20)**__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHITE

JAN - 3 2007

_____     _____
CLERK                                                         DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐     Served Personally upon the Defendant. Place where served: _____

_____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
       Name of person with whom the summons and complaint were left: _____

_____

☐     Returned unexecuted: _____

_____

_____

_____

☐     Other *(specify):* _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
           *Date*                                              *Signature of Server*

                                                        _____
                                                        *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.