UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
Adams, Cathy          06-4065
Gordon                06-5163

*LEVEE, MRGO, RESPONDER:*
O'Dwyer          06-4389
***NOT YET DESIGNATED:***
Williams, E.   06-5471

### MOTION AND ORDER TO WITHDRAW AS
### COUNSEL ON BEHALF OF
### EUSTIS ENGINEERING COMPANY, INC.
### AND
### TO ALLOW THOMAS F. GARDNER TO WITHDRAW AS THE
### REPRESENTATIVE OF THE ENGINEERS' GROUP

**NOW INTO COURT** comes Thomas F. Gardner, Douglas A. Kewley, Erin E. Dearie and Gardner & Kewley, APLC, counsel for Eustis Engineering Company, Inc., and move the court for an Order allowing them to withdraw as counsel for Eustis Engineering Company, Inc.  Additionally, Thomas F. Gardner moves to withdraw as the representative of the Engineers' Group.

On January 17, 2007, Mat M. Gray, III, Alanson T. Chenault, and Fowler Rodriguez

moved to enroll as counsel for Eustis.  Eustis has consented to the filing of this motion.

                                  Respectfully Submitted,

                                  GARDNER & KEWLEY
                                  A Professional Law Corporation

                                  s/Thomas F. Gardner
                                  THOMAS F. GARDNER, T.A. (#1373)
                                  DOUGLAS A. KEWLEY (#7355)
                                  ERIN E. DEARIE (#29052)
                                  1615 Metairie Road, Suite 200
                                  Metairie, Louisiana  70005
                                  Telephone:    (504) 832-7222
                                  Facsimile:     (504) 832-7223
                                  **WITHDRAWING ATTORNEYS FOR:**
                                  **EUSTIS ENGINEERING COMPANY, INC.,**

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 19th day of January, 2007, served a copy of the Motion and Order to Withdraw as Counsel on behalf of  Eustis Engineering Company, Inc. and to Allow Thomas F. Gardner to Withdraw as the Representative of the Engineers' Group, on counsel for all parties to this proceeding, by e-filing, e-mail or United States Mail, postage prepaid.

                                  s/Thomas F. Gardner
                                  THOMAS F. GARDNER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

| PERTAINS TO: | | | *LEVEE, MRGO, RESPONDER:* | |
|---|---|---|---|---|
| *LEVEE:* | | | O'Dwyer | 06-4389 |
| Adams, Cathy | 06-4065 | | *NOT YET DESIGNATED*: | |
| Gordon | 06-5163 | | Williams, E. | 06-5471 |

### ORDER

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that Thomas F. Gardner, Douglas A. Kewley, Erin E. Dearie and Gardner & Kewley, APLC, be withdrawn as counsel for Eustis Engineering Company, Inc. in the captioned matter.

**IT IS FURTHER ORDERED** that Thomas F. Gardner be withdrawn as the representative of the Engineers' Group.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
JUDGE

*mtw_727409_011907_tfgasa#1FS.wpd*