UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
|---|---|---|
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K"(2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| _____ | § | |

PERTAINS TO:                          ***LEVEE, MRGO, RESPONDER:***
***LEVEE:***                               O'Dwyer        06-4389
Adams, Cathy          06-4065       ***NOT YET DESIGNATED:***
Gordon                06-5163       Williams, E.   06-5471

## ORDER

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that Thomas F. Gardner, Douglas A. Kewley, Erin E. Dearie and

Gardner & Kewley, APLC, be withdrawn as counsel for Eustis Engineering Company, Inc.

in the captioned matter.

**IT IS FURTHER ORDERED** that Thomas F. Gardner be withdrawn as the

representative of the Engineers' Group.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
JUDGE

*proposed order.wpd*