UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-7682 (Paul) | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

RULE 60(b) MOTION FOR RECONSIDERATION OF
ORDER REMANDING THE PAUL
CASE TO STATE COURT DUE TO MISTAKE OF FACT

Defendant, the Public Belt Railroad Commission for the City of New Orleans (the "Public Belt"), moves the Court to reconsider its January 16, 2007 Order and Opinion (doc. no. 2718)[1] granting the plaintiffs' motion to remand (doc. no. 1543) the case of *Paul, et al. v. Sewerage & Water Board of the City of New Orleans*, No. 06-7682, to state court.

In granting the *Paul* plaintiffs' motion to remand, the court erroneously stated that CSX Transportation, Inc. ("CSX") and BNSF Railway Company ("BNSF") were "the only two parties which opposed the motion to remand, [and they] have been dismissed from the lawsuit." Order and Opinion (doc. no. 2718), p. 2; emphasis added.

CSX and BNSF were not the only parties who opposed the remand. As set forth in more detail in the accompanying memorandum, the Public Belt filed a motion for

---

[1] The said Order and Opinion was also entered as Document No. 6 in the *Paul* case, No. 06-7682.

leave to file a memorandum in opposition to the *Paul* plaintiffs' remand motion.[2] The Court <u>granted</u> the Public Belt's motion for leave to file the memorandum in opposition to the Paul plaintiffs' motion to remand by Order of December 7, 2006. (Doc. no. 2083).

Plainly, the Court's decision to grant the plaintiffs' remand motion was based upon a mistake of fact which appears on the record of this proceeding. The defendant Public Belt should be granted relief pursuant to F.R.C.P. Rule 60(b)(1), in that the Court's remand order was based upon a mistake of fact.

Therefore, the Public Belt respectfully moves the Court to grant this Motion for Reconsideration of Order Remanding the *Paul* Case (No. 06-7682) to State Court Due to Mistake of Fact, and to reconsider the plaintiffs' motion to remand, together with the Public Belt's "Memorandum In Opposition to the Plaintiffs' Motion to Remand" (doc. no. 1969-3).

Then, in due course, the Public Belt respectfully suggests that the *Paul* plaintiffs' Motion to Remand is due to be denied.

In the alternative, the Public Belt respectfully requests that the remand Order be reconsidered pursuant to F.R.C.P. Rule 59, Rule 60(b)(6), or such other procedural vehicle deemed appropriate.

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

---

[2] The Public Belt's Motion for Leave to File the Memorandum in Opposition to Remand is document no. 1969, filed December 4, 2006.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 19th day of January, 2007.

*/s/ Galen S. Brown*
GALEN S. BROWN