UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION * | |
| * | NUMBER 05-4182 |
| _____ * | |
| * | SECTION "K" (2) |
| LEVEE CASES * | |
| PERTAINS TO: 06-7682 (Paul) * | |
| * | JUDGE DUVAL |
| * | |
| * | MAGISTRATE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Rule 60(b) Motion for Reconsideration of Order Remanding the *Paul* case to State Court Due to Mistake of Fact, filed by the Public Belt Railroad Commission for the City of New Orleans, will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the _____ day of _____, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

        Respectfully submitted,

        HAMILTON, BROWN & BABST

        */s/ Galen S. Brown*
        GALEN S. BROWN, T.A. (#3556)
        KAREN E. MILNER (#8499)
        601 POYDRAS STREET, SUITE 2750
        NEW ORLEANS, LOUISIANA 70130
        TELEPHONE: (504) 566-1805
        FAX: (504) 566-1569
        E-MAIL: gbrown@hamiltonfirm.net

        Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this _19th_ day of January, 2007.

        */s/ Galen S. Brown*
        GALEN S. BROWN