UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATRINA CANAL BREACH CONSOLIDATION LITIGATION

| | |
|---|---|
| COLLEEN BERTHELOT ET AL | CIVIL ACTION |
| VERSUS | DOCKET NO. 05-4182 |
| | Consolidated with 06-7771 |
| BOH BROTHERS CONSTRUCTION CO., LLC ET AL | SECTION: K |
| | MAGISTRATE: 2 |

**MOTION AND ORDER FOR LEAVE OF COURT**

**In into Court**, comes plaintiffs, IVORY and LARRY D. KNIGHT, who pray for leave of this Honorable Court allow them to amend their original and first supplemental and amending complaint filed herein.

Respectfully Submitted,

**DAVID L. COLVIN & ASSOCIATES**
**A Professional Law Corporation**

/s/ David L. Colvin
**DAVID L. COLVIN** (LSBN 4353)
**SCOTT GLENDENING Bar Roll #: 28049**
230 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 367-9001
Facsimile:  (504) 367-0650
Attorneys for Plaintiff,
IVORY and LARRY D. KNIGHT

H:\CLIENTS\K\Knight, Larry 3204.0000\Pleadings\MOTION FOR LEAVE.doc