UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATRINA CANAL BREACH CONSOLIDATION LITIGATION

| | |
|---|---|
| **COLLEEN BERTHELOT ET AL** | **CIVIL ACTION** |
| **VERSUS** | **DOCKET NO. 05-4182** |
| | **Consolidated with 06-7771** |
| **BOH BROTHERS CONSTRUCTION CO., LLC ET AL** | **SECTION: K** |
| | **MAGISTRATE: 2** |

**<u>ORDER</u>**

Considering the above and foregoing:

LET THE FOREGOING Second Supplemental and Amending Complaint be filed herein as prayed for.

New Orleans, Louisiana, this _____ day of _____, 2007.

                                                                           _____
                                                                                            JUDGE