UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br>NO. 05-4182 "K" (2) and (3)<br>_____ | *<br>*<br><br>* | CIVIL ACTION |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| NO. 06-5116 (SIMS) | NO. 06-5134 (CHRISTOPHE) |
| NO. 06-5118 (RICHARD) | NO. 06-5137 (WILLIAMS) |
| NO. 06-5142 (AUGUSTINE) | NO. 06-5127 (DEPASS) |
| NO. 06-5132 (FERDINAND) | NO. 06-5128 (ADAMS) |
| NO. 06-5131 (BOURGEOIS) | NO. 06-5140 (PORTER) |

**MOTION FOR ORDER DISMISSING CLAIMS
AGAINST THE DEPARTMENT OF TRANSPORTATION, STATE LOUISIANA**

**NOW INTO COURT COMES,** Sims, et al, Case No. 06-5116, Christophe, et al, Case No. 06-5134, Richard, et al, Case No. 06-5118, Williams, et al, Case No. 06-5137, Augustine, et al, Case No. 06-5142, DePass, et al, Case No. 06-5127, Ferdinand, et al, Case No. 06-5132, Adams, et al, Case No. 06-5128, Bourgeois, et al, Case No. 06-5131, Porter, et al, Case No. 06-5140, Plaintiffs herein, appearing herein through counsel of record, moves to dismiss the Department of Transportation, State of Louisiana, as a defendant in the Complaints for

Declaratory Damages and Request for Jury Trial filed on August 28, 2006, with prejudice, with each party to bear its costs incurred.

January 22nd, 2007.

                                        Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.  /s/ William C. Gambel
                                                  William C. Gambel (LA Bar No. 5900)
                                                  909 Poydras Street, Suite 2300
                                                  New Orleans, LA  70112-1010
                                                  Telephone:  (504) 569-7000
                                                  Telecopy:  (504) 569-7001
                                                  wgambel@millinglaw.com
                                                  Attorneys for Plaintiffs

John J. Cummings, III (LA Bar No. 4652
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 569-0000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W356973

CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of January, 2007, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                                                <u>/s/ William C. Gambel</u>

W356973