## SERVICE LIST

**Thomas P. Anzelmo**
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
(504) 831-0946
Tanzelmo@mcsalaw.com


**Mark Emerson Hanna**
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
(504) 831-0946
mhanna@mcsalaw.com


**Kyle P. Kirsch**
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
(504) 831-0946
kkirsch@mcsalaw.com


**Andre Jude Lagarde**
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
(504) 831-0946
ajl@mcsalaw.com


**Ben Louis Mayeaux**
Laborde & Neuner
One Petroleum Center
P. O. Drawer 52828
1001 W. Pinhook Rd., Suite 200
Lafayette, LA 70505
337-237-7000
337-233-9450 (fax)
bmayeaux@ln-law.com


**James L. Pate**
Laborde & Neuner

One Petroleum Center
P. O. Drawer 52828
1001 W. Pinhook Rd., Suite 200
Lafayette, LA 70505
337-237-7000
jamesp@ln-law.com


**James C. Rather, Jr.**
McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
3445 N. Causeway Blvd.
Suite 800
Metairie, LA 70002
(504) 831-0946
jrather@mcsalaw.com


**Kirk Norris Aurandt**
Daigle Fisse & Kessenich
P. O. Box 5350
227 Highway 21
Covington, LA 70434-5350
985-871-0800
985-871-0899 (fax)
kaurandt@daiglefisse.com


**John Fredrick Kessenich**
Daigle Fisse & Kessenich
P. O. Box 5350
227 Highway 21
Covington, LA 70434-5350
985-871-0800
rkessenich@daiglefisse.com


**Michael William McMahon**
Daigle Fisse & Kessenich
P. O. Box 5350
227 Highway 21
Covington, LA 70434-5350
985-871-0800
mmcmahon@daiglefisse.com


**Jonathan H. Sandoz**
Daigle Fisse, PLC
109 Northpark Blvd.
Suite 125
Covington, LA 70433
985-871-0800

jsandoz@daiglefisse.com

**Jon A. Van Steenis**
Daigle Fisse & Kessenich
P. O. Box 5350
227 Highway 21
Covington, LA 70434-5350
985-871-0800
985-871-0899 (fax)
jvansteenis@daiglefisse.com

**Nicole M. Boyer**
Duplass, Zwain, Bourgeois, Morton
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
nboyer@duplass.com

**Lawrence J. Duplass**
Duplass, Zwain, Bourgeois, Morton
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
lduplass@duplass.com

**Gary M. Zwain**
Duplass, Zwain, Bourgeois, Morton
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
gzwain@duplass.com

**George R. Simno, III**
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165
504-585-2242
gsimno@swbno.org

**Gerard Michael Victor**
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165
(504) 585-2236
gvictor@swbno.org


**Thomas Louis Colletta, Jr.**
Lemle & Kelleher, LLP (New Orleans)
Pan American Life Center
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097
504-586-1241
505-584-9142 (fax)
lcolletta@lemle.com


**Benjamin Richard Slater, III**
Lemle & Kelleher, LLP
Pan American Life Center
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241
bslater@lemle.com


**Benjamin Richard Slater, III**
Lemle & Kelleher, LLP
Pan American Life Center
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097
(504) 586-1241
bslater@lemle.com


**Susannah Brooks Walter**
Lemle & Kelleher, LLP (New Orleans)
Pan American Life Center
601 Poydras St.
Suite 2100
New Orleans, LA 70130-6097
504-586-1241
swalter@lemle.com


**Carl E. Hellmers, III**

Frilot, Partridge, Kohnke & Clements, LC
Energy Centre
1100 Poydras St.
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8000
chellmers@frilotpartridge.com

**Michael Raudon Phillips**
Frilot, Partridge, Kohnke & Clements, LC
Energy Centre
1100 Poydras St.
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8000
mphillips@frilotpartridge.com

**Patrick A. Talley, Jr.**
Frilot, Partridge, Kohnke & Clements, LC
Energy Centre
1100 Poydras St.
Suite 3600
New Orleans, LA 70163-3600
(504) 599-8000
ptalley@frilotpartridge.com

**John Karl Etter**
Rodney & Etter, LLC (New Orleans)
620 N. Carrollton Avenue
New Orleans, LA 70119
504-483-3224
jke@rodneylaw.com

**Jonathan Christopher McCall**
Chaffe McCall, LLP (New Orleans)
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
504-585-7000
mccall@chaffe.com

**Roy J. Rodney, Jr.**
Rodney & Etter, LLC (New Orleans)
620 N. Carrollton Avenue
New Orleans, LA 70119

504-483-3224
RJR@rodneylaw.com

**Michael D. Spencer**
Chaffe McCall, LLP (New Orleans)
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
504-585-7000
spencer@chaffe.com

**Brent A. Talbot**
Chaffe McCall, LLP (New Orleans)
Energy Centre
1100 Poydras St.
Suite 2300
New Orleans, LA 70163-2300
504-585-7000
talbot@chaffe.com