UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION <br> NO. 05-4182 "K" (2) and (3) <br> _____ | * <br> * <br> * <br> * | CIVIL ACTION |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |

| | |
|---|---|
| **NO. 06-5116 (SIMS)** | **NO. 06-5134 (CHRISTOPHE)** |
| **NO. 06-5118 (RICHARD)** | **NO. 06-5137 (WILLIAMS)** |
| **NO. 06-5142 (AUGUSTINE)** | **NO. 06-5127 (DEPASS)** |
| **NO. 06-5132 (FERDINAND)** | **NO. 06-5128 (ADAMS)** |
| **NO. 06-5131 (BOURGEOIS)** | **NO. 06-5140 (PORTER)** |

### ORDER

Considering the Motion for Order to Dismiss the Claims Against the Department of Transportation, State of Louisiana,

**IT IS HEREBY ORDERED** that all claims filed against defendant Department of Transportation, State of Louisiana, in the matters  Sims, et al, Case No. 06-5116, Christophe, et al, Case No. 06-5134, Richard, et al, Case No. 06-5118, Williams, et al, Case No. 06-5137, Augustine, et al, Case No. 06-5142, DePass, et al, Case No. 06-5127, Ferdinand, et al, Case No. 06-5132, Adams, et al, Case No. 06-5128, Bourgeois, et al, Case No. 06-5131, Porter, et al, Case No. 06-5140, are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

W356975