**MINUTE ENTRY**
**DUVAL, J.**
**January 19, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: ALL CASES** | **SECTION "K"(2)** |
| *Publish to Web* | |

  Attending a telephonic status conference held this day concerning the on-going process of confecting a proposed schedule for discovery were:

  Joe Bruno for plaintiffs and

  Ralph Hubbard for defendants.

Having learned that liaison counsel met with counsel enrolled in this matter to discuss a mutual agreed to plan for discovery and believing that one further extension of time is required to memorialize the plan,

  **IT IS ORDERED** that the present deadline for the presentation of a proposed discovery schedule herein is **CONTINUED** from **January 22, 2007** to **January 26, 2007 by 5:00 p.m.**

JS–10: 15minutes