IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES  * CIVIL ACTION
CONSOLIDATED LITIGATION  * NO. 05-4182 "K"(2)
 * JUDGE STANWOOD R. DUVAL
_____  *
 *
PERTAINS TO:  *
*Abadie et al., v. Aegis Security Insurance Co.,*  * MAGISTRATE JUDGE
No. 06-5164  * JOSEPH C. WILKINSON
 *

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL COUNSEL *PRO HAC VICE*

Marshall M. Redmon hereby moves to enroll Amy R. Sabrin, Esq. *pro hac vice* as additional counsel of record for Defendant Farmers Insurance Exchange ("Farmers"), and allow her to appear and participate as co-counsel in the above referenced matter.

Ms. Sabrin is a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP and resides and practices law in Washington, D.C. Ms. Sabrin is admitted to practice before the following courts:

| COURT | DATE ADMITTED |
| --- | --- |
| State of Maryland | 01/04/1986 |
| District of Columbia | 04/17/1987 |
| United States District Court, District of Columbia | 11/07/1988 |
| United States Court of Appeal for the District of Columbia Circuit | 11/27/1989 |
| United States Court of Appeal for the Second Circuit | 10/27/2006 |
| United States Court of Appeal for the Fourth Circuit | 01/30/1989 |
| United States Court of Appeal for the Eighth Circuit | 03/10/1995 |
| United States Court of Appeal for the Tenth Circuit | 02/09/1988 |
| Supreme Court of the United States | 03/18/1991 |

WHEREFORE, the undersigned respectfully requests this Honorable Court to admit Amy R. Sabrin to practice before it *pro hac vice*. She is currently a member in good standing of the Bars of the District of Columbia and Maryland. Attached to this motion is a certificate of good standing for Ms. Sabrin issued by the Bar of Maryland, as well as the Affidavit and Oath of Ms. Sabrin in support of this motion. The undersigned is a member of the bar of this court and supports the enrollment of Amy R. Sabrin *pro hac vice* as counsel of record for Farmers Insurance Exchange.

Respectfully submitted,

BY: /s/ Marshall M. Redmon
Marshall M. Redmon (Bar No. 18398)
Virginia Y. Trainor (Bar No. 25275)
City Plaza
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197
e-mail: redmonm@phelps.com

AND

Christopher M. Capitelli (Bar No. 30136)
One Canal Place, Suite 2000
365 Canal Street
New Orleans, Louisiana 70130
Telephone: (504) 584-9267
Facsimile: (504) 568-9130

Of Counsel:

Andrew L. Sandler (*pro hac vice* application to be filed)
Amy Sabrin (*pro hac vice* application to be filed)
Victoria Holstein-Childress, Louisiana Bar No. 28611
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, NW
Washington, DC 20005
(202) 371-7000
Fax (202) 393-5760

**ATTORNEYS FOR DEFENDANT
FARMERS INSURANCE EXCHANGE**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of January, 2007, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel for defendants and plaintiffs in this matter.

/s/ Marshall M. Redmon