IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES  \*
CONSOLIDATED LITIGATION  \*
\*   CIVIL ACTION
\*   NO. 05-4182 "K"(2)
\*   JUDGE STANWOOD R. DUVAL
PERTAINS TO:  \*
*Abadie et al., v. Aegis Security Insurance Co.,*  \*
No. 06-5164  \*   MAGISTRATE JUDGE
\*   JOSEPH C. WILKINSON
\*

\*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT

I, Amy R. Sabrin, being first duly sworn, did depose and say:

1. I reside at 5414 Galena Place, NW, Washington, D.C. 20016, and my professional address is 1440 New York Avenue, NW, Washington, D.C. 20005.

2. I am seeking admission before the United States District Court for the Eastern District of Louisiana in the above-captioned matter.

3. I am admitted to the full practice of law in the District of Columbia and the State of Maryland.

4. I am currently in good standing with the Bar Associations of the District of Columbia and Maryland, and all courts for these jurisdictions.

5. I have been admitted to practice before the following courts:

| COURT | DATE ADMITTED |
|---|---|
| State of Maryland | 01/04/1986 |
| District of Columbia | 04/17/1987 |
| United States District Court, District of Columbia | 11/07/1988 |
| United States Court of Appeal for the District of Columbia Circuit | 11/27/1989 |

| | |
|---|---|
| United States Court of Appeal for the Second Circuit | 10/27/2006 |
| United States Court of Appeal for the Fourth Circuit | 01/30/1989 |
| United States Court of Appeal for the Eighth Circuit | 03/10/1995 |
| United States Court of Appeal for the Tenth Circuit | 02/09/1988 |
| Supreme Court of the United States | 03/18/1991 |

6. I am a member in good standing in the courts listed in Paragraph No. 5 above and have never been suspended or disbarred from practice in any court.

7. I have never been the subject of any disciplinary proceedings or criminal charges.

8. I have never been denied full or *pro hac vice* admission in any jurisdiction.

9. I am familiar with and agree to be governed by the rules of the Untied States District Court for the Eastern District of Louisiana.

10. I acknowledge by this Affidavit that the United States District Court, or its designee, may make further inquiry with any government or private entity or individual concerning myself, in furtherance of this application.

Dated: January 5, 2007

_____
Amy R. Sabrin

SUBSCRIBED and SWORN TO

Before me this 5th day of

January _____, 2007.

_____
Notary Public

My Commission Expires: 10/14/09

Jeffrey P. Neudorfer
Notary Public, District of Columbia
My Commission Expires 10-14-2009