IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * NO. 05-4182 "K"(2) <br> * JUDGE STANWOOD R. DUVAL <br> * |
| PERTAINS TO: <br> *Abadie et al., v. Aegis Security Insurance Co.,* <br> No. 06-5164 | * <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON <br> * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

I, Andrew L. Sandler, being first duly sworn, did depose and say:

1. I reside at 5306 Kenwood Avenue, Chevy Chase, MD 20815, and my professional address is 1440 New York Avenue, NW, Washington, D.C. 20005.

2. I am seeking admission before the United States District Court for the Eastern District of Louisiana in the above-captioned matter.

3. I am admitted to the full practice of law in the District of Columbia and the States of Maryland and Pennsylvania.

4. I am currently in good standing with the Bar Associations of the District of Columbia, Maryland, and Pennsylvania, and all courts for these jurisdictions.

5. I have been admitted to practice before the following courts:

| TITLE OF COURT | DATE ADMITTED |
|---|---|
| District of Columbia | 04/15/1985 |
| All Courts of Maryland | 12/06/1991 |
| All Courts of Pennsylvania | 12/15/1983 |
| U.S. District Court, District of Columbia | 04/15/1985 |
| U.S. District Court, Maryland | 12/06/1991 |
| U.S. District Court, Eastern District of Pennsylvania | 12/15/1983 |
| United States Court of Appeal for the District of Columbia Circuit | 02/28/1991 |

| TITLE OF COURT | DATE ADMITTED |
|---|---|
| United States Court of Appeal for the First Circuit | 02/11/2000 |
| United States Court of Appeal for the Seventh Circuit | 01/17/2003 |
| United States Court of Appeal for the Eighth Circuit | 08/19/1997 |
| United States Court of Appeal for the Tenth Circuit | 03/07/2000 |
| Supreme Court of the United States | 09/02/1988 |

6. I am a member in good standing in the courts listed in Paragraph No. 5 above and have never been suspended or disbarred from practice in any court.

7. I have never been the subject of any disciplinary proceedings or criminal charges.

8. I have never been denied full or *pro hac vice* admission in any jurisdiction.

9. I am familiar with and agree to be governed by the rules of the Untied States District Court for the Eastern District of Louisiana.

10. I acknowledge by this Affidavit that the United States District Court, or its designee, may make further inquiry with any government or private entity or individual concerning myself, in furtherance of this application.

Dated: January 9, 2007.

_____
Andrew L. Sandler

SUBSCRIBED and SWORN TO
Before me this 9th day of
January ____, 2007.

_____
Notary Public
My Commission Expires: 10/14/09

Jeffrey P. Neudorfer
Notary Public, District of Columbia
My Commission Expires 10-14-2009