IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * NO. 05-4182 "K"(2) <br> * JUDGE STANWOOD R. DUVAL <br> * |
| PERTAINS TO: <br> *Abadie et al., v. Aegis Security Insurance Co.,* <br> No. 06-5164 | * <br> * <br> * MAGISTRATE JUDGE <br> * JOSEPH C. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## OATH

I, ANDREW L. SANDLER, DO SOLEMNLY SWEAR that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Eastern District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

_____
Andrew L. Sandler

DISTRICT OF COLUMBIA

BEFORE ME, the undersigned authority, on this 9th day of January, 2007, personally appeared ANDREW L. SANDLER, known to me to be the person whose name is subscribed to the above and foregoing who, being by me first duly sworn, upon oath states and acknowledges to me that she will abide by this oath.

Given under my hand and seal of office this 9th day of January, 2007.

_____
Notary Public, in and for the District of Columbia

Jeffrey P. Neudorfer
Notary Public, District of Columbia
My Commission Expires 10-14-2009