IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE STANWOOD R. DUVAL |
| PERTAINS TO:<br>*Abadie et al., v. Aegis Security Insurance Co.,*<br>No. 06-5164 | *<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

CONSIDERING THE FOREGOING Motion to Enroll Counsel *Pro Hac Vice*,

IT IS HEREBY ORDERED that Andrew L. Sandler be admitted *pro hac vice* and that he is allowed to appear and participate as co-counsel in the above referenced matter for Defendant, Farmers Insurance Exchange.

Done this _____ day of _____, 2007 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE