# United States District Court
EASTERN DISTRICT OF LOUISIANA

**RETURN**

**BOBBY L. LEDUFF, et al.**

   **PLAINTIFFS**

    V.

**BOH BROS. CONSTRUCTION COMPANY, LLC, et al.**

   **DEFENDANTS.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-5260  Sect."K", mag(2)

TO: Board of Commissioners for the Orleans Levee District

 c/o
 Defendant's Attorney
 Thomas P. Anzelmo
 McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel
 3445 N Causeway Blvd., Suite 800
 Metairie, LA 70002
 (504) 831-0946
 tanzelmo@mcsalaw.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Schneider
Grady, Schneider & Newman, L.L.P.
801 Congress, 4th Floor
Houston, TX 77002
(713) 228-2200
pschneider@gsnlaw.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Deputy Clerk - B. Gregory

CLERK  **LORETTA G. WHYTE**

DATE  **OCT - 4 2006**

AO 440 (Rev 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE OCT 26, 2006 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): RECEPTIONIST @ OFFICE MELISSA EASLEY

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Oct 26, 2006         Charles Vicknair
          Date                          Signature of Server
                                        4016 COLORADO AVE
                                        KENNER, LA 70065
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure