UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | | |
| Levee (Holmes 06-5161, Anderson 06-5162 Gordon 06-5163, Williams 06-5471) | | |

## MOTION FOR EXTENSION OF TIME FOR SERVICE

**NOW COME** plaintiffs Fred Holmes, et al., Eric Anderson, et al., Creato Gordon, et al., and Edward Williams, et al, by and through the undersigned counsel, who pray that they be granted an extension of time until February 19, 2007, to serve or obtain waivers of service of summons from several defendants in the above captioned matters.

The extension of time is for good cause in that plaintiffs' counsel, to this date, is still receiving waivers of service of summons on a daily basis; however, not all defendants have filed an answer in the above captioned matters. Therefore, plaintiffs' counsel is in the process of obtaining information from defendants whether or not service of summons will be waived. The defendants are the following: Washington Group, East Jefferson Levee District, Boh Brothers, Burk Kleinpeter, Inc., and Go Tech, Inc, , The United States of America, The United States Army Corps of Engineers, Bean Dredging,

L.L.C.; Bean Dredging Corporation (f/k/a Eagle Dredging Corporation; Bean Dredging Corporation (f/k/a Falcon Dredging Corporation); C.F. Bean. L.L.C.; C.F. Bean Corporation (f/k/a C.F. Bean, Inc.); Bean Horizon Corporation; Bean Horizon, L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging Inc.; Stuyvesant Dredging Co., L.L.C.; Royal Boskalis Westminister N.V.; Gulf Coast Trailing Company; TLJIC, L.L.C; T.L. James & Company, Inc.; T.L. James Marine, L.L.C.; Ham Construction Overseas N.V.; Great Lakes Dredging & Dock Company; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company , L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; NATCO Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros., Inc.; Manson Construction Co. (a/k/a Manson Construction & Engineering Co.); Manson Gulf, L.L.C.; Pine Bluff Sand and Gravel Company; King Fisher Marine Service, Inc.; King Fisher Marine Services, L.P.; and KFMSGP, L.L.C.

Moreover, the process of re-serving several defendants whose mail was returned is still ongoing and not yet complete, because not enough time has passed for the return receipt of the certified mailing to reach plaintiffs' counsel, or for the envelope to be returned unclaimed. The defendants are the following: Professional Construction Service, C.R. Pittman Construction Co., Inc, Pierce Foundations, Inc., Solvation Service, Inc., Johnson Brothers Construction Co., and Gulf Group Inc. of Florida.

In addition, plaintiffs' counsel is cognizant that an additional defendant, Ham Construction Overseas NV, has not yet been served despite plaintiffs' previous service attempts. The last known address at which plaintiffs are attempting to serve Ham Construction is in Curacao, a territory of The Netherlands. Plaintiffs are currently

2

preparing other necessary paperwork to have Ham Construction served in Curacao; however, the service agent advises that service will take approximately six to nine weeks to perfect.

Because it is plaintiffs' understanding that service on defendants in a foreign land is exempt from the time delays set forth in Fed. R. Civ. P. 4(m), plaintiffs do not believe it is necessary to request an extension of time to serve this defendant. However, if the Court has an alternate interpretation of Fed. R. Civ. P. 4(m), plaintiffs hereby request that it grant an extension of time until April 15, 2007, to serve Ham Construction.

**WHEREFORE**, plaintiffs Fred Holmes, et al., Eric Anderson, et al., Creato Gordon, et al., and Edward Williams, et al, pray that this Honorable Court grant an extension of time until February 19, 2007 to reassure service of summons and to re-serve defendants, and that this Honorable Court grant an extension of time until April 15, 2007, to serve Ham Construction Overseas NV.

Respectfully submitted,

BRUNO & BRUNO

s/ Joseph M. Bruno
Joseph M. Bruno (3604)
David S. Scalia (21369)
L. Scott Joanen (21431)
855 Baronne Street
New Orleans, LA 70113
Phone:     (504) 525-1335
Facsimile: (504) 581-1493
E-Mail:    jbruno@brunobrunolaw.com
           dscalia@brunobrunolaw.com
           scott@brunobrunolaw.com

Attorneys for Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

BRUNO & BRUNO

s/ Joseph M. Bruno
Joseph M. Bruno (3604)