## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182<br><br>SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: | |
| Levee   (Holmes 06-5161, Anderson 06-5162<br>Gordon 06-5163, Williams 06-5471) | |

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Defendants filed by plaintiffs Fred Holmes, et al., Eric Anderson, et al., Creato Gordon, et al., and Edward Williams, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Fred Holmes, et al., Eric Anderson, et al., Creato Gordon, et al., and Edward Williams, et al, are granted an extension of time through and including February 15, 2007 within which to reassure service of summons or to re-serve, as applicable, defendants Washington Group, East Jefferson Levee District, Boh Brothers, Burk Kleinpeter, Inc., Go Tech, Inc., Professional Construction Service, C.R. Pittman Construction Co., Inc, Pierce Foundations, Inc., Solvation Service, Inc., Johnson Brothers Construction Co., Gulf Group Inc. of Florida, The United States of America, The United States Army Corps of Engineers, Bean Dredging, L.L.C.; Bean Dredging Corporation (f/k/a Eagle Dredging Corporation; Bean Dredging Corporation (f/k/a Falcon Dredging Corporation); C.F.

Bean. L.L.C.; C.F. Bean Corporation (f/k/a C.F. Bean, Inc.); Bean Horizon Corporation; Bean Horizon, L.L.C.; Bean Stuyvesant, L.L.C.; Stuyvesant Dredging Company; Stuyvesant Dredging Inc.; Stuyvesant Dredging Co., L.L.C.; Royal Boskalis Westminister N.V.; Gulf Coast Trailing Company; TLJIC, L.L.C; T.L. James & Company, Inc.; T.L. James Marine, L.L.C.; Ham Construction Overseas N.V.; Great Lakes Dredging & Dock Company; Great Lakes Dredge & Dock Company; Great Lakes Dredge & Dock Company, L.L.C. of Louisiana; Great Lakes Dredge & Dock Corporation of Delaware; NATCO Dredging Limited Partnership; Great Lakes Trailing Company; Weeks Marine, Inc.; Mike Hooks, Inc.; Luhr Bros., Inc.; Manson Construction Co. (a/k/a Manson Construction & Engineering Co.); Manson Gulf, L.L.C.; Pine Bluff Sand and Gravel Company; King Fisher Marine Service, Inc.; King Fisher Marine Services, L.P.; and KFMSGP, L.L.C.

**IT IS FURTHER ORDERED** that the Motion be and is hereby **GRANTED** and that Eric Anderson, et al., are granted an extension of time through and including April 15, 2007, to serve Ham Construction Overseas NV.

New Orleans, LA, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE