# United States District Court

EASTERN DISTRICT OF LOUISIANA

**RETURN**

| | |
|---|---|
| **BOBBY L. LEDUFF, et al.** <br> PLAINTIFFS <br><br> V. <br><br> **BOH BROS. CONSTRUCTION COMPANY, LLC, et al.** <br> **DEFENDANTS.** | SUMMONS IN A CIVIL CASE <br><br> CASE NUMBER: 06-5260 <br> Sect. "K", Mag (2) |

TO: Mike Hooks, Inc.

    c/o
    Registered Agent:
    C T Corporation System
    8550 United Plaza Blvd.
    Baton Rouge, LA 70809

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Schneider
Grady, Schneider & Newman, L.L.P.
801 Congress, 4th Floor
Houston, TX 77002
(713) 228-2200
pschneider@gsnlaw.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Deputy Clerk - B. Gregory

CLERK    LORETTA G. WHYTE        DATE    JAN 16 2007

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: Jan 18, 2007 |
| Name of SERVER (PRINT): CHARLES VICKNAIR | TITLE: [signature] |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: SHAUNA SMITH @ CT CORP. Baton Rouge, LA

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Jan 18, 2007

Signature of Server: [signature]

Address of Server: 4016 Colorado Ave, Kenner, LA 70065

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.