AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

*RETURN*

BOBBY L. LEDUFF, et al.

### PLAINTIFFS

### V.

BOH BROS. CONSTRUCTION COMPANY, LLC, et al.

### DEFENDANTS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-5260   *Sect. "K", Mag(2)*

TO: Stuyvesant Dredging Co., L.L.C.

c/o
Defendant's Attorney
William Everard Wright, Jr.
Deutsch, Kerrigan & Stiles, L.L.P.
755 Magazine St.
New Orleans, LA 70130
(504) 581-5141
wwright@dkslaw.com

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Schneider
Grady, Schneider & Newman, L.L.P.
801 Congress, 4th Floor
Houston, TX 77002
(713) 228-2200
pschneider@gsnlaw.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Deputy Clerk - B. Gregory*

CLERK   **LORETTA G. WHYTE**

DATE   **OCT - 4 2006**

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE *Oct 27, 2006* |
| Name of SERVER (PRINT) *CHARLES VICKNAIR* | TITLE |

| Check one box below to indicate appropriate method of service | |
|---|---|

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *ACCEPTED BY REVA DUPLANTIER @ OFFICE*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *Oct 27, 2006*
Date

*[Signature of Server]*
Signature of Server

*4016 COLORADO AVE*
Address of Server
*KENNER, LA 70065*

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure