AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
EASTERN DISTRICT OF LOUISIANA

**RETURN**

**BOBBY L. LEDUFF, et al.**
PLAINTIFFS

V.

**BOH BROS. CONSTRUCTION COMPANY, LLC, et al.**
**DEFENDANTS.**

SUMMONS IN A CIVIL CASE

CASE NUMBER: 06-5260
Sect. "K", Mag (2)

TO: Weeks Marine, Inc.

    c/o
    Registered Agent:
    Patricia Driggers
    106 Derouche Ave
    Bourg, La 70343

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter B. Schneider
Grady, Schneider & Newman, L.L.P.
801 Congress, 4th Floor
Houston, TX 77002
(713) 228-2200
pschneider@gsnlaw.com

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Deputy Clerk - B. Gregory
CLERK   LORETTA G. WHYTE

DATE   **JAN 1 6 2007**

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Jan 18, 2007 |
| Name of SERVER (PRINT) CHARLES VICKNAIR | TITLE Sp |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 106 DeRouen Ave Boerg LA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $25.00 | $10.00 | $35.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Jan 18, 2007         Charles Vicknair
                Date                            Signature of Server

4016 Colorado Ave
Address of Server
Kenner, LA 70065

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.