IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### EX-PARTE MOTION FOR EXTENSION OF TIME TO SERVE THOSE DREDGING DEFENDANTS THAT HAVE NOT BEEN SERVED AND TO OBTAIN ANSWERS FROM THOSE THAT HAVE BEEN SERVED

NOW COMES Phillip Reed, on behalf of himself and all others similarly situated and Fellosea Ackerson, et al. ("Plaintiffs"), and request a thirty-day extension to (1) serve three Dredging Defendants that have not been served and (2) obtain answers from those that have been served, for the following reasons:

1. **Stuyvesant Dredging Co. L.L.C.** All the companies related to Bean Dredging L.L.C. have filed answers in both suits, except that Stuyvesant Dredging Co. L.L.C., has not been served in *Reed* because the identity of its agent for service was not know to undersigned counsel previously. Undersigned counsel will make service or otherwise arrange with counsel for the other Bean companies to file an answer on behalf of this defendant in *Reed*. Therefore, an extension to make service is needed in *Reed* only.

2. **Ham Construction Overseas.** Undersigned counsel served this defendant in *Reed* on 5/10/06, but subsequently received a letter from counsel stating that service had been made on a party (another related defendant in this suit) that did not have authority to accept service on its behalf. Service was also attempted in *Ackerson* but

was returned. Therefore, undersigned counsel is arranging to make service in Curacao, Netherlands and an extension to effectuate service is needed in both cases, *Reed* and *Ackerson*.

3. **KFMSGP, L.L.C.** This company is related to King Fisher Marine Service, L.P., which has filed an answer. However, undersigned counsel was not able to identify the agent for service of KFMSGP, L.L.C. when making service in *Reed*. Service was made in *Ackerson*. Undersigned counsel has now contacted counsel for King Fisher Marine Service, L.P. to clarify this matter and will proceed to make service in *Reed*. Therefore, an extension to make service is needed only in *Reed*. Also, undersigned counsel will find out why an answer has not been filed in *Ackerson* before proceeding with a default.

4. **King Fisher Marine Service, Inc.** This entity has been served in *Reed* and *Ackerson*. This entity is related to King Fisher Marine Service, L.P., which has filed an answer in *Reed* but not in *Ackerson*. Counsel for King Fisher Marine Service, L.P. has informed undersigned counsel that only one of the two entities should be involved in this case and for that reason no answer has been filed on behalf of King Fisher Marine Service, Inc. in either case. Undersigned counsel has requested affidavits and upon clarification of this issue will either dismiss this party or move for default in both cases. No extensions to make service are requested here, but undersigned counsel is informing the Court about what steps are being taken to get this party to file answers.

The following parties have not filed answers in *Ackerson*, but have filed Rule 12(b) motions to dismiss: Mike Hooks, Inc., Manson Construction Co., Manson Gulf. L.L.C., King Fisher Marine Service. L.P. Those motions are pending and no further action is needed by undersigned counsel.

WHEREFORE, Plaintiffs request that the Court grant them thirty days within which to (1) make service on those parties that have not been served, and (2) obtain answers from those parties that have been served before proceeding to take defaults.

Respectfully Submitted:

Camilo K. Salas III (Louisiana Bar No. 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

_____
CAMILO K. SALAS III Attorney for plaintiffs in
*Reed* No. 06-2152
And

A. J. Rebennack (Louisiana Bar No. 18677)
2202 Avenue B
Metairie, Louisiana 70001
Telephone: 504-792-0512
Fax: 504-831-1203
E-Mail: rebennacks@cox.net
Attorney for all the plaintiffs in *Ackerson*,
No. 06-4066

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of January, 2007 served a copy of the foregoing pleading on all parties to this proceeding via facsimile, e-mail and/or U. S. Mail.

_____
CAMILO K. SALAS III