UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.: 05-4182 <br><br> HON. STANWOOD R. DUVAL, JR. <br> SECTION "K" |
| PERTAINS TO: <br> INSURANCE    (*Abadie*, 06-5164) <br> (*Aaron*, 06-4746) | * <br> * <br> * <br> * | HON. JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW COMES** defendants, Horace Mann Insurance Company and Horace Mann Property and Casualty Company, through undersigned counsel, and move this Court for an Order enrolling Tina L. Garmon, Louisiana Bar Number 29579, of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as additional counsel of record for Horace Mann Insurance Company and Horace Mann Property and Casualty Company in the captioned matter.

**WHEREFORE**, Horace Mann Insurance Company prays that this Court enter an Order enrolling Tina Garmon as additional counsel of record.

        Respectfully Submitted:

        s/Seth A. Schmeeckle
        **Seth A. Schmeeckle, T.A., La. Bar No. 27076**
        **Ralph S. Hubbard III, La. Bar No. 7040**
        **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
        601 Poydras Street, Suite 2775
        New Orleans, LA 70130

|  |  |
|---|---|
| Telephone: | (504) 568-1990 |
| Facsimile: | (504) 310-9195 |
| e-mail: | sschmeeckle@lawla.com |
|  | rhubbard@lawla.com |

And

OF COUNSEL:
ALAN S. GILBERT
ANNE W. MITCHELL
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for Horace Mann Insurance Company and Horace Mann Property & Casualty Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2007 a copy of the foregoing HORACE MANN'S MOTION TO ENROLL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

| | |
|---|---|
| Angie Arceneaux Akers | Eugene M. McEachin , Jr |
| Valerie Briggs Bargas | Robert A. McMahon , Jr |
| Judy Y. Barrasso | Anne Elizabeth Medo |
| Kerrie Theriot Belsome | Sean P. Mount |
| Raymond A. Chenault | Howard Louis Murphy |
| James Dalton Courson | Dominic J. Ovella |
| Stephen N. Elliott | Daniel Gibbons Rauh |
| | Richard Thomas Reed |
| Nina Wessel English | Stephen Winthrop Rider |
| John B. Esnard , III | Wendy Hickok Robinson |
| Shera J. Finn | David P. Salley |
| Dominic Joseph Gianna | Robert I. Siegel |
| Jim S. Hall | Michael R. Sistrunk |
| Erin Casey Hangartner | Joseph L. Spilman , III |
| Howard Bruce Kaplan | Matthew J. Ungarino |
| Robert Emmett Kerrigan , Jr | Steven W. Usdin |
| Kyle P. Kirsch | John R. Walker |
| Wayne J. Lee | John William Waters , Jr |
| Jay M. Lonero | Alan Dean Weinberger |
| Gregory John McDonald | |

-3-

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
**Seth A. Schmeeckle, T.A., La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Attorneys for Defendant, Pacific Insurance Company, Limited**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:   rhubbard@lawla.com
             sschmeeckle@lawla.com
