UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.: 05-4182<br><br>HON. STANWOOD R. DUVAL, JR.<br>SECTION "K" |
| PERTAINS TO:<br>INSURANCE   (*Abadie*, 06-5164)<br>           (*Aaron*, 06-4746) | *<br>*<br>*<br>* | HON. JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

IT IS ORDERED that Tina L. Garmon, Louisiana Bar Roll Number 29579 be, and she hereby is enrolled as additional counsel of record in the above entitled and numbered matter.

New Orleans, Louisiana this _____ day of January, 2007.

_____
DISTRICT JUDGE