UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | HON. STANWOOD R. DUVAL, JR. |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | HON. JOSEPH C. WILKINSON, JR. |
| INSURANCE   (*Abadie*, 06-5164) | * | |
| (*Aaron*, 06-4746) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**JOINDER IN SAFECO DEFENDANTS' RESPONSE TO PLAINTIFFS'
MOTIONS FOR LEAVE TO FILE MOTIONS FOR ENTRY OF ORDERS OF
ADMINISTRATIVE CLOSURE BY HORACE MANN INSURANCE COMPANY AND
HORACE MANN PROPERTY & CASUALTY INSURANCE COMPANY**

Defendants, Horace Mann Insurance Company and Horace Mann Property & Casualty

Insurance Company (collectively "Horace Mann"), by their undersigned attorneys, respectfully

join the Safeco Defendants' Response to Plaintiffs' Motions for Leave to File Motions for Entry

of Orders of Administrative Closure in *Abadie, et al. v. AEGIS Security Insurance Co., et al.*, No.

06-5164 and *Aaron, et al. v. AIG, et al.*, No. 06-4746 (Doc. No. 2690) ("Response").  Horace

Mann adopts and incorporates the facts and argument contained in the Safeco Defendants'

Response, and respectfully requests that this Court enter the proposed order submitted with that

Response.

-1-

Dated: January 22, 2007

Respectfully Submitted:

s/Seth A. Schmeeckle

**Seth A. Schmeeckle, T.A., La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:       sschmeeckle@lawla.com
              rhubbard@lawla.com

And

OF COUNSEL:
ALAN S. GILBERT
ANNE W. MITCHELL
SONNENSCHEIN NATH & ROSENTHAL LLP
7800 Sears Tower
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

**Attorneys for Horace Mann Insurance**
**Company and Horace Mann Property & Casualty**
**Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2007 a copy of the foregoing HORACE MANN'S JOINDER IN SAFECO'S RESPONSE TO PLAINTIFFS' MOTIONS FOR LEAVE TO FILE MOTIONS FOR ENTRY OF ORDERS OF ADMINISTRATIVE CLOSURE was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

| | |
|---|---|
| Angie Arceneaux Akers | Nina Wessel English |
| Valerie Briggs Bargas | John B. Esnard , III |
| Judy Y. Barrasso | Shera J. Finn |
| Kerrie Theriot Belsome | Dominic Joseph Gianna |
| Raymond A. Chenault | Jim S. Hall |
| James Dalton Courson | Erin Casey Hangartner |
| Stephen N. Elliott | Howard Bruce Kaplan |
| | Robert Emmett Kerrigan , Jr |

Kyle P. Kirsch
Wayne J. Lee
Jay M. Lonero
Gregory John McDonald
Eugene M. McEachin , Jr
Robert A. McMahon , Jr
Anne Elizabeth Medo
Sean P. Mount
Howard Louis Murphy
Dominic J. Ovella
Daniel Gibbons Rauh
Richard Thomas Reed

Stephen Winthrop Rider
Wendy Hickok Robinson
David P. Salley
Robert I. Siegel
Michael R. Sistrunk
Joseph L. Spilman , III
Matthew J. Ungarino
Steven W. Usdin
John R. Walker
John William Waters , Jr
Alan Dean Weinberger

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
**Seth A. Schmeeckle, T.A., La. Bar No. 27076**
**Ralph S. Hubbard III, La. Bar No. 7040**
**Attorneys for Defendant, Pacific Insurance**
**Company, Limited**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:      (504) 568-1990
Facsimile:      (504) 310-9195
e-mail:          rhubbard@lawla.com
                 sschmeeckle@lawla.com