RETURN

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**MAUREEN O'DWYER, ET AL.**

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.**

05-4182 "K" (2)

Pertains to 06-5786

TO:  **SEWERAGE AND WATER BOARD OF NEW ORLEANS**
**Through Agent for service of process:**
**Marcia St. Martin, Executive Director, or**
**Gerard M. Victor, Special Counsel**
**625 St. Joseph Street**
**New Orleans, LA 70165**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Petition, which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

JAN 1 1 2007

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 1/22/07 |
|---|---|
| Name of SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☑ Other (specify): _____ Personal on Special Counsel, GERARD VICTOR ESQ.
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/22/07___
Date

Signature of Server

N.O.M.

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.