**RETURN**

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBEN COHEN, ET AL | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL | **SECT. L MAG 5** |

TO: (Name and address of defendant)

B&K Construction Company, Inc. through its agent for process:
Mr. Robert L. Bailey, III
520 N. Causeway Blvd., POB 55
Mandeville, LA 70448

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEITH COUTURE
1341 W. CAUSEWAY APPROACH
MANDEVILLE, LA 70471
985-674-4428/FAX985-674-4462
KEITHCOUTURE@BELLSOUTH.NET

an answer to the complaint which is herewith served upon you, within    20................................ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                    **AUG 2 8 2006**

CLERK                                                              DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: January 23, 2007 |
| Name of SERVER (PRINT): Brandi E. Culotta | TITLE: process server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Treva Cairns Place where served: 520 N. Causeway Blvd, Mandeville, LA 70448

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ....
Name of person with whom the summons and complaint were left:............................................

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing

Executed on January 23, 2007
Date

Signature of Server: Brandi E. Culotta

Address of Server: 1341 W. Causeway Approach, Mandeville, LA 70471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.