UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:     *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION TO VOLUNTARILY DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come Plaintiffs, who hereby voluntarily dismiss all claims against defendants, at request of counsel for these defendants, AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Hartford Steam Boiler Inspection and Insurance Company and Hartford Steam Boiler Inspection and Insurance Company of Connecticut, who has not filed an Answer in this matter, without prejudice, at Plaintiffs' cost, and with reservation of all of the Plaintiffs' claims against all other parties named and unnamed.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 23rd day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: (504) 832-3000
Facsimile:   (504) 832-1799
E-Mail Address: jim@jimshall.com