UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION   K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| INSURANCE:      *Aaron,* 06-4746 | * * | MAG. (2) - MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the foregoing Unopposed Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against AIG Centennial Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company, AIG Premier Insurance Company, American General Indemnity Company, American General Property Insurance Company, Hartford Steam Boiler Inspection and Insurance Company and Hartford Steam Boiler Inspection and Insurance Company of Connecticut be, and are hereby **DISMISSED**, without prejudice, at Plaintiffs cost, and with reservation of all of the Plaintiffs claims against all other parties named and unnamed..

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE