**RETURN**

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

### MAUREEN O'DWYER, ET AL.

V.

### DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

No. 05-4182 "K" (2)

Pertains to 06-5786

TO: B&K Construction Co., Inc.
Through its agent for service of process:
Charles F. Seemann, Jr.
755 Magazine Street
New Orleans, LA 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ashton R. O'Dwyer, Jr.
One Canal Place
365 Canal Street
Suite 2670
New Orleans, LA 70130

An answer to the Petition, which is herewith served upon you, within <u>twenty (20) days</u> after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                          JAN 1 1 2007

CLERK _[signature]_                        DATE
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 1/22/07 |
| Name of SERVER (PRINT) ASHTON O'DWYER | TITLE DIRECTOR |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONAL ON MR SEEMAN'S SEC'Y, MS. CRISTY LAFAYE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/07
             Date

Signature of Server: [signature] O'Dwyer Jr.

Address of Server: NEW ORLEANS

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.