UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

**PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL DISMISSAL OF DEFENDANTS AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, AND UNION STANDARD INSURANCE COMPANY, WITHOUT PREJUDICE**

NOW INTO COURT, come plaintiffs in the above numbered and captioned cause, and upon suggestion by the Defendants AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY,

AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY that they did not write any homeowner's insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period, now moves for a partial dismissal dismissing AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY from this matter without prejudice.

W H E R E F O R E, plaintiffs pray for an Order of partial dismissal, dismissing AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY,

HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY from this matter, without prejudice, and reserving all rights against all parties not dismissed herein.

Respectfully submitted,

**BRUNO & BRUNO**

  /s/  **David S. Scalia**
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
        dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___23rd___ day of January, 2007.

                                                 /s/ David S. Scalia
                                               DAVID S. SCALIA