UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

MEMORANDUM IN SUPPORT PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL
DISMISSAL OF DEFENDANTS AIG CENTENNIAL INSURANCE COMPANY, AIG
INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG
PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY,
AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE
COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY
INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY,
REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE
COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE
COMPANY , WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs in the above numbered and captioned cause have received information from the

Defendants AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE

COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE

COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY that they did not write any homeowner's insurance policies in Louisiana during the relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in Louisiana during the relevant period. As such, the above named defendants are believed to be improperly named in this matter and plaintiffs seek their dismissal from this matter without prejudice.

Respectfully submitted,

**BRUNO & BRUNO**

/s/ David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
         dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___23rd___ day of January, 2007.

/s/ David S. Scalia
DAVID S. SCALIA