UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | § | CIVIL ACTION NO.: 05-4182 |
| CONSOLIDATED LITIGATION | § | |
| VERSUS | § | SECTION "K" |
| | § | |
| | § | MAGISTRATE (2) |
| | § | CONS. KATRINA CANAL |
| | § | |
| THIS DOCUMENT RELATES TO: | § | |
| Insurance | § | |
| No. 06-5164, *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in *Abadie, et al. v Aegis Security Insurance Co., et al* has inquired of counsel whether there is any objection to the filing of the Unopposed Motion for Partial Dismissal of AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD

INSURANCE COMPANY without prejudice, and has received no objection.

Respectfully submitted,

**BRUNO & BRUNO**

/s/  David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:   jbruno@brunobrunolaw.com
      dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___23rd___ day of January, 2007.

/s/  David S. Scalia
DAVID S. SCALIA