UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION VERSUS | § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182 SECTION "K" MAGISTRATE (2) CONS. KATRINA CANAL |
| THIS DOCUMENT RELATES TO: Insurance No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | | |

## ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the Plaintiffs' Unopposed Motion for Partial Dismissal of AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY without prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that AIG CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY, AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY, AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY, HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY be and are hereby DISMISSED without prejudice, reserving to plaintiffs all rights against all parties not dismissed herein.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE