UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ § | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____ § | | |

**DEFENDANT UNITED STATES' MOTION FOR LEAVE TO FILE A
REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE
TO SUPPLEMENT RECORD**

The United States hereby respectfully requests leave to file a Reply Memorandum in support of its Motion for Leave to Supplement Record (Rec. Doc. 2288). The United States' Reply Memorandum is submitted to address issues raised by the Plaintiffs in their Opposition Memorandum (Rec. Doc. 2583) and to assist the Court in determining whether it has subject-matter jurisdiction.

1

Counsel for the United States sought Plaintiffs' counsel's consent to the filing of a Reply brief; Plaintiffs' counsel offered no objection, responding that the decision will be left to the discretion of the Court.

Pursuant to Local Rule 7.3E, a Proposed Order is provided, and the United States' proposed Reply Memorandum in Support if its Motion for Leave to Supplement Record is attached hereto.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Robin D. Smith
ROBIN D. SMITH
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2007, a true copy of Defendant United States' Motion for Leave to File a Reply Memorandum in Support of its Motion for Leave to Supplement Record was served on all counsel of record by ECF, electronic mail, facsimile, or first class mail.

                                              s/ Robin D. Smith
                                              Robin D. Smith