UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____§ | | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| _____§ | | |

## ORDER

Having considered the United States' Motion for Leave to File a Reply Memorandum in Support of its Motion for Leave to Supplement Record, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File a Reply Memorandum is GRANTED.

The Clerk is directed to file the United States' Reply Memorandum in Support of its Motion for Leave to Supplement Record.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE