

# Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005

## Volume I: Main Text and Executive Summary

by

R. B. Seed, R. G. Bea, R. I. Abdelmalak, A. G. Athanasopoulos, G. P. Boutwell, J. D. Bray,
J.-L. Briaud, C. Cheung, D. Cobos-Roa, J. Cohen-Waeber, B. D. Collins, L. Ehrensing, D. Farber,
M. Hanemann, L. F. Harder, K. S. Inkabi, A. M. Kammerer, D. Karadeniz, R.E. Kayen, R. E. S. Moss, J. Nicks,
S. Nimmala, J. M. Pestana, J. Porter, K. Rhee, M. F. Riemer, K. Roberts, J. D. Rogers, R. Storesund,
A. V. Govindasamy, X. Vera-Grunauer, J. E. Wartman, C. M. Watkins, E. Wenk Jr., and S. C. Yim

**Final Report**
**July 31, 2006**







# CHAPTER SIX: THE ST. BERNARD AND LOWER NINTH WARD PROTECTED AREA

## 6.1 Introduction

As described previously in Chapter 2, St. Bernard Parish and the Lower Ninth Ward are protected by a single continuous "ring" of levees that, together, constitute one of the three main protected basins flooded by hurricane Katrina.

Figures 2.11 and 6.1 show the locations of the principal breaches and distressed sections of the levee and floodwall system protecting this basin. Figure 6.1 also shows the inundation of this basin four days after the hurricane, on September 2, 2005. At the time shown in this figure, the floodwaters have been partially drained out from the flooded basin, and they are shown at elevation + 3 feet (MSL).

Cloud cover obstructed the taking of a good image of the flooding at its peak, but this basin flooded very rapidly in the first hours of the main storm surge. The levees were massively breached and catastrophically eroded on the northeastern flank; fronting the MRGO channel and Lake Borgne. In addition, two large breaches occurred at the west end of this protected basin, fronting the IHNC. The result was that this basin flooded extremely rapidly, before the storm surge had subsided, and the resulting surge-pushed floodwaters rose to an elevation of approximately + 12 feet above mean sea level in this basin. As a result, even homes and businesses located on ground well above sea level were inundated. And sites on lower ground were inundated to great depth.

After the hurricane passed, and the storm surge had subsided, a number of "notches" were deliberately excavated through several of the levees to facilitate drainage of ponded floodwaters by simply gravity flow (as indicated by the yellow stars in Figure 6.1).

## 6.2 The Northeast Frontage Levees

As shown in Figures 2.9 through 2.11, the initial storm surge swelled the waters of "Lake" Borgne (which is actually a Bay, as it is connected directly to the Gulf of Mexico.) As the eye of the hurricane then continued to the north, the counterclockwise swirl of the winds pushed the elevated waters of Lake Borgne to the west, against the levees along the northeast frontage of the St. Bernard protected basin. The result was catastrophic erosion of the levees along much of this frontage, and the through-passage of the floodwaters.

Figures 6.2 and 6.3 show two sections of the levees along this frontage after this event. These are aerial views taken from significant elevation, and they each show many hundreds of feet of levee section that have been catastrophically eroded. In Figure 6.2, the depression in the foundation soils induced by the settlement of the now-vanished levee, and the erosion produced by the turbulent flow across the original levee footprint, is the only sign of the former presence of a levee. In Figure 6.3, a sheetpile curtain had been driven along the



Figure 6.1: Map showing locations of levee breaches and distressed levee sections.