# EFFECTS OF GEOLOGICAL FAULTS ON LEVEE FAILURES IN SOUTH LOUISIANA



Prepared for Presentation and Discussion

## U.S. Senate Committee on Environment & Public Works

Senator James M. Inhofe, *Chairman*
Senator James M. Jeffords, *Ranking Member*

Present by

## Coastal Environments, Inc.

Sherwood Gagliano, Ph.D., *President*

November 17, 2005
Washington, D.C.

# EFFECTS OF GEOLOGICAL FAULTS
# ON LEVEE FAILURES IN SOUTH LOUISIANA

Testimony of

Sherwood M. Gagliano, Ph.D.[1]

Before the
U.S. Senate Committee on Environment & Public Works

Senator James M. Inhofe, Chairman
Senator James M. Jeffords, Ranking Member

November 17, 2005
Washington, D.C.

**Introduction**

Hurricane Katrina slammed into the northern Gulf of Mexico coast on August 29, 2005, exposing numerous low and weak spots in the levee system surrounding New Orleans and other communities of southeastern Louisiana.  In some areas the levees were overtopped by elevated water and/or wind-driven surge, but in other places breaches occurred along navigation and drainage canals causing devastation to densely populated inner-city neighborhoods in the Greater New Orleans (GNO) area.  Some, if not most, of the breaches that occurred are in places where the levees were built across geological faults.  This statement focuses on these failures where there is an apparent relationship to faulting, a largely overlooked natural hazard.  Figure 1 shows the spatial relationship between existing and proposed levee alignments and major geological faults in southeastern Louisiana.  Shown in Figure 2 are the locations of the Hurricane Katrina levee and floodwall breaches in the GNO area.

The findings and interpretations presented in this statement are the result of a five-year research effort regarding fault movement and resulting landform change in south Louisiana and southeast Texas.  Some results of the work have been published in

---

[1] President of Coastal Environments, Inc., 1260 Main Street, Baton Rouge, LA 70802.  Dr. Gagliano is a coastal geologist and environmental scientist.  He received formal training at Louisiana State University and has over 40 years of coastal research experience in Louisiana and other parts of the world.

scientific journals, engineering journals and technical reports and have been presented at numerous meetings of professional associations and public bodies. Field inspections have been conducted at most of the breach sites in the GNO area, but little detailed site specific study has been conducted by the author at this time. For additional information see: Publications at www.coastalenv.com.



**Figure 1. Existing and proposed hurricane protection levee alignments in reference to major geological faults in southeastern Louisiana.**