IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO. 05-4182 "K" (2)<br>* JUDGE STANWOOD R. DUVAL<br>* |
| PERTAINS TO:<br>*Abadie, et al., v. Aegis Security Insurance Company, et al.* No. 06-5164 | *<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Homesite Insurance Company (hereinafter "Homesite") and respectfully moves this Court to permit Marshall M. Redmon (Bar No. 18398) and Virginia Y. Trainor (Bar No. 25275) of the law firm of Phelps Dunbar LLP, located at 445 North Boulevard, Suite 701, Baton Rouge, Louisiana, 70802, and Christopher M. Capitelli of the law firm of Phelps Dunbar LLP, located at 365 Canal Street, Suite 2000, New Orleans, Louisiana, 70130, to enroll as counsel of record for Homesite as it pertains to the claim of Lawrence Despenza.

Homesite shows that granting this motion will not delay or retard the progress of this matter.

Wherefore, Homesite Insurance Company prays that this motion be granted and that Marshall M. Redmon (Bar No. 18398) and Virginia Y. Trainor (Bar No. 25275) of Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana 70802, (225) 346-0285, and Christopher M. Capitelli (Bar No. 30136) of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana, 70130, (504) 566-1311 be enrolled as counsel of record for Homesite Insurance Company as it pertains to the claim of Lawrence Despenza.

BR.494354.1

Respectfully submitted,

BY:   /s/ Virginia Y. Trainor
Marshall M. Redmon (Bar No. 18398)
Virginia Y. Trainor (Bar No. 25275)
445 North Boulevard, Suite 701
Baton Rouge, LA 70802
Phone: (225) 346-0285
Fax: (225) 381-9197
e-mail: trainorg@phelps.com
e-mail: redmonm@phelps.com

AND

Christopher M. Capitelli (Bar No. 30136)
One Canal Place, Suite 2000,
365 Canal Street
New Orleans, Louisiana 70130
Phone: (504) 566-1311
Fax: (504) 568-9130
e-mail: capitelc@phelps.com

**ATTORNEYS FOR DEFENDANT HOMESITE INSURANCE COMPANY (AS IT PERTAINS TO THE CLAIM OF LAWRENCE DESPENZA)**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 23rd day of January, 2007, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel for defendants and plaintiffs in this matter.

/s/ Virginia Y. Trainor

BR.494354.1