## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES       §       CIVIL ACTION
CONSOLIDATED LITIGATION              §
                                     §       NO. 05-4182
                                     §
                                     §       SECTION "K"
                                     §       JUDGE STANWOOD R. DUVAL, JR.
                                     §
PERTAINS TO:                         §       MAG. DIV. 2
                                     §       MAG. JOSEPH C. WILKINSON, JR.
LEVEE (Russell, No. 06-5155)         §
                                     §
                                     §
                                     §
                                     §
                                     §

## ORDER

Considering the foregoing Motion for Extension of Time to Serve Defendants filed by plaintiffs, Susan Russell, et al, (the "Motion");

**IT IS ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including February 15, 2007 within which to serve NATCO Dredging, LP.

**IT IS FURTHER ORDERED** that the Motion be and is hereby **GRANTED** and that Susan Russell, et al, are granted an extension of time through and including April 15, 2007, to serve Ham Construction Overseas NV.

New Orleans, LA, this 22nd day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE