| | | |
|---|---|---|
| RANDALL GORMAN, ET AL | : | CIVIL ACTION (Consolidated with |
| VS. | : | NO. 06-8500    05-4182) |
| LEXINGTON INSURANCE CO. | : | SECTION ~~"R" 1~~ "K" 2 |

*********************************************************************

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, comes Thomas P. LeBlanc, counsel for plaintiff, who moves the court to withdraw as counsel for plaintiff for the following reasons:

1.

On November 30, 2006, Thomas P. LeBlanc, withdrew from the law firm of Lundy & Davis, L.L.P. and is no longer associated with that firm.

2.

Lundy & Davis, L.L.P. is continuing its representation of plaintiffs and, therefore, the participation of Thomas P. LeBlanc as counsel in this matter is no longer necessary or appropriate.

3.

Accordingly, Thomas P. LeBlanc, respectfully requests that an order be issued allowing him to withdraw as counsel for plaintiffs and that he be removed from the lists of the Court, counsel, and clerk, to receive notice in this matter.

4.

WHEREFORE, Thomas P. LeBlanc, prays that an order be issued allowing him to withdraw as counsel for plaintiffs and that he be removed from the lists of the Court, counsel, and clerk to receive notice in this matter.

Respectfully submitted,

                                   LOFTIN, CAIN, GABB & LEBLANC, L.L.C.

BY:  s/ Thomas P. LeBlanc
        THOMAS P. LEBLANC (#23832)
        2901 Hodges Street
        Lake Charles, LA 70601
        (337) 310-4300
        (337) 310-4400 [FAX]

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been forwarded this date to all counsel of record by placing same in the United States mail, postage prepaid and properly addressed.

Lake Charles, Louisiana, this 24TH day of January, 2007.

s/ Thomas P. LeBlanc
THOMAS P. LEBLANC (#23832)
