## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES**<br>**CONSOLIDATED LITIGATION** | §   **CIVIL ACTION**<br>§   **NO. 05-4182 "K"(2)**<br>§   **JUDGE DUVAL**<br>§   **MAG. WILKINSON**<br>§ |

**PERTAINS TO:**
**LEVEE:**

| Adams, Cathy | 06-4065 |
|---|---|
| Gordon | 06-5163 |

**LEVEE, MRGO, RESPONDER:**

| O'Dwyer | 06-4389 |
|---|---|

**NOT YET DESIGNATED:**

| Williams, E. | 06-5471 |
|---|---|

## ORDER

**CONSIDERING THE FOREGOING**, it is Ordered that Mat M. Gray, III, Alanson T. Chenault, and Fowler Rodriguez be enrolled as additional counsel for Eustis Engineering Company, Inc. in the captioned matter.

New Orleans, Louisiana, this __18th__ day of January, 2007.

_____

J U D G E