## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE KATRINA CANAL BREACHES**                    **CIVIL ACTION**
**CONSOLIDATED LITIGATION**
                                                                            **NO. 05-4182**

**PERTAINS TO:** *Glaudi* **No. 06-8452,**              **SECTION "K"(2)**
                    *Larroque,* **No. 06-8451**

<u>**ORDER**</u>

     **IT IS ORDERED** that the Request for Oral Argument (Doc. 2708) on State Farm Fire

and Casualty Co.'s Motion to Re-Transfer to Section "I" (Doc. 2707), the Request for Oral

Argument on the State Farm Fire and Casualty Co.'s Motion to Re-Transfer to Section "C" (Doc.

2724) are **DENIED**.

     New Orleans, Louisiana, this 22nd day of January, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**