UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| NO. 05-4182 "K" (2) and (3) | * | |
| | * | |

PERTAINS TO LEVEE:                              *         JUDGE DUVAL

NO. 06-5042 (COHEN)

MOTION FOR ORDER DISMISSING CLAIMS

**NOW INTO COURT COMES,** Cohen No. 06-5042, plaintiff herein, appearing herein through counsel of record, moves to dismiss the Burk-Kleinpeter, Inc. and Eustis Engineering Co., Inc. as a defendant in the above referenced matter filed herein without prejudice, with each party to bear its costs incurred.

Respectfully submitted,

*/s/Keith Couture*

Keith Couture LBA #22759
1341 W. Causeway Approach
P.O. Box 2381
Mandeville, Louisiana  70471
Voice  (985) 674.4428
Fax    (985) 674.4462

## CERTIFICATE OF SERVICE

I hereby certify that on this **24th** day of January, 2007, a copy of the foregoing pleadings have been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

/s/Keith Couture
_____
**KEITH COUTURE**