# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>NO. 05-4182 "K" (2) and (3) | * <br> * <br> * <br> * | CIVIL ACTION |
| PERTAINS TO LEVEE: | * | JUDGE DUVAL |
| NO. 06-5042 (COHEN) | | |

## ORDER

Considering the Motion for Order to Dismiss the Claims.

**IT IS HEREBY ORDERED,** that all claims filed against defendants, Burke-Kleinpeter, Inc., and Eustis Engineering Co., Inc. in the matter are hereby DISMISSED, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE