**RETURN**

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUBEN COHEN, ET AL | **SUMMONS IN A CIVIL CASE** |
| V. | CASE NUMBER **06-5042** |
| THE BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL | |

**TO:** (Name and address of defendant)

The United States of America through:
Mr. Jim Letten, United States Attorney for the
Eastern District of LA
Hale Boggs Federal Building
501 Magazine Street, Suite 210
New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

KEITH COUTURE
1341 W. CAUSEWAY APPROACH
MANDEVILLE, LA 70471
985-674-4428/FAX985-674-4462
KEITHCOUTURE@BELLSOUTH.NET

an answer to the complaint which is herewith served upon you, within 60 .................. days after ser of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reason period of time after service.

CLERK   LORETTA G. WHYTE           DATE   AUG 28 2006

(BY) DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

9 Served Personally upon the Defendant. Place where served: Jimmy Falcone 1/24/07

9 Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ....
Name of person with whom the summons and complaint were left: ..........

9 Returned unexecuted:

9 Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing

Executed on   1-24-07
              Date

Signature of Server

1341 W. Approach Mandeville LA
Address of Server                              70471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.