

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| CHRISTIE STEUDLEIN, WIFE OF/AND<br>HENRY J. STEUDLEIN, III | * * * | DOCKET NO.: | 2:06-CV-7307 |
| | * | JUDGE: | DUVAL |
| VERSUS | * * | SECTION: | K |
| STATE FARM FIRE<br>AND CASUALTY COMPANY,<br>ET AL | * * * * | MAGISTRATE: | WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the foregoing DEFENDANTS" MOTION FOR LEAVE TO EXCEED PAGE LIMIT;

**IT IS HEREBY ORDERED** that defendants, **HYLTON S. PETIT, JR.**, and **STATE FARM FIRE AND CASUALTY COMPANY**, be permitted to exceed the page limit by four pages for the 29 page Defendant's Memorandum in Opposition to Plaintiff's Motion to Remand as prayed for.

New Orleans, Louisiana, this _16th_ day of November, 2006.

_____
JUDGE