# HOMEOWNERS/CONDOMINIUM UNITOWNERS APPLICATION

☒ State Farm Fire and Casualty Company
☐ State Farm General Insurance Company

**POLICY NUMBER:** 18CK22736

**Effective Date:** 5/17/99

**Other State Farm Insurance:** ☐ Auto ☐ Fire ☐ Life ☐ Health ☒ None

## APPLICANT

**NAME:** STEUDLEIN, Henry & Christine
**Telephone Number:** (504) 831-1377
**Mailing address:** 5632 ADA PL, New Orleans, LA 70124
**Location of dwelling:** Orleans
**Applicant's Birthdate:** 9/24/70  **SSN:** 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  **Occupation:** Police Officer
**Co-applicant's Birthdate:** 9-28-68  **SSN:** 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  **Occupation:** Nurse

**Named add'l insured:** HIBERNIA NATIONAL BANK, Its Successors and/or Assigns, ATIMA
**P.O. Box 481, Baton Rouge, LA 70821-048**
**Loan Number:** (Mtg)

## BILLING
**Renewal Bills:** ☒ Insured ☐ Mortgagee
**Endorse. Bills:** ☒ Insured ☐ Mortgagee

## COVERAGE AND PREMIUM

**Forms 4 & 6 only:** # of rooms ___ Sq. ft. area ___ Pers. prop. quality: ☐ Economy ☐ Standard ☐ Luxury

**Form:** ☐ 1 ☐ 3 ☐ 4 ☒ 5 ☐ 6
**Deductible:** ☐ $250 ☐ $500 ☒ Other 1000
**Hurricane Deductible:** ☐ 2% ☐ 5% ☐ 10% ☐ 15%  0

### Section I Limits / Premium
- Dwelling or building property (Coverage A): $142,100 / $1344.50
- Dwelling extension (if more than 10% of Coverage A): $14,210
- Personal property: $106,575
- Condominium Loss Assessment: ___

### Section II Limits of Liability
- Personal Liability (Coverage L - each occurrence - $100,000 included)
- Increased limits: ☒ $300,000 ☐ $500,000 ☐ $1,000,000  $20
- Medical Payments to Others (Coverage M - each person - $1,000 included)
- Increased limits: ☐ $2,000 ☐ $3,000 ☐ $4,000 ☐ $5,000

### Additional Coverage
- Jewelry and Furs (JF): ☒ $1,500/$2,500 (Included in Form 5) ☐ $2,500/$5,000 — $0
- Silverware/Goldware Theft (SG): ☐ $5,000 ☐ $7,500 ☐ $10,000
- Business Property (Option BP)
- Business Pursuits (Option BU)
- Home Computers (HC) $10,000
- Firearms (FA) $2,500/$5,000
- Liability Coverage Extension
- Incidental Business (IO)
- Child Care, Adult/Senior Day Care, Adult Family Home
- Nurses' Professional Liability
- Replacement Cost on Contents (RC) (Included in Form 5) — $0
- Back-up of Sewers or Drains — $21

### Building Ordinance or Law
% of Coverage A: ☐ 10% ☐ 25% ☐ 50%

**Amount paid:** $688.10  **Balance due:** $ ___  **TOTAL PREMIUM:** $688

## UNDERWRITING

Does this dwelling/applicant meet all Homeowners/Condo Unitowners Underwriting Guide requirements? ☒ Yes ☐ No - do not bind
Prior insurance carrier: ___
Has the applicant been insured with State Farm for home insurance within the past 3 years? ___
Has the applicant had any losses, insured or not, in the past 3 years? ☐ Yes ☒ No
Has any insurer or agency canceled or refused to issue or renew similar insurance to the named applicant or any household member within the past 3 years? ☒ No
Is any business (including child care) conducted on the premises? ☒ No
**Year purchased:** 1999  **Current market value:** $ ___
No. of hours dwelling is unoccupied each day (Form 4 only): ___
**Number of residences in past 3 years:** 3
Any pets in the household? ☒ No
**ROOF:** General comments about the roof's condition: Excellent  **Year replaced:** New
COASTAL AREAS: ☒ No

Approximate value of the following personal property:
- Jewelry and furs: $20,000
- Firearms: $1,200
- Goldware, silverware: $5,000
- Business property (tools, merchandise): $0
- Personal tools: $50
- Collections: $0
- TV, Stereo, Tapes, Records/CDs: $5,000
- Fine arts, antiques, rugs: $0
- Musical instruments, cameras, sports equip.: $2,500
- Computers (hardware, software): $0

How long have you known the applicant? 1 yrs.
**Premises inspected on:** 5/18/99  By: ___

### UNDERWRITING USE ONLY
**Approved By:** MM  **Date:** 5-22-99
**Zone:** 61  **GFU Code:** 036 NO1
**Construction:** ☒ Frame ☐ Brick veneer ☐ Masonry ☐ Other
**Is dwelling inside city limits?** ☒ Yes ☐ No

## RATING
**Name of Fire Protection Area (FPA):** New Orleans
**Distance to:** Servicing fire station 1/2 mi., Hydrant 100 ft.
**Protection Class:** C02
**Year built:** 1999
**Occupancy:** ☒ Owner ☐ Tenant ☐ Vacant ☐ Dwelling under construction
☐ 2nd dwelling  ☐ Seasonal occupancy
Row or town house? ☐ Yes ☒ No
**Home Alert:** ☒ Local alarm  ☒ Deadbolt locks  ☒ Fire extinguisher
☐ Burglar alarm system  ☒ Fire/burglar alarm reporting to fire department, police department, or central station
☐ Fire or smoke detectors with digital or voice-synthesized telephone dialer  **HOME ALERT DISCOUNT:** 12%
**Automatic Sprinkler System:** ☐ Partial ☐ Total  **DISCOUNT:** 0%
**Utility Rating Plan:** ☐ Discount ☐ Charge  0%

## SIGNATURES

FORM 3 APPLICANTS WHO MEET FORM 5 ELIGIBILITY RULES:
I have been offered the added benefits of a Form 5 policy and prefer to purchase Form 3 coverage.
Applicant's Signature X ___

I understand that coverage is: ☐ provided by this application. ☐ not provided until this application is approved by State Farm's Underwriting Department.

I am applying for the insurance indicated and the information on this application is correct. [...]

Applicant's Signature X: Henry Steudlein

**Agent's Code Stamp:** H. PETIT JR 1445  NEW ORLEANS CENTRAL F691
**Date and Time of App.:** 5/17/99  4:30 p.m.
Forms 3 & 5 only: Date policy booklet delivered ___

OFFICE COPY

535-2540 LA.6 Rev. 6-1998 Printed in U.S.A. * Complete section on Supplemental Application

**EXHIBIT B**

# HOMEOWNERS/CONDOMINIUM UNITOWNERS APPLICATION SUPPLEMENTAL APPLICATION

☒ State Farm Fire and Casualty Company
☐ State Farm General Insurance Company

18CK22736
S-1

5/17/99

**NAME** Please print: STEUDLEIN, Henry & Christine
Co-applicant's Name: 
Telephone Number: (504) 831-1377

**Mailing address:** 5632 ADA PL
City or Town: New Orleans
State: LA
ZIP Code: 70124
County: Orleans

**Location of dwelling:** (if different from mailing address OR for section/township/range)

**Applicant's Birthdate:** 4/24/70
**Social Security Number:** 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
**Occupation/Profession:** Police Officer
**Co-applicant's Birthdate:** 9-28-68
**Social Security Number:** 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
**Occupation/Profession:** Nurse

## DETAILS OF LOSS

| DATE OF LOSS | DETAILS OF LOSS | TOTAL AMT. OF LOSS |
|---|---|---|
| 1998 | Trop. Storm - Frances - Flood - no coverage | $ |
| | | $ |
| | | $ |
| | | $ |

**Heating:** Year updated ___ Type ___ Central/Space ___ ☐ Vented ☐ Unvented Fuel ___ Electric/Wood/Gas/Oil/Coal/Other (specify)
Thermostat controlled? Yes/No
No. of circuit breakers ___
Rating of main box (in amps) ___

**Plumbing:** Year updated ___
**Electrical:** Year updated ___ Knob-Tube ___ Number of fuses ___ % ___ 15 Amp / 20 Amp / 30 Amp / Other

**HOME ALERT**
Name of system: NESARC
Name and address of company that installed the system: NESARC Security, 4815 Perry Dr., Met. 70006
Date of installation: 5/12/99
System is designed to protect against: ☐ Fire ☐ Burglary ☐ Both Fire and Burglary
Frequency of maintenance and testing: monthly
Name and address of central/police station to which system reports: Same as seller

WHEN WRITING COVERAGE FOR ANY OF THE FOLLOWING SITUATIONS, REFER TO UNDERWRITING GUIDE FOR ADDITIONAL INFORMATION NEEDED AND BINDING LIMITATIONS.

**INCIDENTAL BUSINESS**
Describe business activities:
Annual sales/receipts $ ___
Approx. sq. ft. area used for incidental business activities ___
Number of employees ___
Number of persons cared for ___
Is the applicant licensed? Yes/No
Does the applicant have another location from which this business is operated? Yes/No
☐ Child Care ☐ Adult/Senior Day Care ☐ Adult Family Home

**NURSE'S PROF. LIAB.**
Place of employment ___
Duties performed: ___
Make diagnoses? Yes/No
Prescribe medicine? Yes/No
Administer anesthetics or assist in administering anesthetics? Yes/No
Does applicant: Administer x-ray, therapy, or other treatment using radioactive or nuclear materials in course of business?

**UNPROTECTED DWELLINGS**
Legal description of property location: Portion of Section or Civil District ___ Situated ☐ N ☐ S ☐ E ☐ W side of ___ Name of Road ___ leading from (name of nearest town) ___
Access road: Yes/No Concrete/Asphalt/Gravel/Dirt
Distance from public road ___
Is dwelling visible from public road? Yes/No
# of houses visible from dwelling: None / 1 / 2 / 3 or more
Is dwelling currently or recently been for sale? Yes/No
Is any business/farming conducted on the property? Yes/No
If yes, explain in Remarks.
Adjacent exposures: Dwellings / Farms / Woods / Other (describe)
Is fee/assessment paid to or does applicant contract for fire dept. service? Yes/No
Current in payment? Yes/No
Accessible to fire department equipment year-round? Yes/No
If any of the following questions are answered "no", explain in Remarks.

**REMARKS**

## DIAGRAM

(hand-drawn diagram with measurements: 6, 17, 5, 46, 34, 10, 18, Garage, 17, 5, 15)

46 × 32 = 1472
5 × 17 × 2 = 170
18 × 17 = 170 / 1122

535-2540 LA.6 Rev. 6-1998 Printed in U.S.A. ♻ recycled paper.

SUPPLEMENTAL APPLIC...