

**STATE FARM FIRE & CASUALTY COMPANY**    **DECLARATIONS PAGE COVERAGE SUMMARY**
A STOCK COMPANY WITH HOME OFFICES IN BLOOMINGTON, ILLINOIS    SEP 27 2006

12222 STATE FARM BLVD
TULSA OK 74146-5402

**NAMED INSURED**
P-1445-F690 FH
STEUDLEIN, HENRY & CHRISTINE
5632 ADA PL
NEW ORLEANS, LA 70124-2811

| Policy Number | | |
|---|---|---|
| 18-CK-2273-6 | | |
| **Policy Period:** | Effective Date | Expiration Date |
| 12 MONTHS | MAY 17 2005 | MAY 17 2006 |

The policy period begins and ends at 12:01 AM standard time at the residence premises.

LOAN NO: 046187285
**MORTGAGEE**
COUNTRYWIDE HOME LOANS
ATIMA - ISAOA
ATTN INS DEPT SV22
PO BOX 10212
VAN NUYS CA 91410-0212

## HOMEOWNERS POLICY

**Automatic Renewal** - If the **policy period** is shown as **12 months**, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
SAME AS INSURED'S ADDRESS

Zone: 61    Protection Class: 2    Year Built: 1999    Construction: FRAME
Number of Units: 01

| | Coverages & Property SECTION I | Limits of Liability | |
|---|---|---|---|
| A | DWELLING | up to | $ 176,800 |
| | DWELLING EXTENSION | | $ 17,680 |
| B | PERSONAL PROPERTY | | $ 132,600 |
| C | LOSS OF USE | | ACTUAL LOSS SUSTAINED |
| | **SECTION II** | | |
| L | Personal Liability (Each Occurrence) | | $ 300,000 |
| | Damage to Property of Others | | $ 500 |
| M | Medical Payments to Others (Each Person) | | $ 1,000 |

**Inflation Coverage Index: 161.5**
**Deductibles - SECTION I**
ALL LOSSES    $ 1,500

In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to your policy.

Fire Protection Area
**NEW ORLEANS**

**Loss Settlement Provision (See Policy)**
A1: Replacement Cost - Similar Construction
B1: Limited Replacement Cost - Coverage B

| Forms, Options, & Endorsements | |
|---|---|
| HOMEOWNERS POLICY | FP-7955 |
| AMENDATORY ENDORSEMENT | FE-7218.6 |
| POLICY ENDORSEMENT | FE-5320 |
| FUNGUS (INCLUDING MOLD) EXCLUSION | FE-5398 |
| INCREASE DWLG UP TO $ 35,360 | OPTION ID |
| ORDINANCE / LAW 10% / $ 17,680 | OPTION OL |
| COV 'A' LOSS SETTLEMENT | FE-5273 |
| JEWELRY AND FURS $1,500 EACH ARTICLE/$2,500 AGGREGATE | OPTION JF |

**Policy Premium**    $ 1,479.00

Discounts Applied:
HOME ALERT
UTILITY RATING CR
CLAIM RECORD

---

Other limits and exclusions may apply - refer to your policy

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7005.5C

LW    PREPARED SEP 27 2006

HYLTON PETIT JR
504-461-0171

**EXHIBIT C**