## AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared

### ASHTON R. O'DWYER, JR.

who, being first duly sworn, did depose and say, of his own personal knowledge, as follows:

1. That he is the named plaintiff in two pieces of litigation: (a) the matter entitled: "Ashton R. O'Dwyer, Jr. versus Ernest L. Edwards, Joseph L. Shea and Charles R. Talley", being No. 06-11166 on the docket of Civil District Court for the Parish of Orleans; and (b) the matter entitled: "Ashton R. O'Dwyer, Jr. versus The State of Louisiana, et al.", being Civil Action No. 06-7280 on the docket of the United States District Court for the Eastern District of Louisiana;

2. That the allegations contained in his litigations are true and correct;

3. That appended hereto and marked for identification as Exhibit No. 2 is the transcript of a recorded statement which he gave under penalty of perjury to investigators within the Louisiana Department of Justice on October 14, 2005, and that the transcript is true and correct; and

4. That appended hereto and marked for identification as Exhibit No. 3 is a true and correct Timeline of some of the events which have transpired since August 29, 2005.



EXHIBIT No. 1

New Orleans, Louisiana, this ____ day of January 2007.

                                                        S/ Ashton R. O'Dwyer, Jr.
                                                        **ASHTON R. O'DWYER, JR.**

**SWORN TO AND SUBSCRIBED BEFORE ME,
THIS ____ DAY OF JANUARY 2007.**

**S/ Charlotte Viener
NOTARY PUBLIC (#25917)**

2