**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
ONE CANAL PLACE
365 CANAL STREET
SUITE 2670
NEW ORLEANS, LA 70130
TELEPHONE: (504) 561-6561
FACSIMILE: (504) 561-6560**

December 18, 2006

<u>**VIA FACSIMILE
225-293-3300
and
CERTIFIED MAIL
RETURN RECEIPT REQUESTED**</u>

The Office of Disciplinary Counsel
State of Louisiana
c/o Mr. Charles B. Plattsmier
Chief Disciplinary Counsel and
Custodian of Public Records
4000 South Sherwood Forest Blvd.
Suite 607
Baton Rouge, LA 70816

          Re: Ashton R. O'Dwyer, Jr.
               Bar No. 10166

Dear Mr. Plattsmier:

    This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, et seq., and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking you and your office to produce the following public records for inspection and copying:

    Any and all records generated by or received by you, or by anyone in the Office of Disciplinary Counsel, in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005, and continuing through the present time, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or generated, received or maintained electronically, as well as any and all writings of every nature or kind in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005, the said files, records and

EXHIBIT "6"

December 18, 2006
Page 2

writings to include, without limitation, any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, and including complaint files, administrative files, investigative files, or any other types of files maintained by the Office of Disciplinary Counsel, facsimiles, notes, whether handwritten or typed, E-mails, and whether printed or in electronic form, electronic digitized copies, records stored on the hard drive of any State-owned or personal computer, or information contained in electronic data processing equipment, and including complaints, requests for investigation, information or action of any type, and the responses to any such requests, minutes of meetings, including particularly, but without limitation, a meeting which is believed to have been held in Baton Rouge on Sunday, September 11, 2005, being attended by Charles B. Plattsmier, Catherine D. Kimball and Frank Neuner, and all other writings of any nature or kind in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent to or received from any of the following and Charles B. Plattsmier or anyone else within the Office of Disciplinary Counsel, as well as telephone records, whether land-line, satellite, or cellular, evidencing communication between Mr. Plattsmier or anyone else within the Office of Disciplinary counsel and any of the following since August 29, 2005:

John Nelson, Louisiana State Trooper

Christopher Ivy, Louisiana State Trooper

The State of Louisiana

Governor Kathleen Blanco or anyone else in the Executive Branch, including particularly her husband, "Coach" Blanco

The Louisiana Department of Public Safety and Corrections
Richard L. Stalder, Secretary, Department of Public Safety and Corrections, or anyone else working for or employed by the Department of Public Safety and Corrections

The Louisiana State Police

Col. Henry L. Whitehorn, Superintendent of the Louisiana State Police, or anyone else working for or employed by the Louisiana State Police

The Louisiana Department of Justice

Charles C. Foti, Jr., Attorney General, or anyone else working for or employed by the Louisiana Department of Justice;

December 18, 2006
Page 3

> Burton Guidry, Executive Director, Criminal Division for the Louisiana Department of Justice
>
> Paul B. Deal
>
> Ricky Murphy
>
> The City of New Orleans
>
> C. Ray Nagin, Mayor, City of New Orleans, or anyone else working for or employed by the City
>
> Warren Riley, Superintendent, New Orleans Police Department, or anyone else working for or employed by the New Orleans Police Department
>
> Marlin Gusman, Criminal Sheriff for Orleans Parish, or anyone else working for or employed by the Orleans Parish Criminal Sheriff's Office
>
> Catherine D. Kimball, Associate Louisiana Supreme Court Justice, or any other Supreme Court Justice
>
> Any members of the Louisiana Attorney Disciplinary Board
>
> Michael Magner, Assistant U.S. Attorney for the Eastern District of Louisiana
>
> Anyone working for or employed by the U.S. Attorney's Office for the Middle District of Louisiana
>
> Anyone working for or employed by the U.S. Attorney's Office for the Eastern District of Louisiana
>
> Anyone working for or employed by the Federal Bureau of Investigation
>
> Frank Neuner
>
> Ernest L. Edwards
>
> Joseph L. Shea

December 18, 2006
Page 4

      Charles R. Talley, or any other Member of the law firm of Lemle & Kelleher, L.L.P.

      Dave Winn, Office Administrator of Lemle & Kelleher, L.L.P.

in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005 and continuing to the present time.

    If you chose to deny this request, in whole or in part, you are expected to provide a written explanation for your denial, including reference to the specific statutory exemptions upon which you rely. Also, please provide all segregable, producible portions of otherwise excepted materials.

    Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived. If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

                                Yours very truly,

                                Ashton R. O'Dwyer, Jr.

AROD/vtb