**LAW OFFICES OF**
**ASHTON R. O'DWYER, JR.**
**ONE CANAL PLACE**
**365 CANAL STREET**
**SUITE 2670**
**NEW ORLEANS, LA 70130**
**TELEPHONE: (504) 561-6561**
**FACSIMILE: (504) 561-6560**

December 20, 2006

<u>**VIA FACSIMILE**</u>
<u>**504-584-9142**</u>
<u>**and**</u>
<u>**CERTIFIED MAIL**</u>
<u>**RETURN RECEIPT REQUESTED**</u>

The Partners of Lemle & Kelleher, L.L.P.
c/o The Members of the Executive Committee
Custodians of Public Records
601 Poydras Street
Pan-Am Building
Suite 2100
New Orleans, LA 70130

      Re:   Ashton R. O'Dwyer, Jr.
              Bar No. 10166

Dear Sirs and Mesdames:

    I had hoped that it would not be necessary to send you this type of missive, but the litigation position(s) taken by Messrs. Edwards, Shea and Talley leave me with no other alternative.

    This is a formal request for Louisiana public records made pursuant to the provisions of the Louisiana Public Records Act, LSA-R.S. §44:1, <u>et</u> <u>seq.</u>, and the Louisiana Constitution of 1974, Article XII, §3. I am making this request on my own behalf, and on behalf of my client, Katherine Taber O'Dwyer, who also happens to be my spouse. We are asking that the law firm of Lemle & Kelleher, L.L.P. produce the following public records for inspection and copying:

        Any and all records generated by or received by any Member of Lemle & Kelleher, L.L.P., or anyone else working for or employed by the firm, in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005, and continuing through the present time, to include any and all files and records, whether in hard copy form, recorded form, on card, disc, microfilm or tape, or



EXHIBIT
"C"

December 20, 2006
Page 2

generated, received or maintained electronically, as well as any and all writings of every nature or kind in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005, the said files, records and writings to include, without limitation, any and all correspondence, letters, memoranda, intra-office memoranda, memoranda to or from a specific recipient or sender, or recipients or senders, or to a file, facsimiles, notes, whether handwritten or typed, and E-mails, and whether printed or in electronic form, electronic digitized copies, records stored on the hard drive any computer, or information contained in electronic data processing equipment, and including complaints, requests for investigation, information or action of any type, and the responses to any such requests, the minutes of meetings, including, but not limited to, firm meetings, Management Committee Meetings and Executive Committee Meetings, and all other writings of any nature or kind in any way pertaining to Ashton R. O'Dwyer, Jr., Esq. since August 29, 2005, and continuing through the present time, and including all files, records, and writings sent to or received from any of the following, as well as telephone records, whether land-line, satellite, or cellular, of any and all telephone communications between any Member of Lemle & Kelleher, L.L.P. or any of the following since August 29, 2005:

John Nelson, Louisiana State Trooper

Christopher Ivy, Louisiana State Trooper

The State of Louisiana

Governor Kathleen Blanco or anyone else in the Executive Branch, including particularly her husband, "Coach" Blanco

The Louisiana Department of Public Safety and Corrections
Richard L. Stalder, Secretary, Department of Public Safety and Corrections, or anyone else working for or employed by the Department of Public Safety and Corrections

The Louisiana State Police

Col. Henry L. Whitehorn, Superintendent of the Louisiana State Police, or anyone else working for or employed by the Louisiana State Police

The Louisiana Department of Justice

Charles C. Foti, Jr., Attorney General, or anyone else working for or employed by the Louisiana Department of Justice;

December 20, 2006
Page 3

Burton Guidry, Executive Director, Criminal Division for the
Louisiana Department of Justice

Paul B. Deal

Ricky Murphy

The City of New Orleans

C. Ray Nagin, Mayor, City of New Orleans, or anyone else
working for or employed by the City

Warren Riley, Superintendent, New Orleans Police Department, or
anyone else working for or employed by the New Orleans Police
Department

Marlin Gusman, Criminal Sheriff for Orleans Parish, or anyone
else working for or employed by the Orleans Parish Criminal
Sheriff's Office

Catherine D. Kimball, Associate Louisiana Supreme Court
Justice, or any other Supreme Court Justice

Charles B. Plattsmier, or anyone else working for or employed by
the Office of Disciplinary Counsel

Any member of the Louisiana Attorney Disciplinary Board

Michael Magner, Assistant U.S. Attorney for the Eastern District
of Louisiana

Anyone working for or employed by the U.S. Attorney's Office for
the Middle District of Louisiana

Anyone working for or employed by the U.S. Attorney's Office for
the Eastern District of Louisiana

Anyone working for or employed by the Federal Bureau of
Investigation

Frank Neuner

Ernest L. Edwards

Joseph L. Shea

December 20, 2006
Page 4

    Charles R. Talley, or any other Member of the law firm of Lemle & Kelleher, L.L.P.

    Dave Winn, Office Administrator of Lemle & Kelleher, L.L.P.

  in any way pertaining to Ashton R. O'Dwyer, Jr., Esq., since August 29, 2005 and continuing to the present time.

  My client and I maintain that what Messrs. Edwards, Shea and Talley (and perhaps others of you) did in the name of the firm in the aftermath of Hurricane KATRINA, given their "unique" relationship with Mr. Plattsmier, effectively "clothed" the firm with Louisiana State agency status, rendering firm records, and particularly those sent to the firm by employees of the State or by the firm to State employees, Louisiana Public Records. In addition, I am legally entitled to the requested records pursuant to Article 2813, Louisiana Civil Code, and pursuant to the Articles of Partnership.

  Your Managing Partner was requested to preserve the requested records via E-mail from Miles P. Clements, Esq. on September 30, 2005. See attached Exhibit "A".

  I have informally requested Richard B. Foster and L. Eades Hogue that the firm refrain from any destruction of the requested records, which might be construed as constituting obstruction of the administration of justice.

  If you chose to deny this request, in whole or in part, you are expected to provide a written explanation for your denial, including reference to the specific statutory exemptions upon which you rely. Also, please provide all segregable, producible portions of otherwise excepted materials.

  Because disclosure of the public records identified herein is in the public interest, both Mrs. O'Dwyer and I request that any fees for copying and postage be waived. If the request for waiver is denied, please advise me if fees for complying with this request are expected to exceed $100.

     Yours very truly,


     Ashton R. O'Dwyer, Jr.


AROD/vtb
cc: James H. Daigle (via E-mail) JDaigle@bakerdonelson.com
   Michael A. McGlone (via E-mail) Mike.McGlone@KeanMiller.com