**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES   * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION   * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:   * | MAGISTRATE (2) |
| ALL LEVEE, MRGO   * | |
| RESPONDER CASES AND TO   * | JUDGE DUVAL |
| NO.   05-4181   * | |
|   06-4389   * | MAGISTRATE WILKINSON |
|   06-5786   * | |
|   06-6099   * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPPOSED EX PARTE MOTION TO FILE CORRECT EXHIBIT**

**COME NOW** plaintiffs, appearing through undersigned counsel, and move This Honorable Court for leave to file a correct Exhibit to Plaintiffs' Counsel's Affidavit, namely a Verified Timeline revised as of January 22, 2007, in place and instead of the Verified Timeline revised as of January 15, 2007, which was E-filed in error.

                                                Respectfully submitted,

                                                **LAW OFFICES OF**
                                                **ASHTON R. O'DWYER, JR.**
                                                **Counsel for Plaintiffs**

                                              **By:**   **S/Ashton R. O'Dwyer, Jr.**
                                                       Ashton R. O'Dwyer, Jr.

-1-

        **One Canal Place**
        **365 Canal Street**
        **Suite 2670**
        **New Orleans, LA 70130**
        **Tel. 504-561-6561**
        **Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        S/Ashton R. O'Dwyer, Jr.