UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN BERTHELOT, ET AL., | CIVIL ACTION NO. 05-4182 |
| VERSUS | SECTION "K" (2) |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| JULIE E. TAUZIN, ET AL. | CIVIL ACTION NO. 06-0020 |
| VERSUS | SECTION "K" (2) |
| BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL. | |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes, who suggest to this Honorable Court that they desire to enroll Ariel K. DiGiulio, of the law firm of Smith & Fawer, L.L.C., as additional counsel of record. Plaintiffs also request that Ms. DiGiulio's email address, akdigiulio@smithfawer.com be added to the Summary of ECF Activity email listserve.

**WHEREFORE**, Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan,

1

Riverbend Fine Wines, Inc., and Michelle M. Zornes, hereby request that Ariel K. DiGiulio of the law firm Smith & Fawer, L.L.C. be added as additional counsel for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

**Respectfully submitted,**

**RANDALL A. SMITH, T.A. (#2117)**
OF
**SMITH & FAWER, L.L.C.**
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone: (504) 525-2200
Telecopy: (504) 525-2205
Email: rasmith@smithfawer.com

**Counsel for Plaintiffs**
Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing pleading has been served upon all counsel of record, via electronic filing, on this 24th day of January, 2007

**RANDALL A. SMITH**

2