# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COLLEEN BERTHELOT, ET AL.,** | **CIVIL ACTION NO. 05-4182** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL** | **CONS. KATRINA CANAL** |

**THIS DOCUMENT RELATES TO:**

| | |
|---|---|
| **JULIE E. TAUZIN, ET AL.** | **CIVIL ACTION NO. 06-0020** |
| **VERSUS** | **SECTION "K" (2)** |
| **BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL.** | |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record filed by Plaintiffs Julie E. Tauzin, John M. Holahan, Paulette H. Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes;

**IT IS HEREBY ORDERED** that Ariel K. DiGiulio of the law firm Smith & Fawer, L.L.C. be and she is hereby added as additional counsel of record for Plaintiffs, with Randall A. Smith and the firm of Smith & Fawer, LLC remaining as counsel of record.

New Orleans, Louisiana, this _____ day of January, 2007

_____<br>JUDGE