

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JAN 1 1 2007

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

In Re:  KATRINA CANAL BREACHES    *    CIVIL ACTION NO. 05-4182
          CONSOLIDATED LITIGATION    *
                                 *    SECTION "K"
                                 *
PERTAINS TO:    *    MAGISTRATE (2)
LEVEE, MRGO AND    *
RESPONDER CASES    *
          NO. 06-5786    *    JUDGE DUVAL
                                 *
                                 *    MAGISTRATE WILKINSON

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST TO ISSUE SUMMONSES

**TO:**   **CLERK OF COURT**

Please issue summonses for Answers to the Petition to the following parties:

1)     The Department of Transportation and Development, State of Louisiana;

2)     Johnny D. Bradberry;

3)     The Board of Commissioners for the Orleans Levee District;

4)     James P. Huey;

5)     St. Paul Fire and Marine Insurance Company;

6)     The Sewerage and Water Board of New Orleans;

7)     C. Ray Nagin;

8)     The Board of Commissioners for the Lake Borgne Basin Levee District;

9)     George E. Lopez;



10) The Board of Commissioners of the Port of New Orleans;

11) Eustis Engineering, Inc.;

12) Modjeski and Masters, Inc.;

13) Boh Bros. Construction Co., L.L.C.;

14) B&K Construction Company, Inc.;

15) The State of Louisiana;

16) Governor Kathleen Blanco;

17) The Department of Transportation and Development, State of Louisiana;

18) Johnny D. Bradberry;

19) The Louisiana Department of Public Safety and Corrections;

20) Richard L. Stalder;

21) The City of New Orleans;

22) The Orleans Parish Criminal Sheriff's Office;

23) Marlin Gusman;

24) Former Superintendent of Police, P. Edwin Compass III; and

25) Warren J. Riley.

*26) BURK-Kleinpeter, Inc.*
*27) GoTech, Inc.*
*28) Washington Group International, Inc.*

As to defendants CSX ~~Transportation~~ *Corporation* and CSX Transportation, Inc., please issue

summonses to Answer the Petition and First Supplemental and Amending Petition.

Respectfully submitted,

**LAW OFFICES OF
ASHTON R. O'DWYER, JR.
Counsel for Plaintiffs**

By: _____

**Ashton R. O'Dwyer, Jr.**
**Bar No. 10166**
**One Canal Place**
**365 Canal Street**
**Suite 2670**
**New Orleans, LA 70130**
**Tel. 504-561-6561**
**Fax. 504-561-6560**

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served upon all counsel of record via E-mail this _____ day of January 2007.