UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>ST. RITA (POISSENOT, NO. 06-7858) | |

## MOTION TO ENROLL JOHN W. deGRAVELLES AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT through undersigned counsel come plaintiffs, Emile R. Poissenot and Patricia Poissenot Agnelly, Individually and on behalf of their deceased father, Emile Hippolite Poissenot, and move this Honorable Court to allow John W. deGravelles to join Paula M. Wellons and Faye Dysart Morrison as additional counsel for plaintiffs.

Respectfully submitted this _____ day of _____, 2007.

        TAYLOR, WELLONS, POLITZ & DUHE, A PLC

        BY: _____/s/ Paula M. Wellons_____
             Paula M. Wellons - #19028
             Faye Dysart Morrison - #23049
             1515 Poydras Street, Suite 1900
             New Orleans, Louisiana 70112
             Telephone: 504/525-9888
             Facsimile: 504/525-9899

        deGravelles, Palmintier, Holthaus & Frugé, L.L.P.

        BY: _____/s/ John W. deGravelles_____
             John W. deGravelles - #04808
             618 Main Street
             Baton Rouge, Louisiana 70801-1901
             Telephone: 225/344-3735
             Facsimile: 225/336-1146

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

       /s/ John W. deGravelles
       John W. deGravelles