UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>ST. RITA (POISSENOT, NO. 06-7858) | | |

## ORDER

Considering the foregoing Motion to Enroll John W. deGravelles As Additional Counsel Of Record,

IT IS **ORDERED** that John W. deGravelles be and is hereby permitted to enroll as additional counsel of record for plaintiffs.

**ORDER** signed this _____ day of _____, 2007 at New Orleans, Louisiana.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA