```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130
```

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED   JAN 19 2007
LORETTA G. WHYTE
CLERK

Date: _Jan 19, 2002_

_Dennis Miller_

vs.

_Travelers et al_

Case No. _06-9108_ Section _K_

Dear Sir:

Please (issue) ~~(re-issue)~~ summons on the (complaint) ~~(amended complaint)~~ (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) _Harry Kelleher_
   (address) _____

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_Robert Angelle_
"Signature"   2495

Attorney for _Plaintiff, Dennis Miller_
Address _3850 N. Causeway Ste 630_
_Metairie, La 70002_

___ Fee _____
___ Process _DMBO_
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____