OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 19 PM 4:31
LORETTA G. WHYTE
CLERK

Date: 1/19/07

Julie Tauzin, et al

vs.

Bd. of Com'rs, Orleans Levee Dist., et al

Case No. 06-20 Section K
c/w
05-4182

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Pittman Construction Co.
   (address) 6257 Elvis Avenue, New Orleans, La. 70122

2. (name) CSX Transportation, Inc.
   (address) 325 Somerulos, Baton Rouge, La. 70802

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Julie Tauzin, et al
Address 201 St. Charles Ave., ste 3702
New Orleans, LA 70170

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No