# deGravelles, Palmintier, Holthaus & Frugé L.L.P.

ATTORNEYS AT LAW
618 Main Street
Baton Rouge, Louisiana 70801-1910
(225) 344-3735
Telecopier (225) 336-1146

John W. deGravelles, L.L.C.[1,2]
Michael C. Palmintier, P.L.C.
C. Frank Holthaus, P.L.C.[3]
Scott H. Frugé, P.L.C.

Randolph W. Hunter
Diana Beard Moore
Joshua M. Palmintier
J. Neale deGravelles

[1] ALSO ADMITTED IN COLORADO AND TEXAS
[2] BOARD CERTIFIED - CIVIL TRIAL ADVOCACY
     National Board of Trial Advocacy
[3] BOARD CERTIFIED - CRIMINAL TRIAL ADVOCACY
     National Board of Trial Advocacy

*Of Counsel*
David W. Robinson
(1927-2004)

January 18, 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 19 2007
LORETTA G. WHYTE
CLERK

Hon. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District
500 Poydras Street
New Orleans, LA 70130

  RE: Colleen Berthelot, et al v.
     Boh Brothers Construction Co., LLC, et al
     CA No. 05-4182
     Section "K"(2) Cons. Katrina Canal
     Relating to CA 06-2545 and CA 06-5155
     U.S.D.C., Eastern District of Louisiana

Dear Ms. Whyte:

  Enclosed herewith are duplicate originals of a summons directed to Pittman Construction Co. of LA, ~~Inc~~. Please reissue this summons and return an original and a return copy to me for service on the defendant.

  Thank you for your usual courtesy and cooperation in this regard.

            Very truly yours,

            John W. deGravelles

JWd:cma
Enclosures-As Stated

**DICTATED BUT NOT READ.**