```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JAN 2 2 2007
LORETTA G. WHYTE
CLERK

Date: __1/22/07__

__Tauzin et al (also Berthelot et al)__

vs.

__Orleans Parish Levee Board et al__

Case No. __06-0020__ Section __K__
__05-4182__

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (__2nd__ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) __Sewage + Water Board of New Orleans__
   (address) __625 St. Joseph St. Room 201, N.O. LA 70165__

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"
Attorney for __pla - Randall Smith__
Address _____

___ Fee____
_X_ Process_by DSmi_
_X_ Dktd____
___ CtRmDep____
___ Doc. No.____