AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 24  AM 11: 17
LORETTA G. WHYTE
CLERK

COLLEEN BERTHELOT, ET AL

V.

BOH BROTHERS CONSTRUCTION CO., LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4182

RELATES TO: 06-0020

relates to:

JULIE E. TAUZIN, ET AL

V.

BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL

TO:

*Orleans Parish Sewerage and Water Board*
Sewerage & Water Board Legal Department
625 St. Joseph St.
Room 201
New Orleans, LA 70165

*2nd amended*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY Randall A. Smith, 201 St. Charles Ave., Suite 3702, New Orleans, Louisiana 70170 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_by Deputy Clerk_

LORETTA G. WHYTE
CLERK

JAN 2 2 2007
DATE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No

(BY) DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]   DATE 1/22/07

Name of SERVER (PRINT)  Dylan C. Utley   TITLE

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: New Orleans Sewerage and Water Board / Legal Department 625 St. Joseph Street.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Margaret Tyler - Office manager of Legal Department

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/22/07
            Date

Signature of Server

536 Belleville St. New Orleans LA 70117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.