AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 24  AM 11: 17

LORETTA G. WHYTE
CLERK

COLLEEN BERTHELOT, ET AL

V.

BOH BROTHERS CONSTRUCTION CO., LLC, ET AL

relates to:

JULIE E. TAUZIN, ET AL

V.

BOARD OF COMMISSIONERS FOR THE ORLEANS PARISH LEVEE DISTRICT, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-4182

RELATES TO: 06-0020

TO: PITTMAN CONSTRUCTION, INC. *Company's*
6251 Paris Avenue
New Orleans, La 70122

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY Randall A. Smith, 201 St. Charles Ave., Suite 3702, New Orleans, Louisiana 70170

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*and second amended*

LORETTA G. WHYTE

CLERK

by Deputy Clerk

JAN 19 2007

DATE

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____

AO 440 (Rev. 10/93) Summons in a Civil Action

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE 1/22/07 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER (PRINT) Dylan C. Utley | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: 6251 PARIS AVE, New Orleans, LA 70122

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Cindy Rodriguez, wife of Greg Rodriguez

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/22/07                          _____
              Date                             Signature of Server

536 Bellaule St, New Orleans LA 70119
Address of Server

AO 440 (Rev. 10/93) Summons in a Civil Action

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.