# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 18 AM 11: 34
LORETTA G. WHYTE
CLERK

IN RE KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

CIVIL ACTION
NO. 05-4182 "K"(2)

PERTAINS TO:

JUDGE DUVALL

LEVEE: 064634 (ADAMS)

MAG. WILKINSON

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Glenn Michael
Adams, et al., who, upon representing to this Court that he wishes to dismiss without prejudice
Gulf Group, Inc. of Florida.  Since filing suit, plaintiffs have learned that Gulf Group, Inc. of
Florida probably does not have liability in this case.  For this reason, plaintiffs hereby move this
Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein
against defendant, Gulf Group, Inc. of Florida, with each party to bear its own cost, reserving all
rights and actions against the remaining parties.

Respectfully submitted,

J. Patrick Connick (#22219)
Law Offices of J. Patrick Connick, LLC
3900 Veterans Blvd.
3rd Floor
Metairie, LA 70002
Counsel for Glenn Michael Adams, et al.

Fee
Process
X  Dktd
CtRmDep
Doc. No.