UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 064634 (ADAMS) | MAG. WILKINSON |

<u>**MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE**</u>

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Glenn Michael Adams, et al., who, upon representing to this Court that he wishes to dismiss without prejudice Virginia Wrecking Cmpany. Since filing suit, plaintiffs have learned that Virginia Wrecking Company probably does not have liability in this case. For this reason, plaintiffs hereby move this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against defendant, Virginia Wrecking Company, with each party to bear its own cost, reserving all rights and actions against the remaining parties.

Respectfully submitted,

*/s/ Patrick Connick*
Patrick Connick (#22219)
Law Offices of J. Patrick Connick, LLC
3900 Veterans Blvd.
3rd Floor
Metairie, LA 70002
Counsel for Glenn Michael Adams, et al.