UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K" (2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 06-4634 (ADAMS) | MAG. WILKINSON |

## ORDER

WHEREFORE, considering the foregoing motion;

IT IS HEREBY ORDERED that plaintiffs' claim be and is hereby dismissed, in its entirety, without prejudice, as to defendant, Eustis Engineering, with each party to bear its own cost, reserving all rights and actions against the remaining parties.

NEW ORLEANS, LOUISIANA, this 23rd day of January, 2007.

_____
JUDGE

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__✓__ CtRmDep_____
_____ Doc. No_____