UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 18 AM 11: 37

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 064634 (ADAMS) | MAG. WILKINSON |

## MOTION AND ORDER TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Glenn Michael Adams, et al., who, upon representing to this Court that he wishes to dismiss without prejudice James Construction Group. Since filing suit, plaintiffs have learned that James Construction Group probably does not have liability in this case. For this reason, plaintiffs hereby move this Honorable Court for a dismissal, without prejudice, of any and all claims as asserted herein against defendant, James Construction Group, with each party to bear its own cost, reserving all rights and actions against the remaining parties.

Respectfully submitted,

J. Patrick Connick (#22219)
Law Offices of J. Patrick Connick, LLC
3900 Veterans Blvd.
3rd Floor
Metairie, LA 70002
Counsel for Glenn Michael Adams, et al.

___ Fee_____
___ Process_____
X / Dktd_____
✓ CtRmDep_____
___ Doc. No._____