UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br>NO. 05-4182 "K"(2) |
| PERTAINS TO: | JUDGE DUVALL |
| LEVEE: 064634 (ADAMS) | MAG. WILKINSON |

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiffs, Glenn Michael Adams, et al. ("Adams"), which pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.9, moves this Honorable Court for an Order extending the time within which Adams must file a waiver of service for summons on Washington Group International, Inc., as required by Fed. R. Civ. P 4(d) for a period of 30 days from its original due date, January 22, 2007.

In support of plaintiffs' request, Adams represents that it originally sent a waiver of service for summons, via certified mail, on November 14, 2006, and the waiver was not returned within the 30 day time limit. After speaking to the attorney of record for Washington Group International, Ms. Heather Lonian, she was going to contact her client, and then inform us of whether or not she would be accepting service for them. As of today, we have not heard back from Ms. Lonian. Pursuant to Federal Rule of Civil Procedure 4(d), Adams' current deadline for filing the waiver of service for summons is January 22, 2007. Adams submits that he requires additional time to receive waiver from defendant and file.

**WHEREFORE**, Adams respectfully requests a 30 day extension of time for the filing of the waiver of service for summons in this matter, or until February 22, 2007.

Respectfully submitted,

_____
J. Patrick Connick (#22219)
Law Offices of J. Patrick Connick, LLC
3900 Veterans Blvd.
3rd Floor
Metairie, LA 70002
Telephone: (504) 885-4391
**Attorney for Glenn Michael Adams, et al.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 18th day of January, 2007.

_____