# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | **NO. 05-4182 "K"(2)** |
| | |
| **PERTAINS TO:** | **JUDGE DUVALL** |
| | |
| **LEVEE: 064634 (ADAMS)** | **MAG. WILKINSON** |

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to File Waiver of Service,

**IT IS HEREBY ORDERED** that Glenn Michael Adams, et al. be and is hereby granted

a thirty day extension of time from its current due date of January 22, 2007, or until February 22,

2007, within with to file waiver of service for summons on defendant Washington Group

International, Inc.

New Orleans, Louisiana, this _27th_ day of _January_, 2007.

_____
UNITED STATES DISTRICT JUDGE

____ Fee_____
____ Process_____
_X_ Dktd _____
__/_ CtRmDep_____
____ Doc. No._____