MINUTE ENTRY
DUVAL, J.
JANUARY 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL                                    CIVIL ACTION

VERSUS                                                      NO. 05-4182

BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL                SECTION "K"(2)
                                                            CONS. KATRINA CANAL

THIS DOCUMENT RELATES TO:
REC. DOC. 2237, 2238 & 2659

## ORAL ARGUMENT

INSURANCE (06-4746):  MOTION of pltfs' for leave to file motion for entry of an order administratively closing, filed 12/15/06, doc. 2237.
INSURANCE (06-5164):  MOTION of pltfs' for leave to file motion for entry of an order administratively closing, filed 12/15/06, doc. 2238.
INSURANCE (06-5370):  MOTION of pltfs' for entry of an order administratively closing, filed 1/12/07, doc. 2659.

CASE MANAGER:  SHEENA DEMAS
COURT RECORDER:  CYNTHIA CRAWFORD

APPEARANCES:     Neil Abramson, Kerrie Belsome, Joseph Bruno, Cari Dawson, Mary Dumestre, Wanda Edwards, Jim Hall, Ralph Hubbard, III, Wayne Lee, Sean Mount, Christopher Pennison, Joseph Rausch, Wendy Robinson, Robert Siegel, Nicholas Wehlen, & Edward Wicker, Jr.

Court begins at 10:45 a.m.
Case called. All present and ready.
Oral agreement by parties. The parties included the INSURANCE (06-5383) case, as well.
Parties shall submit a proposed order to the Court memorializing the agreement as stated on the record by February 1, 2007.
Court adjourns at 11:45 a.m.

JS-10 (1:00)