MINUTE ENTRY
DUVAL, J.
January 24, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                                               NO. 05-4182

PERTAINS TO: ALL CASES                                   SECTION "K"(2)
*Publish to Web*

      A hearing occurred this morning with respect to Plaintiffs' Motion for Leave to File Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Aaron , et al. v. AIG, et al.,* No. 06-4746 (Doc. 2237), Plaintiffs' Motion for Leave to File Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Abadie , et al. v. Aegis Sec. Ins. Co., et al.,* No. 06-5164 (Doc. 2238) and Plaintiffs' Unopposed Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing *Kiefer, et al. v. Allstate, et al.*, No. 06-5370 (Doc. 2659).[1]

      Agreement was reached among the litigants concerning the proper course of action to take concerning the administrative closure as to most of the litigants, and the Court ordered that a proposed order memorializing that agreement be filed with the Court **no later than February 1, 2007.**

      It was noted that at the present time that the time to file responsive pleadings in all matters consolidated herein is February 1, 2007. Considering the action that is to be taken,

      **IT IS ORDERED** that the time to file responsive pleadings in all matters consolidated hereunder is **CONTINUED** to **February 8, 2007.**

---

[1] At the hearing, it was agreed that any action taken would also apply to the *Austin* case, C. A. 06-5383.

Considering the pendency of the Motions to Dismiss in the Dredging suits and upon consent by counsel,

**IT IS FURTHER ORDERED** that the hearing on the Motion to Stay Limitation Actions (Doc. 2054) as well as the Motion to Set Monition Period in the subject limitations are **CONTINUED** to **March 21, 2007 at 9:30 a.m.**