UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: *Knight*, C.A. No. 06-7771 | SECTION "K" (2) |

## ORDER

Before the Court is a Motion to Remand (Rec.Doc.No. 1858) wherein Plaintiff contends that the Court cannot exercise subject matter jurisdiction over the proceeding because the amount in controversy requirement of 28 U.S.C. § 1332 (diversity) has not been met. The Court recently addressed the amount in controversy issue in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. Dec. 14, 2006) (amount controversy should be determined at time of removal). The Complaint alleges that the insured loss is estimated at $253,000, which clearly exceeds the $75,000 required for the exercise of jurisdiction under section 1332. *See* Notice of Removal, Petition, at ¶ 6 (Rec.Doc.No. 1). For the reasons set for in *Rush*, the Court finds that it was facially apparent at the time of removal that the amount in controversy exceeded $75,000, despite the post-removal stipulation to the contrary. Accordingly,

**IT IS ORDERED** that the Motion to Remand (Rec.Doc.No. 1858) is **DENIED**.

New Orleans, Louisiana, on this  25th  day of January, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE