## UNITED STATES DISTRICT COURT

### EASTERN·DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| **VERSUS** | § | **SECTION "K"** |
| | § | |
| | § | **MAGISTRATE (2)** |
| | § | **CONS. KATRINA CANAL** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| **Insurance** | § | |
| **No. 06-5164,** *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| _____ | § | |

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the Plaintiffs' Unopposed Motion for Partial Dismissal of AIG

CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY,

AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY,

AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY

INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS

INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY,

HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE

INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION

INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY without

prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that AIG

CENTENNIAL INSURANCE COMPANY, AIG INDEMNITY INSURANCE COMPANY,

AIG NATIONAL INSURANCE COMPANY, AIG PREMIER INSURANCE COMPANY,

AMERICAN GENERAL INDEMNITY COMPANY, AMERICAN GENERAL PROPERTY

INSURANCE COMPANY, AUDUBON INSURANCE COMPANY, DELTA LLOYDS

INSURANCE COMPANY, FIDELITY GUARANTY INSURANCE COMPANY,

HARLEYSVILLE MUTUAL INSURANCE COMPANY, REPUBLIC MORTGAGE

INSURANCE COMPANY, STATE NATIONAL INSURANCE COMPANY, UNION

INSURANCE COMPANY, and UNION STANDARD INSURANCE COMPANY be and are

hereby DISMISSED without prejudice, reserving to plaintiffs all rights against all parties not

dismissed herein.

New Orleans, Louisiana, this 24th day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE