UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES   *       CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION          *
                                 *
_____* SECTION   K  - JUDGE DUVAL
                                 *
PERTAINS TO:                     *
                                 *       MAG. (2) - MAG. WILKINSON
INSURANCE:      *Aaron,* 06-4746 *
                                 *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering the foregoing Unopposed Motion to Voluntarily Dismiss Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against AIG Centennial

Insurance Company, AIG Indemnity Insurance Company, AIG National Insurance Company,

AIG Premier Insurance Company, American General Indemnity Company, American General

Property Insurance Company, Hartford Steam Boiler Inspection and Insurance Company and

Hartford Steam Boiler Inspection and Insurance Company of Connecticut be, and are hereby

**DISMISSED**, without prejudice, at Plaintiffs cost, and with reservation of all of the Plaintiffs

claims against all other parties named and unnamed..

New Orleans, Louisiana, this __24th__ day of _____January_____, 2007.

_____
UNITED STATES DISTRICT JUDGE