## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| **NO. 05-4182 "K" (2) and (3)** | * | |
| | * | |

**PERTAINS TO LEVEE:**                          *          **JUDGE DUVAL**

**NO. 06-5042 (COHEN)**

## ORDER

Considering the Motion for Order to Dismiss the Claims.

**IT IS HEREBY ORDERED,** that all claims filed against defendants, Burke-

Kleinpeter, Inc., and Eustis Engineering Co., Inc. in the matter are hereby

DISMISSED, without prejudice.

New Orleans, Louisiana, this 25th day of ___January___, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE