IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO, *Reed*, No. 06-2152<br>MRGO, *Ackerson*, No. 06-4066 | § § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Philip Reed on behalf of himself and all others similarly situated and Fellosea Ackerson, et al. are hereby allowed thirty days within which to (1) make service on Stuyvesant Dredging Co. L.L.C. (in *Reed*), Ham Construction Overseas (in *Reed* and *Ackerson*) and KFMSGP, L.L.C. (in *Reed*); and (2) obtain answers or other responsive pleadings from all defendants that have been served but have not filed answers or responsive pleadings.

New Orleans, Louisiana, this __24th__ day of January, 2007.

_____
United States District Judge