| | | |
|---|---|---|
| RANDALL GORMAN, ET AL | : | CIVIL ACTION |
| | : | (Consolidated with |
| VS. | : | NO. 06-8500     05-4182) |
| | : | |
| LEXINGTON INSURANCE CO. | : | SECTION ~~"R" 1~~  "K" 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

_____Considering the foregoing Motion to Withdraw as Counsel for Plaintiffs':

IT IS ORDERED that Thomas P. LeBlanc, be and hereby is allowed to withdraw as counsel for plaintiffs and that he be removed from the lists of the Court, counsel and the clerk to receive notice in this matter.

THUS DONE, READ AND SIGNED this 25th day of ___January___, 2007, in ___New Orleans___, Louisiana.

_____
UNITED STATES DISTRICT JUDGE