### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES  * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION  * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO:  * | MAGISTRATE (2) |
| ALL LEVEE, MRGO  * | |
| RESPONDER CASES AND TO  * | JUDGE DUVAL |
| NO.   05-4181  * | |
| 06-4389  * | MAGISTRATE WILKINSON |
| 06-5786  * | |
| 06-6099  * | |
| * | |
| * * * * * * * * * * * * * * * * * * | |

### O R D E R

Considering plaintiffs' Unopposed Ex Parte Motion to File Correct Exhibit, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby **GRANTED** leave to file the correct Exhibit to Plaintiffs' Counsel's Affidavit, being a Verified Timeline revised as of January 22, 2007, in place and instead of the Verified Timeline revised as of January 15, 2007, which was E-filed in error.

_____
**J U D G E**

New Orleans, Louisiana this 25th day of January, 2007.

-1-