IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*<br>* CIVIL ACTION<br>* NO. 05-4182 "K"(2)<br>* JUDGE STANWOOD R. DUVAL<br>* |
| PERTAINS TO:<br>*Abadie, et al., v. Aegis Security Insurance Company, et al.* No. 06-5164 | *<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

CONSIDERING THE FOREGOING Motion to Enroll as Counsel of Record,

IT IS HEREBY ORDERED that, that Marshall M. Redmon (Bar No. 18398) and Virginia Y. Trainor (Bar No. 25275) of Phelps Dunbar, LLP, 445 North Boulevard, Suite 701, Baton Rouge, Louisiana 70802, (225) 346-0285, and Christopher M. Capitelli (Bar No. 30136) of Phelps Dunbar, LLP, 365 Canal Street, Suite 2000, New Orleans, Louisiana, 70130, (504) 566-1311 be enrolled as counsel of record for Homesite Insurance Company as it pertains to the claim of Lawrence Despenza.

Done this  24th  day of      January     , 2007 at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

BR.494354.1