MINUTE ENTRY
WILKINSON, M.J.
JANUARY 25, 2007

           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES LITIGATION | CIVIL ACTION |
| PERTAINS TO: INSURANCE (Xavier, No. 06-516) | NO. 05-4182 SECTION "K"(2) |

     At the request of counsel, a telephone conference was conducted on this date concerning a discovery dispute involving the deposition of a witness, George Claypool. The conference was recorded by the private court reporter attending the deposition. Participating were Darnell Bludworth, representing plaintiff, and Simeon Riemonenq, representing defendant. Questions and answers from the deposition testimony were read to the court, the witness and counsel were instructed on the deposition record, and the deposition was to proceed thereafter.

                                                   JOSEPH C. WILKINSON, JR.
cc: Judge Duval                           UNITED STATES MAGISTRATE JUDGE

MJSTAR:   : 10