Effective 4/09/06   CIVIL/CRIMINAL RECEIPT SHEET   Receipt No: 339211
Deputy Clerk: [signature]   0317804   JAN 24 2007

ACCOUNT CODE                                      REGISTRY FUND:
6855XX Accounts                                   604700 Accounts
_____ - Restitution                               _____ - Cash Bonds
_____ - U.S. Postal Service Forms                 _____ - Land Condemnation
_____ - Petty Offense                             _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
        085000 - $5.00 / 510000 - $10.00
    FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
        086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
    COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
    MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322360

FINES & MISCELLANEOUS ACCOUNTS
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 604100
  ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, ($5.00 PRO HAC VICE) 6855XX
                                                                    ②

ACCOUNTS RECEIVABLE
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Phelps Dunbar - Amy R. Sabrin +
CASE NUMBER: 05-4182    SECTION: K-2  Andrew Sandler
CASE TITLE: _____

PAYMENT OF  10.00   CASH _____   # 100637  CHECK ✓   MONEY ORDER _____
                    SEAMAN _____           PAUPER _____   NON CASH _____

Civil Action Cases (for New Filings Only)
This form to be used by counsel to indicate the category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action       _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,           Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.             _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                    Death Sentence
_____ 3. Antitrust                              _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright           _____ 9. All Others
_____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?     Yes _____ No _____
Is this a RELATED CASE?          Yes _____ No _____      Attorney of Record