IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  <br> *  <br> * CIVIL ACTION  <br> * NO. 05-4182 "K"(2)  <br> * JUDGE STANWOOD R. DUVAL |
| PERTAINS TO:  <br> *Abadie et al., v. Aegis Security Insurance Co.,*  <br> No. 06-5164 | *  <br> *  <br> * MAGISTRATE JUDGE  <br> * JOSEPH C. WILKINSON  <br> *  <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING THE FOREGOING Motion to Enroll Counsel *Pro Hac Vice*,

IT IS HEREBY ORDERED that Andrew L. Sandler be admitted *pro hac vice* and that he is allowed to appear and participate as co-counsel in the above referenced matter for Defendant, Farmers Insurance Exchange.

Done this __24th__ day of __January__, 2007 at New Orleans, Louisiana.

UNITED STATES DISTRICT JUDGE