UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN E. CAMPBELL   and<br>JENNIE CAMPBELL | *   CIVIL ACTION NO.: 06-8934<br>*<br>* |
| | *   SECTION: I (4) |
| VERSUS | *<br>* |
| FIREMAN'S FUND INSURANCE COMPANY<br>And STONE INSURANCE, INC. | *<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Stephen E. Campbell and Jennie Campbell , who, appearing solely for the purpose of this motion, moves this Honorable Court for an order remanding this cause to the Civil District Court for the Parish of Orleans, State of Louisiana, on the basis that the action was improperly removed for the reasons set forth in the accompanying Memorandum in Support of Motion to Remand.

        Respectfully submitted,

        GAUTHIER, HOUGHTALING
        &amp; WILLIAMS, L.L.P.


        _____s/Stephen M. Huber_____
        JOHN W. HOUGHTALING, BAR # 25099
        JAMES M. WILLIAMS, BAR # 26141
        STEPHEN M. HUBER, BAR # 24463
        3500 N. Hullen Street
        Metairie, LA  70002
        Telephone: (504) 456-8600
        Facsimile: (504) 456-8624
        ATTORNEYS FOR PLAINTIFF


**CERTIFICATE OF SERVICE**


    I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the United States mail postage prepaid and properly addressed on this 21st day of November, 2006.


        _____s/Stephen M. Huber_____