UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN E. CAMPBELL   and<br>JENNIE CAMPBELL<br><br>VERSUS<br><br>FIREMAN'S FUND INSURANCE COMPANY<br>And STONE INSURANCE, INC. | *   CIVIL ACTION NO.: 06-8931<br>*<br>*<br>*   SECTION K (2)<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned counsel will bring the foregoing Motion to Remand before the Honorable Lance Africk, Chief Judge at the United States District, Eastern District of Louisiana, located at 500 Poydras Street, New Orleans, Louisiana, on the 20th day of December, 2006 at 9:00 a.m.

Respectfully submitted:

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.


_____s/Stephen M. Huber_____
JOHN W. HOUGHTALING, BAR NO. 25099
JAMES M. WILLIAMS, BAR NO. 26141
STEPHEN M. HUBER, BAR # 24463
3500 N. Hullen Street
Metairie, LA  70002
Telephone:    (504) 456-8600
Facsimile:    (504) 456-8624
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been forwarded to all counsel of record by depositing same in the United States mail postage prepaid and properly addressed on this 21st day of Novemer, 2006.

                                              _____s/Stephen M. Huber_____
                                              STEPHEN M. HUBER