UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHEN E. CAMPBELL   and | * | CIVIL ACTION NO.: 06-8934 |
| JENNIE CAMPBELL | * | |
| | * | |
| | * | SECTION: I (4) |
| VERSUS | * | |
| | * | |
| FIREMAN'S FUND INSURANCE COMPANY | * | |
| And STONE INSURANCE, INC. | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the foregoing Motion to Remand:

**IT IS ORDERED** that the above-captioned matter be and is hereby **REMANDED** to Civil District Court for the Parish of Orleans , State of Louisiana.

New Orleans, Louisiana, this ____ day of _____, 2006.

_____
**UNITED STATES DISTRICT JUDGE**