UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182 "K" (2)**<br>**JUDGE DUVAL**<br>**MAG. WILKINSON** |
| _____ | _____ |
| **PERTAINS TO: ST. RITA**<br><br>**(Alfonso, No. 06-9641)**<br>**(Aliff, No. 06-9642)**<br>**(Alonzo, No. 06-8759)**<br>**(Anguzza, No. 06-9038)**<br>**(Beatmann, No. 06-8947)**<br>**(Bell, No. 06-9037)**<br>**(Berthelot, No. 06-8810)**<br>**(Bracklein, No. 06-7633)**<br>**(Conlon, No. 06-9321)**<br>**(Darsam, No. 06-9569)**<br>**(Hubert, No. 06-8219)**<br>**(Depascual, No. 06-8982)**<br>**(Dorand, No. 06-9191)**<br>**(Franz, No. 06-10426)**<br>**(Frischhertz, No. 06-8821)**<br>**(Gallodoro, No. 06-9206)**<br>**(Gonzales, No. 06-8972)**<br>**(Herzog, No. 06-8992)**<br>**(Johnson, No. 06-7400)**<br>**(Kenney, No. 06-7355)**<br>**(Lepine, No. 06-8881)**<br>**(Lewis, No. 06-8107)**<br>**(Lott, No. 06-9236)**<br>**(Verges, No. 06-8731)**<br>**(Montalbano, No. 06-8963)**<br>**(Morales, No. 06-5962)** | **SECTION "K"**<br>**JUDGE STANWOOD R. DUVAL, JR.**<br><br>**MAGISTRATE 2**<br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

**(Mullins, No. 06-7082)**
**(Poissenot, No. 06-7858)**
**(Rodrigue, No. 06-6639)**
**(Sanderson, No. 06-8731)**
**(Thedy, No. 06-8106)**
**(Thomason, No. 06-9192)**
**(Wagner, No. 06-8761)**
**(Vidrios, No. 06-10790)**
**(Lopez, No. 07-0269)**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR LIMITED EXTENSION OF RULE 12 MOTION FILING DEADLINE

**NOW INTO COURT**, through undersigned counsel, come third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants"), who, for the reasons set forth below, respectfully request that the Court extend its February 1, 2007 Rule 12 motion filing deadline with respect to the Louisiana Defendants in the St. Rita matters:

1. The Court's Conference of November 29, 2006 Concerning Continuing Motion Practice mandates that all Rule 12 motions in the Hurricane Katrina Canal Breaches Consolidated Litigation be filed on or before February 1, 2007.

2. The Louisiana Defendants previously filed 12(b)(1) motions to dismiss the third-party demands filed by St. Rita's for lack of subject matter jurisdiction (the "Pending Motions").  In short, the Louisiana Defendants are not subject to suit in a federal forum pursuant to sovereign immunity granted under the Eleventh Amendment.

3. As of today, the Court has yet to issue a ruling on the Louisiana Defendants' Pending Motions (the "Ruling").

4. Although the Louisiana Defendants remain confident that the Court will grant their Pending Motions, the Louisiana Defendants nevertheless intend to file 12(b)(6) motions to dismiss for failure to state a claim, should the ruling deny the Pending Motions.

5. The Louisiana Defendants seek to minimize the filing of unnecessary 12(b)(6) motions prior to the Court's anticipated ruling because such filings will be rendered moot should the Pending Motions be granted.

6. The Court may not have taken action on the Pending Motions prior to the February 1, 2007 deadline.

7. In an effort to conserve judicial resources, and to prevent the filing of unnecessary motions, the Louisiana Defendants move the Court to grant a limited extension of the February 1, 2007 Rule 12 Motion filing deadline.  The Louisiana Defendants pray for exemption from the February 1, 2007 Rule 12 Motion filing deadline, and further pray that the Court grant them fifteen (15) days to file additional Rule 12 motions from the issuance of any Order denying their pending 12(b)(1) motions.

**WHEREFORE**, third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana, pray:

(i) that the Court grant their *Ex Parte* Motion for Limited Extension of Rule 12 Motion Filing Deadline;

(ii) for exemption from the February 1, 2007 Rule 12 Motion filing deadline; and

(iii) that they be granted fifteen (15) days to file additional Rule 12 motions from the issuance of any order denying their pending 12(b)(1) motions.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:

/s/   Brent B. Barriere
Brent B. Barriere (La. Bar No. 02818)
Special Assistant Attorney General

Susie Morgan (La. Bar No. 09715)
Catherine E. Lasky (La. Bar No. 28652)
Robert R. Wood, Jr. (La. Bar No. 29488)
**PHELPS DUNBAR LLP**
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130

STATE OF LOUISIANA, DEPARTMENT OF
TRANSPORTATION AND DEVELOPMENT,
JOHNNY BRADBERRY, SECRETARY


BY: /s/   William M. Hudson, III
    William M. Hudson, III (La. Bar No. 1970)
    Special Assistant Attorney General
    Oats & Hudson
    100 East Vermillion Street, Suite 400
    Lafayette, LA  70501
    Telephone:  (337) 233-1100
    Facsimile:  (337) 233-1178

    Clifton O. Bingham, Jr. (La. Bar No. 3052)
    Special Assistant Attorney General
    Oats & Hudson
    343 Third Street, Suite 550
    Baton Rouge, LA  70801
    Telephone:  (225) 383-9993
    Facsimile:  (225) 383-6993

    Michael M. Duran, Sr. (La. Bar No. 18875)
    Special Assistant Attorney General
    Oats & Hudson
    530 Natchez Street, Suite 200
    New Orleans, LA  70130
    Telephone:  (504) 527-0960
    Facsimile:  (504) 524-2823


STATE OF LOUISIANA, KATHLEEN
BLANCO, GOVERNOR


BY: /s/   Shelly D. Dick
    Shelly D. Dick (La. Bar No. 18865)
    Special Assistant Attorney General
    Amanda G. Clark (La. Bar No. 24432)
    Forrester, Jordan & Dick
    4981 Bluebonnet Avenue
    Baton Rouge, LA  70809
    Telephone:  (225) 928-5400
    Facsimile:  (225) 346-0285

- AND –

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/   Stephen Vogt
    Stephen Vogt (La. Bar No. 07706)
    Special Assistant Attorney General
    Thibaut, Thibaut & Vogt
    P. O. Box 36
    7809 Jefferson Hwy, Suite D-3
    Baton Rouge, LA  70809
    Telephone:  (225) 923-3200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 26th day of January, 2007.

/s/   Brent B. Barriere

## ST. RITA SERVICE LIST

| | |
|---|---|
| Daniel L. Dysart<br>Paul A. Tabary, III<br>3510 N.Causeway Blvd., Suite 600<br>Metairie, LA  70002 | Stevens E. Moore<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Michael C. Code<br>J.A. "Jay" Beatmann, Jr.<br>3445 N. Causeway Blvd., Suite 724<br>Metairie, LA  70002 | Chadwick W. Collings<br>TomW. Thornhill<br>1308 Ninth Street<br>Slidell, LA  70458 |
| Jeremy D. Goux<br>Martha D. Bowden<br>417 North Theard Street<br>Covington, LA  70433 | Gregory J. Noto<br>532 E. Judge Perez Drive, Suite 102<br>Chalmette, LA  70043 |
| M.Chad Trammell<br>Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards St., 8th Floor, Suite 820<br>Shreveport, LA  71101 | William E. Rittenberg<br>Larry Samuel<br>715 Girod Street, Suite 200<br>New Orleans, LA  70130 |
| Leon N. Frischhertz<br>Marc L. Frischhertz<br>Dominick F. Impastato, III<br>Frischhertz & Associates<br>634 Connell's Park Lane<br>Baton Rouge, LA  70806 | Caprice Ieyoub<br>Kathryn W. Landry<br>Ieyoub & Landry<br>8180 YMCA Plaza, Suite C<br>Baton Rouge, LA  70810 |
| Joseph P. Lopinto, III<br>P. O. Box 246<br>Metairie, LA  70004 | James B. Guest<br>1900 32nd Street<br>Kenner, LA  70065 |
| Lawrence J. Duplass<br>Duplass, Zwain, Bourgeois, Morton,<br>  Pfister & Weinstock<br>3838 N. Causeway Blvd., Suite 2900<br>Metairie, LA  70002 | William R. Mustian<br>3117 22nd Street, Suite 6<br>Metairie, LA  70002 |

| | |
|---|---|
| James A. Cobb, Jr.<br>Emmett, Cobb,Waits & Kessenich<br>1515 Poydras St., Suite 1950<br>New Orleans, LA  70112 | David O.Walker<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA  71309-1190 |
| Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards Street<br>Suite 820<br>Shreveport, LA  71101 | Patrick G. Kehoe, Jr.<br>833 Baronne Street<br>New Orleans, LA  70113 |