# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br>**NO. 05-4182 "K" (2)**<br>**JUDGE DUVAL**<br>**MAG. WILKINSON** |
| _____ | _____ |
| **PERTAINS TO: ST. RITA** | **SECTION "K"**<br>**JUDGE STANWOOD R. DUVAL, JR.** |
| **(Alfonso, No. 06-9641)**<br>**(Aliff, No. 06-9642)**<br>**(Alonzo, No. 06-8759)**<br>**(Anguzza, No. 06-9038)**<br>**(Beatmann, No. 06-8947)**<br>**(Bell, No. 06-9037)**<br>**(Berthelot, No. 06-8810)**<br>**(Bracklein, No. 06-7633)**<br>**(Conlon, No. 06-9321)**<br>**(Darsam, No. 06-9569)**<br>**(Hubert, No. 06-8219)**<br>**(Depascual, No. 06-8982)**<br>**(Dorand, No. 06-9191)**<br>**(Franz, No. 06-10426)**<br>**(Frischhertz, No. 06-8821)**<br>**(Gallodoro, No. 06-9206)**<br>**(Gonzales, No. 06-8972)**<br>**(Herzog, No. 06-8992)**<br>**(Johnson, No. 06-7400)**<br>**(Kenney, No. 06-7355)**<br>**(Lepine, No. 06-8881)**<br>**(Lewis, No. 06-8107)**<br>**(Lott, No. 06-9236)**<br>**(Verges, No. 06-8731)**<br>**(Montalbano, No. 06-8963)**<br>**(Morales, No. 06-5962)**<br>**(Mullins, No. 06-7082)** | **MAGISTRATE 2**<br>**MAGISTRATE JOSEPH C. WILKINSON, JR.** |

(Poissenot, No. 06-7858)
(Rodrigue, No. 06-6639)
(Sanderson, No. 06-8731)
(Thedy, No. 06-8106)
(Thomason, No. 06-9192)
(Wagner, No. 06-8761)
(Vidrios, No. 06-10790)
(Lopez, No. 07-0269)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## O R D E R

**UPON CONSIDERATION OF THE FOREGOING** *Ex Parte* Motion for Limited Extension of Rule 12 Motion Filing Deadline (the "Motion") filed by third-party defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants");

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion be and hereby is **GRANTED**;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Louisiana Defendants are exempted from the February 1, 2007 Rule 12 Motion filing deadline;

99753239.1

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that the Louisiana Defendants are provided fifteen (15) days to file Rule 12 motions from the issuance of any order denying their pending 12(b)(1) motions.

New Orleans, Louisiana this _____ day of January, 2007.


_____
**DISTRICT COURT JUDGE**

99753239.1