UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES IVKER, WIFE OF/AND<br>BARRY IVKER | * * * | CIVIL ACTION NO. 06-8942 |
| VERSUS | * * | JUDGE: STANWOOD R. DUVALL |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, SUSAN GEOGHEGAN<br>AND XYZ INSURANCE COMPANY | * * * * | MAGISTRATE: |

**MOTION AND ORDER FOR LEAVE OF COURT
TO FILE FIRST AMENDED ANSWER AND AFFIRMATIVE DEFENSES
AND REQUEST FOR TRIAL BY JURY**

NOW INTO COURT, through undersigned counsel, comes defendant, STATE FARM FIRE AND CASUALTY COMPANY, which hereby requests leave of this Honorable Court to file the attached First Amended Answer and Affirmative Defenses and Request for Trial by Jury.

WHEREFORE, STATE FARM FIRE AND CASUALTY COMPANY prays for leave of this Honorable Court to file the attached First Amended Answer and Affirmative Defenses and Request

for Trial by Jury, and that upon being granted said leave, the attached First Amended Answer and Affirmative Defenses and Request for Trial by Jury to be filed into the record.

Respectfully submitted,

**CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)**
**JAMES ERIC JOHNSON, ESQUIRE (#23800)**
**BRYAN J. HAYDEL, JR., ESQUIRE (#27500)**
**ELEANOR WEEKS WALL (#29695)**
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, Louisiana 70801-1309
(225) 383-8900 Telephone; (225) 383-7900 Facsimile
email: cchassaignac@phjlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January 2007, a copy of the foregoing First Amended Answer and Affirmative Defenses and Request for Trial by Jury was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Charles L. Chassaignac IV, Bryan Joseph Haydel, Jr., Joseph J. Aguda, Jr., Joseph Edward Cain, Soren Erik Gisleson, Brian David Katz and Gerald J. Neilsen by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service, properly addressed, and first class postage prepaid, this filing to the following non-CM/ECF participants:

(No manual recipients)

**CHARLES L. CHASSAIGNAC, IV, ESQUIRE (#20746)**

0895-0289 EWW