UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FRANCES IVKER, WIFE OF/AND<br>BARRY IVKER | * * * | CIVIL ACTION NO. 06-8942 |
| VERSUS | * * | JUDGE: STANWOOD R. DUVALL |
| STATE FARM FIRE AND CASUALTY<br>COMPANY, SUSAN GEOGHEGAN<br>AND XYZ INSURANCE COMPANY | * * * * | MAGISTRATE: |

## ORDER

Considering the above and foregoing Motion:

IT IS ORDERED ADJUDGED AND DECREED, that defendant, STATE FARM FIRE AND CASUALTY COMPANY, be and is granted Leave of Court to amend its Answer and Affirmative Defenses to plaintiffs' original Complaint.

New Orleans, Louisiana, this _____ day of January, 2007.

_____
THE HONORABLE JUDGE DUVALL

-3-

0895-0289 EWW