UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **NUMBER 05-4182** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **SECTION "K" (2)** |
| **05-4181, 05-4182, 05-5237, 05-6073, 05-6314,** | * | |
| **05-6324, 05-6327, 06-0225, 06-2278, 06-2346,** | * | **JUDGE DUVAL** |
| **06-2545, 06-4065, 06-4389, 06-4634, 06-4931,** | * | |
| **06-5116, 06-5127, 06-5131, 06-5159, 06-5161,** | * | **MAGISTRATE WILKINSON** |
| **06-5163, 06-5260, 06-6099, 06-6473, 06-6642,** | | |
| **06-7682, 06-8708** | | |

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes the Sewerage & Water Board of New Orleans, and requests an Order enrolling Charles M. Lanier, Jr., J. Warren Gardner, Jr., Kevin R. Tully, and Gregory S. Lacour of the law firm of Christovich & Kearney, LLP, as additional counsel for the Sewerage & Water Board of New Orleans in this matter.

WHEREFORE, defendant, the Sewerage & Water Board of New Orleans, requests the Court issue an Order allowing the enrollment of additional counsel on its behalf.

Respectfully submitted:

s/ George R. Simno III
**GEORGE R. SIMNO III, T.A. (#12271)**
**GERARD M. VICTOR (#9815)**
625 St. Joseph Street, Room 201
New Orleans, Louisiana 70165
Telephone: (504) 585-2242
Facsimile: (504) 585-2426

**CHARLES M. LANIER, JR. - BAR #18299**
cmlanier@christovich.com
**J. WARREN GARDNER, JR. - BAR #5928**
jwgardner@christovich.com
**KEVIN R. TULLY - BAR #1627**
krtully@christovich.com
**GREGORY S. LACOUR - BAR #23823**
gslacour@christovich.com
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street  Suite 2300
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Facsimile: (504) 561-5743

**ATTORNEYS FOR SEWERAGE AND WATER BOARD OF NEW ORLEANS**

## C E R T I F I C A T E

I do hereby certify that on the 26th day of January, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Services, First Class, to all non-CM/ECF participants.

s/ George R. Simno III
**GEORGE R. SIMNO III**