UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| _____ | * | **NUMBER 05-4182** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **SECTION "K" (2)** |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0225, 06-2278, 06-2346, | * | **JUDGE DUVAL** |
| 06-2545, 06-4065, 06-4389, 06-4634, 06-4931, | * | |
| 06-5116, 06-5127, 06-5131, 06-5159, 06-5161, | * | **MAGISTRATE WILKINSON** |
| 06-5163, 06-5260, 06-6099, 06-6473, 06-6642, | | |
| 06-7682, 06-8708 | | |

## **ORDER**

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel:

IT IS ORDERED that Charles M. Lanier, Jr., J. Warren Gardner, Jr., Kevin R. Tully, and Gregory S. Lacour and the law firm of Christovich & Kearney, LLP, be and the same are hereby enrolled as additional counsel on behalf of defendant, the Sewerage & Water Board of New Orleans.

This ____ day of _____, 2007.

_____
UNITED STATE DISTRICT COURT JUDGE

CK_DOCS 369606v1