UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5163)<br>CREATO GORDON, ET AL. V. UNITED STATES<br>OF AMERICA, ET AL. | | § § § § § | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Creato Gordon, Fred Weikert, Unique Miles, Joanne Murse, and Regina Turner, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice, reserving their rights as to all other parties

Respectfully submitted,

*[signature]*

JOSEPH M. BRUNO, T.A. (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone No. (504) 525-1335
Facsimile: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the __27__ day of __January__, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*[signature]*

JOSEPH M. BRUNO, T.A. (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone No. (504) 525-1335
Facsimile: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com