UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5163)<br>CREATO GORDON, ET AL. V. UNITED STATES<br>OF AMERICA, ET AL. | | §<br>§<br>§<br>§<br>§<br>§ | |

## MEMORANDUM IN SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs Creato Gordon, Fred Weikert, Unique Miles, Joanne Murse, and Regina Turner, on behalf of themselves and all others similarly situated respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., it is their desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice, reserving their rights as to all other parties.

Respectfully submitted,

_____
JOSEPH M. BRUNO, T.A. (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone No. (504) 525-1335
Facsimile: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ___27___ day of ___January___, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

_____
JOSEPH M. BRUNO, T.A. (#3604)
DAVID S. SCALIA (#21369)
BRUNO & BRUNO, LLP
855 Baronne Street
New Orleans, Louisiana 70113
Telephone No. (504) 525-1335
Facsimile: (504) 561-6799
EM: jbruno@brunobrunolaw.com
EM: dscalia@brunobrunolaw.com