UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5163) CREATO GORDON, ET AL. V. UNITED STATES OF AMERICA, ET AL. | § § § § § § | |

### ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Creato Gordon, Fred Weikert, Unique Miles, Joanne Murse, and Regina Turner, on behalf of themselves and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice, reserving to plaintiffs all rights as to all other parties. Each party is to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana