UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | |
| LEVEE:   *Christenberry, et al,* 06-2278 | * * * | MAG. (2) - MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion For Voluntarily Dismissal Without Prejudice;

**IT IS ORDERED** that the Petition and all claims of Plaintiffs against C.R. Pittman Construction Company, Inc., be and are hereby **DISMISSED**, without prejudice, and with reservation of all of the Plaintiffs claims against all other parties named and unnamed. Each party is to bear their own costs.

New Orleans, Louisiana, this __26th__ day of _____January_____, 2007.

_____
UNITED STATES DISTRICT JUDGE