UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| _____ | * * | SECTION  K  - JUDGE DUVAL |
| PERTAINS TO: | * * | MAG. (2) - MAG. WILKINSON |
| INSURANCE:    *Aaron*, 06-4746 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PARTIAL MOTION TO DISMISS WITHOUT PREJUDICE

**NOW INTO COURT,** through the undersigned counsel, come the following Plaintiffs, who hereby voluntarily dismiss all claims against Defendants, without prejudice, at Plaintiffs cost, and with reservation of all of the other Plaintiffs claims against all other parties named and unnamed, said plaintiffs having indicated that for various reasons they wish to pursue this matter no longer:

Shelton Abram, Sr., Melinda Abram, Linda Ambrose, Raymond Ambrose, Jr., Eva Anderson, Judy C. Andrews, Julius M. Andrews, Sherman Arnold, Arles Arnold, Darryl Atkinson, Sandra Atkinson, L.J. Aucoin, Eva Aucoin, Arthur Augusta, Jr., Melvin Bacchus, Wintrea Bacchus, Elizia M. Berry, Robert Boutte, Yolanda Boutte, Keith A. Brooks, Leslie N. Brooks, Frances Brown, Harriet S. Brown, Vicki Brown, Patricia N. Browne, Lynesha Butler, Dorothy Cage, Rochelle Charles, Pamela Clanton, Leroy Clanton, Gaynell Cola, Darryl K. Cola, Charles Coleman, Joan Marie Coleman, Niya Cooper, Elais Cottrell, Valrita G. Dandridge,

Danny Danflous, Jeffery Davis, Deborah Davis, Cynthia Davis, Lillie Edwards, Henry Edwards, Irma Edwards, Andrea V. El-Mansura, Danielle El-Mansura, Sharon Fasola, Julius Ford, Jr., Dianne Ford, Rae Gab, Clarence Gillard, Claudia Gillard, Jeanne Glapion, Rachel Gutter, Jerry Gutter, Marie Hansell, Delores Harding, Irvin Hatcher, Sylvia Hatcher, Lillie Johnson, Reginald Lee Johnson, Albert Joseph, Sr., Armanda Lasker, Leola Newton, Arthur Pembrick, Sr., Rita Pembrick, Mary Powell, Dwayne Sanders, Priscilla Sanders, Melvin Smith, Jeanette Smith, Jessie Washington, Joseph West, Ethel West, Vanessa Williams, Michel Williams, Anthony Wren and Cheryl Wren.

Respectfully Submitted:
**JIM S. HALL & ASSOCIATES**

s/Jim S. Hall
**JIM S. HALL, (Bar No.: 21644)**
**JOSEPH W. RAUSCH (Bar No.: 11394)**
800 N. Causeway Blvd., Suite #100
Metairie, Louisiana 70001
Telephone: (504) 832-3000
Facsimile: (504) 832-1799
E-Mail: jim@jimshall.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 29th day of January, 2007, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following:

s/Jim S. Hall
**JIM S. HALL**