UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| _____* | | SECTION   K  - JUDGE DUVAL |
| * | | |
| PERTAINS TO: * | | |
| * | | MAG. (2) - MAG. WILKINSON |
| INSURANCE:      *Aaron,* 06-4746    * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER</u>

Considering the foregoing Partial Motion to Dismiss Without Prejudice;

**IT IS ORDERED** that all claims of Plaintiffs, Shelton Abram, Sr., Melinda Abram, Linda Ambrose, Raymond Ambrose, Jr., Eva Anderson, Judy C. Andrews, Julius M. Andrews, Sherman Arnold, Arles Arnold, Darryl Atkinson, Sandra Atkinson, L.J. Aucoin, Eva Aucoin, Arthur Augusta, Jr., Melvin Bacchus, Wintrea Bacchus, Elizia M. Berry, Robert Boutte, Yolanda Boutte, Keith A. Brooks, Leslie N. Brooks, Frances Brown, Harriet S. Brown, Vicki Brown, Patricia N. Browne, Lynesha Butler, Dorothy Cage, Rochelle Charles, Pamela Clanton, Leroy Clanton, Gaynell Cola, Darryl K. Cola, Charles Coleman, Joan Marie Coleman, Niya Cooper, Elais Cottrell, Valrita G. Dandridge, Danny Danflous, Jeffery Davis, Deborah Davis, Cynthia Davis, Lillie Edwards, Henry Edwards, Irma Edwards, Andrea V. El-Mansura, Danielle El-Mansura,

Sharon Fasola, Julius Ford, Jr., Dianne Ford, Rae Gab, Clarence Gillard, Claudia Gillard, Jeanne Glapion, Rachel Gutter, Jerry Gutter, Marie Hansell, Delores Harding, Irvin Hatcher, Sylvia Hatcher, Lillie Johnson, Reginald Lee Johnson, Albert Joseph, Sr., Armanda Lasker, Leola Newton, Arthur Pembrick, Sr., Rita Pembrick, Mary Powell, Dwayne Sanders, Priscilla Sanders, Melvin Smith, Jeanette Smith, Jessie Washington, Joseph West, Ethel West, Vanessa Williams, Michel Williams, Anthony Wren and Cheryl Wren, against defendants, be and are hereby **DISMISSED**, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**