UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | ) | |
| CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to:  MRGO, *Anderson* (06-5162) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**DEFENDANT UNITED STATES' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
[FRCP 12(b)(1)]**

Comes now the United States of America and moves to dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). This motion is supported by Defendant United States' Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Declaration of Angela Jean Drinkwitz, filed herewith.

Dated: January 29, 2007

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        JIM LETTEN
        United States Attorney

        s/Sharon K. Shutler
        SHARON K. SHUTLER
        Trial Attorney
        U.S. Department of Justice
        Torts Branch, Civil Division
        P.O. Box 14271
        Washington, D.C.  20044-4271
        Telephone:  (202) 616-4046
        Facimile:     (202) 616-4159
        Sharon.shutler@usdoj.gov

<u>Certificate of Service</u>

     I do hereby certify that I have on this 29th day of January, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

        /s/ Sharon K. Shutler