UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | ) | |
| CONSOLIDATED LITIGATION, | ) | CIVIL ACTION |
| | ) | |
| | ) | NO. 05-4182 "K" (2) |
| | ) | |
| Pertains to: MRGO, *Russell* (06-5155) | ) | JUDGE DUVAL |
| | ) | MAG. WILKINSON |
| | ) | |

**DEFENDANT UNITED STATES' MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION
[FRCP 12(b)(1)]**

Comes now the United States of America and moves to dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). This motion is supported by Defendant United States' Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Declaration of Angela Jean Drinkwitz, filed herewith.

Dated: January 29, 2007

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JIM LETTEN
United States Attorney


s/Sharon K. Shutler
SHARON K. SHUTLER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4046
Facimile:    (202) 616-4159
Sharon.shutler@usdoj.gov


Certificate of Service

I do hereby certify that I have on this 29th day of January, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

/s/ Sharon K. Shutler