UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> _____ § <br> § <br> PERTAINS TO: Levee and MRGO, § <br> § <br> *Russell, et al.* (06-5155) § <br> § <br> § <br> _____ § | CIVIL ACTION <br> NO. 05-4182 "K" (2) <br> JUDGE DUVAL <br> MAG. WILKINSON |

DECLARATION OF ANGELA JEAN DRINKWITZ

**COMES NOW** Angela Jean Drinkwitz, and states the following:

I am a paralegal with the United States Army Corps of Engineers, New Orleans District. I am the claims administrator for the District and have responsibility for the administration of all claims filed against the District through the Federal Tort Claims Act. As such, I would have personal knowledge of any administrative claim for wrongful death, personal injuries and/or property damages that is filed with the District and the Agency under the provisions of the Federal Tort Claims Act, 28 U.S.C. Section 2671 *et seq.* In particular the provisions of 28 U.S.C. Sections 2672 and 2675, require that a written administrative claim, setting forth a sum certain demand for damages from the agency, be filed with the Agency by any claimant who alleges that the Agency acted negligently and is responsible for the loss. The written administrative claim is a pre-requisite to filing a cause of action in United States District Court.

A review of records in the New Orleans District indicate that Susan Russell, Angelle Chaisson, Henry J. Chaisson, II; Marie Moniz, Joseph Moniz, Jennifer Atkinson,

1

Steve Atkinson, Kathleen Dodd, Cassie Vitrano, Christopher Vitrano, John Vitrano, Charlene Vitrano, Shair Weiskopf, and Todd Weiskopf have not, to this date, filed a written administrative claim with the New Orleans District seeking sum certain compensation from the Agency for alleged injury, wrongful death and/or damages on behalf him/herself or any other individual.

Additionally, Wayne Hill filed an administrative claim on May 11, 2006, and was assigned claim number 06N15T3017. None of these claims have been denied.

I verify under penalty of perjury, in accordance with 28 U.S.C. 1746, that the foregoing is true and correct.

DATED this 23th day of January, 2007.

ANGELA JEAN DRINKWITZ