UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION, | ) ) ) ) ) ) ) ) | CIVIL ACTION  NO. 05-4182 "K" (2)  JUDGE DUVAL  MAG. WILKINSON |
| Pertains to: MRGO, *Russell* (06-5155) | | |

**DEFENDANT UNITED STATES' REQUEST FOR HEARING
ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
[FRCP 12(b)(1)]**

Comes now the United States of America and requests a hearing on its motion to dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1) on March 23, 2007.

Dated: January 30, 2007

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JIM LETTEN
United States Attorney


s/Sharon K. Shutler
SHARON K. SHUTLER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4046
Facimile:     (202) 616-4159
Sharon.shutler@usdoj.gov


Certificate of Service

I do hereby certify that I have on this 29th day of January, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.


/s/ Sharon K. Shutler