```
                              FILED
                      U.S. DISTRICT COURT
                    EASTERN DISTRICT OF LA

                    2007 JAN 22  PM 3: 03

                       LORETTA G. WHYTE
                             CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §  | CIVIL ACTION <br> NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKERSON |
| PERTAINS TO: <br> LEVEE (06-6473) <br> JENNIFER LUSCY DEANE, ET AL. V. BOH BROS <br> CONSTRUCTION CO., LLC, ET AL. | § <br> § <br> § <br> § <br> § | |

### MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Jennifer Luscy Deane, on behalf of herself and all others similarly situated, who respectfully represents to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for Defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Respectfully submitted:

_____
WILLIAM J. LUSCY, III (LSBA #9139)
Attorney for Plaintiffs
616 Papworth Avenue, Suite C
Metairie, Louisiana 70005
Telephone No. (504) 837-5597
Facsimile No. (504) 837-5597

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2007 a copy of the foregoing was filed with the Clerk of Court and copies served.

WILLIAM J. LUSCY, III (LSBA #9139)
Attorney for Plaintiffs
616 Papworth Avenue, Suite C
Metairie, Louisiana 70005
Telephone No. (504) 837-5597
Facsimile No. (504) 837-5597