FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 26  AM 8: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | KATRINA CANAL BREACHES § <br> CONSOLIDATED LITIGATION § <br> § <br> § <br> §————————————§ <br> § <br> PERTAINS TO: § <br> LEVEE (06-6473) § <br> JENNIFER LUSCY DEANE, ET AL. V. BOH BROS § <br> CONSTRUCTION CO., LLC, ET AL. § | CIVIL ACTION <br> NO.: 05-4182 "K"(2) <br> JUDGE DUVAL <br> MAG. WILKERSON |

### ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claim in the above matter by plaintiff, Jennifer Luscy Deane, on behalf of herself and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same is hereby dismissed without prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this 25th day of January, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____