UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## MOTION FOR ENTRY OF RULE 54(b) JUDGMENT
## BY HARTFORD INSURANCE COMPANY OF THE MIDWEST

**NOW INTO COURT,** through undersigned counsel, comes Defendant Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company ("Hartford"), and pursuant to Federal Rule of Civil Procedure 54(b), moves the Court for entry of a final judgment as to Hartford because there is no just reason for delay.

**WHEREFORE,** Hartford now respectfully requests the Court to enter a final judgment under Rule 54(b) finding that there is no just reason for delay and dismissing Hartford with prejudice from the captioned matter.

1

Respectfully submitted:


**/s/ Seth A. Schmeeckle**
Ralph S. Hubbard III, T.A. La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:	(504) 568-1990
Facsimile:	(504) 310-9195
e-mail:	rhubbard@lawla.com
	jguichet@lawla.com
	sschmeeckle@lawla.com

OF COUNSEL:
Christopher W. Martin (pro hac vice)
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler (pro hac vice)
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:  (713) 632-1700
Facsimile:  (713) 222-0101

**Attorneys for Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2007 a copy of the foregoing HARTFORD'S **MOTION FOR ENTRY OF RULE 54(b) JUDGMENT** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle<br>
Seth A. Schmeeckle, La. Bar No. 27076