UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## PROPOSED RULE 54(b) FINAL JUDGMENT

Upon considering the above and foregoing Motion For Entry of Rule 54(b) Judgment and finding that there is no just reason for delay, it is hereby:

**ORDERED** that a Rule 54(b) Final Judgment be entered as to Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company ("Hartford"), dismissing all claims brought by all Plaintiffs in the captioned matter as they may relate to Hartford, including without limitation those claims asserted against Hartford by its policyholder, Jack Capella as the Executor of the Succession of Lillian Capella ("Capella Estate"), with prejudice.

**NEW ORLEANS, LOUISIANA** this _____ day of _____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**

1