UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| PERTAINS TO:  INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company ("Hartford"), will bring its Motion for Entry of Rule 54(b) Judgment before the Stanwood R. Duval, Jr. on February 21, 2007 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

**/s/ Seth A. Schmeeckle**
Ralph S. Hubbard III, T.A. La. Bar. # 7040
Joseph P. Guichet, La. Bar #  24441
Seth A. Schmeeckle, La. Bar # 27076
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:       rhubbard@lawla.com
              jguichet@lawla.com
              sschmeeckle@lawla.com

1

OF COUNSEL:
Christopher W. Martin (pro hac vice)
Texas Bar 13057620
Federal ID 13515
Martin R. Sadler (pro hac vice)
Texas Bar 00788842
Federal ID 18230
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**Attorneys for Hartford Insurance Company of the Midwest, incorrectly named as Hartford Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of January 2007 a copy of the foregoing HARTFORD'S **NOTICE OF HEARING** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All known counsel of record**

by operation of the court's electronic filing system.

s/Seth A. Schmeeckle
Seth A. Schmeeckle, La. Bar No. 27076