UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 22  PM 4: 52

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CATHY ADAMS, ET AL | CIVIL ACTION |
| PLAINTIFFS | NUMBER: 06-4065 |
| VERSUS | SECTION: K |
| BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL | MAGISTRATE: 2 |
| DEFENDANTS | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR EXTENSION TO SERVE DEFENDANT

NOW INTO COURT, through undersigned counsel comes plaintiffs who move for additional time to serve defendant **GULF GROUP, INC. OF FLORIDA** plaintiff has diligently attempted to serve this defendant at the following location:

GULF GROUP, INC. OF FLORIDA
Through its agent for service of process:
MATT HOBBS
7028 BELLAIRE DRIVE
NEW ORLEANS, LA 70124

Plaintiff moves for additional time as granted by the court to perfect service of process.

Respectfully Submitted,

_____
A. J. Rebennack, Bar No. 18677
Attorney for Plaintiff
2202 Avenue B
Metairie, Louisiana 70001
Telephone: (504) 782-0512
FAX: (504) 831-1203

### ORDER

It is hereby ordered that plaintiff's be given until 28th day of February, 2007 to perfect service on the above defendant.

UNITED STATES EASTERN DISTRICT COURT, this 25th day of _____, 2007.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____