UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHY ADAMS, ET AL | CIVIL ACTION |
| PLAINTIFFS | |
| VERSUS | NUMBER: 06-4065 |
| BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL | SECTION: K |
| DEFENDANTS | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT

Plaintiff's counsel, as stated in plaintiff's Motion has diligently attempted to serve Defendant **GULF GORUP, INC. OF FLORIDA** yet without success. Plaintiff moves the court for an extension of time to attempt service on this defendant.

Respectfully Submitted,

A.J. Rebennack, Bar No. 18677
Attorney for Plaintiff
2202 Avenue B
Metairie, Louisiana 70001
Telephone: (504) 782-0512
FAX: (504) 831-1203