UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CATHY ADAMS, ET AL | : | |
| PLAINTIFFS | : | CIVIL ACTION |
| VERSUS | : | NUMBER: 06-4065 |
| BOH BROS. CONSTRUCTION COMPANY, L.L.C., ET AL | : | SECTION: K |
| DEFENDANTS | : | MAGISTRATE: 2 |

* * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

Pursuant to the Court's call docket Hearing held on January 5, 2007, the court ordered that certain defendants be served. Plaintiff moves for additional time to serve one defendant. Plaintiff's counsel does not believe it is necessary for a hearing and therefore opposing counsel has not been notified.

Respectfully Submitted,

*/s/ A. J. Rebennack*

A. J. Rebennack, Bar No. 18677
Attorney for Plaintiff
2202 Avenue B
Metairie, Louisiana 70001
Telephone: (504) 782-0512
FAX: (504) 831-1203