# *Albert J. Rebennack*

## ATTORNEY AT LAW

2202 Avenue B, Metairie, LA 70001
Ph. 504-782-0512 • Fx. 504-831-1203

January 19, 2007

JUDGE JOSEPH C. WILKINSON, JR.
500 Poydras St.
Room B-409
New Orleans, LA 70130
Phone: 504-589-7630

RE:  *Fellosea Ackerson, et al vs. Bean Dredging, L.L.C., et al*
     Case No.: 06-4066; Section "K" (2)

Dear Judge Wilkinson:

With regard to the above captioned matter the following defendants have been served and filed an answer:

**Bean Dredging, L.L.C.**

**Bean Dredging Corporation**

**C.F. Bean, L.L.C.**

**C.F. Bean Corporation**

**Bean Horizon Corporation**

**Bean Horizon L.L.C.**

**Bean Stuyvesant, L.L.C.**

**Stuyvesant Dredging Company**

**Stuyvesant Dredging, Inc.**

**Stuyvesant Dredging Co., L.L.C.**

**Royal Boskalis Westminster N.V.**

**Gulf Coast Trailing Company**

1100 Poydras Street, Suite 2900 • New Orleans, LA 70163

*Albert J. Rebennack*

ATTORNEY AT LAW

2202 Avenue B, Metairie, LA 70001
Ph. 504-782-0512 • Fx. 504-831-1203

**TLJIC, L.L.C.**

**T.L. James & Company, Inc.**

**T.L. James Marine, Inc.**

**T.L. James Marine, L.L.C.**

**Great Lakes Dredge & Dock Company**

**Great Lakes Dredge & Dock Company, L.L.C. of Louisiana**

**Great Lakes Dredge & Dock Corporation of Delaware**

**NATCO Dredging Limited Partnership**

**Great Lakes Trailing Company**

**Weeks Marine, Inc.**

**Luhr Bros., Inc.**

**Pine Bluff Sand and Gravel Company**

The following have been served and have not filed an answer:

**Mike Hooks Inc- served 8/8/06, no answer**

**Manson Construction Co. – served 8/10/06, filed Motion for Extension on 8/29/06**

**Manson Gulf, LLC – served 8/10/06, filed Motion for Extension on 8/29/06**

**King Fisher Marine Service, Inc. – served 8/8/06, filed Motion for Extension on 9/6/06**

**King Fisher Marine Service, L.P. – served 8/8/06, no answer**

**KFMSGP, L.L.C. – served 8/8/06, no answer**

# Albert J. Rebennack

## ATTORNEY AT LAW

2202 Avenue B, Metairie, LA 70001
Ph. 504-782-0512 • Fx. 504-831-1203

The following has not been able to be served properly:

**Ham Construction Overseas N.V.**

*Mr. Camilo Alcaras is also filing Motion for extension in Aldersen.* (AJR)

Sincerely,

A. J. Rebennack

AJR/mkm

**AL ATER**
**SECRETARY OF STATE**

**HELEN J. CUMBO**
**ADMINISTRATOR**

# STATE OF LOUISIANA
## SECRETARY OF STATE



**COMMERCIAL DIVISION**

**Uniform Commercial Code**
(225) 925-4701
Fax
(225) 922-0452

**Administrative Services**
(225) 925-4704
Fax
(225) 925-4726

**Corporations**
(225) 925-4704
Fax
(225) 922-0435

September 20, 2006

A. J. Rebennack
Attorney at Law
2202 Avenue B
Metairie, LA  70001

Dear Mr. Rebennack:

Fellosea Ackerson, etal vs Bean Dredging, L.L.C., etal

Suit No. 064066

This is to advise that the suit in the above entitled and numbered proceeding which was served on August 08, 2006, mailed on August 09, 2006, to HAM CONSTRUCTION OVERSEAS NV, 51 de Ruyterkade, Willemstad, Curacao, Netherlands, was returned today with the notation "woont niet meer op" (lives no longer on) stamped on the envelope.

If you have another address in which you wish to attempt service, please advise in writing.  You may fax your response to (225)925-4726.

For proper identification, please attach a copy of this letter to all future correspondence in connection with this service.

Sincerely,

Helen J Cumbo

Helen J. Cumbo

CLO

SS301 Rev. 07/05

Mailing Address: P. O. Box 94125, Baton Rouge, LA * 70804-9125
Office Location: 8549 United Plaza, Baton Rouge, LA * 70809
Web Site Address:  www.sos.louisiana.gov

# Albert J. Rebennack

## ATTORNEY AT LAW

2202 Avenue B, Metairie, LA 70001
Ph. 504-782-0512 • Fx. 504-831-1203

January 19, 2007

JUDGE JOSEPH C. WILKINSON, JR.
500 Poydras St.
Room B-409
New Orleans, LA 70130
Phone: 504-589-7630

RE: *Cathy Adams, et al vs. Boh Bros. Construction Company, L.L.C., et al*
Case No.: 06-4065; Section "K" (2)

Dear Judge Wilkinson:

With regard to the above captioned matter the following defendants have been served and filed an answer:

Boh Bros. Construction Company, L.L.C.

Washington Group International, Inc.

Modjeski and Masters, Inc.

B&K Construction Co., Inc.

James Construction Group, L.L.C.

Board of Commissioners for the Orleans Parish Levee District

Eustis Engineering Co., Inc.

Sewerage and Water Board of New Orleans

St. Paul Fire and Marine Insurance Company

# Albert J. Rebennack

## ATTORNEY AT LAW

2202 Avenue B, Metairie, LA 70001
Ph. 504-782-0512 • Fx. 504-831-1203

The following have been served and have not filed answers:

**Virginia Wrecking Company, Inc.** - dismissed

**Gulf Group, Inc. of Florida** - unable to serve, filing Motion for Extension

**C.R. Pittman Construction Company, Inc.** – served 8/7/06,

**Pittman Construction Co. of LA., Inc.** – served 8/10/06,

**Burk-Kleinpeter, Inc.** – served 8/7/06,

**Burk-Kleinpeter, L.L.C.** – served 9/6/06,

**Miller Excavating Services, Inc.** – served 8/7/06,

**Pittman Construction Co., Inc.** – served 8/10/06,

**New Orleans City** – served 8/7/06

Sincerely,

A.J. Rebennack

AJR/mkm