# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Eastern Dist. of LA | 2:05-cv-4182 K |

Short Case Title: _Katrina Canal_  Court Reporter: _____

Date Notice of Appeal Filed by Clerk of District Court: _12/13/06_  Court of Appeals #: _06-31127_ (If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

**A.** Complete one of the following:
- ☐ No hearings
- ☒ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
  Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
  Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
  Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
|  |  |  |

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

**B.** This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature: _[signature]_  Date Transcript Ordered: _1/22/07_

Print Name: _Ashton R. Dwyer Jr._  Counsel for: _Appellants_

Address: _[illegible] New Orleans, LA_  Telephone: _[illegible]_

ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

\* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____ Process
X       Dktd
_____ CtRmDep
_____ Doc. No.

Date _____  Signature of Court Reporter _____

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I