

# THE CALUDA LAW FIRM

ATTORNEY AT LAW • NOTARY PUBLIC

ROBERT J. CALUDA*
*A PROFESSIONAL LAW CORPORATION

3232 EDENBORN AVENUE • METAIRIE, LOUISIANA 70002

TELEPHONE (504) 586-0361
FAX (504) 522-5161
e-mail: rcaluda@rcaluda.com
website: rcaluda.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 25 PM 1: 02
LORETTA G. WHYTE
CLERK

January 22, 2007

Clerk of the Court, Loretta G. Whyte
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, Louisiana 70130

Re: Katrina Canal Breaches Litigation
USDC No: 05-4182, "K" (2)

Pertains to Levee Brock, No.06-4931, "K" (2)

Dear Ms. Whyte:

Please find enclosed one (1) Return of Service for the City of New Orleans relative to the above captioned matter. As you can see this return was previously filed into the record on or about September 11, 2006 and is listed as document 1119 in the Katrina Canal Breaches Litigation. We are asking that it be re-filed in response to Magistrate Wilkinson's Order after the call docket held on January 5, 2007 along with the attached letter to defense counsel for the City of New Orleans.

I respectfully request that you file same into the records of your Court. I attempted to register Mr. Caluda for the e-filing training session but the attorney classes are booked through June, 2007 and I have had no response to my e-mail from ECF Help Desk. I am scheduled to attend the training class on April 25, 2007. It is my understanding that the attorneys not presently trained in e-filing are still allowed to file paper documents.

Thank you for your assistance in this matter.

Sincerely,

THE CALUDA LAW FIRM

Stephanie P. Hotard
Paralegal

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____

SPH/afs
Enclosures

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA

**RETURN**

EMMA BROCK, ET AL

v.

BOH BROS. CONSTRUCTION COMPANY, LLC, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-4931 SECT. K MAG. 2

2006 SEP 11 PM 12:23
LORETTA G. WHYTE
CLERK
RECEIVED
DISTRICT COURT
ST DISTRICT OF LA

TO: (Name and address of defendant)

THE CITY OF NEW ORLEANS, THROUGH MAYOR RAY NAGIN

1300 PERDIDO STREET

NEW ORLEANS, LA 70112

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT J. CALUDA, # 3804
3232 EDENBORN AVENUE
METAIRIE, LA 70002

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                           AUG 28 2006

CLERK                                                      DATE

_(signature)_
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | Sept 6, 2006 |
| Name of SERVER (PRINT)  CHARLES VICKNAIR | TITLE  [signature] |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: DETRICH HEBERT

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $10.00 | $25.00 | $35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 6, 2006
       Date

Signature of Server: [signature]

4016 COLORADO AVE
KENNER, LA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# THE CALUDA LAW FIRM

ATTORNEY AT LAW • NOTARY PUBLIC

ROBERT J. CALUDA*
*A PROFESSIONAL LAW CORPORATION

3232 EDENBORN AVENUE • METAIRIE, LOUISIANA 70002

TELEPHONE (504) 586-0361
FAX (504) 522-5161
e-mail: rcaluda@rcaluda.com
website: rcaluda.com

January 7, 2006

James B. Mullaly, Esq.
City of New Orleans Law Department
1300 Perdido Street, 5th Floor East
New Orleans, LA 70112

Re:   Emma Brock, et al v. Boh Bros. Construction Co., LLC, et al
      USDC # 06-4931 "K" (2)

      Josephine Richardson v. Boh Bros. Construction Co., LLC, et al
      USDC # 06-8708, "K" (2)

Dear Mr. Mullaly:

Please be advised that Magistrate Judge Wilkinson held a call docket this morning to determine who has been served, answered and/or made any type of appearance in the various Katrina lawsuits that have been filed.

In Brock, you were served 9/6/06 and filed a Motion for Extension of Time on 9/18/06. That extension has long since passed and your answer is due by January 22, 2007 per Magistrate Wilkinson's order.

In Richardson, you were served on 9/26/06 and have yet to make any appearance at all. Again per Magistrate Wilkinson's order your answer is due by January 22, 2007.

Magistrate Judge Wilkinson further ordered that we advise you to "get on the stick" and get your answers filed in the various lawsuits pending in which you client has been named a defendant.

Sincerely,

THE CALUDA LAW FIRM

Robert J. Caluda

RJC/sph