UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATRINA CANAL BREACH CONSOLIDATION LITIGATION

COLLEEN BERTHELOT ET AL                    CIVIL ACTION

VERSUS                                     DOCKET NO. 05-4182
                                           Consolidated with 06-7771


BOH BROTHERS CONSTRUCTION CO., LLC ET AL    SECTION: K
                                            MAGISTRATE: 2

## WITNESS LIST AND EXHIBIT LIST

Plaintiff, Larry D. Knight and his wife, Ivory Butler Knight, submits this witness and exhibit list pursuant to the Court's Order.

## EXPERT WITNESS LIST

1. Don Rauch – contractor

    3605 Lake Aspen North Drive
    Gretna, Louisiana 70056
    (504) 236-0655

2. Loyal J. Walker, Sr. – contractor

    Walker Construction

    7262 Bunkerhill Road

    New Orleans, Louisiana 10127

## WITNESS LIST

1. Larry D. Knight – plaintiff

P.O. Box 56156

New Orleans, Louisiana 70156

(504) 452-0127

2.  Ivory Butler – plaintiff

P.O. Box 56156

New Orleans, Louisiana 70156

(504) 452-0127

3.  William Fisher, Jr. - agent

4. Allstate adjusters / Representatives:

(a)     Angela Ezell

(b)     Paul Martin

(c)     Charles R. Boren

(d)     Janet Nesmith

(e)     Michelle Gack

(f)     Gary Miller

(g)     Tim Robertson

(h)     Gary Miller

(i)     Matthew Wilkinson

(j)     Darrell Williams

(k)     Jason Morgan

      (l)     Rita Henderson

5.  Allstate employee on any expert report

6.  all claim agents, adjusters, contractors, etc. of defendants that have had anything to do with plaintiff's claim.

7.  all persons employed, hired, or retained by defendant including but not limited to claim agents, adjusters, contractors by the defendant that had anything to do with this claim.

8.  supervisory personnel of the defendant to discuss claims handling, manual, and underwriting protocol that can testify to those exhibits listed in number #4-17.

Plaintiff reserves the right to alter or supplement this response.

## EXHIBIT LIST

1.  Homeowner's insurance policy #015825414, issued by Defendant to Plaintiff, and all endorsements, amendments, and declarations relating thereto.

2.  All documents reflecting or relating to communications between Plaintiff or Plaintiff's agents and Defendant and its agents that relate in any way to Plaintiff's claim.

3.  All documents that relate to the adjustment, inspection or payment of Plaintiff's claim at issue in this litigation, including, but not limited to photographs, engineering reports and adjuster reports.

4.  All documents relating to the repair or replacement of damage or loss caused to the property located at 4817 Babylon Street, New Orleans, Louisiana 70126 as a result of Hurricane Katrina, including, but not limited to invoices, bills, receipts, cancelled checks, and estimates.

5.  Don Rauch's expert report

6.  List of personal contents

3

7.  photographs of damaged property address (35 in global)

8.  underlying claim file, correspondence, notes, records, emails, reports, etc. and other documents regarding and/or related to the processing, adjustment, payment and/or denial of the claim

9.  Any and all claims handling manuals or guidelines, including additions, deletions and other revisions from previous versions and any other materials used to train claims handlers for use in handling claims of Hurricane Katrina and Rita.

10. Any and all underwriting manuals, handbooks, guidelines, directives, instructions issued to agent(s) regarding protocol in selling insurance.

11. The underwriting file for plaintiff's policy and other underwriting information relating to the risk management and/or rate setting for the policy.

12. Personnel files of employees or agent(s) involved in processing payments, or denial or payment of this claim, including but not limited to information on training, merit-based promotions or demotions, and reprimands.

13. Any investigative reports, estimates of damage dealing with this claim, including any videos and photos, not included in the claim file.

14. Any and all information regarding loss reserves for plaintiff's claim, including but not limited to letters, charts, tables, e-mails, and memoranda, and daily claim reports showing the highest and lowest reserve set for the claim.

15. Any and all engineering reports obtained, including but not limited to building,

mechanical, technical, and construction reports, both used and unused, in determining coverage for the subject loss.

16. All adjuster reports or memos, including drafts and notes, or other documents evidencing any information relied upon in the adjustment of this claim.

17. Copies of all checks or payment receipts issued for adjusters or other technical, trade or expert work relating to plaintiff's claim.

18. Any agreement, treaty or insurance protocol by which any reinsurers, co-insurers or any other entity has been, or may be, responsible for all, or part of, the claim made in this cause.

19. All indemnity or insurance agreement(s) under which any person or entity may be liable to satisfy part or all of a judgment rendered in this action or to indemnity or reimburse anyone for payments made to satisfy a judgment in this cause.

20. All complete, certified copies of plaintiff's insurance policies which apply to this lawsuit.

21. All adjustment documents, including but not limited to any underwriting information or documents and any information on documents reflecting a wind versus flood percentage if relied upon by the insurer in adjusting this claim or adjustment reports or documents concluding that a peril other than water, flood or storm surge was the cause of loss to covered property of other insureds within a specific area around plaintiff's property.

22. Walker Construction's Expert's Report

23. Expenses and receipts for replacement and/or original property

24. Any and all Bid proposals

Discovery is ongoing and incomplete, therefore, plaintiff, Benny Pritchett, reserves all rights to supplement any and all responses to plaintiff's list of witnesses, experts, and any exhibits or demonstrative evidence to be used at trial.

Respectfully Submitted,

**DAVID L. COLVIN & ASSOCIATES**
**A Professional Law Corporation**

_/s/ David L. Colvin_____
**DAVID L. COLVIN** (Bar No. 4353)
**SCOTT A. GLENDENING** (Bar No.  28049)
230 Huey P. Long Avenue
Gretna, Louisiana 70053
Telephone: (504) 367-9001
Facsimile:  (504) 367-0650
Attorneys for Plaintiffs,
Larry D. Knight and his wife, Ivory Butler Knight

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2007, I electronically filed the foregoing with the Clerk of Court the using the CM/ECF system which will send a notice of electronic filing to the following:

**Christopher P. Lawler**
4608 Rye Street, Suite 200
Metairie, Louisiana 70006
jdonovan@donovanlawler.com