UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182"K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE (06-8845) | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RESPONSE TO PLAINTIFF'S MOTION TO REMAND

Defendant, American Southern Home Insurance Company ("American Southern"), respectfully submits this brief response to plaintiff's Motion to Remand.

Although plaintiff did not specifically plead that the amount in controversy is less than the jurisdictional amount, it is apparent based upon plaintiff's Motion to Remand [Dock. No. 2167], and Exhibits "A" and "B" thereto, that plaintiff's claim does not exceed $75,000 exclusive of interest and costs. It does not appear from Pacer, however, that Exhibits "A" and "B" were filed into the record of this action. Exhibit "A" is the Affidavit of plaintiff, Kerr S. Howell, attesting that he does not and will not seek recovery in excess of $75,000 in this matter. And Exhibit "B" is a Stipulation to that same effect. Because American Southern's consent to

NO MAW 135275 v1
2902280-000008

remand is based upon the Affidavit and Stipulation of plaintiff, American Southern wants to make certain that these two Exhibits to plaintiff's Motion to Remand are in the record.

Accordingly, in conjunction with and as a predicate for the attached Consent Order of Remand, American Southern re-submits plaintiff's Affidavit and Stipulation with respect to the amount in controversy, attached hereto as Exhibits "A" and "B," respectively. American Southern does not oppose plaintiff's motion, and consents to the remand of this action to the Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

BY: /s Matthew A. Woolf
MATTHEW A. WOOLF (#27146)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR AMERICAN SOUTHERN HOME INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to counsel for all parties by operation of the court's electronic filing system. Notice of this filing will be sent via facsimile to all counsel not appearing on the CM/ECF system.

/s Matthew A. Woolf
MATTHEW A. WOOLF

NO MAW 135275 v1
2902280-000008