UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.  05-4182"K" (2) |
| | * | JUDGE DUVAL |
| PERTAINS TO: | * | MAG. WILKINSON |
| INSURANCE  (06-8845) | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT ORDER OF REMAND

Considering the Affidavit of Kerr S. Howell and Stipulation that recoverable damages shall not exceed $75,000, and it appearing from the Affidavit and Stipulation that the amount in controversy does not satisfy the requisite jurisdictional amount, and that this Court does not, therefore, have subject matter jurisdiction over this case;

IT IS HEREBY ORDERED that Plaintiff's Motion to Remand is GRANTED;

IT IS FURTHER ORDERED that this matter be and hereby is remanded to Civil District Court for the Parish of Orleans, State of Louisiana, for further proceedings.

THUS DONE AND SIGNED in Chambers at New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE