# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO. 06-9171                                                   DIVISION "J"

**KERR S. HOWELL**
**VS.**
**AMERCIAN SOUTHERN HOME INSURANCE COMPANY**

FILED: _____     _____
                                    DEPUTY CLERK

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. BERNARD

BEFORE ME, the undersigned authority, personally came and appeared:

### KERR S. HOWELL

a person of the full age of majority and a domiciliary of the Parish of St. Bernard, State of Louisiana, who, after being duly sworn by me did depose and state that:

I have authorized my attorney to file a stipulation in the above captioned matter acknowledging that the amount of damages that may be recovered in the case at hand are equal to or less than $75,000.00 exclusive of interest and costs.

I further acknowledge that I will not assert a claim in any other Court for the damages alleged herein in excess of $75,000.00 exclusive of interest and costs.

I further acknowledge that the damages that I have sustained are in fact equal to or less than $75,000.00 exclusive of interest and costs.

_____
KERR S. HOWELL

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6th DAY
OF December, 2006.

_Debra M. Barousse_
NOTARY PUBLIC  #39227
Debra M. Barousse

EXHIBIT A