UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KERR S. HOWELL, | * | CIVIL ACTION NO. |
| Plaintiff | * | |
| | * | SECTION |
| VS. | * | |
| | * | JUDGE |
| AMERICAN SOUTHERN HOME | * | |
| INSURANCE COMPANY, | * | MAG. JUDGE |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION

NOW INTO COURT COMES, Kerr Howell, through the undersigned counsel of record, who respectfully represents:

It is stipulated herein by the plaintiff in this action that the amount of damages that may be recovered in the case at hand be limited to $75,000.00 exclusive of interest and costs.

RESPECTFULLY SUBMITTED,

_____
ALAN G. BOUTERIE, 16822
200 Commercial Square, Suite D
Slidell, LA 70461
(985) 641-9002

EXHIBIT B