## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | JUDGE: DUVAL |
| LEVEE, CASE NUMBER: | * | |
| LeDUFF– 06-5260 | * | MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS DEFENDANT STATE OF LOUISIANA, THROUGH THE DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant State of Louisiana, through the Department of Transportation and Development, who respectfully requests that the plaintiff's complaint against it be dismissed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for the following reason:

The State of Louisiana, through the Department of Transportation and Development, is entitled to sovereign immunity from this suit in Federal Court.

**WHEREFORE**, defendant State of Louisiana, through the Department of Transportation and Development, respectfully prays that it be dismissed from the suit at plaintiff's cost.

                    Respectfully submitted,

                    **CHARLES C. FOTI, JR.**
                    **ATTORNEY GENERAL**

**BY**:   ___s/ *Michael C. Keller*_____
                    **MICHAEL C. KELLER (#20895) (T.A.)**
                    **PHYLLIS E. GLAZER (# 29878)**
                    **STEPHEN F. BABIN (#2634)**
                    **ASSISTANT ATTORNEYS GENERAL**

                    **DEPARTMENT OF JUSTICE**
                    **LITIGATION DIVISION**
                    601 Poydras Street, Suite 1725
                  New Orleans, Louisiana 70130
                  Telephone No.    504-599-1200
                  Facsimile No.    504-599-1212
                  Email:    KellerM@ag.state.la.us
                              GlazerP@ag.state.la.us
                              BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** that on *January 30, 2007*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will provide service to a*ll counsel of record*.

                       */s/Michael C. Keller*
                    **MICHAEL C. KELLER**