UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | JUDGE: DUVAL |
| LEVEE, CASE NUMBER: | * | |
| O'Dwyer – 06-5786 | * | MAG. JUDGE: WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS DEFENDANTS STATE OF LOUISIANA,
STATE AGENCIES AND STATE OFFICERS FOR
FAILURE TO TIMELY REQUEST SERVICE OF PROCESS**

**NOW INTO COURT**, through undersigned counsel, come defendants State of Louisiana, Governor Kathleen Blanco, State of Louisiana, through the Department of Transportation and Development (DOTD), Johnny Bradberry, Secretary of DOTD, State of Louisiana, through the Department of Public Safety and Corrections (DPSC), and Richard Stalder, Secretary of DPSC ("Moving Defendants" or "State Defendants" *in globo*) appearing specially and for the sole purpose of contesting service of process. Without submitting to the jurisdiction of

1

this Honorable Court and without waiving any available defenses, state defendants herein request this Honorable Court to dismiss them from this suit due to the failure of the plaintiffs to timely request service of process as follows:

1.

The plaintiffs filed suit in Civil District Court for the Parish of Orleans on August 24, 2006, naming the State of Louisiana, Governor Kathleen Blanco, DOTD, Secretary Johnny Bradberry, DPSC, and Secretary Richard Stalder, as defendants.  The petition contained no service instructions.

2.

The lawsuit was removed by B&K Construction, another defendant.

3.

Timeliness of the plaintiffs' request for service of process is determined in accordance with Louisiana law even though the case is now in federal court.

4.

La. R.S. 13:5107(D) explicitly requires a plaintiff to request service of process on the State of Louisiana, its agencies and officers within ninety (90) days of commencement of the suit.

5.

The plaintiffs requested service of process, one-hundred thirty-nine (139) days after filing suit, on January 11, 2007. Rec. Doc. 2816.

**WHEREFORE**, the moving defendants pray that their motion be granted and the claims against them dismissed for failure of the plaintiffs to timely request service of process.

Respectfully submitted,

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

**BY**: ___s/ *Michael C. Keller*_____
**MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
STEPHEN F. BABIN (#2634)
ASSISTANT ATTORNEYS GENERAL**

DEPARTMENT OF JUSTICE
LITIGATION DIVISION
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.    504-599-1200
Facsimile No.    504-599-1212
Email:    KellerM@ag.state.la.us
          GlazerP@ag.state.la.us
          BabinS@ag.state.la.us

### CERTIFICATE OF SERVICE

**I CERTIFY** that on *January 30, 2007*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will provide service of process to *All Counsel of Record*.

/s/ *Michael C. Keller*
**MICHAEL C. KELLER**