## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL | * | CIVIL ACTION |
| BREACHES CONSOLIDATED | * | |
| LITIGATION | * | NUMBER 05-4182 "K"(2) |
| | * | |
| *PERTAINS TO:* | * | JUDGE: DUVAL |
| LEVEE, CASE NUMBER: | * | |
| O'Dwyer – 06-5786 | * | MAG. JUDGE: WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**TO: ALL COUNSEL OF RECORD**
      *VIA CM/ECF*

**PLEASE TAKE NOTICE,** that the undersigned will bring the foregoing motion for hearing before Judge Stanwood Duval, District Judge for the Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the *28th* day of *February*, 2007, at 10:00 A.M.

Respectfully submitted,

**CHARLES C. FOTI, JR.
ATTORNEY GENERAL**

**BY**:   s/ *Michael C. Keller*
**MICHAEL C. KELLER (#20895) (T.A.)
PHYLLIS E. GLAZER (# 29878)
STEPHEN F. BABIN (#2634)
ASSISTANT ATTORNEYS GENERAL**

**DEPARTMENT OF JUSTICE
LITIGATION DIVISION**
601 Poydras Street, Suite 1725
New Orleans, Louisiana 70130
Telephone No.    504-599-1200
Facsimile No.    504-599-1212
Email:    KellerM@ag.state.la.us
             GlazerP@ag.state.la.us
             BabinS@ag.state.la.us

## CERTIFICATE OF SERVICE

**I CERTIFY** that on *January 30, 2007*, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will provide service of process to *All Counsel of Record*.

   */s/Michael C. Keller*
**MICHAEL C. KELLER**