UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES        CONSOLIDATED LITIGATION, | ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br>MAG. WILKINSON |
| Pertains to:  MRGO, *Anderson* (06-5162) | | |

**DEFENDANT UNITED STATES' REQUEST FOR HEARING
ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION
[FRCP 12(b)(1)]**

Comes now the United States of America and requests a hearing on its motion to dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1) on Friday, March 23, 2007.

Dated: January 30, 2007

        Respectfully submitted,

            PETER D. KEISLER
            Assistant Attorney General

            JIM LETTEN
            United States Attorney

            s/Sharon K. Shutler
            SHARON K. SHUTLER
            Trial Attorney
            U.S. Department of Justice
            Torts Branch, Civil Division
            P.O. Box 14271
            Washington, D.C.  20044-4271
            Telephone:  (202) 616-4046
            Facimile:     (202) 616-4159
            Sharon.shutler@usdoj.gov

<u>Certificate of Service</u>

    I do hereby certify that I have on this 30th day of January, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

            /s/ Sharon K. Shutler