**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


In Re:  KATRINA CANAL BREACHES   )
      CONSOLIDATED LITIGATION,   )     CIVIL ACTION
      )
      )     NO. 05-4182 "K" (2)
      )
Pertains to:  MRGO, *Russell* (06-5155)   )    JUDGE DUVAL
      )    MAG. WILKINSON
      )


**DEFENDANT UNITED STATES' REQUEST FOR HEARING**
**ON MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
**[FRCP 12(b)(1)]**

Comes now the United States of America and requests a hearing on its motion to

dismiss Plaintiff's action for lack of subject matter jurisdiction, pursuant to Federal Rule of

Civil Procedure 12(b)(1) on March 23, 2007.

Dated: January 30, 2007

1

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JIM LETTEN
United States Attorney


s/Sharon K. Shutler
SHARON K. SHUTLER
Trial Attorney
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, D.C.  20044-4271
Telephone:  (202) 616-4046
Facsimile:    (202) 616-4159
Sharon.shutler@usdoj.gov


Certificate of Service

I do hereby certify that I have on this 29th day of January, 2007 served a copy of the foregoing pleading on counsel of all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.


/s/ Sharon K. Shutler