UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLLEEN MOONEY | * CIVIL ACTION |
| Plaintiffs | * NO. |
| | * SECTION "  " |
| VERSUS | |
| | * JUDGE |
| STATE FARM FIRE AND CASUALTY COMPANY AND CHARLES LAGARDE | * MAGISTRATE |
| Defendants | |

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF JEFFERSON

Personally appeared before me, the undersigned authority notary, Kerry Babin sworn, deposes and says, as follows:

1.

I, Kerry Babin, am a person of the full age of majority and have been employed by defendant State Farm Fire and Casualty Company ("State Farm") for 26 years. I currently occupy the position of Claim Section Manager.

**EXHIBIT A**

83431 lv.1

2.

I have first hand knowledge of the facts contained within this declaration and am competent to testify thereto.

3.

As part of my responsibilities as a Section Manager, I oversee the handling of claims presented to State Farm under homeowners policies written by State Farm and flood policies serviced by State Farm that are written by the federal government.

4.

I have reviewed the Plaintiff's State Farm Hurricane Katrina-related homeowners and flood claim files for Plaintiff's property at 6459 Colbert Street, New Orleans, Louisiana. I also have reviewed the Plaintiff's flood claim file for the property at the same address. State Farm issued Plaintiff's homeowners policy for the Colbert Street property in 1995. At the time Hurricane Katrina struck, the coverage limits under the Plaintiff's State Farm homeowners policy for the property at 6459 Colbert Street, New Orleans, Louisiana were $155,848 for the dwelling, $15,585 for a dwelling extension, and $116,886 for personal property contents. Plaintiff was paid approximately $20,576 in benefits under the homeowners policy.

5.

State Farm issued Plaintiff's Standard Flood Insurance Policy for the property at 6459 Colbert Street, New Orleans, Louisiana in 1995. At the time Hurricane Katrina struck, the coverage limits under the Plaintiff's Standard Flood Insurance Policy for the property at 6459

- 3 -

Colbert Street, New Orleans, Louisiana were $192,500 for the building and $35,800 for personal contents. Plaintiff was paid $223,300 in benefits under this flood claim.

_____
Kerry Babin

Sworn and subscribed to before me on
this the 12th day of October 2006.

_____
Notary Public

Lee W. Scharff
State of Louisiana - Notarial I.D. No. 21565
My commission is issued for life