**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANAL BREACHES**                              **CIVIL ACTION**
**CONSOLIDATED LITIGATION**

                                                              **NO. 05-4182**

**PERTAINS TO:**                                              **SECTION "K" (2)**
*Chetelain*, C.A. No. 06-8789

## ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 2131), wherein Plaintiff contends that the amount in controversy requirement is not met for the purposes of exercising subject matter jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has previously addressed the amount in controversy requirement in the context of a motion to remand in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed Aug. 28, 2006). In *Rush*, the Court held that if it is not facially apparent from the state court pleading that the amount in controversy exceeds $75,000, then the defendant must show by a preponderance of evidence that such is the case. *Id.*, at p. 6.

Here, it is not apparent from the face of the petition that the amount in controversy exceeds $75,000, and Defendant offers no evidence to support its allegation that the amount in controversy requirement is met. Therefore, the Court finds that removal was improper and jurisdiction does not exist under 28 U.S.C. § 1332.

Defendant also removed the action maintaining that subject matter jurisdiction exists over the proceeding under 28 U.S.C. §§ 1369 and 1441(e)(1)(B). This Court as well as other courts of this district have held that Hurricane Katrina is not a "single accident" under the Multiparty, Multiforum Trial Jurisdiction Act ("MMTJA"). For the reasons set forth in *Flint v.*

*Louisiana Farm Bureau Mut. Ins. Co.*, 2006 WL 2375593 (E.D. La. Aug. 15, 2006) and *Johnson v. State Farm Fire & Cas. Co.*, No. 06-6248, (E.D. La. Nov. 28, 2006), the Court finds that Plaintiff's motion has merit. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 2131) is **GRANTED** and the action is **REMANDED** to state court.

New Orleans, Louisiana, on this 26th day of January, 2007.

 

 

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**