UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES * | | CIVIL ACTION |
| | CONSOLIDATED LITIGATION * | | |
| | _____ * | | NO. 05-4182 "K"(2) |
| | * | | |
| PERTAINS TO LEVEE: | 06-5131 (Bourgeois) * | | JUDGE DUVAL |
| | * | | |
| | * | | MAG. WILKINSON |

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to for Dismissal Under Rule 12(b)(6), filed by the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the 23rd day of March, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard.

1

Respectfully submitted,

**FRILOT, PARTRIDGE, L.C.**


s/ MICHAEL R. PHILLIPS
**PATRICK A. TALLEY, JR. (#1616)**
**MICHAEL R. PHILLIPS (#21020)**
**CARL E. HELLMERS, III (#25705)**
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of January, 2007 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

s/ MICHAEL R. PHILLIPS