# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| | **CONSOLIDATED LITIGATION** | * | |
| | | * | **NO. 05-4182 "K"(2)** |
| | | * | |
| **LEVEE CASES** | | * | |
| | | * | **JUDGE DUVAL** |
| **PERTAINS TO:  06-5131 (Bourgeois)** | | * | |
| | | * | **MAG. WILKINSON** |

## <u>ORDER</u>

**Considering the foregoing** Motion to Dismiss pursuant to Rule 12(b)(6) on behalf of BNSF Railway Company;

IT IS HEREBY ORDERED that all claims asserted against the BNSF Railway Company f/k/a the Burlington Northern and Santa Fe Railway Company, are hereby dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE