UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: KATRINA CANAL BREACHES         *        CIVIL ACTION
CONSOLIDATED LITIGATION               *        NO. 05-4182 "K" (2)
                                      *        JUDGE DUVAL
                                      *        MAG. WILKINSON
PERTAINS TO ST. RITA:                 *
                                      *
Alfonso (06-9641)                     *
Aliff (06-9642)                       *
Alonzo (06-8759)                      *
Anguzza (06-9038)                     *
Beatmann (06-8947)                    *
Bell (06-9037)                        *
Berthelot (06-8810)                   *
Bracklein (06-7633)                   *
Conlon (06-9321)                      *
Cousins (06-9193)                     *
Darsam (06-9569)                      *
DePascual (06-8982)                   *
Dorand (06-9191)                      *
Franz (06-10426)                      *
Frischhertz (06-8821)                 *
Gallodoro (06-9206)                   *
Gonzales (06-8972)                    *
Herzog (06-8992)                      *
Hubert (06-8219)                      *
Johnson (06-7400)                     *
Kenney (06-7355)                      *
Kramer (06-7457)                      *
Lepine (06-8881)                      *
Lewis (06-8107)                       *
Lopez (07-0269)                       *
Lott (06-9236)                        *
Montalbano (06-8963)                  *

1

| | |
|---|---|
| **Morales (06-5962)** | * |
| **Mullins (06-7802)** | * |
| **Poissenot (06-7858)** | * |
| **Rodrigue (06-6639)** | * |
| **Sanderson (06-8731)** | * |
| **Thedy (06-8106)** | * |
| **Thomason (06-9192)** | * |
| **Verges (06-8731)** | * |
| **Vidrios (06-10790)** | * |
| **Wagner (06-8761)** | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 12(b)(6) MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM
## UPON WHICH RELIEF CAN BE GRANTED

Third-Party Defendant, Lake Borgne Basin Levee District, moves this Honorable Court to dismiss the Third-Party Demands of Third-Party Plaintiff, Buffman, Inc., a Louisiana Business Corporation d/b/a St. Rita's Nursing Home, on the basis that the Third-Party Demands fail to state a claim upon which relief can be granted.  For the sake of judicial efficiency, and because the Lake Borgne Basin Levee District's Rule 12(b)(6) Motions in all of the cases cited hereinabove are based upon the exact same set of facts and law, one Motion is being filed herein, as recommended by Liaison Counsel, rather than the filing of separate Motions in each of the 37 cases.

**WHEREFORE**, Third-Party Defendant, Lake Borgne Basin Levee District, prays that the Third-Party Demands of Third-Party Plaintiff, Buffman, Inc., A Louisiana Business Corporation d/b/a St. Rita's Nursing Home, be dismissed with prejudice in all of the cases cited hereinabove for the reasons more fully set forth in the attached Memorandum.

2

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK**

s/ Lawrence J. Duplass

LAWRENCE J. DUPLASS (#5199)
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
ATTORNEY FOR THIRD-PARTY DEFENDANT,
LAKE BORGNE BASIN LEVEE DISTRICT


## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.


s/ Lawrence J. Duplass
_____
LAWRENCE J. DUPLASS
lduplass@duplass.com

3