# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| **PERTAINS TO ST. RITA:** | * | |
| | * | |
| **Alfonso (06-9641)** | * | |
| **Aliff (06-9642)** | * | |
| **Alonzo (06-8759)** | * | |
| **Anguzza (06-9038)** | * | |
| **Beatmann (06-8947)** | * | |
| **Bell (06-9037)** | * | |
| **Berthelot (06-8810)** | * | |
| **Bracklein (06-7633)** | * | |
| **Conlon (06-9321)** | * | |
| **Cousins (06-9193)** | * | |
| **Darsam (06-9569)** | * | |
| **DePascual (06-8982)** | * | |
| **Dorand (06-9191)** | * | |
| **Franz (06-10426)** | * | |
| **Frischhertz (06-8821)** | * | |
| **Gallodoro (06-9206)** | * | |
| **Gonzales (06-8972)** | * | |
| **Herzog (06-8992)** | * | |
| **Hubert (06-8219)** | * | |
| **Johnson (06-7400)** | * | |
| **Kenney (06-7355)** | * | |
| **Kramer (06-7457)** | * | |
| **Lepine (06-8881)** | * | |
| **Lewis (06-8107)** | * | |
| **Lopez (07-0269)** | * | |
| **Lott (06-9236)** | * | |
| **Montalbano (06-8963)** | * | |

1

| | |
|---|---|
| **Morales (06-5962)** | * |
| **Mullins (06-7802)** | * |
| **Poissenot (06-7858)** | * |
| **Rodrigue (06-6639)** | * |
| **Sanderson (06-8731)** | * |
| **Thedy (06-8106)** | * |
| **Thomason (06-9192)** | * |
| **Verges (06-8731)** | * |
| **Vidrios (06-10790)** | * |
| **Wagner (06-8761)** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:  Third Party Plaintiff, Buffman, Inc.,
     A Louisiana Business Corporation d/b/a St. Rita's Nursing Home,
     Through its Attorney of Record
     James A. Cobb, Jr.
     Susan E. Henning
     Emmett, Cobb, Waits & Henning
     1515 Poydras Street, Suite 1950
     New Orleans, LA  70112

PLEASE TAKE NOTICE that Third-Party Defendant, Lake Borne Basin Levee District, will bring on for hearing its 12(b)(6) Motion to Dismiss the Third-Party Demand of Third-Party Plaintiff, Buffman, Inc., A Louisiana Business Corporation d/b/a St. Rita's Nursing Home, against Third-Party Defendant, Lake Borgne Basin Levee District, on the 23rd day of March, 2007 at 9:30 a.m.

Respectfully submitted,

*DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK*

s/ Lawrence J. Duplass

LAWRENCE J. DUPLASS (#5199)
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Facsimile: (504) 837-3119
lduplass@duplass.com
ATTORNEY FOR THIRD-PARTY DEFENDANT,
LAKE BORGNE BASIN LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by depositing a copy in the United States mail, properly addressed and postage prepaid.

s/ Lawrence J. Duplass
_____
LAWRENCE J. DUPLASS
lduplass@duplass.com