# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | CIVIL ACTION NO.  05-4182 |
| | SECTION: K |
| | JUDGE STANWOOD R. DUVAL, JR. |
| **PERTAINS TO:** | MAGISTRATE: 2 |
| **INSURANCE:  06-10499 (Weese)** | MAG. JOSEPH C. WILKINSON, JR. |

## AFFIDAVIT OF ROBERTA RATTARY IN SUPPORT OF NOTICE OF REMOVAL

Roberta Rattary, being duly sworn, deposes and states as follows:

1.      I am an Underwriter with Massachusetts Bay Insurance Company ("MBIC" or "Massachusetts Bay").  I make this affidavit based upon MBIC's business records, with which I am personally familiar.

2.      Massachusetts Bay is a corporation organized under the laws of New Hampshire with its principal place of business in Massachusetts.

3.      Massachusetts Bay's records reflect that the policy issued to Darren Weese on or about February 12, 2005, insurance policy number HVO 7782925 (the "Policy"), was "new

business," which means that Massachusetts Bay had not previously issued an insurance policy to this insured at this location.  For policies that are "new business," Massachusetts Bay sends the policy directly to the insured.

4.    MBIC's records reflect that the Policy was released to be issued and sent by mail to the insured on February 11, 2005.


*Roberta Rattary*
Roberta Rattary


Sworn to and Subscribed before me
this _26_ day of January, 2007.

*Charlotte J. Collins*
Notary Public

CHARLOTTE T. COLLINS
MY COMMISSION EXPIRES
AUGUST
8
2009
DEKALB CO., GA.
NOTARY PUBLIC

- 2 -