UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
        CONSOLIDATED LITIGATION
                                         NO. 05-4182 "K" (2)

PERTAINS TO:  ALL LEVEE                  JUDGE DUVAL
                                         MAG. WILKINSON

## **ORDER**

At the request of Hugh Lambert, counsel for plaintiffs, by letter filed separately in the record, a discovery conference will be conducted before the undersigned magistrate judge on **Thursday, February 1, 2007 at 2:00 p.m.**  Counsel may participate in person or by telephoning my office at 504-589-7630 at the designated time.

New Orleans, Louisiana, this  30th  day of January, 2007.

                              JOSEPH C. WILKINSON, JR.
                              UNITED STATES MAGISTRATE JUDGE

cc:  HON. STANWOOD R. DUVAL, JR.