**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (Sims, Jr., No. 06-5116; DePass, No. 06-5127; Paul, No. 06-7682)<br><br>LEVEE/MRGO (Richard, No. 06-5118; Adams, No. 06-5128; Bourgeois, No. 06-5131; Ferdinand, No. 06-5132; Christophe, No. 06-5134; Williams, No. 06-5137; Porter, No. 06-5140; Augustine, No. 06-5142) | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

**MOTION OF DEFENDANT BOARD OF COMMISSIONERS OF THE PORT OF NEW ORLEANS TO DISMISS PURSUANT TO RULE 12(b)(6) FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**MAY IT PLEASE THE COURT:**

NOW INTO COURT, through undersigned counsel, comes, Defendant, Board of Commissioners of the Port of New Orleans, who, for the reasons set forth more fully in the accompanying Memorandum in Support, respectfully moves this Honorable Court, pursuant to Fed.R.Civ.P. 12(b)(6), to dismiss all of

1

the claims asserted by Plaintiffs against it in the above-captioned matters, as Plaintiffs' Complaints fail to state a claim upon which relief can be granted.

Respectfully submitted, this 31st day of January, 2007.

                DAIGLE FISSE & KESSENICH, PLC

BY:   /s/ J. Fredrick Kessenich
        J. FREDRICK KESSENICH (7354)
        JONATHAN H. SANDOZ (23928)
        MICHAEL W. MCMAHON (23987)
        JON A. VAN STEENIS (27122)
        KIRK N. AURANDT (25336)
        P. O. Box 5350
        Covington, Louisiana 70434-5350
        Telephone: 985/871-0800
        Facsimile: 985/871-0899
        Attorneys for Defendant, Board of
        Commissioners of the Port of New
        Orleans

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 31st day of January, 2007.

                /s/ J. Fredrick Kessenich
                J. FREDRICK KESSENICH