UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>LEVEE (Sims, Jr., No. 06-5116; DePass, No. 06-5127; Paul, No. 06-7682)<br><br>LEVEE/MRGO (Richard, No. 06-5118; Adams, No. 06-5128; Bourgeois, No. 06-5131; Ferdinand, No. 06-5132; Christophe, No. 06-5134; Williams, No. 06-5137; Porter, No. 06-5140; Augustine, No. 06-5142) | CIVIL ACTION<br><br>NO. 05-4182<br>& Consol. Cases<br><br>SECTION "K" (2)<br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that the Motion of Defendant, Board of Commissioners of the Port of New Orleans, to Dismiss Pursuant to Rule 12(b)(6) for Failure to State a Claim Upon Which Relief Can Be Granted will be heard on the 23rd day of March, 2007, at 9:30 a.m., before the Honorable Stanwood R. Duval, Jr., United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

1

Respectfully submitted, this 31st day of January, 2007.

          DAIGLE FISSE & KESSENICH, PLC

BY: /s/ J. Fredrick Kessenich
     J. FREDRICK KESSENICH (7354)
     JONATHAN H. SANDOZ (23928)
     MICHAEL W. MCMAHON (23987)
     JON A. VAN STEENIS (27122)
     KIRK N. AURANDT (25336)
     P. O. Box 5350
     Covington, Louisiana 70434-5350
     Telephone: 985/871-0800
     Facsimile: 985/871-0899
     Attorneys for Defendant, Board of
     Commissioners of the Port of New
     Orleans

## **CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 31st day of January, 2007.

          /s/ J. Fredrick Kessenich
          J. FREDRICK KESSENICH