

15-6119

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 29  P 1:06
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE IVORY BUTLER KNIGHT | CIVIL ACTION |
| VERSUS | DOCKET NO. 06-7771 |
| ALLSTATE INSURANCE COMPANY | SECTION K (DUVAL) |
| | MAGISTRATE 3 (KNOWLES) |

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who submits the following list of witnesses who may be called at the trial on the merits in this matter:

1. Larry D. Knight, on cross;
2. Ivory Butler, on cross;
3. William Fisher, Jr. - agent;
4. Johnathan Ortell, regarding facts on expert report/estimate;
5. Gregory Engelhardt, regarding facts;
6. Angela Ezell, regarding facts;
7. Paul Martin, regarding facts;
8. Charles R. Boren, regarding facts;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

9. Janet Nesmith, regarding ALE facts;

10. Michelle Gack, regarding facts;

11. Gregory Miller, regarding adjustment/facts;

12. Tim Robertson, regarding adjustments/facts;

13. Gary Miller, regarding facts;

14. Matthew Wilkinson, regarding facts;

15. Darrell Williams, regarding facts;

16. Jason Morgan, regarding facts;

17. Rita Henderson, regarding facts;

18. Any witness required to authenticate any document sought to be introduced as evidence;

19. Any witness listed and/or called by any other party.

Defendant reserves the right to supplement this Witness List up to the time of the agreed upon cutoff date of February 26, 2007.

Respectfully submitted,

CHRISTOPHER P. LAWLER (25139)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: cplawler@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company

-3-

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on January 29, 2007.

_____
CHRISTOPHER P. LAWLER