15-6119



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 29  P 1:06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY D. KNIGHT AND HIS WIFE<br>IVORY BUTLER KNIGHT | CIVIL ACTION |
| | DOCKET NO. 06-7771 |
| VERSUS | |
| | SECTION K (DUVAL) |
| ALLSTATE INSURANCE COMPANY | |
| | MAGISTRATE 3 (KNOWLES) |

**EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who respectfully submits the following list of exhibits which may be introduced at trial on the merits in the above-captioned matter:

1. Any and all estimates, supplemental or otherwise;

2. Any and all photographs of the subject property;

3. Any and all policies of insurance, flood or otherwise, which were in effect at the time the alleged incident occurred, including but not limited to homeowner's insurance policy number 015825414, issued by Allstate Insurance Company to plaintiffs, and all endorsements, amendments and declarations relating thereto;

4. Documentation reflecting any and all payments made by Allstate to plaintiffs regarding the subject claim;

5. Any and all expert reports prepared regarding the subject incident;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

6. Any and all diagrams prepared regarding the subject incident;

7. Any and all pictometries prepared regarding the subject incident;

8. Any and all information pertaining to any flood claims that have been made with regards to the subject property;

9. Any and all depositions taken in preparation for trial;

10. All documents reflecting or relating to communications between plaintiffs or their agents and Allstate and its agents that relate in any way to the homeowner's claim that has given rise to this litigation;

11. All documents relating to the repair or replacement of damage or loss caused to the property located at 4817 Babylon Street, New Orleans, LA 70126 as a result of Hurricane Katrina, including, but not limited to invoices, bills, receipts, cancelled checks, and estimates.

12. Any and all exhibits listed and/or offered by any other party.

Defendant reserves the right to supplement this Exhibit List in conjunction with the mutually agreed upon cutoff date of February 26, 2007.

Respectfully submitted,

CHRISTOPHER P. LAWLER (25139)
DONOVAN & LAWLER, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email: cplawler@donovanlawler.com

Attorneys for defendant,
Allstate Insurance Company

CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on January 29, 2007.

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on January 29, 2007.

_____
CHRISTOPHER P. LAWLER