UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-5131 (Bourgeois) | * | |
| and 06-5132 (Ferdinand) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

### MOTION TO DISMISS THE CLAIMS OF THE PLAINTIFFS PURSUANT TO F.R.C.P. RULE 12(b)(6)

**NOW INTO COURT** comes defendant, the Public Belt Railroad Commission for the City of New Orleans, through undersigned counsel, and respectfully moves the court as follows:

I.

Defendant moves to dismiss the claims of the plaintiffs in the *Bourgeois* case, No. 06-5131, and the *Ferdinand* case, No. 06-5132, pursuant to F.R.C.P. Rule 12(b)(6), because, in each case, the complaint fails to state a claim against defendant upon which relief can be granted, for the reasons fully set forth in the accompanying memorandum in support of this motion.

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA  70130
TELEPHONE:  (504) 566-1805
FAX:  (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 31st day of January, 2007.

*/s/ Galen S. Brown*
GALEN S. BROWN