UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NUMBER 05-4182 <br><br> SECTION "K" (2) |
| LEVEE CASES<br>PERTAINS TO: 06-5131 (Bourgeois)<br>and 06-5132 (Ferdinand) | * <br> * <br> * <br> * | <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to Dismiss the Claims of the Plaintiffs pursuant to F.R.C.P. Rule 12(b)(6), filed by the Public Belt Railroad Commission for the City of New Orleans, will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the 23rd day of March, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

HAMILTON, BROWN & BABST

_____Galen S. Brown_____
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA  70130
TELEPHONE:  (504) 566-1805
FAX:  (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this __31st__ day of January, 2007.

_____Galen S. Brown_____
GALEN S. BROWN