```
                                         FILED
                                    U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                    2007 JAN 29  P 12:50

                                    LORETTA G. WHYTE
                                          CLERK
```

January 29, 2007

Hon. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District
500 Poydras Street
New Orleans, LA 70130

      RE:    Colleen Berthelot, et al v.
               Boh Brothers Construction Co., LLC, et al
               CA No. 05-4182
               Section "K"(2) Cons. Katrina Canal
               Relating to CA 06-2545 and CA 06-5155
               U.S.D.C., Eastern District of Louisiana

Dear Ms. Whyte:

      Enclosed herewith are duplicate originals of a summons directed to Gulf Group, Inc. of Florida.  Please reissue this summons and return an original and a return copy to me for service on the defendant.

      Thank you for your usual courtesy and cooperation in this regard.

                          Very truly yours,

                          /s/ John W. DeGravelles

                          John W. deGravelles

JWd:cma
Enclosures-As Stated

**DICTATED BUT NOT READ.**

                                              Fee_____
                                              Process_____
                                              X   Dktd_____
                                              ___ CtRmDep_____
                                              ___ Doc. No_____