UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| **VERSUS** | § | **SECTION "K"** |
| | § | |
| | § | **MAGISTRATE (2)** |
| | § | **CONS. KATRINA CANAL** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| **Insurance** | § | |
| **No. 06-5164,** *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |

MEMORANDUM IN SUPPORT PLAINTIFFS UNOPPOSED MOTION FOR PARTIAL
DISMISSAL OF DEFENDANTS  HARLEYSVILLE INSURANCE COMPANY, AND
AUDUBON INDEMNITY COMPANY, WITHOUT PREJUDICE

MAY IT PLEASE THE COURT:

Plaintiffs in the above numbered and captioned cause have received information from the

Defendants **HARLEYSVILLE INSURANCE COMPANY, AND AUDUBON INDEMNITY**

**COMPANY** that they did not write any homeowner's insurance policies in Louisiana during the

relevant time period, nor did it act as a servicer for any other homeowner's insurance writer in

Louisiana during the relevant period.  As such, the above named defendants are believed to be

improperly named in this matter and plaintiffs seek their dismissal from this matter without

prejudice.

Respectfully submitted,

**BRUNO & BRUNO**

__/s/   David S. Scalia__

**Joseph M. Bruno (3604)**
**David S. Scalia  (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493
EM:    jbruno@brunobrunolaw.com
           dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this ___31ST___ day of January, 2007.

    /s/  **David S. Scalia**
**DAVID S. SCALIA**