UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>VERSUS<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br>Insurance<br>No. 06-5164, *Abadie et al., v Aegis Security Insurance Co., et al.* | § § § § § § § § § § § § § | CIVIL ACTION NO.: 05-4182<br><br>SECTION "K"<br><br>MAGISTRATE (2)<br>CONS. KATRINA CANAL |

## LOCAL RULE 7.6E CERTIFICATE

Pursuant to Local Rule 7.6E, counsel for plaintiffs in *Abadie, et al. v Aegis Security Insurance Co., et al* has inquired of counsel whether there is any objection to the filing of the Unopposed Motion for Partial Dismissal of **HARLEYSVILLE INSURANCE COMPANY, AND AUDUBON INDEMNITY COMPANY** without prejudice, and has received no objection.

Respectfully submitted,

**BRUNO & BRUNO**

/s/ David S. Scalia
**Joseph M. Bruno (3604)**
**David S. Scalia (21369)**
855 Baronne Street
New Orleans, LA 70113
PH (504) 525-1335
FX:(504) 581-1493

EM: jbruno@brunobrunolaw.com
dscalia@brunobrunolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this Motion upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this __31ST__ day of January, 2007.

                                                  /s/ David S. Scalia
                                                  DAVID S. SCALIA