UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**

| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

**LEVEE, MRGO:**
Leduff          06-5260
**LEVEE, MRGO, RESPONDER:**
O'Dwyer      06-4389
**LEVEE, RESPONDER:**
O'Dwyer      06-5786
**NOT YET DESIGNATED:**
Williams, E.   06-5471

### EX PARTE MOTION TO WITHDRAW AND SUBSTITUTE DEFENDANTS' PRELIMINARY MASTER COMMITTEE ENGINEERS/ARCHITECTS LIAISON COUNSEL OF RECORD

Thomas F. Gardner of Gardner & Kewley, APLC, former counsel of record for Eustis Engineering, Inc., is currently appointed to serve as the Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master Committee. Doc. No. 291. Due to his withdrawal as counsel of record in the above matter, Thomas F. Gardner desires to also withdraw as the Engineers/Architects Liaison Counsel to the Defendants' Preliminary

Master Committee. Counsel for each of the Engineers, who are all of the constituent members of the Engineers/Architects Group of the Defendants' Preliminary Master Committee, have confirmed that their clients have consented to the substitution of Francis J. Barry, Jr. of Deutsch, Kerrigan & Stiles, LLP, counsel for Modjeski and Masters, Inc., as the Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master Committee.

                                                    Respectfully submitted:

*s/ Keith J. Bergeron*
Francis J. Barry, Jr., T.A. (#02830)
Email: fbarry@dkslaw.com
Keith J. Bergeron (#25574)
Email: kbergeron@dkslaw.com
Frederick R. Bott (#03285)
Email: fbott@dkslaw.com
Scott J. Hedlund (#30549)
Email: shedlund@dkslaw.com
    of
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
**Attorneys for Modjeski and Masters, Inc., Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the __31st__ day of __January__, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

                                                    s/ *Keith J. Bergeron*
                                                    Francis J. Barry, Jr., T.A. (#02830)
                                                    Email: fbarry@dkslaw.com
                                                    Keith J. Bergeron (#25574)
                                                    Email: kbergeron@dkslaw.com
                                                    Frederick R. Bott (#03285)
                                                    Email: fbott@dkslaw.com
                                                    Scott J. Hedlund (#30549)
                                                    Email: shedlund@dkslaw.com
                                                          of
                                                    DEUTSCH, KERRIGAN & STILES, L.L.P.
                                                    755 Magazine Street
                                                    New Orleans, Louisiana  70130
                                                    Telephone:  (504) 581-5141
                                                    Facsimile:  (504) 566-1201
                                                    **Attorneys for Modjeski and Masters, Inc., Defendant**