UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
*LEVEE:*

| | |
|---|---|
| Adams. Cathy | 06-4065 |
| Adams. Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

*LEVEE, MRGO:*
Leduff          06-5260
*LEVEE, MRGO, RESPONDER:*
O'Dwyer          06-4389
*LEVEE, RESPONDER:*
O'Dwyer          06-5786
*NOT YET DESIGNATED:*
Williams, E.   06-5471

---

## ORDER

---

Considering the foregoing Motion to Withdraw and Substitute Defendants'

Preliminary Master Committee Engineers/Architects Liaison Counsel of Record:

IT IS ORDERED that Thomas F. Gardner of the law firm Gardner & Kewley, APLC, be

withdrawn as Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master

Committee and that Francis J. Barry, Jr. of the law firm of Deutsch, Kerrigan and Stiles, LLP. be substituted as Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master Committee.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____

JUDGE