UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE, MRGO | * | |
| *Bobby LeDuff, et al.*, No. 06-5260 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   Bobby LeDuff
       Through his attorney of record:        William T. Jones, Jr., Esq.
       Randall Hart, Esq.                     Grady, Schneider & Newman
       1301 Common Street                     801 Congress, 4th Floor
       Lake Charles, LA 70601                 Houston, TX 77002

**PLEASE TAKE NOTICE** that defendant, St. Paul Fire and Marine Insurance Company, will bring on for hearing its "Rule 12(E) Motion for a More Definite Statement" before this Honorable Court on the 23rd day of March, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

St. Paul would like to notify the Court that it has requested this date for hearing because another motion filed by St. Paul presenting the same argument and similar facts is set for oral

argument in the matter of *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182 (Pertains to: LEVEE; *Creato Gordon*, No. 06-5163) before this Honorable Court on March 23, 2007.

        Respectfully submitted,

        /s/April R. Roberts
        Joseph P. Guichet, T.A., La. Bar # 24441
        Ralph S. Hubbard, III, La. Bar # 7040
        April R. Roberts, La. Bar #30821
        **LUGENBUHL, WHEATON, PECK,**
           **RANKIN & HUBBARD**
        601 Poydras Street, Suite 2775
        New Orleans, Louisiana 70130
        Telephone:  (504) 568-1990
        Facsimile: (504) 310-9195
        **Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of February, 2007, a copy of St. Paul Fire and Marine Insurance Company's Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system.  Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

        /s/April R. Roberts
        April R. Roberts