## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (DePass, No. 06-5127) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## ORDER

Considering the foregoing Motion for Leave to File Second Amended Complaint,

IT IS ORDERED that the Motion for Leave to File Second Amended Complaint filed by Plaintiffs, Elizabeth H. and William Keith DePass, IV, Marshall L. Harris, Manuel C. Trelles, William B. Coleman, III, Carol C. and William C. Gambel, and Ronald Landry, and others, residing in, or doing business in Metairie, Jefferson Parish Louisiana, more particularly defined in the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed August 28, 2006, who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder,.be and the same hereby is GRANTED.

New Orleans, Louisiana on this the _____ day of _____, 2007.


William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
W357758