**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES ) | CIVIL ACTION |
|        CONSOLIDATED LITIGATION ) | NO. 05-4182 "K" (2) |
| ) | JUDGE DUVAL |
| ) | MAG. WILKINSON |
| ) | |
| PERTAINS TO: LEVEE ) | |
| (*La. Envtl. Action Network, 06-9147*) ) | |

**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

      Comes now Defendant the United States Army Corps of Engineers and moves to dismiss Plaintiff's action for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). This motion is supported by Defendant United States Army Corps of Engineer's Memorandum in Support of Motion to Dismiss for Lack of Subject Matter Jurisdiction, the Declaration of Murray Starkel and exhibits thereto.

Dated: February 1, 2007　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　MATTHEW J. McKEOWN
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General


　　　　　　　　　　　　　　　　　　　　s/ Eric G. Hostetler
　　　　　　　　　　　　　　　　　　　　ERIC G. HOSTETLER
　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　　　　Environment & Natural Resources
　　　　　　　　　　　　　　　　　　　　　　　Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　P.O. Box 23986
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20026-3986
　　　　　　　　　　　　　　　　　　　　(202) 305-2326
　　　　　　　　　　　　　　　　　　　　(202) 514-8865(Fax)

　　　　　　　　　　　　　　　　　　　　Attorneys for the United States Army Corps
　　　　　　　　　　　　　　　　　　　　　　　of Engineers

**CERTIFICATE OF SERVICE**

      I, Eric G. Hostetler, hereby certify that on February 1, 2007, I served a copy of the foregoing Motion to Dismiss, Memorandum in Support of Motion to Dismiss, Declaration of Murray Starkel and exhibits thereto, Notice of Hearing, and proposed order on counsel of all parties to this proceeding electronically by using the CM/ECF system and/or by United States mail:

                              s/ Eric G. Hostetler
                              Eric G. Hostetler