**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In Re:  KATRINA CANAL BREACHES ) | CIVIL ACTION |
| CONSOLIDATED LITIGATION ) | NO. 05-4182 "K" (2) |
| ) | JUDGE DUVAL |
| ) | MAG. WILKINSON |
| ) | |
| PERTAINS TO:  LEVEE ) | |
| (*La. Envtl. Action Network, 06-9147*) ) | |

**[Proposed]**
**ORDER DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION**

For good cause shown, the Court hereby dismisses all claims and causes of action of Plaintiff against Defendant United States Army Corps of Engineers.

Done at New Orleans, Louisiana this ____ day of _____, 2007

_____
UNITED STATES DISTRICT JUDGE