**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| In Re:  KATRINA CANAL BREACHES           ) | CIVIL ACTION |
|             CONSOLIDATED LITIGATION       ) | NO. 05-4182 "K" (2) |
|                                                                     ) | JUDGE DUVAL |
|                                                                     ) | MAG. WILKINSON |
| PERTAINS TO:  LEVEE                            ) |  |
| (*La. Envtl. Action Network, 06-9147*)   ) |  |

**NOTICE OF HEARING OF DEFENDANT OF UNITED STATES'**
**MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Comes now Defendant the United States Army Corps of Engineers and gives notice that the hearing on its motion to dismiss for lack of subject matter jursidiction will take place before Judge Stanwood Duval on March 23, 2007, at 9:30 a.m, or as soon thereafter as counsel may be heard.

Dated: February 1, 2007    Respectfully submitted,

               MATTHEW J. McKEOWN
               Assistant Attorney General


               s/ Eric G. Hostetler
               ERIC G. HOSTETLER
               Trial Attorney
               Environmental Defense Section
               Environment & Natural Resources
                 Division
               U.S. Department of Justice
               P.O. Box 23986
               Washington, D.C. 20026-3986
               (202) 305-2326
               (202) 514-8865(Fax)

               Attorneys for the United States Army Corps
                 of Engineers