### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: LEVEE (*La. Envtl. Action Network, 06-9147*) | § § § § | |

### DECLARATION OF LTC MURRAY P. STARKEL

I, LTC Murray P. Starkel, hereby declare under penalty of perjury as follows:

1. I have been the Deputy District Commander of the New Orleans District of the United States Army Corps of Engineers ("Corps") since 2005.

2. In my capacity as the Deputy District Commander of the New Orleans District (MVN) over the past seventeen months, I have overseen the activities of the MVN, including planning, design, construction, operations and maintenance of the various flood control, hurricane protection, and navigation projects undertaken by the Corps in the New Orleans area. Specifically, I am familiar with the Corps' projects on the London Avenue Canal.

3. I am familiar with the London Avenue Canal and, upon information and belief provided by project records of the Corps and by historical information obtained from local governmental records, I have knowledge of construction, operation, and maintenance of the London Avenue Canal.

4. The London Avenue Canal extends approximately 2.6 miles and is located on the south side of Lake Pontchartrain in New Orleans.

5. The London Avenue Canal serves as a drainage canal to take flow of rain water drainage mechanically pumped from the streets of New Orleans.

6. Levees and floodwalls have been constructed along both sides of the London Avenue Canal for flood control purposes.

7. Prior to flood control improvements performed in the 1990s, the flood protection system along both sides of the Canal consisted of earthen levees and concrete-capped steel-sheet walls. *See* Ex. A ("London Avenue Canal Design Memorandum") at 44. These flood control structures were not constructed by the Federal Government.

8. Floodwalls were constructed between 1993 and 1996 on top of existing earthen levees along both sides of the Canal for improved flood protection as part of a federally-authorized flood control project. *See* Ex. B ("Narrative Completion Report for Contract No. DACW29-93-C-0050); and Ex. C . ("Narrative Completion Report for Contract No. DACW29-94-C-0079).

9. Congress authorized and directed the United States Army Corps of Engineers to improve hurricane protection along the London Avenue Canal through the Energy and Water Appropriations Act of 1992 (P.L. 102-104, Title I, Construction, General) and the Energy and Water Development Appropriations Act of 1993 (P.L. 102-377, Title I, Construction, General). *See* Exs. D & E, respectively.

10. The Energy and Water Appropriations Act of 1992 provides that the Secretary of the Army is authorized and directed to provide parallel hurricane protection along the entire lengths of the Orleans Avenue and London Avenue Canals by raising levees and improving flood protection works along and parallel to the entire lengths of the outfall canals. *See* Ex. D.

11. Much of the work related to flood control improvements at the London Avenue Canal was performed under contract by River Road Construction, Inc. and B & K Construction Co. *See* Exhibits B & C.

12. Congress further directed that the project be a joint federal, state and local effort, with the federal government paying 70 percent of the costs and state and

local interests paying 30 percent. *See* Exhibit D.

13. In my capacity as the Deputy District Commander of the New Orleans District (MVN), I am also familiar with the Lake Pontchartrain and Vicinity area.

14. Congress authorized the London Avenue Canal flood control improvements to be incorporated into and part of a broader federal flood control project in Louisiana referred to as the "Lake Pontchartrain and Vicinity, Louisiana Hurricane Protection Project" ("the Lake Pontchartrain Project"). *See* Exhibit D.

15. The Lake Pontchartrain Project was originally authorized by Congress in the Flood Control Act of 1965. Pub. L. 89-298 § 204. *See* Ex. F.

16. Pursuant to House Document Numbered 231 ("the Chief's Report") accompanying section 204 of the Flood Control Act of 1965, the Lake Pontchartrain Project is conditioned on local interests agreeing to maintain and operate all features of flood control works. *See* Ex. G.

17. In 1985, the Orleans Levee District signed a contract providing assurances to the United States that it would maintain and operate certain features of the Lake Pontchartrain Project. Ex. H.

18. The 1985 assurance agreement between Orleans Levee District and the United States applied in 1993 when federal involvement began for the construction of the London Avenue Canal flood control works through the time construction of the floodwalls was completed in 1996.

19. For all portions of the London Avenue Canal for which federally authorized construction has been completed, the Orleans Levee District has retained responsibility as between the Federal Government and the Levee District for the operation and maintenance of levees and floodwalls at the London Avenue Canal.

20. The Corps does not own or operate the levees, floodwalls, or other flood control structures at the London Avenue Canal, including those flood control improvements authorized by the Energy and Water Appropriations Act of 1992. Nor has the Corps owned or operated such structures in the past.

21. On or about August 29, 2005, Hurricane Katrina struck the city of New Orleans after building up water levels in the Gulf of Mexico for several days.

22. At or around the time Hurricane Katrina struck the city of New Orleans, two breaches occurred along the London Avenue Canal: one near Mirabeau Avenue and one near Robert E. Lee Boulevard and Pratt Drive.

23. The breaches, caused by Hurricane Katrina, exacerbated the flooding within New Orleans.

I declare under the penalty of perjury that the above statements are true and correct.

_____
LTC Murray P. Starkel

Date: January 30, 2007