# EXHIBIT A

**LONDON AVENUE CANAL DESIGN MEMORANDUM No. 19A
(EXCERPTS)**

# LAKE PONTCHARTRAIN, LA. AND VICINITY
# LAKE PONTCHARTRAIN HIGH LEVEL PLAN

## DESIGN MEMORANDUM NO. 19A
## GENERAL DESIGN

# LONDON AVENUE OUTFALL CANAL
## ORLEANS PARISH

IN TWO VOLUMES
## VOLUME I



US Army Corps
of Engineers
New Orleans District

## DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS

NEW ORLEANS, LOUISIANA

JANUARY 1989

SERIAL NO. 60

d. __Unit Weights__. The following unit weights were used in design calculations:

| Item | Lbs. per cubic foot |
|------|---------------------|
| Water | 62.5 |
| Concrete | 150.0 |
| Steel | 490.0 |
| Gravel | 110.0 |
| Riprap | 132.0 |
| Saturated Sand | 122.0 |
| Saturated Clay | 110.0 |
| Saturated Shell | 117.0 |
| Saturated Silt | 117.0 |

e. __Uniform Live Loads__. The following values for uniform live loads were used for design:

| Item | Lbs. per square foot |
|------|----------------------|
| Machinery Room | |
| - Floors | 100 |
| - Roofs | 20 |

ALTERNATE PLAN - PARALLEL PROTECTION

53. __General__. An alternative means of providing hurricane protection the project area, in lieu of the butterfly valve structure, would be construct floodwalls along both banks of the London Ave Outfall Canal. This alternative would require demolition of the deficient existing floodwall, providing access at two bridge locations, water-proofing bridges, providing pedestrian bridge access at the Gregory Junior High School, removing 3 pedestrian bridges constructing fronting protection systems at the New Orleans Sewerage and Water Board Drainage Pumping Station Numbers 3 and 4, and the modification of existing utilities

A description of the above required work is as follows:

54. __Floodwalls__.

a. __General__. The existing flood protection system along both sides of the London Avenue Outfall Canal consists of earthen levees and concrete-capped M-115 steel sheet pile I-walls. The M-115 steel sheet pile between Prentiss Avenue (Sta. 103+00) and Robert E. Lee Blvd. (Sta. 120+10), on the east side of the canal, was replaced with under PZ-27 steel sheet piles by the Orleans Levee Board in 1982.

M-115 sheet piling is a narrow corrugation, low section modulus sheet pile. The existing piling is badly corroded in many places thereby making it unfeasible for it to be used to upgrade the existing flood protection system. Therefore, the existing system must be re and replaced, except for the PZ-27 steel sheet pile which will be

44