# EXHIBIT B

**Narrative Completion Report for Contract No. DACW29-93-C-0050**


MAR 28 1994

CELMN-CD-NO-Q                                                24 Mar 94

MEMORANDUM THRU

Area Engineer, NOAO
C/Const Div    ATTN:   Contr Admin Br

FOR C/Engr Div

SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

1. The subject contract dated 22 Apr 93 was awarded to River Road
Construction, Incorporated, Post Office Box 1406, Mandeville,
Louisiana 70470-1406. The Notice to Proceed was issued on
18 May 93 and contractor commenced operations on 26 May 93. The
original date set for completion was 12 Feb 94 (270 days). The
estimated amount of the contract was $1,112,350.00.

2. The original contract provided for clearing and grubbing of the
existing levee, placement of approximately 97,000 cubic yards of
semicompacted fill, degrading approximately 38,000 cubic yards of
existing east and west levees, placement of erosion control hay
bales and safety fence, construction of a pipeline bridge,
relocating and planting of new trees and shrubs, and fertilizing,
seeding and mulching of new embankment.

3. There was one subcontractor used on this project: Mcleary &
Werchon, Incorporated, Post Office Box 3562, Morgan City, Louisiana
70381, performed the fertilizing, seeding and mulching operations.

4. The Preconstruction Conference was held at the New Orleans Area
Office on 18 May 93. Detailed minutes of this meeting are located
in the contract file. The On-The-Job Preconstruction Coordination
Meeting and the Preconstruction Safety Conference were held on the
jobsite on 26 May 93.

5. The original contract provided for 8 major construction phases
of work: (1) Clearing and Grubbing of existing levee, (2)
Semicompacted fill levee construction, (3) Degrading the existing
levees and excavation of the keyway trenches, (4) Fertilizing,
seeding and mulching new levee, (5) Installation of safety fence,
(6) Planting new trees and shrubs, (7) Erosion control hay bale
placement, and (8) Pipeline bridge construction.

CELMN-CD-NO-Q
SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

6. Contractor began mobilizing personnel, equipment and office trailers to the jobsite on 26 May 93. The contractor's survey party began layout of safety fence on the east levee section on the same day. Safety fence was first installed on the east levee section beginning at the Lakeshore Drive seawall near the London Avenue Canal Bridge extending south along designated R/W next to the University of New Orleans. Safety fence was also placed on the west levee section along Pratt Street from Robert E. Lee Boulevard to Lakeshore Drive. Erosion control hay bales were placed inside of safety fence to keep mud and other runoff from levee construction from getting on adjacent streets. It took approximately 3 days to install safety fence and erosion control hay bales on each side of levee. A total 7,917 linear feet of erosion control hay bales were placed for this project. Contractor also excavated new drainage ditch on P/S of east levee section between Station 134+10 to Station 152+50 B/L. The drainage ditch was dug to provide drainage of east levee section during construction and was reshaped at completion of work on this side with approval of UNO Maintenance Department and COE personnel.

7. Degrading of existing levee embankment began on 24 Jun 93, with contractor excavating keyway trench on P/S of existing east side levee at Station 29+49 C/L. Keyway trench was excavated to approximate bottom elevation of 0.0 feet, with 1V on 2H slopes as shown on contract drawings. The first lift was placed 6" thick and compacted by 1150E Case dozer, and each additional lift was placed approximately 12" thick and also compacted by 1150E dozer. Contractor took a soil sample of each lift and ran a moisture content test on fill material as required in section C3-6.1.2 Moisture Control of the contract specs. Contractor utilized the following equipment for degrading of existing levee and excavation of keyway trench: 1-Kobelco 909 backhoe, 1-Kobelco 907 backhoe, 3-1150 Case Dozers, 1 Cat D-4 dozer and 1-Case 980K Front End Loader.

8. Embankment construction began on 24 Jun 93, at C/L Station 29+49 of east levee section. Borrow material for the new levee embankment was hauled from an approved alternate borrow pit in New Orleans East located off Chef Menteur Highway. The borrow material was mixed with existing levee material and placed in 12" lifts. The excavated borrow material was hauled to the jobsite using company owned and independently owned tandem and trailer dump trucks. Each lift of semicompacted fill was compacted with three parallel passes of Case 1150E dozer and final dressing was performed by using Cat D-4 dozer. Construction of east levee section was completed 28 Sep 93. Construction of west levee

2

CELMN-CD-NO-Q
SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

section began on 27 Jul 93 and completed on 16 Dec 93. During embankment construction, the contractor utilized the following equipment: 1 - Fiat Allis 65-B motor grader, 1 - Kobelco 909 and 907 backhoes, 1 - Cat D4H dozer, 1 - John Deere 4x4 tractor w/disc and sweeper, 3 - Case 1150E dozers, 1-Case 850 dozer, 1-Case 980K front end loader, and 1 - Volvo flatbed with water tank and sprayer for dust control.

9. The subcontractor Mcleary & Werchen, Inc. fertilized, seeded and hydromulched the new levee embankment. After harrowing, fertilizer was incorporated into the areas with the required seed following immediately afterward. The wood cellulose fiber mulch was then applied over the entire areas that were seeded. The east levee section was seeded 5 Oct 93 and 6 Oct 93 and the west levee section was seeded on 27 Dec 93 and 28 Dec 93. A total of 24 acres was fertilized, seeded and hydromulched for this contract. The subcontractor utilized 2 farm tractors, 1 - seed spreader, 2 - spike tooth harrows and 1 hydromulch truck for this phase of work.

10. During the course of embankment construction on the west levee section, the contractor removed 4 existing oak trees, 1 maple tree and 15 oleander bushes that were within the new levee section. They were replaced with 12 new oak trees, 3 new maple trees and 30 new oleander bushes. These new trees and bushes were planted on 30 and 31 Dec 93 throughout the west levee section as shown on approved tree plan and in accordance with Section C4 - <u>Trees & Shrubs</u> of the contract specifications.

11. The last phase of work was to construct a pipeline bridge near the vehicle access area on the west side to protect against damage to the existing gas line. The bridge was constructed of timber mats and placed over the existing NOPSI gas line near the northwest corner of the west levee section at Pratt Dr. and Lake Shore Drive. The contractor never utilized the pipeline bridge during his hauling operation so it was removed and the bare areas of vegetation were reseeded.

12. The contractor was cooperative in the performance of the work. The submitted Accident Prevention Program was adequate and well-enforced. There were no lost-time accidents on this project.

13. There were thirteen modifications on the contract and a summary of each follows.

3

SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

    a. P00001, dated July 23, 1993 was UCO-01 which directed a change to the contract to lower the design grade elevation of the east levee to +14.0 from Station 152+90 to 159+05.

    b. P00002, dated July 29, 1993 was UCO-02 which was UCO-02 which directed a change to the contract to lower the design grade elevation, realign the levee, and reduce the amount of trees to be relocated on the west side levee.

    c. P00003, dated August 20, 1993, modified the contract to provide funds for payment in accordance with Special Clause H-26, an increase of $350,000.00.

    d P00003, dated August 24, 1993, extended the required completion date of the contract two (2) calendar days as a result of unusually severe weather.

    e. P00005, dated October 6, 1993, definitized the settlement of UCO-01 which required the lowering of the design grade of the east levee elevation +14.0 between Stations 152+90 to 159+05. The contract price was decreased by $42,900.00 and the contract time remained unchanged.

    f. P00006, dated October 25, 1993, modified the contract to provide funds for payment in accordance with Special Clause H-26, an increase of $59,000.00.

    g. P00007, dated November 8, 1993, definitized the settlement of UCO-02, which lowered the west levee design grade elevation, realigned the west levee, and reduced the number of trees to be relocated. The contract price was decreased by $84,037.00 and the contract time was decreased by fifteen (15) calendar days.

    h. P00008, dated November 12, 1993, extended the required completion date of the contract eleven (11) calendar days as a result of unusually severe weather.

    i. P00009, dated November 16, 1993, modified the contract to substitute replacement trees at a 3:1 ratio in lieu of relocating four existing trees (3 oaks and 1 maple). The contract price was decreased by $5,206.00 with the contract time unchanged.

    j. P00010, dated November 17, 1993, modified the contract to provide funds for payment in accordance with Special Clause H-26, an increase of $160,450.00.

CELMN-CD-NO-Q
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

   k.  P00011, dated November 23, 1993, modified the contract by
changing Modification P00005, Block 14, Item 0004, "Amount of
Change" from (+) $215.55 to (+) $251.55.

   l.  P00012, dated January 5, 1994, modified the contract by
changing Modification P00009, CHANGES TO THE CONTRACT PRICE, from
$5,260.00" to read $5,206.00."

   m.  P00013, dated February 3, 1994, modified the contract by
changing the C/L offset and alignment from B/L station 147+90.2 to
B/L Station 149+41.9, west levee.  The contract price was increased
by $1,193.30 and the contract time remained unchanged.

14.  The contractor was efficient and professional in the
performance of the work.  The equipment used was generally in
excellent condition and capable of performing the work required.
The contractor had a good quality control organization and system
which helped him complete the project ahead of schedule.

15.  The following equipment was used on this project:

   a.  3 - Case 1150 bulldozers
   b.  1 - 907 Kobelco backhoe
   c.  1 - 909 Kobelco backhoe
   d.  Fiat-Allis 65-B motor grader
   e.  Caterpillar D4H bulldozer
   f.  F-7000 Ford Water Truck
   g.  Case 980-K front end loader
   h.  3 - Ford 8000 tri-axle dump trucks

16.  Following is a comparison of contract quantities versus actual
quantities.

| Item No. | Description | QTY & Unit | Unit Price | Est Amt | Qty | Earnings To Date |
|---|---|---|---|---|---|---|
| 0001 | Mobil & Demob | LS | LS | $40,000 | 100% | $40,000 |
| 0002 | Clearing & Grubbing | LS | LS | $141,650 | 100% | $141,650 |
| 0003 | Embankment, Semi-compacted Fill | 76939 | $7.00 | $538,573 | 74944 | $524,608 |
| 0004 | Degrading Existing Levees | 39,132CY | $2.15 | $84,133.80 | 46105 | $99,125.75 |

5

CELMN-CD-NO-Q
SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana

| | | | | | | |
|---|---|---|---|---|---|---|
| 0005 | Fertilizing, Seeding and Mulching | LS | LS | $26,000 | 100% | $26,000 |
| 0006 | Safety Fence | LS | LS | $62,000 | 100% | $62,000 |
| 0007 | Relocating or Planting New Trees & Shrubs | LS | LS | $36,384 | 100% | $36,384 |
| 0008 | Erosion Control | | | | | |
| 0008AA | First 7,000 LF | 7,000LF | $2.00 | $14,000 | 7000 | $14,000 |
| 0008AB | All Over 7000LF | 2,000LF | $2.00 | $4,000 | 917 | $1,834 |
| 0009 | Pipeline Bridge | LS | LS | $14,000 | 100% | $14,000 |
| 0010 | Adjustment to Lower East Levee to +14.0 (P00005) | LS | LS | $7,185.45 | 100% | $7,185.45 |
| 0011 | Adjustment to Lower & Realign West Levee (P00007) | LS | LS | $11,496.75 | 100% | $11,496.75 |
| 0012 | Change C/L Offset | LS | LS | $1,977.30 | 100% | $1,977.30 |
| | | | | $981,400.30 | | $980,261.25 |

17. On future levee projects for the Orleans Levee District, the following recommendation should be incorporated into the plans and specifications. Erosion control hay bales shall be removed from the jobsite upon completion of fertilizing and seeding operations.

18. A copy of the as-built drawings are attached.

19. The subject contract was accepted as substantially complete on 10 Feb 94 by an authorized representative of the Contracting Officer. Some remedial work was required which included the removal of dispersed hay bales and dressing of the west levee protected side berm. Final acceptance was on 2 Mar 94.

Atch

DAVID BEADLE
Quality Assurance Representative
New Orleans Area Office

6

CELMN-CD-NO-Q
SUBJECT: Narrative Completion Report for Contract No.
DACW29-93-C-0050, Lake Pontchartrain, Louisiana and Vicinity,
London Avenue, Outfall Canal, HPL, First Lift, Orleans Parish,
Louisiana


CF:
Proj Engr (Wagner
Proj Insp (Beadle)
Ofc Engr w/as-built
CELMN-CD-Q ✓
CELMN-PA
CELMN-CT
CELMN-ED-C
CELMN-CD-CC
CELMN-CD-B

7