# EXHIBIT C

**Narrative Completion Report for Contract No. DACW29-94-C-0079**

CELMN-CD-NP-Q                                                    5 Dec 96

MEMORANDUM THRU

Area Engineer, NOAO
C/Const Div          ATTN:    Contr Admin Br

FOR   C/Engr Div

SUBJECT:  Contract No. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana


1.  The above mentioned contract was awarded to B&K Construction
Company, Incorporated, 1905 Highway 59, Mandeville, Louisiana  70448
on 11 Jul 94 for the amount of $4,554,500.00.

2.  The Preconstruction Conference was held on Tuesday, 16 Aug 94 at
9:30 a.m. at the New Orleans Area Office.  The Notice to Proceed was
given and acknowledged on this same day.  The date set for completion
was 7 Feb 96 for a total of 540 calendar days.  The above referenced
contract commenced operations on 26 Aug 94 with the processing of
submittals.  The contractor initialized mobilization on the
aforementioned date but was then delayed due to the relocation of the
staging area.  Physical work commenced on 5 Oct 94 with remobilization
and construction of the new staging area.  The Preconstruction Safety
Conference was held on 28 Sep 94 at the jobsite with contractor and
Corps personnel present.

3.  The work for this contract consisted of clearing and grubbing;
selective demolition; cutting existing steel sheet piling; pulling,
cleaning and delivering existing steel sheet piling; placing concrete
slope pavement; driving new steel sheet piling including piling under
South Central Bell Telephone cables and New Orleans Sewerage and Water
Board siphon pipes; relocating Sewerage and Water Board Feeder Cables;
modifying existing utilities; degrading existing levees; placing
embankment; fertilizing, seeding and mulching; painting; placing
erosion control silt fence; and all other incidental work to floodwall
construction including site restoration.

4.  Clearing and Grubbing - Clearing and grubbing operations began on
30 Sep 94 with installation of safety fence with silt curtain which
was installed along construction easements on both sides of London
Avenue canal between Mirabeau Avenue and Leon C. Simon Boulevard as
shown on the contract drawings.  At various times during the course of
construction the contractor cut overgrown grass and weeds to maintain
appearance of the work area.

B-35

CELMN-CD-NO-Q
SUBJECT; CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

5.   Selective Demolition - This item of work consisted of removing the
existing concrete floodwall and sheet piling, removal of concrete
slope pavement and riprap, removal of concrete steps and pedestrian
timber bridges near Filmore Avenue and Robert E. Lee Boulevard, and
all other structures.  Selective demolition work began on 19 Dec 94
with removal of pedestrian bridges and chain link fence at Robert E.
Lee Boulevard and Filmore Avenue.  Removal and demolition of
pedestrian bridges was completed on 28 Dec 94.  Existing sheet piling
were cut with torches at elevation +6.75' and used for temporary flood
protection.  The concrete cap and top portion of the sheet piles were
then pushed or lifted and placed on protected side (P/S) of levee.
The concrete cap was broken up and hauled to Pontchartrain
Materials-New Orleans yard for re-cycling.  The sheetpile scrap and
re-enforcing steel scrap was hauled to Southern Scrap of New Orleans
for recyling.  After the new wall was completed, the existing sheet
piles were either driven or cut to 6" below finished grade.  Prime
contractor, B & K Construction utilized the following equipment for
this operation.

    1 - Kubota 151 excavator
    1 - Case 580 backhoe
    1 - Hydraulic breaker
    1 - Komatsu 200 excavator
    1 - Mantis crane
    2 - Tandem dump trucks

A 240' strip of slope pavement was placed on floodside (F/S) of west
I-wall between Station 100+36.71 W B/L and Station 102+78.28, adjacent
to telephone cable tray and 10 foot siphon pipe.  Existing slope
pavement was saw cut and existing sheetpile was removed before
placement of 8 inch concrete slab for new slope pavement.  This work
began on 31 Aug 96 and completed on 30 Sep 96.

6.   Cutting Existing Steel Piling - This operation began on 16 Dec 94
by prime contractor B & K Construction and sub-contractor Gill's Crane
Service at East B/L Station 119+03.  The contractor used cutting
torches to cut existing AZ-18, RZ-10, and PZ-27 sheet piles to approx.
+6.75' for use as temporary flood protection.  The cut-off and scrap
pieces of sheet pile were hauled off the jobsite.  This work was
completed on 24 May 96.

7.   Steel Sheet Piling - This phase of work included cutting off and
disposing of existing sheet piles, welding #6 Re-bar to steel sheets

CELMN-CD-NO-Q
SUBJECT;   CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

and driving new CZ-101 steel sheetpiling for new I-type floodwall.
Temporary coffewrdam sheet piling used for temporary flood protection
were also driven between Filmore Ave and Pumping Station No. 4.  This
work was performed by subcontractor Gill's Crane & Dozer Service,
Inc., Route 6, Box 244B, New Orleans, Louisiana  70129.  This work
began on 4 Jan 95 at East B/L Station 119+02.3.  The CZ-101 sheet
piles were driven in lengths of 21'9", 24-9" and 26'9" to design tip
elevations shown on the contract drawings.  PSA-23 fabricated sheet
piles were driven at corners and concrete collars at end of each
floodwall reach.  A total of 187,414 sq. ft. of CZ-101 sheet piles and
719.49 sq. ft. of PSA-23 fabricated sheets were driven for this
contract. The contractor utilized 1-Koehring 535 crane with MKTV-5
vibratory hammer, 40 foot steel H-beam for alignment, 4-foot bubble
level for plumbness and survey instruments for controlling piling
alignment and establishing cutoff elevations.  This phase of work was
completed on 24 May 96.

8.  Structural Excavation and Backfill - The existing levee was
degraded to elevations specified for the different reaches with
temporary flood protection maintained at +6.75 feet.  The maximum
length of protection below the height of exiting floodwall was 750
linear feet during non-hurricane season and 300 linear feet during
hurricane season.  Strutural excavation began on 4 Jan 95 and
completed when last CZ-101 sheet piles were driven on 24 May 96.
Structural backfill was placed in 8 inch lifts and compacted within 2
feet of the I-wall.  The lifts were compacted using hand tampers and
mini-sheeps foot rollers to 90% of maximum day density with a moisture
content of plus 5 to -3 percent of optimum.  Two in-place density
tests per lift per 500 linear feet were taken to check compaction
requirements.  In addition one sand cone density test for every ten
nuclear in-place density tests was taken to verify compliance of the
nuclear tests.  These tests were performed by Delta Testing Lab.
Contractor utilized a Case 580 backhoe, and Komatsu D-37P dozer to
spread and place backfill material before it was compacted.  This
phase of work was completed on 6 Nov 96 after placement of backfill
against the deleted west I-wall floodwall monolith located between C/L
Station 100+79 and C/L Station 101+08.

9.  Reinforced Concrete Floodwall - This phase of work involved
construction of new I-wall to replace exiting concrete capped
floodwall on both sides of London Avenue canal between Leon C. Simon
Boulevard and Mirabeau Avenue.  Work on this phase of work began on
27 Jan 95.  A 4-inch stabilization slab was poured around the

3

CELMN-CD-NO-Q
SUBJECT;   CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

previously driven CZ-101 sheet piles before I-wall forms were set up
for each floodwall monolith.  Fractured fin texture on floodwall
surfaces was placed on all P/S surfaces and on F/S of 1st 7 monoliths
adjacent to bridges (except near Mirabeau Ave. bridge) on both sides
of London Avenue Canal.  Contractor used 1 1/2 cu. yd. bucket with
tremie chutes to keep concrete drop inside the forms under 5 ft.
vertically.  Layers of concrete were place in lifts of less than 18
inches and concrete vibrators were used to consolidate each layer.
Contractor took special precautions during hot weather and cold
weather placement.  Concrete was poured only if temperature was 32
degrees and rising and ice was added if concrete temperature went
above 90 degrees.  Alignment and grade were set and established by
contractor's survey party.  The last I-wall monolith was placed
around the cable tray on west side of canal on 27 Aug 96.  All exposed
surfaces received a Class A finish and curing of concrete floodwall
was acomplished by using wet burlene blankets and keeping them wet for
7 days after placement.  The finishing work was performed by the Prime
- B&K Construction and Subcontractor - Accent Construction.  A
cementitious coat of paint was applied in a two-coat system following
the manufacturer's directions.  The paint color was Louisiana gray
and applied by airless sprayer.  The floodwall was built to a final
elevation of +14.4 ft NGVD.  The contractor utilized the following
equipment:

        Komatsu 200 Excavator (2)
        Komatsu D37P Dozer
        Kubota 151 Excavator
        Case 580 Backhoe
        Koehring 535 Crane
        Kobelco LK500 Loader
        Fiat Allis Motor Grader
        Mantis 3612 Crane
        1-1/2 & 1-3/4 yd. concrete buckets
        Plastic funnel with 9' & 5' tremies
        (2) 1-1/2" concrete vibrators

10.  Relocating Feeder Cables - This phase of work was performed by
subcontractor - Walter Barnes Electric, Inc.  This work began on
9 Jul 96.   The feeder cable that was on existing floodwall was placed
on F/S of new I-wall construction and protected with steel plates.
Stainless steel anchor bolts were installed into each monolith form
that was set and poured.  The relocated Fl 400 feeder line was placed
in 5" malleable iron clamps on F/S of new I-wall as shown on revised

4

CELMN-CD-NO-Q
SUBJECT;  CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

drawing #50 of contract drawings.  The other FL 422 feeder line was
placed under FL 400 on west side of canal between telephone conduit
cable tray and 10' siphon pipe and passed thru 12" sleeve of I-wall at
Station 101+40.  The contractor used a boom truck to lift the feeder
cable from its resting position to its new location below the haunch
line of the new I-wall.  Special cable rollers were used to saddle the
cable when it was lifted.  Splices were made in the cable wherever
more length was needed in order to provide more slack when relocating
the feeder line to their final position.  This work was completed on
11 Oct 96.

11.  Degrading Existing Levees - Existing levee embankment was
degraded between elevation +5.00 to +5.50 feet on both sides of London
Avenue Canal.  This provided an approximate 15 to 20 feet wide area
for contractor to move his equipment within the construction easement
during construction of new concrete floodwall.  Degraded embankment
was used as structural backfill after painting of floodwall was
completed.  This work was done concurrently with floodwall
construction for the various reaches of wall.

12.  Placing Embankment - Embankment from degraded existing levee was
used for new levee embankment after placement of structural backfill
was completed along P/S and F/S of each reach of new floodwall
contruction on both sides of London Avenue Canal.  Due to narrow
reaches of levee between the new I-wall and resident's fences, the
protected side crown was shaped to accommodate grass cutting
operations for the Levee Board.  The floodside embankment consisted of
a minimum 2 foot wide area with a 1 on 2 slope to the canal.  Equipment
used for this phase of work included a Cat D-4 dozer, a Komatsu D-37P
dozer, one Case 580 backhoe, and a Komatsu 200 excavator. Material was
placed in 12-inch lifts and compaction achieved by performing 3 passes
over completed embankment with a dozer.  Placement of embankment began
on 4 Sep 96 between Filmore Avenue bridge and Mirabeau Avenue bridge
on east side of canal and completed on 5 Nov 96.  Final cross sections
were takn by contrator's survey party on both sides of floodwall then
plotted and submitted to the Area Office.

Fertilizing, Seeding & Mulching - This phase of work began on
14 Oct 96 and completed on 11 Nov 96.  All disturbed areas within
construction limits and all newly constructed embankments on both
sides of floodwall were fertilized, seeded and mulched.  After the
fertilizer was broadcast, it was cut into a depth of 2 inches with a
harrow.  Rye grass and unhulled Bermuda grass seed were broadcast and

5

CELMN-CD-NO-Q
SUBJECT; CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

then sealed with a pass of a cultipacker.  Finally, mulch was applied
with the use of a culti-packer.  A total of 8.72 acres were seeded,
fertilized and mulched.  Southeast Erosion Control, Inc. performed
this phase of work.

13.  There were 24 modifications on this contract and a summary of
each follows:

    a.  P00001 (FM-001) dated 7 Jul 94.  This provided additional
funds for payment in accordance with SPECIAL CLAUSE H-26, an increase
of $2,000,000.

    b.  P00002 (CIN05) - dated 10 Oct 94.  This modification provided
additional funds and time for relocation of staging area and office
trailer from Pratt Park to corner of Pratt Dr. and Robert E. Lee
Boulevard.  This modification increased the contract by $15,004.19 and
contract time was extended 41 days.

    c.  P00003 (TE-001) dated 11 Nov 94 granted a 3 day time
extension due to severe weather conditions during period of 17 Aug
thru 31 Oct 94.  No increase in funds.

    d.  P00004 (FM-002) dated 2 Dec 94.  This modification increased
funds available for payment by $15,004.19.  Total funds available to
date is $4,515,004.19. No contract time extended.

    e.  P00005 (CAN-01) dated 6 Dec 94.  This modification is for
contractor's new address:
                        B&K Construction Company, Inc.
                        Lock Box No. 95048
                        New Orleans, LA  70195

    f.  P00006 (CIN-02) dated 7 Mar 95.  Provided for installation
of a 6 foot wooden fence on the north, south and west sides of north
staging area.  This modification added Pay Item #22 to the contract
with the amount being $9,263.77 with no contract time extension.

    g.  A00007 (TE-002) dated 2 Feb 95 - Granted a 2-day time
extension due to severe weather conditions during period of 1 Nov 94
thru 31 Jan 95.  No increase in amount of contract was made.

    h.  P00008 (CIN-04) dated 23 Feb 95 - This modification extended
limits of temporary flood protection from 750' to 1625' during

6

CELMN-CD-NO-Q
SUBJECT; CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

non-hurricane season between E B/L Stations 102+67.72 to 119+03.06
only. No additional funds were added to the contract but 10 days were
added to contract time.

    i. P00009 (CIN-03) dated 2 May 95. This modification was for a
waterproof connection between siphon pipes and I-wall at Pumping
Station #4 around the electrical cable tray penetrating the wall.
Contract amount was increased $939.96 and 1 day time extension was
added.

    j. P00010, TE-003 dated 1 Jun 95. This modification was made to
extend contract time due to unusually high tides and severe weather
delays. The contract time was extended 30 days. No additional funds
were added to the contract.

    k. P00011-UCO-01 dated 31 Jul 95. This modification to the
contract was for emergency closure of I-Wall breaches between W
B/L Station 108+37 to 109+53, pulling piling up to elevation +11.50.
No additional funds and no time extension was given for this
modification.

    l. P00012, TE004  dated 8 Aug 95 granted a 5 day time extension
due to severe weather and high tides during the period 1 May to
31 Jul 95. No additional funds were added to the contract.

    m. P00013-CO-02 dated 2 Oct 95. This modification provided for
gap closures with flood protection to elevation 11.5 ft. NGVD due to
Hurricane Opal.

    n. A00001, CIN-05 dated 11 Oct 95. This modification was given
to provide emergency gap closures between W B/L Station 108+37 to
109+53 due to Hurricane Erin. This modification finalized Mod P00011,
UCO-1 with the contract price increased by $22,173.00 and contract
time increased by 2 calendar days.

    o. A00002, CIN-06 dated 12 Oct 95, changed the limits of "No
Work" area on east side of London Avenue Canal at Pump Station #4 from
E B/L 100+11.29 to E B/L 99+69.22. The contract price was reduced by
$5,100.00 with no change to contract time.

    p. A00003, CIN-07 dated 24 Oct 96. This modification was for a
VECP which revised the wall realignment between West B/L Station 70+47
to 84+54.77 and 85+90 to 99+83.67 to a position 4 feet to F/S of

7

CELMN-CD-NO-Q
SUBJECT;  CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

original alignment.  Pay items #23 and #24 were added to the contract
decreasing the contract price by $10,800.  No additional time was
added to the contract.

q.  A00004, TE-005 dated 9 Nov 95.  The contract was extended
11 days due to adverse weather during period of 1 Aug 95 thru
31 Oct 95. The contract price remained the same.

r.  A00005, CIN-08 dated 22 Dec 95.  The modification provided
for installation and removal of emergency gap closures between E B/L
Station 70+30 and 72+95 due to Hurricane Opal.  The modification
definitized mod P00013 CO-02 with the contract price increased
by $20,287.02 and the contract time increased by 6 calendar days.

s.  A00006, TE-006 dated 6 Feb 96, granted a 28 day time
extension due to severe and adverse weather delays between 1 Nov 95 -
31 Jan 96.

t.  A00007, CIN-09 dated 6 Feb 96.  This modification provided
for deleting 1 monolith on west side of London Avenue canal at Pumping
Station #4 between Station 100+84.14 to 101+12.35.  The contract price
was reduced by $428.96.  No additional time was granted for this
modification.

u.  A00008, TE-007 dated 7 May 96, granted a 30 day time
extension due to unusually severe weather between 1 Feb thru
30 Apr 96. No additional funds were granted.

v.  A00009, CIN-11 dated 23 Jul 96, changed the limits of the "No
Work" area on the east side of the canal at Pumping Station No. 4 and
cancelled modification A00002 in its entirety.  This modification
reduced Item No. 10 by $5,000 and Item No. 14 by $100.  The contract
time remained unchanged.

w.  A00010, TE-008 dated 5 Aug 96, granted a 43 day time
extension due to unusually severe weather between 1 May 96 thru
31 Jul 96.  No additional funds were granted for this modification.

x.  A00011, TE-009 dated 5 Nov 96, extended the required
completion date of the contract 55 calendar days as a result of
unusually severe weather for the period between 1 Aug thru 31 Oct 96.

14.  The contrator submitted and enforced an adequate Accident

8

CELMN-CD-NO-Q
SUBJECT;  CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

Prevention Program.  The contractor was very cooperative in the
performance of the work and performed daily safety inspections in
addition to holding weekly safety meetings.  There were no lost time
accidents throughout the duration of the project.

15.  The contractor was efficient and professional in the performance
of the work and any extra work required to complete this project.  The
equipment used was kept in good working condition.  Quality control
was maintained throughout the life of the contract.

16.  Following is a comparison of contract quantities versus actual
quantities:

| Item | Description | Qty & Unit | Unit Price | Est Amt | Final Qty | Earnings to date |
|------|-------------|------------|------------|---------|-----------|------------------|
| 0001 | Mob & Demob (P00002) | LS | LS | $215,004.19 | 100% | $215,004.19 |
| 0002 | Clearing & Grubbing | LS | LS | $175,000 | 100% | $175,000 |
| 0003 | Selective Demolition | LS | LS | $260,000 | 100% | $260,000 |
| 0004 | Pedestrian Bridge Demolition | LS | LS | $15,000 | 100% | $15,000 |
| 0005 | Embankment, Semicompacted Fill | LS | LS | $11,200 | 100% | $11,200 |
| 0006 | Structural Excavation & Backfill | LS | LS | $59,000 | 100% | $59,000 |
| 0007 | Fertilizing, Seeding & Mulching | 8AC | $1,250 | $10,000 | 100% | $10,000 |
| 0008 | Cut-off Existing AZ-18, RZ-10 and PZ-27 Sheet Piling | LS | LS | $53,600 | 100% | $53,600 |
| 0009 | Pull, Clean, Salvage and Deliver Existing | LS | LS | $20,500 | 100% | $20,500 |

9

CELMN-CD-NO-Q
SUBJECT;   CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

AZ-18 Steel Sheet Piling

| 0010 | Redrive Existing AZ-18 Steel Sheet Piling (A00009) | LS | LS | $5,000 | 00% | $0.00 |
|---|---|---|---|---|---|---|
| 0011 | Piling, Steel Sheet, Type PZ-22 | 187,844SF | 8.50 | $1,596,674 | 187,414.4 | 1,593,022.4 |
| 0012 | Piling, Steel Sheet, Type PSA-23 | 997SF | $18 | $17,946 | 719.49SF | $12,950.82 |
| 0013 | Painting | LS | LS | $7,000 | 100% | $7,000 |
| 0014 | Reinforced Concrete Floodwall (P00014),(A00002),(A00007) | LS | LS | $1,482,731 | 100% | $1,482,731 |
| 0015 | Concrete Slope Pavement | 188SY | $40.00 | $7,520 | 141 SY | $5,640.00 |
| 0016 | Utility Modifications | LS | LS | $117,000 | 100% | $117,000 |
| 0017 | Temporary Relocation of Feeder Lines | LS | LS | $38,500 | 100% | $38,500 |
| 0018 | Permanent Relocation of Feeder Lines | LS | LS | $420,000 | 100% | $420,000 |
| 0019 | Erosion Control | | | | | |
| AA | First 10,670 LF | 10,670LF | $2.00 | $21,340 | 10,670LF | $21,340 |
| AB | All over 10,670LF | 2,700LF | $2.00 | $ 5,400 | 555LF | $ 1,110 |
| 0020 | Temporary Flood Protection and Cofferdams (A00001),(A00005) | LS | LS | $47,460.02 | 100% | $47,460.02 |
| 0021 | Miscellaneous Metals | LS | LS | $21,500 | 100% | $21,500 |

10

CELMN-CD-NO-Q
SUBJECT;   CONTRACT NO. DACW29-94-C-0079, Narrative Completion Report,
Lake Pontchartrain, Louisiana & Vicinity, High Level Plan, London
Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C.
Simon Boulevard Floodwall, Orleans Parish, Louisiana

| 0022 | Fencing<br>(P00006) | LS | LS | $9,263.77 | 100% | $9,263.77 |
|------|---------------------|----|----|-----------|------|-----------|
| 0023 | VECP,Wall<br>Realignment<br>(A00003) | LS | LS | (-$24,000) | 100% | (-$24,000) |
| 0024 | VECP, Payment<br>Wall Realignment<br>(A00003) | LS | LS | $13,200 | 100% | $13,200 |
| | TOTAL | | | $4,605,838.98 | | $4,592,421.78 |

17.  A copy of as-built drawings are attached.

18.  The contract was completed in accordance with contract plans and
specifications with final acceptance pending, dependent upon final
cleanup of staging area.  Final acceptance is scheduled to be
performed during the second week of December 96.

Atch

DAVID BEADLE
Project Inspector
New Orleans Area Office

CF:
Proj Engr (Wagner)
Proj Insp (Beadle)
Ofc Engr (Urban)
CELMN-CD-Q
CELMN-CT
CELMN-ED-C
CELMN-CD-B
CELMN-CD-CS
CELMN-PM
CELMN-OD-ON

11