# EXHIBIT D

**Energy and Water Development Appropriations Act of 1992 (Excerpts)**

Public Law 102–104
102d Congress

## An Act

Aug. 17, 1991
[H.R. 2427]

Making appropriations for energy and water development for the fiscal year ending September 30, 1992, and for other purposes.

Energy and Water Development Appropriations Act, 1992.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 1992, for energy and water development, and for other purposes, namely:

## TITLE I

## DEPARTMENT OF DEFENSE—CIVIL

## DEPARTMENT OF THE ARMY

### Corps of Engineers—Civil

The following appropriations shall be expended under the direction of the Secretary of the Army and the supervision of the Chief of Engineers for authorized civil functions of the Department of the Army pertaining to rivers and harbors, flood control, beach erosion, and related purposes.

### General Investigations

For expenses necessary for the collection and study of basic information pertaining to river and harbor, flood control, shore protection, and related projects, restudy of authorized projects, miscellaneous investigations, and when authorized by laws, surveys and detailed studies and plans and specifications of projects prior to construction, $194,427,000, to remain available until expended: *Provided,* That with funds appropriated herein, the Secretary of the Army, acting through the Chief of Engineers, is directed to undertake the following items under General Investigations in fiscal year 1992 in the amounts specified:

Red River Waterway, Index, Arkansas, to Denison Dam, Texas, $500,000;

Casino Beach, Illinois, $375,000;

Chicago Shoreline, Illinois, $150,000;

Illinois Waterway Navigation Study, Illinois, $2,185,000;

McCook and Thornton Reservoirs, Illinois, $2,000,000;

Miami River Sediments, Florida, $200,000;

Lake George, Hobart, Indiana, $330,000;

Little Calumet River Basin (Cady Marsh Ditch), Indiana, $170,000;

St. Louis Harbor, Missouri and Illinois, $900,000;

Fort Fisher and Vicinity, North Carolina, $250,000;

Passaic River Mainstem, New Jersey, $7,150,000, of which $400,000 shall be used to initiate the General Design Memoran-

PUBLIC I

dum for the Stream
Passaic River, as a
Law 101–640;
Buffalo Small Bo
Red River Water
Texas, $3,200,000; a
La Conner, Wash
*Provided further,* That
herein, the Secretary
Engineers, is directed
initiate a feasibility ph
at Norco Bluffs, Califo
Water Resources Deve
the Secretary of the Ar
directed to initiate an
design of the Miami Ri
full dredging of all p
Canal and the Miami F
salinity control struct
polluted sediments in a
ance with Public Law
purpose in this Act an
priations Act, 1991, F
using $200,000 of the fu
Army, acting through
directed to undertake
front plan for the Wl
*Provided further,* Tha
herein, the Secretary
Engineers, is directed
design for the Olcott
activities necessary tc
thorized by Public Law
of the funds appropria
through the Chief of E
with the National Parl
comprehensive river c
River Basin, Pennsylv
the funds appropriate
through the Chief of E
take a study, in cooper
ton, of the dispositi
headquarters: *Provide*
appropriated in the En
Act, 1991, Public Law
through the Chief of I
Atlantic Cargo Traffi
Water Resources Devel
accordance with existi
of the Army is author
Transportation, and i
including the Departm
opment associated witl
transportation system
That with $300,000 of
of the Army, acting tl
complete a regional en

and quantify point and nonpoint sources of pollution of Old Hickory, Percy Priest and Cheatham Lakes in Tennessee, and to complete a reconnaissance study of the nondam alternatives for the Mill Creek flood control project in Nashville, Tennessee: *Provided further,* That the Secretary of the Army is directed to use $450,000 of available funds to initiate a reconnaissance level study of proposed dams and related riverfront development to be located along the North Canadian River in Oklahoma: *Provided further,* That the Secretary of the Army, acting through the Chief of Engineers is directed to use $500,000 appropriated herein to carry out the purposes of section 401 of Public Law 101–596.

CONSTRUCTION, GENERAL

For the prosecution of river and harbor, flood control, shore protection, and related projects authorized by laws; and detailed studies, and plans and specifications, of projects (including those for development with participation or under consideration for participation by States, local governments, or private groups) authorized or made eligible for selection by law (but such studies shall not constitute a commitment of the Government to construction), $1,160,461,000, of which such sums as are necessary pursuant to Public Law 99–662 shall be derived from the Inland Waterways Trust Fund, to remain available until expended: *Provided,* That with funds appropriated herein, the Secretary of the Army, acting through the Chief of Engineers, is directed to undertake the following projects in fiscal year 1992 in the amounts specified:

Red River Emergency Bank Protection, Arkansas and Louisiana, $7,300,000;

O'Hare Reservoir, Illinois, $4,000,000;

Kissimmee River, Florida, $5,000,000;

Red River Below Denison Dam, Louisiana, Arkansas, and Texas, $2,300,000;

New York Harbor Collection and Removal of Drift, New York and New Jersey, $2,500,000; and

Red River Basin Chloride Control, Texas and Oklahoma, $3,000,000:

*Provided further,* That with $20,500,000 of the funds appropriated herein to remain available until expended, the Secretary of the Army, acting through the Chief of Engineers, is directed to continue the work for the levees/floodwalls and to undertake other structural and nonstructural work associated with the Barbourville, Kentucky, element of the Levisa and Tug Forks of the Big Sandy River and Upper Cumberland River project authorized by section 202 of Public Law 96–367 and to continue the work for the river diversion tunnels and to undertake other structural and nonstructural work associated with the Harlan, Kentucky, element of the Levisa and Tug Forks of the Big Sandy River and Upper Cumberland River project authorized by section 202 of Public Law 96–367: *Provided further,* That with $9,000,000 of the funds appropriated herein to remain available until expended, the Secretary of the Army, acting through the Chief of Engineers, is directed to continue floodwall construction at the Matewan, West Virginia, element of the Levisa and Tug Forks of the Big Sandy River and Upper Cumberland River project authorized by section 202 of Public Law 96–367: *Provided further,*



That with $17,000,0
available until expe
the Chief of Engine
Lower Mingo Count
Forks of the Big Sa
authorized by secti
That with $2,437,0
available until expe
the Chief of Engine
project reports for
Bottom, West Virgi
County, West Virgi
Tug Fork, West V
Kentucky, Clover F
Basin, Kentucky: *P*
policy shall apply t
Lower Mingo Coun
McDowell County,
ginia, Wayne Coun
Virginia, Hatfield I
Virginia, Pike Cou
Fork, Kentucky, an
and construction of
elements of the Lev
Upper Cumberland
$43,000,000 of the f
Army, acting throug
to prosecute the pla
projects under the s
Authorities Progran
funds appropriated
through the Chief o
of the Salyersville c
section 401(e)(1), in
Salyersville, Kentuc
Engineer on or abo
$750,000 of the func
vided in subsequent
the Army, acting t
award continuing co
ance with the terms
Des Moines Recreat
*vided further,* That
Chief of Engineers, s
herein in fiscal year
documentation and l
extent practicable t
Mile 206 of the Sac
That with funds ap
acting through the
project for shoreline
California, under t
Harbor Act of 1962,
$1,396,000 with an e
estimated first non-
plan recommended l
tled Detailed Proje

That with $17,000,000 of the funds appropriated herein to remain available until expended, the Secretary of the Army, acting through the Chief of Engineers, is directed to continue construction of the Lower Mingo County, West Virginia, element of the Levisa and Tug Forks of the Big Sandy River and Upper Cumberland River project authorized by section 202 of Public Law 96-367: *Provided further,* That with $2,437,000 of the funds appropriated herein to remain available until expended, the Secretary of the Army, acting through the Chief of Engineers, is directed to initiate and complete specific project reports for McDowell County, West Virginia, Hatfield Bottom, West Virginia, Upper Mingo County, West Virginia, Wayne County, West Virginia, Tug Fork Tributaries, West Virginia, Upper Tug Fork, West Virginia, Pike County, Kentucky, Middlesboro, Kentucky, Clover Fork, Kentucky, and Upper Cumberland River Basin, Kentucky: *Provided further,* That no fully allocated funding policy shall apply to construction of the Matewan, West Virginia, Lower Mingo County, West Virginia; specific project reports for McDowell County, West Virginia, Upper Mingo County, West Virginia, Wayne County, West Virginia, Tug Fork Tributaries, West Virginia, Hatfield Bottom, West Virginia, Upper Tug Fork, West Virginia, Pike County, Kentucky, Middlesboro, Kentucky, Clover Fork, Kentucky, and Upper Cumberland River Basin, Kentucky; and construction of Barbourville, Kentucky, and Harlan, Kentucky, elements of the Levisa and Tug Forks of the Big Sandy River and Upper Cumberland River project: *Provided further,* That using $43,000,000 of the funds appropriated herein, the Secretary of the Army, acting through the Chief of Engineers, is directed to continue to prosecute the planning, engineering, design and construction of projects under the sections 14, 103, 107, 111, 205 and 208 Continuing Authorities Programs: *Provided further,* That using $600,000 of the funds appropriated herein, the Secretary of the Army, acting through the Chief of Engineers, is directed to continue construction of the Salyersville cut-through as authorized by Public Law 99-662, section 401(e)(1), in accordance with the Special Project Report for Salyersville, Kentucky, concurred in by the Ohio River Division Engineer on or about July 26, 1989: *Provided further,* That with $750,000 of the funds appropriated herein, or funds hereafter provided in subsequent annual appropriations Acts, the Secretary of the Army, acting through the Chief of Engineers, is directed to award continuing contracts until construction is complete in accordance with the terms and conditions of Public Law 100-202 for the Des Moines Recreational River and Greenbelt project in Iowa: *Provided further,* That the Secretary of the Army, acting through the Chief of Engineers, shall expand $300,000 of the funds appropriated herein in fiscal year 1992 on plans and specifications, environmental documentation and hydraulic modeling to advance to the maximum extent practicable the project to restore the riverbed gradient at Mile 206 of the Sacramento River in California: *Provided further,* That with funds appropriated herein, the Secretary of the Army, acting through the Chief of Engineers, is directed to construct the project for shoreline protection at Emeryville Point Park Marina, California, under the authority of section 103 of the River and Harbor Act of 1962, as amended, at a total estimated first cost of $1,396,000 with an estimated first Federal cost of $907,000 and an estimated first non-Federal cost of $489,000, in accordance with the plan recommended by the Division Commander in the report entitled Detailed Project Report, section 103, Shoreline Protection

Project, Emeryville Point Park Marina dated November 1988. The cost sharing for this project shall be in accordance with the provisions of title I, section 103, of Public Law 99-662 for hurricane and storm damage reduction: *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, is directed to construct the San Timoteo feature of the Santa Ana River Mainstem flood control project by scheduling design and construction. The Secretary is further directed to initiate and complete design and to fund and award all construction contracts necessary for completion of the San Timoteo feature. Furthermore, the Corps of Engineers is directed to use $2,000,000 of the funds appropriated herein to initiate the design: *Provided further*, That using $1,252,000 previously appropriated for the Hansen Dam, California, project, the Secretary of the Army, acting through the Chief of Engineers, is directed to plan, design and construct a swim lake and associated recreational facilities at Hansen Dam as described in the February 1991 Hansen Dam Master Plan prepared by the United States Army Corps of Engineers Los Angeles District: *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, is authorized and directed to pursue the acquisition of Mollicy Farms for environmental restoration, flood control and navigation and the completion of the Ouachita-Black Rivers navigation project in Louisiana and Arkansas in accordance with law and the revised General Design Memorandum for the project, including required cutoffs and bendway widenings in Louisiana and Arkansas. The Federal Government is authorized to advance rights-of-way acquisition funds for the cutoffs and bendway widenings at Federal expense, and the States of Louisiana and Arkansas shall have 10 years after construction begins to repay its portion of the costs: *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, shall include as project costs in accordance with the Post Authorization Change Report, dated April 1989, as revised in January 1990, the costs for aesthetics for the Brush Creek, Kansas City, Missouri, project, which shall be shared with non-Federal interests under the provisions of section 103(a) of Public Law 99-662: *Provided further*, That with funds heretofore, herein or hereafter appropriated, the Secretary of the Army, acting through the Chief of Engineers, is directed to award continuing contracts until construction is complete in accordance with the terms and conditions of Public Law 101-101 for the O'Hare Reservoir, Illinois, and Wallisville Lake, Texas, projects: *Provided further*, That with funds appropriated herein and hereafter for the Lake Pontchartrain and Vicinty, Louisiana Hurricane Protection project, the Secretary of the Army is authorized and directed to provide parallel hurricane protection along the entire lengths of the Orleans Avenue and London Avenue Outfall Canals by raising levees and improving flood protection works along and parallel to the entire lengths of the outfall canals and other pertinent work necessary to complete an entire parallel protection system, to be cost shared as an authorized project feature, the Federal cost participation in which shall be 70 percent of the total cost of the entire parallel protection system, and the local cost participation in which shall be 30 percent of the total cost of such entire parallel protection system: *Provided further*, That the Secretary of the Army, acting through the Chief of Engineers, is directed to construct project modifications for improvement of the environment, as part of the Anacostia River Flood Control and Navigation project, District of Columbia and Maryland, within



Prince Georges Cou
appropriated herein,
Law 99-662, as ame
funds appropriated l
Krotz Springs, Louis
Latanier: *Provided*
herein, the Secretar
Engineers, is directe
Bridge, North Dako
construction contrac
funds appropriated
through the Chief o
tracts to construct
Folly Beach, South
District Engineer's
1991: *Provided furthe*
and directed to prov
reimburse the Town
measures constructe
available funds, the S
of Engineers, is direc
protection measures
to the Sequoyah Hi
under the authority
*further*, That the Ap
at Stonewall Jackso
such elements as pro
golf course; and, in a
expended, is hereby
Waterway, Mississip
the Secretary of th
necessary to award c
ered fully funded, an
construction for Lock
fiscal year 1992; to c
Grove, and Cecile I
directed to be initia
contracts in fiscal y
tures of the Red Riv
considered fully fur
Point Revetment an
Revetment; and to
Stumpy Lake/Swan
to insure acquisition
to maximize benefits
initiate planning an
Bodcau area for the
authorized by laws:
funds appropriated
through the Chief of
construction of aspe
Project as authorize
ited to, toe protectio
whaler installation o
of First Avenue to th
bulkhead and in oth
*ther*, That no fully a