UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Bobby LeDuff*, No. 06-5260 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, St. Paul Fire and Marine Insurance Company ("St. Paul"), who pursuant to Local Rule 78.1 of the Local Rules of The United States District Court for the Eastern District of Louisiana, hereby requests that oral argument be permitted on St. Paul's Rule 12(E) Motion for a More Definite Statement filed in the above-captioned matter. Undersigned counsel submits that oral argument will be helpful to the Court in its consideration of the pending Motion, and will not delay the disposition of said motion.

Respectfully submitted,

/s/April R. Roberts
Joseph P. Guichet, T.A., La. Bar # 24441
Ralph S. Hubbard, III, La. Bar # 7040
April R. Roberts, La. Bar #30821
**LUGENBUHL, WHEATON, PECK,
  RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine
Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2007, a copy of the Request for Oral Argument was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system. Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

/s/April R. Roberts
April R. Roberts