IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE (06-5163) | * | |
| CREATO GORDON, ET AL. v. | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |
| | * | |
| | * | |

## MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 BASED UPON PEREMPTION

NOW INTO COURT, through undersigned counsel, comes defendant, T. L. James & Company, Inc. (hereinafter "T. L. James") to respectfully move this Court to dismiss the Complaint of *Creato Gordon, et al*, C.A.No. 06-5163 against T. L. James as plaintiffs have failed to plead their fraud allegations properly and any claims against T. L. James are barred pursuant to peremption, as

is more fully set forth in the attached memorandum in support of this motion[1].

Respectfully submitted,

**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, LLP**

_____
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
KENNETH J. GELPI, JR. (#24103)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*T.L. James & Company, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this __1st__ day of __February__, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

_____

---

[1] T. L. James is mindful of this Court's prior request that group defendants file group motions, however, T. L. James was not named as an original defendant in the various lawsuits filed against the contractors that worked on the levee and flood wall of the 17th Street canal, nor did T. L. James perform any work at the site of the breach. As T. L. James has been named as a defendant only in *Creato Gordon*, et al, C.A. No. 06-5163, the subject motion is filed to address the limited allegations made against T. L .James in that Complaint.

2