STATE OF LOUISIANA
PARISH OF ORLEANS

I, Stephen P. Bruno, Custodian of Notarial Records.
Parish of Orleans, State of Louisiana, do hereby certify that the above and foregoing is a true
and correct copy of          **ACCEPTANCE OF CONTRACT**

NA#          797614
consisting of ___1___ pages
dated the          13th          day of          Apr-89          executed before
                              Richard J. McGinity          a Notary Public of the

Parish of Orleans, State of Louisiana, the original of which document is on file in my office.

New Orleans, Louisiana, this          19th          day of          Apr-89

No. 0 3146

Stephen P. Bruno
CUSTODIAN OF NOTARIAL RECORDS
PARISH OF ORLEANS
Room B-4, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana



EXHIBIT
A

MODJESKI
EXHIBIT 14

VERIFIED
BAB

STATE OF LOUISIANA                              ACCEPTANCE
PARISH OF ORLEANS                                   OF
                                                CONTRACT
                                                2043-0439

BEFORE ME, the undersigned authority, duly commissioned and certified in and

for the Parish of Orleans, personally came and appeared the Board of Commissioners

of the Orleans Levee District, through  Steven O. Medo, Jr.     , President,

duly authorized, who, being by us sworn, deposes and says: That it entered

into contract with  T. L. James and Company, Inc.,            for

Excavation and Flood Protection at 17th Street Canal, Phase IC,
Toe Wall al. Pump Station No. 6,
New Orleans, Louisiana, under date of  October 31, 1988      , by act

before  Richard J. McGinity     , Notary Public, which contract was recorded

in the Parish of Orleans, in Instrument # 42629, N.A.# 777501     , MOB ---

Folio ---  : that the Contractor has apparently substantially completed

all work required by the contract as of  March 29, 1989       , and

that the Board of Commissioners of the Orleans Levee District hereby accepts

the work done under said contract, and authorizes and directs the Recorder

of Mortgages for the Parish of Orleans, to note this Acceptance thereof in

the margin of said records.

Sworn to and subscribed before me           THE BOARD OF COMMISSIONERS OF
this   APR. 1 3 1989                        THE ORLEANS LEVEE DISTRICT

_____
        NOTARY PUBLIC                       BY:_____
                                               Steven O. Medo, Jr., President
   RICHARD J. McGINITY
Notary Public, Parish of Orleans, State of Louisiana
   My commission is issued for life

Recommended Approval:

_____
   E. Bailey     , Chief Engineer

                                            59037

                    PARISH OF ORLEANS

                          61