IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (06-5163)<br>CREATO GORDON, ET AL. v.<br>UNITED STATES OF AMERICA, ET AL. | * * * * | |

### AFFIDAVIT

STATE OF LOUISIANA

PARISH OF LINCOLN

BEFORE ME, undersigned Notary, personally came and appeared:

**RICHARD G. BRANTLEY**

who, after being by me first dully sworn, did depose and say:

1) That he is an individual of the full age of majority, a resident of the state of Louisiana, is the President and CEO of T. L. James & Company, Inc., a defendant in the above captioned matter, and that he has personal knowledge of the facts set forth in this Affidavit.

2) That he has been employed by T. L. James & Company, Inc. since 1984 and has served as President and CEO since June 1, 2000.

EXHIBIT B

3) That T.L. James & Company, Inc. completed the sale and assignment of its construction related business assets and contracts on or about September 25, 1998.

4) Upon his personal knowledge and review of company records, T. L. James & Company, Inc. did not perform any work on any levee or flood wall on the 17th Street Canal after the company completed the sale of its construction business assets on September 25, 1998.

5) Since September 25, 1998, T.L. James & Company, Inc.'s primary business has been that of growing, harvesting and selling pine timber.

_____
RICHARD G. BRANTLEY

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY, THIS
30TH DAY OF JANUARY, 2007.

_____
NOTARY PUBLIC, No. 15146
My Commission Expires at Death