IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE (06-5163) | * | |
| CREATO GORDON, ET AL. v. | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |
| | * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW COMES** T. L. James & Company, Inc. who, for the purposes of this motion for

summary judgment, avers the following material facts are uncontested:

1.    In 1988, T. L. James & Company, Inc. performed construction work on a toe wall

at the No. 6 pumping station at the head of the 17th Street Canal for the Board of

Commissioners of the New Orleans Levee District.

2.    The toe wall at the No. 6 pumping station at the head of the 17th Street Canal is

located approximately two miles from the breach in the 17th Street Canal levee/flood

wall following landfall of hurricane Katrina.

3.    T. L. James & Company, Inc.'s   contract for the toe wall at the No. 6 pumping station was completed and the work was accepted by the Board of Commissioners of the New Orleans Levee District on March 29, 1989.

4.    On September 25, 1998, T.L. James & Company, Inc. completed the sale and assignment of its construction related business assets and contracts.

5.    T. L. James & Company, Inc. has not performed any work on the 17th Street Canal levee or flood wall since September 25, 1998.

6.    Since September 25, 1998, T. L. James & Company, Inc.'s primary  business has been that of growing, harvesting and selling pine timber.


Respectfully submitted,

**MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, L.L.P.**

_____
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
KENNETH J. GELPI, JR. (#24103)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
_T.L. James & Company, Inc._

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___1ˢᵗ___ day of ___February___, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

3