IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: | * | |
| LEVEE (06-5163) | * | |
| CREATO GORDON, ET AL. v. | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |
| | * | |
| | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that in accordance with the Court's Minute Entry of November 29, 2006 (Doc. No. 2034), the foregoing Motion to Dismiss Pursuant to Rule 12(b)(6) or in the Alternative Motion for Summary Judgment Pursuant to Rule 56 based upon Peremption will be brought on for hearing before the Court on **March 23, 2007** at **9:30 a.m.**

Respectfully submitted,
**MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ, LLP**

_____
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
KENNETH J. GELPI, JR. (#24103)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*T.L. James & Company, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this ___1st___ day of ___February___, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

_____