UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>*<br>*  SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE   (*Abadie,* 06-5164) | *  JUDGE DUVAL<br><br>   MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that State Farm Fire and Casualty Company and State Farm General Insurance Company's Motion for More Definite Statement will be brought for hearing before the Honorable Stanwood R. Duval, Jr. of the United States District Court for the

- 1 -

853691v.1

- 2 -

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on March 23, 2007 at 9:30 a.m.

Respectfully submitted,

s/ Sarah H. Barcellona

Wayne J. Lee, 7916, T.A.
Mary L. Dumestre, 18873
Andrea L. Fannin, 26280
Sarah H. Barcellona, 28080
   of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all counsel of record by electronic service through the Court's CM/ECF system and/or by placing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

s/ Sarah H. Barcellona