UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Bourgeois, No. 06-5131) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ****************************************** | | |

MOTION FOR LEAVE TO FILE
FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boute, Sheila M. Johnson, and Wheeler Norwood, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, and pursuant to Federal Rule of Civil Procedure 15, requests leave to file the attached First Amending Complaint in order to include the United States with respect to which each plaintiff has filed Federal Tort Claim Act claims more than six months ago.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010

                    Telephone:  (504) 569-7000  
                    Telecopy:  (504) 569-7001  
                    wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)  
Cummings, Cummings & Dudenhefer  
416 Gravier Street  
New Orleans, LA  70130  
Telephone:  (504) 586-000  
Telecopy:  (504) 586-8423  
ccdlawfirm@aol.com

W357726

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                            /s/ William C. Gambel
                                            William C. Gambel

W357726