# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Bourgeois, No. 06-5131) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

### FIRSTAMENDMENT TO COMPLAINT
### FOR DECLARATORY JUDGMENT AND DAMAGES
### AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Linda C. and Arnold F. Bourgeois, Wanette and Nikita Boute, Sheila M. Johnson, and Wheeler Norwood, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Old Gentilly and Lake Terrace sections of the City of New Orleans,State of Louisiana,  (hereinafter "Old Gentilly and Lake Terrace Plaintiffs"), who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 7.A and 14.A through 14.D, to-wit:

7.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

14.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Roderick J. Baudy | 06N15T9957 |
| Linda C. and Arnold F. Bougeois | 06N15T14411 |
| Wanette and Nikita Boutte | 06N15T2965 |
| Kim S. Bryant | 06N15T10072 |
| Gail C. DeGruy | 06N15T7010 |
| Evelina N. Doakes | 06N15T6994 |
| Melanie A. Flot | 06N15T260 |
| Shelia M. Johnson | 06N15T7983 |
| Julie McCrary | 06N15T6452 |
| Georgia S. Mitchell | 06N15T6453 |
| Wheeler Norwood | 06N15T7998 |

14.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, Michoud Canal, and Inner Harbor Navigational Canal.

14.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

14.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

Respectfully submitted,

OF COUNSEL:                             /s/ William C. Gambel
                                        William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD LLP   909 Poydras Street, Suite 2300
                                        New Orleans, LA  70112-1010
                                        Telephone:  (504) 569-7000
                                        Telecopy:  (504) 569-7001
                                        wgambel@millinglaw.com


John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W357725

3

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357725