UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Ferdinand, No. 06-5132) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint filed by Plaintiffs, Keith C. Ferdinand, M.D, APMC, Carol and Byron James, Sr., Beatrice Turner, and Alyne J. Mac Quinn, and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial filed herein on August 28, 2006, residing in, or doing business in Bywater and Mid City sections of the City of New Orleans, State of Louisiana, ,. be and the same hereby is GRANTED.

New Orleans, Louisiana on this the ____ day of _____, 2007.

W357731

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010