UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | * | |
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| INSURANCE      (*Abadie,* 06-5164) | | |
| | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO SEVER

Defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively, "State Farm"), move to sever the claims of the individual plaintiffs in this action.  Plaintiffs' claims do not meet the permissive joinder requirements of Rule 20 of the Federal Rules of Civil Procedure.  Plaintiffs do not assert any claim jointly and severally, nor do they assert claims arising out of the same transaction, occurrence, or series of transactions or occurrences.  Plaintiffs' claims arise under different insurance policies, are against different insurance companies, and address unique claim handling issues that are inherently unrelated.  Indeed, the Complaint makes no real attempt to justify the wholesale joinder of thousands of individuals and hundreds of insurance companies in a single lawsuit.  Therefore,

State Farm requests that this Court sever the plaintiffs' claims and require each plaintiff to proceed separately.

Respectfully submitted,

s/ Sarah H. Barcellona

_____
Wayne J. Lee, 7916
Mary L. Dumestere, 18873
Andrea L. Fannin, 26280
Sarah H. Barcellona, 28080
   Of
STONE PIGMAN WALTHER
  WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

852483v.1

# **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion to Sever has been served all known counsel of record by electronic notice from the Court's CM/ECF system, and/or by facsimile, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

Sarah H. Barcellona
_____

852483v.1