UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Christophe, No. 06-5134) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

**FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Mary and Farrell Christophe, Cajuana T. and William R. Lazard, III, Bessie and Manuel Myers, Nora and Sterling Walker, Sr., and others persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the EAST GENTILLY, (hereinafter "East Gentilly Plaintiffs"), who suffered damages due to failure of the flood protection and drainage system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 4.A and 10.A through 10.D, to-wit:

4.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

10.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Rosemary C. Alexis | 06N15T9985 |
| Ernest Antoine, Jr. | 06N15T9988 |
| Michael Augustine | 06N15T1240 |
| Alicia Ayo | 06N15T6412 |
| Willie C. Baker, Jr. | 06N15T7028 |
| Beverly A. Barnes | 06N15T202 |
| Sandra S. and Larry A. Bartholomew | 06N15T7945 |
| Wendell J. Baudy | 06N15T6415 |
| Catherine Lockett Benoit | 06N15T10017 |
| Karen and Mark Brooks | 06N15T3127 |
| Chaundra Casey | 06N15T6586 |
| Ruby Casey | 06N15T6587 |
| Paula Charbonnet | 06N15T032 |
| Mary and Farrell Christophe | 06N15T2976 |
| Albert Collins | 06N15T866 |
| Jennifer S. and Neil J. Conaway, Jr. | 06N15T12334 |
| Shirley and Silas Conner | 06N15T10126 |
| Lynne K. Curtis | 06N15T4894 |
| Vallie Q. Davis | 06N15T2783 |
| Elizabeth and Cornelius Dennis | 06N15T4898 |
| Alma E. Dixon | 06N15T12357 |
| Debra and Antonio Dubose | 06N15T068 |
| Melina G. Duplessis | 06N15T1607 |
| Loretta and Stanley Eskine | 06N15T10128 |
| Ianthe Faciane | 06N15T14423 |
| Christine and Alvin Freeman | 06N15T1222 |
| Aliska Gaudin | 06N15T2132 |
| Dalton Gaudin | 06N15T4048 |
| Edith Gaudin | 06N15T4923 |
| Lorraine C. Glapion | 06N15T071 |
| Andrew Grant | 06N15T6988 |
| Belovia W. Grant | 06N15T4040 |
| Lucille W. Harden | 06N15T10133 |
| Linda R. Hill | 06N15T7981 |
| Veronica and Albert M. Jean, Jr. | 06N15T4934 |
| Helen Je'an | 06N15T051 |

| | |
|---|---|
| Mary A. Johnson | 06N15T14480 |
| Jason Kennedy | 06N15T069 |
| Consuella Kidd, by Lynn Curtis per POA | 06N15T4938 |
| Cajuana T. and William R. Lazard, III | 06N15T14421 |
| Judy R. Legier | 06N15T10245 |
| Gloria C. and Dave Lewis | 06N15T10246 |
| Mari Watanabe and Roger H. Lewis | 06N15T14490 |
| Brenda M. Moses | 06N15T14451 |
| Brenda M. Moses | 06N15T14454 |
| Bessie and Manuel Myers | 06N15T12461 |
| Devin Oten | 06N15T4845 |
| Robby J. Quarles | 06N15T7992 |
| Laisvute and Roger Sigsworth | 06N15T14487 |
| Raven Smith | 06N15T14424 |
| Frances Sulfstede, Executrix for the Succession of Rosalie F. Tidwell | 06N15T3696 |
| Carolyn F. Tabor | 06N15T1206 |
| Cynthia Trepagnier | 06N15T1238 |
| Gail P. Trepagnier | 06N15T1239 |
| Shawn Baker Verrett | 06N15T14485 |
| Nora and Sterling Walker, Sr. | 06N15T2818 |
| Evelyn W. Watkins | 06N15T4942 |
| Cynthia N. White | 06N15T4994 |
| Olivia Williams | 06N15T1927 |
| Willie J. Williams, Sr. | 06N15T4996 |

10.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, the Michoud Canal, and Inner Harbor Navigational Canal.

10.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

10.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

                                                Respectfully submitted,

OF COUNSEL:                      /s/ William C. Gambel
                                       William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD LLP   909 Poydras Street, Suite 2300
                                       New Orleans, LA  70112-1010
                                       Telephone:  (504) 569-7000
                                       Telecopy:  (504) 569-7001
                                       wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com

W357707

4

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                      /s/ William C. Gambel
                                      William C. Gambel

W357707