## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES   *   CIVIL ACTION
CONSOLIDATED LITIGATION        *
                               *   No. 05-4182
PERTAINS TO:                   *   & Consolidated Cases
LEVEE (Williams, No. 06-5137)  *
                               *   SECTION K
                               *   JUDGE DUVAL
                               *   MAGISTRATE WILKINSON

*****************************************

ORDER

Considering the foregoing Motion for Leave to File First Amended Complaint,

IT IS ORDERED that the Motion for Leave to File First Amended Complaint

filed by plaintiffs, Susan and August Williams, Mary B. and Donald Ortego, Shirley F.

and Lawrence C. Cangelosi, Jr., and Rosa h. and Preston J. Edwards, Sr., and other

persons identified in the first allegation to the Complaint,. be and the same hereby is

GRANTED.

New Orleans, Louisiana on this the _____day of _____, 2007.

W357735

William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010