UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (Williams, No. 06-5137)** | * | |
| | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**FIRSTAMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL**

**NOW COMES** Plaintiffs, Susan and August Williams, Mary B. and Donald Ortego, Shirley F. and Lawrence C. Cangelosi, Jr., and Rosa H. and Preston J. Edwards, Sr., and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Kenilworth Subdivisions, Lakefront, Spring Lake, Lake Willow and Pines Village communities to Crowder Boulevard and its environs to the Lakefront Airport, as herein defined, (hereinafter "Kenilworth, Lake and Lakefront Plaintiffs"), who suffered damages due to failure of the flood protection system for the New Orleans East Bank polder, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 5.A and 12.A through 12.D, to-wit:

5.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

12.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Alexis Marie Barbarin | 06N15T10005 |
| Lemuel Alfred Barbarin | 06N15T10007 |
| Sharon B. and Lemuel M. Barbarin | 06N15T10010 |
| John A. Barrere, Jr. | 06N15T1225 |
| Kevin and Kevin Bastian | 06N15T195 |
| Erin E. Baur | 06N15T7946 |
| Diane P. and Harold W. Baur | 06N15T7948 |
| Suzanne S. and Richard J. Binder | 06N15T998 |
| Aloha C. and Wilson Blake | 06N15T3989 |
| Barbara J. Blazio | 06N15T4850 |
| Elizabeth and Herbert M. Blouin | 06N15T3125 |
| Carole J. and Enrique R. Bodden | 06N15T10044 |
| Sheila and Wayne Brown | 06N15T7953 / 06N15T9882 |
| John W. Brumfield, Jr. | 06N15T904 |
| Kendra G. Byrd | 06N15T7954 |
| Sheron G. Caesar | 06N15T4001 |
| Lauren E. Cangelosi | 06N15T6421 |
| Shirley F. and Lawrence C. Cangelosi, Jr. | 06N15T212 |
| Stephanie Carez | 06N15T2501 |
| Melinda and Mauricio Castro | 06N15T821 |
| Jerome Clifton | 06N15T6422 |
| Joan M. and Lloyd A. Coubarous | 06N15T6424 |
| Shawndra and Edward Davis | 06N15T2781 |
| Gina and Robert Dupart | 06N15T4901 |
| Marva Gaines | 06N15T2790 |
| Rupert Gammage | 06N15T4918 |
| Edwina and Mark A. Gilbert | 06N15T2139 |
| Myra and Curtis B. Gonzales, Jr. | 06N15T4056 |

| | |
|---|---|
| Clarence Gully | 06N15T2392 |
| Flora D. and Henry A. Hamilton, Jr. | 06N15T1243 |
| Ellie Mae and Ben Hanchett, Sr. | 06N15T6439 |
| Linda H. and Godfrey Harris, Jr. | 06N15T10135 |
| Darlene Husband | 06N15T6444 |
| Leslie Hutchison | 06N15T4932 |
| Mary L. James | 06N15T14433 |
| Lee M. and Linda Feurtado Jeff | 06N15T4103 |
| Marlon E. Johnson | 06N15T168 |
| Tiffani M. Jourdain | 06N15T4115 |
| Carla and Gilbert Lainez | 06N15T4122 |
| Pauline and Nicholas Lalla | 06N15T306 / 06N15T12892 |
| Deborah and Ivan Lee | 06N15T2798 |
| Linda M. and Albert Lewis | 06N15T12418 |
| Ruth and Sammie M. Mack | 06N15T1879 |
| Lance C. Madison | 06N15T7026 |
| Kelly Mayberry | 06N15T2720 |
| Linda M. Mayberry | 06N15T12428 |
| Jeffrey McFarland | 06N15T1885 |
| Joy and Anthony T. Morgan | 06N15T049 |
| Joseph A. Nelson, III | 06N15T2130 |
| Linda K. Nelson | 06N15T2131 |
| Mary B. and Donald Ortego | 06N15T9767 |
| Donald Ortego, Jr. | 06N15T9368 |
| Jeremy Ortego | 06N15T9369 |
| Myrtle F. Parker | 06N15T4959 |
| Paulette J. Pierce | 06N15T4964 |
| Armand Pinkney | 06N15T1891 |
| Bruce Potter | 06N15T1892 |
| Larry Price | 06N15T1502 |
| Melissa and Negel R. Quintal | 06N15T12469 |
| Beatrice Roberson | 06N15T2812 |
| Burm A. and Alvin Smith | 06N15T1907 |
| Trianda Spriggens | 06N15T057 |
| Mary H. and Ronald W. Taylor | 06N15T6459 |
| Kimberly Thomas | 06N15T3090 |
| Pammalier Walker | 06N15T2147 |
| Deborah J. Acker | 06N15T7942 |
| Sylvia Akosa | 06N15T243 |
| Alice L. Anderson | 06N15T9986 / 06N15T5270 |
| Wesley E. Anderson, Sr. | 06N15T5271 |
| Pamela H. and Glenn Andrews | 06N15T14488 |
| Juanita M. Arnolie | 06N15T6410 |
| Angelina S. Barrere | 06N15T213 |
| John A. Barrere, Jr. | 06N15T1225 |

| | |
|---|---|
| Lyle Barrios | 06N15T167 / 06N15T1216 |
| Romona Baudy | 06N15T6414 |
| Andre' Baugh | 06N15T885 |
| Sabrina A. Blanchard | 06N15T4848 |
| Dianne J. Boisseau | 06N15T7029 |
| Patricia K. Bonds | 06N15T4860 |
| Willie Mae Brooks | 06N15T4866 |
| Anthony Camus | 06N15T193 |
| Matthew Causey | 06N15T169 |
| Sheila M. Cayolle | 06N15T818 |
| Anna and Gilbert Ceasar | 06N15T048 |
| Velma W. Charlot | 06N15T1241 |
| Lavelle M. Cole, Sr. | 06N15T4881 |
| Emmett Collins, III | 06N15T7958 / 06N15T4886 |
| Elmo J. Cooper, III | 06N15T884 |
| Vallie Q. Davis | 06N15T2784 |
| Gregory A. Dawson | 06N15T172 |
| Maria C. and Jackie L. Dean | 06N15T2949 |
| Marilyn and Dexter Dennis | 06N15T4023 |
| Wanda and Herman Dixon | 06N15T2991 |
| Lionel P. Dupart | 06N15T1235 |
| Renette Dyson | 06N15T7977 |
| Rosa H. and Preston J. Edwards, Sr. | 06N15T2996 |
| Christian Eke | 06N15T6593 |
| Joyce S. Felix | 06N15T14475 |
| Claude A. Flot, Jr. | 06N15T2787 |
| Lindon M. Flot | 06N15T037 |
| Jean E. and Alexander Gaines | 06N15T4047 |
| Elizabeth Martin Gainey | 06N15T10248 |
| Raymond Gibson, Jr. | 06N15T7980 |
| Joseph Gould, Jr. | 06N15T1871 |
| Shelia H. and Victor Gray | 06N15T263 |
| Janelle Griffin | 06N15T2690 |
| Linda E. Hamilton | 06N15T6594 |
| Lisa M. Harrell | 06N15T187 |
| Teener and Alvin L. Jackson | 06N15T12411 |
| Errol Jefferson, Sr. | 06N15T6447 |
| Robin and Robert J. Johnson | 06N15T6600 / 06N15T9763 |
| Theodore Jones | 06N15T10150 |
| Sarah G. Lain, M.D. | 06N15T211 |
| Nadyne and Raymond Lavigne | 06N15T200 |
| Barbara Leon | 06N15T4941 |
| James L. Lewis, III | 06N15T3733 |
| Helena and Jolly Lewis | 06N15T7990 |
| Juan J. Lizarraga | 06N15T2800 |

| | |
|---|---|
| Audrey Lombard | 06N15T7027 |
| Marie S. and Karl P. Maffe | 06N15T2951 |
| Mattie Martin | 06N15T10249 |
| Loretta and Chris Mbadugha | 06N15T1882 / 06N15T2804 |
| Irish L. McCray | 06N15T1884 |
| Kaland Mebane | 06N15T2806 |
| Laverne E. Mercadel | 06N15T284 |
| Yolanda R. and Michael R. Mitchell | 06N15T4212 |
| Shewanda A. Morris | 06N15T10252 |
| Anthony A. Odin, Jr. | 06N15T4956 |
| Fidelis Okoye | 06N15T183 |
| Kenu R. Patel | 06N15T034 |
| Glenika Paul | 06N15T4960 |
| Esther P. Pepp | 06N15T4961 |
| Joyce Peters | 06N15T12897 |
| Salvador Peters | 06N15T12898 |
| Anthony C. Pierre, Jr. | 06N15T10259 |
| Marva Plessy | 06N15T12466 |
| Willis Joseph Pratt, Sr. | 06N15T7012 |
| Carolyn and Owen A. Ray, Jr. | 06N15T14471 |
| Juana Y. Raya | 06N15T4968 |
| Olga A. and Gary Richard, Sr. | 06N15T2810 |
| Noella P. and Harold L. Rochon, Sr. | 06N15T199 |
| Shreen P. and Michael Romain | 06N15T2813 |
| Daryl M. Shelton, Jr. | 06N15T14468 |
| Darrell K. Sims | 06N15T2948 |
| Aloha R. and Anthony R. Small | 06N15T6606 |
| Clara E. Solomon-Jones | 06N15T6602 |
| Jesse C. Strickland | 06N15T061 |
| Jesse C. and Ruth M. Strickland | 06N15T286 |
| Amy Thornton | 06N15T1910 |
| Denise Ann Trepagnier | 06N15T6460 |
| Lisa M. and Frank W. Triplett | 06N15T6461 / 06N15T4987 |
| Ayana Marie Turner | 06N15T10321 |
| Louis E. Turner | 06N15T2950 |
| William R. Vaughten, III | 06N15T3094 |
| Lawrence J. Vinnett | 06N15T4990 / 06N15T7003 |
| Shawn J. Vinniet | 06N15T4991 / 06N15T7004 |
| Neal V. Walker | 06N15T881 |
| Constance Wallace | 06N15T305 |
| Rose Mary and Arthur E. Williams, Jr. | 06N15T8005 / 06N15T9876 |
| Susan and August Williams | 06N15T2821 |
| Shelita L. and Gary Williams | 06N15T2148 |
| Gregg J. Williams | 06N15T6468 |
| Lula K. Woods | 06N15T4997 |

12.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal food control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, Michoud Canal, and Inner Harbor Navigational Canal.

12.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

12.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

                        Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | /s/ William C. Gambel |
| | William C. Gambel (LA Bar No. 5900) |
| MILLING BENSON WOODWARD LLP | 909 Poydras Street, Suite 2300 |
| | New Orleans, LA  70112-1010 |
| | Telephone:  (504) 569-7000 |
| | Telecopy:  (504) 569-7001 |
| | wgambel@millinglaw.com |

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130

Telephone: (504) 586-000
Telecopy: (504) 586-8423
ccdlawfirm@aol.com

W357716

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357716