UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

COLLEEN BERTHELOT, ET AL      *     CIVIL ACTION
                                             *

VERSUS                                 *     NO: 05-4182
                                             *

BOH BROTHERS CONSTRUCTION CO.,      *     SECTION "K"(2)
L.L.C., ET AL                                *
                                             *     CONS. KATRINA CANAL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

**LEVEE GROUP**                        **LEVEE AND MR. GO GROUPS**
**CASE NO. 06-4065 (C. ADAMS)**      **CASE NO. 06-5260 (LEDUFF)**
**CASE NO. 06-4634 (G. ADAMS)**
**CASE NO. 06-4931 (BROCK)**         **LEVEE, MR. GO AND RESPONDER GROUPS**
**CASE NO. 06-5032 (JOSEPH)**        **CASE NO. 06-4389 (O'DWYER)**
**CASE NO. 06-5042 (COHEN)**
**CASE NO. 06-5308 (GISEVIUS)**      **LEVEE AND RESPONDER GROUPS**
**CASE NO. 06-5785 (COCHRAN)**      **CASE NO. 06-5786 (O'DWYER)**
**CASE NO. 06-5937 (YACOB)**

                                        **NOT YET DESIGNATED**
                                        **CASE NO. 06-5471 (E. WILLIAMS)**

**B & K CONSTRUCTION COMPANY, INC.'S**
**MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT**
**<u>BASED ON PEREMPTION</u>**

In accordance with Rules 9, 12(b)(6) and 56 of the Federal Rules of Civil Procedure,

defendant B&K Construction Company, Inc. ("B&K") moves this Court for dismissal of certain claims which fail to state claims upon which relief can be granted and/or for summary judgment in its favor and against Plaintiffs in all above-captioned consolidated cases.  As set forth in the attached Statement of Uncontested Material Facts and the Memorandum in Support hereof, Plaintiffs fail to state certain claims as a matter of law, and as to all claims there are no material facts in dispute.  Thus, B & K is entitled to entry of a dismissal and/or summary judgment dismissing all claims against it with prejudice.

Respectfully submitted,


____/s/ Betty F. Mullin_____
Herman C. Hoffmann, Jr.  (#6899)
Betty F. Mullin, (#9818)
Wade M. Bass (#29081)
SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
30th Floor - Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-3000
Telephone: 504-569-2030

Attorneys for B & K Construction Company, Inc.

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this 1st day of February, 2007.

> \_\_/s/ Betty F. Mullin _____
> Herman C. Hoffmann, Jr., Bar No. 6899
> Betty F. Mullin, Bar No. 9818
> Simon, Peragine, Smith & Redfearn, L.L.P.
> 1100 Poydras Street
> 30th Floor - Energy Center
> New Orleans, Louisiana 70163
> (504) 569-2030
> Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\Summary-Dismiss-Mot.wpd