UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-4182 |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

LEVEE GROUP
CASE NO. 05-4181 (O'Dwyer)
CASE NO. 05-4182 (Berthelot)          CASE NO. 05-5237 (Ann Vodanovich)
CASE NO. 05-6073 (Kirsch)             CASE NO. 05-6314 (Ezell)
CASE NO. 05-6324 (Brown)              CASE NO. 05-6327 (LeBlanc)
CASE NO. 06-0020 (Tauzin)             CASE NO. 06-0225 (Bradley)
CASE NO. 06-0886 (Finney)             CASE NO. 06-2278 (Christenberry)
CASE NO. 06-2287 (Sanchez)            CASE NO. 06-2346 (Fitzmorris)

**AFFIDAVIT**

STATE OF LOUISIANA

PARISH OF ORLEANS

    BEFORE ME, personally came and appeared:

H. B. KENYON

who after being duly sworn did depose and say:

1. That this Affidavit is based on his personal knowledge;

2. That he is the president of B&K Construction Company, Inc.;

3. That he has been the president and a shareholder of B&K since its formation in May 15, 1978;

4. That B&K is a heavy construction contractor headquartered in Mandeville, Louisiana;

5. That by letter dated July 11, 1994, B&K was notified by Raymond L. Burgess, Contracting Officer, that its bid in response to Army Corps of Engineer's Solicitation Number DACW29-94-B-0047 had been accepted, and that the Project would form the basis of the Solicitation was awarded to B&K. A copy of this letter, which was retained by B&K as part of its business records, is attached hereto as Exhibit "A";

6. That the Project, which was the subject of the Solicitation and of Contract No. DACW29-94-C-0079 ("the Contract") is described as: Lake Pontchartrain, Louisiana and Vicinity, Hurricane Protection, High Level Plan, Orleans Parish, Louisiana, London Ave. Outfall Canal, Parallel Protection, Mirabeau Ave. to Robert E. Lee Blvd., West Bank, Mirabeau Ave. to Leon C. Simon, East Bank. ("the Project").

7. The Project included the construction of floodwalls on either side of the London Avenue Canal which involved the driving of sheetpiling and the pouring of concrete I-walls on the sheetpiling;

8. That the attached hereto as Exhibit "B" is a copy of the Army Corps' Pre-Solicitation notice which describes the work of the Project and which was received and retained by B&K as part of its business records;

9. That the Contract was awarded to B&K on July 11, 1994;

10. That attached hereto as Exhibit "C" is Standard Form 1442; Solicitation, Offer and Award (construction, alteration, or repair) which was received and retained

by B&K as part of its business record of B&K and which shows the Contract was awarded to B&K on July 11, 1994;

11. That B&K's work on the Project was accepted by the U.S. Army Corps of Engineers on October 31, 1996.

12. That following the acceptance on October 31, 1996, B&K performed no significant work on the Project and only performed minor close out work, all of which was completed by the week ending January 26, 1997;

13. That B&K's payroll records indicate that it had labor payroll for the Project for the week ending January 26, 1997 in the total amount of $74.75;

14. That B&K's records reflect that it had no payroll for the Project subsequent to January 26, 1997;

15. That B&K's subcontractors for the Project did not perform any work on the Project after January 26, 1997;

16. That attached as Exhibit "D" is the U.S. Army Corps of Engineer's form of "Amendment of Solicitation/Modification of Contract" which reflects that the Project was closed May 7, 1997. This document was received and retained by B&K as part of its business records;

17. That as of September 19, 2005, B&K had never provided any labor, services and/or materials for any project related to the 17th Street Canal;

18. That B&K has never provided labor, services, and/or materials for any project related to the Orleans Avenue Canal;

19. That B&K has never provided any labor, services and/or materials for any project related to the Inner Harbor Navigation Canal;

20. That B&K has never provided any labor, services and/or materials for any project related to the Gulf Intracoastal Waterway.

H. B. KENYON

SWORN TO AND SUBSCRIBED BEFORE ME, THIS ___12th___ DAY OF ___June___, 2006.

NOTARY PUBLIC

PRINT NAME:   TREVA T. CAIRNS

BAR NO. (IF APPLICABLE)
LA NOTARY ID#: 12111

N:\DATA\K\03409023\Pleadings\affidavit of boone kenyon 2.wpd



**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

**B & K**

**JUL 13 1994**

July 11, 1994

CONSTRUCTION CO., INC.

Contracting Division
Construction Service Branch

B & K Construction Co., Inc.
1905 Highway 59
Mandeville, LA  70448

Gentlemen:

    You are hereby notified that your bid in response to Solicitation No. DACW29-94-B-0047 which opened on 15 June 1994, with prices totaling approximately $4,554,500.00 for Lake Pontchartrain, Louisiana and Vicinity, High level Plan, London Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C. Simon Blvd. Floodwall, Orleans Parish, Louisiana, is accepted and award is hereby made. In accordance with Amendment No. 0001, paragraph H-26b(1), funds in the amount of $2,500,000.00 are presently available for this procurement.

    Contract No. DACW29-94-C-0079, incorporating all the terms of the agreement, is enclosed along with the performance and payment bonds. In accordance with the terms of your bid, you are required to execute and return the original of each bond to this office, ATTN: Contracting Division, no later than seven (7) days after receipt. Failure to comply with this requirement will be considered a breach of your bid guarantee. Rate and amount of premium must be shown on the reverse of the performance bond. Copy of each bond is enclosed for the surety company. Please acknowledge receipt of contract on the enclosed copy of this letter and return to this office.

    The New Orleans Area Engineer will arrange with you for the required preconstruction conference at which the attendance of a responsible representative of your firm is essential.

    In accordance with page L-5, paragraph L.7, of the specifications, you are required within seven (7) days after award to furnish the Contracting Officer a description of items of work which will be performed with your own forces and the estimated cost of those items.

    EM-385-1-1, dated October 1992, and LMN Forms 385-7-R and 385-6-R along with LMV Form 414-R and ENG Form 4288 referred to in the Special Clauses are enclosed. Information provided on LMN Form 385-6-R shall be submitted in accordance with Table 1 of EM 385-1-1. The accident prevention plan, which includ[...]

EXHIBIT A

B&[K]

these forms, should be submitted in quadruplet within 15 days after receipt of this Notice of Award. The preconstruction conference will not be held until these forms have been in possession of the Contracting Officer's Representative a minimum of seven (7) days.

Progress chart is enclosed for compliance with Contract Clause No. I.80. Also enclosed for your convenience is a copy of information for contractors.

In accordance with paragraph H-4 of the Special Clauses, enclosed for your use and guidance is EP 715-1-2, Contractor's Quality Control.

Please acknowledge receipt of the enclosed delegations of authority in the spaces provided and return one copy of each to this office, ATTN: Contracting Division.

UNITED STATES OF AMERICA

By: *Raymond L. Burgess*
Raymond L. Burgess
Contracting Officer

095995
CERTIFIED MAIL
RETURN RECEIPT REQUESTED

Date 7/12/94
(Received)

B+K Construction Co, Inc.
(Contractor)
By: *signature*
H.B. Kenyon, President

B&K 00020

| PRE-SOLICITATION NOTICE (Construction Contract) | 1. PROJECT NO. DACW29-94-B-0047 | 2. DATE OF NOTICE 02/03/94 | 3. DATE SOLICITATION DOCUMENTS AVAILABLE (Approx.) 03/11/94 | FORM APPROV OMB NO. 9000-003 |
|---|---|---|---|---|

Public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gatheri and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulatory Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0037), Washington, D.C. 20503.

NOTE: The project number in items 1 and 16 may be the same as the Invitation or Proposal Number.

| 4. OFFERS TO BE RECEIVED BY (at place specified for receipt of offers) | A. TIME 1400 A.M./P.M. | B. DATE (Month, day, year) 04/12/94 | 5. TIME FOR COMPLETION (Calendar days) 540 |
|---|---|---|---|

| 6A. ISSUING OFFICE (Name, address, and ZIP code) US ARMY ENGR DIST  NEW ORLEANS  PO BOX 60267  NEW ORLEANS LA 70160-0267  Sheila W. Enclade    SC1 | 7. PROJECT TITLE AND LOCATION Lake Pont, LA & Vicinity, London Ave Outfall Canal, Parallel Prot, Mirabeau Ave to Leon C Simon Blvd. E.B., & Mibabeau Ave to Robert E Lee Blvd., W.B., Orleans Parish, LA |
|---|---|
| 6B. ROOM NO. 172 | 6C. TELEPHONE NO. (include area code) (504) 862-1514 |

INSTRUCTIONS: a. Solicitation Documents will be issued upon receipt of your affirmative response to this Pre-Solicitation Notice by the DUE DATE set forth in Item 15. b. If a charge is required under Item 8A, your affirmative response must include a check or money order in the applicable amount, made payable to Agency (shown in Item 9). Refund (when specified in Item 8B) will be made upon your return of the bid documents in good condition, without marks, notes, or mutilations, within 20 calendar days after the final date for receipt of offers. c. The Issuing Office, at its discretion, may make bid documents available to plan rooms of the Associated General Contractors, Chambers of Commerce, Dodge Reports, and other similar contractors' commercial service facilities. d. Bid guarantee is required with any bid in excess of $25,000. Bid guarantee shall be in the amount of 20 percent of the amount of the bid, or $3,000,000, whichever is less. For bid guarantee purposes, the amount of the bid is the aggregate of the Lump Sum Base Bid, all Alternates (if any), and the product(s) of each unit price (if any) multiplied by the applicable number of units shown on the Bid Form. e. NOTICE TO SMALL BUSINESS FIRMS: A program for the purpose of assisting qualified small business concerns in obtaining certain bid, payment, or performance bonds that are otherwise not obtainable is available through the Small Business Administration (SBA). For information concerning SBA's surety bond guarantee assistance, contact your SBA District Office.

| 8A. CHARGE FOR SOLICITATION DOCUMENTS $ 25.00 | 8B. IS THIS CHARGE REFUNDABLE? ☐ YES ☒ NO | 9. MAKE CHECK PAYABLE TO: FAO, USAED, NO | | |
|---|---|---|---|---|
| 10. ESTIMATED COST RANGE OF PROJECT | | 11. OFFERS COVERING THE PROJECT RESTRICTED TO SMALL BUSINESS? | 12. SUBCONTRACTING PLAN REQUIRED? | |
| A. FROM $ 5,000,000.00 | B. TO $ 10,000,000.00 | ☐ YES ☒ NO | ☒ YES ☐ NO | |

13. DESCRIPTION OF WORK (Physical characteristics)

onsists of clearing; selective demolition; cutting exisiting steel heetpiling; pulling, cleaning, & delivering existing steel sheetpiling; riving new steel sheetpiling; construction reinforced concrete I-wall n existing and new steel sheetpiling; constructing reinforced concrete lope pavement, driving steel sheetpiling under South Central Bell elephone cables and New Orleans Sewerage and Water Board 10 foot iameter siphon tube and 50 inch diameter discharge pipe; relocating ewerage and Water Board feeder cable; modifying existing utilities; egrading existing levees; placing embankment; fertilizing, seeding and rubbing. $50.00 f/scale, Unrestricted.

The Energy & Water Development Appropriations Act, 19 (PL102-377, 2 Oct 92) directed that a continuing contract be awarded to undertake this work & its inclusion in future budgets is uncertain. If Congres does not appropriate funds in future fiscal years for such work, the contract may be terminated for the convenience of the Government.

**PLEASE PROVIDE TELEPHONE NUMBER AND FAX NUMBER IN BLOCK 17.**
(If additional space is needed use reverse)

IMPORTANT: FAILURE TO COMPLETE AND RETURN THIS PART OF THE NOTICE TO THE ISSUING OFFICE, ON OR BEFORE THE DUE DATE SHOWN IN ITEM 15, MAY RESULT IN YOUR NAME BEING REMOVED FROM OUR MAILING LIST.

| 14. ACTION REQUESTED (Check applicable box) | | 15. DUE DATE |
|---|---|---|
| A. I AM INTERESTED IN BIDDING ON THIS PROJECT AS A: ☐ PRIME CONTRACTOR  ☐ PRINCIPAL SUBCONTRACTOR | B. I AM NOT INTERESTED IN BIDDING ON THIS PROJECT. RETAIN MY NAME ON YOUR MAILING LIST. | 03/11/94 |
| NO. OF SET(S) YOU REQUIRE OF SOLICITATION DOCUMENTS | C. REMOVE MY NAME FROM YOUR MAILING LIST. | 16. PROJECT NO. DACW29-94-B-0047 |

17. NAME, ADDRESS (City, State, ZIP code), AND TELEPHONE NUMBER OF FIRM

B&K 00059

| NAME AND TITLE OF FIRM REPRESENTATIVE | 19. SIGNATURE OF REPRESENTATIVE |
|---|---|

EXHIBIT

7540-01-148-3531  EXPIRATION DATE 1-31-90
'us edition not usable.     1417-103

| SOLICITATION, OFFER, AND AWARD (Construction, Alteration, or Repair) | 1. SOLICITATION NO. DACW29-94-B-0047 | 2. TYPE OF SOLICITATION [X] SEALED BID (IFB) [ ] NEGOTIATED (RFP) | 3. DATE ISSUED 5/3/94 | PAGE OF PAGES 1/2 |

IMPORTANT – The "offer" section on the reverse must be fully completed by offeror.

| 4. CONTRACT NO. DACW29-94-C-0079 | 5. REQUISITION/PURCHASE REQUEST NO. ED0000-4031-0144 | 6. PROJECT NO. DACW29-94-B-0047 |

| 7. ISSUED BY | CODE ISSUE1 | 8. ADDRESS OFFER TO  OFFER1 |
|---|---|---|
| US ARMY ENGR DIST NEW ORLEANS PO BOX 60267 NEW ORLEANS LA 70160-0267 | | US ARMY ENGR DIST NEW ORLEANS ATTN CELMN-CT PO BOX 60267 NEW ORLEANS LA 70160-0267 |

| 9. FOR INFORMATION CALL: | A. NAME Sheila W. Enclade  SC1 | B. TELEPHONE NO. (include area code) (NO COLLECT CALLS) (504) 862-1514 |

**SOLICITATION**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

10. THE GOVERNMENT REQUIRES PERFORMANCE OF THE WORK DESCRIBED IN THESE DOCUMENTS (Title, identifying no., date):

11. The Contractor shall begin performance within ___10___ calendar days and complete it within ___540___ calendar days after receiving [ ] award, [X] notice to proceed. This performance period is [X] mandatory, [ ] negotiable. (See _____.)

12A. THE CONTRACTOR MUST FURNISH ANY REQUIRED PERFORMANCE AND PAYMENT BONDS? (If "YES," indicate within how many calendar days after award in Item 12B.) [X] YES [ ] NO

12B. CALENDAR DAYS 007

13. ADDITIONAL SOLICITATION REQUIREMENTS:

A. Sealed offers in original and ___0___ copies to perform the work required are due at the place specified in Item 8 by ___1400___ (hour) local time ___6/8/94___ (date). If this is a sealed bid solicitation, offers must be publicly opened at that time. Sealed envelopes containing offers shall be marked to show the offeror's name and address, the solicitation number, and the date and time offers are due.

B. An offer guarantee [X] is, [ ] is not required.

C. All offers are subject to the (1) work requirements, and (2) other provisions and clauses incorporated in the solicitation in full text or by reference.

D. Offers providing less than ___30___ calendar days for Government acceptance after the date offers are due will not be considered and will be rejected.

NSN 7540-01-155-2212    1442-101    A-1    STANDARD Prescribed FAR (48 CFR)

**EXHIBIT C**

FAX 504-626-9710

| 14. NAME AND ADDRESS OF OFFEROR (Include ZIP Code) | 15. TELEPHONE NO. (Include area code) |
|---|---|
| B & K CONSTRUCTION CO., INC.<br>1905 HIGHWAY 59<br>MANDEVILLE, LA 70448<br><br>DUNS NO. | (504) 626-1866 |
| | 16. REMITTANCE ADDRESS (Include only if different than Item 14) |
| CODE          FACILITY CODE | |

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of this solicitation, if this offer is accepted by the Government in writing within _____ calendar days after the date offers are due. (Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)

**AMOUNTS** ▶

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)

| AMENDMENT NO. | 0001 | 0002 | 0003 | | | | |
|---|---|---|---|---|---|---|---|
| DATE | 5/26/94 | 6/2/94 | 6/7/94 | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print)
H. B. Kenyon, President

20B. SIGNATURE

20C. OFFER DATE
6/15/94

AWARD (To be completed by Government)

21. ITEMS ACCEPTED:

CONTRACT NO. DACW29-94-C-0079
Bidding Schedule: Items 0001 thru 0021

| 22. AMOUNT | 23. ACCOUNTING AND APPROPRIATION DATA |
|---|---|
| $4,554,500.00 | 96x3122 "Lake Pont & Vicinity" 284 VD |

| 24. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM | 25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO |
|---|---|---|
| ▶ | 26 | ☐ 10 U.S.C. 2304(c)( )      ☐ 41 U.S.C. 253(c)( ) |

| ADMINISTERED BY          CODE | 27. PAYMENT WILL BE MADE BY |
|---|---|
| New Orleans Area Office<br>P.O. Box 60267<br>Foot of Prytania Street, Rm. 186<br>New Orleans, LA 70160-0267 | Disbursing Officer<br>U.S. Army Engineer District, New Orleans<br>P.O. Box 60267<br>New Orleans, LA 70160-0267 |

**CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE**

| ☐ 28. NEGOTIATED AGREEMENT (Contractor is required to sign this document and return _____ copies to issuing office.) Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses, representations, certifications, and specifications incorporated by reference in or attached to this contract. | ☐ 29. AWARD (Contractor is not required to sign this document.) Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary. |
|---|---|

| 30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN (Type or print) | 31A. NAME OF CONTRACTING OFFICER (Type or print)<br><br>Raymond L. Burgess |
|---|---|
| 30B. SIGNATURE          30C. DATE | 31B. UNITED STATES OF AMERICA<br>BY *Raymond L Burgess* | 31C. AWARD DATE<br>11 July 1994 |

A-2

STANDARD FORM 1442 BACK (REV. 4-85)

B&K/COE - 00004

9402

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE<br>090 | PAGE 1 OF PAGES 3 |
|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO.<br>P10016 | 3. EFFECTIVE DATE<br>05/07/97 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY  CODE  ISSUE1<br>US ARMY ENGR DIST  NEW ORLEANS<br>PO BOX 60267<br>NEW ORLEANS LA 70160-0267<br>Mike Johnson  SC5(504) 862-2879 | | | 7. ADMINISTERED BY (If other than Item 6)  CODE  ADMIN1<br>US ARMY ENGR DIST, NEW ORLEANS<br>ATTN CELMN-CT<br>PO BOX 60267<br>NEW ORLEANS LA 70160-0267 | |

8. NAME AND ADDRESS OF CONTRACTOR   Vendor ID: 00001344

B & K CONSTRUCTION
1905 HIGHWAY 59
MANDEVILLE LA 70448

B & K CONSTRUCTION CO., INC.

MAY 12 1997

(X) 9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
DACW29-94-C-0079
10B. DATED (SEE ITEM 13)
07/11/94

CODE  0GTN3   FACILITY CODE

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning ___ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
No additional funds are required.   Mod Obligated Amount US   $0.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X  D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor [X] is not, [ ] is required to sign this document and return ___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION

The above numbered contract for Lake Pontchartrain, LA. & Vicinity, High Level Plan, London Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Leon C. Simon Boulevard Floodwall, Orleans Parish, LA., is modified to closeout this contract.

Total contract price is $4,592,777.20. All items in this contract has been closed.

EXHIBIT

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

15A. NAME AND TITLE OF SIGNER (Type or print)
16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)
Diane K. Pecoul  002

15B. CONTRACTOR/OFFEROR   15C. DATE SIGNED
16B. UNITED STATES OF AMERICA   16C. DATE SIGNED
BY (Signature of Contracting Officer)  7 Ma

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE   30-105

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

STATE OF LOUISIANA

PARISH OF ORLEANS

## CERTIFICATE OF AUTHENTICITY

BEFORE ME, the undersigned Notary Public in and for the parish and State hereinabove set forth, personally came and appeared Dianne Allen, who declared that she is the Chief of Policy Branch, Contracting Division for the New Orleans District of the U. S. Army Corps of Engineers; and in that capacity she is the legal custodian for the below described documents as follows:

1. Page 1 of DD Form 2626 for Contract Number DACW-29-94-C-0079 with Block 11 redacted[*].

Dianne Allen further declared that on the 6th day of June, 2006, she personally reviewed the above described documents and hereby certifies that the copies attached hereto are true and correct copies of the documents that now appear on file and of record in this office.

Thus sworn to and subscribed before me in my office in New Orleans, Louisiana in the presence of the two undersigned witnesses this 6th day of June, 2006.

_____
Dianne Allen, Chief of Policy Branch,
Contracting Division for the New Orleans District
U. S. Army Corps of Engineers

WITNESSES:

_____  _____

_____
Notary Public
My commission expires at death.

**DARYL G. GLORIOSO**
**NOTARY PUBLIC**
**(LA BAR ROLL 17956)**
**PARISH OF JEFFERSON - STATE OF LOUISIANA**
**My Commission is issued For Life**

---

[*] Block 11 of Form 2626 contains the overall rating of the company being evaluated. This information is confidential and can only be released to the company being evaluated. The redacted information is not required for these proceedings.

FOR OFFICIAL USE ONLY
(WHEN COMPLETED)

| PERFORMANCE EVALUATION (CONSTRUCTION) | 1. Contract Number DACW2994C0079 |
|---|---|
| | 2. DUNS Number 094554320 |

IMPORTANT: Be sure to complete Part III - Evaluation of Performance Elements on reverse

### PART I - GENERAL CONTRACT DATA

| 3. TYPE OF EVALUATION [ ] INTERIM [X] FINAL [ ] AMENDED | 4. TERMINATED FOR DEFAULT [ ] |
|---|---|

| 5. Contractor (Name, address and ZIP code) | 6A. PROCUREMENT METHOD |
|---|---|
| B & K Construction Company, Inc. 1905 Highway 59 Mandeville, LA 70448   US Prime Contractor | [X] SEALED BID  [ ] NEGOTIATED |
| | 6B. TYPE OF CONTRACT [X] FFP  [ ] COST REIM  [ ] OTHER |

7. Description and Location of Work

Lake Pontchartrain, Louisiana and Vicinity, High Level Plan, London Avenue Outfall Canal, Parallel Protection, Mirabeau Avenue to Robert E. Lee Boulevard, West Bank, Mirabeau Avenue to Leon C. Simon Boulevard, East Bank Floodwall, Orleans Parish, Louisiana

8. Type and Percent of Subcontracting

   a. Gill's Crane and Dozer Service, Inc. - Sheet Pile Driving; 10%
   b. Walter J. Barnes Electric Co., Inc. - Relocation of Feeder Lines; 9%
   SEE ATTACHED

| 9. Fiscal Data | A. Amount of Basic Contract | B. Total Amount of Modifications | C. Liquidated Damages Assessed | D. Net Amount Paid Contractor |
|---|---|---|---|---|
| | $ 4,554,500.00 | $ 51,338.98 | $ 0.00 | $ 4,590,397.20 |

| 10. Significant Dates | A. Date of Award | B. Original Contract Completion Date | C. Revised Contract Completion Date | D. Date Work Accepted |
|---|---|---|---|---|
| | 11 JUL 94 | 07 FEB 96 | 31 OCT 96 | 31 OCT 96 |

### PART II - PERFORMANCE EVALUATION OF CONTRACT (Check appropriate box)

11. Overall Rating

[redacted]

12. EVALUATED BY

| A. Organization - US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-1200 Autovon - |
|---|---|
| C. Name and Title CHESTER ASHLEY, AREA ENGR, NEW ORLEANS AREA OFFICE | D. Signature *Chester Ashley* | E. Date 06 NOV 96 |

13. EVALUATION REVIEWED BY

| A. Organization   US ARMY CORPS OF ENGINEERS, LMVD, NOD, CONSTRUCTION DIVISION | B. Phone Numbers Comm. - 504-862-2235 Autovon - |
|---|---|
| C. Name and Title RICHARD T. HILL, CHIEF, CONSTRUCTION DIVISION | D. Signature | E. Date 11/13/96 |

14. Agency Use (Distribution, etc.)

FOR OFFICIAL USE ONLY (WHEN COMPLETED)        DD FORM 2626