UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 05-4182 |
| | * | |
| BOH BROTHERS CONSTRUCTION CO., L.L.C., ET AL | * | SECTION "K"(2) |
| | * | |
| | * | CONS. KATRINA CANAL |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| **LEVEE GROUP** | **LEVEE AND MR. GO GROUPS** |
| **CASE NO. 06-4065 (C. ADAMS)** | **CASE NO. 06-5260 (LEDUFF)** |
| **CASE NO. 06-4634 (G. ADAMS)** | |
| **CASE NO. 06-4931 (BROCK)** | **LEVEE, MR. GO AND RESPONDER GROUP** |
| **CASE NO. 06-5032 (JOSEPH)** | **CASE NO. 06-4389 (O'DWYER)** |
| **CASE NO. 06-5042 (COHEN)** | |
| **CASE NO. 06-5308 (GISEVIUS)** | **LEVEE AND RESPONDER GROUPS** |
| **CASE NO. 06-5785 (COCHRAN)** | **CASE NO. 06-5786 (O'DWYER)** |
| **CASE NO. 06-5937 (YACOB)** | |
| | **NOT YET DESIGNATED** |
| | **CASE NO. 06-5471 (E. WILLIAMS)** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the undersigned counsel for B&K Construction Company, Inc. will bring its Motion to Dismiss and/or Motion for Summary Judgment Based on Peremption for hearing before the Honorable Stanwood K. Duval, Jr. at the United

States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of March, 2007 at 9:30 a.m.

> Respectfully submitted,
>
> __/s/ Betty F. Mullin_____
> Herman C. Hoffmann, Jr.  (#6899)
> Betty F. Mullin, (#9818)
> Wade M. Bass (#29081)
> SIMON, PERAGINE, SMITH & REDFEARN, L.L.P.
> 30th Floor - Energy Centre
> 1100 Poydras Street
> New Orleans, Louisiana 70163-3000
> Telephone: 504-569-2030
>
> Attorneys for B & K Construction Company, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

New Orleans, Louisiana, this1st day of February, 2007.

> ___/s/ Betty F. Mullin_____
> Herman C. Hoffmann, Jr., Bar No. 6899
> Betty F. Mullin, Bar No. 9818
> Simon, Peragine, Smith & Redfearn, L.L.P.
> 1100 Poydras Street
> 30th Floor - Energy Center
> New Orleans, Louisiana 70163
> (504) 569-2030
>
> Attorneys for B&K Construction Company, Inc.

N:\DATA\K\03409023\Consolidated Pleadings\Notice of Hearing.wpd