UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Porter, No. 06-5140) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |
| ************************************** | | |

FIRST AMENDMENT TO COMPLAINT
FOR DECLARATORY JUDGMENT AND DAMAGES
AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Rhealynda and Eric E. Porter, Mary Louise and James Cole, Sr., William Muhammad and Doris A. Fortune', and other persons identified in the first allegation of the Complaint for Declaratory Judgment and Damages and Request for Jury Trial, residing in, or doing business in the Lower Ninth Ward and St. Bernard Parish, (hereinafter "Lower Nine Plaintiffs"), who suffered damages due to failure of the flood protection system and drainage control, and in furtherance thereof hereby amends the Complaint filed herein on August 28, 2006, to add paragraphs 4.A and 7.A through 7.D, to-wit:

4.A

Made Defendant herein is the Untied States with respect to which each of the Plaintiffs has filed Federal Tort Claim Act claims more than six months ago claiming damages and injury caused by the negligence of the United States Army Corps of Engineers.

7.A

The original claim forms were filed with the United States Army Corps of Engineers in New Orleans, by certified mail, receipt thereof acknowledged, and the Corps has assigned Claim Numbers to the following claims:

| | |
|---|---|
| Nadine S. Ancar | 06N15T035 |
| Iola and Charles Booker, Jr. | 06N15T14496 |
| Diana L. Cole | 06N15T4877 |
| Mary Louise and James Cole, Sr. | 06N15T4880 |
| Alita Cusher | 06N15T8534 |
| J.H. Daniel | 06N15T1246 |
| Susan R. and Ricky DeJean | 06N15T6555 |
| Althais and Willie Fernandez | 06N15T2786 |
| Doris A. Fortune' | 06N15T12912 |
| Shirley B. Garnett | 06N15T4921 |
| Greg Gleason | 06N15T10131 |
| James S. Griffin, Jr. | 06N15T2688 |
| Bruce Harris | 06N15T8533 |
| John A. Heidel, III | 06N15T3435 |
| Vincent J. Heidel | 06N15T5681 |
| Kerri Helmke | 06N15T6996 / 06N15T10494 |
| Shirley M. Holliday | 06N15T2552 |
| Joan J. Jackson | 06N15T12913 |
| Charlene and Byron LaFrance | 06N15T1050 |
| Jerome A. Martin | 06N15T5033 |
| Brenda M. Moses | 06N15T14452 |
| William Muhammad | 06N15T14443 |
| Allen Pernell, Jr. | 06N15T14415 |
| Truly M. Peters | 06N15T9959 |
| Rhealynda and Eric E. Porter | 06N15T14413 |
| Jeannette and Donald Retif | 06N15T4970 |
| Jeffrey D. Rusk | 06N15T3663 |
| Brenda G. and Robert Simmons | 06N15T300 |

| Clarence J. Washington, Sr. | 06N15T2142 |
| --- | --- |
| Dora Weathersby | 06N15T6465 |

7.B

Plaintiffs' damages derive from flooding from waterways neither designed nor operated as federal flood control projects and by-waters not carried by any such federal flood control facility, to wit:  Mississippi River Gulf Outlet and Intercoastal Waterway; Industrial Canal, and Inner Harbor Navigational Canal.

7.C

The United States Army Corps of Engineers has admitted that the flooding which brought plaintiffs' losses was due to incomplete protection, lower than authorized structures and levee sections with erodible materials.

7.D

The commander of the Army Corp of Engineers has characterized the cause of loss as design failure.

WHEREFORE, Plaintiffs pray that the defendants be duly cited to appear and answer this First Amended Complaint and, after due proceeding had, there be judgment in Plaintiffs' favor and against defendants.

Respectfully submitted,

OF COUNSEL:

MILLING BENSON WOODWARD LLP

/s/ William C. Gambel
William C. Gambel (LA Bar No. 5900)
909 Poydras Street, Suite 2300
New Orleans, LA  70112-1010
Telephone:  (504) 569-7000
Telecopy:  (504) 569-7001
wgambel@millinglaw.com

John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer

416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W357711

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357711