UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION * | |
| * | NO. 05-4182 |
| * | |
| * | |
| * | SECTION:   K (2) |
| * | JUDGE DUVAL |
| * | MAGISTRATE WILKINSON |

PERTAINS TO:

LEVEE:
C.A. No. 06-4065 C. Adams
C.A. No. 06-4634 G. Adams
C.A. No. 06-5367 Breithoff
C.A. No. 06-4931 Brock
C.A.  No. 06-5785 Cochran
C.A. No. 06-5042 Cohen
C.A. No. 06-6473 Deane
C.A. No. 06-5159 Fleming
C.A. No. 06-5308 Gisevius
C.A. No. 06-5163 Gordon
C.A. No. 06-5161 Holmes
C.A. No. 06-5032 Joseph
C.A. No. 06-6642 Pontchartrain Baptist Church
C.A. No. 06-8708 Richardson
C.A. No. 06-5937 Yacob

LEVEE, MRGO:
C.A. No. 06-5260 LeDuff

LEVEE, MRGO, RESPONDER:
C.A. No. 06-4389 O'Dwyer

LEVEE, RESPONDER:
C.A. No. 06-5786 O'Dwyer

### RULE 56 MOTION FOR SUMMARY JUDGMENT
### ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C.

Defendant, Boh Bros. Construction Co., L.L.C. ("Boh Bros."),  moves for summary judgment pursuant to Federal Rule of Civil Procedure Rule 56 on the grounds that the pleadings on file along with the accompanying affidavits, exhibits and statement of uncontested material

facts show that there is no genuine issue of material fact, that the claims against Boh Bros. are statutorily barred by application of La. R.S. 9:2772, and that Boh Bros. is entitled to judgment dismissing the claims against it, with prejudice, as a matter of law.

**Respectfully submitted,**

**KINGSMILL RIESS, L.L.C.**

**/s Charles B. Colvin**

**MICHAEL R. C. RIESS (#2073)**
**CHARLES B. COLVIN (#4352)**
**201 St. Charles Avenue, Suite 3300**
**New Orleans, LA   70170**
**Telephone: (504) 581-3300**
**Facsimile: (504) 581-3310**
**Attorneys for Boh Bros. Construction**
  **Co., L.L.C.**

Terrence L. Brennan (Bar No. 3434)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana  70130**
**Telephone:  (504) 581-5141**
**Facsimile:  (504) 566-1201**
**Attorneys for Boh Bros. Construction Co., LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of February, 2007, he electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to those attorneys who have registered to receive same. On that same date she served all other parties by mailing a copy of said pleading to all other counsel of record.

*/s Charles B. Colvin*
_____