UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| | * | |
| CONSOLIDATED LITIGATION | * | 05-4182 |
| | * | |
| | * | SECTION K (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

PERTAINS TO:

LEVEE:
C.A. No. 06-4065 C. Adams
C.A. No. 06-4634 G. Adams
C.A. No. 06-5367 Breithoff
C.A. No. 06-4931 Brock
C.A. No. 06-5785 Cochran
C.A. No. 06-5042 Cohen
C.A. No. 06-6473 Deane
C.A. No. 06-5159 Fleming
C.A. No. 06-5308 Gisevius
C.A. No. 06-5163 Gordon
C.A. No. 06-5161 Holmes
C.A. No. 06-5032 Joseph
C.A. No. 06-6642 Pontchartrain Baptist Church
C.A. No. 06-8708 Richardson
C.A. No. 06-5937 Yacob

LEVEE, MRGO:
C.A. No. 06-5260 LeDuff

LEVEE, MRGO, RESPONDER:
C.A. No. 06-4389 O'Dwyer

LEVEE, RESPONDER:
C.A. No. 06-5786 O'Dwyer

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF RULE 56 MOTION FOR SUMMARY JUDGMENT
ON BEHALF OF BOH BROS. CONSTRUCTION CO., L.L.C.**

Defendant, Boh Bros. Construction Co., L.L.C ("Boh Bros."), adopts and incorporates herein by reference the affidavits and documents attached to its earlier filed motion for summary judgment

and reply memorandum (Doc. Nos. 560, 751 and 803), which evidence establishes the following undisputed material facts, and which supports Boh Bros. Rule 56 Motion for Summary Judgment in the above-captioned 18 cases:

1.

On May 9, 1990, Boh Bros. contracted with the Board of Commissioners of the Orleans Levee District ("OLD") for the purpose of furnishing "all labor, equipment, supplies, etc., and to perform all work necessary for the Excavation & Flood Protection - 17th Street Canal - Phase 1B - Hammond Highway to Southern Railway, New Orleans, Louisiana" (the "17th Street Canal project").[1]

2.

On August 20, 1992, OLD, as project owner, signed the Certificate of Substantial Completion, recognizing March 11, 1992 as the date of substantial completion on the 17th Street canal project, more than thirteen years before Hurricane Katrina made landfall.[2]

3.

A copy of the Certificate of Substantial Completion on the 17th Street Canal project was filed in the mortgage office of Orleans Parish on August 24, 1992, again, more than thirteen years before Hurricane Katrina made landfall.[3]

---

[1] See Exhibit A, Attachment 1 to Boh Bros.' Statement of Uncontested Material Facts in Doc. No. 560.

[2] See Exhibit A, Attachment 2 to Boh Bros.' Statement of Uncontested Material Facts in Doc. No. 560.

[3] Id.

4.

On September 16, 1999, Boh Bros. contracted with the U.S. Army Corps of Engineers ("USACE") to perform pile load testing as per Contract No. DACW29-99-C-0064 and its accompanying amendments on the Inner Harbor Navigation Canal (the "Industrial Canal project").[4]

5.

On May 25, 2000, Boh Bros. completed all of its work on the Industrial Canal project, more than five years before Hurricane Katrina made landfall.[5]

6.

On May 26, 2000, Boh Bros. physically removed all of its equipment from the Industrial Canal project site and relinquished all control and occupancy of the Industrial Canal project to the USACE, again, more than five years before Hurricane Katrina made landfall.[6]

7.

On August 28, 2000, the USACE, through its Chief of the Construction Division, issued a "Performance Evaluation" which established the date of acceptance of Boh Bros.' work on the Industrial Canal Project as May 25, 2000.[7]

8.

On August 29, 2005, Hurricane Katrina made landfall in southeastern Louisiana. The accompanying storm surge caused area outfall canals and commercial waterways to fill with substantially increased levels of water. Several canals and waterways failed, including the 17th Street

---

[4] *See* Exhibit B, Attachment 1 to Boh Bros.' Statement of Uncontested Material Facts in Doc. No. 560.

[5] *See* Exhibit B, Attachment 2 to Boh Bros.' Statement of Uncontested Material Facts in Doc. No. 560.

[6] *See* Exhibit B to Boh Bros.' Statement of Uncontested Material Facts in Doc. No. 560.

[7] *See* Exhibit C attached to Boh Bros.; Second Reply Memorandum in Doc. No. 803.

Canal and the Inner Harbor Navigation Canal, the result of which flooded many neighborhoods throughout the city of New Orleans.

9.

On or about October 20, 2005, the first of many suits was filed in the Civil District Court that alleged claims against numerous defendants for their respective roles in the design and/or construction of three (3) specific canals/waterways: (1) the 17th Street Canal, (2) the London Avenue Canal, and (3) the Inner Harbor Navigation Canal (the "Industrial Canal").

10.

Plaintiffs in the above-captioned cases have asserted claims of tort negligence against Boh Bros., specifically alleging that its improvements on the 17th Street Canal project and the Industrial Canal project caused or contributed to the breaches in the levee/floodwalls for these two canal/waterways.

11.

Prior to August 29, 2005, plaintiffs did not have any claims against Boh Bros. for damage or injuries incurred as a result of Boh Bros.' alleged negligence on the 17th Street Canal project or the Industrial Canal project.

**KINGSMILL RIESS, L.L.C.**

*/s Charles B. Colvin*

**MICHAEL R. C. RIESS (#2073)**
**CHARLES B. COLVIN (#4352)**
**201 St. Charles Avenue, Suite 3300**
**New Orleans, LA   70170**
**Telephone: (504) 581-3300**
**Facsimile: (504) 581-3310**
**Attorneys for Boh Bros. Construction Co., L.L.C.**

>Terrence L. Brennan (Bar No. 3434)
>DEUTSCH, KERRIGAN & STILES, L.L.P.
>755 Magazine Street
>New Orleans, Louisiana 70130
>Telephone: (504) 581-5141
>Facsimile: (504) 566-1201
>Attorneys for Boh Bros. Construction Co., LLC

CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of February, 2007, he electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to those attorneys who have registered to receive same. On that same date she served all other parties by mailing a copy of said pleading to all other counsel of record.

*/s Chrles B. Colvin*
_____