UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br><br>NO. 05-4182<br><br><br>SECTION:   K (2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |

PERTAINS TO:

LEVEE:
C.A. No. 06-4065 C. Adams
C.A. No. 06-4634 G. Adams
C.A. No. 06-5367 Breithoff
C.A. No. 06-4931 Brock
C.A. No. 06-5785 Cochran
C.A. No. 06-5042 Cohen
C.A. No. 06-6473 Deane
C.A. No. 06-5159 Fleming
C.A. No. 06-5308 Gisevius
C.A. No. 06-5163 Gordon
C.A. No. 06-5161 Holmes
C.A. No. 06-5032 Joseph
C.A. No. 06-6642 Pontchartrain Baptist Church
C.A. No. 06-8708 Richardson
C.A. No. 06-5937 Yacob

LEVEE, MRGO:
C.A. No. 06-5260 LeDuff

LEVEE, MRGO, RESPONDER:
C.A. No. 06-4389 O'Dwyer

LEVEE, RESPONDER:
C.A. No. 06-5786 O'Dwyer

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Boh Bros. Construction Co., L.L.C. shall bring on for hearing its Motion for Summary Judgment on the 23rd of March, 2007, at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**KINGSMILL RIESS, L.L.C.**

/s Charles B. Colvin
_____
**MICHAEL R. C. RIESS (#2073)**
**CHARLES B. COLVIN (#4352)**
**201 St. Charles Avenue, Suite 3300**
**New Orleans, LA   70170**
**Telephone: (504) 581-3300**
**Facsimile: (504) 581-3310**
**Attorneys for Boh Bros. Construction Co., L.L.C.**


Terrence L. Brennan (Bar No. 3434)
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana  70130**
**Telephone:  (504) 581-5141**
**Facsimile:  (504) 566-1201**
**Attorneys for Boh Bros. Construction Co., LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of February, 2007, he electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to those attorneys who have registered to receive same. On that same date she served all other parties by mailing a copy of said pleading to all other counsel of record.

*/s Charles B. Colvin*
_____