# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **No. 05-4182** |
| **PERTAINS TO:** | * | **& Consolidated Cases** |
| **LEVEE (Augustine, No. 06-5142)** | * | |
| | * | **SECTION K** |
| | * | **JUDGE DUVAL** |
| | * | **MAGISTRATE WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION FOR LEAVE TO FILE
## FIRSTAMENDMENT TO COMPLAINT
## FOR DECLARATORY JUDGMENT AND DAMAGES
## AND REQUEST FOR JURY TRIAL

**NOW COMES** Plaintiffs, Xiomara Augustine, individually and d/b/a Bright

Minds Academy, Lisa Stafford, Anna Lena Stewart and Brenda M. Moses, and other

persons identified in the first allegation of the Complaint for Declaratory Judgment and

Damages and Request for Jury Trial filed herein on August 28, 2006, residing in, or

doing business in the Lake Bullard, Lake Barrington, Lake Forest, Huntington Park, and

Fairway Estates communicates and environs, (hereinafter "Lake, Park, Subdivision and

Estates Plaintiffs"), and pursuant to Federal Rule of Civil Procedure 15, requests leave to

file the attached First Amended Complaint in order to include the United States with

respect to which each plaintiff has filed Federal Tort Claim Act claims more than six

months ago.

Respectfully submitted,

OF COUNSEL:                          /s/ William C. Gambel
                                     William C. Gambel (LA Bar No. 5900)
MILLING BENSON WOODWARD LLP          909 Poydras Street, Suite 2300
                                     New Orleans, LA  70112-1010
                                     Telephone:  (504) 569-7000
                                     Telecopy:  (504) 569-7001
                                     wgambel@millinglaw.com


John J. Cummings, III, (LA Bar No. 4652)
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA  70130
Telephone:  (504) 586-000
Telecopy:  (504) 586-8423
ccdlawfirm@aol.com


W357743

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

/s/ William C. Gambel
William C. Gambel

W357743