# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | No. 05-4182 |
| PERTAINS TO: | * | & Consolidated Cases |
| LEVEE (Augustine, No. 06-5142) | * | |
| | * | SECTION K |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion to File First Amended Complaint has been scheduled and set for the 21st day of February, 2007, at 9:30 a.m. before the Honorable Stanford R. Duval, Jr., United States District Judge presiding.

Respectfully submitted,

OF COUNSEL:  
MILLING BENSON WOODWARD, LLP

/s/ William C. Gambel  
WILLIAM C. GAMBEL (#5900)  
909 Poydras Street, Suite 2300  
New Orleans, LA 70112-1010  
Telephone: (504) 569-7000  
Telecopy: (504) 569-7001  
wgambel@millinglaw.com

Attorneys for Plaintiffs

John J. Cummings, III (#4652)  
Cummings & Cummings  
416 Gravier Street  
New Orleans, LA 70130  
Phone: (504) 586-0000  
Fax: (504) 522-8423  
W357771

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others depositing same in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                                        /s/ William C. Gambel  
                                        William C. Gambel

W357771