**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   05-4181 | * | |
| 06-1885 | * | MAGISTRATE WILKINSON |
| 06-4024 | * | |
| 06-4389 | * | |
| 06-5771 | * | |
| 06-5786 | * | |
| 06-6099 | * | |
| 07-0206 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**UNOPOSED EX PARTE MOTION TO**
**SUBSTITUTE CORRECTED PAGES OF TRANSCRIPT**

**COME NOW** plaintiffs in Civil Action Nos. 05-4181, 06-4389, 06-5786 and 06-6099, appearing through undersigned counsel, and move This Honorable Court to substitute corrected pages 20, 25 and 27 of Record Document No. 1366, namely the transcript of proceedings held on September 6, 2006, before the Honorable Stanwood R. Duval, Jr., in order to correct typographical errors in those pages of the original transcript.  The corrected pages 20, 25 and 27 are appended hereto for the Court's ready-reference.

-1-

        Respectfully submitted,

        S/ Ashton R. O'Dwyer, Jr.
**ASHTON R. O'DWYER, JR.**
**Law Offices of Ashton R. O'Dwyer, Jr.**
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Tel.: (504) 561-6561
Fax. (504) 561-6560

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

        S/Ashton R. O'Dwyer, Jr.