UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   05-4181 | * | |
|        06-1885 | * | MAGISTRATE WILKINSON |
|        06-4024 | * | |
|        06-4389 | * | |
|        06-5771 | * | |
|        06-5786 | * | |
|        06-6099 | * | |
|        07-0206 | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering plaintiffs' Unopposed Ex Parte Motion to Substitute Corrected Pages of Transcript, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs be and they are hereby **GRANTED** leave to substitute corrected pages 20, 25 and 27 of Record Document 1366, namely the transcript of proceedings held on September 6, 2006, before the Honorable Stanwood R. Duval, Jr., forming a part of Record Document No. 1366, in order to correct typographical errors in those pages of the original transcript.

New Orleans, Louisiana, this ____ day of February, 2007.

_____
**J U D G E**

-1-