20

1       THE COURT: Right.

2       MR. O'DWYER: -- "diatribe" --

3       THE COURT: I understand.

4       MR. O'DWYER: -- in the original pleading. And I
5  know Kel Riess. I didn't realize they were related. I know
6  Kel's daughter was tragically killed and, you know, I'm very
7  sorry for that if that opened wounds or anything like that. I
8  didn't know about his law partner, okay, but knew about the
9  incident.

10      THE COURT: What about "Pulling the wool over the
11 Court's eyes"? To me that implies --

12      MR. O'DWYER: I don't take that back. I don't take
13 that back.

14      THE COURT: Okay, I understand that and you don't
15 have to take anything back, but if you "Pull the wool," that
16 implies disingenuous behavior.

17      MR. O'DWYER: Your Honor, I have been trying to get
18 you and Judge Wilkinson out to the 17th Street Canal breach
19 site from the time we started the discovery wars. But in your
20 infinite wisdom you sit there in your black robes on the
21 bench --

22      THE COURT: Yeah, that's all --

23      MR. O'DWYER: -- you'd understand the situation a lot
24 more had you gone out there.

25      THE COURT: I saw your videos, Mr. O'Dwyer, and let

1   said I don't like some of your conduct as set forth in your
2   pleadings. That doesn't mean I don't like you; I don't really
3   know you, sir. But I can say in a fair and impartial manner
4   some of your pleadings are over the top. That's what I'm
5   telling you. You need to listen to it, maybe listen a little
6   bit as well as -- as well as spew like Vesuvius like I'm doing
7   now. You may need to go into recession a little bit; let the
8   magma calm down, and engage in a little introspection yourself.
9           MR. O'DWYER: You're right, Your Honor. And I don't
10  want to get struck by lightning.
11          THE COURT: No, I'm not going to do that, but I'm
12  saying you need to understand that perhaps -- I'm not talking
13  about this motion -- perhaps you brought a few things on
14  yourself.
15          MR. O'DWYER: Yes, sir, I understand that.
16          THE COURT: All right.
17          MR. O'DWYER: And I concede that.
18          THE COURT: We generally all do. Go ahead.
19          MR. O'DWYER: I've conceded it in open court in front
20  of Judge Berrigan and Judge Wilkinson in a related case.
21          THE COURT: All right, go ahead, sir.
22          MR. O'DWYER: A couple of more points and then I'm
23  going to shut up; I promise you.
24          To put things in context, I raised in my memo a few
25  points where people on the facts one could reasonably conclude

1  struck by lightning," -- was I prescient, Your Honor? -- "the
2  Court can order investigation by the FBI and/or the Department
3  of Justice." You don't get anymore serious than that. And
4  here I am before you today being berated for interpersonal
5  communications between me and another lawyer that really has
6  nothing to do with the Court and is not before the Court except
7  for him bringing it before the Court. It's absurd. I don't
8  know what I'm doing here!
9          THE COURT: Okay.
10         MR. O'DWYER: But I'm going to take your words to
11 heart. I don't want to get struck by lightning. I know I'm
12 not lightning proof, and I've listened to every word you've
13 said. Thank you for your attention, Your Honor. I'll submit.
14         THE COURT: You want to file that into the record?
15         MR. O'DWYER: Yes, I do.
16         THE COURT: Okay, Mr. Riess, Mr. O'Dwyer is saying is
17 this a tag team on him; why is he here? I think he's here, as
18 I understand it, because of the e-mails that I've read, and
19 you're contending that he's violating the Rules of
20 Professionalism. That's my understanding. Tell me if I am
21 incorrect.
22         MR. RIESS: Your Honor, you are incorrect in this
23 regard. I'll answer your question directly --
24         THE COURT: Right.
25         MR. RIESS: -- which I didn't hear from my opponent