**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K" (2) |
| | * | JUDGE DUVAL |
| _____ | * | MAG. WILKINSON |
| | * | |
| PERTAINS TO: LEVEE | * | |
| *Glenn Michael Adams*, No. 06-4634 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>NOTICE OF HEARING</u>

TO:     Glenn Michael Adams, et al.
        Through his attorney of record:
        J. Patrick Connick
        3900 Veterans Memorial Boulevard,
        Third Floor
        Metairie, LA 70002

**PLEASE TAKE NOTICE** that defendant, St. Paul Fire and Marine Insurance Company,

will bring for hearing its "Rule 12(E) Motion for a More Definite Statement" before this Honorable

Court on the 23rd day of March, 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, at

the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

St. Paul would like to notify the Court that it has requested this date for hearing because

another motion filed by St. Paul presenting the same argument and similar facts is set for oral

argument in the matter of *In re: Katrina Canal Breaches Consolidated Litigation*, No. 05-4182

(Pertains to: LEVEE; *Creato Gordon*, No. 06-5163) before this Honorable Court on March 23, 2007.

Respectfully submitted,

/s/April R. Roberts
Joseph P. Guichet, T.A., La. Bar # 24441
Ralph S. Hubbard, III, La. Bar # 7040
April R. Roberts, La. Bar #30821
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
**Attorneys for St. Paul Fire and Marine Insurance**
**Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2007, a copy of St. Paul Fire and Marine Insurance Company's Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys by operation of the court's electronic filing system. Notice of this filing will be mailed to all non-participants of the court's electronic filing system.

/s/April R. Roberts
April R. Roberts