UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

| PERTAINS TO: | | |
|---|---|---|
| **LEVEE:** | | |
| Adams, Cathy | 06-4065 | |
| Adams, Glenn | 06-4634 | |
| Bradley | 06-0225 | |
| Breithoff | 06-5367 | |
| Brock | 06-4931 | |
| Cochran | 06-5785 | |
| Cohen | 06-5042 | |
| Deane | 06-6473 | |
| Gisevius | 06-5308 | |
| Gordon | 06-5163 | |
| Joseph | 06-5032 | |
| Pontchartrain Baptist | 06-6642 | |
| Yacob | 06-5937 | |

***LEVEE, MRGO:***
Leduff          06-5260
***LEVEE, MRGO, RESPONDER:***
O'Dwyer       06-4389
***LEVEE, RESPONDER:***
O'Dwyer       06-5786
***NOT YET DESIGNATED***:
Williams, E.   06-5471

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS
UNDER LOCAL RULE 56.1 IN SUPPORT OF JOINT MOTION OF ENGINEERS FOR
SUMMARY JUDGMENT ON THE AFFIRMATIVE DEFENSES OF *RES JUDICATA*
OR, IN THE ALTERNATIVE, COLLATERAL ESTOPPEL**

In accordance with Local Rule 56.1, **Burk-Kleinpeter, Inc.**, **Eustis Engineering**

**Company, Inc.**, **GOTECH, Inc.** and **Modjeski and Masters, Inc.**, submit the following list of undisputed material facts.

1. Of the twenty-one complaints that were filed, fourteen ("Original Plaintiffs") brought tort claims against one or more of the Engineers.

2. On April 11, 2006, Judge Duval consolidated all 21 complaints, ordered that similar cases be grouped together and that each group file a joint motion or opposition. Doc. No. 69.

3. The Original Plaintiffs were designated for inclusion into either the Levee or MRGO groups.

4. On April 11, 2006, Judge Duval ordered that defendants file preliminary dispositive motions against groups of plaintiffs by June 15, 2006.

5. On May 5, 2006, Judge Duval appointed five attorneys to serve as interim "Plaintiffs' Counsel." Doc. No. 291

6. On June 1, 2006, the Engineers moved to dismiss all perempted tort claims brought by the Original Plaintiffs that were designated into the Levee and MRGO Groups ("Engineers Motions").

7. On June 29, 2006, the Plaintiffs' Committee, on behalf of eight of the Original Plaintiffs, joined by counsel for three non-parties, filed an Omnibus Opposition to the Engineers' Motions.

8. In Plaintiffs' Omnibus Opposition, the Plaintiffs' Committee contested the application of peremption to bar tort claims against the Engineers, and raised issues of remoteness and of the fraud exception to peremption. However, none of the complaints included a count of fraud or pled the fraud exception to peremption.

9. On July 14, 2006, the Court issued CMO No. 1, and ordered that all parties in litigation subsequently consolidated shall be bound.

10. On August 18, 2006, the Plaintiffs' Committee, joined by seven non-committee attorneys, filed a Sur-Reply on behalf of all of the fourteen Original Plaintiffs. In the Sur-Reply, the Plaintiffs' Committee contested the application of peremption to bar tort claims against the Engineers, and raised issues of remoteness and of the fraud exception to peremption. However, none of the complaints included a count of fraud or pled the fraud exception to peremption.

11. On August 25, 2006, the Plaintiffs' Committee allowed counsel for <u>Bradley</u>, a non-party to the Engineers' Motions, to argue on behalf of the plaintiffs.

12. During August 2006, nine new lead plaintiffs filed complaints ("August Plaintiffs").

13. Members of the Plaintiffs' Committee represent many of the August Plaintiffs.

14. None of the August Plaintiffs filed an opposition or sought additional time to oppose the Engineers' Motions.

15. On December 8, 2006, Judge Duval dismissed the complaints filed by the Original Plaintiffs. Doc. No. 2149.

16. Judge Duval issued Reasons. Doc. No. 2148.

17. In the Reasons, Judge Duval:

    1. <u>Tort Peremption</u>: **Granted** the Engineers' Rule 56 Joint Motion for Summary Judgment on the affirmative **defense of Peremption**. (Doc. No. 2148, Reasons, p. 16) (emphasis added).

    2. <u>Tort Remoteness</u>: Found that, "[P]laintiffs submitted **no competent evidence** to indicate that any work performed **on the remote area** would have any bearing on any of the areas that failed. Without such affidavit evidence, **plaintiffs have failed to raise a genuine issue as**

       **to a material fact as to the so-called "remote" work**.  (Doc. No. 2148, Reasons, p. 14) (emphasis added).

3.      <u>Fraud Exception</u>:  Found that, "As stated above, in LA. REV. STAT. 9:5607(E) provides that the statute would not be applicable in cases of fraud as defined in **LA. CIV. CODE ANN. art. 1953**.  Again, there is **neither any allegation of fraud** in the various complaints, **nor is there any competent evidence** presented to the Court that would create a **genuine issue as to a material fact** or convince the Court to allow discovery on this issue."  (Doc. No. 2148, Reasons, p. 14) (emphasis added).

Respectfully Submitted,

| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
|---|---|
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70130 | Telephone: (504) 581-5141 |
| Telephone: (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile: (504) 523-2705 | |

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND**
**DEFENDANT AND MOVER**

| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
|---|---|
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |

**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**GOTECH, INC.**
**DEFENDANT AND MOVER**