UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

***LEVEE, MRGO:***
Leduff          06-5260
***LEVEE, MRGO, RESPONDER:***
O'Dwyer          06-4389
***LEVEE, RESPONDER:***
O'Dwyer          06-5786
***NOT YET DESIGNATED*:**
Williams, E.   06-5471

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, and **Modjeski and Masters, Inc**. will bring the foregoing Rule 56 *Res Judicata*, or in the Alternative, Collateral Estoppel, Joint Motion of Engineers

for Summary Judgment to Dismiss all Claims, or in the Alternative all Issues, on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of March, 2007, at 9:30 a.m.

Respectfully Submitted,

| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
|---|---|
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana  70130 | Telephone: (504) 581-5141 |
| Telephone:   (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile:     (504) 523-2705 | |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **EUSTIS ENGINEERING COMPANY, INC.,** | **BURK-KLEINPETER, INC. AND** |
| **DEFENDANT AND MOVER** | **DEFENDANT AND MOVER** |

| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
|---|---|
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **MODJESKI AND MASTERS, INC.** | **GOTECH, INC.** |
| **DEFENDANT AND MOVER** | **DEFENDANT AND MOVER** |

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 1st day of February, 2007, served a copy of the Notice of Hearing of Rule 56 *Res Judicata*, or in the Alternative, Collateral Estoppel, Joint Motion of Engineers for Summary Judgment to Dismiss all Claims, or in the Alternative all Issues, on counsel for all parties to this proceeding, by e-filing, e-mail or United States Mail, postage prepaid.

        /s/ *Keith J. Bergeron*
        KEITH J. BERGERON