UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>*<br>*  SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE     (*Austin,* 06-5383) | *  JUDGE DUVAL<br><br>   MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR A MORE DEFINITE STATEMENT
AND INCORPORATED MEMORANDUM IN SUPPORT**

NOW INTO COURT, through undersigned counsel, come Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), with a full reservation of all exceptions, rights, and defenses, and respectfully move, pursuant to Rule 12(e) for a more definite statement of plaintiffs' Complaint as amended ("Complaint"). In support of this motion, State Farm states as follows:

- 1 -

852796v.1

**1.**

State Farm cannot properly respond to plaintiffs' Complaint as currently drafted. Plaintiffs' Complaint is a "scattershot" pleading missing any facts sufficient to put State Farm on notice of plaintiffs' claims.[1]

**2.**

The Complaint contains only vague and conclusory allegations for each of these causes of action and fails to notify State Farm of the facts that give rise to the claims plaintiffs assert.

**3.**

As currently presented, it is impossible for State Farm to draft an appropriate response. Therefore, State Farm requests that this Court order plaintiffs to provide a more definite statement of the allegations in their Complaint.

**4.**

State Farm adopts the argument and authorities submitted in the Motion for A More Definite Statement and Memorandum in Support filed by State Farm Fire and Casualty Company and State Farm General Insurance Company in *Abadie, et al. v. Aegis Security Insurance Company, et al.*, C.A. No. 06-5164, consolidated with C.A. 05-4182. (*See* Rec. Doc. 2960, C.A. 05-4182). Although the *Austin* plaintiffs have amended their Complaint to drop the class allegations, the remaining allegations by 28 plaintiffs against 14 insurers are identical to those allegations made in the *Abadie* action. State Farm adopts and incorporates by reference the Motion for More Definite Statement and Memorandum in Support filed by State Farm Fire and

---

[1] Plaintiffs' claims clearly are misjoined under Rule 20(a), since none of the plaintiffs' alleged injuries arise out of the same transaction or occurrence, and the defendants cannot

Casualty Company and State Farm General Insurance Company in the consolidated action, *Abadie, et al. v. Aegis, et al.*, No. 06-5164.

**WHEREFORE**, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, State Farm respectfully moves for a more definite statement.

    Respectfully submitted,

    s/ Sarah H. Barcellona
    _____

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

---

be jointly or severally liable for their alleged injuries.  State Farm is simultaneously filing a motion to sever.

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion for More Definite Statement and Incorporated Memorandum in Support has been served upon all known counsel of record by electronic notice from the Court's CM/ECF system, and/or by facsimile, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

s/ Sarah H. Barcellona