UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>*<br>*  SECTION "K" (2)<br>* |
| PERTAINS TO:<br>INSURANCE   (*Austin,* 06-5383) | *  JUDGE DUVAL<br>*<br>*  MAGISTRATE WILKINSON<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant State Farm Fire and Casualty Company and State Farm General Insurance Company (collectively "State Farm"), who, pursuant to Local Rule 78.1E, respectfully request permission to argue orally their Motion for More Definite Statement filed in the above captioned matter*,* which currently is set for hearing on March 23, 2007 at 9:30 a.m.  Oral argument will clarify the issues of fact and law and assist the Court in making a correct disposition of the motion.

1

WHEREFORE, counsel for State Farm Fire and Casualty Company and State Farm General Insurance Company respectfully move this Court to grant oral argument for said motion.

Respectfully submitted,

s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Request for Oral Argument has been served upon all known counsel of record by electronic notice from the Court's CM/ECF system, and/or by facsimile, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

s/ Sarah H. Barcellona