UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

***LEVEE, MRGO:***
Leduff    06-5260
***LEVEE, MRGO, RESPONDER:***
O'Dwyer    06-4389
***LEVEE, RESPONDER:***
O'Dwyer    06-5786
***NOT YET DESIGNATED:***
Williams, E.   06-5471

## REQUEST FOR ORAL ARGUMENT

**Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, and **Modjeski and Masters, Inc.**, through undersigned counsel and pursuant to Local Rule 78.1E, respectfully request permission to argue orally their Rule 56 Joint Motion of

#351265v1<DKS> -ReqOralArgument

Engineers for Summary Judgment on the Affirmative Defense of *Res Judicata* or, in the Alternative, Collateral Estoppel to Dismiss the Levee, Responder and MRGO Groups of Plaintiffs' Complaints before Judge Stanwood R. Duval, Jr.  Oral argument will clarify any issues of fact or law which the Court may have, and assist the Court in making a correct disposition of the motions.

**WHEREFORE, Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, and **Modjeski and Masters, Inc.** respectfully move this Court for an order granting oral argument for said motions on the scheduled hearing date of March 23, 2007 at 9:30 a.m.

Respectfully Submitted,

| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
|---|---|
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70130 | Telephone: (504) 581-5141 |
| Telephone: (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile: (504) 523-2705 | |

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND DEFENDANT AND MOVER**

| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
|---|---|
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |

**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**GOTECH, INC.**
**DEFENDANT AND MOVER**