UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION<br> * <br> * NO. 05-4182<br> * <br> * SECTION "K" (2)<br> * |
| PERTAINS TO:<br>INSURANCE    (*Austin,* 06-5383) | * JUDGE DUVAL<br> * <br> * MAGISTRATE WILKINSON<br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that State Farm Fire and Casualty Company and State Farm General Insurance Company's Motion to Sever will be brought for hearing before the Honorable Stanwood R. Duval, Jr. of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana  70130, on March 23, 2007 at 9:30 a.m.

1

853962v.1

2

Respectfully submitted,

s/ Sarah H. Barcellona
_____
Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
    Of
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company and State Farm General Insurance Company

# **C E R T I F I C A T E**

    I hereby certify that a copy of the above and foregoing Notice of Hearing has been served upon all known counsel of record by electronic notice from the Court's CM/ECF system, and/or by facsimile, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

                s/ Sarah H. Barcellona
             _____

853962v.1