UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 2005-4182 "K" (2) |
| _____ | * * | JUDGE DUVAL |
| PERTAINS TO: *PALMER* C.A. No. 06-7540 | * * | MAG. WILKINSON |

*******************************************

## ENCOMPASS INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Encompass Insurance Company (hereinafter "Encompass"), who files this Corporate Disclosure in compliance with Federal Rules of Civil Procedure 7.1 and Local Rule 5.6.

Encompass is a wholly-owned subsidiary of Allstate Insurance Company, which is an Illinois insurance company. Allstate Insurance Company is a wholly-owned subsidiary of The Allstate Corporation, a Delaware corporation. The stock of The Allstate Corporation is publicly

traded. No publicly-held entity owns 10% or more of the stock of The Allstate Corporation.

1

Respectfully Submitted,

_____s/ Michael W. Collins_____
GLENN B. ADAMS (#2316)
MICHAEL W. COLLINS (#29129)
PORTEOUS, HAINKEL, & JOHNSON, LLP
704 Carondelet Street
New Orleans, Louisiana 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
Email: gadams@phjlaw.com
        mcollins@phjlaw.com
*Attorneys for Encompass Insurance
Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have this 1st day of February, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding via electronic mail through CM/ECF, facsimile service, and/or by mailing same by United States Mail, properly addressed and first class postage prepaid.

_____s/ Michael W. Collins_____
GLENN B. ADAMS
MICHAEL W. COLLINS