UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * <br> * SECTION "K" (2) <br> * |
| PERTAINS TO: <br> INSURANCE   (*Kiefer,* 06-5370) | * JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STATE FARM'S MOTION TO SEVER
### AND INCORPORATED MEMORANDUM

Defendant, State Farm Fire and Casualty Company[1] ("State Farm"), moves to sever the claims of the individual plaintiffs in this action. Plaintiffs' claims do not meet the permissive joinder requirements of Rule 20 of the Federal Rules of Civil Procedure. Plaintiffs do not assert any claim jointly and severally, nor do they assert claims arising out of the same transaction, occurrence, or series of transactions or occurrences. Plaintiffs' claims arise under different insurance policies, are against different insurance companies, and address unique claim handling issues that are inherently unrelated. Indeed, the Complaint, as amended ("Complaint")

---

[1] State Farm Insurance Company, a non-existent entity, has been incorrectly named as an additional defendant.

1

852712v.1

makes no real attempt to justify the wholesale joinder of multiple individuals and multiple insurance companies in a single lawsuit.

In support of its Motion to Sever, State Farm adopts the argument and authorities submitted in the Motion to Sever and Memorandum in Support filed by State Farm Fire and Casualty Company and State Farm General Insurance Company in *Abadie, et al. v. Aegis Security Insurance Company, et al.,* C.A. No. 06-5164, consolidated with C.A. 05-4182. (*See* Rec. Doc. 2964, C.A. 05-4182). Although the *Kiefer* plaintiffs have amended their Complaint to drop the class allegations, the remaining allegations by 46 plaintiffs against 16 insurers are identical to those allegations made in the *Abadie* action. State Farm adopts and incorporates by reference the Motion to Sever and Memorandum in Support filed by State Farm Fire and Casualty Company and State Farm General Insurance Company in the consolidated action, *Abadie, et al. v. Aegis, et al.*, No. 06-5164.

Wherefore, State Farm requests that this Court sever the plaintiffs' claims and require each plaintiff to proceed separately.

Respectfully submitted,

s/ Sarah H. Barcellona

Wayne J. Lee, 7916
Stephen G. Bullock, 3648
Lesli D. Harris, 28070
Sarah H. Barcellona, 28080
  Of
STONE PIGMAN WALTHER
 WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

Attorneys for State Farm Fire and Casualty Company

3

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Motion to Sever and Incorporated Memorandum has been served upon all known counsel of record by electronic notice from the Court's CM/ECF system, and/or by facsimile, and/or by placing same items in the United States mail, postage prepaid and properly addressed, this 1st day of February, 2007.

s/ Sarah H. Barcellona