UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

| PERTAINS TO: | | *LEVEE, MRGO:* | |
|---|---|---|---|
| *LEVEE:* | | Leduff | 06-5260 |
| Adams, Cathy | 06-4065 | *LEVEE, MRGO, RESPONDER:* | |
| Adams, Glenn | 06-4634 | O'Dwyer | 06-4389 |
| Bradley | 06-0225 | *LEVEE, RESPONDER:* | |
| Breithoff | 06-5367 | O'Dwyer | 06-5786 |
| Brock | 06-4931 | ***NOT YET DESIGNATED*:** | |
| Cochran | 06-5785 | Williams, E. | 06-5471 |
| Cohen | 06-5042 | | |
| Deane | 06-6473 | | |
| Gisevius | 06-5308 | | |
| Gordon | 06-5163 | | |
| Joseph | 06-5032 | | |
| Pontchartrain Baptist | 06-6642 | | |
| Yacob | 06-5937 | | |

## ENGINEERS' JOINT RULE 12(b)(6) MOTION TO DISMISS AND RULE 56 MOTION FOR SUMMARY JUDGMENT

The Engineers' Group, consisting of defendants **Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.** and **Modjeski and Masters, Inc.**, through their respective undersigned counsel, move this Court to dismiss all claims of plaintiffs against movers, including those fraud claims which violate Rule 12(b)(6) on the grounds that plaintiffs have failed to state claims upon which relief can be granted, or in the alternative under Rule 56; and, to dismiss all tort claims by granting summary judgments

#351231v1<DKS> -Rule12JointMTD                                           1

in favor of defendants pursuant to Rule 56 on the affirmative defense of peremption, for the reasons more fully set forth in the accompanying Memorandum in Support, Appendix, and prior incorporated filings.

**WHEREFORE**, Movants pray that the Court grant their motions and dismiss the plaintiffs' claims against them in the Levee, the MRGO and Responder Groups.

Respectfully Submitted,

| | |
|---|---|
| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70130 | Telephone: (504) 581-5141 |
| Telephone: (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile: (504) 523-2705 | |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **EUSTIS ENGINEERING COMPANY, INC.,** | **BURK-KLEINPETER, INC. AND** |
| **DEFENDANT AND MOVER** | **DEFENDANT AND MOVER** |
| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |
| **ATTORNEYS FOR:** | **ATTORNEYS FOR:** |
| **MODJESKI AND MASTERS, INC.** | **GOTECH, INC.** |
| **DEFENDANT AND MOVER** | **DEFENDANT AND MOVER** |