UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

*LEVEE, MRGO:*
| | |
|---|---|
| Leduff | 06-5260 |

**LEVEE, MRGO, RESPONDER:**
| | |
|---|---|
| O'Dwyer | 06-4389 |

**LEVEE, RESPONDER:**
| | |
|---|---|
| O'Dwyer | 06-5786 |

**NOT YET DESIGNATED**:
| | |
|---|---|
| Williams, E. | 06-5471 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that **Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, and **Modjeski and Masters, Inc.** will bring the foregoing Engineers' Rule 12(b)(6) Joint Motion to Dismiss and Rule 56 Joint Motion for Summary

*#351238v1<DKS> -NoticeHearing*

Judgment on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of March, 2007, at 9:30 a.m.

Respectfully Submitted,

FOWLER, RODRIGUEZ & CHALOS

/s/ *Mat M. Gray, III*
MAT M. GRAY, III, T.A. (#6264)
ALANSON T. CHENAULT, IV (#20747)
400 Poydras Street, 30th Floor
New Orleans, Louisiana  70130
Telephone:   (504) 523-2600
Facsimile:    (504) 523-2705

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Charles F. Seemann, Jr.*
CHARLES F. SEEMANN, JR., T.A. (#11912)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND**
**DEFENDANT AND MOVER**

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Keith J. Bergeron*
FRANCIS J. BARRY, JR., T.A. (#02830)
FREDERICK R. BOTT (# 3285)
KEITH J. BERGERON (#25574)
SCOTT J. HEDLUND (#30549)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.**
**DEFENDANT AND MOVER**

LONG LAW FIRM

/s/ *Albert Dale Clary*
ALBERT DALE CLARY, T.A. (#4165)
ADRIAN G. NADEAU (#28169)
One United Plaza
Suite 500, 4041 Essen Lane
Baton Rouge, Louisiana 70809
Telephone: (225) 922-5110
Facsimile: (225) 922-5105

**ATTORNEYS FOR:**
**GOTECH, INC.**
**DEFENDANT AND MOVER**

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day of February, 2007, served a copy of the Notice of Hearing of Engineers' Rule 12(b)(6) Joint Motion to Dismiss and Rule 56 Joint Motion for Summary Judgment , on counsel for all parties to this proceeding, by e-filing, e-mail or United States Mail, postage prepaid.

                                                                           /s/ *Keith J. Bergeron*
                                                                        KEITH J. BERGERON