UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON | |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

*LEVEE, MRGO:*
Leduff    06-5260
*LEVEE, MRGO, RESPONDER:*
O'Dwyer    06-4389
*LEVEE, RESPONDER:*
O'Dwyer    06-5786
***NOT YET DESIGNATED*:**
Williams, E.  06-5471

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS
UNDER LOCAL RULE 56.1 IN SUPPORT OF ENGINEERS' RULE 56
<u>JOINT MOTION FOR SUMMARY JUDGMENT</u>**

In accordance with Local Rule 56.1, the Engineers submit the following list of

undisputed material facts.

1. Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc. and Modjeski and Masters, Inc. adopt and incorporate by reference the Engineers' June 1, 2006 Rule 56.1 Statements contained in Doc. No. 463.

2. GOTECH, Inc. adopts and incorporates by reference GOTECH's August 11, 2006 Rule 56.1 Statement contained in Doc. No. 894.

Respectfully Submitted,

| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
|---|---|
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70130 | Telephone: (504) 581-5141 |
| Telephone: (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile: (504) 523-2705 | |

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND**
**DEFENDANT AND MOVER**

| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
|---|---|
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |

**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**GOTECH, INC.**
**DEFENDANT AND MOVER**