UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

**LEVEE, MRGO:**
| | |
|---|---|
| Leduff | 06-5260 |

**LEVEE, MRGO, RESPONDER:**
| | |
|---|---|
| O'Dwyer | 06-4389 |

**LEVEE, RESPONDER:**
| | |
|---|---|
| O'Dwyer | 06-5786 |

***NOT YET DESIGNATED:***
| | |
|---|---|
| Williams, E. | 06-5471 |

**BURK-KLEINPETER, INC.'S SUPPLEMENTAL STATEMENT OF UNDISPUTED MATERIAL FACTSUNDER LOCAL RULE 56.1 IN SUPPORT OF ENGINEERS' RULE 56 JOINT MOTION FOR SUMMARY JUDGMENT**

In accordance with Local Rule 56.1, Burk-Kleinpeter, Inc. ("BKI") submits the

following list of undisputed material facts.

1. Burk-Kleinpeter, Inc. has participated in only four projects along the 17th Street Canal, none of which failed in Katrina. (BKI Exhibit No. 1, Declaration of Michael G. Jackson)

2. Of the four projects performed by Burk-Kleinpeter, Inc. referred to above, two were completed more than five years before Katrina, namely the Improvements to Pump Station No. 6 and the Canal Street Canal Pumping Station. (BKI Exhibit No. 1, Declaration of Michael G. Jackson)

3. None of the four projects performed by Burk-Kleinpeter, Inc., referred to above, involved maintaining the levees/floodwalls along the 17th Street Canal. BKI Exhibit No.1, Declaration of Michael G. Jackson)

Respectfully Submitted,

DEUTSCH, KERRIGAN & STILES, L.L.P.

/s/ *Charles F. Seemann, Jr.*
CHARLES F. SEEMANN, JR., T.A. (#11912)
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND**
**DEFENDANT AND MOVER**