UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
**LEVEE:**
| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

**LEVEE, MRGO:**
Leduff        06-5260
**LEVEE, MRGO, RESPONDER:**
O'Dwyer       06-4389
**LEVEE, RESPONDER:**
O'Dwyer       06-5786
***NOT YET DESIGNATED*:**
Williams, E.  06-5471

## REQUEST FOR ORAL ARGUMENT

**Burk-Kleinpeter, Inc.**, **Eustis Engineering Company, Inc.**, **GOTECH, Inc.**, and **Modjeski and Masters, Inc.**, through undersigned counsel and pursuant to Local Rule

78.1E, respectfully request permission to argue orally their Rule 12(b)(6) Joint Motion, Rule 56 Joint Motion for Summary Judgment before Judge Stanwood R. Duval, Jr. Oral argument will clarify any issues of fact or law which the Court may have, and assist the Court in making a correct disposition of the motions.

**WHEREFORE,** Burk-Kleinpeter, Inc., Eustis Engineering Company, Inc., GOTECH, Inc., and Modjeski and Masters, Inc. respectfully move this Court for an order granting oral argument for said motions on the scheduled hearing date of March 23, 2007 at 9:30 a.m.

Respectfully Submitted,

| FOWLER, RODRIGUEZ & CHALOS | DEUTSCH, KERRIGAN & STILES, L.L.P. |
|---|---|
| /s/ *Mat M. Gray, III* | /s/ *Charles F. Seemann, Jr.* |
| MAT M. GRAY, III, T.A. (#6264) | CHARLES F. SEEMANN, JR., T.A. (#11912) |
| ALANSON T. CHENAULT, IV (#20747) | 755 Magazine Street |
| 400 Poydras Street, 30th Floor | New Orleans, Louisiana 70130 |
| New Orleans, Louisiana 70130 | Telephone: (504) 581-5141 |
| Telephone: (504) 523-2600 | Facsimile: (504) 566-1201 |
| Facsimile: (504) 523-2705 | |

**ATTORNEYS FOR:**
**EUSTIS ENGINEERING COMPANY, INC.,**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**BURK-KLEINPETER, INC. AND**
**DEFENDANT AND MOVER**

| DEUTSCH, KERRIGAN & STILES, L.L.P. | LONG LAW FIRM |
|---|---|
| /s/ *Keith J. Bergeron* | /s/ *Albert Dale Clary* |
| FRANCIS J. BARRY, JR., T.A. (#02830) | ALBERT DALE CLARY, T.A. (#4165) |
| FREDERICK R. BOTT (# 3285) | ADRIAN G. NADEAU (#28169) |
| KEITH J. BERGERON (#25574) | One United Plaza |
| SCOTT J. HEDLUND (#30549) | Suite 500, 4041 Essen Lane |
| 755 Magazine Street | Baton Rouge, Louisiana 70809 |
| New Orleans, Louisiana 70130 | Telephone: (225) 922-5110 |
| Telephone: (504) 581-5141 | Facsimile: (225) 922-5105 |
| Facsimile: (504) 566-1201 | |

**ATTORNEYS FOR:**
**MODJESKI AND MASTERS, INC.**
**DEFENDANT AND MOVER**

**ATTORNEYS FOR:**
**GOTECH, INC.**
**DEFENDANT AND MOVER**