UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION * | |
| * | NO. 05-4182 |
| * | |
| * | |
| * | SECTION:   K (2) |
| * | JUDGE DUVAL |
| * | MAGISTRATE WILKINSON |

**PERTAINS TO:**

| LEVEE: | LEVEE, MRGO: |
|---|---|
| C.A. No. 06-4065 C. Adams | C.A. No. 06-5260 LeDuff |
| C.A. No. 06-4634 G. Adams | |
| C.A. No. 06-5367 Breithoff | LEVEE, MRGO, RESPONDER: |
| C.A. No. 06-4931 Brock | C.A. No. 06-4389 O'Dwyer |
| C.A.  No. 06-5785 Cochran | |
| C.A. No. 06-5042 Cohen | |
| C.A. No. 06-6473 Deane | LEVEE, RESPONDER: |
| C.A. No. 06-5159 Fleming | C.A. No. 06-5786 O'Dwyer |
| C.A. No. 06-5308 Gisevius | |
| C.A. No. 06-5163 Gordon | |
| C.A. No. 06-5161 Holmes | |
| C.A. No. 06-5032 Joseph | |
| C.A. No. 06-6642 Pontchartrain Baptist Church | |
| C.A. No. 06-8708 Richardson | |
| C.A. No. 06-5937 Yacob | |

## REQUEST FOR ORAL ARUGMENT

In accordance with Local Rule 78.1**,** Boh Bros. Construction Co., L.L.C., respectfully requests to orally argue its Motion for Summary Judgment before Judge Stanwood R. Duval, Jr.  Oral argument will clarify any issues of fact or law which the court may have and assist the Court in making a correct disposition of the motion.

**WHEREFORE**, undersigned counsel for Boh Bros. Construction Co., L.L.C. respectfully moves this Court for an order granting oral argument on Boh Bros. Construction Co., L.L.C.'s Motion for Summary Judgment on the scheduled hearing date of March 23, 2007, at 9:30 a.m.

**Respectfully submitted,**

**KINGSMILL RIESS, L.L.C.**

**/s/ Charles B. Colvin**

**MICHAEL R. C. RIESS (#2073)**
**CHARLES B. COLVIN (#4352)**
**201 St. Charles Avenue, Suite 3300**
**New Orleans, LA   70170**
**Telephone: (504) 581-3300**
**Facsimile: (504) 581-3310**
**Attorneys for Boh Bros. Construction Co., LLC**

**Terrence L. Brennan (Bar No. 3434)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
**755 Magazine Street**
**New Orleans, Louisiana   70130**
**Telephone:  (504) 581-5141**
**Facsimile:  (504) 566-1201**
**Attorneys for Boh Bros. Construction Co., LLC**

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 1st day of February, 2007, he electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF System which will send a notice of electronic filing to those attorneys who have registered to receive same.  On that same date he served all other parties by mailing a copy of said pleading to all other counsel of record.

**/s/ Charles B. Colvin**