UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION:   K (2) |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

**PERTAINS TO:**

| | |
|---|---|
| **LEVEE:** | **LEVEE, MRGO:** |
| C.A. No. 06-4065 C. Adams | C.A. No. 06-5260 LeDuff |
| C.A. No. 06-4634 G. Adams | |
| C.A. No. 06-5367 Breithoff | **LEVEE, MRGO, RESPONDER:** |
| C.A. No. 06-4931 Brock | C.A. No. 06-4389 O'Dwyer |
| C.A.  No. 06-5785 Cochran | |
| C.A. No. 06-5042 Cohen | |
| C.A. No. 06-6473 Deane | **LEVEE, RESPONDER:** |
| C.A. No. 06-5159 Fleming | C.A. No. 06-5786 O'Dwyer |
| C.A. No. 06-5308 Gisevius | |
| C.A. No. 06-5163 Gordon | |
| C.A. No. 06-5161 Holmes | |
| C.A. No. 06-5032 Joseph | |
| C.A. No. 06-6642 Pontchartrain Baptist Church | |
| C.A. No. 06-8708 Richardson | |
| C.A. No. 06-5937 Yacob | |

## ORDER

**CONSIDERING THE FOREGOING,** Boh Bros. Construction Co., L.L.C.øs Request for Oral Argument on its Motion for Summary Judgment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there shall be oral argument on Boh Bros. Construction Co., L.L.C.øs Motion for Summary Judgment on **March 23, 2007**, at **9:30 a.m.**

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
**UNITED STATES DISTRICT COURT JUDGE**