UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | § | **CIVIL ACTON** |
| **CONSOLIDATED LITIGATION** | § | |
| | § | **NO. 05-4182 "K"(2)** |
| | § | |
| **PERTAINS TO:** | § | **JUDGE DUVAL** |
| | § | |
| **INSURANCE:** *Flake*, **06-8244** | § | **MAG. WILKINSON** |

## HARTFORD'S MOTION TO DISMISS
## PLAINTIFF'S VALUED POLICY LAW CLAIM

Defendant Hartford Insurance Company of the Midwest ("Hartford"), incorrectly named as The Hartford Insurance Company, files this Motion to Dismiss the claim of Plaintiff Beverly H. Flake ("Plaintiff") for recovery under La. R.S. 22:695, Louisiana's Valued Policy Law ("VPL"). As set forth in the supporting memorandum, the VPL does not apply because (1) the "total loss" was caused by both wind, a covered peril, and flood (whether or not caused by third-party negligence related to a levee), a non-covered peril under Hartford's policy; and (2) the VPL is limited to losses by fire and this loss was not caused by fire. Because the VPL does not apply based solely on the facts alleged, Hartford is entitled to judgment as a matter of law on Plaintiff's VPL claim.

WHEREFORE, Hartford respectfully requests that the Court grant this Motion to Dismiss Plaintiff's Valued Policy Law claim.

Respectfully submitted,

_____
James P. Nader, #14256
Alex P. Tilling, #29686
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
The Texaco Center, Suite 2300
400 Poydras Street
New Orleans, Louisiana 70130
Telephone: 504-586-9292
Facsimile: 504-586-1290

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Patrick M. Kemp
Texas State Bar No.: 24043751
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on this _1_ day of February 2007, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Mr. Seth H. Schaumburg
FAVRET, DEMAREST, RUSSO & LUTKEWHITE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112

_____
Alex P. Tilling