

THE
HARTFORD

I, William Belejack, certify that the attached is a true and correct representation of policy 55 RB 450657 effective 8/29/2005 issued by Hartford Insurance Company of the Midwest.

_William Belejack_
Signature

STATE OF CONNECTICUT

COUNTY OF HARTFORD

Before me personally appeared, William Belejack, to me well known and known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that, William Belejack, executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal, this 13th day of October, 2006.

HARTFORD/Flake
Homeowners Policy 001

_Notary signature_
Notary Public
State of Connecticut

My Commission expires ZARGHOONA AYUB

Northeast Personal Lines
Claim Service Center
8 Farm Springs Road
Farmington, CT 06032
Toll Free 800 280 0555
Facsimile 860 409 4110

Mailing Address: P.O. Box 2910
Hartford, CT 06104-2910

# The Hartford Homeowners Insurance Policy

## NOTICE !
**THIS POLICY DOES NOT COVER FLOOD LOSS OR DAMAGE**

CALL YOUR AGENT LISTED ON THE ENCLOSED DECLARATIONS PAGE TO OBTAIN A FLOOD INSURANCE POLICY

HARTFORD/Flake
Homeowners Policy 002



The Hartford

HO-3(ED 1093)

# HOMEOWNERS POLICY COVER SHEET

Your Homeowners insurance policy is a legal contract between you and your insurance company.

**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company. **IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

The following is an index of the major provisions of your policy. Page numbers refer to the location of these provisions in the policy. Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).

|  | INDEX OF MAJOR PROVISIONS OF THE POLICY | Beginning On Page |
|---|---|---|
| **DECLARATIONS PAGE** | Your Name<br>Location of Your Residence<br>Policy Period | Coverages<br>Amount of Insurance<br>Deductible |
| **AGREEMENT** | | 1 |
| **DEFINITIONS** | | 1 |
| **SECTION I - COVERAGES**<br>**YOUR PROPERTY** | Property Coverages<br>Loss of Use<br>Additional Coverages | 2<br>Debris Removal<br>Trees, Shrubs and Plants<br>Credit Card<br>Glass or Safety Glazing Material |
| | PERILS INSURED AGAINST | 9 |
| | EXCLUSIONS | 11 |
| | CONDITIONS<br>Insurable Interest<br>Duties After Loss | 12<br>Loss Settlement<br>Mortgage Clause |
| **SECTION II - COVERAGES**<br>**YOUR LIABILITY** | Personal Liability<br>Medical Payments to Others | 16 |
| | EXCLUSIONS | 17 |

HARTFORD/Flake
Homeowners Policy 003

Form HO-3 (Ed. 10/93)

|  | **ADDITIONAL COVERAGES** . . . . . . . . . . . . . . . . . 20 | |
|---|---|---|
|  | Claim Expenses | Damage to Property of Others |
|  | First Aid Expenses | Loss Assessment |
|  | **CONDITIONS** . . . . . . . . . . . . . . . . . . . . . . . 21 | |
|  | Limit of Liability | |
|  | Duties After Loss | |
| **SECTION I** | **CONDITIONS** . . . . . . . . . . . . . . . . . . . . . . . 22 | |
| **AND** | Policy Period | Non-Renewal |
| **SECTION II** | Cancellation | |

**Please Note:** State Amendatory Endorsements may be attached.

HARTFORD/Flake
Homeowners Policy 004

Form HO-3 (Ed. 10/93)

## HOMEOWNERS 3 — SPECIAL FORM

### AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

### DEFINITIONS

In this policy, **you** and **your** refer to the **named insured** shown in the Declarations and the spouse if a resident of the same household. **We, us** and **our** refer to the Company providing this insurance. In addition, certain words and phrases are defined as follows:

1. "**Bodily injury**" means bodily harm, sickness or disease, including required care, loss of services and death that results.
2. "**Business**" includes trade, profession or occupation.
3. "**Insured**" means you and residents of your household who are:
   a. Your relatives; or
   b. Other persons under the age of 21 and in the care of any person named above.

   Under Section II, **insured** also means:

   c. With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in **3.a.** or **3.b.** above. A person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner is not an **insured**;
   d. With respect to any vehicle to which this policy applies:
      (1) Persons while engaged in your employ or that of any person included in **3.a.** or **3.b.** above; or
      (2) Other persons using the vehicle on an **insured location** with your consent.
4. "**Insured location**" means;
   a. The **residence premises**;
   b. The part of other premises, other structures and grounds used by you as a residence and:
      (1) Which is shown in the Declarations; or
      (2) Which is acquired by you during the policy period for your use as a residence;
   c. Any premises used by you in connection with the premises in **4.a.** or **4.b.** above;
   d. Any part of a premises:
      (1) Not owned by an **insured**; and
      (2) Where an **insured** is temporarily residing;
   e. Vacant land, other than farm land, owned by or rented to an **insured**;
   f. Land owned by or rented to an **insured** on which a one or two family dwelling is being built as a residence for an **insured**;
   g. Individual or family cemetery plots or burial vaults of an **insured**; or
   h. Any part of a premises occasionally rented to an **insured** for other than **business** use.

HARTFORD/Flake

Form HO-3 (Ed. 10/93)  Page 1 of 28  Homeowners Policy 005

5. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:
   a. **Bodily injury;** or
   b. **Property damage.**
6. **"Property damage"** means physical injury to, destruction of, or loss of use of tangible property.
7. **"Residence employee"** means:
   a. An employee of an **insured** whose duties are related to the maintenance or use of the **residence premises,** including household or domestic services; or
   b. One who performs similar duties elsewhere not related to the **business** of an **insured.**
8. **"Residence premises"** means:
   a. The one family dwelling, other structures, and grounds; or
   b. That part of any other building;
   where you reside and which is shown as the **residence premises** in the Declarations.
   **Residence premises** also means a two family dwelling where you reside in at least one of the family units and which is shown as the **residence premises** in the Declarations.

## SECTION I — PROPERTY COVERAGES

### COVERAGE A — Dwelling
We cover:
1. The dwelling on the **residence premises** shown in the Declarations, including structures attached to the dwelling; and
2. Materials and supplies located on or next to the **residence premises** used to construct, alter, or repair the dwelling or other structures on the **residence premises.**

This coverage does not apply to land, including land on which the dwelling is located.

### COVERAGE B — Other Structures
We cover other structures on the **residence premises** set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

This coverage does not apply to land, including land on which the other structures are located.

We do not cover other structures:
1. Used in whole or in part for **business;** or
2. Rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

### COVERAGE C — Personal Property
We cover personal property owned or used by an **insured** while it is anywhere in the world. At your request, we will cover personal property owned by:

1. Others while the property is on the part of the **residence premises** occupied by an **insured;**
2. A guest or a **residence employee,** while the property is in any residence occupied by an **insured.**

Our limit of liability for personal property usually located at an **insured's** residence, other than the **residence premises,** is 10% of the limit of liability for Coverage C, or $1000, whichever is greater. Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability** — These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.
2. $1000 on securities, accounts, deeds, evidence of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

   This limit includes the cost to research, replace or restore the information from the lost or damaged material.
3. $1000 on watercraft, including their trailers, furnishings, equipment and outboard engines or motors.
4. $1000 on trailers not used with watercraft.
5. $1000 for loss by theft of jewelry, watches, furs, precious and semi-precious stones.
6. $2000 for loss by theft of firearms.
7. $2500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.
8. $2500 on property, on the **residence premises,** used at any time or in any manner for any **business** purpose.
9. $250 on property, away from the **residence premises,** used at any time or in any manner for any **business** purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits **10.** and **11.** below.
10. $1000 for loss to electronic apparatus, while in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power. Electronic apparatus includes:
    a. Accessories or antennas; or
    b. Tape, wires, records discs or other media;
    for use with any electronic apparatus.
11. $1000 for loss to electronic apparatus, while not in or upon a motor vehicle or other motorized land conveyance, if the electronic apparatus:
    a. Is equipped to be operated by power from the electrical system of the vehicle or conveyance while retaining its capability of being operated by other sources of power;

   b. Is away from the **residence premises;** and
   c. Is used at any time or in any manner for any **business** purpose.
   Electronic apparatus includes:
   a. Accessories and antennas; or
   b. Tapes, wires, records, discs or other media;
   for use with any electronic apparatus.

**Property Not Covered.** We do not cover:
1. Articles separately described and specifically insured in this or other insurance;
2. Animals, birds or fish;
3. Motor vehicles or all other motorized land conveyances. This includes:
   a. Their equipment and accessories; or
   b. Electronic apparatus that is designed to be operated solely by use of the power from the electrical system of motor vehicles or all other motorized land conveyances. Electronic apparatus includes:
      (1) Accessories or antennas; or
      (2) Tapes, wires, records, discs or other media;
      for use with any electronic apparatus.
   The exclusion of property described in **3.a.** and **3.b.** above applies only while the property is in or upon the vehicle or conveyance.
   We do cover vehicles or conveyances not subject to motor vehicle registration which are:
   a. Used to service an **insured's** residence; or
   b. Designed for assisting the handicapped;
4. Aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;
5. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an **insured;**
6. Property in an apartment regularly rented or held for rental to others by an **insured,** except as provided in Additional Coverages **10.;**
7. Property rented or held for rental to others off the **residence premises;**
8. **Business** data, including such data stored in:
   a. Books of account, drawings or other paper records; or
   b. Electronic data processing tapes, wires, records, discs or other software media;
   However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market; or
9. Credit cards or fund transfer cards except as provided in Additional Coverages **6.**

**COVERAGE D — Loss Of Use**

The limit of liability for Coverage D is the total limit for all the coverages that follow.
1. If a loss covered under this Section makes that part of the **residence premises** where you reside not fit to live in, we cover, at your choice, either of the following. However, if the **residence premises** is not your principal place of residence, we will not provide the option under paragraph **b.** below.
   a. **Additional Living Expense,** meaning any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living; or
   b. **Fair Rental Value,** meaning the fair rental value of that part of the

HARTFORD/Flake

Form HO-3 (Ed. 10/93)            Page 4 of 28          Homeowners Policy 008

      **residence premises** where you reside less any expenses that do not continue while the premises is not fit to live in.

Payment under **a.** or **b.** will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

2. If a loss covered under this Section makes that part of the **residence premises** rented to others or held for rental by you not fit to live in, we cover the:

    **Fair Rental Value,** meaning the fair rental value of that part of the **residence premises** rented to others or held for rental by you, less any expenses that do not continue while the premises is not fit to live in.

    Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental.

3. If a civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a Peril Insured Against in this policy, we cover the Additional Living Expense and Fair Rental Value loss as provided under **1.** and **2.** above for no more than two weeks.

The periods of time under **1., 2.,** and **3.** above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

**ADDITIONAL COVERAGES**

1. **Debris Removal.** We will pay your reasonable expense for the removal of:
    a. Debris of covered property if a Peril Insured Against causes the loss; or
    b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

    This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

    We will also pay your reasonable expense, up to $500, for the removal from the **residence premises** of:
    a. Your tree(s) felled by the peril of Windstorm or Hail;
    b. Your tree(s) felled by the peril of Weight of Ice, Snow or Sleet; or
    c. A neighbor's tree(s) felled by a Peril Insured Against under Coverage C;
    provided the tree(s) damages a covered structure. The $500 limit is the most we will pay in any one loss regardless of the number of fallen trees.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against. This coverage:
    a. Does not increase the limit of liability that applies to the covered property;
    b. Does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I — CONDITION **2.d.**

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the **residence premises,** for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft,

| Form HO-3 (Ed. 10/93) | Page 5 of 28 | HARTFORD/Flake<br>Homeowners Policy 009 |
|---|---|---|

Vehicles not owned or operated by a resident of the **residence premises**, Vandalism or malicious mischief, or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for **business** purposes.

This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

    This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

    We will pay up to $500 for:
    a. The legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured's** name;
    b. Loss resulting from theft or unauthorized use of a fund transfer card used for deposit, withdrawal or transfer of funds, issued to or registered in an **insured's** name;
    c. Loss to an **insured** caused by forgery or alteration of any check or negotiable instrument; and
    d. Loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency.

    We do not cover use of a credit card or fund transfer card:
    a. By a resident of your household;
    b. By a person who has been entrusted with either type of card; or
    c. If an **insured** has not complied with all terms and conditions under which the card is issued.

    All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss. We do not cover loss arising out of **business** use or dishonesty of an **insured.**

    This coverage is additional insurance. No deductible applies to this coverage.

    Defense:
    a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.
    b. If a suit is brought against an **insured** for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.
    c. We have the option to defend at our expense an **insured** or an **insured's** bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under COVERAGE A — DWELLING, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

   This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises.**

   We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

   The limit of $1000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

   Condition 1. Policy Period, under SECTIONS I AND II CONDITIONS, does not apply to this coverage.

8. **Collapse.** We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:
   a. Perils Insured Against in COVERAGE C — PERSONAL PROPERTY. These perils apply to covered buildings and personal property for loss insured by this additional coverage;
   b. Hidden decay;
   c. Hidden insect or vermin damage;
   d. Weight of contents, equipment, animals or people;
   e. Weight of rain which collects on a roof; or
   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

   Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items **b.**, **c.**, **d.**, **e.**, and **f.** unless the loss is a direct result of the collapse of a building.

   Collapse does not include settling, cracking, shrinking, bulging or expansion. This coverage does not increase the limit of liability applying to the damaged covered property.

9. **Glass or Safety Glazing Material.**

   We cover:
   a. The breakage of glass or safety glazing material which is part of a covered building, storm door or storm window; and
   b. Damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

   This coverage does not include loss on the **resident premises** if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

   Loss for damage to glass will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

   This coverage does not increase the limit of liability that applies to the damaged property.

10. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, carpeting and other household furnishings, in an apartment on the **residence**

**premises** regularly rented or held for rental to others by an **insured**, for loss caused only by the following Perils Insured Against:
a. **Fire or lightning.**
b. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.
   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.
c. **Explosion.**
d. **Riot or civil commotion.**
e. **Aircraft**, including self-propelled missiles and spacecraft.
f. **Vehicles.**
g. **Smoke,** meaning sudden and accidental damage from smoke.
   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
h. **Vandalism or malicious mischief.**
i. **Falling objects.**
   This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.
j. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
k. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
   This peril does not include loss:
   (1) To the system or appliance from which the water or steam escaped;
   (2) Caused by or resulting from freezing except as provided in the peril of freezing below; or
   (3) On the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises.**
   In this peril, a plumbing system does not include a sump, sump pump or related equipment.
l. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
   We do not cover loss caused by or resulting from freezing under this peril.
m. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.
   This peril does not include loss on the **residence premises** while the dwelling is unoccupied, unless you have used reasonable care to:
   (1) Maintain heat in the building; or
   (2) Shut off the water supply and drain the system and appliances of water.
n. **Sudden and accidental damage from artificially generated electrical current.**

Form HO-3 (Ed. 10/93)     Page 8 of 28     HARTFORD/Flake
Homeowners Policy 012

This peril does not include loss to a tube, transistor or similar electronic component.
- o. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishings involved in the loss.

## SECTION I — PERILS INSURED AGAINST

### COVERAGE A — DWELLING and COVERAGE B — OTHER STRUCTURES

We insure against risk of direct loss to property described in Coverage A and B only if that loss is a physical loss to property. We do not, however, insure for loss:
1. Involving collapse, other than as provided in Additional Coverage 8.;
2. Caused by:
   a. Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed, unless you have used reasonable care to:
      (1) Maintain heat in the building; or
      (2) Shut off the water supply and drain the system and appliances of water;
   b. Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) Fence, pavement, patio or swimming pool;
      (2) Foundation, retaining wall, or bulkhead; or
      (3) Pier, wharf or dock;
   c. Theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;
   d. Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;
   e. Any of the following:
   f. (1) Wear and tear, marring, deterioration;
      (2) Inherent vice, latent defect, mechanical breakdown;
      (3) Smog, rust or other corrosion, mold, wet or dry rot;
      (4) Smoke from agricultural smudging or industrial operations;
      (5) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself cause by a Peril Insured Against under Coverage C of this policy.
      Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;
      (6) Settling, shrinking, bulging or expansion, including resultant cracking, of pavements, patios, foundations, walls, floors, roofs or ceilings;

HARTFORD/Flake

Form HO-3 (Ed. 10/93)　　　Page 9 of 28　　Homeowners Policy 013

   (7) Birds, vermin, rodents, or insects; or
   (8) Animals owned or kept by an **insured**.
    If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.
3. Excluded under Section I — Exclusions.

Under items **1.** and **2.**, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

### COVERAGE C — PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I — EXCLUSIONS.

1. **Fire or lightning.**
2. **Windstorm or hail.**
   This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.
   This peril includes loss to watercraft and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.
3. **Explosion.**
4. **Riot or civil commotion.**
5. **Aircraft**, including self-propelled missiles and spacecraft.
6. **Vehicles.**
7. **Smoke**, meaning sudden and accidental damage from smoke.
   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.
8. **Vandalism or malicious mischief.**
9. **Theft**, including attempted theft and loss of property from a known place when it is likely that the property has been stolen.
   This peril does not include loss caused by theft:
   a. Committed by an **insured**;
   b. In or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or
   c. From that part of a **residence premises** rented by an **insured** to other than an **insured**.
   This peril does not include loss caused by theft that occurs off the **residence premises** of:
   a. Property while at any other residence owned by, rented to, or occupied by an **insured**, except while an **insured** is temporarily living there. Property of a student who is an **insured** is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;
   b. Watercraft, and their furnishings, equipment and outboard engines or motors; or
   c. Trailers and campers.
10. **Falling objects.**

HARTFORD/Flake
Homeowners Policy 014

Form HO-3 (Ed. 10/93)    Page 10 of 28

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

11. **Weight of ice, snow or sleet** which causes damage to property contained in a building.
12. **Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance.
    This peril does not include loss:
    a. To the system or appliance from which the water or steam escaped;
    b. Caused by or resulting from freezing except as provided in the peril of freezing below; or
    c. On the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises.**
    In this peril, a plumbing system does not include a sump, sump pump or related equipment.
13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.
    We do not cover loss caused by or resulting from freezing under this peril.
14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.
    This peril does not include loss on the **residence premises** while the dwelling is unoccupied, unless you have used reasonable care to:
    a. Maintain heat in the building; or
    b. Shut off the water supply and drain the system and appliances of water.
15. **Sudden and accidental damage from artificially generated electrical current.**
    This peril does not include loss to a tube, transistor or similar electronic component.
16. **Volcanic Eruption** other than loss caused by earthquake, land shock waves or tremors.

## SECTION I — EXCLUSIONS

1. We do not insure against loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.
   a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.
   b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:
      (1) Fire;
      (2) Explosion; or
      (3) Breakage of glass or safety glazing material which is part of a building, storm door or storm window;
      ensues and then we will pay only for the ensuing loss.

Form HO-3 (Ed. 10/93)   Page 11 of 28   HARTFORD/Flake
Homeowners Policy 015

This exclusion does not apply to loss by theft.
   c. **Water Damage,** meaning:
      (1) Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
      (2) Water which backs up through sewers or drains or which overflows from a sump; or
      (3) Water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.
      Direct loss by fire, explosion or theft resulting from water damage is covered.
   d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the **residence premises**. But, if a Peril Insured Against ensues on the **residence premises**, we will pay only for that ensuing loss.
   e. **Neglect,** meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss.
   f. **War,** including the following and any consequence of any of the following:
      (1) Undeclared war, civil war, insurrection, rebellion or revolution;
      (2) Warlike act by a military force or military personnel; or
      (3) Destruction, seizure or use for a military purpose.
      Discharge of a nuclear weapon will be deemed a warlike act even if accidental.
   g. **Nuclear Hazard,** to the extent set forth in the Nuclear Hazard Clause of SECTION I — CONDITIONS.
   h. **Intentional Loss,** meaning any loss arising out of any act committed:
      (1) By or at the direction of an **insured**; and
      (2) With the intent to cause a loss.
2. We do not insure against loss to property described in Coverages A and B caused by any of the following. However, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.
   a. **Weather conditions.** However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph **1.** above to produce the loss;
   b. **Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body;
   c. **Faulty, inadequate or defective:**
      (1) Planning, zoning, development, surveying, siting;
      (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      (3) Materials used in repair, construction, renovation or remodeling; or
      (4) Maintenance;
      of part or all of any property whether on or off the **residence premises**.

## SECTION I — CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:
   a. To the **insured** for more than the amount of the **insured's** interest at the

HARTFORD/Flake

Form HO-3 (Ed. 10/93)   Page 12 of 28   Homeowners Policy 016

time of loss; or
   b. For more than the applicable limit of liability.
2. **Your Duties After Loss.** In case of a loss to covered property, you must see that the following are done:
   a. Give prompt notice to us or our agent;
   b. Notify the police in case of loss by theft;
   c. Notify the credit card or fund transfer card company in case of loss under Credit Card or Fund Transfer Card coverage;
   d. Protect the property from further damage. If repairs to the property are required, you must:
      (1) Make reasonable and necessary repairs to protect the property; and
      (2) Keep an accurate record of repair expenses;
   e. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;
   f. As often as we reasonably require:
      (1) Show the damaged property;
      (2) Provide us with records and documents we request and permit us to make copies; and
      (3) Submit to questions under oath, while not in the presence of any other **insured**, and sign the same;
   g. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:
      (1) The time and cause of loss;
      (2) The interest of the **insured** and all others in the property involved and all liens on the property;
      (3) Other insurance which may cover the loss;
      (4) Changes in title or occupancy of the property during the term of this policy;
      (5) Specifications of damaged buildings and detailed repair estimates;
      (6) The inventory of damaged personal property described in **2.e.** above;
      (7) Receipts for additional living expenses incurred and records that support the fair rental value loss; and
      (8) Evidence or affidavit that supports a claim under the Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.
3. **Loss Settlement.** Covered property losses are settled as follows:
   a. Property of the following types:
      (1) Personal property;
      (2) Awnings, carpeting, household appliances, outdoor antennas, and outdoor equipment, whether or not attached to buildings; and
      (3) Structures that are not buildings;
      at actual cash value at the time of loss but not more than the amount required to repair or replace.
   b. Buildings under Coverage A or B at replacement cost without deduction for depreciation, subject to the following:
      (1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or

Form HO-3 (Ed. 10/93)            Page 13 of 28            HARTFORD/Flake
                                                          Homeowners Policy 017

   replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:
   - **(a)** The limit of liability under this policy that applies to the building;
   - **(b)** The replacement cost of that part of the building damaged for like construction and use on the same premises; or
   - **(c)** The necessary amount actually spent to repair or replace the damaged building.
   (2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:
   - **(a)** The actual cash value of that part of the building damaged; or
   - **(b)** That proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.
   (3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:
   - **(a)** Excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;
   - **(b)** Those supports in **(a)** above which are below the surface of the ground inside the foundation walls, if there is no basement; and
   - **(c)** Underground flues, pipes, wiring and drains.
   (4) We will pay no more than the actual cash value of the damage until actual repair or replacement is complete. Once actual repair or replacement is complete, we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above.
   However, if the cost to repair or replace the damage is both:
   - **(a)** less than 5% of the amount of insurance in this policy on the building; and
   - **(b)** less than $2500;
   
   we will settle the loss according to the provisions of **b.(1)** and **b.(2)** above whether or not actual repair or replacement is complete.
   (5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability according to the provision of this Condition 3. Loss Settlement.
4. **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:
   a. Repair or replace any part to restore the pair or set to its value before the loss; or
   b. Pay the difference between actual cash value of the property before and after the loss.
5. **Glass Replacement.** Loss for damage to glass caused by a Peril Insured Against will be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

Form HD-3 (Ed. 10/93)          Page 14 of 28          HARTFORD/Flake
                                                      Homeowners Policy 018

6. **Appraisal.** If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the **residence premises** is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. I they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.
   Each party will:
   a. Pay its own appraiser; and
   b. Bear the other expenses of the appraisal and umpire equally.
7. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.
8. **Suit Against Us.** No action can be brought unless the policy provisions have been complied with and the action is started within one year after the date of loss.
9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.
10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:
    a. Reach agreement with you;
    b. There is an entry of a final judgment; or
    c. There is a filing of an appraisal award with us.
11. **Abandonment of Property.** We need not accept any property abandoned by an **insured**.
12. **Mortgage Clause.**
    The word "mortgagee" includes trustee.
    If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order or precedence of the mortgages. If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:
    a. Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;
    b. Pays any premium due under this policy on demand if you have neglected to pay the premium; and
    c. Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.
    If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date of cancellation or nonrenewal takes effect.
    If we pay the mortgagee for any loss and deny payment to you:
    a. We are subrogated to all the rights of the mortgagee granted under the

HARTFORD/Flake

Form HO-3 (Ed. 10/93)          Page 15 of 28          Homeowners Policy 019

mortgage on the property; or
   b. At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

   Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

13. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

14. **Nuclear Hazard Clause.**
   a. **"Nuclear Hazard"** means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.
   b. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I.
   c. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

15. **Recovered Property.** If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

16. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

## SECTION II — LIABILITY COVERAGES

### COVERAGE E — Personal Liability

If a claim is made or a suit is brought against an **insured** for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, we will:

1. Pay up to our limit of liability for the damages for which the **insured** is legally liable. Damages include prejudgment interest awarded against the **insured**; and
2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the **occurrence** equals our limit of liability.

### COVERAGE F — Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing **bodily injury**. Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except **residence employees**. As to others, this coverage applies only:

Form HO-3 (Ed. 10/93)       Page 16 of 28       HARTFORD/Flake
Homeowners Policy 020