UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTON |
| | | NO. 05-4182 "K"(2) |
| PERTAINS TO: | § § | JUDGE DUVAL |
| INSURANCE: *Flake*, 06-8244 | § | MAG. WILKINSON |

### NOTICE OF HEARING

TO:   Beverly Flake
Through her attorney of record
Mr. Seth H. Schaumburg
FAVRET, DEMAREST, RUSSO & LUTKEWHITE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112

PLEASE TAKE NOTICE that the undersigned will bring the foregoing Motion to Dismiss Plaintiff's Valued Policy Law Claim for hearing before this Honorable Court on February 21, 2007 at 9:00 a.m. before the Honorable Stanwood Duval, United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this __1___ day of _____February___, 2007.

Respectfully submitted,

      /s/ Alex P Tilling
James P. Nader, #14256
Alex P. Tilling, #29686
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
The Texaco Center, Suite 2300
400 Poydras Street
New Orleans, Louisiana  70130
Telephone:  504-586-9292
Facsimile:   504-586-1290

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Patrick M. Kemp
Texas State Bar No.: 24043751
MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:     (713) 632-1700
Facsimile:      (713) 222-0101

**Attorneys for Defendant,**
**Hartford Insurance Company**
**of the Midwest**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this _1__ day of February 2007, a copy of the foregoing has been served upon all counsel of record in this action by electronic service through the Court's CM/ECF to:

Mr. Seth H. Schaumburg
FAVRET, DEMAREST, RUSSO & LUTKEWHITE
1515 Poydras Street, Suite 1400
New Orleans, Louisiana 70112

                                            ___/s/ Alex P Tilling_____
                                            Alex P. Tilling