UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * * | SECTION: K(2) |
| | * | JUDGE DUVAL |
| INSURANCE (*Vidacovich,* 2:06-cv-4719) | * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

### HARTFORD'S MOTION TO DISMISS PLAINTIFFS' VALUED POLICY LAW CLAIM

Defendant Hartford Insurance Company of the Midwest ("Hartford"), files this Motion to Dismiss the claims of Plaintiffs Chester and Murleen Vidacovich ("Plaintiffs") for recovery under La. R.S. 22:695, Louisiana's Valued Policy Law ("VPL"). As set forth in the supporting memorandum, the VPL does not apply because (1) the "total loss" was caused by both wind, a covered peril, and flood (whether or not caused by third-party negligence related to a levee), a non-covered peril under Hartford's policy; and (2) the VPL is limited to losses by fire and this loss was not caused by fire. Because the VPL does not apply based solely on the facts alleged, Hartford is entitled to judgment as a matter of law on Plaintiffs' VPL claim.

WHEREFORE, Hartford respectfully requests that the Court grant this Motion to Dismiss Plaintiffs' Valued Policy Law claim.

Respectfully submitted,


s/Simeon B. Reimonenq, Jr.
Simeon Reimonenq, T.A., La. Bar. # 19755
Ralph S. Hubbard, III, La. Bar # 7040
LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Ethan D. Carlyle
Texas Bar No.: 24031794
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of February 2007, a copy of Hartford's Motion to Dismiss Plaintiffs' Valued Policy Law Claim has been served upon all counsel of record in this action by depositing same in the United States Mail, first class postage prepaid, properly addressed to:

      Remy Voisin Starns
      Attorney at Law
      2098 A Staring Lane
      Baton Rouge, Louisiana 70810

                                              s/ Simeon B. Reimonenq, Jr.
                                              Simeon B. Reimonenq, Jr.