UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * * | SECTION: K(2) |
| INSURANCE (*Vidacovich*, 2:06-cv-4719) | * * | JUDGE DUVAL |
| | | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING HARTFORD'S MOTION TO DISMISS PLAINTIFFS' VALUED POLICY LAW CLAIM

Considering the foregoing Motion to Dismiss Plaintiffs' Valued Policy Law Claim filed by Hartford Insurance Company of the Midwest, the Memorandum in Support thereof, the responses if any, and the pleadings, the Court is of the opinion that the Motion should be and is hereby GRANTED.

It is therefore ORDERED that Plaintiffs Chester and Murleen Vidacovich take nothing by their claim against Defendant Hartford Insurance Company of the Midwest under the Louisiana's Valued Policy Law ("VPL"), La. R.S. 22:695, and that said claim is hereby dismissed.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE