UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: | * * | SECTION: K(2) |
| INSURANCE (*Vidacovich* 2:06-cv-4719) | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MOTION

TO:  Plaintiffs
    Through their attorney of record:
    Remy Voisin Starns
    2098 A Staring Lane
    Baton Rouge, LA 70810

**PLEASE TAKE** NOTICE that defendant, Hartford Insurance Company of the Midwest, will bring on for hearing its "Motion to Dismiss Plaintiffs' Valued Policy Law Claim" before this Honorable Court on the 23rd day of March, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel be heard, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

s/Simeon B. Reimonenq, Jr.
Simeon Reimonenq, T.A., La. Bar. # 19755
Ralph S. Hubbard, III, La. Bar # 7040
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile:  (504) 310-9195

And

OF COUNSEL:

Christopher W. Martin
Texas Bar No.: 13057620
Martin R. Sadler
Texas Bar No.: 00788842
Ethan D. Carlyle
Texas Bar No.: 24031794
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis Street, Suite 1800
Houston, Texas 77002
Telephone:   (713) 632-1700
Facsimile:    (713) 222-0101

**Attorneys for Defendant,
Hartford Insurance Company
of the Midwest**

## CERTIFICATE OF SERVICE

I hereby certify that on 1st day of February, , 2007 a copy of the Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Remy Voisin Starns by operation of the court's electronic filing system.

s/Simeon B. Reimonenq, Jr.
Simeon B. Reimonenq, Jr.,