UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICK S. AND REBECCA MOONEY | * | CIVIL ACTION 06-4703 |
| | * | |
| | * | JUDGE IVAN L.R. LEMELLE |
| VERSUS | * | |
| | * | SECTION "B" |
| STATE FARM INSURANCE COMPANY | * | |
| | * | MAGISTRATE"5" |
| | * | ALMA L. CHASEZ |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION

NOW INTO COURT, through undersigned counsel, come the plaintiffs, Patrick S. and Rebecca Mooney, and the defendant, State Farm Fire and Casualty Company, who enter into the following stipulations:

I.

The sole controversy presented in this lawsuit is whether or not the State Farm Fire and Casualty Insurance policies provide coverage for flooding as alleged in the Petition or whether these damages are excluded under the State Farm policy language. In the event that there is coverage for damages caused by the flooding as alleged in the Petition, the parties reserve the rights to dispute the amount of flood damage caused by the alleged flooding.

1

The plaintiffs are not seeking any additional recovery from State Farm under the policies for wind damage. State Farm has previously made payments for alleged wind damage under the policies and those payments are not in dispute.

In the event it is determined there is coverage under the State Farm policies for the alleged flood damages, then the plaintiffs reserve their rights to seek any and all applicable penalties and attorney's fees.

Respectfully submitted:

s/Rainer Lorenz
**RAINER LORENZ (#8786)**
108 South Drive
Covington, LA 70433
Tel: (985) 264-2425
Attorney for plaintiffs, Patrick and
Rebecca Mooney


s/WM. Ryan Acomb
**WM. RYAN ACOMB (#16780)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
FAX No. (504) 581-4069
E-Mail: racomb@phjlaw.com
Attorney for State Farm Fire
and Casualty Insurance Company

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 2nd day of February, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by electronic mailing.


s/ WM. RYAN ACOMB
WM. RYAN ACOMB

2