UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, *Robinson* (06-2268) | § | |
| | § | |

## ORDER

Having considered the United States' Motion for Leave to File a Reply Memorandum in Support of its Motion for Leave to Supplement Record, and for good cause shown, it is hereby ORDERED that the Motion for Leave to File a Reply Memorandum is GRANTED.

The Clerk is directed to file the United States' Reply Memorandum in Support of its Motion for Leave to Supplement Record.

New Orleans, Louisiana, this  2nd  day of  February , 2007.

_____
UNITED STATES DISTRICT JUDGE