UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SECTION K

~~2006-2597~~
06-5297

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 16 PM 4: 19

LORETTA G. WHYTE
CLERK

MAGISTRATE 2

CHRISTLE BERTONIERE, ET AL

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____      _____
                                     DEPUTY CLERK

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

**NOW INTO COURT**, through undersigned counsel, come plaintiffs herein, who, upon suggesting to this Honorable Court that:

I.

This case arises out of an insurance claim filed by plaintiffs herein against Lexington Insurance Company, for damage resulting from Hurricane Katrina.

II.

The deadline to effect service of the complaint in this matter is January 15, 2007. However, all parties herein are in settlement negotiations, as a result of which service has not been effected.

III.

As settlement has not been achieved, plaintiff requests an additional ten (10) days, or until January 26, 2006, to effect service in this matter, so that this matter can move forward to trial.

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No

IV.

In view of the above and foregoing, plaintiffs herein request an additional ten (10) days or until January 26, 2007, to effect service in this matter.

Respectfully submitted,

KEVIN D. SHEARMAN, Bar #23297
Attorney at Law
Counsel for Plaintiff
3350 Ridgelake Drive
Suite 200
Metairie, LA 70002

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document has been sent by facsimile to all counsel of record on the 16th day of January, 2007.

KEVIN D. SHEARMAN