UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SECTION R

~~2006-2597~~
06-5297

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 31  PM 2: 41

LORETTA G. WHYTE
CLERK

CHRISTLE BERTONIERE, ET AL

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____     _____
                                    DEPUTY CLERK

### ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that plaintiffs herein be and are hereby granted an additional ten (10) days, or until January 26, 2007, to effect service of the complaint in the above-captioned matter.

New Orleans, Louisiana, this ____31st____ day of ____January____, 2007.

_____
JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____