UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NO. 06-5297                DIVISION " K "                DOCKET NO. K(2)

CHRISTLE BERTONIERE

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____        _____
                                              DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Christle Bertoniere, who, upon suggesting to this Honorable Court that:

I.

The deadline to effect service of the complaint in this matter is January 25, 2007.

II.

Plaintiff and defendant are actively involved in settlement negotiations.

III.

Plaintiff has not yet received proof that service has been effected upon defendant. Accordingly, plaintiff requests an additional ten (10) days, or until February 4, 2007, to effect service of the complaint in this matter.



IV.

In view of the above and foregoing, plaintiff requests an additional ten (10) days, or until February 4, 2007, to effect service of the complaint in this matter.

Respectfully submitted,

KEVIN D. SHEARMAN, Bar #23297
Attorney at Law
Counsel for Plaintiffs
3350 Ridgelake Drive
Suite 200
Metairie, LA   70184-4156
Telephone: (504)835-6829

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document has been sent by facsimile to all counsel of record on the 25th day of Jan 2007.

KEVIN D. SHEARMAN