**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 JAN 31  PM 2: 41

LORETTA G. WHYTE
CLERK

NO. 06-5297                               DIVISION " R "              DOCKET NO.

**CHRISTLE BERTONIERE**

**VERSUS**

**LEXINGTON INSURANCE COMPANY**

FILED: _____          _____
                                          **DEPUTY CLERK**

**O R D E R**

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that plaintiff be and is hereby granted an additional ten (10)

days or until February 4, 2007, to effect service of the complaint in the above-captioned matter on

defendant herein.

New Orleans, LA, this _____ 31st _____ day of _____, 2007.

_____
                    **J U D G E**