1653-62432-WMH/cam

```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2007 JAN 29  PM 4:09

              LORETTA G. WHYTE
                   CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RENE S. BOWERS, SR.** | CIVIL ACTION NO. 06-4777 |
| | c/w 05-4182 |
| **VERSUS** | |
| | SECTION K |
| **STATE FARM FIRE AND CASUALTY COMPANY** | MAGISTRATE DIV. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### REQUEST FOR DISMISSAL PURSUANT TO LOCAL RULE 41.2(e)

**NOW INTO COURT**, through undersigned counsel, come James F. Gasquet, III, attorney for Plaintiff, and W. Marvin Hall, attorney for Defendant, and on suggesting to the Court that the parties have agreed to an unconditional settlement of the captioned-matter;

**MOVE THIS COURT** for an Order of Dismissal.

HAILEY, McNAMARA, HALL,  
LARMANN & PAPALE, L.L.P.

BY: _____  
W. MARVIN HALL, #6446  
One Galleria Boulevard, Suite 1400  
Metairie, Louisiana 70001  
Telephone: (504) 836-6500  
Facsimile: (504) 836-6565  
Counsel Defendant,  
**State Farm Fire & Casualty Company**

LAW OFFICES OF JAMES F. GASQUET, III

BY: _____  
JAMES F. GASQUET, III, Bar #26294  
129 Chancellor Drive, P.O. Box 279  
Belle Chasse, Louisiana 70037  
Counsel Plaintiff,  
**Rene S. Bowers, Sr.**

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____
```

1653-62432-WMH/cam

## CERTIFICATE OF SERVICE

I do hereby certify that I have mailed a copy of the foregoing pleading to the following:

James F. Gasquet, III, Bar #26294
**Law Offices of James F. Gasquet, III,
A Limited Liability Company**
129 Chancellor Drive, P.O. Box 279
Belle Chasse, Louisiana 70037

on this 23RD day of JANUARY, 2007.

_____