

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 23 PM 1:36

LORETTA G. WHYTE
         CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION       * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |
| * | | |

**************************************
                                      *
PERTAINS TO:                          *
                                      *
INSURANCE     (D. Muller, No. 06-9108) *
                                      *
**************************************

### JOINT MOTION TO SUBSTITUTE ATTORNEY

NOW INTO COURT, through undersigned counsel, and on suggesting to the Court that plaintiffs, Dennis Muller, O.D., and Muller Eye Center, L.L.C., d/b/a/ Cooper Eye Clinic, wish to substitute their counsel of record, Sidney J. Angelle and the law firm of Lobman, Carnahan., Batt, Angelle and Nader and replace them with Robert Angelle, who enrolls as counsel of record for the above-named parties in place of and removing Sidney J. Angelle and the law firm of Lobman, Carnahan, Batt, Angelle & Nader as counsel of record.

Respectfully Submitted,

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

_____
SIDNEY J. ANGELLE, #1002
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290

_____
ROBERT ANGELLE, #2495
TWO LAKEWAY CENTER
3850 N CAUSEWAY BLVD STE 630
METAIRIE, LA 70002
(504) 836-5990   FAX (504) 836-5040

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing request has been served upon all counsel of record by placing same in the United States Mail, properly addressed and postage prepaid, this 10th day of January, 2007.

*Robert Angelle*