UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 31 PM 2: 40

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | DOCKET NO.: 05-4182 "K"(2) |
| | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |
| PERTAINS TO: | |
| INSURANCE (D. Muller, No. 06-9108) | |

## ORDER

In consideration of the foregoing motion,

IT IS ORDERED that Robert Angelle be allowed to substitute as counsel of record for Sidney J. Angelle in these proceedings on behalf of the plaintiffs.

SIGNED this 31st day of January, 2007, in New Orleans, Louisiana.

_____
JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____