MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 1, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  ALL CASES | JUDGE DUVAL<br>MAG. WILKINSON |

Today, I participated in case management conferences with Judge Duval and liaison counsel.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **3 : 50**