MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 1, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: ALL LEVEE | JUDGE DUVAL<br>MAG. WILKINSON |

      At the request of plaintiffs' counsel, Hugh P. Lambert, a discovery conference was conducted on this date in open court concerning certain evidence preservation issues at the 17th Street Canal breach site, specifically the topics addressed in their letters dated January 29, 30 and 31, 2007 filed separately in the record. Participating were: Hugh P. Lambert and E. Alexis Bevis, representing plaintiffs; Michael Riess, representing defendant, Boh Bros. Construction Company; Traci Colquette and Jim McConnon, representing the United States.

      After discussions in open court, counsel conferred and agreed upon a supplemental site inspection and evidence preservation protocol concerning plaintiffs' specific requests,

MJSTAR: **1** : **10**

dictated their agreement into the record, and the court approved it. Counsel will submit to me, for review and filing in the record, a written version of their agreement.

New Orleans, Louisiana, this __2nd__ day of February, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

cc: HON. STANWOOD R. DUVAL, JR.