UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION |
|  | * |  |
|  | * | NO. 06-8270 |
| versus | * |  |
|  | * | SECTION "R" |
| ST. PAUL TRAVELER'S CASUALTY | * |  |
| INSURANCE COMPANY, ET AL | * | MAGISTRATE 1 |
|  | * |  |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION TO ENROLL AS COUNSEL OF RECORD AND TO CHANGE DESIGNATION OF TRIAL ATTORNEY

NOW COMES plaintiff, Patricia Dicorte, who moves this Court to enroll as counsel of record Edward F. Downing, III and Kenneth W. Andrieu, of the law firm of Gauthier, Houghtaling & Williams, LLP, and to change the designation of the trial attorney, to whom all notices and other communications with respect to this matter be directed, so that Edward F. Downing, III is listed as trial attorney.

ACCORDINGLY, it is respectfully requested that the Court allow enrollment of counsel of record of Edward F. Downing, III and Kenneth W. Andrieu, and that the designated trial attorney be changed to reflect Edward F. Downing, III as trial attorney.

Respectfully submitted,


*/s/ Edward F. Downing, III*_____
**EDWARD F. DOWNING, III, T/A** (Bar #1339)
**KENNETH W. ANDRIEU** (Bar #20675)
**Gauthier, Houghtaling & Williams, LLP**
3500 North Hullen Street
Metairie, LA   70002
Telephone:  (504) 456-8600
E-mail:  ed@ghwlaw.net

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Gary J. Russo
> Camille Bienvenu Poche
> James T. Busenlener
> Douglas C. Longman, Jr.

I further certify that on February 5, 2007, I mailed and faxed the foregoing document and the notice of electronic filing to the following non-CM/ECF participants:

> N/A


*/s/ Edward F. Downing, III*_____
**EDWARD F. DOWNING, III**