UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE:<br>ADAMS, CATHY (06-4065)<br>BREITHOFF (06-5367)<br>COCHRAN (06-5785)<br>JOSEPH (06-5032)<br>LEDUFF (06-5260)<br>MARCELLO (06-2545)<br>PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

MOTION FOR LEAVE TO ALLOW CO-COUNSEL TO ATTEND
MANDATORY STATUS CONFERENCE

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC. ("C.R. Pittman"), by and through undersigned counsel, who respectfully requests to this Honorable Court authority to have co-counsel attend the mandatory status conference scheduled for February 13, 2007 at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr., and requests the Court's leave to have Larry G. Canada, a director with the law firm Galloway, Johnson, Tompkins, Burr & Smith, who will be enrolled as additional counsel in these matters, and Jason J. Markey, an associate of the law firm Galloway, Johnson, Tompkins, Burr & Smith,

who is currently enrolled as additional counsel of record in the above matters, in lieu of trial counsel, Gerald A. Melchiode.

Trial counsel's presence is required at a previously scheduled deposition in the matter of *Omega Protein Corporation versus Lexington Insurance Company and RSUI Indemnity Company*, Civil Action 2:06-CV-1283, which is currently pending in the United States District Court in the Western District of Louisiana. The depositions are scheduled to take place in Atlanta, Georgia and cannot be rescheduled.

Trial counsel apologizes for the delay in requesting leave of court to have co-counsel attend the mandatory status conference. However, trial counsel expected to receive voluntary dismissals on behalf of C.R. Pittman, on the same basis as did the original Plaintiffs, prior to the scheduled mandatory status conference. C.R. Pittman has been dismissed from fourteen (14) separate matters, including *Glenn Michael Adams, Berthelot, Brown, Christenberry, Deane, Ezell, Finney, Fitzmorris, Gordon, Kirsch, LeBlanc, Sanchez, Vodanovich* and *Yacob*. C.R. Pittman remains as a named Defendant in seven (7) separate matters in the consolidated litigation, including *Cathy Adams, Breithoff, Cochran, Joseph, LeDuff, Marcello* and *Pontchartrain Baptist Church*. As it appears, C.R. Pittman will not receive voluntary dismissals from the remaining Plaintiffs prior to the mandatory status conference and/or the February 8, 2007 deadline to file responsive pleadings. Therefore, C.R. Pittman will prepare its responsive pleadings and will move forward with its dispositive motion by filing its Motion for Summary Judgment.

C.R. Pittman's request for leave to allow co-counsel to attend the mandatory status conference is for good cause shown as Defendant's request will not cause undue delay, burden or

prejudice to opposing counsel, as alternative counsel will be vested with full authority to act on behalf of C.R. Pittman Construction Company, Inc.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the   6th   day of   February  , 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

s/   *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email:  jmelchiode@gjtbs.com
Jason J. Markey #29722
Email:  jmarkey@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction Company, Inc.**