UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE: ADAMS, CATHY (06-4065) BREITHOFF (06-5367) COCHRAN (06-5785) JOSEPH (06-5032) LEDUFF (06-5260) MARCELLO (06-2545) PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | § § § § § § § § § | |

**ORDER**

Considering the foregoing Motion for Leave to Allow Co-Counsel to Attend the Mandatory Status Conference:

IT IS ORDERED that Larry G. Canada and Jason J. Markey of the law firm Galloway, Johnson, Tompkins, Burr & Smith be permitted to attend the mandatory status conference scheduled for February 13, 2007 at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr., in lieu of trial counsel, Gerald A. Melchiode, with full authority to act on behalf of C.R. Pittman Construction Company, Inc. in the above scheduled proceedings.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE