## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | § | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | § | |
| **VERSUS** | § | **SECTION "K"** |
| | § | |
| | § | **MAGISTRATE (2)** |
| | § | **CONS. KATRINA CANAL** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | |
| **Insurance** | § | |
| **No. 06-5164,** *Abadie et al., v Aegis Security* | § | |
| *Insurance Co., et al.* | § | |
| | § | |

### ORDER OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Considering the Plaintiffs' Unopposed Motion for Partial Dismissal of

**HARLEYSVILLE INSURANCE COMPANY, AND AUDUBON INDEMNITY**

**COMPANY** without prejudice,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that **HARLEYSVILLE**

**INSURANCE COMPANY, AND AUDUBON INDEMNITY COMPANY** be and are hereby

DISMISSED without prejudice, reserving to plaintiffs all rights against all parties not dismissed

herein.

New Orleans, Louisiana, this __5th__ day of February, 2007.

_____

UNITED STATES DISTRICT JUDGE