UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PATRICIA DICORTE | * | CIVIL ACTION |
| | * | |
| | * | NO. 06-8270 |
| versus | * | |
| | * | SECTION "R" |
| ST. PAUL TRAVELER'S CASUALTY | * | |
| INSURANCE COMPANY, ET AL | * | MAGISTRATE 1 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Ex Parte Motion to Enroll as Counsel of Record and to Change Designation of Trial Attorney,

IT IS ORDERED that Edward F. Downing, III and Kenneth W. Andrieu, of the law firm of Gauthier, Houghtaling & Williams, LLP, be enrolled as additional counsel of record, and that the record reflect a change of trial attorney so that the trial attorney designation is Edward F. Downing, III.

NEW ORLEANS, LOUISIANA, this __6th__ day of _____February_____, 2007.

_____

**UNITED STATES DISTRICT JUDGE**