UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____ | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**PERTAINS TO:**
*LEVEE:*
Adams, Cathy          06-4065
Gordon                06-5163

*LEVEE, MRGO, RESPONDER:*
O'Dwyer          06-4389
*NOT YET DESIGNATED*:
Williams, E.   06-5471

### ORDER

**CONSIDERING THE FOREGOING,**

**IT IS ORDERED** that Thomas F. Gardner, Douglas A. Kewley, Erin E. Dearie and Gardner & Kewley, APLC, be withdrawn as counsel for Eustis Engineering Company, Inc. in the captioned matter.

**IT IS FURTHER ORDERED** that Thomas F. Gardner be withdrawn as the representative of the Engineers' Group.

New Orleans, Louisiana, this __5th__ day of February, 2007.

_____
JUDGE

*proposed order.wpd*