UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION NUMBER 05-4182 SECTION "K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| LEVEE CASES PERTAINS TO: 06-7682 (Paul) | | |

### EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF RULE 60(b) MOTION FOR RECONSIDERATION OF ORDER REMANDING CASE TO STATE COURT DUE TO MISTAKE OF FACT

Defendant, the Public Belt Railroad Commission for the City of New Orleans (the "Public Belt"), moves this Court for leave to file the attached "Reply In Support of Rule 60(b) Motion for Reconsideration of Order Remanding Case to State Court Due to Mistake of Fact." The Public Belt's Pending Rule 60(b) Motion for Reconsideration is Doc. No. 2731.

The Public Belt's Reply responds to the plaintiffs' opposition memorandum and does not simply reargue the Public Belt's original supporting memorandum. The Public Belt respectfully suggests that the Reply will assist the Court in ruling on the Rule 60(b) Motion for Reconsideration. In compliance with Uniform District Court Rule 7.3E, a proposed order is attached.

-1-

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 6th day of February, 2007.

*/s/ Galen S. Brown*
GALEN S. BROWN