UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| _____ | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-7682 (Paul) | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF RULE 60(b) MOTION FOR RECONSIDERATION OF ORDER REMANDING CASE TO STATE COURT DUE TO MISTAKE OF FACT**

**MAY IT PLEASE THE COURT:**

The mover, the Public Belt Railroad Commission for the City of New Orleans, respectfully seeks leave to file a reply for the reasons set forth in the motion for leave.

-2-

Respectfully submitted,

HAMILTON, BROWN & BABST

*Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA  70130
TELEPHONE:  (504) 566-1805
FAX:  (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 6th day of February, 2007.

*Galen S. Brown*
GALEN S. BROWN