

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -5 AM 10: 08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED, THERESA BERRY, BRENDA HOLMES, AGNES POLLARD, BRIAN SIMMONS, TRISHA THOMAS, CHRISTINE JACKSON, SONDRA DORSEY, FREDERICA PALMER, AND SIMUEL MILLER | * * * * * * * | CIVIL ACTION<br><br>NO. 06-11208 "K"(2)<br><br>JUDGE DUVAL |
| V. | * * | MAG. WILKINSON |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT | * * * * * * * * * | Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

### MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) ON BEHALF OF BNSF RAILWAY COMPANY

**NOW INTO COURT**, through undersigned counsel comes the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") and moves to dismiss all claims asserted by plaintiffs in this matter, with prejudice and at plaintiffs costs, pursuant to Rule 12 (b)(6) of the Federal Rules of Civil Procedure. Plaintiffs have failed to state a claim on which relief can be granted in the following respects.

\_\_\_ Fee_____
\_\_\_ Process_____
\_X\_ Dktd_____
\_\_\_ CtRmDep\_\_\_\_\_
\_\_\_ Doc. No_____

1

1.

The claims asserted by plaintiffs do not encompass a duty owed by BNSF either as a result of the ownership of a locomotive or in connection with the repair of the floodgate, as is more fully described in the attached supporting memorandum.

2.

The costs for the repair of the subject floodgate were paid in full by the New Orleans Public Belt Railroad long before the damage caused by Hurricane Katrina, and the Orleans Levee District that has the statutory obligation to make repairs, not a private entity such as the BNSF. BNSF had no independent duty to the members of the putative class and in addition to the attached supporting memorandum, BNSF also adopts as if set forth herein the argument and attached exhibits on this issue by CSX Transportation in the consolidated levee litigation pending in this court, *In re Katrina Canal Breaches Consolidated Litigation,* 05-4182, (Doc. 1530).

3.

Plaintiffs also fail to meet the most basic pleading requirements of FRCP 23 for a class action proceeding.

4.

Plaintiffs' claims asserted against the BNSF are expressly preempted under federal law. BNSF adopts as if set forth herein the argument on the issue of federal preemption in the memorandum filed on behalf of CSX Transportation in the consolidated levee litigation pending in this court, *In re Katrina Canal Breaches Consolidated Litigation,* 05-4182, (Doc. 1530).

Respectfully submitted,

**FRILOT, PARTRIDGE, L.C.**

_____
**PATRICK A. TALLEY, JR. (#1616)
MICHAEL R. PHILLIPS (#21020)
CARL E. HELLMERS, III (#25705)**
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of January, 2007 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

_____

3