UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED, THERESA BERRY, | * | CIVIL ACTION |
| BRENDA HOLMES, AGNES | * | |
| POLLARD, | * | NO. 06-11208 "K"(2) |
| BRIAN SIMMONS, TRISHA | * | |
| THOMAS, | * | JUDGE DUVAL |
| CHRISTINE JACKSON, SONDRA | * | |
| DORSEY, FREDERICA PALMER, | * | MAG. WILKINSON |
| AND | | |
| SIMUEL MILLER | | |
| V. | * | |
| | * | |
| CITY OF NEW ORLEANS, BY AND | * | Removed from the Civil District |
| THROUGH THE NEW ORLEANS | * | Court for the Parish of Orleans, |
| PUBLIC BELT RAILROAD | * | State of Louisiana, Division "I-14" |
| COMMISSION, THE BURLINGTON | * | |
| NORTHERN AND SANTA FE | * | |
| RAILWAY COMPANY, BOARD OF | * | |
| COMMISSIONERS OF THE | * | |
| ORLEANS | * | |
| LEVEE DISTRICT | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to for Dismissal Under Rule 12(b)(6), filed by the BNSF Railway Company, f/k/a the Burlington Northern and Santa Fe Railway Company ("BNSF") will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of

1

Louisiana, 500 Camp Street, New Orleans, Louisiana on the 21st [~~23rd~~] day of March, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

FRILOT, PARTRIDGE, L.C.

_____
PATRICK A. TALLEY, JR. (#1616)
MICHAEL R. PHILLIPS (#21020)
CARL E. HELLMERS, III (#25705)
1100 Poydras Street, Suite 3600
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile: (504) 599-8100
**Counsel for BNSF Railway Company f/k/a Burlington Northern and Santa Fe Railroad Company**

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of January, 2007 served a copy of the foregoing on all counsel of record via facsimile and/or by the United State Postal Service properly addressed and postage prepaid.

_____