UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED, THERESA BERRY, | * | CIVIL ACTION |
| BRENDA HOLMES, AGNES POLLARD, | * | |
| BRIAN SIMMONS, TRISHA THOMAS, | * | NO. 06-11208 "K"(2) |
| CHRISTINE JACKSON, SONDRA | * | |
| DORSEY, FREDERICA PALMER, AND | * | JUDGE DUVAL |
| SIMUEL MILLER | * | |
| | * | MAG. WILKINSON |
| V. | * | |
| | * | |
| CITY OF NEW ORLEANS, BY AND | * | Removed from the Civil District |
| THROUGH THE NEW ORLEANS | * | Court for the Parish of Orleans, |
| PUBLIC BELT RAILROAD | * | State of Louisiana, Division "I-14" |
| COMMISSION, THE BURLINGTON | * | |
| NORTHERN AND SANTA FE | * | |
| RAILWAY COMPANY, BOARD OF | * | |
| COMMISSIONERS OF THE ORLEANS | * | |
| LEVEE DISTRICT | * | |

## ORDER

**Considering the foregoing** Motion to Dismiss pursuant to Rule 12(b)(6) on behalf of BNSF Railway Company;

1

IT IS HEREBY ORDERED that all claims asserted against the BNSF Railway Company f/k/a the Burlington Northern and Santa Fe Railway Company, are hereby dismissed with prejudice.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
JUDGE