UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED, THERESA BERRY, BRENDA HOLMES, AGNES POLLARD, BRIAN SIMMONS, TRISHA THOMAS, CHRISTINE JACKSON, SONDRA DORSEY, FREDERICA PALMER, AND SIMUEL MILLER | * * * * * * * * | CIVIL ACTION<br><br>NO. 06-11208 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| VERSUS | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT | * * * * * * * * | Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

* * * * * * * * * * * * * * * * * * * * * * *

MOTION TO DISMISS THE CLAIMS OF THE
PLAINTIFFS PURSUANT TO F.R.C.P. RULE 12(b)(6)

**NOW INTO COURT** comes defendant, the Public Belt Railroad Commission for the City of New Orleans, through undersigned counsel, and respectfully moves the court as follows:

I.

Defendant moves to dismiss the claims of the plaintiffs, pursuant to F.R.C.P. Rule 12(b)(6), because the complaint fails to state a claim against defendant upon which relief can be granted, for the reasons fully set forth in the accompanying memorandum in support of this motion.

-2-

        Respectfully submitted,

        HAMILTON, BROWN & BABST

        */s/ Galen S. Brown*
        GALEN S. BROWN, T.A. (#3556)
        KAREN E. MILNER (#8499)
        601 POYDRAS STREET, SUITE 2750
        NEW ORLEANS, LOUISIANA  70130
        TELEPHONE:  (504) 566-1805
        FAX:  (504) 566-1569
        E-MAIL: gbrown@hamiltonfirm.net

        Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

## **CERTIFICATE OF SERVICE**

    I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 31st day of January, 2007.

        */s/ Galen S. Brown*
        GALEN S. BROWN