UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED, THERESA BERRY, BRENDA HOLMES, AGNES POLLARD, BRIAN SIMMONS, TRISHA THOMAS, CHRISTINE JACKSON, SONDRA DORSEY, FREDERICA PALMER, AND SIMUEL MILLER | * * * * * * * * | CIVIL ACTION<br><br>NO. 06-11208 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| VERSUS | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION, THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY, BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE DISTRICT | * * * * * * * * | Removed from the Civil District Court for the Parish of Orleans, State of Louisiana, Division "I-14" |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the attached Motion to Dismiss the Claims of the Plaintiffs pursuant to F.R.C.P. Rule 12(b)(6), filed by the Public Belt Railroad Commission for the City of New Orleans, will come on for hearing before the Honorable Stanwood R. Duval, Jr. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana on the 7th day of March, 2007, at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

HAMILTON, BROWN & BABST

*/s/ Galen S. Brown*
GALEN S. BROWN, T.A. (#3556)
KAREN E. MILNER (#8499)
601 POYDRAS STREET, SUITE 2750
NEW ORLEANS, LOUISIANA 70130
TELEPHONE: (504) 566-1805
FAX: (504) 566-1569
E-MAIL: gbrown@hamiltonfirm.net

Attorneys for Defendant, Public Belt Railroad Commission for the City of New Orleans

### CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been served upon all counsel of record by electronic notice in accordance with Local Rules to those counsel receiving electronic notice, and all others by depositing same in the United States Mail, postage prepaid and properly addressed, this 31st day of January, 2007.

*/s/ Galen S. Brown*
GALEN S. BROWN