UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PAMELA SPEED; THERESA BERRY; BRENDA HOLMES; AGNES POLLARD; BRIAN SIMMONS; TRISHA THOMAS; CHRISTINE JACKSON; SONDRA DORSEY; FREDERICA PALMER; and SIMUEL MILLER<br><br>versus<br><br>CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION; THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE COMMISSION | CIVIL ACTION<br><br>NO: 2:06-cv-11208-SRD-JCW<br><br>JUDGE: SRD<br><br>MAG.: JCW |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come Plaintiffs who move this Honorable Court for an order remanding this cause to the Civil District Court for the Parish of Orleans, State of Louisiana, on the grounds that subject matter jurisdiction sufficient to support removal pursuant to 28 U.S.C.A. §1441 is lacking. Defendants' have failed to carry their burden of demonstrating federal question jurisdiction as set forth in the accompanying memorandum.

Wherefore, Plaintiffs respectfully pray that this court grant their Motion and enter an order remanding this matter to the Civil District Court for the Parish of Orleans, State of Louisiana.

Respectfully Submitted,

**SMITH STAG, L.L.C.**

_____
Stuart H. Smith (# 17805)
Michael G. Stagg (#23314)
Sharonda R. Williams (#28809)
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Val Patrick Exnicios (#19563)
Liska, Exnicios & Nungesser
365 Canal Street, Suite 2290
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

Anthony D. Irpino (24727)
Irpino Law Firm
365 Canal Street, Suite 2290
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501

Conrad S.P. Williams, III (#14499)
St. Martin, Williams & Bourque, APLC
PO Box 2017
Houma, LA 70361-2017
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

Attorneys for Plaintiffs

## Certificate of Service

I certify that on this 1st day of February, 2007, a copy of the foregoing Motion to Remand, Memorandum in Support of Remand and Notice of Hearing has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, or by telefaxing placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

_____
SHARONDA R. WILLIAMS