UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED; THERESA BERRY; BRENDA HOLMES; AGNES POLLARD; BRIAN SIMMONS; TRISHA THOMAS; CHRISTINE JACKSON; SONDRA DORSEY; FREDERICA PALMER; and SIMUEL MILLER | * * * * * * * | CIVIL ACTION<br><br>NO: 2:06-cv-11208-SRD-JCW<br><br>JUDGE: SRD<br><br>MAG.: JCW |
| versus | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION; THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE COMMISSION | * * * * * * * | |

*******************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on Plaintiffs' Motion to Remand has been scheduled and set for the 7th day of March, 2007, at 9:30 a.m. at the United States District Courthouse for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana before the Honorable Stanwood R. Duval, Jr., United States District Court Judge, Presiding.

Respectfully Submitted,

**SMITH STAG, L.L.C.**

_/s/ Sharonda R. Williams_
Stuart H. Smith (# 17805)
Michael G. Stag (#23314)
Sharonda R. Williams (#28809)
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone: (504) 593-9600
Facsimile: (504) 593-9601

Val Patrick Exnicios (#19563)
Liska, Exnicios & Nungesser
365 Canal Street, Suite 2290
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

Anthony D. Irpino (24727)
Irpino Law Firm
365 Canal Street, Suite 2290
New Orleans, LA 70130
Telephone: (504) 525-1500
Facsimile: (504) 525-1501

Conrad S.P. Williams, III (#14499)
St. Martin, Williams & Bourque, APLC
PO Box 2017
Houma, LA 70361-2017
Telephone: (985) 876-3891
Facsimile: (985) 851-2219

Attorneys for Plaintiffs

## Certificate of Service

I certify that on this 1st day of February, 2007, a copy of the foregoing Motion to Remand, Memorandum in Support of Remand and Notice of Hearing has been filed with the United States District Court for the Eastern District of Louisiana, and all counsel of record are being served this filing by either the Court's electronic filing system, or by telefaxing placing a copy of same in the United States mail, properly addressed with adequate postage affixed thereon.

_____
SHARONDA R. WILLIAMS