UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PAMELA SPEED; THERESA BERRY; BRENDA HOLMES; AGNES POLLARD; BRIAN SIMMONS; TRISHA THOMAS; CHRISTINE JACKSON; SONDRA DORSEY; FREDERICA PALMER; and SIMUEL MILLER | * * * * * * * | CIVIL ACTION  NO: 2:06-cv-11208-SRD-JCW  JUDGE: SRD  MAG.: JCW |
| versus | * * | |
| CITY OF NEW ORLEANS, BY AND THROUGH THE NEW ORLEANS PUBLIC BELT RAILROAD COMMISSION; THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY; and BOARD OF COMMISSIONERS OF THE ORLEANS LEVEE COMMISSION | * * * * * * * | |

*******************************************

## ORDER

Considering the foregoing Motion to Remand on behalf of Plaintiffs, Pamela Speed, et al.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Remand is GRANTED, and this case is REMANDED to state court.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE