LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3609

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

January 29, 2007

**Via Hand Delivery**
Honorable Magistrate Judge Joseph C. Wilkinson, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, LA 70130

RE: Consolidated Katrina Canal Breaches
USDC, EDLA Case No. 05-4182

Dear Magistrate Wilkinson:

Please allow this letter to serve as Plaintiffs' formal request for a discovery conference regarding the preservation of evidence in connection with certain sheetpiles at the 17th Street Canal.

The following photographs of certain monoliths and sheetpiles will be the subject of a Motion for Preservation:

| | |
|---|---|
| Photograph #42 12-12-2005 | Indicates I-wall depiction from Corps of Engineers |
| Photograph #454 01-26-2007 | Indicates area of I-wall at issue (circled) |
| Photograph #502 01-26-2007 | General shot of 18 series sheetpiles appearing in the upper right quadrant (circled) |
| Photograph #503 01-26-2007 | Closeup of 18 series sheetpiles where they intersect existing undamaged cement monoliths demonstrating the monoliths' attachment to the sheetpile |
| Photograph #507 01-26-2007 | Another closeup of 18 series sheetpiles where they intersect existing undamaged cement monoliths demonstrating the monoliths' attachment to the sheetpile |

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No_____

Page 2 of 3
January 29, 2007

Photograph #508
01-26-2007              Shows series of monoliths from what was the canal side of
                        the pre-storm structure (right side of photograph) on left side
                        of photograph is TRS

Photograph #509
01-26-2007              Shows cement line 36-38 inches from top of sheetpiles,
                        protected side, (land side) of the structure. (arrows)

Photograph #517
01-26-2007              Shows sheetpile H18-5 with evidence of cement line,
                        approximately 12 inches from the top of the sheetpiles, on
                        the canal side of the sheetpiles. (arrow)

Photograph #519
01-26-2007              Shows sheetpiles H18-5, H18-6, and H18-7 which
                        demonstrate witness marks of cement adhesion on the
                        canal side of the sheetpiles (12 inches from the top).

Photograph #520
01-26-2007              Close up of Photograph #519 (canal side).

Photograph #521
01-26-2007              Shows protected side, (land side), witness marks on
                        removed cement monoliths approximately 36 inches from
                        the top.

Photograph #525
01-26-2007              Shows H18-5 sheetpile witness marks approximately 12
                        inches from the top of the sheetpiles on the canal side of the
                        structure

Photograph #526
01-26-2007              Shows H18-5 sheetpile witness marks approximately 12
                        inches from the top of the sheetpiles on the canal side of the
                        structure

Photograph #528
01-26-2007              Demonstrates measurements of cement monoliths and
                        witness marks on the protected side (land side) of the
                        structure

Page 3 of 3
January 29, 2007

        Photograph #529
        01-26-2007    Demonstrates measurements of cement monoliths and witness marks on the protected side (land side) of the structure

    Plaintiffs submit that these photographs demonstrate that crucial evidence may be destroyed if Plaintiffs are not allowed to preserve and inspect certain sheetpiles including, but not limited to, the seven plus or minus sheetpiles pictured in series H18-5 through H18-12, which are still adjoining and attached to the existing monoliths outside the main TRS.

    Plaintiffs request a discovery conference in this regard this afternoon so as not to disrupt the progress being made on the project.

    With best regards, I am

                            Very truly yours,

                            HUGH P. LAMBERT

HPL/eab
cc:    All counsel of record

TASK FORCE GUARDIAN - Levee, Floodwall, and Sheet Pile

CANAL SIDE

Top of Sheet Pile

PROTECTED SIDE

Photograph #42

December 12, 2005

Photograph #0454   January 26, 2007

Photograph #502   January 26, 2007



Photograph #503   January 26, 2007



Photograph #507    January 26, 2007

Photograph #508    January 26, 2007

Photograph #509    January 26, 2007

Photograph #517

January 26, 2007

Photograph #519    January 26, 2007



Photograph #520 — January 26, 2007



Photograph #521 — January 26, 2007

Photograph #525    January 26, 2007



Photograph #526 — January 26, 2007



Photograph #529    January 26, 2007