# U.S. Department of Justice

*Civil Division, Torts Branch*
*Federal Tort Claims Act Staff*

James F. McConnon
Trial Attorney

Post Office Box 888, Benjamin Franklin Station
Washington, D.C. 20044

Telephone: (202) 353-2604
Facsimile: (202) 616-5200

PJP:JFMcConnon
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

January 30, 2007

VIA E-MAIL and U.S. MAIL
Hugh Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130-3629

Re: <u>In Re Katrina Canal Breaches Litigation Civil Action No. 05-4182 (All Levee)</u> "K"

Dear Mr. Lambert:

    I am writing in response to your letter of January 29, 2007, to Judge Wilkinson requesting a discovery conference regarding the preservation of evidence at the 17th Street Canal construction site. Although I have repeatedly sought your input concerning a revised protocol for the 17th Street site, you have not responded nor have you made an effort to reach an agreement with the United States concerning the materials at issue here. Indeed, counsel for the United States do not even know what materials you want to preserve, as your letter to Judge Wilkinson does not identify them. It may well be that an agreement can be reached concerning the materials that interest you without judicial intervention.

    As you may recall, the Court previously commended to all parties the resolution achieved by counsel for WGI, the United States, and the plaintiffs with respect to preservation of certain sheetpiles at an Industrial Canal construction site. Counsel for the United States believe the resolution of that request for the preservation of materials can serve as a template for addressing your present desire for the preservation of materials. We are prepared to discuss whatever evidence-preservation request you may have, if you will bring it to us. Rather than unilaterally


Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
_ Doc. No _____


RECEIVED
JAN 3 0 2007
CHAMBERS OF
U.S. MAGISTRATE JUDGE
JOSEPH C. WILKINSON, JR.

pursuing this matter with the Court, we request that you confer with United States' counsel concerning your evidence-preservation issues before bringing the matter before the Court.

Sincerely,

James P. McConnon, Jr.
Trial Attorney
Civil Division, Torts Branch

cc: Hon. Joseph C. Wilkinson, Jr.
Joe Bruno
Ralph Hubbard
Michael Riess