MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 5, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

Today, I participated in a conference with Judge Duval and liaison counsel concerning composition and drafting of a case management order for the next phase of this litigation.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **1 : 10**