UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT VOSBEIN | * | CIVIL ACTION |
| VERSUS | * | NO. 06-7759 |
| CHAPETTA INSURANCE AGENCY, INC. and ALLSTATE INSURANCE COMPANY | * | SECTION "S" |
| * * * * * * * * | | MAGISTRATE 5 |

### PLAINTIFF'S MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes the plaintiff, ALBERT VOSBEIN, who, pursuant to 28 U.S.C.A. Section 1447(C), moves this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, ALLSTATE INSURANCE COMPANY. The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 19 day of Oct, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No_____