UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALBERT VOSBEIN | * | CIVIL ACTION |
| VERSUS | * | NO.   06-7759 |
| CHAPETTA INSURANCE AGENCY, INC. and ALLSTATE INSURANCE COMPANY | * | SECTION "S" |
| * * * * * * * * | * | MAGISTRATE 5 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiff's Motion to Remand has been scheduled and set for the 13th day of December 2006, at 10:00 o'clock a.m. before the Honorable Mary Vial Lemmon, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this ___19___ day of ___Oct___, 20_06_, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____