UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT VOSBEIN | * CIVIL ACTION NO.: 06-7759 |
| | * |
| VERSUS | * JUDGE: VANCE |
| | * |
| CHAPETTA INSURANCE AGENCY, INC. | * MAGISTRATE: CHASEZ |
| And ALLSTATE INSURANCE | * |
| COMPANY | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF JOHN CHAPPETTA

STATE OF LOUISIANA

PARISH OF JEFFERSON

   BEFORE ME, the undersigned authority, a Notary Public, duly qualified and commissioned in and for the State and Parish aforesaid, personally came and appeared,

JOHN CHAPPETTA

Who, after being duly sworn, did depose and state as follows:

1.

   I am over 18 years of age and am competent to testify.

1

**EXHIBIT**
A

2.

I have personal knowledge of the facts set forth in this Affidavit, and, if called as a witness, I would testify competently thereto.

3.

I am an exclusive agent for Allstate Insurance Company ("Allstate"). I have held this position since September 29, 1986.

4.

In that capacity, I was the Allstate agent on Albert Vosbein's account since June 1, 2000.

5.

I have reviewed my agency's books and records that, among other things, reflect the date Mr. Vosbein purchased homeowners and flood insurance from Allstate covering the property located at 2530 Myrtle St., New Orleans, Louisiana 70122 and the dates the homeowners and flood policies were renewed.

6.

The business records that reflect this information are maintained by my office and Allstate in the regular course of business.

7.

The business records reflect that Mr. Vosbein purchased fire insurance from Allstate covering the property located at 2530 Myrtle St., New Orleans, Louisiana 70122, in 1990. From 1990 until 2004, there were yearly renewals without significant changes. In April 2004, Allstate

2.

I have personal knowledge of the facts set forth in this Affidavit, and, if called as a witness, I would testify competently thereto.

3.

I am an exclusive agent for Allstate Insurance Company ("Allstate"). I have held this position since September 29, 1986.

4.

In that capacity, I was the Allstate agent on Albert Vosbein's account since June 1, 2000.

5.

I have reviewed my agency's books and records that, among other things, reflect the date Mr. Vosbein purchased homeowners and flood insurance from Allstate covering the property located at 2530 Myrtle St., New Orleans, Louisiana 70122 and the dates the homeowners and flood policies were renewed.

6.

The business records that reflect this information are maintained by my office and Allstate in the regular course of business.

7.

The business records reflect that Mr. Vosbein purchased fire insurance from Allstate covering the property located at 2530 Myrtle St., New Orleans, Louisiana 70122, in 1990. From 1990 until 2004, there were yearly renewals without significant changes. In April 2004, Allstate

no longer offered fire policies, so Mr. Vosbein was required to purchase a regular homeowner's policy and increase his dwelling limits from $38,000 to $52,100.

8.

The last policy renewal before Hurricane Katrina occurred on April 2005.

9.

The business records reflect that Mr. Vosbein purchased flood insurance from Allstate covering the property located at 2530 Myrtle St., New Orleans, Louisiana, in 1990.

10.

On May 8, 2005, plaintiff added content coverage under his flood policy and increased his dwelling limits.

11.

Since I took over Mr. Vosbein's account on June 1, 2000 at no time did Mr. Vosbein request, nor did I fail or refuse to provide, information regarding coverages relative to hurricanes or additional coverages for flood or other damages, or any information regarding any possible change to his homeowners or flood policies. Moreover, I have never concealed from or otherwise failed to disclose any information to Mr. Vosbein relative to his homeowners or flood insurance or any other issue.

12.

Mr. Vosbein did not instruct me to increase the personal property limits on his flood policy to the available maximum in June 2005 or at any other time.

affidavit

_(signature)_
JOHN CHAPPETTA

SWORN TO AND SUBSCRIBED
BEFORE ME ON THIS 5TH
DAY OF DECEMBER, 2006
_(signature)_ (3809)
Notary Public
My Commission expires At Death

David M. Cambre

4