UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § | CIVIL ACTION<br>No. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: | | |
| LEVEE (06-5137) | | |

## MOTION TO RESCHEDULE

NOW INTO COURT, comes the defendant, Norfolk Southern Railway Company and requests this honorable Court to reschedule the hearing on the defendant's Motion to Dismiss Pursuant to Rule 12(b)(6), which was filed on December 8, 2006 and, which was originally scheduled to be heard on December 27, 2006. The hearing was continued without date by this Court. Pursuant to this Court's minute entry dated December 6, 2006 regarding the status conference of November 29, 2006, the defendant is hereby requesting that it's Rule 12(b)(6) motion be scheduled for hearing on March 23, 2007.

Respectfully submitted,

LEMLE & KELLEHER, LLP

s/ Louis Colletta, Jr.
Benjamin R. Slater, III (Bar No. 12127)
Susannah B. Walter (Bar No. 29048)
Thomas L. Colletta, Jr. (Bar No. 26851)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Telephone (504) 586-1241
**Attorneys for Defendant, Norfolk Southern Railway Company**

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties of record.

s/ Louis Colletta, Jr.