UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § § § § § | CIVIL ACTION No. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | |
| LEVEE (06-5137) | |

## NOTICE OF HEARING

Please take notice that Defendant, Norfolk Southern Railway Company, will bring on for hearing a Motion to Dismiss, before the Honorable Stanwood R. Duval, Jr., United States District Judge, on the 23rd day of March, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

LEMLE & KELLEHER, LLP

s/ Louis Colletta, Jr.
Benjamin R. Slater, III (Bar No. 12127)
Susannah B. Walter (Bar No. 29048)
Thomas L. Colletta, Jr. (Bar No. 26851)
21st Floor, Pan-American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6097
Telephone (504) 586-1241
**Attorneys for Defendant, Norfolk Southern Railway Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all parties of record.

s/ Louis Colletta, Jr.