# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT, wife of/and SCOTT McKNIGHT | * | CIVIL ACTION |
| | * | NO.   06-7687 |
| VERSUS | * | SECTION "F" |
| MARTIN INSURANCE AGENCY, INC., LEXINGTON INSURANCE COMPANY, and TRAVELERS INSURANCE COMPANY | * | MAGISTRATE 4 |

\* \* \* \* \* \* \* \*

## PLAINTIFFS' MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, come the plaintiffs, JENNIFER McKNIGHT, wife of/and SCOTT McKNIGHT, who, pursuant to 28 U.S.C.A. Section 1447(C), move this Honorable Court for an order Remanding this case to the Civil District Court for the Parish of Orleans, from where it was improperly removed to this Court by the defendant, THE STANDARD FIRE INSURANCE COMPANY (incorrectly identified as "Travelers Insurance Company"). The reasons why this Motion to Remand should be granted are more fully set forth in the accompanying Memorandum in Support of Motion to Remand.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of Oct, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____

Fee_____
Process_____
X Dktd_____
_ CtRmDep_____
_ Doc. No_____