📄 - *Click the drill down icon to view detailed return information*

## Service Detail

| | | | |
|---|---|---|---|
| **Serial #** | 1 | **Date Released for Service** | 9/1/2006 |
| **Service Code** | C/P | **Amount** | $20.00 |
| **Description** | Citation & Petition | **Balance Due** | $0.00 |
| **Attorney** | Pendergast, Gary | | |

### Paper Information

| | | | |
|---|---|---|---|
| **Name** | MARTIN INS THRU AGT GEMELLE M LINZY | **Street** | 4700 Orleans Av |
| **Assigned Deputy** | Danna, Gary | **City** | NEW ORLEANS |
| **Due Date** | | **State** | LA |
| **Returned** | Yes | **Zip** | 70119 |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served |
|---|---|---|---|---|---|
| 📄 9/7/2006 | | Yes | Personal | Lucien, Gregory | 4700 Orleans Av NEW ORLEANS, LA 7011 |
| 📄 9/7/2006 | | No | Transfer to Deputy | Danna, Gary | 4700 Orleans Av NEW ORLEANS, LA 7011 |

**Back to Case Summary**

**EXHIBIT 1**

 - *Click the drill down icon to view detailed return information*

## Service Detail

| | | | |
|---|---|---|---|
| Serial # | 2 | Date Released for Service | 9/1/2006 |
| Service Code | C/P | Amount | $20.00 |
| Description | Citation & Petition | Balance Due | $0.00 |
| Attorney | Pendergast, Gary | | |

### Paper Information

| | | | |
|---|---|---|---|
| Name | LEXINGTON INS CO | Street | SECY OF STATE |
| Assigned Deputy | East Baton Rouge, Sheriff of | City | BATON ROUGE |
| Due Date | | State | LA |
| Returned | Yes | Zip | |

### Returns

| Date | Time | Returned | Status | Deputy | Address Served |
|---|---|---|---|---|---|
| 9/11/2006 | | Yes | Personal | East Baton Rouge, Sheriff of | SECY OF STATE BATON ROUGE, LA |

**Back to Case Summary**

# EXHIBIT 2

http://www.civilsheriff.com/Case/bodyCase_Summary_ServiceDetail.asp?ServiceID=40...   10/25/2006