## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT, wife of/and SCOTT McKNIGHT** | * | **CIVIL ACTION** |
| | * | **NO.   06-7687** |
| **VERSUS** | | |
| | * | **SECTION "F"** |
| **MARTIN INSURANCE AGENCY, INC., LEXINGTON INSURANCE COMPANY, and TRAVELERS INSURANCE COMPANY** | * | **MAGISTRATE 4** |

\* \* \* \* \* \* \* \*

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on plaintiffs' Motion to Remand has been scheduled and set for the 20th day of December, 2006, at 10:00 o'clock a.m. before the Honorable Martin L.C. Feldman, United States District Judge presiding.

Respectfully submitted,

_____
GARY M. PENDERGAST
Bar Roll No. 10420
1515 Poydras Street, Suite 2260
New Orleans, Louisiana 70112
Telephone: (504) 523-0454

### CERTIFICATE OF SERVICE

I hereby certify that I have on this 30th day of OCT, 2006, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

_____