## SUMMARY OF 2003 OPERATIONS ($000)

| Statement of Income | 12/31/03 | Funds Provided from Operations | 12/31/03 |
|---|---|---|---|
| Undrw expenses incurred | 130 | Undrw expense paid | 130 |
| Net underwriting income | -130 | Undrw cash flow | -130 |
| Net investment income | 88 | Investment income | 105 |
| Pre-tax oper income | -43 | Pre-tax cash operations | -25 |
| Income taxes incurred | -12 | Income taxes pd (recov) | 5 |
| Net income | -31 | Net oper cash flow | -30 |

---◆---

## LEWIS COUNTY MUTUAL INSURANCE COMPANY
101 N. Elm Street, Lewistown, MO 63452-0037
Mail: P.O. Box 37, Lewistown, MO 63452-0037
Tel: 573-497-2703                    Fax: 573-497-2347
AMB#: 10280

### BEST'S RATING
The company is assigned the classification of NR-1 (Insufficient Data) as A.M. Best does not have sufficient financial information required to assign a rating opinion. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2004: NR-1

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/17/04 | NR-1 | 07/11/01 | NR-1 |
| 06/20/03 | NR-1 | 06/28/00 | NR-1 |
| 06/11/02 | NR-1 | 07/06/99 | NR-1 |

### KEY FINANCIAL INDICATORS ($000)

| | | | Statutory Data | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 1999 | 348 | 268 | ... | ... | 1,965 | 1,817 |
| 2000 | 339 | 224 | ... | ... | 2,130 | 1,952 |
| 2001 | 328 | 206 | ... | ... | 2,187 | 2,025 |
| 2002 | 355 | 291 | ... | ... | 2,349 | 2,169 |
| 2003 | 376 | 265 | ... | ... | 2,455 | 2,183 |

(*) Data reflected within all tables of this report has been compiled from an A.M. Best voluntary response questionnaire.

---◆---

## American International Group Inc
## LEXINGTON INSURANCE COMPANY
Wilmington, DE
100 Summer Street, Boston, MA 02110
Web: www.LexingtonInsurance.com

Tel: 617-330-1100
AMB#: 02350                              NAIC#: 19437
FEIN#: 25-1149494

### BEST'S RATING
Based on our opinion of the consolidated Financial Strength of the members of Lexington Insurance Pool, which operate under a business pooling arrangement, each pool member is assigned a Best's Rating of A++ (Superior). The company is assigned the Financial Size Category of Class XV, which is the Financial Size Category of the pool. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING RATIONALE
For a detailed discussion of the rating rationale, refer to the report of Lexington Insurance Pool.

### FIVE YEAR RATING HISTORY
Rating as of July 22, 2004: A++p

| Date | Best's Rating | Date | Best's Rating |
|---|---|---|---|
| 06/10/04 | A++p | 09/27/01 | A++p |
| 06/25/03 | A++p | 12/08/00 | A++p |
| 09/17/02 | A++p | 07/06/99 | A++p |

### KEY FINANCIAL INDICATORS ($000)

| | | | Statutory Data | | | |
|---|---|---|---|---|---|---|
| Period Ending | Direct Premiums Written | Net Premiums Written | Pretax Operating Income | Net Income | Total Admitted Assets | Policy-holders' Surplus |
| 1999 | 1,012,127 | 560,402 | 189,776 | 186,046 | 2,935,658 | 1,549,449 |
| 2000 | 1,278,916 | 533,803 | 169,090 | 141,051 | 2,921,326 | 1,639,415 |
| 2001 | 2,084,432 | 956,115 | 118,854 | 116,604 | 3,821,091 | 1,746,113 |
| 2002 | 3,609,932 | 1,859,962 | 234,729 | 115,903 | 5,163,338 | 1,763,654 |
| 2003 | 4,551,450 | 2,809,967 | 449,324 | 300,768 | 7,209,726 | 2,116,406 |

| | Profitability | | | Leverage | | | Liquidity | |
|---|---|---|---|---|---|---|---|---|
| Period Ending | Comb. Ratio | Inv. Yield (%) | Pretax ROR (%) | NA Inv Lev | NPW to PHS | Net Lev. | Overall Liq. (%) | Oper. Cash-flow (%) |
| 1999 | 97.3 | 7.0 | 36.0 | 14.1 | 0.4 | 1.2 | 214.2 | 132.4 |
| 2000 | 99.0 | 7.0 | 37.8 | 25.6 | 0.3 | 1.1 | 230.8 | 110.5 |
| 2001 | 103.3 | 6.0 | 15.8 | 26.1 | 0.5 | 1.7 | 185.7 | 153.4 |
| 2002 | 92.4 | 4.9 | 16.7 | 24.2 | 1.1 | 3.0 | 152.6 | 217.3 |
| 2003 | 91.6 | 6.0 | 18.8 | 24.0 | 1.3 | 3.7 | 142.0 | 228.8 |
| 5Yr | 94.5 | 6.1 | 21.1 | ... | ... | ... | ... | ... |

(*) Data reflected within all tables of this report has been compiled from the company-filed statutory statement. Within several financial tables of this report, this company is compared against the Professional Surplus Lines Writers.

### BUSINESS REVIEW
For a detailed discussion of business review, refer to the report of Lexington Insurance Pool.

### 2003 BUSINESS PRODUCTION AND PROFITABILITY ($000)

| Product Line | Premiums Written Direct | Net | % of Total NPW | Pure Loss Ratio | Loss & LAE Res. |
|---|---|---|---|---|---|
| Fire | 1,074,108 | 630,770 | 22.4 | 41.5 | 303,163 |
| Oth Liab Cl-Made | 864,746 | 626,838 | 22.3 | 55.4 | 729,094 |
| Med Mal Cl-Made | 777,322 | 433,544 | 15.4 | 85.8 | 527,443 |
| Oth Liab Occur | 642,907 | 395,218 | 14.1 | 105.1 | 679,033 |
| Allied Lines | 301,611 | 151,608 | 5.4 | 176.5 | 199,037 |
| Inland Marine | 231,641 | 129,055 | 4.6 | 112.8 | 69,452 |
| Prod Liab Occur | 157,817 | 121,393 | 4.3 | 98.2 | 188,814 |
| Homeowners | 159,114 | 96,737 | 3.4 | 35.8 | 27,210 |
| Comm'l Auto Liab | 107,364 | 34,442 | 1.2 | 94.7 | 57,322 |
| All Other | 234,819 | 190,360 | 6.8 | -5.3 | 111,115 |
| Totals | 4,551,450 | 2,809,967 | 100.0 | 69.7 | 2,891,684 |

Major 2003 Direct Premium Writings by State ($000): California, $715,637 (15.7%); New York, $439,090 (9.6%); Florida, $381,189 (8.4%); Texas, $334,334 (7.3%); New Jersey, $230,861 (5.1%); Pennsylvania, $230,080 (5.1%); 47 other jurisdictions, $2,184,143 (48.0%); Aggregate Alien, $36,116 (0.8%).

### CAPITALIZATION
For a detailed discussion of capitalization, refer to the report of Lexington Insurance Pool.

### CAPITAL GENERATION ANALYSIS ($000)

| | | | Source of Surplus Growth | | | |
|---|---|---|---|---|---|---|
| Period Ending | Pretax Operating Income | Total Inv. Gains | Net Contrib. Capital | Other, Net of Tax | Change in PHS | PHS Growth (%) |
| 1999 | 189,776 | 40,720 | -26,000 | -8,807 | 195,689 | 14.5 |
| 2000 | 169,090 | -22,715 | -26,000 | -30,409 | 89,966 | 5.8 |
| 2001 | 118,854 | 6,491 | -34,094 | 15,446 | 106,698 | 6.5 |
| 2002 | 234,729 | 14,873 | -174,000 | -58,061 | 17,542 | 1.0 |
| 2003 | 449,324 | 100,819 | -26,000 | -171,392 | 352,751 | 20.0 |
| 5-Yr | 1,161,774 | 140,188 | -286,094 | -253,223 | 762,645 | ... |

### HISTORY
Lexington Insurance Company was incorporated on March 31, 1965, under the laws of Delaware. It commenced business April 1, 1965, through the reinsurance of virtually all of the business in force of the First State Insurance Company, Wilmington, Delaware (known prior to April 1, 1965, as the Lexington Insurance Company), which was incorporated on November 10, 1948.

Paid up capital is $5,000,000 consisting of 1,000,000 shares of capital stock at a par value of $5 per share. The company has 5,000,000 shares authorized.

To view a company's complete BEST'S COMPANY REPORT, refer to BEST'S INSURANCE REPORTS on CD-ROM, or go online at www.ambest.com/bir

2283

**LEXINGTON INSURANCE POOL**

## MANAGEMENT

All of the outstanding capital stock was sold on December 31, 1972, by the original sponsor, National Union Fire Insurance Company of Pittsburgh, PA, to its parent, American International Group, Inc. On September 30, 1985, all outstanding stock was transferred to National Union Fire Insurance Company of Pittsburgh, PA (70%), The Insurance Company of the State of Pennsylvania (20%) and Birmingham Fire Insurance Company (10%).

**Officers:** Chairman of the board and chief executive officer, Kevin H. Kelley; president, Shaun E. Kelly; executive vice presidents, Nicholas E. Anselmo, Andrew P. Archambault, Richard H. Bucilla; senior vice presidents, David J. Bresnahan; Frank H. Douglas, Peter J. Eastwood, John F. Graham, Kenneth V. Harkins, Robert P. Jacobson, David A. Jordan, Mary E. McCoy, Stephen J. Paris, Alan R. Perron, Charles R. Schader, Ervino J. Valle, Nicholas C. Walsh; secretary, Elizabeth M. Tuck; treasurer, Robert J. Beier.

**Directors:** Merton B. Aidinoff, Maurice R. Greenberg, Robert P. Jacobson, Kevin H. Kelley, Edward E. Matthews, Kristian P. Moor, Win J. Neuger, Ernest T. Patrikis, Howard I. Smith, Thomas R. Tizzio.

## REGULATORY

An examination of the financial condition is being made as of December 31, 2002 by the Insurance Department of Delaware. An annual independent audit of the company is conducted by PricewaterhouseCoopers, LLP. An annual evaluation of reserves for unpaid losses and loss adjustment expenses is made by Frank H. Douglas, MAAA, ACAS, senior vice president and actuary.

**Territory:** The company is licensed in Delaware. It also operates on a surplus lines or non-admitted basis in DC, Puerto Rico, U.S. Virgin Islands, AL, AK, AZ, AR, CA, CO, CT, FL, GA, HI, ID, IL, IN, IA, KS, KY, LA, ME, MD, MA, MI, MN, MS, MO, MT, NE, NV, NH, NJ, NM, NY, NC, ND, OH, OK, OR, PA, RI, SC, SD, TN, TX, UT, VT, VA, WA, WV, WI and WY. It also operates in Great Britain and Bermuda.

## REINSURANCE PROGRAMS

The company has property catastrophe protection of $330,000,000 excess of a $30,000,000 retention. Reinsurance arrangements are maintained with other member AIG, Inc. group companies, as well as other domestic and foreign reinsurers.

Principal unaffiliated reinsurers in terms of ceded premiums are Swiss Reinsurance Corp., U.S.; Axa Corporate Solutions, France; General Reinsurance Corp., U.S.; American Re-Insurance Company, U.S.; and Hanover Ruckversicherungs AG, Germany.

## BALANCE SHEET

### ADMITTED ASSETS ($000)

|  | 12/31/03 | 12/31/02 | '03% | '02% |
|---|---|---|---|---|
| Bonds | 4,816,908 | 2,958,183 | 66.8 | 57.3 |
| Preferred stock | 267,394 | 211,306 | 3.7 | 4.1 |
| Common stock | 96,458 | 1,517 | 1.3 | 0.0 |
| Cash & short-term invest | 51,781 | 156,271 | 0.7 | 3.0 |
| Other non-affil inv asset | 391,328 | 411,868 | 5.4 | 8.0 |
| Investments in affiliates | 418,188 | 74,115 | 5.8 | 1.4 |
| Total invested assets | 6,042,057 | 3,813,260 | 83.8 | 73.9 |
| Premium balances | 228,870 | 348,070 | 3.2 | 6.7 |
| Accrued interest | 71,044 | 46,674 | 1.0 | 0.9 |
| All other assets | 867,755 | 955,334 | 12.0 | 18.5 |
| Total assets | 7,209,726 | 5,163,338 | 100.0 | 100.0 |

### LIABILITIES & SURPLUS ($000)

|  | 12/31/03 | 12/31/02 | '03% | '02% |
|---|---|---|---|---|
| Loss & LAE reserves | 2,891,684 | 1,611,596 | 40.1 | 31.2 |
| Unearned premiums | 1,428,642 | 1,003,721 | 19.8 | 19.4 |
| Conditional reserve funds | 14,384 | 15,831 | 0.2 | 0.3 |
| All other liabilities | 758,611 | 768,535 | 10.5 | 14.9 |
| Total liabilities | 5,093,321 | 3,399,684 | 70.6 | 65.8 |
| Capital & assigned surplus | 338,820 | 338,820 | 4.7 | 6.6 |
| Unassigned surplus | 1,777,586 | 1,424,835 | 24.7 | 27.6 |
| Total policyholders' surplus | 2,116,406 | 1,763,654 | 29.4 | 34.2 |
| Total liabilities & surplus | 7,209,726 | 5,163,338 | 100.0 | 100.0 |

### SUMMARY OF 2003 OPERATIONS ($000)

| Statement of Income | 12/31/03 |
|---|---|
| Premiums earned | 2,385,046 |
| Losses incurred | 1,661,428 |
| LAE incurred | 296,240 |
| Undrw expenses incurred | 266,800 |
| Net underwriting income | 160,579 |
| Net investment income | 289,563 |
| Other income/expense | -817 |
| Pre-tax oper income | 449,324 |
| Realized capital gains | 61,179 |
| Income taxes incurred | 209,735 |
| Net income | 300,768 |

| Funds Provided from Operations | 12/31/03 |
|---|---|
| Premiums collected | 2,612,752 |
| Benefit & loss related pmts | 655,593 |
| Net transfers to accounts | ... |
| Undrw expense paid | 411,673 |
| Undrw cash flow | 1,545,486 |
| Investment income | 295,483 |
| Other income/expense | -817 |
| Pre-tax cash operations | 1,840,152 |
| Income taxes pd (recov) | 203,514 |
| Net oper cash flow | 1,636,638 |

— ◆ —

**American International Group Inc**
## LEXINGTON INSURANCE POOL
Wilmington, DE
200 State Street, 4th Floor, Boston, MA 02109
Tel: 617-330-1100
AMB#: 18485

### BEST'S RATING

Based on our opinion of the group's Financial Strength, it is assigned a Best's Rating of A++ (Superior). The group's Financial Size Category is Class XV. Refer to the Preface for a complete explanation of Best's Rating system and procedure.

### RATING UNIT MEMBERS

Lexington Insurance Pool (AMB# 18485):

| AMB# | COMPANY | RATING | | POOL % |
|---|---|---|---|---|
| 02350 | Lexington Insurance Company | A++ | p | 80.00 |
| 12244 | Starr Excess Liability Ins Ltd | A++ | p | 18.00 |
| 03756 | Landmark Insurance Company | A++ | p | 2.00 |

### RATING RATIONALE

**Rating Rationale:** The rating is based on the consolidated operating performance of American International Group's Lexington Insurance Pool and applies to the three pool members, led by Lexington Insurance Company (Lexington) and its two affiliates, Starr Excess Liability Insurance Company, Ltd. (Starr Excess) and Landmark Insurance Company. This rating reflects Lexington's superior operating performance, strong capitalization and distinguished leadership position as the largest and most recognized excess and surplus lines insurance company in the U.S. These positive factors are supported by Lexington's specialized underwriting expertise, its innovative coverage approach and the competitive advantages derived from its affiliation with American International Group, Inc. (AIG)—one of the nation's largest property/casualty insurance organizations. However, despite excellent earnings that have outperformed the industry, Lexington has taken material reserve increases in each of the last two years. Given its sustained operating performance, favorable capital position and competitive advantages, A.M. Best views the rating outlook as stable.

Lexington and its pool members remain integral to AIG's overall corporate strategy and benefit from strong parental support and the utilization of AIG's extensive service, resources and global reach. As a stand-alone company, Lexington also maintains its commanding position within the E&S market, fostering its own brand name and market reputation among the large national and regional broker communities. The rating also recognizes Lexington's adherence to strict underwriting fundamentals, effective reinsurance utilization and its ability to respond to market opportunities.

Lexington's successful underwriting strategies are demonstrated by its superior track record, as evidenced by its five-year average pre-tax operating return on revenue of 23.1% - a level significantly higher than its peers. Lexington maintains several competitive advantages, including a low-cost structure, multiple distribution channels and strong capitalization. These factors are partially offset by Lexington's high - although substantially collateralized - reinsurance leverage.