# STATE OF LOUISIANA
# SECRETARY OF STATE



HELEN CUMBO
ADMINISTRATOR
COMMERCIAL DIVISION

9/12/06

LEGAL SERVICES SECTION
P.O. BOX 94125, BATON ROUGE, LA 70804-9125
(225) 922-0415

TRAVELERS INSURANCE COMPANY
C/O METLIFE INSURANCE COMPANY OF CONNECTICUT
18210 CRANE NEST DRIVE
TAMPA, FL  33647

SUIT NO: 0610101
CIVIL DISTRICT COURT
PARISH OF ORLEANS

JENNIFER MCKNIGHT, ET AL
vs
TRAVELERS INSURANCE COMPANY, ET AL

**RECEIVED**

SEP 15 2006

Law Department

CORPORATE LITIGATION
HARTFORD

SEP 19 2006

RECEIVED PM

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding. Please call the attorney that filed this document if you have any questions regarding this proceeding. If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

AL ATER
Secretary of State

Served on: HELEN CUMBO
Served by: J. BROWN

Date:  9/11/06 at  3:00 PM
Title: DEPUTY SHERIFF

| Received | Number | Date | Paid By | Amount |
|---|---|---|---|---|
| CHECK/M.O. | 81422 | 9/01/06 | CIVIL SHERIFF | 25.00 |
| JKH | | $400 | | |

# NO. 623393

ATTORNEY'S NAME: Pendergast, Gary  10420
AND ADDRESS: Ste 2260, 1515 Poydras St
New Orleans   LA 70112-3746

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2006 - 10101   3                                         SECTION: 11   -- G

MCKNIGHT, JENNIFER, ET AL versus MARTIN INSURANCE AGENCY INC., ET AL

## CITATION

TO: TRAVELERS INSURANCE COMPANY
THROUGH: THE SECRETARY OF STATE: AL ATER
3851 ESSEN LANE

BATON ROUGE              LA   70809

YOU HAVE BEEN SUED:

SERVED ON
HELEN CUMBO

SEP 11 2006

ADMINISTRATOR
COMMERCIAL DIVISION

You must either comply with the demand contained in the petition
PETITION
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA       August 30, 2006

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by_____
Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ | On this _____ day of _____ |
| _____ served a copy of the w/i petition PETITION | _____ served a copy of the w/i petition PETITION |
| On TRAVELERS INSURANCE COMPANY | On TRAVELERS INSURANCE COMPANY |
| _____ in person through THE SECRETARY OF STATE: AL ATER | _____ through THE SECRETARY OF STATE: AL ATER |
| Returned same day | by leaving same at the dwellinghouse, or usual place of abode, |
| _____ No. | In the hands of _____ |
| Deputy Sheriff of _____ | a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said TRAVELERS INSURANCE COMPANY |
| Mileage: $_____ | |
| ____/ ENTERED /____ PAPER          RETURN | being absent from the domicile at time of said service. Returned same day |
| ____/____/____ SERIAL NO.  DEPUTY  PARISH | _____ No. Deputy Sheriff of _____ |