UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:  Levee and MRGO,<br>                        *Fleming*, No. 06-5159<br>                        *Holmes*, No. 06-5161<br>                        *Gordon*, No. 06-5163<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**DEFENDANT UNITED STATES' MOTION TO DISMISS**

Pursuant to Rule 12(b)(1) and 12(h)(3), Fed. R. Civ. P., the United States moves to dismiss these actions for lack of subject-matter jurisdiction.  In support of this motion, the Court is respectfully referred to the United States' Memorandum of Law in support

1

of this motion, the Exhibit submitted herewith, and the entire record.

                                        Respectfully submitted,

 PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C.  20044
(202) 353-2604
(202) 616-5200 (fax)
jim.mcconnon@usdoj.gov
Attorneys for Defendant United States

February 7, 2007

## CERTIFICATE OF SERVICE

     I, James F. McConnon, Jr., hereby certify that on February 7, 2007, I served a true copy of "United States' Motion to Dismiss" upon all counsel of record by ECF, electronic mail, or first class mail.

                              /s/ James F. McConnon, Jr.
                                James F. McConnon, Jr.