UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| PERTAINS TO:  Levee and MRGO, | § | |
| *Fleming*, No. 06-5159 | § | |
| *Holmes*, No. 06-5161 | § | |
| *Gordon*, No. 06-5163 | § | |

## NOTICE OF HEARING

To:  All counsel of record.

PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to Dismiss at the Courtroom of the Honorable Stanwood R. Duval, Jr., United States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 23rd of March, 2007, at 9:30 a.m., and that the motion will be submitted upon the pleadings and supplemental materials, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
Judge Stanwood R. Duval, Jr.
Eastern District of Louisiana