UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** | * | **CIVIL ACTION: 06-7687** |
| **and SCOTT McKNIGHT** | * | |
| | * | **SECTION: "F"** |
| **VERSUS** | * | |
| | * | **JUDGE: FELDMAN** |
| **MARTIN INSURANCE AGENCY, INC.,** | * | |
| **LEXINGTON INSURANCE COMPANY, and** | * | **MAG. (4)** |
| **TRAVELERS INSURANCE COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Martin Insurance Agency, Inc., who moves this court for dismissal of plaintiff's claims on the grounds that they are perempted as per La. R.S. 9:5606, as set forth in the accompanying Memorandum in Support of Motion.

**WHEREFORE,** defendant, Martin Insurance Agency, Inc., prays that this Court dismiss all claims against it with prejudice at plaintiff's costs.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Gary M. Pendergast, John E. Baay, II, Robert I. Siegel, William A. Barousse, Gary J. Russo, Camille B. Poche, and Douglas C. Longman, Jr.

/s/ Stephen M. Gelé
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
sgele@ungarino-eckert.com

---

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ Stephen M. Gelé**
**MATTHEW J. UNGARINO#15061**
**STEPHEN M. GELÉ #22385 (T.A.)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:    (504) 836-7537**
**Fax:          (504) 836-7538**
sgele@ungarino-eckert.com