UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** | * | **CIVIL ACTION: 06-7687** |
| **and SCOTT McKNIGHT** | * | |
| | * | **SECTION: "F"** |
| **VERSUS** | * | |
| | * | **JUDGE: FELDMAN** |
| **MARTIN INSURANCE AGENCY, INC.,** | * | |
| **LEXINGTON INSURANCE COMPANY, and** | * | **MAG. (4)** |
| **TRAVELERS INSURANCE COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT,** through undersigned counsel, comes defendant, Martin Insurance Agency, Inc., who submits the following statement of facts that are uncontested:

1) The homeowner's insurance policy in question, policy #LEO58239602, was originally issued by Lexington Insurance Company to Jennifer Mcknight and Scott Mcknight on October 2, 2003.[1]

2) The flood insurance policy in question, policy #6004815970, was originally issued by The Standard Fire Insurance Company to Jennifer Mcknight and Scott Mcknight on October 2, 2003.[2]

3) Said policies were in effect from October 2, 2004 until October 2, 2005.[3]

4) The Petition for Damages was filed on August 29, 2006.[4]

---

[1] See Affidavit of Gemelle Linzy attached hereto as **Exhibit "A"**.
[2] See Affidavit of Gemelle Linzy attached hereto as **Exhibit "B"**.
[3] See Affidavits attached hereto as **Exhibit "A"** and **Exhibit "B"**.
[4] See Plaintiffs Petition for Damages.

|  |  |
|---|---|
| **CERTIFICATE OF SERVICE**<br><br>I hereby certify that on December 21, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Gary M. Pendergast, John E. Baay, II, Robert I. Siegel, William A. Barousse, Gary J. Russo, Camille B. Poche, and Douglas C. Longman, Jr.<br><br>/s/ Stephen M. Gelé<br>UNGARINO & ECKERT, LLC<br>3850 N. Causeway Blvd., Suite 1280<br>Metairie, LA 70002<br>Telephone: (504) 836-7537<br>Fax: (504) 836-7538<br>sgele@ungarino-eckert.com | **Respectfully submitted:**<br><br>**UNGARINO & ECKERT, LLC**<br><br>**/s/ Stephen M. Gelé**<br>**MATTHEW J. UNGARINO#15061**<br>**STEPHEN M. GELÉ** *#22385 (T.A.)*<br>**Suite 1280 Lakeway Two**<br>**3850 North Causeway Boulevard**<br>**Metairie, Louisiana  70002**<br>**Telephone:     (504) 836-7537**<br>**Fax:              (504) 836-7538**<br>**sgele@ungarino-eckert.com** |