# AFFIDAVIT

**PARISH OF JEFFERSON**                                    **STATE OF LOUISIANA**

BEFORE ME, the undersigned Notary Public, duly commissioned in and for the aforesaid Parish and State, personally came and appeared, **GEMELLE LINZY**, a person of the full age of majority and who is an employee for Martin Insurance Agency Inc., who after being sworn, did depose and state as follows:

1. That in her position as principal/agency for Martin Insurance Agency Inc., she has personal knowledge of the following and can swear to the same.

2. That Policy Number 6004815970 ("The Policy") is a flood insurance policy that belongs to Scott McKnight and Jennifer McKnight ("Plaintiffs") covering property located at 6824 Vicksburg Ave., New Orleans, LA 70124.

3. That the Policy issued by The Standard Fire Insurance Company was originally procured on the date of October 2, 2003.

4. That the Policy was renewed annually, with no changes in coverage, beginning on the date of October 2, 2003 to the date of October 2, 2006.

_____
GEMELLE LINZY

SWORN TO AND SUBSCRIBED BEFORE ME,
this ___ day of December, 2006.

_____
NOTARY PUBLIC

Printed Name: Jack M Savos

Bar# / Notary #: 4888



C:\Documents and Settings\martin11\My Documents\MIA\E&O\2006-2007\Mcknight affidavit.doc