FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 27  PM 2: 32

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** | * | **CIVIL ACTION: 06-7687** |
| **and SCOTT McKNIGHT** | * | |
| | * | **SECTION: "R"** |
| **VERSUS** | * | |
| | * | |
| **MARTIN INSURANCE AGENCY, INC.,** | * | |
| **LEXINGTON INSURANCE COMPANY, and** | * | **MAG. (5)** |
| **TRAVELERS INSURANCE COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS, and MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned, counsel comes Martin Insurance Agency, who this court for an order compelling defendant, Standard Fire Insurance Company, to fully and completely respond to Interrogatories and Request for Production of Documents which were mailed to plaintiff's attorney of record, Gary J. Russo. Defendant has failed to respond to said Interrogatories and Request for Production of Documents. Mover requests an order of court for attorneys' fees and $500.00 for having to file this motion.

### 37.1 CERTIFICATE

In compliance with Local Rule 37.1, undersigned counsel certifies that notice was delivered to counsel for defendant for the purpose of resolving the issues in the accompanying Motion to Compel. On December, 12, 2006, a 37.1 conference was scheduled at my office at 10:00 A.M. to discuss the failure of defendant's counsel to written discovery and that no representative of defendant telephoned in regard to said meeting.



**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on December 26, 2006.

_____
MATTHEW J. UNGARINO

**Respectfully submitted:**

**UNGARINO & ECKERT L.L.C.**

_____
**MATTHEW J. UNGARINO #15061**
*STEPHEN M. GELÉ #22385*
**3850 N. Causeway Blvd. - Suite 1280**
**Metairie, LA 70002**
**Telephone:**     *504/836-7537*
**Fax:**          504/836-7538
**E-mail:  sgele@ungarino-eckert.com**

# UNGARINO & ECKERT, L.L.C.

ATTORNEYS AT LAW
*NEW ORLEANS OFFICE*
3850 N. CAUSEWAY BLVD., SUITE 1280
METAIRIE, LOUISIANA 70002

MATTHEW J. UNGARINO
WILLIAM H. ECKERT
WAYNE R. MALDONADO
ALBERT D. GIRAUD
EMILE A. BAGNERIS III
PIERRE M. LEGRAND
BRIAN D. SMITH •
MICHAEL J. TARLETON †
BRYAN E. LEGE
CHRISTOPHER B. JOFFRION
DAVID P. SULLIVAN ‡
DAVID C. KIMMEL
BRUCE D. BEACH •

• Admitted in Louisiana & Texas
† Admitted in Louisiana & Mississippi
‡ Admitted in Mississippi

## LOUISIANA OFFICES
*New Orleans   Baton Rouge*
*Shreveport   Lafayette*

## MISSISSIPPI OFFICES
*Jackson   Gulfport*

WRITER'S DIRECT DIAL: (504) 836-7565
FAX: (504) 836-7566

E-MAIL: mungarino@ungarino-eckert.com

STEPHEN M. GELÉ
DAVID I. BORDELON
IMELDA T. FRUGÉ, R.N.
JAMES M. BENSON
————————
K. ELIZABETH HEINEN
J. MICHAEL NASH
SHANDA L. LEWIS ‡
RHONDA J. THOMAS, R.N.
ALEJANDRO COBAR
KELLY O. THIBEAUX
PAUL J. HAMMER

SPECIAL COUNSEL
GINGER K. DEFOREST
KAREN G. ARENA

December 8, 2006

**VIA FAX**
Gary J. Russo, Esq.
Perret Doise, APLC
P.O. Drawer 3408
Lafayette, LA 70502-3408

| FACSIMILE TRANSMISSION | |
| --- | --- |
| FAX# 337/262-9001 | PAGES __1__ |

Re:   Jennifer and Scott McKnight vs. Martin Insurance Agency, Inc. et al
      Claim No. 2022828
      Our File No: 5-9836

Dear Gary:

I request that we have a 37.1 conference in my office at 10:00 a.m. on December, 12, 2006 to discuss your failure to respond to Interrogatories and Request for Production of Documents sent to you on October 25, 2006. If you wish to participate in said conference by telephone, please call me at 836-7565 at that time.

This file is being handled by Stephen M. Gele of our Metairie office. Discovery responses should be forwarded directly to him at the Metairie address above.

Cordially,

Matthew J. Ungarino

MJU/ldn
G:\DOCS\9000's\9800-9899\9836\Counsel-Travelers.003.37.1.ldn.doc