UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT | * | CIVIL ACTION |
| and SCOTT McKNIGHT | * | |
| | * | NO. 06-7687 |
| VERSUS | * | |
| | * | SECTION "F" |
| MARTIN INSURANCE AGENCY, INC., | * | |
| LEXINGTON INSURANCE COMPANY, and | * | MAG. (4) |
| TRAVELERS INSURANCE COMPANY | * | |

*********************************************

## INTERROGATORIES

TO:   Standard Fire Insurance Company
      Through its attorney of record:
      Gary J. Russo
      P. O. Drawer 3408
      Lafayette, LA 70502-3408

**NOW COMES** Martin Insurance Agency, Inc. who propounds the following Interrogatories to be answered separately, fully and in writing, **under oath**, and **signed** by the parties to the litigation, with such interrogatories being deemed continuing with a specific duty to supplement in accordance with Federal Code of Civil Procedure, Articles 1428 and 1458:

DEFINITIONS:

(A)   Reference to "you" and all variations of that pronoun or reference to "plaintiff" shall be deemed to refer to the plaintiff or plaintiffs, plaintiff decedent, plaintiff-minor, and/or plaintiff-parent/tutor/administrator/guardian, as appropriate, personally, as well as to all persons employed by, representing or otherwise acting in concert with the plaintiff and shall be deemed to require information concerning the knowledge of such persons, as well as knowledge of the plaintiff personally.

(B)    The word "identify" when used in connection with a person, firm or corporation shall be deemed to call for the first and last name of such entity, the present or last known address, and such other information necessary to fully identify such person, firm or corporation.

(C)    The word "identify" when used in connection with documents or tangible evidence shall be deemed to call for a complete description of such matters and call for the full name and address of the person who has custody or such evidence sufficiently that a subpoena duces tecum might issue to compel production thereof.

**INTERROGATORY NO. 1:**

If any report or expert report has been prepared in connection with any claim made by you in this lawsuit, please identify the author, its custodian and identify the report.

**INTERROGATORY NO. 2:**

Please list the name, address and telephone number of each and every witness whom you may call at the trial of this matter and a complete description of their expected testimony, and if an expert witness, state his particular field of expertise and:

(a)   The subject matter on which the expert is expected to testify;
(b)   The substance of the facts to which the expert is expected to testify;
(c)   The substance of the opinions to which the expert is expected to testify and the foundation upon which such opinion is based.

**INTERROGATORY NO. 3:**

Please itemize all evidence, documents, exhibits and names, addresses and telephone numbers of all witnesses, including a detailed description of the expected testimony of these witnesses that would prove that undersigned counsel's clients are at fault for the accident in question.

**INTERROGATORY NO. 4:**

Is our client listed as an additional insured under your client's insurance policy?

**INTERROGATORY NO. 5:**

Please list all the insurance policies you had in effect at the time of the accident in question, including the names, addresses and telephone numbers of the insurance companies, including their claim numbers and what monies were received from these insurance carriers for the accident in question, if any.

Respectfully submitted:

UNGARINO & ECKERT, LLC

_____
MATTHEW J. UNGARINO#15061
STEPHEN M. GELÉ #22385 (T.A.)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 836-7537
Fax:         (504) 836-7538

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on October 25, 2006.

_____

G:\DOCS\9000's\9800-9899\9836\Interrogatories.Co-Defendant.clw.doc