UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT | * | CIVIL ACTION |
| and SCOTT McKNIGHT | * | |
| | * | NO. 06-7687 |
| VERSUS | * | |
| | * | SECTION "F" |
| MARTIN INSURANCE AGENCY, INC., | * | |
| LEXINGTON INSURANCE COMPANY, and | * | MAG. (4) |
| TRAVELERS INSURANCE COMPANY | * | |

*********************************************

## REQUEST FOR PRODUCTION OF DOCUMENTS

**TO:** Standard Fire Insurance Company
Through its attorney of record:
Gary J. Russo
P. O. Drawer 3408
Lafayette, LA 70502-3408

**NOW COMES** Martin Insurance Agency, Inc. who requests the following documents for inspection and/or copying within the delays allowed by law at 3850 N. Causeway Boulevard, Suite 1280, Metairie, LA 70002

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

Any and all documents, investigation reports or accident reports concerning the incident which is the subject of this suit.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:

Any and all statements, written and/or recorded of any party to this suit or of any person or entity purporting to have any knowledge of any fact concerning the incident

which is the subject of this suit.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 3:

Any and all photographs, VCR tapes or recording device tapes involving the lawsuit in question, including but not limited to photographs and recording tapes depicting the events or conditions of the incident which is the subject of this lawsuit.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 4:

Any and all letters, correspondence, documents, memoranda or reports to or from any expert which pertain in any manner to any factual allegation or claim for damages in this lawsuit.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 5:

Please produce each and every document or other physical exhibit upon which you intend to rely and which you may introduce into evidence at the trial of this matter.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 6:

Copies of all insurance policies you had in effect for the last three years, including the claim numbers and the address and telephone number of said insurance company. This should also include all information regarding the filing of claims for the incident in question; all claims for the three years preceding the date of loss, the year of and the year following the date of loss.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 7:

Copies of all documents and exhibits you have in your possession to prove that undersigned counsel's client is at fault for the incident in question and which support the allegation of negligence of plaintiff's Petition.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 8:**

Copies of all notes, logs, memoranda and diaries maintained by your client that in any way concern or are in any way related to the incident in question.

Respectfully submitted:

UNGARINO & ECKERT, LLC

---

MATTHEW J. UNGARINO #15061
STEPHEN M. GELÉ #22385 (T.A.)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 836-7537
Fax:          (504) 836-7538

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid, on October 25, 2006.

---

G:\DOCS\9000's\9800-9899\9836\RequestFPD-Co-Defendant.clw.doc