## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** <br> **and SCOTT McKNIGHT** | * <br> * <br> * | **CIVIL ACTION: 06-7687** <br><br> **SECTION: "R"** |
| **VERSUS** | * <br> * | |
| **MARTIN INSURANCE AGENCY, INC.,** <br> **LEXINGTON INSURANCE COMPANY, and** <br> **TRAVELERS INSURANCE COMPANY** | * <br> * <br> * | **MAG. (5)** |

*******************************************

### NOTICE OF HEARING

TO: Standard Fire Ins. Co.
Through its attorney of record
Gary J. Russo, Esq.
Perret Doise, APLC
P.O. Drawer 3408
Lafayette, LA 70502-3408

**PLEASE TAKE NOTICE** that Defendant, Martin Insurance Agency's Motion to Compel will be brought on for hearing on **JANUARY 17, 2007 at 11:00 A.M.** or as soon thereafter as counsel may be heard before the Honorable Alma L. Chasez, United States Courthouse, 500 Camp Street, New Orleans, LA 70130.

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid on December 26, 2006.

MATTHEW J. UNGARINO

Respectfully submitted:

UNGARINO & ECKERT L.L.C.

MATTHEW J. UNGARINO #15061
*STEPHEN M. GELÉ #22385*
3850 N. Causeway Blvd. - Suite 1280
Metairie, LA 70002
Telephone:  *504/836-7537*
Fax:            504/836-7538
E-mail:  sgele@ungarino-eckert.com

G:\DOCS\9000's\9800-9899\9836\Mtn Compel-Travelers.aa.doc