UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER MCKNIGHT, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 06-7687 |
| MARTIN INSURANCE AGENCY, INC., ET AL. | SECTION: "R"(5) |

**ORDER SETTING ORAL ARGUMENT**

Oral argument on Martin Insurance Agency's Motion to Compel Answers to Discovery from defendant, Standard Fire Insurance Company will be conducted on January 17, 2007 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

New Orleans, Louisiana, this  3rd  day of January, 2007.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE