```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

JENNIFER MCKNIGHT, ET AL.                    CIVIL ACTION

VERSUS                                       NUMBER: 06-7687

MARTIN INSURANCE AGENCY, INC., ET AL.        SECTION: "R"(5)
```

ORDER ON MOTION
JANUARY 16, 2007

APPEARANCES:

MOTION:

(1) Martin's Motion to Compel Ansewr to Interrogatories and
    Request for Production of Documents (Rec. doc. 25).

  __1__ :   Continued to February 14, 2007 at 11:00 a.m.

  __1__ :   No Opposition

  _____ :   Opposition

  _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.


_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE