# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT<br>And SCOTT McKNIGHT | * | CIVIL ACTION |
| | * | NO.    06-7687 |
| VERSUS | | |
| | * | SECTION "R" |
| MARTIN INSURANCE AGENCY, INC.,<br>LEXINGTON INSURANCE COMPANY and<br>TRAVELERS INSURANCE COMPANY | * | MAGISTRATE 5 |
| *    *    *    *    *    *    *    * | | |

## PROPOSED ORDER

Considering the above and foregoing:

**IT IS ORDERED** that the Motion for Summary Judgment by MARTIN INSURANCE AGENCY, INC. be and the same is hereby continued from January 17, 2007 at 10:00 a.m. to February 21, 2007 at 10:00 a.m.   without oral argument.

**NEW ORLEANS, LOUISIANA,** this 25th day of   January , 2007.

_____
**JUDGE, UNITED STATES DISTRICT COURT**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 16th day of January, 2007, served a copy of the foregoing on all counsel of record via the United States Postal Service, properly addressed and postage prepaid.

s/ Gary M. Pendergast