UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT and SCOTT McKNIGHT | * * * | CIVIL ACTION: 06-7687 |
| | * | SECTION: "F" |
| VERSUS | * * | JUDGE: FELDMAN |
| MARTIN INSURANCE AGENCY, INC., LEXINGTON INSURANCE COMPANY, and TRAVELERS INSURANCE COMPANY | * * * | MAG. (4) |

*******************************************

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

BEFORE ME, undersigned authority, came and appeared:

**MARTIN INSURANCE AGENCY, INC.**

**By: ROBERT SAAK, II**

who after being duly sworn, did depose and say:

1. That he is of the full age of majority.

2. That in his position as an agent for Martin Insurance Agency Inc., he has personal knowledge of the following and can swear to the same.

3. That Scott McKnight and Jennifer McKnight obtained a homeowner's insurance policy (#LEO58239602) through Martin Insurance Agency Inc. from Lexington Insurance Company on October 2, 2003.

4. That Scott McKnight and Jennifer McKnight obtained a flood insurance policy (#6004815970) through Martin Insurance Agency Inc. from The Standard Fire Insurance Company on October 2, 2003.

5. That said policies were originally purchased with coverage limits of $120,000 each.

1

6. That said policies were originally purchased in connection with Scott McKnight's and Jennifer McKnight's purchase of a home that went to closing on October 2, 2003.

7. That the Evidence of Property Insurance (attached hereto as Exhibit "1") was provided to the mortgage company, Regions Bank d/b/a Regions Mortgage, and the title company, Winters Title Agency, Inc., involved in the closing.

8. That the Evidence of Property Insurance (attached hereto as Exhibit "1") was provided to the title company, Winters Title Agency, Inc., to be provided to Scott McKnight and Jennifer McKnight at the closing on October 2, 2003.

MARTIN INSURANCE AGENCY, INC.

By: _____
ROBERT SAAK, II

Sworn to and subscribed before me this
19TH day of January, 2007.

_____
NOTARY PUBLIC
Print Name: Alejandro Cobar
Bar # / Notary #: 27199

2