# ACORD. EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YY): 10/01/03

THIS IS EVIDENCE THAT INSURANCE AS IDENTIFIED BELOW HAS BEEN ISSUED, IS IN FORCE, AND CONVEYS ALL THE RIGHTS AND PRIVILEGES AFFORDED UNDER THE POLICY.

**PRODUCER**
Martin Insurance Agency, Inc.
4700 Orleans Avenue
P.O. Box 19600
New Orleans          LA    70179

PHONE (A/C, No, Ext):

**COMPANY**
Hull & Co., Inc.(IBM)
P.O. Box 21567
Ft. Lauderdale          FL    33335

CODE:                    SUB CODE:
AGENCY CUSTOMER ID #:

**INSURED**
Scott A McKnight + Jennifer Jenkins w/o/A
6824 Vicksburg Street
New Orleans          LA    70124

LOAN NUMBER: 10773349
POLICY NUMBER: QLE0280163
EFFECTIVE DATE: 10/02/03
EXPIRATION DATE: 10/02/04
CONTINUED UNTIL TERMINATED IF CHECKED: [ ]
THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION
LOCATION/DESCRIPTION
1 Family, Frame Dwelling located at:     6824 Vicksburg Street     New Orleans LA 70124

## COVERAGE INFORMATION

| COVERAGE/PERILS/FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| DWELLING | 120000 | 1000 |
| OTHER STRUCTURES | 12000 | |
| CONTENTS | 60000 | |
| LOSS OF USE | 24000 | |
| LIABILITY | 100000 | |
| GUEST MED | 1000 | |

ANNUAL PREMIUM: 1945.65

## REMARKS (including Special Conditions)
COVERAGE IS WRITTEN ON A HO3 FORM (REPLACEMENT COST CONTRACT) WITH REPLACEMENT COST ON CONTENTS

ANIMAL EXCLUSION- NO LIABILITY FOR ANIMALS PROVIDED BY THIS POLICY

## CANCELLATION
THE POLICY IS SUBJECT TO THE PREMIUMS, FORMS, AND RULES IN EFFECT FOR EACH POLICY PERIOD. SHOULD THE POLICY BE TERMINATED, THE COMPANY WILL GIVE THE ADDITIONAL INTEREST IDENTIFIED BELOW _____ DAYS WRITTEN NOTICE, AND WILL SEND NOTIFICATION OF ANY CHANGES TO THE POLICY THAT WOULD AFFECT THAT INTEREST, IN ACCORDANCE WITH THE POLICY PROVISIONS OR AS REQUIRED BY LAW.

## ADDITIONAL INTEREST
NAME AND ADDRESS
REGIONS BANK D/B/A REGIONS MORTGAGE
ISAOA
P O BOX 11026
ORANGE          CA    92856

[X] MORTGAGEE    [ ] ADDITIONAL INSURED
    LOSS PAYEE

AUTHORIZED REPRESENTATIVE
Gregory J. Masson