UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-7682 (Paul) | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

## O R D E R

Considering the above and foregoing Motion by defendant, the Public Belt Railroad Commission for the City of New Orleans, for Leave to File Reply In Support of Rule 60(b) Motion for Reconsideration of Order Remanding Case to State Court Due to Mistake of Fact;

**IT IS ORDERED** that the Reply of the Public Belt Railroad Commission for the City of New Orleans in Support of Rule 60(b) Motion for Reconsideration of Order Remanding Case to State Court Due to Mistake of Fact be filed as requested.

New Orleans, Louisiana, this __7th__ day of _____February_____, 2007.

_____
UNITED STATES DISTRICT JUDGE