UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.:  05-4182 "K-2"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | * <br> * | |
| CONNIE ABADIE, ET AL<br>06-5164 | * <br> * <br> * | |
| *   *   *   *   *   * | * | |

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO ALLOW
CO-COUNSEL TO ATTEND MANDATORY STATUS CONFERENCE**

**NOW INTO COURT**, through undersigned counsel, come defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, by and through undersigned counsel, who respectfully request authority from this Honorable Court to allow co-counsel to attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr.

Defendants further request the Court's leave to have David M. Moragas, an associate of the law firm Galloway, Johnson, Tompkins, Burr & Smith, who is currently enrolled as additional counsel of record in the above matter, attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in lieu of trial counsel, Richard E. King.  Trial counsel's presence is required at a previously scheduled client meeting in Chicago, Illinois, on February 13, 2007, which cannot be rescheduled.

Trial counsel apologizes for the delay in requesting leave of the Court to allow co-counsel to attend the mandatory status conference.  However, trial counsel anticipated that this matter would be administratively closed prior to the scheduled mandatory status conference insofar as a hearing occurred on January 24, 2007, regarding Plaintiffs' Motion for Leave to File Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing this matter.  As it appears, though, this matter may not be administratively closed prior to the February 8, 2007, deadline to file responsive pleadings.  Therefore, out of an abundance of caution, Defendants request leave from this Honorable Court to allow co-counsel to attend the mandatory status conference on February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr.

Defendants' request for leave to allow co-counsel to attend the mandatory status conference is for good cause shown as Defendants' request will not cause undue delay, burden, or prejudice to opposing counsel, as alternative counsel will be vested with full authority to act on Defendants' behalf.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**STEPHEN J. MOORE (#23871)**
**DAVID M. MORAGAS (#29633)**
**RYAN M. BOURGEOIS (#29098)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants,*
*American Zurich Insurance Company,*
*Assurance Company of America,*
*Colonial American Casualty Surety,*
*ZC Sterling Corporation, Zurich American*
*Insurance Company, Zurich American*
*Insurance Company of Illinois,*
*Zurich International (Bermuda) Limited and*
*Zurich Specialties London Limited*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of February, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**

3