**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE: | | § | |
| ADAMS, CATHY (06-4065) | | § | |
| BREITHOFF (06-5367) | | § | |
| COCHRAN (06-5785) | | § | |
| JOSEPH (06-5032) | | § | |
| LEDUFF (06-5260) | | § | |
| MARCELLO (06-2545) | | § | |
| PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | § | |

**MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD**

NOW COMES defendant, C.R. PITTMAN CONSTRUCTION COMPANY, INC. ("C.R. Pittman"), by and through undersigned counsel, who respectfully requests this Honorable Court allow Larry G. Canada, of the law firm Galloway, Johnson, Tompkins, Burr & Smith, to enroll as additional counsel of record for defendant, C.R. Pittman Construction Company, Inc.

WHEREFORE, mover prays that this Court allow Larry G. Canada of the law firm Galloway, Johnson, Tompkins, Burr & Smith to enroll as additional counsel of record for Defendant, C.R. Pittman Construction Company in the above captioned matters.

Respectfully submitted:

*s/ Gerald A. Melchiode*
GERALD A. MELCHIODE, T.A.  (#22525)
Email: jmelchiode@gjtbs.com
JASON J. MARKEY (#29722)
Email:  jmarkey@gjtbs.com
LARRY G. CANADA # 17894
Email:  lcanada@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction
Company, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the ___7th___ day of ___February___, 2007  a copy
of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system
which will send a notice of electronic filing to all CM ECF participants..

s/   *Gerald A. Melchiode*
Gerald A. Melchiode, T.A. #22525
Email: jmelchiode@gjtbs.com
Jason J. Markey #29722
Email:  jmarkey@gjtbs.com
LARRY G. CANADA # 17894
Email:  lcanada@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
**Counsel for C.R. Pittman Construction
Company, Inc.**