# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES | § | CIVIL ACTION |
| | CONSOLIDATED LITIGATION | § | NO.: 05-4182 "K"(2) |
| | | § | JUDGE DUVAL |
| | | § | MAG. WILKERSON |
| | | § | |
| | | § | |
| PERTAINS TO: | | § | |
| LEVEE: | | § | |
| ADAMS, CATHY (06-4065) | | § | |
| BREITHOFF (06-5367) | | § | |
| COCHRAN (06-5785) | | § | |
| JOSEPH (06-5032) | | § | |
| LEDUFF (06-5260) | | § | |
| MARCELLO (06-2545) | | § | |
| PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | § | |

## ORDER

Considering the foregoing motion to appear as additional counsel of record;

IT IS ORDERED that Larry G. Canada, of the law firm Galloway, Johnson, Tompkins, Burr & Smith, is hereby enrolled as additional counsel of record for defendant, C.R. Pittman Construction Company, Inc. in the above captioned matters.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
J U D G E