# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5785) JIMMY COCHRAN, SR., ET AL. V. BOH BROS. CONSTRUCTION COMPANY, LLC., ET AL. | § § § § § | |

## MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come Jimmy Cochran, Sr. and Cynthia Cochran, who respectfully represent to this Honorable Court that, based on representations made to counsel for Plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., Plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice.

Respectfully submitted:

**STANGA & MUSTIAN**
A Professional Law Corporation

S/William R. Mustian,III

_____
**WILLIAM R. MUSTIAN, III (#9865)**
3117 22ND Street, Suite 6
Metairie, Louisiana 70002
Telephone No. (504) 831-0666
Facsimile: (504) 831-0726

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2007 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

_____
**WILLIAM R. MUSTIAN, III (#9865)**
3117 22ND Street, Suite 6
Metairie, Louisiana 70002
Telephone No. (504) 831-0666
Facsimile: (504) 831-0726