# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5785)<br>JIMMY COCHRAN, SR., ET AL. V. BOH BROS.<br>CONSTRUCTION COMPANY, LLC., ET AL. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Jimmy Cochran, Sr. and Cynthia Cochran, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice. Each party is to bear their own costs.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana