UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATION LITIGATION** | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | **& Consol. Cases** |
| **(PALMER: Case No. 06-7540)** | * | |
| | * | **SECTION "K"** |
| | * | **MAG. (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT,** through undersigned counsel comes Aparicio, Walker & Seeling Inc., defendant, who moves this Court pursuant to F.R.C.P. Rules 59 and 60, to enter final judgment in accordance with the attached Judgment/ORDER, pursuant to 28 U.S.C. 1291, or alternatively, F.R.C.P. Rule 54.

**WHEREFORE,** Aparicio, Walker & Seeling Inc. prays for entry of final judgment from this Court's ruling entered January 12, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  David Edmund Kavanagh, Charles Milton Ponder, III, Glenn B. Adams, and Michael W. Collins.

/s/ William H. Eckert
_____
WILLIAM H. ECKERT

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ William H. Eckert**
*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:**     *(504) 836-7556*
**Fax:**           **(504) 836-7566**
**Email:**         **beckert@ungarino-eckert.com**