UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATION LITIGATION** | * | |
| | * | **NO. 05-4182** |
| **PERTAINS TO:** | * | **& Consol. Cases** |
| **(PALMER:  Case No. 06-7540)** | * | |
| | * | **SECTION "K"** |
| | * | **MAG. (2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

# J U D G M E N T

**CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

**IT IS ORDERED** that in conjunction with the Court's prior ruling entered January 12, 2007, and considering this Court's Orders on file herein,

**IT IS FURTHER ORDERED AND DECREED** that the Court's ruling entered January 12, 2007 is hereby entered as a final judgment pursuant to 28 U.S. C. 1291, or alternatively, Rule 54, F.R.C.P, and Aparicio, Walker & Seeling Inc. is dismissed from this action with prejudice.

New Orleans, Louisiana this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE