UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § | CIVIL ACTION<br>NO. 06-5370  SECT. K, MAG. 2<br>JUDGE STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE | § § | MAG. JOSEPH C. WILKINSON, JR. |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | § § § § | |

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, come the Complainants in the above captioned matter and request this Honorable Court dismiss plaintiffs Leonard and Mary Riddle for the following reasons:

1.

On August 29, 2006 Complainants filed a complaint against several named defendants in the United States District Court, Eastern District of Louisiana.

2.

Two of the named complainants were Leonard and Mary Riddle, who were making allegations against Lafayette Insurance Company.

3.

It has come to the attention of complainants' attorney the Riddles intend on pursuing this claim separate and apart from all other named complainants.

4.

It has also come to the attention of complainants' attorney that the Riddles have filed a separate action against Lafayette Insurance Company.

5.

Because the Riddles have expressed a desire to pursue their claim separate and apart from all other complainants named in this matter, this Honorable Court should dismiss Complainants Mary and Leonard Riddle from this case.

Wherefore, for the reasons set forth above, this Honorable Court should GRANT complainants' Motion to Dismiss.

Respectfully submitted,

**McKernan Law Firm**

_____
Joseph J. McKernan (10027)
Chet G. Boudreaux (28504)
John H Smith (23308)
8710 Jefferson Hwy.
Baton Rouge, LA 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202