UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

SECTION "K" (2)

PERTAINST TO:  06-8931 (Stephen E. Campbell and Jennie Campbell)
         and  06-8934 (Stephen E. Campbell and Jennie Campbell)
*************************************************************************

## MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT,** through undersigned counsel comes Stone Insurance, Inc., defendant, who moves this Court pursuant to F.R.C.P. Rules 59 and 60, to enter final judgment in accordance with the attached Judgment/ORDER, pursuant to 28 U.S.C. 1291, or alternatively, F.R.C.P. Rule 54.

**WHEREFORE,** Stone Insurance, Inc**.** prays for entry of final judgment from this Court's ruling entered January 29, 2007.

<div style="float:left">

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  John Houghtaling and Mike Pfister.

/s/ William H. Eckert
_____
            WILLIAM H. ECKERT

</div>

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

**/s/ William H. Eckert**
*WILLIAM H. ECKERT (#18591)*
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
**Telephone:** *(504) 836-7556*
**Fax:**        (504) 836-7566
**Email:**     **beckert@ungarino-eckert.com**