**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE KATRINA CANAL BREACHES**          **CIVIL ACTION NO. 05-4182**
**CONSOLIDATED LITIGATION**

                                                             **SECTION "K" (2)**

**PERTAINST TO:  06-8931 (Stephen E. Campbell and Jennie Campbell)**
          **and  06-8934 (Stephen E. Campbell and Jennie Campbell)**
**********************************************************************************

**J U D G M E N T**

    **CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

    **IT IS ORDERED** that in conjunction with the Court's prior ruling entered January 29,

2007, and considering this Court's Orders on file herein,

    **IT IS FURTHER ORDERED AND DECREED** that the Court's ruling entered January

29, 2007 is hereby entered as a final judgment pursuant to 28 U.S. C. 1291, or alternatively, Rule

54, F.R.C.P, and Stone Insurance, Inc. is dismissed from this action with prejudice.

    New Orleans, Louisiana this _____ day of _____, 2007.


                                        _____
                                        UNITED STATES DISTRICT JUDGE