FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7  AM 11: 53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 06-5370   SECT. K, MAG. 2<br><br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO: INSURANCE | | |
| *Thomas Austin Jr. Et Al v. Allstate Fire and Casualty Insurance Company Et. Al.* (06-5383) | | |

## ORDER

Considering the above and foregoing Motion:

IT IS ORDERED that the complainants Leonard and Mary Riddle, be and are hereby dismissed, without prejudice with each party to bear its own costs.

THUS DONE AND SIGNED at  New Orleans , Louisiana, this 6 day of February , 2007.

JUDGE STANWOOD DUVAL

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____