# KREBS, FARLEY & PELLETERI, P. L. L. C.

ATTORNEYS AT LAW

400 POYDRAS STREET
SUITE 2500
NEW ORLEANS, LA 70130

(504) 299-3570
Fax: (504) 299-3582

E-mail: kfplaw.com

E-mail:mpelleteri@kfplaw.com

DAVID J. KREBS [2]
MATT J. FARLEY [2]
MAURA Z. PELLETERI [2]
THOMAS M. BEH [2]
DORSEY R. CARSON, Jr. [1,6]
CHERI T. GATLIN [1]
CHARLES B. LONG [2,4,5]

H. S. BARTLETT III [2]
ALONA R. CROTEAU [2]
MARC L. DOMRES [2]
SHANNON M. FRESE [2]
AMY S. MALISH [2]
ANDREA A. MITTLEIDER [2]
SARA C. PORSIA [2]
ELIZABETH S. SCONZERT [2]
ELLIE B. WORD [1,7]

COUNSEL
VICTOR HASTINGS [2,8]
KRYSTIL B. LAWTON [2]
DIANE L. MATTHEWS [2]
CHARLES A. NUNMAKER [2,3]

ADMITTED IN MISSISSIPPI - 1
ADMITTED IN LOUISIANA - 2
ADMITTED IN TEXAS - 3
ADMITTED IN D. C. - 4
ADMITTED IN MARYLAND - 5
ADMITTED IN GEORGIA - 6
ADMITTED IN TENNESSEE - 7
ADMITTED IN FLORIDA - 8

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA

2007 FEB -7 PM 3:31

LORETTA G. WHYTE
CLERK

534-12

February 7, 2007

**VIA BY HAND**

Ms. Loretta Whyte
Clerk of Court
USDC, Eastern District of Louisiana
C151 Hale Boggs Federal Building
500 Poydras
New Orleans, LA 70130

    Re:    Katrina Canal Breaches Consolidated Litigation; Pertains to:
Insurance Chehardy, No. 06-1672, 06-1673 & 06-1674; USDC,
Eastern District of Louisiana, Civil Action No. 05-4182 "K" (2);
Judge Duval, Magistrate Judge Wilkinson

and

Gladys Chehardy, et al. v. Allstate Indemnity Company, et al.
Fifth Circuit Court of Appeal No.: 07-30119

Dear Ms. Whyte:

    In accordance with the Clerk of Court for the Fifth Circuit's February 1, 2007 letter, enclosed is Aegis Security Insurance Company's ("Aegis") check in the amount of $455.00, representing the cost for docketing and filing fees in connection with Aegis' application for permission to appeal to the Fifth Circuit.

    If you have any questions, do not hesitate to contact me.

Ms. Loretta Whyte
February 7, 2007
Page 2

With best regards, I remain

Very truly yours,

Maura Z. Pelleteri

MZP/atm

Enclosure

cc:   Ms. Amy M. Seltzer (w/o enclosure)