FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7  AM 11: 51

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO: LEVEE (NO. 06-7682)

CIVIL ACTION 05-4182

SECTION "K" (2)
JUDGE DUVAL
MAG. WILKINSON

## ORDER

**IT IS ORDERED** that the hearing on plaintiffs' Motion to Certify be and hereby is continued without date. The Court shall implement a case management order addressing discovery and other tasks to be completed prior to a hearing on plaintiffs' Motion.

New Orleans, Louisiana this 7th day of February, 2007.

_____
DISTRICT COURT JUDGE