FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7  AM 11: 51

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NUMBER 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| LEVEE CASES | * | |
| PERTAINS TO: 06-5131 (Bourgeois) | * | |
| and 06-5132 (Ferdinand) | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

## O R D E R

Considering the Ex Parte Motion for Extension of Time Within Which to File Responsive Pleadings filed herein by defendant, the Public Belt Railroad Commission for the City of New Orleans,

**IT IS ORDERED** that the defendant, the Public Belt Railroad Commission for the City of New Orleans, be, and it is, hereby granted an extension of _____ days, or until the 19th day of February, 2007, within which to file responsive pleadings to the plaintiffs' complaints in the Bourgeois case, no. 06-5131 and the Ferdinand case, no. 06-5132.

New Orleans, Louisiana, the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

-3-