

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 30  PM 1: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EX PARTE* MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

**NOW INTO COURT**, through undersigned counsel, comes Travelers Property Casualty Company of America ("Travelers"), which pursuant to Local Rule 83.2.6, respectfully moves this Court to grant admission *pro hac vice* to the following attorney so that he may appear and participate as co-counsel in the captioned matter:

Christopher J. Hug

In support of the present motion, Travelers asserts as follows:

1. Travelers requests that this Court allow Christopher Hug to appear as counsel *pro hac vice* in this matter in association with its counsel of record, Ralph S. Hubbard III, Louisiana Bar No. 7040 and Simeon B. Reimonenq, Jr., Louisiana Bar No. 19755, Louisiana Bar No. 27076, the latter

Fee $5.00
Process
X Dktd
✓ CtRmDep
___ Doc. No

of whom are all in good standing as members of the Louisiana Bar and are admitted to practice before this Court.

2. Christopher J. Hug is an attorney at law practicing with the law firm of Robinson & Cole LLP, 280 Trumbull Street, Hartford, Connecticut 06103-3597. Mr. Hug is admitted to practice in, and is in good standing in, the bar of the State of Connecticut as shown by reference to the Certificate of Good Standing attached hereto as Exhibit A. The oath of Mr. Hug, as required by Local Rule 83.2.6 is attached hereto as Exhibit B.

4. Pursuant to Local Rule 83.2.6, the $5.00 per applicant fee is being submitted to the clerk of court simultaneously with the filing of this motion.

WHEREFORE, defendant, Travelers Property Casualty Company of America, respectfully requests that this Court permit Christopher J. Hug to appear and participate as co-counsel in the captioned matter.

Respectfully submitted,

*/s/ S. B. Reimonenq, Jr.*

RALPH S. HUBBARD III, #7040
SIMEON B. REIMONENQ, JR., #19755
LUGENBUHL, WHEATON, PECK,
   RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

OF COUNSEL:
**CHRISTOPHER J. HUG**
**STEPHEN E. GOLDMAN**
**WYSTAN M. ACKERMAN**
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299

**Attorneys for Travelers Property
Casualty Company of America**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been forwarded to all counsel of record via U.S. mail, postage prepaid, this 30th day of January, 2007.

*/s/ S. B. Reimonenq, Jr.*
SIMEON B. REIMONENQ, JR.