FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7  AM 11: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (*Xavier Univ.*, No. 06-0516) | * * * | |

* * * * * * * * * * * * * * * * * * * *  *

## ORDER

Considering the *Ex Parte* Motion by Travelers Property Casualty Company of America for Leave to Appear *Pro Hac Vice*;

**IT IS ORDERED** that Christopher J. Hug of the law firm of Robinson & Cole LLP is hereby admitted *pro hac vice* as co-counsel of record for Travelers Property Casualty Company of America in the captioned matter.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X  Dktd_____
   CtRmDep_____
   Doc. No_____