U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB - 2, 2007

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>*<br>* JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | *<br>* MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### APPLICATION FOR ADMISSION *PRO HAC VICE* AS CO-COUNSEL FOR ALLSTATE DEFENDANTS

**NOW INTO COURT** come Defendants Allstate Insurance Company and Allstate Indemnity Company (collectively, "Allstate"), who move that Richard L. Fenton and Kendra Kekelis Hartman be admitted by this Court to act as co-counsel on behalf of Allstate, and in support of this motion state:

1. Richard L. Fenton is licensed to practice law in the State of Illinois (admitted 1978). Currently he is a member in good standing of the State Bar of Illinois. Mr. Fenton is not under suspension or disbarment by any court, and no criminal charges have been instituted against him. As evidence thereof, an

- 1 -

Fee $10
Process
X Dktd
CtRmDep 76512
Doc. No

affidavit and certificate of good standing from the Supreme Court of Illinois are attached.

2. Mr. Fenton is an attorney with the law firm of Sonnenschein, Nath & Rosenthal, LLP, 7800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606-6404 (phone: 312-876-8000), (fax: 312-876-7934), (e-mail: rfenton@sonnenschein.com).

3. Kendra Kekelis Hartman is licensed to practice law in the State of Illinois (admitted 1998). Currently she is a member in good standing of the State Bar of Illinois. Ms. Hartman is not under suspension or disbarment by any court, and no criminal charges have been instituted against her. As evidence thereof, an affidavit and certificate of good standing from the Supreme Court of Illinois are attached.

4. Kendra Kekelis Hartman is an attorney with the law firm Sonnenschein, Nath & Rosenthal, LLP, 7800 Sears Tower, 233 South Wacker Drive, Chicago, Illinois 60606-6404 (phone: 312-876-8000), (fax: 312-876-7934), (e-mail: khartman@sonnenschein.com).

5. The law firm of Barrasso Usdin Kupperman Freeman & Sarver, L.L.C. is counsel for Allstate in the above-captioned matter. By this motion it is requested that the Court admit, *pro hac vice*, Richard L. Fenton and Kendra Kekelis Hartman to act as co-counsel for Allstate.

- 3 -

**WHEREFORE**, Defendants Allstate Insurance Company and Allstate Indemnity Company pray that Richard L. Fenton and Kendra Kekelis Hartman be admitted *pro hac vice* and enrolled as co-counsel of record in this proceeding.

Respectfully submitted,

*/s/ Judy Barrasso*

Judy Y. Barrasso, 2814
Edward R. Wicker, Jr.,
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Attorneys for Allstate Insurance Company
   and Allstate Indemnity Company

76512

- 4 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Application for Admission *Pro Hac Vice* has been served upon all counsel of record via United States mail, postage prepaid this ____ day of February, 2007.

_____

76512