```
250. +
 26. +
350. +
201.8 +
  7.92 +
2,500. +
```

2/6/07

TMENT SHEET                    Receipt No.: 339487
                               Deputy Clerk

# 339487                       ISTRY FUND:

                               700 Accounts
                               ____ - Cash Bonds                    # 037324
                               ____ - Land Condemnation
                               ____ - Deceased & Deserting Seaman   FEB 0 6 2007

mkb FEB 0 6 2007

                               (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
                        od Standing - Duplicate Certificate of Admission (TOTAL $15.00)
                               .00 / 510000 - $10.00

**FILING FEES**
____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
   COPY FEES
____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
____ - Copies (.50 per page - # of pages _____) 322350
____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
   MISCELLANEOUS ACCOUNTS
____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
  ✓  - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

**ACCOUNTS RECEIVABLE**
____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

       RECEIVED FROM (FIRM): _____ LSS _____
       CASE NUMBER: 05-4182          SECTION: K
       CASE TITLE: 06-1672, 06-1673, 06-1674  Richard Fenton
                                              $5.00
       PAYMENT OF [ 5.00 ] CASH  ✓ CHECK   MONEY ORDER
                              SEAMAN   PAUPER   NON CASH

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

____ 1. Cases requiring immediate action          ____ 6. Habeas Corpus & Other Convictions
       by the Court such as TRO, Injunction,              Petitions Title 28 USC Sec. 2255
       Orders to Show Cause, etc.                 ____ 7. Petitions for Stay of Execution
____ 2. Class Action                                      Death Sentence
____ 3. Antitrust                                 ____ 8. Social Security Case
____ 4. Patent, Trademark, Copyright              ____ 9. All Others
____ 5. Civil Rights Case

Is this a THREE JUDGE COURT?    ____ Yes  ____ No
Is this a RELATED CASE?         ____ Yes  ____ No     Attorney of Record