Effective 4/10/06

## FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No: **339488**
Deputy Clerk: _mr_

#037324
FEB 06 2007

**ACCOUNT CODE**

855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00

### FILING FEES

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

### COPY FEES

_____ - Copies from public terminal ( 10 per page - # of pages _____ ) 5114CR
_____ - Copies (.50 per page - # of pages _____ ) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

### MISCELLANEOUS ACCOUNTS

_____ - Certification (# of Cert. _____ ) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____ ) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

## FINES & MISCELLANEOUS ACCOUNTS

✓ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

## ACCOUNTS RECEIVABLE                                                          cc

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **LSS**

CASE NUMBER: **05-4182**    SECTION: **K**

CASE TITLE: **06-1672, 06-1673, 06-1674  Kendra Hartman**

PAYMENT OF: **5.00**   _____ CASH   _____ CHECK   ✓ #**4950** MONEY ORDER
                       _____ SEAMAN _____ PAUPER  _____ NON CASH

---

Civil Action Cases (for New Filings Only)

...gnate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
...opriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case

_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution
_____ 8. Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is a THREE JUDGE COURT?    _____ Yes  _____ No
Is a RELATED CASE?         _____ Yes  _____ No       Attorney of Record _____