

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>* NO.: 05-4182 "K" (2)<br>* <br>* JUDGE DUVAL |
| PERTAINS TO: INSURANCE<br>*Chehardy*, Nos. 06-1672, 06-1673, and 06-1674 | * <br>* MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Application for Admission *Pro Hac Vice* as Co-Counsel for Defendants Allstate Insurance Company and Allstate Indemnity Company,;

**IT IS ORDERED** that the Motion is hereby granted and that Richard L. Fenton and Kendra Kekelis Hartman be and hereby are admitted *pro hac vice* to appear as co-counsel for Defendants Allstate Insurance Company and Allstate Indemnity Company in this matter.

New Orleans, Louisiana this 2 day of February, 2007.

_____
JUDGE

Fee_____
Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____ 76512