**CT**
a Wolters Kluwer business

CT
8550 United Plaza Boulevard
Baton Rouge, LA 70809

225 922 4490 tel
225 922 4495 fax
www.ctlegalsolutions.com

RECEIVED
DISTRICT COURT
DISTRICT OF LA
2007 JAN 24  PM 2: 32
LORETTA G. WHYTE
CLERK

January 18, 2007

Randall Hart
Broussard & Hart LLC
1301 Common Street,
Lake Charles, LA 70601

Re: Bobby L. Leduff, et al., Pltfs. vs. Boh Bros. Construction Company, LLC, et al. including Great Lakes Trailing Company, Dfts.
Case No. 06-5260

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service, Cover Sheet, Addendum, Complaint which we received regarding the above captioned matter.

**GREAT LAKES TRAILING COMPANY** withdrew to do business in the State of LA on 02/21/92. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

Nora Bass
Fulfillment Specialist

Log# 511819524

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, La 70130

cc: New York SOP Support