**CT**
a Wolters Kluwer business

CT
8550 United Plaza Boulevard
Baton Rouge, LA 70809

225 922 4490 tel
225 922 4495 fax
www.ctlegalsolutions.com

*[Filed stamp: 2007 JAN 24 PM 2:33, LORETTA G. WHYTE, CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF LA]*

January 18, 2007

Randall Hart
Broussard & Hart LLC
1301 Common Street,
Lake Charles, LA 70601

Re: Bobby L. Leduff, et al., Pltfs. vs. Boh Bros. Construction Company, LLC, et al. including Natco Dredging Limited Partnership, Dfts.
Case No. 06-5260

K(2)

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service, Cover Sheet, Addendum, Complaint which we received regarding the above captioned matter.

***NATCO DREDGING LIMITED PARTNERSHIP*** terminated to do business in the State of LA on 02/21/03. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

Very truly yours,

*Nora Bass*
Nora Bass
Fulfillment Specialist

Log# 511819543

cc: United States District Court, Eastern District
 Clerk of Court,
 C151 U. S. Courthouse,
 500 Camp Street,
 New Orleans, La 70130

cc: New York SOP Support