UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br>NO 07-0269  "K"  (2)<br>JUDGE DUVAL<br>MAGISTRATE JUDGE WILKINSON |
| SANDRA LOPEZ, INDIVIDUALLY AND ON BEHALF OF HER MOTHER, JANET MARIE PARKER, DECEASED<br><br>VS.<br><br>SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC., MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION, ABC INSURANCE COMPANY AND ST. RITA'S NURSING HOME, | |

### JOINT MOTION TO DISMISS THIRD-PARTY DEMAND

**NOW INTO COURT**, though undersigned counsel, come third-party defendants Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana; Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the

NO.99753759.1

Attorney General; and Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants"), respectfully move this Court to dismiss them from the above-captioned proceeding, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure.

The Louisiana Defendants are protected from suits in federal court pursuant to the Eleventh Amendment of the United States Constitution, because they are all administrative arms and officials of the State of Louisiana to whom sovereign immunity applies. Consequently, the Louisiana Defendants are entitled to dismiss all claims against them.

The third-party demand filed by third-party plaintiffs, Buffman, Inc. d/b/a St. Rita's Nursing Home Facility, Mabel Mangano and Salvador Mangano ("Third-Party Plaintiffs"), fails to state a cause of action for which relief can be granted against Louisiana Defendants.

**WHEREFORE**, for the foregoing reasons (as more fully detailed in the attached supporting memorandum), third-party defendants Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana; Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; and Charles C. Foti, Jr., in his official capacity as Attorney General of the State of Louisiana, respectfully pray that their motion to dismiss be granted, and that the claims asserted against them in the third-party demand be dismissed.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
       Brent B. Barriere (La. Bar No. 2818)
       Special Assistant Attorney General

       Susie Morgan (La. Bar No. 9715)
       Catherine E. Lasky (La. Bar No. 28652)
       Robert R. Wood, Jr. (La. Bar No. 29488)
       **PHELPS DUNBAR LLP**
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

**BY:**   /s/  William M. Hudson, III
       William M. Hudson, III  (La. Bar No. 1970)
       Special Assistant Attorney General
       Oats & Hudson
       100 East Vermillion Street, Suite 400
       Lafayette, LA  70501
       Telephone:  (337) 233-1100
       Facsimile:  (337) 233-1178

       Clifton O. Bingham, Jr. (La. Bar No. 3052)
       Special Assistant Attorney General
       Oats & Hudson
       343 Third Street, Suite 550
       Baton Rouge, LA  70801
       Telephone:  (225) 383-9993
       Facsimile:  (225) 383-6993

       Michael M. Duran, Jr. (La. Bar No. 18875)
       Special Assistant Attorney General
       Oats & Hudson
       530 Natchez Street, Suite 200
       New Orleans, LA  70130
       Telephone:  (504) 527-0960
       Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

**BY:** /s/  Shelly D. Dick
    Shelly D. Dick (La. Bar No. 18865)
    Special Assistant Attorney General
    Amanda G. Clark (La. Bar No. 24432)
    Forrester, Jordan & Dick
    4981 Bluebonnet Avenue
    Baton Rouge, LA  70809
    Telephone:  (225) 928-5400
    Facsimile:  (225) 346-0285

**- AND –**

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**   /s/  Stephen Vogt
    Stephen Vogt (La. Bar No. 07706)
    Special Assistant Attorney General
    Thibaut, Thibaut & Vogt
    P. O. Box 36
    7809 Jefferson Hwy, Suite D-3
    Baton Rouge, LA  70809
    Telephone:  (225) 923-3200
    Facsimile:  (225)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the attached list of counsel via United States Mail, postage prepaid and properly addressed, this 26th day of January, 2007.

/s/   Brent B. Barriere

## ST. RITA SERVICE LIST

| | |
|---|---|
| Daniel L. Dysart<br>Paul A. Tabary, III<br>3510 N. Causeway Blvd., Suite 600<br>Metairie, LA  70002 | Stevens E. Moore<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Michael C. Code<br>J.A. "Jay" Beatmann, Jr.<br>3445 N. Causeway Blvd., Suite 724<br>Metairie, LA  70002 | Chadwick W. Collings<br>Tom W. Thornhill<br>1308 Ninth Street<br>Slidell, LA  70458 |
| Jeremy D. Goux<br>Martha D. Bowden<br>417 North Theard Street<br>Covington, LA  70433 | Gregory J. Noto<br>532 E. Judge Perez Drive, Suite 102<br>Chalmette, LA  70043 |
| M. Chad Trammell<br>Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards St., 8th Floor, Suite 820<br>Shreveport, LA  71101 | William E. Rittenberg<br>Larry Samuel<br>715 Girod Street, Suite 200<br>New Orleans, LA  70130 |
| Leon N. Frischhertz<br>Marc L. Frischhertz<br>Dominick F. Impastato, III<br>Frischhertz & Associates<br>634 Connell's Park Lane<br>Baton Rouge, LA  70806 | Caprice Ieyoub<br>Kathryn W. Landry<br>Ieyoub & Landry<br>8180 YMCA Plaza, Suite C<br>Baton Rouge, LA  70810 |

| | |
|---|---|
| Joseph P. Lopinto, III<br>P. O. Box 246<br>Metairie, LA  70004 | James B. Guest<br>1900 32nd Street<br>Kenner, LA  70065 |
| Lawrence J. Duplass<br>Duplass, Zwain, Bourgeois, Morton,<br>  Pfister & Weinstock<br>3838 N. Causeway Blvd., Suite 2900<br>Metairie, LA  70002 | William R. Mustian<br>3117 22nd Street, Suite 6<br>Metairie, LA  70002 |
| James A. Cobb, Jr.<br>Emmett, Cobb, Waits & Kessenich<br>1515 Poydras St., Suite 1950<br>New Orleans, LA  70112 | David O. Walker<br>2220 Bonaventure Court<br>P. O. Box 1190<br>Alexandria, LA  71309-1190 |
| Kimberly A. Ramsey<br>Nix, Patterson & Roach, LLP<br>401 Edwards Street<br>Suite 820<br>Shreveport, LA  71101 | Patrick G. Kehoe, Jr.<br>833 Baronne Street<br>New Orleans, LA  70113 |
| Damon A, Kirin<br>Dilberto & Kirin<br>3636 S. I-10 Service Road, W.<br>Suite 210<br>Metairie, LA  70001 | Stephen R. Rue<br>Stephen R. Rue & Associates<br>3309 Williams Blvd.<br>Kenner, LA  70005 |

NO.99753759.1