UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-0269   "K"   (2)<br><br>JUDGE DUVAL |
| SANDRA LOPEZ, INDIVIDUALLY<br>AND ON BEHALF OF HER MOTHER,<br>JANET MARIE PARKER, DECEASED | MAGISTRATE JUDGE<br>WILKINSON |
| VS. | |
| SALVADOR A. MANGANO, MABEL B.<br>MANGANO, MANGUEST, INC.,<br>MANGANO CONSULTANTS, INC.,<br>MANGANO MANAGEMENT, INC.,<br>MANACA, INC., BUFFMAN, INC., THE<br>MANGANO CORPORATION, ABC<br>INSURANCE COMPANY AND ST.<br>RITA'S NURSING HOME, | |

## O R D E R

Upon consideration of the foregoing Joint Motion to Dismiss Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; and State of Louisiana, Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana from the above-captioned proceeding without prejudice, and it appearing to this Court that there are the grounds for the relief requested in the Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is granted;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, and Office of the Attorney General; and Charles Foti, in his official capacity as Attorney General of the State of Louisiana are dismissed from the above-captioned proceeding without prejudice.

_____
UNITED STATES DISTRICT JUDGE