UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>    ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-0269   "K"  (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE JUDGE<br>WILKINSON |
| SANDRA LOPEZ, INDIVIDUALLY<br>AND ON BEHALF OF HER MOTHER,<br>JANET MARIE PARKER, DECEASED<br><br>VS.<br><br>SALVADOR A. MANGANO, MABEL B.<br>MANGANO, MANGUEST, INC.,<br>MANGANO CONSULTANTS, INC.,<br>MANGANO MANAGEMENT, INC.,<br>MANACA, INC., BUFFMAN, INC., THE<br>MANGANO CORPORATION, ABC<br>INSURANCE COMPANY AND ST.<br>RITA'S NURSING HOME, | |

## NOTICE OF HEARING

TO:   Sandra Lopez
        Through:  Her Attorney of Record
        Damon A, Kirin
        Robert J. Diliberto
        Crawford A. Rose, III
        Dilberto & Kirin
        3636 S. I-10 Service Road, W.
        Suite 210
        Metairie, LA  70001

NO.99753764.1

**PLEASE TAKE NOTICE**, that undersigned counsel, will, on behalf of the defendants, Kathleen Blanco, in her official capacity as Governor of the State of Louisiana; State of Louisiana, Department of Transportation and Development; Johnny Bradberry, in his official capacity as Secretary of the Louisiana Department of Transportation and Development; State of Louisiana, Department of Health and Hospitals; Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals; State of Louisiana, Office of the Attorney General; Charles Foti, in his official capacity as Attorney General of the State of Louisiana (collectively "Louisiana Defendants") bring for hearing the attached Joint Motion To Dismiss, on the 21st day of February, 2007, at 9:00 o'clock a.m., before the Honorable Stanwood R. Duval, Jr.

Respectfully submitted,

**CHARLES C. FOTI, JR.**
**ATTORNEY GENERAL**

BY:   /s/   Brent B. Barriere
 Brent B. Barriere (La. Bar No. 2818)
 Special Assistant Attorney General

 Susie Morgan (La. Bar No. 9715)
 Catherine E. Lasky (La. Bar No. 28652)
 Robert R. Wood, Jr. (La. Bar No. 29488)
 **PHELPS DUNBAR LLP**
 Canal Place
 365 Canal Street • Suite 2000
 New Orleans, Louisiana 70130-6534
 Telephone: (504) 566-1311
 Telecopier: (504) 568-9130

**STATE OF LOUISIANA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JOHNNY BRADBERRY, SECRETARY**

BY:  /s/  William M. Hudson, III
      William M. Hudson, III  (La. Bar No. 1970)
      Special Assistant Attorney General
      Oats & Hudson
      100 East Vermillion Street, Suite 400
      Lafayette, LA  70501
      Telephone:  (337) 233-1100
      Facsimile:  (337) 233-1178

      Clifton O. Bingham, Jr. (La. Bar No. 3052)
      Special Assistant Attorney General
      Oats & Hudson
      343 Third Street, Suite 550
      Baton Rouge, LA  70801
      Telephone:  (225) 383-9993
      Facsimile:  (225) 383-6993

      Michael M. Duran, Jr. (La. Bar No. 18875)
      Special Assistant Attorney General
      Oats & Hudson
      530 Natchez Street, Suite 200
      New Orleans, LA  70130
      Telephone:  (504) 527-0960
      Facsimile:  (504) 524-2823

**STATE OF LOUISIANA, KATHLEEN BLANCO, GOVERNOR**

BY:/s/  Shelly D. Dick
      Shelly D. Dick (La. Bar No. 18865)
      Special Assistant Attorney General
      Amanda G. Clark (La. Bar No. 24432)
      Forrester, Jordan & Dick
      4981 Bluebonnet Avenue
      Baton Rouge, LA  70809
      Telephone:  (225) 928-5400
      Facsimile:  (225) 346-0285

- AND –

- 4 -

**FREDERICK P. CERISE, M.D., IN HIS OFFICIAL CAPACITY AS SECRETARY, DEPARTMENT OF HEALTH AND HOSPITALS**

**BY:**  /s/  Stephen Vogt
       Stephen Vogt (La. Bar No. 07706)
       Special Assistant Attorney General
       Thibaut, Thibaut & Vogt
       P. O. Box 36
       7809 Jefferson Hwy, Suite D-3
       Baton Rouge, LA  70809
       Telephone:  (225) 923-3200
       Facsimile:  (225)

- 4 -

NO.99753764.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon:

>Damon A, Kirin
>Robert J. Diliberto
>Crawford A. Rose, III
>Dilberto & Kirin
>3636 S. I-10 Service Road, W.
>Suite 210
>Metairie, LA  70001

via United States Mail, postage prepaid and properly addressed, this 26th day of January, 2007.

/s/   Brent B. Barriere_____

- 5 -

NO.99753764.1