**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| SANDRA LOPEZ, individually and on behalf of her mother JANET MARIE PARKER, deceased, | * | CIVIL ACTION |
| | * | NO. 07-0269 "K" (2) |
| Plaintiff, | * | JUDGE DUVAL<br>MAG. WILKINSON |
| v. | * | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC., MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION, ABC INSURANCE COMPANY AND ST. RITA'S NURSING HOME, | * | |
| Defendants. | * | |
| * * * * * * * | * | |

**UNITED STATES' MOTION TO DISMISS THIRD-PARTY DEMAND**

Third-party defendant, the United States of America, moves pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) to dismiss the third-party demand filed against it by Buffman Inc. d/b/a/ St. Rita's Nursing Home Facility, Mabel Mangano, and Salvador Mangano

("defendants" or "third-party plaintiffs"), owners of St. Rita's Nursing Home in St. Bernard Parish.

For the reasons set forth in the accompanying Memorandum of Law, the third-party demand against the United States in the above-listed action should be dismissed.

Dated: January 30, 2007. ______ Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

s/ Traci L. Colquette
Traci L. Colquette
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 305-7536 / (202) 616-5200 (Fax)
Attorneys for the United States

**CERTIFICATE OF SERVICE**

I, Traci L. Colquette, hereby certify that on January 30, 2007, I served a true copy of the United States' Motion to Dismiss, Memorandum in Support, and Notice of Hearing upon the parties of record by ECF or electronic mail.

Brent Bennett Barriere
barrierb@phelps.com

Martha Dupree Bowden
mdbowden03@yahoo.com

Robert John Diliberto
diliberto@attorneys-louisiana.com

Damon Alexander Kirin
dkirin@murray-lawfirm.com

Crawford Allen Rose , III
crawfordrose@msn.com

James A. Cobb, Jr.
jac@ecwko.com

Jeremy D. Goux
wynnegouxlobello@bellsouth.net

Louis G. Spencer
lgs@ecwko.com

Susan E. Henning
seh@ecwko.com

s/ Traci L. Colquette
Traci L. Colquette