UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SANDRA LOPEZ, individually and on behalf of her mother JANET MARIE PARKER, deceased, | * * * * | CIVIL ACTION<br><br>NO. 07-0269 "K" (2)<br>JUDGE DUVAL |
| Plaintiff, | * * | MAG. WILKINSON |
| v. | * * | |
| SALVADOR A. MANGANO, MABEL B. MANGANO, MANGUEST, INC., MANGANO CONSULTANTS, INC., MANGANO MANAGEMENT, INC., MANACA, INC., BUFFMAN, INC., THE MANGANO CORPORATION, ABC INSURANCE COMPANY AND ST. RITA'S NURSING HOME, | * * * * * * * * * | |
| Defendants. | * * | |
| *   *   *   *   *   *   *   * | | |

**NOTICE OF HEARING**

To:     All Counsel of Record:


PLEASE TAKE NOTICE THAT, the undersigned will hear the United States' Motion to

Dismiss Third-Party Demand at the Courtroom of the Honorable Stanwood R. Duval, United

States Courthouse at 500 Poydras Street, New Orleans, LA, 70130, on the 23rd day of March, 2007, at 9:30 a.m., and that the motion will be submitted on the pleadings, without oral argument.

New Orleans, Louisiana, this ____ day of _____, 2007.

_____
Judge Stanwood R. Duval
Eastern District of Louisiana