UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-0269 "K" (2)<br><br>JUDGE DUVAL |
| SANDRA LOPEZ, INDIVIDUALLY<br>AND ON BEHALF OF HER MOTHER,<br>JANET MARIE PARKER, DECEASED | MAGISTRATE JUDGE<br>WILKINSON |
| VS. | |
| SALVADOR A. MANGANO, MABEL B.<br>MANGANO, MANGUEST, INC.,<br>MANGANO CONSULTANTS, INC.,<br>MANGANO MANAGEMENT, INC.,<br>MANACA, INC., BUFFMAN, INC., THE<br>MANGANO CORPORATION, ABC<br>INSURANCE COMPANY AND ST.<br>RITA'S NURSING HOME, | |

**O R D E R**

CONSIDERING THE FOREGOING;

IT IS ORDERED that the motion of Plaintiff to remand this cause to the 34th Judicial District Court, State of Louisiana, is sustained and the relief requested is hereby GRANTED.

IT IS FURTHER ORDERED, that this cause shall be remanded to the 34th Judicial District Court, State of Louisiana.

New Orleans, Louisiana, this the ___ day of _____, 2007.

_____
J U D G E