UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA RELATED<br>ST. RITA'S NURSING HOME | CIVIL ACTION<br><br>NO 07-0269 "K" (2)<br><br>JUDGE DUVAL |
| SANDRA LOPEZ, INDIVIDUALLY<br>AND ON BEHALF OF HER MOTHER,<br>JANET MARIE PARKER, DECEASED | MAGISTRATE JUDGE<br>WILKINSON |
| VS. | |
| SALVADOR A. MANGANO, MABEL B.<br>MANGANO, MANGUEST, INC.,<br>MANGANO CONSULTANTS, INC.,<br>MANGANO MANAGEMENT, INC.,<br>MANACA, INC., BUFFMAN, INC., THE<br>MANGANO CORPORATION, ABC<br>INSURANCE COMPANY AND ST.<br>RITA'S NURSING HOME, | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE, that undersigned counsel, on behalf of the plaintiff Sandra Lopez shall set for hearing the attached Motion to Remand, on the 23rd day of March, 2007, at 9:30 o'clock a.m., before the Honorable Stanwood R. Duval, Jr., and that the motion will be submitted on the pleadings, without oral argument.

    Respectfully Submitted:

    Damon A. Kirin, LSBA 24729
    Robert J. Diliberto, LSBA 24783
    DILIBERTO & KIRIN, L.L.C.
    3636 S. I 10 Service Rd., W.
    Suite 210
    Metairie, LA 70001
    Telephone (504) 828 1600
    Facsimile (504) 828 1555
    Counsel for Sandra Lopez

                                              **/s/ Crawford A. Rose**
                                              Crawford A. Rose, III, LSBA 26717
                                              Attorney at Law
                                              3636 S. I 10 Service Rd., W.
                                              Suite 210
                                              Metairie, LA 70001
                                              Telephone (504) 828 1600
                                              Facsimile (504) 828 1555
                                              Counsel for Sandra Lopez

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Motion to Remand, Memorandum in Support, Order and Notice of Hearing has been forwarded to all counsel of record by ECF and by depositing a copy of the same in the United States mail, property addressed, and first class postage prepaid, on this 1st day of February, 2007.

                                                          /s/ Crawford A. Rose, III

James B. Letten, Esq.
Stevens E. Moore, Esq.
United States Attorneys
U. S. Department of Justice
500 Poydras St., Ste. 210 B
New Orleans, LA 70130

Peter Kiesler, Esq.
Ms. Traci L. Coquette
Mrs. Robin Doyle Smith
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044

Jeremy Goux, Esq.
Mrs. Martha D. Bowden
Wynne, Goux & Lobello
41 7 N. Theard Street
Covington, LA 70433
James A. Cobb, Jr. Esq.
Ms. Susan E. Henning
John F. Emmett, Esq.
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112

Hon. Johnny Bradbeny
Louisiana Department of Transportation
and Development
1201 Capital Access Road
Baton Rouge, Louisiana 70804

William M. Hudson, III
Special Assistant Attorney General
Oats & Hudson
100 East Vermillion Street, Suite 400
Lafayette, LA 70501

Office of Risk Management
1201 N. Third Street
Baton Rouge, Louisiana 70804

Hon. Henry J. Rodriguez
8201 West Judge Perez Drive
St. Bernard Government Complex
Chalmette, Louisiana 70043

Governor Kathleen Blanco
Office of the Governor
900 Third Street
Baton Rouge, Louisiana 70802
Clerk of Court, 34'"JDC

Mrs. Shelly D. Dick
Special Assistant Attorney General
Forrester, Jordan & Dick
4981 Bluebonnet Avenue
Baton Rouge, LA 70809

Frederick P. Cerise, M.D.
La. Dept of Health & Hospitals
628 N. Fourth Street
Baton Rouge, LA 70802

Stephen Vogt, Esq.
Special Assistant Attorney General
Thibaut, Thibaut & Vogt
P. O. Box 36
7809 Jefferson Hwy, Suite D-3
Baton Rouge, LA 70809

Attorney General Charles Foti
Office of the Attorney General
Louisiana Department of Justice
Capital Building, 22nd Floor
Baton Rouge, Louisiana 70804

Brent B. Barriere, Esq.
Special Assistant Attorney General
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534

Lake Borgne Basin Levee District
Lawrence J. Duplass, Esq.
3838 N. Causeway Blvd., 29th Fl.
Metairie, Louisiana 70002