## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>LEVEE (MARCELLO, NO. 06-2545) | | |

**MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT,
C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come Peter Lamer Marcello and Vanessa Mignon Marcello, on behalf of themselves and all others similarly situated, who respectfully represent to this Honorable Court that, based on representations made to counsel for plaintiffs by counsel for defendant, C.R. Pittman Construction Company, Inc., plaintiffs desire to voluntarily dismiss C.R. Pittman Construction Company, Inc. without prejudice, reserving all rights as to all other parties.

Respectfully submitted,

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.

BY:   /s/ John W. deGravelles
John W. deGravelles (Bar Roll No.: 4808)
618 Main Street
Baton Rouge, Louisiana 70801-1910
Telephone: (225) 344-3735
Facsimile: (225) 336-1146
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of February, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             _____/s/ John W. deGravelles_____
                                                      John W. deGravelles