# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"<br>JUDGE STANWOOD R. DUVAL, JR.<br><br>MAG. DIV. 2<br>MAG. JOSEPH C. WILKINSON, JR. |
| PERTAINS TO:<br><br>LEVEE (MARCELLO, NO. 06-2545) | | |

## ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE

**IT IS HEREBY ORDERED** that the claims in the above matter by plaintiffs, Peter Lamer Marcello and Vanessa Mignon Marcello, on behalf of themselves and all others similarly situated, and against defendant, C.R. Pittman Construction Company, Inc., be and the same are hereby dismissed without prejudice, reserving to plaintiffs all rights as to all other parties. Each party is to bear their own costs.

New Orleans, Louisiana, this 8th day of February, 2007.

JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana