UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **05-4182** |
| | | **PERTAINS TO 06-5786** |
| VERSUS | * | DIVISION " **K** " |
| | | JUDGE  DUVAL |
| DEPARTMENT OF TRANSPORTATION | * | |
| AND DEVELOPMENT, ET AL | | MAGISTRATE  ( **2** ) |
| | * | JUDGE  WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * *

### RULE 12 (B)(6) M0TION TO DISMISS

      **NOW INTO COURT**, through undersigned counsel, comes the Orleans Parish Criminal Sheriff's Office, named a defendant herein, which, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, does hereby move for dismissal of the petitioners' complaint on the grounds that it fails to state a cause of action against the Orleans Parish Criminal Sheriff's Office upon which relief may be granted because the "Sheriff's Office" is not a legal entity capable of suing or being sued.  For the reasons more fully set forth in the accompanying memorandum, this Motion should be granted and the claims made against the Orleans Parish Criminal Sheriff's Office should be dismissed, with prejudice and at the cost of the plaintiffs.

| | |
|---|---|
| 1615 Poydras Street, Suite 1250 | Respectfully Submitted |
| New Orleans, Louisiana 70112 | **USRY, WEEKS & MATTHEWS** |
| Tel;: (504) 592-4600; Fax: (504) 592-4641 | s/ Freeman R. Matthews |
| **Counsel for the Orleans Parish Criminal** | FREEMAN R. MATTHEWS, (#9050) |
| **Sheriff's Office** | TIMOTHY R. RICHARDSON, (#27625) |
| | CRAIG E. FROSCH (#19580) |

**CERTIFICATE OF SERVICE**

    I do hereby certify that on this 8th day of February, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to plaintiffs, through counsel Ashton R. O'Dwyer, Jr., by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

                                        s/ Freeman R. Matthews