UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MAUREEN O'DWYER, ET AL | * | CIVIL ACTION NO. **05-4182** |
| | | **PERTAINS TO 06-5786** |
| VERSUS | * | DIVISION " K " |
| | | JUDGE   DUVAL |
| DEPARTMENT OF TRANSPORTATION | * | |
| AND DEVELOPMENT, ET AL | | MAGISTRATE  ( **2** ) |
| | * | JUDGE   WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**TO:**   All Parties through counsel of record

PLEASE TAKE NOTICE that the attached Motion to Dismiss will be brought for hearing through undersigned counsel, comes the Orleans Parish Criminal Sheriff's Office, named a defendant herein, before the Honorable Judge Stanwood R. Duval, Jr., United States Judge, for decision on the record, as directed by the Court, on the 7th day of March, 2007, at 9:00 o'clock A.M.., at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana.

Oral argument will only be held if ordered by the Court.

| | |
|---|---|
| 1615 Poydras Street, Suite 1250 | Respectfully submitted, |
| New Orleans, Louisiana 70112 | USRY, WEEKS & MATTHEWS |
| Tel. (504) 592-4600; Fax (504) 592-4641 | s/ Freeman R. Matthews |
| UW&M No.  06-358-04-F-0-037 | Freeman R. Matthews (LSBN 9050) |
| **COUNSEL FOR DEFENDANT FOR** | Timothy R. Richardson (LSBN 27625) |
| **DEFENDANT MARLIN N. GUSMAN** | Craig E. Frosch (LSBN 19580) |

**CERTIFICATE OF SERVICE**

     I do hereby certify that on this 8th day of February, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to plaintiffs, through counsel Ashton R. O'Dwyer, Jr., by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

                                              s/ Freeman R. Matthews