UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182 "K-2"** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |
| | * | |
| **PERTAINS TO:  INSURANCE** | * | |
| | * | |
| **CONNIE ABADIE, ET AL** | * | |
| **06-5164** | * | |
| | * | |
| *   *   *   *   *   * | * | |

## ANSWER AND AFFIRMATIVE DEFENSES

**NOW INTO COURT**, through undersigned counsel, come defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited (hereinafter collectively referred to as "Zurich"), who, in response to the Petition for Damages filed by plaintiffs respectfully answer as follows:

## ANSWER

### 1.

The allegations contained in Paragraph 1. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

### 2.

The allegations contained in Paragraph 2. of plaintiff's Petition are denied for lack of information sufficient to justify a belief therein.  Furthermore, to the extent that the allegations contained in Paragraph 2. of plaintiff's Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

### 3(a).

The allegations in Paragraph 3(a). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  In addition, as written documents, each policy of insurance issued by Zurich and purchased by plaintiffs is itself the best evidence of its terms, conditions, exclusions, and coverage, and therefore speaks for itself; Zurich pleads such policies as if copied herein *in extenso*.  All other allegations in Paragraph 3(a). are denied.

### 3(b).

The allegations in Paragraph 3(b). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  In addition, as written documents, each policy of insurance issued by Zurich and purchased by plaintiffs is itself the best evidence of its terms, conditions, exclusions, and coverage and therefore speaks for itself; Zurich pleads such policies as if copied herein *in extenso*.  All other allegations in Paragraph 3(b). are denied.

3(c).

The allegations in Paragraph 3(c). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  In addition, as written documents, each policy of insurance issued by Zurich and purchased by plaintiffs is itself the best evidence of its terms, conditions, exclusions, and coverage and therefore speaks for itself; Zurich pleads such policies as if copied herein *in extenso*.  All other allegations in Paragraph 3(c). are denied.

3(d).

The allegations in Paragraph 3(d). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  In addition, as written documents, each policy of insurance issued by Zurich and purchased by plaintiffs is itself the best evidence of its terms, conditions, exclusions, and coverage and therefore speaks for itself; Zurich pleads such policies as if copied herein *in extenso*.  All other allegations in Paragraph 3(d). are denied.

3(e).

The allegations in Paragraph 3(e). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  In addition, as written documents, each policy of insurance issued by Zurich and purchased by plaintiffs is itself the best evidence of its terms, conditions, exclusions, and coverage and therefore speaks for itself; Zurich pleads such policies as if copied herein *in extenso*.  All other allegations in Paragraph 3(e). are denied.

4.

The allegations contained in Paragraph 4. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

5.

The allegations contained in Paragraph 5. of plaintiff's Petition are denied for lack of information sufficient to justify a belief therein.

6.

The allegations contained in Paragraph 6. of plaintiffs' Petition are denied as they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 6. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

7.

The allegations contained in Paragraph 7. of plaintiffs' Petition are denied as they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 7. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

8.

The allegations contained in Paragraph 8. of plaintiffs' Petition are denied as they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 8. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(a).

The allegations contained in Paragraph 9(a). of plaintiffs' Petition are denied as they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 9(a). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(b).

The allegations contained in Paragraph 9(b). of plaintiffs' Petition are denied as they call for factual and legal conclusions.   Furthermore, the allegations contained in Paragraph 9(b). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(c).

The allegations contained in Paragraph 9(c). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 9(c). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(d).

The allegations contained in Paragraph 9(d). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 9(d). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(e).

The allegations contained in Paragraph 9(e). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 9(e). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(f).

The allegations contained in Paragraph 9(f). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 9(f). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

9(g).

The allegations contained in Paragraph 9(g). of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 9(g). of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

10.

The allegations contained in Paragraph 10. of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 10. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

11.

The allegations contained in Paragraph 11. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

12.

The allegations contained in Paragraph 12. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

13.

The allegations contained in Paragraph 13. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

14.

The allegations contained in Paragraph 14. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

15.

The allegations contained in Paragraph 15. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

16.

The allegations contained in Paragraph 16. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

17.

The allegations contained in Paragraph 17. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

18.

The allegations contained in Paragraph 18. of plaintiffs' Petition do not require a response by Zurich.  However, to the extent that the allegations contained in Paragraph 18. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

19.

The allegations contained in Paragraph 19. of plaintiffs' Petition do not require a response by Zurich.  However, to the extent that the allegations contained in Paragraph 19. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

20.

The allegations contained in Paragraph 20. of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 20. of plaintiffs' Petitions are denied for lack of information sufficient to justify a belief therein.

21.

The allegations contained in Paragraph 21. of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 21. of plaintiffs' Petitions are denied for lack of information sufficient to justify a belief therein.

22.

The allegations contained in Paragraph 22. of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 22. of plaintiffs' Petitions are denied for lack of information sufficient to justify a belief therein.

23.

The allegations contained in Paragraph 23. of plaintiffs' Petition do not require a response by Zurich.  However, to the extent that the allegations contained in Paragraph 23. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

24.

The allegations contained in Paragraph 24. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

25.

The allegations contained in Paragraph 25. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

26.

The allegations contained in Paragraph 26. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

27.

The allegations contained in Paragraph 27. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.  Furthermore, to the extent that the allegations

contained in Paragraph 27. of plaintiff's Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

28.

The allegations contained in Paragraph 28. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.  Furthermore, to the extent that the allegations contained in Paragraph 27. of plaintiff's Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

29.

The allegations contained in Paragraph 29. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.  Furthermore, to the extent that the allegations contained in Paragraph 27. of plaintiff's Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

30.

The allegations contained in Paragraph 30. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

31.

The allegations contained in Paragraph 31. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

32.

The allegations contained in Paragraph 32. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

33.

The allegations contained in Paragraph 33. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.  Furthermore, to the extent that the allegations contained in Paragraph 33. of plaintiff's Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

COUNT I – DECLARATORY JUDGMENT

34.

The allegations contained in Paragraph 34. of plaintiffs' Petition are denied.

35.

The allegations contained in Paragraph 35. of plaintiffs' Petition are denied.

36.

The allegations contained in Paragraph 36. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

37.

The allegations contained in Paragraph 37. of plaintiffs' Petition are denied.

38.

The allegations contained in Paragraph 38. of plaintiffs' Petition are denied as they call for factual and legal conclusions.  Furthermore, the allegations contained in Paragraph 38. of plaintiffs' Petitions are denied for lack of information sufficient to justify a belief therein.

39.

The allegations contained in Paragraph 39. of plaintiffs' Petition are denied.

40.

The allegations contained in Paragraph 40. of plaintiffs' Petition are denied.

41.

The allegations contained in Paragraph 41. of plaintiffs' Petition are denied.

42.

The allegations contained in Paragraph 42. of plaintiffs' Petition are denied.

43.

The allegations contained in Paragraph 43. of plaintiffs' Petition are denied.

44.

The allegations contained in Paragraph 44. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

45.

The allegations contained in Paragraph 45. of plaintiffs' Petition are denied.

46.

The allegations contained in Paragraph 46. of plaintiffs' Petition do not require a response by Zurich. However, to the extent that the allegations contained in Paragraph 46. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

47.

The allegations contained in Paragraph 47. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

48.

The allegations contained in the Paragraph of plaintiff's Petition beginning "WHEREFORE," including sub-parts (1) through (5), are denied.

COUNT II – BREACH OF CONTRACT

49.

The allegations contained in Paragraph 48. of plaintiffs' Petition are denied.

50.

The allegations contained in Paragraph 49. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

51.

The allegations contained in Paragraph 50. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

52.

The allegations contained in Paragraph 51. of plaintiffs' Petition are denied.

53.

The allegations contained in Paragraph 52. of plaintiffs' Petition are denied.

54.

The allegations contained in the Paragraph of plaintiff's Petition beginning "WHEREFORE" are denied.

COUNT III – BREACH OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING

55.

The allegations contained in Paragraph 53. of plaintiffs' Petition are denied.

56.

The allegations contained in Paragraph 54. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

57.

The allegations contained in Paragraph 55. of plaintiffs' Petition are denied.

58.

The allegations contained in Paragraph 56. of plaintiffs' Petition are denied.

59.

The allegations contained in Paragraph 57. of plaintiffs' Petition are denied.

60.

The allegations contained in Paragraph 58. of plaintiffs' Petition are denied.

61.

The allegations contained in Paragraph 59. of plaintiffs' Petition are denied.

62.

The allegations contained in Paragraph 60. of plaintiffs' Petition are denied.

63.

The allegations contained in Paragraph 61. of plaintiffs' Petition are denied.

64.

The allegations contained in Paragraph 62. of plaintiffs' Petition are denied.

65.

The allegations contained in Paragraph 63. of plaintiffs' Petition are denied.

66.

The allegations contained in Paragraph 64. of plaintiffs' Petition are denied.

67.

The allegations contained in the Paragraph of plaintiff's Petition beginning
"WHEREFORE" are denied.

COUNT IV – BREACH OF LA. REV. STAT. ANN. § 22:1220 (Insurance Bad Faith)

68.

The allegations contained in Paragraph 65. of plaintiffs' Petition are denied.

69.

The allegations contained in Paragraph 66. of plaintiffs' Petition are denied as they call
for factual and legal conclusions.

70.

The allegations contained in Paragraph 67. of plaintiffs' Petition are denied as they call
for factual and legal conclusions.

71.

The allegations contained in Paragraph 65. of plaintiffs' Petition are denied.

72.

The allegations contained in Paragraph 69. of plaintiffs' Petition are denied.

73.

The allegations contained in Paragraph 70. of plaintiffs' Petition are denied.

74.

The allegations contained in Paragraph 71. of plaintiffs' Petition are denied.

75.

The allegations contained in Paragraph 72. of plaintiffs' Petition are denied.

76.

The allegations contained in Paragraph 73. of plaintiffs' Petition do not require a response by Zurich. However, to the extent that the allegations contained in Paragraph 73. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

77.

The allegations contained in Paragraph 74. of plaintiffs' Petition are denied.

78.

The allegations contained in Paragraph 75. of plaintiffs' Petition are denied.

79.

The allegations contained in the Paragraph of plaintiff's Petition beginning "WHEREFORE" are denied.

COUNT VI – BREACH OF LA. REV. STAT. ANN. §22:695

80.

The allegations contained in Paragraph 76. of plaintiffs' Petition are denied.

81.

The allegations contained in Paragraph 77. of plaintiffs' Petition do not require a response by Zurich. However, to the extent that the allegations contained in Paragraph 77. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

82.

The allegations contained in Paragraph 78. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

83.

The allegations contained in Paragraph 79. of plaintiffs' Petition are denied for lack of information sufficient to justify a belief therein.

84.

The allegations contained in Paragraph 80. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

85.

The allegations contained in Paragraph 81. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

86.

The allegations contained in Paragraph 81. of plaintiffs' Petition are denied.

87.

The allegations contained in the Paragraph of plaintiff's Petition beginning "WHEREFORE" are denied.

## COUNT VII – BREACH OF FIDUCIARY DUTY

88.

The allegations contained in Paragraph 83. of plaintiffs' Petition are denied.

89.

The allegations contained in Paragraph 84. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

90.

The allegations contained in Paragraph 85. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

91.

The allegations contained in Paragraph 86. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

92.

The allegations contained in Paragraph 87. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

93.

The allegations contained in Paragraph 88. of plaintiffs' Petition are denied as they call for factual and legal conclusions.

94.

The allegations contained in Paragraph 83. of plaintiffs' Petition are denied.

95.

The allegations contained in Paragraph 90. of plaintiffs' Petition are denied.

96.

The allegations contained in the Paragraph of plaintiff's Petition beginning "WHEREFORE," including sub-parts (1) through (3), are denied.

97.

Defendant requests a trial by jury.

## AFFIRMATIVE DEFENSES

**AND NOW FURTHER ANSWERING** the allegations of the Petition, Zurich states:

## FIRST AFFIRMATIVE DEFENSE

At all times relevant hereto, Zurich acted reasonably and in good faith in their dealings with plaintiffs, and thus, Zurich has complied with La. R. S. 22:658 and 22:1220.

## SECOND AFFIRMATIVE DEFENSE

This action and/or any relief sought by plaintiffs against Zurich is or may be barred, in whole or in part, to the extent that it is proven that the plaintiffs' claims, or any part of them, will not constitute direct physical loss from any covered cause of loss.

## THIRD AFFIRMATIVE DEFENSE

This action and/or any relief sought by plaintiffs against Zurich is or may be barred, in whole or in part, by exclusionary language set forth in the insurance contract upon which the instant claims have been made, including, but not limited to, any and all exclusions and limitations specified in the Zurich's insurance contracts upon which the instant claims have been made.

## FOURTH AFFIRMATIVE DEFENSE

This action and/or any relief sought by plaintiffs against Zurich is or may be barred, in whole or in part, to the extent that it is proven that all or some of the alleged damages sustained by plaintiffs, if any, resulted from a cause not insured under the Zurich's insurance contracts upon which the instant claims have been made.

## FIFTH AFFIRMATIVE DEFENSE

This action and/or any relief sought by plaintiffs against Zurich is or may be barred, in whole or in part, by the terms, conditions, exclusions, exceptions, and/or limitations set forth in the Zurich's insurance contracts upon which the instant claims have been made.

## SIXTH AFFIRMATIVE DEFENSE

This action and/or relief sought by plaintiffs against Zurich is or may be barred, in whole or in part, due to additional affirmative defenses that cannot now be articulated by Zurich; as such, Zurich reserves its right to supplement this answer and raise additional defenses as may

become applicable upon further amplification of plaintiffs' claims and discovery of information presently unknown to Zurich.

**WHEREFORE**, having fully answered, defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, pray that their Answer be deemed good and sufficient and demand judgment in their favor dismissing the claims of plaintiffs, with prejudice, at plaintiff's sole cost, for trial by jury and for all other general and equitable relief, including, but not limited to, all reasonable attorneys' fees.

Respectfully submitted,

*/s/ Richard E. King*

_____

**RICHARD E. KING, T.A. (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
**    BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants,*
*American Zurich Insurance Company,*
*Assurance Company of America,*
*Colonial American Casualty and Surety Company,*
*ZC Sterling Corporation,*
*Zurich American Insurance Company,*
*Zurich American Insurance Company of Illinois,*
*Zurich International (Bermuda) Limited and*
*Zurich Specialties London Limited*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record for plaintiffs, Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, by depositing same in the United States Mail, properly addressed and postage prepaid, this 8th day of  February, 2007.

*/s/ Richard E. King*

**RICHARD E. KING**