## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-5786 | * * * | MAG. WILKINSON |

### CSX TRANSPORTATION INC.'S MOTION FOR DISMISSAL UNDER FED. R. CIV. P. 12(b)(6) (FAILURE TO STATE A CLAIM) AND UNDER FED. R. CIV. P. 12(b)(5) (INSUFFICIENCY OF SERVICE OF PROCESS)

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' complaint filed against CSX Transportation, Inc. in Civil Action No. 06-5786, under Fed. R. Civ. P. 12(b)(6) and 12(b)(5).

The plaintiffs' complaint fails to state a claim against CSXT on which relief can be granted for two independent reasons. First, the complaint does not (and cannot) allege a legally enforceable duty owed by CSXT to the plaintiffs. The existence of a duty is an element of plaintiffs' negligence claim, and in the absence of a duty, the complaint must be dismissed.

944672-1

Second, the plaintiffs' claim is completely preempted by federal law and, in particular, the Interstate Commerce Commission Termination Act of 1995 and the Federal Railroad Safety Act.

In addition, the plaintiffs have not properly served CSXT in this action. Because the complaint in this action is duplicative of two other *O'Dwyer* complaints, the plaintiffs should not be permitted to litigate this action.

Attached to this motion as **Exhibit A** is a certificate from the Louisiana Secretary of State.

**WHEREFORE**, defendant, CSX Transportation, Inc., moves this Court to dismiss the plaintiffs' complaint against CSX Transportation, Inc. in Civil Action No. 06-5786, under Fed. R. Civ. P. 12(b)(6) and 12(b)(5).

Respectfully submitted,

s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
   -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
   -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: 504-483-3224
Facsimile: 504-483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

944672-1                                                   2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall