

# United States of America
# State of Louisiana

## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

the annexed and following is a True and Correct copy of the Qualification Documents, Amendments and 2007 Annual Report of

CSX TRANSPORTATION, INC.

A VIRGINIA corporation domiciled at RICHMOND,

As shown by comparison with documents filed and recorded in this Office.

*In testimony whereof, I have hereunto set my hand and caused the Seal of my Office to be affixed at the City of Baton Rouge on,*
February 7, 2007



ABA 34105969F

*Secretary of State*

**EXHIBIT A**

CERTIFICATE SS 102 PRINTED SEAL (Rev. 11/06)

| W. Fox McKeithen<br>Secretary of State<br> | **STATEMENT OF CHANGE OF REGISTERED OFFICE, REGISTERED AGENT AND/OR PRINCIPAL BUSINESS ESTABLISHMENT IN LOUISIANA**<br>(R.S. 12:308 & 12:1350) ||
|---|---|---|
| | Foreign Corporation/Foreign Limited Liability Company<br>Enclose $25 filing fee<br>Make remittance payable to<br>Secretary of State<br>*Do Not Send Cash* | Return to: Commercial Division<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.louisiana.gov |

STATE OF  DELAWARE

PARISH/COUNTY  NEW CASTLE

Notice is given that the below named corporation/limited liability company has changed its registered office, registered agent and/or principal business establishment.

State ID#:  34105969F

Company Name:  CSX TRANSPORTATION, INC.

Complete the following sections, where applicable:

New Registered Office address:  320 Somerulos Street, Baton Rouge, LA 70802-6129

New Registered Agent and address:  Corporation Service Company

320 Somerulos Street, Baton Rouge, LA 70802-6129

(agent's address must be identical to registered office unless agent is a law partnership or an individual attorney)

New address of Principal Business Establishment in Louisiana:

320 Somerulos Street, Baton Rouge, LA 70802-6129

_____
President or Vice President/Manager or Member
(Registered agent if only registered office is changed)
Maureen Cullen, Vice President

Sworn to and subscribed before me, the undersigned Notary Public, on this date:  08/01/2005

_____          MY COMMISSION EXPIRES
Notary                                                              MAY 17, 2009
Elizabeth A. Dawson

**AGENT'S ACCEPTANCE AND ACKNOWLEDGEMENT OF APPOINTMENT**

I acknowledge and accept my appointment as agent for the above named corporation/limited liability company.

Corporation Service Company

By:  _____
Agent
Sylvia Queppet, Asst. Vice President

Sworn to and subscribed before me, the undersigned Notary Public, on this date:  08/01/2005

_____          MY COMMISSION EXPIRES
Notary                                                              MAY 17, 2009
Elizabeth A. Dawson

SS346 Rev. 03/04                    (to be filed in duplicate)                    (See Instructions on back)

35993515