UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * <br> * | JUDGE DUVAL |
| O'DWYER, NO. 06-5786 | * <br> * | MAG. WILKINSON |

**CSX CORPORATION'S MOTION FOR DISMISSAL
UNDER FED. R. CIV. P. 12(b)(2) (LACK OF JURISDICTION OVER THE PERSON)
AND FED. R. CIV. P.12(b)(5) (INSUFFICIENCY OF SERVICE OF PROCESS)**

CSX Corporation, sought to be made a defendant herein, without making an appearance or conceding jurisdiction, and with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' action against CSX Corporation in Civil Action No. 06-5786, for these reasons:

- 1 -

The one thousand or so plaintiffs in Civil Action No. 06-5786 commenced this action by filing a petition in the Civil District Court for the Parish of Orleans, State of Louisiana, Dkt. No.

944646-1

2006-8322 in that court. That original Petition names CSX Corporation in a list of defendants, but does not make any express allegations against CSX Corporation.[1]

- 2 -

The action was removed to this Court and the plaintiffs then filed a supplemental and amended petition on January 9, 2007, amending three paragraphs of the original petition, adding allegations against CSX Corporation.[2]

- 3 –

## LACK OF JURISDICTION OVER THE PERSON, RULE 12(b)(2)

This Court does not have jurisdiction over the person of CSX Corporation. CSX Corporation does not have the minimum contacts with the State of Louisiana that would subject it to the jurisdiction of this Court. The plaintiffs' action against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(2).

- 4 –

## INSUFFICIENCY OF SERVICE, RULE 12(b)(5)

The plaintiffs have failed to make proper service of the summons and complaint on CSX Corporation. Their only attempt to serve CSX Corporation was by certified mail to an officer of CSX Corporation, which is not valid service under Fed. R. Civ. P. 4(h)(1). The plaintiffs' action against CSX Corporation should therefore be dismissed under Fed. R. Civ. P. 12(b)(5).

---

[1] See the original petition at p. 20, Dkt. No. 1 in Civil Action No. 06-5786. The full name of the original petition was "Protective Petition for Compensatory and Exemplary Damages, and for Reasonable Attorney's Fees and Expenses of Litigation in a Class Action Lawsuit Filed in State Court Pursuant to the Louisiana Code of Civil Procedure."

[2] Dkt. No. 2587. The full name of the amended petition is "Plaintiffs' First Supplemental and Amending Protective Petition for Compensatory and Exemplary Damages and for Reasonable Attorney's Fee and Litigation in a Class Action Lawsuit Originally Filed in State Court Pursuant to the Louisiana Code of Civil Procedure."

944646-1                                    2

- 5 -

The basis for this motion is further stated in a supporting memorandum, attached to this motion.

- 6 -

**EXHIBITS**

Attached as an exhibit to this motion is:

**Exhibit One:** Declaration of Peter J. Shudtz, dated August 29, 2006[3]

- 7 -

CSX Corporation has filed motions to dismiss under Fed. R. Civ. P. 12(b)(2) and (5) in two other actions: Civil Action 05-4181, Dkt. No. 1046 in No. 05-4182, filed on August 29, 2006, argued on November 1, 2006, and taken under advisement, and Civil Action 06-4389, Dkt. No. 1550 in 05-4182, filed on November 8, 2006, hearing set for November 29, 2006, and continued to March 23, 2007, by the Court's Minute Entry of November 29, 2006, Dkt. No. 2034.

**WHEREFORE**, CSX Corporation moves this Court to dismiss the plaintiffs' action against CSX Corporation.

---

[3] The original Shudtz declaration is an exhibit to CSX Corporation's Motion to Dismiss in Civil Action No. 05-4181 (filed as Dkt. No. 1046 in No. 05-4182) and is incorporated hereunto by reference under Fed. R. Civ. P. 10(c). A copy from the record is attached to this motion for convenience.

944646-1                                                3

       s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
    -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
    -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: 504-483-3224
Facsimile: 504-483-2259

**ATTORNEYS FOR CSX CORPORATION**

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of February, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

       s/ Jonathan C. McCall