| | |
|---|---|
| COLLEEN BERTHELOT, ET AL.,<br>Plaintiffs | * CIVIL ACTION<br>* NO. 05-4182<br>* |
| VERSUS | * SECTION "K"<br>* Judge Duval |
| BOH BROTHERS CONSTRUCTION CO.,<br>L.L.C., ET AL.<br>Defendants | *<br>*<br>* MAGISTRATE (2)<br>* Magistrate Judge Wilkinson |
| PERTAINS TO: 05-4181-O'DWYER | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF PETER J. SHUDTZ

PETER J. SHUDTZ, under penalty of perjury, declares as follows:

1. I make the following declaration based on my own personal knowledge and my review of CSX corporate records in my capacity as Vice-President – Federal Regulation and General Counsel.

2. I am employed by CSX CORPORATION as Vice-President – Federal Regulation and General Counsel, and my duties include advising on matters related to regulatory affairs, regulatory compliance and corporate governance. As part of those duties I am required to be familiar with the type and extent of business conducted by CSX Corporation.

3. CSX Corporation is a corporation incorporated in 1978 under the laws of the Commonwealth of Virginia, with a principal place of business in the State of Florida.

4. CSX Corporation acts as a holding company and owns various subsidiaries including CSX Transportation, Inc. CSX Corporation owns all of the outstanding capital stock of CSX Transportation, Inc.

1



EXHIBIT ONE

5. CSX Corporation does not operate as a railroad, nor has it ever operated as a railroad. It was authorized by the Interstate Commerce Commission, and later the Surface Transportation Board, only to own and control common carrier railroads. CSX Corporation has never itself been a common carrier railroad.

6. CSX Corporation has never constructed, maintained, or operated any railroad rolling equipment, any railroad track, roadbed, or any other railroad equipment.

7. CSX Corporation has never been authorized to conduct business in the State of Louisiana.

8. To the best of my knowledge and based on review of available corporate records and information, CSX Corporation has never had any of the following: an office in the State of Louisiana, an officer or other employee working in the State of Louisiana, or assets in the State of Louisiana.

9. CSX Corporation does not have an agent for service of process in Louisiana. In particular, on July 20 and 21, 2006, neither Corporate Service Company nor any other entity had been appointed as agent for service of process on CSX Corporation in Louisiana.

I declare under the penalty of perjury, under the laws of the United States including 28 U.S.C. § 1746, that the foregoing is true and correct.

Date: August 29, 2006

Peter J. Shudtz