UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 "K"(2) |
| PERTAINS TO LEVEE: | * * | JUDGE DUVAL |
| O'DWYER, NO. 06-5786 | * * | MAG. WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant CSX Corporation will bring the "Motion For Dismissal Under Fed. R. Civ. P. 12(B)(5) (Insufficiency Of Service Of Process) and 12(B)(2) (Lack Of Jurisdiction Over The Person)" for a hearing before Judge Stanwood Duval of the United States District Court for the Eastern District of Louisiana, Section "K," 500 Camp Street, New Orleans, Louisiana 70130, on the 23rd day of March, 2007, at 9:30 o'clock a.m., which is the hearing date ordered by the Court in its minute entry of November 29, 2006, Dkt. No. 2034, p.3.

944646-1

1

                s/ Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
      -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
      -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, LA 70119
Telephone: 504-483-3224
Facsimile: 504-483-2259

**ATTORNEYS FOR CSX CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of February, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

                s/ Jonathan C. McCall