UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182 "K" (2)<br>* |
| PERTAINS TO LEVEE: | * JUDGE DUVAL<br>* |
| ADAMS, No. 06-4634<br>TAUZIN, No. 06-0020 | * MAG. WILKINSON<br>* |

### CSX TRANSPORTATION, INC.'S MOTION TO DISMISS
### UNDER FED. R. CIV. P. 12(b)(6) (FAILURE TO STATE A CLAIM)

CSX Transportation, Inc. ("CSXT"), sought to be made a defendant herein, with full reservation of all defenses and objections, moves this Court to dismiss the plaintiffs' complaint filed against CSX Transportation, Inc. in Civil Actions 06-4634 and 06-0020, under Fed. R. Civ. P. 12(b)(6).

The complaint in each action fails to state a claim against CSXT on which relief can be granted for two independent reasons. First, the complaint does not allege a legally enforceable duty owed by CSXT to the plaintiffs. The existence of a duty is an element of the plaintiffs' negligence claim, and in the absence of a duty the complaint must be dismissed. Second, the plaintiffs' claim is completely pre-empted by federal law, in particular the Interstate Commerce Commission Termination Act of 1995 and the Federal Railroad Safety Act.

940555_1.DOC

In deference to the Court's Minute Entry of November 29, 2006 (Dkt. No. 2034), CSXT is responding to both *Tauzin* and *Adams* in one Motion to Dismiss under Federal Rule 12(b)(6). There are differences between the complaints in the two actions, but the CSXT-specific allegations are identical.

**WHEREFORE** defendant CSX Transportation, Inc. moves this Court to dismiss the plaintiffs' complaint against CSX Transportation, Inc. in Civil Actions 06-4634 and 06-0020, under Fed. R. Civ. P. 12(b)(6).

s/Jonathan C. McCall
BRENT A. TALBOT (#19174)
JONATHAN C. MCCALL (#9227)
MICHAEL D. SPENCER (#27649)
  -of-
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 585-7075

and

ROY J. RODNEY, JR. (#02079)
JOHN K. ETTER (#25042)
  -of-
**RODNEY & ETTER, L.L.C.**
620 North Carrollton Avenue
New Orleans, Louisiana 70119
Telephone: 504-483-3224
Facsimile: 504-483-2259

**ATTORNEYS FOR CSX TRANSPORTATION, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of February, 2007, a copy of the foregoing pleading has been filed with the United States District Court for the Eastern District of Louisiana by electronic case filing/case management. All counsel of record are being served this filing by either the court's electronic filing system or by telefaxing and/or placing a copy of same in the United States mail, properly addressed and with adequate postage affixed thereon.

s/ Jonathan C. McCall