# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | ) | CIVIL ACTION |
| CONSOLIDATED LITIGATION | ) | |
| | ) | NO. 05-4182 |
| | ) | |
| PERTAINS TO:  ALL CASES | ) | Section K (Judge Duval) |
| | ) | |
| | ) | Magistrate 2 (Judge Wilkinson) |
| | ) | |

## DEFENDANTS' MOTION AND INCORPORATED
## MEMORANDUM IN SUPPORT FOR
## <u>AN EXPEDITED HEARING ON PROPOSED CASE MANAGEMENT ORDER NO. 4</u>

**NOW INTO COURT,** comes Defendants' Liaison Counsel, Ralph  S. Hubbard III, who on

behalf of all defendants, respectfully moves this Court to enter an order scheduling a hearing in open

court to discuss the proposed Case Management Order No. 4 ("CMO No. 4") on an expedited basis.

The above captioned matter involves numerous different categories of defendants with

varying and distinct interests.  These groups include architects, engineers, contractors, insurance

agents, first party insurers, third party insurers, dredgers, railroads, a nursing home, state

government agencies, local government agencies, and the United States of America.  Because each

of these groups is impacted differently by the proposed CMO No. 4, the Defendants would like an

opportunity to be heard before this Court prior to the issuance of such an order.  The defendants do

not believe that their interests can be adequately protected without such a hearing.  Accordingly, the

Defendants have asked undersigned Defendants' Liaison Counsel to respectfully request that this

Court permit the parties an opportunity to address the Court in an oral hearing regarding the

proposed CMO No. 4.

Attached to the instant motion, please find correspondence from the following with respect to

the Court's proposed CMO No. 4:

1. Exhibit A, Letter from Ralph S. Hubbard III on behalf of the Insurer Defendants;

2. Exhibit B, Letter from William D. Treeby, *et al*.  on behalf of The Orleans Levee District, The Sewerage & Water Board of New Orleans, The Board of Commissioners of the Port of New Orleans, James Construction Group, LLC, and Washington Group International;

3. Exhibit C, Letter from Robin D. Smith on behalf of the United States of America;

4. Exhibit D, Letter from Francis J. Barry, Jr. on behalf of the Peremption Contractor and Engineer Defendants;

5. Exhibit E, Letter from Brent A. Talbot, *et al*. on behalf of the Railroad Defendants;

6. Exhibit F, Letter from William H. Eckert on behalf of the Insurance Agent Defendants; and

7. Exhibit G, Letter from Michael M. Durand on behalf of Certain Louisiana State Defendants

**WHEREFORE**, Defendants respectfully urge this Court enter an order allowing the parties

to present their respective positions on the record, in open court, regarding the proposed CMO on an

expedited basis.

Respectfully submitted, this 8th day of February, 2007.


/s/ Ralph S. Hubbard, III
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com

**Defendant Liaison Counsel**
**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of February 2007 a copy of the foregoing **DEFENDANTS' MOTION AND INCORPORATED MEMORANDUM IN SUPPORT FOR AN EXPEDITED HEARING ON PROPOSED CASE MANAGEMENT NO. 4** was filed  electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

**All Known Counsel of Record**

by operation of the court's electronic filing system.


s/Ralph S. Hubbard, III
**Ralph S. Hubbard III, La. Bar No. 7040**
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:     (504) 568-1990
Facsimile:      (504) 310-9195
e-mail:          rhubbard@lawla.com