# OATS & HUDSON
ATTORNEYS AND COUNSELORS AT LAW
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

STEPHEN J. OATS[1]
WILLIAM M. HUDSON, III[1,2]
CLIFTON O. BINGHAM, JR.[1,2,3]
KENNETH M. HENKE[1]
PATRICK B. McINTIRE
MICHAEL M. DURAN, SR.[1]
LAWRENCE E. MARINO[2]
HENRY A. BERNARD, JR.
ROBIN L. JONES
ALDEN A. CLEMENT, JR.
DAVID A. PETERSON
NICOLE A. M. FONTENOT
JAMES K. McCAY, II
MONICA V. BOWERS[4]

OF COUNSEL
LARRY L. MURRAY

JAN T. VAN LOON (1945-2005)

SUITE 200
530 NATCHEZ STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 527-0960
FACSIMILE (504) 524-2823

mduran@oatshudson.com

**February 8, 2007**

SUITE 400
GORDON SQUARE
100 EAST VERMILION STREET
LAFAYETTE, LOUISIANA 70501
TELEPHONE (337) 233-1100
FACSIMILE (337) 233-1178

SUITE 550
ROUMAIN BUILDING
343 THIRD STREET
BATON ROUGE, LOUISIANA 70801
TELEPHONE (225) 383-9993
FACSIMILE (225) 383-6993

1 PROFESSIONAL LAW CORPORATION
2 ALSO ADMITTED IN TEXAS
3 ALSO ADMITTED IN THE DISTRICT OF COLUMBIA
4 ALSO ADMITTED IN TENNESSEE

**Honorable Stanwood R. Duval, Jr.**
**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street**
**C368 Hale Boggs Federal Building**
**New Orleans, Louisiana 70130**

**Ralph S. Hubbard, III**
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130

Re:   Case No. 2:05-CV-04182, In Re: Katrina Canal Breaches Litigation
      ***ST. RITA CASES***

**Hon. Judge Duval and Mr. Hubbard:**

We understand that you, Mr. Hubbard, as defendants' liaison counsel in the above-referenced consolidated Katrina cases, are today filing a motion with the Court addressing, among other things, defendants' input into the process of arriving at a Case Management Order governing disclosures, discovery, etc., in the consolidated cases. On behalf of the Louisiana State defendants (Kathleen Blanco; the State of Louisiana; Department of Transportation and Development; Johnny Bradberry; Department of Health and Hospitals; Frederick P. Cerise, M.D.; Office of the Attorney General; and Charles C. Foti, Jr.) in the St. Rita nursing home matters, we ask that you attach this letter and the request to Judge Duval that follows to your submission today.

As regards the St. Rita nursing home cases recently removed and consolidated with this master litigation (if not as to all cases wherein the State of Louisiana, its agencies and officers are made defendants), the State and its agencies and officers have yet to be shown where their motions to dismiss (for lack of subject matter jurisdiction due to sovereign immunity) are without merit, and respectfully submit that subjecting them to any participation in any disclosures or discovery mechanisms is an unwarranted imposition of time, cost, and fee obligations. Accordingly, these defendants respectfully request that, as in the last jointly proposed and agreed to provisions of the CMO, they not be required to file Initial Disclosures or participate in discovery pending rulings by the Court as to any Motions to Remand, Rule 12(b)(6) motions, or Rule 12(b)(1) motions timely filed.



EXHIBIT 6

Ralph S. Hubbard, III
February 8, 2007
Page 2

Sincerely,

OATS & HUDSON
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS

Michael M. Duran

MMD/rlr

    Shelly Dick
    Stephen Vogt
    Brent Barriere