**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | ) | CIVIL ACTION |
| CONSOLIDATED LITIGATION | ) | |
|  | ) | NO. 05-4182 |
|  | ) | |
| PERTAINS TO:  ALL CASES | ) | Section K (Judge Duval) |
|  | ) | |
|  | ) | Magistrate 2 (Judge Wilkinson) |
|  | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that Defendants' Motion for Expedited Hearing on Proposed Case Management Order No. 4 on the _____ day of February, 2007 at _____m. or as soon thereafter as counsel may be heard.

/s/ Ralph S. Hubbard, III
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com
**Defendant Liaison Counsel**

2

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of February 2007 a copy of the foregoing **DEFENDANTS' NOTICE OF HEARING** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All Known Counsel of Record**

by operation of the court's electronic filing system.

                s/Ralph S. Hubbard, III
                **Ralph S. Hubbard III, La. Bar No. 7040**
                **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
                601 Poydras Street, Suite 2775
                New Orleans, LA 70130
                Telephone:  (504) 568-1990
                Facsimile:  (504) 310-9195
                e-mail:  rhubbard@lawla.com