UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) ) | CIVIL ACTION  NO. 05-4182 |
| PERTAINS TO:  ALL CASES | ) ) ) ) | Section K (Judge Duval)  Magistrate 2 (Judge Wilkinson) |

**[PROPOSED] ORDER**

Considering the foregoing Motion and Incorporated Memorandum in Support For An Expedited Hearing on Proposed Case Management Order No. 4 ("CMO No. 4");

**IT IS HEREBY ORDERED** that the Defendants' Motion for an Expedited Hearing on proposed CMO No. 4 is GRANTED.  Oral argument in open court concerning the proposed CMO No. 4 shall take place on _____ at _____ a.m.

_____
UNITED STATES DISTRICT COURT JUDGE