UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 05-4182<br><br>Section K (Judge Duval)<br><br>Magistrate 2 (Judge Wilkinson) |
| PERTAINS TO:  ALL CASES | | |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, comes Defendants' Liaison Counsel, Ralph S. Hubbard III, who on behalf of all defendants and pursuant to Local Rule 43.1, requests oral argument on Defendants' Motion for Expedited Hearing on Proposed Case Management Order No. 4.

/s/ Ralph S. Hubbard, III
RALPH S. HUBBARD, III, T.A., La. Bar. # 7040
LUGENBUHL, WHEATON, PECK
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana  70130
Telephone:  (504) 568-1990
Facsimile:  (504) 310-9195
E-Mail:  rhubbard@lawla.com
**Defendant Liaison Counsel**

1

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of February 2007 a copy of the foregoing **DEFENDANTS' REQUEST FOR ORAL ARGUMENT** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

**All Known Counsel of Record**

by operation of the court's electronic filing system.

                                        s/Ralph S. Hubbard, III
                                        **Ralph S. Hubbard III, La. Bar No. 7040**
                                        **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
                                        601 Poydras Street, Suite 2775
                                        New Orleans, LA 70130
                                        Telephone:   (504) 568-1990
                                        Facsimile:    (504) 310-9195
                                        e-mail:        rhubbard@lawla.com