UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO: INSURANCE: *Meloncon*, 06-7962 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

**MOTION FOR JUDGMENT ON THE PLEADINGS
ON BEHALF OF REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company ("Republic"), in accordance with Rule 12(c) of the Federal Rules of Civil Procedure, and respectfully requests that this Honorable Court issue judgment on the pleadings and, thereby, dismiss the *Petition for Damages* for failure to state a cause of action against Republic, as more fully set forth in the *Memorandum in Support of Motion for Judgment on the Pleadings* filed in support of this Motion.

1

**WHEREFORE**, defendant, Republic Fire And Casualty Insurance Company, prays that the *Motion for Judgment on the Pleadings* be granted and that the *Petition for Damages* be dismissed, with prejudice, for failure to state a cause of action against Republic, with all costs of these proceedings assessed solely to plaintiff and for all such other general and equitable relief as this Honorable Court may deem just under the circumstances, including attorneys fees.

    Respectfully submitted,

    **LARZELERE PICOU WELLS
        SIMPSON LONERO, LLC**
    Suite 1100 - Two Lakeway Center
    3850 N. Causeway Boulevard
    Metairie, LA   70002
    Telephone:     (504) 834-6500
    Fax:  (504) 834-6565

    **BY:**    **/s/ Christopher R. Pennison**
            **JAY M. LONERO, T.A. (No. 20642)**
                **jlonero@lwp-law.com**
            **CHRISTOPHER R. PENNISON (No. 22584)**
                **cpennison@lwp-law.com**
            **ANGIE ARCENEAUX AKERS (No. 26786)**
                **aakers@lwp-law.com**

    **ATTORNEYS FOR REPUBLIC FIRE AND
    CASUALTY INSURANCE COMPANY AND
    REPUBLIC LLOYDS**

3

**CERTIFICATE OF SERVICE**

     I hereby certify that on this  8th  day of February, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

                                              /s/ Christopher R. Pennison