UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 |
| | SECTION: "K"(2) |
| PERTAINS TO:<br><br>INSURANCE: *Meloncon*, 06-7962 | JUDGE: DUVAL |
| | MAGISTRATE: WILKINSON |

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes defendant, Republic Fire And Casualty Insurance Company ("Republic"), and in accordance with Local Civil Rule 78.1 of the Uniform District Court Rules, respectfully request this Honorable Court to allow oral argument on the *Motion for Judgment on the Pleadings* filed under Rule 12(c) of the Federal Rules of Civil Procedure that has been noticed for hearing on the 23rd day of March, 2007, at 9:30 a.m. In accordance with Local Civil Rule 78.1, "[o]ral argument will be permitted in such cases without further order of the Court, unless the Court advises the parties, as soon as practicable, that oral argument is not necessary."

1

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:     (504) 834-6500
Fax:  (504) 834-6565

BY:    **/s/ Christopher R. Pennison**
       **JAY M. LONERO, T.A. (No. 20642)**
             **jlonero@lwp-law.com**
       **CHRISTOPHER R. PENNISON (No. 22584)**
             **cpennison@lwp-law.com**
       **ANGIE ARCENEAUX AKERS (No. 26786)**
             **aakers@lwp-law.com**

**ATTORNEYS FOR REPUBLIC FIRE AND
CASUALTY INSURANCE COMPANY AND
REPUBLIC LLOYDS**

## CERTIFICATE OF SERVICE

I hereby certify that on this  8th  day of February, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

/s/ Christopher R. Pennison

2