UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:     INSURANCE<br>         DANNY REBECCA, INC.  (06-4808) | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION AND INCORPORATED MEMORANDUM FOR LEAVE TO ALLOW
CO-COUNSEL TO ATTEND MANDATORY STATUS CONFERENCE**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Scottsdale Insurance Company, by and through undersigned counsel, who respectfully request authority from this Honorable Court to allow co-counsel to attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr.

Defendant further requests the Court's leave to have Kimberly A. Diamond, an associate of the law firm Galloway, Johnson, Tompkins, Burr & Smith, who is currently enrolled as additional counsel of record in the above matter, attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in lieu of trial counsel, Cynthia J. Thomas.  Trial

1

counsel's presence is required at previously scheduled depositions in Covington, Louisiana on February 13, 2007, which cannot be rescheduled.

Trial counsel apologizes for the delay in requesting leave of the Court to allow co-counsel to attend the mandatory status conference.  However, trial counsel anticipated that this matter would be administratively closed prior to the scheduled mandatory status conference insofar as a hearing occurred on January 24, 2007, regarding Plaintiffs' Motion for Leave to File Motion and Incorporated Memorandum in Support for Entry of an Order Administratively Closing this matter.  As it appears, though, this matter may not be administratively closed prior to the February 8, 2007, deadline to file responsive pleadings.  Therefore, out of an abundance of caution, Defendant requests leave from this Honorable Court to allow co-counsel to attend the mandatory status conference on February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr.

Defendant's requests for leave to allow co-counsel to attend the mandatory status conference is for good cause shown as Defendant's request will not cause undue delay, burden, or prejudice to opposing counsel, as alternative counsel will be vested with full authority to act on Defendant's behalf.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**

/S/ Cynthia J. Thomas
**KEVIN L. COLE, Bar No. 4248**
**CYNTHIA J. THOMAS, Bar No. 22631**
**cthomas@gjtbs.com**
#3 Sanctuary Blvd., Suite 301
Mandeville, LA 70471
Tel: (985) 674-6680
Fax: (985) 674-6681
*Attorney for defendant,*
*Scottsdale Insurance Company*

## *CERTIFICATE OF SERVICE*

I do hereby certify that I have on this 8th day of February, served a copy of the foregoing pleading on all counsel for all parties either by:

( ) Hand Delivery            ( X ) Prepaid U.S. Mail
( ) Facsimile               ( ) UPS/Federal Express
( ) Certified Mail Return Receipt Requested
( x ) Electronic Mail

s/Cynthia J. Thomas

3