UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K"(2) |
| PERTAINS TO:     INSURANCE DANNY REBECCA, INC.  (06-4808) | * * * | JUDGE DUVAL |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to Allow Co-Counsel to Attend the Mandatory Status Conference:

**IT IS ORDERED** that Kimberly A. Diamond of the law firm Galloway, Johnson, Tompkins, Burr & Smith be permitted to attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr., in lieu of trial counsel, Cynthia J. Thomas, with full authority to act on behalf of defendant, Scottsdale Insurance Company, in the above scheduled proceeding.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

_____

**J  U  D  G  E**

1

2