UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK GAMBINO and** | * | **CIVIL ACTION** |
| **LUCREZIA GAMBINO** | * | |
| | * | **NO. 06-8636 c/w 05-04182** |
| **VERSUS** | * | |
| | * | **SECTION K** |
| **THE STANDARD FIRE INSURANCE COMPANY and** | * | |
| **ALLIANCE INSURANCE AGENCY SERVICES, INC.** | * | **MAG. (2)** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**</u>

**NOW INTO COURT,** comes defendant, Alliance Insurance Agency Services, Inc., who hereby respectfully requests that this Honorable Court allow Norman F. Hodgins, III to enroll as additional counsel of record on behalf of Alliance Insurance Agency Services, Inc.

Respectfully submitted:

**UNGARINO & ECKERT L.L.C.**

*/s/ William H. Eckert*
***WILLIAM H. ECKERT (T.A.) (#18591)***
**PAUL J. HAMMER (#30540)**
**NORMAN F. HODGINS, III (#29909)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana  70002**
*Telephone:*     504/836-7556
**Fax:**          504/836-7566
[beckert@ungarino-eckert.com](mailto:beckert@ungarino-eckert.com)

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following:  Derek D. Gambino, Camille Bienvenu Poche

*/s/ William H. Eckert*
WILLIAM H. ECKERT

---