## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **FRANK GAMBINO and** | * | **CIVIL ACTION** |
| **LUCREZIA GAMBINO** | * | |
| | * | **NO. 06-8636 c/w 05-04182** |
| **VERSUS** | * | |
| | * | **SECTION  K** |
| **THE STANDARD FIRE INSURANCE COMPANY and** | * | |
| **ALLIANCE INSURANCE AGENCY SERVICES, INC.** | * | **MAG. (2)** |

**************************************************

## ORDER

**IT IS HEREBY ORDERED** that Norman F. Hodgins, III be and the same hereby is enrolled as additional counsel of record on behalf of defendant, Alliance Insurance Agency Services, Inc., in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of February, 2007.

                                        _____
                                        **JUDGE**