## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GERARD PATTERSON AND** | * | **CIVIL ACTION** |
| **MICHELLE MONROE PATTERSON** | * | |
| | * | **NO. 06-6655  c/w  05-04182** |
| **VERSUS** | * | |
| | * | **SECTION: K** |
| **AUTO CLUB FAMILY INSURANCE** | * | |
| **COMPANY AND ALLIANCE** | * | **MAG. (2)** |
| **INSURANCE AGENCY SERVICES, INC.** | * | |

******************************************

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** comes defendant, Alliance Insurance Agency Services, Inc., who hereby respectfully requests that this Honorable Court allow Norman F. Hodgins, III to enroll as additional counsel of record on behalf of Alliance Insurance Agency Services, Inc.

---

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: A. Scott Tillery and Thomas M. Richard.

*/s/ William H. Eckert*
WILLIAM H. ECKERT

---

Respectfully submitted,

**UNGARINO & ECKERT L.L.C.**

*/s/ William H. Eckert*
**WILLIAM H. ECKERT** *(#18591) - T.A.*
**NORMAN F. HODGINS, III (#29909)**
**3850 N. Causeway Blvd. - Suite 1280**
**Metairie, Louisiana  70002**
*Telephone:*    *(504) 836-7556*
**Fax:**           **(504) 836-7566**
**E-mail: beckert@ungarino-eckert.com**