**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **GERARD PATTERSON AND** | * | **CIVIL ACTION** |
| **MICHELLE MONROE PATTERSON** | * | |
| | * | **NO. 06-6655  c/w  05-04182** |
| **VERSUS** | * | |
| | * | **SECTION: K** |
| **AUTO CLUB FAMILY INSURANCE** | * | |
| **COMPANY AND ALLIANCE** | * | **MAG. (2)** |
| **INSURANCE AGENCY SERVICES, INC.** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that Norman F. Hodgins, III be and the same hereby is

enrolled as additional counsel of record on behalf of defendant, Alliance Insurance Agency

Services, Inc., in the above entitled and numbered cause.

New Orleans, Louisiana, this _____ day of February, 2007.

_____

**JUDGE**