UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | SECTION "K" (2) |
| **Pertaining to:** | |
| MELANIE PALMER | CIVIL ACTION |
| VERSUS | NO. 2006-7540 |
| ENCOMPASS INSURANCE COMPANY AND APARICIO, WALKER & SEELING | SECT. K  MAG. 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEAL**

Pursuant to the Federal Rules of Appellate Procedure, Melanie Palmer, plaintiff, hereby provides notice of her intent to appeal as follows: She is aggrieved by the Order issued by the Court on January 12, 2007, on Plaintiff's Motion to Remand, said order having been issued in the above captioned consolidated cases referred to as *In Re Katrina Canal Breaches Consolidated Litigation,* and more particularly, *Melanie Palmer versus Encompass Insurance Company and Aparicio Walker and Seeling,* and said order also being identified as: Case 2:05-cv-04182-SRD-JCW, Document 2660 on the District Court Docket.

Plaintiff, Melanie Palmer, hereby gives notice of her intent to appeal this order to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted:

S/ David E. Kavanagh
David E. Kavanagh (2019)
Weeks, Kavanagh & Rendeiro
810 Union Street, Suite 200
New Orleans, Louisiana 70112
Telephone: 504- 529-5100
Fax No.: 504-529-3700
Attorney for plaintiff
dkavanagh@wkrlaw.com

CERTIFICATE OF SERVICE

I do hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: David I. Bordelon, William Eckert, Glenn B. Adams and Michael Collins. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: N/A

S/ David E. Kavanagh
David E. Kavanagh (2019)
Weeks Kavanagh & Rendeiro
810 Union Street, Suite 200
New Orleans, Louisiana 70112
Telephone: 504- 529-5100
Fax No.: 504-529-3700
Attorney for plaintiff
dkavanagh@wkrlaw.com
