UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § | CIVIL ACTION NO. 05-4182 "K" (2) JUDGE DUVAL MAG. WILKINSON |

PERTAINS TO:
LEVEE (05-4181, 05-4182, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5161, 06-5260, 06-5308, 06-5785, 06-5786, 06-5937, 06-8708

## WASHINGTON GROUP INTERNATIONAL, INC.'S
## EX PARTE MOTION TO ENROLL COUNSEL *PRO HAC VICE*

Pursuant to Local Rule 83.2.6E, and solely for the limited purpose of this motion, and without waiving and specifically reserving all rights, defenses, and objections, undersigned counsel of record for Defendant Washington Group International, Inc. ("WGI") hereby moves for an entry of an Order enrolling Jerome R. Doak as co-counsel for WGI in the above-captioned matter.

856124v.1

- 2 -

856124v.1

Mr. Doak is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Louisiana. Mr. Doak is a member of good standing of the State Bar of Texas and the United States District Court Northern District of Texas. A certificate of good standing from the United States District Court Northern District of Texas is attached hereto as is required by Local Rule 83.2.6E. In further compliance with Local Rule 83.2.6E, an affidavit from Mr. Doak is also attached.

**WHEREFORE,** undersigned counsel for Defendant WGI prays that Jerome R. Doak be admitted *pro hac vice* as co-counsel of record for WGI in this proceeding.

Dated: February 9, 2007

Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, State Bar No. 12901
Wayne J. Lee, State Bar No. 7916
John M. Landis, State Bar No. 7958
Heather S. Lonian, State Bar No. 29956
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Of Counsel:

George T. Manning
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Phone: 404-521-3939
Fax: 404-581-8330

Adrian Wager-Zito
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 202-879-3939
Fax: 202-626-1700

*Attorneys for Defendant*
*Washington Group International*

- 3 -

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Enroll Counsel *Pro Hac Vice* has been served on all counsel of record by CM/ECF, this 9th day of February, 2007.

/s/Heather S. Lonian
Heather S. Lonian