UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § CIVIL ACTION<br>§ NO. 05-4182 "K" (2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON |

PERTAINS TO:
LEVEE (A. Vodanovich v. Boh Bros. 2:05-cv-05237)

### AFFIDAVIT OF JEROME R. DOAK

BEFORE ME, the undersigned official, personally appeared Jerome R. Doak, who is personally known to me, and being by me duly sworn according to the law upon his oath, deposed and stated:

1. My name Jerome R. Doak.

2. I am a partner in the law firm of Jones Day, 2727 N. Harwood Street, Dallas, Texas 75201. My telephone number is (214) 220-3939, and my fax number is (214) 969-5100.

3. Pursuant to the Uniform Local Rules of the United States District Courts for the State of Louisiana, Rule 83.2.6E, I am applying for permission to appear and participate as co-counsel for Washington Group International, Inc. in the above-captioned matter.

4. I am a member of good standing in the Bar of the United States District Court Northern District of Texas, as evidenced by the attached certificate.

5. I am ineligible to become a member of the Bar of this Court because I am not a member of the Bar of the State of Louisiana.

6. No disciplinary proceedings or criminal charges have been initiated against me.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Jerome R. Doak

DLI-6096907v1

STATE OF TEXAS         )
                       ) ss:
COUNTY OF DALLAS       )

    Sworn and subscribed to before me, a notary for said state and county, this 9th day of February, 2007.

                                                   Christa L. Smith
                                                Notary Public, State of Texas

My appointment expires: 7-28-09



CHRISTA L. SMITH
MY COMMISSION EXPIRES
July 28, 2009

DLI-6096907v1