# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Jerome R Doak**, Bar **#05913600**, was duly admitted to practice in said Court on **June 1, 1984**, and is in good standing as a member of the bar of said Court.

*Signed at Dallas, Texas on February 9, 2007.*

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk