UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182 "K-2"** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |
| | * | |
| **PERTAINS TO:  INSURANCE** | * | |
| | * | |
| **CONNIE ABADIE, ET AL** | * | |
| **06-5164** | * | |
| | * | |
| *    *    *    *    *    *  | * | |

### MOTION FOR LEAVE OF COURT TO FILE ANSWER
### TO PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT


**NOW INTO COURT**, through undersigned counsel, come defendants, American Zurich

Insurance Company, Assurance Company of America, Colonial American Casualty and Surety

Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American

Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties

London Limited, who seek leave of court to file their Answer to Plaintiffs' First Supplemental

and Amending Complaint.

Defendants timely filed an answer to plaintiff's main demand but inadvertently neglected

to answer plaintiffs' First Supplemental and Amending Complaint. Zurich represents that filing

this answer will not prejudice any of the parties.

**WHEREFORE**, defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, pray that they be granted leave of court to file their Answer to Plaintiffs' First Supplemental and Amending Complaint.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING, T.A. (#25128)**
**DAVID M. MORAGAS (#29633)**
**GALLOWAY, JOHNSON, TOMPKINS,**
    **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendants,*
*American Zurich Insurance Company,*
*Assurance Company of America,*
*Colonial American Casualty and Surety Company,*
*ZC Sterling Corporation,*
*Zurich American Insurance Company,*
*Zurich American Insurance Company of Illinois,*
*Zurich International (Bermuda) Limited and*
*Zurich Specialties London Limited*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record for plaintiffs, Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, by depositing same in the United States Mail, properly addressed and postage prepaid, this 9th day of February, 2007.

*/s/ Richard E. King*

**RICHARD E. KING**