UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.: 05-4182 "K-2" |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| CONNIE ABADIE, ET AL 06-5164 | * * * | |
| *    *    *    *    *    *    * | | |

## ANSWER AND AFFIRMATIVE DEFENSES

**NOW INTO COURT**, through undersigned counsel, come defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited (hereinafter collectively referred to as "Zurich"), who, in response to the First Supplemental and Amending Complaint filed by plaintiffs respectfully answer as follows:

# ANSWER

1.

The allegations contained in Paragraph 1. of plaintiffs' Petition do not require a response by Zurich. However, out of an abundance of caution, to the extent that the allegations contained in Paragraph 1. of plaintiffs' Petition allege that Zurich is liable for damages as a result of Hurricane Katrina or its aftereffects, those allegations are denied.

2.

The allegations contained in Paragraph 2. of plaintiff's Petition are denied.

3.

The allegations contained in the Paragraph beginning "WHEREFORE" of plaintiffs' First Supplemental and Amending Complaint are denied.

4.

Zurich re-avers and re-alleges any and all other answers, defenses, affirmative defenses, and other responses of their Answer to the Original Petition for Damages as if copied herein *in extenso*.

**WHEREFORE**, having fully answered, defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, pray that their Answer be deemed good and sufficient and demand judgment in their

favor dismissing the claims of plaintiffs, with prejudice, at plaintiff's sole cost, for trial by jury and for all other general and equitable relief, including, but not limited to, all reasonable attorneys' fees.

        Respectfully submitted,

        */s/ Richard E. King*

        **RICHARD E. KING, T.A. (#25128)**
        **DAVID M. MORAGAS (#29633)**
        **GALLOWAY, JOHNSON, TOMPKINS,**
            **BURR & SMITH**
        701 Poydras Street, Suite 4040
        New Orleans, Louisiana  70139
        Telephone: (504) 525-6802
        Facsimile:  (504) 525-2456

        *Counsel for Defendants,*
        *American Zurich Insurance Company,*
        *Assurance Company of America,*
        *Colonial American Casualty and Surety Company,*
        *ZC Sterling Corporation,*
        *Zurich American Insurance Company,*
        *Zurich American Insurance Company of Illinois,*
        *Zurich International (Bermuda) Limited and*
        *Zurich Specialties London Limited*

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon counsel of record for plaintiffs, Joseph M. Bruno, 855 Baronne Street, New Orleans, Louisiana 70113, by depositing same in the United States Mail, properly addressed and postage prepaid, this 9th day of February, 2007.

        */s/ Richard E. King*

        **RICHARD E. KING**