UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: <u>McKnight</u>, No. 06-7687 | JUDGE DUVAL<br>MAG. WILKINSON |

### **ORDER**

The captioned case has recently been transferred to Section K and Magistrate Judge Section 2. Accordingly, defendant's Motion to Compel Answers to Interrogatories and Request for Production of Documents, Record Doc. No. 3055, previously set for hearing before Magistrate Judge Chasez, will be determined on the briefs <u>without</u> oral argument on my **February 14, 2007** motion docket.

New Orleans, Louisiana, this   9th   day of February, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE