FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -8  PM 4: 01

LORETTA G. WHYTE
CLERK

February 8, 2007

Hon. Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District
500 Poydras Street
New Orleans, LA 70130

      RE:    Colleen Berthelot, et al v.
              Boh Brothers Construction Co., LLC, et al
              CA No. 05-4182
              Section AK@(2) Cons. Katrina Canal
              Relating to CA 06-2545 and CA 06-5155
              U.S.D.C., Eastern District of Louisiana

Dear Ms. Whyte:

      Enclosed herewith are duplicate originals of three summonses directed to Gulf Group, Inc. of Florida. Please reissue this summonses and return an original and a return copy of each to me for service on the defendant.

      Thank you for your usual courtesy and cooperation in this regard.

                    Very truly yours,

                    /s/ John W. DeGravelles

                    John W. deGravelles

JWd:cma
Enclosures-As Stated

**DICTATED BUT NOT READ.**

_____ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____