UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO. 05-4182 |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: | * | JUDGE DUVAL |
| 05-4181, 05-4182, 05-5237, 05-6073, 05-6314, | * | |
| 05-6324, 05-6327, 06-0020, 06-225, 06-886, | * | MAGISTRATE WILKINSON |
| 06-2278, 06-2287, 06-2545, 06-2346 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### GOVERNMENT DEFENDANTS', THE ORLEANS LEVEE DISTRICT AND THE SEWERAGE AND WATER BOARD OF NEW ORLEANS, MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO AMEND/ALTER JUDGMENT AND/OR TO CERTIFY THE JUDGMENT FOR IMMEDIATE APPEAL

NOW INTO COURT, through undersigned counsel, come government defendants, The Orleans Levee District (hereinafter "OLD") and The Sewerage and Water Board of New Orleans (hereinafter "SWBNO"), who move this Court for leave to file the attached Reply Memorandum to address plaintiffs' erroneous argument that OLD's and SWBNO's Rule 59 motion is untimely. Apparently, plaintiffs, when counting the ten (10) day time period failed to take into account two holidays, New Years day (01/01/07) and Martin Luther King, Jr.'s birthday (01/15/07). These holidays would not count toward the ten (10) day time period for filing a Rule 59 motion under Federal Rule of Civil Procedure 6.

WHEREFORE, government defendants, The Orleans Levee District and The Sewerage and Water Board of New Orleans, pray that this Court grant them leave to file the attached Reply

Memorandum in Support of their Motion to Alter/Amend, or Alternatively Certify Judgment for Immediate Appeal

Respectfully submitted:                                    Respectfully Submitted:

s/Kyle P. Kirsch                                           s/George Simno, III
THOMAS P. ANZELMO, T.A. (#2533)                            GEORGE SIMNO, III (#12271)
MARK E. HANNA (#19336)                                     GERARD M. VICTOR (# 9815)
KYLE P. KIRSCH (#26363)                                    625 St. Joseph St., Room 201
ANDRE J. LAGARDE (#28649)                                  New Orleans, LA 70165
McCRANIE, SISTRUNK, ANZELMO,                               Telephone: (504) 529-2837
HARDY, MAXWELL & McDANIEL                                  Facsimile: (504) 585-2455
3445 N. Causeway Boulevard, Ste. 800                       ATTORNEYS FOR DEFENDANT
Metairie, LA 70002                                         THE SEWERAGE AND WATER BOARD
Telephone: (504) 831-0946                                  OF NEW ORLEANS
Facsimile: (504) 831-2492
        -and-
JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT,
THE ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

   I hereby certify that on February 12, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch

F:\docs\StPaul\Orleans Levee District - Hurricane Katrina\CASE MANAGEMENT\ReplyOLDMtnCertify004.wpd