UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K" (2) |
| PERTAINS TO:<br>05-4181, 05-4182, 05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 06-0020, 06-225, 06-886,<br>06-2278, 06-2287, 06-2545, 06-2346 | * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

IT IS HEREBY ORDERED that defendants' Motion for Leave to file the attached *Reply Memorandum in Support of Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal* is GRANTED and that the attached *Reply Memorandum in Support of Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal* be filed into the record of the captioned matter.

New Orleans, Louisiana, this _____ day of February, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE