UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO:<br>05-4181, 05-4182, 05-5237, 05-6073, 05-6314,<br>05-6324, 05-6327, 06-0020, 06-225, 06-886,<br>06-2278, 06-2287, 06-2545, 06-2346 | *<br>*<br>*<br>* | JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### GOVERNMENT DEFENDANTS', THE ORLEANS LEVEE DISTRICT AND THE SEWERAGE AND WATER BOARD OF NEW ORLEANS REPLY MEMORANDUM IN SUPPORT OF MOTION TO AMEND/ALTER JUDGMENT AND/OR TO CERTIFY THE JUDGMENT FOR IMMEDIATE APPEAL

NOW INTO COURT, through undersigned counsel, come government defendants, The Orleans Levee District (hereinafter sometimes referred to as "OLD") and The Sewerage and Water Board of New Orleans (hereinafter sometimes referred to as "SWBNO"), who submit the following Reply Memorandum In Support of their *Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal*:

**I.   OLD & SWBNO's MOTION WAS TIMELY FILED AS FEDERAL RULE OF CIVIL PROCEDURE 6 INSTRUCTS THAT WEEKENDS AND HOLIDAYS ARE EXCLUDED FROM COMPUTATION OF TIME WHEN THE TIME PERIOD IS LESS THAN ELEVEN (11) DAYS:**

Federal Rule of Civil Procedure 6 provides that when "computing any period of time prescribed or allowed by these rules . . . the day of the act, event, or default from which the designated time period of time begins **shall not be included**." (Emphasis added). Thus, December

1

29, 2006 the day the Court denied OLD's and SWBNO's Motion to Dismiss is not counted. Moreover, Rule 6 further provides in pertinent part that "[w]hen the time period is less than 11 days, intermediate Saturdays, Sundays, and legal holidays **shall be excluded in the computation**." (emphasis added).

The time to file a Rule 59 motion is under eleven (11) days making it subject to the above provision. Therefore, the first day that defendants' time to file its Rule 59 motion started running was January 2, 2007 since Saturday, December 30, 2006 and Sunday December 31, 2006 are "intermediate Saturday, Sundays,"[1] and Monday, January 1, 2007 (New Years Day) is a holiday.[2] Counting the number of days results in the following computation:

|  |  |
|---|---|
| Day 1 | January 2, 2007 |
| Day 2 | January 3, 2007 |
| Day 3 | January 4, 2007 |
| Day 4 | January 5, 2007 |

January 6th and 7th are excluded as they are "intermediate Saturday, Sundays . . . ."[3] The days of the next week that are counted would be:

|  |  |
|---|---|
| Day 5 | January 8, 2007 |
| Day 6 | January 9, 2007 |
| Day 7 | January 10, 2007 |
| Day 8 | January 11, 2007 |
| Day 9 | January 12, 2007 |

---

[1] *See* Fed. Rule of Civ. Pro. 6.

[2] Exhibit A (January 2007 Calendar demostrating that January 1, 2007 was New Years day and that January 15, 2007 was Martin Luther King, Jr.'s birthday.)

[3] *See* Fed. Rule of Civ. Pro. 6.

January 13th and 14th would be excluded because they are "intermediate Saturday, Sundays . . .."[4] Moreover, January 15th would also be excluded from the Rule 59 computation because it is a holiday that is specifically mentioned in both Rule 6 and Rule 77, "Martin Luther King, Jr.'s birthday."[5] Therefore, day ten (10), the last day to file a Rule 59 motion, falls on:

               Day 10               January 16, 2007

OLD and SWBNO filed their *Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal* on January 16, 2007, the tenth day, making their motion timely. Therefore, plaintiffs' argument that "a quick count of the calendar days" demonstrates that "the motion was not filed in a timely fashion" is without merit and should be rejected.

Plaintiffs perhaps make this meritless argument because they have no real opposition to the merits of defendants' *Motion To Amend/Alter Judgment and/or to Certify the Judgment for Immediate Appeal*. Amazingly, plaintiffs do not address the issue of certification in their opposition and they simply ignore the new decisions interpreting the immunity provided by La. R.S. 29:735. OLD and SWBNO respectfully submit that the plaintiffs' failure to address the new jurisprudence, or the certification issue is indicative of the lack merit of their opposition has, and therefore, this Court should grant OLD's and SWBNO's motion and dismiss plaintiffs' claims with prejudice, or certify this ruling for immediate appeal.

---

[4]*See* Fed. Rule of Civ. Pro. 6.

[5]*See* Fed. Rule of Civ. Pro. 6; See also Exhibit A (January 2007 Calendar demostrating that January 1, 2007 was New Years day and that January 15, 2007 was Martin Luther King, Jr.'s birthday.)

3

## II.   CONCLUSION:

WHEREFORE, Defendants, OLD and SWBNO, pray that this Court grant their Motion to Alter/Amend its decision and dismiss plaintiffs' claims against them with prejudice, or alternatively, grant their motion certifying this matter as immediately appealable.

Respectfully submitted:                                   Respectfully Submitted:

s/Kyle P. Kirsch                                                   s/George Simno, III
THOMAS P. ANZELMO, T.A. (#2533)          GEORGE SIMNO, III (#12271)
MARK E. HANNA (#19336)                           GERARD M. VICTOR (# 9815)
KYLE P. KIRSCH (#26363)                             625 St. Joseph St., Room 201
ANDRE J. LAGARDE (#28649)                     New Orleans, LA 70165
McCRANIE, SISTRUNK, ANZELMO,            Telephone:  (504) 529-2837
HARDY, MAXWELL & McDANIEL                Facsimile:  (504) 585-2455
3445 N. Causeway Boulevard, Ste. 800           ATTORNEYS FOR DEFENDANT
Metairie, LA   70002                                         THE SEWERAGE AND WATER BOARD
Telephone:  (504) 831-0946                             OF NEW ORLEANS
Facsimile:  (504) 831-2492
           -and-
JAMES L. PATE (#10333)
BEN L. MAYEAUX (#19042)
Laborde & Neuner
One Petroleum Center
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA 70505-2828
Telephone: (337) 237-7000
ATTORNEYS FOR DEFENDANT,
THE ORLEANS LEVEE DISTRICT

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.

/s/Kyle P. Kirsch