# JANUARY

|  | SUNDAY | MONDAY | TUESDAY |
|---|---|---|---|

**DECEMBER 2006**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 |  |  |  |  |  |  |

Things to Do _____

**FEBRUARY 2007**

(calendar grid)

**1** NEW YEARS DAY — 001/364
**2** — 002/363

**MARCH 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**7** — 007/358
**8** — 008/357
**9** — 009/356

**APRIL 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |  |  |  |  |  |

**14** — 014/351
**15** MARTIN LUTHER KING, JR. BIRTHDAY (USA) — 015/350
**16** — 016/349

**MAY 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |  |  |

**21** — 021/344
**22** — 022/343
**23** — 023/342

**JUNE 2007**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**28** — 028/337
**29** — 029/336
**30** — 030/335

EXHIBIT A

# 2007

| WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| | | | |
| 3 *FULL MOON* 003/362 | 4  004/361 | 5  005/360 | 6  006/359 EPIPHANY |
| 10  010/355 | 11  *LAST QUARTER*  011/354 | 12  012/353 | 13  013/352 |
| 17  017/348 | 18  018/347 | 19  *NEW MOON*  019/346 | 20  020/345 |
| 24  024/341 | 25  *FIRST QUARTER*  025/340 | 26  026/339 | 27  027/338 |
| 31  031/334 | Notes | | |