UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br>No. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE<br>(Imperial Trading, et al. No. 06-4262) | * <br> * <br> * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### TRAVELERS' UNOPPOSED MOTION AND INCORPORATED MEMORANDUM TO CONTINUE TELEPHONIC STATUS CONFERENCE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Travelers Property Casualty Company of America ("Travelers"), who respectfully moves for the entry of an order continue the telephonic status conference currently set for February 13, 2007 at 4:00 p.m. On Friday, February 9, 2007, counsel for Travelers learned that a status conference had been set in this matter for Tuesday, February 13, 2007, at 4:00 p.m. Counsel for Travelers is in depositions in Dallas, Texas and the other attorney who is actually involved in this case is in depositions in New York. While counsel attempted to see if one of them could participate, it became apparent that either could not. Therefore, upon conferring with the judge's chambers, it was suggested that counsel for

Travelers file a formal motion requesting the court to reset the telephonic status conference. Counsel for plaintiffs has been contacted and has no objection to the filing of this motion.

Respectfully submitted,

s/Joseph P. Guichet
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**JOSEPH P. GUICHET, La. Bar # 24441**
**LUGENBUHL, WHEATON, PECK,**
**RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Travelers Property Casualty Company of America**

### CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, a copy of Travelers' Motion and Incorporated Memorandum to Continue Telephonic Status Conference was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

s/Joseph P. Guichet