UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION No. 05-4182 "K"(2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE (Imperial Trading, et al. No. 06-4262) | * * * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## CERTIFICATE OF COUNSEL

The undersigned hereby certifies to the Court that he has advised his client that it has consented to the motion to continue the status conference and his client has been provided with a copy of the Unopposed Motion and Incorporated Memorandum to Continue the Telephonic Status Conference.

#162180v1<Lugenbuhl> -continue status conf.wpd

Respectfully submitted,

s/Joseph P. Guichet
**RALPH S. HUBBARD, III, La. Bar. # 7040**
**JOSEPH P. GUICHET, La. Bar # 24441**
**LUGENBUHL, WHEATON, PECK,**
  **RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
**Attorneys for Travelers Property Casualty Company of America**

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2007, a copy of the Certificate of Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all attorneys on the court's electronic listing by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to those attorneys listed by the court as non-CM/ECF participants.

s/Joseph P. Guichet