UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION<br>No. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| PERTAINS TO:   INSURANCE<br>(Imperial Trading, et al. No. 06-4262) | * <br> * <br> * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### ORDER

Considering the foregoing Unopposed Motion and Incorporated Memorandum to Continue Telephonic Status Conference,

**IT IS ORDERED** that the telephonic status conference is hereby continued.

**IT IS FURTHER ORDERED** that the telephonic status conference will be reset by this Honorable Court on the _____ day of _____, 2007 at _____ o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE