

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -7 AM 11: 52

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER | CIVIL ACTION NO. |
| OF THE | **06-8922** |
| COMPLAINT OF LUHR BROS., INC., AS OWNER OF SPUD BARGE L-1101, SPUD BARGE L-1103 AND M/V MICHAEL A AND AS OWNER *PRO HAC VICE* OF M/V CHARLIE B PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | SECTION MAGISTRATE **SECT. K MAG. 2** c/w 05-4182 |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER TO DEPOSIT $250.00 INTO REGISTRY OF COURT IN LIEU OF COST BOND

Considering the *Ex Parte* Motion to Deposit $250.00 Into Registry of Court in Lieu of Cost Bond, With incorporated Memorandum in Support filed on behalf of Complainant-in-Limitation, Luhr Bros., Inc.,

**IT HEREBY IS ORDERED** that Petitioner, Luhr Bros., Inc., be and hereby is granted permission to deposit the sum of $250.00 into the Registry of the Court, pursuant to Local Civil



Fee_____
Process_____
X Dktd_____
__ CtRmDep_____
__ Doc. No._____

- 1 -

- 2 -

Rule 67.1, as security for costs in lieu of a stipulation or bond for costs, as allowed by Local Admiralty Rule 65.1.1;

**THUS DONE AND SIGNED** in New Orleans, Louisiana, this 6th day of ~~October~~ February 2006.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA