...

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE ABADIE, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 06-5164 |
| AEGIS SECURITY INSURANCE CO., ET AL. | * | SECTION: K |
| | * | MAGISTRATE 2 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR SUMMARY JUDGMENT ON BEHALF OF NATIONAL FIRE & INDEMNITY EXCHANGE TO DISMISS PLAINTIFFS' CLAIMS FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, National Fire & Indemnity Exchange, which, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Honorable Court to enter Summary Judgment in its favor, dismissing Plaintiffs' claims for damages, with prejudice, at Plaintiffs' cost, for all of the reasons more fully set forth in the accompanying Memorandum.

**WHEREFORE**, Defendant, National Fire & Indemnity Exchange, respectfully requests that this Honorable Court grant its Motion for Summary Judgment, dismissing all Plaintiffs' claims for damages against it, with prejudice, and at Plaintiffs' cost; and for all general and equitable relief.

Respectfully submitted,

**CURRY & FRIEND,**
**A Professional Law Corporation**

BY: _____
RENE' A. CURRY, JR. (#4670)
**CHRISTOFFER C. FRIEND (#1888)**
**GUY C. CURRY (#22032)**
**BRETT F. WILLIE (#26755)**
228 St. Charles Avenue
1200 Whitney Bank Building
New Orleans, Louisiana 70130
Telephone: (504) 524-8556

**Attorneys for National Fire & Indemnity Exchange**

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing Motion for Summary Judgment on behalf of National Fire & Indemnity Exchange to Dismiss Plaintiffs' Claims for Damages has been served upon counsel for Plaintiffs, by facsimile transmission and/or by certified mail, return receipt requested, postage prepaid, and properly addressed on this 8th day of February, 2007.

_____
RENE A. CURRY, JR.

F:\C&F\26-402\Pleadings\MSJ to Dsmiss and Memo.doc

- 6 -