# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-5164** |
| | * | |
| **AEGIS SECURITY INSURANCE CO., ET AL.** | * | **SECTION: K** |
| | * | |
| | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

TO:   Joseph M. Bruno, Esq.
       Bruno & Bruno
       855 Baronne Street
       New Orleans, Louisiana  7113

**PLEASE TAKE NOTICE** that undersigned counsel for Mover, National Fire & Indemnity Exchange, will bring on for hearing the accompanying Motion for Summary Judgment on behalf of National Fire & Indemnity Exchange to Dismiss Plaintiffs' Claims for Damages, before this Honorable Court on the **21st day of March, 2007, at 9:30 a.m.** at the United States District Court for the Eastern District of Louisiana located at 500 Camp Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**CURRY & FRIEND,**

**A Professional Law Corporation**

BY: _____
RENE' A. CURRY, JR. (#4670)
CHRISTOFFER C. FRIEND (#1888)
GUY C. CURRY (#22032)
BRETT F. WILLIE #26755
228 St. Charles Avenue
1200 Whitney Bank Building
New Orleans, Louisiana 70130
Telephone: (504) 524-8556

**Attorneys for National Fire & Indemnity Exchange**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing Motion for Summary Judgment on behalf of National Fire & Indemnity Exchange to Dismiss Plaintiffs' Claims for Damages has been served upon counsel for Plaintiffs, by facsimile transmission and/or by certified mail, return receipt requested, postage prepaid, and properly addressed on this 8th day of February, 2007.

_____
RENE A. CURRY, JR.

F:\C&F\26-402\Pleadings\Notice of Hearing.doc