UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CONNIE ABADIE, ET AL.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 06-5164** |
| | * | |
| **AEGIS SECURITY INSURANCE CO., ET AL.** | * | **SECTION: K** |
| | * | |
| | * | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S STATEMENT OF UNCONTESTED FACTS

**NOW INTO COURT** through undersigned counsel, comes Defendant/Mover herein, National Fire & Indemnity Exchange ("NIE"), who, in conjunction with the accompanying Motion for Summary Judgment, submit the following Statement of Uncontested Facts:

A. Plaintiffs are/were Louisiana residents who owned mostly residential property in the City of New Orleans and surrounding Parishes which was destroyed or seriously damaged by the effects of Hurricane Katrina.

B. Plaintiffs were the holders of homeowner's insurance policies issued by numerous foreign insurers domiciled in various states and doing business in the State of Louisiana.

C. Plaintiffs' homeowner's insurance policies insured mostly residential properties in the State of Louisiana.

D. Plaintiffs allege that NIE, in addition to numerous other Defendant insurance companies, issued homeowner's insurance policies to them.

- 2 -

E. Plaintiffs allege that they possessed policies of homeowner's insurance, issued by NIE and other Defendants, which were in effect at the time Plaintiffs claim losses from the effects of Hurricane Katrina.

F. NIE is not now, nor has it ever been in the business of providing homeowner's insurance coverage in the State of Louisiana or any other state.

G. NIE has never issued a policy of homeowner's insurance to any of the named plaintiffs in this matter.

H. NIE is a reciprocal exchange for a group of fabricare business owners (dry cleaning establishments) who pool their resources to essentially insure one another by paying a premium to purchase insurance from their Exchange.

I. NIE extends insurance coverage only to subscribing dry cleaning business establishments who become subscribers to the Exchange.

J. None of the numerous named plaintiffs in this matter has made a claim to NIE for coverage of any losses to any dry cleaning business which was damaged as result of Hurricane Katrina and which was insured through NIE.

Respectfully submitted,

**CURRY & FRIEND,**
**A Professional Law Corporation**

BY: *Rene' A. Curry Jr.* (signature)

**RENE' A. CURRY, JR. (#4670)**
**CHRISTOFFER C. FRIEND (#1888)**
**GUY C. CURRY (#22032)**
**BRETT F. WILLIE (#26755)**
**228 St. Charles Avenue**
**1200 Whitney Bank Building**
**New Orleans, Louisiana 70130**
**Telephone: (504) 524-8556**

**Attorneys for National Fire & Indemnity Exchange**

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the above and foregoing Motion for Summary Judgment on behalf of National Fire & Indemnity Exchange to Dismiss Plaintiffs' Claims for Damages has been served upon counsel for Plaintiffs, by facsimile transmission and/or by certified mail, return receipt requested, postage prepaid, and properly addressed on this 8th day of February, 2007.

*Rene' A. Curry Jr.* (signature)
RENE A. CURRY, JR.