UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO: INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS
IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Xavier University of Louisiana ("Xavier") respectfully submits this Statement of Uncontested Material Facts in Support of its Motion for Partial Summary Judgment:

1. Xavier procured from Travelers a policy bearing number Y-630-528d9763-TIL-04 ("the Policy"), a copy of which is attached hereto as Exhibit 1.

2. The Policy contained a Deluxe Property Coverage Form that provided "all risks" coverage "for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss."

1

3. Hurricane Katrina struck the City of New Orleans on August 29, 2005, causing substantial damage to Xavier's campus.

4. Xavier made demand on Travelers to adjust its losses arising out of Hurricane Katrina.

5. Travelers failed to pay a single penny in coverage until after Xavier commenced the instant litigation in February 2006.

6. On November 27, 2006, this Court held that the "water damage" exclusion contained in the Policy was ambiguous and excluded only those damages caused by naturally occurring events. *See* Record Doc. No. 1803.

          Respectfully Submitted:

          /s/ James M. Garner
          JAMES M. GARNER, #19589
          DARNELL BLUDWORTH, #18801
          TIMOTHY B. FRANCIS, #14973
          KEVIN M. MCGLONE, #28145
          **SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
          909 Poydras St., 28th Floor
          New Orleans, LA   70112
          Telephone:  504-299-2100
          Facsimile: 504-299-2300
          COUNSEL FOR XAVIER UNIVERSITY OF LOUISIANA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

>Ralph S. Hubbard, III
>Simeon B. Reimonenq, Jr.
>601 Poydras St., Suite 2775
>New Orleans, LA   70130
>Attorneys for Travelers Property Casualty Company of America

　　　　　　　　　　　　　　　　　　  /s/ James M. Garner
　　　　　　　　　　　　　　　　　　JAMES M. GARNER