**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

INSTITUTIONAL
COMMON POLICY DECLARATIONS
ISSUE DATE: 10/28/04

POLICY NUMBER: Y-630-528D9763-TIL-04

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

1. NAMED INSURED AND MAILING ADDRESS:
   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A
   NEW ORLEANS, LA 70125-1098

2. POLICY PERIOD: From 09/01/04 to 09/01/05 12:01 A.M. Standard Time at
                                           your mailing address.

3. LOCATIONS
     Premises  Bldg.
     Loc. No.  No.  Occupancy              Address

     SEE IL T0 03

4. COVERAGE PARTS FORMING PART OF THIS POLICY AND INSURING COMPANIES:
   DELUXE PROPERTY COVERAGE PART DECLARATIONS          DX T0 00 09 98 TIL

5. NUMBERS OF FORMS AND ENDORSEMENTS
   FORMING A PART OF THIS POLICY:   SEE IL T8 01 10 93

6. SUPPLEMENTAL POLICIES: Each of the following is a separate policy
                          containing its complete provisions:
   Policy                        Policy No.              Insuring Company

   DIRECT BILL
7. PREMIUM SUMMARY:
   Provisional Premium   $ 388,783
   Due at Inception      $
   Due at Each           $

NAME AND ADDRESS OF AGENT OR BROKER:           COUNTERSIGNED BY:
   GILLIS ELLIS & BAKER INC (EP771)
   1615 POYDRAS STREET  STE 600                _____
   NEW ORLEANS, LA 701121238                   Authorized Representative

                                               DATE: _____

IL T0 02 11 89    PAGE 1 OF 1
OFFICE: NEW ORLEANS


EXHIBIT
1

CERTIFIED POLICY

The policy to which this certification is affixed is a true and accurate copy of
the policy contained in company records and used in the regular course of
business as of the date shown below. No representation or warranty is made
that this policy is complete in all respects to the policy issued.

No insurance is afforded by this copy.

*Travelers Property Casualty Company of America*

Name of Insuring Company                *H.E. Tobin*

6310-528D9763

Policy Number                           Date: 3-10-06



**ST PAUL TRAVELERS**

## COMMERCIAL INSURANCE

**A Custom Insurance Policy Prepared for:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A
NEW ORLEANS LA 70125-1098

Presented by:  GILLIS ELLIS & BAKER INC

TRAV 000383

# COMMON POLICY CONDITIONS—DELUXE

All Coverage Parts included in this policy are subject to the following conditions:

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy or any Coverage part by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. If the policy is cancelled, that date will become the end of the policy period. If a Coverage Part is cancelled, that date will become the end of the policy period as respects that Coverage Part only.

   Cancellation will not affect coverage on any shipment in transit on the date of the cancellation. Coverage will continue in full force until such property is delivered and accepted.

5. If this policy or any Coverage Part is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy terms can be amended or waived only by endorsement issued by us as part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes, or standards

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. We compute all premiums for this policy in accordance with our rules, rates, rating plans, premiums and minimum premiums. The premium shown in the Declarations was computed based on rates and rules in effect at the time the policy was issued. On each renewal continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

IL T3 18 01 04

TRAV 000384

### F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have rights and duties but only with respect to that property.

### G. WHEN WE DO NOT RENEW

If we decide not to renew this policy we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 60 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient- sufficient proof of notice.

### H. DELUXE PROPERTY COVERAGE PART–REFERENCE TO FORMS AND ENDORSEMENTS

In some instances, the Deluxe Property Declarations- Declarations may list endorsements included in the Deluxe Property Coverage Part that reference:

1. The Commercial Property Coverage Part;

2. The Commercial Inland Marine Coverage Part;

3. Commercial Property forms including, but not limited to, the following:

   a. Building and Personal Property Coverage Form;

   b. Business Income Coverage Form;

   c. Commercial Property Conditions;

   d. Causes of Loss–Special Form

   e. Causes of Loss–Earthquake Form.

4. Commercial Inland Marine Forms including but not limited to the Transportation Coverage–Special Form

Endorsements referencing the Commercial Property Coverage Part, Commercial Inland Marine Coverage Part, Commercial Property Forms, or Commercial Inland Marine Forms apply to the Deluxe Property Coverage Part in the same manner as they apply to the Forms they reference.

### I. INSURANCE UNDER TWO OR MORE COVERAGE PARTS

If two or more of this policy's Coverage Parts apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

This policy consists of the Common Policy Declaration and the Coverage Parts and endorsements listed in that declarations form.

In return for payment of the premium, The Travelers agrees with the Named Insured to provide the insurance afforded by a Coverage Part forming part of this policy. That insurance will be provided by the company indicated as insuring company in the Common Policy Declarations by the abbreviation of its name opposite that Coverage Part.

The companies listed below (each a stock company), have executed this policy, but it is valid only if countersigned on the Common Policy Declarations by our authorized representative.

The Travelers Indemnity Company (IND)
The Phoenix Insurance Company (PHX)
The Charter Oak Fire Insurance Company (COF)
Travelers Property Casualty Company of America (TIL)
The Travelers Indemnity Company of Connecticut (TCT)
The Travelers Indemnity Company of America (TIA)

General Counsel & Secretary

Chairman of the Board & Chief Executive Officer

IL T3 18 01 04

TRAV 000385


**ST PAUL TRAVELERS**

POLICY NUMBER: Y-630-528D9763-TIL-04

EFFECTIVE DATE: 09-01-04

ISSUE DATE: 10-28-04

LISTING OF FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS

THIS LISTING SHOWS THE NUMBER OF FORMS, SCHEDULES AND ENDORSEMENTS
BY LINE OF BUSINESS.

```
IL T0 02 11 89    COMMON POLICY DECLARATIONS
IL T8 01 10 93    FORMS, ENDORSEMENTS AND SCHEDULE NUMBERS
IL T3 18 01 04    COMMON POLICY CONDITIONS-DELUXE
IL T0 03 04 96    LOCATION SCHEDULE
```

DELUXE PROPERTY

```
DX T0 00 09 98    DELUXE PROPERTY COV PART DECLARATIONS
DX 00 03 07 94    DELUXE PROP COV PART SCHED-SPECIF LIMITS
DX 00 01 07 94    MORTGAGEE HOLDER SCHEDULE
DX T3 37 03 98    WINDSTORM OR HAIL DEDUCTIBLES
DX 00 04 03 98    TABLE OF CONTENTS - DELUXE PROP COV PART
DX T1 00 03 98    DELUXE PROPERTY COVERAGE FORM
DX T2 00 03 98    DELUXE EX EXP COV FORM COLLEGE & SCHOOLS
DX T2 01 03 98    DELUXE BI COV FORM AND EE COLLEGES & SCH
DX T3 01 03 98    CAUSES OF LOSS - EARTHQUAKE
DX T3 79 03 98    LOSS PAYABLE PROVISIONS
DX T4 02 11 02    TERRORISM RISK INS ACT 2002 DISCLOSURE
DX 01 16 02 04    LOUISIANA CHANGES
DX T3 97 04 02    FUNGUS,ROT,BACTERIA & OTHER CAUSES
```

INTERLINE ENDORSEMENTS

```
IL 09 52 11 02    CAP LOSSES-CERTIFIED ACTS OF TERRORISM
IL T3 55 08 98    EXCL OF CERTAIN COMPUTER REL LOSSES
IL T9 44 04 98    LA CHANGES-CANCELLATION AND NONRENEWAL
IL T0 10 04 94    LENDERS CERTIFICATE  OF INSURANCE-FORM A
IL T0 11 03 96    LENDERS' CERTIFICATE OF INSURANCE-FORM B
```

IL T8 01 10 93                                              PAGE:    1 OF    1

TRAV 000386

LOCATION SCHEDULE                          POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
09-01-04  to  09-01-05 .

| Loc.<br>No. | Bldg.<br>No. | Address | Occupancy |
|---|---|---|---|
| 1 | 1 | ONE (1) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATION BLDG |
| 2 | 2 | ONE (2) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | UNIVERSITY-ADMINISTRATON ANNEX |
| 3 | 3 | ONE (3) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CONVENT |
| 4 | 4 | ONE (4) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | HOUSE OF STUDIES |
| 5 | 5 | ONE (5) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY |
| 6 | 6 | ONE (6) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHARMACY ADDITION |
| 7 | 7 | ONE (7) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | GYMNASIUM |
| 8 | 8 | ONE (38) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | LIBRARY/RESOURCE CENTER |
| 9 | 9 | ONE (10) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | MUSIC (FORMERLY LIBRARY) |
| 10 | 10 | ONE (11) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | PHYSICAL PLANT |
| 11 | 11 | ONE (13) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST JOSEPH DORMITORY |
| 12 | 12 | ONE (14) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | KATHARINE DREXEL DORMITORY |
| 13 | 13 | ONE (18) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | CENTRAL PLANT |

IL T0 03 04 96                                        Page   1

LOCATION SCHEDULE                    POLICY NUMBER: Y-630-528D9763-TIL-04

This Schedule of Locations and Buildings applies to the Common Policy Declarations for the period
09-01-04 to 09-01-05.

| Loc. No. | Bldg. No. | Address | Occupancy |
|---|---|---|---|
| 14 | 14 | ONE (21) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | ST MICHAEL DORMITORY |
| 15 | 15 | ONE (24) DREXEL DRIVE<br>NEW ORLEANS, LA 70125-1098 | STUDENT CENTER |
| 16 | 16 | 4980 (17) DIXON STREET<br>NEW ORLEANS, LA 70125 | UNIVERSITY CENTER |
| 17 | 17 | 3713 (36) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE COMPLEX |
| 18 | 18 | 3713 (37) SHORT STREET<br>NEW ORLEANS, LA 70125 | SCIENCE ANNEX |
| 19 | 19 | 909 (40) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH |
| 20 | 20 | 3520 PINE STREET<br>NEW ORLEANS, LA 70125 | ART VILLAGE |
| 21 | 21 | 4930 (47) DREXEL STREET<br>NEW ORLEANS, LA 70125 | CLAVER HALL |
| 22 | 22 | 861 (88) SOUTH JEFFERSON DAVIS PKWY<br>NEW ORLEANS, LA 70125 | LIVING/LEARNING CENTER |
| 23 | 23 | 1638 MARIGNY STREET<br>NEW ORLEANS, LA 70117 | OFFICES/PROGRAMS |
| 24 | 24 | 3801 (89) SOUTH CARROLLTON AVENUE<br>NEW ORLEANS, LA 70118 | INFORMATION SECURITY/MAINTENAN |
| 25 | 25 | 1001 SOUTH JEFFERSON DAVIS PKWY,<br>NEW ORLEANS, LA 70125 | XAVIER SOUTH DORMITORY |

IL T0 03 04 96                                  Page    2  (END)

TRAV 000388

# DELUXE PROPERTY

TRAV 000389

# DELUXE PROPERTY

TRAV 000390

## TABLE OF CONTENTS

# DELUXE PROPERTY COVERAGE PART

The following indicates the contents of the principal Forms which may be attached to your policy.  It contains no reference to the Declarations or Endorsements which also may be attached.

|  |  | Begins on Page |
|---|---|---|
| **DELUXE PROPERTY COVERAGE FORM** | | |
| **A.** | Coverage | 1 |
| **B.** | Exclusions | 9 |
| **C.** | Limitations | 13 |
| **D.** | Limits of Insurance | 13 |
| **E.** | Deductible | 13 |
| **F.** | Loss Conditions | 14 |
| **G.** | Additional Conditions | 17 |
| **H.** | Optional Coverages | 18 |
| **I.** | Definitions | 19 |
| **DELUXE BUSINESS INCOME COVERAGE FORM (AND EXTRA EXPENSE)** | | |
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 5 |
| **C.** | Limits of Insurance | 5 |
| **D.** | Deductible | 5 |
| **E.** | Loss Conditions | 5 |
| **F.** | Additional Condition | 7 |
| **G.** | Optional Coverages | 8 |
| **H.** | Definitions | 9 |
| **DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE)** | | |
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 4 |
| **C.** | Limits of Insurance | 5 |
| **D.** | Deductible | 5 |
| **E.** | Loss Conditions | 5 |
| **F.** | Additional Condition | 6 |
| **G.** | Optional Coverages | 8 |
| **H.** | Definitions | 9 |
| **DELUXE EXTRA EXPENSE COVERAGE FORM** | | |
| **A.** | Coverage | 1 |
| **B.** | Exclusions and Limitations | 3 |
| **C.** | Limits of Insurance | 3 |
| **D.** | Loss Conditions | 3 |
| **E.** | Definitions | 4 |

DX 00 04 03 98

TRAV 000391

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE PART DECLARATIONS**

**POLICY NUMBER:** Y-630-528D9763-TIL-04
**ISSUE DATE:** 10-28-04

INSURING COMPANY:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

EFFECTIVE DATE:  Same as policy unless otherwise specified:

COVERAGES AND LIMITS OF INSURANCE - DESCRIBED PREMISES

Insurance applies on a BLANKET basis only to a coverage for which a Limit of Insurance is shown, as per Statement of Values dated 09/01/04, and at locations subsequently reported to and insured by us.  For Insurance that applies to a specific premises location see Deluxe Property Coverage Part Schedule - Specific Limits.

DELUXE PROPERTY COVERAGE FORM

| Blanket Description of Coverage or Property | Limits of Insurance |
|---|---|
| Building(s) and Your Business Personal Property | $ 157,944,376 |

COINSURANCE PROVISION:

Coinsurance does not apply to the Blanket coverages shown above.

VALUATION PROVISION:

Replacement cost (subject to limitations) applies to any types of covered property shown above.

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS

The following Limits of Insurance are included in the coverage form and apply in any one occurrence unless otherwise stated.  Revised limits, if any, will be stated in the column on the right.

|  | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Accounts Receivable: |  |  |
|     On premises | $ 25,000 |  |
|     In transit or at undescribed premises | $ 10,000 |  |
| Appurtenant Buildings and Structures | $ 100,000 |  |
| Claim Data Expense | $ 25,000 |  |
| Debris Removal (additional limit) | $ 250,000 |  |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC          EP771     OFFICE:NEW ORLEANS          125


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-528D9763-TIL-04
ISSUE DATE: 10-28-04

DELUXE PROPERTY COVERAGE FORM - ADDITIONAL COVERAGES & COVERAGE EXTENSIONS
(continued)

| | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|
| Expediting Expense | $ 25,000 | |
| Extra Expense | $ 10,000 | |
| Fine Arts | $ 50,000 | |
| Fire Department Service Charge | Policy Limit | |
| Fire Equipment Discharge | Policy Limit | |
| Newly Constructed or Acquired Property: | | |
|     Building - each | $ 2,000,000 | |
|     Personal Property at each premises | $ 1,000,000 | |
| Ordinance or Law | $ 250,000 | |
| Outdoor Property | $ 25,000 | |
| Overseas Business Travel - Personal Property | $ 25,000 | |
| Personal Effects | $ 25,000 | |
| Personal Property | | |
|     at Undescribed Premises - Limited* | $ 10,000 | |
| Personal Property in Transit - Limited* | $ 10,000 | |
| Pollutant Clean-Up and Removal - Aggregate | $ 100,000 | |
| Preservation of Property | Policy Limit | |
| Reward Coverage | $ 25,000 | |
| Theft Damage to Rented Property | Policy Limit | |
| Valuable Papers: | | |
|     On premises | $ 25,000 | |
|     In transit or at undescribed premises | $ 10,000 | |
| Water Damage, Other Liquids, | | |
|     Powder or Molten Material Damage | Policy Limit | |

* DOES NOT APPLY IF A LIMIT IS SHOWN PREVIOUSLY


DELUXE BUSINESS INCOME COVERAGE FORM (WITHOUT EXTRA EXPENSE) - DESCRIBED PREMISES

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| SEE SCHEDULE | SEE SCHEDULE | See Schedule |

Coinsurance percentage applicable: 100
Rental Value:  Included
Ordinary Payroll:  Excluded
Extended Business Income -   90 days


DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC                 EP771      OFFICE:NEW ORLEANS          125

 **ST PAUL TRAVELERS**                    One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE            POLICY NUMBER: Y-630-528D9763-TIL-04
PART DECLARATIONS                   ISSUE DATE: 10-28-04

DELUXE BUSINESS INCOME - ADDITIONAL COVERAGES AND COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply
in any one occurrence unless otherwise stated.  Revised limits, if any, will be
stated in the column on the right.

|  | | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|---|
| Business Income from Dependent Property | $ | 100,000 | |
| Claim Data Expense | $ | 25,000 | |
| Newly Acquired Locations | $ | 500,000 | |
| Ordinance or Law - Increased Period of Restoration | $ | 250,000 | |

DELUXE EXTRA EXPENSE COVERAGE FORM

| Premises Location No. | Building No. | Limits of Insurance |
|---|---|---|
| 1,5,6,8,16-19 | 1,5,6,8,16-19 | See Schedule |

Restoration Period and Monthly Percentage Limits -
40-80-100%

DELUXE EXTRA EXPENSE - ADDITIONAL COVERAGES & COVERAGE EXTENSION

The following Limits of Insurance are included in the coverage form and apply
in any one occurrence unless otherwise stated.  Revised limits, if any, will be
stated in the column on the right.

|  | | Limits of Insurance | Revised Limits of Insurance |
|---|---|---|---|
| Extra Expense from Dependent Property | $ | 50,000 | |
| Claim Data Expense | $ | 25,000 | |
| Newly Acquired Locations | $ | 100,000 | |
| Ordinance or Law - Increased Period of Restoration | $ | 50,000 | |

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC            EP771    OFFICE:NEW ORLEANS        125

TRAV 000394



**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

DELUXE PROPERTY COVERAGE
PART DECLARATIONS

POLICY NUMBER: Y-630-528D9763-TIL-04
ISSUE DATE: 10-28-04

CAUSES OF LOSS - EARTHQUAKE

| | Occurrence Limit | Annual Aggregate Limit |
|---|---|---|

1.  Applies at the following Building(s) numbered:

    001-025                                   $   5,000,000   $   5,000,000

    If more than one Annual Aggregate Limit applies in any one occurrence,
    the most we will pay during each annual period is the largest of the
    Annual Aggregate Limits shown.

DEDUCTIBLES - THE FOLLOWING DEDUCTIBLE AMOUNTS SHALL APPLY TO LOSS:

BY EARTHQUAKE:

1.  In any one occurrence at the following Building(s) numbered:

    001-025                                              $   100,000

    As respects Business Income Coverage a  72 hour deductible applies
    at all premises locations.

BY WINDSTORM OR HAIL:

At the following Covered Premises in total:

| Premises Location No. | Building No. |
|---|---|

    1-25            1-25

            The following percentage applies:                        1 %
            Subject to a minimum in any one occurrence:      $   100,000
            As respects Business Income Coverage a  72 hour
            deductible applies at all premises locations above.

BUSINESS INCOME:
     As respects Business Income Coverage, for which no other
     deductible is stated above, a  72 hour deductible applies.

DX T0 00 09 98

TRAV 000395


**ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**DELUXE PROPERTY COVERAGE**
**PART DECLARATIONS**

**POLICY NUMBER:** Y-630-528D9763-TIL-04
**ISSUE DATE:** 10-28-04

DEDUCTIBLES: (continued)

BY ANY OTHER COVERED LOSS in any one occurrence:              $       100,000

DX T0 00 09 98

PRODUCER: GILLIS ELLIS & BAKER INC              EP771    OFFICE:NEW ORLEANS              125

**TRAV 000396**

POLICY NUMBER:  Y-630-528D9763-TIL-04                    ISSUE DATE: 10-28-04

# DELUXE PROPERTY COVERAGE PART SCHEDULE - SPECIFIC LIMITS

| Prem. No. | Bldg. No. | Description of Coverage or Property | Limits of Insurance |
|---|---|---|---|
| 1 | 1 | Extra Expense | $   500,000 |
| 4 | 4 | Business Income | $   446,000 |
| 5 | 5 | Extra Expense | $    83,334 |
| 6 | 6 | Extra Expense | $    83,333 |
| 8 | 8 | Extra Expense | $    83,333 |
| 11 | 11 | Business Income | $   854,000 |
| 12 | 12 | Business Income | $ 2,073,000 |
| 14 | 14 | Business Income | $   819,000 |
| 16 | 16 | Extra Expense | $   250,000 |
| 17 | 17 | Extra Expense | $   125,000 |
| 18 | 18 | Extra Expense | $   125,000 |
| 19 | 19 | Extra Expense | $   250,000 |
| 22 | 22 | Business Income | $ 2,692,000 |
| 25 | 25 | Business Income | $ 2,708,000 |

DX 00 03 07 94

PRODUCER: GILLIS ELLIS & BAKER INC          EP771     OFFICE: NEW ORLEANS          125

TRAV 000397

POLICY NUMBER: Y-630-528D9763-TIL-04                 ISSUE DATE: 10-28-04

# MORTGAGE HOLDER SCHEDULE

| Premises Loc. No. | Bldg. No. | Mortgage Holder Name and Mailing Address |
|---|---|---|
| | | LOUISIANA PUBLIC FACILITIES AUTHORITY & HANCOCK BANK AS TRUSTEE P O BOX 591 BATON ROUGE                LA 70821 |
| 13 | 13 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION 6525 WEST CAMPUS OVAL, SUITE 200 NEW ALBANY                OH 43054 |
| 17 | 17 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION 6525 WEST CAMPUS OVAL, SUITE 200 NEW ALBANY                OH 43054 |
| 18 | 18 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION 6525 WEST CAMPUS OVAL, SUITE 200 NEW ALBANY                OH 43054 |
| 12 | 12 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION 6525 WEST CAMPUS OVAL, SUITE 200 NEW ALBANY                OH 43054 |
| 15 | 15 | J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION 6525 WEST CAMPUS OVAL, SUITE 200 NEW ALBANY                OH 43054 |

DX 00 01 07 94

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**DELUXE PROPERTY COVERAGE PART AMENDATORY ENDORSEMENT**

# WINDSTORM OR HAIL DEDUCTIBLES

This endorsement modifies insurance provided under the following:

DELUXE PROPERTY COVERAGE PART

The Windstorm or Hail Deductible, as shown in the Declarations, applies to loss or damage to Covered Property or Business Income caused directly or indirectly by Windstorm or Hail, regardless of any other cause or event that contributes concurrently or in any sequence to the loss or damage. If loss or damage from a covered weather condition other than Windstorm or Hail occurs, and that loss or damage would not have occurred but for the Windstorm or Hail, such loss or damage shall be considered to be caused by a Windstorm or Hail occurrence.

The Windstorm or Hail Deductible applies whenever there is an occurrence of Windstorm or Hail.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) of Insurance are shown in the Declarations.

**A. If a percentage (%) is shown in the Declarations the following applies:**

    **1. Specific Insurance**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2%, or 5% (as shown in the Declarations) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage. This Deductible is calculated separately for and applies separately to:

      **a.** Each building, if two or more buildings sustain loss or damage;

      **b.** The building and to personal property in that building, if both sustain loss or damage;

      **c.** Personal property at each building, if personal property at two or more buildings sustain loss or damage;

      **d.** Personal property in the open;

      **e.** Any other property insured under this Coverage Part.

    **2. Blanket Insurance**

      In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to 1%, 2% or 5% (as shown in the Declarations) of the value(s) of the property that has sustained loss or damage. The value(s) to be used are those shown in the most recent Statement of Value on file with us. This Deductible is calculated separately for and applies separately to:

      **a.** Each building, if two or more buildings sustain loss or damage;

      **b.** The building and to personal property in that building, if both sustain loss or damage;

      **c.** Personal property at each building, if personal property at two or more buildings sustains loss or damage;

      **d.** Personal property in the open;

      **e.** Any other property insured under this Coverage Part.

    **3.** If in addition to the percentage deductible a dollar amount deductible is shown in the Declarations, the least we will deduct in any one occurrence is the dollar amount deductible shown in the Declarations.

    **4.** We will not pay for loss or damage until the amount of loss or damage exceeds the Deductible. We will then pay the amount of loss or damage in excess of the Deductible, up to the applicable Limits of Insurance.

**B. When only a dollar amount is shown in the Declarations one of the following applies:**

    **1.** We will not pay for loss or damage in any one occurrence until the total amount of loss or damage for all coverages exceeds the Deductible shown in the Declarations. We will

DX T3 37 03 98

TRAV 000399

then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance; or

2. We will not pay for loss or damage in any one occurrence at each premises until the total amount of loss or damage for all coverages at each premises location exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limits of Insurance.

C. **When an hourly deductible is stated in the Declarations the following is applicable to Deluxe Business Income Coverage:**

We will only pay for loss you sustain after the first number of consecutive hours indicated in the Declarations after direct physical loss or damage caused by or resulting from Windstorm or Hail.

We will then pay the amount of loss or damage in excess of the Deductible, up to the Limit of Insurance.

No deductible applies to Extra Expense.

D. 1. After any deduction required by Coinsurance - Direct Damage or the Full Reporting Provision of the Value Reporting Form, if applicable, we will pay the amount of loss or damage which exceeds the Deductible shown in the Declarations. For Business Income coverage, we will pay the loss or damage incurred after the number of hours shown in the Declarations and after any deduction required by the Additional Condition, Coinsurance.

2. When property is covered under the Coverage Extension for Newly Constructed or Acquired Property:

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage of Newly Constructed or Acquired Property is the highest percentage shown in the Schedule for any described premises. If an hourly Deductible applies to Business Income coverage, we will only pay for loss in excess of the highest hourly Deductible.

DX T3 37 03 98

TRAV 000400

# DELUXE PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. REFER TO SECTION I.- DEFINITIONS.

## A. COVERAGE

We will pay for direct physical loss of or damage to Covered Property caused by or resulting from a Covered Cause of Loss.

### 1. Covered Causes of Loss

Covered Causes of Loss means RISKS OF DIRECT PHYSICAL LOSS unless the loss is:

Excluded in Section B., Exclusions;

Limited in Section C., Limitations; or

Excluded or limited in the Declarations or by endorsements.

### 2. Covered Property

Covered Property, as used in this Coverage Part, means the following types of property described in this section A.2., and limited in A.3., Property and Costs Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building(s),** means the designated buildings or structures at the premises described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Machinery and equipment permanently attached to the building;

(4) Personal property owned by you that is used to maintain or service the buildings or structures or its grounds, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Lobby and hallway furnishings owned by you;

(e) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(f) Lawn maintenance and snow removal equipment; and

(g) Alarm systems.

(5) If not covered by other insurance:

(a) Alterations and repairs to the buildings or structures; and

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making alterations or repairs to the buildings or structures.

**b. Your Business Personal Property** located in or on the designated buildings at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises, consisting of the following unless otherwise specified on the Declarations:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the buildings or structures you occupy or lease but do not own; and

(b) you acquired or made at your expense, but are not permitted to remove; and

DX T1 00 03 98

TRAV 000401

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise insured under Personal Property of Others.

c. **Personal Property of Others** that is:

(1) In your care, custody, or control; and

(2) Located in or on the designated buildings at the premises described in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

However, our payment for loss of or damage to Personal Property of Others will only be for the account of the owner of the property.

d. **Personal Property At Undescribed Premises** meaning Your Business Personal Property or Personal Property of Others that:

(1) is at an "exhibition" including while in transit to and from the "exhibition" site;

(2) is at any installation or temporary storage premises and your insurable interest continues until the installation is accepted; or

(3) is at any other premises not described in the Declarations, which you do not own, lease or regularly operate.

This coverage does not include personal property in the care, custody or control of your sales representatives.

Coverage under d.(1) "exhibitions" applies worldwide except within any country on which the United States government has imposed sanctions, embargoes or any other similar prohibition.

e. **Personal Property in Transit** meaning:

(1) Your Business Personal Property; and

(2) Personal Property of Others

while in transit and shipped by the type of conveyance stated in the Declarations.

We will also pay for:

(1) Any general average or salvage charges you incur as respects losses to waterborne shipments; and

(2) Your interest in shipments sold Free On Board if you cannot collect the loss or damage from the consignee.

This coverage does not include:

(1) Personal property in the care, custody or control of your sales representatives;

(2) Shipments by a government postal service;

(3) Export shipments after the earlier of the following:

(a) After placed on the export conveyance; or

(b) When coverage under an Ocean Marine or other insurance policy covering the property begins;

(4) Import shipments before the earlier of the following:

(a) It is unloaded from the importing vessel or conveyance; or

(b) When coverage under an Ocean Marine or other insurance policy covering the property ends;

(5) Property of others for which you are responsible while acting as a common or contract carrier, freight forwarder, freight consolidator, or freight broker.

f. **Sales Representative Property** meaning Your Business Personal Property and Personal Property of Others in the custody of any one of your sales representatives.

**3. Property and Costs Not Covered**

Unless the following property is added by endorsement to this Coverage Form, Covered Property does not include:

a. Accounts and bills, except as provided in the Accounts Receivable Coverage Extension;

b. Currency, deeds, food stamps or other evidences of debt, money, notes, checks, drafts, or securities (lottery tickets held for sale are not securities);

DX T1 00 03 98

TRAV 000402

c. Contraband or property in the course of illegal transportation or trade;

d. Water or land whether in its natural state or otherwise (including land on which the property is located), growing crops, or standing timber;

e. The cost of excavations, grading, backfilling or filling (except those costs made necessary due to repair of buildings insured under this policy from a Covered Cause of Loss), reclaiming or restoring land or water;

f. The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Accounts Receivable and Valuable Papers Coverage Extensions;

g. "Fine arts", except as provided in the Personal Effects and Fine Arts Coverage Extensions;

h. Personal Property sold by you under an installment plan, conditional sale, trust agreement or other deferred payment plan after delivery to the purchasers;

i. Property that is covered under another coverage form or endorsement of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

j. Vehicles or self-propelled machines that:

(1) Are licensed for use on public roads; or

(2) Are operated principally away from the described premises;

k. Aircraft or watercraft (other than watercraft owned by you while out of water at the described premises);

l. Animals or birds;

m. Automobiles held for sale;

n. Bulkheads, pilings, piers, wharves, docks, dikes or dams;

o. Underground tanks, pipes, flues, drains, tunnels whether or not connected to buildings, mines or mining property; and

p. The following property while outside of buildings:

(1) Bridges, roadways, walks, patios, or other paved surfaces;

(2) Retaining walls that are not part of the building described in the Declarations;

(3) Fences, trees, shrubs, plants or lawns (including fairways, greens and tees); or

(4) Harvested grain, hay, or straw or other crops.

except as provided in the Outdoor Property Coverage Extension.

4. **Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

This Additional Coverage does not apply to:

(a) Costs to extract "pollutants" from land or water; or

(b) Costs to remove, restore or replace polluted land or water.

(2) Payment for Debris Removal is included within the applicable Limit of Insurance shown in the Declarations. The most we will pay under this Additional Coverage is 25% of:

(a) The amount we pay for the direct physical loss of or damage to Covered Property; plus

(b) The deductible in this policy applicable to that loss or damage.

Unless otherwise stated in the Declarations when the debris removal expense exceeds the above 25% limitation or the sum of loss of or damage to Covered Property and the expense for removal of its debris exceed the applicable Limit of Insurance

TRAV 000403

we will pay an additional amount for debris removal expense up to $250,000 in any one occurrence.

**b. Pollutant Cleanup and Removal**

We will pay your expense to extract " pollutants" from land or water at the premises described in the Declarations, if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from "specified causes of loss" which occurs:

1. On the described premises;

2. To Covered Property; and

3. During the policy period.

The expenses will be paid only if they are reported to us within 180 days of the date on which the covered loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage is $100,000 for the sum of all covered expenses arising out of covered losses occurring during each separate 12 month period of this policy.

**c. Preservation of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for:

(1) Any direct physical loss or damage to this property:

   (a) While it is being moved or while temporarily stored at another location; and

   (b) Only if the loss or damage occurs within 180 days after the property is first moved; and

(2) The cost to remove the property from the described premises.

Coverage will end when any of the following first occurs:

(1) When the policy is amended to provide insurance at the new location;

(2) The property is returned to the original location; or

(3) This policy expires.

**d. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay for your liability for any fire department service charges:

(1) Assumed by contract or agreement prior to loss; or

(2) Required by local ordinance.

No deductible applies to this Additional Coverage.

**e. Reward Coverage**

We will reimburse you for reward(s) you have incurred leading to:

(1) The successful return of undamaged stolen articles to a law enforcement agency; or

(2) The arrest and conviction of any person(s) who have damaged or stolen any of your Covered Property.

We will pay 25% of the covered loss (prior to the application of any applicable deductible and recovery of undamaged stolen articles) up to a maximum of $25,000 for the payments of rewards you make. These reward payments must be documented. No deductible applies to this Additional Coverage.

**f. Ordinance or Law Coverage**

(1) If a Covered Cause of Loss occurs to a Covered Building we will pay:

   (a) For loss or damage caused by the enforcement of any ordinance or law that:

      i. Requires the demolition of parts of the same property not damaged by a Covered Cause of Loss;

      ii. Regulates the construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

      iii. Is in force at the time of loss.

DX T1 00 03 98

TRAV 000404

(b) When the Covered Building is in-
sured for replacement cost, the
increased cost to repair, rebuild
or construct the property caused
by enforcement of building, zon-
ing or land use ordinance or law.
If the property is repaired or re-
built, it must be intended for simi-
lar occupancy as the current
property, unless otherwise re-
quired by zoning or land use ordi-
nance or law.

(c) The cost to demolish and clear
the site of undamaged parts of
the property caused by enforce-
ment of the building, zoning or
land use ordinance or law.

(2) We will not pay under this coverage
for loss due to any ordinance or law
that:

(a) You were required to comply with
before the loss, even if the build-
ing was undamaged; and

(b) You failed to comply with.

(3) We will not pay under this coverage
for the costs associated with the en-
forcement of any ordinance or law
which requires any insured or others
to test for, monitor, clean up, remove,
contain, treat, detoxify or neutralize,
or in any way respond to, or assess
the effects of "pollutants".

(4) We will not pay for increased con-
struction costs under this coverage:

(a) Until the property is actually re-
paired or replaced, at the same
location or elsewhere; and

(b) Unless the repairs or replacement
are made as soon as reasonably
possible after the loss or damage,
not to exceed 2 years. We may
extend this period in writing dur-
ing the 2 years.

(5) The most we will pay for increased
construction cost under this coverage
is the increased cost of construction
of a building of the same size:

(a) At the same premises; and

(b) Limited to the minimum require-
ments of such law or ordinance

regulating the repair or recon-
struction of the damaged property
on the same site.

(c) If the ordinance or law requires
relocation to another premises,
the cost at the new premises.

The most we will pay for loss under this
Additional Coverage is $250,000 in any
one occurrence.

g.  **Fire Protective Equipment Discharge**

If fire protective equipment discharges ac-
cidentally or to control a Covered Cause
of Loss we will pay your cost to:

(1) refill or recharge the system with the
extinguishing agents that were dis-
charged; and

(2) replace or repair faulty valves or con-
trols which caused the discharge.

h.  **Expediting Expenses**

In the event of covered loss or damage,
we will pay for the reasonable and neces-
sary additional expenses you incur to
make temporary repairs, expedite perma-
nent repairs, or expedite permanent re-
placement at the premises sustaining loss
or damage. Expediting expenses include
overtime wages and the extra cost of ex-
press or other rapid means of transporta-
tion. Expediting expenses do not include
expenses you incur for the temporary
rental of property or temporary replace-
ment of damaged property.

The most we will pay under this Additional
Coverage is $25,000 in any one occur-
rence.

i.  **Overseas Business Travel**

We will pay for direct physical loss or
damage to business personal property
while in the custody of any officer or em-
ployee of the insured while temporarily
traveling outside of the United States of
America (including its territories and pos-
sessions), Puerto Rico and Canada.

The most we will pay for loss under this
Additional Coverage is $25,000 in any
one occurrence.