5. **Coverage Extensions - Unless otherwise indicated in the Declarations, the following Coverage Extensions apply:**

You may extend the insurance provided by this Coverage Form as follows:

a. **Newly Constructed or Acquired Property**

   (1) Insurance applies to:

   (a) Your new buildings or additions while being built on the described premises or newly acquired premises including materials, equipment, supplies and temporary structures, on or within 1,000 feet of the premises;

   (b) Buildings you acquire at locations other than the described premises; and

   (c) Buildings you are required to insure under a written contract.

   The most we will pay for loss or damage under this Extension is $2,000,000 at each building.

   (2) You may extend the insurance for which a Limit of Insurance is stated in the Declarations that applies to Your Business Personal Property or to Personal Property of Others to apply to that type of property at a building you newly acquire:

   (a) at a location described in the Declarations; and

   (b) at any other location you acquire by purchase or lease.

   The most we will pay for loss or damage to Your Business Personal Property and Personal Property of Others under this Extension is $1,000,000 in total at each newly acquired premises.

   (3) Insurance under this Extension for each newly acquired or constructed property will end when any of the following first occurs:

   (a) This policy expires;

   (b) 180 days expire after you acquire or begin to construct the property;

   (c) You report values to us; or

(d) The property is more specifically insured.

We will charge you additional premium for values reported from the date construction begins or you acquire the property.

b. **Appurtenant Buildings and Structures**

When this policy covers Building(s) you may extend the insurance that applies to your buildings at the described premises to apply to incidental appurtenant buildings and structures, including but not limited to, pump houses, signs, aboveground tanks, microwave or satellite dishes, which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Extension is $100,000 in any one occurrence.

c. **Personal Effects**

You may extend the insurance that applies to Your Business Personal Property to apply to personal effects or "fine arts" owned by your officers, your partners or your employees.

Such property must be located on a premises described in the Declarations.

The most we will pay for loss or damage under this Extension is $25,000 at each described premises. Our payment for loss of or damage to personal effects and "fine arts" will only be for the account of the owner of the property.

d. **Valuable Papers and Records (Other Than Accounts Receivable)**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records (other than accounts receivable), including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay in any one occurrence under this Extension is $25,000 at all described premises and $10,000 while in transit or at all undescribed premises.

DX T1 00 03 98

TRAV 000406

**e. Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in preparing claim data when we require it. This includes the cost of taking inventories, making appraisals and preparing other documentation to show the extent of loss. The most we will pay for preparation of claim data under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed, or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the Loss Condition-Appraisal.

**f. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor property on the described premises, as follows:

Fences, retaining walls not part of a building, lawns (including fairways, greens and tees), trees, shrubs and plants, bridges, walks, roadways, patios or other paved surfaces for loss or damage by the following Causes of Loss:

(a) Fire;

(b) Lightning;

(c) Explosion;

(d) Riot or Civil Commotions; or

(e) Aircraft.

The most we will pay under this Extension is $25,000 in any one occurrence, regardless of the types or numbers of items lost or damaged in that occurrence.

**g. Theft Damage to Rented Property**

You may extend coverage for loss or damage by theft or attempted theft which applies to Your Business Personal Property to that part of a building you occupy and which contains:

(1) Your covered personal property; or

(2) Equipment within the building used for maintenance or service of the building.

We will not pay for loss or damage:

(1) Caused by or resulting from fire or explosion; or

(2) To glass or glass lettering.

This Extension applies only to a building where you are a tenant and are liable for such damage.

**h. Water Damage, Other Liquids, Powder or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

**i. Accounts Receivable**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to your accounts receivable records including those on electronic data processing media. Credit card company charge media will be considered accounts receivable until delivered to the credit card company.

(1) We will pay:

(a) Amounts due from your customers that you are unable to collect because of loss or damage to your accounts receivable records;

(b) Interest charges on any loan required to offset amounts you are unable to collect because of loss or damage to your accounts receivable records, pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses

TRAV 000407

that are made necessary by the loss; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

(2) We will not pay for loss or damage under this Coverage Extension caused by or resulting from any of the following:

(a) Bookkeeping, accounting or billing errors or omissions; or

(b) Electrical or magnetic injury, disturbance or erasure of electronic recording except as a result of direct loss caused by lightning.

(3) We will not pay for loss or damage that requires an audit of records or any inventory computation to prove its factual existence.

(4) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss, the following method will be used:

(a) We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss occurs;

(b) Adjust the total for any normal fluctuations in the amounts of accounts receivable for the month in which the loss occurred or for any demonstrated variance from the average for that month; and

(c) The following will be deducted from the total amount of accounts receivable, however that amount is established:

(i) The amount of the accounts for which there is no loss;

(ii) The amount of the accounts that you are able to re-establish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

The most we will pay in any one occurrence under this Extension is $25,000 at all described premises and $10,000 while in transit or at all undescribed premises.

j.  **Fine Arts**

You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to "fine arts" at a premises described in the Declarations. The most we will pay under this Extension is $50,000 in any one occurrence.

k.  **Personal Property At Undescribed Premises - Limited**

This Extension only applies when a Limit of Insurance is not stated in the Declarations for the Personal Property At Undescribed Premises Coverage.

You may extend the insurance provided by this Coverage Form to apply to Your Business Personal Property that is at a location you do not own, lease or regularly operate. This Extension does not apply to:

(1) Property in or on a vehicle;

(2) Property at any fair or "exhibition";

(3) Property at an installation premises; or

(4) Property temporarily at a location for more than 90 consecutive days.

The most we will pay for loss or damage under this Extension is $10,000 in any one occurrence.

l.  **Personal Property in Transit - Limited**

This Extension only applies when a Limit of Insurance is not stated in the Declarations for the Personal Property in Transit Coverage.

(1) You may extend the insurance provided by this Coverage Form to apply to Your Business Personal Property in transit more than 1,000 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

This Extension does not apply to property in the care, custody or con-

DX T1 00 03 98

TRAV 000408

trol of your sales representatives or to tools, equipment, supplies and materials used for service or repair in your business.

(2) Loss or damage must be caused by or result from one of the following causes of loss:

   (a) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism;

   (b) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed; or

   (c) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

(3) The most we will pay for loss or damage under this Extension is $10,000 for the sum of all losses occurring during each separate 12 month period of this policy.

**m.  Extra Expense**

You may extend the insurance provided by this Coverage Form to apply to the necessary and reasonable extra expense you incur to continue as nearly as possible your normal business operations following loss or damage to Covered Property at a premises described in the Declarations by a Covered Cause of Loss. The most we will pay under this Extension is $10,000 in any one occurrence.

**B.  EXCLUSIONS**

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

  **a.  Ordinance or Law**

The enforcement of any ordinance or law:

  (1) Regulating the construction, use or repair of any property ; or

  (2) Requiring the tearing down of any property, including the cost of removing its debris;

except as provided in the Ordinance or Law Additional Coverage.

This exclusion, Ordinance or Law, applies whether the loss results from:

  (1) An ordinance or law that is enforced even if the property has not been damaged; or

  (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

**b.  Earth Movement**

  (1) Any earth movement (other than "sinkhole collapse") whether natural or man made, including but not limited to earthquake, mine subsidence, landslide, or earth sinking, rising or shifting. But if earth movement results in fire, or explosion, we will pay for the loss or damage caused by that fire or explosion.

  (2) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

  (a) Airborne volcanic blast or airborne shock waves;

  (b) Ash, dust or particulate matter; or

  (c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence. Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

TRAV 000409

This exclusion does not apply to Property:

(1) In transit;

(2) At "exhibitions";

(3) In the care, custody or control of your sales representative; or

(4) In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**c.  Governmental Action**

Seizure or destruction of property by orders of governmental authority except as provided for under the Additional Coverage - Ordinance or Law.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Form.

**d.  Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination results in fire, we will pay for the loss or damage caused by that fire.

**e.  War and Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**f.  Utility Services**

The failure or fluctuation of power or other utility service supplied to the described premises, however caused, if the failure or fluctuation occurs away from the described premises.

But if the failure or fluctuation of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause or Loss.

**g.  Water**

(1) Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water, as described in g.(1) through g.(3) above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

This exclusion does not apply to Property:

(1) In transit;

(2) At "exhibitions";

(3) In the care, custody or control of your sales representatives; or

(4) In the custody of any officer or employee of the insured while traveling outside the United States of America (including its territories and possessions), Puerto Rico and Canada.

**h.  Neglect**

Neglect of an insured to use reasonable means to save and preserve property from further damage at and after the time of loss.

**i.  Collapse of Buildings**

Collapse of buildings or structures meaning an abrupt falling down or caving in of a building or substantial part of a building with the result being that the building or substantial part of a building cannot be occupied for its intended purpose.

DX T1 00 03 98

TRAV 000410

(1) A building or part of a building:

    (a) That is in imminent danger of abruptly falling down or caving in; or

    (b) Suffers a substantial impairment of structural integrity;

is not considered a collapse but is considered to be in a state of imminent collapse.

(2) However, we will pay for collapse of buildings or structures if caused only by one or more of the following:

    (a) Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage, meaning accidental discharge of water or steam as the direct result of the breaking apart or cracking of a system or appliance containing water or steam;

    (b) Decay, insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

    (c) Weight of people or personal property;

    (d) Weight of rain that collects on a roof; or

    (e) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling, or renovation is complete and is caused in part by a cause of loss listed in 1.i.(2)(a) through (d) above, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling, or renovation, contributes to the collapse.

If collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**j.  Imminent Collapse of Buildings**

As respects buildings or structures in a state of imminent collapse as defined in 1.i.(1)(a) and (b) above, we will not pay for loss or damage except if the state of imminent collapse has been caused only by one or more of the following which have occurred during the policy period:

(1) Fire; lightning; explosion; windstorm or hail; riot or civil commotion; "sinkhole collapse"; weight of snow, ice or sleet;

(2) Weight of people or personal property;

(3) Weight of rain that collects on a roof; or

(4) Use of defective material or methods in construction, remodeling or renovation if the state of imminent collapse occurs during the course of construction, remodeling or renovation.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electric current, including electric arcing, that disturbs electrical devices, equipment, appliances or wires unless caused by a "specified causes of loss".

But if artificially generated electric current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** (1) Wear and tear;

    (2) Rust, corrosion, fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

    (3) Settling, cracking, shrinking or expansion;

    (4) Nesting or infestation or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

TRAV 000411

(5) Mechanical breakdown (including rupture or bursting caused by centrifugal force). This exclusion does not apply to resultant loss or damage by fire, building glass breakage or elevator collision.

(6) The following causes of loss to personal property:

    (a) Dampness or dryness of atmosphere;

    (b) Changes in or extremes of temperature;

    (c) Changes in flavor, color, texture or finish; and

    (d) Contamination.

But if an excluded cause of loss that is listed in 2.c.(1), 2.c.(2), 2.c.(3), 2.c.(4) and 2.c.(6) above results in a "specified causes of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified causes of loss" or building glass breakage.

**d.** Dishonest or criminal act by you, any of your partners, employees (including leased employees), directors, trustees, authorized representatives or anyone (other than a carrier for hire or bailee) to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction of Covered Property by your employees, but theft by employees is not covered.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control unless caused by a "specified causes of loss". But if explosion of steam boilers, steam pipes, steam engines, or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues

or passages through which the gases of combustion pass.

**f.** Rain, snow, sand, dust, ice or sleet to personal property in the open (other than to property in the custody of a carrier for hire).

**g.** The cost of correcting or making good the damage to personal property attributable to such property being processed, manufactured, tested or otherwise being worked upon.

**h.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified causes of loss", we will pay for the loss or damage caused by that "specified causes of loss".

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property.

But we will pay for loss to Covered Property under the Personal Property In Transit coverage which is caused by your acceptance, in good faith, of false bills of lading or shipping receipts.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, but if an excluded cause of loss that is listed in 3.a through 3.c. below results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in B.1. above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body except as provided in the Ordinance or Law Additional Coverage.

**c.** Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

DX T1 00 03 98

TRAV 000412

(2) Design, specifications, workmanship, repair, construction, renovation, re-modeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

## C. LIMITATIONS

The following limitations apply to all policy forms and endorsements unless otherwise stated.

1. We will not pay for loss of or damage to prop-erty, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as de-scribed and limited in this section.

   a. Steam boilers, steam pipes, steam en-gines or steam turbines caused by or re-sulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired ves-sel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. Property that is missing, where the only evidence of the loss or damage is a short-age disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   This limitation does not apply to property in the custody of a carrier for hire.

2. The special limit shown for each category, a. through c., is the total limit for loss of or dam-age to all property in each category. The spe-cial limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occur-rence. The special limits are:

   a. $10,000 for furs, fur garments and gar-ments trimmed with fur.

   b. $10,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or met-als, but;

   (1) This limit is increased to $50,000 for gold, silver, platinum, and other pre-cious alloys or metals all used as a raw material in your manufacturing process; and

   (2) This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $1,000 for stamps, tickets (including lot-tery tickets held for sale) and letters of credit.

   However, this limitation does not apply to Business Income Coverage or to Extra Ex-pense Coverage.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

## D. LIMITS OF INSURANCE

The most we will pay for loss or damage in any one occurrence is the smallest applicable Limit of Insurance shown in the Declarations, Schedules, Coverage Form(s), or Endorsement(s).

Unless otherwise stated in the Declarations or in endorsements the limits applicable to the Addi-tional Coverages and the Coverage Extensions are additional Limits of Insurance except for the following:

1. Preservation of Property, Fire Department Service Charge and Fire Protective Equip-ment Discharge Additional Coverages; and

2. Theft Damage To Rented Property and the Water, Other Liquids, Powder or Molten Mate-rial Damage Coverage Extensions.

## E. DEDUCTIBLE

We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the applicable Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the applicable Deductible, up to the applicable Limit of Insurance.

Unless otherwise stated, if more than one deduct-ible amount applies to the same loss or damage the most we will deduct is the largest applicable deductible.

TRAV 000413

## F.  LOSS CONDITIONS

The following conditions apply in addition to the Common Policy Conditions – Deluxe.

### 1.  Abandonment

There can be no abandonment of any property to us.

### 2.  Appraisal

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.**  Pay its chosen appraiser; and

**b.**  Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3.  Duties in the Event of Loss or Damage

**a.**  You must see that the following are done in the event of loss of or damage to Covered Property:

(1)  Notify the police if a law may have been broken.

(2)  Give us prompt notice of the loss or damage. Include a description of the property involved.

(3)  As soon as possible, give us a description of how, when, and where the loss or damage occurred.

(4)  Promptly make claim in writing against any other party which had custody of the Covered Property at the time of loss.

(5)  Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(6)  At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

(7)  As often as may be reasonably required, permit us to inspect the property and records proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis and permit us to make copies from your books and records.

(8)  Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(9)  Cooperate with us in the investigation or settlement of the claim.

**b.**  We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

### 4.  Loss Payment

**a.**  In the event of loss or damage covered by this Coverage Form, at our option, we will either:

(1)  Pay the value of lost or damaged property;

(2)  Pay the cost of repairing or replacing the lost or damaged property subject to b. below;

(3)  Take all or any part of the property at an agreed or appraised value; or

DX T1 00 03 98

TRAV 000414

(4) Repair, rebuild, or replace the property with other property of like kind and quality subject to b. below.

b. Except as provided in the Additional Coverage - Ordinance or Law, the cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the proof of loss.

d. We will not pay you more than your financial interest in the Covered Property.

e. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owner's property. We will not pay the owners more than their financial interest in the Covered Property.

f. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

g. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if:

(1) You have complied with all of the terms of this Coverage Part; and

(2) We have reached agreement with you on the amount of loss or an appraisal award has been made.

h. At our option, we may make a partial payment toward any claims, subject to the policy provisions and our normal adjustment process. To be considered for a partial claim payment, you must submit a partial sworn proof of loss with supporting documentation. Any applicable policy deductibles must be satisfied before any partial payments are made.

### 5. Recovered Property

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property.

a. We will pay:

(1) Recovery expenses; and

(2) Costs to repair the recovered property;

b. But the amount we will pay will not exceed:

(1) The total of a.(1) and a.(2) above;

(2) The value of the recovered property; or

(3) The Limit of Insurance;

whichever is less.

### 6. Pairs, Sets, or Parts

a. In case of loss to any part of a pair or set we may at our option:

(1) Repair or replace any part to restore the pair or set to its value before the loss; or

(2) Pay the difference between the value of the pair or set before and after the loss.

b. Parts. In case of loss to any part of Covered Property consisting of several parts when complete, we will only pay for the value of the lost or damaged part.

### 7. Valuation

We will determine the value of Covered Property in the event of loss or damage as follows:

a. At replacement cost (without deduction for depreciation) as of the time of loss or damage, except as provided in b., c., d., e., f., g., h., i., j., k., l., m., n., o. and p. However, property will be valued at the actual cash value at the time of loss or damage until the property is repaired or replaced within a reasonable period of time. This restriction does not apply to losses less than $10,000.

b. If you decide to repair or rebuild buildings which have sustained loss or damage, our payment will include any reasonable and necessary architectural, engineering, consulting or supervisory fees incurred. This will not increase the applicable Limits of Insurance.

TRAV 000415

c. Tenant's Improvements and Betterments at:

  (1) Replacement cost (without deduction for depreciation) of the lost or damaged property if you make repairs promptly.

  (2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

   (a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

   (b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease.

   If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

  (3) Nothing if others pay for repairs or replacement.

d. Personal property you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

e. Personal property valuation includes the pro-rated value of non-refundable and non-transferable extended warranties, maintenance contracts or service contracts that you purchased, on lost or damaged personal property that you repair or replace.

f. "Stock" in process at the cost of raw material, labor, plus the proper proportion of overhead charges.

g. Personal Property of Others at the amount for which you are liable, not to exceed the replacement cost.

h. Glass at the cost of replacement with safety glazing material if required by law.

i. Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

  (1) Blank material for reproducing the records; and

  (2) Labor to transcribe or copy the records when there is a duplicate.

j. Works of arts, antiques or rare articles at the least of:

  (1) Market value at the time and place of loss;

  (2) Cost of reasonably restoring that property; or

  (3) Replacing that property with substantially the same property.

k. Personal property at "exhibitions" at the lesser of replacement cost or the original cost to you.

l. Patterns, dies, molds, and forms not in current usage at actual cash value. If loss is paid on an actual cash value basis, and within 24 months from the date of the loss you need to repair or replace one or more of them, we will pay you, subject to the conditions of this insurance, the difference between actual cash value and replacement cost for those patterns, molds and dies which are actually repaired or replaced.

m. If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss and we take all or part of the property at an agreed or appraised value, we will pay:

  (1) Any expenses you incur to:

   (a) Stamp the word 'Salvage' on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

   (b) Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

  (2) Any reduction in the salvage value of the damaged merchandise with brand or label removed.

n. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual

TRAV 000416

cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**o.** We will not pay more for loss or damage on a replacement cost basis than the least of (1), (2), or (3), subject to p. below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace, at the same location, the lost or damaged property with other property;

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount you actually spend that is necessary to repair or replace the lost or damaged property.

**p.** The cost to repair, rebuild, or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property, except as provided in the Additional Coverage - Ordinance or Law.

## G. ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions – Deluxe.

### 1. Mortgage Holders

**a.** The term, mortgageholder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we can cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 60 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 60 days before the expiration date of this policy.

### 2. Concealment, Misrepresentation or Fraud

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other Named Insured at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Part;

**b.** The Covered Property;

DX T1 00 03 98

TRAV 000417

**c.** Your interest in the Covered Property; or

**d.** A claim under this Coverage Part.

**3.   Control of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**4.   Legal Action Against Us**

No one may bring a legal action against us under this Coverage Part unless:

**a.** There has been full compliance with all of the terms of this Coverage Part; and

**b.** The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**5.   Liberalization**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**6.   No Benefit to Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**7.   Other Insurance**

**a.** You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

**b.** If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**8.   Policy Period, Coverage Territory**

Under this Coverage Part:

**a.** We cover loss or damage commencing:

**(1)** During the policy period shown in the Declarations; and

**(2)** Within the coverage territory.

**b.** The coverage territory is:

**(1)** The United States of America (including its territories and possessions);

**(2)** Puerto Rico; and

**(3)** Canada.

**9.   Transfer of Rights of Recovery Against Others to Us**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

**a.** Prior to a loss to your Covered Property.

**b.** After a loss to your Covered Property only if, at time of loss, that party is one of the following:

**(1)** Someone insured by this insurance;

**(2)** A business firm:

**(a)** Owned or controlled by you; or

**(b)** That owns or controls you; or

**(3)** Your tenant.

This will not restrict your insurance.

**10. Unintentional Errors In Description**

Your error in how you describe the address of a location in the Location Schedule shall not prejudice coverage afforded by this policy, provided such error is not intentional. Any such error shall be reported and corrected when discovered and appropriate premium charged.

**H.   OPTIONAL COVERAGES**

If shown in the Declarations, the following Optional Coverages apply separately to each item.

**1.   Actual Cash Value** replaces Replacement Cost in the Loss Conditions - Valuation Provision of this Coverage Form.

DX T1 00 03 98

TRAV 000418

2. **Inflation Guard**

   a. The Limit of Insurance for property to which this Optional Coverage applies will automatically increase by the annual percentage shown in the Declarations.

   b. The amount of increase will be:

      (1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance; times

      (2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08); times

      (3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

      Example:

      If: The applicable
      Limit of Insurance is:          $100,000

      The annual percentage
      increase is:                          8%

      The number of days
      since the beginning
      of the policy year
      (or last policy change) is:        146

      The amount of the increase
      is: $100,000 x .08 x 146/365 =   $3,200

3. **Manufacturers Selling Price Clause**

   The following is added to the Loss Conditions - VALUATION Provision:

   We will determine the value of "finished stock" you manufacture, in the event of loss or damage, at :

   a. The selling price, if no loss or damage occurred;

   b. Less discounts and expenses you otherwise would have had.

I. **DEFINITIONS**

1. "Exhibition" means the temporary display of personal property at a convention, exposition, trade show or similar event at a location you do not own or regularly occupy.

2. "Fine Arts" means paintings, etchings, pictures, tapestries, art glass windows, valuable rugs, statuary, marbles, bronzes, antique furniture, rare books, antique silver, manuscripts, porcelains, rare glass, bric-a-brac and similar property of rarity, historical value, or artistic merit.

3. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, waste and any unhealthful or hazardous building materials (including but not limited to asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

4. "Sinkhole Collapse" means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite.

   This cause of loss does not include:

   (1) The cost of filling sinkholes; or

   (2) Sinking or collapse of land into man made underground cavities.

5. "Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; "sinkhole collapse"; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Falling objects does not include loss or damage to:

      (1) Personal property in the open; or

      (2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

   b. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

6. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

DX T1 00 03 98

TRAV 000419

7.  "Finished Stock" means stock you have manufactured.

"Finished Stock" also includes whiskey and alcoholic products being aged.

"Finished Stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Form.

DX T1 00 03 98

TRAV 000420

# DELUXE EXTRA EXPENSE COVERAGE FORM
# COLLEGES AND SCHOOLS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy, the words "you", and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION E - DEFINITIONS.

## A. COVERAGE

We will pay the actual reasonable and necessary Extra Expense you sustain due to direct physical loss of or damage to property, including your personal property in the open (or in a vehicle) within 1,000 feet, at premises which are described in the Declarations and for which an Extra Expense Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

All routes within the building to gain access to the described premises;

All areas within the buildings on the same parcel of land which provides essential services to conduct your "operations"; and

Your personal property in the open (or in a vehicle) within 1,000 feet.

### 1. Extra Expense

Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property:

**a.** To avoid or minimize the suspension of business and to continue "operations":

   (1) At the described premises; or

   (2) At replacement premises or at temporary locations, including:

      (a) Relocation expenses;

      (b) Costs to equip and operate the replacement or temporary locations; and

      (c) Expediting expenses;

**b.** To minimize the suspension of business if you cannot continue "operations"; or

**c.** (1) To repair or replace or restore any property; or

   (2) To research, replace or restore the lost information on damaged valuable papers and records (other than accounts receivable);

   to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

### 2. Covered Causes of Loss

See the Covered Causes of Loss section of the Deluxe Property Coverage Form.

### 3. Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:

**a. Alterations and New Buildings**

We will pay for the actual reasonable and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

   (1) New buildings or structures, whether complete or under construction;

   (2) Alterations or additions to existing buildings or structures; and

   (3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

      (a) Used in the construction, alterations or additions; or

      (b) Incidental to the occupancy of new buildings.

DX T2 00 03 98

TRAV 000421

**b. Civil Authority**

We will pay for the actual reasonable and necessary Extra Expense you incur caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss. This coverage will begin immediately after the time of that action for a period of up to 30 consecutive days.

**c. Extra Expense from Dependent Property**

We will pay for the actual reasonable and necessary Extra Expense you incur due to direct physical loss or damage at the premises of a "dependent property or educational property", caused by or resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to "dependent property or educational property" for which you have more specific insurance either under this policy or another.

The most we will pay under this Additional Coverage is $50,000 in any one occurrence.

Coverage applies for dependent properties located worldwide except within any country on which the United States government has imposed sanctions, embargoes or any similar prohibition. When a revised Limit of Insurance is shown in the Declarations for this Additional Coverage, any increase over this $50,000 amount of insurance will only apply to "dependent property or educational property" located in the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**d. Ordinance or Law-Increased "Period of Restoration"**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the actual reasonable and necessary Extra Expense you incur during the increased period of suspension of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(1) Regulates the construction, repair or replacement of any property;

(2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

Under this coverage we will not pay for:

(1) Any loss due to any ordinance or law that:

    (a) You were required to comply with before the loss, even if the building was undamaged; and

    (b) You failed to comply with.

(2) Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay for loss under this Additional Coverage is $50,000 in any one occurrence.

**4. Coverage Extension - Unless otherwise indicated in the Declarations, the following Coverage Extensions apply:**

You may extend the insurance provided by this Coverage Form as follows:

**a. Newly Acquired Locations**

(1) You may extend your Extra Expense Coverage to apply to property at any newly acquired location you purchase or lease.

(2) The most we will pay for loss under this Extension is $100,000 at each location.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

    (a) This policy expires;

    (b) 180 days expire after you acquire the property;

    (c) You notify us of how you want this coverage to apply to that location; or

    (d) The Extra Expense is more specifically insured.

DX T2 00 03 98

TRAV 000422

We will charge you additional premium from the date you acquire the property.

**b. Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparing of claim data when we require it. This includes the cost of preparing statements and other documentation to show the extent of Extra Expense. The most we will pay under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the LOSS CONDITION - Appraisal.

**B. EXCLUSIONS AND LIMITATIONS**

The following exclusions and the exclusions and limitations contained in the Deluxe Property Coverage Form apply to coverage provided by this form. We will not pay for:

1. Any increase of loss caused by or resulting from:

   **a.** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

   **b.** Suspension, lapse or cancellation of any license, lease or contract. But if suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Extra Expense during the "period of restoration".

2. Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

3. Any loss caused by or resulting from the Additional Coverages or Coverage Extensions contained in the Deluxe Property Coverage Form.

4. Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a building.

But if the failure of power or other utility service results in loss or damage by a "specified causes of loss", we will pay for the loss or damage resulting from that "specified causes of loss".

5. Any other consequential loss.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Unless otherwise stated below, in the Declarations or in endorsements, the amounts payable for the Additional Coverages and the Coverage Extensions are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance:

1. Alterations and New Buildings; and

2. Civil Authority.

**D. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form:

1. **Appraisal**

   If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pays its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties in the Event of Loss**

   In addition to the conditions in the Deluxe Property Coverage Form, you must resume all or part of your "operations" as quickly as possible if you intend to continue your operations.

DX T2 00 03 98

TRAV 000423

**3. Limits On Loss Payment**

Unless otherwise indicated by an endorsement attached to this policy, we will not pay more for Extra Expense than the percentages shown in the Declarations times the Limit of Insurance.

When the "period of restoration" is

a. 30 days or less, the first percentage applies.

b. 60 days or less, but more than 30 days, the second percentage applies.

c. More than 60 days, the third percentage applies.

> **Example:** The Limit of Insurance is: $100,000
>
> The percentages shown in the Declarations are: 40%-80%-100%
>
> The "period of restoration" is: 45 days
>
> The amount of Extra Expense Incurred is: $90,000
>
> We will not pay more than $100,000 times 80% (the percentage applicable for a "period of restoration" of 31-60 days), or $80,000. The remaining $10,000 is not covered.

**4. Loss Determination**

a. The amount of Extra Expense will be determined based on:

(1) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the period of restoration, once "operations" are resumed; and

(b) Any Extra Expense that is paid for by any other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All necessary expenses that reduce the Extra Expense otherwise incurred.

b. **Resumption of Operations**

(1) We will reduce the amount of your Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

(2) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**5. Loss Payment**

We will pay for any loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. We have reached agreement with you on the amount of loss or an appraisal award has been made.

**E. DEFINITIONS**

1. "Dependent Property or educational property" means property operated by others you depend on to:

a. Deliver materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

b. Accept your products or services (Recipient Locations).

2. "Operations" means your business activities occurring at the described premises.

3. "Period of restoration" means the period of time that:

a. Begins immediately after the time of direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises or at the premises of a "dependent property or educational property"; and

b. Ends on the earlier of:

(1) The date when the property at the described premises or at the premises

DX T2 00 03 98

TRAV 000424

of a "dependent property or educational property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(2) The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

a. Regulates the construction, use, replacement or repair, or requires the tearing down of any property (except for the Ordinance or Law - Increased "Period of Restoration" Additional Coverage); or

b. Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

4. "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste and any unhealthy or hazardous building materials (including but not limited to, asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

# DELUXE BUSINESS INCOME COVERAGE FORM
# (AND EXTRA EXPENSE)
# COLLEGES AND SCHOOLS

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to SECTION H - DEFINITIONS:

## A. COVERAGE

Coverage is provided as described below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(i)** Business Income including "Rental Value".

**(ii)** Business Income Other than "Rental Value".

**(iii)** "Rental Value".

If option (i) above is selected, the term Business Income will include "Rental Value". If option (iii) above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property, including personal property in the open (or in a vehicle) within 1,000 feet, at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss.

If you are a tenant, your premises is the portion of the building which you rent, lease or occupy, including:

All routes within the building to gain access to the described premises;

All areas within the buildings on the same parcel of land which provides essential services to conduct your "operations"; and

Your personal property in the open (or in a vehicle) within 1,000 feet.

## 1. Business Income

**a.** Business Income means the:

**(1)** Net Income (Net Profit or Loss) that would have been earned or incurred; and

**(2)** Continuing normal operating expenses incurred, including payroll except when the following is indicated in the Declarations:

**(a)** Ordinary payroll is excluded; or

**(b)** Ordinary payroll is limited to a specified number of days. The number of days may be used in two separate periods during the "period of restoration".

**(3)** Business Income includes income from educational services and activities including:

**(a)** Tuition and course fees;

**(b)** Fees for room, board, parking and laboratory facilities;

**(c)** Athletic, entertainment, fund raisers and other special events;

**(d)** Bookstores and food services; and

**(e)** Activities related to research or other grants.

**b.** When ordinary payroll is excluded or limited:

**(1)** In determining the operating expenses for the policy year for Coinsurance purposes, payroll expenses will not include ordinary payroll expenses, except for ordinary payroll expenses incurred during the number

DX T2 01 03 98

TRAV 000426

of days shown in the Schedule, or in the Declarations. If the ordinary payroll expenses for the policy year vary during the year, the period of greatest ordinary payroll expenses will be used.

(2) Ordinary payroll expenses means payroll expenses for all your employees except:

    **(a)** Officers;

    **(b)** Deans;

    **(c)** Department Heads;

    **(d)** Full-time Faculty and Coaches;

    **(e)** Employees under contract; and

    **(f)** Additional Exemptions, shown in the Declarations or by endorsement as:

        **(i)** Job Classifications; or

        **(ii)** Employees.

(3) Ordinary payroll expenses include:

    **(a)** Payroll;

    **(b)** Employee benefits, if directly related to payroll;

    **(c)** FICA payments;

    **(d)** Union dues; and

    **(e)** Worker's compensation premiums.

**2. Covered Causes of Loss**

See the Covered Causes of Loss section of the Deluxe Property Coverage Form.

**3. Additional Coverages - Unless otherwise indicated in the Declarations, the following Additional Coverages apply:**

  **a. Extra Expense**

Extra Expense means reasonable and necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the premises described in the Declarations caused by or resulting from a Covered Cause of Loss.

(1) We will pay your Extra Expense to avoid or minimize the suspension of business and to continue "operations":

    **(a)** At the described premises; or

    **(b)** At replacement premises or at temporary locations, including:

        **(i)** Relocation expenses;

        **(ii)** Costs to equip and operate the replacement premises or temporary locations; and

        **(iii)** Expediting expenses.

(2) We will pay your Extra Expense to minimize the suspension of business if you cannot continue "operations".

(3) We will pay your Extra Expense to:

    **(a)** Repair or replace any property; or

    **(b)** Research, replace or restore the lost information on damaged valuable papers and records (other than accounts receivable);

to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.

The Additional Condition, Coinsurance, does not apply to this Additional Coverage.

  **b. Civil Authority**

We will pay for the actual loss of Business Income you sustain and reasonable and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises due to direct physical loss of or damage to property, other than at the described premises, caused by or resulting from a Covered Cause of Loss.

(1) Coverage for Business Income will begin immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later. Coverage will apply for a period of up to 30 consecutive days.

(2) Coverage for Extra Expense will begin immediately after the time of that action for a period of up to 30 consecutive days.

  **c. Alterations and New Buildings**

We will pay for the actual loss of Business Income you sustain due to direct physical loss or damage at the described premises caused by or resulting from a Covered Cause of Loss to:

DX T2 01 03 98

TRAV 000427

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

(3) Machinery, equipment, supplies or building materials located on or within 1,000 feet of the described premises and:

    (a) Used in the construction, alterations or additions; or

    (b) Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**d. Extended Business Income**

(1) We will pay for the actual loss you incur of Business Income from educational services and related activities during the school year following the date the property is actually repaired, rebuilt or replaced, if the date is 60 days or less before the scheduled opening of the next school year.

(2) We will pay for the actual loss you incur of Business Income, other than from educational services and related activities, during the period that:

    (a) Begins on the date property is actually repaired, rebuilt or replaced and "operations" are resumed; and

    (b) Ends on the earlier of:

        (i) The date you could restore your "operations" with reasonable speed, to the condition that would have existed if no direct physical loss or damage occurred; or

        (ii) 90 consecutive days after the date determined in (2)(a) above.

Loss of Business Income must be caused by direct physical loss or damage at the described premises

caused by or resulting from a Covered Cause of Loss.

**e. Business Income From Dependent Property**

We will pay for actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss or damage at the premises of a "dependent property or educational property", caused by or resulting from a Covered Cause of Loss.

This Additional Coverage does not apply to "dependent property or educational property" for which you have more specific insurance either under this policy or another.

The most we will pay under this Additional Coverage is $100,000 in any one occurrence.

Coverage applies for dependent or educational properties located worldwide except within any country on which the United States government has imposed sanctions, embargoes or any similar prohibition. When a revised Limit of Insurance is shown in the Declarations for this Additional Coverage, any increase over this $100,000 amount of insurance will only apply to "dependent property or educational property" located in the United States of America (including its territories and possessions); Puerto Rico; and Canada.

**f. Ordinance or Law - Increased "Period of Restoration"**

If a Covered Cause of Loss occurs to property at the premises described in the Declarations, coverage is extended to include the amount of actual and necessary loss you sustain during the increased period of suspension of "operations" caused by or resulting from the enforcement of any ordinance or law that:

(1) Regulates the construction, repair or replacement of any property;

(2) Requires the tearing down or replacement of any parts of property not damaged by a Covered Cause of Loss; and

TRAV 000428

(3) Is in force at the time of loss.

Under this coverage we will not pay for:

(1) Any loss due to any ordinance or law that:

    (a) You were required to comply with before the loss, even if the building was undamaged; and

    (b) You failed to comply with.

(2) Costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The most we will pay for loss under this Additional Coverage is $250,000 in any one occurrence.

**4. Coverage Extensions - Unless otherwise indicated in the Declarations or by endorsement, the following Coverage Extensions apply:**

The Additional Condition, Coinsurance, does not apply to these Coverage Extensions.

You may extend the insurance provided by this Coverage Form as follows:

**a. Newly Acquired Locations**

(1) You may extend your Business Income Coverage to apply to property at any newly acquired location you purchase or lease.

(2) The most we will pay for loss under this Extension is $500,000 at each location.

(3) Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

    (a) This policy expires;

    (b) 180 days expire after you acquire or begin to construct the property;

    (c) You report the location to us; or

    (d) The Business Income is more specifically insured.

We will charge you additional premium for values reported from the date you acquire the property.

**b. Claim Data Expense**

You may extend the insurance provided by this Coverage Form to apply to the reasonable expenses you incur in the preparing of claim data when we require it. This includes the cost of preparing statements and other documentation to show the extent of Business Income loss. The most we will pay under this Extension is $25,000 in any one occurrence. We will not pay for any expenses incurred, directed or billed by or payable to insurance adjusters or their associates or subsidiaries or any costs as provided in the LOSS CONDITION - Appraisal.

**c. Research and Development Expenses**

If a Covered Cause of Loss occurs to property at the premises described and for which a Business Income Limit of Insurance is shown in the Declarations, we will pay for an interruption of "research and development" activities even if the activities would not have produced during the "period of restoration". We will also pay for continuing fixed charges and expenses, including ordinary payroll (unless otherwise excluded), directly attributable to such "research and development" activities.

Payments under this Coverage Extension will not increase the applicable Limit of Insurance.

**B. EXCLUSIONS AND LIMITATIONS**

The following exclusions and limitations contained in the Deluxe Property Coverage Form apply to coverage provided by this form. We will not pay for:

**1.** Any increase of loss caused by or resulting from:

**a.** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**b.** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of

DX T2 01 03 98

**TRAV 000429**

restoration" and the period of Extended Business Income.

2. Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

3. Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a building.

   But if the failure of power or other utility service results in loss or damage by a "specified causes of loss", we will pay for the loss or damage resulting from that "specified causes of loss".

4. Any loss caused by or resulting from the Additional Coverages or Coverage Extensions contained in the Deluxe Property Coverage Form.

5. Any other consequential loss.

**C. LIMITS OF INSURANCE**

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Unless otherwise stated below, in the Declarations or in endorsements, the amounts payable for the Additional Coverages and Coverage Extensions are in addition to the Limits of Insurance.

Payments under the following Additional Coverages will not increase the applicable Limit of Insurance.

1. Alterations and New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

**D. DEDUCTIBLE**

When an hourly deductible is shown in the Declarations for Business Income:

We will pay for loss you sustain after the number of consecutive hours indicated in the Declarations following the direct physical loss or damage for each occurrence.

If an hourly deductible is not shown in the Declarations for Business Income Coverage, the deductible applicable to the Covered Cause of Loss will apply.

**E. LOSS CONDITIONS**

The following conditions apply in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form:

1. **Appraisal**

   If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

   The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a. Pay its chosen appraiser; and

   b. Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

2. **Duties in the Event of Loss**

   In addition to those conditions in the Deluxe Property Coverage Form, you must resume all or part of your "operations" as quickly as possible if you intend to continue your business.

3. **Limitation - Electronic Media And Records**

   We will not pay for any loss of Business Income caused by direct physical loss of or damage to Electronic Media and Records after the longer of:

   a. 90 consecutive days from the date of direct physical loss or damage; or

   b. The period, beginning with the date of direct physical loss or damage, necessary to repair, rebuild or replace, with reasonable speed and similar quality, other property at the described premises which suffered loss or damage in the same occurrence.

DX T2 01 03 98

TRAV 000430

Electronic Media and Records are:

(1) Electronic data processing, recording or storage media such as films, tapes, discs, drums or cells;

(2) Data stored on such media; or

(3) Programming records used for electronic data processing or electronically controlled equipment.

**EXAMPLE NO. 1**

A Covered Cause of Loss damages the described premises on June 1. It takes until September 1 to repair and replace the property at the premises, and until October 1 to restore the computer data that was lost when the damage occurred. We will only pay for the Business Income loss sustained during the period June 1 - September 1. Loss during the period September 2 - October 1 is not covered.

**EXAMPLE NO. 2**

A Covered Cause of Loss results in the loss of data processing programming records on August 1. The records are replaced on October 15. We will only pay for the Business Income loss sustained during the period August 1 - September 29 (60 consecutive days). Loss during the period September 30 - October 15 is not covered.

4. **Loss Determination**

a. The amount of Business Income loss will be determined based on:

(1) Your Net Income before the direct physical loss or damage occurred;

(2) Your likely Net Income if no physical loss or damage occurred;

(3) The operating expenses, including payroll expenses, to the extent insured necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(4) Other relevant sources of information, including:

(a) Your financial records and accounting procedures;

(b) Bills, invoices and other vouchers; and

(c) Deeds, liens or contracts.

b. The amount of Extra Expense will be determined based on:

(1) All reasonable and necessary expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

(a) The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

(b) Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

(2) All reasonable and necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

c. **Resumption of Operations**

We will reduce the amount of your:

(1) Business Income loss, to the extent you can resume your "operations" in whole or in part, by using damaged or undamaged property at the described premises or elsewhere.

(2) Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

d. If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

5. **Loss Payment**

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if:

a. You have complied with all of the terms of this Coverage Part; and

b. We have reached agreement with you on the amount of loss or an appraisal award has been made.

DX T2 01 03 98

TRAV 000431

## F.   ADDITIONAL CONDITION

### Coinsurance

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions - Deluxe and the Additional Conditions in the Deluxe Property Coverage Form.

We will not pay the full amount of any loss if the Limit of Insurance for Business Income is less than:

1.   The Coinsurance percentage shown for Business Income in the Declarations; times

2.   The sum of:

(a)   The Net Income (Net Profit or Loss), and

(b)   All operating expenses, (except for deductions stated below),

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Instead, we will determine the most we will pay using the following steps:

1.   Multiply the Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

2.   Divide the Limit of Insurance for the described premises by the figure determined in step 1; and

3.   Multiply the total amount of the covered loss by the figure determined in step 2.

We will pay the amount determined in step 3 or the Limit of Insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

1.   Bad debts;

2.   Collection expenses;

3.   Cost of merchandise sold (including transportation charges);

4.   Cost of other supplies consumed (including transportation charges);

5.   Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

6.   Power, heat and refrigeration expenses that do not continue under contract (if form DX T3 61 is attached); and

7.   The amount of payroll expense excluded (when ordinary payroll is excluded or limited as stated in the Declarations).

### EXAMPLE No. 1 (Underinsurance):

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance Percentage is: | 50% |
| | The Limit of Insurance is: | $150,000 |
| | The amount of loss is: | $80,000 |
| Step 1: | $400,000 x 50% = $200,000 | |
| | (the minimum amount of insurance to meet your Coinsurance requirements) | |
| Step 2: | $150,000 ÷ $200,000 = .75 | |
| Step 3: | $80,000 x .75 = $60,000 | |

We will pay no more than $60,000 less any applicable deductible. The remaining $20,000 is not covered.

### EXAMPLE No. 2 (Adequate Insurance):

| When: | The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been: | $400,000 |
|---|---|---|
| | The Coinsurance Percentage is: | 50% |
| | The Limit of Insurance is: | $200,000 |
| | The amount of loss is: | $80,000 |

TRAV 000432

Step 1:    $400,000 x 50% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step 2:    $200,000 ÷ $200,000 = 1

Step 3:    $80,000 x 1 = $80,000

We will cover the $80,000 loss less any applicable deductible. No penalty applies.

## G. OPTIONAL COVERAGES

If shown in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Maximum Period of Indemnity

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income, Extended Business Income and Extra Expense is the lesser of:

(1) The amount of loss sustained during the 120 days immediately following the direct physical loss or damage less any applicable deductible; or

(2) The Limit of Insurance shown in the Declarations.

### 2. Monthly Limit of Indemnity

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income and Extended Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" less any applicable deductible is:

(1) The Limit of Insurance, multiplied by

(2) The fraction shown in the Declarations for this Optional Coverage.

#### EXAMPLE:

When:    The Limit of Insurance is:            $120,000

The fraction shown in the Declarations for this Optional Coverage is:            1/4

The most we will pay for loss in each period of 30 consecutive days is:

$120,000 x 1/4 = $30,000

If in this example, the actual amount of loss is:

| Days 1 - 30 | $40,000 |
| Days 31 - 60 | 20,000 |
| Days 61 - 90 | 30,000 |
|  | $90,000 |

We will pay the following less any applicable deductible:

| Days 1 - 30 | $30,000 |
| Days 31 - 60 | 20,000 |
| Days 61 - 90 | 30,000 |
|  | $80,000 |

The remaining $10,000 is not covered.

### 3. Business Income Agreed Value

**a.** To activate this Optional Coverage:

(1) A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations";

(a) During the 12 months prior to the date of the Work Sheet; and

(b) Estimated for the 12 months immediately following the inception of this Optional Coverage.

(2) The Declarations must indicate that the Business Income Agreed Value Option applies. The Limit of Insurance should be at least equal to:

(a) The Coinsurance percentage shown in the Declarations; multiplied by

(b) The amount of Net Income and Operating Expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

(1) 12 months after the effective date of this Optional Coverage; or

(2) The expiration date of this policy;

whichever occurs first.

DX T2 01 03 98

TRAV 000433

c.  We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet:

   (1)  Within 12 months of the effective date of this Optional Coverage; or

   (2)  When you request a change in your Business Income Limit of Insurance.

## H.  DEFINITIONS

1.  "Dependent Property or Educational Property" means property operated by others you depend on to:

   a.  Supply materials or services to you, or to others for your account (Contributing Locations). With respect to Contributing Locations, services does not mean water, communication or power supply services;

   b.  Purchase your products or services (Recipient Locations);

2.  "Operations" means:

   a.  Your educational services and related activities occurring at the described premises;

   b.  Your business activities occurring at the described premises; and

   c.  The tenantability of the described premises, if coverage for Business Income including "Rental Value" or "Rental Value" applies.

3.  "Period of restoration" means the period of time after direct physical loss or damage caused by or resulting from a Covered Cause of Loss at the described premises or at the premises of a "dependent property or educational property" which:

   a.  Begins immediately or after the number of hours shown in the deductible item in the Declarations, whichever is later; and

   b.  Ends on the earlier of:

      (1)  The date when the property at the described premises or at the premises of a "dependent property or educational property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

      (2)  The date when business is resumed at a new permanent location.

   "Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

   a.  Regulates the construction, use, repair, replacement or requires the tearing down of any property (except for the Ordinance or Law-Increased "Period of Restoration" Additional Coverage); or

   b.  Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

      The expiration date of this policy will not cut short the "period of restoration".

4.  "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste and any unhealthful or hazardous building materials (including but not limited to, asbestos and lead products or materials containing lead). Waste includes materials to be recycled, reconditioned or reclaimed.

5.  "Rental Value" means the:

   a.  Total anticipated rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, and

   b.  Amount of all charges which are the legal obligation of the tenant(s) and which would otherwise be your obligations; and

   c.  Fair rental value of any portion of the described premises which is occupied by you.

6.  "Research and development" means the development of new products and enhancements of existing products. "Research and development" does not mean the maintenance of existing products.

DX T2 01 03 98

Page 9 of 9

TRAV 000434