**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOUISIANA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART*
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
DELUXE PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

* This endorsement does not apply to coverage provided for employee dishonesty (Coverage Form A), forgery or alteration (Coverage Form B), or public employee dishonesty (Coverage Forms O and P).

**A.** Paragraphs **2.** and **5.** of the CANCELLATION Common Policy Conditions – Deluxe are replaced by the following:

**2.** NOTICE OF CANCELLATION

   **a.** CANCELLATION OF POLICIES IN EFFECT FOR FEWER THAN 60 DAYS AND NOT RENEWALS

   If this policy has been in effect for fewer than 60 days and is not a renewal of a policy we issued, we may cancel this policy for any reason, subject to the following:

   **(1)** Cancellation for nonpayment of premium

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

   **(2)** Cancellation for any other reason

   We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least 60 days before the effective date of cancellation.

   **b.** CANCELLATION OF RENEWAL POLICIES AND NEW POLICIES IN EFFECT FOR 60 DAYS OR MORE

If this policy has been in effect for 60 days or more, or is a renewal of a policy we issued, we may cancel only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** Fraud or material misrepresentation made by you or with your knowledge in obtaining the policy, continuing the policy, or in presenting a claim under the policy;

**(3)** Activities or omissions by you which change or increase any hazard insured against;

**(4)** Change in the risk which increases the risk of loss after we issued or renewed this policy including an increase in exposure due to regulation, legislation, or court decision;

**(5)** Determination by the Commissioner of Insurance that the continuation of this policy would jeopardize our solvency or would place us in violation of the insurance laws of this or any other state;

**(6)** The insured's violation or breach of any policy terms or conditions; or

**(7)** Any other reasons that are approved by the Commissioner of Insurance.

Copyright, Insurance Services Office, Inc., 1987, 1989
Copyright, ISO Commercial Risk Services, Inc., 1987, 1989

TRAV 000460

We will mail or deliver written notice of cancellation under this item **2.b.**, to the first Named Insured at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 60 days before the effective date of cancellation if we cancel for a reason described in **2.b.(2)** through **(7)** above.

5. PREMIUM REFUND

If this policy is cancelled, we will send the first Named Insured any premium refund due, subject to paragraphs **5.a.** and **5.b.** The cancellation will be effective even if we have not made or offered a refund.

**a.** If we cancel, the refund will be pro rata.

**b.** If the first Named Insured cancels, the refund may be less than pro rata, and will be sent to the first Named Insured within 30 days after the effective date of cancellation.

B. Paragraph **f.** of the MORTGAGE HOLDERS Condition in the Deluxe Property Coverage Form is replaced by the following:

If we cancel this policy, we will give written notice to the mortgage holder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation. If we cancel for any other reason

C. The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured, at least 60 days before its expiration date, or its anniversary date if it is a policy written for a term of more than one year or with no fixed expiration date.

2. We need not mail or deliver this notice if:

**a.** We or another company within our insurance group have offered to issue a renewal policy; or

**b.** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

3. Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1987, 1989
Copyright, ISO Commercial Risk Services, Inc., 1987,1989

IL T9 44 04 98

TRAV 000461

**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA         23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

   Policy Number: Y-630-528D9763-TIL-04

   GMAC COMMERCIAL MORTGAGE, MASTER
   SERVICER
   P O BOX 1687
   HORSHAM PA 19044-6657

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|-------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
   __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LOAN #20023901

IL T0 10 04 94

Page 1 of 2

TRAV 000462

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY: _____

          Signature of Authorized Representative


IL T0 10 04 94

Page 2 of 2

TRAV 000463



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA          23236

**LENDER'S CERTIFICATE OF INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   LIBERTY BANK & TRUST COMPANY
   3801 CANAL STREET
   NEW ORLEANS LA 70119

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|------|------|------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
                                    __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #47368/006115

IL T0 10 04 94                                                      Page 1 of 2

TRAV 000464

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000465



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA              23236

**LENDER'S CERTIFICATE OF INSURANCE – FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

Policy Number: Y-630-528D9763-TIL-04

NORSTAN FINANCIAL SERVICES, INC.
C/O LEASE PROCESSING CENTER
P O BOX 168647
IRVING TX 75016

2. **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

**Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSOANL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss:  ____ Basic Form    ____ Broad Form    ____ Special Form
                                                                          **X**  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
MASTER EQUIPMENT LEASE #021-0154780-000

IL T0 10 04 94

Page 1 of 2

TRAV 000466

8.  **NOTICE OF CANCELLATION** -- If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** -- As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY: _____

Signature of Authorized Representative


IL T0 10 04 94

Page 2 of 2

TRAV 000467



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**      Policy Number: Y-630-528D9763-TIL-04

   STEELCASE FINANCIAL SERVICES, INC.
   475 SANSOME STREET, 19TH FLOOR
   SAN FRANCISCO CA 94111

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS              LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04  to  09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
   __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   MASTER LEASE AGREEMENT #22151

IL T0 10 04 94

Page 1 of 2

TRAV 000468

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY:  _____

 Signature of Authorized Representative


IL T0 10 04 94                                                                Page 2 of 2


TRAV 000469



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

LENDER'S CERTIFICATE OF
INSURANCE—FORM A
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

Policy Number: Y-630-528D9763-TIL-04

UNIVERSITY LEASE
A DIVISION OF CA FIRST NATIONAL BK
18201 VON KARMAN AVE., SUITE 420
IRVINE CA 92612

2. **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS            LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which  this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is  issued as a matter of information only and does not amend, extend or alter the  coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

**Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss:  _____ Basic Form   _____ Broad Form   _____ Special Form
                                                      **X**  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE AGREEMENT ORDER NO. BL-00258; LEASE SCHEDULE NOS. 01,02,03
   & 04 AND LEASE AGREEMENT NO. UL0008564, LEASE SCHEDULE NO. 01

IL T0 10 04 94

Page 1 of 2

TRAV 000470

8.  **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the  Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in  this Certificate or is required by law, we will mail written notice according  to such provision or requirement.

9.  **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.


BY:   _____

      Signature of Authorized Representative


**IL T0 10 04 94**

Page 2 of 2

TRAV 000471



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA                    23236

**LENDER'S CERTIFICATE OF INSURANCE—FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                    Policy Number: Y-630-528D9763-TIL-04

   UPS CAPITAL CORPORATION
   35 GLENLAKE PARKWAY, NE
   ATLANTA GA 30328

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:**  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

   | Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
   |---|---|---|---|---|
   | 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

   Coverage - Covered Causes of Loss: ____ Basic Form  ____ Broad Form  ____ Special Form
   **X** Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #40000646

IL T0 10 04 94                                                        Page 1 of 2

TRAV 000472

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000473



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA                    23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**                     Policy Number: Y-630-528D9763-TIL-04

   PITNEY BOWES CREDIT CORPORATION
   ACCOUNT #6171326
   P O BOX 56460
   LOUISVILLE KY 40285-6460

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04   to   09-01-05

5. **INSURING COMPANY:**   TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|------------------------|--------------------|------|
| 16 | 16 | POSTAGE METER/MAILING EQUIPMENT ACCOUNT #6171326, INCLUDED IN YOUR BUSINESS PERSONAL PROPERTY | $ 32,257 | $ 100000 |

   Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
   __X__ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

IL T0 10 04 94                                                            Page 1 of 2

**TRAV 000474**

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

**IL T0 10 04 94**

Page 2 of 2

TRAV 000475



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA          23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

Policy Number: Y-630-528D9763-TIL-04

J P MORGAN LEASING, INC
1 CHASE SQUARE
ROCHESTER NY 14643

2. **NAMED INSURED:**

XAVIER UNIVERSITY OF LOUISIANA
ONE DREXEL DRIVE, BOX 46A

NEW ORLEANS            LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD: 09-01-04  to  09-01-05**

5. **INSURING COMPANY:  TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

6. **INSURANCE**

**Buildings or Personal Property -** The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|---|---|---|---|---|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss: _____ Basic Form  _____ Broad Form  _____ Special Form
                                      **X** Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

*BLANKET LIMIT
LEASE #23109-1

IL T0 10 04 94

Page 1 of 2

TRAV 000476

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

   Signature of Authorized Representative

IL T0 10 04 94

Page 2 of 2

TRAV 000477

 **ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA                    23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM A**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**          Policy Number: Y-630-528D9763-TIL-04

> TCF LEASING, INC
> 11100 WAYVATA BLVD., #801
> MINNETONKA MN 55305

2. **NAMED INSURED:**

> XAVIER UNIVERSITY OF LOUISIANA
> ONE DREXEL DRIVE, BOX 46A
>
> NEW ORLEANS               LA 70125-1098

3. **CERTIFICATION -** We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** 09-01-04 to 09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Personal Property** - The policy names the Certificate Holder as a Loss Payee, according to its Loss Payable Provisions (copy attached), for the property described below:

| Loc. No. | Bldg. No. | Description of Property | Limit of Insurance | Ded. |
|----------|-----------|------------------------|--------------------|------|
| 1 | 1 | YOUR BUSINESS PERSONAL PROPERTY | $ *46,965,315 | $ 100000 |

Coverage - Covered Causes of Loss:  ____ Basic Form   ____ Broad Form   ____ Special Form
                                          X  Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any):

   *BLANKET LIMIT
   LEASE #23190-2

IL T0 10 04 94

TRAV 000478

8. **NOTICE OF CANCELLATION** — If we elect to cancel the policy or the Coverage Part which applies to the property described in item 6. of this Certificate, we will mail to the Certificate Holder written notice at least 10 days before the date our cancellation takes effect. If more than 10 days notice to the Certificate Holder is provided in this Certificate or is required by law, we will mail written notice according to such provision or requirement.

9. **DEFINITIONS** — As defined in the policy, the words "we," "us" and "our" refer to the Company providing this insurance. The words "you" and "your" refer to the Named Insured shown in the Declarations of the policy.

BY: _____

_Signature of Authorized Representative_

**IL T0 10 04 94**

Page 2 of 2

TRAV 000479



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA            23236

**LENDER'S CERTIFICATE OF INSURANCE – FORM B**
Issue Date: **10-28-04**

1. **CERTIFICATE HOLDER:**                          Policy Number: **Y-630-528D9763-TIL-04**

      LOUISIANA PUBLIC FACILITIES
      AUTHORITY & HANCOCK BANK AS TRUSTEE
      P O BOX 591
      BATON ROUGE LA 70821

2. **NAMED INSURED:**

      XAVIER UNIVERSITY OF LOUISIANA
      ONE DREXEL DRIVE, BOX 46A

      NEW ORLEANS                    LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From **09-01-04**  to  **09-01-05**

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Buildings Under Construction** – The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance $ | Coins % |
|---|---|---|---|---|
| | | | | |

Coverage - Covered Causes of Loss: _____ Basic Form      _____ Broad Form      _____ Special Form
_____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any)

IL T0 11 03 96

Page 1 of 2

TRAV 000480

8. **DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

## MORTGAGE HOLDER CONDITIONS — BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

  (1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

  (2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

  (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

  (1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

  (2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

  (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

  (2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

**IL T0 11 03 96**

Page 2 of 2

**TRAV 000481**



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND  VA             23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM B**
Issue Date: 10-28-04

1.  **CERTIFICATE HOLDER:**                          Policy Number: Y-630-528D9763-TIL-04

    J P MORGAN TRUST COMPANY, NATIONAL
    ASSOCIATION
    6525 WEST CAMPUS OVAL, SUITE 200
    NEW ALBANY OH 43054

2.  **NAMED INSURED:**

    XAVIER UNIVERSITY OF LOUISIANA
    ONE DREXEL DRIVE, BOX 46A

    NEW ORLEANS                    LA 70125-1098

3.  **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4.  **POLICY PERIOD:** From 09-01-04  to  09-01-05

5.  **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6.  **INSURANCE**

    **Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

Coverage - Covered Causes of Loss:  _____ Basic Form     _____ Broad Form     _____ Special Form
                                     _____ Deluxe Property Form

7.  **SPECIAL PROVISIONS** (if any)
    XAVIER UNIVERSITY OF LOUISIANA REVENUE BONDS SERIES 2002

IL T0 11 03 96                                                              Page 1 of 2

TRAV 000482

**8. DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this Insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS—BUILDINGS ONLY

a. The term, mortgage holder, includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

c. The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

e. If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL TO 11 03 96

Page 2 of 2

TRAV 000483

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF
INSURANCE — FORM B — SCHEDULE**
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL
ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|------|------|---------|---|---|--------|-----|------|
| 13 | 13 | ONE (18) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | $ 585,880 | N/A | DELUXE |
| 17 | 17 | 3713 (36) SHORT STREET NEW ORLEANS | LA | 70125 | 6,542,696 | N/A | DELUXE |
| 18 | 18 | 3713 (37) SHORT STREET NEW ORLEANS | LA | 70125 | 9,603,528 | N/A | DELUXE |

IL T8 97 03 96

TRAV 000484



**ST PAUL TRAVELERS**
300 ARBORETUM PLACE   STE 160
RICHMOND   VA                23236

**LENDER'S CERTIFICATE OF INSURANCE — FORM B**
Issue Date: 10-28-04

1. **CERTIFICATE HOLDER:**

   Policy Number: Y-630-528D9763-TIL-04

   J P MORGAN TRUST COMPANY, NATIONAL
   ASSOCIATION
   6525 WEST CAMPUS OVAL, SUITE 200
   NEW ALBANY OH 43054

2. **NAMED INSURED:**

   XAVIER UNIVERSITY OF LOUISIANA
   ONE DREXEL DRIVE, BOX 46A

   NEW ORLEANS               LA 70125-1098

3. **CERTIFICATION** - We certify that we have issued the policy to the Named Insured for the policy period as identified in this Certificate. Notwithstanding any requirements, terms or conditions of any contract or other document with respect to which this Certificate may be issued, the insurance is that which we customarily provide for the coverage indicated in item 6. below. This Certificate is issued as a matter of information only and does not amend, extend or alter the coverage afforded by the policy.

4. **POLICY PERIOD:** From 09-01-04   to   09-01-05

5. **INSURING COMPANY:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

6. **INSURANCE**

   **Buildings or Buildings Under Construction** — The policy names the Certificate Holder as a Mortgagee, according to the Mortgage Holder Conditions on page 2, for the buildings described below:

| Loc. No. | Bldg. No. | Address | Limit of Insurance | Coins % |
|---|---|---|---|---|
| | | SEE IL T8 97 03 96 | $ | |

   Coverage - Covered Causes of Loss: _____ Basic Form   _____ Broad Form   _____ Special Form
   _____ Deluxe Property Form

7. **SPECIAL PROVISIONS** (if any)

   XAVIER UNIVERSITY OF LOUISIANA BUILDING BONDS OF 1967
   BANK ONE ACCOUNT #3660032500

IL T0 11 03 96

Page 1 of 2

TRAV 000485

**8. DEFINITIONS** — As defined in the policy, the words 'we,' 'us' and 'our' refer to the Company providing this insurance. The words 'you' and 'your' refer to the Named Insured shown in the Declarations of the policy.

BY: _____

Signature of Authorized Representative

---

## MORTGAGE HOLDER CONDITIONS – BUILDINGS ONLY

**a.** The term, mortgage holder, includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgage holder shown in the Declarations in their order of precedence, as their interests may appear.

**c.** The mortgage holder has the right to receive loss payment even if the mortgage holder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgage holder will still have the right to receive loss payment if the mortgage holder:

(1) Pays any premium due under this Coverage Part at our request if you have failed to do so;

(2) Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgage holder.

All of the terms of this Coverage Part will then apply directly to the mortgage holder.

**e.** If we pay the mortgage holder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part;

(1) The mortgage holder's right under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgage holder's right to recover the full amount of the mortgage holder's claim will not be impaired.

At our option, we may pay to the mortgage holder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgage holder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgage holder at least 10 days before the expiration date of this policy.

IL T0 11 03 96

Page 2 of 2

TRAV 000486

 **ST PAUL TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

**LENDER'S CERTIFICATE OF INSURANCE – FORM B – SCHEDULE**
ISSUE DATE: 10-28-04

POLICY NUMBER: Y-630-528D9763-TIL-04

CERTIFICATE HOLDER: J P MORGAN TRUST COMPANY, NATIONAL ASSOCIATION

| Loc. No. | Bldg. No. | Address | | | Limit of Insurance | Coins % | Cause of Loss |
|------|------|---------|---|---|-------------------|---------|---------------|
| 12 | 12 | ONE (14) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | $ 5,620,437 | N/A | DELUXE |
| 15 | 15 | ONE (24) DREXEL DRIVE NEW ORLEANS | LA | 70125-1098 | 1,608,385 | N/A | DELUXE |

IL T8 97 03 96

TRAV 000487