UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| | **SECTION "K" MAG "2"** |
| **PERTAINS TO:** <br> **INSURANCE (XAIVER UNIVERSITY OF LOUISIANA V. TRAVELERS CASUALTY PROPERTY COMPANY OF AMERICA NO. 06-516)** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT ON ITS MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING BURDEN OF PROOF**

NOW COMES, through undersigned counsel, Plaintiff Xavier University of Louisiana ("Xavier"), who submits this Request for Oral Argument on its Motion for Partial Summary Judgment Regarding Burden of Proof. Xaiver submits that oral argument will assist this Honorable Court in understanding the issues addressed in its motion. Accordingly, Xavier respectfully requests that this Court hear oral arguments concerning its Motion for Partial Summary Judgment Regarding Burden of Proof on Wednesday, March 7, 2007, at 9:30 a.m.

Respectfully Submitted:

  /s/ James M. Garner
JAMES M. GARNER, #19589
DARNELL BLUDWORTH, #18801
TIMOTHY B. FRANCIS, #14973
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras St., 28th Floor
New Orleans, LA   70112
Telephone:  504-299-2100
Facsimile: 504-299-2300
COUNSEL FOR XAVIER UNIVERSITY
OF LOUISIANA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 12, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ralph S. Hubbard, III
Simeon B. Reimonenq, Jr.
601 Poydras St., Suite 2775
New Orleans, LA   70130
Attorneys for Travelers Property Casualty Company of America

  /s/ James M. Garner
JAMES M. GARNER