UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO.:  05-4182 "K-2" |
| CONSOLIDATED LITIGATION | * | |
| | * | JUDGE DUVAL |
| | * | |
| _____ | * | MAGISTRATE WILKINSON |
| | * | |
| PERTAINS TO:  INSURANCE | * | |
| | * | |
| CONNIE ABADIE, ET AL | * | |
| 06-5164 | * | |
| | * | |
| *    *    *    *    *    *    * | | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, ZC Sterling Corporation, who respectfully moves this Court for an order allowing Richard E. King (#25128), Stephen J. Moore (#23871), David M. Moragas (#29633), Ryan M. Bourgeois (#29098), Matthew J. Lindsay (#30599), and the law firm of Galloway, Johnson, Tompkins, Burr & Smith to withdraw as counsel of record for ZC Sterling Corporation.  ZC Sterling Corporation is already represented by Laurence Emig Larmann, Joseph L. Spilman, III, Anne Elizabeth Medo, Dominic J. Ovella, Sean P. Mount, and the law firm of Hailey, McNamara, Hall, Larmann & Papale.

**WHEREFORE**, ZC Sterling Corporation prays that Richard E. King, Stephen J. Moore, David M. Moragas, Ryan M. Bourgeois, Matthew J. Lindsay, and the law firm of Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record for ZC Sterling Corporation.

Respectfully submitted,

*/s/ Richard E. King*

**RICHARD E. KING, T.A. (#25128)**
**STEPHEN J. MOORE (#23871)**
**DAVID M. MORAGAS (#29633)**
**RYAN M. BOURGEOIS (#29098)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
     **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th day of February, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**