UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**In Re: KATRINA CANAL BREACHES**     *     **CIVIL ACTION NO.:  05-4182 "K-2"**
**CONSOLIDATED LITIGATION**          *
                                     *     **JUDGE DUVAL**
                                     *
_____     *     **MAGISTRATE WILKINSON**
                                     *
**PERTAINS TO:  INSURANCE**          *
                                     *
**CONNIE ABADIE, ET AL**             *
**06-5164**                          *
                                     *
\*     \*     \*     \*     \*     \*     \*

## <u>ORDER</u>

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS ORDERED** that Richard E. King, Stephen J. Moore, David M. Moragas, Ryan M. Bourgeois, Matthew J. Lindsay, and the law firm of Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record for ZC Sterling Corporation.

**NEW ORLEANS**, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**