# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STUART A. MINTZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-7483 |
| | * | |
| AUTO CLUB FAMILY INSURANCE | * | SECTION: K |
| COMPANY; KENNETH JOHNSON, | * | |
| PRESIDENT AND CEO; ARTHUR | * | MAG. JUDGE: 2 |
| JOHNSON, EXECUTIVE, VP; | * | |
| WILLIAM ERDMAN, VP AND | * | |
| GENERAL COUNSEL AND | * | |
| SECRETARY, ROBERT J. | * | |
| SCHREIBER, VP, INSURANCE; MS. | * | |
| LINDA HINES, CLAIMS | * | |
| REPRESENTATIVE; AND MR. SCOTT | * | |
| BRUENING (NO TITLE PROVIDED) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FULL AND FINAL MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Stuart A. Mintz, and upon suggesting to the court that all matters between all parties have been amicably resolved and settled, Plaintiff, Stuart A. Mintz, hereby moves for a **FULL AND FINAL** order dismissing the Petition and **ALL CLAIMS, WITH PREJUDICE, WITH EACH PARTY TO BEAR ITS OWN COSTS**.

Respectfully submitted:

FOWLER, RODRIGUEZ & CHALOS, L.L.P.

By: _____

**DANIEL LICHTL, T.A. (#26385)**
**JON W. WISE (#2192)**
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone:  (504) 523-2600
Facsimile;  (504) 523-2705
**Attorneys for Plaintiff, Stuart A. Mintz**

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of February, 2007, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice

of electronic filing to persons electronically noticed.  I further certify that I mailed the

foregoing document and the notice of electronic filing by first-class mail to any non-

CM/ECF participant.

_____
**DANIEL LICHTL**