UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STUART A. MINTZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-7483 |
| | * | |
| AUTO CLUB FAMILY INSURANCE | * | SECTION: K |
| COMPANY; KENNETH JOHNSON, | * | |
| PRESIDENT AND CEO; ARTHUR | * | MAG. JUDGE: 2 |
| JOHNSON, EXECUTIVE, VP; | * | |
| WILLIAM ERDMAN, VP AND | * | |
| GENERAL COUNSEL AND | * | |
| SECRETARY, ROBERT J. | * | |
| SCHREIBER, VP, INSURANCE; MS. | * | |
| LINDA HINES, CLAIMS | * | |
| REPRESENTATIVE; AND MR. SCOTT | * | |
| BRUENING (NO TITLE PROVIDED) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL

Considering the foregoing Full and Final Motion to Dismiss With Prejudice;

IT IS ORDERED that the claims of Plaintiff, Stuart A. Mintz, be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs. <u>This is a full and final dismissal of all claims</u>.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE**