FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB -9  PM 4:45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| COLLEEN BERTHELOT, ET AL., | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| VERSUS | * | |
| | * | SECTION "K" (2) |
| BOH BROTHERES CONSTRUCTION CO., | * | |
| L.L.C., ET AL. | * | CONS. KATRINA CANAL |

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| JULIE TAUZIN, PAULETTE L. HELDNER, | * | CIVIL ACTION |
| WIFE OF AND JOHN MICHAEL HOLAHAN, | * | NO. 06-0020 |
| RIVERBEND FINE WINES, INC., and | * | |
| MICHELLE M. ZORNES | * | SECTION "K" (2) |
| | * | |
| VERSUS | * | |
| | * | |
| THE BOARD OF COMMISSIONERS FOR THE | * | |
| ORLEANS PARISH LEVEE DISTRICT, | * | |
| THE UNITED STATES OF AMERICA | * | |
| GULF GROUP, INC. OF FLORIDA, | * | |
| PITTMAN CONSTRUCTION CO. OF | * | |
| LOUISIANA, INC., PITTMAN CONSTRUCTION | * | |
| COMPANY, INC., BURK-KLEINPETER, INC., | * | |
| BURK-KLEINPETER, L.L.C., B&K | * | |
| CONSTRUCTION CO., INC., MILLER | * | |
| EXCAVATING SERVICES, INC., JAMES | * | |
| CONSTRUCTION GROUP, INC., | * | |
| EUSTIS ENGINEERING CO., INC., | * | |
| MODJESKI AND MASTERS, INC., | * | |
| WASHINGTON GROUP INTERNATIONAL, INC., | * | |
| VIRGINIA WRECKING COMPANY, INC., | * | |
| AND BOH BROS. CONSTRUCTION CO., L.L.C. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

\_\_\_ Fee_____
\_\_\_ Process_____
\_X\_ Dktd _____
\_\_\_ CtRmDep_____
\_\_\_ Doc. No_____

## ANSWER TO SECOND SUPPLEMENTAL AND AMENDED CLASS ACTION COMPLAINT BY PITTMAN CONSTRUCTION CO., INC.

**NOW INTO COURT**, through undersigned counsel, comes Pittman Construction Co., Inc. (**Pittman**) and for answer to the Second Amended Class Action Complaint of Julie E. Tauzin, Paulette L. Heldner, Wife of/and John Michael Holahan, Riverbend Fine Wines, Inc., and Michelle M. Zornes (**the Second Second Amended Complaint**), and respectfully avers as follows:

### FIRST DEFENSE

The Second Second Amended Complaint fails to state a claim or claims upon which relief may be granted.

### SECOND DEFENSE

The Second Second Amended Complaint is barred by the applicable statute(s) of limitations and/or statute(s) of repose, including but not limited to La. R.S. 9:2772.

### THIRD DEFENSE

The Second Second Amended Complaint is peremptive by La. R.S. 9:2772.

### FOURTH DEFENSE

And now, as a separate and complete defense, answering each allegation of the Second Second Amended Complaint individually, Pittman avers as follows:

**1.**

The Introduction to the Second Second Amended Complaint contains conclusions of law, not allegations of fact. Accordingly, no answer is required of Pittman. However, to the extent an answer may be deemed to be required, the allegations contained in the Introduction of the Second Amended Complaint are denied.

**2.**

The jurisdictional allegations of the Second Amended Complaint contain conclusions of law, not allegations of fact.  Accordingly, no answer is required of Pittman.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 1 of the Second Amended Complaint are denied.

**3.**

The allegations contained in paragraph 2 (the unnumbered paragraph) of the Second Amended Complaint are denied as written.

**4.**

The allegations contained in paragraph 3 of the Second Amended Complaint are denied.

**5.**

The allegations contained in paragraph 4 of the Second Amended Complaint are denied to the extent that they are allegations of fact.  The allegations contained in paragraph 4 of the Second Amended Complaint do not require an answer by Pittman to the extent that they contain conclusions of law.  However, to the extent that an answer may be deemed to be required, the conclusions of law contained in paragraph 4 of the Second Amended Complaint are denied.

**6.**

To the extent that paragraph 5 of the Second Amended Complaint contains allegations of fact, they are denied.  To the extent that paragraph 5 of the Second Amended Complaint contains conclusions of law, no answer is required of Pittman.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 5 of the Class Action Complaint are denied.

**7.**

To the extent that paragraph 6 of the Second Amended Complaint contains allegations of fact, they are denied.  To the extent that paragraph 6 of the Second Amended Complaint contains conclusions of law, no answer is required of Pittman.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 6 of the Second Amended Complaint are denied.

**8.**

The allegations contained in paragraph 7 of the Second Amended Complaint are conclusions of law.  Accordingly, no answer is required of Pittman.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 7 of the Second Amended Complaint are denied.

**9.**

The allegations contained in paragraph 8 of the Second Amended Complaint do not require an answer by Pittman.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 8 of the Second Amended Complaint are denied.

**10.**

The allegations contained in paragraph 9 of the Second Amended Complaint are denied.

**11.**

The allegations contained in paragraph 10 of the Second Amended Complaint are denied.

**12.**

The allegations contained in paragraph 11 of the Second Amended Complaint are denied.

**13.**

The allegations contained in paragraph 12 of the Second Amended Complaint are denied.

**14.**

The allegations contained in paragraph 13 of the Second Amended Complaint are denied. Further answering, Pittman denies that this matter is appropriate for class action certification as common issues of fact and/or law do not predominate, and the class is so broadly drawn as to be untenable.  Further, the proposed sub-classes set forth in paragraph 13 of the Second Amended Complaint do not alleviate any of the objections contained herein.

**15.**

The allegations contained in paragraph 14 of the Second Amended Complaint are denied. Further answering, Pittman realleges and reavers those objections raised to this proposed Class Action in paragraph 14 of its Answer, and further avers that the proposed sub-classes contained in paragraph 14 of the Second Amended Complaint do not alleviate its objections.

**16.**

The allegations contained in paragraph 15(a) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(a) of the Second Amended Complaint are denied.

**17.**

The allegations contained in paragraph 15(b) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(b) of the Second Amended Complaint are denied.

**18.**

The allegations contained in paragraph 15(c) of the Second Second Amended Complaint are denied as written.

**19.**

The allegations contained in paragraph 15(d) of the Second Amended Complaint are denied as written.

**20.**

The allegations contained in paragraph 15(e) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(e) of the Second Amended Complaint are denied.

**21.**

The allegations contained in paragraph 15(f) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(f) of the Second Amended Complaint are denied.

**22.**

The allegations contained in paragraph 15(g) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(g) of the Second Amended Complaint are denied.

**23.**

The allegations contained in paragraph 15(h) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(h) of the Second Amended Complaint are denied.

**24.**

The allegations contained in paragraph 15(i) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(i) of the Second Amended Complaint are denied.

**25.**

The allegations contained in paragraph 15(j) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(j) of the Second Amended Complaint are denied.

**26.**

The allegations contained in paragraph 15(k) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(k) of the Second Amended Complaint are denied.

**27.**

The allegations contained in paragraph 15(l) of the Second Amended Complaint do not relate to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer

may be deemed to be required, the allegations contained in paragraph 15(l) of the Second Amended Complaint are denied.

### 28.

The allegations contained in paragraph 15(m) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(m) of the Second Amended Complaint are denied.

### 29.

The allegations contained in paragraph 15(n) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(n) of the Second Amended Complaint are denied.

### 30.

The allegations contained in paragraph 15(o) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(o) of the Second Amended Complaint are denied.

### 31.

The allegations contained in paragraph 15(p) of the Second Amended Complaint do not relate to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 15(p) of the Second Amended Complaint are denied.

**32.**

The allegations contained in paragraph 16 of the Second Amended Complaint are denied as written.

**33.**

The allegations contained in paragraph 17 of the Second Amended Complaint are denied as written.

**34.**

The allegations contained in paragraph 18 of the Second Amended Complaint are denied as written.

**35.**

The allegations contained in paragraph 19 of the Second Amended Complaint are denied as written.

**36.**

The allegations contained in paragraph 20 of the Second Amended Complaint are denied as written.

**37.**

The allegations contained in paragraph 21 of the Second Amended Complaint are denied as written.

**38.**

The allegations contained in paragraph 22 of the Second Amended Complaint are denied as written.

**39.**

The allegations contained in paragraph 23 of the Second Amended Complaint are denied.

**40.**

The allegations contained in paragraph 24 of the Second Amended Complaint are denied as written.

**41.**

The allegations contained in paragraph 25 of the Second Amended Complaint are denied as written.

**42.**

The allegations contained in paragraph 26 of the Second Amended Complaint are denied as written.

**43.**

The allegations contained in paragraph 27 of the Second Amended Complaint are denied as written.

**44.**

The allegations contained in paragraph 28 of the Second Amended Complaint are denied.

**45.**

The allegations contained in paragraph 29 of the Second Amended Complaint are denied. Further answering, it is not possible to tell from paragraph 29 whether the "Pittman" referred to therein is Pittman Construction Co. of Louisiana, Inc., or Pittman Construction Company, Inc.

**46.**

The allegations contained in paragraph 30 of the Second Amended Complaint are denied. Further answering, it is not possible to tell from paragraph 29 whether the "Pittman" referred to therein is Pittman Construction Co. of Louisiana, Inc., or Pittman Construction Company, Inc.

**47.**

The allegations contained in paragraph 31 of the Second Amended Complaint are denied as written.

**48.**

The allegations contained in paragraph 32 of the Second Amended Complaint are denied as written.

**49.**

The allegations contained in paragraph 33 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 33 of the Second Amended Complaint are denied.

**50.**

The allegations contained in paragraph 34 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 34 of the Second Amended Complaint are denied.

**51.**

The allegations contained in paragraph 35 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 35 of the Second Amended Complaint are denied.

**52.**

The allegations contained in paragraph 36 of the Second Amended Complaint are denied.

**53.**

The allegations contained in paragraph 37 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 37 of the Second Amended Complaint are denied.

**54.**

The allegations contained in paragraph 38 of the Class Action Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 38 of the Second Amended Complaint are denied.

**55.**

The allegations contained in paragraph 39 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 39 of the Second Amended Complaint are denied.

**56.**

The allegations contained in paragraph 40 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 40 of the Second Amended Complaint are denied.

**57.**

The allegations contained in paragraph 41 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 41 of the Second Amended Complaint are denied.

**58.**

The allegations contained in paragraph 42 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 42 of the Second Amended Complaint are denied.

**59.**

The allegations contained in paragraph 43 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 43 of the Second Amended Complaint are denied.

**60.**

The allegations contained in paragraph 44 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 44 of the Second Amended Complaint are denied.

**61.**

The allegations contained in paragraph 45 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer

may be deemed to be required, the allegations contained in paragraph 45 of the Second Amended Complaint are denied.

**62.**

The allegations contained in paragraph 46 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 46 of the Second Amended Complaint are denied.

**63.**

The allegations contained in paragraph 47 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 47 of the Second Amended Complaint are denied.

**64.**

The allegations contained in paragraph 48 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 48 of the Second Amended Complaint are denied.

**65.**

The allegations contained in paragraph 49 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 49 of the Second Amended Complaint are denied.

**66.**

The allegations contained in paragraph 50 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 50 of the Second Amended Complaint are denied.

**67.**

The allegations contained in paragraph 51 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 51 of the Second Amended Complaint are denied.

**68.**

The allegations contained in paragraph 52 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 52 of the Second Amended Complaint are denied.

**69.**

The allegations contained in paragraph 53 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 53 of the Second Amended Complaint are denied.

**70.**

The allegations contained in paragraph 54 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer

may be deemed to be required, the allegations contained in paragraph 54 of the Second Amended Complaint are denied.

## 71.

The allegations contained in paragraph 55 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 55 of the Second Amended Complaint are denied.

## 72.

The allegations contained in paragraph 56 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 56 of the Second Amended Complaint are denied.

## 73.

The allegations contained in paragraph 57 of the Second Amended Complaint are denied.

## 74.

The allegations contained in paragraph 58 of the Second Amended Complaint are denied.

## 75.

The allegations contained in paragraph 59 of the Second Amended Complaint do not pertain to Pittman. Accordingly, no answer is required of it. However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 59 of the Class Action Complaint are denied.

**76.**

The allegations contained in paragraph 60 of the Second Amended Complaint do not pertain to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 60 of the Second Amended Complaint are denied.

**77.**

The allegations contained in paragraph 61 of the Second Amended Complaint are denied as written.

**78.**

The allegations contained in paragraph 62 of the Second Amended Complaint do not pertain to Pittman.  Accordingly, no answer is required of it.  However, to the extent an answer may be deemed to be required, the allegations contained in paragraph 62 of the Second Amended Complaint are denied.

**79.**

The allegations contained in paragraph 63 of the Second Amended Complaint are denied for lack of sufficient knowledge and information to justify a belief therein.  Further answering, Pittman realleges and reavers its objections to this matter proceeding as a class action for the reasons stated in its response to paragraphs 13 and 14 of the Second Amended Complaint. Pittman realleges and reavers that the proposed class and sub-classes are not appropriate pursuant to FRCP 23.

**80.**

The allegations contained in paragraph 64 of the Second Amended Complaint are denied.

**81.**

The allegations contained in paragraph 65 of the Second Amended Complaint are denied.

**82.**

The allegations contained in paragraph 66 of the Second Amended Complaint are denied.

**83.**

The allegations contained in paragraph 67 of the Second Amended Complaint are denied.

**84.**

The allegations contained in paragraph 68 of the Second Amended Complaint are denied.

**85.**

The allegations contained in paragraph 69 of the Second Amended Complaint are denied.

**86.**

The allegations contained in paragraph 70 of the Second Amended Complaint are conclusions of law, and not allegations of fact.  Accordingly, no answer is required of Pittman. However, to the extent that an answer may be deemed to be required, the allegations contained in paragraph 70 of the Second Amended Complaint are denied.

## FIFTH DEFENSE

This case is inappropriate for class certification based upon the proposed class and sub-classes set forth in paragraphs 13 and 14 of the Second Amended Complaint.

## SIXTH DEFENSE

The Second Amended Complaint is subject to *lis pendens*.

## SEVENTH DEFENSE

Pittman reserves its right to supplement and amend its response to the Second Amended Complaint, including the filing of incidental and third party actions as further discovery in this matter may warrant.

**WHEREFORE**, Defendant, Pittman Construction Co., Inc., prays that this answer be deemed good and sufficient in law and that after due proceedings had, there be judgment herein in its favor and against Complainants, dismissing the Second Amended Complaint at Complainants' cost. Pittman Construction Co., Inc., further prays for all general and equitable relief to which it may be entitled.

Respectfully submitted,

**KILLEEN & STERN, PC**

By:_____
    Robert C. Stern, T.A. (La. Bar No. 12454)
    400 Poydras Street, Suite 1710
    New Orleans, LA 70130
    Telephone: (504) 525-8111
    Facsimile: (504) 680-6080
        and
    Robert J. Killeen, Jr. (La. Bar No. 18287)
    8 Greenway Plaza, Suite 614
    Houston, TX 77046
    Phone: (713) 626-5100
    Facsimile: (713)626-4545

**ATTORNEYS FOR PITTMAN
CONSTRUCTION CO., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2007, a true and correct copy of the foregoing document was forwarded via facsimile, regular mail, certified mail, return receipt requested and/or hand delivery to all counsel of record.

_____

Robert C. Stern