**MINUTE ENTRY**
**DUVAL, J.**
**February 5, 2007**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: ALL CASES** | **SECTION "K"(2)** |

At the request of Plaintiffs' Liaison counsel, a status conference was held this day, participating were:

Magistrate Judge Jay Wilkinson;

Joe Bruno for Plaintiffs' Liaison Committee;

Seth Schmeeckle for Defendants' Liaison Committee; and

Alan Kanner and Calvin Fayard reporting on Liaison Committee activity in Judge
    Feldman's Katrina proceedings.

The Court was contacted to determine whether it would like an update on the Case Management Order for Katrina Litigation that is to be issued in Section "F",  which might  be considered  in confecting  a Case Management Order in the captioned matter.

A status conference was thus called in an attempt to continue coordination of Katrina litigation in the various sections of the Eastern District of Louisiana.  Mssr. Kanner and Fayard reported thereon concerning the method by which Section "F" intends to coordinate its Katrina litigation.  The Court has now been informed thereon and will consider whether it will confect a similar order with respect to non-breach Katrina litigation.

JS-10: 1 HOUR