Minute Entry
Duval, J.
February 12, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO ALL CASES: | |
| *Publish to Web* | SECTION "K"(2) |

      The Court held a status conference this date attended by Joseph Bruno and Ralph Hubbard, Liaison Counsel, and Magistrate Judge Wilkinson, to obtain further input relevant to the development of the Case Management Order applicable to the next phase of the captioned litigation. The Court is rewriting the Case Management Order as a result of the status conference and notes that Liaison Counsel have not seen a copy of the revised Case Management Order being prepared by the Court. At the hearing scheduled for February 13. 2007, the Court will receive additional input relevant to the development of the Case Management Order from all counsel who wish to participate. The Court has reviewed the letters submitted to it concerning the Case Management Order and any additional input should be supplemental to and not duplicative of the information contained in the letters.