MINUTE ENTRY
DUVAL, J.
February 7, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                        CIVIL ACTION
CONSOLIDATED LITIGATION
                                                    NO. 05-4182

PERTAINS TO: ALL CASES                              SECTION "K"(2)
*Publish to Web–Organizational Order*

  Attending a status conference to discuss the Rule 12 motions and others filed pursuant to the Court's order of November 29, 2006 and the proper approach concerning their grouping and order of disposition were:

  Joe Bruno for Plaintiffs' Liaison Counsel

  Ralph Hubbard and Seth Schmeeckle for Defendants' Liaison Counsel.

The Court advised counsel of its accounting of those motions before it at this time and the Court's intended approach concerning the proper manner by which to group these motions.

  The Court requested that counsel report back to it on **February 13, 2007 at 3:00 p.m.** and provide a list of motions with the appropriate document numbers under the consolidated case number with such motions organized in accordance with the groupings provided at that meeting.

  The Court noted that a number of Rule 12 motions had been and are continued to be filed past the February 1, 2007 cut-off date previously entered for Motions on Pleadings.  As such, the Court warned that late-filed motions may be summarily denied as late-filed without good cause shown for the delay in filing.  This determination will be made subsequent to the Court's review of such motions.

  Furthermore, the Court noted that because of on-going discussions by the judges of the

Eastern District of Louisiana concerning the proper course to proceed with respect to the mass joinder cases, the Court had not entered the anticipated order concerning the administrative closure of certain mass joinder cases. Accordingly,

**IT IS ORDERED** that the time to file responsive pleadings in all matters consolidated hereunder is **CONTINUED** to March 31, 2007.

JS10-1.5 HOURS