UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO. 05-4182 SECTION "K"(2) JUDGE DUVAL MAG. WILKINSON |
|---|---|---|
| PERTAINS TO: ALL CASES | § § § § § § § | |

## NOTICE OF CASE DESIGNATION

**NOW INTO COURT,** come Defendants Liaison Counsel, Ralph S. Hubbard III, and Plaintiffs Liaison Counsel, Joseph M. Bruno, who, pursuant to the Court's Case Management Order Number 1, entered on July 19, 2006, and the Court's Case Management Order Number 2, entered on October 21, 2006, do hereby provide the following designation of the cases listed herein[1]:

| Case Name | Case Number | Pertains To |
|---|---|---|
| Iteld, Bernstein & Associates, L.L.C. v. Hanover Insurance Group, Inc. et al | 06-3418 | Insurance |
| Zimmerman et al v. State Farm Fire and Casualty Company | 06-3932 | Insurance |
| Battaglia et al v. Horace Mann Insurance Company et al | 06-4532 | Insurance |
| Roger v. Auto Club Family Insurance Company | 06-4688 | Insurance |
| Mooney et al v. State Farm Insurance Company | 06-4703 | Insurance |
| Kirsch v. Homesite Insurance Company | 06-4704 | Insurance |
| Slaughter et al v. Lexington Insurance Company | 06-4707 | Insurance |

---

[1] This list reflects all cases that were not yet listed on Exhibit A of the most recently filed Notice of Designation dated December 5, 2006.

1

| Case Name | Case Number | Pertains To |
|---|---|---|
| United Restaurant Entities, L.L.C. v. Travelers Property Casualty Company of America | 06-4825 | Insurance |
| Smith v. Fidelity National Insurance Company et al | 06-4945 | Insurance |
| Lemmon v. Metlife Auto & Home Insurance Agency, Inc. et al | 06-5023 | Insurance |
| Keith A. Doley, A Professional Corporation v. St. Paul Travelers Companies, Inc. et al | 06-5080 | Insurance |
| Gorbaty et al v. Amica Mutual Insurance Company | 06-5104 | Insurance |
| Gorbaty et al v. Amica Mutual Insurance Company | 06-5109 | Insurance |
| Williams et al v. Board of Commissioners for the Orleans Parish Levee District et al | 06-5471 | Levee |
| Maraldo et al v. State Farm Mutual Insurance Company et al | 06-5851 | Insurance |
| Patterson et al v. Auto Club Family Insurance Company et al | 06-6655 | Insurance |
| Robicheaux et al v. Lexington Insurance Company | 06-7173 | Insurance |
| Sonic Records, Inc. v. Great American Insurance Company | 06-7309 | Insurance |
| Blanque v. Allstate Insurance Company et al | 06-7557 | Insurance |
| Bracklein et al v. Buffman, Inc. et al | 06-7633 | St. Rita |
| McKnight et al v. Martin Insurance Agency, Inc. et al | 06-7687 | Insurance |
| Vosbein v. Chappetta Insurance Agency, Inc. et al | 06-7759 | Insurance |
| Mullins v. Mangano et al | 06-7802 | St. Rita |
| Burns v. Lexington Insurance Company | 06-7806 | Insurance |
| Reeder v. Hanover Insurance et al | 06-7857 | Insurance |
| Meloncon v. Republic Fire and Casualty Group et al | 06-7962 | Insurance |
| Palmer v. Encompass Insurance Company et al | 06-8126 | Insurance |
| Flake v. Hartford Insurance Company et al | 06-8244 | Insurance |
| Dicorte v. St. Paul Traveler's Casualty Insurance Company of America et al | 06-8270 | Insurance |
| Larroque et al v. State Farm Insurance Company et al | 06-8451 | Insurance |
| Glaudi v. Cosse et al | 06-8452 | Insurance |
| Gorman et al v. Lexington Insurance Company | 06-8500 | Insurance |
| Gambino et al v. Standard Fire Insurance Company et al | 06-8636 | Insurance |
| Alonzo v. Mangano et al | 06-8759 | St. Rita |
| Chatelain v. State Farm Fire and Casualty Insurance Company et al | 06-8789 | Insurance |
| Alfonso et al v. Travelers Insurance Company et al | 06-8801 | Insurance |
| Howell v. American Southern Home Insurance Company | 06-8845 | Insurance |
| Lepine v. Mangano et al | 06-8881 | St. Rita |

| Case Name | Case Number | Pertains To |
|---|---|---|
| In Re: Mike Hooks, Inc. | 06-8884 | Dredging Limitations |
| In the Matter of T.L. James & Company, Inc. | 06-8888 | Dredging Limitations |
| In the Matter of Gulf Coast Trailing Company et al | 06-8890 | Dredging Limitations |
| In the Matter of Manson Construction Co. | 06-8891 | Dredging Limitations |
| In Re: Luhr Bros., Inc. | 06-8922 | Dredging Limitations |
| Campbell et al v. Fireman's Fund Insurance Company et al | 06-8934 | Insurance |
| Beatmann et al v. Mangano et al | 06-8947 | St. Rita |
| Guillory v. AAA Insurance et al | 06-9039 | Insurance |
| In the Matter of Pine Bluff Sand and Gravel Company | 06-9075 | Dredging Limitations |
| Thomas et al v. Taylor et al | 06-9096 | Insurance |
| In Re: Weeks Marine, Inc. | 06-9223 | Dredging Limitations |
| Darsam et al v. Buffman, Inc. et al | 06-9569 | St. Rita |
| Aliff et al v. Mangano Corporation et al | 06-9642 | St. Rita |
| Lakewood Patio Homes Association, Inc v. Scottsdale Insurance Company | 06-9839 | Insurance |
| Weese v. The Hanover Insurance Company et al | 06-10499 | Insurance |
| Vidrios v. Buffman, Inc. et al | 06-10790 | St. Rita |
| Speed et al v. City of New Orleans et al | 06-11208 | Levee |
| Lopez v. Mangano et al | 07-269 | St. Rita |

Attached hereto as Exhibit "A" is a table identifying the sub-categories for the consolidated suits presently associated with the In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION umbrella.

Moreover, it is noted that the case *Savoy et al v. USA et al*, No. 06-3552, MRGO, has been assigned to Judge Feldman.

3

Respectfully submitted, this 12 day of February, 2007.

_____

JOSEPH M. BRUNO, La. Bar. #3604
BRUNO & BRUNO
855 Barrone Street
New Orleans, LA 70113
Telephone: (504) 525-1355
Facsimile: (504) 561-6775

**Plaintiffs Liaison Counsel**

And

RALPH S. HUBBARD III, La. Bar. # 7040
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195

**Defendants Liaison Counsel**