UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT, wife of/and SCOTT McKNIGHT** | * | **CIVIL ACTION** |
| | * | **NO.   06-7687** |
| **VERSUS** | | |
| | * | **SECTION "K"** |
| **MARTIN INSURANCE AGENCY, INC., LEXINGTON INSURANCE COMPANY and TRAVELERS INSURANCE COMPANY** | * | **MAGISTRATE 2** |
| *    *    *    *    *    *    * | * | |

**MEMORANDUM IN OPPOSITION
TO MOTION TO COMPEL ANSWERS TO INTERROGATORIES
AND REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW INTO COURT, through undersigned counsel, come the plaintiffs, JENNIFER McKNIGHT, wife of/and SCOTT McKNIGHT, and in response to the Motion to Compel Answers to Interrogatories and Request for Production of Documents by the defendant, MARTIN INSURANCE AGENCY, INC., respectfully says:

By order dated February 6, 2007, the above matter, after having been transferred to Section "K," was consolidated with the In Re Katrina Canal Breaches Consolidated Litigation, No. 05-4182 on the docket of this Court. Pursuant to the standing organizational orders of the Court, a First Discovery Plan for the Katrina Canal Breaches Consolidated Litigation has yet to be formulated and, therefore, the discovery propounded by the defendants in this matter is untimely.

Accordingly, the plaintiffs respectfully pray that the defendant's Motion to Compel Answers to Interrogatories and Request for Production of Documents be denied,

at this time, pending creation of the First Discovery Plan for the Katrina Canal Breaches Consolidated Litigation.

                                         Respectfully submitted,

                                         s/ Gary M. Pendergast
                                         GARY M. PENDERGAST
                                         Bar Roll No. 10420
                                         1515 Poydras Street, Suite 2260
                                         New Orleans, Louisiana 70112
                                         Telephone: (504) 523-0454
                                         Facsimile:  (504) 523-0464
                                         E-Mail:  GMPendergastLLC@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this 13th day of January, 2007, served a copy of the foregoing on all counsel of record via CM/ECF System Notice of Electronic Filing.

                                         s/ Gary M. Pendergast