EDWIN G. PREIS, JR.[3]
L. LANE ROY[3]
JENNIFER E. MICHEL[3]
RICHARD J. HYMEL[3]
ROBERT M. KALLAM[3]
RONALD E. TIGNER[2]
FRANK A. PICCOLO[3]
JOHN M. RIBARITS[3]
CATHERINE M. LANDRY[3]
WILLARD P. SCHIEFFLER[3]
JAMES A. LOCHRIDGE, JR.[1]
JACK C. BENJAMIN, JR.[3]
WILLA LeBLANC SMITH[3]
LORI A. HOOD[3]
FRANCIS A. COURTENAY, JR.[1]
JENNIFER A. WELLS[3]
DAWN L. MORRIS[3]
DAVID L. PYBUS[2]
JEFFREY A. RIGGS[3]
TAMMY B. SCELFO[3]
MATTHEW D. McCONNELL[3]
GREGORY S. HUDSON[2]
JOSEPH E. LEE, III[1]
DAVID M. FLOTTE[3]
CARL J. HEBERT[1]
DANIELLE M. SMITH[1]
JONATHAN L. WOODS[1]
JOSHUA W. MERMIS[2]
M. BENJAMIN ALEXANDER[1]
TABITHA R. DURBIN[1]
HILARY A. FRISBIE[2]
BENJAMIN J. DURRETT[1]
MICHAEL T. BECKERS[1]
MARK L. BARBRE[1]
AMANDA J. McKNIGHT[1]
J. MICHAEL FUSSELL[1]

[1] ADMITTED TO PRACTICE IN LOUISIANA ONLY
[2] ADMITTED TO PRACTICE IN TEXAS ONLY
[3] ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

# PREIS & ROY
(A PROFESSIONAL LAW CORPORATION)

PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET

NEW ORLEANS, LOUISIANA 70130

TELEPHONE 504.581.6062
TELEFAX 504.522.9129
E-mail pr@preisroy.com
www.preisroy.com

LAFAYETTE
POST OFFICE DRAWER 94-C
VERSAILLES CENTRE
SUITE 400
102 VERSAILLES BOULEVARD
LAFAYETTE, LOUISIANA 70509
TELEPHONE 337.237.6062
TELEFAX 337.237.9129

HOUSTON
SUITE 600
2000 BERING DRIVE
HOUSTON, TEXAS 77057
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

February 7, 2007

The Honorable Joseph C. Wilkinson, Jr.
Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

RE:   Weeks Marine, Inc. v.
      Great American Insurance Company of New York
      USDC EDLA No.: 06-3545
      P&R File No.: 5080-13981

Dear Judge Wilkinson:

Since we spoke yesterday afternoon, I have reviewed our file in this matter and have spoken with Great American's counsel, Bart Hall. In essence, Great American has tendered its policy limits for the 2005 policy year, but is declining coverage for prior years. Closely related to the Complaints against Great American is another suit filed by Weeks Marine in the matter entitled *Weeks Marine, Inc. vs. American Steamship Owners Mutual Protection and Indemnity Association Inc., and Shipowners Claims Bureau, Inc. as the manager of American Steamship* No. 06-10767, Section "A". That case pertains to the excess insurer on the same risk. American Steamship has not yet answered in that case, but we anticipate that, once it does, the case will be transferred and consolidated into the above-referenced matter.

Great American's counsel has advised that he will be filing Answers to Weeks Marine's two Complaints that have already been consolidated into this matter. He anticipates filing responsive pleadings early next week, but no later than two weeks from today.

## PREIS & ROY

The Honorable Joseph C. Wilkinson, Jr.
Re:   Weeks Marine, Inc. v. Great American Insurance Company of New York
February 7, 2007
Page 2

I hope this alleviates the need for placing the above-referenced Weeks Marine matters on the call docket. If not, or if there is any further information we can provide on this matter, please feel free to contact me.

Sincerely,

PREIS & ROY

Joseph E. "Josh" Lee III

JEL/lvw /1470214

cc:   John A. V. Nicoletti, Esq.
      George B. Hall, Jr., Esq.
      Frank A. Piccolo, Esq. (Firm)