UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO: MRGO <u>Weeks</u>, Nos. 06-3544 & 06-3545 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

In response to the court's call docket orders, Joseph E. Lee, III, counsel for plaintiffs in the referenced cases, C.A. Nos. 06-3544 and 06-3545, <u>Weeks Marine, Inc. v. Great American Insurance Company of New York</u>, has advised the court (by letter filed separately in the record) that he has been in contact with counsel for defendants and that answers will shortly be filed on behalf of defendant, Great American Insurance Company of New York. Accordingly, the court's call docket orders are hereby marked SATISFIED as to the above-referenced cases. **IT IS ORDERED** that Great American must file its answers or responsive motions no later than **February 28, 2007**.

New Orleans, Louisiana, this 13th day of February, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO SERVE:**

**COUNSEL OF RECORD**

**AND**

**GEORGE B. HALL, JR.**
**PHELPS DUNBAR, LLP**
**CANAL PLACE**
**365 CANAL ST., SUITE 2000**
**NEW ORLEANS, LA 70130-6534**
hallb@phelps.com