UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:  McKnight, No. 06-7687 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER ON MOTION

APPEARANCES:  None

MOTION:  Martin Insurance Agency's Motion to Compel Answers to Interrogatories and Request for Production of Documents, Record Doc. No. 3055

O R D E R E D:

 XX  : GRANTED IN PART AND DISMISSED AS MOOT IN PART.  Counsel for Martin Insurance Agency and Standard Fire Insurance Company have advised the court that Standard provided partial responses to Martin's requests and agreed to provide supplemental responses within 30 days.  Accordingly, IT IS ORDERED that Standard must respond to Martin's discovery requests fully and in writing, in accordance with Fed. R. Civ. P. 33 and 34, and to make all responsive documents available to Martin's counsel, within 30 days of entry of this order.  In light of the parties' agreement, Martin will forego its request for sanctions at this time, so that part of the motion is dismissed as moot.

New Orleans, Louisiana, this  14th  day of February, 2007.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE