UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | DOCKET NO.: 05-4182 "K" (2) |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE    (Steudlein, No. 06-7307)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO REDESIGNATE TRIAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, who respectfully requests that this Honorable Court redesignate Trial Counsel on its behalf in the record and electronic record of this matter.

Joseph M. Messina will be lead trial counsel in this matter, replacing Burt K. Carnahan.

Joseph M. Messina and Eric B. Berger request that they be designated as notice counsel for State Farm Fire and Casualty Company.

All other attorneys from Lobman Carnahan, Batt, Angelle and Nader, including Burt K. Carnahan, will remain counsel of record but do not require notice.

WHEREFORE, mover, State Farm Fire and Casualty Company, requests that the Court grant this redesignation of trial counsel and notice counsel.

Respectfully submitted:

*/s/ Joseph M. Messina*

BURT K. CARNAHAN #3920
JOSEPH M. MESSINA, T.A., #14216
TARA L. MASON #24544
BRANT J. CACAMO #26227
PAMELA K. RICHARD # 25223
ERIC B. BERGER #26196
CHARLES R. RUMBLEY, #29666
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

**CERTIFICATE OF SERVICE**

I do hereby certify that I have, on this 14th day of February, 2007, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*/s/ Joseph M. Messina*