UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  \*<br>CONSOLIDATED LITIGATION   \* | DOCKET NO.: | 05-4182 "K" (2) |
| \* | | |
| \* | JUDGE: | DUVAL |
| \* | | |
| \* | MAGISTRATE: | WILKINSON |
| \* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:   \*

INSURANCE   (Steudlein, No. 06-7307) \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PROPOSED ORDER**

Considering the above and foregoing Motion to Redesignate Trial Counsel:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

- Joseph M. Messina is designated as Lead Trial Counsel in place of Burt K. Carnahan for State Farm Fire and Casualty Company in this matter.

- Eric B. Berger is also designated, along with Joseph M. Messina, as Notice Counsel for State Farm Fire and Casualty Company.

- Burt K. Carnahan will remain a counsel of record but is not to be designated as notice counsel or lead counsel.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE