UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: INSURANCE<br>DANNY REBECCA   (06-4808) | * * | JUDGE DUVAL<br>MAG. WILKINSON |

**************************************************************************

**<u>CONSENT MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>**

Here come Danny Rebecca, Inc. and Myloc Nguyen, through undersigned counsel, who pursuant to Federal Rules of Civil Procedure Rule 15 move this Honorable Court for leave to amend its Original Complaint and file its first Amended Complaint, which amends the original to exclude all langauge referring to any damage caused by "theft and vandalism."  Plaintiffs have contacted opposing counsel, namely Cynthia J. Thomas, who does not oppose this Amendment.

Plaintiffs pray that this Court grant them leave to file their First Amended Complaint.

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to Cynthia J. Thomas, Esq., this 14th day of February, 2007.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE

Respectfully Submitted,

s/ Scott G. Wolfe, Jr. _____
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiffs