UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: INSURANCE DANNY REBECCA   (06-4808) | * * | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

## **MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

1.

Plaintiffs filed this lawsuit on August 25, 2006.   The lawsuit averred that Defendant has improperly denied Plaintiffs of insurance benefits and sought from Defendant proper payment of their claim plus penalties and damages.

2.

Twice in their Complaint Plaintiffs refer to damages from theft and vandalism to their property. The references to any damage at this property caused by theft and vandalism was made in error. Plaintiffs' property did not have any damages as the result of theft or vandalism, and accordingly, the Plaintiffs now seek to Amend their Complaint to properly reflect that all damages were wind, rain and storm surge related.

3.

Plaintiffs have contacted opposing counsel, namely Cynthia J. Thomas, who does not oppose this Amendment.

4.

Plaintiff prays that this Court grant them leave to file their First Amended Complaint.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to Cynthia J. Thomas, Esq., this 14th day of February, 2007.

s/ Scott G. Wolfe, Jr.
SCOTT G. WOLFE

Respectfully Submitted,

s/ Scott G. Wolfe, Jr. _____
Scott G. Wolfe, Jr. (Bar Roll 30122)
THE WOLFE LAW OFFICES, L.L.C.
4821 Prytania Street
New Orleans, LA 70115
P: 504-894-9653
F: 866-761-8934
Attorney for Plaintiffs