UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: INSURANCE DANNY REBECCA (06-4808) | * * | JUDGE DUVAL MAG. WILKINSON |

*************************************************************************

## ORDER

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs be granted leave to file their First Amended Complaint.

Ordered this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE