UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO. 05-4182 SECTION "K" (2) |
| PERTAINS TO: INSURANCE DANNY REBECCA (06-4808) | * * | JUDGE DUVAL MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED COMPLAINT

1.

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Danny Rebecca, Inc. and Myloc Nguyen, who amend their original Complaint as follows:

2.

All allegations, provisions, causes of action and statements of fact remain unchanged, except that:

3.

Plaintiffs remove allegations of theft and vandalism from their Complaint, specifically lines 9 and 11.

| | |
|---|---|
| **CERTIFICATE OF SERVICE**<br>      I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to Cynthia J. Thomas, Esq., this 14th day of February, 2007.<br><br>                s/ Scott G. Wolfe, Jr.<br>                  SCOTT G. WOLFE | Respectfully Submitted,<br><br>s/ Scott G. Wolfe, Jr.<br>Scott G. Wolfe, Jr. (Bar Roll 30122)<br>THE WOLFE LAW OFFICES, L.L.C.<br>4821 Prytania Street<br>New Orleans, LA 70115<br>P: 504-894-9653<br>F: 866-761-8934<br>Attorney for Plaintiffs |