# United States District Court
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL

BREACHES LITIGATION

Re: LEVEE (Marcello, No. 06-2545)

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05-4182   AK@(2)

JUDGE DUVAL

MAGISTRATE WILKINSON

TO: (Name and address of defendant)

Gulf Group, Inc. of Florida
Through Matt Hobbs, Its Registered Agent

1654 E. 5th Street

Panama City, FL 32401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF=S ATTORNEY (name and address)

John W. DeGravelles
deGravelles, Palmintier, Holthaus & Fruge, LLP
618 Main Street
Baton Rouge, LA 70801

an answer to the complaint which is herewith served upon you, within **TWENTY (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

DATE  FEB - 8 2007

(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 2/13/07 12:45 pm |
| Name of SERVER (PRINT) J PHILIP THORNE | TITLE SPECIAL PROCESS SERVER #15 |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant=s dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED GULF GROUP INC of FLORIDA VIA G.M. HOBBS SR AS REG. AGENT & PRESIDENT
7402 C.R. 2302
PANAMA CITY FL 32409

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/07

*Signature of Server*

F.T. LEGAL SERVICES INC
P. O. BOX 430
LYNN HAVEN, FL 32444