UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>INSURANCE (Robicheaux, No. 06-7173) | | |

## ANSWER TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes defendant Lexington Insurance Company (hereinafter "Lexington") to answer the claims filed against it by plaintiffs Kenneth Robicheaux and Kim Robicheaux in their First Supplemental and Amending Complaint for Damages.

### FIRST DEFENSE

Lexington denies every allegation of the plaintiffs' First Supplemental and Amending Complaint except those admitted or modified. Further, responding to the plaintiffs' allegations, Lexington avers as follows:

1.

The allegations of paragraph one, on information and belief, are admitted.

2.

The allegations of paragraph two are denied as written. Lexington admits that this matter was removed to this Court on October 2, 2006.

3.

The allegations of paragraph three and all sub-parts of paragraph three are denied.

4.

The allegations of paragraph four require no affirmative or negative response from Lexington. To the extent a response is required, the allegations are denied.

## SECOND DEFENSE

Defendant re-av ers and re-alleges each and every allegation and affirmative defense previously set forth in its Answer to the Original Petition for Damages/Complaint filed herein.

## THIRD DEFENSE

Defendant reserves its rights to amend and/or supplement its answer to assert further affirmative defenses not included in this pleading.

WHEREFORE, Defendant, Lexington Insurance Company, prays that this Answer to the First Supplemental and Amending Complaint of the Plaintiffs be deemed good and sufficient and that, after due proceedings are had, that there be judgment rendered herein, dismissing Plaintiffs' suit at their cost; and for all general and equitable relief.

Respectfully Submitted,

/s/ John E. W. Baay, II
ROBERT I. SIEGEL (#12063)
JOHN E.W. BAAY II, *T.A.* (#22928)
MICHAEL D. CANGELOSI (#30427)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:   (504) 561-0400
Facsimile:    (504) 561-1011
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this __14th__ day of __February__, 2007 served a copy of the foregoing **Answer to First Supplemental and Amending Petition** on all counsel by the Court's Electronic Delivery System or by placing same in the United States Mail, postage paid and properly addressed.

/s/ John E. W. Baay, II

-3-