```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 2/13/07

Christle Bertoniere

vs.

Lexington Ins Company

Case No. 065297   Section R "2"

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Lexington Insurance Company
   (address) Secretary of State, Baton Rouge, LA
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

Neil D. Floorman
"Signature"

Attorney for Plaintiff

Address 3350 Ridgelake Dr
Suite 206
Metairie, LA 70002

Fee _____
Process Cau Ilans
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____