**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
A LAW CORPORATION

Seth A. Schmeeckle
Tel.: (504) 568-1990, ext. 119
Fax: (504) 310-9195

SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

e-mail:
sschmeeckle@lawla.com

February 5, 2007



**Via Hand Delivery**
Ms. Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street, Room C151
New Orleans, LA 70130

> **Re:**   **Gladys Chehardy, et al. v. Allstate Indemnity Company, et al.**
> **United States District Court, Eastern District of Louisiana**
> **Nos. 06-cv-1672, 06-cv-1673, and 06-cv-1674**
> **Our File Nos. 21043-05512 and 00572-06287**

Dear Ms. Whyte:

Enclosed are this firm's checks in the amount of $455.00 each, as payment of the filing fees for the appeal to the U.S. Fifth Circuit Court of Appeals in the captioned matter for each of the following entities:

- The Standard Fire Insurance Company (improperly named as Travelers Property Casualty Company of America); and
- The Hanover Insurance Company

Should you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Seth A. Schmeeckle

SAS/laj
Enclosures
cc:   Mr. Charles R. Fulbruge, Clerk, U.S. Fifth Circuit Court of Appeals (without enclosures)

161239_1.DOC