Effective 4/10/06

# FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No.: 339498
Deputy Clerk: _MR_

# 037317

FEB 0 6 2007

**ACCOUNT CODE**

155XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
         085000 - $5.00 / 510000 - $10.00

**FILING FEES**

(2) - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
         086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00         Appeals/BC
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

**COPY FEES**

_____ - Copies from public terminal (.10 per page - # of pages _____ ) 5114CR
_____ - Copies (.50 per page - # of pages _____ ) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

**MISCELLANEOUS ACCOUNTS**

_____ - Certification (# of Cert. _____ ) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____ ) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
         Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

Standard Fire + Hanover

**ACCOUNTS RECEIVABLE**

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): _Lugenbuhl Wheaton_
CASE NUMBER: _06-1672, 1673, 1674_  SECTION: _K_
                    _Consolidated_
CASE TITLE: _____

PAYMENT OF [ 910 ]  CASH _____  CHECK _✓_  49902 49903  MONEY ORDER _____
                    SEAMAN _____  PAUPER _____  NON CASH _____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case

_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

IS a THREE JUDGE COURT?  Yes _____ No _____
IS a RELATED CASE?  Yes _____ No _____   Attorney of Record _____