**Seth A. Schmeeckle**
Tel.: (504) 568-1990, ext. 119
Fax: (504) 310-9195

**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
**A LAW CORPORATION**
SUITE 2775 PAN AMERICAN LIFE CENTER
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

RECEIVED
U.S. DISTRICT COURT
EAST DISTRICT OF LA   e-mail:
sschmeeckle@lawla.com

2007 FEB -5  PM 4: 00

LORETTA G. WHYTE
CLERK

February 5, 2007

**Via Hand Delivery**
Ms. Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street, Room C151
New Orleans, LA  70130

> **Re:**   **Richard Vanderbrook, et al. v. Hanover Insurance Company, et al.**
> **United States District Court, Eastern District of Louisiana**
> **No.05-cv-6323**
> **Our File Nos. 00572-05580 and 21043-05581**

Dear Ms. Whyte:

Enclosed are this firm's checks in the amount of $455.00 each, as payment of the filing fees for the appeal to the U.S. Fifth Circuit Court of Appeals in the captioned matter for each of the following entities:

- The Standard Fire Insurance Company, improperly identified as Travelers Insurance Company; and
- Hanover Insurance Company

Should you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Seth A. Schmeeckle

SAS/laj
Enclosures
cc:   Mr. Charles R. Fulbruge, Clerk, U.S. Fifth Circuit Court of Appeals (without enclosures)