# FINANCIAL COVER SHEET

Receipt No: _____
Deputy Clerk: CMC

#037318
FEB 0 6 2007

Effective 4/10/06

## ACCOUNT CODE

255XX Accounts
- Restitution ____
- U.S. Postal Service Forms ____
- Petty Offense ____

## REGISTRY FUND:

604700 Accounts
- Cash Bonds ____
- Land Condemnation ____
- Deceased & Deserting Seaman ____

## GENERAL & SPECIAL FUNDS:

- Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00 ____
- Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00) 085000 - $5.00 / 510000 - $10.00 ____

### FILING FEES

- Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00 ____
- Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00) 086900 - $20.00 / 510000 - $19.00 ____
- Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00 ____
- Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00 — **2**
- Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 - $7.00 ____

### COPY FEES

- Copies from public terminal (.10 per page - # of pages ____ ) 5114CR ____
- Copies (.50 per page - # of pages ____ ) 322350 ____
- Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00 ____
- Magnetic Tape Recordings ____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00 ____

### MISCELLANEOUS ACCOUNTS

- Certification (# of Cert. ____ ) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00 ____
- Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00 ____
- Records Search (TOTAL $26.00 Each) (# of names ____ ) 322360 - $15.00 / 510000 - $11.00 ____
- Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00 ____
- NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00 ____
- Recovery of Costs - Jury Assessment ____ 322380

## FINES & MISCELLANEOUS ACCOUNTS

- Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100 ____
- Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX ____

## ACCOUNTS RECEIVABLE

- Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL) ____

Hanover Insurance
Standard Fire Insur

RECEIVED FROM (FIRM): Lugenbuhl Wheaton

CASE NUMBER: 05-4323   SECTION: K

CASE TITLE: _____

PAYMENT OF: 910   CASH ____  CHECK ✓  MONEY ORDER ____
2  49905 + 49906
SEAMAN ____  PAUPER ____  NON CASH ____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
2. Class Action
3. Antitrust
4. Patent, Trademark, Copyright
5. Civil Rights Case
6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
7. Petitions for Stay of Execution Death Sentence
8. Social Security Case
9. All Others

Is a THREE JUDGE COURT?  Yes ____ No ____
Is a RELATED CASE?  Yes ____ No ____

Attorney of Record ____