| | | |
|---|---|---|
| Seth A. Schmeeckle<br>Tel.: (504) 568-1990, ext. 119<br>Fax: (504) 310-9195 | **LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**<br>A LAW CORPORATION<br>SUITE 2775 PAN AMERICAN LIFE CENTER<br>601 POYDRAS STREET<br>NEW ORLEANS, LOUISIANA 70130 | e-mail:<br>sschmeeckle@lawla.com |

RECEIVED
DISTRICT COURT
EAST DISTRICT OF LA

2007 FEB -5 PM 4:05

LORETTA G. WHYTE
CLERK

February 5, 2007

**Via Hand Delivery**
Ms. Loretta G. Whyte
Clerk, United States District Court
Eastern District of Louisiana
500 Camp Street, Room C151
New Orleans, LA  70130

Re:  Xavier University of Louisiana v.
     **Travelers Property Casualty Company of America**
     **United States District Court, Eastern District of Louisiana**
     **No. 06-cv-0516**
     **Our File No. 21043-06102**  

Dear Ms. Whyte:

Enclosed is this firm's check in the amount of $455.00 each, as payment of the filing fees for the appeal to the U.S. Fifth Circuit Court of Appeals in the captioned matter for Travelers Property Casualty Company of America.

Should you have any questions, or need anything further, please do not hesitate to contact me.

Sincerely,

Seth A. Schmeeckle

SAS/laj
Enclosures
cc:    Mr. Charles R. Fulbruge, Clerk, U.S. Fifth Circuit Court of Appeals (without enclosures)

161238_1.DOC