Effective 4/10/06                 FINANCIAL & CIVIL ALLOTMENT SHEET        Receipt No. 339495
                                                                          Deputy Clerk: _____

# 037319

FEB 0 6 2007

ACCOUNT CODE                                    REGISTRY FUND:

855XX Accounts                                  604700 Accounts
_____ - Restitution                          _____ - Cash Bonds
_____ - U.S. Postal Service Forms             _____ - Land Condemnation
_____ - Petty Offense                         _____ - Deceased & Deserting Seaman

GENERAL & SPECIAL FUNDS:

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00
        FILING FEES
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 / 086400 - $100.00 / 510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
   ✓    - Appeals Filing Fee (TOTAL $455.00) 086900 - $455.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00
        COPY FEES
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00
        MISCELLANEOUS ACCOUNTS
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
        Recovery of Costs - Jury Assessment _____ 322380

FINES & MISCELLANEOUS ACCOUNTS

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
_____ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

ACCOUNTS RECEIVABLE

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

        RECEIVED FROM (FIRM): _Lugenbuhl Whiston_

        CASE NUMBER: __06-516__            SECTION: __K__

        CASE TITLE: _____

        PAYMENT OF   | 455 |   CASH _____   CHECK _____  # 49904  MONEY ORDER ✓ _____
                                SEAMAN _____ PAUPER _____ NON CASH _____

_____

                    Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the
appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action          _____ 6. Habeas Corpus & Other Convictions
         by the Court such as TRO, Injunction,               Petitions Title 28 USC Sec. 2255
         Orders to Show Cause, etc.                 _____ 7. Petitions for Stay of Execution
_____ 2. Class Action                                        Death Sentence
_____ 3. Antitrust                                  _____ 8. Social Security Case
_____ 4. Patent, Trademark, Copyright               _____ 9. All Others
_____ 5. Civil Rights Case

Is a THREE JUDGE COURT?   _____ Yes _____ No
Is a RELATED CASE?        _____ Yes _____ No        Attorney of Record _____