UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§ | CIVIL ACTION<br>NO.: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5785)<br>JIMMY COCHRAN, SR., ET AL. V. BOH BROS.<br>CONSTRUCTION COMPANY, LLC., ET AL. | §<br>§<br>§<br>§<br>§<br>§ | |

**MOTION TO EXTEND DEADLINE FOR SERVICE ON
DEFENDANT GULF GROUP INC. OF FLORIDA**

NOW INTO COURT through undersigned counsel come Jimmy Cochran Sr. and Cynthia Cochran, plaintiffs in the referenced action who request an extension of the February 16, 2007 deadline for service on the defendant, Gulf Group Inc. of Florida on the following grounds:

I.

This Court issued an order on January 17, 2007 directing that plaintiffs either serve Gulf Group Inc. of Florida, dismiss Gulf Group Inc. of Florida from this litigation or request an extension of time for service by February 16, 2007.

II.

Since the rendition of that order, service has been attempted at alternate addresses without success.  However, on February 15, 2007, undersigned counsel learned that service has been successfully accomplished on Gulf Group Inc. of Florida at 7402 CR 2302, Panama City, Florida 32409.

III.

Plaintiffs respectfully request an additional fifteen (15) days in which to attempt service at this newly-found address.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**

BY:_____
      **WILLIAM R. MUSTIAN, III (#9865)**
      3117 22nd Street, Suite 6
      Metairie, Louisiana 70002
      Telephone: (504) 831-0666
      Facsimile: (504) 831-0726
      E-mail: wrm@stangamustian.com