# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5785) JIMMY COCHRAN, SR., ET AL. V. BOH BROS. CONSTRUCTION COMPANY, LLC., ET AL. | § § § § § § | |

## MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE FOR SERVICE ON DEFENDANT GULF GROUP INC. OF FLORIDA

MAY IT PLEASE THE COURT:

This Court entered an order on January 17, 2007 directing that plaintiff either serve Gulf Group Inc. of Florida, dismiss Gulf Group Inc. of Florida from this litigation or request an extension of time for service by February 16, 2007.

Since the rendition of that order, service has been attempted at alternate addresses without success. However, on February 15, 2007 undersigned counsel learned that service has been successfully accomplished on Gulf Group Inc. of Florida at 7402 CR 2302, Panama City, Florida 32409.

Plaintiffs respectfully request an additional fifteen (15) days in which to attempt service at this newly-found address.

Respectfully Submitted:

**STANGA & MUSTIAN, P.L.C.**


BY:_____
**WILLIAM R. MUSTIAN, III (#9865)**
3117  22nd Street, Suite 6
Metairie, Louisiana  70002
Telephone:  (504) 831-0666
Facsimile:  (504) 831-0726
E-mail:  wrm@stangamustian.com