UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE (06-5785) JIMMY COCHRAN, SR., ET AL. V. BOH BROS. CONSTRUCTION COMPANY, LLC., ET AL. | § § § § | |

## ORDER

CONSIDERING THE FOREGOING motion, it is ordered that plaintiffs are granted an extension of time until March 3, 2007 in order to accomplish service on Gulf Group Inc. of Florida or to dismiss Gulf Group Inc. of Florida as a party defendant in this matter.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2007.

_____
JUDGE