UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO.  05-4182 |
| _____ | SECTION: K<br>JUDGE STANWOOD R. DUVAL, JR. |
| **PERTAINS TO:**<br>**INSURANCE: 06-03992 (Balfour)** | MAGISTRATE: 2<br>MAG. JOSEPH C. WILKINSON, JR. |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW COMES** defendant, The Hanover Insurance Company, through undersigned counsel, and move this Court for an Order enrolling LaDonna G. Wilson, Louisiana Bar Number 28814, of Lugenbuhl, Wheaton, Peck, Rankin & Hubbard as additional counsel of record for The Hanover Insurance Company in the captioned matter.

**WHEREFORE**, The Hanover Insurance Company prays that this Court enter an Order enrolling LaDonna G. Wilson as additional counsel of record.

         Respectfully Submitted:

         s/Seth A. Schmeeckle
         **Seth A. Schmeeckle, T.A., La. Bar No. 27076**
         **Ralph S. Hubbard III, La. Bar No. 7040**
         **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
         601 Poydras Street, Suite 2775
         New Orleans, LA 70130
         Telephone: (504) 568-1990

      Facsimile:   (504) 310-9195
      e-mail:   sschmeeckle@lawla.com
              rhubbard@lawla.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2007 a copy of the foregoing HANOVER'S MOTION TO ENROLL ADDITIONAL COUNSEL was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

| | |
|---|---|
| mlandry@landryswarr.com | dcannella@landryswarr.com |
| fswarr@landryswarr.com | kevink@sonnenschein.com |
| rhubbard@lawla.com | agreene@sonnenschein.com |
| sschmeeckle@lawla.com | tgarmon@lawla.com |
| lkohler@lawla.com | |

by operation of the court's electronic filing system.

      s/Seth A. Schmeeckle
      **Seth A. Schmeeckle, T.A., La. Bar No. 27076**
      **Ralph S. Hubbard III, La. Bar No. 7040**
      **Attorneys for Defendant, Pacific Insurance Company, Limited**
      **Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
      601 Poydras Street, Suite 2775
      New Orleans, LA 70130
      Telephone:   (504) 568-1990
      Facsimile:   (504) 310-9195
      e-mail:   rhubbard@lawla.com
              sschmeeckle@lawla.com