UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (06-6642)<br>(PONTCHARTRAIN BAPTIST CHURCH) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB -8 PM 3:58
LORETTA G. WHYTE
CLERK

### MOTION FOR LEAVE TO FILE *EX PARTE* SUPPLEMENTAL MEMORANDUM OF PLAINTIFFS IN SUPPORT OF MOTION TO REMAND AND INCORPORATED EXHIBITS AND DECLARATIONS

**NOW INTO COURT**, through undersigned Counsel, and pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.5E come Plaintiffs who request leave of this Honorable Court to file the attached *Ex Parte* Supplemental Memorandum of Plaintiffs in Support of Motion to Remand and Incorporated Exhibits and Declarations in response to Oppositions to Motion to Remand filed by James Construction Group, LLC (f/k/a Angelo Infrate Construction, LLC), Boh Bros. Construction, Inc., Modjeski and Masters, Inc., and C.R. Pittman Construction Co., Inc. (all filed within the past six weeks) and James' *Ex Parte* Supplemental Opposition to Motion to Remand and Declaration of Michael Killgore.[1]

Plaintiffs for good cause appearing requests leave so that items in the recently filed Opposition Memoranda can be addressed in a single Memorandum. Because the Memoranda inadvertently mischaracterize the nature of the causes of action, facts, and law, Plaintiffs respectfully request that this Motion be granted.

Respectfully Submitted,

---

[1] Doc. 2354 (12/26/06); Doc. 2484 (1/5/07); Doc. 2411 (1/2/07); Doc. 2412 (1/2/07); Doc. 2393 (12/28/07).

```
___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No_____
```

/s/ WILLIAM E. O'NEIL (BAR #10213)
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com

-and-

/s/ DON M. RICHARD, (BAR #11223)
ATTORNEY AT LAW
*Counsel for Plaintiffs*
701 N. Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: drichard@dmrlaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing has been served on all counsel of record via U.S. Mail, e-mail, hand delivery, or facsimile this 8th day of February, 2007.

New Orleans, Louisiana this 8th day of February, 2007.

/s/ WILLIAM E. O'NEIL
THE O'NEIL GROUP, LLC
*Counsel for Plaintiffs*
701 North Causeway Boulevard
Metairie, Louisiana 70001
Phone: (504) 834-9882
         (504) 813-3283
Fax:    (504) 831-5360
E-mail: weo@theoneilgroup.com