UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 16  AM 7: 42

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (06-6642)<br>(PONTCHARTRAIN BAPTIST CHURCH) | |

## ORDER

Considering the foregoing Motion for Leave to file *Ex Parte* Supplemental Memorandum of Plaintiffs in Support of Motion to Remand and Incorporated Exhibits and Declarations;

**IT IS ORDERED** that Plaintiffs be granted leave to file its *Ex Parte* Supplemental Memorandum of Plaintiffs in Support of Motion to Remand and Incorporated Exhibits and Declarations in response to Opposition Memoranda recently filed by defendants who consented to the Notice of Removal filed by defendant James Construction Group, LLC (f/k/a Angelo Infrate Construction, LLC).

New Orleans, Louisiana, this 15th day of Feb., 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____