UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| PERTAINS TO: | * | |
| LEVEE, NO. 06-6642 | * | JUDGE DUVAL |
|    PONTCHARTRAIN BAPTIST CHURCH | * | |
| | * | MAG. WILKINSON |
| *  *  *  *  *  *  *  *  *  *  *  * | | |

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO REMAND

Defendant, Boh Bros. Construction Co., L.L.C. ("Boh Bros."), respectfully submits that it desires to respond specifically to the Supplemental Memorandum recently submitted by the plaintiffs herein, in further support of their Motion to Remand, and therefore moves this Honorable Court for leave to do so.

        Respectfully submitted,
        **KINGSMILL RIESS, L.L.C.**

        By:  *Charles B. Colvin*
        Michael R. C. Riess (#2073)
        Charles B. Colvin (#4352)
        201 St. Charles Avenue, Suite 3300
        New Orleans, Louisiana  70170-3300
        Telephone: (504) 581-3300
        Facsimile:  (504) 581-3310
        *Attorneys for Boh Bros. Construction Co., L.L.C.*

and

Terrence L. Brennan (#32434)
DEUTSCH, KERRIGAN & STILES, L.L.P.
755 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-5141
Facsimile: (504) 566-1201
***Attorneys for Boh Bros. Construction Co., L.L.C.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __16th__ day of __February__, 2007, I electronically filed the foregoing Boh Bros. Construction Co., L.L.C.'s Ex Parte Motion for Leave to File Supplemental Memorandum in Opposition to Motion to Remand with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the non-CM/ECF participants.

*Charles B. Colvin*