UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| PERTAINS TO: | * | |
| LEVEE, NO. 06-6642 | * | JUDGE DUVAL |
| PONTCHARTRAIN BAPTIST CHURCH | * | |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * | | |

## ORDER

**IT IS ORDERED** that defendant, Boh Bros. Construction Co., L.L.C., be and is hereby granted leave of Court to file its Supplemental Memorandum in Opposition to Motion to Remand.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**JUDGE, United States District Court**