# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION<br>§ NO.: 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKERSON |
| PERTAINS TO:<br>LEVEE (06-5785)<br>JIMMY COCHRAN, SR., ET AL. V. BOH BROS. CONSTRUCTION COMPANY, LLC., ET AL. | §<br>§<br>§<br>§<br>§ |

## **ORDER**

CONSIDERING THE FOREGOING motion, it is ordered that plaintiffs are granted an extension of time until March 3, 2007 in order to accomplish service on Gulf Group Inc. of Florida or to dismiss Gulf Group Inc. of Florida as a party defendant in this matter.

NEW ORLEANS, LOUISIANA this  16th  day of   February  , 2007.

_____
JUDGE