UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * | CIVIL ACTION NO.: 05-4182 "K-2"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO: INSURANCE | * * | |
| CONNIE ABADIE, ET AL<br>06-5164 | * * * | |
| * * * * * * * | | |

### ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS ORDERED** that Richard E. King, Stephen J. Moore, David M. Moragas, Ryan M. Bourgeois, Matthew J. Lindsay, and the law firm of Galloway, Johnson, Tompkins, Burr & Smith be withdrawn as counsel of record for ZC Sterling Corporation.

**NEW ORLEANS**, Louisiana, this 16th day of February, 2007.

_____
J U D G E