**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| _____ | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:      INSURANCE | * | |
|      DANNY REBECCA, INC.  (06-4808) | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

Considering the foregoing Motion and Incorporated Memorandum for Leave to Allow Co-Counsel to Attend the Mandatory Status Conference:

**IT IS ORDERED** that Kimberly A. Diamond of the law firm Galloway, Johnson, Tompkins, Burr & Smith be permitted to attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr., in lieu of trial counsel, Cynthia J. Thomas, with full authority to act on behalf of defendant, Scottsdale Insurance Company, in the above scheduled proceeding.

**NEW ORLEANS**, Louisiana, this _16th_ day of _____February_____, 2007.

_____
J  U  D  G  E

1