UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES							CIVIL ACTION
CONSOLIDATED LITIGATION
													NO. 05-4182

PERTAINS TO:
   *Glaudi*, C.A. No. 06-8452
   *Larroque,* C.A. No. 06-8451						SECTION "K"(2)

### ORDER

     Before the Court are a Motion to Re-Transfer to Section "C" filed with respect to the *Larroque* case, C.A. No. 06-8451 (Doc. 2723) and a Motion to Re-Transfer to Section "I" filed with respect to the *Glaudi* case, C.A. No. 06-8452 (Doc. 2707).  In essence, based on the Court's ruling that the State Farm policies at issue herein do not provide coverage for flooding, State Farm seeks to have these cases returned to the sections from which they were initially transferred pursuant to the Court's order concerning the consolidation for pre-trial purposes of matters concerning damages arising out of the levee breaches.   State Farm is concerned that these individual cases might become "bogged down" in the umbrella matter. The motions were opposed by plaintiffs.

     The Court finds the motion to be premature as it is on the verge of issuing a comprehensive Case Management Order that will address the issues upon which State Farm has filed this motion.  Accordingly,

**IT IS ORDERED** that the Motion to Re-Transfer to Section "C" filed with respect to the *Larroque* case, C.A. No. 06-8451 (Doc. 2723) and the Motion to Re-Transfer to Section "I" filed with respect to the *Glaudi* case, C.A. No. 06-8452 (Doc. 2707) are **DENIED**.

New Orleans, Louisiana, this  16th   day of February, 2007.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**