UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § | CIVIL ACTION NO.: 05-4182 "K"(2) JUDGE DUVAL MAG. WILKERSON |
| PERTAINS TO: LEVEE: ADAMS, CATHY (06-4065) BREITHOFF (06-5367) COCHRAN (06-5785) JOSEPH (06-5032) LEDUFF (06-5260) MARCELLO (06-2545) PONTCHARTRAIN BAPTIST CHURCH (06-6642) | | § § § § § § § § § | |

**ORDER**

Considering the foregoing motion to appear as additional counsel of record;

IT IS ORDERED that Larry G. Canada, of the law firm Galloway, Johnson, Tompkins, Burr & Smith, is hereby enrolled as additional counsel of record for defendant, C.R. Pittman Construction Company, Inc. in the above captioned matters.

New Orleans, Louisiana, this __16th__ day of ____February____, 2007.

_____
JUDGE