# United States District Court
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES LITIGATION | SUMMONS IN A CIVIL CASE<br>CASE NUMBER: 05-4182  AK@(2) |
| Re: LEVEE (Marcello, No. 06-2545) | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

TO: (Name and address of defendant)

Gulf Group, Inc. of Florida
1654 E. 5th Street
Panama City, FL 32401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF=S ATTORNEY (name and address)

John W. DeGravelles
deGravelles, Palmintier, Holthaus & Fruge, LLP
618 Main Street
Baton Rouge, LA 70801

an answer to the complaint which is herewith served upon you, within __TWENTY (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  LORETTA G. WHYTE                    DATE  FEB - 8 2007

(BY) DEPUTY CLERK  /s/

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 2/13/07 12:45 p.m.

Name of SERVER (PRINT): J Philip Thole

TITLE: Special Process Server #15

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: ___

☐ Returned unexecuted: ___

☒ Other (specify): Served Gulf Group Inc of Florida via G.M. Hobbs Sr. as Reg. Agent/President 7402 C.R. 2302 Panama City FL 32409

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/13/07

Signature of Server

Address of Server:
F.T. LEGAL SERVICES INC.
P. O. BOX 430
LYNN HAVEN, FL 32444