UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.:  05-4182 "K-2"  JUDGE DUVAL  MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | * * | |
| CONNIE ABADIE, ET AL 06-5164 | * * * | |
| *    *    *    *    *    * | * | |

### ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to Allow Co-Counsel to Attend the Mandatory Status Conference:

**IT IS ORDERED** that David M. Moragas of the law firm Galloway, Johnson, Tompkins, Burr & Smith be permitted to attend the mandatory status conference scheduled for February 13, 2007, at 11:00 a.m. in the courtroom of the Honorable Stanwood R. Duval, Jr., in lieu of trial counsel, Richard E. King, with full authority to act on behalf of defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American

2

Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, in the above scheduled proceeding.

    **NEW ORLEANS**, Louisiana, this 16th day of February, 2007.

_____
**J U D G E**