# JANUARY

|  | SUNDAY | MONDAY | TUESDAY |
|---|---|---|---|
| **DECEMBER 2006**<br>S M T W T F S<br>　　　　　 1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30<br>31 | Things to Do<br>_____<br>_____<br>_____<br>_____<br>_____ | | |
| **FEBRUARY 2007**<br>S M T W T F S<br>　　　　　 1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 | | 001/364<br><br>**1**　NEW YEARS DAY | 002/363<br><br>**2** |
| **MARCH 2007**<br>S M T W T F S<br>　　　　　 1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 31 | 007/358<br><br>**7** | 008/357<br><br>**8** | 009/356<br><br>**9** |
| **APRIL 2007**<br>S M T W T F S<br>1 2 3 4 5 6 7<br>8 9 10 11 12 13 14<br>15 16 17 18 19 20 21<br>22 23 24 25 26 27 28<br>29 30 | 014/351<br><br>**14** | 015/350<br><br>**15** MARTIN LUTHER KING, JR. BIRTHDAY (USA) | 016/349<br><br>**16** |
| **MAY 2007**<br>S M T W T F S<br>　　 1 2 3 4 5<br>6 7 8 9 10 11 12<br>13 14 15 16 17 18 19<br>20 21 22 23 24 25 26<br>27 28 29 30 31 | 021/344<br><br>**21** | 022/343<br><br>**22** | 023/342<br><br>**23** |
| **JUNE 2007**<br>S M T W T F S<br>　　　　　 1 2<br>3 4 5 6 7 8 9<br>10 11 12 13 14 15 16<br>17 18 19 20 21 22 23<br>24 25 26 27 28 29 30 | 028/337<br><br>**28** | 029/336<br><br>**29** | 030/335<br><br>**30** EXHIBIT A |

# 2007

| WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|
| **3** FULL MOON 003/362 | **4** 004/361 | **5** 005/360 | **6** EPIPHANY 006/359 |
| **10** 010/355 | **11** LAST QUARTER 011/354 | **12** 012/353 | **13** 013/352 |
| **17** 017/348 | **18** 018/347 | **19** NEW MOON 019/346 | **20** 020/345 |
| **24** 024/341 | **25** FIRST QUARTER 025/340 | **26** 026/339 | **27** 027/338 |
| **31** 031/334 | Notes | | |