UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>05-4182<br><br>SECTION "K" (2) |
| PERTAINS TO: INSURANCE<br>DANNY REBECCA (06-4808) | *<br>* | JUDGE DUVAL<br>MAG. WILKINSON |

*************************************************************************

### ORDER

Considering the foregoing,

IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiffs be granted leave to file their First Amended Complaint.

Ordered this  16th  day of   February  , 2007.

_____
UNITED STATES DISTRICT COURT JUDGE