UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.:  05-4182 "K-2" |
| | JUDGE DUVAL |
| | MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | |
| CONNIE ABADIE, ET AL 06-5164 | |

## ORDER

Considering the foregoing motion for leave of court:

**IT IS HEREBY ORDERED** that defendants, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Company, ZC Sterling Corporation, Zurich American Insurance Company, Zurich American Insurance Company of Illinois, Zurich International (Bermuda) Limited and Zurich Specialties London Limited, are granted leave of court to file their Answer to Plaintiffs' First Supplemental and Amending Complaint.

**NEW ORLEANS**, Louisiana, this 16th day of February, 2007.

_____
J U D G E