**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:        KATRINA CANAL BREACHES        §        CIVIL ACTION
              CONSOLIDATED LITIGATION        §        NO.: 05-4182 "K"(2)
                                             §        JUDGE DUVAL
                                             §        MAG. WILKERSON
                                             §
                                             §
PERTAINS TO:                                 §
LEVEE (06-5785)                              §
JIMMY COCHRAN, SR., ET AL. V. BOH BROS.      §
CONSTRUCTION COMPANY, LLC., ET AL.           §

**ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANT, C.R. PITTMAN**
**CONSTRUCTION COMPANY, INC., WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that the claims in the above matter by plaintiffs, Jimmy

Cochran, Sr. and Cynthia Cochran, and against defendant, C.R. Pittman Construction Company,

Inc., be and the same are hereby dismissed without prejudice.  Each party is to bear their own

costs.

New Orleans, Louisiana, this ___16th___ day of ___February___, 2007.

_____
JUDGE STANWOOD R. DUVAL, JR.
United States District Court
Eastern District of Louisiana