UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2) <br><br> JUDGE: DUVAL <br><br> MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:

INSURANCE   (Steudlein, No. 06-7307)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

Considering the above and foregoing Motion to Redesignate Trial Counsel:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

- Joseph M. Messina is designated as Lead Trial Counsel in place of Burt K. Carnahan for State Farm Fire and Casualty Company in this matter.

- Eric B. Berger is also designated, along with Joseph M. Messina, as Notice Counsel for State Farm Fire and Casualty Company.

- Burt K. Carnahan will remain a counsel of record but is not to be designated as notice counsel or lead counsel.

New Orleans, Louisiana, this __16th__ day of __February__, 2007.

_____
JUDGE