UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STUART A. MINTZ | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO.: 06-7483 |
| | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY; KENNETH JOHNSON, PRESIDENT AND CEO; ARTHUR JOHNSON, EXECUTIVE, VP; WILLIAM ERDMAN, VP AND GENERAL COUNSEL AND SECRETARY, ROBERT J. SCHREIBER, VP, INSURANCE; MS. LINDA HINES, CLAIMS REPRESENTATIVE; AND MR. SCOTT BRUENING (NO TITLE PROVIDED) | * | SECTION: K |
| | * | |
| | * | MAG. JUDGE: 2 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL

Considering the foregoing Full and Final Motion to Dismiss With Prejudice;

IT IS ORDERED that the claims of Plaintiff, Stuart A. Mintz, be and are hereby **DISMISSED**, with prejudice, with each party to bear its own costs. <u>This is a full and final dismissal of all claims</u>.

New Orleans, Louisiana, this <u>16th</u> day of <u>February</u>, 2007.

_____
JUDGE