UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:

INSURANCE: FLAKE, 06-8244
CIVIL ACTION NO: 05-4182 (K) (2)
JUDGE DUVAL, MAGISTRATE WILKINSON

MOTION TO CONTINUE HEARING ON
HARTFORD'S MOTION TO DISMISS
PLAINTIFF'S VALUED POLICY LAW CLAIM

**ON MOTION** of BEVERLY H. FLAKE, plaintiff in the foregoing matter and appearing herein through undersigned counsel, and on suggestion to the Court the following:

I.

This Honorable Court has scheduled a Hearing for March 23, 2007 at 10:00 a.m. for the purpose of hearing Hartford's Motion to Dismiss Plaintiff's Valued Policy Law Claim.

II.

Undersigned counsel has personally conferred with Martin R. Sadler, attorney for defendant, HARTFORD INSURANCE COMPANY OF THE MIDWEST, and he has agreed to continue the Hearing on the Motion to Dismiss Plaintiff's Valued Policy Law Claim without date.

1

III.

Undersigned counsel respectfully requests that the Hearing now scheduled for March 23, 2007 at 10:00 a.m. be continued without date.

IV.

Undersigned counsel attaches a Certificate of No Opposition to this motion.

                Respectfully submitted,

                FAVRET, DEMAREST, RUSSO & LUTKEWITTE
                A Professional Law Corporation

                /S/_____
                SETH H. SCHAUMBURG, No. 24636
                1515 Poydras Street, Suite 1400
                New Orleans, Louisiana  70112
                Telephone: (504) 561-1006
                Facsimile: (504) 523-0699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Continue Hearing on Hartford's Motion to Dismiss Plaintiff's Valued Policy Law Claim has been served upon all counsel of record, James P. Nader, Esq., Lobman, Carnahan, Batt, Angelle & Nader, 400 Poydras Street, Suite 2300, New Orleans, Louisiana 70130-3245 and Martin R. Sadler, Esq., Martin, Disiere, Jefferson & Wisdom, 808 Travis, Suite 1800, Houston, Texas 77002, by facsimile and United States Mail, postage prepaid and properly addressed, on this 16th day of February, 2007.

                /S/_____
                SETH H. SCHAUMBURG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:

INSURANCE: FLAKE, 06-8244
CIVIL ACTION NO: 05-4182 (K) (2)
JUDGE DUVAL, MAGISTRATE WILKINSON

### CERTIFICATE OF NO OPPOSITION

I, Seth H. Schaumburg, have personally conferred with James P. Nader and Martin R. Sadler, counsel for defendant, HARTFORD INSURANCE COMPANY OF THE MID-WEST, and they state that they have no objection to the Court continuing the Hearing on Hartford's Motion to Dismiss Plaintiff's Valued Policy Law Claim presently set for March 23, 2007 at 10:00 a.m. without date.

New Orleans, Louisiana this the 16th day of February, 2007.

    Respectfully submitted:

    FAVRET, DEMAREST, RUSSO & LUTKEWITTE
    A Professional Law Corporation


    /S/
    SETH H. SCHAUMBURG, No. 24636
    1515 Poydras Street, Suite 1400
    New Orleans, Louisiana 70112

Telephone: (504) 561-1006
Facsimile: (504) 523-0699

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Certificate of No Opposition has been served upon all counsel of record, James P. Nader, Esq., Lobman, Carnahan, Batt, Angelle & Nader, 400 Poydras Street, Suite 2300, New Orleans, Louisiana 70130-3245 and Martin R. Sadler, Esq., Martin, Disiere, Jefferson & Wisdom, 808 Travis, Suite 1800, Houston, Texas 77002, by facsimile and United States Mail, postage prepaid and properly addressed, on this 16th day of February, 2007.

/S/  
SETH H. SCHAUMBURG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO:

INSURANCE: FLAKE, 06-8244
CIVIL ACTION NO: 05-4182 (K) (2)
JUDGE DUVAL, MAGISTRATE WILKINSON

## ORDER

Considering the Motion regarding the Hearing now scheduled for March 23, 2007 at 10:00 a.m.:

IT IS ORDERED that the Hearing presently scheduled for March 23, 2007 at 10:00 a.m. is hereby continued without date.

New Orleans, Louisiana this the _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE