MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 12, 2007

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
        CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K" (2)

                                                 JUDGE DUVAL
PERTAINS TO:  ALL CASES                          MAG. WILKINSON


    Today, I participated in case management conferences with Judge Duval and

liaison counsel.


                                    _____
                                        JOSEPH C. WILKINSON, JR.
                                    UNITED STATES MAGISTRATE JUDGE


MJSTAR:  **1 : 30**