MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 13, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                CIVIL ACTION
      CONSOLIDATED LITIGATION

NO. 05-4182 "K" (2)

                                                                 JUDGE DUVAL
PERTAINS TO:  ALL CASES                      MAG. WILKINSON

Today, I participated in a status conference with Judge Duval and all counsel.

                                                   JOSEPH C. WILKINSON, JR.
                                       UNITED STATES MAGISTRATE JUDGE

MJSTAR:  **1 : 00**