UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO.<br>05-4182<br>SECTION "K"(2)<br><br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO<br>05-4181, 05-4182, 05-5237, 05-6323, 05-6073<br>05-6314, 05-6324, 05-6327, 05-6438, 06-5786<br>06-0020, 06-0225, 06-8860, 06-2278, 06-2545<br>06-2287, 06-2346, 06-4065, 06-4389, 06-4634<br>06-6473, 06-4931, 06-5032, 06-5116, 06-5118<br>06-5128, 06-5127, 06-5131, 06-5132, 06-5134<br>06-5137, 06-5140, 06-5142, 06-5159, 06-5161<br>06-5163, 06-5308, 06-6642, 06-5471, 06-6642<br>06-5471, 06-5937, 06-7682, 06-5260, 06-5042<br>06-8708, 06-6099, 06-11208 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, the Board of Commissioners for the Orleans Levee District, and request this Court to enroll Darcy E. Decker Bar No. 30469, Counsel with McCranie, Sistrunk, Anzelmo, Hardy, Maxwell & McDaniel, as additional counsel of record in the above captioned matter. Thomas P. Anzelmo of said firm shall remain counsel of record and trial attorney.

Respectfully submitted:

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, MAXWELL & McDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Enroll was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all participating counsel of record. I also certify that I have mailed the foregoing by United States Postal Service, First Class, to all non-CM/ECF participants, this 21st day of February, 2007.

_____
THOMAS P. ANZELMO, T.A. (#2533)
MARK E. HANNA (#19336)
KYLE P. KIRSCH (#26363)
ANDRE J. LAGARDE (#28649)