UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION NO.<br>05-4182<br>SECTION "K"(2)<br><br>JUDGE DUVAL<br>MAGISTRATE WILKINSON |
| THIS DOCUMENT RELATES TO<br>05-4181, 05-4182, 05-5237, 05-6323, 05-6073<br>05-6314, 05-6324, 05-6327, 05-6438, 05-5786<br>06-0020, 06-0225, 06-8860, 06-2278, 06-2545<br>06-2287, 06-2346, 06-4065, 06-4389, 06-4634<br>06-6473, 06-4931, 06-5032, 06-5116, 06-5118<br>06-5128, 06-5127, 06-5131, 06-5132, 06-5134<br>06-5137, 06-5140, 06-5142, 06-5159, 06-5161<br>06-5163, 06-5308, 06-6642, 06-5471, 06-6642<br>06-5471, 06-5937, 06-7682, 06-5260, 06-5042<br>06-8708, 06-6099, 06-11208 | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the above and foregoing Motion;

IT IS ORDERED that Ms. Darcy E. Decker, Counsel for the Board of Commissioners of the Orleans Levee District, be enrolled as co-counsel of record for the Board of Commissioners for the Orleans Levee District.

New Orleans, Louisiana, this _____ day of _____, 2007.


_____
DISTRICT COURT JUDGE