UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2007 FEB -5 PM 1: 57
LORETTA G. WHYTE
CLERK

NO. 06-5297         DIVISION " R "            DOCKET NO.

### CHRISTLE BERTONIERE

### VERSUS

### LEXINGTON INSURANCE COMPANY

FILED: _____        _____
                                                  **DEPUTY CLERK**

### MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Christle Bertoniere, who, upon suggesting to this Honorable Court that:

I.

The deadline to effect service of the complaint in this matter is February 4, 2007.

II.

Plaintiff is presently attempting to serve the complaint in this matter via certified mail.

III.

Plaintiff has not yet received proof that service has been effected upon defendant. Accordingly, plaintiff requests an additional ten (10) days, or until February 14, 2007, to effect service of the complaint in this matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No_____

IV.

In view of the above and foregoing, plaintiff requests an additional ten (10) days, or until February 14, 2007, to effect service of the complaint in this matter.

Respectfully submitted,

KEVIN D. SHEARMAN, Bar #23297
Attorney at Law
Counsel for Plaintiffs
3350 Ridgelake Drive
Suite 200
Metairie, LA 70184-4156
Telephone: (504)835-6829

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing document has been sent by facsimile to all counsel of record on the 5th day of Feb, 2007.

KEVIN D. SHEARMAN