# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION NO. 05-4182** |
| | **SECTION: K**<br>**JUDGE STANWOOD R. DUVAL, JR.** |
| **PERTAINS TO:**<br>**INSURANCE: 06-03992 (Balfour)** | **MAGISTRATE: 2**<br>**MAG. JOSEPH C. WILKINSON, JR.** |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel;

IT IS ORDERED that LaDonna G. Wilson, Louisiana Bar Roll Number 28814 be, and she hereby is enrolled as additional counsel of record for The Hanover Insurance Company in the above entitled and numbered matter.

New Orleans, Louisiana this __21st__ day of February, 2007.

_____
DISTRICT JUDGE