# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| | * | MAGISTRATE (2) |
| _____ | * | |
| PERTAINS TO: | * | |
| LEVEE, NO. 06-6642 | * | JUDGE DUVAL |
| PONTCHARTRAIN BAPTIST CHURCH | * | |
| | * | MAG. WILKINSON |
| * * * * * * * * * * * * * | | |

## ORDER

IT IS ORDERED that defendant, Boh Bros. Construction Co., L.L.C., be and is hereby granted leave of Court to file its Supplemental Memorandum in Opposition to Motion to Remand.

New Orleans, Louisiana, this _21st_ day of ____February____, 2007.

_____
JUDGE, United States District Court