UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NO. 06-5297　　　　　　　DIVISION " R "　　　　　　　DOCKET NO.

FILED

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 16 AM 7:41

LORETTA G. WHYTE
CLERK

### CHRISTLE BERTONIERE

### VERSUS

### LEXINGTON INSURANCE COMPANY

FILED: _____　　　_____
　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that plaintiff be and is hereby granted an additional ten (10) days or until February 14, 2007, to effect service of the complaint in the above-captioned matter on defendant herein.

New Orleans, LA, this ___15th___ day of ___Feb___, 2007.

_____
JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
_✓_ CtRmDep _____
___ Doc. No _____