U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  FEB - 2 2007

LORETTA G. WHYTE
CLERK

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 1, 2007

TO: All Counsel and Parties Listed Below:

    Misc. No. 07-30119 In Re: Katrina Canal
    USDC No. 2:06-CV-1674
              2:06-CV-1673
              2:06-CV-1672
              2:06-CV-516
              2:06-CV-169
              2:05-CV-6323
              2:05-CV-4182

Enclosed is a copy of the court's order granting the application(s) for leave to appeal. The case is transferred to the court's general docket. All future inquiries should refer to docket No. 07-30119.

Unless the district court has granted In Forma Pauperis status, the appellant(s) should immediately pay the court of appeals' $450.00 docketing fee and $5.00 filing fee to the **district court clerk**, and notify us of the payment within 10 days from the date of this letter. If you do not, we will dismiss the appeal, see 5TH CIR. R. 42.3.

By copy of this letter, I am requesting the district court to send the notice of certified record immediately.

Counsel desiring to appear in this case must sign and return a "Form for Appearance of Counsel", naming each party you represent, within 15 days from the date of this letter. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, we will remove your name from the docket. Pro se parties do not need to file an appearance form.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By: _____
Nancy Dolly, Deputy Clerk
504-310-7683

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Mr Steven W Usdin
Mr Edward Robert Wicker
Mr Joseph M Bruno
Mr John N Ellison
Mr Calvin Clifford Fayard Jr
Mr Gordan J McKernan
Mr Joseph J McKernan
Mr Darin J McMullen
Mr David S Scalia
Mr Matthew D Schultz
Mr Vernon Palmer Thomas
Mr Wystan Michael Ackerman
Mr Stephen E Goldman
Mr Simeon B Reimonenq Jr
Mr Neil C Abramson
Mr Orr P Adams Jr
Ms Judy Y Barrasso
Ms Nora Tierney Bolling
Mr Richard Joseph Doren
Mr Lawrence J Duplass
Mr Neal J Favret
Mr Richard L Fenton
Mr Joseph P Guichet
Mr Ralph S Hubbard III
Mr Howard Bruce Kaplan
Mr Gregory John McDonald
Mr Daniel Winthrop Nelson
Ms Maura Z Pelleteri
Mr C Michael Pfister
Mr Harry M Reasoner
Ms Amy Michelle Seltzer
Mr Robert I Siegel
Mr Gregory P Varga
Mr David E Walle
Mr John W Waters Jr
Mr William J Wegmann Jr
Mr Alan J Yacoubian
Ms Marie Roach Yeates
Ms Darnell Bludworth
Mr Timothy B Francis
Mr James M Garner
Ms Lesli Danielle Harris
Mr Wayne J Lee
Mr Christopher Weldon Martin
Mr Martin R Sadler
Mr Seth Andrew Schmeeckle
Mr Thomas Jonathan Corrington
Mr Robert G Creely
Mr Robert G Harvey Sr
Ms Tamara Kluger Jacobson
Mr Mickey P Landry

Enclosure
cc: Ms Loretta Whyte, Clerk

MOT-11