OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 16  PM 3: 48

LORETTA G. WHYTE
CLERK

Date: _____

CATHY ADAMS, et al

vs.

BOH BROS. CONSTRUCTION COMPANY, LLC, et al

Case No. 06-40465   Section K(2)

Dear Sir:

Please (issue) (**re-issue**) summons on the (**complaint**) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____) to the following:

1. (name) GULF GROUP INC.
   (address) Through registered agent for process of service: MATTHEW HOBBS 300 CHERRY ST., UNIT 11 PANAMA CITY, FLORIDA 32401

Very truly yours,

"Signature"

Attorney for  Plaintiffs
Address  2202 Avenue B.
          Metairie, LA 70001

Fee _____
Process _____
X  Dktd
   CtRmD
   Doc. No.