**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.    06-5786 | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * *

**UNOPPOSED EX PARTE MOTION FOR**
**EXTENSION OF TIME WITHIN WHICH**
**TO FILE MEMORANDUM IN OPPOSITION**

       **COME NOW** plaintiffs in Civil Action No. 06-5786, appearing through

undersigned counsel, and upon representing to the Court that opposing counsel for the

Louisiana Department of Justice has no objection to extending the time within which

plaintiffs must oppose the Motion to Dismiss filed by the LDOJ for failure to timely

request service of process and, accordingly, move This Honorable Court for a 24-hour

extension of time within which to oppose the said motion, or until 5:00 P.M. on Thursday,

February 22, 2007, which extension of time is being requested because of the multiplicity

of Memoranda in Opposition due in this and in other cases.

                              Respectfully submitted,

                              **LAW OFFICES OF**
                              **ASHTON R. O'DWYER, JR.**
                              **Counsel for Plaintiffs**

-1-

By:   **S/ Ashton R. O'Dwyer, Jr.**
        **Ashton R. O'Dwyer, Jr.**
        **Bar No. 10166**
        **One Canal Place**
        **365 Canal Street**
        **Suite 2670**
        **New Orleans, LA 70130**
        **Tel. 504-561-6561**
        **Fax. 504-561-6560**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record via Electronic filing, this 21st day of February 2007.

S/Ashton R. O'Dwyer, Jr.