UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** | * | **CIVIL ACTION: 06-7687** |
| **and SCOTT McKNIGHT** | * | |
| | * | **SECTION: "K"** |
| **VERSUS** | * | |
| | * | **JUDGE: DUVAL** |
| **MARTIN INSURANCE AGENCY, INC.,** | * | |
| **LEXINGTON INSURANCE COMPANY, and** | * | **MAG. (2)** |
| **TRAVELERS INSURANCE COMPANY** | * | |

*************************************************

## MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

**NOW COMES** Martin Insurance Agency, Inc., who respectfully requests leave of court to file a supplemental memorandum in support of its previously filed Motion for Summary Judgment on the grounds that Martin seeks to present this Court with additional pertinent information regarding its peremption argument.

Respectfully submitted:

**UNGARINO & ECKERT, LLC**

/s/ Stephen M. Gelé
STEPHEN M. GELÉ (#22385) (T.A.)
MATTHEW J. UNGARINO (#15061)
PAUL J. HAMMER (#30540)
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone:   (504) 836-7537
Fax:          (504) 836-7538
sgele@ungarino-eckert.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Gary M. Pendergast, John E. Baay, II, Robert I. Siegel, William A. Barousse, Gary J. Russo, Camille B. Poche, and Douglas C. Longman, Jr.

/s/ Stephen M. Gelé
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
sgele@ungarino-eckert.com