UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JENNIFER McKNIGHT and SCOTT McKNIGHT | * * * | CIVIL ACTION: 06-7687 |
| | * | SECTION: "K" |
| VERSUS | * * | JUDGE: DUVAL |
| MARTIN INSURANCE AGENCY, INC., LEXINGTON INSURANCE COMPANY, and TRAVELERS INSURANCE COMPANY | * * * | MAG. (2) |

*********************************************

## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

Defendant Martin Insurance Agency, Inc. ("Martin") respectfully submits Exhibits "A" through "D" as supplements to its Motion for Summary Judgment. Exhibit "A" is the subpoena issued by Martin upon Winter's Title Agency, Inc. for insurance records that were related to Plaintiffs' closing that occurred on October 2, 2003 for the property subject to this lawsuit, 6824 Vicksburg Avenue, New Orleans, Louisiana. Exhibit "B" is a Notice to Borrow in a Special Flood Hazard Area signed by Plaintiffs on October 2, 2003. Exhibit "C" is an Acknowledgment of Receipt of Settlement Statement signed by Plaintiffs on October 2, 2003. Exhibit "D" includes insurance applications signed by Plaintiffs on October 2, 2003 which show the limits of coverage under the policies in question.

In sum, these Exhibits clearly establish that Plaintiffs' were aware of the coverage limits of their policies as of the October 2, 2003 closing. Thus, under the Louisiana law cited in Martin's previously submitted Motion for Summary Judgment, the peremptive period began as of that date because insureds have the duty to read and understand the provisions of their

1

policies. Plaintiffs' claims against Martin are clearly perempted because suit was filed well outside the peremptive period set forth under La. R.S. 9:5606(A).

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all of the following: Gary M. Pendergast, John E. Baay, II, Robert I. Siegel, William A. Barousse, Gary J. Russo, Camille B. Poche, and Douglas C. Longman, Jr.

/s/ Stephen M. Gelé
UNGARINO & ECKERT, LLC
3850 N. Causeway Blvd., Suite 1280
Metairie, LA 70002
Telephone: (504) 836-7537
Fax: (504) 836-7538
sgele@ungarino-eckert.com

**Respectfully submitted:**

**UNGARINO & ECKERT, LLC**

/s/ Stephen M. Gelé
**STEPHEN M. GELÉ (#22385) (T.A.)**
**MATTHEW J. UNGARINO (#15061)**
**PAUL J. HAMMER (#30540)**
**Suite 1280 Lakeway Two**
**3850 North Causeway Boulevard**
**Metairie, Louisiana 70002**
**Telephone:** (504) 836-7537
**Fax:** (504) 836-7538
**sgele@ungarino-eckert.com**