UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENNIFER McKNIGHT** and **SCOTT McKNIGHT** | * * * | **CIVIL ACTION: 06-7687** |
| **VERSUS** | * * * | **SECTION: "K"** |
| | * | **JUDGE: DUVAL** |
| **MARTIN INSURANCE AGENCY, INC.,** **LEXINGTON INSURANCE COMPANY, and** **TRAVELERS INSURANCE COMPANY** | * * * | **MAG. (2)** |

*********************************************

## ORDER

**IT IS ORDERED** that defendant, Martin Insurance Agency, Inc., be granted leave of court in the above-captioned matter to file a Supplemental Motion for Summary Judgment regarding its peremption argument.

Signed this_____ day of February, 2007 at New Orleans, Louisiana.

_____
**UNITED STATES DISTRICT JUDGE**

3