# United States District Court

Eastern ———— DISTRICT OF ———— Louisiana

RETURN

[Filed stamp: U.S. DISTRICT COURT, EASTERN DISTRICT OF LA, 2007 FEB 21 AM 11:31, LORETTA G. WHYTE, CLERK]

DENNIS MULLER, O.D. et al.

v.

TRAVELERS PROPERTY and Casualty
COMPANY of AMERICA, et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 05-4182 c/w
06-9108
Section K

TO: (Name and Address of Defendant)

Harry Kelleher & Co, Inc,
through its agent for SOP.
Harry Kelleher

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Robert Angelle #2495
3850 N. Causeway, Ste 635
Metairie, La 70002

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

LORETTA G. WHYTE

CLERK

BY DEPUTY CLERK

DATE JAN 19 2007

Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE January 19, 2007 |
| NAME OF SERVER Michael P. Donegan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Service on Harry Kellehur Co, Inc. through Vice President, Linda Speed, in person at new location, 5720 Salmen Rd., Harahan, LA 70123

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/19/07
Date

Signature of Server: Michael P. Donegan

Address of Server: P.O. Box 8207, Metairie, LA 70011

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.