OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  **FEB 21 2007**
LORETTA G. WHYTE
CLERK

Date: 2-21-07

PHILLIP REED

vs.

THE UNITED STATES OF AMERICA

Case No. 06-2152   Section K(2)
c/w 05-4182

Dear Sir:

Please (issue) (**re-issue**) summons on the (**complaint**) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) HAM Construction Overseas N.V.
   (address) 51 de Ruyterkade, Willemstad, Curacao, Netherlands
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"
Camilo K. Salas III
Attorney for PLAINTIFF
Address 650 Poydras St., Suite 1650
New Orleans, LA. 70130

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____