Policy Change
Declarations

 **TRAVELERS**

# HOMEOWNERS POLICY

**Named Insured**

EVA BLANCHARD MAYNARD
2304 FAZZIO RD
CHALMETTE LA 70043

**Your Agency's Name and Address**

ESLAVA & CLEMENTS INC
429 BAYOU ROAD
PO BOX 10
ST BERNARD, LA    70085

| | |
|---|---|
| Your Policy Number:    968306582 634 1 | For Policy Service Call: (504) 682-7625 |
| Your Account Number:   968306582 | For Claim Service Call: 1-800-CLAIM33 |

**Policy Period**
FROM: 12-14-04 To: 12-14-05  12:01 A.M.
STANDARD TIME AT THE RESIDENCE PREMISES

**Location of Residence Premises**
2304 FAZZIO RD
CHALMETTE LA 70043

Change Effective Date: 04/11/05          No Change in Premium

Reason for Change: Change to Insured Mailing Address

| Section I - Property Coverages | Limits of Liability | Premium |
|---|---|---|
| C - PERSONAL PROPERTY | $ 25,000 | $ 217.00 |
| D - LOSS OF USE | 5,000 | INCL |

| Section II - Liability Coverages | | |
|---|---|---|
| E - PERSONAL LIABILITY (BODILY INJURY AND PROPERTY DAMAGE) EACH OCCURRENCE | $ 100,000 | INCL |
| F - MEDICAL PAYMENTS TO OTHERS- EACH PERSON | 1,000 | INCL |

**Policy Forms and Endorsements**

| | | | | |
|---|---|---|---|---|
| HO-4 | (04-91) | Homeowners 4 Contents Broad Form | | |
| HA-300 LA | (04-03) | Special Provisions | | |
| HO-827 LA | (04-03) | Limited Fungi or Rot Remediation | $5,000 | |
| HA-404 | (07-93) | Special Tenants Form Provisions | | |
| 56494 | (03-92) | Contents Replacement/Repair Cost Coverage | | $ 70.00 |

**Total Premium**                                                                 $ 287.00

Your Premium Reflects the Following Credits or State Surcharges

      Security Credit                                                             -14.00
      Loss Free Credit                                                            -15.00

**EXHIBIT A**

Continued on next page          Insured Copy                       Page 1 of 2
PL-8652 1-97   479/0G4446  DEC#: 10          000355/00123 F3115AHP 5823 04/12/05

**Policy Deductible:** $ 500.00 All perils insured against

In case of loss under section I, only that part of the loss over the stated deductible is covered.

**Your Insurer:** The Standard Fire Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

## For Your Information

Thank you for insuring with Travelers. We appreciate your business. If you have any questions about your insurance, please contact your agent or representative.

These declarations with policy provisions HO-4 (04-91) and any attached endorsements form your Homeowners Insurance Policy. Please keep them with your policy for future reference.

This is to certify that this is a reproduction, from the company's records, of the insurance policy between the insured and the insuring company as described on the Declarations Page. It is a full, true and complete reproduction of the insurance policy. No insurance is afforded hereunder

Signature _Debra Black_  Date _1/3/07_

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SPECIAL PROVISIONS - LOUISIANA

**DEFINITIONS**

Under 3. "Insured", paragraph **d.(2)** is deleted and replaced by the following:

(2) Other persons using the vehicles on an "insured location" with your express or implied consent.

**SECTION I - PROPERTY COVERAGES**
**COVERAGE C - PERSONAL PROPERTY**
**SPECIAL LIMITS OF LIABILITY**

Items 8. and 9. are deleted and replaced by the following:

8. $5,000 on property, on the "residence premises" used at any time or in any manner for any "business" purpose.

9. $1,000 on property away from the "residence premises" used at any time or in any manner for any "business" purpose. However, this limit does not apply to loss to adaptable electronic apparatus as described in Special Limits **10.** and **11.** below.

**ADDITIONAL COVERAGES**

**1. Debris Removal** is deleted and replaced by the following:

1. **Debris Removal.** We will pay your reasonable expense for the removal of:

   a. Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

   b. Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

   This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit of liability is available for debris removal expense.

   We will also pay your reasonable expense, up to $500 in the aggregate for any one loss, for the removal from the "residence premises" of:

   a. Your tree felled by the peril of Windstorm or Hail;

   b. Your tree felled by the peril of Weight of Ice, Snow or Sleet (Forms **HO-2**, **HO-3**, **HO-4** and **HO-6** only); or

   c. A neighbor's tree felled by a Peril Insured Against under Coverage C;

   provided the tree damages a covered structure.

2. **Reasonable Repairs** is deleted and replaced by the following:

2. **Reasonable Repairs.** We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

   Defense: Paragraph **a.** is deleted and replaced by the following:

   Defense:

   a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for judgments or settlements equals our limit of liability.

The following **ADDITIONAL COVERAGE** is added: (Forms **HO-2** and **HO-3** only)

• **Ordinance or Law.**

   a. You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

   (1) The construction, demolition, remodeling, renovation or repair of that part of a covered building or other structure damaged by a Peril Insured Against;

   (2) The demolition and reconstruction of the undamaged part of a covered building or other structure, when that building or other structure must be totally demolished because of damage by a Peril Insured Against to another part of that covered building or other structure; or

   (3) The remodeling, removal or replacement of the portion of the undamaged part of a covered building or other structure necessary to complete the remodeling, repair or replacement of

that part of the covered building or other structure damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

(1) The loss in value to any covered building or other structure due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants on any covered building or other structure.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

## SECTION I - PERILS INSURED AGAINST

In form HO-3 only, paragraph 2.e.(7) is deleted and replaced by the following:

(7) Birds, vermin, rodents, insects or bacteria; or

## SECTION I - EXCLUSIONS

Under 8. Intentional Loss, subparagraph (a) is deleted and replaced by the following:

(a) By or at the direction of the "insured"; and

(This is subparagraph 1.h.(1) in Form HO-3).

## SECTION I - CONDITIONS

3. **Loss Settlement.** Paragraph 3.b.(1)(b) is deleted and replaced by the following:

(b) The replacement cost of that part of the building damaged with material of like kind and quality and for like use; or

9. **Our Option** is deleted and replaced by the following:

9. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with other of like kind and quality.

10. **Loss Payment** is deleted and replaced by the following:

10. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 30 days after we receive satisfactory proof of loss.

12. **Mortgage Clause.**

The following sentence is deleted:

If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

The following sentences are added to replace the above:

If this policy is cancelled by us, the mortgagee will be notified:

a. At least 30 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

The following condition is added:

17. **INFLATION PROTECTION**

**Inflation Protection Coverage,** For Policy Forms HO-2, HO-3.

1. During the term of this policy, we will increase monthly the limit of liability for Coverage A at the rate of 1/12 of the annual Residential building cost percentage change for factors as determined by our cost calculation method which is based on a nationally recognized construction cost index.

2. The limit of liability shown on the Declarations Page for Coverage A will be revised yearly at each renewal to reflect any changes in building costs during the policy period as determined in paragraph 1 above. Any adjustment in premium resulting from this change will be made on the basis of rates in use by us at the time of the change. You have the right to refuse this change

prior to the renewal date by contacting your agent or us.

## SECTION II - LIABILITY COVERAGES

Under **COVERAGE E - PERSONAL LIABILITY** items **1.** and **2.** are deleted and replaced by the following:

1. Pay up to our limit of liability for the damages for which the "insured" is legally liable; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for judgments or settlements resulting from the "occurrence" equals our limit of liability.

## SECTION II - EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others**, paragraph **a.** is deleted and replaced by the following:

   a. Resulting from an act or omission intended or expected to cause "bodily injury" or "property damage" regardless of whether the "bodily injury" or "property damage" is of a different kind or degree, or is sustained by a different person or property, than that intended or expected.

## SECTION II - ADDITIONAL COVERAGES

Under **SECTION II - ADDITIONAL COVERAGES** the following paragraph is added:

5. **Property Damage Coverage for Military Personnel and Federal Government Employees.**

   If an "insured" is:

   a. A United States Government Employee; or

   b. A member of the United States Military,

   We agree to pay for "property damage" to United States government property, for which such "insured" is responsible under applicable rules or regulations.

   Payment for such "property damage" will be at replacement cost. Under this endorsement "replacement cost" is defined as the amount necessary to repair or replace the damaged property with no deduction for depreciation, subject to the Limit of Liability for this Additional Coverage.

   Our Limit of Liability, per "occurrence", under this Additional Coverage for all damages resulting from any one "occurrence" shall not exceed two months basic pay for the "insured", as of the time of the "occurrence".

We will not pay for "property damage" to:

a. Aircraft;

b. Motor vehicles, including vehicles not designed for travel on public roads or subject to registration;

c. Watercraft; or

d. Weapons

We will not pay for "property damage":

a. To the extent of any amount payable under Section I of this policy; or

b. Caused intentionally by any "insured" who is 13 years of age or older.

## SECTION II - CONDITIONS

6. **Suit Against Us** is deleted and replaced by the following:

6. **Suit Against Us.** No action can be brought against us by an "insured" unless there has been compliance with the policy provisions. However, an injured person or his or her survivors or heirs shall have a right of direct action against us and the "insured" jointly within the terms and limits of the policy. An injured person or his survivors or heirs shall have a right of direct action against us alone, provided:

   a. The "insured" has been adjudged a bankrupt by a court of competent jurisdiction or when proceedings to adjudge an "insured" a bankrupt have been commenced before a court of competent jurisdiction;

   b. The "insured" is insolvent;

   c. Service of citation or other process cannot be made on the "insured";

   d. When the cause of action is for damages as a result of an offense or quasi-offense between children and their parents or between married persons; or

   e. The "insured" is deceased.

## SECTIONS I AND II - CONDITIONS

2. **Concealment or Fraud** is deleted and replaced by the following:

2. **Concealment or Fraud.**

   We provide no coverage if, whether before or after a loss, the "insured" has:

(1) Willfully concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

5. **Cancellation.** Paragraph 5.b. (2) and 5.d. are deleted and replaced by the following:

   (2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

   d. If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect.

6. **Nonrenewal.** is deleted and replaced by the following:

6. **Nonrenewal.**

   a. We may elect not to renew this policy, subject to the provisions of paragraph b. below. We may do so by delivering to you or mailing to you at your mailing address shown in the Declaration, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

   b. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

      (1) When you have not paid the premium;

      (2) If you have committed fraud;

      (3) If the insured risk has undergone a substantial change;

      (4) If you have filed two or more claims within three years; or

      (5) If the continuation of this policy endangers our solvency.

8. **Subrogation.** The second paragraph is deleted and replaced by the following:

   If we make any payment under this policy and the person to or for whom payment was made has a right to recover damages from another, we shall be subrogated to that right. However, our right to recover is subordinate to the injured person's right to be fully compensated for his injuries.

The following condition is added:

10. **Premium:** The premium stated in the Declaration is the initial premium for this policy. On each renewal, continuation or anniversary of the effective date of this policy, the premium shall be computed by us in accordance with rules and rates in effect.

The following material from Endorsement HO 04 96 04 91 is added:

**NO SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS**

**LIMITED SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS**

If an "insured" regularly provides home day care services to a person or persons other than "insureds" and receives monetary or other compensation for such services, that enterprise is a "business" pursuit. Mutual exchange of home day care services, however, is not considered compensation. The rendering of home day care services by an "insured" to a relative of an "insured" is not considered a "business" pursuit.

Therefore, with respect to a home day care enterprise which is considered to be a "business" pursuit, this policy:

1. Does not provide Section II – Liability Coverages because "business" pursuits of an "insured" are excluded under exclusion **1.b.** of Section II – Exclusions;

2. Does not provide Section I – Coverage B coverage where other structures are used in whole or in part for "business";

3. Limits coverage for property used on the "residence premises" for the home day care enterprise to $2,500, because Coverage C – Special Limits of Liability – item **8.** imposes that limit on "business" property on the "residence premises";

4. Limits coverage for property used away from the "residence premises" for the home day care enterprise to $250, because Coverage C – Special Limits of Liability – item **9.** imposes that limit on "business" property off the "residence premises". Special Limits of liability item **9.** does not apply to adaptable electronic apparatus as described in Special Limit of Liability items **10.** and **11.**

**THIS DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.**

All other provisions of this policy apply.

HO-827 LA (04-03)

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITED FUNGI OR ROT REMEDIATION

**DEFINITIONS**

The following definition is added:

- "Fungi"

    a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by "fungi".

    b. Under Section II, this does not include any "fungi" that are, are on, or are contained in, products or goods intended for consumption.

**SECTION I – PROPERTY COVERAGES**
**COVERAGE D - LOSS OF USE**

Paragraphs 1. and 2. are deleted and replaced by the following:

1. **Additional Living Expense**

    If a loss covered under Section I makes that part of the "residence premises" where you reside not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living. However, additional living expense due to "fungi" or rot remediation will not be paid in addition to any amounts paid or payable under the Additional Coverage **Limited "Fungi" Or Rot Remediation.**

    Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere. This period of time is not limited by expiration of this policy.

2. **Fair Rental Value**

    If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in. However, fair rental value due to "fungi" or rot remediation will not be paid in addition to any amounts paid or payable under the Additional Coverage **Limited "Fungi" Or Rot Remediation.**

    Payment will be for the shortest time required to repair or replace such premises. This period of time is not limited by expiration of this policy.

**ADDITIONAL COVERAGES**

The following additional coverage is added:

- **Limited "Fungi" Or Rot Remediation.**

    a. If a loss caused by a Peril Insured Against under Section I results in "fungi" or rot, we will pay for:

    (1) Remediation of the "fungi" or rot. This includes payment for the reasonable and necessary cost to:

    (a) Remove the "fungi" or rot from covered property or to repair, restore or replace that property; and

    (b) Tear out and replace any part of the building as needed to gain access to the "fungi" or rot;

    (2) Any reasonable and necessary increase in living expense you incur so that your household can maintain its normal standard of living or loss of fair rental value if the "fungi" or rot makes the "residence premises" not fit to live in. We do not cover loss or expense due to cancellation of a lease or agreement; and

    (3) Any reasonable and necessary testing or monitoring of air or property to confirm the absence, presence or level of the "fungi" or rot, whether performed prior to, during or after removal, repair, restoration or replacement.

    b. We will pay under this additional coverage only if:

    (1) The covered loss occurs during the policy period;

    (2) All reasonable means were used to save and preserve the property at the time of and after the covered loss; and

    (3) We receive prompt notice of the covered cause of loss that is alleged to have resulted in "fungi" or rot.

    c. The most we will pay under this additional coverage is the limit of liability shown in the Declarations for **Limited "Fungi" Or Rot Remediation.** This is the most we will pay for the total of all loss or costs regardless of the:

HO-827 LA (04-03)                                                                                                          Page 1 of 2

    (1) Number of locations or items of property insured under this policy; or

    (2) Number of losses or claims made.

  d. This is not additional insurance and does not increase the limit of liability that applies to the damaged property.

## SECTION I – PERILS INSURED AGAINST

Exclusion **2.e.(3)** in forms **HO-3** and **58065 LA**, exclusion **1.b.(4)(c)** in endorsement **HO-15**, and exclusion **2.d.(3)** in endorsement **57005 LA**, if applicable are deleted and replaced by the following:

  Smog, rust or other corrosion;

In exclusion **6.** in endorsement **HA-615 LA**, if applicable, the words "mold; wet or dry rot;" are deleted.

## SECTION I – EXCLUSIONS

The following exclusion is added:

  9. **"Fungi" or Rot**, meaning any loss or cost resulting from, arising out of, caused by, consisting of, or related to, "fungi" or rot. This exclusion does not apply to:

    a. "Fungi" or rot remediation coverage that may be afforded under the Additional Coverage **Limited "Fungi" Or Rot Remediation**; or

    b. The immediate, direct physical damage to property described in Coverages A, B and C caused directly by a Peril Insured Against.

This is exclusion **1.i.** in form **HO-3**.

## SECTION II – EXCLUSIONS

The following exclusion is added under item **1. Coverage E - Personal Liability and Coverage F - Medical Payments To Others:**

m. "Bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot. This includes:

  (1) The cost of testing, monitoring, abating, mitigating, removing, remediating or disposing of "fungi" or rot;

  (2) Any supervision, instruction, disclosures, or failures to disclose, recommendations, warnings, or advice given, or that allegedly should have been given, in connection with "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot, or the activities described in m.(1) above;

  (3) Any obligation to share damages, losses, costs, payments or expenses with or repay someone else who must make payment because of such "bodily injury" or "property damage", damages, loss, cost, payment or expense; and

  (4) Liability imposed upon any "insured" by any governmental authority for "bodily injury" or "property damage" consisting of, arising out of, caused by, contributed to, aggravated by or resulting from "fungi" or rot.

All other provisions of this policy apply.

# SPECIAL TENANTS FORM PROVISIONS

**INFLATION PROTECTION COVERAGE is added to SECTION I - CONDITIONS as follows:**

**Inflation Protection Coverage.**

a) During the term of this policy we will increase the limit of liability for Coverage C - Personal Property monthly at the rate of 1/12 of the annual personal property cost percentage change factor as determined by a nationally recognized personal property cost index.

b) The limit of liability on the Declarations page for Coverage C - Personal Property will be revised yearly at each renewal to reflect any changes in coverage during the policy period as determined in paragraph a. above. Any subsequent adjustment in premium resulting from this change will be made on the basis of rates in use at the time the change is made. You have the right to refuse this change prior to the renewal date by contacting your agent or us.

# CONTENTS REPLACEMENT/REPAIR COST COVERAGE

You and we agree the policy is changed as follows:

A. **SECTION I - CONDITIONS**

  3. **Loss Settlement.** For Forms HO-2, HO-3 and HO-6 paragraph a. is deleted and replaced by the following:

   a. (1) Personal Property

   (2) Awnings, carpeting, outdoor radio and television antennas and aerials, personal property including domestic appliances and outdoor equipment at the cost to replace or repair at the time of loss;

   We have the option either to repair or replace any item under this coverage, or to reimburse the cost to replace it.

   (3) Structures that are not buildings at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

  3. **Loss Settlement.** The following paragraphs are added:

   c. "Cost to replace" means the cost at the time of loss of a new article of like kind and quality to the one damaged, destroyed or stolen. When an article is no longer manufactured or is not available, the "cost to replace" means the cost of a new article, similar to that damaged, destroyed or stolen, which is of comparable quality and usefulness.

   d. The limit of liability for loss on any personal property under this endorsement shall not exceed the smallest of the following amounts, subject to any deductible:

   (1) The limit of liability of this policy applicable to Coverage C;

   (2) The cost to replace, without deduction for depreciation, at the time of loss;

   (3) Any special limits of liability described in the policy.

   e. When the full cost to replace or repair an article or articles is more than $2,000, we will not be liable for any loss under any part of this provision unless and until you actually repair or replace the article or articles. You may disregard the replacement cost loss settlement provisions and make an initial claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim, in accordance with the provisions of this Condition 3. Loss Settlement, for the difference between the actual cash value and the full replacement cost within 6 months of the later of:

   (1) The last date you received a payment for actual cash value; or

   (2) The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement value.

  3. **Loss Settlement.** For Form HO-4 the entire Section 3. Loss Settlement is deleted and replaced by the following:

   a. (1) Personal Property

   (2) Awnings, carpeting, outdoor radio and television antennas and aerials, personal property including domestic appliances and outdoor equipment at the cost to replace or repair at the time of loss;

   We have the option either to repair or replace any item under this coverage, or to reimburse the cost to replace it.

   (3) Structures that are not buildings at actual cash value at the time of loss but not exceeding the amount necessary to repair or replace;

  3. **Loss Settlement.** The following paragraphs are added:

   b. "Cost to replace" means the cost at the time of loss of a new article of like kind and quality to the one damaged, destroyed or stolen. When an article is no longer manufactured or is not available, the "cost to replace" means the cost of a new article, similar to that damaged, destroyed or stolen, which is of comparable quality and usefulness.

   c. The limit of liability for loss on any personal property under this endorsement shall not exceed the smallest of the following amounts, subject to any deductible:

   (1) The limit of liability of this policy applicable to Coverage C;

This endorsement forms a part of the policy.

56494 (03-92)

(2) The cost to replace, without deduction for depreciation, at the time of loss;

(3) Any special limits of liability described in the policy.

d. When the full cost to replace or repair an article or articles is more than $2,000, we will not be liable for any loss under any part of this provision unless and until you actually repair or replace the article or articles. You may disregard the replacement cost loss settlement provisions and make an initial claim under this policy for loss or damage to buildings on an actual cash value basis. You may then make claim, in accordance with the provisions of this Condition 3. Loss Settlement, for the difference between the actual cash value and the full replacement cost within 6 months of the later of:

(1) The last date you received a payment for actual cash value; or

(2) The date of entry of a final order of a court of competent jurisdiction declaring your right to replacement value.

**EXCLUSIONS** - This endorsement does not apply to the following property:

1. Antiques, fine arts, paintings, statuary and similar articles which, by their inherent nature, cannot be replaced with new articles;

2. Articles whose age or history contribute substantially to their value, including but not limited to memorabilia, souvenirs, and collector's items;

3. Items scheduled under any other insurance contract.