UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EVA MAYNARD | * | CIVIL ACTION NO.: 06-11385 |
| | * | |
| VERSUS | * | SECTION "I" |
| | * | |
| THE ST. PAUL TRAVELERS | * | JUDGE AFRICK |
| COMPANIES, INC. | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |
| | * | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, The Standard Fire Insurance Company will

bring its Rule 12 Motion to Dismiss against Plaintiffs for hearing before the Honorable Lance M.

Africk on February 21, 2007 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated this 25th day of January, 2007.

Respectfully submitted,

OF COUNSEL:
Stephen E. Goldman            s/Seth A. Schmeeckle
Wystan M. Ackerman           Ralph S. Hubbard III, T.A., La. Bar # 7040
ROBINSON & COLE LLP          Seth A. Schmeeckle, La. Bar # 27076
280 Trumbull Street          LUGENBUHL, WHEATON, PECK,
Hartford, Connecticut 06103-3597        RANKIN & HUBBARD
Telephone:    (860) 275-8200  601 Poydras Street, Suite 2775
Facsimile:    (860) 275-8299  New Orleans, LA 70130
                             Telephone:    (504) 568-1990
                             Facsimile:    (504) 310-9195

                             Attorneys for The Standard Fire Insurance
                             Company (improperly named as The St. Paul
                             Travelers Companies, Inc.)

-1-

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that, on January 25, 2007, a copy of the foregoing Defendant The

Standard Fire Insurance Company's Notice of Hearing on its Rule 12(b)(6) Motion to Dismiss

was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing

will be sent to:

    Meyer H. Gertler
    Brian David Katz
    Joseph Edward Cain
    Louis L. Gertler
    Louis L. Plotkin
    Russ M. Herman
    Soren Erik Gisleson
    Stephen J. Herman

by operation of the Court's electronic filing system.

                                     _s/Seth A. Schmeeckle_____