UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **EVA MAYNARD** | * | **CIVIL ACTION 06-11385** |
| | * | |
| **VERSUS** | * | |
| | * | **SECTION: "I"** |
| **THE ST. PAUL TRAVELERS** | * | |
| **COMPANIES, INC.** | * | |
| | * | **MAGISTRATE: 1** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the foregoing unopposed motion:

**IT IS HEREBY ORDERED** that the Unopposed Motion to Continue the Date for hearing the defendant's Motion Under Federal Rule Civil Procedure 12(b)(6) is hereby GRANTED, and the hearing is reset for March 7, 2007 on the pleadings.

.

**NEW ORLEANS, LOUISIANA**, this 1st day of  February , 2007.

_____
JUDGE