NEW ORLEANS POLICE DEPARTMENT

| EVENT | SIGNAL | INCIDENT | | SUPPLEMENTAL REPORT | T PAGE 1 OF 4 | ITEM NUMBER |
|---|---|---|---|---|---|---|
| | 21 | Train Derailment | | DATE/TIME OCCURRED | | I-18766-04 |

LOCATION OF OCCURRENCE: Almonaster Blvd. and France Rd.

DATE/TIME OCCURRED: 9-10-04/ 12:55 A.M.
DATE/TIME OF REPORT: 9-11-04/ 1:19 A.M.  LIGHTING: P

DIST/ZONE/SUB

STATUS:
- OPEN
- ☒ CLEARED BY ARREST
- ☐ CLEARED BY EXCEPT.
- ☐ WARRANT ISSUED
- ☐ UNFOUNDED

BULLETIN REQUIRED:
- ☐ YES
- ☒ NO

**VICTIM/REPORTING PERSON**

☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW

Board of Commissioners-Orleans Levee Dist.

| HOME ADDRESS | ZIP CODE | HOME PHONE | RACE | SEX | VICTIM TYPE | VICTIM 1 |
|---|---|---|---|---|---|---|
| N/A | X | X | X | X | X | |
| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
| 6001 Stars and Stripes Blvd. | 70126 | 504-243-4000 | X | X | X | X |
| | | DRIVERS LICENSE NUMBER | OCCUPATION | | | |
| | | N/A | X | | | |

DATE OF BIRTH OR AGE: N/A

☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW

New Orleans Public Belt Railroas

| HOME ADDRESS | ZIP CODE | HOME PHONE | RACE | SEX | VICTIM TYPE | VICTIM 2 |
|---|---|---|---|---|---|---|
| N/A | X | X | X | X | | |
| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
| 4822 Tchoupitoulas | 70115 | unknown | X | X | X | X |
| | | DRIVERS LICENSE NUMBER | OCCUPATION | | | |
| | | N/A | X | | | |

DATE OF BIRTH OR AGE: N/A

**OFFENDER NO.**

☐ ARRESTED  ☐ WANTED  ☐ MISSING  ☐ RUNAWAY

| HOME ADDRESS | ZIP CODE | DATE/TIME OF ARREST | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| | | | | | | |

| ARREST LOCATION | | ARREST CREDIT | SOBRIETY | INJURY | TREATED |
|---|---|---|---|---|---|
| | | | | | |

ALIAS/NICKNAME

SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | DIST/ZONE/SUB | RIGHTS WAIVED FORM #

MAGISTRATE DATE/TIME

ARRESTEE ARMED AT TIME OF ARREST:
- ☐ UNARMED  ☐ SHOTGUN  ☐ KNIFE
- ☐ HANDGUN  ☐ RIFLE  ☐ OTHER WEAPON  ☐ AUTOMATIC  ☐ SEMI-AUTOMATIC

TRANSPORTED BY | UNIT

CHARGES

ARREST TYPE:
- ☐ ON VIEW
- ☐ EXISTING WARRANT  ☐ SUMMONS

RESIDENT STATUS:
- ☐ ORLEANS RESIDENT
- ☐ NON-RESIDENT

JUVENILE DISPOSITION:
- ☐ RELEASED TO PARENT
- ☐ HELD FOR COURT

VICTIM # | RELATIONSHIP

**DESCRIPTION/MOTIVATION**

01-BUILD
- ☐ 01 SMALL/PETITE
- ☐ 02 THIN
- ☐ 03 MEDIUM
- ☐ 04 MUSCULAR
- ☐ 05 HEAVY/STOCKY
- ☐ 06 FLABBY
- ☐ 07 STOOPED SHOULDERS
- ☐ 08 NARROW SHOULDERS
- ☐ 09 BROAD SHOULDERS
- ☐ 10 DWARF/MIDGET

07-ACCENT
- ☐ 01 AFRICAN/AMERICAN
- ☐ 02 SPANISH
- ☐ 03 ORIENTAL
- ☐ 04 FRENCH
- ☐ 05 ENGLISH
- ☐ 06 JAMAICAN
- ☐ 07 OTHER

02-ODDITIES
- ☐ 01 LIMP
- ☐ 02 CRIPPLED ARM
- ☐ 03 MISSING ARM
- ☐ 04 MISSING FINGER
- ☐ 05 MISSING HAND
- ☐ 06 MISSING FOOT
- ☐ 07 MISSING LEG
- ☐ 08 ABNORMAL GENITALS
- ☐ 09 BODY ODOR
- ☐ 10 LEFT HANDED

08-FACIAL ODDITIES
- ☐ 01 BIRTHMARKS
- ☐ 02 BLOTCHES
- ☐ 03 FRECKLES
- ☐ 04 MOLES/WARTS
- ☐ 05 PIMPLES/POCKS
- ☐ 06 WRINKLES
- ☐ 07 HIGH CHEEKS
- ☐ 08 THICK LIPS
- ☐ 09 DEFORMED EAR
- ☐ 10 MISSING EAR

03-SCARS
- ☐ 01 CHEEK, LEFT
- ☐ 02 CHEEK, RIGHT
- ☐ 03 CHIN
- ☐ 04 EAR, LEFT
- ☐ 05 EAR, RIGHT
- ☐ 06 EYEBROW, LEFT
- ☐ 07 EYEBROW, RIGHT
- ☐ 08 LIP UPPER
- ☐ 09 NOSE
- ☐ 10 NECK

09-EYES
- ☐ 01 BLUE
- ☐ 02 BROWN
- ☐ 03 GREY
- ☐ 04 GREEN
- ☐ 05 BLOODSHOT
- ☐ 06 BULGING
- ☐ 07 CROSSED
- ☐ 08 MISSING/GLASS
- ☐ 09 SQUINTS/BLINKS
- ☐ 10 SLANTED/ORIENTAL

- ☐ 11 ARM, LEFT
- ☐ 12 ARM, RIGHT
- ☐ 13 HAND, LEFT
- ☐ 14 HAND, RIGHT
- ☐ 15 WRIST, LEFT
- ☐ 16 WRIST, RIGHT
- ☐ 17 CHEST
- ☐ 18 BACK
- ☐ 19 LEG, LEFT
- ☐ 20 LEG, RIGHT

10-NOSE
- ☐ 01 LARGE
- ☐ 02 SMALL
- ☐ 03 LONG
- ☐ 04 THIN
- ☐ 05 PUG
- ☐ 06 POINTED
- ☐ 07 BROAD
- ☐ 08 FLAT
- ☐ 09 HOOKED
- ☐ 10 RED

04-TATTOOS
- ☐ 01 ARM, LEFT
- ☐ 02 ARM, RIGHT
- ☐ 03 HAND, LEFT
- ☐ 04 HAND, RIGHT
- ☐ 05 LEG, LEFT
- ☐ 06 CHEST
- ☐ 07 CHEST
- ☐ 08 BACK
- ☐ 09 BACK
- ☐ 10 FACE

11-TEETH
- ☐ 01 IRREGULAR
- ☐ 02 DECAYED
- ☐ 03 PROTRUDING
- ☐ 04 CAPS
- ☐ 05 MISSING
- ☐ 06 CHIPPED
- ☐ 07 GOLD
- ☐ 08 DESIGN
- ☐ 09 DIAMOND
- ☐ 10 BRACES

12-HAIR COLOR
- ☐ 01 BLONDE
- ☐ 02 RED
- ☐ 03 BROWN
- ☐ 04 BLACK
- ☐ 05 GREY/SILVER
- ☐ 06 SALT/PEPPER
- ☐ 07 MULTI-COLOR
- ☐ 08 PLAT, BLONDE
- ☐ 09 STREAKED
- ☐ 10 GREY PATCHES

05-APPAREL
- ☐ 01 CLOTH OVER FACE
- ☐ 02 STOCKING OVER FACE
- ☐ 03 MASK
- ☐ 04 SUNGLASSES
- ☐ 05 SUNGLASSES
- ☐ 06 RINGS
- ☐ 07 GLOVES
- ☐ 08 HAT/CAP
- ☐ 09 MAN-FEMALE ATTIRE
- ☐ 10 TENNIS SHOES

13-HAIR STYLE
- ☐ 01 AFRO
- ☐ 02 BALD
- ☐ 03 CURLY
- ☐ 04 STRAIGHT
- ☐ 05 CREWCUT
- ☐ 06 BALD
- ☐ 07 SHORT
- ☐ 08 MEDIUM
- ☐ 09 LONG
- ☐ 10 FADE/DESIGN

06-SPEECH
- ☐ 01 SOFT/POLITE
- ☐ 02 RASPY/DEEP
- ☐ 03 RAPID
- ☐ 04 SLOW
- ☐ 05 LOUD
- ☐ 06 MUMBLE
- ☐ 07 STUTTERS/LISP
- ☐ 08 VULGAR
- ☐ 09 APOLOGETIC
- ☐ 10 EFFEMINATE

14-FACIAL HAIR
- ☐ 01 SIDEBURNS
- ☐ 02 MUTTON CHOPS
- ☐ 03 BEARD
- ☐ 04 GOATEE
- ☐ 05 MUSTACHE
- ☐ 06 FU-MANCHU
- ☐ 07 HAIR UND. LIP
- ☐ 08 UNSHAVEN
- ☐ 09 BUSHY EYEBROWS
- ☐ 10 CLEAN SHAVEN

15-COMPLEXION
- ☐ 01 ALBINO
- ☐ 02 FAIR
- ☐ 03 RUDDY
- ☐ 04 OLIVE
- ☐ 05 LIGHT
- ☐ 06 MEDIUM
- ☐ 07 DARK

ADDITIONAL DESCRIPTION

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) | |
|---|---|---|---|---|---|---|
| W-WHITE | B-BUSINESS | S-SOBER | B-BROKEN BONES | R-REFUSED | A-SPOUSE | G-GRANDCHILD | M-EX SPOUSE |
| B-BLACK | F-FINACIAL INST. | O-ORLEANS RESIDENT | I-INTERNAL INJURY | T-TREATED | B-COMMON LAW | H-OTHER FAMILY | N-EMPLOYER |
| I-AMERIND | G-GOVERNMENT | M-METRO RESIDENT | L-LACERATIONS | H-HOSPITALIZED | C-PARENT | I-ACQUAINTANCE | O-EMPLOYEE |
| A-ASIAN | L-LAW OFFICER | N-NON RESIDENT | M-MINOR | | D-OFFSPRING | J-NEIGHBOR | P-HOMOSEXUAL |
| U-UNKNOWN | R-RELIGIOUS ORG. | U-UNKNOWN | M-OTHER MAJOR | | E-SIBLING | K-BEING BABYSAT | S-STRANGER |
| | | | N-NO INJURY | | F-GRANDPARENT | L-BOY/GIRL FRIEND | U-UNKNOWN |

DETECTIVE

CRIME LAB

| REPORTING OFFICER | BADGE | REPORTING OFFICER | | SUPERVISOR | | REPORTING CAR # |
|---|---|---|---|---|---|---|
| J. Wells | 80 | | | LT M CAIN | | 7710 |

EXHIBIT
A

# NEW ORLEANS POLICE DEPARTMENT

| | | | |
|---|---|---|---|
| | X INCIDENT REPORT | | ITEM NUMBER |
| | X SUPPLEMENTAL | IT PAGE 2 OF 4 | I-18766-04 |

**EVENT**

| SIGNAL | INCIDENT | | |
|---|---|---|---|
| 21 | Train Derailment | | DIST/ZONE/SUB |

| LOCATION OF OCCURRENCE | DATE/TIME OCCURRED | | STATUS | BULLETIN REQUIRED |
|---|---|---|---|---|
| Almonaster Blvd. and France Rd. | 9-10-04/12:55 A.M. | LIGHTING | ☐ OPEN<br>☐ CLEARED BY ARREST<br>☒ CLEARED BY EXCEPT.<br>☐ WARRANT ISSUED<br>☐ UNFOUNDED | ☐ YES<br>☒ NO |
| | DATE/TIME OF REPORT | | | |
| | 9-11-04/ 1:19 A.M. | | | |

**VICTIM/REPORTING PERSON**

| ☒ VICTIM   ☐ WITNESS   ☐ REPORTING PERSON   ☒ INTERVIEW | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|
| Ricky T. Sharper | 10-20-57 | B | M | X | X |

| HOME ADDRESS | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
|---|---|---|---|---|---|---|
| 10536 Boudreaux Rd.  Gonzales, La. | 70737 | X | 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 | S | N | X |

| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION |
|---|---|---|---|---|
| 6701 Almonaster Ave. | 70126 | 244-4328 | 3875952 | Train Engineer |

| ☐ VICTIM   ☐ WITNESS   ☐ REPORTING PERSON   ☐ INTERVIEW | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
|---|---|---|---|---|---|---|
| | | | | | | |

| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION |
|---|---|---|---|---|
| | | | | |

**OFFENDER NO.**

| ☐ ARRESTED   ☐ WANTED   ☐ MISSING   ☐ RUNAWAY | DATE OF BIRTH OR AGE | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|
| | | | | | |

| HOME ADDRESS | ZIP CODE | DATE/TIME OF ARREST | ARREST CREDIT | SOBRIETY | INJURY | TREATED |
|---|---|---|---|---|---|---|
| | | | | | | |

| ARREST LOCATION | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | DIST/ZONE/SUB | RIGHTS WAIVED FORM # |
|---|---|---|---|---|
| | | | | |

| ALIAS/NICKNAME | MAGISTRATE DATE/TIME | TRANSPORTED BY | UNIT |
|---|---|---|---|
| | | | |

| ARRESTEE ARMED AT TIME OF ARREST<br>☐ UNARMED  ☐ SHOTGUN  ☐ KNIFE  ☐ AUTOMATIC<br>☐ HANDGUN  ☐ RIFLE  ☐ OTHER WEAPON  ☐ SEMI-AUTOMATIC | ARREST TYPE<br>☐ ON VIEW         ☐ SUMMONS<br>☐ EXISTING WARRANT | RESIDENT STATUS<br>☐ ORLEANS RESIDENT<br>☐ NON-RESIDENT | JUVENILE DISPOSITION<br>☐ RELEASED TO PARENT<br>☐ HELD FOR COURT |
|---|---|---|---|
| CHARGES | | | VICTIM #   RELATIONSHIP |

**DESCRIPTION**

| 07-BUILD | 02-ODDITIES | 03-SCARS | 04-TATTOOS | 05-APPAREL | 06-SPEECH |
|---|---|---|---|---|---|
| ☐ 01 SMALL/PETITE<br>☐ 02 THIN<br>☐ 03 MEDIUM<br>☐ 04 MUSCULAR<br>☐ 05 HEAVY/STOCKY<br>☐ 06 FLABBY<br>☐ 07 STOOPED SHOULDERS<br>☐ 08 NARROW SHOULDERS<br>☐ 09 BROAD SHOULDERS<br>☐ 10 DWARF/MIDGET | ☐ 01 LIMP<br>☐ 02 CRIPPLED ARM<br>☐ 03 MISSING ARM<br>☐ 04 MISSING FINGER<br>☐ 05 MISSING HAND<br>☐ 06 MISSING FOOT<br>☐ 07 MISSING LEG<br>☐ 08 ABNORMAL GENITALS<br>☐ 09 BODY ODOR<br>☐ 10 LEFT HANDED | ☐ 01 CHEEK, RIGHT<br>☐ 02 CHEEK, LEFT<br>☐ 03 CHIN<br>☐ 04 EAR, LEFT<br>☐ 05 EAR, RIGHT<br>☐ 06 ELBOW<br>☐ 07 EYEBROW, RIGHT<br>☐ 08 LIP UPPER<br>☐ 09 NOSE<br>☐ 10 NECK<br>☐ 11 ARM, LEFT<br>☐ 12 ARM, RIGHT<br>☐ 13 HAND, LEFT<br>☐ 14 HAND, RIGHT<br>☐ 15 WRIST, LEFT<br>☐ 16 WRIST, RIGHT<br>☐ 17 CHEST<br>☐ 18 BACK<br>☐ 19 LEG, LEFT<br>☐ 20 LEG, RIGHT | ☐ 01 ARM, LEFT<br>☐ 02 ARM, RIGHT<br>☐ 03 HAND, LEFT<br>☐ 04 HAND, RIGHT<br>☐ 05 LEG, LEFT<br>☐ 06 LEG, RIGHT<br>☐ 07 CHEST<br>☐ 08 NECK<br>☐ 09 BACK<br>☐ 10 FACE | ☐ 01 CLOTH OVER FACE<br>☐ 02 STOCKING OVER FACE<br>☐ 03 MASK<br>☐ 04 EARRINGS<br>☐ 05 SUNGLASSES<br>☐ 06 RINGS<br>☐ 07 GLOVES<br>☐ 08 CAP/HAT<br>☐ 09 MAN-FEMALE ATTIRE<br>☐ 10 TENNIS SHOES | ☐ 01 SOFT/POLITE<br>☐ 02 RASPY/DEEP<br>☐ 03 RAPID<br>☐ 04 SLOW<br>☐ 05 LOUD<br>☐ 06 MUMBLE<br>☐ 07 STUTTERS/LISP<br>☐ 08 VULGAR<br>☐ 09 APOLOGETIC<br>☐ 10 EFFEMINATE |
| **07-ACCENT**<br>☐ 01 AFRO/AMERICAN<br>☐ 02 SPANISH<br>☐ 03 ORIENTAL<br>☐ 04 FRENCH<br>☐ 05 ENGLISH<br>☐ 06 JAMAICAN<br>☐ 07 OTHER | **08-FACIAL ODDITIES**<br>☐ 01 BIRTHMARKS<br>☐ 02 BLOTCHES<br>☐ 03 FRECKLES<br>☐ 04 MOLE/WARTS<br>☐ 05 PIMPLE/POCKS<br>☐ 06 WRINKLES<br>☐ 07 HIGH CHEEKS<br>☐ 08 THICK LIPS<br>☐ 09 DEFORMED EAR<br>☐ 10 MISSING EAR | **09-EYES**<br>☐ 01 BLUE<br>☐ 02 BROWN<br>☐ 03 GREY<br>☐ 04 GREEN<br>☐ 05 BLOODSHOT<br>☐ 06 BULGING<br>☐ 07 CROSSED<br>☐ 08 MISSING/GLASS<br>☐ 09 SQUINTS/BLINKS<br>☐ 10 SLANTED/ORIENTAL | **10-NOSE**<br>☐ 01 LARGE<br>☐ 02 SMALL<br>☐ 03 LONG<br>☐ 04 THIN<br>☐ 05 PUG<br>☐ 06 POINTED<br>☐ 07 BROAD<br>☐ 08 FLAT<br>☐ 09 HOOKED<br>☐ 10 RED | **11-TEETH**<br>☐ 01 IRREGULAR<br>☐ 02 DECAYED<br>☐ 03 PROTRUDING<br>☐ 04 CAPS<br>☐ 05 MISSING<br>☐ 06 CHIPPED<br>☐ 07 GOLD<br>☐ 08 DESIGN<br>☐ 09 STREAKED<br>☐ 10 BRACES | **12-HAIR COLOR**<br>☐ 01 AFRC<br>☐ 02 RED<br>☐ 03 BROWN<br>☐ 04 BLACK<br>☐ 05 GREY/SILVER<br>☐ 06 SALT/PEPPER<br>☐ 07 MULTI-COLOR<br>☐ 08 PLAT, BLONDE<br>☐ 09 STREAKED<br>☐ 10 FADE/DESIGN<br><br>**13-HAIR STYLE**<br>☐ 01 BRAIDED<br>☐ 02 CURLY<br>☐ 03 STRAIGHT<br>☐ 04 CREWCUT<br>☐ 05 BALD<br>☐ 06 FRO<br>☐ 07 SHORT<br>☐ 08 MEDIUM<br>☐ 09 LONG<br>☐ 10 PROCESSED<br><br>**14-FACIAL HAIR**<br>☐ 01 SIDEBURNS<br>☐ 02 MUTTON CHOPS<br>☐ 03 BEARD<br>☐ 04 GOATEE<br>☐ 05 MUSTACHE<br>☐ 06 FU-MANCHU<br>☐ 07 HAIR UND. LIP<br>☐ 08 UNSHAVEN<br>☐ 09 BUSHY EYEBROWS<br>☐ 10 CLEAN SHAVEN | **15-COMPLEXION**<br>☐ 01 ALBINO<br>☐ 02 FAIR<br>☐ 03 RUDDY<br>☐ 04 OLIVE<br>☐ 05 LIGHT<br>☐ 06 BROWN<br>☐ 07 DARK |

| ADDITIONAL DESCRIPTION |
|---|
| |

**CODES**

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) |
|---|---|---|---|---|---|
| W-WHITE<br>B-BLACK<br>I-AMERIND<br>A-ASIAN<br>U-UNKNOWN | B-BUSINESS<br>F-FINACIAL INST.<br>G-GOVERNMENT<br>L-LAW OFFICER<br>R-RELIGIOUS ORG. | S-SOCIETY<br>O-ORLEANS RESIDENT<br>M-METRO RESIDENT<br>N-NON RESIDENT<br>U-UNKOWN | S-SOBER<br>A-ALCOHOL<br>D-DRUGS<br>U-UNKNOWN | R-REFUSED<br>T-TREATED<br>H-HOSPITALIZED | B-BROKEN BONES<br>I-INTERNAL INJURY<br>L-LACERATIONS<br>M-MINOR<br>O-OTHER MAJOR<br>N-NO INJURY |

(VICTIM RELATIONSHIP column values): A-SPOUSE, B-COMMON LAW, C-PARENT, D-OFFSPRING, E-SIBLING, F-GRANDPARENT, 3-GRANDCHILD, H-OTHER FAMILY, I-ACQUAINTANCE, J-NEIGHBOR, K-BEING BABYSAT, L-BOY/GIRL FRIEND, M-EX SPOUSE, N-EMPLOYEE, O-EMPLOYER, P-HOMOSEXUAL, S-STRANGER, U-UNKNOWN

**ADM**

| DETECTIVE | CRIME LAB | OTHER | |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | BADGE | REPORTING OFFICER | BADGE | SUPERVISOR | REPORTING CAR # |
|---|---|---|---|---|---|
| J. Wells | .80 | | | | 7710 |
| | | | | BADGE | |

# NEW ORLEANS POLICE DEPARTMENT – PROPERTY

|  | PAGE 3 OF 4 | ITEM NUMBER I-18766-04 |

## WEAPONS

- CONFISCATED
- EVIDENCE
- RECOVERED

- HANDGUN
- RIFLE
- SHOTGUN

MAKE                     MODEL            SERIAL            CALIBER

NCIC
- STOLEN
- NOT STOLEN

NCIC CONTACT

ADDITIONAL INFORMATION

PAWNSHOP
- RECORD
- NO RECORD

PAWNSHOP CONTACT

## VEHICLE

VEHICLE STATUS
- STOLEN
- VICTIM
- WANTED
- IMPOUNDED

YEAR     MAKE          MODEL          COLOR(TOP/BOTTOM)     VALUE

LIC. NUMBER     STATE     YEAR     VIN/SERIAL NUMBER

RECOVERED
- STOLEN LOCAL
- STOLEN FOREIGN

LOCATION OF RECOVERY

DIST/ZONE/SUB

### VEHICLE STYLE
- 20 TWO-DOOR
- 4D FOUR DOOR
- SW STATION WAGON
- PU PICK-UP
- AC AIRCRAFT
- CV CONVERTIBLE
- VN FULL SIZE VAN
- MV MINIVAN
- RV RECREATIONAL VEHICLE
- TK COMMERCIAL TRUCK
- SU SPORTS UTILITY
- WC WATERCRAFT
- MC MOTORCYCLE
- XX OTHER

### 35 VEHICLE DAMAGE
- LIGHT  - MEDIUM  - HEAVY
- 3501 - 3504 - 3507 - 3510 - 3513
- 3502 - 3505 - 3508 - 3511 - 3514
- 3503 - 3506 - 3509 - 3512 - 3515

### 36 RECOVERED VEHICLE M.O.
- 01 USED IN CRIME
- 02 USED IN JOY RIDE
- 03 VIN NUMBER ALTERED
- 04 CHOPPED
- 05 STRIPPED
- 06 AUDIO ONLY STOLEN
- 07 BATTERY ONLY STOLEN
- 08 DOOR LOCK POPPED
- 09 WINDOW SMASHED
- 10 NO FORCED ENTRY
- 11 STEERING DEFEATED
- 12 HOT WIRED
- 13 KEYS IN VEHICLE
- 14 RESIDENTIAL AREA
- 15 HOUSING DEVELOP.
- 16 COMMERCIAL AREA
- 17 PARK/PLAYGROUND
- 18 DESERTED AREA
- 19 BURNED
- 20 SUBMERGED

ADDITIONAL DESCRIPTION

## NARCOTIC/PROPERTY CODES

PROPERTY LEGEND
A1 CURRENCY/COIN
A2 NEGOTIABLE
A3 POSTAGE STAMPS
B1 JEWELRY
B2 PRECIOUS METAL
B3 PRECIOUS STONE
C1 CLOTHING

C2 FURS
C3 PURSE/WALLET
E1 OFFICE EQUIPMENT
E2 OFFICE FURNITURE
E3 COMPUTER HARDWARE
E4 COMPUTER SOFTWARE
F1 TELEVISION

F2 RADIO
F3 STEREO
F4 CAMERA/PROJECTOR
F5 AUDIO/VIDEO PROJ.
G1 FIREARM
H1 HOUSEHOLD ITEMS
I1 FOOD/BEVERAGE

I2 ALCOHOLIC BEVERAGES
I3 TOBACCO PRODUCTS
I4 GASOLINE/OIL
I5 TOILETRIES
I6 DRUGS
J1 LIVESTOCK
K1 ART/ANTIQUES

K2 CEMETERY ITEMS
K3 BICYCLE
K4 NON-NEGOTIABLE
K5 CREDIT/DEBIT CARDS
K6 NARCOTIC EQUIPMENT
K7 GAMBLING EQUIPMENT
K8 HAND/POWER TOOLS

K9 HEAVY EQUIPMENT
KA VEHICLE PARTS/ACC.
KB OTHER PROPERTY
L1 STRUCTURE DWELLING
L2 STRUCTURE COMM.
L3 STRUCTURE PUBLIC
L4 STRUCTURE STORAGE

LOSS TYPE
S STOLEN          U UNKNOWN
R RECOVERED       N NONE
D DAMGED/DESTROYED
B BURNED
F FORGED/COUNTERFEIT
C CONFISCATED/SEIZED

NARCOTIC LEGEND
NA CRACK COCAINE
NB POWDER COCAINE
NC HASHISH
NI HASH OIL
ND HEROIN
NE MARIJUANA

NF MORPHINE
NG OPIUM
NH OTHER NARCOTIC
NK LSD
NJ PCP
NK OTHER HALLUCINOGEN

NL METH/AMPHETAMINES
NM OTHER STIMULANTS
NN BARBITURATES
NX DEPRESSANT
NO OTHER DRUGS
NU UNKNOWN

NARCOTIC WEIGHT
GM GRAM
KG KILOGRAM
OZ OUNCE
LB POUND
ML MILLILITER
LT LITER

FO FLUID OUNCE
GL GALLON
DU DOSAGE UNITS
NP NUMBER PLANTS
XX OTHER

PROPERTY/EVIDENCE RECEIPT

## PROPERTY / EVIDENCE / NARRATIVE

| LOSS TYPE | QUANTITY/WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | SERIAL NUMBER | PROP/NARC CODE | VALUE |
|---|---|---|---|---|---|---|
| D | 1 | None | concrete floodwall and gate | None | | |
| D | unknown | None | undetermined amount creosote logs | | | |

NEW ORLEANS POLICE DEPARTMENT — CONTINUATION

| LOSS TYPE | QUANTITY/WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | PAGE 4 OF 4 | ITEM NUMBER I-18766-04 |
|---|---|---|---|---|---|
| | | | | SERIAL NUMBER | PROP/NARC CODE     VALUE |

## NARRATIVE

On Friday September 11, 2004 at about 1:00 A.M. Orleans Levee District Police Lieutenant Julia Wells responded to a complaint of a train derailment at Almonaster Blvd. and France Rd. The call was received from Lt. Frances of the Harbor Police Department. Frances also advised that the train had struck one of the floodgates.

Upon arrival, Wells met with John Mayeaux, a Trainmaster for CSX transportation. Wells learned that there were two people on the train, the engineer and the conductor. No one was injured. Mr. Mayeaux said that the train had derailed as it was leaving the area after picking up additional cars. Mayeaux said the cause of the derailment was unknown at this time. When asked to speak with the train engineer, Mayeaux said the cause of the engineer would be brought to the location as soon as possible. The engineer was still in the yard securing the engine to the train involved.

The Orleans Levee District engineering department was notified and Mr. Dennis Trocchiano arrived at 2:10 A. M. and inspected the area and took pictures of the damage. Trocchiano departed at about 3:00 A.M.

Lt. Wells observed the damage to the cars on the train and the damage to the tracks. The derailment began approximately 200 feet east of France Rd. while the train was in motion. The floodgate was struck by one of the flat bed cars, which traveled approximately 150 feet after striking the structure. There were six cars involved in the derailment. None of the cars overturned, but the wheels dug into the ground supporting the tracks pulling away the metal and wood forming the tracks causing and undetermined amount of damage. The metal track for the sliding floodgate was torn away and the concrete surrounding the gate post was knocked off and approximately three feet of the flood wall was also broken. The number of the floodgate was W-30.

Wells spoke with the train engineer, who identified himself as Rickey T. Sharper, B/M, DOB-10-20-57, and SS/# 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, residing at 10536 Boudreaux Rd. Gonzales, La. The other person aboard the train was the conductor, Mr. Rodney White, B/M age 28. Mr. Sharper said that he had backed the train and connected to the cars that he was picking up, which totaled 102 cars being carried by the train, then started forward. The cars were being pulled by two engines. He said his speed was up to approximately 10 MPH when the train went into emergency, which means that the engine was no longer able to pull or go forward. Sharper said that because of the make up of the train, going into emergency is the only way the engineer will be aware that something has gone wrong. He had no idea that the floodgate had been struck, nor when the gate was struck.

Wells asked the engineer to submit to a field sobriety test for the possible presence of alcohol or drug usage. Sharper readily submitted to the test and it showed no indications of the presence of drug or alcohol usage

Wells learned that the locomotive belonged to Burlington Northern Santa Fe railroad. The train ID numbers were 2002 and 2003. The derailment began on tracks owned by the New Orleans Public Belt Railroad and extended to tracks owned by CSX Transportation. The L& N Bridge was closed after the incident and would remain closed until the train cars were removed.

Any further information will be forwarded in a supplemental report.

# NEW ORLEANS POLICE DEPARTMENT   CONTINUATION

| LOSS TYPE | QUANTITY/ WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | PAGE | ITEM NUMBER | SERIAL NUMBER | PROP/NARC CODE | VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

# NEW ORLEANS POLICE DEPARTMENT — INCIDENT M.O.

PAGE OF   ITEM NUMBER

## MOTIVATION

**16 - CRIMINAL ACTIVITY**
- 01 BUYING/RECEIVING
- 02 CULTIVATION/MANUFACTURE
- 03 DISTRIBUTION/SELLING
- 04 EXPLOITING CHILDREN
- 05 POSSESSION WITH INTENT TO SELL
- 06 OPERATING/PROMOTION
- 07 POSSESSING/CONCEALING
- 08 TRANSPORTING/TRANSMITTING
- 09 USING/CONSUMING
- 10 OTHER (DESCRIBE BELOW)

**17 - MOTIVE**
- 01 FINANCIAL GAIN
- 02 ARGUMENT
- 03 SEXUAL
- 04 REVENGE
- 05 JEALOUSY
- 06 NARCOTICS
- 07 DOMESTIC DISPUTE
- 08 GAMBLING LOSSES
- 09 BIAS/HATE
- 10 NEGLIGENCE
- 11 CHILD ABUSE
- 12 MERCY KILLING
- 13 OTHER CRIME INVOLVED
- 14 OFFENDER KILLED BY POLICE
- 15 OFFENDER KILLED BY CITIZEN
- 16 UNKNOWN

**18 - TARGETS**
- 01 BUSINESS
- 02 RESIDENCE
- 03 GARAGE/CARPORT
- 04 VEHICLE
- 05 PERSON
- 06 DELIVERYMAN
- 07 MAILMAN
- 08 SALESMAN
- 09 TAXI DRIVER
- 10 CASH REGISTER
- 11 DISPLAY ITEMS
- 12 GAMING DEVICE
- 13 JUKEBOX
- 14 SAFE/STRONGBOX
- 15 COIN OPERATED DEVICE
- 16 PURSE/WALLET
- 17 UNKNOWN
- 18 OTHER (DESCRIBE BELOW)

## MEANS OF ENTRY

**19 - METHOD OF ENTRY**
- 01 ADMITTED ENTRY
- 02 OPENED/UNLOCKED
- 03 KEY
- 04 HID IN BUILDING
- 05 FOLLOWED VICTIM
- 06 OTHER NO FORCE
- 07 BODILY FORCE
- 08 BRICK/ROCK
- 09 BOLT CUTTER
- 10 PRY BAR
- 11 PUNCH LOCK
- 12 SAW/DRILL
- 13 EXPLOSIVE/INCENDIARY DEVICE
- 14 RAMMED W/ VEHICLE
- 15 OTHER TOOL
- 16 REMOVED SCREEN/BARS
- 17 JIMMIED LOCK
- 18 SMASHED/BROKE OUT WINDOW
- 19 SMASHED/BROKE OUT DOOR
- 20 SMASHED/BROKE OUT WALL
- 21 OTHER FORCE USED

**20 - POINT OF ENTRY/EXIT**
- 01 FRONT
- 02 SIDE
- 03 REAR
- 04 ROOF
- 05 FLOOR
- 06 DOOR
- 07 WINDOW
- 08 WALL
- 09 DUCT/VENT
- 10 ADJACENT APARTMENT
- 11 ADJACENT BUILDING
- 12 ATTACHED GARAGE
- 13 HOOD
- 14 TRUNK
- 15 UNKNOWN
- 16 OTHER (DESCRIBE)

USED    DEF.

**21 - SECURITY USED/DEFEATED**
- 01 ALARM
- 02 BARS
- 03 CAMERA
- 04 DOG
- 05 FENCE/GATE
- 06 GUARD
- 07 INTERIOR LIGHTING
- 08 EXTERIOR LIGHTING
- 09 LOCKED DOORS
- 10 LOCKED WINDOW
- 11 NEIGHBORHOOD WATCH
- 12 OTHER (DESCRIBE BELOW)

## CRIME LOCATION

**22 - RESIDENTIAL**
- 01 SINGLE FAMILY DWELLING
- 02 DUPLEX
- 03 APARTMENT
- 04 CONDOMINIUM
- 05 PUBLIC HOUSING UNIT
- 06 MOBILE HOME
- 07 PRIVATE GARAGE/SHED
- 08 OTHER (DESCRIBE BELOW)

**23 - OUTDOOR AREA**
- 01 STREET/ROAD/ALLEY
- 02 VACANT LOT
- 03 PUBLIC PARK
- 04 WOODED AREA/FIELD
- 05 PUBLIC HOUSING COMMON
- 06 CONSTRUCTION SITE
- 07 PUBLIC PARKING AREA
- 08 COMMERCIAL PARKING LOT
- 09 LAKE/WATERWAY
- 10 OTHER (DESCRIBE BELOW)

**24 - COMMERCIAL ESTABLISHMENT**
- 01 APPLIANCE STORE
- 02 AUTO PARTS STORE
- 03 AUTO SALES LOT
- 04 BAR/LOUNGE
- 05 BICYCLE SHOP
- 06 BOOKSTORE
- 07 CAMERA SHOP
- 08 CLEANERS
- 09 CLOTHING STORE
- 10 COIN LAUNDRY
- 11 CONVENIENCE STORE
- 12 COMPUTER STORE
- 13 DEPARTMENT STORE
- 14 DOCTOR'S OFFICE
- 15 DRUG STORE
- 16 ELECTRONICS STORE
- 17 FAST FOOD STORE
- 18 FINANCIAL INSTITUTION
- 19 FLORIST
- 20 GAS STATION
- 21 GUN STORE
- 22 HARDWARE STORE
- 23 HOTEL/MOTEL
- 24 JEWELRY STORE
- 25 LIQUOR STORE
- 26 MANUFACTURING
- 27 OFFICE BUILDING
- 28 PARKING GARAGE
- 29 PAWNSHOP
- 30 RENTAL STORAGE
- 31 RESTAURANT
- 32 SHOE STORE
- 33 SPORTING GOODS
- 34 SUPERMARKET/GROCERY
- 35 THEATER
- 36 VIDEO STORE
- 37 WAREHOUSE
- 38 OTHER (DESCRIBE BELOW)

**25 - PUBLIC ACCESS AREA**
- 01 AIRPORT
- 02 CONVENTION CENTER
- 03 FAIRGROUNDS
- 04 MUNICIPAL AUDITORIUM
- 05 SUPERDOME/ARENA
- 06 U.N.O. ARENA
- 07 UNION PASS TERM.
- 08 OTHER PUBLIC FACILITY
- 09 CASINO-RIVERBOAT
- 10 CASINO-LAND BASE
- 11 CASINO-PARKING
- 12 CHURCH
- 13 SYNAGOGUE
- 14 OTHER RELIGIOUS BUILDING
- 15 GOVERNMENT OFFICE BLDG.
- 16 POST OFFICE
- 17 JAIL/PRISON
- 18 OTHER GOVT FACILITY
- 19 ELEMENTARY SCHOOL
- 20 HIGH SCHOOL
- 21 COLLEGE/UNIVERSITY
- 22 HOSPITAL/CLINIC
- 23 OTHER (DESCRIBE BELOW)

**26 - MOVABLE**
- 01 AIRCRAFT
- 02 BOAT
- 03 COMMERCIAL VEHICLE
- 04 PERSONAL VEHICLE
- 05 PUBLIC TRANSIT VEHICLE
- 06 RAIL CAR/TRAIN
- 07 RECREATIONAL VEHICLE
- 08 TRACTOR TRAILER
- 09 OTHER (DESCRIBE BELOW)

**27 - TYPE STRUCTURE**
- 01 ONE STORY
- 02 MULTI-STORY
- 03 BRICK
- 04 CINDER BLOCK
- 05 CONCRETE
- 06 CORRUGATED METAL
- 07 WOOD FRAME
- 08 OTHER (DESCRIBE BELOW)

**28 - STRUCTURE STATUS**
- 01 OPEN FOR BUSINESS
- 02 CLOSED
- 03 OCCUPIED
- 04 UNOCCUPIED
- 05 ABANDONED
- 06 VACANT
- 07 OTHER (DESCRIBE BELOW)

## ACTIONS

**29 - OFFENDERS APPROACH TO VICTIM**
- 01 LOITERED IN AREA
- 02 STOOD AT BUS STOP
- 03 CASED TARGET
- 04 FOLLOWED ON FOOT
- 05 FOLLOWED IN VEHICLE
- 06 APPROACHED FROM FRONT
- 07 APPROACHED FROM REAR
- 08 APPROACHED FROM SIDE
- 09 ATTACKED FROM CONCEALMENT
- 10 STOPPED VICTIM'S VEHICLE
- 11 ANSWERED AD
- 12 ASKED FOR HELP
- 13 ASKED FOR DIRECTIONS
- 14 ASKED FOR TIME
- 15 FEIGNED ILLNESS/INJURY
- 16 ASSISTED WITH CAR TROUBLE
- 17 ENTERED AFTER KNOCKING
- 18 MET AT BAR/PARTY
- 19 CLAIMED SENT BY PARENT/FRIEND
- 20 OFFERED ALCOHOL
- 21 OFFERED DRUGS
- 22 OFFERED RIDE
- 23 OFFERED JOB
- 24 OFFERED MONEY/GIFT
- 25 OFFERED SEX
- 26 UNKNOWN
- 27 OTHER (DESCRIBE BELOW)

**30 - IMPERSONATED**
- 01 BILL COLLECTOR
- 02 CABLE REP.
- 03 CUSTOMER
- 04 DELIVERY MAN
- 05 FRIEND
- 06 MAILMAN
- 07 POLICE OFFICER
- 08 SALESMAN
- 09 SERVICEMAN
- 10 SURVEY TAKER
- 11 UTILITY CO. REP.
- 12 OTHER (DESCRIBE BELOW)

**31 - WEAPON**
- 01 HANDGUN
- 02 RIFLE
- 03 SHOTGUN
- 04 UNK. FIREARM
- 05 KNIFE/CUTTING INST.
- 06 BLUNT OBJECT
- 07 HANDS FIST FEET
- 08 POISON
- 09 EXPLOSIVE
- 10 INCENDIARY DEVICE
- 11 DRUGS
- 12 ASPHYXIATION

**32 - FIREARM FEATURES**
- 01 SEMI-AUTOMATIC
- 02 REVOLVER
- 03 CHROME/NICKEL
- 04 BLUE STEEL
- 05 SHORT BARREL
- 06 SINGLE BARREL
- 07 DOUBLE BARREL
- 08 SAWED OFF
- 09 BOLT ACTION
- 10 PUMP
- 11 ALTERED STOCK
- 12 OTHER (DESCRIBE BELOW)

**33 - PROPERTY CRIMES**
- 01 COMMITTED CRIMINAL DAMAGE
- 02 RANSACKED PREMISES
- 03 SET FIRE
- 04 CONSUMED FOOD/DRINK
- 05 USED FACILITIES/PHONE
- 06 DEFECATED/URINATED
- 07 DISABLED PHONE
- 08 KNEW LOCATION OF HIDDEN PROPERTY
- 09 PLACED GOODS IN SACK
- 10 USED LOOKOUT/DRIVER
- 11 USED COMPUTER EQUIPMENT
- 12 OTHER (DESCRIBE BELOW)

**34 - PERSON CRIMES**
- 01 THREATENED WITH WEAPON
- 02 STRUCK VICTIM WITH WEAPON
- 03 FIRED WEAPON AT
- 04 SHOT/STABBED VICTIM
- 05 POISONED/DRUGGED VICTIM
- 06 STRANGLED VICTIM
- 07 BURNED VICTIM
- 08 BOUND/GAGGED VICTIM
- 09 KIDNAPPED VICTIM
- 10 FORCED VICTIM INTO LOCATION
- 11 TOOK HOSTAGE
- 12 FORCED VICTIM TO DISROBE
- 13 KNEW VICTIM'S NAME
- 14 CALLED VICTIM BY OTHER NAME
- 15 DEMANDED MONEY
- 16 DEMANDED CAR KEYS
- 17 DEMANDED JEWELRY
- 18 DEMANDED DRUGS
- 19 USED DEMAND NOTE
- 20 DISABLED PHONE
- 21 PLACED PROP. IN SACK/POCKET
- 22 KNEW LOCATION OF HIDDEN PROP.
- 23 USED FACILITIES/PHONE
- 24 USED LOOKOUT/DRIVER
- 25 USED SLEIGHT OF HAND/TRICKERY
- 26 DROP THE PIGEON
- 27 OTHER (DESCRIBE BELOW)

**SEX CRIME SPECIFIC**
- 28 CUT/REMOVED VICTIM'S CLOTHING
- 29 OFFENDER DISROBED
- 30 EXPOSED GENITALS ONLY
- 31 VICTIM MASTURBATED OFFENDER
- 32 VICTIM PERFORMED ORAL ACTS
- 33 OFFENDER MASTURBATED
- 34 UNABLE TO ACHIEVE ERECTION
- 35 EJACULATED/URINATED ON VICTIM
- 36 USED CONTRACEPTIVE/LUBRICANT
- 37 KISSED/LICKED/BIT VICTIM
- 38 PERFORMED ORAL ACTS ON VICTIM
- 39 VAGINAL PENETRATION
- 40 ANAL PENETRATION
- 41 PENETRATED WITH OBJECT
- 42 OFFENDER CRIED

OFFENDER'S VERBIAGE / ADDITIONAL INFORMATION

# NEW ORLEANS POLICE DEPARTMENT — INCIDENT M.O.

PAGE | OF | ITEM NUMBER

## MOTIVATION

**18 - CRIMINAL ACTIVITY**
- 01 BUYING/RECEIVING
- 02 CULTIVATION/MANUFACTURE
- 03 DISTRIBUTION/SALES
- 04 EXPLOITING CHILDREN
- 05 POSSESSION WITH INTENT TO SELL
- 06 OPERATING/PROMOTION
- 07 POSSESSING/CONCEALING
- 08 TRANSPORTING/TRANSMITTING
- 09 USING/CONSUMING
- 10 OTHER (DESCRIBE BELOW)

**17 - MOTIVE**
- 01 FINANCIAL GAIN
- 02 ARGUMENT
- 03 SEXUAL
- 04 REVENGE
- 05 JEALOUSY
- 06 NARCOTICS
- 07 DOMESTIC DISPUTE
- 08 GAMBLING LOSSES
- 09 BIAS/HATE
- 10 NEGLIGENCE
- 11 CHILD ABUSE
- 12 MERCY KILLING
- 13 OTHER CRIME INVOLVED
- 14 OFFENDER KILLED BY POLICE
- 15 OFFENDER KILLED BY CITIZEN
- 16 UNKNOWN

**18 - TARGETS**
- 01 BUSINESS
- 02 RESIDENCE
- 03 GARAGE/CARPORT
- 04 VEHICLE
- 05 PERSON
- 06 DELIVERYMAN
- 07 MAILMAN
- 08 SALESMAN
- 09 TAXI DRIVER
- 10 CASH REGISTER
- 11 DISPLAY ITEMS
- 12 GAMING DEVICE
- 13 JUKEBOX
- 14 SAFE/STRONGBOX
- 15 COIN OPERATED DEVICE
- 16 PURSE/WALLET
- 17 UNKNOWN
- 18 OTHER (DESCRIBE BELOW)

## MEANS OF ENTRY

**19 - METHOD OF ENTRY**
- 01 ADMITTED ENTRY
- 02 OPENED/UNLOCKED
- 03 KEY
- 04 HID IN BUILDING
- 05 FOLLOWED OWNER
- 06 OTHER NO FORCE
- 07 BODILY FORCE
- 08 BRICK/ROCK
- 09 BOLT CUTTER
- 10 PRY BAR
- 11 PUNCH LOCK
- 12 SAW/DRILL
- 13 EXPLOSIVE/INCENDIARY DEVICE
- 14 RAMMED W/ VEHICLE
- 15 OTHER TOOL
- 16 REMOVED SCREEN/BARS
- 17 JIMMIED LOCK
- 18 SMASHED/BROKE OUT WINDOW
- 19 SMASHED/BROKE OUT DOOR
- 20 SMASHED/BROKE OUT WALL
- 21 OTHER FORCE USED

**20 - POINT OF ENTRY/EXIT**
- 01 FRONT
- 02 SIDE
- 03 REAR
- 04 ROOF
- 05 FLOOR
- 06 DOOR
- 07 WINDOW
- 08 WALL
- 09 DUCT/VENT
- 10 ADJACENT APARTMENT
- 11 ADJACENT BUILDING
- 12 ATTACHED GARAGE
- 13 HOOD
- 14 TRUNK
- 15 UNKNOWN
- 16 OTHER (DESCRIBE)

**21 - SECURITY USED/DEFEATED**  USED | DEF
- 01 ALARM
- 02 BARS
- 03 CAMERA
- 04 DOG
- 05 FENCE/GATE
- 06 GUARD
- 07 INTERIOR LIGHTING
- 08 EXTERIOR LIGHTING
- 09 LOCKED DOORS
- 10 LOCKED WINDOW
- 11 NEIGHBORHOOD WATCH
- 12 OTHER (DESCRIBE BELOW)

## CRIME LOCATION

**22 - RESIDENTIAL**
- 01 SINGLE FAMILY DWELLING
- 02 DUPLEX
- 03 APARTMENT
- 04 CONDOMINIUM
- 05 PUBLIC HOUSING UNIT
- 06 MOBILE HOME
- 07 PRIVATE GARAGE/SHED
- 08 OTHER (DESCRIBE BELOW)

**23 - OUTDOOR AREA**
- 01 STREET/ROAD/ALLEY
- 02 VACANT LOT
- 03 PUBLIC PARK
- 04 WOODED AREA/FIELD
- 05 PUBLIC HOUSING COMMON
- 06 CONSTRUCTION SITE
- 07 PUBLIC PARKING AREA
- 08 COMMERCIAL PARKING LOT
- 09 LAKE/WATERWAY
- 10 OTHER (DESCRIBE BELOW)

**24 - COMMERCIAL ESTABLISHMENT**
- 01 APPLIANCE STORE
- 02 AUTO PARTS STORE
- 03 AUTO SALES LOT
- 04 BAR/LOUNGE
- 05 BICYCLE SHOP
- 06 BOOKSTORE
- 07 CAMERA SHOP
- 08 CLEANERS
- 09 CLOTHING STORE
- 10 COIN LAUNDRY
- 11 CONVENIENCE STORE
- 12 COMPUTER STORE
- 13 DEPARTMENT STORE
- 14 DOCTOR'S OFFICE
- 15 DRUG STORE
- 16 ELECTRONICS STORE
- 17 FAST FOOD STORE
- 18 FINANCIAL INSTITUTION
- 19 FLORIST
- 20 GAS STATION
- 21 GUN STORE
- 22 HARDWARE STORE
- 23 HOTEL/MOTEL
- 24 JEWELRY STORE
- 25 LIQUOR STORE
- 26 MANUFACTURING
- 27 OFFICE BUILDING
- 28 PARKING GARAGE
- 29 PAWNSHOP
- 30 RENTAL STORAGE
- 31 RESTAURANT
- 32 SHOE STORE
- 33 SPORTING GOODS
- 34 SUPERMARKET/GROCERY
- 35 THEATER
- 36 VIDEO STORE
- 37 WAREHOUSE
- 38 OTHER (DESCRIBE BELOW)

**25 - PUBLIC ACCESS AREA**
- 01 AIRPORT
- 02 CONVENTION CENTER
- 03 FAIRGROUNDS
- 04 MUNICIPAL AUDITORIUM
- 05 SUPERDOME/ARENA
- 06 U.N.O. ARENA
- 07 UNION PASS TERM.
- 08 OTHER PUBLIC FACILITY
- 09 CASINO-RIVERBOAT
- 10 CASINO-LAND BASE
- 11 CASINO-PARKING
- 12 CHURCH
- 13 SYNAGOGUE
- 14 OTHER RELIGIOUS BUILDING
- 15 GOVERNMENT OFFICE BLDG.
- 16 POST OFFICE
- 17 JAIL/PRISON
- 18 OTHER GOVT FACILITY
- 19 ELEMENTARY SCHOOL
- 20 HIGH SCHOOL
- 21 COLLEGE/UNIVERSITY
- 22 HOSPITAL/CLINIC
- 23 OTHER (DESCRIBE BELOW)

**26 - MOVABLE**
- 01 AIRCRAFT
- 02 BOAT
- 03 COMMERCIAL VEHICLE
- 04 PERSONAL VEHICLE
- 05 PUBLIC TRANSIT VEHICLE
- 06 RAIL CAR/TRAIN
- 07 RECREATIONAL VEHICLE
- 08 TRACTOR TRAILER
- 09 OTHER (DESCRIBE BELOW)

**27 - TYPE STRUCTURE**
- 01 ONE STORY
- 02 MULTI-STORY
- 03 BRICK
- 04 CINDER BLOCK
- 05 CONCRETE
- 06 CORRUGATED METAL
- 07 WOOD FRAME
- 08 OTHER (DESCRIBE BELOW)

**28 - STRUCTURE STATUS**
- 01 OPEN FOR BUSINESS
- 02 CLOSED
- 03 OCCUPIED
- 04 UNOCCUPIED
- 05 ABANDONED
- 06 VACANT
- 07 OTHER (DESCRIBE BELOW)

## OFFENDER'S ACTIONS

**29 - OFFENDERS APPROACH TO VICTIM**
- 01 LOITERED IN AREA
- 02 STOOD AT BUS STOP
- 03 CASED TARGET
- 04 FOLLOWED ON FOOT
- 05 FOLLOWED IN VEHICLE
- 06 APPROACHED FROM FRONT
- 07 APPROACHED FROM REAR
- 08 APPROACHED FROM VEHICLE
- 09 ATTACKED FROM CONCEALMENT
- 10 STOPPED VICTIM'S VEHICLE
- 11 ANSWERED AD
- 12 ASKED FOR HELP
- 13 ASKED FOR DIRECTIONS
- 14 ASKED FOR TIME
- 15 FEIGNED ILLNESS/INJURY
- 16 ASSISTED WITH CAR TROUBLE
- 17 ENTERED AFTER KNOCKING
- 18 MET AT BAR/PARTY
- 19 CLAIMED SENT BY PARENT/FRIEND
- 20 OFFERED ALCOHOL
- 21 OFFERED DRUGS
- 22 OFFERED RIDE
- 23 OFFERED JOB
- 24 OFFERED MONEY/GIFT
- 25 OFFERED SEX
- 26 UNKNOWN
- 27 OTHER (DESCRIBE BELOW)

**30 - IMPERSONATED**
- 01 BILL COLLECTOR
- 02 CABLE REP.
- 03 CUSTOMER
- 04 DELIVERY MAN
- 05 FRIEND
- 06 MAILMAN
- 07 POLICE OFFICER
- 08 SALESMAN
- 09 SERVICEMAN
- 10 SURVEY TAKER
- 11 UTILITY CO. REP.
- 12 OTHER (DESCRIBE BELOW)

**31 - WEAPON**
- 01 HANDGUN
- 02 RIFLE
- 03 SHOTGUN
- 04 UNK. FIREARM
- 05 KNIFE/CUTTING INST.
- 06 BLUNT OBJECT
- 07 HANDS FIST FEET
- 08 POISON
- 09 EXPLOSIVE
- 10 INCENDIARY DEVICE
- 11 DRUGS
- 12 ASPHYXIATION

**32 - FIREARM FEATURES**
- 01 SEMI-AUTOMATIC
- 02 REVOLVER
- 03 CHROME/NICKEL
- 04 BLUE STEEL
- 05 SHORT BARREL
- 06 SINGLE BARREL
- 07 DOUBLE BARREL
- 08 SAWED OFF
- 09 BOLT ACTION
- 10 PUMP
- 11 ALTERED STOCK
- 12 OTHER (DESCRIBE BELOW)

**33 - PROPERTY CRIMES**
- 01 COMMITTED CRIMINAL DAMAGE
- 02 RANSACKED PREMISES
- 03 SET FIRE
- 04 CONSUMED FOOD/DRINK
- 05 USED FACILITIES/PHONE
- 06 DEFECATED/URINATED
- 07 DISABLED PHONE
- 08 KNEW LOCATION OF HIDDEN PROPERTY
- 09 PLACED GOODS IN SACK
- 10 USED LOOKOUT/DRIVER
- 11 USED COMPUTER EQUIPMENT
- 12 OTHER (DESCRIBE BELOW)

**34 - PERSON CRIMES**
- 01 THREATENED WITH WEAPON
- 02 STRUCK VICTIM WITH WEAPON
- 03 FIRED WEAPON
- 04 SHOT/STABBED VICTIM
- 05 POISONED/DRUGGED VICTIM
- 06 STRANGLED VICTIM
- 07 BURNED VICTIM
- 08 BOUND/GAGGED VICTIM
- 09 KIDNAPPED VICTIM
- 10 FORCED VICTIM INTO LOCATION
- 11 TOOK HOSTAGE
- 12 FORCED VICTIM TO DISROBE
- 13 KNEW VICTIM'S NAME
- 14 CALLED VICTIM BY OTHER NAME
- 15 DEMANDED MONEY
- 16 DEMANDED CAR KEYS
- 17 DEMANDED JEWELRY
- 18 DEMANDED DRUGS
- 19 USED DEMAND NOTE
- 20 DISABLED PHONE
- 21 PLACED PROP. IN SACK/POCKET
- 22 KNEW LOCATION OF HIDDEN PROP.
- 23 USED FACILITIES/PHONE
- 24 USED LOOKOUT/DRIVER
- 25 USED SLEIGHT OF HAND/TRICKERY
- 26 DROP THE PIGEON
- 27 OTHER (DESCRIBE BELOW)

**SEX CRIME SPECIFIC**
- 28 CUT/REMOVED VICTIM'S CLOTHING
- 29 OFFENDER DISROBED
- 30 EXPOSED GENITALS ONLY
- 31 VICTIM MASTURBATED OFFENDER
- 32 VICTIM PERFORMED ORAL ACTS
- 33 OFFENDER MASTURBATED
- 34 UNABLE TO ACHIEVE ERECTION
- 35 EJACULATED/URINATED ON VICTIM
- 36 USED CONTRACEPTIVE/LUBRICANT
- 37 KISSED/LICKED/BIT VICTIM
- 38 PERFORMED ORAL ACTS ON VICTIM
- 39 VAGINAL PENETRATION
- 40 ANAL PENETRATION
- 41 PENETRATED WITH OBJECT
- 42 OFFENDER CRIED

**OFFENDER'S VERBIAGE / ADDITIONAL INFORMATION**