# AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned authority, personally came and appeared:

**ASHTON R. O'DWYER, JR.**

who, after being first duly sworn, did depose and say of his own knowledge as follows:

1. That he is counsel for plaintiffs in Civil Action No. 06-5786, which has been consolidated with Civil Action No. 05-4182 and consolidated cases;

2. That the original Civil Action was filed in State Court primarily as a protective measure, so that plaintiffs would have a case pending in a State Court of competent jurisdiction against certain State defendants who/which would not be entitled to invoke 11th Amendment immunity from being required to litigate in Federal Court, as has been pleaded by State defendants in virtually all Federal Court litigation;

3. That on the date on which the underlying action was filed, August 24, 2006, he was short of funds, and for that reason, although he had sufficient funds to pay the civil filing fee and jury costs, he did not have sufficient funds to pre-pay for the multitude of parties to be served with Summons and Petition, and

    for that reason did not include service instructions in the Petition, as is usual and customary, intending to issue service instructions to the Civil Sheriff when he had sufficient funds available;

4. That in the meantime, the case was removed to Federal Court by one of defendants, and instructions were never given the Civil Sheriff because the case was then pending in Federal Court, where litigation was already proceeding against virtually all of the same defendants;

5. That he viewed the Court's Minute Entries of November 29, 2006, and January 5, 2007, Record Document Nos. 2034 and 2502, as *de jure* extensions of time within which to effect service of process;

6. While he acknowledges that he did not effect service on the State defendants by January 22, 2007, as had been ordered by Magistrate Wilkinson on January 5, 2007, he had obtained Summonses from the Clerk of Court, and he knew that he would be traveling to Baton Rouge on other business on January 25, 2007, which he did, effecting service on the State defendants at the same time;

7. That he did not file Civil Action No. 06-5786 in State Court for any bad faith or malicious or purpose, but only to do what he believed needed to be done in order to protect his clients' legal rights, and that he did not withhold service for any bad faith or malicious purpose, but only because he was short of funds on the date the action was filed, and because the case was later removed to Federal Court prior to service instructions being given to the Civil Sheriff, with the case proceeding in Federal Court against virtually the same parties during that period of time;  and

8. That he properly served the State defendants on January 25, 2007.

						_____
						**ASHTON R. O'DWYER, JR.**

**Sworn to and subscribed before me,**

**this ___ day of _____, 2007.**

_____
	**NOTARY PUBLIC**