UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" |
| | * | |
| PERTAINS TO: | * | MAGISTRATE (2) |
| ALL LEVEE, MRGO | * | |
| RESPONDER CASES AND TO | * | JUDGE DUVAL |
| NO.   06-5786 | * | |
| | * | MAGISTRATE WILKINSON |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

**REQUEST FOR ORAL ARGUMENT**

**COME NOW** plaintiffs in Civil Action No. 06-5786 and request oral argument on the Motion to Dismiss filed by Certain State Defendants for Failure to Timely Request Service of Process.

Respectfully submitted,

      S/Ashton R. O'Dwyer, Jr.
**Ashton R. O'Dwyer, Jr.**
**In Proper Person**
**Law Offices of Ashton R. O'Dwyer, Jr.**
Bar No. 10166
One Canal Place
365 Canal Street, Suite 2670
New Orleans, LA 70130
Tel.:  (504) 561-6561
Fax.  (504) 561-6560

-1-

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                **S/Ashton R. O'Dwyer, Jr.**