UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Louisiana Environmental Action Network, Plaintiff, | ) ) ) Case No.: |
| v. | ) Section: ) Judge: |
| United States Army Corps of Engineers, Defendant. | ) Magistrate: ) |

**SUPERVISING ATTORNEY'S INTRODUCTION OF STUDENT PRACTITIONER PURSUANT TO LOCAL RULE 83.2.13, WITH ATTACHED DEAN'S CERTIFICATION AND CLIENT'S WRITTEN CONSENT**

The undersigned counsel respectfully introduces law student practitioner Jeremy Epstein to this Court pursuant to Local Rule 83.2.13. This student practitioner is duly enrolled in Tulane Law School, a law school approved by the American Bar Association. The student practitioner has completed four full-time semesters of legal studies and has taken the oath set forth in Local Rule 83.2.13. As the student practitioner's supervising attorney, I approve of the student practitioner's appearance in this case. Further, a Dean's certification relating to the student practitioner is attached as Exhibit A. The Client's written consent to appearances by student practitioner on its behalf is attached as Exhibit B.

Respectfully submitted this 22nd day of February, 2007.

1

2

TULANE ENVIRONMENTAL LAW CLINIC

/s/ Adam Babich

_____
Adam Babich, La. Bar No. 27177 (T.A.)
6329 Freret Street
New Orleans, Louisiana 70118
Tel. No. (504) 865-5789
Fax. No. (504) 862-8721

COUNSEL FOR PLAINTIFF LOUISIANA
ENVIRONMENTAL ACTION NETWORK

CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on February 22, 2007.

/s/ Adam Babich

_____
Adam Babich