## DEAN'S CERTIFICATION PURSUANT TO LOCAL RULE 83.2.13

I, Lawrence Ponoroff, am Dean of the Tulane Law School. To the best of my knowledge and belief following reasonable inquiry, Tulane Law Students Jeremy Scott Epstein, Leonard K. Fisher, Kelly A. Jenkins, Daniel Garrett Smith, J. Benjamin Winburn, Gregory G. Zitterkob are of good moral character, competent legal ability, and adequately trained to perform as a legal intern.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/13/07__

Lawrence Ponoroff, Dean
Tulane Law School
6329 Freret Street
New Orleans, LA 70118

**EXHIBIT A**