# CLIENT'S WRITTEN CONSENT FOR STUDENT PRACTITIONER TO APPEAR PURSUANT TO LOCAL RULE 83.2.13

The Louisiana Environmental Action Network ("LEAN") hereby grants its consent for Tulane Environmental Law Clinic student practitioners to appear on LEAN's behalf in any matter in which the Tulane Environmental Law Clinic represents LEAN.

Dated: 10-25-2006

*[signature]*

Marylee Orr, Director
Louisiana Environmental Action Network
P.O. Box 66323
Baton Rouge, LA 70896

**EXHIBIT B**