UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES           ) | CIVIL ACTION No. 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION        ) | |
| ) | JUDGE DUVAL |
| _____ ) | |
| ) | MAG. WILKINSON |
| PERTAINS TO:  LEVEE                                ) | |
| (La. Envtl. Action Network v. U.S. Army       ) | |
| Corps of Engineers, 06-9147)                       ) | |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON DEFENDANT'S MOTION TO DISMISS**

      The Louisiana Environmental Action Network ("LEAN") respectfully requests oral argument on the U.S. Army Corps of Engineers' (Corps') Motion to Dismiss (filed Feb. 1, 2007, No. 2951).  As grounds for its request, LEAN states that oral argument would assist the Court.

      Respectfully submitted on February 22, 2007,

      /s/ Adam Babich
      _____
      Adam Babich, SBN: 27177
      Dana Steinberg, Student Attorney
      Jeremy Epstein, Student Attorney
      Tulane Environmental Law Clinic
      6329 Freret Street
      New Orleans, Louisiana 70118
      Telephone: (504) 865-5789; Fax: (504) 862-8721
      Babich Direct Line: (504) 862-8800

      *Counsel for Plaintiff Louisiana Environmental Action Network*

2

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing pleading has been served upon counsel of record by electronic means on February 22, 2007.

    /s/ Adam Babich

    _____

    Adam Babich