# NEW ORLEANS POLICE DEPARTMENT

| EVENT | SIGNAL 21 | INCIDENT Train Derailment | | | SUPPLEMENTAL REPORT | | | PAGE 1 OF 4 | ITEM NUMBER I-18766-04 | |
|---|---|---|---|---|---|---|---|---|---|---|

**LOCATION OF OCCURRENCE:** Almonaster Blvd. and France Rd.

**DATE/TIME OCCURRED:** 9-10-04/ 12:55 A.M.

**DATE/TIME OF REPORT:** 9-11-04/ 1:19 A.M.

**STATUS:**
☐ OPEN  ☐ CLEARED BY ARREST  ☒ CLEARED BY EXCEPT.  ☐ WARRANT ISSUED  ☐ UNFOUNDED

**LIGHTING:** P

**BULLETIN REQUIRED:** ☐ YES  ☒ NO

### VICTIM/REPORTING PERSON

**☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW**

Board of Commissioners-Orleans Levee Dist.

| HOME ADDRESS N/A | ZIP CODE X | HOME PHONE X | | RACE X | SEX X | VICTIM TYPE X | VICTIM 1 |
|---|---|---|---|---|---|---|---|

| BUSINESS ADDRESS 6001 Stars and Stripes Blvd. | ZIP CODE 70126 | BUSINESS PHONE 504-243-4000 | SOCIAL SECURITY NUMBER X | DRIVERS LICENSE NUMBER N/A | SOBRIETY X | INJURY X | TREATED X |
|---|---|---|---|---|---|---|---|

| | | | | OCCUPATION X | | | |

**☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW**

New Orleans Public Belt Railroas

| HOME ADDRESS N/A | ZIP CODE X | HOME PHONE X | DATE OF BIRTH OR AGE N/A | RACE X | SEX X | VICTIM TYPE X | VICTIM 2 |
|---|---|---|---|---|---|---|---|

| BUSINESS ADDRESS 4822 Tchoupitoulas | ZIP CODE 70115 | BUSINESS PHONE unknown | SOCIAL SECURITY NUMBER X | DRIVERS LICENSE NUMBER N/A | SOBRIETY X | INJURY X | TREATED X |
|---|---|---|---|---|---|---|---|

| | | | | OCCUPATION X | | | |

### OFFENDER NO.

| HOME ADDRESS | ZIP CODE | DATE/TIME OF ARREST | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|

☐ ARRESTED  ☐ WANTED  ☐ MISSING  ☐ RUNAWAY

| ARREST LOCATION | | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | ARREST CREDIT | SOBRIETY | INJURY | TREATED |
|---|---|---|---|---|---|---|---|

| ALIAS/NICKNAME | | MAGISTRATE DATE/TIME | | | DIST/ZONE/SUB | RIGHTS WAIVED FORM # |
|---|---|---|---|---|---|---|

**ARRESTEE ARMED AT TIME OF ARREST**
☐ UNARMED  ☐ SHOTGUN  ☐ KNIFE
☐ HANDGUN  ☐ RIFLE  ☐ OTHER WEAPON  ☐ AUTOMATIC  ☐ SEMI-AUTOMATIC

| TRANSPORTED BY | UNIT |
|---|---|

**ARREST TYPE**
☐ ON VIEW  ☐ SUMMONS
☐ EXISTING WARRANT

**RESIDENT STATUS**
☐ ORLEANS RESIDENT
☐ NON-RESIDENT

**JUVENILE DISPOSITION**
☐ RELEASED TO PARENT
☐ HELD FOR COURT

**CHARGES**

| VICTIM # | RELATIONSHIP |
|---|---|

### DESCRIPTION

**01-BUILD**
☐ 01 SMALL/PETITE
☐ 02 THIN
☐ 03 MEDIUM
☐ 04 MUSCULAR
☐ 05 HEAVY/STOCKY
☐ 06 FLABBY
☐ 07 STOOPED SHOULDERS
☐ 08 NARROW SHOULDERS
☐ 09 BROAD SHOULDERS
☐ 10 DWARF/MIDGET

**07-ACCENT**
☐ 01 AFRICAN/AMERICAN
☐ 02 SPANISH
☐ 03 ORIENTAL
☐ 04 FRENCH
☐ 05 ENGLISH
☐ 06 JAMAICAN
☐ 07 OTHER

**02-ODDITIES**
☐ 01 LIMP
☐ 02 CRIPPLED ARM
☐ 03 MISSING ARM
☐ 04 MISSING FINGER
☐ 05 MISSING HAND
☐ 06 MISSING FOOT
☐ 07 MISSING LEG
☐ 08 ABNORMAL GENITALS
☐ 09 BODY ODOR
☐ 10 LEFT HANDED

**08-FACIAL ODDITIES**
☐ 01 BIRTHMARKS
☐ 02 BLOTCHES
☐ 03 FRECKLES
☐ 04 MOLES/WARTS
☐ 05 PIMPLES/POCKS
☐ 06 WRINKLES
☐ 07 HIGH CHEEKS
☐ 08 THICK LIPS
☐ 09 DEFORMED EAR
☐ 10 MISSING EAR

**03-SCARS**
☐ 01 CHEEK, LEFT
☐ 02 CHEEK, RIGHT
☐ 03 CHIN
☐ 04 EAR, LEFT
☐ 05 EAR, RIGHT
☐ 06 EYEBROW, LEFT
☐ 07 EYEBROW, RIGHT
☐ 08 LIP UPPER
☐ 09 NOSE
☐ 10 NECK

**09-EYES**
☐ 01 BLUE
☐ 02 BROWN
☐ 03 GREY
☐ 04 GREEN
☐ 05 BLOODSHOT
☐ 06 BULGING
☐ 07 CROSSED
☐ 08 MISSING/GLASS
☐ 09 SQUINTS/BLINKS
☐ 10 SLANTED/ORIENTAL

☐ 11 ARM, LEFT
☐ 12 ARM, RIGHT
☐ 13 HAND, LEFT
☐ 14 HAND, RIGHT
☐ 15 WRIST, LEFT
☐ 16 WRIST, RIGHT
☐ 17 CHEST
☐ 18 BACK
☐ 19 LEG, LEFT
☐ 20 LEG, RIGHT

**10-NOSE**
☐ 01 LARGE
☐ 02 SMALL
☐ 03 LONG
☐ 04 THIN
☐ 05 PUG
☐ 06 POINTED
☐ 07 BROAD
☐ 08 FLAT
☐ 09 HOOKED
☐ 10 RED

**04-TATTOOS**
☐ 01 ARM, LEFT
☐ 02 ARM, RIGHT
☐ 03 HAND, LEFT
☐ 04 HAND, RIGHT
☐ 05 LEG, LEFT
☐ 06 LEG, RIGHT
☐ 07 CHEST
☐ 08 NECK
☐ 09 BACK
☐ 10 FACE

**11-TEETH**
☐ 01 IRREGULAR
☐ 02 DECAYED
☐ 03 PROTRUDING
☐ 04 CAPS
☐ 05 MISSING
☐ 06 CHIPPED
☐ 07 GOLD
☐ 08 DESIGN
☐ 09 DIAMOND
☐ 10 BRACES

**12-HAIR COLOR**
☐ 01 BLONDE
☐ 02 RED
☐ 03 BROWN
☐ 04 BLACK
☐ 05 GREY/SILVER
☐ 06 SALT/PEPPER
☐ 07 MULTI-COLOR
☐ 08 PLAT. BLONDE
☐ 09 STREAKED
☐ 10 GREY PATCHES

**13-HAIR STYLE**
☐ 01 AFRO
☐ 02 BRAIDED
☐ 03 CURLY
☐ 04 STRAIGHT
☐ 05 CREWCUT
☐ 06 BALD
☐ 07 SHORT
☐ 08 MEDIUM
☐ 09 LONG
☐ 10 FADE/DESIGN

**05-APPAREL**
☐ 01 CLOTH OVER FACE
☐ 02 STOCKING OVER FACE
☐ 03 MASK
☐ 04 SUNGLASSES
☐ 05 SUNGLASSES
☐ 06 RINGS
☐ 07 GLASSES
☐ 08 HAT/CAP
☐ 09 MAN-FEMALE ATTIRE
☐ 10 TENNIS SHOES

**14-FACIAL HAIR**
☐ 01 SIDEBURNS
☐ 02 MUTTON CHOPS
☐ 03 BEARD
☐ 04 GOATEE
☐ 05 MUSTACHE
☐ 06 FU-MANCHU
☐ 07 HAIR UND. LIP
☐ 08 UNSHAVEN
☐ 09 BUSHY EYEBROWS
☐ 10 CLEAN SHAVEN

**06-SPEECH**
☐ 01 SOFT/POLITE
☐ 02 RASPY/DEEP
☐ 03 RAPID
☐ 04 SLOW
☐ 05 LOUD
☐ 06 MUMBLE
☐ 07 STUTTERS/LISP
☐ 08 VULGAR
☐ 09 APOLOGETIC
☐ 10 EFFEMINATE

**15-COMPLEXION**
☐ 01 ALBINO
☐ 02 FAIR
☐ 03 OLIVE
☐ 04 DARK
☐ 05 LIGHT
☐ 07 DARK

**ADDITIONAL DESCRIPTION**

| RACE W-WHITE B-BLACK I-AMERIND A-ASIAN U-UNKNOWN | VICTIM TYPE B-BUSINESS F-FINANCIAL INST. G-GOVERNMENT L-LAW OFFICER R-RELIGIOUS ORG. | S-SOCIETY O-ORLEANS RESIDENT M-METRO RESIDENT N-NON RESIDENT U-UNKNOWN | SOBRIETY S-SOBER D-ALCOHOL A-ALCOHOL D-DRUGS U-UNKNOWN | INJURY B-BROKEN BONES I-INTERNAL INJURY L-LACERATIONS M-MINOR O-OTHER MAJOR N-NO INJURY | TREATED R-REFUSED T-TREATED H-HOSPITALIZED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) A-SPOUSE B-COMMON LAW C-PARENT D-OFFSPRING E-SIBLING F-GRANDPARENT | G-GRANDCHILD H-OTHER FAMILY I-ACQUAINTANCE J-NEIGHBOR K-BEING BABYSAT L-BOY/GIRL FRIEND | M-EX SPOUSE N-EMPLOYEE O-EMPLOYER P-HOMOSEXUAL S-STRANGER U-UNKNOWN |
|---|---|---|---|---|---|---|---|---|

| DETECTIVE | CRIME LAB | | | |
|---|---|---|---|---|

| REPORTING OFFICER J. Wells | BADGE 80 | REPORTING OFFICER | REPORTING CAR # 7710 |
|---|---|---|---|

| SUPERVISOR LT M CAIN | BADGE |
|---|---|

EXHIBIT
A
tabbies

# NEW ORLEANS POLICE DEPARTMENT

| | | | |
|---|---|---|---|
| | ☐ INCIDENT REPORT<br>☒ SUPPLEMENTAL | IT PAGE 2 OF 4 | ITEM NUMBER<br>I-18766-04 |

**EVENT**

| SIGNAL | INCIDENT | DATE/TIME OCCURRED | DIST/ZONE/SUB | STATUS | BULLETIN REQUIRED |
|---|---|---|---|---|---|
| 21 | Train Derailment | 9-10-04/12:55 A.M. | | ☐ OPEN<br>☐ CLEARED BY ARREST<br>☒ CLEARED BY EXCEPT.<br>☐ WARRANT ISSUED<br>☐ UNFOUNDED | ☐ YES<br>☒ NO |
| LOCATION OF OCCURRENCE<br>Almonaster Blvd. and France Rd. | | DATE/TIME OF REPORT<br>9-11-04/ 1:19 A.M. | LIGHTING | | |

**VICTIM/REPORTING PERSON**

☒ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☒ INTERVIEW

| | | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|---|
| Ricky T. Sharper | | 10-20-57 | B | M | X | X |
| HOME ADDRESS<br>10536 Boudreaux Rd.  Gonzales, La. | ZIP CODE<br>70737 | HOME PHONE<br>X | SOCIAL SECURITY NUMBER<br>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 | SOBRIETY<br>S | INJURY<br>N | TREATED<br>X |
| BUSINESS ADDRESS<br>6701 Almonaster Ave. | ZIP CODE<br>70126 | BUSINESS PHONE<br>244-4328 | DRIVERS LICENSE NUMBER<br>3875952 | OCCUPATION<br>Train Engineer | | |

☐ VICTIM  ☐ WITNESS  ☐ REPORTING PERSON  ☐ INTERVIEW

| | | DATE OF BIRTH OR AGE | RACE | SEX | VICTIM TYPE | VICTIM # |
|---|---|---|---|---|---|---|
| HOME ADDRESS | ZIP CODE | HOME PHONE | SOCIAL SECURITY NUMBER | SOBRIETY | INJURY | TREATED |
| BUSINESS ADDRESS | ZIP CODE | BUSINESS PHONE | DRIVERS LICENSE NUMBER | OCCUPATION | | |

**OFFENDER NO.**

☐ ARRESTED  ☐ WANTED  ☐ MISSING  ☐ RUNAWAY

| | | DATE OF BIRTH OR AGE | RACE | SEX | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|
| HOME ADDRESS | ZIP CODE | DATE/TIME OF ARREST | | ARREST CREDIT | SOBRIETY | INJURY | TREATED |
| ARREST LOCATION | | SOCIAL SECURITY NUMBER | DRIVERS LICENSE NUMBER | DIST/ZONE/SUB | RIGHTS WAIVED FORM # |
| ALIAS/NICKNAME | | MAGISTRATE DATE/TIME | | TRANSPORTED BY | UNIT |

ARRESTEE ARMED AT TIME OF ARREST
☐ UNARMED  ☐ SHOTGUN  ☐ KNIFE  ☐ AUTOMATIC
☐ HANDGUN  ☐ RIFLE  ☐ OTHER WEAPON  ☐ SEMI-AUTOMATIC

ARREST TYPE
☐ ON VIEW  ☐ SUMMONS
☐ EXISTING WARRANT

RESIDENT STATUS
☐ ORLEANS RESIDENT
☐ NON-RESIDENT

JUVENILE DISPOSITION
☐ RELEASED TO PARENT
☐ HELD FOR COURT

VICTIM #  RELATIONSHIP

CHARGES

**DESCRIPTION**

| 01-BUILD | 02-ODDITIES | 03-SCARS | 04-TATTOOS | 05-APPAREL | 06-SPEECH |
|---|---|---|---|---|---|
| ☐ 01 SMALL/PETITE<br>☐ 02 THIN<br>☐ 03 MEDIUM<br>☐ 04 MUSCULAR<br>☐ 05 HEAVY/STOCKY<br>☐ 06 FLABBY<br>☐ 07 STOOPED SHOULDERS<br>☐ 08 NARROW SHOULDERS<br>☐ 09 BROAD SHOULDERS<br>☐ 10 DWARF/MIDGET | ☐ 01 LIMP<br>☐ 02 CRIPPLED ARM<br>☐ 03 MISSING ARM<br>☐ 04 MISSING FINGER<br>☐ 05 MISSING HAND<br>☐ 06 MISSING FOOT<br>☐ 07 MISSING LEG<br>☐ 08 ABNORMAL GENITALS<br>☐ 09 BODY ODOR<br>☐ 10 LEFT HANDED | ☐ 01 CHEEK, RIGHT<br>☐ 02 CHEEK, LEFT<br>☐ 03 CHIN<br>☐ 04 EAR, LEFT<br>☐ 05 EAR, RIGHT<br>☐ 06 EYEBROW, LEFT<br>☐ 07 EYEBROW, RIGHT<br>☐ 08 LIP UPPER<br>☐ 09 NOSE<br>☐ 10 NECK<br>☐ 11 ARM, LEFT<br>☐ 12 ARM, RIGHT<br>☐ 13 HAND, LEFT<br>☐ 14 HAND, RIGHT<br>☐ 15 WRIST, LEFT<br>☐ 16 WRIST, RIGHT<br>☐ 17 CHEST<br>☐ 18 BACK<br>☐ 19 LEG, LEFT<br>☐ 20 LEG, RIGHT | ☐ 01 ARM, LEFT<br>☐ 02 ARM, RIGHT<br>☐ 03 HAND, LEFT<br>☐ 04 HAND, RIGHT<br>☐ 05 LEG, LEFT<br>☐ 06 LEG, RIGHT<br>☐ 07 CHEST<br>☐ 08 BACK<br>☐ 09 NECK | ☐ 01 CLOTH OVER FACE<br>☐ 02 STOCKING OVER FACE<br>☐ 03 MASK<br>☐ 04 EARRINGS<br>☐ 05 SUNGLASSES<br>☐ 06 RINGS<br>☐ 07 GLOVES<br>☐ 08 CAP/HAT<br>☐ 09 MAN-FEMALE ATTIRE<br>☐ 10 TENNIS SHOES | ☐ 01 SOFT/POLITE<br>☐ 02 RASPY/DEEP<br>☐ 03 RAPID<br>☐ 04 SLOW<br>☐ 05 LOUD<br>☐ 06 MUMBLE<br>☐ 07 STUTTERS/LISP<br>☐ 08 VULGAR<br>☐ 09 APOLOGETIC<br>☐ 10 EFFEMINATE |

| 07-ACCENT | 08-FACIAL ODDITIES | 09-EYES | 10-NOSE | 12-HAIR COLOR | 13-HAIR STYLE | 14-FACIAL HAIR | 15-COMPLEXION |
|---|---|---|---|---|---|---|---|
| ☐ 01 AFRO/AMERICAN<br>☐ 02 SPANISH<br>☐ 03 ORIENTAL<br>☐ 04 FRENCH<br>☐ 05 ENGLISH<br>☐ 06 JAMAICAN<br>☐ 07 OTHER | ☐ 01 BIRTHMARKS<br>☐ 02 BLOTCHS<br>☐ 03 FRECKLES<br>☐ 04 MOLE/WARTS<br>☐ 05 PIMPLE/POCKS<br>☐ 06 WRINKLES<br>☐ 07 HIGH CHEEKS<br>☐ 08 THICK LIPS<br>☐ 09 DEFORMED EAR<br>☐ 10 MISSING EAR | ☐ 01 BLUE<br>☐ 02 BROWN<br>☐ 03 GREY<br>☐ 04 GREEN<br>☐ 05 BLOODSHOT<br>☐ 06 BULGING<br>☐ 07 CROSSED<br>☐ 08 MISSING/GLASS<br>☐ 09 SQUINTS/BLINKS<br>☐ 10 SLANTED/ORIENTAL | ☐ 01 LARGE<br>☐ 02 SMALL<br>☐ 03 LONG<br>☐ 04 THIN<br>☐ 05 PUG<br>☐ 06 POINTED<br>☐ 07 BROAD<br>☐ 08 FLAT<br>☐ 09 DIAMOND<br>☐ 10 RED<br>11-TEETH<br>☐ 01 IRREGULAR<br>☐ 02 DECAYED<br>☐ 03 PROTRUDING<br>☐ 04 CAPS<br>☐ 05 MISSING<br>☐ 06 CHIPPED<br>☐ 07 GOLD<br>☐ 08 DESIGN<br>☐ 09 LONG<br>☐ 10 BRACES | ☐ 01 AFRO<br>☐ 02 RED<br>☐ 03 BROWN<br>☐ 04 BLACK<br>☐ 05 GREY/SILVER<br>☐ 06 SALT/PEPPER<br>☐ 07 MULTI-COLOR<br>☐ 08 PLAT, BLONDE<br>☐ 09 STREAKED<br>☐ 10 FADE DESIGN | ☐ 01 BRAIDED<br>☐ 02 PROCESSED<br>☐ 03 CURLY<br>☐ 04 STRAIGHT<br>☐ 05 CREWCUT<br>☐ 06 BALD<br>☐ 07 SHORT<br>☐ 08 MEDIUM<br>☐ 09 LONG | ☐ 01 MUTTON CHOPS<br>☐ 02 SIDEBURNS<br>☐ 03 BEARD<br>☐ 04 GOATEE<br>☐ 05 MUSTACHE<br>☐ 06 FU-MANCHU<br>☐ 07 HAIR UND. LIP<br>☐ 08 UNSHAVEN<br>☐ 09 BUSHY EYEBROWS<br>☐ 10 CLEAN SHAVEN | ☐ 01 ALBINO<br>☐ 02 FAIR<br>☐ 03 RUDDY<br>☐ 04 OLIVE<br>☐ 05 LIGHT<br>☐ 06 BROWN<br>☐ 07 DARK |

ADDITIONAL DESCRIPTION

**CODES**

| RACE | VICTIM TYPE | SOBRIETY | INJURY | TREATED | VICTIM RELATIONSHIP TO OFFENDER (VICTIM WAS:) |
|---|---|---|---|---|---|
| W-WHITE<br>B-BLACK<br>I-AMERIND<br>A-ASIAN<br>U-UNKNOWN | B-BUSINESS<br>F-FINACIAL INST.<br>G-GOVERNMENT<br>L-LAW OFFICER<br>R-RELIGIOUS ORG. | S-SOCIETY<br>O-ORLEANS RESIDENT<br>M-METRO RESIDENT<br>N-NON RESIDENT<br>U-UNKOWN | S-SOBER<br>A-ALCOHOL<br>D-DRUGS<br>U-UNKNOWN | B-BROKEN BONES<br>I-INTERNAL INJURY<br>L-LACERATIONS<br>M-MINOR<br>O-OTHER MAJOR<br>N-NO INJURY | R-REFUSED<br>T-TREATED<br>H-HOSPITALIZED | A-SPOUSE<br>B-COMMON LAW<br>C-PARENT<br>D-OFFSPRING<br>E-SIBLING<br>F-GRANDPARENT | 3-GRANDCHILD<br>H-OTHER FAMILY<br>I-ACQUAINTANCE<br>J-NEIGHBOR<br>K-BEING BABYSAT<br>L-BOY/GIRL FRIEND | M-EX SPOUSE<br>N-EMPLOYEE<br>O-EMPLOYER<br>P-HOMOSEXUAL<br>S-STRANGER<br>U-UNKNOWN |

**ADM**

| DETECTIVE | | CRIME LAB | OTHER | |
|---|---|---|---|---|
| REPORTING OFFICER<br>J. Wells | BADGE<br>.80 | REPORTING OFFICER | BADGE | REPORTING CAR #<br>7710 |
| | | | SUPERVISOR | BADGE |

# NEW ORLEANS POLICE DEPARTMENT — PROPERTY

PAGE 3 OF 4    ITEM NUMBER I-18766-04

## WEAPONS

- ☐ CONFISCATED
- ☐ EVIDENCE
- ☐ RECOVERED

- ☐ HANDGUN
- ☐ RIFLE
- ☐ SHOTGUN

MAKE    MODEL    SERIAL    CALIBER

NCIC
- ☐ STOLEN
- ☐ NOT STOLEN

NCIC CONTACT    ADDITIONAL INFORMATION

PAWNSHOP
- ☐ RECORD
- ☐ NO RECORD

PAWNSHOP CONTACT

## VEHICLE

VEHICLE STATUS
- ☐ STOLEN
- ☐ VICTIM
- ☐ WANTED
- ☐ IMPOUNDED

RECOVERED
- ☐ STOLEN LOCAL
- ☐ STOLEN FOREIGN

YEAR  MAKE  MODEL  COLOR(TOP/BOTTOM)  VALUE

LIC. NUMBER  STATE  YEAR  VIN/SERIAL NUMBER

LOCATION OF RECOVERY    DIST/ZONE/SUB

### VEHICLE STYLE
- ☐ 2D TWO DOOR
- ☐ 4D FOUR DOOR
- ☐ SW STATION WAGON
- ☐ PU PICK-UP
- ☐ AC AIRCRAFT
- ☐ CV CONVERTIBLE
- ☐ VN FULL SIZE VAN
- ☐ MV MINIVAN
- ☐ RV RECREATIONAL VEHICLE
- ☐ TK COMMERCIAL TRUCK
- ☐ SU SPORTS UTILITY
- ☐ WC WATERCRAFT
- ☐ MC MOTORCYCLE
- ☐ XX OTHER

35 VEHICLE DAMAGE  ☐ LIGHT  ☐ MEDIUM  ☐ HEAVY

☐ 3501 ☐ 3504 ☐ 3507 ☐ 3510 ☐ 3513
☐ 3502 ☐ 3505 ☐ 3508 ☐ 3511 ☐ 3514
☐ 3503 ☐ 3506 ☐ 3509 ☐ 3512 ☐ 3515

### 36 RECOVERED VEHICLE M.O.
- ☐ 01 USED IN CRIME
- ☐ 02 USED IN JOY RIDE
- ☐ 03 VIN NUMBER ALTERED
- ☐ 04 CHOPPED
- ☐ 05 STRIPPED
- ☐ 06 AUDIO ONLY STOLEN
- ☐ 07 BATTERY ONLY STOLEN
- ☐ 08 DOOR LOCK POPPED
- ☐ 09 WINDOW SMASHED
- ☐ 10 NO FORCED ENTRY
- ☐ 11 STEERING DEFEATED
- ☐ 12 HOT WIRED
- ☐ 13 KEYS IN VEHICLE
- ☐ 14 RESIDENTIAL AREA
- ☐ 15 HOUSING DEVELOP.
- ☐ 16 COMMERCIAL AREA
- ☐ 17 PARK/PLAYGROUND
- ☐ 18 DESERTED AREA
- ☐ 19 BURNED
- ☐ 20 SUBMERGED

ADDITIONAL DESCRIPTION

## NARCOTIC/PROPERTY CODES

PROPERTY LEGEND
A1 CURRENCY/COIN, A2 NEGOTIABLE, A3 POSTAGE STAMPS, B1 JEWELRY, B2 PRECIOUS METAL, B3 PRECIOUS STONE, C1 CLOTHING
C2 FURS, C3 PURSE/WALLET, E1 OFFICE EQUIPMENT, E2 OFFICE FURNITURE, E3 COMPUTER HARDWARE, E4 COMPUTER SOFTWARE, F1 TELEVISION
F2 RADIO, F3 STEREO, F4 CAMERA/PROJECTOR, F6 AUDIO/VIDEO PROJ., G1 FIREARM, H1 HOUSEHOLD ITEMS, I1 FOOD/BEVERAGE
I2 ALCOHOLIC BEVERAGES, I3 TOBACCO PRODUCTS, I4 GASOLINE/OIL, I5 TOILETRIES, I6 DRUGS, J1 LIVESTOCK, K1 ART/ANTIQUES
K2 CEMETERY ITEMS, K3 BICYCLE, K4 NON-NEGOTIABLE, K5 CREDIT/DEBIT CARDS, K6 NARCOTIC EQUIPMENT, K7 GAMBLING EQUIPMENT, K8 HAND/POWER TOOLS
K9 HEAVY EQUIPMENT, KA VEHICLE PARTS/ACC., KB OTHER PROPERTY, L1 STRUCTURE DWELLING, L2 STRUCTURE COMM., L3 STRUCTURE PUBLIC, L4 STRUCTURE STORAGE

NARCOTIC LEGEND
NA CRACK COCAINE, NB POWDER COCAINE, NC HASHISH, NI HASH OIL, ND HEROIN, NE MARIJUANA
NF MORPHINE, NG OPIUM, NH OTHER NARCOTIC, NI LSD, NJ PCP, NK OTHER HALLUCINOGEN
NL METH/AMPHETAMINES, NM OTHER STIMULANTS, NN BARBITURATES, NO OTHER DEPRESSANT, NP OTHER DRUGS, NU UNKNOWN

NARCOTIC WEIGHT
GM GRAM, KG KILOGRAM, OZ OUNCE, LB POUND, ML MILLILITER, LT LITER
FO FLUID OUNCE, GL GALLON, DU DOSAGE UNITS, NP NUMBER PLANTS, XX OTHER

LOSS TYPE
S STOLEN, R RECOVERED, D DAMAGED/DESTROYED, B BURNED, F FORGED/COUNTERFEIT, C CONFISCATED/SEIZED, U UNKNOWN, N NONE

PROPERTY/EVIDENCE RECEIPT

## PROPERTY / EVIDENCE / NARRATIVE

| LOSS TYPE | QUANTITY/WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | SERIAL NUMBER | PROP/NARC CODE | VALUE |
|---|---|---|---|---|---|---|
| D | 1 | None | concrete floodwall and gate | None | | |
| D | unknown | None | undetermined amount creosote logs | | | |

# NEW ORLEANS POLICE DEPARTMENT – CONTINUATION

| LOSS TYPE | QUANTITY/WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | PAGE 4 OF 4 | ITEM NUMBER I-18766-04 | |
|---|---|---|---|---|---|---|
| | | | | SERIAL NUMBER | PROP/NARC CODE | VALUE |

## NARRATIVE

On Friday September 11, 2004 at about 1:00 A.M. Orleans Levee District Police Lieutenant Julia Wells responded to a complaint of a train derailment at Almonaster Blvd. and France Rd. The call was received from Lt. Frances of the Harbor Police Department. Frances also advised that the train had struck one of the floodgates.

Upon arrival, Wells met with John Mayeaux, a Trainmaster for CSX transportation. Wells learned that there were two people on the train, the engineer and the conductor. No one was injured. Mr. Mayeaux said that the train had derailed as it was leaving the area after picking up additional cars. Mayeaux said that the cause of the derailment was unknown at this time. When asked to speak with the train engineer, Mayeaux advised that the engineer would be brought to the location as soon as possible. The engineer was still in the yard securing the engine to the train involved.

The Orleans Levee District engineering department was notified and Mr. Dennis Trocchiano arrived at 2:10 A. M. and inspected the area and took pictures of the damage. Trocchiano departed at about 3:00 A.M.

Lt. Wells observed the damage to the cars on the train and the damage to the tracks. The derailment began approximately 200 feet east of France Rd. while the train was in motion. The floodgate was struck by one of the flat bed cars, which traveled approximately 150 feet after striking the structure. There were six cars involved in the derailment. None of the cars overturned, but the wheels dug into the ground supporting the tracks pulling away the metal and wood forming the tracks causing and undetermined amount of damage. The metal track for the sliding floodgate was torn away and the concrete surrounding the gate post was knocked off and approximately three feet of the flood wall was also broken. The number of the floodgate was W-30.

Wells spoke with the train engineer, who identified himself as Rickey T. Sharper, B/M, DOB-10-20-57, and SS/# 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, residing at 10536 Boudreaux Rd. Gonzales, La. The other person aboard the train was the conductor, Mr. Rodney White, B/M age 28. Mr. Sharper said that he had backed the train and connected to the cars that he was picking up, which totaled 102 cars being carried by the train, then started forward. The cars were being pulled by two engines. He said his speed was up to approximately 10 MPH when the train went into emergency, which means that the engine was no longer able to pull or go forward. Sharper said that because of the make up of the train, going into emergency is the only way the engineer will be aware that something has gone wrong. He had no idea that the floodgate had been struck, nor when the gate was struck.

Wells asked the engineer to submit to a field sobriety test for the possible presence of alcohol or drug usage. Sharper readily submitted to the test and it showed no indications of the presence of drug or alcohol usage

Wells learned that the locomotive belonged to Burlington Northern Santa Fe railroad. The train ID numbers were 2002 and 2003. The derailment began on tracks owned by the New Orleans Public Belt Railroad and extended to tracks owned by CSX Transportation. The L& N Bridge was closed after the incident and would remain closed until the train cars were removed.

Any further information will be forwarded in a supplemental report.

# NEW ORLEANS POLICE DEPARTMENT   CONTINUATION

| LOSS TYPE | QUANTITY/ WEIGHT | BRAND/MANUFACTURER NARCOTIC TYPE | DESCRIPTION | PAGE | SERIAL NUMBER | ITEM NUMBER | PROP/NARC CODE | VALUE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

# NEW ORLEANS POLICE DEPARTMENT — INCIDENT M.O.

| | | PAGE | OF | ITEM NUMBER |
|---|---|---|---|---|

## MOTIVATION

**16 - CRIMINAL ACTIVITY**
- 01 BUYING/RECEIVING
- 02 CULTIVATION/MANUFACTURE
- 03 DISTRIBUTION/SELLING
- 04 EXPLOITING CHILDREN
- 05 POSSESSION WITH INTENT TO SELL
- 06 OPERATING/PROMOTION
- 07 POSSESSING/CONCEALING
- 08 TRANSPORTING/TRANSMITTING
- 09 USING/CONSUMING
- 10 OTHER (DESCRIBE BELOW)

**17 - MOTIVE**
- 01 FINANCIAL GAIN
- 02 ARGUMENT
- 03 SEXUAL
- 04 REVENGE
- 05 JEALOUSY
- 06 NARCOTICS
- 07 DOMESTIC DISPUTE
- 08 GAMBLING LOSSES
- 09 BIAS/HATE
- 10 NEGLIGENCE
- 11 CHILD ABUSE
- 12 MERCY KILLING
- 13 OTHER CRIME INVOLVED
- 14 OFFENDER KILLED BY POLICE
- 15 OFFENDER KILLED BY CITIZEN
- 16 UNKNOWN

**18 - TARGETS**
- 01 BUSINESS
- 02 RESIDENCE
- 03 GARAGE/CARPORT
- 04 VEHICLE
- 05 PERSON
- 06 DELIVERYMAN
- 07 MAILMAN
- 08 SALESMAN
- 09 TAXI DRIVER
- 10 CASH REGISTER
- 11 DISPLAY ITEMS
- 12 GAMING DEVICE
- 13 JUKEBOX
- 14 SAFE/STRONGBOX
- 15 COIN OPERATED DEVICE
- 16 PURSE/WALLET
- 17 UNKNOWN
- 18 OTHER (DESCRIBE BELOW)

## MEANS OF ENTRY

**19 - METHOD OF ENTRY**
- 01 ADMITTED ENTRY
- 02 OPENED/UNLOCKED
- 03 KEY
- 04 HID IN BUILDING
- 05 FOLLOWED VICTIM
- 06 OTHER NO FORCE
- 07 BODILY FORCE
- 08 BRICK/ROCK
- 09 BOLT CUTTER
- 10 PRY BAR
- 11 PUNCH LOCK
- 12 SAW/DRILL
- 13 EXPLOSIVE/INCENDIARY DEVICE
- 14 RAMMED W/ VEHICLE
- 15 OTHER TOOL
- 16 REMOVED SCREEN/BARS
- 17 JIMMIED LOCK
- 18 SMASHED/BROKE OUT WINDOW
- 19 SMASHED/BROKE OUT DOOR
- 20 SMASHED/BROKE OUT WALL
- 21 OTHER FORCE USED

**20 - POINT OF ENTRY/EXIT**
- 01 FRONT
- 02 SIDE
- 03 REAR
- 04 ROOF
- 05 FLOOR
- 06 DOOR
- 07 WINDOW
- 08 WALL
- 09 DUCT/VENT
- 10 ADJACENT APARTMENT
- 11 ADJACENT BUILDING
- 12 ATTACHED GARAGE
- 13 HOOD
- 14 TRUNK
- 15 UNKNOWN
- 16 OTHER (DESCRIBE)

USED    DEF.

**21 - SECURITY USED/DEFEATED**
- 01 ALARM
- 02 BARS
- 03 CAMERA
- 04 DOG
- 05 FENCE/GATE
- 06 GUARD
- 07 INTERIOR LIGHTING
- 08 EXTERIOR LIGHTING
- 09 LOCKED DOORS
- 10 LOCKED WINDOW
- 11 NEIGHBORHOOD WATCH
- 12 OTHER (DESCRIBE BELOW)

## CRIME LOCATION

**22 - RESIDENTIAL**
- 01 SINGLE FAMILY DWELLING
- 02 DUPLEX
- 03 APARTMENT
- 04 CONDOMINIUM
- 05 PUBLIC HOUSING UNIT
- 06 MOBILE HOME
- 07 PRIVATE GARAGE/SHED
- 08 OTHER (DESCRIBE BELOW)

**23 - OUTDOOR AREA**
- 01 STREET/ROAD/ALLEY
- 02 VACANT LOT
- 03 PUBLIC PARK
- 04 WOODED AREA/FIELD
- 05 PUBLIC HOUSING COMMON
- 06 CONSTRUCTION SITE
- 07 PUBLIC PARKING AREA
- 08 COMMERCIAL PARKING LOT
- 09 LAKE/WATERWAY
- 10 OTHER (DESCRIBE BELOW)

**24 - COMMERCIAL ESTABLISHMENT**
- 01 APPLIANCE STORE
- 02 AUTO PARTS STORE
- 03 AUTO SALES LOT
- 04 BAR/LOUNGE
- 05 BICYCLE SHOP
- 06 BOOKSTORE
- 07 CAMERA SHOP
- 08 CLEANERS
- 09 CLOTHING STORE
- 10 COIN LAUNDRY
- 11 CONVENIENCE STORE
- 12 COMPUTER STORE
- 13 DEPARTMENT STORE
- 14 DOCTOR'S OFFICE
- 15 DRUG STORE
- 16 ELECTRONICS STORE
- 17 FAST FOOD STORE
- 18 FINANCIAL INSTITUTION
- 19 FLORIST
- 20 GAS STATION
- 21 GUN STORE
- 22 HARDWARE STORE
- 23 HOTEL/MOTEL
- 24 LIQUOR STORE
- 25 MANUFACTURING
- 27 OFFICE BUILDING
- 28 PARKING GARAGE
- 29 PAWNSHOP
- 30 RENTAL STORAGE
- 31 RESTAURANT
- 32 SHOE STORE
- 33 SPORTING GOODS
- 34 SUPERMARKET/GROCERY
- 35 THEATER
- 36 VIDEO STORE
- 37 WAREHOUSE
- 38 OTHER (DESCRIBE BELOW)

**25 - PUBLIC ACCESS AREA**
- 01 AIRPORT
- 02 CONVENTION CENTER
- 03 FAIRGROUNDS
- 04 MUNICIPAL AUDITORIUM
- 05 SUPERDOME/ARENA
- 06 U.N.O. ARENA
- 07 UNION PASS TERM.
- 08 OTHER PUBLIC FACILITY
- 09 CASINO-RIVERBOAT
- 10 CASINO-LAND BASE
- 11 CASINO-PARKING
- 12 CHURCH
- 13 CROSS SYNAGOGUE
- 14 OTHER RELIGIOUS BUILDING
- 15 GOVERNMENT OFFICE BLDG.
- 16 POST OFFICE
- 17 JAIL/PRISON
- 18 OTHER GOVT FACILITY
- 19 ELEMENTARY SCHOOL
- 20 HIGH SCHOOL
- 21 COLLEGE/UNIVERSITY
- 22 HOSPITAL/CLINIC
- 23 OTHER (DESCRIBE BELOW)

**26 - MOVABLE**
- 01 AIRCRAFT
- 02 BOAT
- 03 COMMERCIAL VEHICLE
- 04 PERSONAL VEHICLE
- 05 PUBLIC TRANSIT VEHICLE
- 06 RAIL CAR/TRAIN
- 07 RECREATIONAL VEHICLE
- 08 TRACTOR TRAILER
- 09 OTHER (DESCRIBE BELOW)

**27 - TYPE STRUCTURE**
- 01 ONE STORY
- 02 MULTI-STORY
- 03 BRICK
- 04 CINDER BLOCK
- 05 CONCRETE
- 06 CORRUGATED METAL
- 07 WOOD FRAME
- 08 OTHER (DESCRIBE BELOW)

**28 - STRUCTURE STATUS**
- 01 OPEN FOR BUSINESS
- 02 CLOSED
- 03 OCCUPIED
- 04 UNOCCUPIED
- 05 ABANDONED
- 06 VACANT
- 07 OTHER (DESCRIBE BELOW)

## ACTIONS

**29 - OFFENDERS APPROACH TO VICTIM**
- 01 LOITERED IN AREA
- 02 STOOD AT BUS STOP
- 03 CASED TARGET
- 04 FOLLOWED ON FOOT
- 05 FOLLOWED IN VEHICLE
- 06 APPROACHED FROM FRONT
- 07 APPROACHED FROM REAR
- 08 APPROACHED ON VEHICLE
- 09 ATTACKED FROM CONCEALMENT
- 10 STOPPED VICTIM'S VEHICLE
- 11 ANSWERED AD
- 12 ASKED FOR HELP
- 13 ASKED FOR DIRECTIONS
- 14 ASKED FOR TIME
- 15 FEIGNED ILLNESS/INJURY
- 16 ASSISTED WITH CAR TROUBLE
- 17 ENTERED AFTER KNOCKING
- 18 MET AT BAR/PARTY
- 19 CLAIMED SENT BY PARENT/FRIEND
- 20 OFFERED ALCOHOL
- 21 OFFERED DRUGS
- 22 OFFERED RIDE
- 23 OFFERED JOB
- 24 OFFERED MONEY/GIFT
- 25 OFFERED SEX
- 26 UNKNOWN
- 27 OTHER (DESCRIBE BELOW)

**30 - IMPERSONATED**
- 01 BILL COLLECTOR
- 02 CABLE REP.
- 03 CUSTOMER
- 04 DELIVERY MAN
- 05 FRIEND
- 06 MAILMAN
- 07 POLICE OFFICER
- 08 SALESMAN
- 09 SERVICEMAN
- 10 SURVEY TAKER
- 11 UTILITY CO. REP.
- 12 OTHER (DESCRIBE BELOW)

**31 - WEAPON**
- 01 HANDGUN
- 02 RIFLE
- 03 SHOTGUN
- 04 UNK. FIREARM
- 05 KNIFE/CUTTING INST.
- 06 BLUNT OBJECT
- 07 HANDS FIST FEET
- 08 POISON
- 09 EXPLOSIVE
- 10 INCENDIARY DEVICE
- 11 DRUGS
- 12 ASPHYXIATION

**32 - FIREARM FEATURES**
- 01 SEMI-AUTOMATIC
- 02 REVOLVER
- 03 CHROME/NICKEL
- 04 BLUE STEEL
- 05 SHORT BARREL
- 06 SINGLE BARREL
- 07 DOUBLE BARREL
- 08 SAWED OFF
- 09 BOLT ACTION
- 10 PUMP
- 11 ALTERED STOCK
- 12 OTHER (DESCRIBE BELOW)

**33 - PROPERTY CRIMES**
- 01 COMMITTED CRIMINAL DAMAGE
- 02 RANSACKED PREMISES
- 03 SET FIRE
- 04 CONSUMED FOOD/DRINK
- 05 USED FACILITIES/PHONE
- 06 DEFECATED/URINATED
- 07 DISABLED PHONE
- 08 KNEW LOCATION OF HIDDEN PROPERTY
- 09 PLACED GOODS IN SACK
- 10 USED LOOKOUT/DRIVER
- 11 USED COMPUTER EQUIPMENT
- 12 OTHER (DESCRIBE BELOW)

**34 - PERSON CRIMES**
- 01 THREATENED WITH WEAPON
- 02 STRUCK VICTIM WITH WEAPON
- 03 FIRED WEAPON AT
- 04 SHOT/STABBED VICTIM
- 05 POISONED/DRUGGED VICTIM
- 06 STRANGLED VICTIM
- 07 BURNED VICTIM
- 08 BOUND/GAGGED VICTIM
- 09 KIDNAPPED VICTIM
- 10 FORCED VICTIM INTO LOCATION
- 11 TOOK HOSTAGE
- 12 FORCED VICTIM TO DISROBE
- 13 KNEW VICTIM'S NAME
- 14 CALLED VICTIM BY OTHER NAME
- 15 DEMANDED MONEY
- 16 DEMANDED CAR KEYS
- 17 DEMANDED JEWELRY
- 18 DEMANDED DRUGS
- 19 USED DEMAND NOTE
- 20 DISABLED PHONE
- 21 PLACED PROP. IN SACK/POCKET
- 22 KNEW LOCATION OF HIDDEN PROP.
- 23 USED FACILITIES/PHONE
- 24 USED LOOKOUT/DRIVER
- 25 USED SLEIGHT OF HAND/TRICKERY
- 26 DROP THE PIGEON
- 27 OTHER (DESCRIBE BELOW)

**SEX CRIME SPECIFIC**
- 28 CUT/REMOVED VICTIM'S CLOTHING
- 29 OFFENDER DISROBED
- 30 EXPOSED GENITALS ONLY
- 31 VICTIM MASTURBATED OFFENDER
- 32 VICTIM PERFORMED ORAL ACTS
- 33 OFFENDER MASTURBATED
- 34 UNABLE TO ACHIEVE ERECTION
- 35 EJACULATED/URINATED ON VICTIM
- 36 USED CONTRACEPTIVE/LUBRICANT
- 37 KISSED/LICKED/BIT VICTIM
- 38 PERFORMED ORAL ACTS ON VICTIM
- 39 VAGINAL PENETRATION
- 40 ANAL PENETRATION
- 41 PENETRATED WITH OBJECT
- 42 OFFENDER CRIED

OFFENDER'S VERBIAGE / ADDITIONAL INFORMATION

# NEW ORLEANS POLICE DEPARTMENT — INCIDENT M.O.

PAGE ___ OF ___   ITEM NUMBER ___

## MOTIVATION

**18 - CRIMINAL ACTIVITY**
- 01 BUYING/RECEIVING
- 02 CULTIVATION/MANUFACTURE
- 03 DISTRIBUTION/SALES
- 04 EXPLOITING CHILDREN
- 05 POSSESSION WITH INTENT TO SELL
- 06 OPERATING/PROMOTION
- 07 POSSESSING/CONCEALING
- 08 TRANSPORTING/TRANSMITTING
- 09 USING/CONSUMING
- 10 OTHER (DESCRIBE BELOW)

**17 - MOTIVE**
- 01 FINANCIAL GAIN
- 02 ARGUMENT
- 03 SEXUAL
- 04 REVENGE
- 05 JEALOUSY
- 06 NARCOTICS
- 07 DOMESTIC DISPUTE
- 08 GAMBLING LOSSES
- 09 BIAS/HATE
- 10 NEGLIGENCE
- 11 CHILD ABUSE
- 12 MERCY KILLING
- 13 OTHER CRIME INVOLVED
- 14 OFFENDER KILLED BY POLICE
- 15 OFFENDER KILLED BY CITIZEN
- 16 UNKNOWN

**18 - TARGETS**
- 01 BUSINESS
- 02 RESIDENCE
- 03 GARAGE/CARPORT
- 04 VEHICLE
- 05 PERSON
- 06 DELIVERYMAN
- 07 MAILMAN
- 08 SALESMAN
- 09 TAXI DRIVER
- 10 CASH REGISTER
- 11 DISPLAY ITEMS
- 12 GAMING DEVICE
- 13 JUKEBOX
- 14 SAFE/STRONGBOX
- 15 COIN OPERATED DEVICE
- 16 PURSE/WALLET
- 17 UNKNOWN
- 18 OTHER (DESCRIBE BELOW)

## MEANS OF ENTRY

**19 - METHOD OF ENTRY**
- 01 ADMITTED ENTRY
- 02 OPENED/UNLOCKED
- 03 KEY
- 04 HID IN BUILDING
- 05 FOLLOWED OWNER
- 06 OTHER NO FORCE
- 07 BODILY FORCE
- 08 BRICK/ROCK
- 09 BOLT CUTTER
- 10 PRY BAR
- 11 PUNCH LOCK
- 12 SAW/DRILL
- 13 EXPLOSIVE/INCENDIARY DEVICE
- 14 RAMMED W/ VEHICLE
- 15 OTHER TOOL
- 16 REMOVED SCREEN/BARS
- 17 JIMMIED LOCK
- 18 SMASHED/BROKE OUT WINDOW
- 19 SMASHED/BROKE OUT DOOR
- 20 SMASHED/BROKE OUT WALL
- 21 OTHER FORCE USED

**20 - POINT OF ENTRY/EXIT**
- 01 FRONT
- 02 SIDE
- 03 REAR
- 04 ROOF
- 05 FLOOR
- 06 DOOR
- 07 WINDOW
- 08 WALL
- 09 DUCT/VENT
- 10 ADJACENT APARTMENT
- 11 ADJACENT BUILDING
- 12 ATTACHED GARAGE
- 13 HOOD
- 14 TRUNK
- 15 UNKNOWN
- 16 OTHER (DESCRIBE)

**21 - SECURITY USED/DEFEATED**  (USED / DEF)
- 01 ALARM
- 02 BARS
- 03 CAMERA
- 04 DOG
- 05 FENCE/GATE
- 06 GUARD
- 07 INTERIOR LIGHTING
- 08 EXTERIOR LIGHTING
- 09 LOCKED DOORS
- 10 LOCKED WINDOW
- 11 NEIGHBORHOOD WATCH
- 12 OTHER (DESCRIBE BELOW)

## CRIME LOCATION

**22 - RESIDENTIAL**
- 01 SINGLE FAMILY DWELLING
- 02 DUPLEX
- 03 APARTMENT
- 04 CONDOMINIUM
- 05 PUBLIC HOUSING UNIT
- 06 MOBILE HOME
- 07 PRIVATE GARAGE/SHED
- 08 OTHER (DESCRIBE BELOW)

**23 - OUTDOOR AREA**
- 01 STREET/ROAD/ALLEY
- 02 VACANT LOT
- 03 PUBLIC PARK
- 04 WOODED AREA/FIELD
- 05 PUBLIC HOUSING COMMON
- 06 CONSTRUCTION SITE
- 07 PUBLIC PARKING AREA
- 08 COMMERCIAL PARKING LOT
- 09 LAKE/WATERWAY
- 10 OTHER (DESCRIBE BELOW)

**24 - COMMERCIAL ESTABLISHMENT**
- 01 APPLIANCE STORE
- 02 AUTO PARTS STORE
- 03 AUTO SALES LOT
- 04 BAR/LOUNGE
- 05 BICYCLE SHOP
- 06 BOOKSTORE
- 07 CAMERA SHOP
- 08 CLEANERS
- 09 CLOTHING STORE
- 10 COIN LAUNDRY
- 11 CONVENIENCE STORE
- 12 COMPUTER STORE
- 13 DEPARTMENT STORE
- 14 DOCTOR'S OFFICE
- 15 DRUG STORE
- 16 ELECTRONICS STORE
- 17 FAST FOOD STORE
- 18 FINANCIAL INSTITUTION
- 19 FLORIST
- 20 GAS STATION
- 21 GUN STORE
- 22 HARDWARE STORE
- 23 HOTEL/MOTEL
- 24 JEWELRY STORE
- 25 LIQUOR STORE
- 26 MANUFACTURING
- 27 OFFICE BUILDING
- 28 PARKING GARAGE
- 29 PAWNSHOP
- 30 RENTAL STORAGE
- 31 RESTAURANT
- 32 SHOE STORE
- 33 SPORTING GOODS
- 34 SUPERMARKET/GROCERY
- 35 THEATER
- 36 VIDEO STORE
- 37 WAREHOUSE
- 38 OTHER (DESCRIBE BELOW)

**25 - PUBLIC ACCESS AREA**
- 01 AIRPORT
- 02 CONVENTION CENTER
- 03 FAIRGROUNDS
- 04 MUNICIPAL AUDITORIUM
- 05 SUPERDOME/ARENA
- 06 U.N.O. ARENA
- 07 UNION PASS TERM.
- 08 OTHER PUBLIC FACILITY
- 09 CASINO-RIVERBOAT
- 10 CASINO-LAND BASE
- 11 CASINO-PARKING
- 12 CHURCH
- 13 SYNAGOGUE
- 14 OTHER RELIGIOUS BUILDING
- 15 GOVERNMENT OFFICE BLDG.
- 16 POST OFFICE
- 17 JAIL/PRISON
- 18 OTHER GOVT FACILITY
- 19 ELEMENTARY SCHOOL
- 20 HIGH SCHOOL
- 21 COLLEGE/UNIVERSITY
- 22 HOSPITAL/CLINIC
- 23 OTHER (DESCRIBE BELOW)

**26 - MOVABLE**
- 01 AIRCRAFT
- 02 BOAT
- 03 COMMERCIAL VEHICLE
- 04 PERSONAL VEHICLE
- 05 PUBLIC TRANSIT VEHICLE
- 06 RAIL CAR/TRAIN
- 07 RECREATIONAL VEHICLE
- 08 TRACTOR TRAILER
- 09 OTHER (DESCRIBE BELOW)

**27 - TYPE STRUCTURE**
- 01 ONE STORY
- 02 MULTI-STORY
- 03 BRICK
- 04 CINDER BLOCK
- 05 CONCRETE
- 06 CORRUGATED METAL
- 07 WOOD FRAME
- 08 OTHER (DESCRIBE BELOW)

**28 - STRUCTURE STATUS**
- 01 OPEN FOR BUSINESS
- 02 CLOSED
- 03 OCCUPIED
- 04 UNOCCUPIED
- 05 ABANDONED
- 06 VACANT
- 07 OTHER (DESCRIBE BELOW)

## OFFENDER'S ACTIONS

**29 - OFFENDERS APPROACH TO VICTIM**
- 01 LOITERED IN AREA
- 02 STOOD AT BUS STOP
- 03 CASED TARGET
- 04 FOLLOWED ON FOOT
- 05 FOLLOWED IN VEHICLE
- 06 APPROACHED FROM FRONT
- 07 APPROACHED FROM REAR
- 08 APPROACHED FROM VEHICLE
- 09 ATTACKED FROM CONCEALMENT
- 10 STOPPED VICTIM'S VEHICLE
- 11 ANSWERED AD
- 12 ASKED FOR HELP
- 13 ASKED FOR DIRECTIONS
- 14 ASKED FOR TIME
- 15 FEIGNED ILLNESS/INJURY
- 16 ASSISTED WITH CAR TROUBLE
- 17 ENTERED AFTER KNOCKING
- 18 MET AT BAR/PARTY
- 19 CLAIMED SENT BY PARENT/FRIEND
- 20 OFFERED ALCOHOL
- 21 OFFERED DRUGS
- 22 OFFERED RIDE
- 23 OFFERED JOB
- 24 OFFERED MONEY/GIFT
- 25 OFFERED SEX
- 26 UNKNOWN
- 27 OTHER (DESCRIBE BELOW)

**30 - IMPERSONATED**
- 01 BILL COLLECTOR
- 02 CABLE REP.
- 03 CUSTOMER
- 04 DELIVERY MAN
- 05 FRIEND
- 06 MAILMAN
- 07 POLICE OFFICER
- 08 SALESMAN
- 09 SERVICEMAN
- 10 SURVEY TAKER
- 11 UTILITY CO. REP.
- 12 OTHER (DESCRIBE BELOW)

**31 - WEAPON**
- 01 HANDGUN
- 02 RIFLE
- 03 SHOTGUN
- 04 UNK. FIREARM
- 05 KNIFE/CUTTING INST.
- 06 BLUNT OBJECT
- 07 HANDS FIST FEET
- 08 POISON
- 09 EXPLOSIVE
- 10 INCENDIARY DEVICE
- 11 DRUGS
- 12 ASPHYXIATION

**32 - FIREARM FEATURES**
- 01 SEMI-AUTOMATIC
- 02 REVOLVER
- 03 CHROME/NICKEL
- 04 BLUE STEEL
- 05 SHORT BARREL
- 06 SINGLE BARREL
- 07 DOUBLE BARREL
- 08 SAWED OFF
- 09 BOLT ACTION
- 10 PUMP
- 11 ALTERED STOCK
- 12 OTHER (DESCRIBE BELOW)

**33 - PROPERTY CRIMES**
- 01 COMMITTED CRIMINAL DAMAGE
- 02 RANSACKED PREMISES
- 03 SET FIRE
- 04 CONSUMED FOOD/DRINK
- 05 USED FACILITIES/PHONE
- 06 DEFECATED/URINATED
- 07 DISABLED PHONE
- 08 KNEW LOCATION OF HIDDEN PROPERTY
- 09 PLACED GOODS IN SACK
- 10 USED LOOKOUT/DRIVER
- 11 USED COMPUTER EQUIPMENT
- 12 OTHER (DESCRIBE BELOW)

**34 - PERSON CRIMES**
- 01 THREATENED WITH WEAPON
- 02 STRUCK VICTIM WITH WEAPON
- 03 FIRED WEAPON
- 04 SHOT/STABBED VICTIM
- 05 POISONED/DRUGGED VICTIM
- 06 STRANGLED VICTIM
- 07 BURNED VICTIM
- 08 BOUND/GAGGED VICTIM
- 09 KIDNAPPED VICTIM
- 10 FORCED VICTIM INTO LOCATION
- 11 TOOK HOSTAGE
- 12 FORCED VICTIM TO DISROBE
- 13 KNEW VICTIM'S NAME
- 14 CALLED VICTIM BY OTHER NAME
- 15 DEMANDED MONEY
- 16 DEMANDED CAR KEYS
- 17 DEMANDED JEWELRY
- 18 DEMANDED DRUGS
- 19 USED DEMAND NOTE
- 20 DISABLED PHONE
- 21 PLACED PROP. IN SACK/POCKET
- 22 KNEW LOCATION OF HIDDEN PROP.
- 23 USED FACILITIES/PHONE
- 24 USED LOOKOUT/DRIVER
- 25 USED SLEIGHT OF HAND/TRICKERY
- 26 DROP THE PIGEON
- 27 OTHER (DESCRIBE BELOW)

**SEX CRIME SPECIFIC**
- 28 CUT/REMOVED VICTIM'S CLOTHING
- 29 OFFENDER DISROBED
- 30 EXPOSED GENITALS ONLY
- 31 VICTIM MASTURBATED OFFENDER
- 32 VICTIM PERFORMED ORAL ACTS
- 33 OFFENDER MASTURBATED
- 34 UNABLE TO ACHIEVE ERECTION
- 35 EJACULATED/URINATED ON VICTIM
- 36 USED CONTRACEPTIVE/LUBRICANT
- 37 KISSED/LICKED/BIT VICTIM
- 38 PERFORMED ORAL ACTS ON VICTIM
- 39 VAGINAL PENETRATION
- 40 ANAL PENETRATION
- 41 PENETRATED WITH OBJECT
- 42 OFFENDER CRIED

**OFFENDER'S VERBIAGE / ADDITIONAL INFORMATION**