KATRINA-RELATED
ST. RITA'S NURSING HOME

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FREDA D. MATTOX, JUDITH E. LATAPIE AND LOUIS C. MAHONEY, JR., individually and on behalf of their deceased mother, ANNA GRACE SCHIELDER, | * * * * | CIVIL ACTION<br><br>NUMBER: 07-0657<br><br>SECTION: "I" (5) |
| Plaintiffs, | * | |
| v. | * | |
| BUFFMAN, INC., D/B/A ST. RITA'S NURSING HOME, SALVADOR A. MANGANO, MABEL B. MANGANO AND LOUISIANA NURSING HOME ASSOCIATION TRUST, | * * | |
| Defendants. | * | |
| * * * * | | |

## COMPLIANCE WITH 28 U.S.C. § 1447(b)

**NOW INTO COURT**, through the undersigned Assistant United States Attorney, comes the United States of America and provides the following in compliance with 28 U.S.C. § 1447(b).

1. List of all parties remaining in this action:

    a. Freda D. Mattox, Judith E. Latapie and Louis C. Mahoney, Jr., individually and on behalf of their deceased mother, Anna Grace Schielder, Plaintiffs

    b. Buffman, Inc., d/b/a St. Rita's Nursing Home, Salvador A. Managano, Mabel B. Mangano and Louisiana Nursing Home Association Trust, Defendants

  c. Kathleen Blanco, in her official capacity as Governor of the State of Louisiana, 3rd Party Defendant

  d. State of Louisiana, Department of Transportation and Development, 3rd Party Defendant

  e. Johnny Bradberry, in his official capacity as Secretary, Louisiana Department of Transportation and Development, 3rd Party Defendant

  f. State of Louisiana, Department of Health and Hospitals, 3rd Party Defendant

  g. Frederick P. Cerise, M.D., in his official capacity as Secretary, Department of Health and Hospitals, 3rd Party Defendant

  h. State of Louisiana, Office of the Attorney General, 3rd Party Defendant

  i. Charles Foti, in his official capacity as Attorney General, State of Louisiana, 3rd Party Defendant

  j. The Lake Borne Basin Levee District, 3rd Party Defendant

  k. Henry J. Rodriguez, in his official capacity as President, Parish of St. Bernard, 3rd Party Defendant

  l. United States of America, 3rd Party Defendant

2. Copies of all pleadings filed in state court are attached in globo as Exhibit A.

3. Copies of the return on service of process on those parties filed in state court are attached in globo as Exhibit A.

>Respectfully submitted,
>
>JIM LETTEN
>UNITED STATES ATTORNEY
>
>/s/ Stevens E. Moore
>STEVENS E. MOORE (14242)
>Assistant United States Attorney
>Hale Boggs Federal Building
>500 Poydras Street, Room 210B
>New Orleans, Louisiana 70130
>Telephone: (504) 680-3061
>
>Robin Doyle Smith
>U.S. Department of Justice
>Federal Tort Claims Act Litigation Staff
>1331 Pennsylvania Avenue, NW
>Washington, D.C. 20530
>Phone: (202) 616-4289

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served upon all counsel for all parties by mailing the same to each, properly addressed and postage prepaid this 23rd day of February, 2007.

>/s/ Stevens E. Moore
>STEVENS E. MOORE
>Assistant United States Attorney

-3-