IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| PERTAINS TO: | * | |
| LEVEE (06-5163) | * | |
| CREATO GORDON, ET AL. v. | * | |
| UNITED STATES OF AMERICA, ET AL. | * | |

### REQUEST FOR ORAL ARGUMENT

NOW INTO COURT, through undersigned counsel, comes Defendant, T.L. James & Company, Inc. who pursuant to Local Rule 78.1, respectfully requests permission to argue orally their Motion to Dismiss Pursuant to Rule 12(b)(6) or in the Alternative Motion for Summary Judgment Pursuant Rule 56 Based Upon Peremption filed in the above captioned matter, which is currently set for hearing on March 23, 2007 at 9:30 a.m. T.L. James & Company, Inc. respectfully suggests that oral argument will assist the Court in its disposition of the motion by clarifying the issues of fact and law.

Respectfully submitted,
**MONTGOMERY, BARNETT, BROWN, READ, HAMMOND & MINTZ, LLP**

_____
A. GORDON GRANT, JR. (#6221) (T.A.)
PHILIP S. BROOKS, JR. (#21501)
KENNETH J. GELPI, JR. (#24103)
1100 Poydras Street, Suite 3300
New Orleans, LA 70163
Phone: 504-585-3200
Fax: 504-585-7688
*T.L. James & Company, Inc.*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _5th_ day of _February_, 2007 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by facsimile, e-mail, overnight mail and/or by United States mail.

_____