UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | ) ) ) ) ) ) ) ) ) | CIVIL ACTION |
| | | NO. 05-4182 |
| PERTAINS TO:  ALL CASES | | Section K (Judge Duval) |
| | | Magistrate 2 (Judge Wilkinson) |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support For An Expedited Hearing on Proposed Case Management Order No. 4 ("CMO No. 4");

**IT IS HEREBY ORDERED** that the Defendants' Motion for an Expedited Hearing on proposed CMO No. 4 is GRANTED. Oral argument in open court concerning the proposed CMO No. 4 shall take place on February 13, 2007 at 11:00 a.m.

New Orleans, Louisiana, this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT COURT JUDGE

1