UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GERARD PATTERSON AND | * | CIVIL ACTION |
| MICHELLE MONROE PATTERSON | * | |
| | * | NO. 06-6655  c/w  05-04182 |
| VERSUS | * | |
| | * | SECTION: K |
| AUTO CLUB FAMILY INSURANCE | * | |
| COMPANY AND ALLIANCE | * | MAG. (2) |
| INSURANCE AGENCY SERVICES, INC. | * | |

*******************************************

## ORDER

**IT IS HEREBY ORDERED** that Norman F. Hodgins, III be and the same hereby is enrolled as additional counsel of record on behalf of defendant, Alliance Insurance Agency Services, Inc., in the above entitled and numbered cause.

New Orleans, Louisiana, this __23rd__ day of February, 2007.

_____
JUDGE

G:\DOCS\9000's\9700-9799\9788\MotEnroll.Trey.Order.aa.doc