UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | §<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

PERTAINS TO:
*LEVEE*:

| | |
|---|---|
| Adams, Cathy | 06-4065 |
| Adams, Glenn | 06-4634 |
| Bradley | 06-0225 |
| Breithoff | 06-5367 |
| Brock | 06-4931 |
| Cochran | 06-5785 |
| Cohen | 06-5042 |
| Deane | 06-6473 |
| Gisevius | 06-5308 |
| Gordon | 06-5163 |
| Joseph | 06-5032 |
| Pontchartrain Baptist | 06-6642 |
| Yacob | 06-5937 |

*LEVEE, MRGO:*
Leduff   06-5260
*LEVEE, MRGO, RESPONDER:*
O'Dwyer   06-4389
*LEVEE, RESPONDER:*
O'Dwyer   06-5786
*NOT YET DESIGNATED*:
Williams, E.   06-5471

## ORDER

Considering the foregoing Motion to Withdraw and Substitute Defendants' Preliminary Master Committee Engineers/Architects Liaison Counsel of Record:

IT IS ORDERED that Thomas F. Gardner of the law firm Gardner & Kewley, APLC, be withdrawn as Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master

Committee and that Francis J. Barry, Jr. of the law firm of Deutsch, Kerrigan and Stiles, LLP, be substituted as Engineers/Architects Liaison Counsel to the Defendants' Preliminary Master Committee.

New Orleans, Louisiana, this 23rd day of February 2007.

_____
JUDGE