UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION NO. 05-4182
CONSOLIDATED LITIGATION

                                                                                                 SECTION "K" (2)

PERTAINST TO:  06-8931 (Stephen E. Campbell and Jennie Campbell)
                     and  06-8934 (Stephen E. Campbell and Jennie Campbell)

**************************************************************************

## J U D G M E N T

**CONSIDERING THE FOREGOING** Motion for Entry of Final Judgment;

**IT IS ORDERED** that in conjunction with the Court's prior ruling entered January 29, 2007, and considering this Court's Orders on file herein,

**IT IS FURTHER ORDERED AND DECREED** that the Court's ruling entered January 29, 2007 is hereby entered as a final judgment pursuant to 28 U.S. C. 1291, or alternatively, Rule 54, F.R.C.P, and Stone Insurance, Inc. is dismissed from this action with prejudice.

New Orleans, Louisiana this __23rd__ day of __February__, 2007.

_____
UNITED STATES DISTRICT JUDGE