UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IMPERIAL TRADING COMPANY, INC., et al** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-4262** |
| **TRAVELER'S PROPERTY CASUALTY, COMPANY OF AMERICA** | **SECTION "K"** |

## ORDER SCHEDULING
## TELEPHONIC STATUS CONFERENCE

Having informed counsel via telephone,

**IT IS ORDERED** that a **TELEPHONIC STATUS CONFERENCE** in the captioned matter is scheduled at **2:00 P.M. (CST) on MONDAY, FEBRUARY 26, 2007,** with the office of James L. Garner, initiating said conference call.

New Orleans, Louisiana, this __23rd__ day of February, 2007.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE