UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * * * | CIVIL ACTION NO.:  05-4182 "K-2"<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO:  INSURANCE | * * | |
| JOAN S. BERENSON<br>06-4956 | * * * | |
| *     *     *     *     *     *     * | | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, Joan S. Berenson, and defendants, Maryland Casualty Company and Zurich Insurance Company, upon representing that the parties to this litigation have reached an amicable compromise of all issues raised herein, and mutually desire to dismiss all claims asserted herein against defendants, Maryland Casualty Company and Zurich Insurance Company, with prejudice, and with each party to bear its own costs.

**WHEREFORE**, **P**laintiff, Joan S. Berenson, and defendants, Maryland Casualty Company and Zurich Insurance Company, respectfully move this Honorable Court for the entry of an Order dismissing all of Plaintiff's claims asserted in the above-captioned matter, with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Debra J. Fischman*

**LEOPOLD Z. SHER (#12014)**
**JAMES M. GARNER (#19589)**
**DEBRA J. FISCHMAN (#5578)**
**SHER, GARNER, CAHILL, RICHTER,**
  **KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

*Counsel for Plaintiff,*
*Joan S. Berenson*

*~and~*

*/s/ Richard E. King*

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
  **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana  70139
Telephone: (504) 525-6802
Facsimile:  (504) 525-2456

*Counsel for Defendant,*
*Maryland Casualty Company*
*(erroneously sued as Zurich American Insurance Company)*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 23rd day of February, 2007, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**

2