## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

NO. 06-5297          DIVISION " F " K

CHRISTLE BERTONIERE

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____          _____
                                          DEPUTY CLERK

### MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE

**NOW INTO COURT**, through undersigned counsel, comes plaintiff, Christle Bertoniere, who, upon suggesting to this Honorable Court that:

I.

The deadline to effect service of the complaint in this matter is February 14, 2007.

II.

Plaintiff has sent the summons and complaint, and is simply awaiting receipt of the certified mail receipt.

III.

In view of the above and foregoing, plaintiff requests an additional ten (10) days, or until February 24, 2007, to effect service of the complaint in this matter.

Respectfully submitted,

_____
KEVIN D. SHEARMAN, Bar #23297
Attorney at Law
Counsel for Plaintiffs
3350 Ridgelake Drive
Suite 200
Metairie, LA  70184-4156
Telephone: (504)835-6829

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above and foregoing document has been sent by facsimile to all counsel of record on the 14th day of Feb, 2007.

_____
KEVIN D. SHEARMAN

```
=================================
        NEW ORLEANS M. S. O.
        NEW ORLEANS, Louisiana
              701139610
            2165690046-0091
02/13/2007  (800)275-8777 05:07:03 PM
=================================
========= Sales Receipt =========
Product         Sale Unit    Final
Description     Qty  Price   Price

BATON ROUGE LA 70809         $4.05
Priority Mail
  6.20 oz.
Return Rcpt (Green           $1.85
Card)
Certified                    $2.40
Label #:
          70062760000441473175
                          =========
Issue PVI:                   $8.30

                          ==========
Total:                       $8.30

Paid by:
Cash                        $10.00
Change Due:                  -$1.70


Bill#:1000900155846
Clerk:06

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.
              Customer Copy
```

