UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 FEB 23 PM 2:01

LORETTA G. WHYTE
CLERK

NO. 06-5297   DIVISION " R "   DOCKET NO.

### CHRISTLE BERTONIERE

VERSUS

### LEXINGTON INSURANCE COMPANY

FILED: _____   _____
                                   **DEPUTY CLERK**

### ORDER

Considering the above and foregoing;

**IT IS HEREBY ORDERED** that plaintiff be and is hereby granted an additional ten (10) days or until February 24, 2007, to effect service of the complaint in the above-captioned matter on defendant herein.

New Orleans, LA, this _____ day of __February__, 2007.

_____
**JUDGE**

\_\_ Fee\_\_\_\_\_
\_\_ Process\_\_\_\_\_
X Dktd\_\_\_\_\_
✓ CtRmDep\_\_\_\_\_
\_\_ Doc. No\_\_\_\_\_