MINUTE ENTRY
WILKINSON, M.J.
FEBRUARY 23, 2007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>      CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2)<br><br>JUDGE DUVAL |
| PERTAINS TO:  ALL CASES | MAG. WILKINSON |

      Today, I participated in a conference via telephone with Judge Duval, plaintiffs' counsel, Joseph M. Bruno and Gerald Meunier, defense counsel, Ralph S. Hubbard III and Seth Schmeeckle, and counsel for the United States, Robin D. Smith, concerning FTCA/AEA claims issues.

                                                               JOSEPH C. WILKINSON, JR.
                                          UNITED STATES MAGISTRATE JUDGE

MJSTAR:   : 30