UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |
| * | | |

**************************************
*
PERTAINS TO:                          *
                                      *
INSURANCE   (Fischman, No. 06-4952)   *
                                      *
**************************************

## MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire and Casualty Company, and respectfully requests leave of court to file its Motion to Enforce Settlement Agreement. The above case was transferred from another Section on February 19, 2007. The Motion to Enforce was previously filed with that court and dismissed without being heard and without prejudice when the transfer to this court occurred.

Because this case was transferred after the Motion deadline set by this Court in its November 29, 2006 Minute Entry, State Farm was not able to file prior to that deadline.

However, the Minute Entry states that a Motion is timely filed if the court grants leave to file. State Farm requests that the Court grant leave to file this Motion to Enforce Settlement Agreement.

The Settlement Agreement that is the basis of this Motion is a binding compromise that releases all claims between the plaintiff, Mrs. Fischman and the defendant, State Farm. If the Motion to Enforce Settlement Agreement is granted, it will resolve all issues in the above captioned litigation.

State Farm respectfully requests that the Court grant leave to file this Motion to Enforce Settlement Agreement and set that matter for hearing on March 23, 2007.

/s/ Heather Cheesbro
_____
BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
 ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

### CERTIFICATE OF SERVICE

 I do hereby certify that I have on this **26th** day of **February, 2007**, electronically filed  the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Garner and Debra Fischman

/s/ Heather Cheesbro
_____