UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES      *        DOCKET NO.:    05-4182 "K" (2)
CONSOLIDATED LITIGATION           *
                                  *        JUDGE:        DUVAL
                                  *
                                  *        MAGISTRATE:   WILKINSON
                                  *
**************************************
                                  *
PERTAINS TO:                      *
                                  *
INSURANCE   (Fischman, No. 06-4952)  *
                                  *
**************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire and Casualty Company, and respectfully requests leave of Court to file its Motion to Enforce Settlement Agreement.  This agreement was entered into to settle all claims between the plaintiff, Mrs. Fischman, and State Farm regarding her Homeowner's Insurance policy.  It is the kind of binding compromise favored by federal and Louisiana law.  Enforcement of this written, binding agreement will negate the need to litigate as all issues have been settled between the parties.

**Procedural Background**

This case was recently transferred into the Levee Breach Consolidation on February 19, 2007, after Judge Duval's deadline for filing motions established in the Court's Minute Entry of November 29, 2006.  The motion was filed in the transferring court, but was dismissed without prejudice when the case was transferred to this Section (see Exhibit A - see USDC Docket 06-4952 #16-17 for complete filing and attached exhibits).  As required by this Court's consolidation procedures for motions filed after the initial filing deadline, State Farm requests leave to file a Motion to Enforce the binding settlement agreement entered into by Mrs. Fischman and State Farm (attached as Exhibit B) as well as the opposition filed in response by the plaintiff (attached as Exhibit C – see USDC Docket 06-4952 #14 for complete filing and attached exhibits).

**Factual Background**

State Farm and Mrs. Fischman entered into mediation in good faith to settle claims made by Mrs. Fischman under her Homeowner's policy.  The mediation was successful and both Mrs. Fischman and State Farm signed a binding agreement to release all claims against State Farm that stated "[t]he settlement amount being paid is full, complete, and a total final payment by the insurance company to the homeowner for the claim brought to the mediation."  State Farm paid $6,216.17 in accordance with the agreement.  The mediation and binding settlement agreement involved resolution of all issues under the Homeowner's policy as is evidenced in the Motion to Enforce Settlement Agreement (attached as Exhibit B).

## Conclusion

State Farm's Motion for Leave to file its Motion to Enforce Settlement Agreement should be granted.  Both State Farm and Mrs. Fischman agreed in good faith to mediate all issues under her Homeowner's Policy.  Both parties signed a binding release of all claims for agreed upon consideration.

This is the type of compromise agreement encouraged by both Louisiana and Federal law and State Farm requests that the Court grant this Motion and thereby enforce the agreement according to the agreed upon terms.

For the above reasons, State Farm requests that the Court grant leave to file its Motion to Enforce Settlement Agreement and set that matter for hearing on March 23, 2007.

Respectfully submitted:

/s/ Heather Cheesbro
_____
BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
   ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

---

*CERTIFICATE OF SERVICE*

 I do hereby certify that I have on this **26th** day of **February, 2007**, electronically filed   the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Garner and Debra Fischman

           /s/ Heather Cheesbro
_____