UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2) |
| | | JUDGE: DUVAL |
| | | MAGISTRATE: WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PERTAINS TO:         *
                     *
INSURANCE  (Fischman, No. 06-4952)  *
                     *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the above and foregoing <u>Motion for Leave to File Motion to Enforce Settlement Agreement</u> of defendant, State Farm Fire and Casualty Company, it is ordered, adjudged and decreed that Leave to File Motion is hereby GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2007.

_____
J U D G E