UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |

************************************

PERTAINS TO:

INSURANCE  (Fischman, No. 06-4952)

************************************

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through undersigned counsel comes defendant, State Farm Fire and Casualty Company, and respectfully moves this Court to enter an Order granting this Motion to Enforce Settlement Agreement and dismissing this matter because plaintiff previously settled the claims she makes in this matter against State Farm. The accompanying Memorandum in Support of this Motion will show that Mrs. Fischman mediated her "Katrina Claims" with State Farm, and signed a final and binding Settlement Agreement at that time that released all existing claims, without reservation,

against State Farm. Therefore, Mrs. Fischman has no remaining claims against State Farm, and State Farm is entitled to judgment as a matter of law. In support of the Motion, movers attach the following exhibits:

1) Exhibit "A" - Petition for Damages

2) Exhibit "B" - Copy of signed mediation 'Settlement Agreement' stating that Fagey Lupin Fischman's claims against State Farm are settled.

3) Exhibit "C" – American Arbitration Association 'Hurricane Katrina/Rita Damage Claim Mediation Request Form.'

4) Exhibit "D" - Copy of draft #522-667-418-Q in the amount of Six Thousand, Two hundred and Sixteen dollars and Seventeen cents ($6216.17), dated August 8, 2006 and issued by State Farm Fire and Casualty Company to Fagey Lupin Fischman in settlement of all claims mediated on August 8, 2006.

5) Exhibit "E" - Affidavits of State Farm Claim Representatives David Andras, Alana Griffin and Lorrie Moore and settlement agreements signed at mediations at which they were in attendance.

*CERTIFICATE OF SERVICE*

I do hereby certify that I have on this **26th** day of **February, 2007**, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Garner and Debra Fischman

/s/ Heather Cheesbro
_____

/s/ Heather Cheesbro
_____
BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*

3