UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | | |
| * | | JUDGE: | DUVAL |
| * | | | |
| * | | MAGISTRATE: | WILKINSON |
| * | | | |

**************************************
*
PERTAINS TO:                          *
                                      *
INSURANCE  (Fischman, No. 06-4952)   *
                                      *
**************************************

## NOTICE OF HEARING

Considering the foregoing Motion:

**IT IS ORDERED** that plaintiff show cause on the 23rd day of March, 2007 at 9:30 a.m. o'clock, if any there be, why the Motion to Enforce Settlement Agreement should not be granted.

NEW ORLEANS, Louisiana, this ____ day of _____, 2007.

_____
JUDGE