UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.:   05-4182 "K" (2) |
| | | JUDGE:   DUVAL |
| | | MAGISTRATE:   WILKINSON |

*************************************

PERTAINS TO:

INSURANCE   (Fischman, No. 06-4952)

*************************************

## NOTICE OF HEARING

Considering the foregoing Motion:

**IT IS ORDERED** that plaintiff show cause on the 23rd day of March, 2007 at 9:30 a.m. o'clock, if any there be, why the Motion to Enforce Settlement Agreement should not be granted.

NEW ORLEANS, Louisiana, this ____ day of _____, 2007.

_____
JUDGE