UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | DOCKET NO.: | 05-4182 "K" (2) |
| CONSOLIDATED LITIGATION * | | |
| * | JUDGE: | DUVAL |
| * | | |
| * | MAGISTRATE: | WILKINSON |
| * | | |

**************************************
\*
PERTAINS TO:                          \*
                                      \*
INSURANCE   (Fischman, No. 06-4952)   \*
                                      \*
**************************************


### EX PARTE COMBINED MOTION AND MEMORANDUM FOR LEAVE TO FILE REPLY MEMORANDUM TO PLAINTIFF'S OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, THROUGH UNDERSIGNED COUNSEL comes defendant, State Farm Fire and Casualty Company, and respectfully moves this Court to allow State Farm to file a Response to Plaintiff's Opposition to Motion to Enforce Settlement Agreement. The Memorandum in Response to plaintiff's opposition supports State Farm's Motion to Enforce the Settlement Agreement signed by Fagey Fischman releasing all claims against State Farm and refutes plaintiff's additional allegations contained in her

Opposition that the Agreement is not enforceable as written.  Plaintiff counsel have expressed that they do not oppose this motion.

*CERTIFICATE OF SERVICE*

  I do hereby certify that I have on this **26th** day of **February, 2007**, electronically filed  the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Garner and Debra Fischman

/s/ Heather Cheesbro
_____

/s/ Heather Cheesbro

_____
BURT K. CARNAHAN, #3920
HEATHER CHEESBRO, #30437
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290
*Attorneys for State Farm Fire & Casualty Co.*