DRAFT 1/26/07 4:20 P.M.

multiple cases; (c) coordination, scheduling and noticing of depositions of parties and of witnesses as requested by the parties to be served after notice to Liaison Counsel; (d) conducting the conferences required by the Uniform Local Rules with respect to discovery motions which raise issues common to the parties served by Liaison Counsel; and (e) coordination of the briefing and arguing of discovery issues present in multiple cases.

B.     LEVEE:

1.     Plaintiffs shall file a Master Consolidated Levee Breach Class Action Complaint within thirty (30) days of entry of this order. The Master Consolidated Levee Breach Class Action Complaint shall supersede and replace all previously filed levee breach complaints.

2.     The Plaintiffs and the United States of America agree that the timely filing of a valid claim under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680, will constitute the filing of a valid claim under the Admiralty Extension Act, 46 U.S.C. app. § 740.

**Plaintiffs propose:**

3.     In an effort to avoid unnecessary motion practice regarding whether a plaintiff has satisfied the administrative requirements under the Federal Tort Claims Act, Plaintiffs' counsel shall provide to counsel for The United States of America a list of all of their clients who intend to file suit against The United States of America under the Federal Tort Claims Act. The United States of America shall identify those individuals who have filed a Form SF-95 and the date on which six months will have elapsed since the filing of the Form SF-95 to Plaintiffs' counsel.

**The United States proposes:**

**EXHIBIT "1"**