UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MR-GO, *Robinson* (06-2268) | § | |
| _____ | § | |

EX PARTE MOTION FOR ENLARGEMENT OF TIME
AND INCORPORATED MEMORANDUM IN SUPPORT

At the status conference on February 13, 2007, the Court instructed the parties in the *Robinson* case to confer pursuant to Fed. R. Civ. P. 26(f) and to provide the Court with a report on the possibility of implementing a discovery and trial plan in the *Robinson* litigation separate from the case management plan for the consolidated litigation. The Court orally ordered that the report be provided to it by February 28, 2007. The United States hereby respectfully requests an enlargement of time of one week, through and including March 7, 2007, in which to file the Rule 26(f) Report.

The parties held their Rule 26(f) conference on February 26, 2007. The plaintiffs have drafted their discovery proposal, but, due to the complexity of the overall litigation and the

1

number of issues to be considered, the United needs a few more days to send its proposal to the plaintiffs. Plaintiffs' Counsel Pierce O'Donnell has consented to a week's enlargement based on the United States' providing its proposal to him by noon PST (3:00 p.m. EST) on Thursday, March 1, 2007.

For good cause shown, the enlargement should be granted. Pursuant to Local Rule 7.3E, a Proposed Order granting this motion is provided.

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General

        C. FREDERICK BECKNER III
        Deputy Assistant Attorney General

        PHYLLIS J. PYLES
        Director, Torts Branch

        /s/ Traci L. Colquette
        TRACI L. COLQUETTE
        Trial Attorney
        Torts Branch, Civil Division
        U.S. Department of Justice
        P.O. Box 888
        Benjamin Franklin Station
        Washington, D.C. 20044
        (202) 305-7536
        (202) 616-5200 (fax)
        Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Traci L. Colquette, hereby certify that on February 27, 2007, I served a true copy of the above Ex Parte Motion for Enlargement of Time and Incorporated Memorandum in Support and Proposed Order upon all counsel of record by ECF.

/s/ Traci L. Colquette
Traci L. Colquette