**COOK, YANCEY, KING & GALLOWAY**
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260
www.cykg.com

Brian A. Homza

Writer's Direct
(318) 227-7729
homzab@cykg.com

February 20, 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 2 7 2007
LORETTA G. WHYTE
CLERK
TELEPHONE (318) 221-6277
TELECOPIER (318) 227-7850

Honorable Stanwood R. Duval, Jr.
**ATTENTION: Bridgette Gregory**
U.S. District Court
500 Poydras Street, Room C-368
New Orleans, LA 70130

Re:   In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K," Magistrate (2), Judge Duval, Magistrate Wilkinson

Dear Ms. Gregory:

My secretary spoke with you on February 14, 2007, concerning removing my name from the e-mailing notification list for the above-referenced matter. Enclosed is a copy of my December 14, 2006, letter to Ms. Whyte advising that we have been dismissed from this matter and requesting that we be removed from the e-mail notification list.

It is my understanding that one daily report is now forwarded to all counsel. I respectfully request that you again remove my e-mail from that notification list. If you should have any questions or require further information, please do not hesitate to call me. I appreciate your assistance in this matter.

Yours very truly,

Brian A. Homza

BAH/slp

Enclosure

**COOK, YANCEY, KING & GALLOWAY**
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260
www.cykg.com

Brian A. Homza

Writer's Direct
(318) 227-7729
homzab@cykg.com

December 14, 2006

TELEPHONE (318) 221-6277
TELECOPIER (318) 227-7850

Ms. Loretta G. Whyte
U.S. District Court
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re:  In Re: Katrina Canal Breaches Consolidated Litigation, Civil Action No. 05-4182, Section "K," Magistrate (2), Judge Duval, Magistrate Wilkinson

Dear Ms. Whyte:

Our client has been dismissed from the above-referenced class action suit and I request that you remove my name from the e-mail notification list as we no longer wish to be notified of filings in this matter. If you should have any questions, please do not hesitate to call me.

Thanking you, I am

Yours very truly,

Brian A. Homza

BAH/slp



**COOK, YANCEY, KING & GALLOWAY**
A PROFESSIONAL LAW CORPORATION
333 TEXAS STREET, SUITE 1700
POST OFFICE BOX 22260
SHREVEPORT, LOUISIANA 71120-2260

Honorable Stanwood R. Duval, Jr.
ATTENTION: Bridgette Gregory
U.S. District Court
500 Poydras Street, Room C-368
New Orleans, LA 70130