UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182** |
| **PERTAINS TO:**<br>*Madere*, C.A. No. 06-4816 | **SECTION "K" (2)** |

## ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 1625), wherein Plaintiff contends that the amount in controversy requirement is not met for the purposes of exercising subject matter jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has previously addressed the amount in controversy requirement in the context of a motion to remand in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed Aug. 28, 2006). In *Rush*, the Court held that if it is not facially apparent from the state court pleading that the amount in controversy exceeds $75,000, then the defendant must show by a preponderance of evidence that such is the case. *Id.*, at p. 6.

Here, it is apparent from the face of the petition that the amount in controversy exceeds $75,000. Plaintiffs maintain that their "property, including Petitioner's Home, carport/garage, and person property (hereafter "petitioner's property") were severely damaged by Hurricane Katrina." *See* Notice of Removal, Petition, at ¶ 5 (Rec.Doc.No. 1). Moreover, it is alleged that Defendants have only paid a total of $4000.00 on a policy with limits well above $75,000, making the potential exposure of a judgment, taking into account possible fees and penalties, well above the amount in controversy requirement. Following the standards set forth in *Rush*, the Court finds that removal was proper as it is facially apparent from the state court pleading that

the amount in controversy requirement is satisfied and jurisdiction exists under 28 U.S.C. § 1332. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 1625) is **DENIED**.

New Orleans, Louisiana, on this 27th day of February, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**