# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | |
| * | SECTION "K" |
| * | |
| PERTAINS TO: * | MAGISTRATE (2) |
| ALL LEVEE, MRGO * | |
| RESPONDER CASES AND TO * | JUDGE DUVAL |
| NO.   06-5786 * | |
| * | MAGISTRATE WILKINSON |
| * | |
| * * * * * * * * * * * * * * * * * * | |

## ORDER

Considering plaintiffs' Unopposed Ex Parte Motion for Extension of Time Within Which to File Memorandum in Opposition to the Motion to Dismiss filed by the Louisiana Department of Justice, which the Court has duly noted,

**IT IS ORDERED** that plaintiffs in Civil Action No. 06-5786 be and they are hereby **GRANTED** an extension of time until 5:00 p.m. on Thursday, February 22, 2007, to file their Memorandum in Opposition to the LDOJ's Motion to Dismiss for Failure to Timely Request Service of Process.

New Orleans, Louisiana, this 27th day of February 2007.

_____
J U D G E