UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.:  05-4182 "K-2"** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **JUDGE DUVAL** |
| | * | |
| | * | **MAGISTRATE WILKINSON** |
| | * | |
| **PERTAINS TO:  INSURANCE** | * | |
| | * | |
| **JOAN S. BERENSON** | * | |
| **06-4956** | * | |
| | * | |
| *   *   *   *   *   *  | * | |

## ORDER

Considering the above and foregoing joint motion to dismiss:

**IT IS HEREBY ORDERED** that the above entitled and numbered cause and all claims asserted therein be dismissed as to Maryland Casualty Company and Zurich Insurance Company, with prejudice, each party bearing its own costs and attorneys' fees.

**NEW ORLEANS**, Louisiana, this  27th  day of         February        , 2007.

_____
J  U  D  G  E