UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * | DOCKET NO.: 05-4182 "K" (2)<br><br>JUDGE: DUVAL<br><br>MAGISTRATE: WILKINSON |
| **************************************** | | |
| PERTAINS TO:<br><br>INSURANCE  (Fischman, No. 06-4952) | * * * * * | |
| **************************************** | | |

## ORDER

Considering the above and foregoing <u>Motion for Leave to File Motion to Enforce Settlement Agreement</u> of defendant, State Farm Fire and Casualty Company, it is ordered, adjudged and decreed that Leave to File Motion is hereby GRANTED.

New Orleans, Louisiana, this <u>27th</u> day of <u>February</u> 2007.

_____
J U D G E