UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: ALL CASES | § | |
| | § | |

EX PARTE MOTION FOR ENLARGEMENT OF TIME AND INCORPORATED
MEMORANDUM IN SUPPORT

At the status conference on February 23, 2007, the Court instructed the plaintiffs to file their papers in support of their motion to toll by noon, February 26, and instructed the United States to file its opposition papers by noon, February 27.  On information and belief, the plaintiffs did not file their papers until after the close of business on February 26.  Accordingly, the United States requests a 24-hour enlargement of time to file its opposition papers, by noon, February 28.

At about 3 p.m. EST, on February 26, the undersigned counsel for the United States had not received any communication or papers from the plaintiffs.  At that time, he signed onto PACER to see whether the docket report revealed that the plaintiffs' papers had been filed.

1

Finding no evidence that the plaintiffs' papers had been filed, he sent an email at 3:17 p.m. EST to Joseph Bruno, plaintiffs' liaison counsel, inquiring whether the papers had been filed and requesting a copy. (Exh. A.) Mr. Bruno did not reply until 5:42 p.m. EST, when he sent an email promising that "it would be sent shortly." (Exh. B.) The undersigned counsel continued to check his email until after 9 p.m. EST but did not receive any further communications from the plaintiffs. Counsel for the United States received the plaintiffs' moving and supporting papers by accessing the ECF link upon arrival at the office on the morning of February 27.

Owing to the delay in receiving the plaintiffs' papers, the United States respectfully requests that the time for filing its opposition to the plaintiffs' motion be enlarged by 24 hours, to

noon, February 28, 2007.  Plaintiffs, by Mr. Bruno, have consented to the requested enlargement.

(Exh. C.)  Pursuant to Local Rule 7.3E, a proposed order granting this motion is provided.

                        Respectfully submitted,

                        PETER D. KEISLER
                        Assistant Attorney General

                        C. FREDERICK BECKNER III
                        Deputy Assistant Attorney General

                        PHYLLIS J. PYLES
                        Director, Torts Branch

                        /s/ Robin D. Smith
                        ROBIN D. SMITH
                        Trial Attorney
                        Torts Branch, Civil Division
                        U.S. Department of Justice
                        P.O. Box 888
                        Benjamin Franklin Station
                        Washington, D.C.  20044
                        (202) 616-4289
                        (202) 616-5200 (fax)
                        Attorneys for the United States

## CERTIFICATE OF SERVICE

I, Robin D. Smith, hereby certify that on February 27, 2007, I served a true copy of the above Ex Parte Motion for Enlargement of Time and Incorporated Memorandum in Support and Proposed Order upon all counsel of record by ECF.

/s/ Robin D. Smith
Robin D. Smith