From: Joe Bruno [jbruno@brunobrunolaw.com]
Sent: Monday, February 26, 2007 5:55 PM
To: Smith, Robin (CIV)
Cc: Joni Scioneaux
Subject: RE: Plaintiffs' motion

Of course.

Joseph M. Bruno
Managing Partner
Bruno & Bruno, LLP
855 Baronne Street
New Orleans, LA 70113
Telephone:  (504) 525-1335
Facsimile (504) 561-6775
jbruno@brunobrunolaw.com

The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a receipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.


-----Original Message-----
From: Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
Sent: Monday, February 26, 2007 5:00 PM
To: Joe Bruno
Cc: calvinfayard@fayardlaw.com; dmartin@gainsben.com; rhubbard@lawla.com; Joni Scioneaux
Subject: Re: Plaintiffs' motion

I assume you'll have no objection to my motion for an enlargement of time to respond, as it is now after COB here.

Robin D. Smith
Trial Attorney
U.S. Dept. of Justice
202-616-4289

----- Original Message -----
From: Joe Bruno <jbruno@brunobrunolaw.com>
To: Smith, Robin (CIV)
Cc: Calvin Fayard <calvinfayard@fayardlaw.com>; Gerald Edward Meunier <dmartin@gainsben.com>; Ralph Hubbard <rhubbard@lawla.com>; Joni Scioneaux <joni@brunobrunolaw.com>
Sent: Mon Feb 26 17:43:41 2007
Subject: RE: Plaintiffs' motion

I apologize.  Our group promised that it would be sent shortly.



  Joseph M. Bruno

  Managing Partner

  Bruno & Bruno, LLP

  855 Baronne Street

  New Orleans, LA 70113

  Telephone:  (504) 525-1335

  Facsimile (504) 561-6775

  jbruno@brunobrunolaw.com <mailto:joe@brunobrunolaw.com>




The information contained in this electronic message is attorney privileged and confidential information intended only for the use of the owner of the email address listed as a recipient of this message.  If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone at (504) 525-1335.



  _____

From: Smith, Robin (CIV) [mailto:Robin.Doyle.Smith@usdoj.gov]
Sent: Monday, February 26, 2007 2:17 PM
To: Joe Bruno
Cc: Calvin Fayard; Gerald Edward Meunier ; Ralph Hubbard
Subject: Plaintiffs' motion


Joe, unless I misunderstood, the judge asked you to file your papers by noon today.  That was more than two hours ago.  If you have filed anything, please send it to me immediately, as the delay is reducing the time I have to prepare a response.  PACER does not reflect that you have filed anything today.


Thank you for your prompt attention to this.


Robin D. Smith

Trial Attorney

Civil Division, Torts Branch

U.S. Department of Justice

P.O. Box 888

Benjamin Franklin Station

Washington, DC  20044

202-616-4289 (voice)

202-616-5200 (fax)