UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * <br> * | DOCKET NO.:   05-4182 "K" (2) <br><br> JUDGE:   DUVAL <br><br> MAGISTRATE:   WILKINSON |
| ************************************* <br> PERTAINS TO: <br><br> INSURANCE   (Fischman, No. 06-4952) <br> ************************************* | * <br> * <br> * <br> * <br> * | |

## **ORDER**

Considering the above and foregoing <u>Motion for Leave to File Memorandum in Response to Plaintiff's Opposition to Motion to Enforce Settlement Agreement</u> of defendant, State Farm Fire and Casualty Company, it is ordered, adjudged and decreed that Leave to File Motion is hereby GRANTED.

New Orleans, Louisiana, this 27th day of February 2007.

_____

J U D G E